# EXHIBIT A

Page 1

```
 1   SUPREME COURT
     STATE OF NEW YORK
 2   COUNTY OF NEW YORK
 3    SHANAN FEYER,           )   INDEX # 04/116616
      Individually and as  )   Plaintiff
 4    Widow for the Use     )   designates New
      and Benefit of        )   York County as
 5    Herself and the       )   the place of
      Next of Kin of        )   trial.
 6    CAYCE FEYER,          )
      deceased,             )
 7                          )
         Plaintiffs,        )
 8                          )
                            )
 9                          )
     VS.                    )
10                          )
                            )
11                          )
     PFIZER INC.            )
12   PARKE-DAVIS, a         )
     division of            )
13   Warner-Lambert         )
     Company and            )
14   WARNER-LAMBERT         )
     COMPANY and            )
15   WARNER-LAMBERT         )
     COMPANY, LLC,          )
16                          )
         Defendants.        )
17                          )
                            )
18
19
20              DEPOSITION OF
21              SHANAN FEYER
22      Taken on behalf of the Defendants
23             August 20, 2010
24
25   Job No. CS268246
```

Page 2

1    A P P E A R A N C E S
2
3    FOR THE PLAINTIFFS:
4    Mr. Antonio Grillo
       Of Counsel
5    Finkelstein & Partners LLP
       1279 Route 300
6    P.O. Box 1111
       Newburgh, New York 12551
7
8    FOR THE DEFENDANTS:
9    Mr. Sean G. Saxon
       Mr. Matthew E. Johnson
10   Wheeler Trigg O'Donnell LLP
       1801 California Street, Suite 3600
11   Denver, Colorado 80202-2617
       303-244-1800
12   saxon@wtotrial.com
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2
3              E X A M I N A T I O N
4
                        PAGE
   Examination by Mr. Saxon.................   6
5
6              E X H I B I T S
7
                        PAGE
   Exhibit No. 1  Amended Notice of          5
8         Videotaped Deposition.....
   Exhibit No. 2  Offense Report...........  198
9    Exhibit No. 3  Incident Report...........  204
   Exhibit No. 4  Petition..................  210
10   Exhibit No. 5  Affidavit................  216
   Exhibit No. 6  Handwritten Note - Bates   220
11        stamped 11PRD-0006........
   Exhibit No. 7  Handwritten Note..........  225
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              The deposition of SHANAN FEYER,
2    taken on behalf of the Defendants, on August
3    20, 2010, at the DoubleTree Hotel, 1850 Old
4    Fort Parkway, Murfreesboro, Tennessee, for
5    all purposes under the New York Rules of
6    Civil Procedure.
7              The formalities as to caption,
8    certificate, et cetera, are waived.  All
9    objections, except as to the form of the
10   questions, are reserved to the hearing.
11             It is agreed that Lise S.
12   Matthews, being a Notary Public and Certified
13   Court Reporter for the State of Tennessee,
14   may swear the witness, and that the reading
15   and signing of the completed deposition by
16   the witness is not waived.
17
18
19                        * * *
20
21
22
23
24
25

Page 5

1              (Whereupon Exhibit No. 1, an
2    Amended Notice of Videotaped Deposition, was
3    marked as an exhibit and attached hereto.)
4
5              VIDEOGRAPHER:  My name is Nathan
6    Smith.  Today's date is August 20th, 2010.
7    The time is approximately 7:51 a.m.  The
8    caption of this case is Neurontin Marketing
9    and Sales Practices versus Pfizer,
10   Incorporated.  The name of the witness is
11   Shanan Feyer.
12             At this time the attorneys will
13   identify themselves and the parties they
14   represent, after which our court reporter
15   Lise Matthews will swear in the witness and
16   we can proceed.
17             MR. GRILLO:  Okay.  Antonio
18   Grillo, Of Counsel, Finkelstein & Partners,
19   for the plaintiffs in this action.
20             MR. SAXON:  Sean Saxon of Wheeler
21   Trigg O'Donnell in Denver, for the defendants
22   Pfizer and related corporate entities, and
23   with me is Matt Johnson from my office.
24
25

2 (Pages 2 to 5)

Page 6

1           SHANAN FEYER
2 was called as a witness, and after having
3 been first duly sworn, testified as follows:
4
5 EXAMINATION BY MR. SAXON:
6    Q.    Good morning.
7    A.    Good morning.
8    Q.    Would you please state your name.
9    A.    Shanan Marie Feyer.
10    Q.    And, Ms. Feyer, we just met.  But
11 my name is Sean Saxon, and I represent Pfizer
12 in the lawsuit you brought relating to the
13 death -- suicide of your husband Cacey Feyer.
14          You understand that you're here
15 today to answer questions on your behalf as
16 well as on behalf of the estate of Cacey
17 Feyer?
18    A.    Yes, sir.
19    Q.    Okay.  And your relationship to
20 Cayce Feyer?
21    A.    Wife.
22    Q.    And when were you married?
23    A.    November 23rd, 2001.
24    Q.    I'm sorry.  Could you speak up
25 just a little bit?

Page 7

1    A.    November 23rd, 2001.
2    Q.    And because the court reporter is
3 here taking things down, we have to use
4 verbal responses and not nods of the head or
5 shakes.  And uh-huhs and huh-uhs don't turn
6 out on the transcript as well.  And we use
7 those in normal conversation, but today we
8 need to be sure to get verbal responses,
9 okay?
10    A.    Yes, sir.
11    Q.    And we also -- in normal
12 conversation you can tell what I'm going to
13 ask before I'm finished and I can tell what
14 you're going to answer before you're
15 finished.  And so normally we might talk over
16 each other a bit, but that doesn't turn out
17 on the transcript.  So we need to give a
18 little pause after I finish and after you
19 answer so that the transcript is clean, okay?
20    A.    Yes, sir.
21    Q.    And if you need to take a break at
22 any time, as long as there's not a question
23 pending, we're happy to accommodate you if
24 you -- if you need to take a break for any
25 reason, okay?

Page 8

1    A.    Yes, sir.
2    Q.    And you understand that you're
3 under oath here today just as if you were in
4 court and that this deposition may be shown
5 to the jury?
6    A.    Yes, sir.
7    Q.    And is there any reason why you
8 can't be deposed today?
9    A.    No, sir.
10    Q.    No reason you can't give truthful
11 and complete testimony today?
12    A.    No, sir.
13    Q.    Okay.  And please understand that
14 we're all aware that some of the things that
15 we'll have to discuss are very personal in
16 nature, but it's because of the -- the nature
17 of the claims and the issues involved here.
18 And so I apologize for that at the outset.
19 It's not my intention to be intrusive, but
20 we're going to have to inquire into some --
21 into some more intimate details of your life
22 with your husband.  Do you understand?
23    A.    Yes, sir.
24    Q.    Okay.  And I would like to hand
25 you what the court reporter has marked as

Page 9

1 Exhibit 1, which is an Amended Notice of
2 Video deposi -- Videotaped Deposition for the
3 plaintiff Shanan Feyer.  Have you seen this
4 before, or a previous version of this?
5    A.    Yes, sir.
6    Q.    And if you turn to the third page,
7 listed as Exhibit A are a list of things that
8 you were asked to bring.  Did you bring
9 anything with you this morning?
10    A.    I don't have any of those things
11 any longer, sir.
12    Q.    Where are they?
13    A.    Any kind of diaries or notes was
14 taken by the sheriff's department when they
15 came to the house.
16    Q.    Did they leave -- did they give
17 you copies of anything?
18    A.    No, sir.
19    Q.    So what -- what kind of diaries or
20 notes did they take?
21    A.    A suicide note.
22    Q.    Okay.  They have the original?
23    A.    I believe so.
24    Q.    Okay.  But they gave you a copy?
25    A.    Yes, sir.

3 (Pages 6 to 9)

Page 10

1   Q.    Okay.  Do you still have your copy
2   or --
3   A.    No, sir.  It was sent when -- with
4   a list of all the stuff that I was asked to
5   send way back when.
6   Q.    Sent where?
7   A.    To the attorney's office.
8   Q.    Okay.  So you -- you gave -- you
9   took the copy of -- and what else did the
10  sheriff -- did the sheriff give you back, if
11  you remember?
12  A.    It was a little manila envelope.
13  It had his autopsy in it, his handgun,
14  suicide note.
15  Q.    Were there any other diaries or
16  journals that were --
17  A.    Not that I recall at all.
18  Q.    Okay.  But if there was anything
19  in there you had --
20  A.    Yes, sir.
21  Q.    -- you -- you sent all of that up
22  to -- to Finkelstein & Partners?
23  A.    Yes, sir.
24  Q.    Okay.  And did you have any
25  documents -- or do you have any documents

Page 11

1   relating to your husband's use of Neurontin?
2   A.    No, sir.  Everything was sent.
3   Anything that I had was sent.
4   Q.    Were there any pill bottles?
5   A.    Yes, sir.  And the sheriff's
6   department kept those.  They were not
7   returned to me.
8   Q.    Okay.  So you don't have any -- if
9   the Sheriff's Department didn't have any
10  Neurontin, you don't have any Neurontin?
11  A.    No, sir.
12  Q.    Okay.  And they took all the
13  medicine that your husband --
14  A.    Yes, sir.
15  Q.    Okay.  And do you have any -- have
16  you conducted any -- any research, internet
17  research, about Neurontin independent of your
18  discussions with your attorney?
19  A.    No, sir.
20  Q.    Okay.  And what did you do to
21  prepare for today's deposition?  Did you meet
22  with your counsel?
23  A.    Yes, sir.
24  Q.    I don't need to know anything that
25  you said obviously, but when -- when was that

Page 12

1   meeting?
2   A.    The 17th.
3   Q.    Okay.  And approximately how long
4   did you meet?
5   A.    An hour and-a-half, somewhere
6   around there.
7   Q.    Okay.  Did your husband have a
8   will?
9   A.    No, sir.
10  Q.    And were you appointed the
11  administrator of -- or executor of his
12  estate?
13  A.    Yes, sir.
14  Q.    And so you're here on -- on the
15  behalf of his estate and on your own behalf,
16  correct?
17  A.    Yes, sir.
18  Q.    Anyone else that has an interest
19  in the -- in his estate?
20  A.    Nobody has spoken of it.
21  Q.    How about -- are his parents still
22  alive?
23  A.    His mother is still alive.
24  Q.    What's her name?
25  A.    Diane Schread.

Page 13

1   Q.    And where does she live?
2   A.    Stone Mountain, Georgia.
3   Q.    And is she aware of -- of the
4   litigation?
5   A.    Yes.  She is the one that actually
6   told me about it in the beginning.
7   Q.    Okay.  What did she tell you?
8   A.    She gave me the number to
9   Finkelstein & Partners to call.
10  Q.    Okay.  And approximately when was
11  this?
12  A.    I'm not sure.
13  Q.    A couple of years ago?
14  A.    Yes, sir.
15  Q.    Okay.  And Mr. Feyer's father is
16  deceased; is that correct?
17  A.    Yes.  His -- he passed away before
18  we were ever married.
19  Q.    What was his name?
20  A.    Cayc -- I'm sorry.  Paul Feyer.
21  Q.    Paul Feyer.  Did he have a
22  stepfather that he was close to?
23  A.    He passed away a couple of years
24  ago.
25  Q.    What was his name?

Page 14

1   A.   Jerry Schread.
2   Q.   And were Jerry Schread and Diane
3   Schread still married at the time of Jerry's
4   death?
5   A.   Yes, sir.
6   Q.   Okay.  And how about Mr. Feyer's
7   brothers or sisters?  Does he have any --
8   A.   There's three brothers.
9   Q.   So Diane Schread had three
10  children with Paul Feyer?
11  A.   She had four children total.  And
12  the other three boys are Greens, and Cacey is
13  a Feyer.
14  Q.   Okay.  And what are the Greens'
15  boys' names?
16  A.   Stephen.
17  Q.   Okay.
18  A.   David.
19  Q.   All right.
20  A.   And Paul.
21  Q.   And were they younger than Cayce
22  or older?
23  A.   Cayce was the youngest.
24  Q.   So she had -- Miss -- Diane
25  Schread had been married to Mr. Green and

Page 15

1   then married to Mr. Feyer and then married to
2   Mr. Schread; is that correct?
3   A.   I'm not sure how many times she
4   had been married.  She's been married several
5   times.
6   Q.   But at least those three times?
7   A.   Yes.
8   Q.   Okay.  And was Mr. Feyer -- Cayce
9   Feyer -- close with his half -- half
10  brothers?
11  A.   We -- when we would go see them,
12  we would visit.  You know, holidays and
13  stuff.
14  Q.   And they were all down in Stone
15  Mountain, Georgia?
16  A.   In Georgia.
17  Q.   Okay.  When was the last time that
18  Mr. Feyer saw any of his three brothers prior
19  to November of 2003?
20  A.   I'm not sure.  I would say it was
21  probably at least six months.
22  Q.   And which of the three was he
23  closest to?
24  A.   I'm not sure.  I mean -- I really
25  don't have a way to answer that.

Page 16

1   Q.   Okay.  Is there one that he talked
2   to more frequently than the others?
3   A.   He didn't talk to David as much as
4   he did the other two.
5   Q.   Okay.  That's helpful.  Thank you.
6   And did David, Paul or Stephen have families
7   of their own?
8   A.   Yes.
9   Q.   And was Mr. Feyer close to any of
10  his nieces or nephews?
11  A.   Not since we had been together.
12  He had lived in Tennessee for a few years
13  prior to us meeting.
14  Q.   And what is your -- oh, and
15  Mr. Feyer's children -- what -- how many
16  children did he have?
17  A.   Two.
18  Q.   Okay.  And their names?
19  A.   Andrew -- it was Feyer -- but they
20  were adopted by their stepfather before my
21  husband passed away.  And it was Brittany and
22  Andrew Feyer and then it turned into Brittany
23  and Andrew Skipper.
24  Q.   What's the last name?  I'm sorry?
25  A.   Skipper.

Page 17

1   Q.   Skipper.  Okay.  And how old
2   were -- or I guess when was Andrew born and
3   when was Brittany born?
4   A.   Brittany is 1993, and I want to
5   say Andrew was 1987 or '88.
6   Q.   Do they have the same mother?
7   A.   Yes.
8   Q.   And what was her name?  What is
9   her name?  Excuse me.
10  A.   Teresa Skipper.
11  Q.   And Teresa Skipper and -- and
12  Cayce Feyer were married?
13  A.   Yes, sir.
14  Q.   When did they get married?
15  A.   I'm not sure.
16  Q.   When did they get divorced?
17  A.   '96 or '97.  I'm not --
18  Q.   I understand.
19  A.   -- positive on the date.
20  Q.   And so they were divorced -- they
21  were adopted by their stepfather prior to
22  Mr. Feyer's passing; is that correct?
23  A.   Yes, sir.
24  Q.   Okay.  So they don't have any
25  interest in -- in his estate as far as you're

5 (Pages 14 to 17)

Page 18

1   concerned?
2       A.   Not that I know of.
3       Q.   Did they receive any of
4   Mr. Feyer's personal effects or belongings
5   when --
6       A.   Yes, sir.
7       Q.   And did they receive assets or
8   just mementos or how did you distribute them?
9       A.   I asked them for a list and gave
10  them what they wanted.
11      Q.   Okay.  What types of things were
12  on the list just generally?
13      A.   Pictures, jewelry.
14      Q.   Okay.  Anything else?
15      A.   Collector's items, records.  There
16  was -- you know, just stuff that we had
17  picked up and put back.
18      Q.   Were they things that were of
19  significant economic value or were they just
20  things that had sentimental value to the
21  children?
22      A.   I would say more sentimental.
23      Q.   And what is your date of birth?
24      A.   7/6/1975.
25      Q.   And so that means you're thirty --

Page 19

1       A.   Thirty-five.
2       Q.   -- five years old?
3            And where were you born?
4       A.   I was born in Port Clinton, Ohio.
5       Q.   And where were you raised?
6       A.   Mostly in Ohio.  My freshman
7   year -- we moved around a couple times, and
8   then we ended up in Tennessee my freshman
9   year.
10      Q.   Freshman year of high school?
11      A.   Uh-huh.  Yes, sir.
12      Q.   And where in Tennessee?
13      A.   Manchester.
14      Q.   Why did your family move to
15  Manchester?
16      A.   That's where my mother's family is
17  originally from.
18      Q.   And are your parents both still
19  living?
20      A.   My mother passed away a couple
21  years ago.
22      Q.   Your father is still living?
23      A.   He is.  He lives in Michigan.
24      Q.   Your parents divorce at any time?
25      A.   They were divorced when I was

Page 20

1   about a year old.
2       Q.   Okay.  So when you were moving
3   around and getting raised in Ohio, then
4   moving to Manchester, you were just with your
5   mother?
6       A.   Yes, sir.
7       Q.   And she remarried?
8       A.   She had, but when we moved from
9   Ohio it was because of a divorce.
10      Q.   Okay.  Did she ever remarry after
11  moving to Tennessee?
12      A.   She did remarry in '97, I think.
13      Q.   So you were already out of the
14  house by then?
15      A.   Yes, sir.
16      Q.   Okay.  And do you have any
17  brothers or sisters?
18      A.   I have a brother.
19      Q.   What's his name?
20      A.   Tim Clark.
21      Q.   And Clark's your maiden name?
22      A.   Yes, sir.
23      Q.   Okay.  Is he older or younger?
24      A.   He's seven years older than me.
25      Q.   Where does he live?

Page 21

1       A.   He lives in Manchester.
2       Q.   And how often do you see
3   Mr. Clark?
4       A.   Probably once every two weeks or
5   so.
6       Q.   Was Mr. Clark close with Cayce
7   Feyer?
8       A.   He lived with us for a little
9   while.
10      Q.   Tim lived with you and Cayce for a
11  while?
12      A.   Yes, sir.
13      Q.   When was that?
14      A.   '99 to 2000.
15      Q.   Okay.  And why was that?  Was he
16  in between jobs or just convenient?  Why was
17  he living with you?
18      A.   He had gotten a divorce and was
19  trying to get back on his feet.
20      Q.   And does Tim have -- Clark -- have
21  any children?
22      A.   Yes, he does.
23      Q.   Were his children living with you
24  as well?
25      A.   No, sir.  They were living with

6 (Pages 18 to 21)

Page 22

1 their mother.
2    Q.    So how many times had Mr. Feyer
3 been married?
4    A.    Twice.  Once to Teresa and once to
5 me.
6    Q.    Okay.  And where were he and
7 Teresa married?  Do you know?
8    A.    I do not know.
9    Q.    Do you know when they got married?
10    A.    I do not know that either.
11    Q.    Were they married at the time of
12 Andrew's birth in 1988?
13    A.    No, sir.
14    Q.    They weren't?
15    A.    No.  Andrew was not biologically
16 Cayce's.  Cayce adopted him.
17    Q.    Okay.  And who's -- how old was
18 Andrew when Cayce married Teresa Skipper?
19    A.    I don't know how old he was when
20 they got married, but I know when he met
21 Terri Andrew was approximately four or five.
22    Q.    So if Andrew was born in 1987 and
23 they were four or five -- so he met her in
24 the early '90s, approximately, '91 or '92?
25    A.    That would be probably about

Page 23

1 accurate.
2    Q.    And was he married to Teresa
3 Skipper when Brittany was born in '93?
4    A.    Yes, sir.
5    Q.    And where is Ms. Skipper now?
6    A.    In Georgia.
7    Q.    Stone Mountain area as well?
8    A.    Last I knew, they lived in Monroe,
9 Georgia.
10    Q.    And -- excuse me.  How many times
11 have you been married?
12    A.    Cayce was my third marriage.
13    Q.    And who was your -- what was your
14 first marriage?
15    A.    To a man named Russell Scott
16 Carter.
17    Q.    Russell Scott Carter?
18    A.    Yes, sir.
19    Q.    What year did you marry
20 Mr. Carter?
21    A.    Give me just a minute to think.
22    Q.    Or how old were you?
23    A.    I was 18.  Just turned 18.
24    Q.    And how long did you stay married?
25    A.    We only stayed together for a few

Page 24

1 months and we got divorced when I got the
2 money to get a divorce.
3    Q.    Did you have any children with
4 Mr. Carter?
5    A.    No, sir.
6    Q.    And then your second marriage?
7    A.    Jeremy Adams.
8    Q.    And what year did you marry
9 Mr. Adams?
10    A.    In 1997.
11    Q.    And how long were you married to
12 Mr. Adams?
13    A.    Right at a year.  We were married
14 longer than that.  We only stayed together
15 that long.
16    Q.    You lived in the same house for
17 about a year?
18    A.    Yes, sir.
19    Q.    And then how long did you stay
20 married?
21    A.    I'm not sure.  It took me a little
22 while to get my divorce because he was
23 fighting the divorce.
24    Q.    Did you have to go to court?
25    A.    Yes, sir.

Page 25

1    Q.    Did you have any children with
2 Mr. Adams?
3    A.    Yes, sir.
4    Q.    How many did you have?
5    A.    One.
6    Q.    And the child was born in what
7 year?
8    A.    June 1997.
9    Q.    And what's that child's name?
10    A.    I'm sorry?
11    Q.    What's that child's name?
12    A.    Bryan Adams.
13    Q.    And so how old is Bryan now?
14    A.    Thirteen.
15    Q.    And you have custody of Bryan?
16    A.    Yes, sir.
17    Q.    Did Jeremy Adams have visitation
18 rights?
19    A.    Yes, sir.
20    Q.    Is he still in this area?
21    A.    No, sir.
22    Q.    Where is he?
23    A.    I think he lives in Kansas.
24    Q.    When is the last time Bryan saw
25 his father?

7 (Pages 22 to 25)

Page 26

1      A.      Probably three years.
2      Q.      And before that did he see him
3   regularly or --
4      A.      No, sir.
5      Q.      Never seen him regularly?
6      A.      No, sir.
7      Q.      Does Mr. Adams pay child support?
8      A.      Yes, sir.
9      Q.      Has he ever gotten behind?
10     A.      Yes, sir.
11     Q.      Did you ever have to take him to
12   court over it?
13     A.      No, sir.
14     Q.      Okay.
15     A.      We have the regular court dates,
16   but I've never taken him to court.
17     Q.      Does the child support come right
18   out of his check or does he --
19     A.      Yes, sir.
20     Q.      Okay.
21     A.      It does now.
22     Q.      Does Bryan hear from his father on
23   holidays or birthdays?
24     A.      No, sir.
25     Q.      And your divorce -- you separated

Page 27

1   from Mr. Adams at the end of '97?
2      A.      Yes, sir.
3      Q.      Okay.  And then when did you --
4   when did you meet Cayce?
5      A.      I met Cayce in '98.
6      Q.      How did y'all meet?
7      A.      He worked at the Rent-a-Center.
8   And I got a different place to live.  My
9   washer and dryer broke.  So I went and got a
10   new set and rented it, the rent to own.  And
11   that's how we met.
12     Q.      And that was in what month of '98?
13   Do you remember?
14     A.      Probably March, I want to say.
15     Q.      And you had moved out on your own,
16   having left Mr. Adams?
17     A.      Yes, sir.  Right after Christmas
18   in '97.
19     Q.      And you said you had one -- you
20   have one child?
21     A.      I have three children.
22     Q.      Where are the other two?
23     A.      I had two children before I ever
24   got married.  I had my daughter and my son
25   both before I turned 18.

Page 28

1      Q.      Okay.  And when was your daughter
2   born, your first child born?
3      A.      Chance was born June 6th, 1992.  I
4   was almost 17.
5      Q.      So you were 16 years old when
6   Chance was born in June of '92?
7      A.      Yes.
8      Q.      And who's Chance's father?
9      A.      Matthew Baker.
10     Q.      And this was when you were living
11   in Tennessee or still --
12     A.      Yes, sir.
13     Q.      -- in Ohio?
14             Okay.  And does Chance have a
15   relationship with his father?
16     A.      No, sir.
17     Q.      Does his father pay child support?
18     A.      Yes, sir.  Well, not any more.
19   Chance just turned 18.
20     Q.      But he did --
21     A.      He pays for Chelsy, though.
22     Q.      He did throughout his -- Chance's
23   18 years?
24     A.      Yes.
25     Q.      Okay.  And when was the last time

Page 29

1   that Chance saw Mr. Baker?
2      A.      I want to say in -- beginning of
3   2004.
4      Q.      So I take it he did not see him
5   regularly growing up?
6      A.      No, sir.  Cayce was trying to
7   adopt the three children.  And that kind of
8   caused a big rift.
9      Q.      Matthew Baker didn't want to give
10   up parental rights to his children?
11     A.      Chelsy, yes.  Chance, no.
12     Q.      Chelsy --
13     A.      Chelsy's the female.
14     Q.      Right.  And she was born what
15   year?
16     A.      1993.
17     Q.      '93.  Okay.  And you were 17 years
18   old at that time?
19     A.      Yes, sir.
20     Q.      Okay.  Were you still living at
21   home?
22     A.      With my mother.
23     Q.      And was Mr. Baker a classmate of
24   yours?
25     A.      No, sir.

Page 30

1    Q.    And how old was he -- how much
2  older --
3    A.    Two years older than me.
4    Q.    So he was 18 when Chance was born
5  and 19 when Chelsy was born?
6    A.    Yes, sir.
7    Q.    And he still lives in the area?
8    A.    Yes, sir.  He lives in Tullahoma.
9    Q.    Tullahoma.
10   A.    Tennessee.
11   Q.    I'm from Memphis.  I know where
12  Tullahoma is.
13         MR. GRILLO:  I'm sorry.  I'm not.
14  So where is it?
15         MR. SAXON:  Tullahoma -- it's
16  down, I believe, between here and
17  Chattanooga.
18         MR. GRILLO:  Okay.  So Tennessee.
19         MR. SAXON:  A little bit to the
20  west.
21         MR. GRILLO:  All right.  Thank
22  you.
23  BY MR. SAXON:
24   Q.    And does Chelsy see her father?
25   A.    No, sir.

Page 31

1    Q.    Does she want to see him?
2    A.    No, sir.
3    Q.    No?  Why not?
4    A.    Because he's not bothered to see
5  them.  The last -- the last conversation he
6  had with my son was when my son called him
7  after Cayce died.  And he told his son to not
8  call his house again or he'd have him
9  arrested for telephone harassment.  That if
10  he wanted Cayce for a D-A-D-D-Y, he could
11  take him and shove him right up his A double
12  S.
13   Q.    Okay.  And this was after -- but
14  this was after Cayce had taken his life?
15   A.    Yes, sir.
16   Q.    So you figured that -- you
17  interpreted that as a very cruel thing to
18  do --
19   A.    Yes, sir.
20   Q.    -- correct?
21         Okay.  And so did Chance?
22   A.    Yes, sir.
23   Q.    And did he have a similar
24  conversation with his daughter Chelsy?
25   A.    No.  After that Chelsy had nothing

Page 32

1  to want to speak to him about.
2    Q.    Were they surprised at this
3  reaction by their biological father?
4    A.    I think hurt would be more the
5  term.
6    Q.    And did they have any idea that he
7  was -- that he felt so strongly about the
8  issue prior?
9    A.    No, sir.
10   Q.    Okay.  Prior to this, had they had
11  a pretty regular relationship?
12   A.    No, sir.
13   Q.    Did he see them on their
14  birthdays?
15   A.    No, sir.
16   Q.    On Christmas?  Occasionally?
17   A.    Occasionally.
18   Q.    Okay.  And how about your
19  relationship with Mr. Baker?  Do you have
20  any?
21   A.    No, sir.
22   Q.    And when is the last time you
23  spoke to him?
24   A.    To tell him about Chance's
25  graduation.

Page 33

1    Q.    Okay.
2    A.    So that would have been in May.
3    Q.    This past May?
4    A.    Yes, sir.
5    Q.    Did he show up?
6    A.    Yes, sir.
7    Q.    Did he give Chance a gift?
8    A.    No, sir.
9    Q.    Did he speak to Chance?
10   A.    No, sir.  He didn't even see my
11  son get his diploma.
12   Q.    Why not?
13   A.    He just left.
14   Q.    So he did show up but then he just
15  turned around and left?
16   A.    Uh-huh.  Yes, sir.
17   Q.    Do you know why he did that?
18   A.    He said his wife felt like she was
19  going to be sick so they had to leave.
20   Q.    She was going to be sick because
21  she was physically ill?
22   A.    Hot.  It was hot in there.
23   Q.    Okay.  And how did you find out --
24  find out -- find out that he -- that his wife
25  had been -- did you call him and ask him why

Page 34

1    he left?
2        A.    I did.
3        Q.    Okay.  Do you ever see or have any
4    relationship with Russell Scott Carter?
5        A.    No, sir.  He's passed away.
6        Q.    How long ago was that?
7        A.    Probably three or four years.
8        Q.    What happened?
9        A.    Cancer.
10       Q.    Were you close to him until his
11   death?
12       A.    No, sir.
13       Q.    So after your divorce when you
14   were about 18, did you have any other
15   connection or -- or --
16       A.    No, sir.
17       Q.    -- relationship with him?
18       A.    (Witness moves head from side to
19   side.)
20       Q.    No?  And Jeremy Adams -- he
21   didn't -- you had one child with him, right?
22       A.    Yes, sir.
23       Q.    And -- but you had custody of your
24   other two children when you met?
25       A.    Yes, sir.

Page 35

1        Q.    Okay.  That was in -- and you met
2    him in 1996?
3        A.    Yes, sir.
4        Q.    Okay.  And were married in '97,
5    stayed together approximately a year,
6    correct?
7        A.    Yes, sir.
8        Q.    Okay.  And what's Bryan's
9    relationship with his father like?
10       A.    He doesn't see him.
11       Q.    And where does Mr. Adams live?
12       A.    I think he's in Kansas, but I'm
13   not sure.
14       Q.    Oh, that's right.  We talked about
15   that.  Kansas.
16             Have you had -- did you have any
17   education following high school?
18       A.    I went to nursing school and
19   graduated in 2008.
20       Q.    When did you start nursing school?
21       A.    I actually started in 2000, but
22   when Cayce had an injury at work, I had to
23   drop out.
24       Q.    What year did you graduate from
25   high school?

Page 36

1        A.    I did not.  I dropped out.
2        Q.    You dropped out of high school --
3        A.    Yes, sir.
4        Q.    -- with the children.  Okay.  And
5    so what year did you drop --
6        A.    I got my GED in '9 -- '92.
7        Q.    So you dropped out of high school
8    in '92 when Chance was born and got your GED?
9        A.    Yes, sir.
10       Q.    Okay.  Did you have any formal
11   education between then and 2000 when you
12   started nursing school?
13       A.    No, sir.
14       Q.    What did you do for those eight
15   years for work?
16       A.    Waitressed, factory work.
17       Q.    Did you work full time?
18       A.    Yes, sir.
19       Q.    And who kept the children?
20       A.    My mother.
21       Q.    Does she live around here?
22       A.    She passed away a couple years.
23       Q.    Oh, that's right.  Did she live
24   around here?
25       A.    Yes, she did.

Page 37

1        Q.    Okay.  And so she helped raise
2    Chance and Chelsy and Bryan?
3        A.    Yes, sir.
4        Q.    Okay.  And you met Mr. Cayce [sic]
5    in 1998, in March, when you were at
6    Rent-a-Center, correct?
7        A.    Yes, sir.
8        Q.    And when did you move in together?
9        A.    End of '98, beginning of '99.
10       Q.    And so you lived together for
11   three --
12       A.    Yes, sir.
13       Q.    -- or four years before you were
14   married?
15       A.    (Witness moves head up and down.)
16       Q.    Why did you wait so long?
17       A.    I was scared to get married again.
18       Q.    Did Cayce Feyer want to get
19   married?
20       A.    Yes, sir.
21       Q.    So he wore you down?
22       A.    Yes, sir.
23       Q.    Where did you get married?
24       A.    Holly Berry Inn in Tullahoma.
25       Q.    Did you ever serve in the

10 (Pages 34 to 37)

1 military?
2    A.    I went to boot camp but did not
3 even get through basic training.
4    Q.    What year was this?
5    A.    I want to say 2001 maybe.
6    Q.    2001?
7    A.    (Witness moves head up and down.)
8    Q.    Okay.
9    A.    I had never been away from my
10 children.  And I just could not handle being
11 away from my children.
12    Q.    And where -- where were they?
13    A.    With Cayce.
14    Q.    How long did you stay gone?
15    A.    Five, six weeks.
16    Q.    So what was the plan?  You were
17 going to join the military and --
18    A.    Get college money.
19    Q.    College money.  Okay.  Was this
20 the Reserves or the active military?
21    A.    Reserves.  National Guard.
22    Q.    Was this after Cayce's injury in
23 May of 2000 or after his surgery?
24    A.    Yes, sir.
25    Q.    And so he was going to stay home

1 with the children who at that point would
2 have been -- I guess Chance would have been
3 18 --
4    A.    No.
5    Q.    No.  It was '92.  I'm sorry.  So
6 he would have been eight?
7    A.    Eight, seven and four.
8    Q.    Eight, seven and four?
9    A.    Eight, seven and three.
10    Q.    And what branch of the service?
11    A.    Army National Guard.
12    Q.    Army National Guard.  Okay.  And
13 where were you at basic training?
14    A.    Fort Campbell.  I think.  I don't
15 remember.  That was a bad time.
16    Q.    Did Mr. Feyer agree with your
17 decision to --
18    A.    Yes.
19    Q.    And where were you working prior
20 to becoming a -- joining the Reserves?
21    A.    Waffle House.
22    Q.    As a waitress?
23    A.    Yes, sir.
24    Q.    And where else have you worked?
25 Let's go back to when you were first -- just

1 trying to get a history -- a sense of your
2 work history beginning, I guess, when you
3 were 16.
4    A.    Fast food restaurant.  I worked at
5 Taco Bell.
6    Q.    How long at Taco Bell?
7    A.    I don't know.
8    Q.    Then where?
9    A.    Worked at Arby's after I had
10 Chelsy.
11    Q.    How long were you at Arby's?
12    A.    Probably a year and-a-half.
13    Q.    Okay.  And that's --
14    A.    I worked at -- and then I --
15    Q.    -- '93 through '95?
16    A.    Yeah.  I worked at Sonic until I
17 had Bryan.
18    Q.    So how long were you at Sonic?
19    A.    Probably about a year and-a-half.
20    Q.    Any periods of unemployment in
21 between these jobs?
22    A.    No, sir.  I had children.  I had
23 to work.
24    Q.    Okay.  Were you on public
25 assistance as well?

1    A.    I want to say they had Medicaid or
2 something back then.
3    Q.    Did you get food stamps, too?
4    A.    At one point I did.  When I gave
5 birth and had like a six-week period where I
6 couldn't work.
7    Q.    So you worked Sonic for a year
8 and-a-half until Bryan was born in '97?
9    A.    I want to say -- yeah.
10    Q.    Okay.  And then what was your next
11 job after that?
12    A.    Bi-Lo.
13    Q.    I'm sorry?
14    A.    Bi-Lo.  It's a --
15    Q.    Oh, gas station?
16    A.    -- grocery store.
17    Q.    What were you doing there?
18    A.    Bakery.
19    Q.    Working the counter or in the
20 back?
21    A.    In the back.
22    Q.    How long did you do that?
23    A.    I don't know.
24    Q.    Was this full-time?
25    A.    Yes.

11 (Pages 38 to 41)

Page 42

1    Q.    Were these other fast food jobs --
2    A.    Full time.
3    Q.    -- full time?
4    A.    Yes, sir.
5    Q.    Okay.  What was your job -- next
6  job after Bi-Lo?
7    A.    Jostens.  It's a factory in
8  Shelbyville.
9    Q.    And what do they make?
10   A.    Class rings, invitations.
11   Q.    And what was your job there?
12   A.    Printing press.
13   Q.    Running a press?
14   A.    (Witness moves head up and down.)
15   Q.    And who was your supervisor?  Do
16  you remember?
17   A.    I do not know.
18   Q.    Full-time job?
19   A.    Yes, sir.
20   Q.    And how long did you work at
21  Jostens?
22   A.    Until I left Jeremy.
23   Q.    And you left him about the end of
24  '97, correct?
25   A.    Yes, sir.

Page 43

1    Q.    And then what were you doing?
2    A.    Then I worked for a security
3  company called Crime Free installing security
4  systems.
5    Q.    You were actually crawling around
6  installing them yourself?
7    A.    Yes, sir.  It paid good.
8    Q.    Was that full time?
9    A.    Yes, sir.
10   Q.    And this was in the beginning of
11  '98?
12   A.    Yes, sir.
13   Q.    And how long did you work at Crime
14  Free?
15   A.    About six months.
16   Q.    And your mother was keeping the
17  children then?
18   A.    Yes, sir.  My mother or my aunt.
19   Q.    Okay.  Is your aunt still living?
20   A.    Yes, sir.
21   Q.    What's her name?
22   A.    Mary Rogers.
23   Q.    Where does she live?
24   A.    In Manchester.
25   Q.    Are you close with your aunt?

Page 44

1    A.    Yes, sir.
2    Q.    Does she still help you babysit?
3    A.    No, sir.
4    Q.    Do you need a babysitter now?
5    A.    No, sir.
6    Q.    I didn't think so.  But you had
7  moved out -- you had gotten your own place in
8  the spring of -- of '98; is that correct?
9    A.    Yes, sir.
10   Q.    Okay.  And where was that?
11   A.    In Manchester.
12   Q.    An apartment?
13   A.    A little tiny two-bedroom house.
14   Q.    Did you have savings or how were
15  you --
16   A.    Income taxes.
17   Q.    Income taxes.  So with your refund
18  you were able to get a -- rent a place?
19   A.    Yes, sir.
20   Q.    And after you -- Crime Free
21  security for six months in '98, what was your
22  next job?
23   A.    Waffle House.
24   Q.    Waffle House?  Any in between
25  those two jobs?

Page 45

1    A.    No.
2    Q.    No.  All right.
3    A.    Not that I can recall.  I mean --
4    Q.    Not months and months, maybe a
5  week or two?
6    A.    No.  We -- some of those things
7  was through a temporary agency.  So, you
8  know, they would send you here for a little
9  bit and here for a little bit.
10   Q.    What was the name of that agency?
11   A.    Randstad.
12   Q.    Okay.  And so some of the fast
13  food restaurants and the Bi-Lo and the
14  Jostens, do you -- and the Crime Free --
15  which ones of those did you get through
16  Randstad?
17   A.    I know Jostens was.  And then -- I
18  don't remember -- the factory's not even open
19  anymore, but there was a factory that I
20  worked at for just a couple of weeks.  It
21  was -- because they needed extra help for
22  that time.
23   Q.    And then how long were you at
24  Waffle House?
25   A.    I worked at the Waffle House and

12 (Pages 42 to 45)

Page 46

1  then I went to the Cannon County Sheriff's
2  Department.
3     Q.   So you were at the Waffle House
4  for how long?  Do you remember?
5     A.   Probably about two years.
6     Q.   Two years.  Okay.  So starting in
7  the middle of '98 through the middle of 2000?
8     A.   Yeah.
9     Q.   Okay.  And how many --
10    A.   It was either 2000 or 2001 was
11 when I started the Sheriff's Department.
12    Q.   And the Waffle House was full
13 time?
14    A.   Yes, sir.
15    Q.   And you were a waitress?
16    A.   Yes, sir.
17    Q.   Okay.  What were your shifts?
18    A.   Third shift.
19    Q.   So all night?
20    A.   Yes, sir.
21    Q.   And then what was your next job
22 you were saying?
23    A.   The Sheriff's Department.
24    Q.   Which county?
25    A.   Cannon County.

Page 47

1     Q.   Cannon?  Is that where Manchester
2  is?
3     A.   No.  It's Woodbury, Tennessee.
4     Q.   (Indicating.)
5     A.   Woodbury, Tennessee.
6     Q.   Is that south of Manchester or
7  north?
8     A.   I have no clue of the direction.
9     Q.   Okay.  What were you doing for
10 Cannon County Sheriff's Department?
11    A.   Jailer.
12    Q.   How long did you keep that job?
13    A.   2004 -- no.  2005 or 6.
14    Q.   So from 2001 until --
15    A.   Yes, sir.
16    Q.   -- 2004, 5 or 6?  Do you remember
17 which one it was?
18    A.   Probably -- probably 6.
19    Q.   About five years then?
20    A.   Yeah.  Maybe 2007.  Because I want
21 to say it was six and-a-half years I was
22 there.
23    Q.   What shifts?
24    A.   Nightshift at first, which was the
25 7 p to -- or 6p to 6a.  And then when I moved

Page 48

1  up to administration, it was Monday through
2  Friday school hours.
3     Q.   And what jail was it?
4     A.   The Cannon County Sheriff's
5  Department.
6     Q.   Adult jail --
7     A.   Yes.
8     Q.   -- juvenile jail?
9     A.   Adult.
10    Q.   Adult.  Female only?
11    A.   No.  Male and female.
12    Q.   Male and female.  And so you were
13 -- you were working at Cannon County at the
14 time Mr. Feyer committed suicide?
15    A.   Yes, sir.
16    Q.   And why did you leave that job?
17    A.   I'm sorry?
18    Q.   Why did you leave that job?
19    A.   To go to nursing school.  Trying
20 to get all my ducks in a row.
21    Q.   So you went to nursing school full
22 time?
23    A.   Yes, sir.  Well, part-time because
24 of the kids, but it was four days a week at
25 night.

Page 49

1     Q.   Where was that?
2     A.   In McMinnville, Tenn -- or I'm
3  sorry.  In Winchester, Tennessee.  It's
4  through the McMinnville and Shelbyville Tech,
5  but our classroom itself was in Winchester.
6     Q.   What was the name of the school?
7     A.   Tennessee Technology Center.
8     Q.   Tennessee Tech.  Okay.  It was a
9  two-year program?
10    A.   A year and-a-half.
11    Q.   And so that gives you your LPN?
12    A.   Yes, sir.
13    Q.   Okay.  And are you an LPN now?
14    A.   Yes, sir.
15    Q.   Okay.  Did you have to take out
16 student loans to pay for that or --
17    A.   No, sir.
18    Q.   How did you pay for that?
19    A.   Pell Grant paid for most of it.
20    Q.   And who was your supervisor at the
21 jail?
22    A.   Charlie Wilder.  Detective Charlie
23 Wilder.
24    Q.   And so while you were in nursing
25 school part-time in 2007 and 2008 -- is that

13 (Pages 46 to 49)

Page 50

1    correct?
2        A.    Yes, sir.
3        Q.    Okay.  Were you working at all
4    then?
5        A.    Yes, sir.
6        Q.    Where were you working?
7        A.    At the Manchester Medical Center.
8    I'm sorry.  Medical Center of Manchester.
9        Q.    And what were you doing there?
10       A.    I was a tech until I graduated.
11       Q.    Okay.  What shift?
12       A.    It was days, 7 a to 7 p.
13       Q.    How many days a week -- shifts a
14   week were you picking up?
15       A.    Two days, sometimes three days a
16   week.
17       Q.    And was your mother still living
18   then?
19       A.    She was.
20       Q.    Okay.
21       A.    She passed away in the middle of
22   nursing school.
23       Q.    Okay.  So was she helping you with
24   babysitting --
25       A.    Yes, sir.

Page 51

1        Q.    -- childcare?
2        A.    (Witness moves head up and down.)
3        Q.    Okay.  And what is -- what is
4    Chance -- what are his plans?
5        A.    He's at boot camp right now.
6        Q.    Where is that?
7        A.    He's in Fort Knox.
8        Q.    So he's in the Army?
9        A.    Yes, sir.
10       Q.    Joining the Army.  Okay.  When did
11   he -- when did he leave?
12       A.    He left two weeks ago.
13       Q.    So he graduated this past May?
14       A.    Yes, sir.
15       Q.    Was he a good student?
16       A.    I'd say average, a little bit
17   above average.
18       Q.    He ever have any discipline
19   problems at school?
20       A.    No, sir.
21       Q.    Ever get in trouble with the law?
22       A.    No, sir.
23       Q.    Ever get arrested?
24       A.    No, sir.
25       Q.    Ever need any counseling?

Page 52

1        A.    We tried to do some counseling
2    after Cayce passed away, but he wouldn't talk
3    to -- none of the kids would talk to any of
4    the counselors.
5        Q.    How long did you -- did you try to
6    do that?
7        A.    They just said they didn't want to
8    do it.  We went -- I want to say in
9    Tullahoma.
10       Q.    What was the name of the place?
11       A.    I have no clue.
12       Q.    Do you remember the doctor's name
13   or the counselor's name?
14       A.    I sure don't.
15       Q.    Was it through a church or --
16       A.    It was a Christian counseling
17   center.  We went two times, and the kids said
18   they didn't want to go back, and I wasn't
19   going to force them to.
20       Q.    Did you go back?
21       A.    No, sir.
22       Q.    Did you ever get any counseling on
23   your own?
24       A.    No, sir.
25       Q.    So you -- you went as a -- you

Page 53

1    went as the -- the four of you went to the
2    Christian counseling center in Manchester
3    twice, but they didn't want to do it; is that
4    correct?
5        A.    Yes, sir.
6        Q.    And that's the -- there was no
7    other counseling?
8        A.    No, sir.
9        Q.    Okay.  And so Chelsy is about to
10   start her eleventh grade year or senior year?
11       A.    Senior year.
12       Q.    Okay.  What high school?
13       A.    Coffee County High School in
14   Manchester.
15       Q.    And is she a good student?
16       A.    Yes, sir.
17       Q.    Any discipline problems at school?
18       A.    No, sir.
19       Q.    Okay.  Ever been in problems with
20   the authorities?
21       A.    No, sir.
22       Q.    Okay.  And what does she do with
23   her time?  Is she involved in sports or --
24       A.    She was doing the Color Guard,
25   which is the flag twirling, but she opted to

14 (Pages 50 to 53)

1  not do it this year so she could get a job.
2      Q.   Where is she working?
3      A.   J & G Pizza, which is right down
4  the road.
5      Q.   Right down the road from your
6  house?
7      A.   From my house.
8      Q.   Okay.  What's your -- what house
9  is that?
10     A.   486 Walter Bartlett Road in
11 Manchester, Tennessee.
12     Q.   Are you renting that house?
13     A.   I'm buying it.
14     Q.   And who lives there with you?
15     A.   Myself and my children.
16     Q.   Anyone else ever live there with
17 you?
18     A.   Yes.
19     Q.   Who is that?
20     A.   Landon.
21     Q.   What's his last name?
22     A.   Pence.
23     Q.   (Indicating.)
24     A.   Pence.
25     Q.   Pence.  And when did he move in?

1      A.   I'm sorry?
2      Q.   When did he move in?
3      A.   I don't know.
4      Q.   When did he move out?
5      A.   He's still there.
6      Q.   He's still there?
7      A.   Yes, sir.
8      Q.   This is your boyfriend then?
9      A.   Yes, sir.
10     Q.   Okay.  What does he do?
11     A.   He's a police officer.
12     Q.   And what --
13     A.   Manchester City Police Department.
14     Q.   Okay.  How did you meet him?
15     A.   Just. . .
16     Q.   Pull you over for speeding?  I
17 mean, at a bar --
18     A.   A lot of the guys come up to the
19 hospital.
20     Q.   Okay.  You met him at the
21 hospital?
22     A.   (No response.)
23     Q.   So how long ago -- so you started
24 working at the hospital part-time in '07
25 through --

1      A.   He had worked -- he had worked
2  down at Cannon County Sheriff's Department as
3  well, but we didn't, like, see each other
4  because he was one of the road officers.
5      Q.   Okay.  And so --
6      A.   And I was inside the jail in an
7  office.
8      Q.   So you didn't really see him when
9  you worked at the jail?
10     A.   Not much.  Huh-uh.
11     Q.   And then you met him -- or started
12 becoming friendly with him when you were
13 working at the Manchester -- for the Medical
14 Center of Manchester?
15     A.   Yes, sir.
16     Q.   And when did you start dating?
17     A.   (No response.)
18     Q.   After graduation or before?
19     A.   Probably a little bit before.
20     Q.   And graduation was --
21     A.   2008.
22     Q.   2008.  What month was that?
23     A.   August.
24     Q.   And when did he move in?
25     A.   It was the summer.  So I'd say

1  June.
2      Q.   So of 2008?
3      A.   Uh-huh.
4      Q.   So he moved in pretty soon after
5  y'all started dating?
6      A.   Uh-huh.
7      Q.   Yes?
8      A.   Yes, sir.
9      Q.   Okay.  And how does he get along
10 with -- with Chance?
11     A.   They have their differences.
12     Q.   Any arguments?
13     A.   Well, yeah.
14     Q.   People get their voices raised?
15     A.   No.
16     Q.   Any time ever get physical?
17     A.   No.
18     Q.   And how does he get along with
19 Chelsy?
20     A.   They get along.
21     Q.   But not great?
22     A.   (Witness moves head from side to
23 side.)
24     Q.   No?
25     A.   Huh-uh.

15 (Pages 54 to 57)

1    Q.    You have to answer because she
2  can't take --
3    A.    They -- normal.
4    Q.    Just normal?
5    A.    Yeah.
6    Q.    They call him Landon or dad or --
7    A.    Landon.
8    Q.    Landon.  Does he have any of his
9  own kids?
10    A.    Yes.
11    Q.    Does he have custody of them?
12    A.    No.
13    Q.    Okay.  And where are they?
14    A.    Clarksville.
15    Q.    And how is his relationship with
16  Bryan?  He's your youngest, right?
17    A.    Yes, sir.
18    Q.    And how is Bryan?
19    A.    Normal.
20    Q.    It's a normal relation -- so Bryan
21  calls him Landon as well?
22    A.    Yes, sir.
23    Q.    Does Landon work -- what shift
24  does he work?
25    A.    First.

1    Q.    And Bryan just started what grade?
2    A.    He's in his eighth grade year.
3    Q.    What kind of student is he?
4    A.    He's a good student.
5    Q.    Good student?
6    A.    Uh-huh.
7    Q.    What does he do with his free --
8  free time?  Does he do activities after
9  school, sports teams?
10    A.    No, sir.
11    Q.    Okay.  What's he interested in?
12    A.    Video games.
13    Q.    Does he have video games and TV in
14  his room?
15    A.    Yes, sir.
16    Q.    Is that where he stays?
17    A.    No, sir.  We -- he's not allowed
18  to stay on it -- there's a certain allotted
19  amount of time.
20    Q.    That's good.  Does he use every
21  minute of that?
22    A.    Yes, sir.
23    Q.    All right.  Does he have friends
24  in the neighborhood?
25    A.    There's no other children on my

1  street.
2    Q.    Is Mr. Pence on the -- on the deed
3  with you for the house --
4    A.    No, sir.
5    Q.    Okay.  Does he help you with
6  expenses, though?
7    A.    Yes, sir.
8    Q.    Do you have any plans to marry
9  him?
10    A.    Debatable.
11    Q.    I saw you have a ring on your --
12    A.    My children bought this for me.
13    Q.    Okay.  So you're not engaged?
14    A.    He's asked but I've never said
15  yes.
16    Q.    Do you think you will get married,
17  though?
18    A.    Probably.
19    Q.    Does Mr. Pence's children -- do
20  his children come to visit him over the
21  weekends?
22    A.    No, sir.
23    Q.    When does he see them?
24    A.    His daughter has not come down
25  for -- I think he's not seen her in a couple

1  years.
2    Q.    How old is she?
3    A.    17 or 18.
4    Q.    What's the -- did he have a fight
5  with her or --
6    A.    No.  It was the drive distance and
7  the sports and stuff didn't allow for
8  visiting at that time.
9    Q.    But you said he was from
10  Clarksville -- they're from Clarksville,
11  right?
12    A.    Uh-huh.
13    Q.    Which is just up between here and
14  Kentucky, right?
15    A.    Yes, sir.
16    Q.    Okay.  So that's maybe an hour
17  and-a-half from here?
18    A.    Yes, sir.
19    Q.    And besides his daughter, what
20  other children -- what other children does he
21  have?
22    A.    We have a six-year-old.
23    Q.    Oh, you have a six-year-old with
24  Mr. --
25    A.    Yes, sir.

Page 62

1      Q.    -- Pence?  So that child was born
2  in two thousand --
3      A.    2004.
4      Q.    What -- what month?
5      A.    September.
6      Q.    So you started -- you started
7  seeing Mr. Pence pretty -- pretty soon --
8      A.    It was a New Year's Eve drunken I
9  was lonely, and that's what happened.
10     Q.    And that was in 2004.  And then he
11  moved in with you and --
12     A.    He moved in for a little bit and
13  then -- and then left and then came back.  We
14  dated throughout because of Brianna.
15     Q.    So when did he first move in?
16     A.    2004.
17     Q.    Right after the New Year's Eve --
18     A.    No.  Right before she was born.
19     Q.    And how long did he stay with you
20  that time?
21     A.    Until she was a year old.
22     Q.    And then when was the next time
23  that he moved back in?
24     A.    When we met later on.
25     Q.    In August of two thousand and --

Page 63

1  or June --
2      A.    June.
3      Q.    I'm sorry.  June --
4      A.    June 2008.
5      Q.    2008.
6      A.    Is when he moved back in.
7      Q.    Has he stayed in -- since then?
8      A.    Uh-huh.
9      Q.    No -- but he hasn't moved out or
10  -- out of arguments or anything for --
11     A.    We have normal arguments.
12     Q.    But he hasn't ever moved out
13  again?
14     A.    No.
15     Q.    And so for that year between
16  September 2004 and September of 2005,
17  roughly, when Brianna was -- was first born,
18  were you -- where were you living?
19     A.    In my house.  In Walter Bartlett.
20     Q.    Walter Bartlett.  Okay.  And when
21  did you buy that house?
22     A.    2004.
23     Q.    And that's in Manchester?
24     A.    Yes, sir.
25     Q.    So you never lived in that house

Page 64

1  with Cacey?
2      A.    No, sir.
3      Q.    Okay.  What was the address that
4  you were living with Cayce?
5      A.    213 -- we bought a house at 213
6  Kaywood Avenue in Tullahoma.
7      Q.    Is that where he was living when
8  he died?
9      A.    No, sir.  We were living at 2647
10  Murfreesboro Highway in Winchester.
11     Q.    So you and Cayce and your three
12  children were living at Murfreesboro Highway?
13     A.    Yes.
14     Q.    Okay.  And how long did you live
15  there together?
16     A.    Since '99.
17     Q.    So let's go back to -- I know that
18  we've kind of been jumping around a little
19  bit, but we've got to get every -- all the
20  people straight.
21     A.    I know.  It's crazy.
22     Q.    I've got the same situation in my
23  family.  It's not a big deal.
24           The -- March 1998, you moved out
25  from Mr. Adams and had gone to Rent-a-Center

Page 65

1  to get a washer and dryer --
2      A.    Yes.
3      Q.    -- and met the manager?
4      A.    Well, I stayed with my mother for
5  a little while.
6      Q.    Okay.  But you met Mr. Feyer at
7  the Rent-a-Center in the spring of 1998?
8      A.    Yes.  When I was moving back to
9  Manchester.
10     Q.    Okay.  And you moved in
11  together -- okay.  When did you move in
12  together?
13     A.    Like I say, it was the end of '98,
14  beginning -- somewhere -- I want to say '98,
15  '99.
16     Q.    So how long did you date before
17  you moved in together?
18     A.    We didn't date long before he
19  moved in at all.  I want to say maybe a
20  month.
21     Q.    So he might have moved in at the
22  beginning of the summer of '98 if you met in
23  March?
24     A.    Yeah.
25     Q.    Did he call you right after you

17 (Pages 62 to 65)

Page 66

1  left the store?
2     A.   No.
3     Q.   He didn't even let you get out the
4  door?
5     A.   I actually had to have my dryer
6  fixed and he had said -- you know, he come
7  out to fix it.  And it was just a stupid
8  mistake that I had made.  And he ended up
9  asking could he take me out.  And I said,
10 well, you know, I've got three children, I'm
11 not really interested in dating.  He said,
12 well, I want to spend some time with you.
13 And we had several, several telephone
14 conversations.  And I told him that if he
15 came over, that it would have to be after the
16 kids went to sleep, before they got up in the
17 morning, that we weren't going to have
18 intimate relations.
19    Q.   Okay.
20    A.   And he complied to all that.  And
21 then said, well, can we have a date at the
22 park with the kids with a picnic.  And he was
23 just great with my kids.  It was an instant
24 hit.
25    Q.   And do you remember when this

Page 67

1  picnic was in relation to when you first met
2  him?  Was it months later?
3     A.   No.  It was very, very fast.
4     Q.   Okay.  And then after the picnic,
5  did things kind of turn romantic then?
6     A.   Yes.
7     Q.   And so you started -- excuse me --
8  living together then at the beginning -- the
9  end of the spring or the beginning of the
10 summer of 1998?
11    A.   Yes.  It was pretty soon, yes.
12    Q.   And where were you living?
13    A.   In Manchester on -- I want to say
14 it was Bryan Avenue.  It was right off
15 Woodbury Highway.
16    Q.   And whose place was that?  Did you
17 move in with him or did he move in with you?
18    A.   Oh, it was mine.
19    Q.   So he moved in with you?
20    A.   Yes.
21    Q.   And how long did you stay at -- on
22 Bryan Avenue?
23    A.   Until we rented the house on --
24 the 2647 Murfreesboro Highway.
25    Q.   And you rented that place in '99?

Page 68

1     A.   Yes, sir.
2     Q.   Do you remember what month?
3     A.   I sure don't.
4     Q.   And then you stayed there on
5  Murfreesboro Highway until the end of 2003;
6  is that correct --
7     A.   Yes, sir.
8     Q.   -- after his suicide?
9          Okay.  And when did you buy the
10 place on Kaywood in Tullahoma?
11    A.   It was actually bought in October
12 of 2003.  September or October of 2003.
13    Q.   Okay.  So -- you had -- you were
14 moving -- you were planning to move there as
15 a family --
16    A.   Yes, sir.
17    Q.   -- in October of --
18         Okay.  And do you know why you
19 hadn't?
20    A.   We were fixing it up.
21    Q.   Okay.  Did you ever move in there?
22    A.   Yes, sir.
23    Q.   How long were you there?
24    A.   A few months.
25    Q.   And -- beginning of 2004?

Page 69

1     A.   Yes, sir.  I think.  I'm -- I
2  don't -- I can't recall the exact --
3     Q.   I --
4     A.   You have to forgive me on these
5  exact dates.
6     Q.   And I'm not asking for exact
7  dates.  Because who could remember that?  I
8  just want to know kind of general months and
9  time frames and phases and how things
10 progressed.
11    A.   It was very hard for us staying in
12 that house, for all of us.
13    Q.   The Kaywood house?
14    A.   Yes.
15    Q.   Okay.
16    A.   Because everything you looked at
17 was something we had fixed or we had done or
18 we had planned.
19    Q.   I understand.  Did you sell that
20 house?
21    A.   Yes, sir.
22    Q.   Were you able to make any kind of
23 profit off of it at that time in two
24 thousand --
25    A.   I want to say whatever -- whatever

18 (Pages 66 to 69)

Page 70

1   it was went to the down payment on the Walter
2   Bartlett house.  I want to say maybe $6,000.
3     Q.  But you didn't lose money?
4     A.  No, sir.
5     Q.  And the Walter Bartlett house, you
6   bought that in the spring of 2004?
7     A.  Yes, sir.
8     Q.  Do you remember what month it was?
9     A.  No, sir.
10     Q.  And that's just you on the deed
11   there?
12     A.  I'm sorry?
13     Q.  It's just your house?
14     A.  Yes, sir.
15     Q.  You're the only person on the
16   deed?
17     A.  Yes, sir.
18     Q.  And you've lived there
19   continuously since the spring of 2004?
20     A.  Yes, sir.
21     Q.  And the only other people that
22   have lived there with you are your children
23   or Mr. Pence?
24     A.  Yes, sir.  No, sir.
25     Q.  Okay.

Page 71

1     A.  I'm sorry.  I let my
2   ex-mother-in-law live with me for a little
3   while.  Because she didn't have anywhere to
4   go.
5     Q.  And who was that?
6     A.  My ex-husband's mother, Jeremy
7   Adams.  Her name was Lisa Adams.
8     Q.  So this is Bryan's grandmother?
9     A.  Yes.  She stayed there for about a
10   year and-a-half while I was going through
11   nursing school to help.
12     Q.  To help with childcare --
13     A.  Uh-huh.
14     Q.  -- and with the housework and
15   such?
16     A.  Yes, sir.
17     Q.  Okay.  Where is she now?
18     A.  I think it's called Eagleville.
19     Q.  Where is it?
20     A.  It's in Tennessee.
21     Q.  Middle Tennessee?
22     A.  Yes, sir.
23     Q.  And do you still see Miss Adams?
24     A.  Yes, sir.
25     Q.  Are you still friendly with her?

Page 72

1     A.  Yes, sir.
2     Q.  Was she and Mr. Pence ever living
3   there together at the same time?
4     A.  Probably.  Yes, sir.
5     Q.  Anyone else live there with you?
6     A.  My father lived there for about a
7   year as well.
8     Q.  And when was this?
9     A.  A year ago.
10     Q.  So '09 to '10 --
11     A.  Yeah.
12     Q.  -- or '08 --
13     A.  '09.
14     Q.  '09.  Okay.  And why was he living
15   there?
16     A.  He didn't have a job, didn't have
17   a place to go.  And then when he left, he
18   moved to Michigan.
19     Q.  And again, he and Mr. Pence were
20   living there --
21     A.  Yes, sir.
22     Q.  -- at the same time?
23     Did they get along okay?
24     A.  Yes, sir.
25     Q.  Where was Cayce -- let's go back

Page 73

1   and talk about him a little bit.  Where was
2   Cayce Freyer [sic] born?
3     A.  Feyer.
4     Q.  Feyer.  I'm sorry.
5     A.  I'm sorry.  What was the --
6     Q.  Where was he born?
7     A.  I'm not sure.  I honestly don't
8   know.  I want to say Illinois.
9     Q.  Okay.  But not in Tennessee?
10     A.  No, sir.
11     Q.  How old was he when he moved to
12   Tennessee?  Do you know?
13     A.  No, sir.
14     Q.  And do you know where he went to
15   high school?
16     A.  He had originally dropped out from
17   his original high school and then went to a
18   Shamrock something -- rejoined school to --
19   so he could get his diploma.
20     Q.  Do you know where he was living
21   when he got his high school diploma?
22     A.  No, sir.
23     Q.  And do you know how long he had
24   been in -- the Rent-a-Center where you met,
25   was that in Tullahoma or Manchester?

Page 74

1    A.    Manchester.
2    Q.    And do you know -- was -- how long
3  he had been living in Manchester/
4  Murfreesboro area when you met him?
5    A.    No, sir.
6    Q.    But it sounds like his people are
7  kind of down in Georgia?
8    A.    Yes, sir.
9    Q.    So you had --
10   A.    He moved to Tennessee with his
11  ex-wife several years before.
12   Q.    Okay.  And his ex-wife --
13   A.    Terri Skipper.
14   Q.    Do you know what year that was?
15   A.    No, sir.
16   Q.    But when you met him he was single
17  and living by himself?
18   A.    Yes, sir.  Well, he lived with
19  another guy.  They split rent.
20   Q.    He had a roommate, though?
21   A.    Yes, sir.
22   Q.    Okay.  And how long had he been
23  working at Rent-a-Center?
24   A.    Several years.  A couple years
25  from what he had said at that point.

Page 75

1    Q.    Do you know anything about his
2  childhood?
3    A.    No, sir.  We had a thing about the
4  past is the past, you know, because I tried
5  to tell him, you know, this is what's went on
6  with me.  And, you know, both of us -- his
7  relationship with his ex-wife was not great.
8  And my relationship with my ex-husband was
9  not great.  And we had a deal the past is the
10  past.
11   Q.    Okay.  Did he ever talk to you
12  about -- not his ex-relationships -- I
13  understand about that -- but how things were
14  growing up in his home?
15   A.    He was, you know, close with his
16  mother.  We, you know, would go to Georgia
17  and visit his mother.  He never really said
18  he had a horrible childhood or anything like
19  that.
20   Q.    Okay.  Did he ever tell you about
21  any abuse or --
22   A.    No.
23   Q.    Okay.  Was he ever in trouble with
24  the authorities when he was a kid?
25   A.    Not that I know of.

Page 76

1    Q.    Okay.  Did he have -- did he have
2  any health problems when he was a child?
3    A.    Not that I know of.
4    Q.    Ever been hospitalized when he was
5  a child?  And by child I mean prior to
6  graduation from high school.
7    A.    Not that I know of.
8    Q.    Okay.  Do you know what he did as
9  a -- for interest as -- as a child?  Did he
10  play sports?  Was he -- did he play an
11  instrument or anything like that?
12   A.    Dance.  He loved music.
13   Q.    Okay.  And did he dance with --
14  with a group or just -- he just liked to
15  dance?
16   A.    They -- like -- just go ballroom
17  dancing and stuff like that.
18   Q.    Okay.  He -- and he did this prior
19  to graduation or he did this when he was
20  growing up?
21   A.    I'm not sure.
22   Q.    Okay.  Any other activities that
23  he did regularly that you are aware of?  Play
24  on a softball team?
25   A.    Not that I can -- not that I can

Page 77

1  think of right off the top of my head.
2    Q.    Okay.  Has anyone in his family --
3  on -- in the Feyer side of the family ever
4  been treated for depression?
5    A.    Not that I'm aware of.
6    Q.    Any other psychiatric conditions?
7    A.    I don't know.  I mean --
8    Q.    If you don't know, just say.
9  That's fine.
10   A.    I don't know.
11   Q.    Okay.  Anyone on the Feyer side of
12  the family ever attempt suicide?
13   A.    Not that I was told.
14   Q.    Okay.  Are you aware of anyone on
15  the Feyer side of the family -- and I mean
16  his brothers or -- his half brothers or his
17  mother or father -- that you're aware of ever
18  take antidepressants?
19   A.    Not that I know of.
20   Q.    Any other type of psychiatric
21  medications?
22   A.    Not that I know of.
23   Q.    Okay.  Do you know if he ever ran
24  away from home when he was little?
25   A.    Not that I'm aware of.

20 (Pages 74 to 77)

Page 78

1    Q.    Okay.
2    A.    I mean. . .
3    Q.    Did he have friends from growing
4 up that he kept in touch with?
5    A.    Yes, sir.
6    Q.    Who was that?
7    A.    Gina McClain.
8    Q.    Gina?
9    A.    Gina McClain.  In fact, she came
10 to our wedding.
11   Q.    Where does she live now?
12   A.    I'm not sure where she's at now.
13 She travels a lot with her job.  And I'm not
14 even sure what her job is, what she does.
15 But I want to say she's based in California.
16   Q.    And how often did he keep up with
17 Ms. McClain?
18   A.    They would talk at least, you
19 know, once every couple of weeks or so that I
20 knew of.
21   Q.    Okay.  Did he use the computer to
22 keep in touch with people?
23   A.    I don't know.  I don't --
24   Q.    Did he e-mail?
25   A.    I think maybe -- I'm trying to

Page 79

1 think -- we didn't even have cable.  So. . .
2    Q.    So he didn't have a laptop --
3    A.    I want to say -- no, we didn't
4 have no laptop or anything like that.  I want
5 to say he e-mailed his mother and Gina, I
6 want to say.
7    Q.    But you had a computer at home?
8    A.    Yes.  For a brief period, yes.
9    Q.    Okay.  And an internet connection?
10   A.    Yes, sir.
11   Q.    Did he spend much time on the
12 internet?
13   A.    No.
14   Q.    Anyone besides Ms. McClain that he
15 kept in touch with from his childhood or from
16 his teenage years?
17   A.    He had a friend, Richard, but
18 Richard passed away at a work accident.
19   Q.    Anyone else?
20   A.    Not that I met.
21   Q.    Do you know if he ever
22 experimented with alcohol in high school?
23   A.    I don't know.
24   Q.    Drugs?
25   A.    Not that I know of.

Page 80

1    Q.    Did he ever use drugs around you?
2    A.    No.
3    Q.    Even smoke marijuana?
4    A.    No.
5    Q.    Never?
6    A.    No.  Not that I'm aware of.
7    Q.    Okay.
8    A.    Definitely not around me.
9    Q.    Okay.  And that's something that
10 you never did growing up?
11   A.    No, sir.
12   Q.    All right.  No drugs?
13   A.    No, sir.
14   Q.    Okay.  And so after he graduated
15 from high school -- after he -- he left
16 normal high school, then went back and got an
17 equivalent to a GED it sounds like?
18   A.    (Witness moves head up and down.)
19   Q.    Is that correct?
20   A.    I believe so.
21   Q.    Okay.  And do you know if he was
22 in Tennessee when he did that?
23   A.    I want to say it was Georgia.
24   Q.    Okay.
25   A.    Like I said, I'm not sure.

Page 81

1    Q.    Was he ever in the military?
2    A.    I think he went to go into the
3 military and didn't go through basic
4 training, if I'm remembering correctly.
5    Q.    Okay.  And can you help me with
6 what was going on with him between when he
7 graduated from high school and when you met
8 him -- and I guess he was 30 when you met
9 him, correct?
10   A.    (Witness moves head up and down.)
11   Q.    So for those 12 years, where he
12 was living?
13   A.    You know, with his ex-wife and
14 with his mother.
15   Q.    In Georgia?
16   A.    (Witness moves head up and down.)
17 And then him and his ex-wife moved to
18 Tennessee.  And then -- I mean, I didn't ask
19 him where he lived at, you know, every
20 specific point or anything.
21   Q.    No.  I understand.
22   A.    The only thing I know of is, you
23 know, with his ex -- with his ex-wife and
24 then with Mr. Jenkins who he, like, roommated
25 with.

21 (Pages 78 to 81)

Page 82

1    Q.    Okay.  And do you know where he
2  was working?
3    A.    Rent-a-Center.
4    Q.    The whole time?
5    A.    Terminix before Rent-a-Center.
6    Q.    Oh.  Anywhere else that you're
7  aware of that he worked?
8    A.    (Witness moves head from side to
9  side.)
10        He met his wife when he worked at
11  a bar.  That's all I know is how they met.
12    Q.    But that was down in Georgia?
13    A.    Yeah.
14    Q.    Okay.
15        MR. SAXON:  We've been going a
16  little bit over an hour.  So let's take a
17  break.  Is that okay?
18        MR. GRILLO:  Yeah.
19        VIDEOGRAPHER:  We are now off the
20  record.
21        (Brief recess.)
22        VIDEOGRAPHER:  This is the
23  beginning of tape number 2 in the videotaped
24  deposition of Shanan Feyer.  We are now back
25  on the record.

Page 83

1  BY MR. SAXON:
2    Q.    Ms. Feyer, we were trying to
3  finish up just in the general background
4  information.
5        And one other question.  Do you
6  have any -- do you have any grandchildren.
7    A.    No, sir.
8    Q.    I didn't know if -- if Chance
9  or --
10    A.    No, sir.
11    Q.    Okay.  Do you know what Cayce
12  Feyer's father did for a living?
13    A.    No, sir.  He had already been
14  passed away long before we got married.
15    Q.    Okay.  And have you given a
16  deposition before?
17    A.    We had to do a deposition over my
18  aunt's child when my aunt had done passed
19  away from cancer because he was living with
20  us.
21    Q.    This is another sister of your
22  mother's?
23    A.    Yes, sir.
24    Q.    Okay.  So your -- the sister that
25  we talked about earlier was Mary Rogers?

Page 84

1    A.    That's my mom's sister-in-law.
2    Q.    Okay.  And so who is the aunt that
3  you were involved with --
4    A.    Linda Rogers.
5    Q.    And this is your mother's sister?
6    A.    Yes.
7    Q.    Okay.  What was your mother's
8  name?
9    A.    Patsy.
10    Q.    Patsy?
11    A.    Rogers Randolph.
12    Q.    And so what was your role in the
13  custody dispute involving Linda Rogers's
14  children?
15    A.    The biological father had not been
16  a part of his life.  And throughout my aunt's
17  sickness, the child lived at my house, and
18  the father was seeking custody.  And my
19  mother was wanting to retain custody.  And it
20  was just a deposition on, you know, the
21  child, custody.
22    Q.    Okay.  What was the outcome of
23  the -- the --
24    A.    He went with his biological
25  father.

Page 85

1    Q.    Did you agree with that decision?
2    A.    Every child needs to be with the
3  father.
4    Q.    And when was -- and what was the
5  boy's name?  I'm sorry.
6    A.    TJ.
7    Q.    And how long did TJ live with you?
8    A.    Probably about nine, ten months.
9    Q.    When was this?  Recently?
10    A.    Two thousand -- it's been a couple
11  years.
12    Q.    Since Mr. Feyer's death?
13    A.    Yes.
14    Q.    And when did you give your
15  deposition?
16    A.    It's been several years.
17    Q.    Have you ever given another
18  deposition besides that --
19    A.    No, sir.
20    Q.    Okay.  Do you have any other
21  lawsuits?
22    A.    No, sir.
23    Q.    Ever been a party to another
24  lawsuit?
25    A.    Never been to court over anything.

22 (Pages 82 to 85)

Page 86

1    Q.    Have you ever sued anybody else
2  for -- aside from divorce or custody issues,
3  family issues -- because of an accident or
4  because of --
5    A.    No, sir.  I've never been involved
6  in anything like that.
7    Q.    Have you ever been arrested?
8    A.    No, sir.  Well, yes, sir.
9    Q.    Let's hear about that.
10     MR. GRILLO:  Objection.
11     THE WITNESS:  I was 21 and
12  driving, got pulled over for having a
13  headlight out.  And my driver's license had
14  been suspended and I did not know it.
15  BY MR. SAXON:
16    Q.    And so how long were you in
17  custody then?
18    A.    A couple days.
19    Q.    Where was this?
20    A.    In Coffee County.  I want to say
21  that it got expunged off my record -- because
22  -- the reason -- the reason my driver's
23  license was suspended was truancy to high
24  school, and I was 21.
25    Q.    Okay.  Any other arrests?

Page 87

1    A.    No, sir.
2     MR. GRILLO:  Objection.
3  BY MR. SAXON:
4    Q.    Do you attend church?
5    A.    No, sir.
6    Q.    Did Mr. Feyer attend church?
7    A.    We did.
8    Q.    Together?
9    A.    Yes, sir.
10    Q.    What church was that?
11    A.    Grace Baptist in Manchester.
12    Q.    How often would you go?
13    A.    At least once to twice a month.
14  It was at least -- you know, we tried to go
15  as often as we could.
16    Q.    And so you were together from '98
17  through 2003?
18    A.    Yes, sir.
19    Q.    So during that five-year period,
20  did you go to church once or twice a month
21  the entire time, or is this something you
22  started recently?
23    A.    I want to say for at least two
24  years, two to -- you know.
25    Q.    Did the children go with you?

Page 88

1    A.    Yes, sir.  That was the main
2  reason for going.
3    Q.    And after his death in two
4  thousand -- in November of 2003, did you
5  continue to go to Grace Baptist?
6    A.    No, sir.
7    Q.    Did Mr. Feyer attend church prior
8  to meeting you in 1998?  Do you know?
9    A.    He went with his mother sometimes
10  to my knowledge.  Other than that, I'm not
11  sure.
12    Q.    Okay.  Was Mr. Feyer ever in
13  any other -- involved in any lawsuits that
14  you're aware of?
15    A.    Just the workman's comp where he
16  had been injured at work.
17    Q.    Anything else?
18    A.    The disability.
19    Q.    Related to the --
20    A.    Right.
21    Q.    -- injury?  Okay.  Anything else
22  besides that?
23    A.    Not that I'm aware of.
24    Q.    Did he ever file bankruptcy?
25    A.    Not that I'm aware of.

Page 89

1    Q.    Have you?
2    A.    No, sir.
3    Q.    Okay.  Had he ever been arrested
4  as far as you're --
5    A.    Not that I'm aware of.
6    Q.    Okay.  And prior to meeting you,
7  do you know if Mr. Feyer received any type of
8  mental health counseling?
9    A.    Not that I'm aware of.
10    Q.    Ever take any medication for
11  mental issues?
12    A.    Not that I'm aware of.
13    Q.    And prior to his injury -- this is
14  -- you know, try to talk about things
15  before -- well, first tell me what -- when
16  was he injured?
17    A.    I want to say 2000.  I'm -- I'm
18  not sure.
19    Q.    Was there an event that -- that --
20  was it just a sudden injury or kind of --
21    A.    It was a sudden injury.
22    Q.    What happened?
23    A.    He was at work.  And the delivery
24  guy showed up to deliver the furniture.  And
25  all of the guys were out of the store.  And

23 (Pages 86 to 89)

1  from what he said, it was one of those
2  sectional sofas. And they -- him and the
3  delivery guy, just the two of them, were
4  getting it off the truck, and it kind of like
5  went over and hit him directly like in the
6  head.
7      Q.   Did it knock him unconscious?
8      A.   I don't believe so.
9      Q.   Do you remember him coming home
10  from work that day and telling you about it?
11     A.   Yes, sir.
12     Q.   So he was -- it was an
13  immediate --
14     A.   Yes, sir.
15     Q.   -- injury?
16          And prior to that how had his
17  health been?
18     A.   Fine.
19     Q.   Do you know if he ever had any
20  kind of back issues or neck issues?
21     A.   No, sir. Not that I'm aware of.
22     Q.   So up until this one incident
23  where he was unloading the couch, everything
24  was going fine with him, at least physically?
25     A.   Yes, sir.

1      Q.   I've looked at some records. And
2  does May 2000 sound about right?
3      A.   Yes, sir.
4      Q.   Okay.
5      A.   Because I want to say he had
6  surgery during the summertime months.
7      Q.   Okay.
8      A.   And like I said, I could be wrong
9  on some of these dates. I've not thought
10  about this in a long time.
11     Q.   I understand. The exact dates are
12  not critical. We have records if we need to
13  figure out exactly what day it was. I'm
14  just -- generally does it sound consistent
15  with May 2000?
16     A.   Or thereabouts.
17     Q.   Okay. So prior to May of 2000 --
18  from March of 1998 through May of 2000, was
19  Mr. Feyer ever hospitalized prior to the
20  incident?
21     A.   Not that I'm aware of.
22     Q.   Well, you were living with
23  him so --
24     A.   Oh.
25     Q.   And I'm talking about the time

1  that you were living together.
2      A.   No, sir.
3      Q.   Did he take medications daily?
4      A.   No, sir.
5      Q.   Did he go see the doctor, or just
6  when he was sick he would go to the clinic?
7      A.   Just like your average cold
8  or something.
9      Q.   Who would he go see?
10     A.   When we got together we started
11  seeing Erich Sperker.
12     Q.   Sperker. Okay.
13     A.   And that was, like, just a family
14  physician for all of us.
15     Q.   And would he get yearly checkups
16  or just see the doctor when he was sick?
17     A.   I want to say just whenever we
18  were sick.
19     Q.   Okay. And he didn't have any
20  health conditions that you are aware of that
21  required -- required treatment during that
22  basically two-year period from March 1998
23  until May of 2000?
24     A.   Not that I'm aware of.
25     Q.   Okay. And what was your financial

1  situation like during those two years prior
2  to his injury?
3      A.   He made pretty decent money, which
4  was the original reason he went ahead and
5  moved in. Because he knew that I wanted to
6  go to nursing school. And he said instead of
7  me paying rent here and you paying rent here,
8  let's just put our finances together; you can
9  go to school.
10     Q.   Okay. And had you started school?
11     A.   Yes, sir.
12     Q.   Before -- when did you start?
13     A.   In 2000.
14     Q.   Prior to his injury?
15     A.   Yes, sir.
16     Q.   Okay. So you started in -- you
17  didn't -- you didn't start school at the --
18  in the summer. You started in the -- first
19  semester in January of 2000?
20     A.   I want to say March. End of
21  February, beginning of March is when the
22  school year started.
23     Q.   Okay.
24     A.   I had not even made it through the
25  first quarter when he had his injury.

Page 94

1    Q.    But you had stopped your job at
2  the --
3    A.    Yes, sir.  Waffle House.
4    Q.    Waffle House.  And how was your
5  relationship during those two years prior to
6  the -- to the injury?
7    A.    It was your normal honeymoon, you
8  know, butterflies in the stomach phase.
9    Q.    Were you ever separated during
10  that time period?
11    A.    No, sir.
12    Q.    Did you tend to have just
13  little bickering fights or fight about the
14  same things over and over?
15    A.    Normal.  I mean, it was a normal
16  relationship.  We'd have disagreements but we
17  didn't have, like, knock-down-drag-out fights
18  or anything.  We would sit down and talk
19  things out.
20    Q.    How much, if any, did -- did
21  Mr. Feyer use alcohol?
22    A.    Just socially.  I mean, if we'd go
23  out to dinner he may have like a wine or a
24  mixed drink with dinner.
25    Q.    Would he have -- would he have

Page 95

1  beer at home every night?
2    A.    No.
3    Q.    Okay.  Was the amount of drinking
4  ever a source of disagreement?
5    A.    No.
6    Q.    How about for you?  Did he ever
7  complain about the amount that you drank?
8    A.    No, sir.
9    Q.    Did you drink about the same
10  amount --
11    A.    No, sir.
12    Q.    -- as him?
13    A.    No, sir.
14    Q.    You drank less?
15    A.    Yes, sir.
16    Q.    So you don't drink?
17    A.    No.  Bad things happen when I
18  drink.
19    Q.    Okay.  And so this -- during this
20  honeymoon phase that you were talking about,
21  you were still at that point working at the
22  Waffle House and he was working at
23  Rent-a-Center and you were living together on
24  Murfreesboro Highway, correct?
25    A.    Either that or the Bryan Avenue.

Page 96

1  Those were our two places.
2    Q.    Because you moved into
3  Murfreesboro Highway in '99 --
4    A.    Right.
5    Q.    -- but you started living together
6  in about -- we decided about May of '98 --
7    A.    Right.
8    Q.    -- correct?
9        Okay.  And during that time there
10  were no breakups or separations?
11    A.    No, sir.
12    Q.    Okay.  And Mr. Feyer's health was
13  good; he was not on any kind of medications?
14    A.    Yes, sir.
15    Q.    And there were no basic issues
16  financially with the marriage; is that
17  correct?
18    A.    Yes, sir.
19    Q.    Yes.
20    A.    Everything was good.
21    Q.    And Mr. Feyer's job at
22  Rent-a-Center -- what was his title if you
23  remember?
24    A.    Manager.
25    Q.    Okay.  He was -- how many store

Page 97

1  managers were there?
2    A.    Each location had their manager.
3  Like Tullahoma store has a manager.
4  Manchester store has a manager.
5    Q.    So he was the only manager for the
6  Manchester store?
7    A.    Yes, sir.
8    Q.    How many other employees worked
9  there?
10    A.    I don't know.  Probably three or
11  four.  But I'm not sure.
12    Q.    I understand.  And then there were
13  some other people in the warehouse, in the
14  back?
15    A.    No.  It was just a store.  I guess
16  like the delivery people -- I'm not sure.
17  The guys that worked for him did the
18  deliveries and everything.
19    Q.    Okay.  And so who wrote out the
20  leases and did the renting and the sales?
21    A.    The general people in the store.
22    Q.    They did it all?
23    A.    I believe so.
24    Q.    Okay.  Was his salary
25  commission-based depending on how much

25 (Pages 94 to 97)

Page 98

1  business he did or did he just draw a regular
2  paycheck?
3     A.    It was a regular paycheck, but he
4  did get bonuses.
5     Q.    And that was depending on how well
6  the store --
7     A.    How well the store was doing, yes,
8  sir.
9     Q.    Did he like his job?
10    A.    Yes, sir.
11    Q.    Do you think he was good at it?
12    A.    Yes, sir.
13    Q.    Did he get good reviews?
14    A.    Yes, sir.
15    Q.    So he never complained to you that
16 he was -- had been disciplined or gotten a
17 bad review that he didn't -- felt like was
18 deserved?
19    A.    No, sir.
20    Q.    And do you know who his supervisor
21 was?
22    A.    Larry Jenkins.
23    Q.    And do you know if Mr. Jenkins
24 still works with Rent-a-Center?
25    A.    I have no idea.

Page 99

1     Q.    Have you seen him recently?
2     A.    No, sir.
3     Q.    When was the last time you saw
4  him?
5     A.    When Cayce and I was moving
6  Cayce's stuff out of the house into my house.
7     Q.    After the suicide?
8     A.    No.  When Cayce was moving in with
9  me.
10    Q.    Oh, when Cayce was moving in with
11 you.
12    A.    Yes, sir.
13    Q.    Did anyone from Rent-a-Center come
14 to the -- to the funeral?
15    A.    I have to be honest with you.
16 I -- I honestly don't know.
17    Q.    Did you have a funeral?
18    A.    Yes, sir.
19    Q.    Okay.
20    A.    That was a very bad time for me.
21 I couldn't tell you who was there and who
22 wasn't.
23    Q.    I understand.  I didn't know if
24 there was a guest book that you've since
25 looked at and you know who was there.

Page 100

1     A.    No, sir.
2     Q.    Okay.  And what shifts did he work
3  at Rent-a-Center?
4     A.    It was regular dayshift, store
5  hours.
6     Q.    Store hours.  Okay.  So he opened
7  the store and closed the store every day?
8     A.    Yes, sir.
9     Q.    And it was at the same location in
10 Manchester?
11    A.    Yes, sir.
12    Q.    And what kind of benefits did he
13 get through Rent-a-Center?
14    A.    Like I said, they did bonuses
15 based on how well the store was doing.
16 He said he had -- they had good insurance.
17    Q.    So he had his own health
18 insurance?
19    A.    Yes, sir.
20    Q.    Okay.  And so when he got -- when
21 he got sick, they -- his health insurance
22 paid for everything?
23    A.    I believe so.
24    Q.    Okay.  Did he have any life
25 insurance?

Page 101

1     A.    Through the work.  I want to say
2  they did, but I'm not sure how much it was or
3  anything like that.
4     Q.    Did you receive any?
5     A.    No, sir.
6     Q.    He wasn't -- he had been separated
7  from Rent-a-Center or terminated from
8  Rent-a-Center at the time he took his life,
9  correct?
10    A.    Yes, sir.
11    Q.    Okay.  Did he have any other life
12 insurance?
13    A.    Not that I'm aware of.
14    Q.    Well, as his executor you weren't
15 aware of any policies?
16    A.    No, sir.
17    Q.    And you searched his personal
18 effects for policies?
19    A.    Yes, sir.
20    Q.    Okay.  And so in -- after his
21 accident in May of 2000 -- whenever it was --
22 in the early part of 2000 -- did he go to the
23 doctor that next day or did he go back to
24 work or -- how -- how sudden was his -- was
25 the onset of the -- of the pain and -- and

26 (Pages 98 to 101)

Page 102

1  lack of strength?
2      A.   I want to say he made a doctor's
3  appointment for as soon as he could get into
4  the doctor.
5      Q.   Okay.
6      A.   But I'm not positive.
7      Q.   Okay.
8      A.   But he did come home saying this
9  had happened, he was hurt, he needed to see
10 somebody.  So. . .
11     Q.   And was there any talk about him
12 going to get treatment right -- right then
13 that evening, or was he okay enough to at
14 least go to bed and get up and get a doctor's
15 appointment in a few days?
16     A.   I want to say -- I don't remember.
17     Q.   Okay.  Did you go to his doctor's
18 appointments with him?
19     A.   When I could.
20     Q.   Which ones do you remember --
21 which doctors do you remember?
22     A.   The neurosurgeon, Dr. Lien.
23     Q.   Okay.
24     A.   And then when he went to rehab,
25 sometimes I'd go to the rehab.  And that was

Page 103

1  in Tullahoma.  I want to say HealthSouth.
2      Q.   That was rehab, too?
3      A.   I'm sorry?
4      Q.   Was that rehab, too?
5      A.   Yes.  Dr. Lien was
6  the neurosurgeon.  And the Tullahoma was --
7  the HealthSouth was a rehab center.
8      Q.   Okay.  Did you go see his primary
9  care doctor with him, Dr. Spayer, I think you
10 said his name --
11     A.   Sperker.
12     Q.   Sperker.
13     A.   Not for this.  And after this took
14 over -- I mean he just stuck with Dr. Lien
15 for the neck and back.
16     Q.   Did you go with him when he went
17 to the Murfreesboro Anesthesia Group?
18     A.   No.
19     Q.   And how often would you go to
20 Dr. Lien's appointments?
21     A.   Just -- I don't remember if I went
22 to every one, but I went to every one that I
23 could.
24     Q.   I understand that you were busy
25 and children and all.  I just didn't know if

Page 104

1  you went to just a few of them because you
2  couldn't go to more or if you went to most of
3  them but you couldn't go to a few.
4      A.   I want to say probably half or
5  better.
6      Q.   Okay.  And you said something
7  earlier that when this took over.  What did
8  you mean by that?
9      A.   Just -- he didn't to my knowledge
10 go see somebody else for a neck or back
11 issue, you know, other than who Dr. Lien had
12 said, you know, this is what we're doing for
13 your back and neck.
14     Q.   But did there come a time when the
15 treatment or his injury and symptoms from his
16 back and neck take over and start to dominate
17 his day-to-day life?
18     A.   Well, I mean, he did have pain,
19 yes.  But as far as take over his life, I
20 think he did very well as far as maintaining
21 it.  I mean, he still did as much as he
22 could.
23     Q.   Okay.  Do you remember when he
24 stopped -- when his last day at work was?
25     A.   I want to say -- and I'm not

Page 105

1  positive.  But I want to say they got rid of
2  him while he was in the hospital having
3  surgery.
4      Q.   After his injury in May of -- or
5  May or April, or whenever it was in 2000, did
6  he go back to work part-time -- or
7  temporarily before his surgery?
8      A.   He tried to.
9      Q.   And then after his surgery, did he
10 ever go back to work?
11     A.   No, sir.  I don't believe so.
12     Q.   And if his surgery was in July of
13 2000, as far as you're aware --
14     A.   Yes, sir.
15     Q.   -- that's the last time he went to
16 Rent-a-Center?
17     A.   (Witness moves head up and down.)
18     Q.   Yes?
19     A.   I believe so.
20     Q.   Okay.  And from July of -- of 2000
21 through November of 2003, he did not work?
22     A.   No, sir.
23     Q.   How did you -- how did you live?
24 How did you pay your bills?
25     A.   I worked.

Page 106

1    Q.    Was he getting any type of
2  disability payments from Rent-a-Center?
3    A.    Not -- not that I'm aware of.  He
4  was doing the workman's comp.
5    Q.    So he brought a suit -- a worker's
6  comp suit or made a worker's comp claim?
7    A.    Yes, sir.
8    Q.    And that eventually resulted in a
9  settlement?
10    A.    Yes, sir.
11    Q.    Okay.  But up until that point
12  when they gave the settlement, were they
13  giving him any type of payments --
14    A.    They had given him some -- and I'm
15  not sure why or what or when.  They had given
16  him some money up to some point because when
17  the final decision was made, they took out a
18  certain amount for money that he had been
19  paid.
20    Q.    Okay.  Do you know how much the
21  final amount was?
22    A.    No, I don't.  He did all the
23  financing.  I didn't look at financing.
24    Q.    And so at some point you got --
25  you got a big settlement, or was it paid out

Page 107

1  over a period of time?
2    A.    It was a lump sum and then paid
3  out over -- I want to -- over a certain
4  amount of time.  I'm not sure on the exact
5  numbers.
6    Q.    How soon before his death was
7  the -- was the settlement?
8    A.    Within the ten, 12-day mark-ish.
9    Q.    He had gotten the settlement right
10  before his death?
11    A.    Yes, sir.  They give him I want to
12  say a $50,000 down payment.
13    Q.    On his -- on his --
14    A.    Workman's comp.
15    Q.    With -- with the understanding
16  that he would get more --
17    A.    Yes, sir.
18    Q.    -- payments over a few months?
19    A.    Yes, sir.
20    Q.    And those payments went to you
21  after his death?
22    A.    Yes, sir.
23    Q.    Okay.
24    A.    Which is how I was able to go to
25  nursing school.

Page 108

1    Q.    I understand.
2    A.    Sorry.
3    Q.    If you need to take a break we're
4  happy to.
5    A.    No.  It's going to affect me the
6  same whether we do it now or do it in ten
7  minutes.
8    Q.    I understand.  Rather get it over
9  with.
10         And so during the July 2000
11  through November of 2003, how was the
12  family's financial situation?
13    A.    It was rough.  I mean, you know,
14  we went from -- I want to say he made
15  anywhere from 60 to 75,000 mark a year to
16  whatever I could make at Waffle House and the
17  Sheriff's Department.  It's a big change.
18    Q.    Okay.  And so you -- you started
19  the -- you started back at the Waffle
20  House --
21    A.    Uh-huh.
22    Q.    -- after his injury.  Do you
23  remember when that was?
24    A.    No, sir, I do not.
25    Q.    Okay.  And then from the Waffle

Page 109

1  House you got a job at the Sheriff's
2  Department working at the jail, right?
3    A.    Yes, sir.
4    Q.    But your income had greatly
5  reduced?
6    A.    Yes, sir.
7    Q.    And things became rough, as you
8  say?
9    A.    Yes, sir.
10    Q.    Okay.  Did that cause any tension
11  at -- in your marriage?
12    A.    I wouldn't say it caused tension.
13  Granted, we weren't able to go out and do the
14  things that we were used to doing.  But I
15  never even went to the bank.  I'd hand him my
16  check.  And he'd do all the financing.  He'd
17  say you've got this amount this week, you
18  know, for dah, dah, dah.  I mean, he was
19  wonderful with numbers.  And he made it work.
20    Q.    Okay.
21    A.    We never went hungry or anything
22  like that.
23    Q.    Okay.  And never got evicted from
24  your --
25    A.    No.

Page 110

1    Q.    -- place?
2    A.    No.  And the kids still got to do
3  soccer and gymnastics and stuff like that.
4    Q.    What did he do all day?
5    A.    He stayed at the house.  He would
6  do the -- you know, take the kids to soccer
7  practice, took Chelsy to gymnastics.  He
8  would do some cooking and cleaning, and --
9  you know, he was Mr. Mom.
10   Q.    And he -- would he go to his
11 rehab?
12   A.    Yes, sir.
13   Q.    Okay.
14   A.    And he would do his -- they give
15 him some kind of rubberband things he would
16 do at the house, too, for the therapy.
17   Q.    Okay.  Do you know what meds --
18 medications he was taking during this time?
19   A.    I do.
20   Q.    Okay.  Is that because you were
21 paying attention then or because you're a
22 nurse and you have gone back and looked?
23   A.    Because I've gone back and looked.
24   Q.    Okay.  And when did you go back
25 and pull his medical records?

Page 111

1    A.    When he passed away.
2    Q.    Okay.
3    A.    Not medical records, but, I mean,
4  it was right there, what he took.
5    Q.    Okay.  And do you know -- but did
6  you go back and look and see, well, he
7  started taking Lortabs --
8    A.    Oh, no.  As far as like dates and
9  stuff, no.  I just knew what pill bottles
10 were there.
11   Q.    At the time of his death?
12   A.    Uh-huh.
13   Q.    But you don't know when they
14 started or who -- what the strengths were --
15 I mean, how many he was supposed to take?
16   A.    No.  I mean, I didn't pay
17 attention to it at that point in time.  It
18 wasn't the -- foremost on the front of my
19 mind.
20   Q.    And when he was at home
21 convalescing after his surgery in July of
22 2000, did you stay involved in what
23 medications he was given or did you leave
24 that up to his doctors?
25   A.    Oh, I left that up to his doctors.

Page 112

1    Q.    Did you ever notice him -- were
2  you ever concerned about the amount of pain
3  medication that he was taking?
4    A.    It -- to me it wasn't a -- an
5  issue because -- I mean, he was never drowsy
6  to where he couldn't do anything or -- you
7  know, it didn't seem to be an issue.
8    Q.    He never looked drugged or out of
9  it or drowsy to you during this period?
10   A.    I mean, not that you would say,
11 oh, my gosh.
12   Q.    Okay.  But you noticed some change
13 in his demeanor when he was taking these
14 medications over the, I guess, two and-a-half
15 year period?
16   A.    Not until the last -- you know,
17 last little bit.
18   Q.    Okay.  But during -- but at first
19 when he -- when he was taking these
20 medications and trying to -- he was trying to
21 get -- to get better and return to work --
22   A.    Uh-huh.
23   Q.    -- correct?  Was there ever a
24 point when he decided that he really wasn't
25 going to be able to go back to doing

Page 113

1  something like he had done at Rent-a-Center?
2    A.    I don't remember when, but, yes.
3    Q.    And what -- what did he think he
4  was going to do then?
5    A.    He didn't know.
6    Q.    Did he have plans to go back to
7  school?
8    A.    I think we were going to
9  concentrate on my education at that point.
10   Q.    So he didn't have any concrete
11 career plans --
12   A.    No, sir.
13   Q.    He hadn't gotten any job
14 retraining?
15   A.    No, sir.
16   Q.    And he didn't have any plans to go
17 back and retrain himself through education
18 and become a bookkeeper or something more
19 sedentary?
20   A.    We were going to worry about my
21 education first and then his.
22   Q.    Okay.  Who were Mr. Feyer's close
23 friends during -- say, prior to May 2000 when
24 he was still working at Rent-a-Center?
25   A.    He was close to my mom.  He was

29 (Pages 110 to 113)

Page 114

1   close to my aunt.  Some people that he
2   introduced me to is Chris and Charles Hill.
3       Q.    Chris and Charles Hill?
4       A.    Uh-huh.
5       Q.    Are they a married couple?
6       A.    Yes, sir.
7       Q.    Okay.  And did he stay close to
8   them?
9       A.    Yeah.  We would, you know, visit.
10  The kids would play.
11      Q.    Throughout the five years that you
12  were together?
13      A.    Yes, sir.
14      Q.    Okay.  And how did he know the
15  Hills?
16      A.    She worked at a pet store that he
17  had went to.  And they got to talking about
18  animals and kids and. . .
19      Q.    Just kind of hit it off?
20      A.    Yeah.
21      Q.    Okay.  Any other friends that he
22  had?
23      A.    We had more acquaintants than we
24  did close friends.
25      Q.    Did he have any buddies that he

Page 115

1   was close to?
2       A.    Nobody come over and visited
3   regularly.
4       Q.    No one came to visit regularly?
5       A.    Huh-uh.
6       Q.    And did he go hang out at anyone's
7   house.
8       A.    Huh-uh.
9       Q.    No?
10          MR. GRILLO:  You have to say no --
11          MR. SAXON:  You just have to say
12  no.
13          MR. GRILLO:  -- for the record.
14          THE WITNESS:  Oh, I'm sorry.  No.
15  Sorry.
16  BY MR. SAXON:
17      Q.    So when I ask you again, it's not
18  because I'm giving -- I'm bothering you.  I
19  just want her to put it down.
20          Did he have any guy friends from
21  work that -- that kept in touch with him?
22      A.    No, sir.
23      Q.    Was he isolated during the day?
24      A.    No.  He would go see my mom, go
25  see Aunt Debbie, you know, take Bryan over to

Page 116

1   play with Toby at Chris and Charles' house.
2       Q.    Okay.  So he kept himself busy?
3       A.    Yeah.  Yes, sir.  Sorry.
4       Q.    And he was able to get around the
5   house and clean and to cook and to do the
6   things that he needed to do to be Mr. Mom
7   even with his back situation?
8       A.    Some days was worse than others,
9   but for the most part, yes.
10      Q.    And on the days that were worse
11  than others, what would he have to do?  Would
12  he just lay on the couch?
13      A.    Kind of a little bit slower, take
14  it easy.
15      Q.    Okay.  Did you notice that he was
16  having trouble picking up the kids or --
17      A.    No, sir.
18      Q.    -- moving things around the house?
19      A.    No.  He was actually -- seemed to
20  be working towards getting better because he
21  was adamant with his rubberband therapies and
22  stuff.
23      Q.    Okay.  And did his sleep habits
24  change?
25      A.    Not that I noticed, but I worked

Page 117

1   nights.
2       Q.    Okay.  And so he would be sleeping
3   while you were at work?
4       A.    Yes, sir.
5       Q.    And did your physical relationship
6   have to change because of his injury?
7       A.    We had discussed it at one point.
8   And he had went and got a prescription for
9   Viagra just in case.
10      Q.    Just in case there was any issues?
11      A.    Yes, sir.
12      Q.    I meant because he was -- because
13  his back and neck hurt.  I wasn't really
14  talking about the other.
15      A.    Right after surgery, yes.
16      Q.    But how long did that last?
17      A.    (No response.)
18      Q.    Weeks, months?
19      A.    A couple weeks.
20      Q.    And then things were -- he was
21  able to -- you were able to be intimate as a
22  couple together?
23      A.    Yes, sir.
24      Q.    Okay.  And so he didn't need help
25  getting dressed or getting himself ready for

30 (Pages 114 to 117)

Page 118

1    the day? He wasn't an invalid. He was just
2    unable to work --
3        A.    Yes, sir.
4        Q.    -- at Rent-a-Center? Okay.
5    During the time when you were living on your
6    salary and possibly some minimal payments
7    from worker's comp, did you incur any debt
8    because of the reduced income?
9        A.    Not that I'm aware of. We bought
10   a minivan. But we paid it off with part of
11   that $50,000 that he got.
12       Q.    So you paid off the minivan with
13   part of the $50,000?
14       A.    Yes, sir.
15       Q.    And so -- and that $50,000 you
16   got, you said, just ten or twelve days before
17   your husband took his life?
18       A.    Right around there. I could be
19   wrong, but it's within a couple weeks.
20       Q.    Within a couple weeks of --
21       A.    Yes, sir.
22       Q.    Okay. And did you have to borrow
23   any money from family members to make -- make
24   ends meet during this period of his
25   disability?

Page 119

1        A.    I don't know. Like I said, he did
2    all the financing.
3        Q.    Okay.
4        A.    I trusted him completely with the
5    financing. I maybe seen the bank twice the
6    whole -- in a year.
7        Q.    I know. But after his death, you
8    told me that you were the executor of his
9    estate. And so I didn't know if you had --
10       A.    Nobody came forward with any huge
11   debts. There was like a Sears credit card.
12   But it wasn't huge. There wasn't anybody
13   come forward saying that he owed money or
14   anything like that.
15       Q.    Okay. So no -- no -- his family
16   members didn't --
17       A.    No, sir.
18       Q.    -- show up and say, well, he had
19   been borrowing money from me all along to
20   make ends meet?
21       A.    No, sir.
22       Q.    Okay. And after May of -- of
23   2000, did you notice over the next two
24   and-a-half years a change in your husband's
25   mood?

Page 120

1        A.    Nothing that would just jump out
2    at you, and like I said until the last couple
3    of months.
4        Q.    Until the last -- okay. So prior
5    to the last couple of months, did you notice
6    him lose weight?
7        A.    No. Huh-uh.
8        Q.    Did you notice his appetite
9    change?
10       A.    No, sir.
11       Q.    Did he seem more -- morose?
12       A.    No, sir.
13       Q.    Did you think he was depressed?
14       A.    Honestly, no, sir.
15       Q.    Had your husband ever attempted
16   suicide in his past?
17       A.    Not that I'm aware of.
18       Q.    Did he ever threaten to?
19       A.    (Witness moves head from side to
20   side.)
21       Q.    (Indicating.)
22       A.    Not that I'm aware of up until
23   right there when he -- you know.
24       Q.    Up until when he did?
25       A.    Right.

Page 121

1        Q.    So you didn't have any -- you had
2    no warning?
3        A.    No, sir.
4        Q.    And you -- it sounds like there's
5    a period just a few months before his suicide
6    when you did notice a change.
7        A.    Yes, sir.
8        Q.    I just want to talk to you
9    about -- about that.
10           What did you -- what did you
11   notice a few months before his suicide.
12       A.    I don't know exactly what day it
13   was, but like one day I come in and all the
14   cupboard doors were open. And I said why are
15   all the cupboard doors open? He said, well,
16   because there's something in there. I just
17   can't find it.
18       Q.    Okay.
19       A.    And, you know, he wasn't specific
20   on, you know, what it was. You know, a
21   couple times he -- when I was not working, he
22   would wake me up and be like there's
23   something outside.
24       Q.    Uh-huh.
25       A.    You know, there wasn't anything

31 (Pages 118 to 121)

Page 122

1   outside. Of course, you know, it could just
2   have been a dog howling or something. I
3   don't know. But it was just -- you know, the
4   -- like the cupboard thing, it was just -- it
5   was weird.
6      Q.   Did you think he was getting
7   delusional?
8      A.   I didn't know. It was just
9   strange.
10      Q.   So the cupboard door thing and
11   then waking you up because he thought he
12   heard something outside. What else did he do
13   to make you think that his mood had changed
14   or that he had -- was acting strangely?
15      A.   He hit my son.
16      Q.   Which one?
17      A.   Chance.
18      Q.   Chance. And Chance at this point
19   was 14, 13?
20      A.   No. He was ten.
21      Q.   Ten?
22      A.   Eleven. I'm sorry. Eleven.
23      Q.   Tell me about that incident.
24      A.   I was at work. And I got a phone
25   call. And it was one of the soccer moms.

Page 123

1   And she said what in the hell is wrong with
2   Cayce? I said what do you mean what's wrong
3   with Cayce? And she said he just hit Chance
4   and knocked him down and dragged him facedown
5   to the car. And I said what? And she said
6   that -- she repeated that he had hit Chance
7   and then grabbed ahold of him and drug him to
8   the car.
9      Q.   Did you ask him about it?
10      A.   I did.
11      Q.   What did he say?
12      A.   He hit me.
13      Q.   He hit you, too?
14      A.   (Witness moves head up and down.)
15      Q.   Okay. Do you know why he was
16   angry at Chance?
17      A.   He said that he just wouldn't do
18   right at soccer practice.
19      Q.   Had he ever done anything like
20   that before?
21      A.   No, sir. Never.
22      Q.   Had he ever hit you before?
23      A.   Never.
24      Q.   Do you know when this was?
25      A.   I can't tell you the exact day.

Page 124

1   It was -- you know, the last two weeks of his
2   life was just a blur.
3      Q.   So it was the last -- this
4   happened sometime in the last two weeks of
5   his life, few weeks?
6      A.   Last few weeks.
7      Q.   Okay. And what did you do?
8      A.   When I -- I asked him about it he
9   hit me. And you know -- I cried.
10      Q.   Okay.
11      A.   I was shocked. And, you know, he
12   said he was sorry. He didn't know why he did
13   it.
14      Q.   Did you forgive him?
15      A.   Of course.
16      Q.   Anything else?
17      A.   You know, when the Sheriff's
18   Department got called out to the house and --
19      Q.   When was that?
20      A.   Couple, three days or so before he
21   committed suicide.
22      Q.   Why were they called out?
23      A.   Because there was a gunshot fired
24   off. And when the Sheriff's Department
25   showed up, he said that there was something

Page 125

1   out in the woods. And they asked him if he
2   was trying to kill hisself. And he said, no.
3   There was something out in the woods. I
4   think he said a raccoon or a opossum or
5   something. And so they took the guns and
6   said that since he had fired off -- I'm
7   trying to remember it accurately. I'm sorry.
8      Q.   Take your time.
9      A.   He said that -- at first he said
10   that there was something in the woods. And
11   then he said he just wanted to shoot off a
12   gun to see if anybody cared and --
13      Q.   Who called the sheriff?
14      A.   I want to say it was me. But I
15   think the neighbor called, too.
16      Q.   So you were at the house when this
17   happened?
18      A.   No. I was on the phone with him
19   and heard the gunshot. I was on my way home
20   from work.
21      Q.   Okay. So back up a second. So
22   you were driving home from work?
23      A.   Uh-huh.
24      Q.   To the house?
25      A.   Uh-huh.

32 (Pages 122 to 125)

Page 126

1    Q.    Yes?
2    A.    Uh-huh.  Yes, sir.
3    Q.    And are you -- are you having a
4 disagreement?
5    A.    No.  We were -- we were talking on
6 the phone on -- because I called him right
7 before I'd leave work because it was about a
8 35-minute or so drive.
9    Q.    Okay.
10   A.    And at this point I had went to
11 dayshift and it was dark.
12   Q.    Okay.
13   A.    And it was icy and stormy outside.
14 And the Woodbury Highway gets very slippery.
15 And -- you know, he just -- he wanted me to
16 call him, you know, when I left work.  I'd
17 call him on my lunch break.  And I don't even
18 remember what we were talking about.  I
19 just -- I honestly don't remember what we
20 were talking about.  I just know I heard a
21 gunshot.  And so I was like, oh, my God.  And
22 I got there.  And the Sheriff's Department --
23 I think we got there at the same time.
24   Q.    So you hung up with him and then
25 called the Sheriff real fast?

Page 127

1    A.    I want to say -- yeah.  I know
2 they were there at the same time because they
3 pulled in right behind me.  And they asked
4 him if he was trying to shoot hisself, and he
5 said, no, and, you know, adamantly denied
6 taking -- you know, attempting to take his
7 own life.  So they took the gun and like any
8 knives or anything that could be used as a
9 weapon at the house and said that they were
10 going to label it as a domestic and that we
11 had to be apart for three days because of the
12 children.
13   Q.    You had to be apart for three days
14 because of the children?
15   A.    Because of a domestic law or
16 something.  I don't understand but --
17   Q.    So where did -- where did he go?
18   A.    Me and the children left.
19   Q.    Oh.
20   A.    We went and stayed at one of the
21 girls that I work with's house named Brandi.
22   Q.    Brandi?
23   A.    (Witness moves head up and down.)
24   Q.    And how long did you stay there?
25   A.    Three days.

Page 128

1    Q.    And then you went back to the
2 house?  You moved back in?
3    A.    (Witness moves head from side to
4 side.)
5    Q.    No?
6    A.    No.  The third day he was dead.
7    Q.    Oh, he had -- so he committed
8 suicide while you were gone at Brandi's
9 house?
10   A.    It was the day after Thanksgiving,
11 actually.  Thanksgiving day came.  And I
12 called him -- I says, honey, you going to go
13 to Thanksgiving?  He said, no, we can't
14 because if somebody finds out then they'll do
15 something about us and the kids, and, you
16 know, we don't want to chance losing the
17 kids.  He was trying to adopt the kids.  And
18 -- so I said, okay, I'll bring -- I'll bring
19 you a plate.  And so we went to my uncle's
20 house, which is where the family Thanksgiving
21 was.
22   Q.    So you and the -- you and your
23 three children?
24   A.    And Brandi went with me.
25   Q.    Brandi.  Okay.  And had

Page 129

1 Thanksgiving at your uncle's house?
2    A.    Yes, sir.
3    Q.    And how many days had you been at
4 Brandi's house by then?
5    A.    The day before Thanksgiving is
6 when I was told to leave.  So it was the
7 previous night.
8    Q.    So Wednesday night he shoots off
9 the gun?
10   A.    I'm not sure if it was a Wednesday
11 or Thursday or what.  I don't know.
12   Q.    Well, Thanksgiving is always on a
13 Thursday.
14   A.    Okay.
15   Q.    So it was Wednesday night that he
16 shoots off the gun.  And so you -- you go to
17 Brandi's house with the three children --
18   A.    With the kids, uh-huh.
19   Q.    -- that night and spend Wednesday
20 night at her house?
21   A.    Uh-huh.
22   Q.    Okay.  And then Thursday you call
23 him and say, are you going to come to
24 Thanksgiving?
25   A.    And he said we can't.

33 (Pages 126 to 129)

Page 130

1    Q.    Okay.
2    A.    And so I went to -- I stayed maybe
3  30 to 45 minutes at the Thanksgiving --
4    Q.    What time of day did you call on
5  Thursday?
6    A.    Probably 9:30 or 10:00 in the
7  morning.
8    Q.    Did you talk to him again?
9    A.    Yeah.  In fact, I went and -- to
10  the Thanksgiving thing, stayed about 30 to 45
11  minutes, not long, made him a plate and took
12  him a pumpkin pie.
13    Q.    So you went over to the -- to the
14  house?
15    A.    To take him some food.  I was not
16  going to see him go without Thanksgiving
17  dinner.
18    Q.    Okay.
19    A.    And the kids and Brandi were with
20  me.  And I said, honey, here's your food.
21    Q.    Did you go in?
22    A.    Yes, I did.
23    Q.    Did the children go in?
24    A.    Uh-huh.
25    Q.    Yes?

Page 131

1    A.    Yes, sir.  And Brandi did, too.
2    Q.    Okay.
3    A.    And he says I'm not feeling good
4  right now.
5    Q.    What was he -- was he dressed?
6    A.    He was in pajamas.
7    Q.    Was the -- anything different
8  about the house?
9    A.    No.
10    Q.    Was it a mess or anything?
11    A.    No.
12    Q.    No?  Everything was the same?
13    A.    (Witness moves head up and down.)
14  I said, you know, here's your food.  I
15  brought you a whole pumpkin pie.  Because,
16  you know, that was his favorite.  He said I'm
17  not feeling good right now.  Set it in the
18  fridge and I'll eat it later.  And I said
19  okay.  I said are we still meeting at the
20  house tomorrow to paint the kitchen?  And he
21  said yes; I promised Chelsy she could paint
22  the kitchen.  And I said I know.  I said our
23  three days are up tomorrow.  He said yeah, I
24  know, then, you know, we can get back to
25  normal.  And he give each of the kids a hug

Page 132

1  and a kiss and asked Chelsy what color she
2  was going to paint.  And I think she said
3  white.  And then he give me a hug and a kiss
4  and said see you in the morning.
5    Q.    Okay.  And so what time of the day
6  was this?
7    A.    I don't know.  Probably noon,
8  1:00.
9    Q.    Okay.  And was that the last time
10  that you saw him?
11    A.    Yes, sir.
12    Q.    Okay.  And then -- do you know
13  what he did the rest of that day?
14    A.    No, sir.
15    Q.    Did he talk to anybody that you --
16  that you know of?
17    A.    I don't know.  I would say yes.
18  But I -- I -- I want to say he probably
19  talked to both of the -- if I'm remembering
20  right, he talked to both Brittany and Andrew.
21    Q.    Oh, his children by Miss Teresa --
22    A.    Yes, sir.
23    Q.    Okay.  Anyone else that he talked
24  to that has come forward --
25    A.    Probably -- probably his mother.

Page 133

1    Q.    But she didn't tell you, you know,
2  I talked to --
3    A.    Not right away.
4    Q.    What do you mean not right away?
5    A.    She didn't tell me right away.
6  She told me later on that she talked to him
7  that night.
8    Q.    That night?
9    A.    (Witness moves head up and down.)
10  And that he talked to Brittany and Andrew,
11  too.
12    Q.    Did anyone else talk to him that
13  night that you know of or that afternoon?
14    A.    (Witness moves head from side to
15  side.)
16    Q.    No one's come forward and said --
17    A.    No.  I don't know.
18    Q.    You don't know if he's talked to
19  anyone or, no, you don't know if anyone else
20  has come forward and told you?
21    A.    Nobody else said anything to me
22  about talking to him.
23    Q.    Okay.  So after you left him at
24  noon with a Thanksgiving dinner plate and a
25  pie, he talked to his mother and he talked to

34 (Pages 130 to 133)

Page 134

1  his two children, Brittany and Andrew?
2      A.   Yes, sir.
3      Q.   And what did they say about those
4  conversations?  What did the mother say about
5  the conversation?
6      A.   Just that, you know, he was
7  telling everybody he loved them.  It was
8  Thanksgiving.
9      Q.   Did they notice anything different
10 about his tone or his conversa --
11     A.   They didn't say anything about
12 noticing anything different.
13     Q.   Did Brittany say anything?
14     A.   No, sir.
15     Q.   How about Andrew?
16     A.   No, sir.
17     Q.   Then how did you -- who -- who
18 discovered that he had taken his life?
19     A.   My mother and Chelsy.
20     Q.   Your mother and Chelsy?
21     A.   Can we have just a minute, please?
22         MR. SAXON:  Of course.
23         MR. GRILLO:  Absolutely.
24         VIDEOGRAPHER:  We're now off the
25 record.

Page 135

1      (Brief recess.)
2         VIDEOGRAPHER:  We are now back on
3  the record.
4  BY MR. SAXON:
5      Q.   What is Brandi's last name?
6      A.   It was Foster.
7      Q.   What is it now?
8      A.   I have no idea.
9      Q.   Where is she?
10     A.   She joined the Army.  So I have no
11 clue.
12     Q.   She was a friend of yours?
13     A.   Coworker.
14     Q.   And you were staying at her house?
15     A.   Yes.
16     Q.   When did she join the Army?
17     A.   Probably 2005ish.
18     Q.   When was the last time you saw
19 her?
20     A.   Right before she left for boot
21 camp.
22     Q.   And you think she's remarried now?
23     A.   I don't know.  She could be.
24     Q.   Or her name could still be Foster?
25     A.   It could be.

Page 136

1      Q.   Okay.  Was she from here?
2      A.   Yes, sir.
3      Q.   Her parents still live around
4  here?
5      A.   I think her mother lives in
6  Manchester.
7      Q.   Do you know what her name is?
8      A.   No, I do not.
9      Q.   And she worked with you at the --
10 at the jail?
11     A.   Yes, sir.
12     Q.   Okay.  And how long did she stay
13 working at the jail?
14     A.   She wasn't there very long.
15     Q.   Where did she go after that?
16     A.   I honestly don't know.
17     Q.   But the jail would have her
18 Social?
19     A.   Oh, they should.
20         THE COURT REPORTER:  I'm sorry.  I
21 didn't hear you.
22         MR. SAXON:  Her social.  Social
23 Security number.
24 BY MR. SAXON:
25     Q.   So the -- what time of the day was

Page 137

1  the call to your husband on Wednesday before
2  Thanksgiving where he shot -- when he shot
3  the gun out the window, if you were coming
4  home from work?
5      A.   Probably -- I don't know.
6  7:00ish.  Like I said, I could be wrong on
7  that.  I don't know.
8      Q.   Well, what -- what was your shift
9  at that time?
10     A.   It just depends on what the day
11 was like.  Because at that time I was doing
12 the paperwork like for Tomis and board bill
13 and stuff like that.  And it just depended
14 on -- sometimes I got to leave at 5:00.
15 Sometimes I got to leave at 7:00.
16     Q.   But it was at the end of the day?
17     A.   Yes, sir.
18     Q.   Okay.  And this request or
19 direction to you that you had to vacate the
20 premises for three days with the children,
21 who told you that?
22     A.   Well, it wasn't that I had to
23 leave with the children.  It was just that we
24 could not be together because they were
25 calling it a domestic.  And it was via the

35 (Pages 134 to 137)

Page 138

1    Sheriff's Department.
2        Q.   Was it one of the officers that
3    was on --
4        A.   Yes, sir.
5        Q.   -- the scene there?
6        A.   Yes, sir.
7        Q.   Yes.  Do you remember what his
8    name was?
9        A.   No, sir.
10       Q.   Do you ever see him around?
11       A.   I don't even know who it was that
12   came out.
13       Q.   Did he give you some kind of
14   paperwork that instructed you to stay away or
15   stay separated?
16       A.   I don't think so.  I think it was
17   just a verbal.
18       Q.   So that was an instruction to stay
19   away -- beginning Wednesday evening to
20   Thursday evening is one day, and then
21   Thursday being -- to Friday evening is two
22   days and then Friday evening to Saturday was
23   three days, right?
24       A.   All I knew is that the day after
25   Thanksgiving -- like I say, the timeline

Page 139

1    could be wrong, but the day after
2    Thanksgiving we could be back together
3    because we were going to paint house.
4        Q.   Okay.  Were you ever concerned
5    that your -- that your husband might be --
6    coming addicted to his pain medication?
7        A.   No, sir.
8        Q.   Was there ever a time when he ran
9    out of his pain medication?
10       A.   Not that I know of.
11       Q.   Did you go fill his prescriptions?
12       A.   No.  I did not fill his
13   prescriptions.  He did -- they sent them
14   through the mail.
15       Q.   Okay.  Did he -- who was his --
16   who was his health insurance with then?
17       A.   I want to say it was Travelers
18   that had to cover it.
19       Q.   And that was through
20   Rent-a-Center?
21       A.   Yes, sir.
22       Q.   So Travelers was paying still for
23   his continued medical expenses even though
24   they had settled his -- his income claim
25   through worker's comp?

Page 140

1        A.   Because all future medical
2    expenses were part of it.
3        Q.   Part of the settlement?
4        A.   Yes, sir.
5        Q.   Okay.  So when he got a
6    prescription or he saw a doctor, it all went
7    through Travelers?
8        A.   Yes, sir.
9        Q.   Did he go and get his medications
10   himself or did they all come in the mail?
11       A.   They came in the mail, to the best
12   of my knowledge.
13       Q.   I understand.  And if he would get
14   them filled himself, do you know which
15   pharmacy he went to?
16       A.   I would say Marcrom's, but I'm not
17   sure.
18       Q.   Okay.  Where is Marcrom's?
19       A.   It's in Manchester.  And that's --
20   the reason I'm saying Marcrom's, because it
21   seems to be the most popular one in
22   Manchester.  He handled all that.  I
23   didn't -- you know, I didn't do anything like
24   that so. . .
25       Q.   You didn't keep track of his -- of

Page 141

1    his prescriptions and when they were coming
2    up to be renewed --
3        A.   No, sir.
4        Q.   -- and go help him pick them up?
5    No?
6        A.   No, sir.
7        Q.   Okay.  And the incident on
8    Wednesday, did that cause any type of problem
9    in your marriage or were you --
10       A.   Well, we had a disagreement, an
11   argument.  I said, you know, what are you
12   thinking?  You know, talk to me.  Tell me
13   what's going on.  He said nothing.  I
14   honestly wasn't doing anything.  You know, he
15   acted like he really didn't intend to do
16   anything.
17       Q.   You said earlier he said I just
18   wanted to see if anyone cared?
19       A.   Right.
20       Q.   What --
21       A.   I don't know.  That's all he said,
22   and he left it at that.
23       Q.   What did you think that meant?
24       A.   And I said about shooting a gun or
25   what?  And he said, well, yeah.  And I said,

Page 142

1   well, you know, what do you mean?  And he
2   said something about the sound.
3       Q.    Okay.  And so when you were
4   talking to him on the telephone, was he
5   telling you I've got a gun I'm going to shoot
6   out the window or --
7       A.    No.  That's why it shocked me.  We
8   were talking and he said -- like I said, I
9   don't even remember what we were talking
10   about.  I just remember the gunshot and
11   saying, oh, shit.
12       Q.    So he didn't tell you that he had
13   a gun --
14       A.    Huh-uh.
15       Q.    -- I'm going to shoot it out the
16   window or I'm going to shoot --
17       A.    No.
18       Q.    -- the furniture or I'm going to
19   shoot myself or anything --
20       A.    No.  Not that I remember.  Like I
21   said, I don't even remember what we were
22   talking about.
23       Q.    Well, you would remember if he was
24   telling you that he was --
25       A.    Yeah.

Page 143

1       Q.    -- going to do something to
2   himself, correct?
3       A.    Well, and, you know, like I said,
4   I hung up and called the Sheriff's
5   Department, 911, whatever it was that I
6   called.  And I couldn't even tell you what I
7   told them.  All I know is I told them I heard
8   a gunshot and please get to the house.
9       Q.    Okay.  And you were concerned that
10   he had shot himself?
11       A.    Not -- because I didn't know what
12   was going on.  I didn't know if there was
13   somebody breaking in, if there was -- you
14   know, an animal, if he had shot himself.  I
15   didn't know.
16       Q.    Okay.  Do you remember how many
17   officers were there or what their names were?
18       A.    No, sir.
19       Q.    Any of them?
20       A.    But I'm sure it's on record.
21       Q.    With -- if you pulled the call,
22   who was there?
23       A.    Yeah.  I think they have to keep
24   track of who goes to what calls and stuff.
25       Q.    And so going back to your mother

Page 144

1   and Chelsy coming to the house, when -- when
2   was that?  Thanksgiving night or the next
3   morning?
4       A.    The next morning.
5       Q.    Do you know what time it was?
6       A.    It was early.  I don't know what
7   time it was.
8       Q.    And why were they going to the
9   house?
10       A.    My mom was meeting there with --
11   my mom was meeting me there with Chelsy
12   because Chelsy wanted to stay the night with
13   my mother, but she wanted to be there in the
14   morning so she could go -- paint the kitchen
15   because she was promised she could paint the
16   kitchen.
17       Q.    And the -- do you know what
18   happened when your mother got there?
19       A.    She walked in and her and Chelsy
20   found him laying in the bed dead.
21       Q.    And Chelsy saw him as well?
22       A.    Yes, sir.
23       Q.    And then what happened?
24       A.    She called 911.  She called me.
25       Q.    Where were you?

Page 145

1       A.    I was on my way to the house.  And
2   she said he's dead.  And I said who's dead?
3   And she said he's dead.  And I said who's
4   dead?  And I thought she was talking about
5   the snake because Cacey had a pet snake.  And
6   we had just had it -- it had like a cold or
7   something.  So I thought the snake was dead.
8   And then she said Cayce.  And I said, no,
9   he's playing.
10       Q.    Yes.
11       A.    And she said, no, he's dead.  And
12   I dropped my phone, went into the ditch,
13   pulled back out of the ditch, floored it, got
14   there, almost forgot to put the van in park,
15   jumped out of the car.  My aunt starts
16   screaming, don't let her in, don't let her
17   in.  And they weren't going to let me in the
18   house.  And I was a raving lunatic at this
19   point.  I think I hit somebody, pushed
20   somebody.  I don't know what I did.  But I
21   was getting in my house.  And my mom was
22   trying to block me.  My aunt was trying to
23   block me.  I don't know who all was trying --
24   but they didn't want me to go in the house.
25   And I managed to get back there.  And he was

Page 146

1    just -- he was just laying there with his
2    eyes closed and, you know, a little grin
3    almost on his face.
4        Q.    In the bed?
5        A.    Yes, sir.
6        Q.    Where he usually slept?
7        A.    Yes, sir.  And I yelled at the
8    ambulance workers to do something.  I said do
9    something; just do your F'ing jobs.  And the
10   guy just says, ma'am, I'm sorry.  It's too
11   late.  And I just collapsed.
12       Q.    Then do you remember what happened
13   next?  Did you go outside?  Did you stay
14   there?
15       A.    They kept saying don't let the
16   kids in, don't let the kids in, don't let the
17   kids see their mother like this.
18       Q.    Okay.
19       A.    And I actually talked to my son
20   about this last night.  And he said all he
21   remembers is them saying don't let them see
22   their mother like that, and then the kids
23   were just worried to death that something had
24   happened to me, and it never dawned on them
25   that something had happened to Cacey.

Page 147

1        Q.    Were all the children there?
2        A.    Yeah.
3        Q.    They were with you coming to the
4    house?
5        A.    Chance and Bryan were with me and
6    Chelsy had already been at the house with my
7    mother.
8        Q.    Okay.
9        A.    I'm sorry.
10       Q.    Did you spend another night at
11   that house?
12       A.    No, sir.
13       Q.    And so when did you move out?
14       A.    I stayed at my mom's apartment, me
15   and the kids did, with her.  And I honestly
16   don't know.  It was after the funeral.  I
17   mean, I couldn't go back in the house for a
18   little bit.  I just stayed at mom's until I
19   got moved.
20       Q.    Who moved you out?
21       A.    Aunts, uncles -- you know -- my
22   mom has -- is one of seven.  So there's many
23   of them.
24       Q.    Pitch in and help out?
25       A.    Yes, sir.

Page 148

1        Q.    Okay.  And how long after
2    Thursday -- or I guess it was Friday morning
3    -- did -- was the funeral?
4        A.    I want to say a week or so.  We
5    had to wait for them to -- they did a
6    complete autopsy.  And we had to wait for
7    that to come back before they could do -- or
8    wait for them to get it finished before we
9    could do anything.
10       Q.    Before they released the body?
11       A.    Yes, sir.
12       Q.    Did you -- did you have -- did you
13   have him cremated or buried?
14       A.    No, sir.  We had him buried.
15       Q.    Where was the service?
16       A.    At Deadman's Funeral Home.
17       Q.    And where was he buried?
18       A.    In Concord Cemetery in between
19   Manchester and Tullahoma.
20       Q.    Concord Cemetery?
21       A.    Yes, sir.
22       Q.    And the name of the funeral home
23   is what?
24       A.    Deadman's.
25       Q.    How did you spell that?

Page 149

1        A.    D-E-A-D-M-A-N.  Ironic, I know.
2        Q.    They might want to change their
3    name.  Do you remember anything about the
4    service?
5        A.    That was the beginning of the
6    controversy.  His family wanted to -- his
7    mother and them wanted to cremate him and
8    split him up so everybody could have a piece,
9    I guess.  And ironically his ex-wife came
10   down and sided with me and said, you know, he
11   did not want to be cremated.  He has been
12   closer to -- he's been closer to Shanan's
13   family than he has been anybody and they've
14   got a family plot up here and that's where he
15   wants to be.
16       Q.    Okay.
17       A.    And it just really shocked me that
18   she actually, you know, spoke up and -- it's
19   not every day you meet an alliance with an
20   ex-wife.
21       Q.    Did his mother accept that or did
22   she continue to fight?
23       A.    I mean they really couldn't do
24   anything because it was up to me.
25       Q.    Right.

38 (Pages 146 to 149)

Page 150

1  A.   I let them -- and I'm just trying
2  to remember.  You have to understand that
3  I've tried to not think about this for a long
4  time.  So it's kind of foggy.
5  Q.   I understand.
6  A.   And I let them make most of the
7  arrangements.  And when they -- they were
8  saying something about taking him to Georgia
9  and having him buried up there.  And they
10  were, you know, talking about dollar amounts
11  and this, that and the other.  And I went to
12  the bank to withdraw the money for the
13  funeral.  And the bank teller -- the bank
14  teller tells me, I'm sorry, ma'am, you only
15  have $4.13.  What?  What?  And I thought that
16  his family was going to help me pay for the
17  funeral, and they didn't, not one penny.
18  Q.   Did you know that -- that you had
19  that little bit of money?
20  A.   No, sir, I did not.
21  Q.   Well, where was the 50,000 that
22  you had gotten just 12 days before?
23  A.   Gone.
24  Q.   Where did it go?
25  A.   Couldn't find a paper trail.  Just

Page 151

1  withdrawn.
2  Q.   By who?
3  A.   Cayce.
4  Q.   Do you know what he did with it?
5  A.   I believe -- I honestly don't know
6  what happened to it, where it went.  I have
7  no proof of anything.  All I can tell you for
8  a fact is that he went to the bank and he
9  withdrew like -- I don't know -- $10,000 and
10  then deposited the same amount 30, 45 minutes
11  later, then turned around, withdrew 15,000,
12  then turned around and redeposited it.  And
13  this is all in the same day.
14  Q.   And how soon -- or how soon prior
15  to his death was this?
16  A.   About a week.
17  Q.   And what was the bank?
18  A.   The AEDC, federal credit unit.
19  It's Ascend now.
20  Q.   Was this your bank account or his
21  bank account?
22  A.   It was a joint account.
23  Q.   Do you still have the same
24  account?
25  A.   No, sir.

Page 152

1  Q.   Where was the federal credit union
2  located?
3  A.   The main branch office is in
4  Tullahoma, Tennessee.
5  Q.   And who was the federal employee
6  to get the membership there?
7  A.   Cayce had already been a member of
8  it prior.  So I assume it was through
9  Rent-a-Center.  I'm not sure.
10  Q.   Okay.  This was a federal credit
11  union or it was -- changed its name to
12  Ascent?
13  A.   Ascend.
14  Q.   Ascend?
15  A.   A-S-C-E-N-D.
16  Q.   And this was an account he had
17  when you met?
18  A.   Yes, sir.
19  Q.   Okay.  And -- so he took money
20  out, put it back in, took it out, put it back
21  in.  And then did he take it out again?
22  A.   Yes, sir.
23  Q.   And how much did he take out?
24  A.   All of it.
25  Q.   And how much was left?

Page 153

1  A.   There should have been 30
2  something thousand dollars.
3  Q.   And you have no idea where it
4  went?
5  A.   No, sir.
6  Q.   Did he -- was there any evidence
7  that he had purchased anything?
8  A.   No, he did not purchase anything.
9  I believe -- I mean, there's -- there's no
10  proof of where it went.  And I asked them,
11  you know, how can you just let somebody take
12  out, withdraw?  I mean, doesn't that say
13  something?  And they said, well, you know, he
14  can take out and withdraw and put back as he
15  chooses, basically.
16  Q.   Okay.  And so his last withdrawal
17  was for how much?
18  A.   I don't know honestly if -- I
19  don't remember if it was -- you know, that he
20  went back and took out and took out or if he
21  just took it all out.  I don't recall.  But
22  they should have records.
23  Q.   Okay.  But his last withdrawal
24  left only $4 and a few cents left?
25  A.   I want to say it was $4 and

Page 154

1  something. It was not even 50 bucks.
2     Q.   Okay.
3     A.   Because I think that I had a
4  deposit come in later on and it made it a
5  little bit more.
6     Q.   But he didn't tell you he was
7  going to do this?
8     A.   No, sir.
9     Q.   And you don't know why he did it?
10    A.   No, sir.
11          MR. GRILLO: I'm sorry. When --
12 when was that done?
13 BY MR. SAXON:
14    Q.   A -- a week before?
15    A.   About a week.
16          MR. GRILLO: Okay. Thank you.
17 BY MR. SAXON:
18    Q.   And so did you look for the cash
19 at the house?
20    A.   Yes.
21    Q.   You're sure it wasn't there?
22    A.   Yeah. It was never found. I
23 believe -- I -- I don't -- he just gave it to
24 his biological father.
25    Q.   He gave it to his biological

Page 155

1  father?
2     A.   I believe so.
3     Q.   Who was that?
4     A.   Ken.
5     Q.   Ken? Do you know his last name?
6     A.   (Witness moves head from side to
7  side.)
8     Q.   Do you know how to get in touch
9  with him?
10    A.   I can -- no. Give me just a
11 second. Geiger, G-E-I-G-E-R.
12    Q.   So when you say biological father,
13 you mean that Cayce had been adopted by his
14 stepfather?
15    A.   Yes, by Mr. Feyer.
16    Q.   And when was this?
17    A.   Back when he was a kid.
18    Q.   An infant or --
19    A.   Oh, I don't know.
20    Q.   Did he ever talk about Mr. Geiger?
21    A.   No.
22    Q.   Ever see him?
23    A.   We went and visited him one time
24 and stayed for a few days. That was his
25 whole let's get back to our roots. That's

Page 156

1  what initiated contact with my father as
2  well. And I hadn't seen my father in about
3  14 years at that point, or spoke to my father
4  in like 14 years. And so we just did like a
5  summer of visiting.
6     Q.   What year was this? Prior to the
7  accident or after?
8     A.   I don't know.
9     Q.   After the visit in that -- during
10 that summer of your travels, did he ever see
11 Mr. Geiger again?
12    A.   Right about two weeks -- two,
13 three weeks right before he passed away.
14    Q.   What was the occasion?
15    A.   We had a boat and he took it down
16 there to sell. Because we were going to get
17 a newer, bigger boat.
18    Q.   What kind of boat was it?
19    A.   It was an old boat. I don't know
20 what it was. I have no clue what kind it
21 was.
22    Q.   Do you know how big it was?
23    A.   It would seat four people.
24    Q.   Was it a fishing boat?
25    A.   We used it to -- before the

Page 157

1  accident to go out and intertube.
2     Q.   Okay. Where did you keep it?
3     A.   At the house. Beside the house.
4     Q.   And so two or three weeks before
5  he took his life, he -- you trailered the
6  boat down to Mr. Geiger's house?
7     A.   Yes, sir.
8     Q.   And where was that?
9     A.   Illinois or Iowa. I can't never
10 remember. It's one of the two. He has -- he
11 lived -- I want to say Quad Cities. I'm not
12 sure if that means anything. But something
13 about he lived in one and worked in the
14 other. And I can't never remember which
15 one's which.
16    Q.   Okay. And you left the boat
17 there?
18    A.   Cayce -- yeah, we left the boat
19 there.
20    Q.   Did it get sold?
21    A.   I have no clue.
22    Q.   Well, when you took over the
23 estate, did you ask for where the boat was?
24    A.   No, I did not.
25    Q.   Did you ask for the money from the

40 (Pages 154 to 157)

Page 158

1  sale of the boat?
2      A.    It was not a -- it was not a
3  wonderful relationship.  Mr. Geiger and I
4  never got along because he pushed my daughter
5  down during that initial meeting visit type
6  deal.  And I told Cayce we're leaving, no
7  reason to push my kids down.  We're leaving.
8      Q.    Why did he push your daughter
9  down?
10     A.    She was in his way.
11     Q.    How old was she?
12     A.    I want to say six.
13     Q.    And so this wasn't an
14  unintentional conduct?  He actually meant to
15  push her down?
16     A.    He pushed her down about three
17  stairs.
18     Q.    Was she hurt?
19     A.    She was not hurt physically.  Her
20  pride was hurt, and she cried.
21     Q.    Did you leave immediately?
22     A.    Yes.
23     Q.    What did Mr. Geiger say?
24     A.    He said -- you know, I don't even
25  remember what he said.  I understand you're

Page 159

1  being mad or whatever.  And I was -- I was
2  beyond mad.  I was furious.
3      Q.    And your husband, what did he do?
4      A.    And, in fact, Andrew, Cayce's
5  son -- you know, they all went with us,
6  everybody.  And I don't know.  I don't even
7  remember, but I said or did some -- I said
8  something.  And Andrew was just completely
9  shocked because he said that nobody, you
10  know, had really ever stood up to that man or
11  said anything.  I said, well, he's not going
12  to push my kids around, any of you.
13     Q.    And so you did not have a good
14  relationship with Mr. Geiger?
15     A.    No.
16     Q.    Did he come to the funeral?
17     A.    Yes.
18     Q.    Did you speak to him then?
19     A.    No.  Well, speak, no.  Disagree,
20  argue, yes.
21     Q.    About what?
22     A.    My husband was not even buried
23  yet.  And he said that he wanted the keys to
24  the house, that he wanted to get into the
25  house.  And I wouldn't give him the keys to

Page 160

1  the house.  And the night before -- or two
2  nights before Cayce's funeral, he knocked on
3  mom's door and said I've got the title to the
4  truck.  Cayce gave it to me in case anything
5  ever happened to him.  I said what?  He said
6  I've got the title to the truck.  Cayce
7  wanted me to have it if anything ever
8  happened to him.  And I thought, well, you
9  know, that could have happened a week or
10  so -- or, you know, whenever he went down
11  there, and, you know, him wanting to
12  reconnect and all that.  And so I got the
13  keys to the Chevy truck.  And he handed my
14  Aunt Debbie a copy of the title.  And she
15  says, oh, Shanan, this is your mama's truck.
16  And I said what?
17     Q.    Your who?
18     A.    My mother's truck.  We were buying
19  my mother's truck from her.  It was a 2000
20  Toyota Tundra.  The truck --
21     Q.    So your mother had a truck?
22     A.    Yes.
23     Q.    And you were buying it from her?
24     A.    Yes.  But she went ahead and gave
25  us the title so we could get insurance and go

Page 161

1  ahead and drive it.  And that's the title
2  that he had.
3      Q.    Okay.  And then what happened?
4      A.    I told him that he wasn't getting
5  the truck, that I didn't have it paid for and
6  that that was just a copy of a title and --
7  and -- I hid the truck.
8      Q.    Did he take it?
9      A.    I hid it.  Hid.  I . . .
10     Q.    Drove it somewhere so he couldn't
11  find it?
12     A.    Yes.
13     Q.    Did he have keys?
14     A.    No.
15     Q.    Did he ever take it?
16     A.    No.  We went -- I hired an
17  attorney.  And the -- the truck title -- he
18  was saying he had a right to the house, you
19  know, just everything -- everything we had.
20     Q.    He said there was -- it should be
21  his?
22     A.    Yeah.  Uh-huh.  And, in fact, the
23  workman's comp payout thing, he's actually
24  the one that initiated contact with them,
25  trying to get the money hisself.

41 (Pages 158 to 161)

Page 162

1    Q.    Oh, to have the payments made to
2  him?
3    A.    Yes, sir.
4    Q.    Okay.
5    A.    Yes, sir.
6    Q.    Why did he think you didn't
7  deserve to get the --
8    A.    I have no clue.
9    Q.    -- assets?  No?
10    A.    He said that Cayce was -- his
11  story was that Cayce was planning on
12  divorcing me.  And, you know, if he's
13  planning on divorcing me, why did we go pick
14  out a house together, why were we painting a
15  house together?  You know, his story just
16  never flew over right.
17    Q.    Okay.  Did he think you were about
18  to divorce him?
19    A.    No.  I -- there's -- I would --
20  huh-uh.
21    Q.    What did you say?
22    A.    I would not have divorced Cayce.
23    Q.    Okay.
24    A.    Cayce was the best thing that ever
25  happened to me.  He put me together pretty

Page 163

1  much.  I was a mess.
2    Q.    And so he didn't think -- so
3  his -- his position that you weren't entitled
4  to your husband's assets was not the result
5  of Cayce wanting to leave you or you wanting
6  to leave Cayce; is that correct?
7    A.    No.  I was unaware of any kind of
8  divorce proceedings that were going to
9  happen.
10    Q.    Okay.  You would --
11    A.    Period.
12    Q.    You would be aware of them if
13  there were.  Okay.  I understand.
14    A.    And, you know, like I said, his
15  whole story of that doesn't even fly because
16  Cayce was trying to adopt my children.  We
17  had just picked out a house.  It makes no
18  sense.
19    Q.    Okay.  And you had no plans of --
20  either --
21    A.    No.
22    Q.    -- on the flip side?
23          Okay.  So what happened with the
24  lawyer and the claim on the Toyota truck?
25    A.    Ended up -- never did find a paper

Page 164

1  trail on the money.  But I want to say -- my
2  lawyer advised me to go ahead and settle out.
3  Mr. Geiger was willing to drop everything and
4  give me the title to my truck back if I
5  dropped everything.  That's what it was.  If
6  I dropped the -- because I was bringing up
7  the money issue.  Where's this money?  You
8  know, you had no right to this money.
9          And, you know, commonsense tells
10  you who worked throughout the marriage and,
11  you know, who was paying the rent and the
12  electric and everything and -- I just -- I
13  don't know.
14    Q.    What do you mean?  The money was
15  all yours, not Cayce's?
16    A.    No.  It was ours.
17    Q.    Okay.
18    A.    It wasn't Mr. Geiger's.  It wasn't
19  anybody's.  It was mine and Cayce's, just
20  like, you know, every paycheck I ever got
21  went to our account.
22    Q.    And every paycheck he got went
23  into your account?
24    A.    Yeah.
25    Q.    Okay.  And so the money that he

Page 165

1  was taking out at the end and putting back in
2  and then taking out and then finally
3  disappeared, this was what was remaining from
4  his down payment on the settlement --
5    A.    It was everything.  You know,
6  whatever we had left in the bank before,
7  after.  I mean, you know, like I said, I
8  never went to the bank.  I just signed my
9  paycheck and handed it to him.  He did all
10  the financing on everything.
11    Q.    Okay.  But you testified that you
12  thought he got about $50,000 at the -- two
13  weeks or so before his suicide, correct?
14    A.    Yes, sir.
15    Q.    And he used that -- part of that
16  money to pay off the minivan, correct?
17    A.    Yes, sir.
18    Q.    And you were going to use part of
19  that money to buy your mother's truck?
20    A.    Yes, sir.
21    Q.    What other plans did you have for
22  it?
23    A.    You know, the house.  You know,
24  getting it fixed up and repainted and buying
25  a bigger boat and then getting to go back to

42 (Pages 162 to 165)

Page 166

1  school.
2      Q.    Did you ever buy a bigger boat?
3      A.    No, sir.
4      Q.    And so the result of the -- was
5  there a lawsuit filed against Mr. Geiger?
6      A.    Yes, sir.
7      Q.    So you filed the lawsuit?
8      A.    Yes, sir.  But we never, like, did
9  court or anything like that.
10     Q.    You just resolved it?
11     A.    Yes, sir.
12     Q.    Did people tell you they were
13  surprised that Mr. Feyer had taken his life?
14     A.    Yes, sir.
15     Q.    Who told you that?
16     A.    Chris and Charles.  Of course mom
17  was shocked.  I mean, it just -- it shocked
18  everybody.  And -- it was unexpected.
19     Q.    Did he ever -- did he ever tell
20  you that he was thinking about ending his
21  life?
22     A.    No, sir.
23     Q.    He never threatened to do -- to
24  kill himself?
25     A.    No, sir.

Page 167

1      Q.    And you don't think he was
2  becoming depressed except -- well, you said
3  he had acted strangely in the weeks before
4  but you didn't say he was depressed, correct?
5      A.    No.  There was no moping or
6  anything like that that was, you know. . .
7      Q.    And the behavior we've identified
8  is the leaving the cupboards open and
9  thinking that something was outside and then
10  shooting the gun out the window?
11     A.    (Witness moves head up and down.)
12     Q.    Correct?
13     A.    Yes, sir.
14     Q.    And then taking the money out of
15  the account and putting it back in and then
16  it disappearing?
17     A.    Yes, sir.
18     Q.    Okay.  Anything else that sticks
19  out in your mind as just --
20     A.    You know, just all of the sudden,
21  like I said, him going down there.  You know,
22  we hadn't had anything to do with that man
23  and then he's going to go down there and --
24  you know, take the boat down there and sell
25  it and we're going to get a -- you know --

Page 168

1      Q.    Did you want to get a bigger boat?
2      A.    We had talked about it.
3      Q.    So you agreed with that decision
4  as a couple to buy a bigger boat?
5      A.    Yes, sir.
6      Q.    But you didn't agree to have his
7  father involved in the transaction?
8      A.    No, sir.
9      Q.    Okay.
10           VIDEOGRAPHER:  Five minutes.
11           MR. SAXON:  Okay.  We'll take it
12  now.
13           VIDEOGRAPHER:  Okay.  We are now
14  off the record.
15           (Brief recess.)
16           VIDEOGRAPHER:  This is the
17  beginning of tape number 3 in the videotaped
18  deposition of Shanan Feyer.  We are now back
19  on the record.
20  BY MR. SAXON:
21     Q.    Since the resolution of litigation
22  with Mr. Geiger -- well, first, when did
23  it -- that get resolved?
24     A.    Probably in 2004.  I'm not sure.
25     Q.    But pretty soon after?  It didn't

Page 169

1  drag on for years?
2      A.    No, sir.
3      Q.    And did he ever have custody of
4  the truck?
5      A.    No, sir.
6      Q.    Did he ever get it?  Okay.  Do you
7  know how he got the title?
8      A.    He said Cayce gave it to him.
9      Q.    And as far as you know, the only
10  time that Cayce saw him was the trip that you
11  had made a few weeks before to bring the boat
12  back?
13     A.    Yes, sir.
14     Q.    And at that point you had already
15  made the arrangements with your mother to buy
16  the truck?
17     A.    Yes, sir.  We were actually -- we
18  already were buying it.
19     Q.    Okay.  And so he had the title and
20  he took it -- he may have taken it down there
21  to him?
22     A.    That's possible.
23     Q.    Do you think he -- could he have
24  mailed it to him?
25     A.    It's possible.

Page 170

1    Q.    Possible.  But he didn't tell you
2  how he got it, Mr. Geiger?
3    A.    No, sir.
4    Q.    Okay.  But he told you that Cayce
5  wanted him to have it?
6    A.    Yes, sir.
7    Q.    Okay.  Did he -- do you know if he
8  talked -- if Cayce talked to his biological
9  father, Ken Geiger, the day of his suicide?
10    A.    I do not know.
11    Q.    Did you ask Mr. Geiger?
12    A.    No.
13    Q.    And other than his mother and his
14  two biological children, are you aware of
15  anyone else that he talked to after you left
16  around noon that day?
17    A.    He talked to my mom.  He talked to
18  my aunt.  Because I had told them that he
19  wasn't feeling well.  And so they called to
20  check on him.  And he said he was just
21  feeling a little under the weather.
22    Q.    Okay.  So your mother, your aunt,
23  his mother and his two children?
24    A.    Yes, sir.
25    Q.    Okay.  And you said there was a

Page 171

1  note.  And I think we have a copy of that.
2  Did you -- did you see the note at the -- at
3  the scene?
4    A.    No, sir.
5    Q.    Where was it?
6    A.    I don't know.  I didn't ask where
7  they found it.
8    Q.    Well, when did they give it to
9  you?
10    A.    In the manila envelope.
11    Q.    So you didn't read it for almost a
12  week?  They didn't let you see it beforehand
13  and then --
14    A.    Yes, sir.
15    Q.    Yes what?
16    A.    That's correct.
17    Q.    That's the first time you saw it,
18  is when they sent it back to you?
19    A.    Yes, sir.
20    Q.    Okay.  And they sent you a copy or
21  the original?
22    A.    I'm not even sure if it was the
23  original or the copy.  I want to say they
24  gave me the original, but I don't know for
25  sure.

Page 172

1    Q.    Okay.  And was it just one note?
2    A.    Yes, sir.
3    Q.    Okay.  And do you still have a
4  copy of it?
5    A.    No, sir.
6    Q.    Do you remember it?
7    A.    No, sir.
8    Q.    Was it long or do you remember if
9  it was --
10    A.    I want to say it was half a page,
11  three-quarters of a page, somewhere
12  thereabouts.  I could be wrong on that.
13    Q.    We'll get it out later.  It's
14  not. . .
15          When the Sheriff was called the
16  day before because of shooting out the window
17  and then the Friday on the report of his
18  suicide, did Mr. Pence come to the house
19  either time?
20    A.    (Witness moves head from side to
21  side.)
22    Q.    No?
23    A.    No.  He didn't even work in the
24  same county.
25    Q.    Not even the same jurisdiction?

Page 173

1    A.    No.
2    Q.    Who -- who did investigate it?
3  What was the name of the agency?
4    A.    Oh, Coffee County, where we lived.
5    Q.    And so there wasn't an insurance
6  company investigation because you had no
7  insurance, correct?
8    A.    To my knowledge there was --
9    Q.    There was no life insurance?
10    A.    Huh-uh.  Huh-uh.
11    Q.    Okay.  And do you know who the
12  Coffee County Sheriff's Department
13  interviewed in connection with their
14  investigation?
15    A.    Me.
16    Q.    When did they interview you?
17    A.    I don't know when it was, but they
18  questioned me.  I want to say they talked to
19  Brandi as well.  My mom --
20    Q.    That Friday or later?
21    A.    Oh, I don't know when it was.
22  Like I said, my time lines on that are
23  just -- I kind of -- you know, went a little
24  off kilter.
25    Q.    Do you remember going into the

44 (Pages 170 to 173)

Page 174

1    office to talk to them or do you think you
2    talked to them at your home or at the scene?
3        A.    I want to say they asked some
4    questions there.
5        Q.    Did you talk to them just once?
6        A.    I don't remember. I'm sure it was
7    more than once. I honestly don't remember.
8        Q.    Did you talk to the same officer
9    or did you talk to different officers?
10       A.    Probably different ones.
11       Q.    Do you remember any of them?
12       A.    Huh-uh. I -- like I said, I
13   couldn't even tell you who all was there at
14   that point other than just a bunch of people.
15   I mean there was a bunch of people.
16       Q.    Okay. And you were -- you've
17   described several phone calls throughout the
18   last few days of Mr. Feyer's life.
19       A.    Yes, sir.
20       Q.    Where he was reaching you on your
21   cell phone. Did he have a cell phone as
22   well?
23       A.    Yes, sir.
24       Q.    And who was that with?
25       A.    Veriz -- I want -- at one point we

Page 175

1    had Verizon and at one point we had T-mobile.
2    But I'm not sure which was when.
3        Q.    And you had a landline or just
4    cell phones?
5        A.    We had a landline.
6        Q.    Do you remember your cell phone
7    number? Is it the same one?
8        A.    No. I don't remember what -- 5816
9    maybe. Maybe. 409-5816. And I could be
10   wrong on that.
11       Q.    Do you remember Cayce's?
12       A.    No, sir.
13       Q.    Do you remember your landline?
14       A.    No, sir.
15       Q.    That's -- that's okay.
16       A.    Well, I mean it makes you feel
17   kind of highly unintelligent when you can't
18   remember phone numbers.
19       MR. SAXON: This was seven years
20   ago.
21       MR. GRILLO: Don't worry about it.
22   It's been a while. A lot of things have
23   happened.
24   BY MR. SAXON:
25       Q.    You said you met Cayce in March of

Page 176

1    1998 when you [sic] were working at
2    Rent-a-Center. Do you remember if he had a
3    prior injury in '96 and '97 that he --
4        A.    Not that I know of.
5        Q.    He didn't tell you that he had
6    just gotten finished going to the
7    chiropractor a bunch of times for another
8    injury?
9        A.    Huh-uh. He didn't say anything to
10   me about that.
11       Q.    And when did you become aware that
12   Mr. Feyer had herpes?
13       A.    Do what?
14       Q.    No? Not aware of that?
15       A.    No.
16       Q.    So he never discussed that with
17   you?
18       A.    No.
19       Q.    And obviously you never contracted
20   that?
21       A.    No. I mean -- you know, you
22   wouldn't be able to give vaginal birth if you
23   had contracted something like that.
24       Q.    Okay.
25       A.    And my last delivery was vaginal.

Page 177

1    But I will be going to the doctor.
2        Q.    Are you ever aware of him having
3    chlamydia or any other sexually transmitted
4    diseases?
5        A.    No.
6        Q.    This is prior to your --
7        A.    No.
8        Q.    -- relationship. Okay.
9        A.    Are you telling me that he did?
10       MR. GRILLO: Don't -- just answer
11   the question.
12       MR. SAXON: Just answer the
13   question.
14       MR. GRILLO: Don't ask any
15   questions. And certainly just answer his
16   question. That's it.
17   BY MR. SAXON:
18       Q.    There's some discussion in
19   Mr. Feyer's medical records as to the origin
20   of his injury. And at some instances there's
21   a report that it's -- wasn't anything --
22   wasn't anything particular. It was just a
23   sudden onset. And you seem to believe that
24   it was a sofa that fell on him.
25       A.    That's the way it was explained to

45 (Pages 174 to 177)

Page 178

1  me.
2      Q.    Do you think there was a reason
3  that he would not have reported that to
4  healthcare providers?  Is there some reason
5  for medical coverage or something where he
6  may have --
7      A.    Not that I know of.
8      Q.    As far as you know he was truthful
9  when he --
10     A.    I had no reason to believe he
11 wasn't.
12     Q.    -- when he spoke to his doctors
13 about the origin of his pain?
14     A.    Right.
15     Q.    Okay.  So if he told Dr. Lien on
16 June 20th, 2000, Mr. Feyer denies having one
17 specific injury, that's not consistent with
18 what you learned or you --
19     A.    Well, and, you know, like I said,
20 I could be wrong.  You know, that's just my
21 view of it.  I'm not a doctor.  I can't say
22 what was or was not injured.
23     Q.    Well, my question was, was there a
24 specific incident?
25     A.    That's what I thought it was.

Page 179

1      Q.    Okay.
2      A.    And that was my opinion.
3      Q.    Okay.  Did he have restrictions as
4  far as you know placed on what he could do as
5  far as where -- what he could lift, how he
6  could move his arms?
7      A.    I want to say at first it was like
8  a ten-pound weight limit.
9      Q.    Okay.
10     A.    And then not to stretch beyond the
11 limits of his exercises.  And he had a -- you
12 know, a set -- like, do these on this day and
13 do these on this day.  One color rubberband
14 one day and then the next set was with a
15 different color rubberband.
16     Q.    Okay.  And did he get stronger and
17 better with his range of motion over the two
18 and-a-half years?
19     A.    I want to say the range of motion
20 got a little bit better.  As far as
21 strength -- I mean, I never tested his
22 strength or anything.  So I don't know.
23     Q.    Did -- you'd see him doing things
24 around the house.  Did he continue to do the
25 yard work?

Page 180

1      A.    No.  Me and the kids did the yard
2  work.  But we enjoyed doing the yard work.
3      Q.    Did he mow the grass?
4      A.    No.  We had a riding lawnmower.
5      Q.    Did he ever complain of numbness
6  or tingling --
7      A.    Yes.
8      Q.    -- in his extremities?  Yes?
9      A.    Yes.
10     Q.    Was that pretty constant?
11     A.    I want to say -- I want to say it
12 was.
13     Q.    Did he complain about his pain?
14     A.    At first -- you know, the normal,
15 you know, this hurts, this isn't right,
16 just -- you know, he was -- you know, he was
17 in some pain, but -- I mean it wasn't a
18 constant, you know, I'm hurting, I'm hurting,
19 I'm hurting.  I mean it wasn't just
20 overtaking him or anything.
21     Q.    Would he go days without
22 mentioning his pain?
23     A.    Yeah.
24     Q.    Or would he mention it every day?
25     A.    No.  It wasn't an every day thing

Page 181

1  that he would mention.
2      Q.    Okay.  Do you remember when he
3  started taking Vioxx?
4      A.    No, sir.
5      Q.    He didn't tell you what
6  medications he had been putting -- put on or
7  when they had started?
8      A.    I didn't ask.
9      Q.    Okay.  As a future nurse I didn't
10 know if you might be interested in what he
11 was taking.
12     A.    I had no clue at that point.  You
13 know, I didn't ask.
14     Q.    And there are some reports in the
15 records from 2001 and 2002 about erectile
16 dysfunction.
17     A.    Uh-huh.
18     Q.    Is that something that you
19 addressed earlier?
20     A.    Yeah.
21     Q.    Okay.
22     A.    Yes, sir.
23     Q.    And did that interfere with your
24 sexual life?
25     A.    Like I said, he went and got that

Page 182

1  Viagra just in case.  It -- it wasn't an
2  issue because we had that just in case.
3     Q.    And did he ever need the Viagra?
4     A.    He took it once that I know of
5  because he told me he was going to take it.
6  If he took it after that, I do not know.  But
7  I do know the one time he did take it.
8     Q.    So he could have been taking it
9  other times but just not telling you?
10    A.    He could have, but I think -- I
11  mean, based on the fact that he told me I
12  took the Viagra today, I -- that's the only
13  time I know that he took it for sure.
14    Q.    So if he called back and asked for
15  stronger Viagra or more Viagra, it wasn't
16  because he told you?  You weren't aware of
17  that?
18    A.    Huh-uh.  No, sir.
19    Q.    Was -- do you remember him having
20  problems with incontinence?
21    A.    No, sir.
22    Q.    He never told you that?
23    A.    No, sir.
24    Q.    That he was having trouble
25  controlling his bladder?

Page 183

1     A.    Like frequency?
2     Q.    No.  Controlling --
3     A.    Not frequency, but -- what is it?
4     Q.    Not voiding --
5     A.    Not being able to hold it?
6     Q.    Right.
7     A.    You know, if -- he would say like
8  if he had to go, he needed to get to a
9  bathroom as quick as he could.  But as far
10  as, you know, just like having to wear
11  Depends or something, no.
12    Q.    Do you know if he ever wet
13  himself?
14    A.    I don't know.
15    Q.    You don't --
16    A.    I mean I can't remember.  Right
17  after his surgery, he was very total care.
18  He had very, very limited range of motion.
19  You know, right after his surgery.  But that
20  was because he had just had surgery.
21    Q.    Okay.  The -- but in November of
22  2001, if he reported to Dr. Cushman, November
23  of 2001, that he occasionally wets himself,
24  that's not something that you were --
25    A.    That's not something that he --

Page 184

1     Q.    Shared with you?
2     A.    -- had said to me.
3     Q.    And he apparently also -- he has
4  apparently also had bowel incontinence at
5  least once?  Did you ever know that?
6     A.    He just -- you know, you get
7  diarrhea.  You know, that's just -- everybody
8  gets diarrhea.  But as far as not being able
9  to hold it, no, I was unaware of anything
10 like that.
11    Q.    And so he didn't -- if he went and
12 reported this to a doctor and sought medical
13 treatment for a condition that he felt was
14 serious enough to seek medical treatment, he
15 did not share that with you?
16    A.    Well, it wasn't, you know,
17 something that was, you know, oh, I'm -- it
18 wasn't an every day thing, you know.  If it
19 was an every day thing, I'm sure he would
20 have said something.  But, you know, a lot of
21 times he would -- like, with the Viagra
22 situation, he wanted to make sure that that
23 wasn't going to be an issue.  You know, he
24 would just try and make sure -- expect the
25 unexpected, I guess.

Page 185

1     Q.    Okay.  How often did he go to
2  rehab?
3     A.    I don't know.  I honestly do not
4  remember.
5     Q.    Did he go through -- to rehab for
6  the entire two and-a-half years?
7     A.    There again, I do not know.  I
8  can't remember.
9     Q.    Okay.  You never noticed any
10 rashes on his penis?
11    A.    No, sir.
12    Q.    Do you ever remember him
13 complaining about the pain and discomfort
14 moving down into his legs?
15    A.    I want to say that and -- and
16 numbing and tingling, but I don't remember
17 where and when.
18    Q.    Okay.  When was the first time
19 that you -- there's also -- excuse me.
20 Strike that.  Another report January -- July
21 17th, 2002:  Continued difficulty with bowel
22 and bladder control, continues to have
23 difficulty with sexual erectile impotence,
24 has been tried on Viagra by Dr. Cleveland,
25 which was helpful.  He finds he cannot stand

47 (Pages 182 to 185)

Page 186

1  or walk for any significant amount of time
2  without being quite tired and hurting. He is
3  unable to even hold a gallon of milk without
4  dropping it.
5      A.   Right.
6      Q.   In July of 2002. Is that
7  consistent with what you recall about his
8  symptoms?
9      A.   Yeah. I remember him trying to
10  pick up a gallon of milk and literally it
11  dropping and the milk going everywhere on the
12  floor.
13     Q.   But you don't remember him having
14  trouble controlling his bowel or bladder or
15  problems with erectile dysfunction?
16     A.   No. I knew about the Viagra. And
17  I knew about him having to go to the bathroom
18  when he had the urge to go. And, you know, I
19  knew that he had occasional bouts of
20  diarrhea. But, you know, it's not like he
21  was completely incontinent all the time. I
22  mean that's not the case. But as far as it
23  being a daily issue, no.
24     Q.   But you knew it was an issue?
25     A.   Um.

Page 187

1      Q.   Or not? I guess you testified
2  earlier --
3      A.   Yeah. No.
4      Q.   -- you didn't know it was an
5  issue.
6      A.   No.
7      Q.   Okay.
8      A.   I mean not that it was a -- that
9  much of a major issue.
10     Q.   And who was responsible -- which
11  doctor was actually responsible for
12  coordinating his care?
13     A.   I want to say it was Dr. Lien
14  because he was the neurosurgeon.
15     Q.   And so if he wanted a referral out
16  to another specialist, that would go through
17  Dr. Lien?
18     A.   I would think so, but I'm not
19  positive.
20     Q.   And did he have a worker's
21  compensation or a Travelers case worker that
22  was assigned to his --
23     A.   I'm sure he did, but I don't know
24  who it was.
25     Q.   Did you ever speak to this person?

Page 188

1      A.   No, sir. Not that I -- not that I
2  can remember.
3      Q.   Okay. And do you know if this
4  case worker attended appointments with your
5  husband?
6      A.   I don't know.
7      Q.   Did he ever talk about his
8  relationship with the case worker?
9      A.   I want to say -- I want to say we
10  met with some lady. And I want to say she
11  was from the insurance company, but I can't
12  be positive.
13     Q.   Do you know roughly when this was?
14     A.   Right at the beginning of the
15  claims I want to say.
16     Q.   And you just met with a -- with a
17  case worker one time or a claim adjustor or
18  whoever it was?
19     A.   I don't know. That's all I can
20  remember. I mean, I know that I met her
21  once. I don't know if I, you know, ran into
22  her at another appointment or not. I
23  couldn't --
24     Q.   But the appointments that you went
25  to, which you said you went to better than

Page 189

1  half of them with Dr. Lien -- you don't
2  know -- the case worker was at none of those
3  appointments?
4      A.   I honestly don't remember. I
5  mean, at that point -- you know, I couldn't
6  tell you who was a receptionist, who was a
7  nurse, who was -- you know, I knew who
8  Dr. Lien was, and I knew who the rehab people
9  were. If there was anybody else, I
10  couldn't -- you know, I honestly don't know.
11     Q.   Okay. Did your husband ever tell
12  you that he had asked Dr. Lien to give him a
13  referral for psychological counseling because
14  he was depressed?
15     A.   He may have. But I don't
16  remember.
17     Q.   He may have told you that?
18     A.   He may have, but -- I honestly
19  don't know. I don't -- I don't know.
20     Q.   You don't know if he was
21  depressed? You don't know if he told you
22  that?
23     A.   I don't know if he had said
24  something about getting a referral.
25     Q.   Okay. Do you know if he followed

Page 190

1  through with that?
2      A.   I do not know.  I don't think he
3  did.
4      Q.   Did you encourage him to talk to
5  somebody?
6      A.   I don't know.  I don't remember.
7  I mean if he said he needed to, I'm sure I
8  would have been supportive.
9      Q.   But as far as you're concerned, as
10 you testified earlier, you did not consider
11 him depressed?
12     A.   I don't think he seen -- I don't
13 think he talked to a psychiatrist or anything
14 like that.
15     Q.   But you didn't consider him
16 depressed?  You didn't notice him being
17 depressed?
18     A.   No, I really didn't.
19     Q.   Okay.  Who is Danny Logan?
20     A.   I want to say a parent of one of
21 the kids that the kids played soccer with
22 maybe.
23     Q.   Is this a friend of your
24 husband's?
25     A.   I'm not sure if they were friends

Page 191

1  or acquaintances or what.  I don't know.
2      Q.   Did Andrew ever come live with
3  you?
4      A.   Yes.
5      Q.   When was that?
6      A.   When he was 17.
7      Q.   For how long?
8      A.   About a year maybe.
9      Q.   Did that work out?
10     A.   No.
11     Q.   Why?
12     A.   I -- I just -- it just -- it just
13 didn't work out.  He wanted to go back home.
14 I wanted him to go back home.
15     Q.   You have trouble getting -- he
16 didn't get along with you?
17     A.   Not -- no, we didn't have any
18 trouble getting along.  In fact, he would,
19 you know, come to me a lot of times before he
20 would come to his dad.
21           And -- but -- and see, that's
22 where I don't want to say anything because
23 he's in the Army now and anything I say can
24 really mess up his career.
25     Q.   I'm not -- I do not believe that

Page 192

1  in this context that his career is in -- is
2  in jeopardy.
3      A.   There was an issue with him
4  stealing from our landlord and several other
5  things.  And, you know --
6      Q.   Did he get arrested?
7      A.   I want to say that we were going
8  to put him on probation and his mother had a
9  fit.  And like I said, a lot of these things
10 Cayce was the head of the household, and I
11 let him be the head of the household, you
12 know.  There was an issue with Andrew cutting
13 on hisself.
14     Q.   This was in the 2002/2003 time
15 frame?
16     A.   I don't know when it was.  It was
17 when he lived with us, but --
18     Q.   After the accident?  After Cayce
19 became disabled?
20     A.   Yes, sir.
21     Q.   Okay.  And in your mind Cayce had
22 been -- or you had been told -- excuse me --
23 that Cayce was determined to be completely
24 disabled because of this --
25     A.   Yes, sir.

Page 193

1      Q.   Okay.  And so after that point in
2  time, Andrew came to live with you when he
3  was 17 for about a year, correct?
4      A.   Yes, sir.
5      Q.   Okay.  What -- did Andrew ever
6  threaten to harm himself?
7      A.   I don't think he ever threatened
8  to, like, end his life or anything.  Like I
9  said, he was -- whenever he would get in
10 trouble, he would do like a little paper cut
11 thing.  And basically it all boiled down to
12 supposedly he was just doing that to get out
13 of having to do anything or get in trouble or
14 something, is the way it was put to us.
15     Q.   By -- by who?  Who put it to you
16 that way?
17     A.   I don't remember who we took him
18 to, but we took him to somebody about it.
19     Q.   Do you remember your husband
20 having to remove all the guns from the home?
21     A.   Yes.
22     Q.   Tell me about that.
23     A.   And it was just all involved
24 around him -- Andrew -- he was just -- you
25 know, like I said, he -- he robbed the

49 (Pages 190 to 193)

Page 194

1 landlord -- or burglarized, whatever you want
2 to call it, the landlord, and then he did
3 that, you know, little cutting thing. And my
4 final straw was -- I don't remember -- I
5 think it was -- I went to change -- see, I
6 wouldn't have even remembered any of this if
7 you hadn't said anything.
8        I went to change the sheets on
9 his -- on his bed. And somehow I found a --
10 a pair of my -- my daughter's panties in his
11 bed under -- tucked in his pillow case. And,
12 you know, had he ever been left alone with
13 the children, I would have freaked out, but
14 he had never been left alone. I just -- I
15 never trusted him from day one. You know how
16 you just kind of get a feeling for somebody?
17 I never trusted him.
18    Q.    Okay.
19    A.    So he was never left alone with
20 the kids. But I said that's it. He's gone.
21    Q.    And he went back to Georgia to
22 live with his mother?
23    A.    Yes, sir.
24    Q.    Okay. Did he see a doctor while
25 he was in --

Page 195

1    A.    I want to say he did.
2    Q.    So if the doctor had recommended
3 that all the guns and knives be removed from
4 the home --
5    A.    I want to say that's -- yeah. And
6 like I say, if you hadn't said anything, I
7 wouldn't have even remembered that.
8    Q.    And so your husband elected to --
9 to store the guns and knives at Danny Logan's
10 house; is that correct?
11    A.    Probably. Yeah.
12    Q.    Did your husband tell you that he
13 had gotten referred to a pain clinic by
14 Dr. Lien?
15    A.    Probably. But. . .
16    Q.    Do you know when that was?
17    A.    No, sir.
18    Q.    Do you remember him going to the
19 Murfreesboro Anesthesia Group?
20    A.    No, sir.
21    Q.    Do you remember him getting
22 trigger point injections?
23    A.    I don't remember.
24    Q.    When was the first time that he
25 told you that he was taking Neurontin? Or

Page 196

1 did he ever tell you that he was taking
2 Neurontin?
3    A.    I don't think -- I mean -- he may
4 have said, well, they changed my medicine or
5 they gave me a new medicine, but I don't
6 think we ever went in-depth as far as
7 anything.
8    Q.    So when your -- when your
9 mother-in-law called about the Neurontin
10 commercial she had seen, why did you know
11 that he had taken Neurontin?
12    A.    Because of the pill bottles that
13 were -- that were in the filing cabinet. I
14 mean, you know, it wasn't something that we
15 sat and discussed. But, you know, you could
16 see the pill bottles.
17    Q.    There were pill bottles --
18 Neurontin pill bottles?
19    A.    Whatever -- everything he was
20 taking was, you know, just in the filing
21 cabinet.
22    Q.    Okay. So you don't know when he
23 started taking --
24    A.    No, sir.
25    Q.    You never saw him take his

Page 197

1 medicine? He would take that on his own?
2    A.    He had it like in a little pill
3 planner, you know, where it's got the -- you
4 know, Monday, Tuesday, Wednesday, Thursday,
5 Friday.
6    Q.    Okay. Did he ever talk to you
7 about any of the side effects that he was
8 having from his medications, that his
9 medications made him constipated or sleepy or
10 anything else?
11    A.    He may have, but I don't -- you
12 know, it wasn't like an in-depth, you know,
13 conversation.
14    Q.    And you testified earlier that you
15 weren't aware that he had started going to
16 the Murfreesboro anesthesia clinic and -- or
17 group -- and that you didn't attend those
18 appointments with him, correct?
19    A.    Like I said, it's been seven
20 years. I can't tell you what I did or what I
21 did not go to. I just went to whatever work
22 permitted. I can remember Dr. Lien. And I
23 can remember Tullahoma. And I may have went
24 to something else, but I don't know. I can't
25 remember.

Page 198

1    Q.    Okay.  And so if he -- did your
2  husband make a habit of coming back and
3  telling you about his medication changes, or
4  would he just occasionally remark if he was
5  taking something?
6    A.    Probably just an occasional, you
7  know, hey, they changed my meds today.  Let's
8  see if it's going to work better or worse or,
9  you know.
10   Q.    So as far as what he was told
11 prior to receiving Neurontin at anesthesia --
12 at the Murfreesboro Anesthesia Group, you
13 have no way of knowing what they told him?
14   A.    Well, if I was there, I would, and
15 if I wasn't -- I mean I don't know.  I don't
16 remember.
17   MR. SAXON:  We'll mark this as
18 Exhibit 2.
19       (Whereupon Exhibit No. 2, an
20 Offense Report, was marked as an exhibit and
21 attached hereto.)
22 BY MR. SAXON:
23   Q.    The court reporter has marked as
24 Exhibit 2 a three-page document from the
25 Coffee County Sheriff's Department entitled

Page 199

1  Offense Report.  And the Bates stamps numbers
2  are 40COFCS-003 through 005.
3        Have you ever seen this document
4  before?
5    A.    I don't think so.
6    Q.    Okay.  And so this is a report of
7  a -- of a call from Patsy Randolph on
8  11/28/03, correct?
9    A.    Yes, sir.
10   Q.    And Patsy Randolph is your mother,
11 right?
12   A.    Yes, sir.
13   Q.    All right.  And if we follow this
14 down, it's got -- and I'm reading the section
15 that says Narrative -- and it's all caps --
16 responded to a DOA call at 2647 Murfreesboro
17 Highway.  Upon arrival I spoke with Ms. Patsy
18 Randolph.  She stated she had come to the
19 residence and found the back door open.  When
20 she checked the residence for her son-in-law,
21 Mr. Cayce Feyer, she found him in the rear
22 back bedroom.  Was that your bedroom?
23   A.    Yes, sir.
24   Q.    Okay.  There was no sign of life.
25 So she called 911 on her cell phone.  Coffee

Page 200

1  County EMS -- I guess that's emergency
2  medical services -- arrived on the scene and
3  found no signs of life.  Upon examination
4  Mr. Feyer appeared to be deceased for several
5  hours.  Shanan Feyer, Mr. Feyer's wife,
6  arrived on the scene a short time later.
7  Upon speaking with her she stated her and a
8  friend, Ms. Brandi Foster, had been at the
9  residence.
10       Do you know what that was
11 referring to?
12   A.    That I -- the night before or the
13 day before when I took him the food --
14   Q.    Okay.
15   A.    -- is what I can assume.
16   Q.    If you turn the page.  It has a
17 call type -- complainant, halfway down, is
18 Patsy Randolph.  The responding officer has
19 -- the officer numbers.  And it appears that
20 there were a number of officers there.
21 That's consistent with what you testified to
22 earlier, correct, that there were a lot of
23 people there?
24   A.    Yes.
25   Q.    Yes.  And the paramedics on the

Page 201

1  scene -- we have these two gentlemen, Dennis
2  Teal and Frank Green.  Do you know either of
3  them?
4    A.    I'm sorry.  Could you repeat that,
5  please?
6    Q.    The paramedics on the scene,
7  Dennis Teal or Frank Green, do you know
8  either of them?
9    A.    No, sir.
10   Q.    In your work since then at the
11 hospital have you had occasion to meet either
12 of them?
13   A.    I may have seen them in passing,
14 but --
15   Q.    You've never made the
16 connection --
17   A.    No, sir.
18   Q.    Okay.  Items found, one
19 handwritten note on the stand, four empty
20 bottles of medication, Phenergan.  Do you
21 know what Phenergan is?
22   A.    It's an anti-nausea medication.
23   Q.    Ramadol.  Do you know what that
24 is?
25   A.    I can't think straight right now.

51 (Pages 198 to 201)

Page 202

1    Q.    Okay.  There were four bottles of
2  empty medication found.  Do you -- do you
3  know why they didn't find any Neurontin at
4  the scene?
5         MR. GRILLO:  Objection.
6         THE WITNESS:  I do not know.
7  BY MR. SAXON:
8    Q.    But you testified earlier that he
9  had -- that the officers had taken all the
10  medication, correct?
11    A.    Yes, sir.
12    Q.    Was it possible that he had
13  stopped taking his Neurontin?
14    A.    No, sir.
15         MR. GRILLO:  Objection.
16  BY MR. SAXON:
17    Q.    Why is that not possible?
18         MR. GRILLO:  Objection.
19         THE WITNESS:  I --
20         MR. GRILLO:  If you know.
21  BY MR. SAXON:
22    Q.    If you know.
23    A.    Because he was, you know, fairly
24  well about following doctor's orders.  You
25  know, when they said not to lift over ten

Page 203

1  pound, he didn't lift over ten pounds.  When
2  they said do these exercises, he did these
3  exercises.  He listened.  Because he wanted
4  to get better.
5         MR. GRILLO:  Let me staple this.
6  BY MR. SAXON:
7    Q.    Do you know why there's no record
8  of him refilling his last two Neurontin
9  prescriptions?
10    A.    No, I do not.
11    Q.    Do you know why there was no
12  Neurontin found in his blood on autopsy?
13    A.    No, I do not.
14    Q.    Look at the last page.
15  Investigation revealed that victim apparently
16  had threatened suicide on 12/27/03.  I guess
17  that's a typo.  11/27/03.  And all weapons
18  had been removed from the home and held at
19  the Coffee County Sheriff's Office by
20  responding officers.
21         And that's the incident you were
22  referring to the day before where he had shot
23  a gun out the window?
24    A.    Yes, sir.
25    Q.    But -- do you know where they're

Page 204

1  getting this "threatened suicide?"
2    A.    I'm assuming because there was a
3  gunshot.
4    Q.    Okay.
5         MR. SAXON:  Mark this as Exhibit
6  3.
7         (Whereupon Exhibit No. 3, an
8  Incident Report, was marked and attached
9  hereto.)
10         MR. GRILLO:  Let me staple that.
11  Do you need yours stapled?
12         MR. SAXON:  That's full service.
13  BY MR. SAXON:
14    Q.    Ms. Feyer, the court reporter has
15  marked as Exhibit 3 a two-page incident
16  report from Coffee County Sheriff's
17  Department.  The date occurred, and it says
18  on there 11/27 at 1:00 in the afternoon.  And
19  it says that the complainant was -- that you
20  had called the -- 911.
21    A.    Uh-huh.
22    Q.    And this is -- this is in the
23  middle of the afternoon, not at the end of
24  the day.  Do you know why?
25    A.    Like I said -- like I said before,

Page 205

1  sometimes I would get off at 3, 4, 5.  It
2  just depended on when I got done what I had
3  to do that day.
4    Q.    Okay.  And then there it appears:
5  Mrs. Feyer stated that her husband called her
6  from home and stated that he was going to
7  kill himself.  Ms. Feyer then stated that she
8  heard a gunshot and Mr. Feyer was not talking
9  on the phone anymore.
10    A.    Like I said, I didn't know what he
11  was going to do, if he was killing hisself,
12  shooting the gun.  All I know is I heard a
13  gunshot.  And that's why I said maybe he's
14  killed hisself.  I don't know.  When they got
15  there, they said -- he --
16    Q.    No.  This says that she stated
17  that her husband called her from home and
18  stated that he was going to kill himself.
19  But you said he had never told you he was
20  going to kill himself.
21    A.    I don't know what I said.  And --
22  I mean honestly.  I heard a gunshot.  I
23  honestly don't think he said I'm going to
24  kill myself.
25    Q.    Would he have any reason to say he

Page 206

1  was going to kill himself?
2       MR. GRILLO: Objection. If you
3  know.
4       THE WITNESS: Not that I'm aware
5  of.
6  BY MR. SAXON:
7    Q.   So you don't know why you called
8  and told them that --
9    A.   I called them because I heard a
10 gunshot.
11   Q.   Oh, I understand --
12   A.   And I said hello, hello.
13   Q.   I understand.
14   A.   And so I told them, I said, you
15 know, I think he's going to kill hisself. I
16 don't think I said he said he's going to kill
17 hisself. I could have. I don't know.
18   Q.   Okay.
19   A.   I just know I was in panic mode.
20 I mean, you hear a gunshot, you go in panic
21 mode.
22   Q.   But you don't remember him telling
23 you that he was going to kill himself?
24   A.   I don't remember -- the only thing
25 I remember about that phone call is exactly

Page 207

1  what I said earlier. The only -- I don't
2  remember what we were talking about. I just
3  remember hearing the gunshot.
4    Q.   You said that you were calling
5  just a normal on your way home from work
6  call?
7    A.   I called him every -- you know,
8  all the time before I left work.
9    Q.   Okay. And this says that he
10 called you from home and told you that he was
11 going to kill himself and then shot a
12 window -- shot out the window and then didn't
13 respond to any of your other attempts to
14 con -- or to talk to him.
15   A.   Like I said, I don't know what I
16 said to them. I was in panic mode.
17   Q.   And you can't think of a reason
18 why he would want to kill himself?
19   A.   (No response.)
20   Q.   Or why you would have thought
21 that?
22   A.   A gunshot.
23   Q.   Well, there's a lot of things that
24 a gunshot could mean, that -- but not killed
25 himself. I mean, is that the first thing

Page 208

1  that jumped to your mind?
2    A.   I can't tell you what he was
3  thinking.
4    Q.   I'm interested in what you were
5  thinking.
6    A.   I was scared. I heard a gunshot.
7    Q.   I know you were scared. And I
8  know you heard a gunshot. But I'm trying to
9  explore why you thought that he was going to
10 kill himself and why you thought to tell the
11 officers when you called 911 and were
12 desperate and panicked that he told you he
13 was going to kill himself.
14   A.   I honestly don't know. I don't --
15 I don't know.
16   Q.   Okay. Was Teresa's maiden name
17 Seagers?
18   A.   I do not know.
19   Q.   And while your stepson Andrew was
20 living at the home in 2002, did you and your
21 husband have to call the police to come out?
22   A.   Yes.
23   Q.   For what types of things?
24   A.   Once he had barricaded himself in
25 his room. And -- I don't remember, but I

Page 209

1  know that we did have to call the police out
2  because of Andrew.
3    Q.   Okay. When you heard your husband
4  shoot out the window and reportedly say that
5  he was going to kill himself, did your
6  friend -- did you call anyone else on the way
7  to the house?
8    A.   I don't know.
9    Q.   Could you have called Brandi?
10   A.   I don't know.
11   Q.   Do you know if she called 911?
12   A.   I don't know.
13   Q.   It's possible that you could have
14 called her?
15   A.   Anything's possible.
16   Q.   Is it likely that you called her?
17 Were you talking to her frequently?
18       MR. GRILLO: Objection.
19       THE WITNESS: I honestly don't
20 remember a lot. You know. . .
21       MR. GRILLO: You've answered the
22 question.
23 BY MR. SAXON:
24   Q.   Why do you think your husband
25 would have purposefully given away the truck

53 (Pages 206 to 209)

Page 210

1   and money and -- and handguns to -- so you
2   couldn't have them?
3      A.   I have no clue.
4      Q.   But you think he did it so you
5   wouldn't get them?
6      A.   No. I honestly did not see it
7   coming. It blind sided me.
8      Q.   But looking back on it, you know
9   that he was doing it so you wouldn't have the
10  stuff?
11        MR. GRILLO: Objection.
12        THE WITNESS: I don't know. I
13  don't know if he was talked into it. I don't
14  know. I need some water.
15        MR. GRILLO: You need water?
16        THE WITNESS: Please.
17        MR. SAXON: Would you mark that as
18  Exhibit 4, please.
19        (Whereupon Exhibit No. 4, a
20  Petition, was marked and attached hereto.)
21  BY MR. SAXON:
22     Q.   Do you recognize this document?
23     A.   Give me just a minute. (Reviews
24  document.) Yes, sir.
25     Q.   Is this your signature under

Page 211

1   petitioner?
2      A.   Yes, sir.
3      Q.   Okay. And paragraph 4, Shanan
4   Feyer has discovered that shortly before his
5   death that Cayce Feyer gave away large sums
6   of money, vehicles and a handgun in order to
7   defeat the surviving spouse's share of the
8   estate. The statute precluding this is
9   TCA 31-105.
10        So again, why did you think that
11  he was trying to defeat your share of the
12  estate?
13     A.   Those were not my words. Those
14  were the words of the attorney.
15     Q.   Well, this is something that you
16  read and signed, correct?
17     A.   Yes, sir.
18     Q.   So you thought he was trying to do
19  this so that --
20     A.   The way it was explained to me was
21  under the TC -- whatever code it is -- is
22  that -- I'm trying to think how did he put
23  it. Something about marital or spousal
24  something or other and that -- you know, that
25  he could not do that. I'm -- I don't know.

Page 212

1   But those -- those were not my words. Those
2   were the attorney's words.
3      Q.   Okay.
4      A.   I mean, obviously, yes, he did
5   give them away.
6      Q.   Well -- I understand. And this
7   was not a petition because he gave them away.
8   This was a petition because he gave them away
9   so you couldn't have them. Do you understand
10  the difference between the two?
11     A.   No, I really don't.
12     Q.   Well, did you think he wanted you
13  to have them, or did you think he gave them
14  away so you couldn't have them?
15     A.   I didn't know. I still don't know
16  why.
17     Q.   Well, this is something you signed
18  for the Court saying he gave them away so you
19  -- to defeat your rights to get them.
20     A.   Well, that's not the way that I
21  took it.
22     Q.   So you don't think -- you think
23  maybe he wanted to have those -- these people
24  to have these assets for other reasons?
25     A.   I don't know.

Page 213

1      Q.   And how about the -- the van that
2   was given to Brenda Greer? Who is that?
3      A.   A lady that worked at the
4   restaurant that we worked at. My mom's
5   restaurant.
6      Q.   What's that called?
7      A.   It was Granny's Country Kitchen.
8      Q.   And that's a restaurant that your
9   mother owned or worked at?
10     A.   She was like a co-owner.
11     Q.   And what was the relationship? I
12  mean, what did Miss Greer do with the
13  restaurant?
14     A.   She worked for -- for my mom.
15     Q.   Why would your husband give her a
16  van before he died?
17     A.   Because that was -- the van wasn't
18  supposed to be just given to Brenda. It was
19  in -- in -- that was the original down
20  payment for my mother's truck because she was
21  selling us the truck. The van was supposed
22  to be for the restaurant use. And Ms. Greer
23  ended up just putting it in her name instead.
24     Q.   Okay. I'm trying to understand
25  how that is consistent with your saying that

54 (Pages 210 to 213)

Page 214

1    he gave items away to defeat your share,
2    including a van given to Brenda Greer, when
3    you told me that the Toyota truck transaction
4    had happened weeks before and didn't mention
5    anything about Brenda Greer.  I'm -- why was
6    she important enough for your husband to give
7    her a van?
8       A.    Like I said, I -- I -- I don't
9    know.  Yes, I did sign this.  Yes, it's
10   worded that way.  But I -- I guess the reason
11   that was put in there was because that was
12   the down payment to the truck which
13   Mr. Geiger was trying to say was his.  I
14   don't -- I don't know.
15      Q.    Okay.
16      A.    I was very confused.
17      Q.    This was in 2005.  This was over a
18   year later, correct?
19      A.    And I still have a hard time
20   thinking about it and talking about it.
21      Q.    Okay.  And so your testimony is
22   that you were confused when you wrote this or
23   signed it?
24      A.    I don't know.  I'm sure I signed
25   it and agreed to it, and, you know, I'm

Page 215

1    just -- I'm --
2       Q.    Did you get the van back?
3       A.    No.  It wasn't meant in that -- by
4    me in that context.
5       Q.    It says specific items given away
6    are Toyota Tundra truck.  But it's your
7    testimony that it didn't actually give it
8    away.  He just gave a copy of the title to
9    his father?
10      A.    Yes, sir.
11      Q.    So he never actually gave him the
12   truck?
13      A.    No, sir.
14      Q.    Okay.  How about the Glock Model
15   19 handgun?
16      A.    I've never seen it.  So -- since.
17   So I -- Mr. Geiger did say that he had it at
18   some point in time.
19      Q.    And approximately $12,000 in cash.
20   Is that the amount that he took out of the
21   account?
22      A.    I want to say there was more than
23   that.  But I could be mistaken.  Like I say,
24   I don't know the specific dollar amount.
25      Q.    And so he took that out.  And the

Page 216

1    title and the cash and the pistol he gave --
2    he drove down and gave to his father when you
3    took the fishing boat down for sale?
4       A.    I -- I don't know when it
5    happened.  I did not physically see any of
6    that take place.
7       Q.    Are you aware of a separate trip
8    that he made up to his father's?
9       A.    No, sir.
10      Q.    Okay.  So either he sent it there
11   or he snuck off and made another trip or he
12   did it when you weren't looking?
13      A.    I don't know when it happened.
14      MR. SAXON:  Okay.  Can I borrow
15   your stapler again?
16      MR. GRILLO:  Yeah.
17      (Whereupon Exhibit No. 5, an
18   Affidavit, was marked and attached hereto.)
19   BY MR. SAXON:
20      Q.    Marked as Exhibit 5 is a copy of
21   an affidavit that was filled out for your
22   husband's estate.  And if you could look on
23   page 3 of this.  Is that your signature as
24   the executor?
25      A.    Yes, sir.

Page 217

1       Q.    Okay.  And here you identify the
2    creditors and the assets and property of --
3    of your husband, correct?
4       A.    Yes, sir.
5       Q.    Okay.  And you had told us about
6    the Sears and -- a credit card.  But you told
7    us there weren't any debts to family members.
8    And this note says $7,000 loan --
9       A.    I told you that we were buying the
10   truck from my mother.
11      Q.    Yes.
12      A.    And when Mr. Geiger said that the
13   truck was his, I told him we did not have it
14   paid for yet.
15      Q.    So this is a debt that --
16      A.    That's for the Toyota Tundra.
17   That's for the Toyota.
18      Q.    And then what are the -- what are
19   assets here?
20      A.    Is that this bottom?
21      Q.    Yes, ma'am.  The following
22   property -- list all personal property and
23   now -- who now has possession.
24      A.    The Dodge Caravan that we paid off
25   and then that -- the '92 Chevy truck that was

Page 218

1    the -- the -- it was a Chevy Cheyenne.
2        Q.    And you put the value here as
3    $1,000 and say it's broke down.
4        A.    Yes.  The transmission was out.
5        Q.    Okay.  And so where is the -- do
6    you know why you didn't list the Toyota
7    Tundra if this was an asset of his?
8        A.    Because it wasn't paid for.
9        Q.    Okay.  So you thought you only
10   listed things that were paid for?
11       A.    That's why I listed these two
12   things.
13       Q.    And the other van that he had
14   given to Miss Greer, is this the same as the
15   Dodge 2000?
16       A.    No, sir.
17       Q.    Okay.  So you had four vehicles:
18   two vans and two trucks?
19       A.    No, sir.  When we got rid of the
20   van that Brenda had, we bought the 2000.  And
21   then we had that blue Chevy truck and then
22   the Toyota Tundra.
23       Q.    Okay.  So the -- the Dodge Caravan
24   from 2000 is one that you bought after the
25   worker's comp settlement?

Page 219

1        A.    And we bought it before but we
2    paid it off, the rest of it -- paid -- we got
3    it during our visit trip because the -- the
4    one that we ended up selling to Brenda broke
5    down in the middle of our trip.  So we ended
6    up having to buy another one.  And then we
7    got the old one fixed and then was trading
8    mom for the Tundra.
9        Q.    Okay.  But it was your position
10   that -- at this point when you're filling out
11   the estate in -- March 16th of 2004 that you
12   didn't own the Toyota van that was given to
13   Ms. Greer or the truck that was given to the
14   father because they were -- they were still
15   not paid for?
16       A.    The reason the -- the other
17   Caravan was not listed here is because it was
18   already, you know, in -- out of our
19   possession.  It was -- like -- like I said,
20   traded to my mother for a down payment on the
21   Tundra.
22       Q.    And then somehow Ms. Greer got --
23   got ahold of the --
24       A.    Yeah.  She worked for my mother.
25   She was supposed to go down there and title

Page 220

1    it in the restaurant's name.  She titled it
2    in her name instead.
3        Q.    Did you call the police?
4        A.    I don't know what action my mother
5    took.
6        Q.    But the action you took was to try
7    to get it back from her with this proceeding?
8        A.    I honestly don't know.  I was just
9    told to list everything.
10       Q.    Everything that was gone or
11   that --
12       A.    That was just kind of messed up.
13   And that was messed up.
14            MR. SAXON:  Okay.  Do you want to
15   take a lunch break?
16            MR. GRILLO:  It's up to you.  It's
17   up to the witness.  It's up --
18            THE WITNESS:  It's whatever you
19   guys want to do.
20            MR. GRILLO:  -- to the court
21   reporter.
22            MR. SAXON:  Let's mark this as
23   Exhibit 6.
24            (Whereupon Exhibit No. 6, a
25   Handwritten Note - Bates stamped 11PRD-0006,

Page 221

1    was marked and attached hereto.)
2    BY MR. SAXON:
3        Q.    Marked as Exhibit 6 is a copy of a
4    handwritten note addressed to you, signed
5    from Cayce Feyer.  And it's Bates stamped
6    11PRD-0006.  I'd ask you if you can identify
7    this as the suicide note.
8        A.    Yes.
9        Q.    And I understand it's a bad --
10   it's a bad copy.  But it's the best -- it's
11   the best that we have.  And I just wanted to
12   ask you a few questions about it.  "I'm sorry
13   I hurt you."  Do you know what that's
14   referring to?
15       A.    I'm assuming when he hit me.
16       Q.    Okay.  "I never meant to hurt
17   you."  Is that referring to when he hit you?
18       A.    I mean --
19       Q.    When he hit you a few weeks
20   before?
21       A.    It was the -- when he hit Chance
22   and drug him facedown.
23       Q.    And that was a few weeks before?
24       A.    I want to say that's right
25   around -- yeah.  I'm not exact on the dates.

Page 222

1    Q.    Okay.  And "I've died inside every
2  day."  What does that refer to?
3    A.    I don't know.
4    Q.    Did you think about it?  I mean --
5    A.    I'm assuming it hurt him because
6  he did that.
7    Q.    Okay.  So he's apologizing
8  basically for that incident here?
9          MR. GRILLO:  If you know.  Okay?
10  BY MR. SAXON:
11    Q.    If you know.  Of course.
12    A.    (No response.)
13    Q.    I mean "I've died inside every
14  day --"  I don't know if that's a reference
15  to --
16    A.    My assumption --
17          MR. GRILLO:  I don't want you to
18  assume.
19          THE WITNESS:  Okay.  Well, I
20  can't -- I don't know.  I mean, I know what
21  my assumptions are but --
22  BY MR. SAXON:
23    Q.    I don't want you to guess.  Do you
24  have -- if you have a good faith estimate
25  based on the fact --

Page 223

1    A.    No, I don't have --
2    Q.    -- that you lived with him and you
3  were his wife and you know what he's saying
4  in the suicide note --
5    A.    My assumption had been because he
6  hit me.
7    Q.    Okay.
8    A.    And he hurt hisself by hitting me.
9    Q.    Okay.  Have you thought about this
10  note in the years since?
11    A.    I don't have a copy of it at the
12  house for a reason.
13    Q.    And then it says, "Your name is on
14  the deed to the house in Tullahoma so because
15  I'm dead it becomes yours."  That's the new
16  house on Kaywood Lane?
17    A.    Yes, sir.
18    Q.    Okay.  "You're still the
19  beneficiary of my settlement so you will get
20  the money, $1,160, every month until 2008."
21  And did you get that money?
22    A.    Yes, sir.
23    Q.    Okay.  "Use it wisely.  Take care
24  of yourself.  And I wish you the very best of
25  luck in life.  I hope you find happiness some

Page 224

1  day.  With all of my eternal love."
2          And so reading this note
3  there's -- it's -- could you tell why he
4  chose to end his life.
5    A.    I don't think there's ever a
6  reasonable answer to -- to why somebody would
7  end their own life.  My assumption was
8  because he had hit me and he regretted it and
9  could -- you know -- that played into part of
10  it.  But, you know -- that was something that
11  he had never done before, never.
12    Q.    And so as you look back on this,
13  you've -- you've -- believe that it was the
14  incident where he struck you and felt such
15  remorse for it that he ended up taking --
16    A.    No.  Because he knew that I
17  forgave him for that.
18    Q.    Okay.  So this -- in a lot of ways
19  this note doesn't make sense?
20    A.    (No response.)
21    Q.    Does it?
22    A.    Him killing hisself doesn't make
23  sense.
24    Q.    Okay.  Well, how about the rest of
25  the note that's missing?

Page 225

1    A.    What do you mean that's missing?
2          MR. SAXON:  If you could mark this
3  as Exhibit 7.
4          (Whereupon Exhibit No. 7, a
5  Handwritten Note, was marked as an exhibit
6  and attached hereto.)
7  BY MR. SAXON:
8    Q.    Why did you take those lines out?
9    A.    I don't know.  My mom could have
10  done it.  I honestly don't know.
11    Q.    Your mother did it?
12    A.    Possibly.  I don't know who did
13  it.  This was what I was given (indicating).
14  That's what I saw.  Okay.
15    Q.    So it's your testimony that your
16  mother cut these three lines out --
17    A.    I don't know who did.
18    Q.    -- of the note?
19    A.    I don't -- I don't know.
20    Q.    Is this how you sent it to your
21  attorneys?
22    A.    Probably.
23    Q.    Which one?
24    A.    Probably this one (indicating).  I
25  don't know.

Veritext Corporate Services

800-567-8658                                    973-410-4040

Page 226

1    Q.   Okay.  Why would your mother cut
2  these lines out --
3        MR. GRILLO:  Is that one marked?
4  I'm sorry.
5        MR. SAXON:  We just had her mark
6  it.
7  BY MR. SAXON:
8    Q.   Marked as Exhibit 7 is another
9  copy of the suicide note in the same
10  handwriting except it says, "I've died inside
11  every day since you told me you wanted to
12  leave me.  And because you want me out of
13  your life I'm finally going to give you your
14  wish."  And then it picks back up where the
15  initial note was:  "Your name is on the deed
16  to the house in Tullahoma."
17        And I'm asking the witness why
18  these three lines have been excised from the
19  copy that was produced to us in this
20  litigation.
21    A.   I don't know.
22    Q.   This is a copy we got from the
23  police department.
24    A.   Right.
25    Q.   And it doesn't have these lines

Page 227

1  missing.
2    A.   Right.
3    Q.   Why did you take them out?
4    A.   I don't know.
5    Q.   You're saying that your mother did
6  it?
7    A.   I would say so.  Because I didn't.
8    Q.   You didn't cut these lines out?
9    A.   No, sir.  I didn't even see -- I
10  don't even remember see -- I don't even
11  remember seeing that worded like that.  And I
12  could have read it.  I don't know.
13    Q.   And you think your mother took
14  them out while --
15    A.   I don't know.  I would assume so
16  because she was who was with me when I went
17  and picked stuff up.
18    Q.   And so she cut these out so you
19  wouldn't --
20    A.   I guess so.
21    Q.   -- you wouldn't see them?
22    A.   I don't know.
23    Q.   Was she trying to prevent the jury
24  or anyone from learning the real reason why
25  your husband took his life?

Page 228

1    A.   I don't know.
2    Q.   Do you think this was done because
3  you wanted to improve your lawsuit?  I mean,
4  why would you take -- why would you take the
5  suicide note and cut three lines of it out
6  that explain why you husband --
7        MR. GRILLO:  Objection.
8        THE WITNESS:  I don't know --
9        MR. GRILLO:  Objection.  I don't
10  -- I don't think -- she's testified she
11  didn't do it --
12        MR. SAXON:  She says she doesn't
13  remember who did it.  And she's --
14        THE WITNESS:  No, I said I don't
15  know who did it.  I don't -- I don't even --
16  and what I was saying was I don't remember
17  reading this.  I could have read it.  I don't
18  know.
19  BY MR. SAXON:
20    Q.   But it's your testimony you
21  didn't --
22    A.   No, sir.
23    Q.   -- doctor the note?
24    A.   No, sir.
25    Q.   Your mother doctored it?

Page 229

1    A.   I don't know who doctored it.
2    Q.   But you think it may have been
3  your mother?
4    A.   I don't know.
5    Q.   You don't know.
6    A.   She was the one that went with me
7  when I picked everything up.
8    Q.   Well, you said that you had
9  everything in the envelope and you sent the
10  envelope to your attorneys.
11    A.   I said they gave me a manila
12  envelope.
13    Q.   Right.
14    A.   And to the best of my knowledge
15  everything that was in there was sent to
16  them.
17    Q.   And your mother at some point got
18  ahold of the note and took it out?
19    A.   I didn't even send this to them.
20  I think my mother-in-law did.  Or I'm not
21  sure who sent it.  I want to say that I got a
22  copy of this for my mother-in-law.
23    Q.   Okay.
24    A.   Because I didn't have a copy of
25  it.  I think that's right.

58 (Pages 226 to 229)

Page 230

1      Is that --
2          MR. GRILLO:  Just what you
3  remember.  That's all.
4          THE WITNESS:  I want to say --
5          MR. GRILLO:  I don't want you to
6  guess.  I just want you to -- what you
7  remember.
8          THE WITNESS:  I honestly want to
9  say that I had to get a copy of this from my
10  mother-in-law to send to the attorney's
11  office.
12  BY MR. SAXON:
13     Q.   So it was your mother-in-law that
14  may have doctored it?
15     A.   No.  I'm sure she didn't do that.
16  Well, I'm not sure but. . .
17     Q.   But the person you're -- you're
18  blaming for -- for doctoring the evidence is
19  -- is your dead mother?
20          MR. GRILLO:  I believe she said
21  she doesn't know.
22          THE WITNESS:  I don't know.
23  BY MR. SAXON:
24     Q.   Okay.  Is there anyone else that
25  could have done it?

Page 231

1      A.   I don't know.
2      Q.   Anyone else have access to it?
3      A.   There were a lot of people in and
4  out of -- of mom's house.
5      Q.   And that's where it was?
6      A.   Yes, sir.
7      Q.   And so who -- who would have had a
8  motive to come in and excise these three
9  lines that explain --
10     A.   I don't know.
11     Q.   Was there any -- as we talked
12  earlier, there's not much explanation for
13  what happened -- didn't really make sense --
14  until you read the lines that are missing.
15     A.   Right.
16     Q.   Okay.  And when did you tell him
17  you wanted to leave him?
18     A.   Gosh, we had had a discussion
19  about it probably two or three months before
20  this ever happened.  I mean, that's why it
21  doesn't make sense.
22     Q.   And you told him that you wanted
23  him out of your life?
24     A.   No.  Like way back when.  But not
25  at this point.

Page 232

1      Q.   And "I'm finally going to give you
2  your wish."
3      A.   It was in a heated argument.  You
4  know, we sat down.  We had discussed and
5  discussed and discussed.  And I said I'm done
6  discussing it.  We're done.  You know, let's
7  just -- let's just quit.  And it --
8      Q.   What were you discussing?
9      A.   -- was over I wanted Andrew out of
10  my house.
11     Q.   Well, Andrew had been gone from
12  your house --
13     A.   Exactly.  That's what I'm saying.
14  It had been a long time.  The only time I
15  told him I was leaving him, it had been a
16  long time before this -- before it happened.
17     Q.   Well, if Andrew left your house in
18  March -- or February of 2003 --
19     A.   That's the only time I said I
20  wanted to leave him.  And that was because
21  when I found -- when I found Chelsy's panties
22  in Andrew's bed.  No.
23     Q.   No what?
24     A.   He wasn't going to stay there.
25     Q.   Okay.

Page 233

1      A.   You know, my daughter, I wasn't
2  going to take any chances.
3      Q.   Well, that happened eight months
4  ago.
5      A.   I know.  That's what I'm saying.
6  That's the only time I had ever told him that
7  I was going to leave.  Other than that, it
8  wasn't an issue.  And Andrew went home --
9      Q.   Okay.
10     A.   -- to his mother.
11     Q.   "I'm finally going to give you
12  your wish."  Why did he think that was your
13  wish on Thanksgiving night 2003?
14     A.   I don't know.
15     Q.   So it's your testimony under oath
16  that this is all just a big mystery to you?
17     A.   I honestly don't know.
18     Q.   And you don't know how this note
19  got doctored and why we got the part with
20  the -- with the critical lines missing?
21          MR. GRILLO:  Objection.
22          THE WITNESS:  Only thing I can
23  assume --
24          MR. GRILLO:  Asked and you
25  answered it to the best of her ability.  And

Page 234

1  I don't want you to assume.
2       THE WITNESS:  Well, like I said,
3  this is the copy that I got from my
4  mother-in-law.  And I had to get a copy of it
5  from her to send to you guys.
6       MR. GRILLO:  Referring to Exhibit
7  6.
8       THE WITNESS:  Because I had to
9  call my mother-in-law to get a copy of it.
10 BY MR. SAXON:
11   Q.   And the copy that she has and the
12 copy that she sent you is the copy with the
13 lines missing?
14   A.   Whatever sent to them was what
15 she had because that's where I got it from,
16 was from her.
17       MR. SAXON:  Okay.  Let's take a --
18 just a second.
19       THE WITNESS:  I honestly didn't
20 know it said that.  Oh, God.
21 BY MR. SAXON:
22   Q.   Well, you can understand why we
23 need an explanation for this?
24   A.   I can't explain it honestly.  So
25 he -- he -- oh, God.

Page 235

1       MR. GRILLO:  Let's take a break.
2       VIDEOGRAPHER:  We're now off the
3  record.
4       (Whereupon a lunch break was
5  observed.)
6       VIDEOGRAPHER:  This is the
7  beginning of tape number 4 in the videotaped
8  deposition of Shanan Feyer.  We are now back
9  on the record.
10 BY MR. SAXON:
11   Q.   Good afternoon, Ms. Feyer.  When
12 we took a break, we were trying to
13 reconstruct what had happened to the -- to
14 the note that your husband left.  And you
15 said that the police had taken it.
16       Do you know when you got it -- a
17 new -- and it was returned to you in a manila
18 envelope.  When was that?
19   A.   I'm not sure when they gave it
20 back to me.  It was probably a week or so
21 later.  I'm not sure of the date.
22   Q.   A week or so.  But not months and
23 months.  A week or so?
24   A.   I -- I don't know when they gave
25 me the stuff back.  I really don't.

Page 236

1    Q.   Well, was it a year later or --
2    A.   I don't know.  I'm sure it wasn't
3  a full year.  But I -- I don't know.
4    Q.   So it could have been anywhere
5  from a day to a year?
6    A.   I'm not sure when they gave it
7  back.
8    Q.   What happened -- and who gave it
9  back to you?
10   A.   Somebody at the -- the Sheriff's
11 Department.  One of the detectives.
12   Q.   Did he come to your house and
13 bring it to you?
14   A.   No.  My mother and I went up there
15 and they handed us the envelope.
16   Q.   Did they call you before and ask
17 you to come up?
18   A.   Probably.  I want to say yes
19 that's how I knew to go up there.
20   Q.   Do you remember who called you?
21   A.   No, sir.
22   Q.   How long before they called you
23 until you made it up there?
24   A.   I don't know.
25   Q.   Your mother was with you?

Page 237

1    A.   Yes, sir.
2    Q.   Can you recall the -- what the
3  officer looked like?
4    A.   No, sir.
5    Q.   And what did he say to you when he
6  handed it to you?
7    A.   I don't remember.
8    Q.   Did you look through it then?
9    A.   No, sir.
10   Q.   When did you first look through
11 it?
12   A.   I want to say it was back at mom's
13 house, and she looked through everything
14 first.
15   Q.   Okay.  And then she gave it to you
16 to look through or what happened?
17   A.   No.  She put it up.  I mean I was
18 very upset.
19   Q.   Okay.
20   A.   I didn't want to look at any of
21 it.
22   Q.   And so -- at what time -- at what
23 point did you look at it?
24   A.   I don't know.
25   Q.   Where -- do you remember looking

60 (Pages 234 to 237)

Page 238

1  at it?
2      A.    She read it out loud first.
3      Q.    Okay.
4      A.    And that part that was in this one
5  was not read out loud.
6      Q.    It wasn't in the note or it just
7  wasn't read out loud?
8      A.    I didn't see it. I mean she read
9  it. And that was not verbalized out loud.
10 It was not -- that part was not read out
11 loud. That's why it was a shock to see that.
12     Q.    So you had never seen the note
13 until -- when was the first time you actually
14 saw the note?
15     A.    I don't know.
16     Q.    And where did the note stay from
17 the time you picked it up from the police
18 officer until you got a copy of it to send to
19 your attorney?
20     A.    In the envelope at my mom's house.
21     Q.    So it stayed at your mother's
22 house?
23     A.    Yes, sir.
24     Q.    Where was it?
25     A.    I don't know where she had it.

Page 239

1      Q.    And when did you ask for a copy of
2  it? Where did you actually pick it up again?
3      A.    At her house. But I don't know
4  when it was.
5      Q.    When did you start collecting
6  documents to send to your attorney?
7      A.    I don't know. I've not written
8  down all these times and dates. I don't
9  know.
10     Q.    Was it years later or months?
11     A.    I don't know.
12     Q.    Okay. And how did -- you said
13 that you actually may have gotten a copy --
14 this copy from your mother-in-law?
15     A.    Yes, sir.
16     Q.    How did that happen? How did she
17 get a copy of it?
18     A.    When we went and picked the stuff
19 up, we went to her house.
20     Q.    Your mother-in-law's house?
21     A.    No. My mother's house.
22     Q.    Okay.
23     A.    I sent a copy -- the copy that I
24 had to my mother-in-law.
25     Q.    You sent -- you made a copy of the

Page 240

1  note that you got from the police --
2      A.    Yes. Because she wanted to read
3  it.
4      Q.    Okay. And then this is the copy
5  that she got -- that you got from her?
6      A.    I assume so.
7      Q.    So when did you make the copy to
8  send to her?
9      A.    I don't know. Whenever she asked
10 for it.
11     Q.    Was it soon after you picked it
12 up?
13     A.    I don't know. I -- I don't know.
14     Q.    Was it -- were these lines removed
15 to protect her?
16     A.    I don't know. I don't know why
17 somebody would do that.
18     Q.    When your mother mailed -- your
19 mother-in-law mailed you back a copy of it?
20     A.    I think she sent it to them or --
21 and, see, there again, I don't know if she
22 sent it to me and I sent it to them or how --
23 but I know that I had to call her for it.
24 She may have sent it. I'm not sure.
25          MR. GRILLO: I'm sorry. Was that

Page 241

1  mother-in-law or mother?
2          MR. SAXON: Mother-in-law.
3          MR. GRILLO: Okay.
4  BY MR. SAXON:
5      Q.    And what other documents did your
6  mother-in-law have?
7      A.    I don't know. I sent her anything
8  she asked for. I don't even remember what
9  all she asked for.
10     Q.    Do -- was -- your
11 mother-in-law know why you asked for the
12 document back?
13     A.    Yes.
14     Q.    For the litigation?
15     A.    I believe so.
16     Q.    And she's the one that first told
17 you about the Neurontin litigation?
18     A.    I believe so.
19     Q.    Could it have been somebody else?
20     A.    I don't know. I believe it was
21 her. But it's been seven years ago. I --
22     Q.    Well, if the records from
23 Murfreesboro Anesthesia Group indicate that
24 you contacted them about Neurontin in March
25 of 2004 -- March of 2004 --

61 (Pages 238 to 241)

Page 242

1    A.    Okay.
2    Q.    -- because you were
3  investigating --
4    A.    Okay.
5    Q.    Does that sound right?
6    A.    Well, I'm -- I assume if that's
7  what they said then they're being accurate.
8  Like I said, I didn't write down any dates or
9  times.
10    Q.    Did you investigate Neurontin
11  throughout 2004 or did you have a few months
12  when you did it and then you -- you finished?
13    A.    I don't -- I don't remember.  I
14  don't know.  I. . .
15    Q.    And so you called your
16  mother-in-law and said I need a copy of the
17  suicide note back because I have to send it
18  to my attorneys?
19    A.    Um -- probably.
20    Q.    So she knew why you wanted it
21  back, for the lawsuit?
22    A.    I would say so.
23    Q.    You would say so?
24    A.    I believe so.  Yeah.
25    Q.    Okay.  How often would you see

Page 243

1  Mr. Pence when you were working at the jail?
2    A.    Just off and on, you know,
3  bringing an inmate in or whatever.
4    Q.    And so you had started working
5  there in 2001, you said?
6    A.    I believe so.
7    Q.    And at what point did he start
8  trying to talk to you?  Socially, I mean.
9    A.    I want to say -- honestly, I don't
10  know.  I mean, we talked to -- you know,
11  whenever you'd see anybody, we talked at --
12  you know, off and on to everybody.  It wasn't
13  like a, you know -- I honestly don't know
14  when he first asked if I'd go out with him.
15  I honestly don't know.
16    Q.    Was it prior to your husband's
17  suicide?
18    A.    No.
19    Q.    So he didn't -- he didn't start
20  pursuing you romantically until after that?
21    A.    Yes, sir.
22    Q.    And you had no romantic contact
23  with him?
24    A.    No, sir.
25    Q.    So in the six weeks between your

Page 244

1  husband's suicide and when you slept with
2  Mr. Pence on New Year's, what contact did you
3  have with him?
4    A.    I didn't go back to work.  And he
5  had come and helped -- he was one of the
6  people that helped -- you know, him and a
7  couple other of the guys from work showed up
8  to help move some stuff.
9    Q.    Help move some stuff where?
10    A.    I'm sorry?
11    Q.    Help move stuff where?
12    A.    Out of the old house to -- you
13  know, along with, you know, Uncle Mark, Uncle
14  Scott.  There was just a lot of people trying
15  to get my stuff moved out.  I could not go
16  back in the house.
17    Q.    Who else from work was there?
18    A.    I don't remember.  Brandi -- I
19  honestly -- I don't remember.  Randy -- Randy
20  Wilds.
21    Q.    So if he comes to -- after your
22  husband's suicide, he comes to the house the
23  next couple of weeks and helps you -- and
24  helps move furniture?
25    A.    Yes, sir.

Page 245

1    Q.    Or helps move things out?
2    A.    Yes, sir.
3    Q.    So at that point he was at least a
4  good enough friend to show up on a day off
5  and do that for you?
6    A.    Yes, sir.
7    Q.    Okay.  So you were talking to him
8  more than you were just talking to a regular
9  office that was --
10    A.    No.  We -- we all talked to each
11  other, I mean, you know, off and on.
12    Q.    Did you think it was unusual that
13  he was -- had volunteered to help do that?
14    A.    No.  There had been many times
15  where other people had, you know, moved or
16  something and everybody just kind of pitched
17  in.  If you had a piece of furniture or
18  something, you gave -- you know, everybody
19  pretty much helped out everybody.
20    Q.    Okay.  And so he shows up with --
21  how many days of moving are we talking about
22  here?
23    A.    I don't know.  I honestly don't
24  know how long it took.  I know I didn't get
25  everything out.

62 (Pages 242 to 245)

Page 246

1    Q.    Okay.  And then when was the next
2    time that you saw him between then and
3    New Year's?
4    A.    Christmas Eve him and Randy and
5    Brandi and several people from the Sheriff's
6    Department come to the house for Christmas
7    Eve dinner.
8    Q.    And what was Randy's last name?
9    I'm sorry?
10    A.    Wilds.
11    Q.    And this is Brandi Foster?
12    A.    Yes.
13    Q.    And who else came for Christmas
14    Eve dinner?
15    A.    My family.
16    Q.    No.  From the Sheriff's office.
17    I'm sorry.
18    A.    Randy and Landon and -- I don't
19    even remember what that other guy's name is,
20    but he didn't even work there very long.  And
21    then --
22    Q.    Was Brandi seeing either Randy or
23    the other guy?
24    A.    Actually, she was very interested
25    in Landon.

Page 247

1    Q.    Was she seeing any of other guys?
2    A.    Not that I know of.
3    Q.    Okay.  Was she upset when she
4    found out that you and Landon had gotten
5    together?
6    A.    If she was, she never said
7    anything about it.
8    Q.    Okay.  How was -- tell me about
9    the New Year's Eve -- I'm sorry -- the
10    Christmas Eve dinner.
11    A.    We just had Christmas Eve dinner
12    and watched football or something.
13    Q.    Did he bring you a gift?
14    A.    No.
15    Q.    When was the next time that you
16    saw him?
17    A.    New Year's.
18    Q.    Tell me about that.  What was
19    New Year's like?
20    A.    Went out, had some margaritas.
21    Q.    Where did you go?
22    A.    Logan's Roadhouse.
23    Q.    Who were you with?
24    A.    I don't know.  There was a bunch
25    of people there.

Page 248

1    Q.    You in the car with somebody or
2    did you drive up there yourself?
3    A.    I want to say Brandi was driving.
4    Q.    Okay.
5    A.    I can't be sure of that.  There
6    were several of us.
7    Q.    All right.  Did you stay at
8    Logan's most of the night?
9    A.    We stayed --
10    MR. GRILLO:  Object to this line
11    of questioning.  Go ahead.
12    THE WITNESS:  We stayed for quite
13    some time.
14    BY MR. SAXON:
15    Q.    And then you left Logan's with
16    Mr. Pence?
17    A.    Went to Mr. Pence's house.
18    Q.    After -- after the New Year's?
19    A.    Yes, sir.
20    Q.    Okay.  And did you continue to see
21    Mr. Pence after the -- New Year's day?
22    A.    After I became pregnant we talked,
23    yes.
24    Q.    In between the time that you slept
25    together and you found out you were pregnant,

Page 249

1    had you seen him?
2    A.    Yes.  At work.
3    Q.    I mean socially.
4    A.    Not that I remember.
5    Q.    Were you seeing anybody else?
6    A.    No.  I was accused of seeing
7    Mr. Wilds.
8    Q.    Okay.  Who accused you of that?
9    A.    I don't remember who it was.
10    Q.    And this was about the same time,
11    a few weeks after your husband's death?
12    A.    Yes, sir.  And did you see Mr. Wilds?
13    Q.    Okay.  And did you see Mr. Wilds?
14    A.    No, sir.
15    Q.    Okay.  Anyone else that you saw?
16    A.    No, sir.
17    Q.    So you had no social or romantic
18    contact with anyone in between --
19    A.    No, sir.
20    Q.    -- New Year's and the birth of --
21    A.    No, sir.
22    Q.    -- your daughter Brittany; is that
23    correct?
24    A.    Brianna.
25    Q.    Brianna.  Correct?

Page 250

1     A.    Yes, sir.
2     Q.    Okay.  And so after you found out
3  that you were -- that you were pregnant, how
4  far along -- or how long after New Year's day
5  was this, or New Year's Eve?
6     A.    I honestly don't know.
7     Q.    A few weeks, or were you far
8  along?
9     A.    I don't know.  I just know I got
10  sick and went to the doctor.
11     Q.    And what did you and Mr. Pence
12  discuss when you told him about it?
13     A.    I told him -- I said you remember
14  New Year's?  He said yep.  I said, well, I'm
15  pregnant.
16     Q.    Okay.
17     A.    And he said okay.
18     Q.    And did you start to see each
19  other socially after that?
20     A.    He kept up with the pregnancy and
21  he went to doctors' appointments with me
22  because it was his child.
23     Q.    Okay.  And then when did -- when
24  did you decide to -- that he should move in?
25     A.    It was shortly thereafter because

Page 251

1  he wanted to go to all the doctors'
2  appointments and stuff.
3     Q.    So he moved in just because it was
4  convenient or because you guys were seeing
5  each other?
6     A.    Because I was pregnant.
7     Q.    Well, did you start to date?
8     A.    Well, yeah.  He moved in.
9     Q.    Okay.  So he moved in because you
10  were dating, not because it was convenient
11  for doctors' appointments?
12     A.    Because we were having a child.
13  Yes.
14     Q.    Okay.  So you started dating soon
15  after you found out that you were pregnant?
16     A.    Yes, sir.
17     Q.    And you found out you were
18  pregnant within a few weeks?
19     A.    Yes, sir.  Probably.
20     Q.    Okay.  So Mr. Pence moved in some
21  time in February or March of '04?
22     A.    Probably.  Yes.
23     Q.    Okay.  So when you testified
24  earlier that he didn't move until September
25  of '04, was that a --

Page 252

1     A.    Like I said --
2     Q.    -- misstatement?
3     A.    -- I don't remember all of the
4  dates exactly.  I haven't got anything
5  written down.
6     Q.    Well, this was a pretty important
7  milestone, correct?  I mean, I'm assuming --
8     A.    Well, he still -- he had a house
9  in Woodbury.  And I would have to, you know,
10  just -- you know, I just have to go and ask
11  him.  He -- he did go to all of the doctors'
12  appointments.  And, you know, I don't think
13  he officially, officially moved in and we
14  decided that we were going to attempt to be
15  together until closer to having her.
16     Q.    But he was still staying over
17  there --
18     A.    Yes.
19     Q.    -- and you were dating?
20     A.    I was very -- very sick a lot
21  during the pregnancy.
22     Q.    Okay.  Did you ever see any
23  Neurontin bottles at your home?
24     A.    I don't remember.
25     Q.    And the bottles that were

Page 253

1  collected by the officers following your
2  husband's suicide that did not include the
3  Neurontin bottles, do you know what your
4  husband might have done with the Neurontin
5  bottles?
6     A.    No, sir.
7     Q.    But you don't have -- but you
8  didn't have any --
9     A.    No, sir.
10     Q.    Okay.  Well, what other evidence
11  do you have, if any, that your husband was
12  taking Neurontin at the time?
13     A.    I -- I don't.
14     Q.    Okay.
15     A.    He was prescribed it.  Like I
16  said, he was adamant about following the
17  doctors' orders.
18     Q.    But if he didn't fill the
19  prescriptions, you don't -- you don't know
20  why he didn't fill them or if he did fill
21  them?
22     A.    I -- I don't know.
23     Q.    And the records would be with the
24  insurance company?
25     A.    Yes, sir.

Page 254

1    Q.    Okay.  So if the insurance company
2 doesn't have any records that he didn't fill
3 the prescriptions, you don't have --
4    A.    It would be either through that
5 mail order company or Marcrom's.
6    Q.    Right.  And if those places don't
7 have any records that he filled the
8 prescription, you don't have anything to
9 dispute that?
10    A.    Unless the doctor gave him
11 samples.
12    Q.    And if the doctor says he didn't
13 give him samples, you don't have any reason
14 to dispute that?
15    A.    No.
16    Q.    Okay.  So absent one of those
17 three ways of getting the medication, you
18 have no reason -- or no evidence or basis to
19 say that he was, in fact, in possession of
20 Neurontin passed his first prescription?
21    A.    No.
22    Q.    Correct?
23    A.    Correct.
24    Q.    So in your own words, why do you
25 believe Neurontin caused his suicide?

Page 255

1    A.    Just because of the behavioral
2 changes and -- and -- you know, he just --
3 right there at the last few weeks he was not
4 acting right.
5    Q.    And you don't know if he was
6 taking Neurontin at the time, though?
7    A.    I believe he was, yes.
8    Q.    But your basis for believing that
9 is -- we just established you don't have a
10 basis for that, didn't we?
11    A.    There was, you know, the pill
12 bottles that were in the filing cabinet.
13    Q.    I asked you if you had seen any
14 Neurontin pill bottles, and you said that you
15 didn't remember seeing any Neurontin pill
16 bottles and then the pill bottles were
17 collected they didn't include a Neurontin
18 pill bottle.  We just discussed --
19    A.    Those were the ones that were
20 beside the bedside table.  The bottles
21 themselves were in the filing cabinet.
22    Q.    And they didn't include Neurontin
23 pill bottles?
24    A.    I'm sure they did.  I didn't, you
25 know, sit there and just stare at every one

Page 256

1 of them, no.
2    Q.    So they -- I'm not -- I'm not
3 clear on your -- on your testimony, I guess.
4    You said you don't recall ever
5 seeing any Neurontin bottles at the house.
6 The pill bottles that were taken were not
7 Neurontin bottles.  You don't have any basis
8 for saying he filled his prescription past
9 the one record that we have that he filled
10 the first prescription.  And -- which would
11 have taken him up through -- assume if he had
12 taken it as prescribed, as you say he was
13 very adamant about taking his medications as
14 prescribed, that prescription would have
15 lasted him until the end of September.
16    MR. GRILLO:  I'm going to
17 object -- I'm going to object to the
18 question.  Can you break it down a little
19 bit?
20    MR. SAXON:  Sure.
21    Mr. GRILLO:  I think it was a
22 little compound there.
23 BY MR. SAXON:
24    Q.    So if he -- he takes his
25 medication as prescribed, correct?

Page 257

1    A.    Uh-huh.  Yes, sir.
2    Q.    Yes.  And that takes him -- the
3 record that we have of the prescription that
4 he filled takes him to September 28th.  Okay?
5 Let's assume that.  And let's assume that the
6 records say that --
7    A.    Okay.
8    Q.    -- okay?  Do you have any evidence
9 that he took it past then?
10    A.    No, sir.
11    Q.    Okay.  And you don't remember
12 seeing a Neurontin bottle in your house?
13    A.    I don't know if there was or was
14 not.  Like I said, there were, you know, four
15 or five of the pill bottles in the filing
16 cabinet.  And I just put them in a bag and --
17    Q.    And did what with them?
18    A.    Everything got flushed.  And I
19 didn't pay attention to what, you know, was
20 or wasn't.
21    Q.    Okay.  So you flushed everything.
22 And then -- well, you don't know if you saw
23 anything -- or you if you saw a Neurontin
24 pill bottle, correct?
25    A.    At that point I couldn't tell you

Page 258

1   what was what.
2      Q.   Okay.  Well, if you don't have any
3   evidence of it, you don't.  I'm not saying
4   that you -- you know, disputing you.  I'm
5   just asking you to point me to any -- to any
6   evidence.
7      A.   I just didn't want any pills
8   laying around for the children to get ahold
9   of.  So. . .
10     Q.   Okay.  And it was your testimony
11  earlier that you had seen strange behavior
12  out of your husband the last few weeks
13  while -- before his death.  And if we assume
14  that the evidence that -- is correct that he
15  stopped taking it in -- September 28th, what
16  do you -- what do you attribute the strange
17  behavior to, if that's true?
18           MR. GRILLO:  If you know.
19  BY MR. SAXON:
20     Q.   If you know.
21     A.   I don't know.
22     Q.   Okay.  Has any medical
23  professional ever told you that Neurontin
24  caused your husband to take his life?
25     A.   No, sir.

Page 259

1      Q.   Have you ever asked any medical
2   professional?
3      A.   No, sir.
4      Q.   And you said you haven't done any
5   of your own research?
6      A.   At that point, no, I had not.
7      Q.   Have you since done research?
8      A.   Yes, sir.
9      Q.   What have you done?
10     A.   Just, you know, trying to find out
11  the side effects and, you know, everything.
12  I was trying to find out, you know, what
13  possibly could have caused the way things
14  happened.  And, you know, the -- from the way
15  it sounded, you know, the paranoia, the --
16  you know, behavior changes, I don't remember
17  what they were, but it just fit right in line
18  with how he was behaving.
19     Q.   What fit right in line?
20     A.   The -- the behavior and the
21  adverse or side effects of the Neurontin.
22     Q.   What -- how was he acting
23  paranoid?
24     A.   Something's in the cupboard.  You
25  know, there was something in the cupboard,

Page 260

1   stuff like that.
2      Q.   Okay.  And you took that to mean
3   that he was being paranoid?
4      A.   It was very strange, yes.
5      Q.   Strange or paranoid?
6      A.   I'd say paranoid because all the
7   cupboard doors were open.
8      Q.   Okay.  And you thought he was
9   concerned that something was in the cupboard?
10     A.   That's what he said, there was
11  something in the cupboard.
12     Q.   And did you think he meant an
13  animal or some spirit or what?
14     A.   I honestly don't know.  I
15  assumed he meant some kind of an animal, but
16  there was nothing.  I looked myself.
17     Q.   Okay.
18     A.   And, you know, there wasn't
19  anything.
20     Q.   Okay.  And then the times when he
21  felt like he heard something outside --
22     A.   Yes, sir.
23     Q.   -- correct?  And then the instance
24  when he took money out of the account and put
25  it back in and then took it out and then

Page 261

1   apparently took it to his father's house --
2      A.   Yes, sir.
3      Q.   -- correct?
4           Okay.  Was there any other strange
5   behavior that you felt like you said went
6   straight down the line with what you read?
7      A.   Not that I can think of.
8      Q.   And where did you -- where did you
9   read this?
10     A.   I don't remember.
11     Q.   This in a book or on the internet
12  or -- or where?
13     A.   I want to say -- I want to say on
14  the internet.  But I'm not positive.  I
15  honestly don't remember.
16     Q.   Did you print anything out from --
17     A.   No, sir.
18     Q.   -- that you read?
19     A.   No, sir.
20     Q.   Do you have any documents -- I
21  guess we've already established you don't
22  actually have any documents.
23     A.   No, sir.
24     Q.   Okay.  So they were things you
25  must have read on the internet; is that

Page 262

1    correct?
2        A.    Yes, sir.
3        Q.    Okay.  Do you know if your husband
4    felt like Neurontin was helpful in
5    controlling his pain?
6        A.    That I do not know.
7        Q.    Okay.  Do you know anyone else
8    that's taken Neurontin?
9        A.    No, sir.
10       Q.    And I want to talk to you a little
11   bit about the damages that you're claiming in
12   the lawsuit.  Now, at the time your husband
13   was -- had been adjudged completely disabled,
14   correct?
15       A.    Yes, sir.
16       Q.    And you testified earlier he had
17   no immediate plans to seek training or
18   schooling.  You were going to concentrate on
19   your career, correct?
20       A.    Correct.
21       Q.    Okay.  Are there any medical
22   expenses that you paid that you attribute to
23   his injury?
24       A.    No, sir.  The -- Travelers
25   insurance took care of. . .

Page 263

1        Q.    And do you -- how much was the --
2    was the cost of the funeral, if you remember?
3        A.    Around 13,000.
4        Q.    And who paid that?
5        A.    I'm sorry?
6        Q.    Who paid it?
7        A.    Me.  On payments.
8        Q.    Okay.  And can you just -- just in
9    your own words describe how your husband's
10   suicide has affected your quality of life or
11   your day-to-day activities.
12       A.    Well, honestly, if you just want
13   me to be completely honest, I tried to take
14   my own life because I didn't want to be
15   without him.
16       Q.    When was this?
17       A.    Just a couple of nights later.  It
18   was before his funeral.
19       Q.    What did you try to do?
20       A.    Take a bunch of pills.
21       Q.    What happened?
22       A.    Nobody could find me.  And I
23   wouldn't answer my phone.  So everybody
24   started looking for me.  And my cousin found
25   me at the house, which was why I didn't go

Page 264

1    back to the house.
2        Q.    What house did she find you at?
3        A.    2647 Murfreesboro Highway.
4        Q.    Okay.  The house -- where were you
5    in the house?
6        A.    Laying in the bed where my husband
7    was found.
8        Q.    Okay.  And then what happened?
9        A.    She told me what an idiot I was.
10   You know, how can you do this?  She made me
11   throw up several times.
12       Q.    How did she do that?
13       A.    Sticking her finger down my
14   throat.
15       Q.    Okay.  Which cousin was this?
16       A.    Christina.
17       Q.    What's her last name?
18       A.    Wallace.
19       Q.    Okay.  And she was able to make
20   you throw up?
21       A.    Oh, yes, several times.
22       Q.    And did you go to the emergency
23   room?
24       A.    No, sir.
25       Q.    Why not?

Page 265

1        A.    Because I didn't want anybody to
2    know how desperate I had become.  I didn't
3    want to chance them locking me up somewhere.
4        Q.    And so did you go back to your --
5    were you staying at Brandi's house at that
6    point or at your mother's?
7        A.    My mother's.
8        Q.    So did you go back to your
9    mother's that night?
10       A.    Yes, sir.
11       Q.    Did you tell her what happened?
12       A.    I didn't have to.  Christina did.
13       Q.    Okay.  Did you try to hurt
14   yourself after that?
15       A.    No, sir.  When I seen the -- when
16   I sat there and watched my children sit
17   through the funeral, I said how -- how could
18   I do that to them?  How could I be so selfish
19   to make them lose both of us?  What was I
20   thinking?
21       Q.    Right.
22       A.    I'm not very proud of that time.
23       Q.    And since then how -- are there --
24   are there activities that you can no longer
25   do or there's a change in your -- in your

Page 266

1  day-to-day life that's ongoing?
2      A.    I just plough through day by day
3  with the kids.  You know, just get through
4  day by day.  I don't think about this at all.
5  I just --
6      Q.    And you're in love with Mr. Pence
7  now?
8      A.    I don't know.  I know that sounds
9  terrible.
10     Q.    Does he know that you're not sure
11 if you're in love with him?
12     A.    I don't know.
13     Q.    Do you tell him you love him?
14     A.    Yes.  I -- and I -- I do love him,
15 but -- it's -- it's just different.
16     Q.    Are you and Mr. Pence about the
17 same age?
18     A.    He is three years older than me.
19     Q.    And were you and Mr. Feyer the
20 same age?
21     A.    Cayce was six years -- seven years
22 older than me.
23     Q.    Seven years older.  Did Mr. Pence
24 know Mr. Feyer?
25     A.    They had probably met several

Page 267

1  times.  I mean Cayce would, you know, come
2  down there to work and -- meet me at work for
3  lunch sometimes and. . .
4      Q.    Were they friendly?
5      A.    Yeah.  I mean not like friend
6  friends, but, you know, acquaintances, like,
7  hi, how you doing?
8      Q.    Did Mr. Feyer ever think there was
9  anything going on?  Did he ever accuse you
10 of --
11     A.    No, sir.  It was --
12          MR. GRILLO:  Don't say -- let him
13 finish asking you the question first.
14 BY MR. SAXON:
15     Q.    Did he ever accuse you with anyone
16 else?
17     A.    No.  I'm not sure who had said
18 something about Randy Wilds, but I'm --
19 I'm -- I don't think it was Cayce.
20     Q.    Did he know about that rumor,
21 though?
22     A.    Oh, yeah.  We laughed about it at
23 the house because, I mean, it was just
24 ridiculous.
25     Q.    Why was that ridiculous?

Page 268

1      A.    Because -- because I loved my
2  husband.
3      Q.    Were there any other accusations
4  of infidelity made during the course of your
5  relationship with Mr. Feyer by Mr. Feyer?
6      A.    You know, around all the timeline,
7  you know, that's -- was why I called him, you
8  know, to work, from work, he met me at work,
9  was just to, you know, ensure that -- that he
10 was okay and knew that, you know, there was
11 no questions.
12     Q.    Was he kind of possessive about
13 you or --
14     A.    I wouldn't call it possessive.
15     Q.    Did he tend to get jealous?
16     A.    I never seen him get extremely
17 jealous, no.
18     Q.    Okay.  But it sounds like he was
19 kind of trying to keep tabs on you to some
20 degree.
21     A.    This all just happened in the last
22 little bit.
23     Q.    What do you mean by little bit?
24     A.    Just in the last, you know, couple
25 of months.

Page 269

1      Q.    Okay.  And can you think of any
2  event that started this?
3      A.    No, sir.
4      Q.    Okay.  Did you ask him why he had
5  changed?
6      A.    No, sir.
7      Q.    Did you -- but you noticed there
8  was a change?
9      A.    I just -- I honestly didn't
10 think anything about it.  I didn't have a
11 problem calling him and, you know -- I didn't
12 have a problem.
13     Q.    Did anyone else ever tell you that
14 they had thought Mr. Feyer had changed in the
15 weeks up -- leading up to the death?
16     A.    I want to say Chris and Charles
17 did.  Of course, this was after the fact.  It
18 wasn't before.
19     Q.    What did they say?
20     A.    Just that he just seemed
21 different.
22     Q.    Did they say how he seemed
23 different?
24     A.    No.
25     Q.    And what -- the incident with

Page 270

1 the -- with the cupboards and the thinking
2 that he heard things outside, did you tell
3 anyone else about that at the time?
4     A.    Mom and probably Chris and
5 Charles.
6     Q.    What did they say, if anything?
7     A.    They didn't know what to think of
8 it.  They just said it was kind of strange.
9     Q.    And how often was -- was your
10 husband seeing the -- it was the Hills,
11 right?
12     A.    Yes, sir.
13     Q.    -- at this point?
14     A.    We would probably see them at
15 least once a week or so.
16     Q.    Didn't that -- didn't that stop or
17 did that continue on?
18     A.    No.  We were still friends with
19 them.  That's how I met them, was through
20 Cayce.
21     Q.    Okay.  Anyone else besides the
22 Hills tell you that they noticed him being
23 different?
24     A.    Just when Shannon called me and
25 told me what had happened at the soccer

Page 271

1 field.
2     Q.    And that was a few weeks or months
3 before?
4     A.    It was a couple of weeks before.
5     Q.    Shannon -- what was her last name?
6     A.    Baldwin.
7     Q.    Is she still in the area?
8     A.    She still works at the Sheriff's
9 Department, at the Coffee County Sheriff's
10 Department.  She does the warrants.
11     Q.    Have you ever had any contact with
12 anyone from Pfizer or employees of Pfizer
13 about -- to discuss Neurontin?
14     A.    No, sir.
15     Q.    Made any phone calls to the
16 company or written any letters to the company
17 about this incident?
18     A.    No, sir.
19     Q.    Same question with respect to
20 former companies that -- Parke-Davis or
21 Warner-Lambert?
22     A.    No, sir.
23     Q.    Was your husband drawing Social
24 Security disability at the time?
25     A.    He had gotten approved for it,

Page 272

1 yes, sir.
2     Q.    Had he made it?  Had he gotten --
3     A.    Yes, he had gotten approved.
4     Q.    Had he gotten any benefits?
5     A.    I'm not sure.
6     Q.    Did you receive any survivor's
7 benefits from Social Security?
8     A.    Yes, sir.
9     Q.    Are you still receiving those?
10     A.    No, sir.
11     Q.    When did those terminate?
12     A.    I made a certain amount of money
13 last year, so it stopped.
14     Q.    How much was -- were you
15 receiving?
16     A.    1,100.  No.  I'm sorry.  I'm
17 sorry.  That was the workman's comp.  I want
18 to say it started at 548 and then they
19 changed it, like -- like, 570 something.
20     Q.    And when last year did you stop
21 receiving those?
22     A.    It was, like, two months ago
23 because they based it on my last year's
24 income taxes because I worked two jobs.
25     Q.    Were there any other benefits paid

Page 273

1 to you on account of your husband's work
2 history or death?
3     A.    Just the 1,100 and the, you
4 know --
5     Q.    And the Social Security?
6     A.    The payout -- yeah.  And the
7 survivor's benefits.
8     Q.    And your Social Security?
9     A.    Yes, sir.
10     Q.    And as far as emotional injuries,
11 you -- you didn't receive any counseling
12 except for the two -- two visits with your --
13 with your children?
14     A.    No, sir.  I did not go and see a
15 doctor.
16     Q.    Okay.  And other than your
17 relationship with Mr. Pence, have you had any
18 other romantic relationships?
19     A.    No, sir.
20     MR. GRILLO:  Objection.  You
21 already answered that.
22 BY MR. SAXON:
23     Q.    I mean since your -- since your
24 husband's --
25     MR. GRILLO:  Same objection.  You

Page 274

1  can answer.
2      MR. SAXON:  This goes to the loss
3  of consortium claim.
4      MR. GRILLO:  Consortium has many
5  meanings.
6      MR. SAXON:  Sir?
7      MR. GRILLO:  I said consortium has
8  a number of meanings.
9      MR. SAXON:  We can go off for a
10  second.  I don't think I have too much more.
11  I just need to talk to my colleague here.
12      MR. GRILLO:  All right.
13      VIDEOGRAPHER:  We are now off the
14  record.
15      (Brief recess.)
16      VIDEOGRAPHER:  We are now back on
17  the record.
18  BY MR. SAXON:
19    Q.   Ms. Feyer, I just have a few
20  questions, mostly for the purpose of -- of
21  future depositions.
22      Where is -- and Miss Diane
23  Schread -- S-C-H-R-E-A-D?  Is that how you
24  pronounce it?
25    A.   S-C-H-R-E-A-D.  Yes.

Page 275

1    Q.   Yes.  And where is she living?
2    A.   I believe she's still at the same
3  address.  That's 4917 Justice Court in Stone
4  Mountain, Georgia.
5    Q.   And as you said, she's obviously
6  aware of this lawsuit?
7    A.   Yes, sir.
8    Q.   And Andrew is -- Feyer -- is
9  living where?
10    A.   In -- he's in the Army.
11    Q.   Is he being -- is he on deployment
12  now?
13    A.   Yes.  I believe so.
14    Q.   When's the last time you spoke to
15  him?
16    A.   I'm going to say probably a year
17  and-a-half ago when he came to the house to
18  visit.
19    Q.   Does he know about the lawsuit?
20    A.   I want to say so.
21    Q.   Have you talked to him about it?
22    A.   I don't remember.
23    Q.   And how about Brittany Feyer?
24    A.   I haven't spoke to her.  But when
25  Andrew had came up to the house, I want to

Page 276

1  say we had a brief phone conversation that
2  day.
3    Q.   And is she still living with her
4  mother, Teresa?
5    A.   I believe so.
6    Q.   Okay.  And where are they living?
7    A.   Last place I knew was Monroe,
8  Georgia.
9    Q.   And does Ms. Skipper know about
10  the lawsuit?
11    A.   I'm not sure.
12    Q.   Have you spoken to her about it?
13    A.   No, sir.  I don't believe so.  I
14  may have.  I don't know.
15    Q.   What did she say about Cayce's
16  suicide, if anything?
17    A.   I don't remember.
18    Q.   And Officer Pence is living at
19  your address?
20    A.   Yes, sir.
21    Q.   Does he know about the lawsuit?
22    A.   Yes, sir.
23    Q.   Does he know you're giving a
24  deposition today?
25    A.   Yes, sir.

Page 277

1    Q.   Does he know that he's going to or
2  be asked to?
3    A.   I don't know.
4    Q.   Okay.  You haven't spoken to him
5  about it?
6    A.   No, sir.
7    Q.   And your Aunt Mary Rogers is still
8  in Manchester?
9    A.   Yes, sir.
10    Q.   And your supervisor at the Cannon
11  County Jail, what was his name again?
12    A.   Charlie Wilder.
13    Q.   Wilder.  That's right.  And is he
14  still there?
15    A.   I'm not sure.
16    Q.   Who was your pastor at Grace
17  Baptist?
18    A.   I'm not sure anymore.
19    Q.   Who was it, not who it is?
20    A.   I'm not sure.
21    Q.   You don't remember his name?
22    A.   No, sir.
23    Q.   Who are your close friends now,
24  your two or three closest friends?
25    A.   I'm still friends with Chris and

Page 278

1  Charles Hill, and then Roxanne Spano.
2      Q.    How do you know her?
3      A.    I worked at Waffle House with her.
4      Q.    How long have you been friends
5  with her?
6      A.    Since I worked at Waffle House.
7      Q.    The first time?
8      A.    Yes, sir.
9      Q.    Okay.  S-P-A-N-O?
10     A.    I believe so.
11     Q.    Okay.  And does she live in
12  Manchester or --
13     A.    Yes, sir.
14     Q.    -- Tullahoma?
15         Did I ask you -- oh, yeah.  Have
16  you talked to Ms. Spano about this lawsuit?
17     A.    No, sir.  No.
18     Q.    Have you talked to any of your
19  friends about the litigation?
20     A.    I told Chris and Charles where I
21  was going today because they were going to
22  pick Chelsy up and take her to work.
23     Q.    Anyone else?
24     A.    Not that I know of.
25     Q.    People at the hospital?

Page 279

1      A.    Yeah.  I had to take off work.
2  And then they -- which -- because I was
3  scheduled to work tonight, and I took the
4  night off because I didn't know what time we
5  would be finished.
6      Q.    And so they -- you told them that
7  you had to give a deposition or did you
8  discuss the --
9      A.    I just told them that I had
10  something involving court.
11     Q.    Okay.  No.  I was asking about
12  people that you've actually discussed the
13  Neurontin allegations or claims relating to
14  your husband's suicide with.  And that does
15  not include anybody at your place of work; is
16  that correct?
17     A.    No, sir.
18     Q.    And it may include Ms. Spano?
19     A.    I believe I told -- yes.  I told
20  her where I was going today.  I want -- I
21  want to say.  But I don't know if I said dah,
22  dah, dah, or if I just said it was something
23  involving court.  I'm not sure.  I believe
24  she knows.  I want to say she does.
25     Q.    And the Hills are the only people

Page 280

1  you recall discussing the cupboard door
2  incident with or the fact that he heard
3  things outside?
4      A.    Yes, sir.
5      Q.    Is Brandi Foster's mother's -- is
6  her last name Foster as well?
7      A.    I'm not sure.
8      Q.    And as far as the officer who told
9  you that you had to be separated for --
10     A.    I'm not sure.
11     Q.    -- three days -- I understand.
12  Officer Talley?  Does that sound familiar?
13     A.    I honestly --
14     Q.    You wouldn't know it if you heard
15  it?
16     A.    I wouldn't know it if I heard it,
17  sir.
18     Q.    Okay.  Have you ever talked about
19  Cayce's suicide and -- and the allegation
20  that Neurontin was involved in his suicide
21  with your son Chance?
22     A.    No, sir.
23     Q.    No?
24     A.    No, sir.
25     Q.    How about your daughter Chelsy?

Page 281

1      A.    No, sir.
2      Q.    And Bryan?
3      A.    No, sir.
4      Q.    And you haven't spoken to Mr. Ken
5  Geiger --
6      A.    No, sir.
7      Q.    -- about this?
8      A.    No, sir.
9      Q.    Is there anything else that you
10  can add to your testimony about the damages
11  that you have sustained?
12     A.    As far -- I don't understand what
13  you're asking.
14     Q.    Well, I was first asking you
15  about -- and the law kind of divides damages
16  up to economic and noneconomic damages.  And
17  I was -- we had asked about medical expenses
18  and -- and past income and, you know,
19  out-of-pocket expenses, funeral expenses and
20  such.  And we had also asked about your
21  emotional damages.  And you told me about the
22  incident a few days following the -- your
23  husband's suicide, as well as the two
24  counseling sessions.
25     A.    Yes, sir.

71 (Pages 278 to 281)

Page 282

1    Q.    And I wanted to know if there's
2  anything else besides the two counseling
3  sessions or that incident that -- that you
4  can tell me about to explain the degree of
5  emotional loss.
6    A.    I mean, there's no way to put a
7  number on somebody's life or the absence
8  thereof.
9    Q.    And so there's -- there's no other
10  testimony that you have -- that you have to
11  explain the difference in the -- the
12  diminishment and the quality of your life or
13  your activities?
14    A.    Not that I can just think off --
15  right off the top of my head other than just
16  not having, you know. . .
17    Q.    I understand.
18        MR. SAXON:  That's all I have.
19        MR. GRILLO:  That's it?
20        MR. SAXON:  Uh-huh.
21        MR. GRILLO:  Okay.
22        MR. SAXON:  Thank you for your
23  time.
24        VIDEOGRAPHER:  This concludes the
25  videotape deposition of Shanan Feyer.  The

Page 283

1  time is approximately 2:25 p.m.  We are now
2  off the record.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 284

1       C E R T I F I C A T E
2
3  STATE OF TENNESSEE:
   COUNTY OF DAVIDSON:
4
      I, LISE S. MATTHEWS, RMR, CRR,
5  CCP, and Notary Public, Davidson County,
   Tennessee, CERTIFY:
6
      The deposition was taken before
7  me at the time and place stated in the
   foregoing styled cause with the appearances
8  as noted.
9      Being a Court Reporter, I then
   reported the proceedings in Stenotype, and
10  the foregoing pages contain a true and
   correct transcript of my said Stenotype notes
11  then and there taken.
12      I am not in the employ of and am
   not related to any of the parties or their
13  counsel, and I have no interest in the matter
   involved.
14
      I further certify that in order
15  for this document to be considered a true and
   correct copy, it must bear my signature seal,
16  and that any reproduction in whole or in part
   of this document is not authorized and not to
17  be considered authentic.
18      Witness my signature this the
19  day of _____, 2010.
20
21
22      LISE S. MATTHEWS, RMR,CRR,CCP
         Notary Public at Large
23      For the State of Tennessee
         My Commission Expires:
24      May 20, 2014
25

Page 285

1       E R R A T A
2
      I, SHANAN FEYER, having read the
3  foregoing deposition, Pages 6 through 282,
   taken August 20, 2010, do hereby certify said
4  testimony is a true and accurate transcript,
   with the following changes (if any):
5
6  PAGE   LINE       SHOULD HAVE BEEN
7  ____   ____   _____
8  ____   ____   _____
9  ____   ____   _____
10  ____   ____   _____
11  ____   ____   _____
12  ____   ____   _____
13  ____   ____   _____
14  ____   ____   _____
15  ____   ____   _____
16  ____   ____   _____
17  ____   ____   _____
18
19
20  _____
21      SHANAN FEYER
22
23  _____
24  Notary Public
   My Commission Expires:  _____
25

72 (Pages 282 to 285)

**A**

**ability** 233:25
**able** 44:18 69:22
  107:24 109:13 112:25
  116:4 117:21,21
  176:22 183:5 184:8
  264:19
**absence** 282:7
**absent** 254:16
**Absolutely** 134:23
**abuse** 75:21
**accept** 149:21
**access** 231:2
**accident** 79:18 86:3
  101:21 156:7 157:1
  192:18
**accommodate** 7:23
**account** 151:20,21,22
  151:24 152:16 164:21
  164:23 167:15 215:21
  260:24 273:1
**accurate** 23:1 242:7
  285:4
**accurately** 125:7
**accusations** 268:3
**accuse** 267:9,15
**accused** 249:6,8
**acquaintances** 114:23
  191:1 267:6
**acted** 141:15 167:3
**acting** 122:14 255:4
  259:22
**action** 5:19 220:4,6
**active** 38:20
**activities** 59:8 76:22
  263:11 265:24 282:13
**adamant** 116:21
  253:16 256:13
**adamantly** 127:5
**Adams** 24:7,9,12 25:2
  25:12,17 26:7 27:1,16
  34:20 35:11 64:25
  71:7,7,23
**add** 281:10
**addicted** 139:6
**address** 64:3 275:3
  276:19
**addressed** 181:19 221:4
**adjudged** 262:13
**adjustor** 188:17
**administration** 48:1
**administrator** 12:11
**adopt** 29:7 128:17
  163:16
**adopted** 16:20 17:21
  22:16 155:13
**Adult** 48:6,9,10

**adverse** 259:21
**advised** 164:2
**AEDC** 151:18
**affect** 108:5
**affidavit** 3:10 216:18
  216:21
**afternoon** 133:13
  204:18,23 235:11
**age** 266:17,20
**agency** 45:7,10 173:3
**ago** 13:13,24 19:21
  34:6 51:12 55:23 72:9
  175:20 233:4 241:21
  272:22 275:17
**agree** 39:16 85:1 168:6
**agreed** 4:11 168:3
  214:25
**ahead** 93:4 160:24
  161:1 164:2 248:11
**ahold** 123:7 219:23
  229:18 258:8
**alcohol** 79:22 94:21
**alive** 12:22,23
**allegation** 280:19
**allegations** 279:13
**alliance** 149:19
**allotted** 59:18
**allow** 61:7
**allowed** 59:17
**ambulance** 146:8
**Amended** 3:7 5:2 9:1
**amount** 59:19 95:3,7,10
  106:18,21 107:4
  109:17 112:2 151:10
  186:1 215:20,24
  272:12
**amounts** 150:10
**Andrew** 16:19,22,23
  17:2,5 22:15,18,21,22
  132:20 133:10 134:1
  134:15 159:4,8 191:2
  192:12 193:2,5,24
  208:19 209:2 232:9
  232:11,17 233:8
  275:8,25
**Andrew's** 22:12 232:22
**and-a-half** 12:5 40:12
  40:19 41:8 47:21
  49:10 61:7 71:10
  112:14 119:24 179:18
  185:6 275:17
**anesthesia** 103:17
  195:19 197:16 198:11
  198:12 241:23
**angry** 123:16
**animal** 143:14 260:13
  260:15
**animals** 114:18

**answer** 6:15 7:14,19
  15:25 58:1 177:10,12
  177:15 224:6 263:23
  274:1
**answered** 209:21
  233:25 273:21
**antidepressants** 77:18
**anti-nausea** 201:22
**Antonio** 2:4 5:17
**anybody** 86:1 119:12
  125:12 132:15 149:13
  189:9 243:11 249:5
  265:1 279:15
**anybody's** 164:19
**anymore** 45:19 205:9
  277:18
**anyone's** 115:6
**Anything's** 209:15
**apart** 127:11,13
**apartment** 44:12
  147:14
**apologize** 8:18
**apologizing** 222:7
**apparently** 184:3,4
  203:15 261:1
**appearances** 284:7
**appeared** 200:4
**appears** 200:19 205:4
**appetite** 120:8
**appointed** 12:10
**appointment** 102:3,15
  188:22
**appointments** 102:18
  103:20 188:4,24
  189:3 197:18 250:21
  251:2,11 252:12
**approved** 271:25 272:3
**approximately** 5:7 12:3
  13:10 22:21,24 35:5
  215:19 283:1
**April** 105:5
**Arby's** 40:9,11
**area** 23:7 25:20 30:7
  74:4 271:7
**argue** 159:20
**argument** 141:11 232:3
**arguments** 57:12 63:10
  63:11
**arms** 179:6
**Army** 39:11,12 51:8,10
  135:10,16 191:23
  275:10
**arrangements** 150:7
  169:15
**arrested** 31:9 51:23
  86:7 89:3 192:6
**arrests** 86:25
**arrival** 199:17

**arrived** 200:2,6
**Ascend** 151:19 152:13
  152:14
**Ascent** 152:12
**aside** 86:2
**asked** 9:8 10:4 18:9
  60:14 124:8 125:1
  127:3 132:1 153:10
  174:3 182:14 189:12
  233:24 240:9 241:8,9
  241:11 243:14 255:13
  259:1 277:2 281:17
  281:20
**asking** 66:9 69:6
  226:17 258:5 267:13
  279:11 281:13,14
**asset** 218:7
**assets** 18:7 162:9 163:4
  212:24 217:2,19
**assigned** 187:22
**assistance** 40:25
**assume** 152:8 200:15
  222:18 227:15 233:23
  234:1 240:6 242:6
  256:11 257:5,5
  258:13
**assumed** 260:15
**assuming** 204:2 221:15
  222:5 252:7
**assumption** 222:16
  223:5 224:7
**assumptions** 222:21
**attached** 5:3 198:21
  204:8 210:20 216:18
  221:1 225:6
**attempt** 77:12 252:14
**attempted** 120:15
**attempting** 127:6
**attempts** 207:13
**attend** 87:4,6 88:7
  197:17
**attended** 188:4
**attention** 110:21
  111:17 257:19
**attorney** 11:18 161:17
  211:14 238:19 239:6
**attorneys** 5:12 225:21
  229:10 242:18
**attorney's** 10:7 212:2
  230:10
**attribute** 258:16
  262:22
**August** 1:23 4:2 5:6
  56:23 62:25 285:3
**aunt** 43:18,19,25 83:18
  84:2 114:1 115:25
  145:15,22 160:14
  170:18,22 277:7

**Aunts** 147:21
**aunt's** 83:18 84:16
**authentic** 284:17
**authorities** 53:20 75:24
**authorized** 284:16
**autopsy** 10:13 148:6
  203:12
**Avenue** 64:6 67:14,22
  95:25
**average** 51:16,17 92:7
**aware** 8:14 13:3 76:23
  77:5,14,17,25 80:6
  82:7 88:14,23,25 89:5
  89:9,12 90:21 91:21
  92:20,24 101:13,15
  105:13 106:3 118:9
  120:17,22 163:12
  170:14 176:11,14
  177:2 182:16 197:15
  206:4 216:7 275:6
**A-S-C-E-N-D** 152:15
**a.m** 5:7

**B**

**B** 3:5
**babysit** 44:2
**babysitter** 44:4
**babysitting** 50:24
**back** 10:5,10 18:17
  21:19 39:25 41:2,20
  41:21 52:18,20 62:13
  62:23 63:6 64:17 65:8
  72:25 80:16 82:24
  90:20 97:14 101:23
  103:15 104:10,13,16
  105:6,10 108:19
  110:22,23,24 111:6
  112:25 113:6,17
  116:7 117:13 125:21
  128:1,2 131:24 135:2
  139:2 143:25 145:13
  145:25 147:17 148:7
  152:20,20 153:14,20
  155:17,25 164:4
  165:1,25 167:15
  168:18 169:12 171:18
  182:14 191:13,14
  194:21 198:2 199:19
  199:22 210:8 215:2
  220:7 224:12 226:14
  231:24 235:8,20,25
  236:7,9 237:12
  240:19 241:12 242:17
  242:21 244:4,16
  260:25 264:1 265:4,8
  274:16
**background** 83:3
**bad** 39:15 95:17 98:17

99:20 221:9,10
**bag** 257:16
**Baker** 28:9 29:1,9,23
    32:19
**Bakery** 41:18
**Baldwin** 271:6
**ballroom** 76:16
**bank** 109:15 119:5
    150:12,13,13 151:8
    151:17,20,21 165:6,8
**bankruptcy** 88:24
**Baptist** 87:11 88:5
    277:17
**bar** 55:17 82:11
**barricaded** 208:24
**Bartlett** 54:10 63:19,20
    70:2,5
**based** 78:15 100:15
    182:11 222:25 272:23
**basic** 38:3 39:13 81:3
    96:15
**basically** 92:22 153:15
    193:11 222:8
**basis** 254:18 255:8,10
    256:7
**Bates** 3:10 199:1
    220:25 221:5
**bathroom** 183:9 186:17
**bear** 284:15
**becoming** 39:20 56:12
    167:2
**bed** 102:14 144:20
    146:4 194:9,11
    232:22 264:6
**bedroom** 199:22,22
**bedside** 255:20
**beer** 95:1
**beginning** 13:6 29:2
    37:9 40:2 43:10 65:14
    65:22 67:8,9 68:25
    82:23 93:21 138:19
    149:5 168:17 188:14
    235:7
**behalf** 1:22 4:2 6:15,16
    12:15,15
**behaving** 259:18
**behavior** 167:7 258:11
    258:17 259:16,20
    261:5
**behavioral** 255:1
**believe** 9:23 30:16
    80:20 90:8 97:23
    100:23 105:11,19
    151:5 153:9 154:23
    155:2 177:23 178:10
    191:25 224:13 230:20
    241:15,18,20 242:24
    243:6 254:25 255:7

275:2,13 276:5,13
    278:10 279:19,23
**believing** 255:8
**Bell** 40:5,6
**belongings** 18:4
**beneficiary** 223:19
**Benefit** 1:4
**benefits** 100:12 272:4,7
    272:25 273:7
**Berry** 37:24
**best** 140:11 162:24
    221:10,11 223:24
    229:14 233:25
**better** 104:5 112:21
    116:20 179:17,20
    188:25 198:8 203:4
**beyond** 159:2 179:10
**bickering** 94:13
**big** 29:8 64:23 106:25
    108:17 156:22 233:16
**bigger** 156:17 165:25
    166:2 168:1,4
**bill** 137:12
**bills** 105:24
**biological** 32:3 84:15
    84:24 154:24,25
    155:12 170:8,14
**biologically** 22:15
**birth** 18:23 22:12 41:5
    176:22 249:20
**birthdays** 26:23 32:14
**bit** 6:25 7:16 30:19 45:9
    45:9 51:16 56:19
    62:12 64:19 73:1
    82:16 112:17 116:13
    147:18 150:19 154:5
    179:20 256:19 262:11
    268:22,23
**Bi-Lo** 41:12,14 42:6
    45:13
**bladder** 182:25 185:22
    186:14
**blaming** 230:18
**blind** 210:7
**block** 145:22,23
**blood** 203:12
**blue** 218:21
**blur** 124:2
**board** 137:12
**boat** 156:15,17,18,19
    156:24 157:6,16,18
    157:23 158:1 165:25
    166:2 167:24 168:1,4
    169:11 216:3
**body** 148:10
**boiled** 193:11
**bonuses** 98:4 100:14
**book** 99:24 261:11

**bookkeeper** 113:18
**boot** 38:2 51:5 135:20
**born** 17:2,3 19:3,4
    22:22 23:3 25:6 28:2
    28:2,3,6 29:14 30:4,5
    36:8 41:8 62:1,18
    63:17 73:2,6
**borrow** 118:22 216:14
**borrowing** 119:19
**bothered** 31:4
**bothering** 115:18
**bottle** 255:18 257:12,24
**bottles** 11:4 111:9
    196:12,16,17,18
    201:20 202:1 252:23
    252:25 253:3,5
    255:12,14,16,16,20
    255:23 256:5,6,7
    257:15
**bottom** 217:20
**bought** 60:12 64:5
    68:11 70:6 118:9
    218:20,24 219:1
**bouts** 186:19
**bowel** 184:4 185:21
    186:14
**Box** 2:6
**boyfriend** 55:8
**boys** 14:12,15
**boy's** 85:5
**branch** 39:10 152:3
**Brandi** 127:21,22
    128:24,25 130:19
    131:1 173:19 200:8
    209:9 244:18 246:5
    246:11,22 248:3
    280:5
**Brandi's** 128:8 129:4
    129:17 135:5 265:5
**break** 7:21,24 82:17
    108:3 126:17 220:15
    235:1,4,12 256:18
**breaking** 143:13
**breakups** 96:10
**Brenda** 213:2,18 214:2
    214:5 218:20 219:4
**Brianna** 62:14 63:17
    249:24,25
**brief** 79:8 82:21 135:1
    168:15 274:15 276:1
**bring** 9:8,8 128:18,18
    169:11 236:13 247:13
**bringing** 164:6 243:3
**Brittany** 16:21,22 17:3
    17:4 23:3 132:20
    133:10 134:1,13
    249:22 275:23
**broke** 27:9 218:3 219:4

**brother** 20:18
**brothers** 14:7,8 15:10
    15:18 20:17 77:16,16
**brought** 6:12 106:5
    131:15
**Bryan** 25:12,13,15,24
    26:22 37:2 40:17 41:8
    58:16,18,20 59:1
    67:14,22 95:25
    115:25 147:5 281:2
**Bryan's** 35:8 71:8
**bucks** 154:1
**buddies** 114:25
**bunch** 174:14,15 176:7
    247:24 263:20
**burglarized** 194:1
**buried** 148:13,14,17
    150:9 159:22
**business** 98:1
**busy** 103:24 116:2
**butterflies** 94:8
**buy** 63:21 68:9 165:19
    166:2 168:4 169:15
    219:6
**buying** 54:13 160:18,23
    165:24 169:18 217:9

---

**C**

**C** 2:1 284:1,1
**cabinet** 196:13,21
    255:12,21 257:16
**cable** 79:1
**Cacey** 6:13,16 14:12
    64:1 145:5 146:25
**California** 2:10 78:15
**call** 13:9 31:8 33:25
    58:6 65:25 122:25
    126:16,17 129:22
    130:4 137:1 143:21
    194:2 199:7,16
    200:17 206:25 207:6
    208:21 209:1,6 220:3
    234:9 236:16 240:23
    268:14
**called** 6:2 31:6 43:3
    71:18 124:18,22
    125:13,15 126:6,25
    128:12 143:4,6
    144:24,24 170:19
    172:15 182:14 196:9
    199:25 204:20 205:5
    205:17 206:7,9 207:7
    207:10 208:11 209:9
    209:11,14,16 213:6
    236:20,22 242:15
    268:7 270:24
**calling** 137:25 207:4
    269:11

**calls** 58:21 143:24
    174:17 271:15
**camp** 38:2 51:5 135:21
**Campbell** 39:14
**cancer** 34:9 83:19
**Cannon** 46:1,25 47:1
    47:10 48:4,13 56:2
    277:10
**caps** 199:15
**caption** 4:7 5:8
**car** 123:5,8 145:15
    248:1
**Caravan** 217:24 218:23
    219:17
**card** 119:11 217:6
**care** 103:9 183:17
    187:12 223:23 262:25
**cared** 125:12 141:18
**career** 113:11 191:24
    192:1 262:19
**Carter** 23:16,17,20
    24:4 34:4
**case** 5:8 117:9,10 160:4
    182:1,2 186:22
    187:21 188:4,8,17
    189:2 194:11
**cash** 154:18 215:19
    216:1
**cause** 109:10 141:8
    284:7
**caused** 29:8 109:12
    254:25 258:24 259:13
**Cayc** 13:20
**Cayce** 1:6 6:20 14:21
    14:23 15:8 17:12 21:6
    21:10 22:16,18 23:12
    27:4,5 29:6 31:7,10
    31:14 35:22 37:4,18
    38:13 52:2 64:4,11
    72:25 73:2 83:11 99:5
    99:8,10 123:2,3 145:8
    151:3 152:7 155:13
    157:18 158:6 160:4,6
    162:10,11,22,24
    163:5,6,16 169:8,10
    170:4,8 175:25
    192:10,18,21,23
    199:21 211:5 221:5
    266:21 267:1,19
    270:20
**Cayce's** 22:16 38:22
    99:6 159:4 160:2
    164:15,19 175:11
    276:15 280:19
**CCP** 284:5
**cell** 174:21,21 175:4,6
    199:25
**Cemetery** 148:18,20

**center** 49:7 50:7,8
  52:17 53:2 56:14
  103:7
**cents** 153:24
**certain** 59:18 106:18
  107:3 272:12
**certainly** 177:15
**certificate** 4:8
**Certified** 4:12
**certify** 284:5,14 285:3
**cetera** 4:8
**chance** 28:3,6,14,19
  29:1,11 30:4 31:21
  33:7,9 36:8 37:2 39:2
  51:4 57:10 83:8
  122:17,18,18 123:3,6
  123:16 128:16 147:5
  221:21 265:3 280:21
**chances** 233:2
**Chance's** 28:8,22 32:24
**change** 108:17 112:12
  116:24 117:6 119:24
  120:9 121:6 149:2
  194:5,8 265:25 269:8
**changed** 122:13 152:11
  196:4 198:7 269:5,14
  272:19
**changes** 198:3 255:2
  259:16 285:4
**Charles** 114:2,3 116:1
  166:16 269:16 270:5
  278:1,20
**Charlie** 49:22,22
  277:12
**Chattanooga** 30:17
**check** 26:18 109:16
  170:20
**checked** 199:20
**checkups** 92:15
**Chelsy** 28:21 29:11,12
  30:5,24 31:24,25 37:2
  40:10 53:9 57:19
  110:7 131:21 132:1
  134:19,20 144:1,11
  144:12,19,21 147:6
  278:22 280:25
**Chelsy's** 29:13 232:21
**Chevy** 160:13 217:25
  218:1,21
**Cheyenne** 218:1
**child** 25:6 26:7,17
  27:20 28:2,17 34:21
  62:1 76:2,5,5,9 83:18
  84:17,21 85:2 250:22
  251:12
**childcare** 51:1 71:12
**childhood** 75:2,18
  79:15

**children** 14:10,11 16:15
  16:16 18:21 21:21,23
  24:3 25:1 27:21,23
  29:7,10 34:24 36:4,19
  38:10,11 39:1 40:22
  43:17 54:15 59:25
  60:12,19,20 61:20,20
  64:12 66:10 70:22
  84:14 87:25 103:25
  127:12,14,18 128:23
  129:17 130:23 132:21
  134:1 137:20,23
  147:1 163:16 170:14
  170:23 194:13 258:8
  265:16 273:13
**child's** 25:9,11
**chiropractor** 176:7
**chlamydia** 177:3
**chooses** 153:15
**chose** 224:4
**Chris** 114:2,3 116:1
  166:16 269:16 270:4
  277:25 278:20
**Christian** 52:16 53:2
**Christina** 264:16
  265:12
**Christmas** 27:17 32:16
  246:4,6,13 247:10,11
**church** 52:15 87:4,6,10
  87:20 88:7
**Cities** 157:11
**City** 55:13
**Civil** 4:6
**claim** 106:6 139:24
  163:24 188:17 274:3
**claiming** 262:11
**claims** 8:17 188:15
  279:13
**Clark** 20:20 21:3,6,20
**Clarksville** 58:14 61:10
  61:10
**Clark's** 20:21
**Class** 42:10
**classmate** 29:23
**classroom** 49:5
**clean** 7:19 116:5
**cleaning** 110:8
**clear** 256:3
**Cleveland** 185:24
**clinic** 92:6 195:13
  197:16
**Clinton** 19:4
**close** 13:22 15:9 16:9
  21:6 34:10 43:25
  75:15 113:22,25
  114:1,7,24 115:1
  277:23
**closed** 100:7 146:2

**closer** 149:12,12 252:15
**closest** 15:23 277:24
**clue** 47:8 52:11 135:11
  156:20 157:21 162:8
  181:12 210:3
**code** 211:21
**Coffee** 53:13 86:20
  173:4,12 198:25
  199:25 203:19 204:16
  271:9
**cold** 92:7 145:6
**collapsed** 146:11
**colleague** 274:11
**collected** 253:1 255:17
**collecting** 239:5
**Collector's** 18:15
**college** 38:18,19
**color** 53:24 132:1
  179:13,15
**Colorado** 2:11
**come** 26:17 55:18 60:20
  60:24 66:6 99:13
  102:8 104:14 115:2
  119:13 121:13 129:23
  132:24 133:16,20
  140:10 148:7 154:4
  159:16 172:18 191:2
  191:19,20 199:18
  208:21 231:8 236:12
  236:17 244:5 246:6
  267:1
**comes** 244:21,22
**coming** 90:9 137:3
  139:6 141:1 144:1
  147:3 198:2 210:7
**commercial** 196:10
**Commission** 284:24
  285:24
**commission-based**
  97:25
**committed** 48:14
  124:21 128:7
**commonsense** 164:9
**comp** 88:15 106:4,6,6
  107:14 118:7 139:25
  161:23 218:25 272:17
**companies** 271:20
**company** 1:13,14,15
  43:3 173:6 188:11
  253:24 254:1,5
  271:16,16
**compensation** 187:21
**complain** 95:7 180:5,13
**complainant** 200:17
  204:19
**complained** 98:15
**complaining** 185:13
**complete** 8:11 148:6

**completed** 4:15
**completely** 119:4 159:8
  186:21 192:23 262:13
  263:13
**complied** 66:20
**compound** 256:22
**computer** 78:21 79:7
**con** 207:14
**concentrate** 113:9
  262:18
**concerned** 18:1 112:2
  139:4 143:9 190:9
  260:9
**concludes** 282:24
**Concord** 148:18,20
**concrete** 113:10
**condition** 184:13
**conditions** 77:6 92:20
**conduct** 158:14
**conducted** 11:16
**confused** 214:16,22
**connection** 34:15 79:9
  173:13 201:16
**consider** 190:10,15
**considered** 284:15,17
**consistent** 91:14 178:17
  186:7 200:21 213:25
**consortium** 274:3,4,7
**constant** 180:10,18
**constipated** 197:9
**contact** 156:1 161:24
  243:22 244:2 249:18
  271:11
**contacted** 241:24
**contain** 284:10
**context** 192:1 215:4
**continue** 88:5 149:22
  179:24 248:20 270:17
**continued** 139:23
  185:21
**continues** 185:22
**continuously** 70:19
**contracted** 176:19,23
**control** 185:22
**controlling** 182:25
  183:2 186:14 262:5
**controversy** 149:6
**convalescing** 111:21
**convenient** 21:16 251:4
  251:10
**conversa** 134:10
**conversation** 7:7,12
  31:5,24 134:5 197:13
  276:1
**conversations** 66:14
  134:4
**cook** 116:5
**cooking** 110:8

**coordinating** 187:12
**copies** 9:17
**copy** 9:24 10:1,9 160:14
  161:6 171:1,20,23
  172:4 215:8 216:20
  221:3,10 223:11
  226:9,19,22 229:22
  229:24 230:9 234:3,4
  234:9,11,12,12
  238:18 239:1,13,14
  239:17,23,23,25
  240:4,7,19 242:16
  284:15
**corporate** 5:22
**correct** 12:16 13:16
  15:2 17:22 31:20 35:6
  37:6 42:24 44:8 50:1
  53:4 68:6 80:19 81:9
  95:24 96:8,17 101:9
  112:23 143:2 163:6
  165:13,16 167:4,12
  171:16 173:7 193:3
  195:10 197:18 199:8
  200:22 202:10 211:16
  214:18 217:3 249:23
  249:25 252:7 254:22
  254:23 256:25 257:24
  258:14 260:23 261:3
  262:1,14,19,20
  279:16 284:10,15
**correctly** 81:4
**cost** 263:2
**couch** 90:23 116:12
**counsel** 2:4 5:18 11:22
  284:13
**counseling** 51:25 52:1
  52:16,22 53:2,7 89:8
  189:13 273:11 281:24
  282:2
**counselors** 52:4
**counselor's** 52:13
**counter** 41:19
**Country** 213:7
**county** 1:2,4 46:1,24,25
  47:10 48:4,13 53:13
  56:2 86:20 172:24
  173:4,12 198:25
  200:1 203:19 204:16
  271:9 277:11 284:3,5
**couple** 13:13,23 19:7,20
  36:22 45:20 60:25
  74:24 78:19 85:10
  86:18 114:5 117:19
  117:22 118:19,20
  120:2,5 121:21
  124:20 168:4 244:7
  244:23 263:17 268:24
  271:4

**course** 122:1 124:15
134:22 166:16 222:11
268:4 269:17
**court** 1:1 4:13 5:14 7:2
8:4,25 24:24 26:12,15
26:16 85:25 136:20
166:9 198:23 204:14
212:18 220:20 275:3
279:10,23 284:9
**cousin** 263:24 264:15
**cover** 139:18
**coverage** 178:5
**Coworker** 135:13
**co-owner** 213:10
**crawling** 43:5
**crazy** 64:21
**credit** 119:11 151:18
152:1,10 217:6
**creditors** 217:2
**cremate** 149:7
**cremated** 148:13
149:11
**cried** 124:9 158:20
**Crime** 43:3,13 44:20
45:14
**critical** 91:12 233:20
**CRR** 284:4
**cruel** 31:17
**CS268246** 1:25
**cupboard** 121:14,15
122:4,10 259:24,25
260:7,9,11 280:1
**cupboards** 167:8 270:1
**Cushman** 183:22
**custody** 25:15 34:23
58:11 84:13,18,19,21
86:2,17 169:3
**cut** 193:10 225:16
226:1 227:8,18 228:5
**cutting** 192:12 194:3

**D**

**dad** 58:6 191:20
**dah** 109:18,18,18
279:21,22,22
**daily** 92:3 186:23
**damages** 262:11 281:10
281:15,16,21
**dance** 76:12,13,15
**dancing** 76:17
**Danny** 190:19 195:9
**dark** 126:11
**date** 5:6 17:19 18:23
65:16,18 66:21
204:17 235:21 251:7
**dated** 62:14
**dates** 26:15 69:5,7 91:9
91:11 111:8 221:25

239:8 242:8 252:4
**dating** 56:16 57:5 66:11
251:10,14 252:19
**daughter** 27:24 28:1
31:24 60:24 61:19
158:4,8 233:1 249:22
280:25
**daughter's** 194:10
**David** 14:18 16:3,6
**Davidson** 284:3,5
**dawned** 146:24
**day** 90:10 91:13 100:7
101:23 104:24 110:4
115:23 118:1 121:12
121:13 123:25 128:6
128:10,11 129:5
130:4 132:5,13
136:25 137:10,16
138:20,24 139:1
149:19 151:13 170:9
170:16 172:16 179:12
179:13,14 180:24,25
184:18,19 194:15
200:13 203:22 204:24
205:3 222:2,14 224:1
226:11 236:5 245:4
248:21 250:4 266:2,2
266:4,4 276:2 284:18
**days** 48:24 50:12,13,15
50:15 86:18 102:15
116:8,10 118:16
124:20 127:11,13,25
129:3 131:23 137:20
138:22,23 150:22
155:24 174:18 180:21
245:21 280:11 281:22
**dayshift** 100:4 126:11
**day-to-day** 104:17
263:11 266:1
**dead** 128:6 144:20
145:2,2,3,4,7,11
223:15 230:19
**Deadman's** 148:16,24
**deal** 64:23 75:9 158:6
**death** 6:13 14:4 34:11
85:12 88:3 107:6,10
107:21 111:11 119:7
146:23 151:15 211:5
249:11 258:13 269:15
273:2
**Debatable** 60:10
**Debbie** 115:25 160:14
**debt** 118:7 217:15
**debts** 119:11 217:7
**deceased** 1:6 13:16
200:4
**decent** 93:3
**decide** 250:24

**decided** 96:6 112:24
252:14
**decision** 39:17 85:1
106:17 168:3
**deed** 60:2 70:10,16
223:14 226:15
**defeat** 211:7,11 212:19
214:1
**defendants** 1:16,22 2:8
4:2 5:21
**Definitely** 80:8
**degree** 268:20 282:4
**deliver** 89:24
**deliveries** 97:18
**delivery** 89:23 90:3
97:16 176:25
**delusional** 122:7
**demeanor** 112:13
**denied** 127:5
**denies** 178:16
**Dennis** 201:1,7
**Denver** 2:11 5:21
**department** 9:14 11:6,9
46:2,11,23 47:10 48:5
55:13 56:2 108:17
109:2 124:18,24
126:22 138:1 143:5
173:12 198:25 204:17
226:23 236:11 246:6
271:9,10
**depended** 137:13 205:2
**depending** 97:25 98:5
**depends** 137:10 183:11
**deployment** 275:11
**deposed** 8:8
**deposi** 9:2
**deposit** 154:4
**deposited** 151:10
**deposition** 1:20 3:8 4:1
4:15 5:2 8:4 9:2 11:21
82:24 83:16,17 84:20
85:15,18 168:18
235:8 276:24 279:7
282:25 284:6 285:3
**depositions** 274:21
**depressed** 120:13 167:2
167:4 189:14,21
190:11,16,17
**depression** 77:4
**describe** 263:9
**described** 174:17
**deserve** 162:7
**deserved** 98:18
**designates** 1:4
**desperate** 208:12 265:2
**details** 8:21
**Detective** 49:22
**detectives** 236:11

**decided** 96:6 112:24
**determined** 192:23
**Diane** 12:25 14:2,9,24
274:22
**diaries** 9:13,19 10:15
**diarrhea** 184:7,8
186:20
**died** 31:7 64:8 213:16
222:1,13 226:10
**difference** 212:10
282:11
**differences** 57:11
**different** 27:8 131:7
134:9,12 174:9,10
179:15 266:15 269:21
269:23 270:23
**difficulty** 185:21,23
**diminishment** 282:12
**dinner** 94:23,24 130:17
133:24 246:7,14
247:10,11
**diploma** 33:11 73:19,21
**direction** 47:8 137:19
**directly** 90:5
**disability** 88:18 106:2
118:25 271:24
**disabled** 192:19,24
262:13
**Disagree** 159:19
**disagreement** 95:4
126:4 141:10
**disagreements** 94:16
**disappeared** 165:3
**disappearing** 167:16
**discipline** 51:18 53:17
**disciplined** 98:16
**discomfort** 185:13
**discovered** 134:18
211:4
**discuss** 8:15 250:12
271:13 279:8
**discussed** 117:7 176:16
196:15 232:4,5,5
255:18 279:12
**discussing** 232:6,8
280:1
**discussion** 177:18
231:18
**discussions** 11:18
**diseases** 177:4
**dispute** 84:13 254:9,14
**disputing** 258:4
**distance** 61:6
**distribute** 18:8
**ditch** 145:12,13
**divides** 281:15
**division** 1:12
**divorce** 19:24 20:9
21:18 24:2,22,23

26:25 34:13 86:2
162:18 163:8
**divorced** 17:16,20
19:25 24:1 162:22
**divorcing** 162:12,13
**DOA** 199:16
**doctor** 92:5,16 101:23
102:4 103:9 140:6
177:1 178:21 184:12
187:11 194:24 195:2
228:23 250:10 254:10
254:12 273:15
**doctored** 228:25 229:1
230:14 233:19
**doctoring** 230:18
**doctors** 102:21 111:24
111:25 178:12 250:21
251:1,11 252:11
253:17
**doctor's** 52:12 102:2,14
102:17 202:24
**document** 198:24 199:3
210:22,24 241:12
284:15,16
**documents** 10:25,25
239:6 241:5 261:20
261:22
**Dodge** 217:24 218:15
218:23
**dog** 122:2
**doing** 41:17 43:1 47:9
50:9 53:24 98:7
100:15 104:12 106:4
109:14 112:25 137:11
141:14 179:23 180:2
193:12 210:9 267:7
**dollar** 150:10 215:24
**dollars** 153:2
**domestic** 127:10,15
137:25
**dominate** 104:16
**door** 66:4 122:10 160:3
199:19 280:1
**doors** 121:14,15 260:7
**double** 31:11
**DoubleTree** 4:3
**Dr** 102:22 103:5,9,14
103:20 104:11 178:15
183:22 185:24 187:13
187:17 189:1,8,12
195:14 197:22
**drag** 169:1
**dragged** 123:4
**drank** 95:7,14
**draw** 98:1
**drawing** 271:23
**dressed** 117:25 131:5
**drink** 94:24 95:9,16,18

**drinking** 95:3
**drive** 61:6 126:8 161:1 248:2
**driver's** 86:13,22
**driving** 86:12 125:22 248:3
**drop** 35:23 36:5 164:3
**dropped** 36:1,2,7 73:16 145:12 164:5,6
**dropping** 186:4,11
**drove** 161:10 216:2
**drowsy** 112:5,9
**drug** 123:7 221:22
**drugged** 112:8
**drugs** 79:24 80:1,12
**drunken** 62:8
**dryer** 27:9 65:1 66:5
**ducks** 48:20
**duly** 6:3
**dysfunction** 181:16 186:15
**D-A-D-D-Y** 31:10
**D-E-A-D-M-A-N** 149:1

**E**

**E** 2:1,1,9 3:1,5 284:1,1 285:1
**Eagleville** 71:18
**earlier** 83:25 104:7 141:17 181:19 187:2 190:10 197:14 200:22 202:8 207:1 231:12 251:24 258:11 262:16
**early** 22:24 101:22 144:6
**easy** 116:14
**eat** 131:18
**economic** 18:19 281:16
**education** 35:17 36:11 113:9,17,21
**effects** 18:4 101:18 197:7 259:11,21
**eight** 36:14 39:6,7,8,9 233:3
**eighth** 59:2
**either** 22:10 46:10 95:25 163:20 172:19 201:2,8,11 216:10 246:22 254:4
**elected** 195:8
**electric** 164:12
**Eleven** 122:22,22
**eleventh** 53:10
**emergency** 200:1 264:22
**emotional** 273:10 281:21 282:5
**employ** 284:12

**employee** 152:5
**employees** 97:8 271:12
**empty** 201:19 202:2
**EMS** 200:1
**encourage** 190:4
**ended** 19:8 66:8 163:25 213:23 219:4,5 224:15
**ends** 118:24 119:20
**engaged** 60:13
**enjoyed** 180:2
**ensure** 268:9
**entire** 87:21 185:6
**entities** 5:22
**entitled** 163:3 198:25
**envelope** 10:12 171:10 229:9,10,12 235:18 236:15 238:20
**equivalent** 80:17
**erectile** 181:15 185:23 186:15
**Erich** 92:11
**established** 255:9 261:21
**estate** 6:16 12:12,15,19 17:25 119:9 157:23 211:8,12 216:22 219:11
**estimate** 222:24
**et** 4:8
**eternal** 224:1
**Eve** 62:8,17 246:4,7,14 247:9,10,11 250:5
**evening** 102:13 138:19 138:20,21,22
**event** 89:19 269:2
**eventually** 106:8
**everybody** 134:7 149:8 159:6 166:18 184:7 243:12 245:16,18,19 263:23
**evicted** 109:23
**evidence** 153:6 230:18 253:10 254:18 257:8 258:3,6,14
**ex** 81:23
**exact** 69:2,5,6 91:11 107:4 123:25 221:25
**exactly** 91:13 121:12 206:25 232:13 252:4
**examination** 3:3 6:5 200:3
**excise** 231:8
**excised** 226:18
**excuse** 17:9 23:10 67:7 185:19 192:22
**executor** 12:11 101:14 119:8 216:24

**exercises** 179:11 203:2 203:3
**exhibit** 3:7,8,9,9,10,10 3:11 5:1,3 9:1,7 198:18,19,20,24 204:5,7,15 210:18,19 216:17,20 220:23,24 221:3 225:3,4,5 226:8 234:6
**expect** 184:24
**expenses** 60:6 139:23 140:2 262:22 281:17 281:19,19
**experimented** 79:22
**Expires** 284:24 285:24
**explain** 228:6 231:9 234:24 282:4,11
**explained** 177:25 211:20
**explanation** 231:12 234:23
**explore** 208:9
**expunged** 86:21
**extra** 45:21
**extremely** 268:16
**extremities** 180:8
**ex-husband** 75:8
**ex-husband's** 71:6
**ex-mother-in-law** 71:2
**ex-relationships** 75:12
**ex-wife** 74:11,12 75:7 81:13,17,23 149:9,20
**eyes** 146:2
**e-mail** 78:24
**e-mailed** 79:5

**F**

**F** 284:1
**face** 146:3
**facedown** 123:4 221:22
**fact** 78:9 130:9 151:8 159:4 161:22 182:11 191:18 222:25 254:19 269:17 280:2
**factory** 36:16 42:7 45:19
**factory's** 45:18
**fairly** 202:23
**faith** 222:24
**familiar** 280:12
**families** 16:6
**family** 19:14,16 64:23 68:15 72:2,3,12,15 86:3 92:13 118:23 119:15 128:20 149:6 149:13,14 150:16 217:7 246:15
**family's** 108:12

**far** 17:25 89:4 104:19 104:20 105:13 111:8 169:9 178:8 179:4,5 179:20 183:9 184:8 186:22 190:9 196:6 198:10 250:4,7 273:10 280:8 281:12
**fast** 40:4 42:1 45:12 67:3 126:25
**father** 13:15 19:22 25:25 26:22 28:8,15 28:17 30:24 32:3 35:9 72:6 77:17 83:12 84:15,18,25 85:3 154:24 155:1,12 156:1,2,3 168:7 170:9 215:9 216:2 219:14
**father's** 216:8 261:1
**favorite** 131:16
**February** 93:21 232:18 251:21
**federal** 151:18 152:1,5 152:10
**feel** 175:16
**feeling** 131:3,17 170:19 170:21 194:16
**feet** 21:19
**fell** 177:24
**felt** 32:7 33:18 98:17 184:13 224:14 260:21 261:5 262:4
**female** 29:13 48:10,11 48:12
**Feyer** 1:3,6,21 4:1 5:11 6:1,9,10,13,17,20 9:3 13:20,21 14:10,13 15:1,8,9,18 16:9,19 16:22 17:12 21:7 22:2 37:18 39:16 48:14 65:6 73:3,4 77:3,11 77:15 82:24 83:2 87:6 88:7,12 89:7 91:19 94:21 155:15 166:13 168:18 176:12 178:16 199:21 200:4,5 204:14 205:5,7,8 211:4,5 221:5 235:8 235:11 266:19,24 267:8 268:5,5 269:14 274:19 275:8,23 282:25 285:2,21
**Feyer's** 13:15 14:6 16:15 17:22 18:4 83:12 85:12 96:12,21 113:22 174:18 177:19 200:5
**field** 271:1
**fight** 61:4 94:13 149:22

**fighting** 24:23
**fights** 94:13,17
**figure** 91:13
**figured** 31:16
**file** 88:24
**filed** 166:5,7
**filing** 196:13,20 255:12 255:21 257:15
**fill** 139:11,12 253:18,20 253:20 254:2
**filled** 140:14 216:21 254:7 256:8,9 257:4
**filling** 219:10
**final** 106:17,21 194:4
**finally** 165:2 226:13 232:1 233:11
**finances** 93:8
**financial** 92:25 108:12
**financially** 96:16
**financing** 106:23,23 109:16 119:2,5 165:10
**find** 33:23,24,24 121:17 150:25 161:11 163:25 202:3 223:25 259:10 259:12 263:22 264:2
**finds** 128:14 185:25
**fine** 77:9 90:18,24
**finger** 264:13
**finish** 7:18 83:3 267:13
**finished** 7:13,15 148:8 176:6 242:12 279:5
**Finkelstein** 2:5 5:18 10:22 13:9
**fired** 124:23 125:6
**first** 6:3 23:14 28:2 39:25 47:24 58:25 62:15 63:17 67:1 89:15 93:18,25 112:18 113:21 125:9 168:22 171:17 179:7 180:14 185:18 195:24 207:25 237:10,14 238:2,13 241:16 243:14 254:20 256:10 267:13 278:7 281:14
**fishing** 156:24 216:3
**fit** 192:9 259:17,19
**five** 19:2 22:21,23 38:15 47:19 114:11 168:10 257:15
**five-year** 87:19
**fix** 66:7
**fixed** 66:6 69:17 165:24 219:7
**fixing** 68:20
**flag** 53:25
**flew** 162:16

**flip** 163:22
**floor** 186:12
**floored** 145:13
**flushed** 257:18,21
**fly** 163:15
**foggy** 150:4
**follow** 199:13
**followed** 189:25
**following** 35:17 202:24
 217:21 253:1,16
 281:22 285:4
**follows** 6:3
**food** 40:4 41:3 42:1
 45:13 130:15,20
 131:14 200:13
**football** 247:12
**force** 52:19
**foregoing** 284:7,10
 285:3
**foremost** 111:18
**forgave** 224:17
**forgive** 69:4 124:14
**forgot** 145:14
**form** 4:9
**formal** 36:10
**formalities** 4:7
**former** 271:20
**Fort** 4:4 39:14 51:7
**forward** 119:10,13
 132:24 133:16,20
**Foster** 135:6,24 200:8
 246:11 280:6
**Foster's** 280:5
**found** 142:10 154:22
 171:7 194:9 199:19
 199:21 200:3 201:18
 202:2 203:12 232:21
 232:21 247:4 248:25
 250:2 251:15,17
 263:24 264:7
**four** 14:11 22:21,23
 34:7 37:13 39:7,8
 48:24 53:1 97:11
 156:23 201:19 202:1
 218:17 257:14
**frame** 192:15
**frames** 69:9
**Frank** 201:2,7
**freaked** 194:13
**free** 43:3,14 44:20
 45:14 59:7,8
**frequency** 183:1,3
**frequently** 16:2 209:17
**freshman** 19:6,8,10
**Freyer** 73:2
**Friday** 48:2 138:21,22
 148:2 172:17 173:20
 197:5

**fridge** 131:18
**friend** 79:17 135:12
 190:23 200:8 209:6
 245:4 267:5
**friendly** 56:12 71:25
 267:4
**friends** 59:23 78:3
 113:23 114:21,24
 115:20 190:25 267:6
 270:18 277:23,24,25
 278:4,19
**front** 111:18
**full** 36:17 42:2,3 43:8
 46:12 48:21 204:12
 236:3
**full-time** 41:24 42:18
**funeral** 99:14,17
 147:16 148:3,16,22
 150:13,17 159:16
 160:2 263:2,18
 265:17 281:19
**furious** 159:2
**furniture** 89:24 142:18
 244:24 245:17
**further** 284:14
**future** 140:1 181:9
 274:21
**F'ing** 146:9

## G

**G** 2:9 54:3
**gallon** 186:3,10
**games** 59:12,13
**gas** 41:15
**GED** 36:6,8 80:17
**Geiger** 155:11,20
 156:11 158:3,23
 159:14 164:3 166:5
 168:22 170:2,9,11
 214:13 215:17 217:12
 281:5
**Geiger's** 157:6 164:18
**general** 69:8 83:3 97:21
**generally** 18:12 91:14
**gentlemen** 201:1
**Georgia** 13:2 15:15,16
 23:6,9 74:7 75:16
 80:23 81:15 82:12
 150:8 194:21 275:4
 276:8
**getting** 20:3 90:4 106:1
 116:20 117:25,25
 122:6 145:21 161:4
 165:24,25 189:24
 191:15,18 195:21
 204:1 254:17
**gift** 33:7 247:13
**Gina** 78:7,8,9 79:5

**girls** 127:21
**give** 7:17 8:10 9:16
 10:10 23:21 29:9 33:7
 85:14 106:14 107:11
 110:14 131:25 132:3
 138:13 155:10 159:25
 164:4 171:8 176:22
 189:12 210:23 212:5
 213:15 214:6 215:7
 226:13 232:1 233:11
 254:13 279:7
**given** 83:15 85:17
 106:15 111:23 209:25
 213:2,18 214:2 215:5
 218:14 219:12,13
 225:13
**gives** 49:11
**giving** 106:13 115:18
 276:23
**Glock** 215:14
**go** 15:11 24:24 39:25
 48:19 52:18,20 64:17
 71:4 72:17,25 75:16
 76:16 81:2,3 87:12,14
 87:20,25 88:5 92:5,6
 92:9 93:6,9 94:22
 101:22,23 102:14,17
 102:25 103:8,16,19
 104:2,3,10 105:6,10
 107:24 109:13 110:10
 110:24 111:6 112:25
 113:6,16 115:6,24,24
 127:17 128:12 129:16
 130:16,21,23 136:15
 139:11 140:9 141:4
 144:14 145:24 146:13
 147:17 150:24 157:1
 160:25 162:13 164:2
 165:25 167:23 180:21
 183:8 185:1,5 186:17
 186:18 187:16 191:13
 191:14 197:21 206:20
 219:25 236:19 243:14
 244:4,15 247:21
 248:11 251:1 252:10
 252:11 263:25 264:22
 265:4,8 273:14 274:9
**God** 126:21 234:20,25
**goes** 143:24 274:2
**going** 7:12,14 8:20
 33:19,20 38:17,25
 52:19 66:17 71:10
 81:6 82:15 88:2 90:24
 102:12 108:5 112:25
 113:4,8,20 127:10
 128:12 129:23 130:16
 132:2 139:3 141:13
 142:5,15,16,18 143:1

143:12,25 144:8
 145:17 150:16 154:7
 156:16 159:11 163:8
 165:18 167:21,23,25
 173:25 176:6 177:1
 182:5 184:23 186:11
 192:7 195:18 197:15
 198:8 205:6,11,18,20
 205:23 206:1,15,16
 206:23 207:11 208:9
 208:13 209:5 226:13
 232:1,24 233:2,7,11
 252:14 256:16,17
 262:18 267:9 275:16
 277:1 278:21,21
 279:20
**good** 6:6,7 43:7 51:15
 53:15 59:4,5,20 96:13
 96:20 98:11,13
 100:16 131:3,17
 159:13 222:24 235:11
 245:4
**gosh** 112:11 231:18
**gotten** 21:18 26:9 44:7
 98:16 107:9 113:13
 150:22 176:6 195:13
 239:13 247:4 271:25
 272:2,3,4
**grabbed** 123:7
**Grace** 87:11 88:5
 277:16
**grade** 53:10 59:1,2
**graduate** 35:24
**graduated** 35:19 50:10
 51:13 80:14 81:7
**graduation** 32:25 56:18
 56:20 76:6,19
**grandchildren** 83:6
**grandmother** 71:8
**Granny's** 213:7
**Grant** 49:19
**Granted** 109:13
**grass** 180:3
**great** 57:21 66:23 75:7
 75:9
**greatly** 109:4
**Green** 14:25 201:2,7
**Greens** 14:12,14
**Greer** 213:2,12,22
 214:2,5 218:14
 219:13,22
**Grillo** 2:4 5:17,18 30:13
 30:18,21 82:18 86:10
 87:2 115:10,13
 134:23 154:11,16
 175:21 177:10,14
 202:5,15,18,20 203:5
 204:10 206:2 209:18

209:21 210:11,15
 216:16 220:16,20
 222:9,17 226:3 228:7
 228:9 230:2,5,20
 233:21,24 234:6
 235:1 240:25 241:3
 248:10 256:16,21
 258:18 267:12 273:20
 273:25 274:4,7,12
 282:19,21
**grin** 146:2
**grocery** 41:16
**group** 76:14 103:17
 195:19 197:17 198:12
 241:23
**growing** 29:5 75:14
 76:20 78:3 80:10
**Guard** 38:21 39:11,12
 53:24
**guess** 17:2 39:2 40:2
 81:8 97:15 112:14
 148:2 149:9 184:25
 187:1 200:1 203:16
 214:10 222:23 227:20
 230:6 256:3 261:21
**guest** 99:24
**gun** 125:12 127:7 129:9
 129:16 137:3 141:24
 142:5,13 167:10
 203:23 205:12
**guns** 125:5 193:20
 195:3,9
**gunshot** 124:23 125:19
 126:21 142:10 143:8
 204:3 205:8,13,22
 206:10,20 207:3,22
 207:24 208:6,8
**guy** 74:19 89:24 90:3
 115:20 146:10 246:23
**guys** 55:18 89:25 97:17
 220:19 234:5 244:7
 247:1 251:4
**guy's** 246:19
**gymnastics** 110:3,7
**G-E-I-G-E-R** 155:11

## H

**H** 3:5
**habit** 198:2
**habits** 116:23
**half** 15:9,9 77:16 104:4
 172:10 189:1
**halfway** 200:17
**hand** 8:24 109:15
**handed** 160:13 165:9
 236:15 237:6
**handgun** 10:13 211:6
 215:15

**handguns** 210:1
**handle** 38:10
**handled** 140:22
**handwriting** 226:10
**handwritten** 3:10,11
   201:19 220:25 221:4
   225:5
**hang** 115:6
**happen** 95:17 163:9
   239:16
**happened** 34:8 62:9
   89:22 102:9 124:4
   125:17 144:18,23
   146:12,24,25 151:6
   160:5,8,9 161:3
   162:25 163:23 175:23
   214:4 216:5,13
   231:13,20 232:16
   233:3 235:13 236:8
   237:16 259:14 263:21
   264:8 265:11 268:21
   270:25
**happiness** 223:25
**happy** 7:23 108:4
**harassment** 31:9
**hard** 69:11 214:19
**harm** 193:6
**head** 7:4 34:18 37:15
   38:7 42:14 51:2 57:22
   77:1 80:18 81:10,16
   82:8 90:6 105:17
   120:19 123:14 127:23
   128:3 131:13 133:9
   133:14 155:6 167:11
   172:20 192:10,11
   282:15
**headlight** 86:13
**health** 76:2 89:8 90:17
   92:20 96:12 100:17
   100:21 139:16
**healthcare** 178:4
**HealthSouth** 103:1,7
**hear** 26:22 86:9 136:21
   206:20
**heard** 122:12 125:19
   126:20 143:7 205:8
   205:12,22 206:9
   208:6,8 209:3 260:21
   270:2 280:2,14,16
**hearing** 4:10 207:3
**heated** 232:3
**held** 203:18
**hell** 123:1
**hello** 206:12,12
**help** 44:2 45:21 60:5
   71:11,12 81:5 117:24
   141:4 147:24 150:16
   244:8,9,11 245:13

**helped** 37:1 244:5,6
   245:19
**helpful** 16:5 185:25
   262:4
**helping** 50:23
**helps** 244:23,24 245:1
**hereto** 5:3 198:21 204:9
   210:20 216:18 221:1
   225:6
**herpes** 176:12
**hey** 198:7
**hi** 267:7
**hid** 161:7,9,9
**high** 19:10 35:17,25
   36:2,7 53:12,13 73:15
   73:17,21 76:6 79:22
   80:15,16 81:7 86:23
**highly** 175:17
**Highway** 64:10,12
   67:15,24 68:5 95:24
   96:3 126:14 199:17
   264:3
**Hill** 114:2,3 278:1
**Hills** 114:15 270:10,22
   279:25
**hired** 161:16
**hisself** 125:2 127:4
   161:25 192:13 205:11
   205:14 206:15,17
   223:8 224:22
**history** 40:1,2 273:2
**hit** 66:24 90:5 114:19
   122:15 123:3,6,12,13
   123:22 124:9 145:19
   221:15,17,19,21
   223:6 224:8
**hitting** 223:8
**hold** 183:5 184:9 186:3
**holidays** 15:12 26:23
**Holly** 37:24
**home** 29:21 38:25
   75:14 77:24 79:7 90:9
   95:1 102:8 111:20
   125:19,22 137:4
   148:16,22 174:2
   191:13,14 193:20
   195:4 203:18 205:6
   205:17 207:5,10
   208:20 233:8 252:23
**honest** 99:15 263:13
**honestly** 73:7 99:16
   120:14 126:19 136:16
   141:14 147:15 151:5
   153:18 174:7 185:3
   189:4,10,18 205:22
   205:23 208:14 209:19
   210:6 220:8 225:10
   230:8 233:17 234:19

234:24 243:9,13,15
   244:19 245:23 250:6
   260:14 261:15 263:12
   269:9 280:13
**honey** 128:12 130:20
**honeymoon** 94:7 95:20
**hope** 223:25
**horrible** 75:18
**hospital** 55:19,21,24
   105:2 201:11 278:25
**hospitalized** 76:4 91:19
**hot** 33:22,22
**Hotel** 4:3
**hour** 12:5 61:16 82:16
**hours** 48:2 100:5,6
   200:5
**house** 9:15 20:14 24:16
   31:8 39:21 44:13,23
   44:24 45:24,25 46:3
   46:12 54:6,7,8,12
   60:3 63:19,21,25 64:5
   67:23 69:12,13,20
   70:2,5,13 84:17 94:3
   94:4 95:22 99:6,6
   108:16,20 109:1
   110:5,16 115:7 116:1
   116:5,18 124:18
   125:16,24 127:9,21
   128:2,9,20 129:1,4,17
   129:20 130:14 131:8
   131:20 135:14 139:3
   143:8 144:1,9 145:1
   145:18,21,24 147:4,6
   147:11,17 154:19
   157:3,3,6 159:24,25
   160:1 161:18 162:14
   162:15 163:17 165:23
   172:18 179:24 195:10
   209:7 223:12,14,16
   226:16 231:4 232:10
   232:12,17 236:12
   237:13 238:20,22
   239:3,19,20,21
   244:12,16,22 246:6
   248:17 252:8 256:5
   257:12 261:1 263:25
   264:1,2,4,5 265:5
   267:23 275:17,25
   278:3,6
**household** 192:10,11
**housework** 71:14
**howling** 122:2
**hug** 131:25 132:3
**huge** 119:10,12
**huh-uh** 56:10 57:25
   115:5,8 120:7 142:14
   162:20 173:10,10
   174:12 176:9 182:18

**huh-uhs** 7:5
**hung** 126:24 143:4
**hungry** 109:21
**hurt** 32:4 102:9 117:13
   158:18,19,20 221:13
   221:16 222:5 223:8
   265:13
**hurting** 180:18,18,19
   186:2
**hurts** 180:15
**husband** 6:13 8:22
   11:13 12:7 16:21
   118:17 120:15 137:1
   139:5 159:3,22 188:5
   189:11 193:19 195:8
   195:12 198:2 205:5
   205:17 208:21 209:3
   209:24 213:15 214:6
   217:3 227:25 228:6
   235:14 253:4,11
   258:12,24 262:3,12
   264:6 268:2 270:10
   271:23
**husband's** 11:1 119:24
   163:4 190:24 216:22
   243:16 244:1,22
   249:11 253:2 263:9
   273:1,24 279:14
   281:23

#### I

**icy** 126:13
**idea** 32:6 98:25 135:8
   153:3
**identified** 167:7
**identify** 5:13 217:1
   221:6
**idiot** 264:9
**ill** 33:21
**Illinois** 73:8 157:9
**immediate** 90:13
   262:17
**immediately** 158:21
**important** 214:6 252:6
**impotence** 185:23
**improve** 228:3
**incident** 3:9 90:22
   91:20 122:23 141:7
   178:24 203:21 204:8
   204:15 222:8 224:14
   269:25 271:17 280:2
   281:22 282:3
**include** 253:2 255:17
   255:22 279:15,18
**including** 214:2
**income** 44:16,17 109:4
   118:8 139:24 272:24
   281:18

**incontinence** 182:20
   184:4
**incontinent** 186:21
**Incorporated** 5:10
**incur** 118:7
**independent** 11:17
**INDEX** 1:3
**indicate** 241:23
**indicating** 47:4 54:23
   120:21 225:13,24
**Individually** 1:3
**infant** 155:18
**infidelity** 268:4
**information** 83:4
**initial** 158:5 226:15
**initiated** 156:1 161:24
**injections** 195:22
**injured** 88:16 89:16
   178:22
**injuries** 273:10
**injury** 35:22 38:22
   88:21 89:13,20,21
   90:15 93:2,14,25 94:6
   104:15 105:14 108:22
   117:6 176:3,8 177:20
   178:17 262:23
**inmate** 243:3
**Inn** 37:24
**inquire** 8:20
**inside** 56:6 222:1,13
   226:10
**installing** 43:3,6
**instance** 260:23
**instances** 177:20
**instant** 66:23
**instructed** 138:14
**instruction** 138:18
**instrument** 76:11
**insurance** 100:16,18,21
   100:25 101:12 139:16
   160:25 173:5,7,9
   188:11 253:24 254:1
   262:25
**intend** 141:15
**intention** 8:19
**interest** 12:18 17:25
   76:9 284:13
**interested** 59:11 66:11
   181:10 208:4 246:24
**interfere** 181:23
**internet** 11:16 79:9,12
   261:11,14,25
**interpreted** 31:17
**intertube** 157:1
**interview** 173:16
**interviewed** 173:13
**intimate** 8:21 66:18
   117:21

**introduced** 114:2
**intrusive** 8:19
**invalid** 118:1
**investigate** 173:2
  242:10
**investigating** 242:3
**investigation** 173:6,14
  203:15
**invitations** 42:10
**involved** 8:17 53:23
  84:3 86:5 88:13
  111:22 168:7 193:23
  280:20 284:13
**involving** 84:13 279:10
  279:23
**in-depth** 196:6 197:12
**Iowa** 157:9
**Ironic** 149:1
**ironically** 149:9
**isolated** 115:23
**issue** 32:8 104:11 112:5
  112:7 164:7 182:2
  184:23 186:23,24
  187:5,9 192:3,12
  233:8
**issues** 8:17 86:2,3 89:11
  90:20,20 96:15
  117:10
**items** 18:15 201:18
  214:1 215:5

**J**

**J** 54:3
**jail** 48:3,6,8 49:21 56:6
  56:9 109:2 136:10,13
  136:17 243:1 277:11
**Jailer** 47:11
**January** 93:19 185:20
**jealous** 268:15,17
**Jenkins** 81:24 98:22,23
**jeopardy** 192:2
**Jeremy** 24:7 25:17
  34:20 42:22 71:6
**Jerry** 14:1,2
**Jerry's** 14:3
**jewelry** 18:13
**job** 1:25 41:11 42:5,6
  42:11,18 44:22 46:21
  47:12 48:16,18 54:1
  72:16 78:13,14 94:1
  96:21 98:9 109:1
  113:13
**jobs** 21:16 40:21 42:1
  44:25 146:9 272:24
**Johnson** 2:9 5:23
**join** 38:17 135:16
**joined** 135:10
**joining** 39:20 51:10

**joint** 151:22
**Jostens** 42:7,21 45:14
  45:17
**journals** 10:16
**July** 105:12,20 108:10
  111:21 185:20 186:6
**jump** 120:1
**jumped** 145:15 208:1
**jumping** 64:18
**June** 25:8 28:3,6 57:1
  63:1,2,3,4 178:16
**jurisdiction** 172:25
**jury** 8:5 227:23
**Justice** 275:3
**juvenile** 48:8

**K**

**Kansas** 25:23 35:12,15
**Kaywood** 64:6 68:10
  69:13 223:16
**keep** 47:12 78:16,22
  140:25 143:23 157:2
  268:19
**keeping** 43:16
**Ken** 155:4,5 170:9
  281:4
**Kentucky** 61:14
**kept** 11:6 36:19 78:4
  79:15 115:21 116:2
  146:15 250:20
**keys** 159:23,25 160:13
  161:13
**kid** 75:24 155:17
**kids** 48:24 52:3,17 58:9
  66:16,22,23 110:2,6
  114:10,18 116:16
  128:15,17,17 129:18
  130:19 131:25 146:16
  146:16,17,22 147:15
  158:7 159:12 180:1
  190:21,21 194:20
  266:3
**kill** 125:2 166:24 205:7
  205:18,20,24 206:1
  206:15,16,23 207:11
  207:18 208:10,13
  209:5
**killed** 205:14 207:24
**killing** 205:11 224:22
**kilter** 173:24
**Kin** 1:5
**kind** 9:13,19 29:7 59:3
  64:18 67:5 69:8,22
  74:7 89:20 90:4,20
  96:13 100:12 110:15
  114:19 116:13 138:13
  150:4 156:18,20
  163:7 173:23 175:17

194:16 220:12 245:16
  260:15 268:12,19
  270:8 281:15
**kiss** 132:1,3
**kitchen** 131:20,22
  144:14,16 213:7
**knew** 23:8 78:20 93:5
  111:9 138:24 186:16
  186:17,19,24 189:7,8
  224:16 236:19 242:20
  268:10 276:7
**knives** 127:8 195:3,9
**knock** 90:7
**knocked** 123:4 160:2
**knock-down-drag-out**
  94:17
**know** 11:24 15:12 18:2
  18:16 22:7,8,9,10,19
  22:20 30:11 33:17
  40:7 41:23 42:17 45:8
  45:17 55:3 64:17,21
  66:6,10 68:18 69:8
  73:8,12,14,20,23 74:2
  74:14 75:1,4,5,6,15
  75:16,25 76:3,7,8
  77:7,8,10,19,22,23
  78:19,23 79:21,23,25
  80:21 81:13,19,22,23
  82:1,11 83:8,11 84:20
  86:14 87:14,24 88:8
  89:7,14 90:19 94:8
  97:10 98:20,23 99:16
  99:23,25 103:25
  104:11,12 106:20
  108:13 109:18 110:6
  110:9,17 111:5,13
  112:7,16 113:5 114:9
  114:14 115:25 119:1
  119:7,9 120:23
  121:12,19,20,20,25
  122:1,3,3,8 123:15,24
  124:1,9,11,12,17
  126:15,16,20 127:1,5
  127:6 128:16 129:11
  131:14,16,22,24,24
  132:7,12,16,17 133:1
  133:13,17,18,19
  134:6 135:23 136:7
  136:16 137:5,7
  138:11 139:10 140:14
  140:23 141:11,12,14
  141:21 142:1 143:3,7
  143:11,12,14,15
  144:5,6,17 145:20,23
  146:2 147:16,21
  149:1,10,18 150:10
  150:18 151:4,5,9
  153:11,13,18,19

154:9 155:5,8,19
  156:8,19,22 158:24
  159:5,6,10 160:9,10
  160:11 161:19 162:12
  162:15 163:14 164:8
  164:9,11,13,20 165:5
  165:7,23,23 167:6,20
  167:21,24,25 169:7,9
  170:7,10 171:6,24
  173:11,17,21,23
  176:4,21 178:7,8,19
  178:20 179:4,12,22
  180:14,15,16,16,18
  181:10,13 182:4,6,7
  182:13 183:7,10,12
  183:14,19 184:5,6,7
  184:16,17,18,20,23
  185:3,7 186:18,20
  187:4,23 188:3,6,13
  188:19,20,21,21
  189:2,5,7,10,10,19,19
  189:20,21,23,25
  190:2,6 191:1,19
  192:5,12,16 193:25
  194:3,12,15 195:16
  196:10,14,15,20,22
  197:3,4,12,12,24
  198:7,9,15 200:10
  201:2,7,21,23 202:3,6
  202:20,22,23,25
  203:7,11,25 204:24
  205:10,12,14,21
  206:3,7,15,17,19
  207:7,15 208:7,8,14
  208:15,18 209:1,8,10
  209:11,12,20 210:8
  210:12,13,14 211:24
  211:25 212:15,15,25
  214:9,14,24,25
  215:24 216:4,13
  218:6 219:18 220:4,8
  221:13 222:3,9,11,14
  222:20,20 223:3
  224:9,10 225:9,10,12
  225:17,19,25 226:21
  227:4,12,15,22 228:1
  228:8,15,18 229:1,4,5
  230:21,22 231:1,10
  232:4,6 233:1,5,14,17
  233:18 234:20 235:16
  235:24 236:2,3,24
  237:24 238:15,25
  239:3,7,9,11 240:9,13
  240:13,16,16,21,23
  241:7,11,20 242:14
  243:2,10,10,12,13,13
  243:15 244:6,13,13
  245:11,15,18,23,24

245:24 247:2,24
  250:6,9,9 252:9,10,12
  253:3,19,22 255:2,5
  255:11,25 257:13,14
  257:19,22 258:4,18
  258:20,21 259:10,11
  259:12,14,15,16,25
  260:14,18 262:3,6,7
  264:10 265:2 266:3,8
  266:8,10,12,24 267:1
  267:6,20 268:6,7,8,9
  268:10,24 269:11
  270:7 273:4 275:19
  276:9,14,21,23 277:1
  277:3 278:2,24 279:4
  279:21 280:14,16
  281:18 282:1,16
**knowing** 198:13
**knowledge** 88:10 104:9
  140:12 173:8 229:14
**knows** 29:24
**Knox** 51:7

**L**

**label** 127:10
**lack** 102:1
**lady** 188:10 213:3
**landline** 175:3,5,13
**landlord** 192:4 194:1,2
**Landon** 54:20 58:6,7,8
  58:21,23 246:18,25
  247:4
**Lane** 223:16
**laptop** 79:2,4
**large** 211:5 284:22
**Larry** 98:22
**lasted** 256:15
**late** 146:11
**laughed** 267:22
**law** 51:21 127:15
  281:15
**lawnmower** 180:4
**lawsuit** 6:12 85:24
  166:5,7 228:3 242:21
  262:12 275:6,19
  276:10,21 278:16
**lawsuits** 85:21 88:13
**lawyer** 163:24 164:2
**lay** 116:12
**laying** 144:20 146:1
  258:8 264:6
**leading** 269:15
**learned** 178:18
**learning** 227:24
**leases** 97:20
**leave** 9:16 33:19 48:16
  48:18 51:11 111:23
  126:7 129:6 137:14

137:15,23 158:21
163:5,6 226:12
231:17 232:20 233:7
**leaving** 158:6,7 167:8
232:15
**left** 27:16 33:13,15 34:1
42:22,23 51:12 62:13
66:1 72:17 80:15
111:25 126:16 127:18
133:23 135:20 141:22
152:25 153:24,24
157:16,18 165:6
170:15 194:12,14,19
207:8 232:17 235:14
248:15
**legs** 185:14
**letters** 271:16
**let's** 39:25 64:17 72:25
82:16 86:9 93:8
155:25 198:7 220:22
232:6,7 234:17 235:1
257:5,5
**license** 86:13,23
**Lien** 102:22 103:5,14
104:11 178:15 187:13
187:17 189:1,8,12
195:14 197:22
**Lien's** 103:20
**life** 8:21 31:14 84:16
100:24 101:8,11
104:17,19 118:17
124:2,5 127:7 134:18
157:5 166:13,21
173:9 174:18 181:24
193:8 199:24 200:3
223:25 224:4,7
226:13 227:25 231:23
258:24 263:10,14
266:1 282:7,12
**lift** 179:5 202:25 203:1
**liked** 76:14
**limit** 179:8
**limited** 183:18
**limits** 179:11
**Linda** 84:4,13
**line** 248:10 259:17,19
261:6 285:5
**lines** 173:22 225:8,16
226:2,18,25 227:8
228:5 231:9,14
233:20 234:13 240:14
**Lisa** 71:7
**Lise** 4:11 5:15 284:4,22
**list** 9:7 10:4 18:9,12
217:22 218:6 220:9
**listed** 9:7 218:10,11
219:17
**listened** 203:3

**literally** 186:10
**litigation** 13:4 168:21
226:20 241:14,17
278:19
**little** 6:25 7:18 10:12
21:8 24:21 30:19
44:13 45:8,9 51:16
56:19 62:12 64:18
65:5 71:2 73:1 77:24
82:16 94:13 112:17
116:13 146:2 147:18
150:19 154:5 170:21
173:23 179:20 193:10
194:3 197:2 256:18
256:22 262:10 268:22
268:23
**live** 13:1 20:25 27:8
35:11 36:21,23 43:23
54:16 64:14 71:2 72:5
78:11 85:7 105:23
136:3 191:2 193:2
194:22 278:11
**lived** 16:12 21:8,10
23:8 24:16 37:10
63:25 70:18,22 72:6
74:18 81:19 84:17
157:11,13 173:4
192:17 223:2
**lives** 19:23 21:1 25:23
30:7,8 54:14 136:5
**living** 19:19,22 21:17
21:23,25 28:10 29:20
43:19 50:17 63:18
64:4,7,9,12 67:8,12
72:2,14,20 73:20 74:3
74:17 81:12 83:12,19
91:22 92:1 95:23 96:5
118:5 208:20 275:1,9
276:3,6,18
**LLC** 1:15
**LLP** 2:5,10
**loan** 217:8
**loans** 49:16
**located** 152:2
**location** 97:2 100:9
**locking** 265:3
**Logan** 190:19
**Logan's** 195:9 247:22
248:8,15
**lonely** 62:9
**long** 7:22 12:3 23:24
24:11,15,19 34:6
37:16 38:14 40:6,11
40:18 41:22 42:20
43:13 45:23 46:4
47:12 52:5 55:23
62:19 64:14 65:16,18
67:21 68:23 73:23

74:2,22 83:14 85:7
86:16 91:10 117:16
127:24 130:11 136:12
136:14 148:1 150:3
172:8 191:7 232:14
232:16 236:22 245:24
246:20 250:4 278:4
**longer** 9:11 24:14
265:24
**look** 106:23 111:6
154:18 203:14 216:22
224:12 237:8,10,16
237:20,23
**looked** 69:16 91:1
99:25 110:22,23
112:8 237:3,13
260:16
**looking** 210:8 216:12
237:25 263:24
**Lortabs** 111:7
**lose** 70:3 120:6 265:19
**losing** 128:16
**loss** 274:2 282:5
**lot** 55:18 78:13 175:22
184:20 191:19 192:9
200:22 207:23 209:20
224:18 231:3 244:14
252:20
**loud** 238:2,5,7,9,11
**love** 224:1 266:6,11,13
266:14
**loved** 76:12 134:7
268:1
**LPN** 49:11,13
**luck** 223:25
**lump** 107:2
**lunatic** 145:18
**lunch** 126:17 220:15
235:4 267:3

___

**M**

**M** 3:1
**mad** 159:1,2
**maiden** 20:21 208:16
**mail** 139:14 140:10,11
254:5
**mailed** 169:24 240:18
240:19
**main** 88:1 152:3
**maintaining** 104:20
**major** 187:9
**Male** 48:11,12
**mama's** 160:15
**man** 23:15 159:10
167:22
**managed** 145:25
**manager** 65:3 96:24
97:2,3,4,5

**managers** 97:1
**Manchester** 19:13,15
20:4 21:1 43:24 44:11
47:1,6 50:7,8 53:2,14
54:11 55:13 56:13,14
63:23 65:9 67:13
73:25 74:1,3 87:11
97:4,6 100:10 136:6
140:19,22 148:19
277:8 278:12
**manila** 10:12 171:10
229:11 235:17
**March** 27:14 37:5
64:24 65:23 91:18
92:22 93:20,21
175:25 219:11 232:18
241:24,25 251:21
**Marcrom's** 140:16,18
140:20 254:5
**margaritas** 247:20
**Marie** 6:9
**marijuana** 80:3
**marital** 211:23
**mark** 108:15 198:17
204:5 210:17 220:22
225:2 226:5 244:13
**marked** 5:3 8:25
198:20,23 204:8,15
210:20 216:18,20
221:1,3 225:5 226:3,8
**Marketing** 5:8
**mark-ish** 107:8
**marriage** 23:12,14 24:6
96:16 109:11 141:9
164:10
**married** 6:22 13:18
14:3,25 15:1,1,4,4
17:12,14 22:3,7,9,11
22:18,20 23:2,11,24
24:11,13,20 27:24
35:4 37:14,17,19,23
60:16 83:14 114:5
**marry** 23:19 24:8 60:8
**Mary** 43:22 83:25
277:7
**Matt** 5:23
**matter** 284:13
**Matthew** 2:9 28:9 29:9
**Matthews** 4:12 5:15
284:4,22
**ma'am** 146:10 150:14
217:21
**McClain** 78:7,9,17
79:14
**McMinnville** 49:2,4
**mean** 15:24 45:3 55:17
76:5 77:7,15 78:2
81:18 94:15,22

103:14 104:8,18,21
108:13 109:18 111:3
111:15,16 112:5,10
123:2 133:4 142:1
147:17 149:23 153:9
153:12 155:13 164:14
165:7 166:17 174:15
175:16 176:21 179:21
180:17,19 182:11
183:16 186:22 187:8
188:20 189:5 190:7
196:3,14 198:15
205:22 206:20 207:24
207:25 212:4 213:12
221:18 222:4,13,20
225:1 228:3 231:20
237:17 238:8 243:8
243:10 245:11 249:3
252:7 260:2 267:1,5
267:23 268:23 273:23
282:6
**meanings** 274:5,8
**means** 18:25 157:12
**meant** 117:12 141:23
158:14 215:3 221:16
260:12,15
**Medicaid** 41:1
**medical** 50:7,8 56:13
110:25 111:3 139:23
140:1 177:19 178:5
184:12,14 200:2
258:22 259:1 262:21
281:17
**medication** 89:10 112:3
139:6,9 198:3 201:20
201:22 202:2,10
254:17 256:25
**medications** 77:21 92:3
96:13 110:18 111:23
112:14,20 140:9
181:6 197:8,9 256:13
**medicine** 11:13 196:4,5
197:1
**meds** 110:17 198:7
**meet** 11:21 12:4 27:4,6
55:14 118:24 119:20
149:19 201:11 267:2
**meeting** 12:1 16:13
88:8 89:6 131:19
144:10,11 158:5
**member** 152:7
**members** 118:23
119:16 217:7
**membership** 152:6
**mementos** 18:8
**Memphis** 30:11
**mental** 89:8,11
**mention** 180:24 181:1

214:4
mentioning 180:22
mess 131:10 163:1
  191:24
messed 220:12,13
met 6:10 22:20,23 27:5
  27:11 34:24 35:1 37:4
  55:20 56:11 62:24
  65:3,6,22 67:1 73:24
  74:4,16 79:20 81:7,8
  82:10,11 152:17
  175:25 188:10,16,20
  266:25 268:8 270:19
Michigan 19:23 72:18
middle 46:7,7 50:21
  71:21 204:23 219:5
milestone 252:7
military 38:1,17,20
  81:1,3
milk 186:3,10,11
mind 111:19 167:19
  192:21 208:1
mine 67:18 164:19
minimal 118:6
minivan 118:10,12
  165:16
minute 23:21 59:21
  134:21 210:23
minutes 108:7 130:3,11
  151:10 168:10
missing 224:25 225:1
  227:1 231:14 233:20
  234:13
misstatement 252:2
mistake 66:8
mistaken 215:23
mixed 94:24
mode 206:19,21 207:16
Model 215:14
mom 110:9 113:25
  115:24 116:6 144:10
  144:11 145:21 147:22
  166:16 170:17 173:19
  213:14 219:8 225:9
  270:4
moms 122:25
mom's 84:1 147:14,18
  160:3 213:4 231:4
  237:12 238:20
Monday 48:1 197:4
money 24:2 38:18,19
  70:3 93:3 106:16,18
  118:23 119:13,19
  150:12,19 152:19
  157:25 161:25 164:1
  164:7,7,8,14,25
  165:16,19 167:14
  210:1 211:6 223:20

223:21 260:24 272:12
Monroe 23:8 276:7
month 27:12 56:22
  62:4 65:20 68:2 70:8
  87:13,20 223:20
months 15:21 24:1
  43:15 44:21 45:4,4
  67:2 68:24 69:8 85:8
  91:6 107:18 117:18
  120:3,5 121:5,11
  231:19 233:3 235:22
  235:23 239:10 242:11
  268:25 271:2 272:22
mood 119:25 122:13
moping 167:5
morning 6:6,7 9:9
  66:17 130:7 132:4
  144:3,4,14 148:2
morose 120:11
mother 12:23 17:6
  19:20 20:5 22:1 29:22
  36:20 43:16,18 50:17
  65:4 71:6 75:16,17
  77:17 79:5 81:14
  84:19 88:9 132:25
  133:25 134:4,19,20
  136:5 143:25 144:13
  144:18 146:17,22
  147:7 149:7,21
  160:21 169:15 170:13
  170:22,23 192:8
  194:22 199:10 213:9
  217:10 219:20,24
  220:4 225:11,16
  226:1 227:5,13
  228:25 229:3,17
  230:19 233:10 236:14
  236:25 240:18 241:1
  276:4
mother's 19:16 83:22
  84:5,7 160:18,19
  165:19 213:20 238:21
  239:21 265:6,7,9
  280:5
mother-in-law 196:9
  229:20,22 230:10,13
  234:4,9 239:14,24
  240:19 241:1,2,6,11
  242:16
mother-in-law's 239:20
motion 179:17,19
  183:18
motive 231:8
Mountain 13:2 15:15
  23:7 275:4
move 19:14 37:8 54:25
  55:2,4 56:24 62:15
  65:11 67:17,17 68:14

68:21 147:13 179:6
  244:8,9,11,24 245:1
  250:24 251:24
moved 19:7 20:8 27:15
  44:7 47:25 57:4 62:11
  62:12,23 63:6,9,12
  64:24 65:10,17,19,21
  67:19 72:18 73:11
  74:10 81:17 93:5 96:2
  128:2 147:19,20
  244:15 245:15 251:3
  251:8,9,20 252:13
moves 34:18 37:15 38:7
  42:14 51:2 57:22
  80:18 81:10,16 82:8
  105:17 120:19 123:14
  127:23 128:3 131:13
  133:9,14 155:6
  167:11 172:20
moving 20:2,4,11 65:8
  68:14 99:5,8,10
  116:18 185:14 245:21
mow 180:3
Murfreesboro 4:4
  64:10,12 67:24 68:5
  74:4 95:24 96:3
  103:17 195:19 197:16
  198:12 199:16 241:23
  264:3
music 76:12
mystery 233:16

─────── N ───────

N 2:1 3:1,1
name 5:5,10 6:8,11
  12:24 13:19,25 16:24
  17:8,9 20:19,21 25:9
  25:11 43:21 45:10
  49:6 52:10,12,13
  54:21 71:7 84:8 85:5
  103:10 135:5,24
  136:7 138:8 148:22
  149:3 152:11 155:5
  173:3 208:16 213:23
  220:1,2 223:13
  226:15 246:8,19
  264:17 271:5 277:11
  277:21 280:6
named 23:15 127:21
names 14:15 16:18
  143:17
Narrative 199:15
Nathan 5:5
National 38:21 39:11
  39:12
nature 8:16,16
neck 90:20 103:15
  104:10,13,16 117:13

need 7:8,17,21,24 11:24
  44:4 51:25 91:12
  108:3 117:24 182:3
  204:11 210:14,15
  234:23 242:16 274:11
needed 45:21 102:9
  116:6 183:8 190:7
needs 85:2
neighbor 125:15
neighborhood 59:24
nephews 16:10
Neurontin 5:8 11:1,10
  11:10,17 195:25
  196:2,9,11,18 198:11
  202:3,13 203:8,12
  241:17,24 242:10
  252:23 253:3,4,12
  254:20,25 255:6,14
  255:15,17,22 256:5,7
  257:12,23 258:23
  259:21 262:4,8
  271:13 279:13 280:20
neurosurgeon 102:22
  103:6 187:14
never 26:5,16 38:9
  60:14 63:25 75:17
  80:5,10 85:25 86:5
  98:15 109:15,21,23
  112:5,8 123:21,23
  146:24 154:22 157:9
  157:14 158:4 162:16
  163:25 165:8 166:8
  166:23 176:16,19
  179:21 182:22 185:9
  194:14,15,17,19
  196:25 201:15 205:19
  215:11,16 221:16
  224:11,11 238:12
  247:6 268:16
new 1:1,2,4 2:6 4:5
  27:10 62:8,17 196:5
  223:15 235:17 244:2
  246:3 247:9,17,19
  248:18,21 249:20
  250:4,5,14
Newburgh 2:6
newer 156:17
nieces 16:10
night 46:19 48:25 95:1
  129:7,8,15,19,20
  133:7,8,13 144:2,12
  146:20 147:10 160:1
  200:12 233:13 248:8
  265:9 279:4
nights 117:1 160:2
  263:17
Nightshift 47:24
nine 85:8

nods 7:4
noneconomic 281:16
noon 132:7 133:24
  170:16
normal 7:7,11 58:3,4
  58:19,20 63:11 80:16
  94:7,15,15 131:25
  180:14 207:5
normally 7:15
north 47:7
Notary 4:12 284:5,22
  285:24
note 3:10,11 9:21 10:14
  171:1,2 172:1 201:19
  217:8 220:25 221:4,7
  223:4,10 224:2,19,25
  225:5,18 226:9,15
  228:5,23 229:18
  233:18 235:14 238:6
  238:12,14,16 240:1
  242:17
noted 284:8
notes 9:13,20 284:10
notice 3:7 5:2 9:1 112:1
  116:15 119:23 120:5
  120:8 121:6,11 134:9
  190:16
noticed 112:12 116:25
  185:9 269:7 270:22
noticing 134:12
November 6:23 7:1
  15:19 88:4 105:21
  108:11 183:21,22
number 13:8 82:23
  136:23 168:17 175:7
  200:20 235:7 274:8
  282:7
numbers 107:5 109:19
  175:18 199:1 200:19
numbing 185:6
numbness 180:5
nurse 110:22 181:9
  189:7
nursing 35:18,20 36:12
  48:19,21 49:24 50:22
  71:11 93:6 107:25

─────── O ───────

O 3:1
oath 8:3 233:15
object 248:10 256:17
  256:17
objection 86:10 87:2
  202:5,15,18 206:2
  209:18 210:11 228:7
  228:9 233:21 273:20
  273:25
objections 4:9

**observed** 235:5
**obviously** 11:25 176:19
  212:4 275:5
**occasion** 156:14 201:11
**occasional** 186:19
  198:6
**occasionally** 32:16,17
  183:23 198:4
**occurred** 204:17
**October** 68:11,12,17
**Offense** 3:8 198:20
  199:1
**office** 5:23 10:7 56:7
  152:3 174:1 203:19
  230:11 245:9 246:16
**officer** 55:11 174:8
  200:18,19 237:3
  238:18 276:18 280:8
  280:12
**officers** 56:4 138:2
  143:17 174:9 200:20
  202:9 203:20 208:11
  253:1
**officially** 252:13,13
**oh** 16:14 35:14 36:23
  41:15 61:23 67:18
  82:6 91:24 99:10
  111:8,25 112:11
  115:14 126:21 127:19
  128:7 132:21 136:19
  142:11 155:19 160:15
  162:1 173:4,21
  184:17 206:11 234:20
  234:25 264:21 267:22
  278:15
**Ohio** 19:4,6 20:3,9
  28:13
**okay** 5:17 6:19 7:9,19
  7:25 8:13,24 9:22,24
  10:1,8,18,24 11:8,12
  11:15,20 12:3,7 13:7
  13:10,15 14:6,14,17
  15:8,17 16:1,5,18
  17:1,24 18:11,14 20:2
  20:10,16,23 21:15
  22:6,17 26:14,20 27:3
  28:1,14,25 29:17,20
  30:18 31:13,21 32:10
  32:18 33:1,23 34:3
  35:1,4,8 36:4,10 37:1
  37:4 38:8,19 39:12
  40:13,24 41:10 42:5
  43:19 44:10 45:12
  46:6,9,17 47:9 49:8
  49:13,15 50:3,11,20
  50:23 51:3,10 53:9,12
  53:19,22 54:8 55:10
  55:14,20 56:5 57:9

58:13 59:11 60:5,13
  61:16 63:20 64:3,14
  65:6,10,11 66:19 67:4
  68:9,13,18,21 69:15
  70:25 71:17 72:14,23
  73:9 74:12,22 75:11
  75:20,23 76:1,8,13,18
  76:22 77:2,11,14,23
  78:1,21 79:9 80:7,9
  80:14,21,24 81:5 82:1
  82:14,17 83:11,15,24
  84:2,7,22 85:20 86:25
  88:12,21 89:3,6 91:4
  91:7,17 92:12,19,25
  93:10,16,23 95:3,19
  96:9,12,25 97:19,24
  99:19 100:2,6,20,24
  101:11,20 102:5,7,13
  102:17,23 103:8
  104:6,23 105:20
  106:11,20 107:23
  108:18,25 109:10,20
  109:23 110:13,17,20
  110:24 111:2,5
  112:12,18 113:22
  114:7,14,21 116:2,15
  116:23 117:2,24
  118:4,22 119:3,15,22
  120:4 121:18 123:15
  124:7,10 125:21
  126:9,12 128:18,25
  129:14,22 130:1,18
  131:2,19 132:5,9,12
  132:23 133:23 136:1
  136:12 137:18 139:4
  139:15 140:5,18
  141:7 142:3 143:9,16
  146:18 147:8 148:1
  149:16 152:10,19
  153:16,23 154:2,16
  157:2,16 161:3 162:4
  162:17,23 163:10,13
  163:19,23 164:17,25
  165:11 167:18 168:9
  168:11,13 169:6,19
  170:4,7,22,25 171:20
  172:1,3 173:11
  174:16 175:15 176:24
  177:8 178:15 179:1,3
  179:9,16 181:2,9,21
  183:21 185:1,9,18
  187:7 188:3 189:11
  189:25 190:19 192:21
  193:1,5 194:18,24
  196:22 197:6 198:1
  199:6,24 200:14
  201:18 202:1 204:4
  205:4 206:18 207:9

208:16 209:3 211:3
  212:3 213:24 214:15
  214:21 215:14 216:10
  216:14 217:1,5 218:5
  218:9,17,23 219:9
  220:14 221:16 222:1
  222:7,9,19 223:7,9,18
  223:23 224:18,24
  225:14 226:1 229:23
  230:24 231:16 232:25
  233:9 234:17 237:15
  237:19 238:3 239:12
  239:22 240:4 241:3
  242:1,4,25 245:7,20
  246:1 247:3,8 248:4
  248:20 249:8,13,15
  250:2,16,17,23 251:9
  251:14,20,23 252:22
  253:10,14 254:1,16
  257:4,7,8,11,21 258:2
  258:10,22 260:2,8,17
  260:20 261:4,24
  262:3,7,21 263:8
  264:4,8,15,19 265:13
  268:10,18 269:1,4
  270:21 273:16 276:6
  277:4 278:9,11
  279:11 280:18 282:21
**old** 4:3 17:1 19:2 20:1
  22:17,19 23:22 25:13
  28:5 29:18 30:1 61:2
  62:21 73:11 156:19
  158:11 219:7 244:12
**older** 14:22 20:23,24
  30:2,3 266:18,22,23
**once** 21:4 22:4,4 78:19
  87:13,20 174:5,7
  182:4 184:5 188:21
  208:24 270:15
**ones** 45:15 102:20
  174:10 255:19
**one's** 133:16 157:15
**ongoing** 266:1
**onset** 101:25 177:23
**open** 45:18 121:14,15
  167:8 199:19 260:7
**opened** 100:6
**opinion** 179:2
**opossum** 125:4
**opted** 53:25
**order** 211:6 254:5
  284:14
**orders** 202:24 253:17
**origin** 177:19 178:13
**original** 9:22 73:17
  93:4 171:21,23,24
  213:19
**originally** 19:17 73:16

**outcome** 84:22
**outset** 8:18
**outside** 121:23 122:1
  122:12 126:13 146:13
  167:9 260:21 270:2
  280:3
**out-of-pocket** 281:19
**overtaking** 180:20
**owed** 119:13
**owned** 213:9
**O'Donnell** 2:10 5:21

**P**

**p** 2:1,1 47:25 50:12
**page** 3:3,7 9:6 172:10
  172:11 200:16 203:14
  216:23 285:5
**pages** 284:10 285:3
**paid** 43:7 49:19 100:22
  106:19,25 107:2
  118:10,12 161:5
  217:14,24 218:8,10
  219:2,2,15 262:22
  263:4,6 272:25
**pain** 101:25 104:18
  112:2 139:6,9 178:13
  180:13,17,22 185:13
  195:13 262:5
**paint** 131:20,21 132:2
  139:3 144:14,15
**painting** 162:14
**pair** 194:10
**pajamas** 131:6
**panic** 206:19,20 207:16
**panicked** 208:12
**panties** 194:10 232:21
**paper** 150:25 163:25
  193:10
**paperwork** 137:12
  138:14
**paragraph** 211:3
**paramedics** 200:25
  201:6
**paranoia** 259:15
**paranoid** 259:23 260:3
  260:5,6
**parent** 190:20
**parental** 29:10
**parents** 12:21 19:18,24
  136:3
**park** 66:22 145:14
**Parke-Davis** 1:12
  271:20
**Parkway** 4:4
**part** 84:16 101:22
  116:9 118:10,13
  140:2,3 165:15,18
  224:9 233:19 238:4

238:10 284:16
**particular** 177:22
**parties** 5:13 284:12
**Partners** 2:5 5:18 10:22
  13:9
**party** 85:23
**part-time** 48:23 49:25
  55:24 105:6
**passed** 13:17,23 16:21
  19:20 34:5 36:22
  50:21 52:2 79:18
  83:14,18 111:1
  156:13 254:20
**passing** 17:22 201:13
**pastor** 277:16
**Patsy** 84:9,10 199:7,10
  199:17 200:18
**Paul** 13:20,21 14:10,20
  16:6
**pause** 7:18
**pay** 26:7 28:17 49:16
  49:18 105:24 111:16
  150:16 165:16 257:19
  164:22 165:9
**paycheck** 98:2,3 164:20
  164:22 165:9
**paying** 93:7,7 110:21
  139:22 164:11
**payment** 70:1 107:12
  165:4 213:20 214:12
  219:20
**payments** 106:2,13
  107:18,20 118:6
  162:1 263:7
**payout** 161:23 273:6
**pays** 28:21
**Pell** 49:19
**Pence** 54:22,24,25 60:2
  62:1,7 70:23 72:2,19
  172:18 243:1 244:2
  248:16,21 250:11
  251:20 266:6,16,23
  273:17 276:18
**Pence's** 60:19 248:17
**pending** 7:23
**penis** 185:10
**penny** 150:17
**people** 57:14 64:20
  70:21 74:6 78:22
  97:13,16,21 114:1
  156:23 166:12 174:14
  174:15 189:8 200:23
  212:23 231:3 244:6
  244:14 245:15 246:5
  247:25 278:25 279:12
  279:25
**period** 41:5 79:8 87:19
  92:22 94:10 107:1
  112:9,15 118:24

121:5 163:11
**periods** 40:20
**permitted** 197:22
**person** 70:15 187:25
230:17
**personal** 8:15 18:4
101:17 217:22
**pet** 114:16 145:5
**petition** 3:9 210:20
212:7,8
**petitioner** 211:1
**Pfizer** 1:11 5:9,22 6:11
271:12,12
**pharmacy** 140:15
**phase** 94:8 95:20
**phases** 69:9
**Phenergan** 201:20,21
**phone** 122:24 125:18
126:6 145:12 174:17
174:21,21 175:6,18
199:25 205:9 206:25
263:23 271:15 276:1
**phones** 175:4
**physical** 57:16 117:5
**physically** 33:21 90:24
158:19 216:5
**physician** 92:14
**pick** 141:4 162:13
186:10 239:2 278:22
**picked** 18:17 163:17
227:17 229:7 238:17
239:18 240:11
**picking** 50:14 116:16
**picks** 226:14
**picnic** 66:22 67:1,4
**Pictures** 18:13
**pie** 130:12 131:15
133:25
**piece** 149:8 245:17
**pill** 11:4 111:9 196:12
196:16,17,18 197:2
255:11,14,15,16,18
255:23 256:6 257:15
257:24
**pillow** 194:11
**pills** 258:7 263:20
**pistol** 216:1
**Pitch** 147:24
**pitched** 245:16
**Pizza** 54:3
**place** 1:5 27:8 44:7,18
52:10 67:16,25 68:10
72:17 110:1 216:6
276:7 279:15 284:7
**placed** 179:4
**places** 96:1 254:6
**plaintiff** 1:3 9:3
**plaintiffs** 1:7 2:3 5:19

**plan** 38:16
**planned** 69:18
**planner** 197:3
**planning** 68:14 162:11
162:13
**plans** 51:4 60:8 113:6
113:11,16 163:19
165:21 262:17
**plate** 128:19 130:11
133:24
**play** 76:10,10,23
114:10 116:1
**played** 190:21 224:9
**playing** 145:9
**please** 6:8 8:13 134:21
143:8 201:5 210:16
210:18
**plot** 149:14
**plough** 266:2
**point** 39:1 41:4 74:25
81:20 95:21 106:11
106:16,24 111:17
112:24 113:9 117:7
122:18 126:10 145:19
156:3 169:14 174:14
174:25 175:1 181:12
189:5 193:1 195:22
215:18 219:10 229:17
231:25 237:23 243:7
245:3 257:25 258:5
259:6 265:6 270:13
**police** 55:11,13 208:21
209:1 220:3 226:23
235:15 238:17 240:1
**policies** 101:15,18
**popular** 140:21
**Port** 19:4
**position** 163:3 219:9
**positive** 17:19 102:6
105:1 187:19 188:12
261:14
**possession** 217:23
219:19 254:19
**possessive** 268:12,14
**possible** 169:22,25
170:1 202:12,17
209:13,15
**possibly** 118:6 225:12
259:13
**pound** 203:1
**pounds** 203:1
**practice** 110:7 123:18
**Practices** 5:9
**precluding** 211:8
**pregnancy** 250:20
252:21
**pregnant** 248:22,25
250:3,15 251:6,15,18

**premises** 137:20
**prepare** 11:21
**prescribed** 253:15
256:12,14,25
**prescription** 117:8
140:6 254:8,20 256:8
256:10,14 257:3
**prescriptions** 139:11,13
141:1 203:9 253:19
254:3
**press** 42:12,13
**pretty** 32:11 57:4 62:7
62:7 67:11 93:3
162:25 168:25 180:10
245:19 252:6
**prevent** 227:23
**previous** 9:4 129:7
**pride** 158:20
**primary** 103:8
**print** 261:16
**Printing** 42:12
**prior** 15:18 16:13 17:21
32:8,10 39:19 76:5,18
88:7 89:6,13 90:16
91:17,19 93:1,14 94:5
113:23 120:4 151:14
152:8 156:6 176:3
177:6 198:11 243:16
**probably** 21:5 21:4
22:25 26:1 27:14 34:7
40:12,19 46:5 47:18
47:18 56:19 60:18
72:4 85:8 97:10 104:4
130:6 132:7,18,25,25
135:17 137:5 168:24
174:10 195:11,15
198:6 225:22,24
231:19 235:20 236:18
242:19 251:19,22
266:25 270:4,14
275:16
**probation** 192:8
**problem** 141:8 269:11
269:12
**problems** 51:19 53:17
53:19 76:2 182:20
186:15
**Procedure** 4:6
**proceed** 5:16
**proceeding** 220:7
**proceedings** 163:8
284:9
**produced** 226:19
**professional** 258:23
259:2
**profit** 69:23
**program** 49:9
**progressed** 69:10

**promised** 131:21
144:15
**pronounce** 274:24
**proof** 151:7 153:10
**property** 217:2,22,22
**protect** 240:15
**proud** 265:22
**providers** 178:4
**psychiatric** 77:6,20
**psychiatrist** 190:13
**psychological** 189:13
**public** 4:12 40:24 284:5
284:22 285:24
**pull** 55:16 110:25
**pulled** 86:12 127:3
143:21 145:13
**pumpkin** 130:12
131:15
**purchase** 153:8
**purchased** 153:7
**purpose** 274:20
**purposefully** 209:25
**purposes** 4:5
**push** 158:7,8,15 159:12
**pushed** 145:19 158:4
158:16
**put** 18:17 93:8 115:19
145:14 152:20,20
153:14 162:25 181:6
192:8 193:14,15
211:22 214:11 218:2
237:17 257:16 260:24
282:6
**putting** 165:1 167:15
181:6 213:23
**p.m** 283:1
**P.O** 2:6

------

**Q**

**Quad** 157:11
**quality** 263:10 282:12
**quarter** 93:25
**question** 7:22 83:5
177:11,13,16 178:23
209:22 256:18 267:13
271:19
**questioned** 173:18
**questioning** 248:11
**questions** 4:10 6:15
174:4 177:15 221:12
268:11 274:20
**quick** 183:9
**quit** 232:7
**quite** 186:2 248:12

------

**R**

**R** 2:1 284:1 285:1,1

**raccoon** 125:4
**raise** 37:1
**raised** 19:5 20:3 57:14
**Ramadol** 201:23
**ran** 77:23 139:8 188:21
**Randolph** 84:11 199:7
199:10,18 200:18
**Randstad** 45:11,16
**Randy** 244:19,19 246:4
246:18,22 267:18
**Randy's** 246:8
**range** 179:17,19 183:18
**rashes** 185:10
**raving** 145:18
**reaching** 174:20
**reaction** 32:3
**read** 171:11 211:16
227:12 228:17 231:14
238:2,5,7,8,10 240:2
261:6,9,18,25 285:2
**reading** 4:14 199:14
224:2 228:17
**ready** 117:25
**real** 126:25 227:24
**really** 15:24 56:8 66:11
75:17 112:24 117:13
141:15 149:17,23
159:10 190:18 191:24
212:11 231:13 235:25
**rear** 199:21
**reason** 7:25 8:7,10
86:22,22 88:2 93:4
140:20 158:7 178:2,4
178:10 205:25 207:17
214:10 219:16 223:12
227:24 254:13,18
**reasonable** 224:6
**reasons** 212:24
**recall** 10:17 45:3 69:2
153:21 186:7 237:2
256:4 280:1
**receive** 18:3,7 101:4
272:6 273:11
**received** 89:7
**receiving** 198:11 272:9
272:15,21
**receptionist** 189:6
**recess** 82:21 135:1
168:15 274:15
**recognize** 210:22
**recommended** 195:2
**reconnect** 160:12
**reconstruct** 235:13
**record** 82:20,25 86:21
115:13 134:25 135:3
143:20 168:14,19
203:7 235:3,9 256:9
257:3 274:14,17

283:2
**records** 18:15 91:1,12
 110:25 111:3 153:22
 177:19 181:15 241:22
 253:23 254:2,7 257:6
**redeposited** 151:12
**reduced** 109:5 118:8
**refer** 222:2
**reference** 222:14
**referral** 187:15 189:13
 189:24
**referred** 195:13
**referring** 200:11
 203:22 221:14,17
 234:6
**refilling** 203:8
**refund** 44:17
**regretted** 224:8
**regular** 26:15 32:11
 98:1,3 100:4 245:8
**regularly** 26:3,5 29:5
 76:23 115:3,4
**rehab** 102:24,25 103:2
 103:4,7 110:11 185:2
 185:5 189:8
**rejoined** 73:18
**related** 5:22 88:19
 284:12
**relating** 6:12 11:1
 279:13
**relation** 58:20 67:1
**relations** 66:18
**relationship** 6:19 28:15
 32:11,19 34:4,17 35:9
 58:15 75:7,8 94:5,16
 117:5 158:3 159:14
 177:8 188:8 213:11
 268:5 273:17
**relationships** 273:18
**released** 148:10
**remaining** 165:3
**remark** 198:4
**remarried** 20:7 135:22
**remarry** 20:10,12
**remember** 10:11 27:13
 39:15 42:16 45:18
 46:4 47:16 52:12
 66:25 68:2 69:7 70:8
 90:9 96:23 102:16,20
 102:21 103:21 104:23
 108:23 113:2 125:7
 126:18,19 138:7
 142:9,10,20,21,23
 143:16 146:12 149:3
 150:2 153:19 157:10
 157:14 158:25 159:7
 172:6,8 173:25 174:6
 174:7,11 175:6,8,11

175:13,18 176:2
181:2 182:19 183:16
185:4,8,12,16 186:9
186:13 188:2,20
189:4,16 190:6
193:17,19 194:4
195:18,21,23 197:22
197:23,25 198:16
206:22,24,25 207:2,3
208:25 209:20 227:10
227:11 228:13,16
230:3,7 236:20 237:7
237:25 241:8 242:13
244:18,19 246:19
249:4,9 250:13 252:3
252:24 255:15 257:11
259:16 261:10,15
263:2 275:22 276:17
277:21
**remembered** 194:6
 195:7
**remembering** 81:4
 132:19
**remembers** 146:21
**remorse** 224:15
**remove** 193:20
**removed** 195:3 203:18
 240:14
**renewed** 141:2
**rent** 27:10 44:18 74:19
 93:7,7 164:11
**rented** 27:10 67:23,25
**renting** 54:12 97:20
**Rent-a-Center** 27:7
 37:6 64:25 65:7 73:24
 74:23 82:3,5 95:23
 96:22 98:24 99:13
 100:3,13 101:7,8
 105:16 106:2 113:1
 113:24 118:4 139:20
 152:9 176:2
**repainted** 165:24
**repeat** 201:4
**repeated** 123:6
**report** 3:8,9 172:17
 177:21 185:20 198:20
 199:1,6 204:8,16
**reported** 178:3 183:22
 184:12 284:9
**reportedly** 209:4
**reporter** 4:13 5:14 7:2
 8:25 136:20 198:23
 204:14 220:21 284:9
**reports** 181:14
**represent** 5:14 6:11
**reproduction** 284:16
**request** 137:18
**required** 92:21,21

**research** 11:16,17
 259:5,7
**reserved** 4:10
**Reserves** 38:20,21
 39:20
**residence** 199:19,20
 200:9
**resolution** 168:21
**resolved** 166:10 168:23
**respect** 271:19
**respond** 207:13
**responded** 199:16
**responding** 200:18
 203:20
**response** 55:22 56:17
 117:17 207:19 222:12
 224:20
**responses** 7:4,8
**responsible** 187:10,11
**rest** 132:13 219:2
 224:24
**restaurant** 40:4 213:4,5
 213:8,13,22
**restaurants** 45:13
**restaurant's** 220:1
**restrictions** 179:3
**result** 163:4 166:4
**resulted** 106:8
**retain** 84:19
**retrain** 113:17
**retraining** 113:14
**return** 112:21
**returned** 11:7 235:17
**revealed** 203:15
**review** 98:17
**reviews** 98:13 210:23
**Richard** 79:17,18
**rid** 105:1 218:19
**ridiculous** 267:24,25
**riding** 180:4
**rift** 29:8
**right** 14:19 24:13 26:17
 27:17 29:14 30:21
 31:11 34:21 35:14
 36:23 45:2 51:5 54:3
 54:5 58:16 59:23
 61:11,14 62:17,18
 65:25 67:14 77:1
 80:12 88:20 91:2 96:4
 96:7 102:12,12 107:9
 109:2 111:4 117:15
 118:18 120:23,25
 123:18 126:6 127:3
 131:4,17 132:20
 133:3,4,5 135:20
 138:23 141:19 149:25
 156:12,13 161:18
 162:16 164:8 178:14

180:15 183:6,16,19
186:5 188:14 199:11
199:13 201:25 221:24
226:24 227:2 229:13
229:25 231:15 242:5
248:7 254:6 255:3,4
259:17,19 265:21
270:11 274:12 277:13
282:15
**rights** 25:18 29:10
 212:19
**ring** 60:11
**rings** 42:10
**RMR** 284:4
**RMR,CRR,CCP**
 284:22
**road** 54:4,5,10 56:4
**Roadhouse** 247:22
**robbed** 193:25
**Rogers** 43:22 83:25
 84:4,11 277:7
**Rogers's** 84:13
**role** 84:12
**romantic** 67:5 243:22
 249:17 273:18
**romantically** 243:20
**room** 59:14 208:25
 264:23
**roommate** 74:20
**roommated** 81:24
**roots** 155:25
**rough** 108:13 109:7
**roughly** 63:17 188:13
**Route** 2:5
**row** 48:20
**Roxanne** 278:1
**rubberband** 110:15
 116:21 179:13,15
**Rules** 4:5
**rumor** 267:20
**Running** 42:13
**Russell** 23:15,17 34:4

————————————————
**S**

**S** 2:1 3:5 4:11 31:12
 284:4,22
**salary** 97:24 118:6
**sale** 158:1 216:3
**sales** 5:9 97:20
**samples** 254:11,13
**sat** 196:15 232:4
 265:16
**Saturday** 138:22
**savings** 44:14
**saw** 15:18 25:24 29:1
 60:11 99:3 132:10
 135:18 140:6 144:21
 169:10 171:17 196:25

225:14 238:14 246:2
247:16 249:15 257:22
257:23
**Saxon** 2:9 3:3 5:20,20
 6:5,11 30:15,19,23
 82:15 83:1 86:15 87:3
 115:11,16 134:22
 135:4 136:22,24
 154:13,17 168:11,20
 175:19,24 177:12,17
 198:17,22 202:7,16
 202:21 203:6 204:5
 204:12,13 206:6
 209:23 210:17,21
 216:14,19 220:14,22
 221:2 222:10,22
 225:2,7 226:5,7
 228:12,19 230:12,23
 234:10,17,21 235:10
 241:2,4 248:14
 256:20,23 258:19
 267:14 273:22 274:2
 274:6,9,18 282:18,20
 282:22
**saxon@wtotrial.com**
 2:12
**saying** 46:22 102:8
 119:13 140:20 142:11
 146:15,21 150:8
 161:18 212:18 213:25
 223:3 227:5 228:16
 232:13 233:5 256:8
 258:3
**says** 128:12 131:3
 146:10 160:15 199:15
 204:17,19 205:16
 207:9 215:5 217:8
 223:13 226:10 228:12
 254:12
**scared** 37:17 208:6,7
**scene** 138:5 171:3
 174:2 200:2,6 201:1,6
 202:4
**scheduled** 279:3
**school** 19:10 35:17,18
 35:20,25 36:2,7,12
 48:2,19,21 49:6,25
 50:22 51:19 53:12,13
 53:17 59:9 71:11
 73:15,17,18,21 76:6
 79:22 80:15,16 81:7
 86:24 93:6,9,10,17,22
 107:25 113:17 166:1
**schooling** 262:18
**Schread** 12:25 14:1,2,3
 14:9,25 15:2 274:23
**Scott** 23:15,17 34:4
 244:14

**screaming** 145:16
**Seagers** 208:17
**seal** 284:15
**Sean** 2:9 5:20 6:11
**searched** 101:17
**Sears** 119:11 217:6
**seat** 156:23
**second** 24:6 125:21
  155:11 234:18 274:10
**section** 199:14
**sectional** 90:2
**security** 43:2,3 44:21
  136:23 271:24 272:7
  273:5,8
**sedentary** 113:19
**see** 15:11 21:2 26:2
  29:4 30:24 31:1,4
  32:13 33:10 34:3
  35:10 56:3,8 60:23
  71:23 92:5,9,16 102:9
  103:8 104:10 111:6
  115:24,25 125:12
  130:16 132:4 138:10
  141:18 146:17,21
  155:22 156:10 171:2
  171:12 179:23 191:21
  194:5,24 196:16
  198:8 210:6 216:5
  227:9,10,21 238:8,11
  240:21 242:25 243:11
  248:20 249:13 250:18
  252:22 270:14 273:14
**seeing** 62:7 92:11
  227:11 246:22 247:1
  249:5,6 251:4 255:15
  256:5 257:12 270:10
**seek** 184:14 262:17
**seeking** 84:18
**seen** 9:3 26:5 60:25
  99:1 119:5 156:2
  190:12 196:10 199:3
  201:13 215:16 238:12
  249:1 255:13 258:11
  265:15 268:16
**selfish** 265:18
**sell** 69:19 156:16
  167:24
**selling** 213:21 219:4
**semester** 93:19
**send** 10:5 45:8 229:19
  230:10 234:5 238:18
  239:6 240:8 242:17
**senior** 53:10,11
**sense** 40:1 163:18
  224:19,23 231:13,21
**sent** 10:3,6,21 11:2,3
  139:13 171:18,20
  216:10 225:20 229:9

229:15,21 234:12,14
  239:23,25 240:20,22
  240:22,24 241:7
**sentimental** 18:20,22
**separate** 216:7
**separated** 26:25 94:9
  101:6 138:15 280:9
**separations** 96:10
**September** 62:5 63:16
  63:16 68:12 251:24
  256:15 257:4 258:15
**serious** 184:14
**serve** 37:25
**service** 39:10 148:15
  149:4 204:12
**services** 200:2
**sessions** 281:24 282:3
**set** 27:10 131:17 179:12
  179:14
**settle** 164:2
**settled** 139:24
**settlement** 106:9,12,25
  107:7,9 140:3 165:4
  218:25 223:19
**seven** 20:24 39:7,8,9
  147:22 175:19 197:19
  241:21 266:21,23
**sexual** 181:24 185:23
**sexually** 177:3
**shakes** 7:5
**Shamrock** 73:18
**Shanan** 1:3,21 4:1 5:11
  6:1,9 9:3 82:24
  160:15 168:18 200:5
  211:3 235:8 282:25
  285:2,21
**Shanan's** 149:12
**Shannon** 270:24 271:5
**share** 184:15 211:7,11
  214:1
**Shared** 184:1
**sheets** 194:8
**Shelbyville** 42:8 49:4
**sheriff** 10:10,10 125:13
  126:25 172:15
**sheriff's** 9:14 11:5,9
  46:1,11,23 47:10 48:4
  56:2 108:17 109:1
  124:17,24 126:22
  138:1 143:4 173:12
  198:25 203:19 204:16
  236:10 246:5,16
  271:8,9
**shift** 46:18 50:11 58:23
  137:8
**shifts** 46:17 47:23
  50:13 100:2
**shit** 142:11

**shock** 238:11
**shocked** 124:11 142:7
  149:17 159:9 166:17
  166:17
**shoot** 125:11 127:4
  142:5,15,16,19 209:4
**shooting** 141:24 167:10
  172:16 205:12
**shoots** 129:8,16
**short** 200:6
**shortly** 211:4 250:25
**shot** 137:2,2 143:10,14
  203:22 207:11,12
**shove** 31:11
**show** 33:5,14 119:18
  245:4
**showed** 89:24 124:25
  244:7
**shown** 8:4
**shows** 245:20
**sic** 37:4 73:2 176:1
**sick** 33:19,20 92:6,16
  92:18 100:21 250:10
  252:20
**sickness** 84:17
**side** 34:18,19 57:22,23
  77:3,11,15 82:8,9
  120:19,20 128:3,4
  133:14,15 155:6,7
  163:22 172:20,21
  197:7 259:11,21
**sided** 149:10 210:7
**sign** 199:24 214:9
**signature** 210:25
  216:23 284:15,18
**signed** 165:8 211:16
  212:17 214:23,24
  221:4
**significant** 18:19 186:1
**signing** 4:15
**signs** 200:3
**similar** 31:23
**single** 74:16
**sir** 6:18 7:10,20 8:1,6,9
  8:12,23 9:5,11,18,25
  10:3,20,23 11:2,5,11
  11:14,19,23 12:9,13
  12:17 13:14 14:5
  17:13,23 18:6 19:11
  20:6,15,22 21:12,25
  22:13 23:4,18 24:5,18
  24:25 25:3,16,19,21
  26:4,6,8,10,13,19,24
  27:2,17 28:12,16,18
  29:6,19,25 30:6,8,25
  31:2,15,19,22 32:9,12
  32:15,21 33:4,6,8,10
  33:16 34:5,12,16,22

34:25 35:3,7 36:3,9
  36:13,18 37:3,7,12,20
  37:22 38:24 39:23
  40:22 42:4,19,25 43:7
  43:9,12,18,20 44:1,3
  44:5,9,19 46:14,16,20
  47:15 48:15,23 49:12
  49:14,17 50:2,5,25
  51:9,14,20,22,24
  52:21,24 53:5,8,16,18
  53:21 55:7,9 56:15
  57:8 58:17,22 59:10
  59:15,17,22 60:4,7,22
  61:15,18,25 63:24
  64:2,9 68:1,7,16,22
  69:1,21 70:4,7,9,14
  70:17,20,24,24 71:16
  71:22,24 72:1,4,21,24
  73:10,13,22 74:5,8,15
  74:18,21 75:3 78:5
  79:10 80:11,13 83:7
  83:10,13,23 85:19,22
  86:5,8,8 87:1,5,9,18
  88:1,6 89:2 90:11,14
  90:21,25 91:3 92:2,4
  93:11,15 94:3,11 95:8
  95:11,13,15 96:11,14
  96:18 97:7 98:8,10,12
  98:14,19 99:2,12,18
  100:1,8,11,19 101:5
  101:10,16,19 105:11
  105:14,22 106:7,10
  107:11,17,19,22
  108:24 109:3,6,9
  110:12 113:12,15
  114:6,13 115:22
  116:3,17 117:4,11,23
  118:3,14,21 119:17
  119:21 120:10,12,14
  121:3,7 123:12 126:2
  129:2 131:1 132:11
  132:14,22 134:2,14
  134:16 136:2,11
  137:17 138:4,6,9
  139:7,21 140:4,8
  141:3,6 143:18
  144:22 146:5,7
  147:12,25 148:11,14
  148:21 150:20 151:25
  152:18,22 153:5
  154:8,10 157:7 162:3
  162:5 165:14,17,20
  166:3,6,8,11,14,22,25
  167:13,17 168:5,8
  169:2,5,13,17 170:3,6
  170:24 171:4,14,19
  172:2,5,7 174:19,23
  175:12,14 181:4,22

**sister** 83:21,24 84:5
**sisters** 14:7 20:17
**sister-in-law** 84:1
**sit** 94:18 255:25 265:16
**situation** 64:22 93:1
  108:12 116:7 184:22
**six** 15:21 38:15 43:15
  44:21 47:21 158:12
  243:25 266:21
**six-week** 41:5
**six-year-old** 61:22,23
**Skipper** 16:23,25 17:1
  17:10,11 22:18 23:3,5
  74:13 276:9
**sleep** 66:16 116:23
**sleeping** 117:2
**sleepy** 197:9
**slept** 146:6 244:1
  248:24
**slippery** 126:14
**slower** 116:13
**Smith** 5:6
**smoke** 80:3
**snake** 145:5,5,7
**snuck** 216:11
**soccer** 110:3,6 122:25
  123:18 190:21 270:25

182:18,21,23 185:11
  188:1 192:20,25
  193:4 194:23 195:17
  195:20 196:24 199:9
  199:12,23 201:9,17
  202:11,14 203:24
  210:24 211:2,17
  215:10,13 216:9,25
  217:4 218:16,19
  223:17,22 227:9
  228:22,24 231:6
  236:21 237:1,4,9
  238:23 239:15 243:21
  243:24 244:25 245:2
  245:6 248:19 249:12
  249:14,16,19,21
  250:1 251:16,19
  253:6,9,25 257:1,10
  258:25 259:3,8
  260:22 261:2,17,19
  261:23 262:2,9,15,24
  264:24 265:10,15
  267:11 269:3,6
  270:12 271:14,18,22
  272:1,8,10 273:9,14
  273:19 274:6 275:7
  276:13,20,22,25
  277:6,9,22 278:8,13
  278:17 279:17 280:4
  280:17,22,24 281:1,3
  281:6,8,25

**social** 136:18,22,22
  249:17 271:23 272:7
  273:5,8
**socially** 94:22 243:8
  249:3 250:19
**sofa** 177:24
**sofas** 90:2
**softball** 76:24
**sold** 157:20
**somebody** 102:10
  104:10 128:14 143:13
  145:19,20 153:11
  190:5 193:18 194:16
  224:6 236:10 240:17
  241:19 248:1
**somebody's** 282:7
**Something's** 259:24
**son** 27:24 31:6,6,7
  33:11 122:15 146:19
  159:5 280:21
**Sonic** 40:16,18 41:7
**son-in-law** 199:20
**soon** 57:4 62:7 67:11
  102:3 107:6 151:14
  151:14 168:25 240:11
  251:14
**sorry** 6:24 13:20 16:24
  25:10 30:13 39:5
  41:13 48:17 49:3 50:8
  55:1 63:3 70:12 71:1
  73:4,5 85:5 103:3
  108:2 115:14,15
  116:3 122:22 124:12
  125:7 136:20 146:10
  147:9 150:14 154:11
  201:4 221:12 226:4
  240:25 244:10 246:9
  246:17 247:9 263:5
  272:16,17
**sought** 184:12
**sound** 91:2,14 142:2
  242:5 280:12
**sounded** 259:15
**sounds** 74:6 80:17
  121:4 266:8 268:18
**source** 95:4
**south** 47:6
**Spano** 278:1,16 279:18
**Spayer** 103:9
**speak** 6:24 32:1 33:9
  159:18,19 187:25
**speaking** 200:7
**specialist** 187:16
**specific** 81:20 121:19
  178:17,24 215:5,24
**speeding** 55:16
**spell** 148:25
**spend** 66:12 79:11

129:19 147:10
**Sperker** 92:11,12
  103:11,12
**spirit** 260:13
**split** 74:19 149:8
**spoke** 32:23 149:18
  156:3 178:12 199:17
  275:14,24
**spoken** 12:20 276:12
  277:4 281:4
**sports** 53:23 59:9 61:7
  76:10
**spousal** 211:23
**spouse's** 211:7
**spring** 44:8 65:7 67:9
  70:6,19
**stairs** 158:17
**stamped** 3:11 220:25
  221:5
**stamps** 41:3 199:1
**stand** 185:25 201:19
**staple** 203:5 204:10
**stapled** 204:11
**stapler** 216:15
**stare** 255:25
**start** 35:20 53:10 56:16
  93:12,17 104:16
  239:5 243:7,19
  250:18 251:7
**started** 35:21 36:12
  46:11 55:23 56:11
  57:5 59:1 62:6,6 67:7
  87:22 92:10 93:10,16
  93:18,22 96:5 108:18
  108:19 111:7,14
  181:3,7 196:23
  197:15 243:4 251:14
  263:24 269:2 272:18
**starting** 46:6
**starts** 145:15
**state** 1:1 4:13 6:8 284:3
  284:23
**stated** 199:18 200:7
  205:5,6,7,16,18 284:7
**station** 41:15
**statute** 211:8
**stay** 23:24 24:19 38:14
  38:25 59:18 62:19
  67:21 111:22 114:7
  127:24 136:12 138:14
  138:15,18 144:12
  146:13 232:24 238:16
  248:7
**stayed** 23:25 24:14 35:5
  63:7 65:4 68:4 71:9
  110:5 127:20 130:2
  130:10 147:14,18
  155:24 238:21 248:9

248:12
**staying** 69:11 135:14
  252:16 265:5
**stays** 59:16
**stealing** 192:4
**Stenotype** 284:9,10
**stepfather** 13:22 16:20
  17:21 155:14
**Stephen** 14:16 16:6
**stepson** 208:19
**Sticking** 264:13
**sticks** 167:18
**stomach** 94:8
**Stone** 13:2 15:14 23:7
  275:3
**stood** 159:10
**stop** 270:16 272:20
**stopped** 94:1 104:24
  202:13 258:15 272:13
**store** 41:16 66:1 89:25
  96:25 97:3,4,6,15,21
  98:6,7 100:4,6,7,7,15
  114:16 195:9
**stormy** 126:13
**story** 162:11,15 163:15
**straight** 64:20 201:25
  261:6
**strange** 122:9 258:11
  258:16 260:4,5 261:4
  270:8
**strangely** 122:14 167:3
**straw** 194:4
**street** 2:10 60:1
**strength** 102:1 179:21
  179:22
**strengths** 111:14
**stretch** 179:10
**Strike** 185:20
**stronger** 179:16 182:15
**strongly** 32:7
**struck** 224:14
**stuck** 103:14
**student** 49:16 51:15
  53:15 59:3,4,5
**stuff** 10:4 15:13 18:16
  61:7 76:17 99:6 110:3
  111:9 116:22 137:13
  143:24 210:10 227:17
  235:25 239:18 244:8
  244:9,11,15 251:2
  260:1
**stupid** 66:7
**styled** 284:7
**sudden** 89:20,21
  101:24 167:20 177:23
**sued** 86:1
**suicide** 6:13 9:21 10:14
  48:14 68:8 77:12 99:7

120:16 121:5,11
  124:21 128:8 165:13
  170:9 172:18 203:16
  204:1 221:7 223:4
  226:9 228:5 242:17
  243:17 244:1,22
  253:2 254:25 263:10
  276:16 279:14 280:19
  280:20 281:23
**suit** 106:5,6
**Suite** 2:10
**sum** 107:2
**summer** 56:25 65:22
  67:10 93:18 156:5,10
**summertime** 91:6
**sums** 211:5
**supervisor** 42:15 49:20
  98:20 277:10
**support** 26:7,17 28:17
**supportive** 190:8
**supposed** 111:15
  213:18,21 219:25
**supposedly** 193:12
**SUPREME** 1:1
**sure** 7:8 13:12 15:3,20
  15:24 17:15 24:21
  35:13 52:14 68:3 73:7
  76:21 78:12,14 80:25
  88:11 89:18 97:11,16
  101:2 106:15 107:4
  129:10 140:17 143:20
  152:9 154:21 157:12
  168:24 171:22,25
  174:6 175:2 182:13
  184:19,22,24 187:23
  190:7,25 214:24
  229:21 230:15,16
  235:19,21 236:2,6
  240:24 248:5 255:24
  256:20 266:10 267:17
  272:5 276:11 277:15
  277:18,20 279:23
  280:7,10
**surgery** 38:23 91:6
  105:3,7,9,12 111:21
  117:15 183:17,19,20
**surprised** 32:2 166:13
**surviving** 211:7
**survivor's** 272:6 273:7
**suspended** 86:14,23
**sustained** 281:11
**swear** 4:14 5:15
**sworn** 6:3
**symptoms** 104:15
  186:8
**systems** 43:4
**S-C-H-R-E-A-D**
  274:23,25

**S-P-A-N-O** 278:9

**T**

**T** 3:1,5 284:1,1 285:1
**table** 255:20
**tabs** 268:19
**Taco** 40:5,6
**take** 7:21,24 9:20 26:11
  29:4 31:11 49:15 58:2
  66:9 77:18 82:16
  89:10 92:3 104:16,19
  108:3 110:6 111:15
  115:25 116:13 125:8
  127:6 130:15 152:21
  152:23 153:11,14
  161:8,15 167:24
  168:11 182:5,7
  196:25 197:1 216:6
  220:15 223:23 225:8
  227:3 228:4,4 233:2
  234:17 235:1 258:24
  263:13,20 278:22
  279:1
**taken** 1:22 4:2 9:14
  26:16 31:14 134:18
  166:13 169:20 196:11
  202:9 235:15 256:6
  256:11,12 262:8
  284:6,11 285:3
**takes** 256:24 257:2,4
**talk** 7:15 16:3 52:2,3
  73:1 75:11 78:18
  89:14 94:18 102:11
  121:8 130:8 132:15
  133:12 141:12 155:20
  174:1,5,8,9 188:7
  190:4 197:6 207:14
  243:8 262:10 274:11
**talked** 16:1 35:14 83:25
  132:19,20,23 133:2,6
  133:10,18,25,25
  146:19 168:2 170:8,8
  170:15,17,17 173:18
  174:2 190:13 210:13
  231:11 243:10,11
  245:10 248:22 275:21
  278:16,18 280:18
**talking** 91:25 95:20
  114:17 117:14 126:5
  126:18,20 133:22
  142:4,8,9,22 145:4
  150:10 205:8 207:2
  209:17 214:20 245:7
  245:8,21
**Talley** 280:12
**tape** 82:23 168:17
  235:7
**taxes** 44:16,17 272:24

**TC** 211:21
**TCA** 211:9
**Teal** 201:2,7
**team** 76:24
**teams** 59:9
**tech** 49:4,8 50:10
**Technology** 49:7
**teenage** 79:16
**telephone** 31:9 66:13
  142:4
**tell** 7:12,13 13:7 32:24
  75:5,20 89:15 99:21
  122:23 123:25 133:1
  133:5 141:12 142:12
  143:6 151:7 154:6
  166:12,19 170:1
  174:13 176:5 181:5
  189:6,11 193:22
  195:12 196:1 197:20
  208:2,10 224:3
  231:16 247:8,18
  257:25 265:11 266:13
  269:13 270:2,22
  282:4
**teller** 150:13,14
**telling** 90:10 134:7
  142:5,24 177:9 182:9
  198:3 206:22
**tells** 150:14 164:9
**temporarily** 105:7
**temporary** 45:7
**ten** 85:8 107:8 108:6
  118:16 122:20,21
  202:25 203:1
**tend** 94:12 268:15
**Tenn** 49:2
**Tennessee** 4:4,13 16:12
  19:8,12 20:11 28:11
  30:10,18 47:3,5 49:3
  49:7,8 54:11 71:20,21
  73:9,12 74:10 80:22
  81:18 152:4 284:3,5
  284:23
**tension** 109:10,12
**ten-pound** 179:8
**Teresa** 17:10,11 22:4,7
  22:18 23:2 132:21
  276:4
**Teresa's** 208:16
**term** 32:5
**terminate** 272:11
**terminated** 101:7
**Terminix** 82:5
**Terri** 22:21 74:13
**terrible** 266:9
**tested** 179:21
**testified** 6:3 165:11
  187:1 190:10 197:14

200:21 202:8 228:10
  251:23 262:16
**testimony** 8:11 214:21
  215:7 225:15 228:20
  233:15 256:3 258:10
  281:10 282:10 285:4
**Thank** 16:5 30:21
  154:16 282:22
**Thanksgiving** 128:10
  128:11,13,20 129:1,5
  129:12,24 130:3,10
  130:16 133:24 134:8
  137:2 138:25 139:2
  144:2 233:13
**therapies** 116:21
**therapy** 110:16
**thereabouts** 91:16
  172:12
**thereof** 282:8
**thing** 31:17 75:3 81:22
  122:4,10 130:10
  161:23 162:24 180:25
  184:18,19 193:11
  194:3 206:24 207:25
  233:22
**things** 7:3 8:14 9:7,10
  18:11,18,20 45:6 67:5
  69:9 75:13 89:14
  94:14,19 95:17 109:7
  109:14 110:15 116:6
  116:18 117:20 175:22
  179:23 192:5,9
  207:23 208:23 218:10
  218:12 245:1 259:13
  261:24 270:2 280:3
**think** 20:12 23:21
  25:23 32:4 35:12
  39:14 44:6 60:16,25
  69:1 71:18 77:1 78:25
  79:1 81:2 98:11 103:9
  104:20 113:3,8
  120:13 122:6,13
  125:4,15 126:23
  132:2 135:22 136:5
  138:16,16 141:23
  143:23 145:19 150:3
  154:3 162:6,17 163:2
  167:1 169:23 171:1
  174:1 178:2 182:10
  187:18 190:2,12,13
  193:7 194:5 196:3,6
  199:5 201:25 205:23
  206:15,16 207:17
  209:24 210:4 211:10
  211:22 212:12,13,22
  212:22 222:4 224:5
  227:13 228:2,10
  229:2,20,25 233:12

240:20 245:12 252:12
  256:21 260:12 261:7
  266:4 267:8,19 269:1
  269:10 270:7 274:10
  282:14
**thinking** 141:12 166:20
  167:9 208:3,5 214:20
  265:20 270:1
**third** 9:6 23:12 46:18
  128:6
**Thirteen** 25:14
**thirty** 18:25
**Thirty-five** 19:1
**thought** 91:9 122:11
  145:4,7 150:15 160:8
  165:12 178:25 207:20
  208:9,10 211:18
  218:9 223:9 260:8
  269:14
**thousand** 62:2,25 69:24
  85:10 88:4 153:2
**threaten** 120:18 193:6
**threatened** 166:23
  193:7 203:16 204:1
**three** 14:8,9,12 15:6,18
  15:22 26:1 27:21 29:7
  34:7 37:11 39:9 50:15
  64:11 66:10 97:10
  124:20 127:11,13,25
  128:23 129:17 131:23
  137:20 138:23 156:13
  157:4 158:16 225:16
  226:18 228:5 231:8
  231:19 254:17 266:18
  277:24 280:11
**three-page** 198:24
**three-quarters** 172:11
**throat** 264:14
**throw** 264:11,20
**Thursday** 129:11,13,22
  130:5 138:20,21
  148:2 197:4
**Tim** 20:20 21:10,20
**time** 5:7,12 7:22 14:3
  15:17 19:24 22:11
  25:24 28:25 29:18
  32:22 36:17 39:15
  42:2,3 43:8 45:22
  46:13 48:14,22 53:23
  57:16 59:8,19 61:8
  62:20,22 66:12 69:9
  69:23 72:3,22 79:11
  82:4 87:21 91:10,25
  94:10 96:9 99:3,20
  101:8 104:14 105:15
  107:1,4 110:18
  111:11,17 118:5
  125:8 126:23 127:2

130:4 132:5,9 135:18
  136:25 137:9,11
  139:8 144:5,7 150:4
  155:23 169:10 171:17
  172:19 173:22 182:7
  182:13 185:18 186:1
  186:21 188:17 192:14
  193:2 195:24 200:6
  207:8 214:19 215:18
  232:14,14,16,19
  233:6 237:22 238:13
  238:17 246:2 247:15
  248:13,24 249:10
  251:21 253:12 255:6
  262:12 265:22 270:3
  271:24 275:14 278:7
  279:4 282:23 283:1
  284:7
**timeline** 138:25 268:6
**times** 15:3,5,6 19:7 22:2
  23:10 52:17 121:21
  176:7 182:9 184:21
  191:19 239:8 242:9
  245:14 260:20 264:11
  264:21 267:1
**tingling** 180:6 185:16
**tiny** 44:13
**tired** 186:2
**title** 96:22 160:3,6,14
  160:25 161:1,6,17
  164:4 169:7,19 215:8
  216:1 219:25
**titled** 220:1
**TJ** 85:6,7
**Toby** 116:1
**today** 6:15 7:7 8:3,8,11
  182:12 198:7 276:24
  278:21 279:20
**today's** 5:6 11:21
**told** 13:6 31:7 66:14
  77:13 119:8 129:6
  133:6,20 137:21
  143:7,7 158:6 161:4
  166:15 170:4,18
  178:15 182:5,11,16
  182:22 189:17,21
  192:22 195:25 198:10
  198:13 205:19 206:8
  206:14 207:10 208:12
  214:3 217:5,6,9,13
  220:9 226:11 231:22
  232:15 233:6 241:16
  250:12,13 258:23
  264:9 270:25 278:20
  279:6,9,19,19 280:8
  281:21
**Tomis** 137:12
**tomorrow** 131:20,23

tone 134:10
**tonight** 279:3
**top** 77:1 282:15
**total** 14:11 183:17
**touch** 78:4,22 79:15
  115:21 155:8
**Toyota** 160:20 163:24
  214:3 215:6 217:16
  217:17 218:6,22
  219:12
**track** 140:25 143:24
**traded** 219:20
**trading** 219:7
**trail** 150:25 164:1
**trailered** 157:5
**training** 38:3 39:13
  81:4 262:17
**transaction** 168:7
  214:3
**transcript** 7:6,17,19
  284:10 285:4
**transmission** 218:4
**transmitted** 177:3
**Travelers** 139:17,22
  140:7 187:21 262:24
**travels** 78:13 156:10
**treated** 77:4
**treatment** 92:21 102:12
  104:15 184:13,14
**trial** 1:5
**tried** 52:1 75:4 87:14
  105:8 150:3 185:24
  263:13
**Trigg** 2:10 5:21
**trigger** 195:22
**trip** 169:10 216:7,11
  219:3,5
**trouble** 51:21 75:23
  116:16 182:24 186:14
  191:15,18 193:10,13
**truancy** 86:23
**truck** 90:4 160:4,6,13
  160:15,18,19,21
  161:5,7,17 163:24
  164:4 165:19 169:4
  169:16 209:25 213:20
  213:21 214:3,12
  215:6,12 217:10,13
  217:25 218:21 219:13
**trucks** 218:18
**true** 258:17 284:10,15
  285:4
**trusted** 119:4 194:15
  194:17
**truthful** 8:10 178:8
**try** 52:5 89:14 184:24
  220:6 263:19 265:13
**trying** 21:19 29:6 40:1

48:19 78:25 83:2
112:20,20 125:2,7
127:4 128:17 145:22
145:22,23 150:1
161:25 163:16 186:9
208:8 211:11,18,22
213:24 214:13 227:23
235:12 243:8 244:14
259:10,12 268:19
**tucked** 194:11
**Tuesday** 197:4
**Tullahoma** 30:8,9,12
30:15 37:24 52:9 64:6
68:10 73:25 97:3
103:1,6 148:19 152:4
197:23 223:14 226:16
278:14
**Tundra** 160:20 215:6
217:16 218:7,22
219:8,21
**turn** 7:5,16 9:6 67:5
200:16
**turned** 16:22 23:23
27:25 28:19 33:15
151:11,12
**TV** 59:13
**twelve** 118:16
**twice** 22:4 53:3 87:13
87:20 119:5
**twirling** 53:25
**two** 16:4,17 21:4 27:22
27:23 30:3 34:24
44:25 45:5 46:5,6
50:15 51:12 52:17
62:2,25 69:23 85:10
87:23,24 88:3 90:3
93:1 94:5 96:1 112:14
119:23 124:1,4 134:1
138:21 156:12,12
157:4,10 160:1
165:12 170:14,23
179:17 185:6 201:1
203:8 212:10 218:11
218:18,18 231:19
272:22,24 273:12,12
277:24 281:23 282:2
**two-bedroom** 44:13
**two-page** 204:15
**two-year** 49:9 92:22
**type** 77:20 89:7 106:1
106:13 141:8 158:5
200:17
**types** 18:11 208:23
**typo** 203:17
**T-mobile** 175:1

**U**

**uh-huh** 19:11 33:16

57:3,6 59:6 61:12
63:8 71:13 108:21
111:12 112:22 114:4
121:24 125:23,25
126:2 129:18,21
130:24 161:22 181:17
204:21 257:1 282:20
**uh-huhs** 7:5
**Um** 186:25 242:19
**unable** 118:2 186:3
**unaware** 163:7 184:9
**Uncle** 244:13,13
**uncles** 147:21
**uncle's** 128:19 129:1
**unconscious** 90:7
**understand** 6:14 8:2,13
8:22 17:18 69:19
75:13 81:21 91:11
97:12 99:23 103:24
108:1,8 127:16
140:13 150:2,5
158:25 163:13 206:11
206:13 212:6,9
213:24 221:9 234:22
280:11 281:12 282:17
**understanding** 107:15
**unemployment** 40:20
**unexpected** 166:18
184:25
**unintelligent** 175:17
**unintentional** 158:14
**union** 152:1,11
**unit** 151:18
**unloading** 90:23
**unusual** 245:12
**upset** 237:18 247:3
**urge** 186:18
**use** 1:4 7:3,6 11:1 59:20
78:21 80:1 94:21
165:18 213:22 223:23
**usually** 146:6

**V**

**vacate** 137:19
**vaginal** 176:22,25
**value** 18:19,20 218:2
**van** 145:14 213:1,16,17
213:21 214:2,7 215:2
218:13,20 219:12
**vans** 218:18
**vehicles** 211:6 218:17
**verbal** 7:4,8 138:17
**verbalized** 238:9
**Veriz** 174:25
**Verizon** 175:1
**version** 9:4
**versus** 5:9
**Viagra** 117:9 182:1,3

182:12,15,15 184:21
185:24 186:16
**victim** 203:15
**video** 9:2 59:12,13
**VIDEOGRAPHER** 5:5
82:19,22 134:24
135:2 168:10,13,16
235:2,6 274:13,16
282:24
**videotape** 282:25
**videotaped** 3:8 5:2 9:2
82:23 168:17 235:7
**view** 178:21
**Vioxx** 181:3
**visit** 15:12 60:20 75:17
114:9 115:4 156:9
158:5 219:3 275:18
**visitation** 25:17
**visited** 115:2 155:23
**visiting** 61:8 156:5
**visits** 273:12
**voices** 57:14
**voiding** 183:4
**volunteered** 245:13
**VS** 1:9

**W**

**Waffle** 39:21 44:23,24
45:24,25 46:3,12 94:3
94:4 95:22 108:16,19
108:25 278:3,6
**wait** 37:16 148:5,6,8
**waitress** 39:22 46:15
**Waitressed** 36:16
**waived** 4:8,16
**wake** 121:22
**waking** 122:11
**walk** 186:1
**walked** 144:19
**Wallace** 264:18
**Walter** 54:10 63:19,20
70:1,5
**want** 17:4 27:14 29:2,9
31:1 32:1 37:18 38:5
41:1,9 47:20 52:7,8
52:18 53:3 65:14,19
66:12 67:13 69:8,25
70:2 73:8 78:15 79:3
79:4,6 80:23 86:20
87:23 89:17 91:5
92:17 93:20 101:1
102:2,16 103:1 104:4
104:25 105:1 107:3
107:11 108:14 115:19
121:8 125:14 127:1
128:16 132:18 139:17
145:24 148:4 149:2
149:11 153:25 157:11

158:12 164:1 168:1
171:23 172:10 173:18
174:3,25 179:7,19
180:11,11 185:15
187:13 188:9,9,10,15
190:20 191:22 192:7
194:1 195:1,5 207:18
215:22 220:14,19
221:24 222:17,23
226:12 229:21 230:4
230:5,6,8 234:1
236:18 237:12,20
243:9 248:3 258:7
261:13,13 262:10
263:12,14 265:1,3
269:16 272:17 275:20
275:25 279:20,21,24
**wanted** 18:10 31:10
93:5 125:11 126:15
141:18 144:12,13
149:6,7 159:23,24
160:7 170:5 184:22
187:15 191:13,14
203:3 212:12,23
221:11 226:11 228:3
231:17,22 232:9,20
240:2 242:20 251:1
282:1
**wanting** 84:19 160:11
163:5,5
**wants** 149:15
**warehouse** 97:13
**Warner-Lambert** 1:13
1:14,15 271:21
**warning** 121:2
**warrants** 271:10
**washer** 27:9 65:1
**wasn't** 52:18 99:22
101:6 111:18 112:4
112:24 117:13 118:1
119:12,12 121:19,25
136:14 137:22 141:14
154:21 158:13 161:4
164:18,18 170:19
173:5 177:21,22
178:11 180:17,19,25
182:1,15 184:16,18
184:23 196:14 197:12
198:15 213:17 215:3
218:8 232:24 233:1,8
236:2 238:6,7 243:12
257:20 260:18 269:18
**watched** 247:12 265:16
**water** 210:14,15
**way** 10:5 15:25 125:19
145:1 158:10 177:25
193:14,16 198:13
207:5 209:6 211:20

212:20 214:10 231:24
259:13,14 282:6
**ways** 224:18 254:17
**weapon** 127:9
**weapons** 203:17
**wear** 183:10
**weather** 170:21
**wedding** 78:10
**Wednesday** 129:8,10
129:15,19 137:1
138:19 141:8 197:4
**week** 45:5 48:24 50:13
50:14,16 109:17
148:4 151:16 154:14
154:15 160:9 171:12
220:20,22,23 270:15
**weekends** 60:21
**weeks** 21:4 38:15 45:20
51:12 78:19 117:18
117:19 118:19,20
124:1,4,5,6 156:12,13
157:4 165:13 167:3
169:11 214:4 221:19
221:23 243:25 244:23
249:11 250:7 251:18
255:3 258:12 269:15
271:2,4
**weight** 120:6 179:8
**weird** 122:5
**went** 27:9 35:18 38:2
46:1 48:21 52:8,17,25
53:1,1 66:16 70:1
73:14,17 75:5 80:16
81:2 84:24 88:9 90:5
93:4 102:24 103:16
103:21,22 104:1,2
105:15 107:20 108:14
109:15,21 114:17
117:8 126:10 127:20
128:1,19,24 130:2,9
130:13 140:6,15
145:12 150:11 151:6
151:8 153:4,10,20
155:23 159:5 160:10
160:24 161:16 164:21
164:22 165:8 173:23
181:25 184:11 188:24
188:25 194:5,8,21
196:6 197:21,23
227:16 229:6 233:8
236:14 239:18,19
247:20 248:17 250:10
250:21 261:5
**weren't** 66:17 101:14
109:13 145:17 163:3
182:16 197:15 216:12
217:7
**west** 30:20

**wet** 183:12
**wets** 183:23
**we'll** 8:15 168:11
   172:13 198:17
**we're** 7:23 8:14,20
   104:12 108:3 134:24
   158:6,7 167:25 232:6
   235:2
**we've** 64:18,19 82:15
   167:7 261:21
**Wheeler** 2:10 5:20
**When's** 275:14
**white** 132:3
**Widow** 1:4
**wife** 6:21 33:18,24
   82:10 200:5 223:3
**Wilder** 49:22,23 277:12
   277:13
**Wilds** 244:20 246:10
   249:7,13 267:18
**willing** 164:3
**Winchester** 49:3,5
   64:10
**window** 137:3 142:6,16
   167:10 172:16 203:23
   207:12,12 209:4
**wine** 94:23
**wisely** 223:23
**wish** 223:24 226:14
   232:2 233:12,13
**withdraw** 150:12
   153:12,14
**withdrawal** 153:16,23
**withdrawn** 151:1
**withdrew** 151:9,11
**with's** 127:21
**witness** 4:14,16 5:10,15
   6:2 34:18 37:15 38:7
   42:14 51:2 57:22
   80:18 81:10,16 82:8
   86:11 105:17 115:14
   120:19 123:14 127:23
   128:3 131:13 133:9
   133:14 155:6 167:11
   172:20 202:6,19
   206:4 209:19 210:12
   210:16 220:17,18
   222:19 226:17 228:8
   228:14 230:4,8,22
   233:22 234:2,8,19
   248:12 284:18
**wonderful** 109:19
   158:3
**Woodbury** 47:3,5
   67:15 126:14 252:9
**woods** 125:1,3,10
**worded** 214:10 227:11
**words** 211:13,14 212:1

212:2 254:24 263:9
**wore** 37:21
**work** 35:22 36:15,16,17
   40:2,23 41:6 42:20
   43:13 58:23,24 79:18
   88:16 89:23 90:10
   100:2 101:1,24
   104:24 105:6,10,21
   109:19 112:21 115:21
   117:3 118:2 122:24
   125:20,22 126:7,16
   127:21 137:4 172:23
   179:25 180:2,2 191:9
   191:13 197:21 198:8
   201:10 207:5,8 244:4
   244:7,17 246:20
   249:2 267:2,2 268:8,8
   268:8 273:1 278:22
   279:1,3,15
**worked** 27:7 39:24 40:4
   40:9,14,16 41:7 43:2
   45:20,25 56:1,1,9
   82:7,10 97:8,17
   105:25 114:16 116:25
   136:9 157:13 164:10
   213:3,4,9,14 219:24
   272:24 278:3,6
**worker** 187:21 188:4,8
   188:17 189:2
**workers** 146:8
**worker's** 106:5,6 118:7
   139:25 187:20 218:25
**working** 39:19 41:19
   48:13 50:3,6 54:2
   55:24 56:13 74:23
   82:2 95:21,22 109:2
   113:24 116:20 121:21
   136:13 176:1 243:1,4
**workman's** 88:15 106:4
   107:14 161:23 272:17
**works** 98:24 271:8
**worried** 146:23
**worry** 113:20 175:21
**worse** 116:8,10 198:8
**wouldn't** 52:2 109:12
   123:17 159:25 176:22
   194:6 195:7 210:5,9
   227:19,21 263:23
   268:14 280:14,16
**write** 242:8
**written** 239:7 252:5
   271:16
**wrong** 91:8 118:19
   123:1,2 137:6 139:1
   172:12 175:10 178:20
**wrote** 97:19 214:22

**X**

**X** 3:1,5

**Y**

**yard** 179:25 180:1,2
**yeah** 40:16 41:9 46:8
   47:20 57:13 58:5
   65:24 72:11 82:13,18
   114:9,20 116:3 127:1
   130:9 131:23 141:25
   142:25 143:23 147:2
   154:22 157:18 161:22
   164:24 180:23 181:20
   186:9 187:3 195:5,11
   216:16 219:24 221:25
   242:24 251:8 267:5
   267:22 273:6 278:15
   279:1
**year** 19:7,9,10 20:1
   23:19 24:8,13,17 25:7
   29:15 35:5,24 36:5
   38:4 40:12,19 41:7
   49:10 53:10,10,11
   54:1 59:2 62:21 63:15
   71:10 72:7,9 74:14
   93:22 108:15 112:15
   119:6 156:6 191:8
   193:3 214:18 236:1,3
   236:5 272:13,20
   275:16
**yearly** 92:15
**years** 13:13,23 16:12
   19:2,21 20:24 26:1
   28:5,23 29:17 30:3
   34:7 36:15,22 37:13
   46:5,6 47:19,21 61:1
   74:11,24,24 79:16
   81:11 85:11,16 87:24
   93:1 94:5 114:11
   119:24 156:3,4 169:1
   175:19 179:18 185:6
   197:20 223:10 239:10
   241:21 266:18,21,21
   266:23
**year's** 62:8,17 244:2
   246:3 247:9,17,19
   248:18,21 249:20
   250:4,5,14 272:23
**yelled** 146:7
**yep** 250:14
**York** 1:1,2,4 2:6 4:5
**younger** 14:21 20:23
**youngest** 14:23 58:16
**y'all** 27:6 57:5

**$**

**$1,000** 218:3
**$1,160** 223:20
**$10,000** 151:9

**$12,000** 215:19
**$4** 153:24,25
**$4.13** 150:15
**$50,000** 107:12 118:11
   118:13,15 165:12
**$6,000** 70:2
**$7,000** 217:8

**0**

**005** 199:2
**04** 251:21,25
**04/116616** 1:3
**07** 55:24
**08** 72:12
**09** 72:10,13,14

**1**

**1** 3:7 5:1 9:1
**1,100** 272:16 273:3
**1:00** 132:8 204:18
**10** 72:10
**10:00** 130:6
**11PRD-0006** 3:11
   220:25 221:6
**11/27** 204:18
**11/27/03** 203:17
**11/28/03** 199:8
**1111** 2:6
**12** 81:11 150:22
**12-day** 107:8
**12/27/03** 203:16
**12551** 2:6
**1279** 2:5
**13** 122:19
**13,000** 263:3
**14** 122:19 156:3,4
**15,000** 151:11
**16** 28:5 40:3
**16th** 219:11
**17** 28:4 29:17 61:3
   191:6 193:3
**17th** 12:2 185:21
**18** 23:23,23 27:25
   28:19,23 30:4 34:14
   39:3 61:3
**1801** 2:10
**1850** 4:3
**19** 30:5 215:15
**198** 3:8
**1987** 17:5 22:22
**1988** 22:12
**1992** 28:3
**1993** 17:4 29:16
**1996** 35:2
**1997** 24:10 25:8
**1998** 37:5 64:24 65:7
   67:10 88:8 91:18
   92:22 176:1

**2**

**2** 3:8 82:23 198:18,19
   198:24
**2:25** 283:1
**20** 1:23 4:3 284:24
   285:3
**20th** 5:6 178:16
**2000** 21:14 35:21 36:11
   38:23 46:7,10 89:17
   91:2,15,17,18 92:23
   93:13,19 101:21,22
   105:5,13,20 108:10
   111:22 113:23 119:23
   160:19 178:16 218:15
   218:20,24
**2001** 6:23 7:1 38:5,6
   46:10 47:14 181:15
   183:22,23 243:5
**2002** 181:15 185:21
   186:6 208:20
**2002/2003** 192:14
**2003** 15:19 68:5,12,12
   87:17 88:4 105:21
   108:11 232:18 233:13
**2004** 29:3 47:13,16
   62:3,10,16 63:16,22
   68:25 70:6,19 168:24
   219:11 241:25,25
   242:11
**2005** 47:13 63:16
   214:17
**2005ish** 135:17
**2007** 47:20 49:25
**2008** 35:19 49:25 56:21
   56:22 57:2 63:4,5
   223:20
**2010** 1:23 4:3 5:6
   284:18 285:3
**2014** 284:24
**204** 3:9
**21** 86:11,24
**210** 3:9
**213** 64:5,5
**216** 3:10
**220** 3:10
**225** 3:11
**23rd** 6:23 7:1
**2647** 64:9 67:24 199:16
   264:3
**28th** 257:4 258:15
**282** 285:3

**3**

**3** 3:9 168:17 204:6,7,15
   205:1 216:23
**30** 81:8 130:3,10
   151:10 153:1

**300** 2:5
**303-244-1800** 2:11
**31-105** 211:9
**35-minute** 126:8
**3600** 2:10

---
**4**

**4** 3:9 205:1 210:18,19
   211:3 235:7
**40COFCS-003** 199:2
**409-5816** 175:9
**45** 130:3,10 151:10
**486** 54:10
**4917** 275:3

---
**5**

**5** 3:7,10 47:16 205:1
   216:17,20
**5:00** 137:14
**50** 154:1
**50,000** 150:21
**548** 272:18
**570** 272:19
**5816** 175:8

---
**6**

**6** 3:3,10 47:13,16,18
   220:23,24 221:3
   234:7 285:3
**6a** 47:25
**6p** 47:25
**6th** 28:3
**60** 108:15

---
**7**

**7** 3:11 47:25 50:12,12
   225:3,4 226:8
**7/6/1975** 18:24
**7:00** 137:15
**7:00ish** 137:6
**7:51** 5:7
**75,000** 108:15

---
**8**

**80202-2617** 2:11
**88** 17:5

---
**9**

**9** 36:6
**9:30** 130:6
**90s** 22:24
**91** 22:24
**911** 143:5 144:24
   199:25 204:20 208:11
   209:11
**92** 22:24 28:6 36:6,8
   39:5 217:25
**93** 23:3 29:17 40:15

**95** 40:15
**96** 17:17 176:3
**97** 17:17 20:12 27:1,18
   35:4 41:8 42:24 176:3
**98** 27:5,12 37:9 43:11
   44:8,21 46:7 65:13,14
   65:22 87:16 96:6
**99** 21:14 37:9 64:16
   65:15 67:25 96:3