# EXHIBIT B

Open Feedback Dialog

Sign In |email address| |password| |GO|

Remember Password ☑
forgot my password
Questions? Call 888-377-0588

link

Home|View All Databases| Search | Places / Browse by State / Browse by Country / Browse by US Databases / Browse by International Databases |Store|Free Offer

Help|My Account

- Home
- Search all databases
- U.S. Social Security Death Index

# U.S. Social Security Death Index

Results 1 - 1 of 1 for Patsy Randolph (2007)

| Given Name | Surname  | Birth Date  | Death Date  | City     | State | More Details |
|------------|----------|-------------|-------------|----------|-------|--------------|
| PATSY L    | RANDOLPH | 14 Apr 1950 | 20 Jun 2007 | MORRISON | TN    | More Details |

Description

Historical Context: Begun in 1935 by the Social Security Act signed into law by FDR, more than thirty million Americans were registered for the economic security sanctions by 1937. From 1937 to 1940, payments were made in one-lump sums amounts with the first amount being seventeen cents. Following amendments in 1939, the payments turned into monthly benefits and increased. Following further amendments in 1950, cost-of-living increases were awarded to those who were receiving benefits. From 1950 to the present, benefits have increased yearly in response to inflation concerning the costs of living.

Questions Asked:
Social security number
Name
Date of birth
Date of death
State or county of residence (prior to Mar 1988)
ZIP code of last residence,
ZIP code of lump sum payment (Prior to 1939)

Why This Database is Valuable: The Death Master File (DMF) from the Social Security Administration (SSA) contains over 80 million records of deaths that have been reported to SSA. This file includes the following information on each decedent, if the data are available to the SSA: social security number, name, date of birth, date of death, state or country of residence (prior to Mar 1988), ZIP code of last residence, and ZIP code of lump sum payment. The SSA does not have a death record for all persons; therefore, SSA does not guarantee the veracity of the file. Thus, the absence of a particular person is not proof this person is alive. The collection is not search-able by SSN.

Also included in the WorldVitalRecords.com version of the SSDI is See Neighbors which is a list of those persons who died during the same year and in the same zip code as the deceased who is being searched. Finally, when a residence at death is included in a listing, a geo-coded Google Map is included with the place where the person died and their nearest cemeteries.

Next Steps: Using the following link, http://www.socialsecurity.gov/foia/html/foia_guide.htm, you have the option of either a computerized extract of the Social Security Application or the original. For direct access to the form for requesting the originals, go to:
https://s044a90.ssa.gov/apps7/efoiassa/internet/SSA711.jsp . To purchase the originals (with the Social Security number supplied) the request will cost $27.

Bibliography
Source: Social Security Administration, *Death Master File, December 2007.*

Advertisement
Discover Your Ancestors.
Search Newspapers 1690 to Present.
- All 50 States -



Your First Name　　　Last Name　　　Age

Privacy Policy

Viewing 1-4 of 4

| Name | Birth | Death | Age | Last Address of Record | Last Benefit | Issued By | SSN | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|---|
| RANDOLPH, PATSY L | 14 Apr 1950 | 20 Jun 2007 (V) | 57 | 37357 (Morrison, Warren, TN) | (none specified) | Indiana | | | |
| RANDOLPH, PATSY L | 23 Nov 1935 | 14 Nov 2006 (V) | 70-71 | 72904 (Fort Smith, Sebastian, AR) | (none specified) | Nebraska | | | |
| RANDOLPH, PATSY | 24 Jun 1931 | Jul 1986 | 55 | 75069 (Mc Kinney, Collin, TX) | (none specified) | New Mexico | | | |
| RANDOLPH, PATSY | 18 Jul 1955 | Jul 1986 | 30-31 | 93706 (Fresno, Fresno, CA) | (none specified) | California | | | |

Viewing 1-4 of 4

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

### Social Security Death Index

87,811,990 Records last updated on 10-20-2010

Name: Last [randolph] Exact  First [patsy]  Middle (Initial)

Birth: Year [ ] Exact  Month [Any]  Day [Any]
Death: Year [ ] Exact  Month [Any]  Day [Any]

Last Residence: Zip [ ] or City [ ]  County [ ]  State [ ]
Last Benefit: [ ] or [ ]  [ ]  [ ]

SSN: [ ]-[ ]-[ ]
Issued by: Any
Age at Death: [ ] Exact

Submit    Clear

**Find Your Family Members Now**

First Name:
Last Name:
State: All
Search

People Search is great way to find and reconnect with family, old friends and relatives. People Search reports include phone numbers, address history, ages, birthdates, income and more.

For more info about the SSDI, see http://www.rootsweb.ancestry.com/~rwguide/lesson10.htm
For help using the SSDI search, see Problem solving

CPU seconds used 0.009998

RootsWeb is funded and supported by Ancestry.com and our loyal RootsWeb community. Learn more.
About Us | Contact Us | Acceptable Use Policy | PRIVACY STATEMENT | Copyright
© 2010 Ancestry.com