UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL BOONE AND SCHWARTZ PRODUCT LIABILITY
ACTIONS

----------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## JOINT LIST OF INTENDED NOVEMBER DEPOSITIONS IN THE BOONE AND SCHWARTZ CASES

Pursuant to Magistrate Judge Sorokin's June 9, 2010, Order, Defendants and Plaintiffs' counsel submit the following list of intended depositions for the month of November in those cases represented by the Boone Law Firm and the Law Offices of Newton B. Schwartz.

The parties will commence depositions in those cases represented by the Boone Law Firm with fifteen days of depositions regarding the following Plaintiffs: Roy Carrol, William Charlie Webb, Laperial Melvin, Lashonda Skinner, Delories Powell, Elizabeth Marie Knight, Ethel Howard, Deborah Watson, James Hunter, Bobbie Bryson, Maybelle Newsome, Christopher Kyle, Debbie Sullivan, Terry Banks, and Jerrell M. Bearden.

The parties will commence depositions in those cases represented by the Law Offices of Newton B. Schwartz with ten days of Plaintiff depositions and five days of prescriber depositions regarding the following Plaintiffs: Wanda Nichols, Gwenna Jo Byrum-Hill, Leotis C. Williams, Brady L. Williams, Janna Jo Stephens, Leslie G. Luttrell, Martha M. Accettullo, Dexter Williams, Connie B. Cook, and Carson Bunch.

Dated: October 25, 2010

Respectfully submitted,

BOONE LAW FIRM, P.A.

By: /s/ Levi Boone
     Levi Boone III

401 West Sunflower Road
Post Box 1772
Cleveland, MS 38732-2641

LAW OFFICES OF NEWTON B. SCHWARTZ, SR.

By: /s/ Newton B. Schwartz
     Newton B. Schwartz

1911 Southwest Freeway
Houston, Texas 77098

*Attorneys for Plaintiffs*

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 25, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco