UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBIT FOR
THE RECORD IN CONNECTION WITH PRODUCT LIABILITY PLAINTIFFS'
MOTION TO EXCLUDE TESTIMONY AND EXHIBITS OF DR. ROBERT GIBBONS
PURSUANT TO FED. R. EVID. 702 ET SEQ. AND *DAUBERT*__

In connection with the Product Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 et seq. and *Daubert* [2121], Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully submit for the Court's consideration the supplemental exhibit filed herewith (Ex. O). This peer reviewed article authored by Dr. Gibbons and others has recently been published in the journal Pharamcoepidemiology and Drug Safety. Defendants have previously informed the Court that Dr. Gibbons' article, concerning what the parties have typically referred to as Dr. Gibbons' "gabapentin study" in these proceedings, had been accepted for publication in a peer review journal.

**Exhibit O**: R. Gibbons, et al., *"Gabapentin and suicide attempts,"* Pharmacoepidemiology and Drug Safety (2010) (published online Oct. 3, 2010).

For the reasons set forth in Defendants' previously filed opposition to Plaintiffs' *Daubert* motion [2142], Plaintiffs' motion regarding Dr. Gibbons should be denied in all respects.

Dated: October 26, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
 Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
 Ana M. Francisco
 BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 26, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco

2