UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: *Barlow v. Pfizer Inc, et al.* Case No. 1:05-cv-11501-PBS | ) ) ) ) ) |

MDL Docket No. 1629

Mast File No. 04-10981
Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

### PLAINTIFF'S CONDITIONAL MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN FURTHER OPPOSITION TO EMERGENCY MOTION FOR AN ORDER PROHIBITING IMPROPER TACTICS DURING FACT WITNESS DEPOSITIONS AND IMPOSING SANCTIONS

Plaintiff Irene Barlow conditionally moves for leave to file a sur-reply memorandum in further opposition to the Emergency motion for an Order Prohibiting Improper Tactics During Fact Witness Depositions and Imposing Sanctions [3095].

This motion is conditioned on the court granting Defendant's Motion [Document 3108] to Submit a Reply Memorandum in Further Support of its Emergency Motion. If the Court does not grant Defendant's Motion to Submit a Reply Memorandum, Plaintiff asks that no action be taken on this Motion.

WHEREFORE, Plaintiff conditionally moves the Court to grant this motion for leave to file the proposed sur-reply memorandum, attached hereto as exhibit A.

Dated: October 27, 2010

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)
By: _____
Jack W. London, Esq.
State Bar No. 12512500

1

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, TX 78701
512-476-4600 (telephone)
512-476-5382 (facisimile)
Archie Carl Pierce
State Bar No. 15991500

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 20
Austin, TX 78746
512-478-5858 (telephone)
By: _____
Jack W. London, Esq.
State Bar No. 12512500

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on October 27, 2010.

Dated: October 27, 2010

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 20
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London, Esq.
State Bar No. 12512500

2