UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## STATUS REPORT November 1, 2010

Pursuant to the Court's May 16, 2005, Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as well as all cases transferred to MDL No. 1629.

Dated: November 1, 2010                              Respectfully Submitted,

By:  **/s/ Mark S. Cheffo**                          By:  **/s/ Thomas M. Sobol**
    Mark S. Cheffo                                            Thomas M. Sobol
    Skadden, Arps, Slate, Meagher &                            Hagens Berman Sobol Shapiro LLP
    Flom LLP                                                   55 Cambridge Parkway, Suite 301
    Four Times Square                                          Cambridge, MA 02142
    New York, NY 10036                                         tom@hbsslaw.com
    Mark.Cheffo@skadden.com

*Plaintiffs' Liaison Counsel*

By:  **/s/ Ana M. Francisco**
    Ana M. Francisco
    ROPES & GRAY LLP                         By:   **/s/ Barry Himmelstein**
    BBO # 564346                                   Barry Himmelstein, Esquire
    Prudential Tower                               Lieff Cabraser Heimann & Bernstein
    800 Boylston Street                            Embarcadero Center West
    Boston, MA 02199-3600                          275 Battery Street, 30th Floor
    Tel: (617) 951-7000                            San Francisco, CA 94111-3339
    Ana.Francisco@ropesgray.com

*Counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC*

By: **/s/ Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By: **/s/ Thomas Greene**
Thomas Greene, Esquire
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02109

*Members of the Class Plaintiffs'
Steering Committee*

By: **/s/ Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY  10601

2

3

By:    **/s/ Linda P. Nussbaum**

Linda P. Nussbaum
Grant & Eisenhofer, P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017

*Members of the Non-Class Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 1, 2010.

/s/ Ana M. Francisco
Ana M. Francisco