UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2, Leasa M. Woods Anderson, co-counsel for the non-class third party payor plaintiffs[1] that were transferred to the above-captioned action from *Assurant Health, et al. v. Pfizer Inc., et al.*, Civil Action No. 2:05-cv-0095 (MCA) (D.N.J.), respectfully moves for leave to withdraw as co-counsel. The grounds for this motion are as follows:

1) I appeared as co-counsel for the non-class third party payor plaintiffs listed in this motion while I was associated with Blank Rome LLP.

2) I have resigned from Blank Rome LLP and taken a position with another law firm.

3) I therefore seek to withdraw as co-counsel for the listed non-class third party payor plaintiffs.

---

[1] The non-class third party payor plaintiffs consist of the following health benefit providers: American Medical Security, Assurant Health, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, Blue Cross and Blue Shield of Nebraska, CareFirst, Excellus Health Plan, Inc., Group Health Service of Oklahoma, d/b/a Blue Cross Blue Shield of Oklahoma; Hawaii Medical Service Association, d/b/a Blue Cross Blue Shield of Hawaii, Health Care Service Corporation (Blues of Illinois, Texas and New Mexico), Horizon Health Care Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey; Humana Inc., Louisiana Health Service and Indemnity Co "d/b/a Blue Cross and Blue Shield of Louisiana; Medmutual of Ohio; Mutual of Omaha Insurance Company, Offord Health Plans, LLC; The Regence Group; Wellmark, Inc., d/b/a Wellmark Blue Cross Blue Shield of Iowa and Wellmark South Dakota, d/b/a Blue Cross and Blue Shield of South Dakota.

4) Other counsel have appeared and continue to appear for the listed non-class third party payor plaintiffs.

5) A motion for leave to withdraw is required because motions are pending.

WHEREFORE, I respectfully request leave to withdraw as co-counsel for the listed non-class third party payor plaintiffs.

Dated:  November 3, 2010 Respectfully submitted,

/s/  Leasa M. Woods Anderson
Leasa M. Woods Anderson
Blank Rome LLP
Watergate
600 New Hampshire Avenue, NW
Washington, DC 20037
Telephone:     (202) 772-5970
Facsimile:      (202) 772-1691
Anderson-lw@BlankRome.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF SERVICE

    I, W. Scott Simmer, hereby certify that this Motion for Leave to Withdraw filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED:  November 3, 2010

/s/ W. Scott Simmer
W. Scott Simmer
Blank Rome LLP
Watergate
600 New Hampshire Avenue, NW
Washington, DC 20037
Tel:  (202) 772-5967
Fax: (202) 772-5858

3