UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND<br><br>SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

THIS MATTER is before the Court on the Motion for Leave to Withdraw of Leasa M. Woods Anderson.

Upon due consideration and for good cause shown, the Motion for Leave to Withdraw is hereby GRANTED; and, it is, on this ____ day of November, 2010, hereby

ORDERED that Leasa M. Woods Anderson is authorized to withdraw as counsel for the non-class third party payor plaintiffs[1] that were transferred to the above-captioned action from *Assurant Health, et al. v. Pfizer Inc., et al.*, Civil Action No. 2:05-cv-0095 (MCA) (D.N.J.). It is further ORDERED that the Clerk will terminate Leasa M. Woods Anderson from the Court's service lists in this action.

_____
United States District Court Judge

---

[1] The non-class third party payor plaintiffs consist of the following health benefit providers: American Medical Security, Assurant Health, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, Blue Cross and Blue Shield of Nebraska, CareFirst, Excellus Health Plan, Inc., Group Health Service of Oklahoma, d/b/a Blue Cross Blue Shield of Oklahoma; Hawaii Medical Service Association, d/b/a Blue Cross Blue Shield of Hawaii, Health Care Service Corporation (Blues of Illinois, Texas and New Mexico), Horizon Health Care Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey; Humana Inc., Louisiana Health Service and Indemnity Co "d/b/a Blue Cross and Blue Shield of Louisiana; Medmutual of Ohio; Mutual of Omaha Insurance Company, Offord Health Plans, LLC; The Regence Group; Wellmark, Inc., d/b/a Wellmark Blue Cross Blue Shield of Iowa and Wellmark South Dakota, d/b/a Blue Cross and Blue Shield of South Dakota.

1

**Copies to:**

W. Scott Simmer
Thomas J. Poulin
Blank Rome LLP
Watergate
600 New Hampshire Avenue, NW
Washington, DC 20037