FILED
IN CLERKS OFFICE

2010 OCT 25  P 1: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mag. Judge Leo T. Sorokin
United States District Court
District of Massachusetts

Your Honor:

I am writing pertaining to case 1:04-CV-10981-PBS Stadler v. Pfizer Inc. et al regarding
Neuronton Marketing, Sales Practices, and Products Liability Litigation.

My legal counsel has recently and unexpectedly withdrawn from representing my case. I
have tried to find alternate representation, but, given the time allotted, I fear I will not be
able to procure counsel in time.

As I am disabled and destitute, I cannot travel to Massachusetts to represent myself. I
therefore would like to ask the court if there is any alternative, such as relocation of the
case to Pennsylvania Supreme Court or a dismissal without prejudice so that I may
reopen my case in a location accessible to me.

I apologize for not being able to bring this motion to you in person, and I thank you for
your time and consideration.

Sincerely,


Jason Stadler