# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------x

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., 04 CV 10739 (PBS)

AETNA, INC. v. PFIZER INC., 04 CV 10958 (PBS)
------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## [PROPOSED] JUDGMENT

SARIS, U.S.D.J.                                                                                          November ___, 2010

      Pursuant to this Court's Memorandum and Order dated January 8, 2010 (Doc. #2309), it is ORDERED and ADJUDGED that judgment is hereby entered against Plaintiffs The Guardian Life Insurance Company of America ("The Guardian") and Aetna, Inc. ("Aetna") in favor of the defendants Pfizer Inc and Warner-Lambert Company, LLC.

      As to the action brought by Aetna, costs are taxed against the Plaintiff, Aetna.  As to the action brought by The Guardian, the parties shall each bear their own costs, pursuant to prior agreement of the parties.

      The Court finds that there is no just reason for delay and this is a final judgment as to all claims of the above-named Plaintiffs pursuant to Federal Rule of Civil Procedure 54(b).

                                                                                                                                                                                                 _____

                                                                                                                                                                                                    Patty B. Saris
                                                                                                                                                                                                    United States District Judge

Copies to: Counsel via ECF