UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------------------------- x
 : Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
 : Magistrate Judge Leo T.
 : Sorokin
IRENE BARLOW :
 :
---------------------------------------------------------------- x

**DECLARATION OF ARCHIE CARL PIERCE IN SUPPORT OF PLAINTIFF
BARLOW'S REPLY TO DEFENDANTS' OBJECTION
TO MAGISTRATE JUDGE'S DENIAL OF MOTION FOR AN ORDER
PROHIBITING IMPROPER TACTICS DURING FACT WITNESS
DEPOSITIONS AND IMPOSING SANCTIONS**

I, Archie Carl Pierce, declare and state as follows:

1.  I am Archie Carl Pierce, with the law firm of Wright & Greenhill, P.C., counsel for Plaintiff Irene Barlow. I make this declaration based on my own personal knowledge and information.

2.  Attached hereto as Exhibit A is a true and correct copy of pages 15-17, 40-41, of the Final Pre-trial Conference held on July 20, 2009 before Judge Patti B. Saris in the United States District Court for the District of Massachusetts.

3.  Attached hereto as Exhibit B is a true and correct copy of the Corporate Integrity Agreement between the Office of Inspector General of the Department of Health and Human Services and Pfizer, Inc. signed on May 11, 2004.

3.  Attached hereto as Exhibit C is a true and correct copy of the agreement between the United States Attorney for the District of Massachusetts and Pharmacia & Upjohn Company, Inc. regarding Pharmacia's waiver of indictment and plea of guilty to a one

count information charging Pharmacia, a wholly owned subsidiary of Pfizer, Inc., with a violation of the Food, Drug and Cosmetic Act, Title 21, U.S.C. Sections 331(a), 33(a)(2) and 3F2(f)(1).

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)

By: _____
    Archie Carl Pierce
    State Bar No. 15991500

LAW OFFICES OF JACK LONDON
 & ASSOCIATES, P.C.
Jack W. London
State Bar No. 12512500
106 E. 6th Street, Suite 700
Austin, TX 78701
512/478-5858
512/478-1120 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent as required by Case Management Order No. 3 on November 17, 2010.

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)

By: _____
    Archie Carl Pierce

2