UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
        PRODUCTS LIABILITY ACTIONS                         :
                                                           :
-----------------------------------------------------------x
```

**JOINT STATUS REPORT REGARDING**
**COMPLETION OF INITIAL FACT DISCOVERY**

Pursuant to Magistrate Judge Leo T. Sorokin's November 10, 2010, Order, the Products Liability Plaintiffs' Steering Committee and Defendants respectfully submit the attached chart regarding the status of initial discovery in those cases with the November 15, 2010, initial discovery deadline. *See* Exhibit A. This chart includes a list of the Track One cases, and the status of each of those cases.

The parties also note that Defendants, and those Plaintiffs represented by Finkelstein & Partners, participated in mediation on October 22, 2010, with Judge Milton Mollen in New York. No cases were resolved at this mediation.

Dated:  November 17, 2010					Respectfully submitted,

FINKELSTEIN & PARTNERS, LLP

By:	/s/ Andrew G. Finkelstein
	Andrew G. Finkelstein

1279 Route 300, P.O. Box 111
Newburgh, NY  12551
Tel:  (800) 529-2676
kfromson@lawampm.com

-and-
LAW OFFICES OF JACK W. LONDON & ASSOCIATES

By:	/s/ Jack W. London
	Jack W. London

3701 Bee Cave Rd., Suite 200
Austin, TX  78746

*Members of Products Liability
Plaintiffs' Steering Committee*

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:	/s/ Mark S. Cheffo
	Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

2

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 17, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco