# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Status of Initial Discovery in Cases with the November 15, 2010, Initial Discovery Deadline**

| Case | Docket # | Status | Plaintiff's Counsel |
|---|---|---|---|
| *Beckum v. Pfizer* | 05-10835 | Judgment entered in favor of Defendants on August 31, 2010 [3065]. | Boone Law Firm |
| *Drennan v. Pfizer* | 05-10835 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Duvall v. Pfizer* | 07-11795 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Ford, Faith v. Pfizer* | 05-10835 | Plaintiff's counsel withdrew on August 18, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Boone Law Firm |
| *Ford, Galinda v. Pfizer* | 05-10834 | Judgment entered in favor of Defendants on August 31, 2010 [3065]. | Boone Law Firm |
| *Lowe v. Pfizer* | 05-10835 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Miller v. Pfizer* | 07-11795 | Plaintiff's counsel withdrew on August 18, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Boone Law Firm |
| *Price v. Pfizer* | 07-11795 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Scott v. Pfizer* | 07-11795 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Shoemaker v. Pfizer* | 07-11795 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Smith v. Pfizer* | 05-10835 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Thornton v. Pfizer* | 07-11795 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Townsend v. Pfizer* | 07-11795 | Judgment entered in favor of Defendants on August 31, 2010 [3065]. | Boone Law Firm |

| | | | |
|---|---|---|---|
| *Trim v. Pfizer* | 07-11795 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Watson v. Pfizer* | 07-11795 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Boone Law Firm |
| *Acton v. Pfizer* | 05-12129 | Case is ready to be returned to transferor court.[1] | Finkelstein & Partners[2] |
| *Adkins v. Pfizer* | 06-10539 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Alsberge v. Pfizer* | 05-11699 & 06-10957 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Beckworth v. Pfizer* | 06-12213 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Bel Bruno v. Pfizer* | 05-11153 | On July 23, 2010, Plaintiff's counsel advised the court that Plaintiff is in the process of obtaining new counsel.  The court granted plaintiff an extension of time to August 13, 2010.  On September 16, 2010, Plaintiff's counsel requested a further extension of time [3068].  On September 17, 2010, the court granted this request. | Finkelstein & Partners |
| *Belongie v. Pfizer.* | 06-10109 | On July 23, 2010, Plaintiff's counsel informed the court that they received authorization to discontinue and are awaiting receipt of documentation from the bankruptcy trustees confirming that they are willing to abandon the assets in question.  The court granted plaintiff an extension of time to August 13, 2010.  On September 16, 2010, Plaintiff's counsel requested a further extension of time [3068].  On September 17, 2010, the court granted this request . | Finkelstein & Partners |

---

[1]   In representing that these cases are ready to be returned to their transferor court, the parties reserve their respective rights to discovery, including initial fact discovery, if any, not completed prior to remand.

[2]   Finkelstein & Partners are currently reviewing certain cases to determine whether the firm will dismiss or withdraw from representation.

| | | | |
|---|---|---|---|
| *Bennett v. Pfizer* | 08-10678 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Bentley v. Pfizer (Track 1)* | 05-11997 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Brida v. Pfizer* | 07-12129 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Briggs v. Pfizer* | 05-11700 & 07-10327 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Brown v. Pfizer* | 05-11037 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Bulger v. Pfizer (Track 1)* | 07-11426 | Voluntarily dismissed on July 29, 2010. | Finkelstein & Partners |
| *Cailor v. Pfizer* | 06-10537 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| *Campbell v. Pfizer* | 06-11483 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Cascio v. Pfizer* | 06-10536 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Colton v. Pfizer* | 05-11996 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Cook v. Pfizer* | 06-10777 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Dane v. Pfizer* | 05-12384 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Dees v. Pfizer* | 05-11028 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Digiacomo v. Pfizer* | 05-11023 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |

| | | | |
|---|---|---|---|
| *Dixon v. Pfizer* (Track 1) | 05-11998 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Drinkwine v. Pfizer* | 09-10836 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Durden v. Pfizer* | 08-11705 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| *Farris v. Pfizer* | 06-12063 | Voluntarily dismissed on November 1, 2010. | Finkelstein & Partners |
| *Feyer v. Pfizer* | 05-11035 | Defendants have filed a motion to dismiss [3070]. | Finkelstein & Partners |
| *French v. Pfizer* | 05-12595 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| *George v. Pfizer* | 06-10112 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Haddock v. Pfizer* | 06-10254 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| *Hargrove v. Pfizer* | 05-11034 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Henry v. Pfizer* | 05-11995 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Huffman v. Pfizer* | 05-10829 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| *Isaacs v. Pfizer* | 07-10630 | On July 23, 2010, Plaintiff's counsel informed the court that they intend to dismiss or withdraw as counsel but have been unable to contact Plaintiff. The court granted plaintiff an extension of time to August 13, 2010. On September 16, 2010, Plaintiff's counsel requested a further extension of time [3068].  On September 17, 2010, the court granted this request. | Finkelstein & Partners |
| *James v. Pfizer* | 05-11022 | Plaintiff's counsel requested an adjournment in order to locate pharmacy records.  To date, pharmacy records have not been located. | Finkelstein & Partners |

