UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**STIPULATION AND JOINT MOTION FOR ENTRY OF AMENDED
PRE- AND POST-JUDGMENT SCHEDULING ORDER**

Plaintiffs, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Kaiser") and Defendants Pfizer Inc and Warner-Lambert Company LLC ("Pfizer") (collectively, with Kaiser, "the Parties"), hereby stipulate to and jointly move this Court for an amended pre- and post-judgment scheduling order to establish a time line for addressing various outstanding issues.

The Parties had previously submitted to the Court a proposed Pre- and Post-Judgment Scheduling Order which was So Ordered on June 14, 2010. [D.E. 2819] The Parties now desire to revise the Schedule and deadlines in light of the Court's Findings of Fact and Conclusions of Law dated November 3, 2010.

**PROPOSAL**

Accordingly, the Parties now stipulate and jointly move that this Court enter an Amended Scheduling Order as follows:

| | |
|---|---|
| Kaiser's pre-judgment motion for (i) determination of interest or time value of money and (ii) trebling of the applicable award. | December 10 |

[handwritten margin: 11/18/2010  Allowed. /s/ Saris]

| | |
|---|---|
| Pfizer's opposition to the pre-judgment motion (on grounds other than those provided for in Rule 50, 52 and 59). | December 24 |
| Kaiser's reply in support of the pre-judgment motion | January 11 |
| Submission of either an agreed form of judgment based upon the verdict, the Court's findings and conclusions regarding the UCL claim and the Court's rulings on the pre-judgment motion or motion/cross-motions for judgment if agreement cannot be reached | 7 days following ruling on the pre-judgment motion |
| Pfizer's Unopposed Motion for Stay pending Rule 50, 52, and 59 motions. The parties have previously entered a stipulation initially waiving the bond requirement. | 3 days after entry of judgment |
| Pfizer's Motion(s) pursuant to Fed. R. Civ. P. 50, 52, and 59 and Kaiser's motion for award of attorneys' fees and expenses on the RICO and California UCL claims. | 28 days after entry of judgment |
| Oppositions to Pfizer's motion(s) pursuant to Fed. R. Civ. P. 50, 52, and 59 and to Kaiser's motion for award of attorneys' fees and expenses on the RICO and California UCL claims. | 28 days after filing of motion(s) |
| Replies in support of motions pursuant to Fed. R. Civ. P. 50, 52, and 59 and in support of motion for attorneys' fees and expenses on the RICO and California UCL claims. | 14 days after filing of oppositions |

Dated: November 18, 2010

Respectfully submitted,

By:   /s/ Linda P. Nussbaum
      Linda P. Nussbaum

Linda P. Nussbaum
John D. Radice
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

By:   /s/ *Mark S. Cheffo*
　　　Mark S. Cheffo

Mark S. Cheffo
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, NY 10036

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

Raoul D. Kennedy
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Embarcadero Center
San Francisco, CA 94111

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on _____, 2010.

/s/ *Linda P. Nussbaum*
Linda P. Nussbaum