UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Barlow v. Pfizer Inc, et al.* : Sorokin
Case No. 1:05-cv-11501-PBS :
:
------------------------------------------------x

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY IN FURTHER SUPPORT OF DEFENDANTS' OBJECTION TO MAGISTRATE
JUDGE'S DENIAL OF MOTION FOR AN ORDER PROHIBITING IMPROPER
TACTICS DURING FACT WITNESS DEPOSITIONS AND IMPOSING SANCTIONS**

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move for leave to file a reply memorandum in further support of their Objection to the Magistrate Judge's October 29, 2010 Order denying Pfizer's Motion for an Order Prohibiting Improper Tactics During Fact Witness Depositions and Imposing Sanctions [3124]. Defendants submit that their proposed reply is necessary to address issues raised by Plaintiff Barlow's Opposition [3127].

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit A.

Dated: November 19, 2010

                                                        Respectfully submitted,

                                                        SKADDEN, ARPS, SLATE, MEAGHER
                                                          & FLOM LLP

                                                        By: /s/ Mark S. Cheffo
                                                             Mark S. Cheffo

                                                        Four Times Square
                                                        New York, NY 10036
                                                        Tel: (212) 735-3000
                                                        Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and the motion is unopposed.

/s/ Katherine F. Arthur
Katherine F. Arthur

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 19, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco