UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

ALL BOONE PRODUCT LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### DEFENDANTS' STATUS UPDATE REGARDING INTENDED DEPOSITIONS IN THE BOONE CASES

Pursuant to Magistrate Judge Sorokin's June 9, 2010, Order, Defendants submit the following status update regarding intended depositions in those cases represented by the Boone Law Firm.

On October 29, 2010, Defendants provided a list of proposed deposition dates to the Boone Law Firm regarding those Plaintiffs referenced in the parties' October 25, 2010, filing, [3110], related to depositions to occur in November 2010. The Boone Law Firm never confirmed those deposition dates, and therefore, none of the depositions intended to occur in November 2010 have yet taken place. Instead of proposing additional depositions to occur in December 2010, Defendants instead seek Magistrate Judge Sorokin's attention and guidance as to issues regarding Plaintiffs represented by the Boone Law firm.

As noted in many letters to the Boone Law Firm, the discovery responses and productions of documents and authorizations by Plaintiffs represented by the Boone Law Firm have been unacceptable to date. This forces Defendants to enter a Plaintiff's deposition blindly, and with little information regarding each Plaintiff's case and relevant

history in advance.  It has been Defendants' experience in the cases where depositions of Plaintiffs have taken place, that there are simply not enough medical and other records for a productive and complete deposition to occur.  Therefore, Defendants have had to keep these depositions open, so that once additional medical and other relevant records are collected or produced, these depositions can be continued, and hopefully will provide a more comprehensive picture of each Plaintiff's history and claims.  For Defendants to be forced to travel to Cleveland, Mississippi, twice for each Plaintiff in order to obtain a fair and complete deposition is simply unacceptable, particularly when Plaintiffs should have provided the relevant records and complete and adequate discovery responses years ago.

The same is true for depositions of prescribing physicians for Plaintiffs represented by the Boone Law Firm.  Defendants have had difficulty determining the prescribers for many Plaintiffs represented by the Boone Law Firm based on inadequate or incomplete discovery responses and provider lists.  Further, given the few records produced by Plaintiffs, Defendants lack medical records from the majority of prescribers for Plaintiffs represented by the Boone Law Firm.  It would be wholly unfair, and unproductive, for Defendants to be forced to proceed with depositions of prescribers for which medical records have not yet been obtained or produced.  That prejudice is compounded when Defendants also lack other records sufficient to determine the relevant history of each Plaintiff prior to a prescriber's deposition.

Defendants, therefore, seek the Court's guidance at this juncture and wish to discuss these issues at the conference scheduled for December 1, 2010.

Dated: November 24, 2010          Respectfully submitted,

                                  SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP

                                By:   /s/ Mark S. Cheffo
                                        Mark S. Cheffo

                                Four Times Square
                                New York, NY 10036
                                Tel:  (212) 735-3000

                                ROPES & GRAY LLP

                                By:   /s/ Ana M. Francisco
                                        Ana M. Francisco
                                        BBO # 564346

                                Prudential Tower
                                800 Boylston Street
                                Boston, MA 02199-3600
                                Tel:  (617) 951-7000

                                *Attorneys for Defendants Pfizer Inc and*
                                *Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 24, 2010.

                                /s/ Ana. M. Francisco
                                Ana M. Francisco