UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
----------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

----------------------------------------------x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:

**JOINT LIST OF INTENDED DECEMBER
DEPOSITIONS IN THE SCHWARTZ CASES**

Pursuant to Magistrate Judge Sorokin's June 9, 2010, Order, Defendants and Plaintiffs' counsel submit the following list of intended depositions for the month of December in those cases represented by the Law Offices of Newton B. Schwartz.

The Law Offices of Newton B. Schwartz have been reviewing their files over the last few weeks to determine whether they will seek to dismiss or withdraw from the representation of certain Plaintiffs. Due to these efforts, and in an attempt to avoid the unnecessary scheduling of, and costs associated with, the taking of depositions in cases that might be dismissed, the parties have not yet taken depositions in the cases referenced in their October 25, 2010, submission. However, the parties intend to resume the scheduling and taking of depositions, once the Law Offices of Newton B. Schwartz complete their review of their files, with ten days of Plaintiff depositions and five days of prescriber depositions regarding the following Plaintiffs: Wanda Nichols, Gwenna Jo Byrum-Hill, Leotis C. Williams, Brady L. Williams, Janna Jo Stephens, Leslie G. Luttrell, Martha M. Accettullo, Dexter Williams, Connie B. Cook, and Carson Bunch. We appreciate the Court's indulgence with this modest schedule change and respectfully

submit that it will ultimately lead to greater efficiency and avoid the unnecessary expenditure of resources.

Dated: November 24, 2010                    Respectfully submitted,

                                                LAW OFFICES OF NEWTON B. SCHWARTZ, SR.

By:     /s/ Newton B. Schwartz
        Newton B. Schwartz

1911 Southwest Freeway
Houston, Texas 77098

*Attorneys for Plaintiffs*

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco
        Ana M. Francisco
        BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 24, 2010.

                /s/ Ana M. Francisco
                Ana M. Francisco