UNITED STATES OF AMERICA
JUDICAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| ALL BOONE PRODUCT LIABILITY ACTIONS | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |

**BOONE PLAINTIFFS' STATUS UPDATE REGARDING INTENDED DEPOSITIONS**

Boone Plaintiffs, by and through the undersigned attorney, submits BOONE PLAINTIFFS STATUS UPDATE REGARDING INTENDED DEPOSITIONS:

### A. Depositions taken November 2010

1. Jack Hollister, M.D., prescribing physician for Plaintiff Shirley Drennan, was deposed on November 9, 2010 in Starksville, Mississippi.

2. Margaret Cassada, M.D., physician for Plaintiff Shirley Drennan, was deposed on November 10, 2010.

3. Harold Wheeler, M.D., prescribing physician for Plaintiff Shirley Drennan, was scheduled to be deposed on November 11, 2010, but the physician canceled the deposition at the last minute.

4. Charles Brock, M.D., prescribing physician for Plaintiff Catherine Duvall, was deposed on November 15, 2010 in Cleveland, Mississippi.

5. Nathaniel Brown, M.D., prescribing physician for Catherine Duvall, was deposed on November 15, 2010 in Mound Bayou, Mississippi.

### B. Proposed depositions for November 2010 that was not practical

6. Plaintiff Debbie Sullivan was proposed by Defendant to be deposed on November 9, 2010 in Cleveland, Mississippi, which is the same date that Jack Hollister, M.D., prescribing physician for Plaintiff Shirley Drennan, was deposed in Starksville, Mississippi.

7. Plaintiff Maybelle Newsome was proposed by Defendant to be deposed on November 11, 2010, which is the same date that Harold Wheeler, M.D., prescribing physician for Plaintiff Shirley Drennan, was scheduled to be deposed.

8. Plaintiff James Hunter was proposed by Defendant to be deposed on November 15, 2010 which is the same date that Charles Brock, M.D., and Nathaniel Brown, M.D., prescribing physicians for Plaintiff Catherine Duvall, was deposed.

9. Defendant proposed deposition dates for Plaintiffs, Elizabeth Marie Knight, Delories Powell, and Christopher Kyles for November 18, 19, and 20, respectively. These dates would have been the traveling dates for Plaintiffs' attorney for the hearing that was scheduled for November 19, 2010 in Boston.

10. Defendant also proposed Plaintiff's depositions for November 8, 2010 and November 12, 2010, but Plaintiff counsel informed Defendant's counsel that he was previously scheduled for Court hearing on November 8, 2010 in an unrelated case in Jackson, MS and for CLE on November 12, 2010.

11. Defendant proposed other plaintiff depositions for dates outside of the discovery deadline without prior Court approval.

### C. Plaintiffs Proposed Depositions for December 2010

**Plaintiffs**: Roy Carrol, William Charlie Webb, Laperial Melvin, Lashonda Skinner, Delories Powell, Elizabeth Marie Knight, Ethel Howard, Deborah Watson, James Hunter, Bobbie Bryson, Maybelle Newsome, Christopher Kyle, Debbie Sullivan, Terry Banks, and Jerrell M. Bearden.

**Sales Representatives**:
Sales Rep. Mamie Sigma for Plaintiff Joyce Watson regarding prescriber William Bennett, MD;

Sales Rep. R. Rintoul for Plaintiff Shirley Drennan regarding prescriber Jack Hollister, MD;

Sales Rep. M. Sigma for Plaintiff Louisa Smith regarding prescriber Hernando Payne, MD;

Sales Rep. M. Sigma for Plaintiff Catherine Duvall regarding prescriber Mohammad Haddi, MD;

Sales Rep. M. Sigma for Plaintiff Vanessa Scott regarding prescriberTodd Besselievre , MD;

M. Carter for Plaintiff Jerry Price regarding prescriber Invira Verseety,MD. And for Plaintiff Michael Trim regarding Thomas Joiner, MD;

### D. Discovery Responses

The Plaintiffs have submitted to Defendant all medical records made available to them, additionally all Plaintiffs have submitted medical authorizations to Defendant. Additional authorizations have also been submitted to the Defendant. All Plaintiffs have answered template discovery and in many instances have supplemented their answers so as to provide Defendant with all available information prior to their deposition.

Likewise, all Plaintiffs have submitted a prescriber list to Defendant that indicates who respective prescribers.

                        Respectfully Submitted,

               **BY:**   **//Levi Boone, III//**
                        Levi Boone, III, MSB #3686
                        **BOONE LAW FIRM, P.A**.
                        401 West Sunflower Avenue
                        Post Office Box 1772
                        Cleveland, MS 38732
                        TEL: 662-843-7946
                        FAX: 662-843-7950

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November29, 2010.

                        /s/ Levi Boone, III
                        Levi Boone, III, Esq., MSB# 3686