# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,   :
SALES PRACTICES AND   :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
---------------------------------------------------------------x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:   :   Magistrate Judge Leo T. Sorokin
:
ROBIN STERN BRIGGS   :
As Administrator of Estate of,   :
DOUGLAS MERRILL BRIGGS,   :
Deceased,   :
:
          Plaintiff,   :
:
  v.   :
:
PFIZER INC.,   :
PARKE-DAVIS, a Division of   :
Warner-Lambert Company and   :
Warner-Lambert Company LLC,   :
WARNER-LAMBERT COMPANY,   :
WARNER-LAMBERT COMPANY LLC,   :
and TEVA PHARMACEUTICALS   :
USA, INC.,   :
:
          Defendants.   :
---------------------------------------------------------------x

## TEVA PHARMACEUTICAL USA, INC.'S UNOPPOSED
## MOTION TO AMEND ANSWER

Teva Pharmaceuticals USA, Inc., ("Teva") by its attorneys, Goodwin Procter LLP,

hereby moves to amend its Answer pursuant to Federal Rule of Civil Procedure 15(a)(2).

Specifically, Teva seeks to include explicitly the defense of contributory negligence pursuant to

North Carolina General Statute section 99B-4 and North Carolina common law.  This is Teva's

LIBNY/4977228.1

first motion to amend in this case. The proposed Amended Answer is attached hereto as Exhibit A. Counsel for Teva has consulted with Plaintiff's attorney and this motion is unopposed.

WHEREFORE, Teva respectfully requests that this Court grant its motion to amend its Answer.

Dated:  December 1, 2010                    Respectfully submitted,

                                            TEVA PHARMACEUTICALS USA, INC.

                                            By its attorneys,

                                            /s/ Chad W. Higgins                    .
                                            U. Gwyn Williams (BBO # 565181)
                                            Chad W. Higgins (BBO # 668924)
                                            GOODWIN PROCTER LLP
                                            Exchange Place
                                            Boston, MA 02109-2881
                                            617.570.1000
                                            gwilliams@goodwinprocter.com
                                            chiggins@goodwinprocter.com


### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I certify that counsel for Plaintiff and for Teva Pharmaceuticals, USA, Inc. have conferred in good faith and stipulated that Teva Pharmaceuticals, USA, Inc. may amend its Answer to the Complaint. A conference call took place on November 30, 2010.

                                            s/ Chad W. Higgins                   


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) pursuant to Case Management Order #3 on December 1, 2010.

                                            s/ Chad W. Higgins