UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
   BLACKWELL v. PFIZER INC. :
   1:06-CV-11397 - PBS :
:
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF AMENDED COMPLAINT

WHEREAS Plaintiff's counsel having mistakenly filed an Amended Complaint (ECF Doc. # 2198) in the individual action, *Marilyn Blackwell v. Pfizer Inc., et al.*, Case No. 06-11397, on December 7, 2009, after District Judge Patti B. Saris, by an Electronic Order entered November 17, 2008, having already adopted the Report and Recommendation of Magistrate Judge Leo T. Sorokin dismissing this case (*see* Discovery Order No. 25, ECF Doc. # 1335), the Amended Complaint is hereby withdrawn.

Dated:  December 6, 2010

                                     **FINKELSTEIN & PARTNERS, LLP**

                               By: **/s/ Andrew G. Finkelstein**
                                    Andrew G. Finkelstein
                                    1279 Route 300, P.O. Box 1111
                                    Newburgh, New York  12551
                                    (800) 634-1212

>**POGUST BRASLOW & MILLROOD LLC**
>Harris L. Pogust, Esquire
>Derek T. Braslow, Esquire
>8 Tower Bridge, Suite 1520
>161 Washington Street
>Conshohocken, PA  19428
>(610) 941-4204
>
>**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 6, 2010.

Dated:  December 6, 2010

>  /s/ Andrew G. Finkelstein
>  Andrew G. Finkelstein