UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re: NEURONTIN MARKETING,                                   :   MDL Docket No. 1629
       SALES PRACTICES AND                                    :
       PRODUCTS LIABILITY LITIGATION                          :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
THIS DOCUMENT RELATES TO:                                     :   Judge Patti B. Saris
                                                              :
Sulema Salinas v. Pfizer Inc., et al.                         :   Magistrate Judge Leo T.
Case No. 06-10687-PBS                                         :   Sorokin
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION OF DISMISSAL

**IT IS STIPULATED**, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to Plaintiff Sulema Salinas, MDL Docket No. 1629, Master File No. 04-10981, Case No. 06-10687-PBS, relating to *Sulema Salinas v. Pfizer Inc., et al.*, Civil Action No. M-05-363 in the Southern District of Texas, McAllen Division. All costs are taxed against the party incurring same.

Dated:  December 7, 2010                    Respectfully submitted,


                                            GARCIA & KARAM, L.L.P.

                                            By:    /s/ Ricardo A. Garcia
                                                   Ricardo A. Garcia

                                            820 South Main
                                            McAllen, Texas 78501
                                            956-630-2882 (telephone)
                                            956-630-5393 (facsimile)

                                            *Attorneys for Plaintiff*

                                            -and-

        SKADDEN, ARPS, SLATE,
          MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
        Ana M. Francisco
        BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 7, 2010.

        /s/ Ana. M. Francisco
        Ana M. Francisco