UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x

IN RE: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

MDL Docket No. 1629

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

------------------------------------------------------------ x

THIS DOCUMENT RELATES TO:

*Edwards v. Pfizer Inc,*
Case No. 05-CV-11701-PBS

Civil Action No. 04-10981

------------------------------------------------------------ x

### INFORMATION REQUIRED BY THE
### AUGUST 11, 2010 PRO SE PRODUCTS CASES DISCOVERY ORDER

Please provide the name of the allegedly injured person:

Keith Edwards
_____

Please provide the date(s) that Plaintiff claims to have suffered an injury related to Plaintiff's alleged use of Neurontin, and specify the injury that Plaintiff claims to have suffered on that date:

August 19, 2002 to Date (neuropathy in the lower legs and feet,
exacerbation of diabetes, HIV and Hep C conditions.
_____

If you are suing on behalf of a deceased Plaintiff, please attach the deceased Plaintiff's death certificate and any letters testamentary or other documentation appointing you as administrator or personal representative of the deceased's estate.

Each Plaintiff shall produced a list identifying (a) his or her psychiatric medical providers for the twenty (20) years preceding the date of the alleged incident; (b) his or her non-psychiatric medical providers over the last five (5) years before Plaintiff started taking Neurontin, or ten (10) years before the occurrence of the incident alleged in the Complaint, whichever date is earlier; and (c) each medical provider (doctors, social workers, psychologists, hospitals, etc.) from whom he or she has sought medical records, regardless of whether the requested records have been received.

Ohio Department of Rehabilitation anmd Correction
Richland Correctional Institution
1001 Olivesburg Rd.
P.O. Box 8107
Mansfield, Ohio 44901
(419) 526-2100

| | |
|---|---|
| <u>Dr. Williams / Richland Correctional Institution</u> | <u>8/19/02 to Date</u> |
| DOCTOR & HOSPITAL NAME | ESTIMATED DATES OF SERVICE |
| <u>1001 Olivesburg Rd., P.O. Box 8107, Mansfield, Ohio 44901</u> | |
| MAILING ADDRESS OF DOCTOR/HOSPITAL | |
| <u>Mansfield,</u>  <u>Ohio</u>   <u>44901</u> | <u>(419) 526-2100</u> |
| CITY    STATE    ZIP CODE | PHONE NUMBER |

| | |
|---|---|
| <u>Ohio State University Hospital thru Ohio Dept. Rehabilitation and</u> | |
| DOCTOR & HOSPITAL NAME  <u>Corr., Columbus, Ohio</u> | ESTIMATED DATES OF SERVICE |
| MAILING ADDRESS OF DOCTOR/HOSPITAL | |
| CITY    STATE    ZIP CODE | PHONE NUMBER |

| | |
|---|---|
| DOCTOR & HOSPITAL NAME | ESTIMATED DATES OF SERVICE |
| MAILING ADDRESS OF DOCTOR/HOSPITAL | |
| CITY    STATE    ZIP CODE | PHONE NUMBER |

| | |
|---|---|
| DOCTOR & HOSPITAL NAME | ESTIMATED DATES OF SERVICE |
| MAILING ADDRESS OF DOCTOR/HOSPITAL | |
| CITY    STATE    ZIP CODE | PHONE NUMBER |

| | |
|---|---|
| DOCTOR & HOSPITAL NAME | ESTIMATED DATES OF SERVICE |
| MAILING ADDRESS OF DOCTOR/HOSPITAL | |
| CITY    STATE    ZIP CODE | PHONE NUMBER |

| | |
|---|---|
| DOCTOR & HOSPITAL NAME | ESTIMATED DATES OF SERVICE |
| MAILING ADDRESS OF DOCTOR/HOSPITAL | |
| CITY    STATE    ZIP CODE | PHONE NUMBER |