UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
:  Magistrate Judge Leo T.
SCHWARTZ PRODUCT LIABILITY ACTIONS : Sorokin
:
------------------------------------------------x

**DEFENDANTS' MOTION TO DISMISS FOR
FAILURE TO RESPOND TO DISCOVERY**

Pursuant to this Court's December 6, 2010 Order, and Federal Rule of Civil Procedure 37(b)(2)(A), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to dismiss the 39 Plaintiffs represented by the Law Offices of Newton B. Schwartz listed below for failure to produce responses to template discovery, and failure to comply with the Court's discovery orders. Despite this Court's orders, and repeated requests by Pfizer for the required disclosures, template discovery responses and certain other required discovery materials have still not been provided for the following Plaintiffs represented by the Law Offices of Newton B. Schwartz:

| Plaintiff | Case No. |
| --- | --- |
| Robert Angel | 06-cv-10912 |
| Cynthia Myers | 06-cv-10912 |
| Kay Blake | 06-cv-10912 |
| Debra Espey | 06-cv-10912 |
| Kristina Wilson | 06-cv-10912 |
| Latonya Jeffers | 06-cv-11024 |
| Zina McCue | 06-cv-11024 |
| Autherine Middleton | 06-cv-11024 |
| Barbara Payne | 06-cv-11024 |

| | |
|---|---|
| Craig Reaves | 06-cv-11024 |
| Florence Seagraves | 06-cv-11024 |
| Mary Kestner | 06-cv-11023 |
| Catherine Brown | 06-cv-11023 |
| Mary Anderson | 06-cv-10912 |
| Larry Dauernheim | 06-cv-10912 |
| Stacey Douglas | 06-cv-10912 |
| Tracy Lewis | 06-cv-10912 |
| Linda Phipps | 06-cv-10912 |
| Kenneth Knauff | 06-cv-11023 |
| Lori Mocci | 06-cv-11024 |
| Robert Moses | 06-cv-11024 |
| Kathaleen Smalls | 06-cv-11024 |
| Louis Weger | 06-cv-11024 |
| Dexter Wigfall | 06-cv-11024 |
| Lesa Carpenter | 06-cv-11023 |
| Jacqueline Manning | 06-cv-10912 |
| Bryan May | 06-cv-11023 |
| Donald Scheidt | 06-cv-11023 |
| Loretta Dreher | 06-cv-11024 |
| Christopher Hall | 06-cv-11024 |
| Debbie Hiers | 06-cv-11024 |
| Donald Hildebrand | 06-cv-11024 |
| Charles White | 06-cv-10912 |
| Jeffrey Wilkin | 06-cv-10912 |
| Sherry Groves | 06-cv-11023 |
| Drew Gordon, | 06-cv-11022 |
| Timothy Jackson | 06-cv-11022 |
| Dena Pina | 06-cv-11022 |
| Richardson Perdue | 06-cv-10912 |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law, and a proposed order is attached.

WHEREFORE, Defendants respectfully request that the above-listed Plaintiffs' cases be dismissed with prejudice.

Dated: December 7, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
          Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco
          Ana M. Francisco
          BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Katherine F. Arthur
Katherine F. Arthur

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 7, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco
