UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>SCHWARTZ PRODUCT LIABILITY ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**[PROPOSED] ORDER DISMISSING PLAINTIFFS
FOR FAILURE TO RESPOND TO DISCOVERY**

The claims of the following Plaintiffs represented by the Law Offices of Newton B. Schwartz are hereby dismissed with prejudice for failure to comply with the discovery orders of this Court:

| Plaintiff | Case No. |
|---|---|
| Robert Angel | 06-cv-10912 |
| Cynthia Myers | 06-cv-10912 |
| Kay Blake | 06-cv-10912 |
| Debra Espey | 06-cv-10912 |
| Kristina Wilson | 06-cv-10912 |
| Latonya Jeffers | 06-cv-11024 |
| Zina McCue | 06-cv-11024 |
| Autherine Middleton | 06-cv-11024 |
| Barbara Payne | 06-cv-11024 |
| Craig Reaves | 06-cv-11024 |
| Florence Seagraves | 06-cv-11024 |
| Mary Kestner | 06-cv-11023 |
| Catherine Brown | 06-cv-11023 |
| Mary Anderson | 06-cv-10912 |
| Larry Dauernheim | 06-cv-10912 |

| | |
|---|---|
| Stacey Douglas | 06-cv-10912 |
| Tracy Lewis | 06-cv-10912 |
| Linda Phipps | 06-cv-10912 |
| Kenneth Knauff | 06-cv-11023 |
| Lori Mocci | 06-cv-11024 |
| Robert Moses | 06-cv-11024 |
| Kathaleen Smalls | 06-cv-11024 |
| Louis Weger | 06-cv-11024 |
| Dexter Wigfall | 06-cv-11024 |
| Lesa Carpenter | 06-cv-11023 |
| Jacqueline Manning | 06-cv-10912 |
| Bryan May | 06-cv-11023 |
| Donald Scheidt | 06-cv-11023 |
| Loretta Dreher | 06-cv-11024 |
| Christopher Hall | 06-cv-11024 |
| Debbie Hiers | 06-cv-11024 |
| Donald Hildebrand | 06-cv-11024 |
| Charles White | 06-cv-10912 |
| Jeffrey Wilkin | 06-cv-10912 |
| Sherry Groves | 06-cv-11023 |
| Drew Gordon, | 06-cv-11022 |
| Timothy Jackson | 06-cv-11022 |
| Dena Pina | 06-cv-11022 |
| Richardson Perdue | 06-cv-10912 |

IT IS SO ORDERED.
Dated: _____        _____
                             Hon. Leo T. Sorokin
                             Magistrate Judge, U. S. District Court