## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------x

THIS DOCUMENT RELATES TO:

SCHWARTZ PRODUCT LIABILITY ACTIONS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO RESPOND TO DISCOVERY

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of deficiency letters sent to the Law Offices of Newton B. Schwartz dated from October 27, 2010 to November 18, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of the Schwartz Plaintiff Discovery Chart.

Signed under the penalties of perjury this 7th day of December 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 7, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco