# EXHIBIT A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

October 27, 2010

BY ELECTRONIC AND US MAIL
Trey Stegall
Law Offices of Newton Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: *Accettullo v. Pfizer Inc*, et al. Case No. 06-cv-10912
*Anderson v. Pfizer Inc*, et al. Case No. 06-cv-11024
*Brewster v. Pfizer Inc*, et al. Case No. 06-cv-11022
*Girard v. Pfizer Inc*, et al. Case No. 06-cv-11023

Dear Mr. Stegall:

      Magistrate Judge Sorokin's June 9, 2010, Further Scheduling Order Regarding All Products Cases [2839] ("the Order") required your firm to produce responses to Defendants' template discovery requests for fifteen Plaintiffs by October 1, 2010. On October 1, 2010, we received discovery responses for Plaintiffs Kimm Davis, Sharon Emmons, Karen Greer, Barbara Knowlton, Wanda Nichols, and Dorothy Smith. On October 4, 2010, we received discovery responses for Plaintiffs Martha Accettullo, Kamaliha Brewster, Isiah Mitchell, and David Weatherford. On October 15, 2010, we received discovery responses for Plaintiffs Monica Gann, Kenneth Gross, and Harold Sprinkle. On October 18, 2010, we received discovery responses from Plaintiff Freddie Lytle Your firm, however, still owes Defendants template discovery responses for one Plaintiff, which are now over three weeks late.

      The Order also required that your firm produce responses to Defendants' template discovery requests for fifteen additional Plaintiffs by October 15, 2010. Your firm, however, failed to provide the required number of responses by

Trey Stegall
October 27, 2010
Page 2

this deadline.  All of the sets of discovery responses served by your firm on or after October 15, 2010, have been credited towards your October 1, 2010, obligation.

        Please provide the sixteen responses outlined above by no later than noon on Friday, October 29, 2010, or we will be forced to file a motion to compel.  As you are aware, we previously filed a motion to compel responses to template discovery for 13 Plaintiffs on September 30, 2010.

        Sincerely,

Catherine B. Stevens

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

November 4, 2010

BY ELECTRONIC AND US MAIL
Trey Stegall
Law Offices of Newton Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: *Accettullo v. Pfizer Inc*, et al. Case No. 06-cv-10912
*Anderson v. Pfizer Inc*, et al. Case No. 06-cv-11024
*Brewster v. Pfizer Inc*, et al. Case No. 06-cv-11022
*Girard v. Pfizer Inc*, et al. Case No. 06-cv-11023

Dear Mr. Stegall:

      Magistrate Judge Sorokin's June 9, 2010, Further Scheduling Order Regarding All Products Cases [2839] ("the Order") required your firm to produce responses to Defendants' template discovery requests for fifteen Plaintiffs by October 1, 2010. On October 1, 2010, we received discovery responses for Plaintiffs Kimm Davis, Sharon Emmons, Karen Greer, Barbara Knowlton, Wanda Nichols, and Dorothy Smith. On October 4, 2010, we received discovery responses for Plaintiffs Martha Accettullo, Kamaliha Brewster, Isiah Mitchell, and David Weatherford. On October 15, 2010, we received discovery responses for Plaintiffs Monica Gann, Kenneth Gross, and Harold Sprinkle. On October 18, 2010, we received discovery responses from Plaintiff Freddie Lytle Your firm, however, still owes Defendants template discovery responses for one Plaintiff, which are now over one month late.

      The Order also required that your firm produce responses to Defendants' template discovery requests for fifteen additional Plaintiffs by October 15, 2010. Your firm, however, failed to provide the required number of responses by

Trey Stegall
November 4, 2010
Page 2

this deadline. All of the sets of discovery responses served by your firm on or after October 15, 2010, have been credited towards your October 1, 2010, obligation.

       I first wrote you regarding the sixteen overdue discovery responses from the month of October on October 27, 2010, and requested that you provide any outstanding discovery responses by Friday, October 29, 2010. Defendants have yet to receive any of the overdue discovery responses.

       The Order also required that your firm produce responses to Defendants' template discovery requests for fifteen additional Plaintiffs by November 1, 2010. Your firm, however, failed to provide any responses by this deadline.

       Please provide the thirty-one responses outlined above by no later than noon on Monday, November 8, 2010, or we will be forced to file a motion to compel. As you are aware, we previously filed a motion to compel responses to template discovery for 13 Plaintiffs on September 30, 2010.

                                    Sincerely,

                                      Catherine B. Stevens

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 18, 2010

BY ELECTRONIC AND US MAIL
Trey Stegall
Law Offices of Newton Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

>   RE: *Accettullo v. Pfizer Inc*, et al. Case No. 06-cv-10912
>   *Anderson v. Pfizer Inc*, et al. Case No. 06-cv-11024
>   *Brewster v. Pfizer Inc*, et al. Case No. 06-cv-11022
>   *Girard v. Pfizer Inc*, et al. Case No. 06-cv-11023

Dear Mr. Stegall:

      Magistrate Judge Sorokin's June 9, 2010, Further Scheduling Order Regarding All Products Cases [2839] ("the Order") required your firm to produce responses to Defendants' template discovery requests for fifteen Plaintiffs by October 1, 2010. On October 1, 2010, we received discovery responses for Plaintiffs Kimm Davis, Sharon Emmons, Karen Greer, Barbara Knowlton, Wanda Nichols, and Dorothy Smith. On October 4, 2010, we received discovery responses for Plaintiffs Martha Accettullo, Kamaliha Brewster, Isiah Mitchell, and David Weatherford. On October 15, 2010, we received discovery responses for Plaintiffs Monica Gann, Kenneth Gross, and Harold Sprinkle. On October 18, 2010, we received discovery responses from Plaintiff Freddie Lytle  I first wrote you regarding the overdue discovery responses from the month of October on October 27, 2010, and requested that you provide any outstanding discovery responses by Friday, October 29, 2010. I wrote you again on November 4, 2010 and requested that your provide any outstanding discovery responses by Monday, November 8, 2010.

      On Friday, November 12, 2010, Defendants received discovery response related to Anne Bruce. Since the Bruce case was dismissed by the Court on

Trey Stegall
November 18, 2010
Page 2

August 31, 2010, [*see* 3065], these responses cannot be credited toward your firm's October 1, 2010, obligation. Your firm still owes Defendants template discovery responses for one Plaintiff, which are now over two months late.

The Order also required that your firm produce responses to Defendants' template discovery requests for fifteen additional Plaintiffs by October 15, 2010, November 1, 2010 and November 15, 2010. Your firm, however, failed to provide any responses by these deadlines.

Please provide the forty-six responses outlined above by no later than noon on Monday, November 22, 2010 or we will be forced to file a motion to compel. As you are aware, we previously filed a motion to compel responses to template discovery for 13 Plaintiffs on September 30, 2010.

Sincerely,

Catherine B. Stevens