# EXHIBIT B

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Schwartz Discovery Chart**

| First | Last | Civil Action Number | Medical Authorization | Other Authorizations | Provider List | Plaintiff Template Discovery |
|---|---|---|---|---|---|---|
| Mary | Anderson | 06-10912-PBS | Complete | Complete | Incomplete | Incomplete |
| Robert | Angel | 06-11023-PBS | Complete | Incomplete | Complete | Incomplete |
| Kay | Blake | 06-10912-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Catherine | Brown | 06-11023-PBS | Complete | Incomplete | Complete | Incomplete |
| Lesa | Carpenter | 06-11023-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Larry | Dauernheim | 06-10912-PBS | Complete | Incomplete | Complete | Incomplete |
| Stacey | Douglas | 06-10912-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Loretta | Dreher | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Debra | Espey | 06-10912-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Drew | Gordon | 06-11022-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Sherry | Groves | 06-11023-PBS | Complete | Incomplete | Complete | Incomplete |
| Christopher | Hall | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Debbie | Hiers | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Donald | Hildebrand | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Timothy | Jackson | 06-11022-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Latonya | Jeffers | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Mary | Kestner | 06-11023-PBS | Complete | Incomplete | Complete | Incomplete |
| Kenneth | Knauff | 06-11023-PBS | Complete | Incomplete | Complete | Incomplete |
| Tracy | Lewis | 06-10912-PBS | Complete | Complete | Complete | Incomplete |
| Jacqueline | Manning | 06-10912-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Bryan | May | 06-11023-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Zina | McCue | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Autherine | Middleton | 06-11024-PBS | Complete | Incomplete | Complete | Incomplete |
| Lori | Mocci | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Robert | Moses | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Cynthia, Est. Aldina Sweitzer | Myers | 06-11023-PBS | Complete | Complete | Incomplete | Incomplete |
| Barbara | Payne | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Richardson | Perdue | 06-10912-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Linda | Phipps | 06-10912-PBS | Complete | Complete | Incomplete | Incomplete |
| Dena | Pina | 06-11022-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Craig | Reaves | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Donald | Scheidt | 06-11023-PBS | Complete | Complete | Incomplete | Incomplete |
| Florence | Seagraves | 06-11024-PBS | Complete | Incomplete | Complete | Incomplete |

| First | Last | Civil Action Number | Medical Authorization | Other Authorizations | Provider List | Plaintiff Template Discovery |
|---|---|---|---|---|---|---|
| Kathaleen | Smalls | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Louis | Weger | 06-11024-PBS | Complete | Incomplete | Complete | Incomplete |
| Charles | White | 06-10912-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Dexter | Wigfall | 06-11024-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Jeffrey | Wilkin | 06-10912-PBS | Complete | Incomplete | Incomplete | Incomplete |
| Kristina | Wilson | 06-10912-PBS | Complete | Incomplete | Incomplete | Incomplete |