UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> JOSHUA MARTINEZ v. PFIZER INC. et al., ) <br> 06-10912-PBS ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**PLAINTIFF'S MOTION TO RECONSIDER**
**MOTION TO REINSTATE CLAIMS OF JOSHUA MARTINEZ**

COMES NOW Plaintiff Joshua Martinez, individually and as representative of the Estate of Teresa Huff, deceased, and asks this Court to reconsider his Motion to Reinstate the Claims of Joshua Martinez [3010]. In the "Revised Scheduling Order for All Products Liability Cases" of December 6, 2010 [3141] the Court denied without prejudice Plaintiff's Motion to Reinstate the Martinez case, stating that "[i]f plaintiff's counsel believe they can complete all of the template discovery by December 31, 2010, they may refile the motion and so note at which point the Court will consider the motion." Pursuant to the Court's instructions, Plaintiff now requests the Court reconsider Plaintiff's Motion to Reinstate the Claims of Joshua Martinez as the template discovery for Joshua Martinez has been completed and transmitted to Defendants, as have all medical authorization forms and medical records in possession of counsel and relevant to these claims.

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law, and a proposed order is attached.

WHEREFORE, Plaintiff Joshua Martinez, individually and as representative of the Estate of Teresa Huff, deceased, respectfully requests that the Court reconsider his Motion to Reinstate

the Claims of Joshua Martinez [3010], and upon reconsideration thereof that the Court grant the reinstatement of all claims by brought by Plaintiff against Defendants in the above-entitled-and-numbered cause.

Dated:  December 9, 2010                             Respectfully submitted,

                                            /s/ Newton B. Schwartz, Sr.
                                            NEWTON B. SCHWARTZ, SR.
                                            *Law Offices of Newton B. Schwartz, Sr.*
                                            Texas State Bar No.17869000
                                            1911 Southwest Freeway
                                            Houston, Texas 77098
                                            Telephone:     (713) 630-0708
                                            Facsimile:      (713) 630-0789

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served on December 9, 2010.

                                            /s/ Newton B. Schwartz, Sr.
                                            NEWTON B. SCHWARTZ, SR.