UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LIABILITY LITIGATION | ) | MDL Docket No. 1629 |
| | ) | Master File No. 04-10981 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| | ) | Mag. Judge Leo T. Sorokin |
| JOSHUA MARTINEZ v. PFIZER INC. et al., | ) | |
| 06-10912-PBS | ) | |

## <u>MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER THE MOTION TO REINSTATE THE CLAIMS OF JOSHUA MARTINEZ</u>

COMES NOW Joshua Martinez, individually and as representative of the Estate of Teresa Huff, and files this Memorandum in Support of his Motion to Reconsider the Motion to Reinstate the Claims of Joshua Martinez, and in support thereof would show the Court as follows:

On August 6, 2010 Plaintiff filed his Motion to Reinstate the Claims of Joshua Martinez [3010] because the dismissal of those claims resulted from clerical error and numerous factors which are not attributable to Plaintiff individually, and for the many other reasons stated fully within Plaintiff's motion. Plaintiff incorporates its previous motion fully by reference herein. The motion, which was unopposed, sought the reinstatement of the claims of Joshua Martinez, both individually and on behalf of the Estate of Teresa Huff.

On December 6, 2010 the Court denied without prejudice the Motion to Reinstate the Martinez case, stating that "[i]f plaintiff's counsel believe they can complete all of the template discovery by December 31, 2010, they may refile the motion and so note at which point the Court will consider the motion." (*See* Revised Scheduling Order for All Products Liability Cases [3141].)  In light of the Court's instructions, Plaintiff now requests reconsideration of Plaintiff's

Motion to Reinstate the Claims of Joshua Martinez because the template discovery for Joshua Martinez has been completed and transmitted to Defendants, as have all medical authorization forms and medical records in possession of counsel and relevant to these claims.

On July 7, 2010 HIPAA-compliant medical authorizations for Plaintiff Joshua Martinez were sent to Defendants. (*See* Ex. A, July 7, 2010 Federal Express receipt confirming transmittal of, and accompanying authorizations sent to Defendants.)  Also on July 7, 2010, Plaintiff sent all medical records in the possession of counsel at that time related to the aforementioned claims to Defendants.  (*See* Ex. B, July 7, 2010 Federal Express receipt confirming transmittal of medical records, and accompanying letter sent to Defendants.)  On July 19, 2010 the template discovery responses for Plaintiff Joshua Martinez were sent to Defendants. (*See* Ex. C, July 7, 2010 Federal Express receipt confirming transmittal of, and accompanying discovery responses of Joshua Martinez.)

Finally, additional medical records related to the claims of Plaintiff Joshua Martinez that have been obtained by counsel after July 7, 2010 are being forwarded to Defendants contemporaneously with the filing of this motion.

As Plaintiff has complied with the Court's instructions in the Revised Scheduling Order [3141] regarding the completion of template discovery responses for Plaintiff Joshua Martinez prior to December 31, 2010, Plaintiff moves the Court to reconsider his unopposed Motion to Reinstate the Claims of Joshua Martinez [3010].

For all of the reasons stated herein, and as set forth in Plaintiff's Motion to Reinstate the Claims of Joshua Martinez [3010], Plaintiff asks the court to reconsider his previously filed Motion to Reinstate, and upon reconsideration thereof to grant said motion reinstating all claims of Joshua Martinez against Defendants in the above-entitled-and-numbered cause.

Dated: December 9, 2010                    Respectfully submitted,

                                            /s/ Newton B. Schwartz, Sr.
                                           NEWTON B. SCHWARTZ, SR.
                                           *Law Offices of Newton B. Schwartz, Sr.*
                                           Texas State Bar No.17869000
                                           1911 Southwest Freeway
                                           Houston, Texas 77098
                                           Telephone:     (713) 630-0708
                                           Facsimile:      (713) 630-0789


## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served on December 9, 2010.

                                            /s/ Newton B. Schwartz, Sr.
                                           NEWTON B. SCHWARTZ, SR.