UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LIABILITY LITIGATION | ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| JOSHUA MARTINEZ v. PFIZER INC. et al., 06-10912-PBS | ) ) | |

### DECLARATION OF NEWTON B. SCHWARTZ IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER

I, Newton B. Schwartz, Sr., declare and state as follows:

1. I am an attorney with the Law Office of Newton B. Schwartz, Sr., counsel for Plaintiff Joshua Martinez in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a July 7, 2010 receipt from Federal Express confirming transmittal of medical authorizations sent to Defendants.

3. Attached hereto as Exhibit B is a true and correct copy of a July 7, 2010 receipt from Federal Express confirming transmittal of medical records, and accompanying letter sent to Defendants.

4. Attached hereto as Exhibit C is a true and correct copy of a July 19, 2010 receipt from Federal Express confirming transmittal of the template discovery responses of Joshua Martinez, and the accompanying discovery responses to Defendants.

Signed under the penalties of perjury this 9th day of December 2010.

                                                    /s/ Newton B. Schwartz, Sr.
                                                  NEWTON B. SCHWARTZ, SR.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served on December 9, 2010.

                                        /s/ Newton B. Schwartz, Sr.
                                        NEWTON B. SCHWARTZ, SR.