# Exhibit B



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 16,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **869464505458**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Mailroom |
| Signed for by: | B.MITCHELL | Delivery location: | 4 TIMES SQ FL 24 |
| | | | NEW YORK, NY 10036 |
| Service type: | Standard Pak | Delivery date: | Jun 28, 2010 10:26 |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 869464505458 | Ship date: | Jun 25, 2010 |
| | | Weight: | 2.0 lbs/0.9 kg |

**Recipient:**
CATHERINE B STEVENS MARK CHEFF
SKADDEN ARPS SLATE MEAGHER & F
FOUR TIMES SQUARE
10036 US

**Reference**

**Shipper:**
SCHWARTZ, NEWTON B SR
1911 SOUTHWEST FWY
770984803 US

NEURONTIN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Form Approved
OMB No. 0960-0566

Social Security Administration
Consent for Release of Information

TO: Social Security Administration

_Teresa Huff_
Name

[ Date of Birth ]

[ Social Security Number ]

I authorize the Social Security Administration to release information or records about me to:

NAME
_Boies, Schiller & Flexner_

ADDRESS
_575 Lexington Ave_
_7th Floor_
_New York, NY 10022_

I want this information released because:

(There may be a charge for releasing information.)

Please release the following information:

_____ Social Security Number
_____ Identifying information (includes date and place of birth, parents' names)
_____ Monthly Social Security benefit amount
_____ Monthly Supplemental Security Income payment amount
_____ Information about benefits/payments I received from_____ to _____
_____ Information about my Medicare claim/coverage from_____ to _____
      (specify) _____
_____ Medical records
_____ Record(s) from my file (specify) _____

_____ Other (specify) _____

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _____
(Show signatures, names and addresses of two people if signed by mark.)
Date: _6-1-10_                  Relationship: _Son / Personal Rep._

Form SSA-3288 (5-2007) EF (5-2007)

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information
_____

Please read these instructions carefully before completing this form.

**When to Use This Form**

Complete this form only if you want the Social Security Administration to give information or records about you to an individual or group (for example, a doctor or an insurance company).

Natural or adoptive parents or a legal guardian, acting on behalf of a minor, who want us to release the minor's:
· nonmedical records, should use this form.
· medical records, should not use this form, but should contact us.

Note: Do not use this form to request information about your earnings or employment history. To do this, complete Form SSA-7050-F4. You can get this form at any Social Security office.

**How to Complete This Form**

This consent form must be completed and signed only by:
· the person to whom the information or record applies, or
· the parent or legal guardian of a minor to whom the nonmedical information applies, or
  the legal guardian of a legally incompetent adult to whom the information applies.
To complete this form:
· Fill in the name, date of birth, and Social Security Number of the person to whom the information applies.
· Fill in the name and address of the individual or group to which we will send the information.
· Fill in the reason you are requesting the information.
· Check the type(s) of information you want us to release.
· Sign and date the form. If you are not the person whose record    we will release, please state your relationship to that person.

**PRIVACY ACT NOTICE:** The Privacy Act Notice requires us to notify you that we are authorized to collect this information by section 3 of the Privacy Act. You do not have to provide the information requested. However, we cannot release information or records about you to another person or organization without your consent for release of information. Your records are confidential. We will release only records that you authorize, and only to persons or organizations who you authorize to receive that information.

**PAPERWORK REDUCTION ACT STATEMENT:** This information collection meets the clearance requirements of 44 U.S.C. §3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213. _You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 212345-6401. Send only comments relating to our time estimate to this address, not the completed form._

Form SSA-3288 (5-2007) EF (5-2007)

## AUTHORIZATION

For the Disclosure of Protected Health Information Pursuant to 45 CFR § 164.508(a)(1)

To: _____

    Name

    _____

    Address

    _____

    City, State and Zip Code

This document authorizes you to disclose to the named party or parties below upon request, the following health information concerning ___Teresa Huff___, Whose date of birth is _____ and whose social security number is _____, for the purpose of permitting defendants in my personal injury lawsuit access to medical information pertinent to that lawsuit.  You are hereby authorized to release my entire medical records file to the defendant or its authorized representative listed below ("Record Requestor") This release authorizes you to furnish copies of all medical records, including but not limited to medical reports and notes, laboratory reports, pathology slides, reports, notes, and specimens, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, insurance, Medicaid, Medicare, and disability records, and medical bills regarding my injuries, diseases, testing, or treatment, specifically but not limited to HIV/AIDS or other communicable diseases, drug testing, drug or alcohol abuse treatment, or mental or behavioral health or psychiatric care, excluding psychotherapy notes.

