# Exhibit C

**FedEx Express**

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

December 8, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **869464505322**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 4 TIMES SQ 24 |
| Signed for by: | B.MICHELL | Delivery date: | Jul 8, 2010 08:48 |
| Service type: | Priority Overnight | | |

*[signature]*

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 869464505322 | Ship date: | Jul 7, 2010 |

Recipient:
MARK CHEFFO
SKADDEN ARPS SLATE MEAGHER & P
FOURT TIMES SQUARE
NEW YORK CITY, NY 10036 US

Reference

Shipper:
JAMES STEGALL
SCHWARTZ, NEWTON B SR
1911 SOUTHWEST FWY
HOUSTON, TX 770984803 US

NEURONTIN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

LAW OFFICES OF

## NEWTON B. SCHWARTZ, SR.

JAMES A. STEGALL III  
ASSOCIATE ATTORNEY  

email: trey@nbslawyers.com

1911 Southwest Freeway  
Houston, Texas 77098  
713-630-0708  
713-630-0789 fax

July 7, 2010

Mark S. Cheffo  *Via Federal Express, Track No. 8694-6450-5322*
Catherine Stevens  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036

RE: *In Re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981 in the U.S. District Court for the District of Massachusestts.

Counsel,

Per the Court's scheduling order of June 9, 2010 (Docket No. 2839), enclosed on a USB flash drive please find copies of all medical authorizations and medical records for the Schwartz clients that are within our possession. Additional authorizations and records will be forwarded to you as they are received by us.

Should you have any questions or desire to discuss this further, please feel free to call me at 713-630-0708 or send an email to trey@nbslawyers.com.

Regards,

James A. Stegall III

*2010.07.07 ltr-Cheffo*

# AUTHORIZATION TO RELEASE PROTECTED HEALTHCARE INFORMATION (PHI)

**Patient Information:**

_Teresa Huff_
PRINT NAME OF PATIENT

DATE OF BIRTH

SOCIAL SECURITY NUMBER

_15 Veres Rd_
MAILING ADDRESS

_Los Lunas_   _NM_   _87031_   _505-670-1532_
CITY   STATE   ZIP CODE   PHONE NUMBER

I hereby authorize _____ (NAME OF HOSPITAL AND/OR PROVIDER) to disclose records obtained in the course of my evaluation and/or treatment to:

| | | |
|---|---|---|
| Newton B. Schwartz, Sr.<br>1911 Southwest Freeway<br>Houston, TX 77098<br>Telephone: 713-630-0708<br>Fax: 713-630-0789 | And/Or | Mediconnect Global<br>10897 South Riverfront Pkwy, Suite 500<br>South Jordan, UT 84095<br>Telephone: 801-545-3700<br>Fax: 801-303-3123 |

**Type of Access Requested:**

___Copies of record   ___Inspection of record

**Medical Records:**

___Entire Record   Selected Portions of PHI as marked:
   ___Discharge Summary   ___Lab   ___Progress Notes
   ___Emergency Room Record   ___Imaging/Radiology   ___Physician Orders
   ___History and Physical   ___Cardiac Studies   ___Pathology Report
   ___Consult Report(s)   ___Face Sheet   ___Operative Report(s)
   ___Nursing Notes   ___Rehab Service   ___Medication Record
   ___Psychiatric Record(s)   ___Psychological Record(s)
   ___Other_____

**Billing Records**   ___Detailed Bill

**Protected Records:**

_TH_ (Initials) I _✓_ DO (or)___DO NOT consent to release of information relating to psychiatric or psychological testing or treatment, biofeedback training, alcohol and/or drug abuse diagnosis, prognosis and treatment and/or HIV (AIDS) testing and/or results, or such disclosure shall be limited to the following specific types of information:_____

_____

**Purpose for which disclosure is being made:**

_X_Attorney/Legal   ___Insurance   ___Doctor   ___Personal   ___Other:_____

Page 1 of 3

Authorization to Release Protected Health Information (PHI)

This consent is subject to written revocation of the undersigned at any time except to the extent that action has been taken and if not earlier revoked. To revoke this authorization, contact the hospital's Health Information Management Medical Records Department or your physician's office for assistance.

**This consent shall become invalid and expire 180 days from the date of signature.**

Expiration date:_____ or Expiration Event:___none, or _____define:_____

---

I understand that information disclosed by this authorization may be re-disclosed by the recipient of your PHI. Such re-disclosure will no longer be protected by this Authorization.

I hereby release_____(NAME OF HOSPITAL AND/OR PROVIDER) from any and all legal liability and injuries that may arise from the release of this information to the party named above. The information that I am requesting may be sent by U.S. mail service and/or electronic facsimile in accordance with Hospital's facsimile policy.

I understand that I have the right to receive a copy of this authorization.
___Copy of authorization received

**A copy or facsimile of this authorization is as valid as the original.**

I understand that my healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

I have read the above or have had it read to me and authorize the disclosure of the Protected Health Information as stated.

SIGNED: _[signature]_ DATE: _6-1-10_
\*Signature of Patient, Legal Guardian or Representative

If signed by other than patient, indicate relationship: _Son Personal Representative_

**\*Authorized representative must submit copies of legal document supporting his or her authority to act on the patient's behalf.**

WITNESS: _[signature]_ DATE: _June 1, 2010_
If not Signed by Patient

**To the Party Receiving this Information:** This information has been disclosed to you from records whose confidentiality may be protected by state and/or federal law. Certain regulations prohibit you from further disclosure of it without the specific written consent of the person to whom it pertains, or otherwise as permitted by such law and is not sufficient for this purpose. Fees will be charged for the release of information in accordance with the law.

## DOCTORS/HOSPITALS LIST

__Teresa Huff__
PRINT NAME OF PATIENT

__Robert Kellogg / Presbyterian__  __April 04 – July 04__
DOCTOR/HOSPITAL NAME  ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

__Albuquerque__  __NM__  __87122__
CITY  STATE  ZIP CODE  PHONE NUMBER

---

__R Bruce Heinez (deceased)__  __2000-2003__
DOCTOR/HOSPITAL NAME  ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

__Knoxville__  __TN__
CITY  STATE  ZIP CODE  PHONE NUMBER

---

__St Mary's__  __2000-2003__
DOCTOR/HOSPITAL NAME  ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

__Knoxville__  __TN__
CITY  STATE  ZIP CODE  PHONE NUMBER

---

DOCTOR/HOSPITAL NAME  ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY  STATE  ZIP CODE  PHONE NUMBER

---

DOCTOR/HOSPITAL NAME  ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY  STATE  ZIP CODE  PHONE NUMBER