UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-cv-10981 PBS |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.<br><br>                    v.<br><br>PFIZER, INC., et al. | Civil Action No. 04-cv-10739-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFF KAISER'S MOTION FOR TREBLED DAMAGES
AND PREJUDGMENT INTEREST UNDER RICO,
<u>AND UPDATED PREJUDGMENT INTEREST UNDER THE UCL</u>**

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser"), respectfully request that this Court treble the jury's $47,363,092 RICO award to $142,089,276, and award prejudgment interest on that award through the date of judgment which, if it were December 31, 2010, would be $76,237,185, for a total RICO award with interest of $218,326,461.  Kaiser also respectfully requests that this Court update the interest calculation on the UCL award through the date of judgment which, if it were December 31, 2010, would be $37,059,858, for a total UCL award with interest of $102,478,277.

.

Support for this motion is set forth in detail in the accompanying Memorandum of Law. A proposed Order granting the relief requested in Plaintiff's motion is attached hereto as Exhibit A.

Dated: December 10, 2010    Respectfully submitted,


By:   */s/ Linda P. Nussbaum*
      Linda P. Nussbaum

Linda P. Nussbaum, Esq.
John D. Radice, Esq.
GRANT & EISENHOFER, P.A.
485 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas M. Greene, Esq.
GREENE LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein, Esq.
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol, Esq.
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2010, I caused true and correct copies of Plaintiff's Motion For Trebled Damages And Prejudgment Interest Under RICO And Updated Prejudgment Interest Under The UCL, Plaintiff's Memorandum Of Law In Support Of Motion For Trebled Damages and Prejudgment Interest Under RICO And Updated Prejudgment Interest Under The UCL,  Proposed] Order to  Plaintiff's Motion For Trebled Damages And Prejudgment Interest Under RICO And Updated Prejudgment Interest Under The UCL  to be served upon all known counsel of record by electronic filing using the CM/ECF system.

      /s/ Linda P. Nussbaum
      Linda P. Nussbaum