UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Mag. Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | |
| and | |
| AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

**[PROPOSED] ORDER GRANTING TREBLED DAMAGES,
PREJUDGMENT INTEREST UNDER RICO, AND REVISED
PREJUDGMENT INTEREST UNDER THE UCL**

Pursuant to Plaintiff Kaiser's motion of December 10, 2010, and with consideration of Defendant's opposition thereto, the Court hereby GRANTS the requested relief, and Kaiser is entitled to: a trebling of the jury's $47,363,092 RICO award to $142,089,276, and award prejudgment interest on that award through the date of judgment which, if it were December 31, 2010, would be $76,237,185, for a RICO principal amount plus interest award of $218,326,461. Kaiser also respectfully requests that this Court update interest on the UCL award through the date of judgment which, if it were December 31, 2010, would be $37,059,857, for a UCL nominal plus interest award of $102,478,277.

Pursuant to the Stipulation and Joint Motion for Entry of Amended Pre- and Post-Judgment Scheduling Order executed by the Court on November 11, 2010, the parties will have 7 days from the entry of this Order to submit an agreed form of judgment, or motion/cross motions for judgment if agreement cannot be reached.

SO ORDERED

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE