UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**DECLARATION OF RAYMOND S. HARTMAN, PH.D.
IN RE UPDATED INTEREST CALCULATIONS**

Raymond S. Hartman declares under the pains and penalties of perjury as follows:

1.  I, Raymond S. Hartman, am an expert witness retained by counsel for Kaiser. I have previously provided four declarations (Estimation of Class-wide Damages dated August 8, 2005, Reply Declaration of Raymond S. Hartman dated February 21, 2007, Calculation of Damages for the Neurontin MDL Class Plaintiffs and Coordinated Plaintiffs dated August 11, 2008, and Declaration of Raymond S. Hartman, Ph.D. in Support of Motion to Admit Revised Damages Calculations into Evidence dated June 18, 2010) and testified at trial (3/8 Tr. (Hartman) and 3/9 Tr. (Hartman)) about economic damages sustained by Plaintiffs in this matter.

2. I have been asked by counsel to update my previously submitted interest calculations. The results of those calculations are attached hereto as Tables 1 and 2. I have used the same methodology as I presented at trial.

3. In Table 1, I have calculated interest on the RICO damages awarded by the jury at trial.[1] First, I allocated the total jury award by pro-rating it using the distribution of my quarterly damage totals as follows. By indication, I divided the jury's awarded damages by the total damages I calculated in Plaintiff Table B.7C (Exhibit 408-I), which was revised to take into account the revised timing specified in Judge Saris' Findings of Fact and Conclusions of Law, November 3, 2010 (p. 27; hereafter "UCL Findings"). This ratio was then applied to the quarterly damage totals appearing in the revised version of Plaintiff Table B.7C (Exhibit 408-I). Next, by indication, I calculated annual totals of the pro-rated damages. Finally, I calculated compounded interest on those pro-rated, annual totals using the prime rate.[2] At the request of counsel, I have trebled total damages and I have presented interest calculations through several different dates.

4. In Table 2, I have calculated interest on the damages awarded by Judge Saris relating to the California Unfair Competition Law (UCL) as presented in her UCL Findings (p. 139). I revised the quarterly amounts in Plaintiff Table B.7C (Exhibit 408-I) by indication to take into account the revised timing in the UCL Findings (p. 27). I then calculated annual totals of damages by indication. Next, I calculated simple interest

---

[1] See Special Verdict Form dated March 25, 2010.

[2] Note also that, to be conservative, interest was calculated on annual totals beginning in the year after the damages were incurred. Additional calculation notes are found in Table 1.

using a statutory 7% interest rate.[3]  At the request of counsel, I have presented interest calculations through several different dates.

Dated: December 10, 2010
       Cambridge, Massachusetts

                                              Raymond S. Hartman

---

[3] Again, to be conservative, interest was calculated on annual totals beginning in the year after the damages were incurred. Additional calculation notes are found in Table 2.