# EXHIBIT A

## Table 1: Jury RICO Kaiser Damages Including Interest Using Compounded Prime Rate

| Calculation | Interest on Trebled Damages | Total Damages |
|---|---|---|
| Jury Award | | $47,363,092 |
| Trebled Jury Award | | $142,089,276 |
| Trebled Damages and Interest Through December 31, 2010 | $76,237,185 | $218,326,461 |
| Trebled Damages and Interest Through January 31, 2011 | $76,839,826 | $218,929,102 |
| Trebled Damages and Interest Through February 28, 2011 | $77,384,147 | $219,473,423 |
| Trebled Damages and Interest Through March 31, 2011 | $77,986,788 | $220,076,064 |
| Trebled Damages and Interest Through April 30, 2011 | $78,569,988 | $220,659,264 |

Notes:

1. Interest calculations are based on the jury award (March 25, 2010), which is prorated against Plaintiff Table B.7C (Exhibit 408-I).
2. Table B.7C was adjusted to reflect the time periods specified in Judge Saris' Findings of Fact and Conclusions of Law, November 3, 2010, p. 27.
3. Source for 1995-2010 Prime Rate, as accessed December 9, 2010:
   www.federalreserve.gov/releases/h15/data/Annual/H15_PRIME_NA.txt and www.federalreserve.gov/releases/h15/data/Monthly/H15_PRIME_NA.txt
4. 2011 prime rate is assumed to be equal to the 2010 prime rate.
5. Damages were tallied by year.  Then, interest was calculated on annual totals beginning in the year after the damages were incurred.
6. Note that if interest were alternatively calculated on $47,363,092 million, it would be, for example, $25,412,395 through December 31, 2011.
   Therefore, for that time period, total damages of the trebled jury award plus this interest amount would be $142,089,276 + $25,412,395 = $167,501,671.

## Table 2: UCL Kaiser Damages Including Interest Using 7% Simple Interest

| Calculation | Interest Amounts | Total Damages |
|---|---|---|
| UCL Damages | | $65,418,419 |
| | | |
| Damages and Interest Through December 31, 2010 | $37,059,857 | $102,478,277 |
| Damages and Interest Through January 31, 2011 | $37,448,783 | $102,867,203 |
| Damages and Interest Through February 28, 2011 | $37,800,071 | $103,218,491 |
| Damages and Interest Through March 31, 2011 | $38,188,997 | $103,607,417 |
| Damages and Interest Through April 30, 2011 | $38,565,377 | $103,983,796 |

Notes:

1. Damages are based on Plaintiff Table B.7C (Exhibit 408-I).
2. Table B.7C was adjusted to reflect the time periods specified in Judge Saris' Findings of Fact and Conclusions of Law, November 3, 2010, p. 27.
3. Damages were tallied by year. Then, interest was calculated on annual totals beginning in the year after the damages were incurred.