UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :  Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
ALL PRODUCTS LIABILITY ACTIONS                                 :
WITH TEVA PHARMACEUTICALS                                      :
USA, INC. AS A DEFENDANT                                       :
                                                               :
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS'**
**EMERGENCY MOTION TO COMPEL DISCOVERY**

Products Liability Plaintiffs hereby move the Court by emergency motion pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order compelling Defendant Teva Pharmaceuticals USA, Inc. ("Teva USA") to produce for telephonic deposition on January 3, 2010, the individuals from Teva, Ltd., Defendant Teva USA's parent company in Israel, as to whom Defendant Teva USA's employee, Dennis Miley, testified at his deposition possess the requisite information concerning:  (a) Defendants' pharmacovigilance regarding gabapentin, to wit:  the systematic detection, assessment, understanding, interpretation and prevention of adverse drug reactions; and (b) Defendants' (1) safety signal identification, (2) pharmacoepidemiologic assessment and safety signal interpretation, and (3) pharmacovigilance plan development regarding gabapentin.

Plaintiffs are moving by Emergency Motion because the deadline for the end of fact discovery for the generic Defendant, Teva USA, is December 14, 2010, and Defendant has

refused to produce for a deposition the appropriate individual(s) who possess critical information concerning the pharmacovigilance performed, or lack thereof, for Defendant's drug gabapentin (the generic, bioequivalent to Neurontin®).

This Motion is supported by the Memorandum in Support, and Declaration of Kenneth B. Fromson, Esq., with accompanying exhibits, submitted herewith.

Dated: December 10, 2010                                   Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:  **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:  **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
  & Associates
3701 Bee Cave Rd., Suite 200
Austin, TX  78746

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 10, 2010.

Dated:  December 10, 2010

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein