UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :   Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
ALL PRODUCTS LIABILITY ACTIONS                                 :
WITH TEVA PHARMACEUTICALS                                      :
USA, INC. AS A DEFENDANT                                       :
                                                               :
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' MEMORANDUM IN
SUPPORT OF THEIR EMERGENCY MOTION TO COMPEL
<u>DISCOVERY FROM DEFENDANT TEVA PHARMACEUTICALS USA, INC.</u>**

# FILED UNDER SEAL