UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                :
        SALES PRACTICES AND                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION       :
                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                   :
                                            :
ALL PRODUCTS LIABILITY ACTIONS              :
WITH TEVA PHARMACEUTICALS                   :
USA, INC. AS A DEFENDANT                    :
                                            :
------------------------------------------------------------x
```

### DECLARATION OF KENNETH B. FROMSON IN SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION TO COMPEL DISCOVERY FROM DEFENDANT TEVA PHARMACEUTICALS USA, INC.

I, Kenneth B. Fromson, declare and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2. This declaration is submitted in support Products Liability Plaintiffs' motion to compel discovery from Defendant Teva Pharmaceuticals USA, Inc.

3. The following documents are attached hereto in support of this motion:

   Exhibit A  -  Plaintiffs' June 1, 2010 Notice of Deposition of Generic Defendants

   Exhibit B  -  Defendant's October 29, 2010 e-mail regarding topics for each deposition witness

   Exhibit C  -  Defendant's list of topics for each deposition witness

   Exhibit D  -  Excerpts from the November 10, 2010 deposition of Dennis Miley

   Exhibit E  -  Plaintiffs' December 10, 2010 Notice of Deposition of Generic Defendants

    Exhibit F  -  Defendant's Response to Plaintiffs' July 2, 2010 Requests for Production

    Exhibit G  -  August 14, 2003 Order in *Bishop v. Hoffman-LaRoche, Inc.*, U.S. District Court, Middle District of Florida

    Exhibit H  -  September 30, 2004 Order in *Bishop v. Hoffman-LaRoche, Inc.*, U.S. District Court, Middle District of Florida

    Exhibit I  -  January 19, 2002 Opinion in *Palazzolo v. Hoffman LaRoche*, Superior Court of New Jersey, Essex Co.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 10, 2010

        **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        (800) 634-1212

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 10, 2010.

Dated:  December 10, 2010

        **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson