# EXHIBIT B

# Keith Altman

| | |
|---|---|
| **From:** | Pohl, Tanya C [TPohl@goodwinprocter.com] |
| **Sent:** | Friday, October 29, 2010 12:20 PM |
| **To:** | kaltman@lawampmmt.com |
| **Cc:** | Price, Jonathan I; Williams, U Gwyn; Higgins, Chad W; Grossman, Liana |
| **Subject:** | RE: Gabapentin Depositions |
| **Attachments:** | Gabapentin.pdf |

Keith,

The attached document identifies each witness that is being designated for each of the topics for which you have sought a deponent.

Thank you,
Tanya

Tanya C. Pohl
**Goodwin Procter LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212-459-7192
F: 212-355-3333
tpohl@goodwinprocter.com
www.goodwinprocter.com

---

From: Keith Altman [mailto:kaltman@lawampmmt.com]
Sent: Tuesday, October 19, 2010 11:56 AM
To: Grossman, Liana
Cc: Price, Jonathan I; Williams, U Gwyn; Pohl, Tanya C
Subject: RE: Gabapentin Depositions

Liana,

Those dates will not work. I start a trial on 11/15 that will run through thanksgiving. What dates does she have in December?

Keith

---

From: Grossman, Liana [mailto:LGrossman@goodwinprocter.com]
Sent: Tuesday, October 19, 2010 11:54 AM
To: Keith Altman
Cc: Price, Jonathan I; Williams, U Gwyn; Pohl, Tanya C
Subject: Gabapentin Depositions


Keith,

Upon further discussion with Teva, we will need to add an additional witness to cover Ivax's regulatory affairs topics. Pat Jaworski, Senior Director, North America Regulatory Affairs, is available on November 15th and 16th at the Marriot Courtyard, in Montvale, New Jersey. Her schedule is very tight. Please let us know if these dates work for you.

Also, with regard to the specific deposition topics, we think that certain regulatory affairs topics are mixed in with the pharmacovigilance topics. I will send you a detailed list of which witnesses will be covering each specific topic this week.

That said, generally speaking, Bryan Bart, Associate Director, Product Management, will be covering both Teva and Ivax sales and marketing topics. He will be deposed on 11/9. Dennis Miley, Director of Pharmocovigilance, will be covering both Teva and Ivax pharmacovigilance/adverse event reporting topics and medical communications topics. He will be deposed on 11/10 (and if necessary, carrying over into 11/11). Jean Zwicker, Director of Regulatory Affairs, will be covering Teva regulatory affairs/March 2005 FDA Suicide Inquiry topics and medical communications topics. She will be deposed on 11/11 (and if necessary, part of the day on 11/12).

Lastly, I will be out of the office starting Monday, October 25th, so please include Jonathan Price, Gwyn Williams and Tanya Pohl, whom I've copied on this e-mail, on all future correspondence.

Thank you,
Liana

Liana R. Grossman
**Goodwin Procter** LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-459-7117
F: 212-355-3333
lgrossman@goodwinprocter.com
www.goodwinprocter.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*