EXHIBIT C

## **Pharmacovigilance**

Testimony as to Defendants' pharmacovigilance regarding Gabapentin to wit: the systematic detection, assessment, understanding, interpretation and prevention of adverse drug reactions; **Dennis Miley (Teva and Ivax)**

Testimony as to Defendants' (1) safety signal identification, (2) pharmacoepidemiologic assessment and safety signal interpretation, and (3) pharmacovigilance plan development regarding Gabapentin; **Dennis Miley (Teva and Ivax)**

Testimony as to Defendants' review of medical literature regarding adverse events reported with the use of Gabapentin and/or Neurontin and Defendants' assessment, interpretation and responsive action, if any; **Dennis Miley (Teva and Ivax)**

Testimony as to Defendants' review, response, evaluation and action, if any, pertaining to correspondence from regulatory authorities; **Jean Zwicker (Teva) and Pat Jaworski (Ivax)**

Testimony as to Defendants' review of medical literature regarding mechanisms of action of Gabapentin and/or Neurontin; **Jean Zwicker (Teva) and Pat Jaworski (Ivax)**

The accuracy, and/or inaccuracy, of the statements and representations set forth in Defendants' Abbreviated New Drug Application, **[Jean Zwicker (Teva) and Pat Jaworski (Ivax)]** Safety Updates, Integrated Summaries of Safety, [**Dennis Miley (Teva and Ivax)**] Annual Reports, **[Jean Zwicker (Teva) and Pat Jaworski (Ivax)]** Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases; **Dennis Miley (Teva and Ivax)**

Testimony as to the design, goals, purposes; protocols and methodologies pertaining to the formation of Defendants, Abbreviated New Drug Application, ADR Quarterly Reports, **[Jean Zwicker (Teva) and Pat Jaworski (Ivax)]** Safety Updates, Integrated Summaries of Safety, [**Dennis Miley (Teva and Ivax)**], Annual Reports, **[Jean Zwicker (Teva) and Pat Jaworski (Ivax)]** Periodic Safety Update Reports (PSURs), Investigator Brochures, Standard Response Documents, and Adverse Event Databases; **Dennis Miley (Teva and Ivax)**

Follow-up investigation or further testing done with respect to reported adverse drug experiences; **Dennis Miley (Teva and Ivax)**

Testimony regarding study data including raw data, final study data, computations, statistics or graphs generated regarding adverse drug experiences referenced in Defendants' ADR Quarterly Reports, **[Jean Zwicker (Teva) and Pat Jaworski (Ivax)]** Safety Updates, Integrated Summaries of Safety, [**Dennis Miley (Teva and Ivax)**], Annual Reports, **[Jean Zwicker (Teva) and Pat Jaworski (Ivax)]** Periodic Safety Update Reports (PSURs), and Investigator Brochures; **Dennis Miley (Teva and Ivax)**

The decision making process to determine whether an adverse event should or should not be added to any of Defendants' Gabapentin labeling, package insert and/or core datasheets, including the goals, purposes, protocols and methodologies for making such a decision; **Jean Zwicker (Teva) and Pat Jaworski (Ivax)**

Identification of the name, address, education, training, selection, job title and responsibility of Defendant employees who have participated in the decision to include or exclude language referencing an adverse event from Gabapentin labeling, package insert, and/or core data sheet; **Jean Zwicker (Teva) and Pat Jaworski (Ivax)**

Follow-up investigation or further testing done on any individual for whom an adverse event was reported. **Dennis Miley (Teva and Ivax)**

### Clinical/Medical Communications

**Dennis Miley and Pat Jaworski (Ivax)**
**Jean Zwicker (Teva)**

Testimony on all clinical communications from Defendants to physicians, public, patients, users or the media.

Testimony on the organization of the phone banks used by Defendants to answer oral clinical communication inquiries including the names, address and job title and job responsibilities for all employees involved with the phone banks, educational background of all employees as well as selection and training of such employees.

Testimony on the organization of all divisions or departments of Defendants which are responsible for responding in writing to any clinical communication inquiries (including all communication over using E-Mail or the internet) including the names, address and job title and job responsibilities for all employees involved, educational background of all employees as well as selection and training of such employees.

Testimony on the methods used to publish or disseminate Defendants' toll-free numbers, email addresses and contact information for all comments and inquiries to the public, media and the physicians.

Testimony on the drafting, editing, reviewing, revising and creation of model or form responses to clinical communications both for standard response letters as well as proposed Question and Answer scripts for oral inquiries.

Testimony on Defendants' methods of preserving, storing, recording and inputting all of Defendants' responses to clinical communications including all databases used by Defendants to recall clinical communication inquiries and Defendants' responses.

