# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                                      MDL Docket No. 1629
-----------------------------------------------------------------------x   Master File No. 04-10981
THIS DOCUMENT RELATES TO:
PRODUCTS LIABILITY LITIGATION                                       Judge Patti B. Saris
                                                                                                    Magistrate Leo T. Sorokin

-----------------------------------------------------------------------x
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------x
IN RE: NEWYORK NEURONTIN                                            Case Management
PRODUCTS LIABILITY LITIGATION                                       Index No. 765000/2006
-----------------------------------------------------------------------x   Hon. Marcy S. Friedman

NOTICE OF DEPOSITION OF GENERIC DEFENDANTS TEVA
PHARMACEUTICALS, USA INC., AND IVAX PHARMACEUTICALS, INC.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal rules of Civil Procedure, and via Article 31 of the New York Civil Practice Law and Rules, the product liability plaintiffs, by and through their counsel, will take the depositions of the persons most knowledgeable on the topics set forth below, pertaining to Defendants Teva Pharmaceuticals, USA, Inc., and Ivax Pharmaceuticals, Inc. The testimony shall be taken recorded by stenographic means and may be recorded by sound-and-visual means, unless ordered otherwise by a Court having jurisdiction over the within matter.  The parties are provided notice that such deposition may be used at the time of trial.

Said deposition will begin at 9:00 am local time, January 3, 2011, conducted at Finkelstein & Partners/Jacoby & Meyers LLP, 39 Broadway, 19th Floor, New York, N.Y. 10004, unless otherwise agreed upon by the parties, or ordered by a Court having jurisdiction over the within matter.

**Topics and Issues for Testimony:**

A) Defendants' pharmacovigilance regarding Gabapentin to wit: the systematic detection, assessment, understanding, interpretation and prevention of adverse drug reactions; and B)  Defendants' (1) safety signal identification, (2) pharmacoepidemiologic assessment and safety signal interpretation, and (3) pharmacovigilance plan development regarding Gabapentin.

1

**Documents**

     PLEASE TAKE FURTHER NOTICE  that said person to be examined is requested to produce no less than 7 days prior to said examination a copy of said person's curriculum vitae, documents created, generated, edited or produced by the deponent, as well as documents received or reviewed by the deponent that are not contained in the deponent's own custodial file(s) pertaining and relevant to the topics and issues for testimony referenced above.
.
     PLEASE TAKE FURTHER NOTICE that said person to be examined shall produce before said examination any documents reviewed to prepare for the examination, or to otherwise refresh the person's recollection on those topics and issues on which the person is being examined.

     You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure and New York Civil Practice Law & Rules.

Dated:  December 10, 2010
        Newburgh, NY

_____
Kenneth B. Fromson
Finkelstein & Partners, LLP
1279 Route 300,P.O. box 1111
Newburgh, NY 12551
(845) 562-0203 x 2755
Kfromson@lawampm.com

*On behalf of Product Liability Plaintiffs Steering Committee*

To:

Jonathon Price
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109
Jprice@goodwinprocter.com

*Attorneys for Teva and Ivax Defendants*

2

3

Catherine Stevens
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

*Attorneys for Pfizer Defendants*

Catherine Stevens
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

*Attorneys for Pfizer Defendants*

## CERTIFICATION OF SERVICE

I certify that on December 10, 2010, I caused Plaintiffs' Notice of Deposition to be served by U.S. Mail upon the following individuals:

Catherine Stevens
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036
Catherine.Stevens@Skadden.com

*Attorneys for Pfizer Defendants*

Jonathon Price
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109
Jprice@goodwinprocter.com

*Attorneys for Teva and Ivax Defendants*

_____
Kenneth B. Fromson
Finkelstein & Partners, LLP
1279 Route 300, P.O. box 1111
Newburgh, NY 12551
(845) 562-0203 x 2755
Kfromson@lawampm.com

4