# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :  Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
PRODUCTS LIABILITY CASES                                       :
LISTED ON EXHIBIT A                                            :
                                                               :
---------------------------------------------------------------x

# [PROPOSED]
# SUGGESTION OF REMAND ORDER

The Court, having reviewed the records of the cases listed on Exhibit A, finds and rules as follows:

(1) Common discovery and other coordinated pretrial proceedings have been completed.[1] Any remaining issues are case-specific, and best determined by the transferor courts.

(2) These cases will not benefit from further coordinated proceedings as part of MDL 1629, and are ready to be remanded to their respective transferor courts.

For these reasons, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order in the cases listed on Exhibit A. The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts listed on Exhibit A.

---

[1] Plaintiffs withdrew discovery motion (ECF Doc. #2878) with leave to refile; said motion sought sanctions and discovery from Pfizer Defendants and the parties continue to work towards resolving discovery that was the subject of said motion. On October 8, 2010, the Court via electronic order indicated the parties may take preservation trial depositions and would resolve any disputes regarding the procedures or schedule. These circumstances do not stand as an impediment to remand.

Dated: December __, 2010          SO ORDERED.

                                  /s/ Patti B. Saris
                                  Patti B. Saris
                                  UNITED STATES DISTRICT JUDGE