UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------------x : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, : | |
|         SALES PRACTICES AND : | Master File No. 04-10981 |
|         PRODUCTS LIABILITY LITIGATION : | |
| : | Judge Patti B. Saris |
| ------------------------------------------------------------x : | |
| : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| BEL BRUNO v. PFIZER INC. : | |
| Individual Case No. 05-11153 : | |
| : | |
| ------------------------------------------------------------x | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF STEVEN BEL BRUNO

Finkelstein & Partners, LLP, counsel for Plaintiff Steven Bel Bruno, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c) granting Plaintiff's counsel leave to withdraw as counsel for Plaintiff in this action.

Plaintiff's counsel has written and spoken to Plaintiff Steven Bel Bruno concerning this case, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in this case.

This Motion is supported by the Memorandum and the Declaration of Kenneth B. Fromson, filed herewith.

Dated:  December 15, 2010

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:    **/s/ Andrew G. Finkelstein**
     Andrew G. Finkelstein, Esquire
     Finkelstein & Partners, LLP
     1279 Route 300, P.O. Box 1111
     Newburgh, NY  12551

By:    **/s/ Jack W. London**
     Jack W. London, Esquire
     Law Offices of Jack W. London
      & Associates
     3701 Bee Cave Road, Suite 200
     Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:  December 15, 2010

   **/s/ Kenneth B. Fromson**
   Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 15, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

   **/s/ Andrew G. Finkelstein**
   Andrew G. Finkelstein