UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:   NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
BEL BRUNO v. PFIZER INC. :
Individual Case No. 05-11153 :
:
------------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF STEVEN BEL BRUNO**

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, the law firm of Finkelstein & Partners, LLP, hereby moves for leave to withdraw as attorneys for Plaintiff Steven Bel Bruno in the above-entitled cause.

On or December 21, 2004, the complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, in the Superior Court of New Jersey, Ocean County.  D. Mass. Case No. 05-11153, ECF Doc. # 7.

On March 28, 2005, a Notice of Removal was filed by Defendants.  D. Mass. Case No. 05-11153, ECF Doc. # 7.

On May 27, 2005, the case was transferred from the U.S. District Court for the District of New Jersey to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:05-cv-11153-PBS.  ECF Doc. # 10.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been

consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 10.

Plaintiff's counsel has spoken and written to Plaintiff Steven Bel Bruno concerning this case, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case. *See* Declaration of Kenneth B. Fromson ¶ 7, filed herewith.

Finkelstein & Partners, LLP, therefore requests that this Court grant the law firm and their local counsel of record leave to withdraw as attorneys for Plaintiff Steven Bel Bruno and allow Plaintiff 60 days either to seek new counsel or to advise the Court that he will proceed with the prosecution of this action *pro se*.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff.

In view of the above, Finkelstein & Partners, LLP, respectfully requests that the law firm be granted leave to withdraw as attorneys for Steven Bel Bruno.

Dated:  December 15, 2010                     Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:  **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

...

By:   **/s/ Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
        & Associates
      3701 Bee Cave Road, Suite 200
      Austin, TX  78746

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 15, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

    **/s/ Andrew G. Finkelstein**
    Andrew G. Finkelstein, Esquire