UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
----------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
ISAACS v. PFIZER INC. :
Individual Case No. 05-10639 :
:
----------------------------------------------------------x

### DECLARATION OF KENNETH B. FROMSON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF DEBRA L. ISAACS

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff Debra L. Isaacs in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. On or February 21, 2007, the complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, in the U.S. District Court for the District of Minnesota.  D. Mass. Case No. 05-10630, ECF Doc. # 3.

4. On April 2, 2007, the case was transferred from the U.S. District Court for the District of Minnesota to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:05-cv-10639-PBS. ECF Doc. # 3.

6. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 4.

7. I have written to Plaintiff Debra L. Isaacs concerning this case, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.

8. A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at his last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 15, 2010

                                               **/s/ Kenneth B. Fromson**
                                               Kenneth B. Fromson

                                               Finkelstein & Partners, LLP
                                               1279 Route 300, P.O. Box 1111
                                               Newburgh, NY  12551
                                               (800) 634-1212

                                               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 15, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                              **/s/ Kenneth B. Fromson**
                                              Kenneth B. Fromson