UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

*Keith P. Edwards v. Pfizer Inc,*
Case No. 05-cv-11701

*Cynthia Ulett Lynch v. Pfizer Inc,*
Case No. 07-cv-11280

*Teresa Teater v. Pfizer Inc,*
Case No. 05-cv-12123

FAITH FORD
*Leroy Anderson, et al. v. Pfizer Inc, 05-cv-10835*

BETSY LINDLEY MILLER
*Jesse Allen, et al. v. Pfizer Inc, 07-cv-11795*

------------------------------------------------------------x

## DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY RESPONSES

Pursuant to this Court's December 6, 2010 Order and Federal Rule of Civil Procedure 37(a), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to compel Plaintiffs Faith Renee Ford, Teresa Teater, Betsy Miller, Keith Edwards, and Cynthia Lynch ("*pro se* Plaintiffs" or "Plaintiffs") to provide full and complete responses to discovery. Plaintiffs' responses to Defendants discovery requests are incomplete and inadequate, and Plaintiffs Keith Edwards, Faith Ford, and Betsy Lindley Miller have additionally failed to produce certain critical documents altogether. The grounds for this motion are set forth in greater detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that Plaintiffs Faith Renee Ford, Teresa Teater, Betsy Miller, Keith Edwards, and Cynthia Lynch be compelled to provide the required

information in accordance with their discovery obligations.

Dated: December 20, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel attempted to confer with Plaintiffs regarding the issues presented by this motion but have been unable to do so at this time.

/s/ Catherine B. Stevens
Catherine B. Stevens

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 20, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco