UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
Keith P. Edwards v. Pfizer Inc, : Magistrate Judge Leo T.
Case No. 05-cv-11701 : Sorokin

Cynthia Ulett Lynch v. Pfizer Inc,
Case No. 07-cv-11280

Teresa Teater v. Pfizer Inc,
Case No. 05-cv-12123

FAITH FORD
Leroy Anderson, et al. v. Pfizer Inc, 05-cv-10835

BETSY LINDLEY MILLER
Jesse Allen, et al. v. Pfizer Inc, 07-cv-11795

------------------------------------------------------------x

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY RESPONSES

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A are true and correct copies of letters sent to the *pro se* Plaintiffs dated September 30, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of a Response to Template Interrogatories received on behalf of Faith Renee Ford dated May 2, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of a Response to Template Interrogatories received on behalf of Betsy Miller.

5.  Attached hereto as Exhibit D is a true and correct copy of a Response to Template Interrogatories received on behalf of Teresa Teater.

6.  Attached hereto as Exhibit E is a true and correct copy of a Response to Template Interrogatories received on behalf of Keith Edwards dated Nov. 29, 2010.

7.  Attached hereto as Exhibit F is a true and correct copy of the Responses to Template Interrogatories received on behalf of Cynthia Lynch.

Signed under the penalties of perjury this 20th day of December 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 20, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco