# EXHIBIT A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 30, 2010

BY US MAIL

Ms. Faith Ford
506 S. Fir Ave.
P.O. Box 52
Collins, MS 39428

RE:   In re: Neurontin Marketing, Sales Practices, and
      Products Liability Litigation MDL No. 1629

Dear Ms. Ford:

Magistrate Judge Sorokin's August 11, 2010, Pro Se Products Cases Discovery Order [3026] ("the Order") required you to produce a list of the name, address and contact information for each healthcare provider during the relevant period, the date of alleged injury, and, if applicable, the death certificate and letters testamentary.  Defendants have enclosed a form on which you can provide the information required by the Order.  In addition, please complete the authorizations for release of Medicare records, Social Security Administration records, tax records, and employer/educational records which are required by the June 19, 2006, Discovery Order No. 2 [372].  Please return the completed documents to me by November 30, 2010.

Sincerely,

Catherine B. Stevens

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522
―――
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

September 30, 2010

BY US MAIL
Ms. Theresa E.A. Teater
815 Harrison Street #4
Oregon City, Oregon 97045

          RE:    In re: Neurontin Marketing, Sales Practices, and
                  Products Liability Litigation MDL No. 1629

Dear Ms. Teater:

       Magistrate Judge Sorokin's August 11, 2010, Pro Se Products Cases
Discovery Order [3026] ("the Order") required you to produce responses to
Defendants' template discovery requests, blank medical authorizations, a list of the
name, address and contact information for each healthcare provider during the
relevant period, the date of alleged injury, and, if applicable, the death certificate and
letters testamentary. Defendants have enclosed template discovery requests, blank
medical authorizations and a form on which you can provide the additional
information required by the Order. Please return the completed documents to me by
November 30, 2010.

                        Sincerely,

                        Catherine B. Stevens

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 30, 2010

BY US MAIL
Ms. Betsy Miller
493 Cheyenne Dr.
Madison, MS 39110

RE:     In re: Neurontin Marketing, Sales Practices, and
        Products Liability Litigation MDL No. 1629

Dear Ms. Miller:

        Magistrate Judge Sorokin's August 11, 2010, Pro Se Products Cases
Discovery Order [3026] ("the Order") required you to produce a list of the name,
address and contact information for each healthcare provider during the relevant
period, the date of alleged injury, and, if applicable, the death certificate and letters
testamentary.  Defendants have enclosed a form on which you can provide the
information required by the Order.  In addition, please complete the authorizations
for release of Medicare records, Social Security Administration records, tax records,
and employer/educational records which are required by the June 19, 2006,
Discovery Order No. 2 [372].  Please return the completed documents to me by
November 30, 2010.

        Sincerely,

        Catherine B. Stevens

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 30, 2010

BY US MAIL

Mr. Keith Edwards
211-800
RICI
H1A-29
PO Box 8107
Mansfield, OH 44901

RE:   In re: Neurontin Marketing, Sales Practices, and
      Products Liability Litigation MDL No. 1629

Dear Mr. Edwards:

    Magistrate Judge Sorokin's August 11, 2010, Pro Se Products Cases Discovery Order [3026] ("the Order") required you to produce responses to Defendants' template discovery requests, blank medical authorizations, a list of the name, address and contact information for each healthcare provider during the relevant period, the date of alleged injury, and, if applicable, the death certificate and letters testamentary. Defendants have enclosed template discovery requests, blank medical authorizations and a form on which you can provide the additional information required by the Order. Please return the completed documents to me by November 30, 2010.

Sincerely,

Catherine B. Stevens

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 30, 2010

BY US MAIL
Ms. Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, TX 76543

RE:   In re: Neurontin Marketing, Sales Practices, and
      Products Liability Litigation MDL No. 1629

Dear Ms. Lynch:

Magistrate Judge Sorokin's August 11, 2010, Pro Se Products Cases Discovery Order [3026] ("the Order") required you to produce a list of the name, address and contact information for each healthcare provider during the relevant period, the date of alleged injury, and, if applicable, the death certificate and letters testamentary. Defendants have enclosed a form on which you can provide the information required by the Order. Please return the completed documents to me by November 30, 2010.

Sincerely,

Catherine B. Stevens