UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL BOONE PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

## DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move for leave to exceed the page limitation of twenty pages set forth in Local Rule 7.1(b)(4) applicable to motion practice. Defendants intend to file today a memorandum in support of their Motion to Compel Discovery Responses from 214 Plaintiffs represented by the Boone Law Firm. Given the breadth of their motion, and the issues of fact and law presented in these numerous cases, Defendants request that the Court allow them a modest extension not to exceed eight pages for their memorandum, in addition to what is provided for in the Local Rules. Defendants' supporting memorandum, therefore, would be twenty-eight pages in length, maximum.

Defendants submit that this request is reasonable, particularly considering that it promotes the efficiency of the Court, the parties, and the docket by allowing Defendants to file a single motion that applies to 214 cases, instead of multiple individual motions.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file a supporting memorandum in excess of twenty pages.

Dated: December 20, 2010

        Respectfully submitted,

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By: /s/ Mark S. Cheffo
           Mark S. Cheffo

        Four Times Square
        New York, NY 10036
        Tel: (212) 735-3000
        Mark.Cheffo@skadden.com

        -and-

        ROPES & GRAY LLP

        By:  /s/ Ana M. Francisco
             Ana M. Francisco
             BBO # 564346

        Prudential Tower
        800 Boylston Street
        Boston, MA 02199-3600
        Tel: (617) 951-7000
        Ana.Francisco@ropesgray.com

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel has attempted to contact opposing counsel in a good faith attempt to narrow or resolve the issue presented by this motion, but opposing counsel has not responded.

        /s/ Catherine B. Stevens
        Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 20, 2010.

        /s/ Ana. M. Francisco
        Ana M. Francisco