**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>ALL BOONE PRODUCT LIABILITY ACTIONS | |

**DEFENDANTS' MOTION TO**
**COMPEL COMPLETE DISCOVERY RESPONSES**

Pursuant to this Court's December 6, 2010 Order and Federal Rule of Civil Procedure 37(a), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to compel the 214 Plaintiffs represented by the Boone Law Firm to provide full and complete responses to template discovery requests. Pfizer also seeks relief for Plaintiffs' failure to comply with their respective discovery obligations under Federal Rule of Civil Procedure 26(g)(3) and this Court's inherent authority, including dismissal of Plaintiffs' actions, preclusions of any evidence not identified in Plaintiffs' discovery responses, and any other relief this Court deems appropriate.

This motion applies to the following Plaintiffs:

| Plaintiff | Case No. |
|---|---|
| Lois Adams | 05-cv-10835 |
| Mary Adams | 07-cv-11795 |
| Jessie Allen | 07-cv-11795 |
| Vivian Allen | 07-cv-11795 |
| Estate of Leroy Anderson | 07-cv-00275 |
| Mary Applewhite | 07-cv-11795 |
| Mary Ashford | 07-cv-11795 |
| Terry Banks | 07-cv-11795 |

| | |
|---|---|
| Jimmie Barbee | 07-cv-11795 |
| Marie Barber | 05-cv-10835 |
| Robert Barnes | 07-cv-11795 |
| Teresser Bass | 07-cv-11795 |
| Jerrell Bearden | 07-cv-00275 |
| Martha Beckum | 05-cv-10835 |
| Vannila Bennet | 07-cv-11795 |
| Cassandra Benson | 07-cv-11795 |
| Ledora Benton | 07-cv-11795 |
| Audrey Berry | 07-cv-11795 |
| Elizabeth Bland | 07-cv-11795 |
| Estate of Joe Blaylock | 07-cv-11795 |
| Francs Bouie | 07-cv-11795 |
| Darrell Brooks | 07-cv-11795 |
| Jessie Brown | 07-cv-11795 |
| Thomas Brown | 07-cv-11795 |
| Bobbie Bryson | 07-cv-11795 |
| Minnie Campbell | 07-cv-11795 |
| Lille Cannon | 07-cv-11795 |
| Roy Carroll | 05-cv-10835 |
| Emma Clark | 07-cv-11795 |
| Claiborne Collier, Sr. | 07-cv-11795 |
| Donald Conn | 07-cv-11795 |
| Mary Cooper | 05-cv-10834 |
| Katie Craig | 07-cv-11795 |
| Ruby Crapps | 07-cv-11795 |
| Memye Creswill | 07-cv-11795 |
| Lynnette Criss | 07-cv-11795 |
| Cora L. Crumble | 07-cv-11795 |
| Theodore Crystian | 07-cv-11795 |
| Linda Cunningham | 07-cv-11795 |
| Alford Darby | 07-cv-11795 |
| Jimmy Darling | 07-cv-11795 |

| | |
|---|---|
| Carolyn Davis | 07-cv-11795 |
| Levi Davis | 07-cv-11795 |
| Serboya Delotta | 07-cv-11795 |
| Marshall Dillon | 07-cv-11795 |
| Alton Dillon | 07-cv-11795 |
| Shirley Drennan | 05-cv-10835 |
| Catherine Duvall | 07-cv-11795 |
| Annie Edwards | 07-cv-11795 |
| Pamela Ellis | 07-cv-11795 |
| Clara Epps | 07-cv-11795 |
| Lillie Evans | 07-cv-11795 |
| Gregory Everett | 07-cv-11795 |
| Estate of Texcellar Fields | 07-cv-11795 |
| Inez Fincher | 07-cv-11795 |
| Michael Fisher | 07-cv-11795 |
| Estate of Ethel Fleming | 07-cv-11795 |
| Essie Ford Patterson | 07-cv-11795 |
| Estate of Aliece Garrett | 07-cv-11795 |
| Annie Gatewood | 05-cv-10835 |
| Beneal Gildon | 07-cv-11795 |
| Narie Givens | 07-cv-11795 |
| Shannon Glass | 07-cv-11795 |
| Frances Glenn | 07-cv-11795 |
| Kenneth Green | 05-cv-10835 |
| Claudette Greer | 07-cv-11795 |
| Emma Gregory | 07-cv-11795 |
| Fannie Grinston | 07-cv-11795 |
| Linda Hales | 07-cv-11795 |
| Lee Haley | 07-cv-11795 |
| Tommy Hardy | 07-cv-11795 |
| Gloria Harrison | 07-cv-11795 |
| Billie Harkins | 07-cv-11795 |
| Melvin Harris | 05-cv-10835 |

