UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL BOONE PRODUCT LIABILITY ACTIONS : Sorokin
---------------------------------------x

**DECLARATION OF MARK S. CHEFFO IN SUPPORT
OF DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY RESPONSES**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto is a true and correct copy of Appendix A.

3. Attached hereto as Exhibit A is a true and correct copy of an email chain sent to and received from the Boone Law Firm dated December 7, 2010.

4. Attached hereto as Exhibit B is a true and correct copy of deficiency letters and emails sent to the Boone Law Firm dated from August 4, 2010 to November 23, 2010.

5. Attached hereto as Exhibit C is a true and correct copy of the November 15, 2010, deposition of Nathanial Brown, M.D.

6. Attached hereto as Exhibit D is a true and correct copy of an email chain sent to and received from the Boone Law Firm dated December 2, 2010 and December 3, 2010.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from the December 7, 2010, deposition of Deborah Watson.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from the December 9, 2010, deposition of Christopher Kyle.

9. Attached hereto as Exhibit G is a true and correct copy of a letter sent to the Boone Law Firm dated December 4, 2010.

10. Attached hereto as Exhibit H is a true and correct copy of a Response to Template Interrogatories received on behalf of Jack Shoemaker dated April 19, 2008.

11. Attached hereto as Exhibit I is a true and correct copy of a Response to Template Interrogatories received on behalf of Jack Shoemaker dated October 1, 2010.

12. Attached hereto as Exhibit J is a true and correct copy of the October 14, 2010, deposition of Jack Shoemaker.

13. Attached hereto as Exhibit K is a true and correct copy of excerpts from the December 1, 2010, status conference held in the United States District Court for the District of Massachusetts.

14. Attached hereto as Exhibit L is a true and correct copy of a Response to Template Interrogatories received on behalf of Alan Bennett, who is not represented by the Boone Law Firm.

15. Attached hereto as Exhibit M is a true and correct copy of a Response to Template Interrogatories received on behalf of Jessie Brown.

16. Attached hereto as Exhibit N is a true and correct copy of a medical provider list received on behalf of Louisia Smith.

17. Attached hereto as Exhibit O is a true and correct copy of a pharmacy record for Louisa Smith.

18. Attached hereto as Exhibit P is a true and correct copy of letters sent to the Boone Law Firm dated from August 12, 2010 to October 27, 2010.

19. Attached hereto as Exhibit Q is a true and correct copy of a Response to Template Interrogatories received on behalf of Vanessa Scott.

20. Attached hereto as Exhibit R is a true and correct copy of the October 13, 2010, deposition of Vanessa Scott.

21. Attached hereto as Exhibit S is a true and correct copy of Responses to Template

Interrogatories received on behalf of Carl Henry, Mae Hester, Emma Gregory, Darlene Stampley, John Staten, Dorian Taylor, and Doris Toy.

22. Attached hereto as Exhibit T is a true and correct copy of a Response to Template Interrogatories received on behalf of Rosa Smith dated April 17, 2008, and a Response to Template Interrogatories received on behalf of Rosa Smith dated October 1, 2010.

23. Attached hereto as Exhibit U is a true and correct copy of excerpts from the December 15, 2010, deposition of Lashonda Skinner.

24. Attached hereto as Exhibit V is a true and correct copy of the September 9, 2010, deposition of Jerry Lowe.

25. Attached hereto as Exhibit W is a true and correct copy of excerpts from the June 15, 2006, status conference held in the United States District Court for the District of Massachusetts.

26. Attached hereto as Exhibit X is a true and correct copy of the August 26, 2010 Deposition of Michael Trim.

Signed under the penalties of perjury this 20th day of December 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 20, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco