# EXHIBIT A

### Arthur, Katherine F (NYC)

| | |
|---|---|
| **From:** | Levi Boone, III [LBoone@BooneLawFirm.com] |
| **Sent:** | Tuesday, December 07, 2010 10:03 AM |
| **To:** | Arthur, Katherine F (NYC) |
| **Subject:** | RE: MDL Filing |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Katherine, we are still pursuing the ineffectiveness of the drug and suicide, suicide attempt, suicide ideation and suicide thoughts. I realized that I did not specifically mention ineffectiveness at the hearing, but we have not abandoned ineffectiveness or any other claim other claim except those that Mark delineated at the hearing that included memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure. Please modify the stipulation accordingly.

Levi

**From:** Arthur, Katherine F [mailto:Tattin.Arthur@skadden.com]
**Sent:** Monday, December 06, 2010 4:48 PM
**To:** Levi Boone, III
**Cc:** Stevens, Catherine B
**Subject:** MDL Filing

Mr. Boone -

At the recent December status conference, you indicated to the Court that you are not pursuing any claims in any of your cases except for those claims regarding the injuries of suicide, suicide attempt and suicide ideation. Magistrate Judge Sorokin ordered that the parties submit a filing stating the same. We are attaching a stipulation to address your representation, and dismissing any non-suicide related claims. Please let us know if you consent to our filing of the attached document pursuant to the Court's directive.

**Katherine F. Arthur**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square | New York | 10036-6522
T: 212.735.2712 | F: 917.777.2712
tattin.arthur@Skadden.com

------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the

intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
==================================================================================

12/20/2010