# EXHIBIT N

Medical Provider List for Louisa Smith

Dr. Kenneth J. Hayles, M.D.
1550 Medical Park ONe
Greenville, MS   38725

Dr. Parvez Karim
Premier Medical Clinic
1504 Hospital Street
Greenville, MS  38703