**Exhibit C**

AUGUST 10, 2010 EMAIL FROM LEVI BOONE, III TO CATHERINE STEVENS

# Levi Boone, III

| | |
|---|---|
| **From:** | Levi Boone, III |
| **Sent:** | Tuesday, August 10, 2010 9:30 AM |
| **To:** | 'Stevens, Catherine B' |
| **Subject:** | Template Discovery and 9/14/10 deadline cases |

Catherine:

    We should email to you on today 19 sets of template discovery answers. We are attempting to correct by 8/13/10 the deficiencies relating to the cases subject to the 9/14/10 deadline. Authorizations relating to employment, soc. sec., tax and insurance were part of the Court's order in June. We will not have those authorizations to you by 8/13/10. However, I would like to work out a schedule to supply these authorizations to you. I request that you email me your updated version of these authorizations. Regarding depositions, I am available for all dates in August except the 18th, 19th, 23rd, 24th, and 25th. Depositions of Catherine Duvall and Shirley Drennan are set for 8/23 and 8/24 respectively per agreement with Michael A. Pichini, Esq., Goodell, DeVries, Leech & Dann, LLP.
I am currently open for the month of September except for the 20th, 21st, and 22nd. I have not been provided any dates for sales representatives deposition or the required discovery relating to the sales representatives. Please comply with Defendant's obligation to provide sale reps depos and material without the necessity of a motion to compel.

Levi