**Exhibit D**

DECEMBER 17, 2010 EMAIL FROM LEVI BOONE, III TO CATHERINE STEVENS

# Levi Boone, III

**From:** Levi Boone, III
**Sent:** Friday, December 17, 2010 9:01 AM
**To:** 'Stevens, Catherine B'
**Subject:** RE: meet and confer

Let's talk at 11:00 am CST. I'll call you. Part of our discussion will include the Motion to Compel that I will file by December 20 aga Pfizer for inadequate responses to template discovery and case specific discovery.

Levi

**From:** Stevens, Catherine B [mailto:Catherine.Stevens@skadden.com]
**Sent:** Thursday, December 16, 2010 12:47 PM
**To:** Levi Boone, III
**Cc:** Cheffo, Mark S
**Subject:** RE: meet and confer

Thanks Levi. If you have a second to give us a call at a break today, that would be great. We have several issues to discuss and want to give you as much notice as possible. You can either call me (212-735-3353) or Mark Cheffo (212-735-2183). If that doesn't work, we will plan on talking to you at 11am your time tomorrow. Thanks.

---

**From:** Levi Boone, III [mailto:LBoone@BooneLawFirm.com]
**Sent:** Thursday, December 16, 2010 1:18 PM
**To:** Stevens, Catherine B (NYC)
**Subject:** meet and confer

Catherine, I must have missed your emails, but I just go back from Court, I have depo starting in 45 minutes and I don't know how long it will last, but it will in all likelihood last until at least 6pm CST. Of course, I'll be happy to talk thereafter. Do you want me to give you call. Otherwise, I can talk to you at 11am CST tomorrow although I do have depo in another for the am, but I will either finished or I'll take a break to talk with you. Remember, I have depo in Neurontin litigation starting at noon tomorrow. Allternatively, I can talk with you when we take a break during today's depo. Let me know your choice.

Levi

---
**************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
**************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments

1