UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Leroy Anderson, et al. v. Pfizer, Inc.,*<br>Case No. 05-cv-10835<br><br>*Mary Cooper, et al. v. Pfizer, Inc.,*<br>Case No. 05-cv-10834<br><br>*Jesse Allen, et al. v. Pfizer, Inc.,*<br>Case No. 07-cv-11795 | |

**DECLARATION OF LEVI BOONE, III
IN SUPPORT OF MOTION TO COMPEL**

**I, Levi Boone, III**, deposes and states as follows:

1.     That Boone Law Firm, P.A. through the undersigned attorney, is counsel for Plaintiffs in the above-entitled action.

2.     Attached is Exhibit "A" and "B", respectively to the Motion to Compel is a copy of Defendants' Response to Plaintiffs' Interrogatories and Defendants' Response to Plaintiffs' Request for Production of Documents.

3.     Attached as Exhibit "C" to the Motion to Compel is an August 10, 2010 email to Defendants' counsel, Catherine Stevens requesting required discovery relating to sales representatives and compliance with Defendant's obligations to provide sales reps material without the necessity of a motion to compel.

4. Attached as Exhibit "D" to the Motion to Compel is a December 17, 2010 email to Defendants' counsel, Catherine Stevens informing that parties' meet and confer phone call would include Defendants' failure to adequately respond to Plaintiffs' discovery.

5. That on December 17, 2010 the parties participated in a "meet and confer" phone conference wherein the parties discussed Plaintiffs' issues regarding Defendants' discovery responses. No resolution was reached during the meeting.

I declare under penalty of perjury that the foregoing is true and correct.

*Boone Law Firm, P.A.*

By: **/s/ Levi Boone, III**
Levi Boone, III, Esq,
MSB# 3686
Boone Law Firm, P.A.
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS 38732

## CERTIFICATE OF SERVICE

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 20, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiffs last known mailing address.

/s/ Levi Boone, III
Levi Boone, III, Esquire

## CERTIFICATE OF SERVICE

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 20, 2010.

/s/ Levi Boone, III