UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ASSURANT HEALTH, INC., et al. v. PFIZER INC., et al.<br>Docket No. 05-10535-PBS | |

### WITHDRAWAL OF APPEARANCE

Michael T. Marcucci hereby withdraws as counsel for record for defendants Lodewijk J.R. DeVink and Anthony Wild. In support of this Motion, Marcucci states as follows:

1. I am resigning from Hanify & King, Professional Corporation effective December 31, 2010.

2. Attorney Daniel J. Dwyer of Hanify & King will remain local counsel of record for Messrs. DeVink and Wild.

3. The case in which Messrs. DeVink and Wild have been named as Defendants is stayed.

4. A copy of this Withdrawal will be sent to Messrs. DeVink and Wild care of their counsel Tommaso Bencivenga, Esq. of Milbank, Tweed, Hadley & McCloy, 1 Chase Manhattan Plaza, New York, NY 10005-1413

WHEREFORE, Michael T. Marcucci respectfully withdraws as counsel for Defendants Lodewijk J.R. DeVink and Anthony Wild.

                                            Respectfully submitted,

                                            /s/ Michael T. Marcucci_____
                                            Michael T. Marcucci (BBO#652186)
                                            HANIFY & KING
                                            Professional Corporation
                                            One Beacon Street
                                            Boston, MA 02108
Dated: December 23, 2010                (617) 423-0400

## Certificate of Service

     I certify that the foregoing Notice of Appearance filed through the Court's CM/ECF system will be served on all counsel of record registered to received CM/ECF notices, including lead and liason counsel for plaintiffs.

                                            /s/ Michael T. Marcucci
                                            _____
                                            Michael T. Marcucci

*480373*