UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629 |
| | : |
| | : Master File No. 04-10981 |
| | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : |
| | : |
| THIS DOCUMENT RELATES TO: | : Judge Patti B. Saris |
| | : |
| | : Magistrate Judge Leo T. |
| | : Sorokin |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : |
| HARDEN MANUFACTURING CORPORATION; | : |
| LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, | : |
| dba BLUECROSS/BLUESHIELD OF LOUISIANA; | : |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, | : |
| LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL | : |
| 52 HEALTH BENEFITS TRUST; GERALD SMITH; and | : |
| LORRAINE KOPA, on behalf of themselves and all others | : |
| similarly situated, v. PFIZER INC. and WARNER-LAMBERT | : |
| COMPANY. | : |
| | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION TO PRECLUDE GARY VARNAM AND JAN FRANK WITYK FROM PURSUING INDIVIDUAL CLAIMS OR, ALTERNATIVELY, TO SEVER AND TRANSFER THEIR CLAIMS PURSUANT TO 28 U.S.C. § 1404**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully make this Motion to Preclude Gary Varnam and Jan Frank Wityk from Pursuing Individual Claims or, Alternatively, to Sever and Transfer Their Claims Pursuant to 28 U.S.C. § 1404.

For the reasons set forth more fully in the accompanying memorandum of law, Gary Varnam and Jan Frank Wityk are not named in the operative pleading, the Third Amended Class Action Complaint ("TACAC"), are not proper parties to this action, and, as such, should not be permitted to proceed as individual plaintiffs. Should the Court nevertheless determine to grant Varnam and Wityk leave to amend and permit them to pursue individual claims, it should sever them from the plaintiffs named in the TACAC and, for the convenience of the parties and in the interest of justice, transfer their actions to federal district courts in Maine and Ohio, the states in

which Varnam and Wityk were prescribed and took Neurontin and in which critical non-party witnesses are located.

Accordingly, Defendants respectfully request that the Court find that Gary Varnam and Jan Frank Wityk are not parties to this action and cannot pursue individual claims against Defendants or, alternatively, sever and transfer any claims it allows them to pursue to, respectively, the District of Maine and the Northern District of Ohio.


Dated: December 23, 2010                    Respectfully submitted,

                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                            By:    /s/ Mark S. Cheffo
                                                   Mark S. Cheffo

                                            Four Times Square
                                            New York, NY 10036
                                            Tel:  (212) 735-3000

                                                   -and-

                                            ROPES & GRAY LLP

                                            By:    /s/ Ana M. Francisco
                                                   Ana M. Francisco
                                                   BBO #564346

                                            Prudential Tower
                                            800 Boylston Street
                                            Boston, MA 02199-3600
                                            Tel:  (617) 951-7000
                                            Email:  ana.francisco@ropesgray.com

                                            *Attorneys for Defendants Pfizer Inc and
                                            Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 23, 2010.

/s/ Ana M. Francisco
Ana M. Francisco