UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Civ. Action No. 04-cv-10739-PBS |
| THIS DOCUMENT RELATES TO: <br><br> KAISER FOUNDATION HEALTH PLAN, INC., et al. <br><br> v. <br><br> PFIZER, INC., et al. | Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## DECLARATION OF MICHAEL C. KEELEY

Michael C. Keeley declares under the pains and penalties of perjury as follows:

1) I, Michael C. Keeley, was retained by counsel for Pfizer to perform certain prejudgment interest calculations related to the RICO damages awarded to plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Kaiser") in connection with the above-captioned matter. I have previously provided three expert declarations in this matter (Class Certification Declaration, December 2006; Rebuttal Declaration, April 2007; and Declaration on Damages, December 2008) and testified at trial (March 22, 2010).

2) In the March 2010 trial between Kaiser and Pfizer, the jury awarded Kaiser $47,363,092 in damages, which is subject to trebling to $142,089,276. I have reviewed the December 10, 2010 Declaration of Dr. Raymond S. Hartman, Kaiser's expert witness. Dr. Hartman has calculated prejudgment interest on the trebled damages award using the prime interest rate. He calculates interest of $76,237,186 through December 2010. Based on Dr. Hartman's description of his

methodology, his prejudgment interest calculations were able to be closely, although not exactly, replicated.

3) Counsel for Pfizer has asked me to calculate prejudgment interest using Dr. Hartman's described methodology but on the untrebled jury award and using an alternative interest accrual time period and interest rate. The alternative accrual period stretches from January 2005 through December 2010. The alternative interest rate is the statutory post judgment interest rate.[1]

4) When Dr. Hartman's methodology is applied to the untrebled jury award using Dr. Hartman's accrual period and interest rate, prejudgment interest is $25,588,679.[2] Further adjusting the calculation so that the accrual period is limited to January 2005 through December 2010 reduces the interest amount to $18,365,273. If instead of using the prime rate, the statutory post judgment interest rate is used, the calculated prejudgment interest decreases from $25,588,679 to $10,649,403. This amount is further reduced to $8,044,849 if the accrual period is limited to January 2005 through December 2010.

Dated: December 23, 2010

_____
Michael C. Keeley

---

[1] http://www.utd.uscourts.gov/documents/judgpage.html. Post-judgment interest rates are available through the week of December 17, 2010. I assume the December 17, 2010 rate applies through the end of 2010.

[2] Per Dr. Hartman's methodology, my calculations are based on the damage amounts presented in Exhibit 408-I New, removing damages for nociceptive pain, and pro-rating the remaining amounts such that they sum to the total jury award.