UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>ALL BOONE PRODUCT LIABILITY ACTIONS | |

**JOINT STATUS REPORT REGARDING**
**THE BOONE LAW FIRM DECEMBER DEPOSITIONS**

Defendants and those Plaintiffs represented by the Boone Law Firm respectfully submit a joint status report regarding those depositions scheduled to occur in December, attached hereto as Exhibit A. For the reasons set forth in the attached chart, the parties were unable to engage in fifteen days of depositions regarding those Plaintiffs represented by the Boone Law Firm. However, the parties have taken seven depositions, have three additional depositions scheduled before the end of December, and have agreed to dismiss three cases. The illness of one Plaintiff, and death of another Plaintiff, prevented those depositions from occurring.

Dated: December 27, 2010          Respectfully submitted,

BOONE LAW FIRM, P.A.

By:   /s/ Levi Boone
       Levi Boone III

401 West Sunflower Road
Post Box 1772
Cleveland, MS 38732-2641

*Attorneys for Plaintiffs*

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 27, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco