*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Status of the Boone Law Firm December Depositions**

| Case Name | Deposition Date | Notes |
|---|---|---|
| Watson, Deborah | 12/07/10 | Deposition Occurred |
| Skinner, Lashonda | 12/15/10 | Deposition Occurred |
| Newsome, Maybelle | 12/16/10 | Deposition Occurred |
| Hunter, James | 12/17/10 | Deposition Occurred |
| Bryson, Bobbie | 12/20/10 | Deposition Occurred |
| Allen, Jessie | 12/21/10 | Deposition Occurred |
| Carrol, Roy | 12/22/10 | Deposition Occurred |
| Webb, William Charlie | Canceled | On December 10, 2010, four days before Mr. Webb's deposition, Defendants were informed that Mr. Webb intends to dismiss his case. |
| Howard, Ethel | Canceled | On December 6, 2010, two days before Ms. Howard's deposition, Defendants were informed that Ms. Howard intends to dismiss her case. |
| Banks, Terry | Postponed | On December 10, 2010, four days before Mr. Banks' deposition, Defendants were informed that Mr. Banks is undergoing therapy for advanced lung cancer and his clinical condition precluded him from attending his deposition. |
| Sullivan, Debbie | Postponed | Due to a scheduling issue a court reporter and videographer did not appear for the 9:00 a.m. start time.  Defendants contend that they were able to secure both a court reporter and videographer with an approximate start time of 11:00 a.m. Plaintiff contends that the approximate start time would be at least 12:00 p.m.  Ms. Sullivan was present at The Boone Law firm, as were Defendants' counsel.  Defendants were informed that Ms. Sullivan would not wait for the court reporter and videographer and she thereafter left.  Ms. Sullivan's deposition was scheduled for the entire day.  Defendants contend that starting late would have still allowed the parties to complete Ms. Sullivan's deposition under the current Court order as scheduled for December. Ms. Sullivan has been added to the list of proposed January depositions. |
| Knight, Elizabeth Marie | Postponed | On December 3, 2010, Defendants informed Mr. Boone that records indicate that Ms. Knight is deceased and asked Mr. Boone his intention with the case.  Defendants have not received a response. |

| Kyle, Christopher | 12/09/10 | Part-way through his deposition, Mr. Kyle informed Defendants that he no longer wished to pursue his case.  A stipulation of dismissal was filed on December 15, 2010.  [3171] |
|---|---|---|
| Powell, Delories | 12/28/10 | Deposition Scheduled to Occur |
| Bearden, Jerrell M. | 12/28/10 | Deposition Scheduled to Occur |
| Melvin, Laperial | 12/30/10 | Deposition Scheduled to Occur |