UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:  NEURONTIN MARKETING, SALES      : MDL Docket No. 1629
        PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION            : Master File No. 04-10981
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x Judge Patti B. Saris
                                        :
THIS DOCUMENT RELATES TO:               : Magistrate Judge Leo T.
                                        : Sorokin
ALL BOONE PRODUCT LIABILITY ACTIONS     :
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT LIST OF INTENDED JANUARY
DEPOSITIONS IN THE BOONE CASES**

Pursuant to Magistrate Judge Sorokin's June 9, 2010, Order, Defendants and Plaintiffs' counsel submit the following list of intended depositions for the month of January in those cases represented by the Boone Law Firm.

The parties will commence depositions in January in those cases represented by the Boone Law Firm with fifteen days of depositions regarding the following Plaintiffs: Debbie Sullivan, Annie Gatewood, Lee Alan Haley, Josephine Jackson, Charlotte Jenkins, Jacqueline Kendrick, Ellaweise Lacy, Henry Landrum, Birdie Langdon, Sherman McDonald, Jr., Linda Murray, Mark Allen Prince, Grace Scott, Helen Williams, and Lois S. Adams.

Dated: December 27, 2010          Respectfully submitted,

                                  BOONE LAW FIRM, P.A.

                                  By:   /s/ Levi Boone
                                        Levi Boone III

                                  401 West Sunflower Road
                                  Post Box 1772
                                  Cleveland, MS 38732-2641

                                  *Attorneys for Plaintiffs*

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 27, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco

2