UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DEFENDANTS' LIST OF INTENDED JANUARY
DEPOSITIONS IN THE SCHWARTZ CASES**

Pursuant to Magistrate Judge Sorokin's June 9, 2010, Order, Defendants submit the following list of intended depositions for the month of January in those cases represented by the Law Offices of Newton B. Schwartz. Defendants contacted the Law Offices of Newton B. Schwartz on December 23, 2010, and December 27, 2010, to discuss Defendants' proposal, but did not receive a response as to the substance of the proposal, and therefore file it separately.

Defendants propose that the parties commence depositions in January in those cases represented by the Law Offices of Newton B. Schwartz with ten days of Plaintiff depositions and five days of prescriber depositions regarding the following Plaintiffs: Susan Brazell, Lester Carr, Robert Colley, Connie Falk, Monica Gann, Robert St. Hilaire, Jeffrey Taggart, Diane Valentino, John Wilheim, and Helen Wine.[1]

---

[1] Defendants have chosen these January cases based on the Schwartz firm's representations that it is dismissing or withdrawing from all but approximately 35 of its cases. The above-mentioned cases are a part of the 35 remaining cases. To the extent the Schwartz firm fails dismiss or withdraw pursuant to its representations to counsel regarding the same, Defendants will select other cases in which to take depositions in January, and will promptly notify the Court in that event.

Dated: December 27, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
        Ana M. Francisco
        BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 27, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco