United States District Court

District of Massachusetts

Louis E. Tumblin
Plaintiff

Vs.

MDL Docket No. 1629
Master File No. 04-10981
Judge Patti Saris

Pfizer Pharmaceuticals
Neurontin. Marketing Sales

## Motion to Compel

Comes now the plaintiff Louis E. Tumblin does hereby Petition this honorable court to furnish the plaintiff with all of the court orders and necessary paperwork and responsibilities expected of the plaintiff in this matter. I the plaintiff am a tag along plaintiff without legal representation at the present time. However I have spoken to Mr. Christopher R. Lobio Law Firm. Mr. Lapalo did request my medical records several months ago and they were furnished to him. The said plaintiff has been seeking legal assistance for two years. The plaintiff asks for your understanding and grant me the petition.

Respectfully Submitted,

*Louis E. Tumblin*

Louis E. Tumblin

4520 N. River Rd. #38

Oceanside Ca. 92057

Ph# HM: (760) 967-4899 Cell: (760) 586-3874

Email: louistumbling1950@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2010 I served the attached documents by United States Postal Service on the following names and addresses

*Doris E. Kimplin*
Plaintiff's Signature

COURT CLERK UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY SUITE 2300
Boston, MA. 02210