UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Leo T. Sorokin |
| CYNTHIA ULETT LYNCH (Plaintiff) Lynch v. Pfizer, Inc., Case No. 07-CV-11280-PBS | |

## PLAINTIFF CYNTHIA ULETT LYNCH'S DISCOVERY STATUS UPDATE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **CYNTHIA ULETT LYNCH,** Plaintiff in the above captioned and Numbered cause, complaining of and against Defendant PFIZER in RESPONSE to REVISED SCHEDULING ORDER FOR ALL PRODUCTS LIABILITY CASES DATED DECEMBER 6, 2010 and would show unto the Court the following:

1. Defendants, by Court Order, did not comply with (3). By December 10, 2010, defendants shall serve the attached pro se discovery upon any pro se plaintiff they contend has failed to produce the template. Regarding those pro se plaintiff the Defendants contend made non-compliant or inadequate discovery responses, Defendants may file motions to compel by December 20, 2010. A failure to comply with any order compelling further disclosure may result in sanctions and/or dismissal of the case for failure to comply with the Court's Orders, failure to prosecute and/or as a sanction. Upon

completion of the template discovery, the Court intends to transfer all the pro se cases back to the court in which the cases were filed as this will facilitate resolution of the cases and facilitate the ability of the court and the pro plaintiff's to adjudicate the claims.

2. Defendants' never contacted plaintiff. Plaintiff waited from December 10, 2010 until December 23, 2010 when she got this package.

   I called Catherine Stevens, she said she could not get in contact with me. Catherine was To SERVE plaintiff, therefore it should have came by mail. Catherine knew that I had a Stroke in October 7, 2010 and she did not comply with the Orders of the Court.
   Plaintiff is enclosing documents. Plaintiff is still sick and was looking for document From December 10, 2010.
   Plaintiff received the document December 8, 2010 and had to reasons to believe that Defendants should comply. Catherine, I alleged, took my illness and my stroke as a Advantage of the situation.
   On the CERTIFICATE OF CONSULTATION; Catherine wrote : " I certify that counsel Attempted to confer with the Plaintiffs regarding the issues presented by this motion but Have been unable to do so at this time."
   Catherine had one to do. (3) By December 10, 2010, defendants shall serve the attached Pro se discovery upon any pro se plaintiff they contend has failed to produce the template. Defendants had not comply with the Order of the Court.

Dated: December 23, 2010                Respectfully submitted

                                        CYNTHIA ULETT LYNCH

                                        By:/s/ Cynthia Ulett Lynch
                                            Cynthia Ulett Lynch
                                            Pro se

                                        1817 Dusk Drive
                                        Killeen, Tx 76543
                                        (254) 680-7551

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document Has been mailed by Certified mail to Mark S/ Cheffo, and Catherine Stevens, FOUR TIMES SQUARE, New York 10036-6522 on this 27th day of December, 2010.
70062760000343466855

Cynthia Ulett Lynch
Pro se