UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
SCHWARTZ PRODUCT LIABILITY ACTIONS : Sorokin
:
------------------------------------------x

### [PROPOSED] ORDER DISMISSING PLAINTIFFS FOR FAILURE TO RESPOND TO DISCOVERY

The claims of the following Plaintiffs represented by the Law Offices of Newton B. Schwartz are hereby dismissed with prejudice for failure to comply with the discovery orders of this Court:

| Plaintiff | Case No. |
| --- | --- |
| Robert Angel | 06-cv-10912 |
| Cynthia Myers | 06-cv-10912 |
| Kay Blake | 06-cv-10912 |
| Debra Espey | 06-cv-10912 |
| Kristina Wilson | 06-cv-10912 |
| Latonya Jeffers | 06-cv-11024 |
| Zina McCue | 06-cv-11024 |
| Autherine Middleton | 06-cv-11024 |
| Barbara Payne | 06-cv-11024 |
| Craig Reaves | 06-cv-11024 |
| Florence Seagraves | 06-cv-11024 |
| Mary Kestner | 06-cv-11023 |
| Catherine Brown | 06-cv-11023 |
| Mary Anderson | 06-cv-10912 |
| Larry Dauernheim | 06-cv-10912 |

| | |
|---|---|
| Stacey Douglas | 06-cv-10912 |
| Tracy Lewis | 06-cv-10912 |
| Linda Phipps | 06-cv-10912 |
| Kenneth Knauff | 06-cv-11023 |
| Lori Mocci | 06-cv-11024 |
| Robert Moses | 06-cv-11024 |
| Kathaleen Smalls | 06-cv-11024 |
| Louis Weger | 06-cv-11024 |
| Dexter Wigfall | 06-cv-11024 |
| Lesa Carpenter | 06-cv-11023 |
| Jacqueline Manning | 06-cv-10912 |
| Bryan May | 06-cv-11023 |
| Donald Scheidt | 06-cv-11023 |
| Loretta Dreher | 06-cv-11024 |
| Christopher Hall | 06-cv-11024 |
| Debbie Hiers | 06-cv-11024 |
| Donald Hildebrand | 06-cv-11024 |
| Charles White | 06-cv-10912 |
| Jeffrey Wilkin | 06-cv-10912 |
| Sherry Groves | 06-cv-11023 |
| Drew Gordon, | 06-cv-11022 |
| Timothy Jackson | 06-cv-11022 |
| Dena Pina | 06-cv-11022 |
| Richardson Perdue | 06-cv-10912 |

IT IS SO ORDERED.
Dated: 1/3/2011

/s/ Paul J. Barbadoro

Hon. Leo T. Sorokin
Magistrate Judge, U. S. District Court

without opposition

2