UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**ASSENTED-TO MOTION TO EXTEND THE TIME FOR FILING
AN OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE
GARY VARNAM AND JAN FRANK WITYK FROM PURSUING
INDIVIDUAL CLAIMS OR, ALTERNATIVELY, TO SEVER AND
<u>TRANSFER THEIR CLAIMS PURSUANT TO 28 U.S.C. § 1404</u>**

Class Plaintiffs move to extend the time for their filing of an opposition to Defendants' Motion to Preclude Gary Varnam and Jan Frank Wityk from Pursuing Individual Claims or, Alternatively, to Sever and Transfer Their Claims Pursuant to 28 U.S.C. § 1404 [Docket No. 3191], until Thursday, January 13, 2011.  As grounds for this motion, Plaintiffs state the following:

1. Defendants filed their motion on December 23, 2010, just before the Christmas and New Year's holidays.  Under the Federal Rules of Civil Procedure, an opposition is due on Thursday, January 6, 2011.

2. Response to the motion requires the Class Plaintiffs to confer with the clients whose cases the Court has dismissed, the clients whose cases still survive, and the attorneys who represent the individual clients.  Due to the holiday season, counsel for the Class Plaintiffs have been unable to hold the necessary conferences because many of the individuals who must be consulted have not been available.

3.  The requested one-week extension will not unduly prolong the determination of the Defendants' motion. Moreover, the proposed extension date will still allow ample time for briefing by all parties and review by the Court before the status conference on this matter scheduled for February 7, 2011.

4.  Defendants have assented to this motion.

WHEREFORE, for the reasons set forth above, Class Plaintiffs request that they be granted an extra week—until Thursday, January 13, 2011—to file an opposition to Defendants' Motion to Preclude Gary Varnam and Jan Frank Wityk from Pursuing Individual Claims or, Alternatively, to Sever and Transfer Their Claims Pursuant to 28 U.S.C. § 1404.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 4, 2011 | GREENE LLP |
|  | By: */s/ Thomas M. Greene*  Thomas M. Greene, Esq. |
|  | 33 Broad Street, 5th Floor  Boston, MA 02109 |
|  | LIEFF, CABRASER, HEIMANN  & BERNSTEIN, LLP |
|  | By: */s/ Barry R. Himmelstein*  Barry R. Himmelstein, Esq. |
|  | 275 Battery Street, 30th Floor  San Francisco, CA 94111-3339 |

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Thomas M. Sobol*
     Thomas M. Sobol, Esq.

One Main Street, 4th Floor
Cambridge, MA 02142

BARRETT LAW OFFICE

By: */s/ Don Barrett*
     Don Barrett, Esq.

404 Court Square North
P.O. Box 987
Lexington, MS 39095

LAW OFFICES OF DANIEL BECNEL, JR.

By: */s/ Daniel E. Becnel, Jr.*
     Daniel E. Becnel, Jr., Esq.

106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

DUGAN & BROWNE

By: */s/ James R. Dugan*
     James R. Dugan, Esq.

650 Poydras Street, Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 4, 2011.

                   */s/ Thomas M. Greene*
                   Thomas M. Greene, Esq.