UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES      :   MDL DOCKET NO. 1629
       PRACTICES AND PRODUCTS          :
       LIABILITY LITIGATION            :   Master File No. 04-10981
                                       :
---------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:              :   Judge Patti B. Saris
                                       :
ALL BOONE PRODUCT LIABILITY ACTIONS    :   Magistrate Judge Leo T.
---------------------------------------------------------------------x   Sorokin

### PLAINTIFFS' RESPONSE T DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY RESPONSES

The Plaintiffs represented by Boone Law Firm respond to DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY RESPONSES, as follows:

1. The Plaintiffs have provided good faith responses to Defendants' discovery. The Plaintiffs have and continue to seasonably supplement their responses to Defendants' discovery to provide additional and more complete information as it becomes available.

2. The Plaintiffs have provided all medical records available to Defendants. Further all of the Plaintiffs have executed medical authorizations that allow Defendants to independently retrieve their medical records.

3. The alleged deficiencies complained of by the Defendants are generally minor in nature and do not in any material respect affect the fruitfulness of the deposition. Further the deficiencies do not in any material respect make the prior response

incomplete or incorrect and/or the corrective information has been otherwise made known to the Defendants.

4. Plaintiffs' responses are in compliance with Federal Rules of Civil Procedure 26.

5. The Defendants have not been prejudiced by any action of Plaintiffs.

6. The Defendants are not entitled any relief under Federal Rules of Civil Procedure 37(a).

7. Additional grounds supporting this response are included in the accompanying memorandum of law.

WHEREFORE PREMISES CONSIDERED, Plaintiffs request that the Motion to Compel be denied.

Respectfully Submitted,

//s/ Levi Boone, III

**BY:**_____

Levi Boone, III, MSB #3686
**BOONE LAW FIRM, P.A**.
401 West Sunflower Avenue
Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 4th day of January, 2011.

/s/ Levi Boone, III
Levi Boone, III