## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

*Leroy Anderson, et al. v. Pfizer, Inc.,*
Case No. 05-cv-10835

*Mary Cooper, et al. v. Pfizer, Inc.,*
Case No. 05-cv-10834

*Jesse Allen, et al. v. Pfizer, Inc.,*
Case No. 07-cv-11795

---

### DECLARATION OF LEVI BOONE, III
### IN SUPPORT OF RESPONSE TO MOTION TO COMPEL

**I, Levi Boone, III**, deposes and states as follows:

1. That Boone Law Firm, P.A. through the undersigned attorney, is counsel for Plaintiffs in the above-entitled action.

2. That the matters contain in the foergoing Plaintiffs' Response to Motion to Compel are true and correct of the best of knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

*Boone Law Firm, P.A.*

By:  **/s/ Levi Boone, III**
Levi Boone, III, Esq,
MSB# 3686
Boone Law Firm, P.A.
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS 38732

## **CERTIFICATE OF SERVICE**

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 4, 2011 (CST);

/s/ Levi Boone, III
Levi Boone, III, Esquire

## **CERTIFICATE OF SERVICE**

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 4, 2011(CST).

/s/ Levi Boone, III

Document: \\SBS2008\TrialWorks\CaseFiles\211\Pleadings\Declaration - 3061.docx