UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
REILLY v. PFIZER INC.                                       :
Individual Case No. 07-12236                                :
                                                            :
------------------------------------------------------------x
```

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF ARTHUR REILLY

Finkelstein & Partners, LLP, counsel for Plaintiff Arthur Reilly, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c) granting Plaintiff's counsel leave to withdraw as counsel for Plaintiff in this action.

Plaintiff's counsel and Plaintiff have irreconcilable difference regarding the direction that this case should take. Plaintiff has responded by advising counsel to proceed with a motion for leave to withdraw with Plaintiff's consent, and that Plaintiff would be securing alternate counsel.

This Motion is supported by the Memorandum and the Declaration of Kenneth B. Fromson, filed herewith.

Dated:  January 5, 2011 	Respectfully submitted,

        *Members of Products Liability*
        *Plaintiffs' Steering Committee*

By:    **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551

By:    **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
         & Associates
        3701 Bee Cave Road, Suite 200
        Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:  January 5, 2011

        **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 5, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein