UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
REILLY v. PFIZER INC.                                      :
Individual Case No. 07-12236                               :
                                                           :
-----------------------------------------------------------x
```

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF ARTHUR REILLY**

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, the law firm of Finkelstein & Partners, LLP, hereby moves for leave to withdraw as attorneys for Plaintiff Arthur Reilly in the above-entitled cause.

On or about October 30, 2007, the complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner-Lambert Company LLC, in the United States District Court for the District of Minnesota.  D. Minn. Case No. 07-4428.

On December 5, 2007, the case was transferred from the U.S. District Court for the District of Minnesota to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:07-cv-12236-PBS.  ECF Doc. # 7.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  ECF Doc. # 8.

Plaintiff's counsel has made certain recommendations regarding the direction that this action should take, and Plaintiff has not agreed with such recommendations.

Plaintiff has responded by advising counsel to proceed with a motion for leave to withdraw with Plaintiff's consent, and that Plaintiff would be securing alternate counsel.

Plaintiff has also requested that Plaintiff's counsel prepare a release of any claims to, liens against, expenses incurred, the law firm's attorney fees, or miscellaneous expenses against Plaintiff in this case.

Plaintiff is advised that, after withdrawing as counsel for Plaintiff in this case, counsel will not seek to recover any claims or liens against Plaintiff in this case, and that any Order granting counsel leave to withdraw as counsel for Plaintiff in this case may include such a proviso.

Plaintiff is further advised, however, that by continuing to pursue this case, with alternate counsel or *pro se*, Plaintiff is not released from any liability for payment of costs to Defendants at the end of the case if Plaintiff does not ultimately prevail in this case.

Finkelstein & Partners, LLP, therefore requests that this Court grant the law firm leave to withdraw as attorneys for Plaintiff Arthur Reilly and allow Plaintiff 60 days either to seek new counsel or to advise the Court that he will proceed with the prosecution of this action *pro se*.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff.

In view of the above, Finkelstein & Partners, LLP, respectfully requests that the law firm be granted leave to withdraw as attorneys for Arthur Reilly.

Dated: January 5, 2011                    Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:    **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire
       Finkelstein & Partners, LLP
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551


By:    **/s/ Jack W. London**
       Jack W. London, Esquire
       Law Offices of Jack W. London
          & Associates
       3701 Bee Cave Road, Suite 200
       Austin, TX  78746

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 5, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire