UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
REILLY v. PFIZER INC. :
Individual Case No. 07-12236 :
:
---------------------------------------------------------------x

# DECLARATION OF KENNETH B. FROMSON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF ARTHUR REILLY

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff William Montgomery in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. On or about October 30, 2007, the complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner-Lambert Company LLC, in the United States District Court for the District of Minnesota. D. Minn. Case No. 07-4428.

4.     On December 5, 2007, the case was transferred from the U.S. District Court for the District of Minnesota to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:07-cv-12236-PBS.  ECF Doc. # 7.

5.     Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  ECF Doc. # 8.

6.     Plaintiff's counsel made certain recommendations regarding the direction that this case should take, and Plaintiff has not agreed with such recommendations.

7.     Plaintiff has responded by advising counsel to proceed with a motion for leave to withdraw with Plaintiff's consent, and that Plaintiff would be securing alternate counsel.

8.     Plaintiff has also requested that Plaintiff's counsel prepare a release of any claims to, liens against, expenses incurred, the law firm's attorney fees, or miscellaneous expenses against Plaintiff in this case.

9.     Plaintiff is advised that, after withdrawing as counsel for Plaintiff in this case, counsel will not seek to recover any claims or liens against Plaintiff in this case, and that any Order granting counsel leave to withdraw as counsel for Plaintiff in this case may include such a proviso.

10.    Plaintiff is further advised, however, that by continuing to pursue this case, with alternate counsel or *pro se*, Plaintiff is not released from any liability for payment of costs to Defendants at the end of the case if Plaintiff does not ultimately prevail in this case.

11.    A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at his last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 5, 2011

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson

Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 5, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein