UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Maria Aranda v. Pfizer Inc., et al.*
Case No. 06-10310-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL

**IT IS STIPULATED**, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to Plaintiff Maria Aranda, MDL Docket No. 1629, Master File No. 04-10981, Case No. 06-10310-PBS, relating to *Maria Aranda vs. Pfizer, Inc., et al.*, Civil Action No. M-05-309 in the Southern District of Texas, McAllen Division. All costs are taxed against the party incurring same.

Dated:  January 3, 2011

Respectfully submitted,

GARCIA & KARAM, L.L.P.

By:   */s/ Ricardo A. Garcia*
       Ricardo A. Garcia

820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

*Attorneys for Plaintiff*

-and-

1

Case 1:04-cv-10981-PBS   Document 3211   Filed 01/05/11   Page 2 of 2

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco
        Ana M. Francisco
        BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 5, 2010.

                                        /s/ Ana. M. Francisco
                                        Ana M. Francisco