UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) | MDL DOCKET NO. 1629 |
| PRACTICES, AND PRODUCTS LIABILITY ) | Master File No. 04-10981 |
| LITIGATION ) | |
| _____ ) | |
| THIS ORDER RELATES TO: ) | Judge Patti B. Saris |
| ) | Mag. Judge Leo T. Sorokin |
| GLORIA TELLES, Individually and as Next ) | |
| Friend of JACOB TELLES, a Minor ) | |

## NOTICE OF CERTIFICATE OF SERVICE

Comes now the Plaintiff and hereby certify that a true and correct copy of Plaintiff's Response to Defendants' First Set of Interrogatories and Plaintiff's Response to Defendants' First Request for Production were mailed certified mail return receipt requested to Defendants Attorney, Mark Cheffo, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Time Square, New York, New York 10036, on this 6th day of January, 2010.

Respectfully submitted,

**MIRANDA & BOYAKI**
Attorneys at Law
4621 Pershing Drive
El Paso, Texas  79903
Tel.:  (915) 566-8688
Fax :  (915) 566-5906

By:   /s/ Walter L. Boyaki
**WALTER L. BOYAKI**
Attorney for Plaintiff
State Bar No. 02759500

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served upon counsel of record by using the CM/EFC system on January 6, 2011.

                                      /s/ Walter L. Boyaki
                                      **WALTER L. BOYAKI**