UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
ALL PRODUCTS LIABILITY ACTIONS                             :
WITH TEVA PHARMACEUTICALS                                  :
USA, INC. AS A DEFENDANT                                   :
                                                           :
-----------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF PRODUCTS LIABILITY PLAINTIFFS'
EMERGENCY MOTION TO COMPEL DISCOVERY
FROM DEFENDANT TEVA PHARMACEUTICALS USA, INC.**

Whereas the discovery requested from Defendant Teva Pharmaceuticals USA, Inc., having been had, Products Liability Plaintiffs hereby withdraw their Emergency Motion for an Order compelling Defendant Teva to produce discovery. ECF Doc. ## 3158, 3159, 3160.

Dated: January 7, 2011                Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551

By:   **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
           & Associates
        3701 Bee Cave Rd., Suite 200
        Austin, TX  78746

## **CERTIFICATE OF SERVICE**

     I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 7, 2011.

Dated:  January 7, 2011

                                           **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein