**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES       :   MDL Docket No. 1629
        PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION              :   Master File No. 04-10981
------------------------------------------------x
                                          :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
                                          :   Magistrate Judge Leo T.
ALL BOONE PRODUCT LIABILITY ACTIONS       :   Sorokin
                                          :
------------------------------------------------x

**DECLARATION OF MARK S. CHEFFO IN SUPPORT
OF DEFENDANTS' REPLY MEMORANDUM IN FURTHER SUPPORT OF
DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY RESPONSES**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of Jerrell Bearden's Answers to Defendants' First Set of Interrogatories dated May 2, 2007 and Jerrell Bearden's Supplemental Answers to Defendants' First Set of Interrogatories received December 27, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the December 22, 2010, deposition of Roy Carroll.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 7th day of January, 2011.

                                                        /s/ Mark S. Cheffo
                                                        Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 7, 2011.

                                                              <u>/s/ Ana M. Francisco</u>
                                                              Ana M. Francisco