UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------------x : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, : | |
| SALES PRACTICES AND : | Master File No. 04-10981 |
| PRODUCTS LIABILITY LITIGATION : | |
| ------------------------------------------------------------x | Judge Patti B. Saris |
| : | |
| THIS DOCUMENT RELATES TO: : | Magistrate Judge Leo T. Sorokin |
| : | |
| ROBIN STERN BRIGGS, : | Individual Case No. |
| as Administrator of the Estate of : | 1:07-cv-10327-PBS |
| DOUGLAS MERRILL BRIGGS, : | |
| Deceased, : | |
| : | |
| Plaintiff, : | |
| v. : | |
| : | |
| PFIZER INC., : | |
| PARKE-DAVIS, a Division of : | |
| Warner-Lambert Company and : | |
| Warner-Lambert Company LLC, : | |
| WARNER-LAMBERT COMPANY, : | |
| WARNER-LAMBERT COMPANY LLC, : | |
| and TEVA PHARMACEUTICALS : | |
| USA, INC., : | |
| : | |
| Defendants. : | |
| : | |
| ------------------------------------------------------------x | |

**CERTIFICATE OF SERVICE**

I hereby certify that Defendant Teva Pharmaceuticals USA, Inc.'s Amended Answer to the Amended Complaint has been served pursuant to Case Management Order #3 on January 7, 2011.

Dated:  January 7, 2011

                                              /s/ Chad W. Higgins
                                              Chad W. Higgins
                                              BBO # 668924