# EXHIBIT A

# Client Matter # Details

Site Name:                    All Sites
Report Date Range: 12/18/2010 - 12/18/2010

## Client Matter #    44390/0299

| Date Sent | Order Name | Category | User | Billable Pgs | Billable $ | Non-Billable Pgs | Non-Billable $ | Total Pages | Total $ | % Recy |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/2010 | Job # 7974 Bundle 9 | cdprint | timitche | 1 | $0.08 | 0 | $0.00 | 1 | $0.08 | 100% |
| 12/18/2010 | Job # 7974 Bundle 8 | cdprint | timitche | 760 | $60.80 | 0 | $0.00 | 760 | $60.80 | 100% |
| 12/18/2010 | Job # 7974 Bundle 7 | cdprint | timitche | 1,360 | $108.80 | 0 | $0.00 | 1,360 | $108.80 | 100% |
| 12/18/2010 | Job # 7974 Bundle 6 | cdprint | timitche | 978 | $78.24 | 0 | $0.00 | 978 | $78.24 | 100% |
| 12/18/2010 | Job # 7974 Bundle 5 | cdprint | timitche | 1,881 | $150.48 | 0 | $0.00 | 1,881 | $150.48 | 100% |
| 12/18/2010 | Job # 7974 Bundle 4 | cdprint | timitche | 584 | $46.72 | 0 | $0.00 | 584 | $46.72 | 100% |
| 12/18/2010 | Job # 7974 Bundle 3 | cdprint | timitche | 625 | $50.00 | 0 | $0.00 | 625 | $50.00 | 100% |
| 12/18/2010 | Job # 7974 Bundle 2 | cdprint | timitche | 1,556 | $124.48 | 0 | $0.00 | 1,556 | $124.48 | 100% |
| 12/18/2010 | Job # 7974 Bundle 1 | cdprint | timitche | 1,343 | $107.44 | 0 | $0.00 | 1,343 | $107.44 | 100% |
| **Summary for 44390/0299** | | | | **9,088** | **$727.04** | **0** | **$0.00** | **9,088** | **$727.04** | **100%** |