# EXHIBIT B

```
Ref: 44390000299NORDO Date: 20Dec10        SHIPPING:    18.59
Dep: 44390000299        Wgt: 17.4 LBS       SPECIAL:     1.58
                                            HANDLING:    0.00
                        DV:        0.00 TOTAL:           20.17
              Svcs: PRIORITY OVERNIGHT
                 TRCK: 4087 4661 4668
```

```
Ref: 44390000299NORDO Date: 20Dec10        SHIPPING:    18.59
Dep: 44390000299        Wgt: 17.5 LBS       SPECIAL:     1.58
                                            HANDLING:    0.00
                        DV:        0.00 TOTAL:           20.17
              Svcs: PRIORITY OVERNIGHT
                 TRCK: 4087 4661 4657
```

```
Ref: 44390000299NORDO Date: 20Dec10        SHIPPING:    16.85
Dep: 44390000299        Wgt: 14.8 LBS       SPECIAL:     1.43
                                            HANDLING:    0.00
                        DV:        0.00 TOTAL:           18.28
              Svcs: PRIORITY OVERNIGHT
                 TRCK: 4087 4661 4727
```

```
Ref: 44390000299NORDO Date: 20Dec10        SHIPPING:    19.50
Dep: 44390000299        Wgt: 19.7 LBS       SPECIAL:     1.66
                                            HANDLING:    0.00
                        DV:        0.00 TOTAL:           21.16
              Svcs: PRIORITY OVERNIGHT
                 TRCK: 4087 4661 4716
```

```
Ref: 44390000299NORDO Date: 20Dec10        SHIPPING:    17.42
Dep: 44390000299        Wgt: 15.8 LBS       SPECIAL:     1.48
                                            HANDLING:    0.00
                        DV:        0.00 TOTAL:           18.90
              Svcs: PRIORITY OVERNIGHT
                 TRCK: 4087 4661 4705
```

```
Ref: 44390000299NORDO Date: 20Dec10        SHIPPING:    18.59
Dep: 44390000299        Wgt: 17.9 LBS       SPECIAL:     1.58
                                            HANDLING:    0.00
                        DV:        0.00 TOTAL:           20.17
              Svcs: PRIORITY OVERNIGHT
                 TRCK: 4087 4661 4690
```

```
Ref: 44390000299NORDO Date: 20Dec10        SHIPPING:    19.50
Dep: 44390000299        Wgt: 20.1 LBS       SPECIAL:     1.66
                                            HANDLING:    0.00
                        DV:        0.00 TOTAL:           21.16
              Svcs: PRIORITY OVERNIGHT
                 TRCK: 4087 4661 4680
```

```
Ref: 44390000299NORDO Date: 20Dec10        SHIPPING:    18.02
Dep: 44390000299        Wgt: 16.9 LBS       SPECIAL:     1.53
                                            HANDLING:    0.00
                        DV:        0.00 TOTAL:           19.55
              Svcs: PRIORITY OVERNIGHT
                 TRCK: 4087 4661 4679
```