# EXHIBIT C



**10114 W. Sam Houston Parkway South | Suite 200**
**Houston, Texas 77099**

Skadden, Arps, Slate, Meagher & Flom  
Attn: Sabrina Cleary  
Four Times Square  
New York NY 10036

Invoice 1185379

January 1, 2011

**MRC Client/Matter No.: 1309 - 09-00001**

Re: Project Administration, For Professional Services  
Project Administration

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/6/2011 | ttr | Document Processing - Expenses incurred preparing the Boone Motion to Compel. | 8.00 | 50.00 | 400.00 |
| 1/6/2011 | jxe | Document Processing - Expenses incurred preparing the Boone Motion to Compel. | 7.00 | 50.00 | 350.00 |
| | | **Total Fees** | **15.00** | | **$750.00** |

| **List of Expenses** | Quantity | Rate | Amount |
|---|---|---|---|
| Shipping Fees - Expenses incurred preparing the Boone Motion to Compel. | 1.00 | 79.94 | 79.94 |
| Copy Fees - Expenses incurred preparing the Boone Motion to Compel. | 9,646.00 | 0.15 | 1,446.90 |
| **Total Expenses** | | | **$1,526.84** |

**Matter 1309-09-00001 Summary**

| **Total for this Matter** | **$2,276.84** |
|---|---|

**Invoice Summary**

| Hours | 15.00 |
|---|---|
| Fees | $750.00 |
| Expenses | $1,526.84 |
| **Balance Due Upon Receipt** | **$2,276.84** |

*Please write the Invoice number on your check and make your check payable to MRC*  
*(Taxpayer ID 76-0590931)*  
*** THANK YOU ***