UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Tumblin v. Pfizer Pharmaceutical, et al.*<br>Case No. 1:10-cv-11310-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' MOTION REQUESTING ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(d), Defendants Pfizer Inc ("Pfizer"), respectfully requests entry of final judgment with prejudice in favor of Pfizer and against Plaintiff Louis E. Tumblin, in accordance with Federal Rule of Civil Procedure 58(a), which provides that "[e]very judgment and amended judgment must be set out in a separate document."

As grounds for this motion, Pfizer states as follows:

1.  On March 4, 2010, Plaintiff filed this lawsuit in the United States District Court for the Western District of Oklahoma against Pfizer, B.J. Thompson, M.D., and the Oklahoma Department of Corrections. On June 1, 2010, Pfizer filed a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff had failed to state a claim on which relief could be granted. Plaintiff filed his opposition to Pfizer's motion to dismiss on June 18, 2010.

2.  On July 22, 2010, the Honorable Judge Stephen P. Friot, United States District Judge for the Western District of Oklahoma, determined that Plaintiff had not stated a claim for relief that was plausible on the face of the Complaint and granted Pfizer's motion to dismiss the Complaint in its entirety. (Ex. A, July 22, 2010, Order of W.D. Okla.) Judge Friot allowed

Plaintiff leave to amend his Complaint within 21 days from the date of the Order – thus providing until August 12, 2010, to amend.

3. On August 4, 2010, a Conditional Transfer Order was entered by the Judicial Panel on Multidistrict Litigation transferring this case to the District of Massachusetts and this Court for coordinated or consolidated pretrial proceedings.

4. As of the date of this filing, Plaintiff Tumblin has not attempted to amend his Complaint against Pfizer – with either the transferor or transferee court – since Pfizer's motion to dismiss was granted. Plaintiff Tumblin has, however, contacted this Court regarding the above-captioned action, (*see* Tumblin Motion to Compel [3197]) apparently believing that it is still pending. Plaintiff's motion was denied by this Court's electronic Order on January 3, 2011. Because the deadline for amendment set forth by the transferor court's Order has expired, this Court should enter final judgment with prejudice in favor of Pfizer in accordance with Rule 58(a).

WHEREFORE, for the foregoing reasons, Pfizer requests that the Court grant Pfizer's motion and enter final judgment in favor of Pfizer and against Plaintiff.

Dated: January 10, 2011        Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 10, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco