UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> *Tumblin v. Pfizer Pharmaceutical, et al.* <br> Case No. 1:10-cv-11310-PBS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin <br><br> [PROPOSED DOCUMENT] |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), this Court enters final judgment in *Tumblin v. Pfizer Pharmaceutical, et al.*, No. 1:10-cv-11310-PBS, in favor of Defendant Pfizer Inc and against Plaintiff Louis E. Tumblin on all counts, which are dismissed with prejudice, with each side to bear its respective costs.

SO ORDERED:

Dated: January __, 2011

                                             _____
                                             Patti B. Saris
                                             United States District Judge