UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Tumblin v. Pfizer Pharmaceutical, et al.*
*Case No. 1:10-cv-11310-PBS*

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

### DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS' MOTION REQUESTING ENTRY OF JUDGMENT

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of an Order entered in the United States District Court for the Western District of Oklahoma on July 22, 2010, in the case *Tumblin v. Pfizer Pharmaceutical, et al.*, Case No. 5:10-cv-00211-F.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 10th day of January, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 10, 2011.

/s/ Ana M. Francisco
Ana M. Francisco