UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,       :
        SALES PRACTICES AND        :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION :
                                   :   Judge Patti B. Saris
------------------------------------------------------------x
                                   :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:          :
                                   :
*Hamilton v. Pfizer Inc., et al.*  :
Case No. 1:10-CV-11023 PBS         :
                                   :
------------------------------------------------------------x

# DECLARATION OF KENNETH B. FROMSON IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS JANSSEN ORTHO LLC, ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C. AND JOHNSON & JOHNSON TO PRODUCE DISCOVERY

I, Kenneth B. Fromson, declare and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter.

2. This declaration is submitted in support of Plaintiff's motion to compel Defendants Janssen Ortho LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Pharmaceutical Research & Development, L.L.C. and Johnson & Johnson to produce documents.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Defendants' Powerpoint Slides indicating results of analysis of their own clinical trials for Topamax (Filed Under Seal)

Exhibit B - April 23, 2009 letter from the FDA to Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. referring to their December 16, 2008 letter

Exhibit C - April 29, 2010, United States Department of Justice news release regarding manufacturers Ortho-McNeil Pharmaceutical LLC and Ortho-McNeil-Janssen Pharmaceuticals Inc.

Exhibit D - Plea Agreement, Information, Settlement Agreement and Criminal Judgment

Exhibit E - Plaintiff's October 7, 2010 Request for Production of Documents and Data

Exhibit F - Defendants' November 10, 2010 response to Plaintiff's Request for Production

Exhibit G - Defendants' March 29, 2005 letter to United Kingdom's Medicines and Healthcare Product Regulatory Agency (Filed Under Seal)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 10, 2011

      /s/ Kenneth B. Fromson
Kenneth B. Fromson
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Paulette Hamilton*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 10, 2011

Dated:  January 10, 2011

      /s/ Kenneth B. Fromson
Kenneth B. Fromson