# Attachment A 3 Pages

FN. Honorable Justice Saris please note CPO: Cortes, Jose caseworker noted custody level Recommended: Medium. Not placment at Souza-Baranowski Correctional Center.

And he also notes disciplinary report 182668 stated IPS department knew they had the wrong inmate. Read there report, they state The Pipe belonged to Eric Perez. Questioned being why did they charge Michael Baggett. They knew this on January 21st, 2010. Before the March 9th, 2010 court date before Clerk-magistrate Brown, Esq.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | BAGGETT, MICHAEL | **Commit No** W82927 | **Location** C-BLDG 1FL C-Gate Area |
| **Date** | 20100121 | **D- Report No** 182668 | **Institution** NCCI GARDNER |

| Category | Offense(s) |
|---|---|
| 1 | 15-Introduction, distribution or transfer of any narcotic, controlled substance, illegal drug, unauthorized dru or drug paraphernalia |
| 1 | 19-Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the same as the commission of the offense itself |
| 2 | 11-Unauthorized use or possession of drugs, narcotics, illegal drugs, unauthorized drugs or drug paraphernalia |

**Description of Offense(s**

On January 21, 2010 the NCCI IPS Unit determined that on January 12, 2010 through Officers statements ( Incident report # 710148) and physical evidence that inmate Baggett, Michael W-82927 did violate Department rules and regulations by being in possession of contraband (Marijuana Pipe) that was introduced into NCCI.

On January 21, 2010 the NCCI IPS Unit determined that on January 12, 2010 through the Booking Officers statement (Incident report #710148 and physical evidence that inmate Baggett while being searched upon returning from a Court trip had a hat that was in his possession. Upon the Booking Officer searching this hat it was found to contain a Metal Marijuana Pipe. The NCCI IPS Unit determined at a later date that this hat belonged to inmate Perez, Eric W-93568 and the Pipe was found and removed from a holding cell at Gardner District Court were both inmates Baggett and Perez had returned from. The NCCI IPS Unit tested the residue in the pipe using the NARK 2 Narcotics Analysis kit. The residue tested positive for marijuana. Inmate Baggett was interviewed and denied introducing this pipe.

**Disciplinary Report Type:** Formal

**Has Inmate been placed on Awaiting Action Status**  Yes [X]  No [ ]

**Referred to DA**  [X] Yes  [ ] No          **Referred to DDU**  [ ] Yes  [X] No

| | | | | |
|---|---|---|---|---|
| **Reporting Staff** | James E Walsh | **Date** 20100121 | **Time** 07:53 |
| **Days off** | Sun Sat | | |
| **Shift** | 7x3 | | |
| **Supervisor** | Todd A Quarterman | **Date** 20100121 | **Time** 14:32 |
| **Shift Commander** | Alan D Sliwa | **Date** 20100121 | **Time** 14:32 |
| **Disciplinary Officer** | Robert R Michalczyk | **Date** 20100122 | **Time** 08:23 |
| **Results** | GUILTY | | |

**Continuance Length** _____    **Continuance Date** 20100202    **Projected Date** _____

| Offenses | Sanctions | Start Date | Unit | #of Units | Credits | End Date | Amount |
|---|---|---|---|---|---|---|---|
| 1-15-Introduction, distribution or transfer of any narcotic, controlled substance, illegal drug, unauthorized drug or drug paraphernalia | Dismissed | | D | | | | 0 |

## Massachusetts Department of Correction
## Objective Classification - Reclassification Form

| Commitment No.: W82927   Name: BAGGETT, MICHAEL |
|---|
| Date of Board: 20100623   CPO: Cortes, Jose   Institution: SBCC - M2, 50 |

| | Score |
|---|---|
| **1. Severity of Current Offense**<br>• Moderate | 2 |
| **2. Severity of Convictions within the last 7 years**<br>• None | 0 |
| **3. History of Escape or Attempts to Escape**<br>• No escapes or attempts to escape | 0 |
| **4. History of Prior Institutional Violence within the last 7 years**<br>• None | 0 |
| **5. Number of Disciplinary Reports within the last 12 months**<br>• Three or More | 4 |
| **6. Most Severe Disciplinary within the last 18 months**<br>• Category 2      Clerk-Magistrate, Ms Whitney Brown<br>• D-Report Number: 182668      Gardner District Court<br>• Date of D-Report: 20100121   DISMISSED CHARGES March 9th, 2010 | 5 |
| **7. Age**<br>• 48 | -2 |
| **8. Program Participation or Work Assignment**<br>• Currently on a program or work wait list or actively involved in a program or work assignment | -1 |
| **Total Reclassification Score** | 8 |

EXHIBIT A 2 Pgs 6/10/2010

Page 1 of 2                                                                 Print date: 06/10/2010

Massachusetts Department of Correction
Objective Classification - Reclassification Form

**Commitment No.:** W82927   **Name:** BAGGETT, MICHAEL
**Date of Board:** 20100623   **CPO:** Cortes, Jose   **Institution:** SBCC - M2, 50

**Preliminary Custody Level Recommended:** Medium

### Applicable Restrictions Rationale and Final Custody Levels

**Facility Designee Final Custody Level Recommended:** Medium
**Facility Designee:** JACortes

**Commissioner Designee Final Custody Level Recommended:**