# Exhibit (C)

| STATE OF OHIO | ) | | AFFIDAVIT OF FACT |
| --- | --- | --- | --- |
| | ) | ss: | OF COMMON-LAW |
| COUNTY OF CUYAHOGA | ) | | MARRIAGE |
| | ) | | |

Know all men by these presents, that I, *Patricia Starr*, of 1265 East 125th Street, Apt. #2, Cleveland, Ohio 44112, in the County of Cuyahoga do hereby state;

That: I am *Patricia Starr*, hereinafter, Affiant - spouse, the legal common-law wife of one Keith Edwards (D.O.B. 8/11/53, Social Security No. 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), from June 1984 continuously to date, according to statutes in 3105.12 of the Ohio Revised Code and cross-references therein.

That: Further, Affiant-spouse and said Keith Edwards have:
    (1) an agreement to and of marriage per verba de praesenti;
    (2) both parties being competent to marry Affilant- spouse and said Keith Edwards have committed thus so;
    (3) have followed the aforementioned in the state of cohabitation;
    (4) have remained in holding out as husband and wife;
    (5) have a reputation as being husband and wife;

Wherein the essential elements of Common-law marriage according to statutes in 3105.12 of the Ohio Revised Code are in contractual agreement of both Affilant - spouse and said Keith Edwards as asserted.

That: Further, said Keith Edwards is presently incarcerated as a ward of the state for confinement in cases # C.R. 203804, C.R. 204112, C.R. 205229, C.R. 210176, and C.R. 216592, for a term of 18 months determinate time.

That; said aforementioned is hereby witnessed by one competent and knowledgeable to the matters herein:

That; Further Affilant-spouse sayeth naught.

Respectfully Submitted.

_____
Affilant-spouse

_____
Wittness

Sworn and subscribed before me a Notary Public this _____ day of 1987.

_____
Notary Public

WILLIE STARKEY
Notary Public, State of Ohio
My Commission Expires Jan. 22, 1992