Exhibit (D)

# Richland Correctional Institution
## Substance Abuse Program Participation
### Recovery Services Department

Inmate: Keith Edwards          Number: 211-800          Lock: H3A-101
Date: June 12, 2009

## Meeting Attendance

### Alcoholics Anonymous Meetings Attended

Began: July 19, 2004          Ended: April 9, 2009          Meetings Attended: 2 per week

### Narcotics Anonymous Meetings Attended

Began: July 19, 2004          Ended: April 9, 2009          Meetings Attended: 2 per week

## Classes/Programs Attended

* Currently attends AA/NA, Each One Reach One meetings for Continuing Care Program
* Received last Certificate Continuing Care February 9, 2009
* Received Certificates for 90 day Continuing Care Beginning July 19, 2004 Total of 20 Certificates
* Received Certificate for Relapse Prevention May 4, 2004
* Received Certificate for 90 Intensive Outpatient Program February 4, 2004
*
*

## Earned Credit Programs

### 90 Day Outpatient Treatment Program

Began: 01/18/2004          Ended: 04/18/2004          Certificate awarded: Yes

### Relapse Prevention Program

Began: 04/19/2004          Ended: 07/19/2004          Certificate awarded: Yes

### Aftercare Attendance

Began: 08/16/2004          Ended: Continuous Program          Certificate awarded: Last Certificate 02/09/09

_signature_

Mr. Larry Brown, LICDC
Recovery Services Program Coordinator

C: Recovery Services File

Exhibit (D)

**Departmental Offender Tracking System Portal**
Ohio Department of Rehabilitation and Correction

A211800 EDWARDS, KEITH PRENTICE    Help    Logout    Search    Reentry Portal



## Programs Participation List - RAP3

- HOME
- Portal Index
- Offender Search
- Offender Snapshot
- Your Signature
- Offender Information
- SB 52 Tools
- Snapshot Views
- Juvenile Records
- Screen Publications
- WOTC System
- OJL VC Notification
- Job Linkage
- OHIO Database
- Ex-Offender Jobs
- County Jail Database
- Offender Detainers
- Chaplain Processing

Offender Number: A211800

Name: EDWARDS, KEITH PRENTICE

Institution: RICI

DOB: 08/11/1953

Admitted: 06/12/1989

INCARCERATED - 12/12/2005 - RETURNED AWL

Expected Release: 11/01/2009

CCIS Number:

Please select from below:    [Add New Program]

| STARTED | PROGRAM TYPE | NAME | COMPLETED BY |
|---|---|---|---|
| S - 07/06/2009 | Educational | ADVANCED JOB TRAINING | C - D.ASP |
| S - 06/30/2009 | Substance | Continuing Care | L.BROWN |
| R - 02/18/2009 | Educational | Bead Creation Class Instructor | C - T.BRAGG |
| S - 02/10/2009 | Substance | Continuing Care | C - L.BROWN |
| S - 02/09/2009 | Employment | CAREER ENHANCEMENT-DRAFTING | C - L.POFF |
| S - 01/05/2009 | Employment | CAREER ENHANCEMENT-DRAFTING | C - L.POFF |
| R - 08/08/2008 | Educational | Stucco Painting CLass Instructor | C - T.BRAGG |
| S - 08/07/2008 | Employment | CAREER ENHANCEMENT-DRAFTING | C - L.POFF |
| S - 07/01/2008 | Employment | CAREER ENHANCEMENT-DRAFTING | C - L.POFF |
| S - 05/29/2008 | Substance | Continue Care | C - L.BROWN |
| R - 04/12/2008 | Educational | Stucco Painting Class Instructor | C - T.BRAGG |
| S - 01/05/2008 | Substance | Continuing Care | C - L.BROWN |
| S - 10/22/2007 | Substance | Contining Care | C - L.BROWN |
| R - 02/22/2007 | Educational | Clock Class Instructor | C - T.BRAGG |
| S - 12/16/2006 | Substance | Continuing Care | C - L.BROWN |
| R - 08/10/2006 | Educational | Basket Weaving Class Instructor | C - T.BRAGG |
| S - | | | C - |

