UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

*Teresa Teater v. Pfizer Inc,*
*Case No. 05-cv-12123*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO
COMPEL COMPLETE DISCOVERY RESPONSES**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Defendants") hereby respectfully withdraw the portions of their Motion to Compel Complete Discovery Responses regarding Plaintiff Teresa Teater. The relevant filings at issue can be found at ECF docket numbers 3172, 3173, and 3174. The parties have been working together to resolve the issues with respect to Plaintiff Teater underlying Defendants' motion, and no longer seek court involvement as to this Plaintiff at this time.

Dated: January 10, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 10, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco