UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

PAULSEN v. PFIZER INC.
Individual Case No. 05-10830
------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: December 26, 2010

/s/ Patti Paulsen
Patti Paulsen
608 Marathon Street
Marshfield, WI 54449
(715) 384-9906
*Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-10036
Mark.Cheffo@skadden.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 11, 2011.

Dated: January 11, 2011

/s/ Kenneth B. Fromson
Kenneth B. Fromson