## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2011, I caused a true and correct copy of **Plaintiff Kaiser's Reply Brief in Further Support of Its Motion For Trebled Damages And Prejudgment Interest Under RICO And Updated Prejudgment Interest Under The UCL** to be served upon all known counsel of record by electronic filing using the CM/ECF system.

      /s/ Linda P. Nussbaum
      Linda P. Nussbaum