9

# EXHIBIT A

## CAUSES OF ACTION BY CASE

| | Breach of Express Warranty | Breach of Implied Warranty | Conspiracy | Common Law Fraud | Conversion | Damages | Declaratory Judgment and Injunctive Relief | Fraudulent Concealment | Fraudulent Deceit |
|---|---|---|---|---|---|---|---|---|---|
| **Alaska Electrical Health and Welfare Fund** | | | | | | | | | |
| **Allied Services Division Welfare Fund** | | | √ | | | | | √ | |
| **Assurant Health Inc.** | NO COMPLAINT AVAILABLE | | | | | | | | |
| **Blue Cross Blue Shield of Alabama** | | | | | | | | | √ |
| **Gulf Distributing Holdings, LLC** | | | | | | | | √ | |
| **Midwest Health Plan, Inc.** | | | | | √ | | | | |
| **Teamsters Health and Welfare Fund of Philadelphia and Vicinity** | | | | √ | | | | | |
| **Gary Varnam** | NO SEPARATE LAWSUIT FILED | | | | | | | | |
| **Jan Frank Wityk** | NO SEPARATE LAWSUIT FILED | | | | | | | | |
| **Laura Allen** | NO COMPLAINT AVAILABLE | | | | | | | | |
| **Betty Carter** | | | | | | | | | |
| **Emma B. Christina** | | | | | | | | | |
| **Nancy Coleman** | | | | | | | √ | | |
| **Maggie Dorty and Helen Jo Boler** | | | | | | | | | |
| **James Doyle** | NO COMPLAINT AVAILABLE | | | | | | | | |
| **Joyce B. Duhe** | | | | | | | | | |
| **Clifford Eckenrode** | NO COMPLAINT AVAILABLE | | | | | | | | |
| **Rebecca Groves** | NO COMPLAINT AVAILABLE | | | | | | | | |
| **Gary Gurvey** | | | | | | | | √ | |
| **Diane Irene Hood** | | | | | | | | | |
| **Sylvia G. Hyman** | | √ | | | | | | √ | |
| **Steven Kail** | | | | √ | | | | | |
| **Claudia Lang** | | | | | | | | √ | |
| **John Lerch** | | | | | √ | | | | |
| **Mary Lou Lienerth** | | | | √ | | | | √ | |
| **Johnny Ray Meeks** | | √ | | | | √ | | √ | |
| **Donald Miller** | NO COMPLAINT AVAILABLE | | | | | | | | |
| **Leonard Olsen** | | | | | | | | | |
| **Fred Reiss** | | √ | | | | √ | | √ | |
| **Brenda Straddeck** | | √ | | | | | | √ | |
| **Randall Veys** | | | | | √ | | | | |
| **Tammylee Willoz** | √ | √ | | √ | √ | | | √ | |

1

CAUSES OF ACTION BY CASE

| Fraudulent Misrepresntation | Fraudulent Misrepresentation by Commission | Fraudulent Misrepresentation by Omission | Fraudulent Suppression | Illegal Kickbacks | Intentional Fraud | Interference with Contract | Negligence | Reckless Fraud | Redhibition | Tortious Interference with the Physician-Patient Relationship |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| √ |  |  | √ |  |  |  |  |  |  |  |
|  |  |  |  |  | √ |  | √ | √ |  |  |
|  | √ | √ |  | √ |  | √ |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | √ |  |
|  |  |  |  |  |  |  | √ |  |  |  |
|  |  |  |  |  |  |  |  |  | √ |  |
|  |  |  |  |  |  |  |  |  | √ |  |
|  |  |  |  |  |  |  |  |  | √ |  |
|  |  |  |  |  |  |  | √ |  |  |  |
|  |  |  |  |  |  |  |  |  |  | √ |
|  |  |  |  |  |  |  |  |  |  |  |
|  | √ | √ |  | √ |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | √ |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | √ |  |  |  |
|  |  |  |  |  |  |  | √ |  |  |  |
|  | √ | √ |  | √ |  |  |  |  |  |  |
|  |  |  |  |  |  |  | √ |  |  |  |

2

## CAUSES OF ACTION BY CASE

| Unjust Enrichment | Violation of 18 U.S.C. 1962 (d) by Consipiring to Violate 18 U.S.C. 1962 (c) | Violation of AMM Enterprise 18 U.S.C 1962 (c) | Violation of Consumer Fraud Statutes of the 50 States | Violation of Group Enterprise 18 U.S.C 1962 (c) | Violation of Illinois Deceptive Trade Practices Act | Violation of MES Enterprise 18 U.S.C 1962 (c) | Violation of NJ Consumer Fraud Act |
|---|---|---|---|---|---|---|---|
| √ |   |   |   |   |   |   | √ |
| √ |   | √ |   | √ | √ | √ |   |
|   |   |   |   |   |   |   |   |
| √ |   |   |   |   |   |   |   |
| √ | √ | √ |   | √ |   | √ |   |
| √ | √ | √ | √ |   |   | √ |   |
|   |   |   |   |   |   |   |   |
| √ |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
| √ |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |
|   | √ | √ |   | √ |   | √ |   |
|   |   |   |   |   |   |   |   |
| √ | √ | √ |   | √ |   | √ |   |
|   | √ | √ | √ |   |   | √ |   |
|   | √ | √ |   | √ |   | √ |   |
| √ | √ | √ |   | √ |   | √ |   |
| √ | √ | √ |   | √ |   | √ |   |
| √ | √ | √ |   | √ |   | √ |   |
| √ |   |   |   |   |   |   |   |
| √ | √ | √ |   | √ |   | √ |   |
| √ | √ | √ |   | √ |   | √ |   |
| √ | √ | √ |   | √ |   | √ |   |
| √ |   |   |   |   |   |   |   |

3

# CAUSES OF ACTION BY CASE

| Violation of Ohio's Deceptive Trade Practices Act. Rev Code §4165 | Violation of Promotion Strategist Enterprise 18 U.S.C. 1962 ( c ) | Violation of RICO Act | Willful and/or Wanton Conduct |
|---|---|---|---|
|  |  | √ |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | √ |
|  |  |  |  |
|  | √ |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | √ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | √ |  |  |
|  |  |  |  |
|  |  |  |  |
| √ |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4