# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**[PROPOSED] ORDER**

It is hereby **ORDERED**:

(i) Proposed class representatives Gary Varnum and Jan Frank Wityk's claims are hereby stayed.

(ii) The parties shall identify each civil action alleging only marketing claims pending in this MDL and, for those actions, identify which causes of action are impacted by the Court's summary judgment order.

(iii) The parties shall meet and confer regarding the proper form of judgment as to the Court's dispositive orders on summary judgment and class certification.

(iv) The parties shall submit proposed form of judgment(s) no later than ____.

11

(v) The parties shall simultaneously identify any relevant procedural issues that must be resolved before judgment(s) can be entered and submit a proposal as to how to deal with these issues. Any areas of disagreement shall be identified within the proposal.

Dated: January __, 2011

_____
United States District Judge