UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> JOSHUA MARTINEZ v. PFIZER INC. et al., ) <br> 06-10912-PBS ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**PLAINTIFF, JOSHUA MARTINEZ' MOTION TO VACATE ORDER OF JUNE 19, 2008 AND REINSTATE HIS CLAIMS AND CAUSES OF ACTION**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Joshua Martinez ("Plaintiff"), Individually and as Personal Representative of the Estate of his deceased mother, Teresa Huff, ("Martinez") through his counsel of record, Newton B. Schwartz, Sr. ("NBS") and moves to vacate the Court's Order of the June 19, 2008 dismissing Plaintiff's claims and for reinstatement of said claims and causes of action *nunc pro tunc*.

Plaintiff contends that the Order of June 19, 2008 was without support per F.R.C.P. 41(a)(2), and that dismissal of Mr. Martinez as a party was an error and should not have occurred.

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law, and a proposed order is attached.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays this matter be set for hearing and that upon consideration thereof the Court enter an order vacating the order of dismissal of June 19, 2008 and reinstating nunc pro tunc ab initio all claims and causes of action of Joshua Martinez, brought individually and as representative of the Estate of Teresa Huff; and for any

other further relief, at law or in equity, to which Plaintiff may show himself to be justly entitled to receive.

                                            Respectfully submitted,

                                            /s/Newton B. Schwartz, Sr.
                                            NEWTON B. SCHWARTZ, SR.
                                            *Law Offices of Newton B. Schwartz, Sr.*
                                            Texas State Bar No.17869000
                                            1911 Southwest Freeway
                                            Houston, Texas 77098
                                            Telephone:    (713) 630-0708
                                            Facsimile:    (713) 630-0789

## CERTIFICATE OF SERVICE

     I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 14th day of January, 2011.

                                            s/Newton B. Schwartz, Sr.
                                            NEWTON B. SCHWARTZ, SR.