## Request Status

| | | | |
|---|---|---|---|
| Request ID | F200-101750 | Status | CANCELED |
| Requested | 11/8/2005 9:23:42 AM | Completed | 2/8/2006 9:44:25 AM |

### Patient Information

| | |
|---|---|
| Name | Huff, Teresa |
| Gender | F    AKA |
| Date of Birth | 6/29/1956    Social Security #    xxx-xx-2393 |
| Case Number | Neurontin |

### Record Information

| | |
|---|---|
| Record Type | MEDICAL |
| Intended Use | Third Party Litigation |
| Dates of Service | 01/01/2004 - 08/30/2004 (On-site and unarchived only.) |
| Types of Info, Instructions to Provider | All records for time specified |

### Services and Options

| | | | |
|---|---|---|---|
| Rush | No | Sort Type | None |
| Affidavit/Certification | Yes | Aff./Cert. with Orig. Sig./Notarization | No/No |
| Bates/Page Stamping | No | Delivery of Paper Copy | No |
| Medical Record Review | No | | |

### Requestor Information

| | | | |
|---|---|---|---|
| Organization | F200 - Newton Schwartz Law | Name | Kathleen Womack |
| Address | 1911 Southwest Freeway | Phone | 713-630-0708 |
| City, State ZIP | Houston, TX 77098 | Fax | 713-630-0798 |
| E-mail | kathleen@nbslawyers.com | Send Alerts | Yes |

### Provider Information

| | | | |
|---|---|---|---|
| Provider Office | PRESBYTERIAN HOSP | Provider Name | |
| Address | 1100 CENTRAL AVE SE | Phone | 505-841-1234 |
| City, State ZIP | ALBUQUERQUE, NM 87106 | Fax | 505-841-1554 |

### Notes

**Note from MediConnect 2/8/2006 9:44:25 AM MT**
canceled

**Note from MediConnect 1/27/2006 4:00:04 PM MT**
Dear Requestor: Please refer to the previous note and inform us what would you like us to do. Thankyou

**Note from MediConnect 1/27/2006 3:25:52 PM MT**
DEAR REQUESTOR:- Spoke with Jennifer. She said they do not have medical records on Terri Huff. She did not check that by Account number. Jennifer said patient might have been see urgent car. She said we need to contact the urgent care were patient was seen. So please advice and provide the contact number were we can reach the urgent care were patient was seen.Thanks

**Note from MediConnect 1/27/2006 11:57:36 AM MT**
No Answer.

**Note from MediConnect 1/27/2006 9:49:07 AM MT**
CALL CENTER: Please read previous note and proceed. thank you

**Note from Requestor - SelaineRollins 1/27/2006 9:41:07 AM MT**
We have billing records on this person. On the bill it has her listed as Terri Huff. Account number 020263638. She was there on 4/20/04 and possibly other dates.

**Note from MediConnect 1/26/2006 6:58:46 AM MT**
DEAR REQUESTOR: Please read the previous note and inform us on what you would like us to do. Thank you.

**Note from MediConnect 1/25/2006 4:02:29 PM MT**
DEAR REQUESTOR, The provider's office has informed us that they do not have any records on this patient and they have mailed the no records notification to us on 01/11. Please advice as they are not telling if they have any records apart from the date of service we are asking. Thanks.

**Note from MediConnect 1/23/2006 3:09:33 PM MT**
Callback set for 1/25/2006.
Spoke with JENNIFER @ 505-841-1600. She said they do not have any records on this patient. I asked if they do not have any records for the date of service we are asking or they do not have any records on this patient. She said she is not sure if they have any other records apart from this date of service. They have already mailed a no records notification to us on 01/11. I will follow up in 2 business days.

**Note from MediConnect 1/19/2006 3:19:23 PM MT**
Callback set for 1/23/2006.
Spoke with JENNIFER @ 505-841-1600. She said they do not have any records on this patient. She said they have mailed us a no records notification on 01/11. I will follow up in 2 business days.

**Note from MediConnect 1/11/2006 9:29:25 AM MT**
Callback set for 1/19/2006.
Spoke with Jessica verified that records are still in process. Will follow up in 5 business days.

