# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10981-PBS

Harden Manufacturing Corporation v. Pfizer, Inc. et al
Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Leo T. Sorokin
Member case: (View Member Case)
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 05/14/2004
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Entered | # | Docket Text |
| --- | --- | --- |
| 06/19/2008 | 1335 | Magistrate Judge Leo T. Sorokin: DISCOVERY ORDER NO. 25 and Report and Recommendations on Motions to Dismiss entered. (Tyler, Rebecca) (Entered: 06/19/2008) |
| 06/19/2008 | | Judge Patti B. Saris: Electronic ORDER entered granting 1311 Motion to Dismiss (Patch, Christine) (Entered: 06/19/2008) |
| 06/19/2008 | | Judge Patti B. Saris: Electronic ORDER entered granting 1310 Motion to Dismiss (Patch, Christine) (Entered: 06/19/2008) |
| 06/19/2008 | 1336 | NOTICE of Withdrawal of Appearance by Annamarie A. Daley *of Robins, Kaplan, Miller & Ciresi L.L.P.* (Daley, Annamarie) (Entered: 06/19/2008) |
| 06/19/2008 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris and Judge Marcy Friedman: Daubert Hearing - Day One held on 6/19/2008. (Court Reporter: Lee Marzilli.)(Attorneys present: various) (Alba, Robert) (Entered: 06/19/2008) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/14/2011 10:57:38 | | | |
| PACER Login: | ns0237 | Client Code: | nbs |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10981-PBS Start date: 6/19/2008 End date: 6/19/2008 |
| Billable Pages: | 1 | Cost: | 0.08 |