## DOCTORS/HOSPITALS LIST

_Teresa Huff_
PRINT NAME OF PATIENT

_Robert Kellogg / Presbyterian_
DOCTOR/HOSPITAL NAME

_April 04 - July 04_
ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

_Albuquerque_   _NM_   _87122_
CITY   STATE   ZIP CODE

PHONE NUMBER

---

_R Bruce Heinez (deceased)_
DOCTOR/HOSPITAL NAME

_2000-2003_
ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

_Knoxville_   _TN_
CITY   STATE   ZIP CODE

PHONE NUMBER

---

_St Mary's_
DOCTOR/HOSPITAL NAME

_2000-2003_
ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

_Knoxville_   _TN_
CITY   STATE   ZIP CODE

PHONE NUMBER

---

_Ft Sanders Reg Med Ctr_
DOCTOR/HOSPITAL NAME

ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

_Knoxville_   _TN_
CITY   STATE   ZIP CODE

PHONE NUMBER

---

_DRD Knoxville Med Clinic_
DOCTOR/HOSPITAL NAME

ESTIMATED DATES OF SERVICE

MAILING ADDRESS OF DOCTOR/HOSPITAL

_Knoxville_   _TN_
CITY   STATE   ZIP CODE

PHONE NUMBER

# Inventory of Prescriptions

Medications filled by Joshua Martinez prior to death
June 15, 2004
- ☆ Neurontin 300mg, 30 cnt
- ☆ Phenytoin sodium 100mg, 60 cnt
- ☆ Haloperidol 2mg, 60 partial fill
- ☆ Clonidine .1mg, 30 cnt
- ☆ Geodon 80mg, 60 cnt
- ☆ Seroquel 200mg, 60 cnt
- ☆ Lorazepam 1mg, 150 cnt
- ☆ Zoloft 100mg, 45 cnt
- ☆ Oxycodone 5mg, 240 cnt

Medications filled by Teresa Huff without personal representative's knowledge, July 12, 2004

| Prescribed | Accounted For |
|---|---|
| ☆ Oxycodone 5mg, 360 cnt | 0 |
| ☆ Oystercal 500mg + D, 90 cnt | 90 |
| ☆ Glyburide 2.5mg, 60 cnt | 60 |
| ☆ Cephalexin 500mg, 36 cnt | 36 |
| ☆ Haloperidol 2mg, 5 cnt | 0 |
| ☆ Geodon 80mg, 60 cnt | 60 |
| ☆ Lorazepam 1mg, 150 | 114 |
| ☆ Zoloft 100mg, 45 cnt | 29 |
| ☆ Seroquel 100mg, 30cnt | 17 |
| ☆ Fosamax 35mg, 4 | 4 |

ReFilled 7/19/04
- ☆ Neurontin 300mg, 90 cnt
- ☆ Phenytoin sodium 100mg, 60 cnt
- ☆ Haloperidol 2mg, 10/60 partial fill
- ☆ Clonidine .1mg, 30 cnt
- ☆ Geodon 80mg, 60 cnt
- ☆ Zoloft 100mg, 45 cnt
- ☆ Seroquel 200mg, 60 cnt
- ☆ Lorazepam 1mg, 150 cnt

June 15, 2004
Original amounts: neurontin 30, oxycodone 240, haldol 60, Zoloft 45, phenytoin sodium 60, seroquel 60, clonidine 30, lorazepam 150, geodon 60.
Medication schedule:

## Morning-

Zoloft-1 ½
Oxycodone-2,
Neurontin-1
Geodon-1
Lorazepam-1

---

## Afternoon –

Oxycodone-1
Neurontin-1
Lorazepam-1

---

## Bedtime

Oxycodone-1
Clonidine-1
Neurontin-1
Geodon-1
Lorazepam-2
Seroquel-2
Phenytoin sodium –2
Haldol-2

# NEURONTIN® QUESTIONNAIRE

Please answer all of the following questions. Do not leave any questions unanswered as this may prevent your claim from being properly assessed.

