SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 29, 2010

BY U.S. MAIL
Newton B. Schwartz, Sr.
Law Offices of Newton Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: *Girard v. Pfizer Inc*, et al. Case No. 06-cv-11023

Dear Mr. Schwartz:

      Plaintiff Joshua M. Martinez was selected to be included in the group of Plaintiffs scheduled to have initial discovery completed by September 14, 2010. It has come to our attention, however, that your firm filed an Amended Motion for Voluntary Dismissal on June 4, 2008 (Docket No. 1311) which included Mr. Martinez's case. The dismissal was granted on June 11, 2008 by Judge Saris, and by Magistrate Judge Sorokin on June 19, 2008 (Docket No. 1335). Accordingly, we believe that there is no need for further discovery as to this Plaintiff. Please let me know if you disagree or would like to discuss this issue further.

Sincerely,

*Catherine B. Stevens*

Catherine B. Stevens

cc: Harlan Levy