UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> JOSHUA MARTINEZ v. PFIZER INC. et al., ) <br> 06-10912-PBS ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

## **ORDER**

Came to be presented and heard Plaintiff Joshua Martinez' Motion to Vacate Order of June 19, 2008 and Reinstate his Claims and Cause of Action, and the Plaintiff having shown good cause for such Reinstatement, it is hereby

ORDERED that the Order of June 19, 2008 dismissing the claims of Plaintiff Joshua Martinez is hereby VACATED, and that all claims and causes of action of Joshua Martinez, brought individually and as representative of the Estate of Teresa Huff, are reinstated nunc pro tunc ab initio from their filing herein.

Any taxable costs are assessed versus Plaintiff.

SIGNED AT BOSTON, MASSACHUSETTS THIS _____ DAY OF _____, 2011.

_____
U. S. DISTRICT JUDGE