UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES         :      MDL DOCKET NO. 1629
        PRACTICES AND PRODUCTS              :
        LIABILITY LITIGATION                :      Master File No. 04-10981
                                             :
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                   :      Judge Patti B. Saris
                                             :
ALL BOONE PRODUCT LIABILITY ACTIONS  :      Magistrate Judge Leo T.
---------------------------------------------------------------x  Sorokin

**PLAINTIFFS' RESPONSE TO DEFENDANTS' APPLICATION FOR
ATTORNEY FEES AND EXPENSES FOR MAKING MOTION TO COMPEL**

The Plaintiffs, through the undersigned attorney, and submit *Plaintiffs' Response to Defendants' Application for Attorney and Expenses for Making Motion to Compel*, as follows:

1. The Defendants seek $111,000.00 from Plaintiffs for making their Motion to Compel.

2. The Defendants are not entitled to attorney fees and/or expenses under FRCP 37(a) for the following reasons:

    (i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action;

    (ii) the opposing party's nondisclosure, response, or objection was substantially justified; or

    (iii) other circumstances make an award of expenses unjust;

3. Further support of this response is included in *Plaintiffs' Memorandum in Opposition to Defendants' Application for Attorney Fees and Expenses*.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs request that the Defendants' Application for Attorney Fees and Cost under FRCP 37 (a) be denied.

Respectfully Submitted,

//s/ Levi Boone, III
**BY:** _____
Levi Boone, III, MSB #3686
**BOONE LAW FIRM, P.A**.
401 West Sunflower Avenue
Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 17th day of January, 2011 (CST).

/s/ Levi Boone, III
Levi Boone, III