# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES          :   MDL Docket No. 1629
        PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION             :   Master File No. 04-10981
------------------------------------------------x
:   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                    :
:   Magistrate Judge Leo T.
*Leroy Anderson, et al. v. Pfizer, Inc.,*    :   Sorokin
Case No. 05-cv-10835                         :
:
*Mary Cooper, et al. v. Pfizer, Inc.,*       :
Case No. 05-cv-10834                         :
:
*Jesse Allen, et al. v. Pfizer, Inc.,*       :
Case No. 07-cv-11795                         :
:
------------------------------------------------x

## DECLARATION OF LEVI BOONE, III
## IN SUPPORT OF RESPONSE TO DEFENDANTS' APPLICATION FOR
## ATTORNEY FEES AND EXPENSES FOR MAKING MOTION TO COMPEL

**I, Levi Boone, III**, deposes and states as follows:

1. That Boone Law Firm, P.A. through the undersigned attorney, is counsel for Plaintiffs in the above-entitled action.

2. That the matters contain in the foregoing Plaintiffs' Response to Motion to Compel are true and correct of the best of knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                  **By:** **/s/ Levi Boone, III**
                          Levi Boone, III, Esq, MSB# 3686
                          Boone Law Firm, P.A.
                          401 West Sunflower Road
                          P. O. Box 1772
                          Cleveland, MS 38732

## **CERTIFICATE OF SERVICE**

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 17, 2011 (CST);

/s/ Levi Boone, III
Levi Boone, III, Esquire

## **CERTIFICATE OF SERVICE**

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 17, 2011(CST).

/s/ Levi Boone, III