UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> KAISER FOUNDATION HEALTH PLAN, INC., et al. <br><br> v. <br><br> PFIZER, INC., et al. | MDL Docket No. 1629 <br><br> Civ. Action No. 04-cv-10739-PBS <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR TREBLED DAMAGES AND PREJUDGMENT INTEREST UNDER RICO AND UPDATED <u>PREJUDGMENT INTEREST UNDER THE UCL</u>**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully move for leave to submit a sur-reply memorandum in further support of their opposition to Plaintiffs' Motion for Trebled Damages and Prejudgment Interest Under RICO and Updated Prejudgment Interest Under the UCL.

Plaintiffs have asked this Court to award them prejudgment interest in the amount of $76,237,185, in addition to a large compensatory damages award, trebled.  As discussed in Defendants' opening memorandum, an award of prejudgment interest in RICO cases is far from routine.  To the contrary, numerous courts have refused to grant prejudgment interest in RICO cases, finding that the plaintiffs were already fully compensated by an award of treble damages. Given the significance of the issues raised by Plaintiffs' motion, Defendants should be given an opportunity to submit a sur-reply to clarify the issues in Defendants' opposition and those raised by Plaintiffs' Reply.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed sur-reply memorandum, attached hereto as Exhibit 1.

Dated: January 18, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email: Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Raoul D. Kennedy
      Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400
Email: Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:   /s/ James E. Hooper
      James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email: hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

/s/ Katherine Armstrong
Katherine Armstrong

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 18, 2011.

/s/ Mark S. Cheffo
Mark S. Cheffo