United States District Court
District of Massachusetts

In Re: Neurontin Marketing Sales
Practices and Products Liability Litigation

MDL Docket No. 1629
Master File 04.10981
Judge Patti B. Saris
Mas. Judge Leo T. Sorokin

Template Discovery Evidence

Comes now the plaintiff Louis E. Tumblin acting prose hereby submit's the extension to his discovery on or about January 3, 2011. The Plaintiff was sent interrogatories Frinkenstien and Parker Law Firm, and was told to just send the nine pages of the interrogatories to the court and to the defendants. Contrary to the information I had received that the plaintiff had sent the defendants attorney Mrs. Catherine Steven his medical records and his release of consent. The plaintiff received this honorable court orders until January 3, 2011. If the plaintiff is held responsible for failing to comply with the courts order, than it was no fault of the plaintiff Louis E. Tumblin. The Plaintiff offers his apologies and asks that the court approve his pleadings of that as a prose litigant.

Respectfully Submitted,

*[signature]*
Louis E. Tumblin
4520 N. River Road #38
Oceanside Ca. 92057

## Certificate of Service

I hereby certify that on ___Jan  15___, 2011 I served the attached document by US Postal on the following.

_Louis E. Tumblin_
Louis E. Tumblin

To: United States District Court of Massachusetts

1 Houseway Suite 2300

Boston Ma. 02210