## -AUTHORITY-

Local Rules of the United States District Court
Title 28, Section 2071; Rule 83 of the Federal Procedure;
And Rule 57 of the Federal Rules of Criminal Procedure.

## -CASES CITIED-

1. Estelle V. Gamble,
   429 U.S. 97,50 L. Ed 251,97 S.ct. 28

2. Haines V. Kerner,
   404 U.S. 519,30 L. Ed. 652,92 S.ct. 594

3. Conley V. Gibson,
   355 U.S. 41,45-46

4. Harris V. Pate,
   440 F.Ed. 315,318 7th Circuit

1

In the United States District Court for the
Western District of Oklahoma

Louis E. Tumblin,
Plaintiff.

vs.

Pfizer Pharmaceutical, et. al
Defendants.

**FILED**
MAR 04 2010
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY _____ DEPUTY

CIV-10-211- F

Statement of Uncontroversial Facts. And There Genuine Issues. The Ponderous of Evidence is Overwhelming.

## Actual Facts...

Pfizer Pharmaceutical did Plead Guilty to Selling an illegal drug "Neurotin" Please see Plaintiff "Neurontin" Litigations. 2. On or about June 22, 2005, the Plaintiff was Prescribed Neurontin by doctor B.J. Thompson. See Exhibits. 3. On or about June 2002, the Oklahoma Department of Corrections entered into an illegal contract with Pfizer. 4. Plaintiff was not told about the serious side effects of the "Neurontin". The defendants have impeded the Plaintiff due Process. When the with-held information from this Honorable Court, and from the Plaintiff. 6. The defendants conspired to use the Plaintiff as a "Guien-Pig". 7. A Consititutional Protective have been violated. Emulating an Eight Amendment violations. The defendants by their actions, Put the Plaintiff life, health, and welfare in harmes way. The Plaintiff should be allowed to Pursue his complaint as a matter of law. And the defendant should be held liable.

IT IS SO PRAYED.

Louis E. Tumblin
_Louis E. Tumblin_

In The United States District Court for the Western District of Oklahoma

Louis E. Tumblin

    Plaintiff.

VS.

Pfizer Pharmaceutical,
B.J. Thompson, M.D.
Oklahoma Department of Corrections
In their Individual Capacities

    Defendants.

Case No. CIV-10-211-F

FILED
MAR 0 4 2010
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

### -COMPLAINT-

Comes now the plaintiff, Louis E. Tumblin hereby gives the following statement to be true and to the best of his knowledge. That pharmaceutical company Pfizer entered into an illegal contract with the Oklahoma Department of Corrections after pleading guilty on or about the year of 2002. The plaintiff was prescribed the drug Neurontin by B.J. Thompson, M.D. at the reformatory at the Oklahoma Department of Correction in Granite, Oklahoma. The defendants were told not to sell the drug; unfortunately, they did. In doing so, the defendants were totally indifference to the plaintiffs welfare by putting the plaintiff's life and health in jeopardy. The plaintiff has suffered numerous life threatening side-affects that are mentioned in the Neurontin litigations they are as followed: Attempted Suicide, Anxiety Attacks, Depression, Aggression, Sexual Dysfunction, and Psychotic Episode. In addition, the plaintiff is 100% mentally disabled and is currently under psychiatric care. In closing, the defendants knowingly and with malice conspired together to purchase and to use this drug Neurontin on the inmates as "Guinea Pigs." The plaintiff is asking that this case be treated as a product liability. Please see plaintiff medical records and exhibits.

Respectfully submitted,

Louis E. Tumblin
*/s/ Louis E. Tumblin*

2

In the United States District Court for the Western District of Oklahoma

Louis E. Tumblin

    Plaintiff.

Case No. CIV-10-211-F

    VS.

Pfizer Pharmaceutical,
B.J. Thompson, M.D.
Oklahoma Department of Corrections
In their Individual Capacities

    Defendants.

## -ARGUMENTS-

The plaintiff only has to present the facts. The case at bar has already shown it's guilt. The plaintiff's pleadings are not that of a lawyer and is not to be constructed as such. On or about June of 2002 Pfizer pleaded guilty to selling a generic version of the drug Neurontin. In addition, the Oklahoma Department of Corrections entered into an illegal contract with Pfizer to experiment with the inmates like "Guinea Pigs". The plaintiff's protective rights were violated. This was done with malice and with criminal intent. The plaintiff has suffered greatly. The plaintiff is 100% mentally disabled and currently on SSI (Social Security Supplement Income) due to the prolonged consumption of the discontinued drug Neurontin. The defendants should be held liable for the inhumane treatment I have endured. As a matter of the law and the Constitutional Protective Civil Rights, the prison officials should admit their guilt and be liable for misuse of authority and unfair treatment of inmates. The plaintiff being a layman to the law knows that he only has to quote _Estelle v. Gamble_ to emulate a Civil Rights violation. The plaintiff should be monetarily compensated.

