In the United States District Court for the Western District of Oklahoma

Louis E. Tumblin
    Plaintiff.

VS.

Case No. _____

Pfizer Pharmaceutical,
B.J. Thompson, M.D.
Oklahoma Department of Corrections
In their Individual Capacities
    Defendants

## Contact Information for Plaintiff:

Louis E. Tumblin
4520 N. River Rd. #38
Oceanside, CA 92057

Home Phone: (760) 967-4899

Cell Phone: (760) 586-3874

Emergency #: (760) 448-6786    Daughter- Phlisa Tumblin

Emergency#: (901) 433-3159    Daughter- Barbara Tumblin