UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTION FOR LEAVE TO FILE SUR-REPLY**

Defendant Pfizer seeks leave to file a sur-reply further opposing Plaintiffs' motion for prejudgment interest. Pfizer's proffered sur-reply offers no new facts, law, or argument. *Every single case* cited in the sur-reply has already been cited and discussed in either Plaintiffs' opening brief or Defendants' opposition brief; Pfizer merely rehashes arguments and recycles case law from its opposition.[1] Pfizer's sur-reply ignores the briefing schedule agreed upon by the parties and set by Court Order, which does not provide for a sur-reply. [D.E. 3130] at 2. Pfizer's sur-reply serves only to require the Court to read yet another brief and further delay this litigation; Plaintiffs respectfully request that this Court deny Pfizer's motion to file additional, wasteful briefing.

---

[1] On the merits, Kaiser disagrees with Pfizer's (mis)characterization of the relevant case law and would be happy to respond point-by-point at the Court's request, but will not at this time burden the docket with another brief not provided for in the Court's schedule.

Dated: January 19, 2011 Respectfully submitted,

By: */s/ Linda P. Nussbaum*
Linda P. Nussbaum

Linda P. Nussbaum, Esq.
John D. Radice, Esq.
GRANT & EISENHOFER, P.A.
485 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas M. Greene, Esq.
GREENE LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein, Esq.
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol, Esq.
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142