**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2011, I caused a true and correct copy of **Plaintiffs' Opposition to Defendants' Motion for Leave to File Sur-Reply** to be served upon all known counsel of record by electronic filing using the CM/ECF system.

                                                /s/ Linda P. Nussbaum
                                                  Linda P. Nussbaum