UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION
---------------------------------------------------x

THIS DOCUMENT RELATES TO:

BERNICE THORNTON
*Jesse Allen, et al. v. Pfizer, Inc.,*
Case No. 07-cv-11795-PBS
---------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: January 19, 2011

| | |
|---|---|
| /s/ Levi Boone | /s/ Mark S. Cheffo |
| Levi Boone, III | Mark S. Cheffo |
| BOONE LAW FIRM, P.A. | SKADDEN, ARPS, SLATE, |
| 401 West Sunflower Avenue |    MEAGHER & FLOM LLP |
| P.O. Box 1772 | Four Times Square |
| Cleveland, MS  38732 | New York, NY 10036 |
| Tel:  (662) 843-7946 | Tel:  (212) 735-3000 |
| Email:  LBoone@boonelawfirm.com | |
| | /s/ Ana M. Francisco |
| *Attorneys for Plaintiffs* | Ana M. Francisco |
| | BBO # 564346 |
| | ROPES & GRAY LLP |
| | Prudential Tower |
| | 800 Boylston Street |
| | Boston, MA 02199-3600 |
| | Tel:  (617) 951-7000 |
| | |
| | *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |

**CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 19, 2011.

    /s/ Ana. M. Francisco
    Ana M. Francisco