UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------ x<br>NEURONTIN MARKETING, SALES PRACTICES, AND<br>PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------ x<br>THIS DOCUMENT RELATES TO:<br><br><br>------------------------------------------------ x<br>HARDEN MANUFACTURING CORPORATION;<br>LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,<br>dba BLUECROSS/BLUESHIELD OF LOUISIANA;<br>INTERNATIONAL UNION OF OPERATING ENGINEERS,<br>LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL<br>52 HEALTH BENEFITS TRUST; GERALD SMITH; and<br>LORRAINE KOPA, on behalf of themselves and all others<br>similarly situated, v. PFIZER INC. and WARNER-LAMBERT<br>COMPANY.<br><br><br>------------------------------------------------ x | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO PRECLUDE GARY VARNAM AND JAN FRANK WITYK FROM PURSUING INDIVIDUAL CLAIMS OR, ALTERNATIVELY, TO SEVER AND TRANSFER THEIR CLAIMS PURSUANT TO 28 U.S.C. § 1404**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move for leave to submit a reply memorandum in further support of their Motion to Preclude Gary Varnam and Jan Frank Wityk from Pursuing Individual Claims or, Alternatively, to Sever and Transfer Their Claims Pursuant to 28 U.S.C. § 1404 [3191].

Defendants submit that their proposed reply is necessary to clarify the issues in Defendants' Motion and those raised by Plaintiffs' Response [3231]. Defendants' proposed reply is particularly necessary because Plaintiffs' Response improperly requests affirmative relief as to which Plaintiffs have filed no motion of their own.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit 1.

Dated: January 20, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATION OF CONSULTATION

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 20, 2011.

/s/ Ana M. Francisco
Ana M. Francisco
