## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*PRO SE* PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEFENDANTS' REQUEST FOR HEARING REGARDING *PRO SE* CASES

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully request a hearing before this Court for the purpose of discussing certain logistical issues in this litigation in light of approaching deadlines.  In particular, Pfizer would like to have a conference regarding scheduling for the remand of the remaining *pro se* cases. Pfizer intended to raise these matters with the Court at the hearing previously scheduled for January 11, 2011, but that hearing was canceled.  Thus, Pfizer requests that the Court set another hearing at a convenient time for the Court.  If it is more convenient for the Court, counsel are available to participate by teleconference, or, alternatively, can discuss with the Court issues related to the transfer of these and other cases at the upcoming February 11, 2011, hearing.

Pfizer respectfully notes that the Court's December 6, 2010 Scheduling Order currently requires filing by January 24, 2011 "a proposed transfer order along with a list of the pro se cases subject to transfer," and also requires filing by February 4, 2011, of "a proposed transfer order and a list of cases subject to transfer" for the remaining cases where Plaintiffs are not represented by the Finkelstein & Partners, the Boone Law Firm or the Law Offices of Newton B. Schwartz. Pfizer, therefore, respectfully requests an extension of these deadlines to the extent that a hearing on these issues is not held in advance of those deadlines.

WHEREFORE, Pfizer respectfully requests that the Court schedule a hearing to discuss certain logistical issues in this litigation.

Dated: January 20, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco
        Ana M. Francisco
        BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 20, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco