page 1.

United States Distruct Court

District of Massachusetts

*Courts Copy*

In Re: Neirontin Marketing, Sales
Practice and Product Liability
Litigation

MDL Docket No. 1629

Judge Patti B. Saris
Magistrate Judge Leo T.
Sorokin

This Docket Relates To:

Keith Edwards v. Pfizer Inc,
Case No. 05-CV-11701-PBS

### Plaintiff's Motion for Subpoena of Records

Now comes plaintiff, Keith Edwards, who respectfully request this
honorable court for a ORDER to subpoena plaintiff's medical records and
other pertinent records related to this case, from the Ohio Department
of Rehabilitation and Corrections-(ODRC), its subdivision, Richland
Correctional Institution, and its contracted medical facility, Ohio State
University Hospital, incarcerated inmates division, for reasons more
fully set forth in the attached Memorandum in Support.

Respectfully Submitted,

*Keith Edwards*

Keith Edwards, Pro Se
211-800  3A-101
Richland Corr. Inst.
P.O. Box 8107
Mansfield, Ohio 44901
(419) 526-2100

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Plaintiff's
Motion for Subpoena of Records, has been sent to: Mark S. Cheffo,
attorney for defendants, Four Times Square, New York, N.Y. 10036 and
Ohio Department of Rehabilitation and Corrections, c/o Gregory Trout,
legal counsel, 770 West Broad Street, Columbus, Ohio 43222, via U.S.
First class mail, this __15th__ day of January, 2011.

*Keith Edwards*

Keith Edwards, Pro Se

### Memorandum in Support

Plaintiff, Keith Edwards, is and has been at all times relevant to this cause of action, an under the custody and control of the Ohio Department of Rehabilitation and Corrections, hereinafter (ODRC) and is presently residing at ODRC's subdivision, Richland Correctional Institution.

Plaintiff has been told by Brian Cain, Health Care Administrator, of Richland Corr. Inst.,    ' that any and all records pertaining to this suit must be obtained through court order.

Therefore and accordingly, plaintiff moves this honorable court to ORDER a Subpoena of Records from:

> Ohio Department of Rehabilitation and Corrections
> c/o Gregory Trout-Legal Counsel
> 770 West Broad Street
> Columbus, Ohio 43222
> (614) 752-1773
>
> Richland Correctional Institution
> c/o Brian Cain-Health Care Administrator
> 1001 Olivesburg Road
> Mansfield, Ohio 44901
> XXX9XXXX2XXX00  (419) 526-2100
>
> Ohio State University Hospital
> Office of Information (Prison Divison)
> 410 W. 10th Avenue
> Columbus, Ohio 43210
> (614) 293-8657

The primary location of plaintiff's prescription and treatment of the drug "Neurontin" related to claims for damages in this instant case-Neurontin Marketing and Sales Product Liability Litigation occured at the Richland Correctional Institution.  Plaintiff also was treated for same said medical claim at the Ohio State University  Hospital, sub-contracted by ODRC.

Subpoena Request No. 1.
Please produce all documents referring to plaintiff's medical records, medical bills and or medical evidence relating to the plaintiff in the possession of the Ohio Department of Rehabilitation and Corrections, Richland Correctional Institution, and Ohio State University Hospital-(prison division)

Subpoena Request No. 2.
Please produce any and all data, documents and other _____

between Warner-Lambert/Pfizer Inc., it's sales representative(s) and
or any Territory Managers and Medical Liason(s), if any, contacting
the prescribing physician from Ohio Department of Rehabilitation and
Corrections, Richland Correctional Institution and or the Ohio State
University Hospital-(prison division), regarding the drug "Neurontin"
that identify the dates of such contact; and that reflect the current
relationship, if any, between the Ohio Department of Rehabilitation
and Corrections, Richland Correctional Institution and the Ohio State
University Hospital, and that further identify the name, last known
address, and phone numbers of plaintiff, Keith Edwards', prescribing
physicians, specialist, nurses, or any other health care administrator
that ordered, distributed, tested and/or treated plaintiff with the
drug "Neurontin"

Subpoena Request No. 3.
Please list all prescribed uses of the drug "Neurontin" that were
advertised and/or recommended to the Ohio Department of Rehabilitation
and Corrections employed or contracted physicians, specialist or others
by Warner-Lambert/Pfizer Inc. or its agents, to treat clients/inmates.

Subpoena Request No. 4.
Please list the dates and number of inmates that the Ohio Department of
Rehabilitation and Corrections and any of it's subdivision correctional
institutions, including Richland Correctional Institution, began
prescription and treatment of the drug "Neurontin" and the dates for
which time prescription and treatment ended.

Subpoena Request No. 5.
Please list any and all warnings or prohibitions made by Warner-Lambert/
Pfizer Inc. with regards to the despensing and treatment of patiants
with the drug "Neurontin."


     Plaintiff, Keith Edwards, reserves the right to further subpoena
of records based upon further discovery and case development.
     Therefore and accordingly, plaintiff prays this honorable court
will grant this motion and issue forthwit, an ORDER to the aforementioned
to comply with the subpoena of said records and that those records be
copied and sent to: Plaintiff, Keith Edwards, 211-800 3A-101, Richland
Correctional Institution, P.O. Box 8107, Mansfield, Ohio 44901 and to

page 4.

Attorney(s) for defendant; Skadden, Arps, Slate, Meagher, and Flom LLP, Four Times Square, New York, N.Y. 10036.

Keith Edwards, Pro Se