## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
In re: NEURONTIN MARKETING,                 :   MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION                              :   Master File No. 04-10981
---------------------------------------------------------- x
                                                               :
THIS DOCUMENT RELATES TO:          :   Judge Patti B. Saris
                                                               :   Magistrate Judge Leo T. Sorokin
Paulette Hamilton, as Administratrix:
and Personal Representative of the:
Estate of DERRICK HAMILTON            :
---------------------------------------------------------- x

## AGREEMENT TO MAINTAIN CONFIDENTIALITY

The undersigned agrees;

I hereby attest to my understanding that the information or documents designated Protected are provided to me subject to the Stipulation and Order of Confidentiality ("Protective Order") dated _____ in the above-captioned litigation, that I have been given a copy of and have read the Protective Order, and that I agree to be bound by its terms. I also understand that my execution of this Agreement, indicating my agreement to be bound by the Protective Order, is a prerequisite to my review of any information or documents designated as Protected pursuant to this Protective Order.

I further agree that I shall not disclose to others, except in accord with this Protective Order, any Protected Documents, as defined therein, or any information

16

contained in such Protected Documents, in any form whatsoever, and that such Protected Documents and the information contained therein may be used only for the purposes authorized by this Protective Order.

I further agree and attest to my understanding that my obligation to honor the confidentiality of such Protected Documents will continue even after this litigation concludes.

I further agree that if I fail to abide by the terms of this Protective Order, I will be subject to the jurisdiction of the United States District Court of the District of Massachusetts for the purposes of any proceedings relating to enforcement of this Protective Order, and I specifically agree to subject myself to the jurisdiction of the United States District Court of the District of Massachusetts for this purpose.

Date:_____    By:_____

Sworn to and subscribed before me
this _____ Day of _____, 2010

_____
Notary Public