UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
---------------------------------------------------------------- x
                                            :
        THIS DOCUMENT RELATES TO:           : Judge Patti B. Saris
                                            : Magistrate Judge Leo T. Sorokin
Paulette Hamilton, as Administratrix and    :
Personal Representative of the Estate of    :
DERRICK HAMILTON                            :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that Defendants Janssen Ortho LLC's, Ortho-McNeil-Janssen-Pharmaceuticals, Inc.'s, Johnson & Johnson Pharmaceutical Research & Development, L.L.C.'s, and Johnson & Johnson's Memorandum of Law in Opposition to Paulette Hamilton's Motion to Compel Production of Documents has been filed through the ECF system and served pursuant to Case Management Order #3 on January 24, 2011

Dated: January 24, 2011

/s/ John D. Winter
John D. Winter