UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
In re:  NEURONTIN MARKETING,           :   MDL Docket No. 1629
         SALES PRACTICES AND PRODUCTS  :
         LIABILITY LITIGATION          :   Master File No. 04-10981
------------------------------------------------------------ x
                                       :
         THIS DOCUMENT RELATES TO:     :   Judge Patti B. Saris
                                       :   Magistrate Judge Leo T. Sorokin
         Paulette Hamilton, as Administratrix and  :
         Personal Representative of the Estate of  :
         DERRICK HAMILTON                          :
                                                   :
------------------------------------------------------------ x


**DECLARATION IN SUPPORT OF DEFENDANTS JANSSEN ORTHO LLC'S, ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.'S, JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.'S, AND JOHNSON & JOHNSON'S OPPOSITION TO PAULETTE HAMILTON'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I, JOHN D. WINTER, declare as follows:

    1.    I am an attorney at law, duly admitted to practice before this Court and a member of the law firm of Patterson Belknap Webb & Tyler, LLP, attorneys for defendants, Janssen Ortho LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Pharmaceutical Research & Development, LLC, and Johnson & Johnson, collectively ("Defendants"). I respectfully submit this affidavit in support of Defendants opposition to Paulette Hamilton's ("Hamilton") motion to compel the production of documents.

    2.    Annexed hereto as Exhibit A is the complaint filed in the above entitled matter.

    3.    Annexed hereto as Exhibit B is the answer filed by Defendants on July 19, 2010.

4.  Annexed hereto as Exhibit C is an e-mail exchange between Hamilton and Defendants' counsel, dated August 12 and August 13, 2010.

5.  Annexed hereto as Exhibit D is Dr. Cynthia A. Sloan's ("Dr. Sloan") notes regarding her Initial Outpatient Neurology Consultation with Derrick Hamilton.

6.  Annexed hereto as Exhibit E is a letter from Dr. Sloan to Dr. Walter Toronjo, dated August 11, 2005, regarding Derrick Hamilton.

7.  Annexed hereto as Exhibit F are Dr. Sloan's notes regarding Derrick Hamilton, dated March 23, 2006.

8.  Annexed hereto as Exhibit G are Dr. Sloan's notes regarding Derrick Hamilton, dated November 11, 2006.

9.  Annexed hereto as Exhibit H are Dr. Sloan's notes regarding Derrick Hamilton, dated May 8, 2007.

10. Annexed hereto as Exhibit I are Dr. Sloan's notes regarding Derrick Hamilton, dated March 19, 2008.

11. Annexed hereto as Exhibit J are Defendant Ortho-McNeil-Janssen Pharmaceuticals, Inc.'s Answers to Plaintiff's First Request for the Production of Documents.

12. Annexed hereto as Exhibit K is an e-mail from Hamilton to Defendants' counsel, dated December 6, 2010.

13. Annexed hereto as Exhibit L is an e-mail from Hamilton to Defendants' counsel, dated September 16, 2010.

14. Annexed hereto as Exhibit M is an e-mail from Michael Fay to Defendants' counsel, dated December 29, 2010.

15. Annexed hereto as Exhibit N are Defendant Ortho-McNeil-Janssen Pharmaceuticals, Inc.'s Answer to Plaintiff's First Set of Interrogatories.

16. Annexed hereto as Exhibit O is the Government's Information against Ortho-McNeil-Janssen, Pharmaceuticals, Inc.

17. Annexed hereto as Exhibit P is the affidavit of Elizabeth Cherkis.

Dated:  New York, New York
        January 24, 2011

_____
John D. Winter