# Exhibit D



# CYNTHIA A. SLOAN, D.O.
### BOARD CERTIFIED NEUROLOGIST

2255 NORTH LOOP 336 WEST
SUITE D
CONROE, TEXAS 77304

TELEPHONE (936) 788-2233
TELEFAX (936) 788-2330

## INITIAL OUTPATIENT NEUROLOGY CONSULTATION

**Date:** 03-07-05
**Patient:** Derrick Hamilton
**Chart #:** 2510
**Attending Physician:** Donald Strickland, M.D.
**Neurologist:** Cynthia A. Sloan, D.O.

**HISTORY OF PRESENT ILLNESS:** This patient is a 58-year-old, right hand dominant male with a past medical history significant for diabetes, TIA, hypertension, and short-term memory loss. He presents for evaluation with regards to right-sided facial pain. He is accompanied by his wife, Paulette, who adds nothing further to the following account.

The patient states he has had facial pain on and off for the last several years. His sister also has been diagnosed with trigeminal neuralgia. He first noticed the right-sided facial pain after a root canal seven years ago. It is intermittent, usually lasts more than one week, and then goes away. It will recur for a week at a time usually about once a year, although, he may have occasional twinges in between. This time, his pain is different. It has lasted two months so far. This is the longest ever. It is more severe. It is an electrical sharp pain. Talking, chewing, and cold wind aggravate it. It is also aggravated by shaving and brushing his teeth. He states that heat is relieving. He has not tried any medication in the past for the pain.

He also relays he has a history of stroke in 1997. He was paralyzed below the neck for about five hours. His symptoms went completely away. He was not living in Texas at that time. He is not certain what the work-up consisted of. He was told he did not have a heart rhythm problem. He has been taking a Baby Aspirin since then.

**PAST MEDICAL HISTORY:** As above.

**PAST SURGICAL HISTORY:** Denied.

**FAMILY HISTORY:** Father died at age 64 with lung cancer and emphysema. Mother died at age 56 with cancer of the breast, lung, and esophagus. He has three brothers. One died with brain cancer; two others are in good health. He has three sisters, one sister with trigeminal neuralgia.

**SOCIAL HISTORY:** Denied for the use of alcohol, tobacco, or illicit drugs.

**ALLERGIES:** PENICILLIN.

**MEDICATIONS:** Labetalol 200mg one twice daily; Lisinopril 20mg one daily; Mifedical XL 60mg one daily; Flomax 0.4mg one daily; Aspirin 81mg one daily.

   

03-07-05
**Derrick Hamilton**
Page 2

**REVIEW OF SYSTEMS:** The patient denies any cough, cold, flu, fever, chills, night sweats, shortness of breath, chest pain, abdominal pain, nausea, vomiting, constipation, dysuria, anxiety or depression; denies any change in vision, speech, swallowing or hearing.

**PHYSICAL EXAMINATION:**
**Vital Signs:**
Temperature:   97.7
Pulse:         84
BP:            170/110
Weight:        257 lbs.

**General:** Appearance of the patient, including development, nutrition, body habitus, and attention to grooming, is normal. Integument appears normal.

**Musculoskeletal:** Normal range of motion is seen. Normal spinal curvature is noted.

**Neck:** Neck is soft, supple. No lymphadenopathy or thyromegaly is noted.

**Vascular:** Heart is regular rate and rhythm; no carotid bruits are appreciated. Peripheral pulses are intact in all four extremities.

**Pulmonary:** Lungs clear to auscultation.

**Mental Status:** The patient is alert and oriented to person, place and time. Logic, reasoning and insight appear within normal limits. Both short-term and remote memory is intact. There is no evidence for right-left disorientation, language abnormality or abnormal thought content. Attention span, concentration and fund of knowledge, including awareness of current events, past history and vocabulary, etc., appear normal.

**Sensory:** Sensation is intact to pin, temperature, vibration, proprioception, graphesthesia, stereognosis and double simultaneous stimulation bilaterally.

**Motor:** Strength is 5/5 in the upper and lower extremities bilaterally, both proximally and distally. There is no evidence of fasciculation or atrophy. Pronator drift is absent. Fine motor movements appear symmetric. Normal bulk and tone are noted.

**Reflexes:** Deep tendon reflexes are 1/4 at the biceps, triceps and brachioradialis as well as at the patella and Achilles' bilaterally. Babinski, Chaddock, and Oppenheim responses are absent. Primitive reflexes are absent. Hoffman's and Tromner's responses are symmetric.

**Cranial Nerves:** The pupils are equal, round and reactive OU. Extraocular muscles are intact. The funduscopic exam reveals no sign of papilledema or hemorrhage. Corneal reflex is intact bilaterally. Facial sensation is intact and symmetric. There is a noticeable decrease in the left nasolabial fold. However, the patient's smile is symmetric. The uvula is midline, and the palate elevates symmetrically. Hearing tested by Weber and Rinne is within normal limits. The tongue is midline without deviation or

fasciculation. The trapezius muscle strength is equal bilaterally.

Continued

03-07-05
**Derrick Hamilton**
Page 3

**Cerebellum, Gait and Coordination:** Finger to nose, finger to finger to nose, rapid alternating movements and heel to shin are performed without signs of cerebellar ataxia bilaterally. Nystagmus is absent. Romberg is absent. Tandem gait appears within normal limits.

**IMPRESSION:**
1. Trigeminal neuralgia by description.
2. Hypertension, uncontrolled with an increase in blood pressure today.

**RECOMMENDATIONS:**
1. Carbamazepine 200 mg one p.o. b.i.d. for several days up to t.i.d. The patient could increase as high as two p.o. t.i.d. before being seen again in a month.
2. MRI of the brain and MRA of the brain and neck as a work-up for cerebral vascular disease or compressive causes for trigeminal neuralgia.
3. Continue Aspirin 81 mg a day.

Thank you for allowing me to participate in the care of this patient. Please do not hesitate to contact me if I can be of further assistance.




_____
Cynthia A. Sloan, D.O.

CAS:bm
Dictated: 03-07-2005
Transcribed: 03-14-2005