# Exhibit E



# CYNTHIA A. SLOAN, D.O.
## BOARD CERTIFIED NEUROLOGIST

2255 NORTH LOOP 336 WEST
SUITE B
CONROE, TEXAS 77304

TELEPHONE (936) 788-2233
TELEFAX (936) 788-2330

August 11, 2005

Walter Toronjo, M.D.
521 IH-45 South, Suite 11
Huntsville, Texas 77340

RE:    **Derrick Hamilton**

Dear Dr. Toronjo:

Mr. Hamilton presents for follow-up again regarding trigeminal neuralgia. He still has some itching and rash. It has improved considerably. He states the itching, however, has never stopped and the rash is still somewhat there. Nothing has gotten worse, however, since adding the Neurontin.

Again, the patient laments that the Tegretol was so effective with his pain and the Neurontin is just not anywhere close. He is now on Neurontin 3200 mg a day. I suggested the patient increase his Neurontin to 800 mg t.i.d., which he did, and then, on his own, increased it further to 3200 mg a day. The wife states they called their local pharmacist since their last visit to find out what the maximum allowable dose was. He increased this on his own. It does not seem that he has had any adverse event with doing so. However, it seems the patient plateaus at a dose of 2400 mg such that increasing it further offers no increased efficacy. He states the Neurontin has helped considerably. Her certainly does not have constant pain. He still has some underlying burning and aching. His biggest difficulty is that with talking. Prolonged talking increases the intermittent sharp, jabbing, electrical pain. The patient describes that he has to speak for a living.

I have asked him to reduce his Neurontin to 800 mg one p.o. t.i.d. I suggested adding Topamax 25 mg tablets and instructed him to titrate it slowly up to 200 mg. I will see him in two to three weeks with regards to the above.

Best regards,

Cynthia A. Sloan, D.O.

CAS:bm
Dictated: 08-11-2005
Transcribed: 08-15-2005