# Exhibit F



# CYNTHIA A. SLOAN, D.O., P.A.
## NEUROLOGY

**OUTPATIENT NEUROLOGY CLINIC FOLLOW-UP**

PATIENT: Derrick Hamilton   DATE OF BIRTH: 11-19-46   AGE: 59

DATE: 3-23-0_   ATTENDING PHYSICIAN: Dr Toronjo   MR#: 2510

**RIGHT / LEFT - HANDED**

**ALLERGIES:** _____

**VITAL SIGNS:** BP: 130/86   Pulse: 76   Temperature: 98¹   Weight: 267

**Reason for Visit:** See attached

**Medications:** ☐ Unchanged   ☐ Changed since last visit
Topamax 800/D
Neurontin 800 TID

**Results of Labs; EEG; Neuroimaging (if any):** _____

**Pertinent Family History:** _____

**PHYSICAL AND NEUROLOGIC EXAM:**

☐ Normal / ☐ Abnormal — **General:** Appearance of the patient, including development, nutrition, body habitus, and attention to grooming, is normal. Integument appears normal.

☐ Normal / ☐ Abnormal — **Musculoskeletal:** Normal range of motion is seen. Normal spinal curvature is noted.

☐ Normal / ☐ Abnormal — **Neck:** Neck is soft, supple. No lymphadenopathy or thyromegaly is noted.

Continued

Outpatient Neurology Clinic Follow-up        Page 2
Patient: D. Hamilton            Date: 3-23-06

☒ Normal / ☐ Abnormal **Vascular:** Heart is regular rate and rhythm, no carotid bruits are appreciated. Peripheral pulses are intact in all four extremities.

☒ Normal / ☐ Abnormal **Pulmonary:** Lungs clear to auscultation.

☒ Normal / ☐ Abnormal **Mental Status:** The patient is alert and oriented to person, place and time. Logic, reasoning and insight appear within normal limits. Both short-term and remote memory is intact. There is no evidence for right-left disorientation, language abnormality or abnormal thought content. Attention span, concentration and fund of knowledge, including awareness of current events, past history and vocabulary, etc., appear normal.

☒ Normal / ☐ Abnormal **Sensory:** Sensation is intact to pin, temperature, vibration, proprioception, graphesthesia, stereognosis and double simultaneous stimulation bilaterally.

☒ Normal / ☐ Abnormal **Motor:** Strength is 5/5 in the upper and lower extremities bilaterally, both proximally and distally. There is no evidence of fasciculation or atrophy. Pronator drift is absent. Fine motor movements appear symmetric. Normal bulk and tone are noted.

☒ Normal / ☐ Abnormal **Reflexes:** Deep tendon reflexes are 2/4 at the biceps, triceps and brachioradialis as well as at the patella and Achilles' bilaterally. Babinski, Chaddock, and Oppenheim responses are absent. Primitive reflexes are absent. Hoffman's and Tromner's responses are symmetric.

☒ Normal / ☐ Abnormal **Cranial Nerves:** The pupils are equal, round and reactive OU. Extraocular muscles are intact. The funduscopic exam reveals no sign of papilledema or hemorrhage. Corneal reflex is intact bilaterally. Facial sensation is intact and symmetric. The face appears grossly symmetric. The uvula is midline, and the palate elevates symmetrically. Hearing tested by Weber and Rinne is within normal limits. The tongue is midline without deviation or fasciculation. The trapezius muscle strength is equal bilaterally.

☒ Normal / ☐ Abnormal **Cerebellum, Gait and Coordination:** Finger to nose, finger to finger to nose, rapid alternating movements and heel to shin are performed without signs of cerebellar ataxia bilaterally. Nystagmus is absent. Romberg is absent. Tandem gait appears within normal limits.

**IMPRESSION:**
(ICD9 CODES:)   TN   Pain free.

**RECOMMENDATION:** Decision to stay on Topamax. 3½ mos samples given. Will only cost $30/wk if he buys it weekly instead of monthly.

RTC _____

[signature]

## CYNTHIA A. SLOAN, D.O., P.A.

2255 NORTH LOOP 336 WEST, Suite #B
CONROE, TX 77304

Telephone: (936) 788-2233
Fax: (936) 788-2330

### PROGRESS NOTES

Last Name: Hamilton
First Name: Derrick
Chart No: 2510
Date: 03/28/2006
Date of Birth: 11/19/1946

d/c Lyrica $$$
also no real change Sx

Topamax 800 mg /D — works well
+ Neurontin 800mg + TID (2400)

21 200mg tabs = 7 days $30

Wants to do what it takes to stay on Topamax.

Has done well except during change over from Neurontin/Gabapentin to Lyrica.
— ear problems (couldn't hear) ENT Rod Nasonex+ Zyrtec Z Pak
thinks this interacted w/ Topamax
took weeks to get out system

Pain much better. 0 Pain talking + eating OK.

HCWilliams

Physician Signature/ Date



**CYNTHIA A. SLOAN, D.O.**
NEUROLOGY
2255 NORTH LOOP 336 WEST
SUITE B
CONROE, TEXAS 77304

TELEPHONE (936) 788-2233
TELEFAX (936) 788-2330

①
② Stop Neurontin

Typical Starting of Lyrica
is 75mg 1A 1P
but all things considered
~~225mg~~ 75mg   1 tab   3x/D  1-2/D
~~450mg~~ then   2 tab   3x/D
       Max 600mg /D

③ ↑ Topamax to 800mg /D

Reminder:
Threshold (over the hump) vs
weaning off
ie Stack the pills vs spread them out.