# Exhibit G



# CYNTHIA A. SLOAN, D.O., P.A.
## NEUROLOGY

### OUTPATIENT NEUROLOGY CLINIC FOLLOW-UP

PATIENT: Derrick Hamilton   DATE OF BIRTH: 1-19-46   AGE: 59

DATE: 1-2-06   ATTENDING PHYSICIAN: Dr. Smicklas   MR#: 2510

(RIGHT) / LEFT - HANDED

ALLERGIES: _____

VITAL SIGNS: BP: 112/71   Pulse: 57   Temperature: 96.1   Weight: 242

Reason for Visit: Headaches

Medications: ☐ Unchanged   ☐ Changed since last visit
Lovegran 100 mg, II TID
Neurontin 800 mg, I TID

Results of Labs; EEG; Neuroimaging (if any): _____

Pertinent Family History: _____

### PHYSICAL AND NEUROLOGIC EXAM:

☐ Normal
☐ Abnormal

General: Appearance of the patient, including development, nutrition, body habitus, and attention to grooming, is normal. Integument appears normal.

☒ Normal
☐ Abnormal

Musculoskeletal: Normal range of motion is seen. Normal spinal curvature is noted.

☒ Normal
☐ Abnormal

Neck: Neck is soft, supple. No lymphadenopathy or thyromegaly is noted.

 

Outpatient Neurology Clinic Follow-up
Patient: _R. Hamilton_                                                                                       Page 2
                                                                                                              Date 1-21-06

☑ Normal  ☐ Abnormal — **Vascular:** Heart is regular rate and rhythm, no carotid bruits are appreciated. Peripheral pulses are intact in all four extremities.

☑ Normal  ☐ Abnormal — **Pulmonary:** Lungs clear to auscultation.

☑ Normal  ☐ Abnormal — **Mental Status:** The patient is alert and oriented to person, place and time. Logic, reasoning and insight appear within normal limits. Both short-term and remote memory is intact. There is no evidence for right-left disorientation, language abnormality or abnormal thought content. Attention span, concentration and fund of knowledge, including awareness of current events, past history and vocabulary, etc., appear normal.

☑ Normal  ☐ Abnormal — **Sensory:** Sensation is intact to pin, temperature, vibration, proprioception, graphesthesia, stereognosis and double simultaneous stimulation bilaterally.

☑ Normal  ☐ Abnormal — **Motor:** Strength is 5/5 in the upper and lower extremities bilaterally, both proximally and distally. There is no evidence of fasciculation or atrophy. Pronator drift is absent. Fine motor movements appear symmetric. Normal bulk and tone are noted.

☑ Normal  ☐ Abnormal — **Reflexes:** Deep tendon reflexes are 2/4 at the biceps, triceps and brachioradialis as well as at the patella and Achilles' bilaterally. Babinski, Chaddock, and Oppenheim responses are absent. Primitive reflexes are absent. Hoffman's and Tromner's responses are symmetric.

☑ Normal  ☐ Abnormal — **Cranial Nerves:** The pupils are equal, round and reactive OU. Extraocular muscles are intact. The funduscopic exam reveals no sign of papilledema or hemorrhage. Corneal reflex is intact bilaterally. Facial sensation is intact and symmetric. The face appears grossly symmetric. The uvula is midline, and the palate elevates symmetrically. Hearing tested by Weber and Rinne is within normal limits. The tongue is midline without deviation or fasciculation. The trapezius muscle strength is equal bilaterally.

☑ Normal  ☐ Abnormal — **Cerebellum, Gait and Coordination:** Finger to nose, finger to finger to nose, rapid alternating movements and heel to shin are performed without signs of cerebellar ataxia bilaterally. Nystagmus is absent. Romberg is absent. Tandem gait appears within normal limits.

**IMPRESSION:**
(ICD9 CODES:)

TGN     Doing great

**RECOMMENDATION:**

GPN

RTC _____ 6 mos

 

## CYNTHIA A. SLOAN, D.O., P.A.

2255 NORTH LOOP 336 WEST, Suite #B  
CONROE, TX 77304

Telephone: (936) 788-2233  
Fax: (936) 788-2330

### PROGRESS NOTES

Last Name: Hamilton  First Name: Derrick  Chart No.: 2510
Date: 11/21/2006  Date of Birth: 11/19/1946

f/u 6 mths. —

Zonegran 100mg īī 8am + 2pm īī 8pm    (600 mg/d);
Neurontin 800 mg + 8am + 2pm + 8pm    (2400 mg/d)

pt realizes he has 1 tab of Zonegran to "play with"
should the "BIG one hit".

Pleasant & easy switch from Topamax.

almost pain free — occasional twinges
pain generally ½/10  ☺ (<1)

F/u 6mths ok?                            C/A Williams

Physician Signature/ Date