# Exhibit H



# CYNTHIA A. SLOAN, D.O., P.A.
### NEUROLOGY

## OUTPATIENT NEUROLOGY CLINIC FOLLOW-UP

PATIENT: Derrick d Hamilton   DATE OF BIRTH: 11-19-46   AGE: 60

DATE: 5-8-07   ATTENDING PHYSICIAN: Dr. Strickland   MR#: 251C

RIGHT / **LEFT** - HANDED

ALLERGIES: PCN + Tegretol

VITAL SIGNS:   BP: 122/71   Pulse: 69   Temperature: 97.5   Weight: 231

Reason for Visit: Eccas twinge. Bdashay was little than conigian hurt to for HB

**Medications:**  ☐ Unchanged      ☐ Changed since last visit

**Results of Labs; EEG; Neuroimaging (if any):**

**Pertinent Family History:**

## PHYSICAL AND NEUROLOGIC EXAM:

☐ Normal  
☐ Abnormal  
**General:** Appearance of the patient, including development, nutrition, body habitus, and attention to grooming, is normal. Integument appears normal

☐ Normal  
☐ Abnormal  
**Musculoskeletal:** Normal range of motion is seen. Normal spinal curvature is noted.

☐ Normal  
☐ Abnormal  
**Neck:** Neck is soft, supple. No lymphadenopathy or thyromegaly is noted.

Continued

Outpatient Neurology Clinic f/up  
Patient: Derrick Hamilton  
Page 2  
Date: 5-8-0(?)

| | | |
|---|---|---|
| ☐ Normal<br>☐ Abnormal | **Vascular:** | Heart is regular rate and rhythm; no carotid bruits are appreciated. Peripheral pulses are intact in all four extremities. |
| ☑ Normal<br>☐ Abnormal | **Pulmonary:** | Lungs clear to auscultation. |
| ☑ Normal<br>☐ Abnormal | **Mental Status:** | The patient is alert and oriented to person, place and time. Logic, reasoning and insight appear within normal limits. Both short-term and remote memory is intact. There is no evidence for right-left disorientation, language abnormality or abnormal thought content. Attention span, concentration and fund of knowledge, including awareness of current events, past history and vocabulary, etc., appear normal. |
| ☑ Normal<br>☐ Abnormal | **Sensory:** | Sensation is intact to pin, temperature, vibration, proprioception, graphesthesia, stereognosis and double simultaneous stimulation bilaterally. |
| ☑ Normal<br>☐ Abnormal | **Motor:** | Strength is 5/5 in the upper and lower extremities bilaterally, both proximally and distally. There is no evidence of fasciculation or atrophy. Pronator drift is absent. Fine motor movements appear symmetric. Normal bulk and tone are noted. |
| ☑ Normal<br>☐ Abnormal | **Reflexes:** | Deep tendon reflexes are 2/4 at the biceps, triceps and brachioradialis as well as at the patella and Achilles' bilaterally. Babinski, Chaddock, and Oppenheim responses are absent. Primitive reflexes are absent. Hoffman's and Tromner's responses are symmetric. |
| ☑ Normal<br>☐ Abnormal | **Cranial Nerves:** | The pupils are equal, round and reactive OU. Extraocular muscles are intact. The funduscopic exam reveals no sign of papilledema or hemorrhage. Corneal reflex is intact bilaterally. Facial sensation is intact and symmetric. The face appears grossly symmetric. The uvula is midline, and the palate elevates symmetrically. Hearing tested by Weber and Rinne is within normal limits. The tongue is midline without deviation or fasciculation. The trapezius muscle strength is equal bilaterally. |
| ☑ Normal<br>☐ Abnormal | **Cerebellum, Gait and Coordination:** | Finger to nose, finger to finger to nose, rapid alternating movements and heel to shin are performed without signs of cerebellar ataxia bilaterally. Nystagmus is absent. Romberg is absent. Tandem gait appears within normal limits. |

**IMPRESSION:**  
(ICD9 CODES:)   TGN

**RECOMMENDATION:**  
Neurontin to QID  
Cont Zonegran 100 ii PO

RTC _____ 6 mos _____

_Cynthia A. Sloan, D.O._ (signature)  
Cynthia A. Sloan, D.O.

## CYNTHIA A. SLOAN, D.O., P.A.

2255 NORTH LOOP 336 WEST, Suite #B  
CONROE, TX 77304

Telephone: (936) 788-2233  
FAX: (936) 788-2330

### PROGRESS NOTES

Last Name: Hamilton  
First Name: Derick  
Chart No.: 2510  
Date: 5-8-02  
Date of Birth: 11-19-66

Flu 6 mths.   Wt ↓ 28 lbs since Oct '0?

Zonegran 100mg ii TID  (600/d)  "  
Neurontin 800mg i TID  (2400/d)

(+) twinges of pain  
Cold weather, cold drink on cold day;  
still cautious w/ eating  
same w/ shaving — tender

Admits Topamax probably worked better  
but too expensive.

MCWilliams

Physician Signature/ Date