# Exhibit I



# CYNTHIA A. SLOAN, D.O., P.A.
## NEUROLOGY

### OUTPATIENT NEUROLOGY CLINIC FOLLOW-UP

PATIENT: Derrick Hamilton     DATE OF BIRTH: 11/19/46     AGE: 61

DATE: 3-19-08     ATTENDING PHYSICIAN: Dr. Steckland     MR#: 2510

RIGHT / LEFT - HANDED

ALLERGIES: PCN; Tegretol

VITAL SIGNS:   BP: 110/64   Pulse: 65   Temperature: 96.4   Weight: 239

Reason for Visit: Prev. Top. dose 200/D

Pt did best w/ Top + Neurontin

**Medications:**   ☐ Unchanged        ☐ Changed since last visit

Results of Labs; EEG; Neuroimaging (if any): _____

Pertinent Family History: _____

### PHYSICAL AND NEUROLOGIC EXAM:

☐ Normal
☐ Abnormal       General: Appearance of the patient, including development, nutrition, body habitus, and attention to grooming, is normal. Integument appears normal.

☐ Normal
☑ Abnormal       Musculoskeletal: Normal range of motion is seen. Normal spinal curvature is noted.

☐ Normal
☑ Abnormal       Neck: Neck is soft, supple. No lymphadenopathy or thyromegaly is noted.

Continued

**Outpatient Neurology Clinic Follow-up**
Patient: Derrick Hamilton

Page 2
Date: 3/9-08

- ☐ Normal / ☑ Abnormal — **Vascular:** Heart is regular rate and rhythm; no carotid bruits are appreciated. Peripheral pulses are intact in all four extremities.

- ☑ Normal / ☐ Abnormal — **Pulmonary:** Lungs clear to auscultation.

- ☑ Normal / ☐ Abnormal — **Mental Status:** The patient is alert and oriented to person, place and time. Logic, reasoning and insight appear within normal limits. Both short-term and remote memory is intact. There is no evidence for right-left disorientation, language abnormality or abnormal thought content. Attention span, concentration and fund of knowledge, including awareness of current events, past history and vocabulary, etc., appear normal.

- ☑ Normal / ☐ Abnormal — **Sensory:** Sensation is intact to pin, temperature, vibration, proprioception, graphesthesia, stereognosis and double simultaneous stimulation bilaterally.

- ☑ Normal / ☐ Abnormal — **Motor:** Strength is 5/5 in the upper and lower extremities bilaterally, both proximally and distally. There is no evidence of fasciculation or atrophy. Pronator drift is absent. Fine motor movements appear symmetric. Normal bulk and tone are noted.

- ☐ Normal / ☐ Abnormal — **Reflexes:** Deep tendon reflexes are 2/4 at the biceps, triceps and brachioradialis as well as at the patella and Achilles' bilaterally. Babinski, Chaddock, and Oppenheim responses are absent. Primitive reflexes are absent. Hoffman's and Tromner's responses are symmetric.

- ☐ Normal / ☐ Abnormal — **Cranial Nerves:** The pupils are equal, round and reactive OU. Extraocular muscles are intact. The funduscopic exam reveals no sign of papilledema or hemorrhage. Corneal reflex is intact bilaterally. Facial sensation is intact and symmetric. The face appears grossly symmetric. The uvula is midline, and the palate elevates symmetrically. Hearing tested by Weber and Rinne is within normal limits. The tongue is midline without deviation or fasciculation. The trapezius muscle strength is equal bilaterally.

- ☐ Normal / ☐ Abnormal — **Cerebellum, Gait and Coordination:** Finger to nose, finger to finger to nose, rapid alternating movements and heel to shin are performed without signs of cerebellar ataxia bilaterally. Nystagmus is absent. Romberg is absent. Tandem gait appears within normal limits.

**IMPRESSION:**
(ICD9 CODES:)    TGN

**RECOMMENDATION:**
To titrate back up to 100 BID
Cont Neurontin 800 TID
Zonegran 100 ½ PM

RTC _____

Cynthia A. Sloan, D.O.

## CYNTHIA A. SLOAN, D.O., P.A.

2255 NORTH LOOP 336 WEST, Suite #B
CONROE, TX 77304

Telephone: (936) 788-2233
Fax: (936) 788-2330

### PROGRESS NOTES

Last Name: Hamilton
First Name: Derrick
Chart No.: 2510
Date: 3/19/08
Date of Birth: 11/19/46

Flu 4 mths TGN

Sept '07 Nerve Block w/ repeat Feb '08 (Dr Gopalani)
2nd block not as helpful as 1st (lasted 6 mths).

Pt started adding Topamax 25mg T TID
seemed to help control pain w/ other meds.

Meds: Topamax 25mg T TID         75/d
      Zonegran 100mg TT BID      400/d
      Neurontin 800mg  1½ AM  1 pm  1½ hs
                       1200 +  800 + 1200 (3200/d)

Dr Gopalani suggested nerve "burn"
per pt said only last 6 mths so declined.

Pt to send in Johnson + Johnson
Pt Asst Program.

_Nicole Williams_

Physician Signature/ Date