# Exhibit K

Tiberio, Matthew (x2904)

**From:** Kenneth Fromson [KFromson@lawampm.com]
**Sent:** Monday, December 06, 2010 1:56 PM
**To:** Tiberio, Matthew (x2904)
**Cc:** Winter, John D. (x2836)
**Subject:** RE: Hamilton v. J&J (Topamax)

Matthew –

I just read the correspondence that accompanied the draft protective order, and in terms of a lack of "understanding" to my use of the term "substantive responses", let me try and clarify what I mean by that term. Please do not take this as argumentative. When a response to a request for production is received, the response can be substantive (e.g., having practical importance, value and effect; having actual, real documents attached to the request for production). Alternatively, the response can be perfunctory (e.g., superficial and routine) without any documents, even where there are no objections posed. I hope this serves to clarify the situation and any misunderstanding to the term "substantive responses". From Plaintiff's perspective, your responses were perfunctory, even accounting for the fact that we did not expect you to re-serve duplicative discovery from the Earhart case.

Kenneth Fromson, Esq.

Finkelstein & Partners, LLP

1279 Route 300, Box 1111

Newburgh, NY 12551

845-562-0203 x2755

KFromson@lawampm.com

From: Tiberio, Matthew (x2904) [mailto:mtiberio@pbwt.com]
Sent: Monday, December 06, 2010 12:29 PM
To: Kenneth Fromson
Cc: Winter, John D. (x2836)
Subject: Hamilton v. J&J (Topamax)

Dear Ken –

Attached is a letter regarding your November 30th e-mail and a draft protective order.

1

Best regards,


Matt



Matt Tiberio
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Tel:   212-336-2904
Fax:   212-336-2222
Email:   mtiberio@pbwt.com




---

This Email has been scanned for all viruses by PAETEC's Hosted E-mail Security Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.
---

------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.


------------------------------------------------


IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

==============================================================================

---

Confidentiality Notice
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by

reply email, delete the email and any attachments and destroy all copies of the original message.
Thank you.

3