# Exhibit L

Tiberio, Matthew (x2904)

| | |
|---|---|
| **From:** | Amy Fischer [amyfischer@oklahomacounsel.com] |
| **Sent:** | Thursday, September 16, 2010 4:27 PM |
| **To:** | 'Kenneth Fromson' |
| **Cc:** | Winter, John D. (x2836); 'Krysta Schuler' |
| **Subject:** | RE: Kendrick/Fowler v. J&J - summary of call |

Kenneth:

Regarding the depositions, I will be on maternity leave in November (I am due November 8th). If we are unable to find an October date, we may have to go to January.  Let's see what date Earl proposes.

Amy Sherry Fischer

Foliart, Huff, Ottaway and Bottom

405-232-4633

From: Kenneth Fromson [mailto:KFromson@lawampm.com]
Sent: Thursday, September 16, 2010 3:22 PM
To: 'amyfischer@oklahomacounsel.com'
Cc: jwinter@pbwt.com
Subject: Kendrick/Fowler v. J&J - summary of call

This is not meant to be a formal record of the call. So, please do not take it as such, but I think its useful for our continued coordination on discovery.

1.      Defense to consider disclosure of IMS data for the defendant/prescriber. In this regard, I am interested in getting data as far back in past (but I think 3 years is sufficient), through 2010.  I ask for this range so as to see if there was a change in prescribing practice based on the FDA Alert or changes/if any to Defendant's package insert.

2.      Defense will endeavor to provide sales rep call notes within 2 weeks in electronic format, along with last known address of the sale rep.

3.      Defense will continue to search for legacy/custodial file of the sales rep; I understand there may simply not be one.

1

4.      Training materials regarding the sales rep are presumably the same training materials previously exchanged in the Earhart v. J&J case (NJ Superior). I agree there is no reason to duplicate efforts and re-exchange another set. I would appreciate that in the future we reach a formal agreement or stip on this representation, or I would ask that you simply send me an email or letter to this effect.

5.      Parties will continue to collaborate on scheduling of deposition of Plaintiff at a time consecutively to Defendant prescriber's deposition. Im getting very backed up in October and so I would ask that you consider November.

Kenneth Fromson, Esq.

Finkelstein & Partners, LLP

1279 Route 300, Box 1111

Newburgh, NY 12551

845-562-0203 x2755

KFromson@lawampm.com

_____

Confidentiality Notice
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message.
Thank you.