# Exhibit M

**Tiberio, Matthew (x2904)**

---

| | |
|---|---|
| **From:** | Michele Fay [MFay@lawampm.com] |
| **Sent:** | Wednesday, December 29, 2010 9:54 AM |
| **To:** | Winter, John D. (x2836) |
| **Cc:** | Kenneth Fromson |
| **Subject:** | Hamilton |
| **Attachments:** | image001.jpg; Hamilton 26a disclosure.pdf; Hamilton response to production of documents.pdf; Hamilton response to interrogatories.pdf |

Mr. Winter,


Attached are Plaintiff's Rule 26a Disclosure, Response to Request for Production of Documents, and Response to Interrogatories.


A disk containing medical records will follow via US mail.


Michele Haber-Fay, Paralegal, non-attorney

Finkelstein & Partners, LLP

1279 Route 300

PO Box 1111

Newburgh, NY  12551

845-562-0203 ext. 2001

mfay@lawampm.com


_____

Confidentiality Notice
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by

reply email, delete the email and any attachments and destroy all copies of the original
message.
Thank you.