# Exhibit P

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS :
        LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------------------- x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           : Magistrate Judge Leo T. Sorokin
                                            :
        Paulette Hamilton, as Administratrix and  :
        Personal Representative of the Estate of
        DERRICK HAMILTON                    :
------------------------------------------------------------- x

## AFFIDAVIT OF ELIZABETH EVERETT CHERKIS

1.  My name is Elizabeth Everett Cherkis. I am more than 21 years of age. I am in all respects competent to testify to the facts set forth in this Affidavit. The facts set forth in this Affidavit are within my personal knowledge, and are true and correct to the best of my knowledge.

2.  I am an attorney with the law firm of LeClairRyan ("LeClair"). I am a partner in the firm's Discovery Solutions Practice Group. The practice group specializes in the collection, review and production of paper and electronic documents in complex, large-scale litigation.

3.  Defendants, Janssen Ortho LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Pharmaceutical Research & Development, L.L.C., and Johnson & Johnson ("Defendants") retained LeClair in May 2008 to coordinate the collection, review and production of paper and electronic documents in conjunction with various product liability lawsuits pertaining to TOPAMAX® ("the TOPAMAX® litigation"). With my practice group partners, I

share oversight responsibility for the collection, review and production of documents in the TOPAMAX® litigation.

4. From April 2009 to present, LeClair has reviewed and produced approximately 1.2 million pages of TOPAMAX® documents collected from nine employee sources and two department sources. In addition, Defendants have made three media productions and one production of TOPAMAX®-related records from the global adverse event database.

5. Plaintiff Paulette Hamilton ("Plaintiff") has requested that Defendants produce all documents regarding TOPAMAX® and "suicidality, suicide, suicide attempts, suicidal ideation, suicide related events, suicidal behavior, and/or events with evidence of self-harm from the custodial files of Defendants' employees whose job responsibilities include sales and/or marketing" of TOPAMAX®.

6. It is estimated that Defendants have employed hundreds of people whose job responsibilities include the sale and/or marketing of TOPAMAX®.

7. This Affidavit assumes potentially relevant documents would be collected from only 50 employee sources.

8. Based on information available to me at this time, I estimate there would be 500,000 documents to collect and review in order to respond to Plaintiff's Request.

9. Based upon my experience with this and other pharmaceutical document review cases, I estimate that it will take 20,000 hours and cost more than $1 million dollars in legal fees and related costs to collect, process, review and produce these documents.

I declare and certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ELIZABETH EVERETT CHERKIS

COMMONWEALTH OF VIRGINIA     )
                             ) to-wit:
CITY/~~COUNTY~~ OF Richmond  )

Subscribed and sworn to before me this 24th day of January, 2011.

_____
Notary Public

My commission expires: 4/30/2014.

