UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING,     : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS    :
LIABILITY LITIGATION            : Master File No. 04-10981

---

                                :
THIS DOCUMENT RELATES TO:       : Judge Patti B. Saris
                                : Magistrate Judge Leo T. Sorokin
Paulette Hamilton, as Administratrix and :
Personal Representative of the Estate of :
DERRICK HAMILTON                :

---

## CERTIFICATE OF SERVICE

I hereby certify that Defendants Janssen Ortho LLC's, Ortho-McNeil-Janssen-Pharmaceuticals, Inc.'s, Johnson & Johnson Pharmaceutical Research & Development, L.L.C.'s, and Johnson & Johnson's Memorandum of Law in Opposition to Paulette Hamilton's Motion to Compel Production of Documents has been filed through the ECF system and served pursuant to Case Management Order #3 on January 24, 2011

Dated: January 24, 2011

/s/ John D. Winter
John D. Winter