UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> ALL BOONE PRODUCT LIABILITY ACTIONS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

---

**DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS' APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a deficiency letter sent to the Boone Law Firm dated November 23, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the December 1, 2010, status conference held in the United States District Court for the District of Massachusetts.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the January 7, 2011, deposition of Josephine Jackson.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the January 13, 2011, deposition of Jacqueline Kendrick.

6. Attached hereto as Exhibit E is a chart of the names of legal professionals who worked on Pfizer's Motion to Compel, the number of hours they worked, the name of their graduate institution, and their class year.

2

I declare the foregoing statements are true and correct under the penalties of perjury, this the 24th day of January, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 24, 2011.

/s/ Ana M. Francisco
Ana M. Francisco