# **EXHIBIT E**

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Chart of Hours Worked**

| Paralegal | Hours | | |
|---|---|---|---|
| Levon Alexanian | 56.4 | | |
| Santiago Assalini | 12.5 | | |
| Kizzy Bivins | 26.0 | | |
| Beth Brivic | 30.0 | | |
| Christopher Brolley | 16.0 | | |
| Ilisa Chaconas | 5.5 | | |
| Alissa Curran | 14.7 | | |
| Damion Fallon | 6.6 | | |
| Elizabeth Friedler | 1.5 | | |
| Kurt Halverson | 18.0 | | |
| Paige Horine | 22.4 | | |
| Cyndy Jensen | 36.3 | | |
| Keith LaRock | 2.8 | | |
| Christopher Lavin | 2.7 | | |
| Edward Lett | 2.5 | | |
| Nordo Nissi | 70.1 | | |
| Julie Nociolo | 2.0 | | |
| Shaun Pick | 12.5 | | |
| Maggie Scally | 10.6 | | |
| Jessica Sherwood-Noguchi | 10.7 | | |
| Johanna Snyder | 37.3 | | |
| Jenifer Woods | 31.6 | | |
| **Total** | 428.7 | | |
| **Junior Associate** | **Hours** | **Law School** | **Class Year** |
| Matt Johnson | 5.8 | Northwestern University School of Law | 2005 |
| Stephen Oertle | 16.5 | University of Michigan Law School | 2007 |
| Deborah Parraz | 16.5 | University of Maryland, School of Law | 2006 |
| Brittain Sexton | 97.6 | University of Tennessee | 2008 |
| Lincoln Wilson | 29.2 | Seton Hall University School of Law | 2008 |
| Scott Wilson | 21.8 | Columbia Law School | 2007 |
| **Total** | 187.4 | | |
| **Senior Associate** | **Hours** | **Law School** | **Class Year** |
| Katherine Arthur | 53.5 | Duke University School of Law | 2005 |
| Mauricio Gonzalez | 24.0 | Cornell Law School | 2003 |
| Megan Jones | 6.1 | Harvard Law School | 2003 |
| Lisa Nousek | 6.5 | University of Virginia School of Law, | 2005 |
| Stephanie Reedy | 17.3 | University of Denver Sturm College of Law | 2001 |
| Sean Saxon | 12.7 | University of Memphis School of Law | 1997 |
| **Total** | 120.1 | | |

1

| Partner/Counsel | Hours | Law School | Class Year |
|---|---|---|---|
| Mark Cheffo | 4.0 | Boston University School of Law | 1990 |
| Andrew Efaw | 25.7 | University of Pennsylvania Law School | 1997 |
| Michele Kendus | 8.9 | University of Baltimore School of Law | 2000 |
| William Marsillo | 5.0 | Harvard Law School | 1997 |
| Andrew Myers | 9.7 | University of California Boalt Hall School of Law | 2002 |
| Catherine Stevens | 49.0 | University of Louisville Louis D. Brandeis School of Law | 1995 |
| Magda Jimenez Train | 16.5 | Benjamin N. Cardozo School of Law | 1995 |
| **Total** | 118.8 | | |