UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:  NEURONTIN MARKETING, SALES                        :   MDL Docket No. 1629
        PRACTICES AND PRODUCTS                            :
        LIABILITY LITIGATION                              :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                 :
                                                          :   Magistrate Judge Leo T.
Dellapino Ballard v. Pfizer                               :   Sorokin
Case No. 06-cv-11154                                      :
                                                          :
Jason Morrow v. Pfizer                                    :
Case No. 06-cv-11589                                      :
                                                          :
Scott Alan Watson v. Pfizer                               :
Case No. 05-cv-12002                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DEFENDANTS' MOTION TO DISMISS FOR
FAILURE TO RESPOND TO DISCOVERY**

Pursuant to this Court's December 6, 2010 Order, and Federal Rule of Civil Procedure 37(b)(2)(A), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to dismiss the *pro se* Plaintiffs listed below for failure to produce responses to template discovery, and failure to comply with the Court's discovery orders.[1]  Despite this Court's orders, template discovery responses and certain other required discovery materials have still not been provided for the following *pro se* Plaintiffs:

| Plaintiff | Case No. |
|---|---|
| Dellapino Ballard | 06-cv-11154 |
| Jason Morrow | 06-cv-11589 |
| Scott Alan Watson | 05-cv-12002 |

---

[1] Defendants reserve the right to move to dismiss, at a later date, any additional *pro se* Plaintiffs that have failed to respond to template discovery.

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law, and a proposed order is attached.

WHEREFORE, Defendants respectfully request that the above-listed *pro se* Plaintiffs' cases be dismissed with prejudice.

Dated: January 24, 2011                                  Respectfully submitted,

           SKADDEN, ARPS, SLATE,
             MEAGHER & FLOM LLP

           By:   /s/ Mark S. Cheffo
                  Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

           By:   /s/ Ana M. Francisco
                  Ana M. Francisco
                  BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF CONSULTATION**

I certify that counsel attempted to confer in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

                                                /s/ Catherine B. Stevens
                                                Catherine B. Stevens

**CERTIFICATE OF SERVICE**

 I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 24, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco
