UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Dellapino Ballard v. Pfizer* : Sorokin
Case No. 06-cv-11154 :
:
:
*Jason Morrow v. Pfizer* :
Case No. 06-cv-11589 :
:
:
*Scott Alan Watson v. Pfizer* :
Case No. 05-cv-12002 :
:
------------------------------------------------x

**DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS FOR FAILURE TO RESPOND TO DISCOVERY**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of September 30, 2010 and December 10, 2010 cover letters sent to Plaintiff James Morrow.

3. Attached hereto as Exhibit B is a true and correct copy of September 30, 2010 and December 10, 2010 cover letters sent to Plaintiff Scott Allan Watson.

3. Attached hereto as Exhibit C is a true and correct copy of September 30, 2010 and December 10, 2010 cover letters sent to Plaintiff Dellapino Ballard.

4. Attached hereto as Exhibit D is a true and correct copy of returned mail addressed to Plaintiffs James Morrow, Scott Allan Watson and Dellapino Ballard.

5. Attached hereto as Exhibit E is a true and correct copy of the April 10, 2007

Decision and Order of the Honorable Gary L. Sharpe.

Signed under the penalties of perjury this 24th day of January 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 24, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco