# EXHIBIT B

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 30, 2010

BY US MAIL
Mr. Scott Alan Watson
#22334
Wyoming State Penitentiary
PO Box 400
Rawlins, WY 82301

RE: In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL No. 1629

Dear Mr. Watson:

   Magistrate Judge Sorokin's August 11, 2010, Pro Se Products Cases Discovery Order [3026] ("the Order") required you to produce responses to Defendants' template discovery requests, blank medical authorizations, a list of the name, address and contact information for each healthcare provider during the relevant period, the date of alleged injury, and, if applicable, the death certificate and letters testamentary. Defendants have enclosed template discovery requests, blank medical authorizations and a form on which you can provide the additional information required by the Order. Please return the completed documents to me by November 30, 2010.

Sincerely,

*Catherine S*

Catherine B. Stevens

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 10, 2010

BY US MAIL
Mr. Scott Alan Watson
#22334
Wyoming State Penitentiary
PO Box 400
Rawlins, WY 82301

RE: In re: Neurontin Marketing, Sales Practices, and
Products Liability Litigation MDL No. 1629

Dear Mr. Watson:

Magistrate Judge Sorokin's August 11, 2010, Pro Se Products Cases Discovery Order [3026] required you to produce responses to Defendants' template discovery requests, blank medical authorizations, a list of the name, address and contact information for each healthcare provider during the relevant period, the date of alleged injury, and, if applicable, the death certificate and letters testamentary. On September 30, 2010, Defendants sent template discovery requests, blank medical authorizations and the form on which you were to provide the information required by the Order. We asked that you return the completed documents to me by November 30, 2010.

We still have not received any of the requested discovery materials that you were obligated to produce, and your responses are overdue. We are enclosing the outstanding template discovery requests, blank medical authorizations, the form on which you were to provide the information required by the Order, along with a copy of the Court's December 6, 2010, Order to Pro Se Plaintiffs to Comply and Notice of Possible Dismissal [3141].

Scott Alan Watson
December 10, 2010
Page 2

If we do not receive a response from you by January 10, 2011, we will move to dismiss your case.

Sincerely,

*Catherine Stevens /jvs*

Catherine B. Stevens