# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

Mr. Jason Morrow
2286 39th Street
Number 6
San Diego, CA 92116

☐ UNDELIVERABLE
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ OTHER
☐ UNCLAIMED
☐ REFUSED

This envelope/package was opened
in the Mail Center to determine the
appropriate recipient.

MORROW STEVENS
42-310
4B

FIRST CLASS



$ 02.58⁰
DEC 10 2010
MAILED FROM ZIP CODE 10036

**RETURN TO SENDER**
**NO LONGER AT THIS ADDRESS**

Mark S. Cheffo, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

Mr. Scott Alan Watson
#22334
Wyoming State Penitentiary
PO Box 400
~~Rawlins, WY 82301~~

NIXIE

3017 1          18   10/07/10

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

FIRST CLASS




02 1M
0004270085
MAILED FROM ZIP CODE 10036
UNITED STATES POSTAGE
$ 02.58⁰
SEP 30 2010
PITNEY BOWES

NIXIE          3007 1        05    12/16/10

RETURN TO SENDER
UNABLE TO FORWARD
REFUSED
RETURN TO SENDER

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

Mr. Scott Alan Watson
#22334

RETURN TO SENDER

NO LONGER AT THIS ADDRESS

Catherine Stevens
12-310
AB

This envelope/package was opened in the Mail Center to determine the appropriate recipient.

FIRST CLASS



02 1M
0004270085
MAILED FROM ZIP CODE 10036
$ 03.09⁰
DEC 10 2010
PITNEY BOWES
UNITED STATES POSTAGE



Mark S. Cheffo, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

Mr. Dellapino Ballard
Albany County Correctional Facility
840 Albany Shaker Road
Albany, NY 12211

NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD

FIRST CLASS



02 1M
0004270085
MAILED FROM ZIP CODE 10036
$02.58⁰
SEP 30 2010
PITNEY BOWES




SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

Mr. Dellapino Ballard

This envelope/package was opened in the Mail Center to determine the appropriate recipient

Atherns
Stevens
42-310
NB

05102261
RTS
DISC



FIRST CLASS