UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL BOONE PRODUCT LIABILITY ACTIONS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**JOINT LIST OF INTENDED FEBRUARY
DEPOSITIONS IN THE BOONE CASES**

Pursuant to Magistrate Judge Sorokin's June 9, 2010, Order, Defendants and the Plaintiffs represented by the Boone Law Firm respectfully submit the following list of intended depositions for the month of February.

The parties will commence depositions in February in those cases represented by the Boone Law Firm with 15 days of depositions regarding the following Plaintiffs: Linda Murray, Sherman McDonald, Mark Allen Prince, Mary Lawson, Kathy Phillips, Shannon Glass, Claudette Greer, Billie Harkins, Sallie Rippy, Sarah Shields, Nolan Williams, Morris Townsend, Shawand Hicks, Frank Hoover, Ollie Johnson, Joyce McAdory, Lolita Myers, Patricia Ann Rhodes, Taylor Williams, Debbie Sullivan, and Francis Womack.

2

Dated: January 25, 2011            Respectfully submitted,

                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP

                                      By:   /s/ Mark S. Cheffo
                                                 Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

                                      By:   /s/ Ana M. Francisco
                                                Ana M. Francisco
                                                BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 25, 2011.

                                              /s/ Ana. M. Francisco
                                              Ana M. Francisco