UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
          PRACTICES AND PRODUCTS
          LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   MDL Docket No. 1629
:
:   Master File No. 04-10981
:
:   Judge Patti B. Saris
:
:   Magistrate Judge Leo T.
:   Sorokin
:
:
:

**JOINT LIST OF INTENDED FEBRUARY
DEPOSITIONS IN THE SCHWARTZ CASES**

       Pursuant to Magistrate Judge Sorokin's June 9, 2010, Order, Defendants and the Plaintiffs represented by the Law Offices of Newton B. Schwartz submit the following list of intended depositions for the month of February.

       The parties will commence depositions in February in those cases represented by the Law Offices of Newton B. Schwartz with 15 days of Plaintiff and prescriber depositions, including depositions of the following Plaintiffs: Susan Brazell, Beth Bellino, Lester Carr, David Day, Christine Dozier, Shanna Ericsson-Harkness, Monica Gann, and Helen Wine.[1]

---

[1] Defendants have chosen these cases based on the Schwartz firm's representations that it is dismissing or withdrawing from all but approximately 35 of its cases. The above-mentioned cases are a part of the 35 remaining cases. To the extent the Schwartz firm fails to dismiss or withdraw pursuant to its representations to counsel regarding the same, Defendants will select other cases in which to take depositions in February, and will promptly notify the Court in that event.

Dated: January 25, 2011                     Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:       /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By:       /s/ Ana M. Francisco
         Ana M. Francisco
         BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 25, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco