UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                  :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                     :
         SALES PRACTICES AND                      :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION            :
-------------------------------------------------------------x   Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :   Magistrate Judge Leo T. Sorokin
                                                  :
Briggs v. Pfizer, et. al., No. 07-10327           :
Drinkwine v. Pfizer, et. al., No. 09-10836        :
Hairfield v. Pfizer, et. al., No. 08-10930        :
Hamilton v. Pfizer, et. al., No. 10-11023         :
Leu v. Pfizer Inc., et al., No. 09-10422          :
McLendon v. Pfizer, et. al., No. 08-12034         :
Morrow v. Pfizer, et. al., No. 08-11706           :
Newberry v. Pfizer, et. al., No. 07-11499         :
Peterson v. Pfizer, et. al., No. 10-10933         :
                                                  :
-------------------------------------------------------------x
```

## GENERIC DEFENDANTS' ASSENTED-TO MOTION TO STAY ALL PROCEEDINGS INVOLVING GENERIC DEFENDANTS

Teva Pharmaceuticals, USA, Inc., Ivax Pharmaceuticals, Inc., Actavis, Inc., Actavis Elizabeth, LLC, Purepac Pharmaceutical Co., (collectively "Generic Defendants"), with the assent of the Products Liability Plaintiffs' Steering Committee and the Pfizer defendants, respectfully move this Court for an order temporarily staying all proceedings, including case-specific and expert discovery and pre-trial motions practice in all cases in which the Generic Defendants are named, pending the United States Supreme Court's decision in three cases, *Pliva, Inc., et al. v. Mensing*, No. 09-993, *Actavis Elizabeth, LLC v. Mensing*, No. 09-1039, and *Actavis, Inc. v. Demahy*, No. 09-1501.  The Generic Defendants submit the accompanying memorandum in support thereof.

Dated:  January 26, 2011		Respectfully submitted,


					*Teva Pharmaceuticals, USA, Inc., and*
					*Ivax Pharmaceuticals, Inc.*

					By:  /s/ U. Gwyn Williams
					U. Gwyn Williams (BBO # 565181)
					Chad W. Higgins (BBO # 668924)
					GOODWIN PROCTER LLP
					Exchange Place
					Boston, MA 02109-2881
					617.570.1000
					gwilliams@goodwinprocter.com
					chiggins@goodwinprocter.com


					*Attorneys for Actavis, Inc., Actavis Elizabeth,*
					*LLC, and Purepac Pharmaceutical Co.*

					By: /s/ Megan Kinsey-Smith
					Megan Kinsey-Smith
					McKenna, Long & Aldredge, LLP
					1900 K Street, North West
					Suite 100
					Washington, DC 20006
					202-496-7500
					Fax: 202-496-7756
					mkinsey-smith@mckennalong.com

LIBNY/4986023.1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I certify that Members of the Plaintiffs' Products Liability Steering Committee, counsel for the Generic Defendants and the Pfizer Defendants have conferred in good faith and assent to the relief sought herein.

s/ U. Gwyn Williams

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) pursuant to Case Management Order #3 on January 26, 2011.

s/ U. Gwyn Williams