# EXHIBIT A

**(ORDER LIST: 562 U.S.)**

**FRIDAY, DECEMBER 10, 2010**

**CERTIORARI GRANTED**

09-993 ) PLIVA, INC., ET AL. V. MENSING, GLADYS
)
09-1039 ) ACTAVIS ELIZABETH, LLC V. MENSING, GLADYS
)
09-1501 ) ACTAVIS, INC. V. DEMAHY, JULIE

The petitions for writs of certiorari are granted. The cases are consolidated and a total of one hour is allotted for oral argument.

10-313 ) TALK AMERICA, INC. V. MICHIGAN BELL TELEPHONE CO.
)
10-329 ) ISIOGU, ORJIAKOR, ET AL. V. MI BELL TELEPHONE CO.

The petitions for writs of certiorari are granted. The cases are consolidated and a total of one hour is allotted for oral argument. Justice Kagan took no part in the consideration or decision of these petitions.

10-5400 TAPIA, ALEJANDRA V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.