# EXHIBIT E

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 02, 2008

### BEFORE

### RICHARD A. POSNER, *Circuit Judge*

| No.: 08-2265 | BONNIE J. MASON, Individually and as co-administrator of the estate of Tricia M. Mason, deceased, & WILLIAM L. MASON, Individually and as co-administrator of the estate of Tricia M. Mason, deceased, Plaintiffs - Appellants<br><br>v.<br><br>SMITHKLINE BEECHAM, doing business as Glaxosmithkline, a Pennsylvania Corporation, Defendant - Appellee |
|---|---|

**Originating Case Information:**
District Court No: 1:05-cv-01252-MMM-BGC
Central District of Illinois
District Judge Michael Mihm

Upon consideration of the **MOTION TO STAY PROCEEDINGS PENDING DECISION BY U.S. SUPREME COURT IN WYETH V. LEVINE**, filed on June 27, 2008, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. The parties shall file statements of position within 14 days of the Supreme Court's decision in *Wyeth v. Levine*, No. 06-1249.

form name: c7_Order_3J (form ID: 177)

FILED
United States Court of Appeals
Tenth Circuit

June 4, 2008

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| CANDACE MILLER; GEORGE MILLER,<br><br>    Plaintiffs-Appellants/<br>    Cross-Appellees,<br><br>v.<br><br>SMITHKLINE BEACHAM CORPORATION, d/b/a GlaxoSmithkline,<br><br>    Defendant - Appellee/<br>    Cross-Appellant. | Nos. 08-5042 and 08-5050 |

---

ORDER

---

Before **KELLY** and **McCONNELL**, Circuit Judges.

---

This appeal and cross-appeal are before the court based on a motion by Plaintiffs Candace and George Miller "for consolidation" of these appeals with *Dobbs v. Wyeth*, No. 08-6018 (W. D. Okla. filed Jan. 21, 2008), and for "briefing postponement" pending a decision by the United States Supreme Court in *Levine v. Wyeth*, 944 A.2d 179 (VT 2006), *cert. granted*, 128 S.Ct. 1118 (U.S. Jan. 18, 2008) (No. 06-1249).

Upon consideration, Plaintiffs' motion for consolidation is **DENIED**.

Plaintiffs' motion for briefing postponement is construed as a motion to abate and is **GRANTED**.

_____This appeal and cross-appeal are **ABATED** pending further order of this court.

_____Within 90 days of the date on this order, counsel for Plaintiffs and counsel for Defendant *must file* Status Reports advising this court as to the status of the *Levine v. Wyeth* case in the Supreme Court.

                        Entered for the Court,
                        Elisabeth A. Shumaker, Clerk

                        */s/ Kathleen T. Clifford*

                        Kathleen T. Clifford
                        Attorney - Deputy Clerk

**CIRCUIT MEDIATION OFFICE**
**UNITED STATES COURT OF APPEALS**
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

DAVID W. AEMMER
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303 844-6017
FACSIMILE 303 844-6437

LANCE OLWELL
KYLE ANN SCHULTZ
CIRCUIT MEDIATORS

March 7, 2008

Arnold Anderson Vickery, Esq.
Paul F. Waldner, III, Esq.
Vickery Waldner & Mallia, LLP
One Riverway Drive, Suite 1150
Houston, TX 77056

Tia J. Goodman, Esq.
Law Office of Tia J. Goodman, PLLC
500 North Walker Avenue, Suite B
Oklahoma City, OK 73102

Mark Herrmann, Esq.
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

Junius C. McElveen, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

Thomas G. Wolfe, Esq.
Phillips McFall McCaffrey McVay Murrah
101 North Robinson Avenue, 13th Floor
Oklahoma City, OK 73102

RE: No. 08-6018 - Annabel Dobbs v. Wyeth Pharmaceuticals

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, this case is held in abeyance pending the decision of the United States Supreme Court in the case of Wyeth v. Levine, Case No. 06-1249, and pending further order of this court.

Sincerely,

LANCE OLWELL

by: Rose Giacinti

LO:rg

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE NOLL BAUMGARDNER, *et al.* | : | CIVIL ACTION |
| v. | : | |
| WYETH PHARMACEUTICALS | : | NO. 05-05720-JF |

ORDER

AND NOW, this 18th day of June 2008, upon consideration of the parties' additional submissions,

IT IS hereby ORDERED that the action is STAYED pending a decision by the United States Supreme Court in Wyeth v. Levine, Supreme Court Docket No. 06-1249 and, if a petition for writ of *certiorari* is filed, in Colacicco v. Apotex Inc., 521 F.3d 253 (3d Cir. 2008), or until further order of this Court. Counsel for the plaintiffs is directed to notify this Court promptly of any relevant orders issued by the United States Supreme Court.

IT IS further ORDERED that the Clerk is directed to place this case into CIVIL SUSPENSE until further order of this Court.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.