United Sates District Court
District of Massachusetts

In Re: Neurontin Marketing, Sales
Practices and Product Liability
Litigation

MDL Docket No. 1629

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

This Docket Relates To:

Keith Edwards v. Pfizer Inc.,
Case No. 05-CV-11701-PBS

Request to the Clerk

Please find enclosed a money order in the amount of $5.00 for a stamped copy of the original complaint filed in this suit by plaintiff in the District Court of Ohio before all of the cases under this docket were consoladated to the District Court of Massachuseetts.

Thank you in advance for your any assistance in this foregoing matter.

Respectfully Submitted,

*Keith Edwards*

Keith Edwards, Pro Se
211-800 3A-101
Richland Corr. Inst.
P.O. Box 8107
Mansfield, Ohio 44901