UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
---------------------------------------------------------------x  Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T. Sorokin
:
McLendon v. Pfizer, et. al., (No. 1:08-cv-12034) :
Hamilton v. Pfizer, et al. (No. 1:10-cv-11023) :
Peterson v. Pfizer, et al. (No. 1:10-cv-10933) :
Hairfield v. Pfizer, et. al., (No. 1:08-cv-10930) :
:
---------------------------------------------------------------x

**TEVA PHARMACEUTICALS USA, INC.'S AND
IVAX PHARMACEUTICAL, INC.'S ASSENTED-TO
MOTION FOR CLARIFICATION OF REVISED SCHEDULING ORDER**

Teva Pharmaceuticals USA, Inc., ("Teva") and Ivax Pharmaceuticals Inc. ("Ivax") (collectively, the "Teva Defendants") by their attorneys, Goodwin Procter LLP, hereby move for clarification of the Court's December 6, 2010 Revised Scheduling Order For All Products Liability Cases [Dkt. # 3141] ("December 6, 2010 Order'). Specifically, Defendants seek clarification of ¶¶ 3, 4 and 9 of the December 6, 2010 Order as they pertain to the matters brought by Plaintiffs McLendon, Hairfield, and Peterson (collectively "Affected Cases"). Teva and Ivax seek approval for these cases to remain in the MDL consistent with this Court's September 17, 2010 Order adopting the Joint Order on Discovery Schedule With Respect to Generic Defendants [Dkt. #. 3047-1] ("September 17, 2010 Order").

WHEREFORE, Teva and Ivax respectfully move this Court to clarify its December 6, 2010 Order with respect to the above-captioned matters and confirm that these matters are subject to the discovery and briefing schedule adopted by the September 17, 2010 Order.

LIBNY/4986036.1

Dated:  January 28, 2011

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.
IVAX PHARMACEUTICALS, INC.

By their attorneys,

/s/ Chad W. Higgins                         .
U. Gwyn Williams (BBO # 565181)
Chad W. Higgins (BBO # 668924)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
gwilliams@goodwinprocter.com
chiggins@goodwinprocter.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, I certify that counsel for Members of the Plaintiffs' Steering Committee and counsel for the Teva Defendants have conferred in good faith and assent to the relief sought herein.

s/ Chad W. Higgins

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) pursuant to Case Management Order #3 on January 28, 2011.

s/ Chad W. Higgins

LIBNY/4986036.1