UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : : : | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| Paulette Hamilton, as Administratix and Personal Representative of the Estate of DERRICK HAMILTON v. Pfizer, et. al., No. 10-11023 | : : :: | |

## GLENMARK GENERICS, INC., USA'S NOTICE OF JOINDER IN GENERIC DEFENDANTS' ASSENTED TO MOTION TO STAY ALL PROCEEDINGS INVOLVING GENERIC DEFENDANTS

Glenmark Generics Inc., USA ("Glenmark") has been sued as a defendant in only the above referenced case pending before this Court, namely 1:10-cv-11023-PBS; *Paulette Hamilton, As Administratrix and Personal Representative of the Estate of DERRICK HAMILTON vs. PFIZER, INC., et al.* (hereafter referred to as the "*Hamilton Case*"). In the *Hamilton Case*, Plaintiff asserts claims against Glenmark with respect to the generic drug zonisamide. (See paragraph 184 of Plaintiff's Original Complaint). As a generic Defendant, therefore, Glenmark joins in the Generic Defendants' Assented to Motion to Stay All Proceedings Involving Generic Defendants and hereby gives notice of its joinder in said motion and in the Memorandum In Support of Generic Defendants' Assented to Motion to Stay All Proceedings Involving Generic Defendants. Glenmark respectfully moves this Court for an order temporarily staying all

proceedings, including case-specific and expert discovery and pre-trial motions practice in the *Hamilton Case*, pending the United States Supreme Court's decision in three cases, *Pliva, Inc. et al. v. Mensing,* No. 09-993, *Actavis Elizabeth, LLC v. Mensing,* No. 09-1039, and *Actavis v. Demay,* No. 09-1501.

          Respectfully submitted,

          CONNELLY • BAKER • WOTRING LLP

          /s/ Earnest Wotring
          Earnest W. Wotring
          State Bar No. 22012400
          Amy Nilsen
          State Bar No. 24027574
          700 JPMorgan Chase Tower
          660 Travis Street
          Houston, Texas  77002
          Telephone:    (713) 980-1700
          Facsimile:    (713) 980-6925

          **ATTORNEYS FOR**
          **GLENMARK GENERICS, INC., USA**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I certify I have been informed that Members of the Plaintiffs' products Liability Steering Committee, counsel for the other Generic Defendants, and the Pfizer Defendants have conferred in good faith and assent to the relief sought in the Generic Defendants' Assented to Motion to Stay All Proceedings Involving Generic Defendants. Counsel for Glenmark Generics Inc., USA ("Glenmark"), has conferred separately with counsel representing the Plaintiff in the Hamilton Case and also with counsel for the Pfizer Defendants regarding Glenmark's joinder in the said assented to motion, and these counsel have advised that they assent to Glenmark's joinder in the Generic Defendants' Assented to Motion to Stay All Proceedings Involving Generic Defendants.

/s/ Earnest Wotring
Earnest W. Wotring

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) pursuant to Case Management Order #3 on January 31, 2011.

/s/ Earnest Wotring
Earnest W. Wotring