UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                  :
         SALES PRACTICES AND                                   :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                         :
                                                               :   Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
*Hamilton v. Pfizer Inc., et al.*                              :
Case No. 1:10-cv-11023 PBS                                     :
                                                               :
---------------------------------------------------------------x

**PLAINTIFF'S' MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM AND IN FURTHER SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL DEFENDANTS JANSSEN ORTHO LLC,
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON &
JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT,
L.L.C. AND JOHNSON & JOHNSON TO PRODUCE DISCOVERY**

Plaintiff respectfully requests that the Court grant Plaintiff leave to file a Reply Memorandum in further support of Plaintiff's motion to compel Defendants Janssen-Ortho LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Pharmaceutical Research and Development, L.L.C. and Johnson & Johnson (Defendants) to produce discovery regarding the sales and marketing of Defendants' Topamax that is responsive to Plaintiff's October 7, 2010 Request for Production.

Attached hereto as Exhibit A is a copy of Plaintiff's proposed Reply Memorandum.

Dated:  February 4, 2011

Respectfully submitted,

FINKELSTEIN & PARTNERS, LLP

By:     /s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

*Attorneys for Plaintiff Paulette Hamilton*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and that Defendants' counsel have denied Plaintiff's request for leave to file a reply memorandum.

Dated:  February 4, 2011

  /s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 4, 2011.

  /s/ Andrew G. Finkelstein
Andrew G. Finkelstein