UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:   NEURONTIN MARKETING, SALES
          PRACTICES, AND PRODUCTS
          LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

KAISER FOUNDATION HEALTH PLAN, INC., ET AL. V.
PFIZER INC, ET AL., 04 CV 10739 (PBS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

:   MDL Docket No. 1629
:
:   Master File No. 04-10981
:
:   Judge Patti B. Saris
:
:   Magistrate Judge Leo T.
:   Sorokin
:
:

## KAISER PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively the "Kaiser Plaintiffs") respectfully move this Court, pursuant to Federal Rule of Civil Procedure 58(a), for entry of judgment against Defendants Pfizer, Inc. and Warner-Lambert Company LLC, jointly and severally.

1.      On March 25, 2010, following trial, a unanimous jury returned a verdict in the amount of $47,363,092, for the claims of the Kaiser Plaintiffs under the Racketeer Influenced and Corrupt Organizations Act ("RICO"). On January 27, 2011, this Court trebled that award to $142,089,276, as required by the RICO statute.

2.      On November 3, 2010, following trial, this Court, sitting as the fact finder, issued an order awarding Plaintiff Kaiser Foundation Health Plan, Inc. restitution in the nominal amount of $65,418,419, for the claims of the Kaiser Plaintiffs under the California Unfair Competition Law ("UCL"), and awarded pre-judgment interest at the statutory rate of 7% on that restitution amount. On January 27, 2011, this Court granted the Kaiser Plaintiffs' motion to update the pre-judgment interest amount on the UCL restitution award through the date of judgment. As set forth in Dr. Hartman's December 10, 2010 Declaration, [D.E. 3157], the total

UCL restitution award should equal the UCL nominal restitution amount of $65,418,419 plus interest of $37,448,783 through January 31, 2011, plus $12,546 of interest per day[1] thereafter.[2]

3. The Kaiser Plaintiffs ask that costs be taxed against Defendants Pfizer, Inc. and Warner-Lambert Company LLC.

4. Pursuant to Federal Rule of Civil Procedure 58(a), which provides that "[e]very judgment and amended judgment must be set out in a separate document," the Kaiser Plaintiffs seek entry of judgment on the above claims and amounts, together with post-judgment interest as allowed under 28 U.S.C. § 1961, and their costs of this action, in the form attached hereto as Exhibit A.[3]  The Kaiser Plaintiffs have met and conferred with Defendants Pfizer, Inc. and Warner-Lambert Company LLC, who do not object to the form of the attached proposed judgment, but reserve their rights to seek to challenge the judgment through motions filed pursuant to the Federal Rules of Civil Procedure, including Rules 50, 52 and 59, and on appeal.

5. The claims of the Kaiser Plaintiffs are distinct from those asserted by any other plaintiffs and no just reason for delay of entry of this judgment exists.  Accordingly, Pfizer asks that the judgment be designated as a separate and final judgment pursuant to Federal Rule of Civil Procedure 54(b).

WHEREFORE, the Kaiser Plaintiffs respectfully request that the Court enter separate judgment pursuant to Federal Rule of Civil Procedure 58(a) and that the judgment be designated as a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

---

[1]  $12,546 equals the amount of interest for the entire month of February, divided by 28 days.

[2] For example, if the judgment were dated February 10, 2011, this amount would be $102,992,662 (i.e., $65,418,419 nominal + 37,448,783 interest through January 31, 2011 + $125,460 interest from January 31, 2011 through February 10, 2011).

[3] The amounts awarded under RICO and the UCL are not cumulative or additive and proposed form of judgment makes clear that the amount of the judgment is limited to the greater of the two awards.

Dated:  February 4, 2011

Respectfully submitted,

By:      */s/ Linda P. Nussbaum*
         Linda P. Nussbaum

Linda P. Nussbaum, Esq.
John D. Radice, Esq.
GRANT & EISENHOFER, P.A.
485 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiffs Kaiser Foundation
Health Plan, Inc. and Kaiser Foundation
Hospitals*

*Of Counsel*

Thomas M. Greene, Esq.
GREENE LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein, Esq.
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol, Esq.
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, I caused a true and correct copy of **Kaiser Plaintiffs' Motion for Entry of Judgment** to be served upon all known counsel of record by electronic filing using the CM/ECF system.

/s/ Linda P. Nussbaum
Linda P. Nussbaum
