UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

KAISER FOUNDATION HEALTH PLAN, INC., ET AL. V.
PFIZER INC, ET AL., 04 CV 10739 (PBS)

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## [PROPOSED] JUDGMENT

SARIS, U.S.D.J.                                                                                               February ___, 2011

This action came on for trial before the Court and jury on the claims of plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively the "Kaiser plaintiffs"); the issues having been duly tried, the jury having duly rendered its verdict on the claims of the Kaiser plaintiffs under the Racketeer Influenced and Corrupt Organizations Act ("RICO") and the Court having rendered its findings of facts and conclusions of law on the claims of the Kaiser plaintiffs under the California Unfair Competition Law ("UCL"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals have judgment against the defendants Pfizer Inc and Warner-Lambert Company LLC, jointly and severally, in the amount of $142,089,276 on the RICO claims, together with post-judgment interest as allowed under 28 U.S.C. § 1961, and its costs of this action. Plaintiff Kaiser Foundation Health Plan, Inc. also has judgment against the defendants Pfizer Inc and Warner-Lambert Company LLC, jointly and severally, in the amount of $_____ on the UCL claims, together with post-judgment interest as allowed under 28 U.S.C. § 1961, and its costs of this action. The amounts awarded under RICO and the UCL are not cumulative or

additive, and the amount of this judgment is limited to the greater of these two awards.

As this action involves parties other than those expressly referenced above, and as the Court finds that there is no just reason for delay pursuant to Federal Rule of Civil Procedure 54(b), the Court directs that this judgment is final regarding all claims of the Kaiser plaintiffs against the above named defendants.

_____
Patti B. Saris
United States District Judge

Copies to: Counsel via ECF