UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

## PLAINTIFFS' TENTATIVE LIST OF ECONOMIC ACTIONS

In connection with the conference scheduled for this date, Class counsel hereby submit an attached tentative chart listing the economic actions which have been or remained pending in this MDL. The parties have been working on this list, and plan to file a definitive, agreed upon list in the near future.

Dated: February 7, 2011                     Respectfully Submitted,

                                            By:    /s/ Thomas M. Sobol
                                                   Thomas M. Sobol
                                                   Hagens Berman LLP
                                                   One Main Street, 4th Floor
                                                   Cambridge, MA 02142
                                                   (617) 482-8200
                                                   (617) 482-3003 (fax)

                                                   *Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 7, 2011.

                                           /s/ Thomas M. Sobol

| Case No. | Plaintiff | Original Court |
|---|---|---|
| 04-10958 | Aetna, Inc –Coordinated TPP - Summ. J. Order granted on 1/8/10. Pfizer has moved for entry of judgment and Aetna has opposed. | D. Mass. |
| 04-12614 | Alabama Forest Products Industry Workmen's Compensation Self-Insurers Fund | M.D. Ala. |
| 04-12623 | Alaska Electrical Health and Welfare Fund | D.N.J. |
| 05-10797 | Allen, Laura | D. Mass. |
| 04-12617 | Allied Services Division Welfare Fund | N.D. Ill. |
| 04-02577 | ASEA/AFSME Local 52 Health Benefits Trust – Summ. J. Order granted on 12/10/10. | D.N.J. |
| 05-10535 | Assurant Health, Inc. and 14 other Health Plans | D.N.J. |
| 04-12282 | Blevens, Annie D. | W.D. La. |
| 06-12295 | Blue Cross Blue Shield of Alabama | M.D. Ala. |
| 05-10250 | Carter, Betty | W.D. Ky. |
| 04-12276 | Christina, Emma B. | E.D. La. |
| 04-12615 | Coleman, Nancy | S.D. Ala. |
| 05-10680 | Davis, April | E.D. Ark. |
| 04-12289 | Dorty, Maggie and Boler, Jo Helen | E.D. La. |
| 04-12289 | Doyle, James | W.D. Tenn. |
| 04-12280 | Duhe, Joyce, B. | E.D. La. |
| 04-12270 | Eckenrode, Clifford | N.D. Fla. |
| 04-12284 | Gordon, Mary Jane | S.D. Miss. |
| 05-10254 | Groves, Rebecca | S.D. Ohio |
| 04-10739 | The Guardian Life Insurance Company – Dismissed | D. Mass. |
| 04-12268 | Gulf Distributing Holdings | S.D. Ala. |
| 05-12126 | Gurvey, Gary | N.D. Ill. |
| 04-10981 | Harden Manufacturing – Summ. J. Order granted on 12/10/10. | D. Mass. |
| 04-12624 | Holloway, Jerry & Carolyn – Summ. J. Order granted regarding economic claims. Personal Injury claims also asserted. | |
| 04-12279 | Hood, Dianne Irene | E.D. La. |
| 04-12272 | Hope, Hanes | E.D. Ark. |
| 04-12269 | Hyman, Sylvia G. | N.D. Fla. |
| 04-12622 | International Union of Operating Engineers – Summ. J. Order granted on 12/10/10. | |
| 04-12621 | Kail, Steven | D.N.J. |
| 04-10981 | Kaiser – Judgment to be Entered for plaintiff. | D. Mass. |
| 04-04593 | Kopa, Lorraine – Summ. J. Order granted on 12/10/10. | S.D.N.Y. |
| 04-12271 | Lang, Claudia | E.D. Ark. |
| 04-12283 | Lerch, John | D. Minn. |
| 04-12288 | Lienerth, Mary Lou | N.D. Ohio |

| Case No. | Plaintiff | Original Court |
|---|---|---|
| 04-02509 | Louisiana Health Service Indemnity Company dba Blue Cross/Blue Shield of Louisiana – Summ. J. Order granted on 12/10/10; Reconsideration Motion Pending; Antitrust claims pending in Assurant matter. | E.D. La. |
| 05-10390 | McMinn, Sean | D. Colo. |
| 05-10251 | Midwest Health Plan | E.D. Mich. |
| 04-12616 | Medero, Ana | S.D. Fla. |
| 04-01781 | Meeks, Johnny Ray | N.D. Ga. |
| 05-10598 | Miller, Donald | W.D. Tenn. |
| 04-12277 | Mull, Debra | E.D. La. |
| 05-10248 | Olsen, Leonard | N.D. Ill. |
| 04-10981[1] | Ramsey, Jeanne – Summ. J. Order granted on 12/10/10. | |
| 05-10252 | Reiss, Fred | W.D. Mo. |
| 04-12618 | Rizzo, Linda | E.D. La. |
| 04-01052 | Smith, Gerald – Summ. J. Order granted on 12/10/10. | S.D. Ind. |
| 04-12274 | Straddeck, Brenda | S.D. Ill. |
| 04-12625 | Sutton, Bauda V.L. | E.D. Tenn. |
| 04-10984 | Teamsters Health & Welfare Fund of Philadelphia and Vicinity | D. Mass. |
| 04-10981[2] | Varnam, Gary | D. Mass. |
| 05-10249 | Veys, Randall | C.D. Ill. |
| 04-12281 | White, Patricia Ann | E.D. La. |
| 04-12290 | Willoz, Tammylee | E.D. La. |
| 04-10981[3] | Wityk, Jan Frank | D. Mass. |

**NOTE: Shaded cells indicate actions in which a summary judgment order has been granted, or the case has been dismissed, of the case awaits entry of an order for the plaintiff.**

---

[1] No separate complaint / case no.
[2] No separate complaint / case no.
[3] No separate complaint / case no.