UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF HARLAN A. LEVY

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby withdraws the appearance of Harlan A. Levy on behalf of Defendants Pfizer Inc. and Warner-Lambert Company LLC (collectively "Pfizer") in the above-captioned matter. Mr. Levy should be removed from the E-filing list and should no longer be listed as counsel of record for Pfizer. Pfizer will continue to be represented by counsel of record.

Dated: February 8, 2011          Respectfully submitted,

                                             SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                         By:     /s/ Mark S. Cheffo
                                                       Mark S. Cheffo

                                             Four Times Square
                                             New York, NY 10036
                                             Tel:  (212) 735-3000

                                             -and-

                                             ROPES & GRAY LLP

                                             By:     /s/ Ana M. Francisco
                                                       Ana M. Francisco
                                                       BBO #564346

                                             Prudential Tower
                                             800 Boylston Street
                                             Boston, MA 02199-3600
                                             Tel:  (617) 951-7000
                                             Email:  ana.francisco@ropesgray.com

                                             *Attorneys for Defendants Pfizer Inc*
                                             *and Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February, 2011.

                                                 /s/ Ana. M. Francisco
                                                 Ana M. Francisco