UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T.
Sorokin

## NOTICE OF WITHDRAWAL OF APPEARANCE OF SCOTT R. WILSON

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby withdraws the appearance of Scott R. Wilson on behalf of Defendants Pfizer Inc. and Warner-Lambert Company LLC (collectively "Pfizer") in the above-captioned matter. Mr. Wilson should be removed from the E-filing list and should no longer be listed as counsel of record for Pfizer.  Pfizer will continue to be represented by counsel of record.

Dated: February 8, 2011                       Respectfully submitted,

                                              SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                              By:      /s/ Mark S. Cheffo
                                                       Mark S. Cheffo

                                              Four Times Square
                                              New York, NY 10036
                                              Tel:  (212) 735-3000

                                              -and-

                                              ROPES & GRAY LLP

                                              By:      /s/ Ana M. Francisco
                                                       Ana M. Francisco
                                                       BBO #564346

                                              Prudential Tower
                                              800 Boylston Street
                                              Boston, MA 02199-3600
                                              Tel:  (617) 951-7000
                                              Email:  ana.francisco@ropesgray.com

                                              *Attorneys for Defendants Pfizer Inc and
                                              Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served

pursuant to Case Management Order #3 on February 8, 2011.

                                              /s/ Ana. M. Francisco
                                              Ana M. Francisco