UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION :
: Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Tumblin v. Pfizer Pharmaceutical, et al.* : Sorokin
Case No. 1:10-cv-11310-PBS :
: **[PROPOSED**
------------------------------------------------x **DOCUMENT]**

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), this Court enters final judgment in *Tumblin v. Pfizer Pharmaceutical, et al.*, No. 1:10-cv-11310-PBS, in favor of Defendant Pfizer Inc and against Plaintiff Louis E. Tumblin on all counts, which are dismissed with prejudice, with each side to bear its respective costs.

SO ORDERED:

Dated: January 19, 2011

Patti B. Saris
United States District Judge