UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE NEURONTIN MARKETING, SALES    )
PRACTICES, AND PRODUCTS LIABILITY   )
LITIGATION                          )   MDL Docket No. 1629
                                    )   Master File No. 04-10981
_____)
                                    )
THIS ORDER RELATES TO:              )   Judge Patti B. Saris
                                    )   Mag. Judge Leo T. Sorokin
ALL PRODUCTS LIABILITY ACTIONS      )
                                    )
_____)

FURTHER SCHEDULING ORDER

February 11, 2011

SOROKIN, M.J.

The Court makes the following ORDERS regarding pending discovery and pretrial matters.

1. Counsel shall file a list of the cases subject to the 120 day order forthwith.

2. Regarding the Schwartz law firm cases, the Schwartz law firm shall file by the close of business February 14, 2011 a list of the cases it now knows it intends to dismiss. No later than March 11, 2011, the Schwartz law firm shall file a list of all of the other cases it intends to dismiss as well as a motion to withdraw in any case in which it does not intend to proceed as counsel. The parties shall continue to take depositions at the current pace of fifteen depositions a month. They shall complete the three categories of depositions (plaintiff, prescriber(s) and sales representative(s)) by June 15, 2011. The parties shall file a report with the Court on June 15, 2011 regarding the status of each of these cases. The parties need not take depositions in any case in which the Schwartz law firm seeks to withdraw.

3. Regarding the pro se cases, the Court intends to transfer those cases back to the

district courts in which the actions were filed without further discovery or proceedings here. However, any such transfer order will await the filing of any motions to withdraw in the Schwartz law firm cases on March 11, 2011. Defense counsel shall file a motion to transfer along with a list of the pro se cases and a proposed transfer order no later than March 30, 2011.

4. Regarding the approximately thirty-eight plaintiffs represented by counsel other than Finkelstein, Schwartz or Boone, the parties shall commence the three categories of depositions forthwith. Defendant shall take or participate in at least thirty depositions per month for the next four months in these cases. Counsel shall coordinate the scheduling and ordering of these depositions. The parties shall file a report listing each case and its status on June 15, 2011.

5. By February 16, 2011, counsel shall file a proposal for mediation of the Schwartz cases and the thirty-eight other cases (paragraph 4 of this order) along with the name of any proposed mediator.

SO ORDERED.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE