*Court's Copy*

United States District Court
District Of Massachusetts

In Re: Neurontin Marketing, Sales
Practices, and Products Liability
Litigation                                     MDL Docket No. 1629

                                               Judge Patti B. Saris
                                               Mag. Judge Leo T. Sorokin

This Docket Relates To:

Keith Edwards v. Pfizer Inc.
Case No. 05-CV-11701-PBS

Now comes plaintiff, Keith Edwards, who respectfully complies with the court's ORDER, does hereby state that he intends to proceed pro se in his case and that plaintiff's current mailing address is as follows:

Keith Edwards
211-800   3A-101
Richland Correctional Inst.
P.O. Box 8107
Mansfield, Ohio 44901
(419) 526-2100

E-mail  www.ODRC.Oh.gov/Richland Correctional Institution

Plainitff request that he may reserve the privilege to request for counsel for the purpose of depositions at a later date if necessary, based on the fact that he is incarcerated and may in no other manner be able to accomplish depositions unless the institution grant so by telecom or telephone.

                                        Respectfully Submitted,

                                        *Keith Edwards*

                                        Keith Edwards, Pro Se
                                        211-800   3A-101
                                        Richland Corr. Inst.
                                        P.O. Box 8107
                                        Mansfield, Ohio 44901

Plaintiff did not receive this notice until February 9, 2011 at 8:00 am from the institution mail and signed for at that time.

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing compliance of the February 4, 2011, ORDER, has been sent to: Mark S. Cheffo, attorney for the defendants, Four Times Square, New York, N.Y. 10036, via first class U.S. mail, this 9th day of February, 2011.

*Keith Edwards*

Keith Edwards, Pro Se