UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
LONG v. PFIZER INC. :
Individual Case No. 06-11582 :
:
---------------------------------------------------------------x

# MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
# FOR PLAINTIFF PATTI LONG

Finkelstein & Partners, LLP, counsel for Plaintiff Patti Long, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c) granting Plaintiff's counsel leave to withdraw as counsel for Plaintiff in this action.

Plaintiff's counsel has written to Plaintiff Patti Long at her last known mailing address and called Plaintiff's last known telephone number in attempts to communicate with Plaintiff concerning this case. Notwithstanding these diligent efforts, we have been unable to contact Plaintiff to date. Thus, irreconcilable differences have developed between Plaintiff and counsel as Plaintiff has failed to remain in contact with and/or respond to counsel's attempts to communicate with her, which preclude Plaintiff's counsel from further representation of Plaintiff in this case.

This Motion is supported by the Memorandum and the Declaration of Kenneth B. Fromson, filed herewith.

Dated:  February 14, 2011                                Respectfully submitted,

                                                         *Members of Products Liability*
                                                         *Plaintiffs' Steering Committee*


                                              By:     /s/ Andrew G. Finkelstein
                                                      Andrew G. Finkelstein, Esquire
                                                      Finkelstein & Partners, LLP
                                                      1279 Route 300, P.O. Box 1111
                                                      Newburgh, NY  12551


                                              By:     /s/ Jack W. London
                                                      Jack W. London, Esquire
                                                      Law Offices of Jack W. London
                                                          & Associates
                                                      3701 Bee Cave Road, Suite 200
                                                      Austin, TX  78746


### CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:  February 14, 2010

                                                       /s/ Kenneth B. Fromson
                                                       Kenneth B. Fromson, Esquire


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 14, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                                       /s/ Andrew G. Finkelstein
                                                       Andrew G. Finkelstein