UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,           :
       SALES PRACTICES AND            : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION  :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:              :
:
LONG v. PFIZER INC.                    :
Individual Case No. 06-11582           :
:
------------------------------------------------------------x

**DECLARATION OF KENNETH B. FROMSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF PATTI LONG**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff Patti Long in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. On June 8, 2006, the complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, in the United States District Court for the Southern District of New York. S.D.N.Y. Case No. 06-4285, ECF Doc. # 1.

4. On September 5, 2006, the case was transferred from the U.S. District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:06-cv-11582-PBS.  ECF Doc. # 6.

6. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  ECF Doc. # 7.

7. Plaintiff's counsel has written to Plaintiff Patti Long at her last known mailing address and called Plaintiff's last known telephone number in attempts to communicate with Plaintiff concerning this case.  Notwithstanding these diligent efforts, we have been unable to contact Plaintiff to date.  Thus, irreconcilable differences have developed between Plaintiff and counsel as Plaintiff has failed to remain in contact with and/or respond to counsel's attempts to communicate with her, which preclude Plaintiff's counsel from further representation of Plaintiff in this case.

8. A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at her last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 14, 2011

        **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson

        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        (800) 634-1212

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 14, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                                    **/s/ Kenneth B. Fromson**
                                                      Kenneth B. Fromson