UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                          :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,              :
        SALES PRACTICES AND               :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION     :
                                          :  Judge Patti B. Saris
------------------------------------------------------------x
                                          :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                 :
                                          :
        PRODUCTS LIABILITY ACTIONS        :
                                          :
------------------------------------------------------------x
```

## JOINT LIST OF CASES SUBJECT TO THE COURT'S 120-DAY ORDER

Pursuant to Judge Patti B. Saris and Magistrate Judge Leo T. Sorokin's February 11, 2011, Order, [3287], the Products Liability Plaintiffs' Steering Committee and Defendants respectfully submit the attached list of cases that would be subject to the Court's 120-Day Order. *See* Exhibit A.

Dated:  February 15, 2011             Respectfully submitted,

                                      FINKELSTEIN & PARTNERS, LLP

                                      By:    /s/ Andrew G. Finkelstein
                                             Andrew G. Finkelstein

                                      1279 Route 300, P.O. Box 111
                                      Newburgh, NY  12551
                                      Tel:  (800) 529-2676
                                      kfromson@lawampm.com

                                      -and-

LAW OFFICES OF JACK W. LONDON &
ASSOCIATES

By:    /s/ Jack W. London
       Jack W. London

3701 Bee Cave Rd., Suite 200
Austin, TX  78746

*Members of Products Liability
Plaintiffs' Steering Committee*

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:    /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By:    /s/ Ana M. Francisco
       Ana M. Francisco
       BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 15, 2011.

/s/ Ana M. Francisco
Ana M. Francisco

# EXHIBIT A

### *In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
### <u>Cases Subject to the Court's 120-Day Order</u>

| Case | Docket # | Plaintiff's Counsel |
|------|----------|---------------------|
| *Alsberge v. Pfizer* | 05-11699 & 06-10957 | Finkelstein & Partners |
| *Bennett v. Pfizer* | 08-10678 | Finkelstein & Partners |
| *Bentley v. Pfizer* | 05-11997 | Finkelstein & Partners |
| *Brida v. Pfizer* | 07-12129 | Finkelstein & Partners |
| *Briggs v. Pfizer* | 05-11700 & 07-10327 | Finkelstein & Partners[1] |
| *Campbell v. Pfizer* | 06-11483 | Finkelstein & Partners |
| *Colton v. Pfizer* | 05-11996 | Finkelstein & Partners |
| *Crone v. Pfizer* | 09-11694 | Finkelstein & Partners |
| *Dixon v. Pfizer* | 05-11998 | Finkelstein & Partners |
| *Feyer v. Pfizer* | 05-11035 | Finkelstein & Partners |
| *George v. Pfizer* | 06-10112 | Finkelstein & Partners |
| *Hamilton v. Pfizer* | 10-11023 | Finkelstein & Partners[2] |

---

[1]       This case includes a remaining generic manufacturer co-defendant, and therefore is subject to the 120-Day Order only as to Defendants Pfizer Inc and Warner Lambert Company LLC.

[2]       This case includes a remaining generic manufacturer co-defendant, and therefore is subject to the 120-Day Order only as to Defendants Pfizer Inc and Warner Lambert Company LLC.

| | | |
|---|---|---|
| *Hargrove v. Pfizer* | 05-11034 | Finkelstein & Partners |
| *Henry v. Pfizer* | 05-11995 | Finkelstein & Partners |
| *James v. Pfizer* | 05-11022 | Finkelstein & Partners |
| *Libby v. Pfizer* | 06-11482 | Finkelstein & Partners |
| *Lyman v. Pfizer* | 05-11020 | Finkelstein & Partners |
| *McGee v. Pfizer* | 05-12593 | Finkelstein & Partners |
| *Montgomery, Maralyn v. Pfizer* | 06-10110 | Finkelstein & Partners |
| *O'Sullivan v. Pfizer* | 08-11256 | Finkelstein & Partners |
| *Owens v. Pfizer* | 05-11017 | Finkelstein & Partners |
| *Pursey v. Pfizer* | 07-10106 | Finkelstein & Partners |
| *Roberson v. Pfizer* | 05-12001 | Finkelstein & Partners |
| *Scott v. Pfizer.* | 06-10253 | Finkelstein & Partners |
| *Shaw v. Pfizer* | 06-11584 | Finkelstein & Partners |
| *Sizemore v. Pfizer* | 06-10111 | Finkelstein & Partners |
| *Spencer-Acker v. Pfizer* | 08-12088 | Finkelstein & Partners |

| | | |
|---|---|---|
| *Tilley v. Pfizer* | 06-11773 | Finkelstein & Partners |
| *Valentine v. Pfizer* | 07-11067 | Finkelstein & Partners |
| *Vercillo v. Pfizer.* | 05-11019 | Finkelstein & Partners |
| *Wampole v. Pfizer* | 07-11072 | Finkelstein & Partners |
| *Woolum v. Pfizer* | 07-10853 | Finkelstein & Partners |