UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:
:
PRODUCTS LIABILITY ACTIONS
:
------------------------------------------------------------x

## JOINT PROPOSAL FOR MEDIATION

Pursuant to Judge Patti B. Saris and Magistrate Judge Leo T. Sorokin's February 11, 2011, Order, [3287], the Products Liability Plaintiffs' Steering Committee and Defendants respectfully submit the following proposal for mediation.

As directed by the Court, the parties will participate in a mediation of the non-*pro se* cases remaining in the MDL. The parties will use their best efforts to schedule two days of mediation, on back-to-back weekdays, to occur prior to April 30, 2011, and to occur in Manhattan. If the parties agree that a third day would be productive, it shall be scheduled to occur in Houston approximately one month after the initial mediation. The first day of mediation shall involve all remaining MDL cases where Plaintiffs are represented by the Law Offices of Newton B. Schwartz. The second day of mediation shall involve those MDL cases where Plaintiffs are represented by other law firms. The parties shall agree on a mediator, or if they cannot, shall ask a mediation company to provide a mediator. Clients are not expected to attend the mediation, but they are not precluded from attending. Two weeks before the mediation, Plaintiffs shall submit a written demand for each case, along with background information about

the facts and claims surrounding each case to allow proper evaluation by Defendants. Defendants will give each Plaintiff's counsel a response to their demand, but the response may not be a counter. The parties agree that the fact of the mediation, and any statements made during the mediation shall be confidential.

Dated:  February 16, 2011

Respectfully submitted,

FINKELSTEIN & PARTNERS, LLP

By: /s/ Andrew G. Finkelstein
    Andrew G. Finkelstein

1279 Route 300, P.O. Box 111
Newburgh, NY  12551
Tel:  (800) 529-2676
kfromson@lawampm.com

-and-

LAW OFFICES OF JACK W. LONDON & ASSOCIATES

By: /s/ Jack W. London
    Jack W. London

3701 Bee Cave Rd., Suite 200
Austin, TX  78746

*Members of Products Liability Plaintiffs' Steering Committee*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

2

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 16, 2011.

/s/ Ana M. Francisco
Ana M. Francisco