**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:   NEURONTIN MARKETING, SALES
          PRACTICES AND PRODUCTS
          LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DEFENDANTS' MOTION TO COMPEL SCHWARTZ
PLAINTIFFS TO COMPLY WITH THE COURT'S FEBRUARY 11, 2011 ORDER**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit this Motion to Compel counsel to file a list of the cases that the Law Offices of Newton B. Schwartz (the "Schwartz firm") intends to dismiss as ordered by Judge Patti B. Saris and Magistrate Judge Leo T. Sorokin on February 11, 2011. (*See* Feb. 11, 2011 Further Scheduling Order [3287] at 1.)  At the status conference on February 11, 2010, Trey Stegall of the Schwartz firm told the Court that there are approximately 10-15 cases that the firm presently intends to dismiss. (*See* Ex. A, Transcript of February 11, 2011, Status Conf. at 14:12-22 ("The Court:  Well, do you know some for sure that you're dismissing?  Mr. Stegall:  Yes, ma'am. . . . The Court:  How many are in that category?  Mr. Stegall:  I don't have a hard number for you, but it would probably be ten to fifteen cases.  THE COURT:  Do those instantly, instantly, like Monday. Mr. Stegall:  Yes, ma'am.").)[1]  The Court then ordered that, by the close of business on February 14, 2011, the Schwartz firm file "a list of the cases it now knows it intends to dismiss." (*See* Feb. 11, 2011 Further Scheduling Order [3287] at 1.)

In violation of this Order, the Schwartz firm has failed to file a list of intended dismissals and has not sought an extension from the Court or from counsel.  As a courtesy, Defendants

---

[1]   All exhibits are attached to the accompanying Declaration of Catherine B. Stevens.

contacted the Schwartz firm on February 15, 2011, to determine why they had not complied with the Court's Order, but received no response. (*See* Ex. B, Feb. 15, 2011, Email to Trey Stegall.) Accordingly, Defendants now move to compel the Schwartz firm to file its list of cases it will dismiss. As the Court is aware, the parties are involved in depositions and discovery in the Schwartz cases, and therefore are engaged in the costly and labor intensive process of collecting relevant records and preparing for and taking depositions. Defendants should not be required to continue to prepare for discovery across the country in 10-15 cases that will be dismissed.

WHEREFORE, Defendants respectfully request that this Court grant their motion to compel the Law Offices of Newton B. Schwartz to immediately file a list of the 10-15 cases it knows that it will dismiss.

Dated: February 17, 2011                         Respectfully submitted,

                                                 SKADDEN, ARPS, SLATE,
                                                   MEAGHER & FLOM LLP

                                               By:   /s/ Mark S. Cheffo
                                                      Mark S. Cheffo

                                             Four Times Square
                                             New York, NY 10036
                                             Tel: (212) 735-3000

                                             ROPES & GRAY LLP

                                             By:   /s/ Ana M. Francisco
                                                      Ana M. Francisco
                                                      BBO #564346

                                             Prudential Tower
                                             800 Boylston Street
                                             Boston, MA 02199-3600
                                             Tel: (617) 951-7000
                                             Email: ana.francisco@ropesgray.com

                                             *Attorneys for Defendants Pfizer Inc and*
                                             *Warner-Lambert Company LLC*

**CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 17, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco