**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS : Sorokin
:
------------------------------------------------x

**DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF**
**DEFENDANTS' MOTION TO COMPEL SCHWARTZ PLAINTIFFS**
**TO COMPLY WITH THE COURT'S FEBRUARY 11, 2011 ORDER**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript from the February 11, 2011, Status Conference.

3. Attached hereto as Exhibit B is a true and correct copy of correspondence with the Law Offices of Newton B. Schwartz dated February 15, 2011.

Signed under the penalties of perjury this 17th day of February 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 17, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco