# EXHIBIT B

## Nissi, Nordo (NYC)

**From:** Stevens, Catherine B (NYC)
**Sent:** Tuesday, February 15, 2011 11:36 AM
**To:** 'Trey Stegall'
**Cc:** Cheffo, Mark S (NYC)
**Subject:** Scheduling Order

Trey - According to the Court's scheduling order issued yesterday, you were supposed to have filed by the close of business yesterday, a list of cases that you know that you intend to dismiss. We did not see a filing yesterday. What is your intention? Thanks, Catherine

**Catherine B. Stevens**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.3353 | F: 212.735.2000**
**catherine.stevens@skadden.com**

Skadden

 Please consider the environment before printing this email.