UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Keith Coleman v. Pfizer*
Case No. 05-cv-11504

*Deborah Fish v. Pfizer*
Case No. 05-cv-11505

*Alice Hairfield v. Pfizer*
Case No. 08-cv-10930

*Melissa Johnson v. Pfizer*
Case No. 05-cv-12073

*Kaila Jones v. Pfizer*
Case No. 09-cv-11417

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION TO DISMISS FOR
FAILURE TO RESPOND TO DISCOVERY**

Pursuant to this Court's December 6, 2010 Order, and Federal Rule of Civil Procedure 37(b)(2)(A), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to dismiss the Plaintiffs listed below for failure to produce responses to template discovery, and failure to comply with the Court's discovery orders. Despite this Court's orders, template discovery responses and certain other required discovery materials have still not been provided for the following Plaintiffs:

| Plaintiff | Docket No. |
| --- | --- |
| Keith Coleman | 05-11504 |
| Deborah Fish | 05-11505 |
| Alice Hairfield | 08-10930 |

| | |
|---|---|
| Melissa Johnson | 05-12073 |
| Kaila Jones | 09-11417 |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law, and a proposed order is attached.

WHEREFORE, Defendants respectfully request that the above-listed Plaintiffs' cases be dismissed with prejudice.

Dated: February 17, 2011					Respectfully submitted,

									SKADDEN, ARPS, SLATE,
									  MEAGHER & FLOM LLP

									By:	/s/ Mark S. Cheffo
										Mark S. Cheffo

									Four Times Square
									New York, NY 10036
									Tel:  (212) 735-3000

									ROPES & GRAY LLP

									By:	/s/ Ana M. Francisco
										Ana M. Francisco
										BBO #564346

									Prudential Tower
									800 Boylston Street
									Boston, MA 02199-3600
									Tel:  (617) 951-7000
									Email:  ana.francisco@ropesgray.com

									*Attorneys for Defendants Pfizer Inc and*
									*Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel attempted to confer in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 17, 2011.

/s/ Ana M. Francisco
Ana M. Francisco
