UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES      :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION            :  Master File No. 04-10981
----------------------------------------x
                                        :  Judge Patti B. Saris
THIS DOCUMENT RELATES TO:               :
                                        :  Magistrate Judge Leo T. Sorokin
*Keith Coleman v. Pfizer*               :
Case No. 05-cv-11504                    :
                                        :
*Deborah Fish v. Pfizer*                :
Case No. 05-cv-11505                    :
                                        :
*Alice Hairfield v. Pfizer*             :
Case No. 08-cv-10930                    :
                                        :
*Melissa Johnson v. Pfizer*             :
Case No. 05-cv-12073                    :
                                        :
*Kaila Jones v. Pfizer*                 :
Case No. 09-cv-11417                    :
                                        :
----------------------------------------x

### [PROPOSED] ORDER DISMISSING PLAINTIFFS
### FOR FAILURE TO RESPOND TO DISCOVERY

The claims of the following Plaintiffs are hereby dismissed with prejudice for failure to comply with discovery:

| **Plaintiff** | **Docket No.** |
| --- | --- |
| Keith Coleman | 05-11504 |
| Deborah Fish | 05-11505 |
| Alice Hairfield | 08-10930 |
| Melissa Johnson | 05-12073 |

2

      Kaila Jones           09-11417

IT IS SO ORDERED.
Dated: _____        _____
                                      Hon. Leo T. Sorokin
                                      Magistrate Judge, U. S. District Court