| | | | |
|---|---|---|---|
| *Jarosz v. Pfizer* | 05-11263 | Voluntarily dismissed on October 13, 2010. | Finkelstein & Partners |
| *Keegan v. Pfizer* | 06-10538 | On July 23, 2010, Plaintiff's counsel informed the court that they intend to dismiss or withdraw as counsel but have been unable to contact Plaintiff. The court granted plaintiff an extension of time to August 13, 2010. On September 16, 2010, Plaintiff's counsel requested a further extension of time [3068].  On September 17, 2010, the court granted this request. | Finkelstein & Partners |
| *Leu v. Pfizer* | 09-10422 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Libby v. Pfizer* | 06-11482 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Long v. Pfizer* | 06-11582 | Plaintiff's counsel informed Defendants that they will seek a dismissal in this case. | Finkelstein & Partners |
| *Lutz v. Pfizer* | 06-10255 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| *Lyman v. Pfizer* | 05-11020 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Marzolo v. Pfizer* | 05-12387 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *McGee v. Pfizer (Track 1)* | 05-12593 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *McLendon v. Pfizer* | 08-12034 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Messer v. Pfizer* | 08-11041 | Voluntarily dismissed on October 4, 2010. | Finkelstein & Partners |
| *Minisquero v. Pfizer* | 05-11021 | On July 23, 2010, Plaintiff's counsel informed the court that they received authorization to discontinue and are awaiting receipt of documentation from the bankruptcy trustees confirming that they are willing to abandon the assets in question.  The court granted plaintiff an extension of time to August 13, 2010.  On September 16, 2010, Plaintiff's | Finkelstein & Partners |

| | | counsel requested a further extension of time [3068]. On September 17, 2010, the court granted this request. | |
|---|---|---|---|
| Monsue v. Pfizer | 08-11533 | Finkelstein & Partners withdrew as counsel on July 23, 2010. The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| Montgomery, Maralyn v. Pfizer | 06-10110 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| Montgomery, William v. Pfizer | 05-11032 | Finkelstein & Partners withdrew as counsel on July 23, 2010. The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| Morrow v. Pfizer. | 08-11706 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| Mosley v. Pfizer | 05-12388 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| Mowdy v. Pfizer | 08-11697 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| Mustafa v. Pfizer | 06-11394 | Finkelstein & Partners withdrew as counsel on July 23, 2010. The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| O'Bryan v. Pfizer | 05-12594 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| O'Sullivan v. Pfizer | 08-11256 | Plaintiff's counsel requested an adjournment in order to review pharmacy records. To date, pharmacy records have not been located. | Finkelstein & Partners |
| Owens v. Pfizer (Track 1) | 05-11017 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| Paulsen v. Pfizer | 05-10830 | Finkelstein & Partners withdrew as counsel on July 23, 2010. The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| Pursey v. Pfizer (Track 1) | 07-10106 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| Ramsey v. Pfizer | 06-12212 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |

| | | | |
|---|---|---|---|
| *Reilly v. Pfizer* | 07-12236 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Richey v. Pfizer* | 05-12000 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Roberson v. Pfizer (Track 1)* | 05-12001 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Samuels v. Pfizer.* | 08-10958 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| *Scott v. Pfizer.* | 06-10253 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Shaw v. Pfizer* | 06-11584 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Shearer v. Pfizer (Track 1)* | 07-11428 | Resolved on April 2, 2010. | Finkelstein & Partners |
| *Shelley v. Pfizer* | 06-11935 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Sizemore v. Pfizer* | 06-10111 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Sloan v. Pfizer* | 07-11253 | Voluntarily dismissed on July 23, 2010. | Finkelstein & Partners |
| *Smith v. Pfizer* | 06-10535 & 05-10535 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Smith, Monica v. Pfizer* | 05-10833 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Smith, Ruth v. Pfizer (Track 1)* | 05-11515 | Resolved on May 17, 2010. | Finkelstein & Partners |
| *Spencer-Acker v. Pfizer* | 08-12088 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Stadler v. Pfizer* | 08-11330 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |

| | | | |
|---|---|---|---|
| *Sumait v. Pfizer* | 05-10832 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Tilley v. Pfizer* | 06-11773 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Valentine v. Pfizer (Track 1)* | 07-11067 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Vercillo v. Pfizer. (Track 1)* | 05-11019 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Vinyard v. Pfizer* | 07-12233 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Vorholt v. Pfizer* | 08-10740 | Voluntarily dismissed on August 9, 2010 | Finkelstein & Partners |
| *Wampole v. Pfizer* | 07-11072 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Werner v. Pfizer* | 05-11994 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Wolosonowich v. Pfizer* | 06-11395 | On July 23, 2010, Plaintiff's counsel informed the court that they intend to dismiss or withdraw as counsel but have been unable to contact Plaintiff. The court granted plaintiff an extension of time to August 13, 2010. On September 16, 2010, Plaintiff's counsel requested a further extension of time [3068].  On September 17, 2010, the court granted this request. | Finkelstein & Partners |
| *Woolum v. Pfizer (Track 1)* | 07-10853 | Case is ready to be returned to transferor court. | Finkelstein & Partners |
| *Young v. Pfizer* | 06-11446 | Finkelstein & Partners withdrew as counsel on July 23, 2010.  The case is now subject to the pro se discovery schedule [3026]. | Finkelstein & Partners |
| *Aranda v. Pfizer* | 06-10310 | Plaintiff's counsel has indicated that they will dismiss this case. | Garcia & Karam |
| *Burleson v. Pfizer* | 06-11583 | Plaintiff's counsel has indicated that they will dismiss this case. | Garcia & Karam |

| | | | |
|---|---|---|---|
| *Felici v. Pfizer* | 06-10689 | Case is ready to be returned to transferor court. | Garcia & Karam |
| *Fonseca v. Pfizer* | 06-10311 | Case is ready to be returned to transferor court. | Garcia & Karam |
| *Garcia v. Pfizer* | 06-11775 | Plaintiff's counsel has indicated that they will dismiss this case. | Garcia & Karam |
| *Salinas v. Pfizer* | 06-10687 | Plaintiff's counsel has indicated that they will dismiss this case. | Garcia & Karam |
| *Chappel v. Pfizer* | 06-11381 | Case is ready to be returned to transferor court. | Henninger Garrison Davis LLC |
| *Southern v. Pfizer* | 07-10428 | Case is ready to be returned to transferor court. | Henninger Garrison Davis LLC |
| *Barlow v. Pfizer* | 05-10501 | Case is ready to be returned to transferor court. | Jack London |
| *Huberman v. Pfizer (Track 1)* | 07-11336 | Voluntarily dismissed on March 4, 2010. | Law Office of Paul S. Hughes |
| *Dorsey v. Pfizer (Track 1)* | 05-10639 | Judgment entered in favor of Defendants on September 8, 2010 [3061]. | Perry, Krumsiek & Jack, LLP |
| *Newberry v. Pfizer* | 07-11499 | Newberry is a case where the decedent ingested only generic gabapentin manufactured by a generic manufacturer.  The generic manufacturer is also a defendant.  There is no alleged exposure to Neurontin.   Defendants contend that under the law of Georgia, plaintiffs do not have a claim against Pfizer.   The deposition of the prescriber and three plaintiffs was postponed pending discussions about dismissal.  According to plaintiffs, the depositions will be rescheduled for dates in December. | Pogust Braslow & Millrod LLC |
| *Lynch v. Pfizer* | 07-11280 | Defendants have made several attempts to contact pro se plaintiff Cynthia Lynch to schedule her deposition before the November 15th deadline but learned that she recently suffered a stroke and has been hospitalized.  It does not appear that Ms. Lynch is in a position to appear for a deposition at this time. | Pro Se |

| | | | |
|---|---|---|---|
| *Angel v. Pfizer* | 06-11023 | Awaiting ruling on pending Motion to Dismiss [3052]. | Law Offices of Newton B. Schwartz |
| *Boltin v. Pfizer* | 06-11024 | Discovery is incomplete.  The case is not ready to be returned to the transferor court.[3] | Law Offices of Newton B. Schwartz |
| *Calvert v. Pfizer* | 06-11024 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Law Offices of Newton B. Schwartz |
| *Carpenter v. Pfizer* | 06-11023 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Law Offices of Newton B. Schwartz |
| *Harget v. Pfizer* | 06-11023 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Law Offices of Newton B. Schwartz |
| *Lemacks v. Pfizer* | 06-11024 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Law Offices of Newton B. Schwartz |
| *Martinez v. Pfizer* | 06-11023 | Dismissed.  Awaiting ruling on pending Motion to Reinstate [3010]. | Law Offices of Newton B. Schwartz |
| *Myers v. Pfizer* | 06-11023 | Awaiting ruling on pending Motion to Dismiss [3052]. | Law Offices of Newton B. Schwartz |
| *Small v. Pfizer* | 06-11024 | Discovery is incomplete.  The case is not ready to be returned to the transferor court. | Law Offices of Newton B. Schwartz |
| *Bundoff v. Pfizer* | 06-10955 | The case is not ready to be returned to the transferor court given that discussions regarding dismissal are ongoing. | Stephen Leuchtman |

---

[3]   The Law Offices of Newton B. Schwartz are currently reviewing certain cases to determine whether the firm will dismiss or withdraw from representation.