You may not condition treatment, payment, enrollment, or eligibility for benefits on whether this authorization is signed.

I intend that this authorization shall be continuing in nature. If information responsive to this authorization is created, learned or discovered at any time in the future, either by you or another party, you must produce such information to the requestor at that time.
Further, I hereby agree that a photo static copy of this authorization may serve as an original.

You are authorized to release the above information to the following representative of defendants in the above-entitled matter who has agreed to pay reasonable charges made by you to supply copies of records.

Medical Research Consultants
Name of Representative

Records Requestor
Representative Capacity (e.g. attorney, records requestor, agent, etc.)

6330 West Loop South, Suite 105
Street Address

Bellaire, Texas 77401
City, State and Zip Code

This authorization may be revoked by writing to the individual to whom this authorization is provided. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and any revocation will not affect those actions. I also understand that provision of this signed authorization is required by Order of the Court in the litigation to which this authorization pertains, and that such revocation, without good cause, may consequently lead to sanctions.

I further acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by a recipient and not protected under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

This authorization expires two years from the date below.

Date: _5-27-10_

Signature or Patient (or Patient's Representative)

Description of Representative's Authority to Act for Patient, if Applicable

Date: _May 27, 2010_

Witness Signature

Form **4506**

(Rev. January 2010)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

OMB No. 1545-0429

► Request may be rejected if the form is incomplete or illegible.

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. *Teresa Huff* | **1b** First social security number on tax return or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

*Teresa Huff   1127 Colonial Avenue   Knoxville TN   37917*

**4** Previous address shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

*Boies Schiller & Flexner LLP*
*575 Lexington Ave, 7th Floor*
*New York, NY  10022    212-446-2300*

**Caution.** If the tax return is being mailed to a third party, ensure that you have filled in line 6 and line 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy.

**6** Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ►

Note. If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . . . ☐

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

**8** Fee. There is a $57 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . | $ | 57.00 |
| **b** Number of returns requested on line 7 . . . . . . . . . . . . . . . | | |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . | $ | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . ☐

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. Note. For tax returns being sent to a third party, this form must be received within 120 days of signature date.

Telephone number of taxpayer on line 1a or 2a   *505-670-1532*

**Sign Here** ►

Signature (see instructions)   Date  *6-1-10*

Title (if line 1a above is a corporation, partnership, estate, or trust)  *Personal Representative*

► Spouse's signature   Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 41721E    Form **4506** (Rev. 1-2010)

# General Instructions

*Section references are to the Internal Revenue Code.*

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can call 1-800-829-1040 to order a transcript through the automated self-help system. Follow prompts for "questions about your tax account" to order a tax return transcript.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the "Internal Revenue Service" at: |
|---|---|
| Florida, Georgia, North Carolina, South Carolina | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 |
| Arkansas, Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

# Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

## INSTRUCTION AND INFORMATION SHEET FOR SF 180, REQUEST PERTAINING TO MILITARY RECORDS

1. **General Information.** The Standard Form 180, Request Pertaining to Military Records (SF180) is used to request information from military records. Certain identifying information is necessary to determine the location of an individual's record of military service. Please try to answer each item on the SF 180. If you do not have and cannot obtain the information for an item, show "NA," meaning the information is "not available." Include as much of the requested information as you can. To determine where to mail this request see Page 2 of the SF180 for record locations and facility addresses.

Online requests may be submitted to the National Personnel Records Center (NPRC) by a veteran or deceased veteran's next of kin using eVetRecs at http://www.archives.gov/veterans/evetrecs/.

2. **Personnel records and Service Treatment Records (STR).** Personnel records of military members who were discharged, retired, or died in service less than 62 years ago and STR's are in the legal custody of the military service department and are administered in accordance with rules issued by the Department of Defense and the Department of Homeland Security (DHS, Coast Guard). STR's of persons on active duty are generally kept at the local servicing clinic, and usually are available from the Department of Veterans Affairs approximately 40 days after the last day of active duty. (See item 3, Archival Records, if the military member was discharged, retired or died in service over 62 years ago.)