Testimony on Defendants' analysis of clinical communication information to look for signals of adverse events, creation of statistical or overview information as well as publication of facts or figures which originate from clinical communications data.

Testimony on the development, review, edits and mailing of "Dear Doctor" letters by Defendants concerning Gabapentin.

2

## **Regulatory Affairs**

**Jean Zwicker (Teva) and Pat Jaworski (Ivax)**

Testimony on the organization and internal structure of all divisions of Defendants where employees deal with the regulatory agencies concerning Gabapentin.

Testimony on the name, address, education, training, selection, job title and responsibility of Defendant employees whose job includes dealing with regulatory agencies concerning Gabapentin.

Testimony to identify written standard operating procedures pertaining to Defendants' Regulatory Affairs.

Testimony on the policy and procedures of Defendants for recording all contact with the regulatory agencies concerning Gabapentin.

Testimony on the policy and procedures of Defendants for creating, editing, reviewing, revising and filing all materials, documents, studies or communication with regulatory agencies concerning Gabapentin.

Testimony on the preparation and attendance of Defendants at all Advisory Committee hearings held by the FDA, if any, concerning Gabapnetin and all issues involved in such hearings.

Testimony on all areas of safety and efficacy discussed between regulatory agencies and Defendants concerning Gabapentin.

Testimony on communication between the FDA and Defendants concerning Gabapentin advertisements, promotional materials or communications to the public or physicians.

Testimony on the organization and internal structure of divisions of Defendants where employees deal with Gabapentin labeling.

Testimony on the name, address, education, training, selection, job title and responsibility of all Defendant employees whose job includes dealing with Gabapentin labeling.

Testimony on the policy and procedures of Defendants for pursuing the implementation of language into the Gabapentin labeling, package insert, core data sheet, or summary of product characteristics.

Testimony on the policy and procedures of Defendants for creating, editing, reviewing, revising and filing all materials, documents, studies or communication with the FDA concerning Gabapentin.

## Sales & Marketing

**Bryan Bart (Teva and Ivax)**

Testimony on promotional/sales / marketing / advertising or informational communication from Defendants to trade classes, Group Purchasing Agents, distributors, retailers, pharmacies, wholesalers, hospitals and physicians including but not limited to:

Advertisements in medical journals or scientific treatises; Materials designed to be discussed with third parties by sales representatives; Materials designed to left at a third party's offices by sales representatives; Continuing Medical Education Programs; Medical conventions or conferences; Retaining third parties to lecture, write, comment or speak about Gabapentin.

Testimony on the review process used by Defendants to draft, edit, revise and approve promotional/sales/marketing/advertising or informational communication from Defendants to third parties concerning Gabapentin.

Testimony on the recruiting, selection process, contractual relationship and scheduling of physicians for participation in Defendants' speaker bureau programs.

Testimony on the monthly and annual budget for Defendants to promote, advertise or market Gabapentin.

Testimony on use of aggregate prescription data received from third parties (e.g., IMS Health, Inc.)

Testimony on the gross and net income generated by sales of Gabapentin since the date of its approval by the U.S. Food & Drug Administration.

Testimony on the gross and net income that Defendant(s) anticipated to be earned via sales of Gabapentin (determined or considered prior to the submission of Defendants' Abbreviated New Drug Application) and the indications and/or uses for which Defendants anticipated Gabapentin would be prescribed.

## Adverse Event Reporting

**Dennis Miley (Teva and Ivax)**

Defendants' development of written procedures for the surveillance, receipt, evaluation, and reporting of postmarketing adverse drug experiences with Gabapentin to regulatory authorities.

Defendants' training of employees on how to intake, process, track or report any Adverse Event reported for Gabapentin.

Defendants' policies and procedures for the intake of Adverse Event reports for Gabapentin.

Defendants' policies and procedures for the processing of Adverse Event reports for Gabapentin.

Defendants' policies and procedures for the reporting of Adverse Event reports to the Food & Drug Administration or any other regulatory agency with respect to Gabapentin.

Use by any Defendant employees of any computer, computer system, database or software to process and maintain Adverse Event reports for Gabapentin.

Defendants' compliance with all state and federal regulations concerning the reporting of Adverse Event reports to the Food & Drug Administration or any other regulatory agency for Gabapentin.

Defendants, auditing of the Adverse Event tracking process to ensure compliance with FDA reporting regulations.

## March 2005 FDA Suicide Inquiry

**Jean Zwicker (Teva) and Pat Jaworski (Ivax)**

Actions taken by the company as a result of the March 2005 inquiry from the FDA on the relationship between suicidality and anti-convulsant medications.