| | |
|---|---|
| Clarence Harris | 07-cv-11795 |
| Freddie Harris | 07-cv-11795 |
| Doyle Harrison | 07-cv-11795 |
| Linda Harveston | 07-cv-11795 |
| Gregory Haslett | 07-cv-11795 |
| Belinda Havard | 07-cv-11795 |
| Charles Haynes | 05-cv-10834 |
| Mark Head | 07-cv-11795 |
| Rufus Hendon | 07-cv-11795 |
| Carl Henry | 07-cv-11795 |
| Mae Hester | 07-cv-11795 |
| Shawand Hicks | 07-cv-11795 |
| Evia Holmes | 07-cv-11795 |
| Evelyn Holt | 07-cv-11795 |
| William Hony | 07-cv-11795 |
| Frank Hoover | 07-cv-11795 |
| Ruby Hoover | 07-cv-11795 |
| Emma Howard | 07-cv-11795 |
| James Hunter | 05-cv-10835 |
| Josephine Jackson | 07-cv-11795 |
| Cassandra James | 07-cv-11795 |
| James Jeffcoat | 07-cv-11795 |
| Macatherine Jefferson | 07-cv-11795 |
| Charlotte Jenkins | 07-cv-11795 |
| Estate of Nikisha Johnson | 07-cv-11795 |
| Lena Johnson | 07-cv-11795 |
| Ollie Johnson | 07-cv-11795 |
| Robert Johnson | 07-cv-11795 |
| Velma Johnson | 07-cv-11795 |
| Deborah Ann Johnson | 07-cv-11795 |
| Doris Johnson | 07-cv-11795 |
| Rose Jones | 07-cv-11795 |
| Edward Jordan | 07-cv-11795 |

| | |
|---|---|
| Jacqueline Kendrick | 07-cv-11795 |
| Johnny Keyes | 07-cv-11795 |
| Estate of Elizabeth Knight | 05-cv-10835 |
| Falisha Knight | 07-cv-11795 |
| Ellaweise Lacy | 07-cv-11795 |
| Shanetta Lacy | 07-cv-11795 |
| Henry Landrum | 07-cv-11795 |
| Birdie Langdon | 07-cv-11795 |
| Mary Lawson | 07-cv-11795 |
| Diann Lee | 07-cv-11795 |
| Dawn Lepard | 07-cv-11795 |
| Mickey Livingston | 07-cv-11795 |
| Chris Logan | 07-cv-11795 |
| Sylvia Longino | 07-cv-11795 |
| Lula Lott | 07-cv-11795 |
| Jerry Lowe | 05-cv-10835 |
| Jannie Lucas | 07-cv-11795 |
| Pearlie Maddox | 05-cv-10834 |
| Bobbie Maggett | 07-cv-11795 |
| Joyce McAdory | 07-cv-11795 |
| Patricia McBeath | 07-cv-11795 |
| Franklin McConnell | 07-cv-11795 |
| Marquitia McCoy | 07-cv-11795 |
| Sherman McDonald Jr. | 07-cv-11795 |
| Martha McIntee-Nelson | 07-cv-11795 |
| Helen Meeks | 07-cv-11795 |
| Laperial Melvin | 07-cv-11795 |
| Tommy Mills | 07-cv-11795 |
| Ava Mitchell | 07-cv-11795 |
| Mattie Moore | 07-cv-11795 |
| Helen Morgan | 07-cv-11795 |
| Brandy Murphy | 07-cv-11795 |
| Linda Murray | 07-cv-11795 |