Exhibit (D)

| Date | Category | Program | Instructor |
|---|---|---|---|
| 05/10/2006 | Substance | CONTINUING CARE | M.BOTDORF |
| R - 01/04/2006 | Social | SUCCESS AFTER PRISON | R.SWOGGER |
| S - 12/12/2005 | Substance | 90 DAY CONTINUING CARE | C - M.BOTDORF |
| S - 10/20/2005 | Community | FINANCIAL LITERACY/REAL ESTATE | C - R.SWOGGER |
| S - 08/10/2005 | Substance | 90 DAY CONTINUING CARE | C - M.JANSEN |
| R - 05/05/2005 | Educational | Acrylic Painting Instructor | C - T.BRAGG |
| S - 04/13/2005 | Substance | 90 DAY CONTINUING CARE | C - M.JANSEN |
| S - 12/08/2004 | Substance | 90 DAY CONTIUING CARE | C - M.JANSEN |
| S - 08/16/2004 | Substance | 90 DAY CONTIUING CARE | C - M.JANSEN |
| S - 04/19/2004 | Substance | 90 DAY CONTINUING CARE | C - M.BOTDORF |
| S - 03/22/2004 | Attitude | CRIMINAL THINKING | C - M.JANSEN |
| S - 01/06/2004 | Substance | 90 DAY RELAPSE PREVENTION PROGRAM | C - M.BOTDORF |
| S - 05/03/2003 | Attitude | ALTERNATIVES TO VIOLENCE | C - R.SWOGGER |
| R - 04/09/2003 | Educational | Perspective Drawing Instructor | C - T.BRAGG |
| S - 03/02/2003 | Personal | PROTECT YOURSELF-RESPECT YOURSELF | C - R.SWOGGER |
| S - 01/01/2003 | Community | AMERICAN RED CROSS | C - R.SWOGGER |
| S - 09/15/2002 | Social | JUVENILE PREVENTION | C - R.SWOGGER |
| S - 09/03/2002 | Personal | LIFE SKILLS TRAINING | C - R.SWOGGER |
| S - 06/04/2002 | Substance | 90 DAY OUTPATIENT PROGRAM | C - M.BOTDORF |
| R - 06/02/2002 | Educational | Basic Drawing Instructor | C - T.BRAGG |
| S - 04/12/2002 | Educational | DRAFTING APPRENTICE | J.GERWIG |
| S - 02/02/2002 | Attitude | VICTIM AWARENESS | C - R.SWOGGER |
| S - 01/26/2002 | Attitude | ASSERTIVENESS TRAINING | C - R.SWOGGER |
| S - 08/28/2001 | Social | MENTOR PROGRAM | C - R.SWOGGER |
| S - 01/18/2000 | Community | BASIC DRAWING PROGRAMS | C - R.SWOGGER |
| S - 01/01/2000 | Personal | STRESS MANAGEMENT | C - R.SWOGGER |
| S - 02/03/1999 | Personal | SELF FOCUS PROGRAM | C - R.SWOGGER |
| S - 08/31/1998 | Educational | ELECTRONICS REPAIR | C - R.SWOGGER |
| S - 08/31/1998 | Educational | CAREER TECH. COMP. REPAIR/ELECTRONIC | C - S.PHILLIANS |

History

Departmental Offender Tracking System Portal

Exhibit (D)

Departmental Offender Tracking System Portal
Ohio Department of Rehabilitation and Correction

## A211800 EDWARDS, KEITH PRENTICE

Help  Logout  Login  Search

### Inmate Community Service Info - ICSI

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Idnumber | A211800 | | Race | BLACK |
| Last Name | EDWARDS | | HB/SB | NO/NO |
| First Name | KEITH  P | | Job | STUDENT ADVANCED |
| Institution | RICI | | Department | EDUCATION |
| Lock | H3/A/0101 | | Location | AU |

| Activity | Month Year | Hours | Sponsor | County |
|---|---|---|---|---|
| BANNER | June 2009 | 24 | | |
| AIR BRUSH PAINTING | March 2009 | 36 | | |
| PAINTING SIGNS | June 2007 | 45 | | RICHLAND |
| NAACP PRISON PROJECT DVD | June 2006 | 100 | | RICHLAND |
| YOUTH GOLF TOURNAMENT POSTERS | August 2005 | 150 | NAACP | RICHLAND |

Return to CSM

Departmental Offender Tracking System Portal