**Note from MediConnect 1/4/2006 10:33:14 AM MT**
Callback set for 1/11/2006.
Spoke with ELAINE @ 505-841-1600. She said they are still working on the request. I will follow up in 5 business days.

**Note from MediConnect 12/27/2005 4:03:52 PM MT**
Callback set for 1/4/2006.
Spoke with ELAINE @ 505-841-1600. She said that the records are still in process. Will follow up in 5 business days.

**Note from MediConnect 12/19/2005 9:36:06 AM MT**
Callback set for 12/27/2005.
Spoke with JENNIFER @ 505-841-1600. She said they are still working on the request. I will follow up in 5 business days.

**Note from MediConnect 12/16/2005 4:32:37 PM MT**
Callback set for 12/19/2005 9:00:00 AM.

**Note from MediConnect 12/16/2005 4:27:09 PM MT**
Callback set for 12/19/2005.
The office is closed for the day. Set call back for 9 am next business day morning.

**Note from MediConnect 12/12/2005 11:01:21 AM MT**
Callback set for 12/16/2005.
Spoke with JENNIFER @ 505-841-1600. She said they are just waiting for the paymernt for the records and they have sent the invoice previously. I told her that we never received any invoice for the records on this patient. She said she cannot send the invoice today as she is going to be on leave for 2 days and she would be sending the invoice after coming from leave. I will follow up in 4 business days.

**Note from MediConnect 12/2/2005 4:04:31 PM MT**
Callback set for 12/12/2005 10:00:00 AM.
Spoke with LOREEN @ 505-841-1600. She said they have received the request and they will soon start working on the request. I will follow up in 6 business days.

**Note from MediConnect 12/1/2005 4:30:01 PM MT**
Callback set for 12/2/2005.
Spoke with ELAINE. She told me to fax the request to her attention. I faxed the request. I will follow up in 1 business day.

**Note from MediConnect 11/30/2005 4:13:45 PM MT**
Callback set for 12/1/2005.
Facility informed that they did not receive the request. Request faxed again. Will follow up in 1 business day.

**Note from MediConnect 11/28/2005 3:50:08 PM MT**
Callback set for 11/29/2005.
Spoke with Cameron in ROI. She said that they have not received the request yet. I requested her to provide the fax # so that the request could be faxed. She agreed. Request faxed. Will follow up in next business day.

**Note from MediConnect 11/25/2005 8:37:30 AM MT**
Callback set for 11/28/2005.
Left message on voice mail. Gave request ID number, patient name, as well as my name and phone number to return my call. Set call back for next business day.

**Note from MediConnect 11/22/2005 4:14:12 PM MT**
Callback set for 11/25/2005.
Spoke with TANYA. She said they have not received the request yet. I verified the mailing address also. I will follow up in 3 business days.

**Note from MediConnect 11/21/2005 5:22:06 PM MT**
Callback set for 11/22/2005.
The office is closed for the day. Set call back for next business day morning.

**Note from MediConnect 11/21/2005 4:27:46 PM MT**
Callback set for 11/22/2005.
Spoke with Marie, she informed that they were asked to cancel the request, I informed her not to close the request, She advised to call in 1 business day to verify the prepay amount, will follow in 1 business day.

**Note from MediConnect 11/17/2005 3:32:14 PM MT**
Callback set for 11/21/2005.
Spoke with ELAINE. She said they have not received the request yet. I will follow up in 2 business days.

**Note from MediConnect 11/9/2005 3:58:38 PM MT**
Callback set for 11/17/2005.
Spoke with JENNIFER. She said they do not accept faxes and we need to mail the request to them. I verified the mailing address and mailed the request. I will follow up in 6 business days.

**Note from MediConnect 11/8/2005 3:44:10 PM MT**
Callback set for 11/9/2005.
Fax was sent as this has previously been identified as a medical provider's office. I have set the callback for tomorrow to verify the fax was received and all other information on this request.

**Note from MediConnect 11/8/2005 1:14:16 PM MT**
An authorization has been scanned for this request.

[ Back ]   [ Print ]   [ Enter Note ]   [ New Request ]   [ Reopen Request ]

[ View Authorization ]   [ View Affidavit ]   [ Repost Record ]