**You must submit proof of prescription and receipts evidencing out of pocket expenses. These can be obtained from your pharmacist**

Name _____Martinez_____Joshua_____Michael_____
           Last                          First                          Middle

Address ___332 S James St.____Santa Fe____NM____87505___
           Street                  City              State        Zip

Daytime phone (505) 670-1532   Evening phone (505) 670-1532   Cell/Pager (505) 670-1532

**Were you prescribed Neurontin® for any of the below listed ailments? Place "Yes" next to all that apply.**

| Ailment | |
|---|---|
| Bipolar disorder | yes |
| Pain syndromes (peripheral or diabetic neuropathy) | |
| Epilepsy alone (monotherapy) – no other drug prescribed | |
| Reflex Sympathetic Dystrophy (RSD) | |
| Attention Deficit Disorder (ADD) | |
| Restless Leg Syndrome (RLS) | |
| Trigeminal Neuralgia | |
| Anxiety disorder/Panic Attacks | |
| Essential Tremor Periodic Limb Movement | |
| Migraines | |
| Drug/Alcohol Withdrawal Symptoms | |
| Other? | |

1. Are you filling out this form on behalf of yourself or on someone else's behalf?
   ____ self   _X_ other* (specify relationship __mother_____)
   *fill out information based on this person's experiences with Neurontin to the best of your knowledge

2. How often did/do you take Neurontin?  _X_ Everyday   ____ As Needed   ____ Rarely

   * are you currently taking Neurontin?   ____ Yes   _X_ No

3. Have you attempted suicide while taking Neurontin?  _X_ Yes   ____ No
   - **If yes:**

   a. How many attempts: __1__

   Date of each attempt: __July 1 '04__   _____

   _____   _____

   _____   _____

   b. Were you hospitalized for the suicide attempt(s)?  _X_ Yes   ____ No

1

    c.    Did you seek medical attention for the suicide attempt(s)? _X_ Yes ___ No
- <u>If yes</u>:

        1.    name of doctor or hospital: _Kaseman Hospital, Dr. Kellogg_

        2.    location of doctor or hospital: _Albuquerque NM_

        3.    when was treatment sought for suicide attempt(s): _Once I got home from work and found out I took her to hosp[ital]_

    d.    Is treatment for suicide attempt(s) ongoing? ___ Yes _X_ No

e. If yes, had you ever attempted suicide <u>prior</u> to taking Neurontin? _X_ Yes* _X_ No
_At the age of 15._
- <u>If no</u>: _while on Neurontin_

a. Have you ever had suicidal thoughts while taking Neurontin? _X_ Yes ___ No

b. Had you ever had suicidal thoughts <u>prior</u> to taking Neurontin? ___ Yes _X_ No

4. Since stopping Neurontin have you attempted suicide ___ Yes ___ No  _N/A_

5. Since stopping Neurontin have you had suicidal thoughts? ___ Yes ___ No  _N/A_

6. Have you ever been diagnosed with epilepsy? ___ Yes _X_ No

7. What was your total amount of out of pocket expenses arising from Neurontin® prescriptions?
$ _—0—_

8. Did you pay the total cost of your Neurontin prescriptions, or did insurance cover some or all of it?
Insurance paid: _X_ partial payment  ___ entire payment  ___ none

Complete the following table:

| Prescription Date | Pharmacy name/address | Number of Pills | Dosage | Number of Days |
|---|---|---|---|---|
| 6-15-04 | Walgreens | 60 | 300mg / 3x daily | 20 |
| 7-19-04 | Walgreens | 90 | 300mg / 3x daily | 30 |
| | | | | |
| | | | | |
| | | | | |

2

**After beginning to take Neurontin®, did you begin to experience any of the following symptoms:**

| Check if Yes | Symptom | How long did this symptom last? | Name of doctor seen for this symptom? |
|---|---|---|---|
| | Loss of strength or energy (Asthenia) | | |
| | Headache | | |
| | Abdominal Pain | | |
| ✓ | Diarrhea | first few days | |
| | Dry Mouth | | |
| | Constipation | | |
| | Nausea | | |
| ✓ | Vomiting | first few days | |
| | Flatulence | | |
| | Swelling of your legs (Peripheral Edema) | | |
| | Swelling of your arms (Peripheral Edema) | | |
| | Weight Gain | | |
| | High Blood Sugar (Hyperglycemia) | | |
| ✓ | Dizziness | throughout the time | Kellogg |
| | Sleepiness / Drowsiness (Somnolence) | | |
| | Staggering Gait (Ataxia) | | |
| ✓ | Balance Problems (Ataxia) | throughout | Kellogg |
| | Abnormal Thinking | | |
| | Abnormal Gait | | |
| | Incoordination | | |
| | Amnesia | | |
| | Decreased Physical Sensation (Hypesthesia) | | |
| | Inflammation of the Pharynx / Throat (Pharyngitis) | | |
| | Soreness of the Pharynx / Throat (Pharyngitis) | | |
| | Skin Rash | | |
| ✓ | Blurred Vision | last month | |
| | Conjunctivitis – red, irritated eyes | | |
| | Double Vision (Diplopia) | | |
| | Middle Ear Infection (Otitis Media) | | |
| ✓ | Fatigue | 2 months | Kellogg |
| | Weight Increase | | |
| | Back Pain | | |
| | Heartburn/Bloating/Nausea (Dyspepsia) | | |
| | Involuntary, Jerky Eye Movement (Nystagmus) | | |
| | Tremor | 2 months | |
| ✓ | Nervousness | 2 months | Kellogg |
| | Emotional Changes/Self-Destructive/Rage | 3 months | |
| ✓ | Accidental Injury Due to Dizziness or other symptom above? Please Explain. | She fell a few times from dizzyness. Took her to ER. | |
| ✓ | Other? Please Explain. Suicide Attach extra pages if necessary. | My Mother attempted suicide on July 1 '04 they released her and she succeeded July 2) '04 | |

**You must submit proof of prescription and receipts evidencing out of pocket expenses. These can be obtained from your pharmacist.**

_____          8-11-04
Signature                        Date

Joshua Mortimer
Print Name

3

| Your full name (Last Name, First Name) | Current address | City | State | Home phone # | Cell phone # | Place of birth | Date of Birth | |
|---|---|---|---|---|---|---|---|---|
| Huff, Teresa | | | | | | | | |

| Person to contact in case of emergency (Last Name, First Name) | Current address | City | State | Home phone # | Cell phone # | Relationship to you | | |
|---|---|---|---|---|---|---|---|---|
| Martinez, Joshua | | | | | | | | |
| Yardley, Lisa - last result - 865-357-3714 | | | | | | | | |

Name all Doctors/Hospitals/Clinics/Mental Health Services you have visited for any medical reasons

| Doctor's full name (Last Name, First Name) | Address | City | State | Tel. # | Reason for visit | Time frame for visit (Month/Year) eg. 8/2000 to 11/2003 | Is this the Doctor who initially prescribed Neurontin? Please answer Yes or No. | If yes, please state Month/Year when Neurontin was first prescribed. |
|---|---|---|---|---|---|---|---|---|
| R Bruce Heinez | Essary | Knoxville | TN | | | 2000-2002/3 | Yes? | 2000 |
| | | | | | | | | |
| | | | | | | | | |

| Hospital's name | Address | City | State | Tel. # | Reason for visit | Time frame for visit (Month/Year) eg. 8/2000 to 11/2003 | Is this the Hospital, which initially prescribed Neurontin? Please answer Yes or No. | If yes, please state Month/Year when Neurontin was first prescribed. |
|---|---|---|---|---|---|---|---|---|
| St Marys | | Knoxville | TN | | diabetes - blood sugar spike | 2000-2003 | No? | |
| Robert Kellogg / Presbyterian | | Albuquerque | NM | | S/A | 4/04-7/04 | No | |

| Clinic/Mental Health Service's name | Address | City | State | Tel. # | Reason for visit | Time frame for visit (Month/Year) eg. 8/2000 to 11/2003 | Is this the Clinic/Mental Health Service, which initially prescribed Neurontin? Please answer Yes or No. | If yes, please state Month/Year when Neurontin was first prescribed. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Attorney-Client Work Product

## Name all Pharmacies that you have had your prescriptions filled

| Name of Pharmacy | Address | City | State | Tel. # | Name of Prescription | Month/Year that you have the Prescription filled at this Pharmacy | | |
|---|---|---|---|---|---|---|---|---|
| Macs | Washington Pike | Knoxville | TN | | | | | |
| Walgreens | | Albequerque | NM | | | | | |
| WalMart | | Albequerque | NM | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| When did you start taking Neurontin (Month/Year)? | 2000? | | | | | | | |
| When did you stop taking Neurontin (Month/Year)? | Didn't take meds regularly in TN - Started taking reg in NM (04) (00-04) | | | | | | | |
| Reason why Neurontin was prescribed to you? | bi-polar? - Unsure if that was the reason | | | | | | | |
| Are you currently taking Neurontin? | YES or NO | | | | | | | |

## Please provide name of Hospital or Doctor who provided treatment

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Did you have Suicidal Thoughts before you start taking Neurontin? | YES or NO | not that Lisa Yardley (daughter) is aware | | | | | | |
| Do you have Suicidal Thoughts after you stopped taking Neurontin? | YES or NO | | | | | | | |
| How many times did you attempt Suicide? | 1 Attempt 1 Su | | | | | | | |
| Please provide (Day/Month/Year) of each suicide attempt | 7/1/04 - succeeded 7/2/04 | | | | | | | |
| Did you receive medical treatment as a result of each suicidal attempt? | YES or NO | | | | | | | |

| Doctor/Hospital Name | Address | City | State | Tel. # | Month/Year treatment received | | | |
|---|---|---|---|---|---|---|---|---|
| Robert Kellogg | | Albequerque | NM | | 4/04 - 7/04 | | | |
| Presbyterian | | | | | | | | |

| Are you diagnosed with Bipolar Disorder? | YES or NO | If YES, when were you 1st diagnosed? (Month/Year) | ? | | | | | |
|---|---|---|---|---|---|---|---|---|

Attorney-Client Work Product

ENDORSED
FILED IN MY OFFICE TH:
JUN 3 0 2005
Juanita ...
CLERK DISTRICT COURT

IN THE SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

Cause No. CV 2005-2924

IN THE MATTER OF
THE ESTATE OF TERESA HUFF, Deceased

## LETTERS OF ADMINISTRATION AND ACCEPTANCE

This estate having been duly filed with the Court, Joshua Martinez is hereby appointed to serve as Personal Representatives of the Estate of TERESA HUFF.

JUN 3 0 2005

DATED: _____, 2005

CLERK OF THE DISTRICT COURT

BY: _____ DOROTHY MADRID
DEPUTY CLERK (SEAL)

STATE OF NEW MEXICO   )
                      ) ss.
COUNTY OF BERNALILLO  )

I hereby accept the duties of personal representative of the estate of the above-named decedent and do solemnly swear that I will perform, according to law, the duties of personal representative of the estate.

_____
Joshua Martinez
3328 James Street
Santa Fe, NM 87501

[signature] 6-30-05

VERIFICATION

STATE OF NEW MEXICO )
) ss.
COUNTY OF BERNALILLO )

I, JOSHUA MARTINEZ, upon oath, state that all of the representations in the application are true as far as applicant knows or is informed, and that such application is true, accurate, and complete to the best of applicant's knowledge and belief.

_____
Joshua Martinez
3328 James Street
Santa Fe, NM 87501

SUBSCRIBED AND SWORN TO before me this 30th day of June, 2005, by JOSHUA MARTINEZ.

_____
Notary Public

My Commission expires:
3/4/07

OFFICIAL SEAL
Gloria J. Williams
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 3/4/07

IN THE SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

ENDORSED
FILED IN MY OFFICE THIS

JUN 3 0 2005

CLERK DISTRICT COURT

Cause No. CV 2005-2924

IN THE MATTER OF THE INFORMAL APPOINTMENT OF
JOSHUA MARTINEZ AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF TERESA HUFF, Deceased

### ORDER APPOINTING JOSHUA MARTINEZ AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TERESA HUFF FOR PURPOSES OF LITIGATION

THIS MATTER having come before the Court in the form of an Application of Personal Representative for the Purposes of Litigation, and the Court having reviewed the evidence presented and having knowledge of the matters involved, finds that:

1. The application for the informal appointment of Personal Representative is complete;

2. Good cause has been shown for the appointment of Joshua Martinez as Personal Representative of the Estate of Teresa Huff;

3. No one has presented to this Court any evidence or basis for opposition to the appointment of Joshua Martinez as Personal Representative of the Estate of Teresa Huff;

4. No Personal Representative has previously been appointed as Personal Representative of the Estate of Teresa Huff; and

5. As has been shown by evidence presented to this Court, there exists a need for the appointment of a Personal Representative to pursue the claims of the

1

Estate of Teresa Huff against various individuals and others, as yet unidentified, in regard to the death of Teresa Huff on July 21, 2004.

IT IS THEREFORE ORDERED that Joshua Martinez, son of Teresa Huff, be appointed as Personal Representative of the Estate of Teresa Huff for purposes of pursuing litigation on the Estate's behalf for claims of negligence in the death of his mother, Teresa Huff and that the Clerk of this Court issue appropriate Letters of Administration.

LINDA M. VANZI

_____
District Court Judge


THE BRANCH LAW FIRM

_____
for Turner W. Branch
Margaret Moses Branch
Richard A. Sandoval
Attorneys for Petitioner
2025 Rio Grande Blvd., N.W.
Albuquerque, NM 87104
(505) 243-3500

2

# AFFIDAVIT OF LISA YARDLEY

STATE OF NEW MEXICO        :
                           :ss
COUNTY OF BERNALILLO       :

I, Lisa Yardley, being duly sworn upon my oath depose and state the following:

1. I am over the age of eighteen years of age, of sound mind, and fully competent to make this affidavit.

2. I am a resident of the State of Tennessee.

3. I am the daughter of Teresa Huff.

4. I hereby give my concurrence that Joshua Martinez be appointed Personal Representative for the Estate of Teresa Huff.

FURTHER AFFIANT SAYETH NOT.

Lisa Yardley
1127 Colonial Ave
Knoxville, TN 37917

Subscribed and sworn to before me this
15 day of March, 2005.

Patricia Mc Dennis
Notary Public

My Commission Expires: March 4 2006


EXHIBIT B

STATE OF NEW MEXICO          §
                             §
COUNTY OF Valencia           §


JOSHUA MARTINEZ, Representative of Estate of TERESA HUFF, being duly sworn, depose and says that he is the Representative of Estate of TERESA HUFF herein and has read the foregoing Plaintiff's Response to Defendants' First Request for Production of Documents and Things and knows the contents thereof and the same is true to his knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters, he believes them to be true.


_____
JOSHUA MARTINEZ

Sworn to before me this 4th day of August, 2010

_____
Notary Public in and for
the State of New Mexico

My Commission Expires: 01/26/11

OFFICIAL SEAL
Larina A. Lucero
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 01/26/11