Respectfully Submitted,

Louis E. Tumblin

_Louis E. Tumblin_

3

In the United States District Court for the Western District of Oklahoma

Louis E. Tumblin
    Plaintiff.

                                                Case No._____

    VS.

Pfizer Pharmaceutical,
B.J. Thompson, M.D.
Oklahoma Department of Corrections
In their Individual Capacities
    Defendants

## Contact Information for Plaintiff:

Louis E. Tumblin
4520 N. River Rd. #38
Oceanside, CA 92057


Home Phone:  (760) 967-4899

Cell Phone:   (760) 586-3874

Emergency #:  (760) 448-6786     Daughter- Phlisa Tumblin


Emergency#:  (901) 433-3159     Daughter- Barbara Tumblin

In the United States District Court for the Western District of Oklahoma

Louis E. Tumblin
    Plaintiff.

Case No. CIV-10-211-F

VS.

Pfizer Pharmaceutical,
B.J. Thompson, M.D.
Oklahoma Department of Corrections
In their Individual Capacities
    Defendants.

## "PRIMA FACIE"

Comes now the plaintiff Louis E. Tumblin acting prose hereby petition this court to show that there are genuine issues, that are so strong that a trial is warranted. There are material facts that are supported by medical records and there is an admission of guilt. True evidence that supports real disputes according to <u>Conley v. Gibson, 355 U.C. 41,78 s.ct. 99.21Ed.80</u> states that once a plaintiff files a "PRIMA FACIE", that the defendants cannot be granted summary judgment. The plaintiff had filed and sworn his Declaration / Affidavits, and the plaintiff's complaint should be looked at a sympathetic perusal with every inference fairly deducible from the well-plead allegations. The plaintiff's complaint should be accepted as true by the court for the purpose of ruling on the motion. The plaintiff is acting prose, and his litigation should not be construed that of a lawyer. The Declaration / Affidavits are under the penalty of perjury, that everything happened the way the plaintiff said it did. See: <u>Harris v. Pate, 440 F.2d 315,318 7ci8</u>.

Respectfully Submitted,

Louis E. Tumblin
*Louis E. Tumblin*

4

In the United States District Court for the Western District of Oklahoma

Louis E. Tumblin
    Plaintiff.

Case No. CIV-10-211-F

VS.

Pfizer Pharmaceutical,
B.J. Thompson, M.D.
Oklahoma Department of Corrections
In their Individual Capacities
    Defendants.

## Motion to State a Claim in Which Relief Can be Granted

Comes now, prose plaintiff, Louis E. Tumblin, respectfully shows jurisdiction of this honorable court, is invoked pursuant to 28 U.S.C. 2255. This is an action authorized by Lcv R3.7. _Haines v. kerner, U.S. 5419,992 S.ct. 594, 30L Ed.652(1972)._

The Plaintiff hereby gives reasons as to why he must state his claim for relief to be granted to him. According to the Civil Procedure Rule number (8); and according to _U.S. v. Triger, D.C.N.J. 138 F. SUPP. 709-710_, which states the plaintiff as a Untied States citizen has the right to assert, demand, urge, and to insist for property and money as a matter of right. Plaintiff constitutional protective rights has been violated by the defendants and they are liable. The plaintiff expect this motion is sufficient enough to please the court.

Respectfully Submitted,

Louis E. Tumblin
_Louis E. Tumblin_

5

Exhibit "4"

## Grievance Response from Reviewing Authority

Inmate/Offender Name: Martin, Lewis  DOC Number: 223389
Receipt Date: 8-7-2008  Grievance Category Code: 06  Grievance Number: 08-043

| | | | | |
|---|---|---|---|---|
| 0. Discrimination | 2. Complaint against staff | 4. Disciplinary process | 6. Medical | 8. Records / sentence administration |
| 1. Classification | 3. Condition of confinement | 5. Legal | 7. Property | 9. Religion |

Response: I have reviewed your chart and feel the action you are requesting in your grievance has been adequately addressed. You have been evaluated by a provider on 2-4-2008, 4-10-2008, 5-29-2008, 7-22-2008, 8-6-2008. You were a No show, for Chronic Clinic on 7-14-2008 with Dr. Johnson. The actions you are requesting are outside the scope of my authority. By law I can not dictate to a provider how to treat his patients. You need to give the treatment regime he has ordered time to see if it will be effective or not. The provider has scheduled you a return appointment in 3 months.

_Glenda Lee_
Reviewing Authority – Facility Health Services Administrator    Date 8-7-08

_[signature]_
Review Authority – Facility/Unit Head    Date 8-12-08

I have received the original of the response and all paperwork submitted to the reviewing authority.

_____    _____
Signature of Grievant    Date

You may appeal to the director or the chief medical officer or designee at Department of Corrections, P.O. Box 11400, and Oklahoma City, OK 73136-0400, within 15 calendar days of receipt of response.

I wish to appeal the reviewing authority's response to the grievance on the following ground(s) only (use Only the back side of this page, if necessary):

[ ]  Newly discovered/available evidence not considered by the reviewing authority, relevant to the Issue, necessary for a proper decision, and why the evidence was not previously available which if Considered may alter the decision (you must clearly state the newly discovered/available evidence);

[ ]  Probable error was committed by the reviewing authority in the decision such as would be grounds for Reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

I understand that in accordance with OP-090124, I will be charged $2 to appeal a grievance to the Director or chief medical officer (or designee), and that this form is also a request for disbursement of Funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will Be collected as soon as funds become available.

_Lewis Martin_    8-12-08
Signature of Grievant    Date

DOC 090124B (R/ 2/04)

11-2.9

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| LOUIS E. TUMBLIN<br>4520 N. RIVER RD APT 38<br>OCEANSIDE, CA 92057<br>TELEPHONE NO. 760-967-4899   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* none<br>ATTORNEY FOR *(Name):* PRO SE | |
| WESTERN DISTRICT COURT COUNTY OF OKLAHOMA<br>STREET ADDRESS:<br>MAILING ADDRESS: 200 N. W. FOURTH STREET<br>CITY AND ZIP CODE: N/A<br>BRANCH NAME: OKLAHOMA CITY, OKLAHOMA 73102-3092 | |
| PLAINTIFF/PETITIONER: LOUIS E. TUMBLIN | |
| DEFENDANT/RESPONDENT: Pfizer Pharmaceutiale.t.a.l., | |
| **DECLARATION** | CASE NUMBER:<br>CIV. 10-211-F |

Comes Now the Plaintiff, LOUIS E. TUMBLIN, acting (PRO'SE); hereby states that the folling is true to the the best of his knowledge, and will be in support of this documnet.
THERE are Midiagative Circumstances that warrient investation, there are material facts which are, Civil and Contitutional Rights, enter a guilty plea to the selling of illegal DRUGS which is called (Neurontin); BY DOING SO, they disregarded all of the the safty of any individual... that took part of this medication trail, knowing the out come.
WHEREFOR, I State that the DEPARTMENT OF CORRECTION along with the MEDICAL PERSONAL, entered into an agreement to withhold such harmful (SIDE EFFECTS) from the individuals. HEREIN.
WHEREFOR, the Plaintiff state that this was out-right Conspiracy. knowing the damage that this was going to cause, they went forth wit. WHEREFOR, all of what the Plaintiff has stated can be supported by the MEDICAL RECORD; and you can SEE ATTACTH FORM, ( EVIDENCE "A") PFIZEER COM. Admitting Guilt. THUS THIS WILL BE CALL EXHBIT A

WHEREFOR THE PLAINTIFF PRAYS THAT THE THE REQUESTED RELIEF BE GRANTED BY THE SAID COURT

RESPECTFULLY SUBMITTED

4520 N. R1VER RD   APT.# 38
OCEANSIDE, CA 92057

(760) 967-4899

*Louis E. Tumblin*
LOUIS E. TUMBLIN

I declare under penalty of perjury under the laws of the State of ＿ that the foregoing is true and correct.
Date: 3/2/10

Lous E. Tumblin
(TYPE OR PRINT NAME)

*Louis E. Tumblin*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

**DECLARATION**                                   Page 1 of 1

```
STATE OF OKLAHOMA        )
COUNTY OF OKLAHOMA       ) SS
                         )
```

# SWORN AFFIDAVIT

I **LOUIS E. TUMBLIN,** The affianit, do solemnly swear on my oath, that I was prescribed a pain Killer, called (Neurontin), by ( B. J. THOMPSON, M.D.) ,at the Oklahoma State Reformatory of Branite, Oklahoma.

I.

On and about 5-27-05 until 8-18-08, and wherefor I was Transferred to, two other facilities, L.A.R.C. and Josepharp Correction, and that I Continued to take (Neurontin) until August 18, 2008. I further state that I wasn't imformed about the (SIDE EFFECTS), which are (suicidal, parnoid, amnesia, Sexual Dysfuctions, anxiety, aggression, Thought Disturbstance.)
I am 100% Disabled due to the (Neurontin) I have been diagnosed as (parnoid schizophrenic) I am currently under Doctor care.

**RESPECTFULLY SUBMITTED**

*Louis E. Tumblin* (signature)

**LOUIS E. TUMBLIN**
**DATED:** 3- 2 - 2010