    a. Release of information: Release of information is subject to restrictions imposed by the military services consistent with Department of Defense regulations and the provisions of the Freedom of Information Act (FOIA) and the Privacy Act of 1974. The service member (either past or present) or the member's legal guardian has access to almost any information contained in that member's own record. An authorization signature, of the service member or the member's legal guardian, is needed in Section III of the SF180. Others requesting information from military personnel records and/or STR's must have the release authorization in Section III of the SF 180 signed by the member or legal guardian. If the appropriate signature cannot be obtained, only limited types of information can be provided. If the former member is deceased, surviving next of kin may, under certain circumstances, be entitled to greater access to a deceased veteran's records than a member of the general public. The next of kin may be any of the following: unremarried surviving spouse, father, mother, son, daughter, sister, or brother. Requesters must provide proof of death, such as a copy of a death certificate, letter from funeral home or obituary.

    b. Fees for records: There is no charge for most services provided to service members or next of kin of deceased veterans. A nominal fee is charged for certain types of service. In most instances service fees cannot be determined in advance. If your request involves a service fee, you will be notified as soon as that determination is made.

3. **Archival Records.** Personnel records of military members who were discharged, retired, or died in service 62 or more years ago have been transferred to the legal custody of NARA and are referred to as "archival" records.

    a. Release of information: Archival records are open to the public. The Privacy Act of 1974 does not apply to archival records, therefore, written authorization from the veteran or next of kin is not required. However, in order to protect the privacy of the veteran, his/her family, and third parties named in the records, the personal privacy exemption of the Freedom of Information Act (5 U.S.C. 552 (b) (6)) may still apply and preclude the release of some information.

    b. Fees for Archival Records: Access to archival records is granted by offering copies of the records for a fee (44 U.S.C. 2116 (c)). You will be notified if there is a charge for photocopies of documents contained in the record you are requesting.

4. **Where reply may be sent.** The reply may be sent to the service member or any other address designated by the service member or other authorized requester.

5. **Definitions and abbreviations.** DISCHARGED -- the individual has no current military status; SERVICE TREATMENT RECORD (STR) -- The chronology of medical, mental health and dental care received by service members during the course of their military career (does not include records of treatment while hospitalized); TDRL -- Temporary Disability Retired List.

6. **Service completed before World War 1.** National Archives Trust Fund (NATF) forms must be used to request these records. Obtain the forms by e-mail from inquire@nara.gov or write to the Code 6 address on page 2 of the SF 180.

### PRIVACY ACT OF 1974 COMPLIANCE INFORMATION

The following information is provided in accordance with 5 U.S.C. 552a(e)(3) and applies to this form. Authority for collection of the information is 44 U.S.C. 2907, 3101, and 3103, and Public Law 104-134 (April 26, 1996), as amended in title 31, section 7701. Disclosure of the information is voluntary. If the requested information is not provided, it may delay servicing your inquiry because the facility servicing the service member's record may not have all of the information needed to locate it. The purpose of the information on this form is to assist the facility servicing the records (see the address list) in locating the correct military service record(s) or information to answer your inquiry. This form is then retained as a record of disclosure. The form may also be disclosed to Department of Defense components, the Department of Veterans Affairs, the Department of Homeland Security (DHS, U.S. Coast Guard), or the National Archives and Records Administration when the original custodian of the military health and personnel records transfers all or part of those records to that agency. If the service member was a member of the National Guard, the form may also be disclosed to the Adjutant General of the appropriate state, District of Columbia, or Puerto Rico, where he or she served.

### PAPERWORK REDUCTION ACT PUBLIC BURDEN STATEMENT

Public burden reporting for this collection of information is estimated to be five minutes per request, including time for reviewing instructions and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to National Archives and Records Administration (NHP), 8601 Adelphi Road, College Park, MD 20740-6001. DO NOT SEND COMPLETED FORMS TO THIS ADDRESS. SEND COMPLETED FORMS AS INDICATED IN THE ADDRESS LIST ON PAGE 2 OF THE SF 180.

Standard Form 180 (Rev. 09/08) (Page 1)
Prescribed by NARA (36 CFR 1228.168(b))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029  Expires 10/31/2011

## REQUEST PERTAINING TO MILITARY RECORDS

* Requests from veterans or deceased veteran's next-of-kin may be submitted online by using eVetRecs at http://www.archives.gov/veterans/evetrecs/ *

*(To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form.  Please print clearly or type.)*

### SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible.)

| 1. NAME USED DURING SERVICE (last, first, and middle) | | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|---|
| | | | | |

| 5. SERVICE, PAST AND PRESENT | BRANCH OF SERVICE | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | SERVICE NUMBER (If unknown, write "unknown") |
|---|---|---|---|---|---|---|
| a. ACTIVE COMPONENT | | | | | | |
| b. RESERVE COMPONENT | | | | | | |
| c. NATIONAL GUARD | | | | | | |

*(For an effective records search, it is important that all service be shown below.)*

| 6. IS THIS PERSON DECEASED? If "YES" enter the date of death. | 7. IS (WAS) THIS PERSON RETIRED FROM MILITARY SERVICE? |
|---|---|
| ☐ NO   ☐ YES | ☐ NO   ☐ YES |

### SECTION II - INFORMATION AND/OR DOCUMENTS REQUESTED

1. CHECK THE ITEM(S) YOU WOULD LIKE TO REQUEST A COPY OF:

☐ DD Form 214 or equivalent. This form contains information normally needed to verify military service. A copy may be sent to the veteran, the deceased veteran's next of kin, or other persons or organizations if authorized in Section III, below. NOTE: If more than one period of service was performed, even in the same branch, there may be more than one DD214. Check the appropriate box below to specify a deleted or undeleted copy.  When was the DD Form(s) 214 issued? YEAR(S):

☐ UNDELETED: Ordinarily required to determine eligibility for benefits. Sensitive items, such as, the character of separation, authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and dates of time lost are usually shown.

☐ DELETED: The following items are deleted: authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and for separations after June 30, 1979, character of separation and dates of time lost.

☐ All Documents in Official Military Personnel File (OMPF)

☐ Medical Records (Includes Service Treatment Records (outpatient), inpatient and dental records.) If hospitalized, provide facility name and date for each admission:

☐ Other (Specify):

2. PURPOSE: (An explanation of the purpose of the request is strictly voluntary; however, such information may help to provide the best possible response and may result in a faster reply. Information provided will in no way be used to make a decision to deny the request.) Check appropriate box:

☐ Benefits   ☐ Employment   ☐ VA Loan Programs   ☐ Medical   ☐ Medals/Awards   ☐ Genealogy   ☐ Correction   ☐ Personal
☐ Other, explain:

### SECTION III - RETURN ADDRESS AND SIGNATURE

1. REQUESTER IS: *(Signature Required in 3 below of veteran, next of kin, legal guardian, authorized government agent or "other" authorized representative.  If "other" authorized representative, provide copy of authorization letter.)*

☐ Military service member or veteran identified in Section I, above

☐ Next of kin of deceased veteran  (Must provide proof of death).

Show relationship:

*(See item 2a on accompanying instructions.)*

☐ Legal guardian (Must submit copy of court appointment.)

☐ Other (specify)

2. SEND INFORMATION/DOCUMENTS TO:
*(Please print or type. See item 4 on accompanying instructions.)*

3. AUTHORIZATION SIGNATURE REQUIRED *(See items 2a or 3a on accompanying instructions.)*  I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct.

| Name | |
|---|---|
| Street | Apt. |
| City | State   Zip Code |

Signature Required - Do not print

( )
Date of this request   Daytime phone

Email address

* This form is available at http://www.archives.gov/research/order/standard-form-180.pdf on the National Archives and Records Administration (NARA) web site. *

Standard Form 180 (Rev. 05/08) (Page 2)
Prescribed by NARA (36 CFR 1228.168(b))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 10/31/2011

## LOCATION OF MILITARY RECORDS

The various categories of military service records are described in the chart below. For each category there is a code number which indicates the address at the bottom of the page to which this request should be sent.  Please refer to the Instruction and Information Sheet accompanying this form as needed.

| BRANCH | CURRENT STATUS OF SERVICE MEMBER | ADDRESS CODE | |
| --- | --- | --- | --- |
| | | Personnel Record | Service Treatment Record |
| AIR FORCE | Discharged, deceased, or retired before 5/1/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 9/30/2004 | 14 | 11 |
| | Discharged, deceased, or retired on or after 10/1/2004 | 1 | 11 |
| | Active (including National Guard on active duty in the Air Force), TDRL, or general officers retired with pay | 1 | |
| | Reserve, retired reserve in nonpay status, current National Guard officers not on active duty in the Air Force, or National Guard released from active duty in the Air Force | 2 | |
| | Current National Guard enlisted not on active duty in the Air Force | 13 | |
| COAST GUARD | Discharge , or retired before 1/1/1898 | 6 | |
| | Discharged, deceased, or retired 1/1/1898 – 3/31/1998 | 14 | 14 |
| | Discharged, deceased, or retired on or after 4/1/1998 | 14 | 11 |
| | Active, reserve, or TDRL | 3 | |
| MARINE CORPS | Discharged, deceased, or retired before 1/1/1905 | 6 | |
| | Discharged, deceased, or retired 1/1/1905 – 4/30/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 12/31/1998 | 14 | 11 |
| | Discharged, deceased, or retired on or after 1/1/1999 | 4 | 11 |
| | Individual Ready Reserve | 5 | |
| | Active, Selected Marine Corps Reserve, TDRL | 4 | |
| ARMY | Discharged, deceased, or retired before 11/1/1912 (enlisted) or before 7/1/1917 (officer) | 6 | |
| | Discharged, deceased, or retired 11/1/1912 – 10/15/1992 (enlisted) or 7/1/1917 – 10/15/1992 (officer) | 14 | 14 |
| | Discharged, deceased, or retired after 10/16/1992 | 14 | 11 |
| | Reserve, or active duty records of current National Guard members who performed service in the U.S. Army before 7/1/1972 | 7 | |
| | Active enlisted (including National Guard on active duty in the U.S. Army) or TDRL enlisted | 9 | |
| | Active officers (including National Guard on active duty in the U.S. Army) or TDRL officers | 8 | |
| | Current National Guard enlisted and officer not on active duty in Army (including records of Army active duty performed after 6/30/1972) | 13 | |
| NAVY | Discharged, deceased, or retired before 1/1/1886 (enlisted) or before 1/1/1903 (officer) | 6 | |
| | Discharged, deceased, or retired 1/1/1886 – 1/30/1994 (enlisted) or 1/1/1903 – 1/30/1994 (officer) | 14 | 14 |
| | Discharged, deceased, or retired 1/31/1994 – 12/31/1994 | 14 | 11 |
| | Discharged, deceased, or retired on or after 1/1/1995 | 10 | 11 |
| | Active, reserve, or TDRL | 10 | |
| PHS | Public Health Service - Commissioned Corps officers only | 12 | |

## ADDRESS LIST OF CUSTODIANS (BY CODE NUMBERS SHOWN ABOVE) – Where to write/send this form

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 | Air Force Personnel Center HQ AFPC/DPSSRP 550 C Street West, Suite 19 Randolph AFB, TX 78150-4721 | 6 | National Archives & Records Administration Old Military and Civil Records (NWCTB-Military) Textual Services Division 700 Pennsylvania Ave, N.W. Washington, DC 20408-0001 | 11 | Department of Veterans Affairs Records Management Center. P.O. Box 5020 St. Louis, MO 63115-5020 |
| 2 | Air Reserve Personnel Center /DSMR HQ ARPC/DPSSA/B 6760 E. Irvington Place, Suite 4600 Denver, CO 80280-4600 | 7 | U.S. Army Human Resources Command ATTN:  AHRC-PAV-V 1 Reserve Way St. Louis, MO 63132-5200 | 12 | Division of Commissioned Corps Officer Support ATTN:  Records Officer 1101 Wooton Parkway, Plaza Level, Suite 100 Rockville, MD  20852 |
| 3 | Commander, CGPC-adm-3 USCG Personnel Command 4200 Wilson Blvd., Suite 1100 Arlington, VA  22203-1804 | 8 | U.S. Army Human Resources Command ATTN:  AHRC-MSR 200 Stovall Street Alexandria, VA  22332-0444 | 13 | The Adjutant General (of the appropriate state, DC, or Puerto Rico) |
| 4 | Headquarters U.S. Marine Corps Personnel Management Support Branch (MMSB-10) 2008 Elliot Road Quantico, VA  22134-5030 | 9 | Commander USAEREC ATTN:  PCRE-F 8899 E. 56th St. Indianapolis, IN  46249-5301 | 14 | National Personnel Records Center (Military Personnel Records) 9700 Page Ave. St. Louis, MO 63132-5100 |
| 5 | Marine Corps Mobilization Command 15303 Andrews Road Kansas City, MO 64147-1207 | 10 | Navy Personnel Command (PERS-312E) 5720 Integrity Drive Millington, TN 38055-3120 | | http://www.archives.gov/veterans/evetrecs/ |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL No. 1629 (D.Mass)

THIS RELATES TO:
MDL Case No. _____ 1629

Plaintiff: _Teresa Huff_
(name)

Name: _Teresa Huff_

Date of Birth: ▓▓▓▓▓▓

Social Security Number: ▓▓▓▓▓▓

## AUTHORIZATION FOR RELEASE OF RECORDS FROM EMPLOYER/ EDUCATIONAL INSTITUTION

Person/Entity from Whom
Records are Requested ("Provider"):

_GC Services_
Name of Employer/Educational Institution

_4454 Broadway        Knoxville TN 37917_
Address            City, State and Zip Code

Employee/Student:

_____
Employee/Student Name ("Employee" or "Student")

_____
Address        City, State and Zip Code

1

Information Authorized To Be Disclosed: I authorize the Provider to furnish all records and information in its possession to include but not be limited to: Copies of all applications for employment, unemployment benefits, resumes, records of all positions held, job descriptions of positions held, salary and/or compensation records, performance evaluations and reports, statements and comments of fellow employees, attendance records, W-2's, worker's compensation files, all hospital, physician, clinic, infirmary, psychiatric, nurse and dental records, x-rays, test results, physical examination records, any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf, and any other records relating to my employment with the above-named institution, including records for treatment of psychological, psychiatric or emotional problems regarding the Employee's employment, income, and education, including attendance reports, performance reports, W-4 and W-2 forms, medical reports, workers' compensation claims, and all other records relating to employment, past and present, and claims for disability. I also authorize the Provider to furnish copies of all school records, including application and admission paperwork, attendance records, transcripts, diplomas, health and physical examination records, immunization records, nurses' notes, disciplinary records, correspondence and any other information and records pertaining to the above individual. This listing is not meant to be exclusive.

Person to Whom Records are to be Disclosed ("Recipient"): I authorize disclosure of the above specified information to the defendant in the litigation captioned IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, MDL No. 1629, in which I am a plaintiff, and its authorized agent as set forth below:

Medical Research Consultants – Attn: RECORD RETRIEVAL
Name of Recipient or Recipient's Agent

Agent for Service of Record on Behalf of Defendant Pfizer Inc
Relationship to Recipient

6330 West Loop South, Suite 105        Bellaire, TX 77401
Address                                City, State and Zip Code

I further authorize disclosure to any other counsel of record for Pfizer Inc in the above captioned litigation that may be named in the future. The Recipient has

2

agreed to pay reasonable charges incurred by the Provider to supply copies of such records.

Purpose of Disclosure: I am requesting disclosure of these records in connection with the above-referenced litigation in which I am a plaintiff.

Acknowledgements:

I understand that once information covered by this authorization has been disclosed, redisclosure of that information by the Recipient is possible, and the information may no longer be protected by federal or state law, including the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

I understand that my signing of this authorization is voluntary. Refusing to sign or revoking this authorization will not affect my health care treatment, enrollment in my health plan, or eligibility for payment and benefits under my health plan.

I further understand that, pursuant to applicable state law, I may have a right to receive a copy of this authorization as provided in 45 CFR 164.524.

Term: This authorization shall be valid through or the conclusion of my case, whichever occurs first. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Recipient any additional records created or obtained by the Provider after the date hereof.

Revocation: I understand that I may revoke this authorization at any time by writing to the Employer at the Employer's above address, but my revocation will not apply to information that has already been released before the Employer receives notice of any revocation. Cancellation, revocation, or modification will only be valid once the Employer/Academic institution receives written notification of such cancellation, revocation or modification. A copy of said notification shall also be sent to Angela Seaton at Shook, Hardy & Bacon. I also understand that provision of this signed authorization is required by Order of the Court in the litigation to which this authorization pertains, and that such revocation, without good cause, may consequently lead to sanctions.

3

Copies: Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.

Date: 6-2-10 _____

_____
Signature of Employee or Legal/Personal Representative

_Personal Representative / son_
Description of Personal Representative's Authority to Sign for Employee

Sworn to and subscribed before me on the 2nd day of June , 20 10.

_____
NOTARY PUBLIC

**OFFICIAL SEAL**
**Dorothy Apodaca**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 7-10-10

Commission Expires: July 10, 2010

4

# 🖋 Walgreens

H1O6847

Return to: Walgreens Custodian of Records Department, 1901 East Voorhees Street, PO Box 4039, MS #735, Danville, Illinois 61834

*All sections must be filled in completely or the authorization is NOT valid!!*

AUTHORIZATION RELEASE OF INFORMATION REQUESTED BY PATIENT

Your Name: _Teresa Huff_
Date of Birth: _____
Street Address: _1127 Colonial Avenue (is Vegas Rd - Personal Rep)_
City, State, Zip: _Santa F Los Lunas NM 87031_
Telephone Number: _505-670-1532_

Person to receive authorized copy of medical information from Walgreens

Name: _Boies, Schiller & Flexner LLP_
Address: _575 Lexington Ave, 7th Floor_
City, State, Zip: _New York, NY 6022_

Describe the information that you are asking us to release

_____
_____
_____

List the specific purpose for requesting this information

_Legal_
_____

Expiration Date: Must include a date or specific time or event

This authorization expires  *[specify date or event]:*  _6-1-11_

Information regarding this Authorization

- You have the right to revoke this Authorization, in writing to Walgreens Custodian of Records Department, at any time. The revocation is only effective after it is received and logged by Walgreens. Any use or disclosure made prior to a revocation is not included as part of the revocation.
- Refer to our Notice of Privacy Practices for permitted uses and disclosures of protected health information ("PHI"). You may obtain a copy of this Notice from the Privacy Office or on www.walgreens.com. Please keep a copy of this authorization for your records.
- Once PHI is disclosed to others, it may be redisclosed by them to persons or entities that are not subject to the privacy regulations, which means that the PHI may no longer be protected by regulations.

- Privacy regulations prohibit the conditioning of treatment, payment, enrollment, or eligibility for benefits on signing this Authorization.
- This Authorization must be signed and dated by the patient or signed and dated by the patient's personal representative and include a description of that person's ability to act on behalf of the patient.

**Signature**

I, _Joshua Martinez_, by signing below, authorize Walgreens to use or disclose my protected health information as described above.

_____     6-1-10
Signature                                            Date

If this Authorization is signed by the patient's personal representative, please explain your authority here and provide legal documentation.

Note: If death is due to accident, homicide, trauma, or unknown causes, refer case to Medical Investigator.

**DECEDENT-NAME** First: Teresa  Middle: Lynn  Last: HUFF

SEX: F

DATE OF DEATH: July 21, 2004

DATE OF BIRTH: 
AGE-last birthday: 48
UNDER 1 YEAR — MOR. DAYS
UNDER 1 DAY — HOURS MINS.
RACE: Specify White, Black, Native American, etc.: White

Is Decedent Hispanic? No ☐ Yes, Specify: ☐ Cuban ☐ Spanish ☐ Puerto Rican ☐ Mexican ☐ Other

EDUCATION OF DECEDENT: Indicate highest grade completed

**PLACE OF DEATH** — Name of hospital or other facility (if neither, give street and number or location): 3131 Adams NE # H-104

HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
OTHER: ☐ Nursing Home XX Residence ☐ Other (Specify)

STATE OR COUNTRY OF BIRTH: Tennessee
CITIZEN OF WHAT COUNTRY: U.S.A.
MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify): Divorced
SURVIVING SPOUSE (if wife, give maiden name): N/A

SOCIAL SECURITY NUMBER: 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
USUAL OCCUPATION (Kind of work done during most of working life, even if retired): Registered Nurse
KIND OF BUSINESS OR INDUSTRY: Home Health

RESIDENCE-STATE: New Mexico
County: Bernalillo
City, Town or Location: Albuquerque
INSIDE CITY LIMITS: Yes

STREET AND NUMBER OR LOCATION: 3131 Adams NE # H-104
ZIP CODE: 87110

FATHER-NAME: First: Morris  Middle: N/A  Last: Talmadge
MOTHER-BIRTH NAME: First: Harriet  Middle: Evelyn  Maiden: Wickwire

INFORMANT-NAME (Type or print): Shawna Wyrick
MAILING ADDRESS Street/RFD No.: 604 Haritage Rd.
City/Town: Pineville
State: GA

METHOD OF DISPOSITION: XX Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Entombment ☐ Other (Specify)
CEMETERY/CREMATORY-Name: Woodlawn Cemetery

LOCATION City/Town: Knoxville
State: TN
☐ NM

FACILITY-NAME: French Mortuary, Inc.
University Blvd. NE
Albuquerque
NM

FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH-Signature: Jessica Nelson
LICENSE NUMBER: ISP

Certified by (Check ONE): ☐ Office of Medical Investigator ☐ Certified Physician
DATE SIGNED (mo., day, yr.): Nov 11, 2004

Certifies (Circumstance) On the basis of examination and/or investigation, in my opinion, death occurred at the time, date and place and due to the cause(s) stated.
X

PRONOUNCED DEAD: July 21, 2004
HOUR OF DEATH: 6:30 pm

Type/Print Name: Ross E. Zumwalt, MD
OMI/UNM
PRONOUNCED DEAD: July 21, 2004
HOUR PRONOUNCED DEAD: 6:30 pm

Mailing Address (City, State and Zip Code):
MANNER OF DEATH: Natural

DATE FILED AT NMVRHS (mo., day yr): December 09, 2004

REGISTRAR'S SIGNATURE: X Paula Daniels

5543

WAS AN AUTOPSY PERFORMED? No
If yes, were findings considered in determining cause of death?
LOCATION WHERE AUTOPSY WAS PERFORMED (CITY, STATE): Albuquerque, New Mexico

WAS RECENT SURGICAL PROCEDURE PERFORMED?
IF YES, SPECIFY TYPE OF PROCEDURE: ☐ Yes XX No
DATE OF PROCEDURE

**CAUSE OF DEATH**

IMMEDIATE CAUSE (Final disease or condition resulting in death): Oxycodone intoxication

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury which initiated events which resulted in death) LAST

DUE TO (OR AS A CONSEQUENCE OF):

DUE TO (OR AS A CONSEQUENCE OF):

PART II Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

NMVRHS 004 REV 10/03

SHADED AREAS FOR MEDICAL INVESTIGATOR - LEGAL OFF USE ONLY

1786570

WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ALTERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.

CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Vital Records and Health Statistics, Department of Health.

EXHIBIT

State Registrar

DATE ISSUED JAN 21 2005

FROM: PEPSICOLA        5471506093        Mar. 01 2005 12:13PM P10

FOR STATE OFFICE USE ONLY
See attached Affidavit of Correction
The back of this document contains an artificial watermark. Hold at an angle to view. Reissue of old certificate
OCC
ND
HS
ESCA
CD
MCD

IN THE SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

ENDORSED
FILED IN MY OFFICE THIS

JUN 3 0 2005

*Juanita M. Duran*
CLERK DISTRICT COURT

DOROTHY MADRID

Cause No. CV 2005-2924

IN THE MATTER OF THE INFORMAL APPOINTMENT OF
JOSHUA MARTINEZ AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF TERESA HUFF, Deceased

## ORDER APPOINTING JOSHUA MARTINEZ
## AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
## TERESA HUFF FOR PURPOSES OF LITIGATION

THIS MATTER having come before the Court in the form of an Application of Personal

Representative for the Purposes of Litigation, and the Court having reviewed the evidence

presented and having knowledge of the matters involved, finds that:

1.   The application for the informal appointment of Personal Representative is

     complete;

2.   Good cause has been shown for the appointment of Joshua Martinez as Personal

     Representative of the Estate of Teresa Huff;

3.   No one has presented to this Court any evidence or basis for opposition to

     the appointment of Joshua Martinez as Personal Representative of the Estate of

     Teresa Huff;

4.   No Personal Representative has previously been appointed as Personal

     Representative of the Estate of Teresa Huff; and

5.   As has been shown by evidence presented to this Court, there exists a need for the

     appointment of a Personal Representative to pursue the claims of the

1

Estate of Teresa Huff against various individuals and others, as yet unidentified, in regard to the death of Teresa Huff on July 21, 2004.

IT IS THEREFORE ORDERED that Joshua Martinez, son of Teresa Huff, be appointed as Personal Representative of the Estate of Teresa Huff for purposes of pursuing litigation on the Estate's behalf for claims of negligence in the death of his mother, Teresa Huff and that the Clerk of this Court issue appropriate Letters of Administration.

LINDA M. VANZI

_____
District Court Judge

THE BRANCH LAW FIRM

_____
Turner W. Branch
Margaret Moses Branch
Richard A. Sandoval
Attorneys for Petitioner
2025 Rio Grande Blvd., N.W.
Albuquerque, NM   87104
(505) 243-3500

2

ENDORSED
FILED IN MY OFFICE TH

JUN 3 0 2005

*Juanita M. Duran*
CLERK DISTRICT COURT

IN THE SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

Cause No. CV 2005-2924

IN THE MATTER OF
THE ESTATE OF TERESA HUFF, Deceased

<u>LETTERS OF ADMINISTRATION AND ACCEPTANCE</u>

This estate having been duly filed with the Court, Joshua Martinez is hereby

appointed to serve as Personal Representatives of the Estate of TERESA HUFF.

JUN 3 0 2005

DATED: _____, 2005

CLERK OF THE DISTRICT COURT

BY: _____ DOROTHY MADRID
DEPUTY CLERK (SEAL)

STATE OF NEW MEXICO          )
                             ) ss.
COUNTY OF BERNALILLO         )

I hereby accept the duties of personal representative of the estate of the above-

named decedent and do solemnly swear that I will perform, according to law, the duties

of personal representative of the estate.

_____
Joshua Martinez
3328 James Street
Santa Fe, NM 87501