| Name | Case Number |
| --- | --- |
| Lolita Myers | 05-cv-10834 |
| Warren Nance | 05-cv-10835 |
| Debra Neal | 07-cv-11795 |
| Maybelle Newsome | 07-cv-11795 |
| Betty Newson | 05-cv-10834 |
| Martha Norman | 07-cv-11795 |
| Tommie Odom | 07-cv-11795 |
| Sharon Perez | 07-cv-11795 |
| Kathy Phillips | 07-cv-11795 |
| Jacquelyn Posey | 07-cv-11795 |
| Larry Potts | 07-cv-11795 |
| Delories Powell | 07-cv-11795 |
| Jerry Price | 07-cv-11795 |
| Hershel Jack Price | 07-cv-11795 |
| Janice Primer | 07-cv-11795 |
| Mark Price | 05-cv-10835 |
| Cynthia Quimby | 07-cv-11795 |
| Vera Ray | 07-cv-11795 |
| Barbara Readus | 07-cv-11795 |
| Patricia Rhodes | 05-cv-10835 |
| Sallie Rippy | 07-cv-11795 |
| Wayne Rochelle | 07-cv-11795 |
| Jimmy Sayles | 07-cv-11795 |
| Vanessa Scott | 07-cv-11795 |
| Grace Scott | 07-cv-11795 |
| Sean Self | 07-cv-11795 |
| Bridgette Shields | 07-cv-11795 |
| Sara Shields | 07-cv-11795 |
| Aaron Sims | 07-cv-11795 |
| Lashonda Skinner | 07-cv-11795 |
| Andrew Smith | 05-cv-10834 |
| Jannie Smith | 05-cv-10834 |
| Frank Smith | 05-cv-10835 |

| | |
|---|---|
| Louisia Smith | 05-cv-10835 |
| Eugene Smith | 07-cv-11795 |
| Ronnie Smith | 07-cv-11795 |
| Rosa Smith | 07-cv-11795 |
| Ruby Smith | 07-cv-11795 |
| Bennie Spencer | 07-cv-11795 |
| Jerry Stagg | 07-cv-11795 |
| Darlene Stampley | 07-cv-11795 |
| John Staten | 07-cv-11795 |
| Bobby Steele | 07-cv-11795 |
| Carl Steverson | 07-cv-11795 |
| Gregory Suber, Sr. | 05-cv-10835 |
| Debbie Sullivan | 07-cv-11795 |
| Dorian Taylor | 07-cv-11795 |
| Erestia Thomas | 07-cv-11795 |
| Magnolia Thomas | 07-cv-11795 |
| Martha Thompson | 07-cv-11795 |
| Dorothy Tolliver | 07-cv-11795 |
| Morris Townsend | 07-cv-11795 |
| Doris Toy | 07-cv-11795 |
| Michael Trim | 07-cv-11795 |
| Larry Vail | 07-cv-11795 |
| Joann Walls | 07-cv-11795 |
| Shirley Walters | 07-cv-11795 |
| Estate of Katherine Warfield | 07-cv-11795 |
| Della Washington | 07-cv-11795 |
| Joyce Watson | 07-cv-11795 |
| Deborah Watson | 07-cv-11795 |
| Michaelon Weathersby | 07-cv-11795 |
| Edneatha White | 07-cv-11795 |
| Helen Williams | 07-cv-11795 |
| Nolan Williams | 07-cv-11795 |
| Carole Williams | 07-cv-11795 |

| | |
|---|---|
| Eloise Williams | 07-cv-11795 |
| Daisy Williams | 07-cv-11795 |
| Taylor Williams | 07-cv-11795 |
| Sanders Williams, Jr. | 07-cv-11795 |
| O.C. Williams, Sr. | 07-cv-11795 |
| Francis Womack | 07-cv-11795 |
| Bobby Woods | 07-cv-11795 |
| Re'Shedia Young | 05-cv-10835 |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that Plaintiffs in the above-listed cases be compelled to provide the required information in accordance with their discovery obligations.

Dated: December 20, 2010               Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
        Ana M. Francisco
        BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## **CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark. S. Cheffo
Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 20, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco