UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
                                                                     :
In re:  NEURONTIN MARKETING, SALES       :    MDL Docket No. 1629
        PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION             :    Master File No. 94-10981
                                         :
                                         :
---------------------------------------------------------------------x
                                         :    Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                :
                                         :    Magistrate Judge Leo T.
                                         :    Sorokin
ALL BOONE PRODUCT LIABILITY ACTIONS      :
                                         :
---------------------------------------------------------------------x

ASSENTED MOTION FOR LEAVE TO FILE OBJECTION TO
U.S. MAGISTRATE JUDGE'S FINDINGS, REPORT AND
<u>RECOMMENDATIONS IN EXCESS OF TWENTY (20) PAGES</u>

Plaintiffs respectfully move for leave to exceed the page limitation of twenty pages set forth in Local Rule 7.1(b)(4) applicable to motion practice.

Defendants' counsel has assented to Plaintiffs filing on today an Objection to U.S. Magistrate Judge's Findings, Report, and Recommendation containing 41 pages.

Given the breath of the U. S. Magistrate Judge's Findings, Report, and Recommendation motion, and the issues of fact and law presented in 200 cases, Plaintiffs request that the Court allow them an extension not to exceed twenty-one (21) pages for their Objection in addition to what is provided for in the Local Rules.

Plaintiffs Objection, therefore, would be forty-one (41) pages in length, maximum.

    Plaintiffs have consulted with Defendants and Defendants have no objection to the extension requested.

    Plaintiffs submit that this request is reasonable.

    WHEREFORE, Plaintiffs respectfully request that the Court grant this motion for leave to file a supporting memorandum in excess of twenty pages.

    Dated:  February 18, 2011

    Respectfully submitted,

    BOONE LAW FIRM, P.A.

    By: /s/   Levi Boone, III..
        Levi Boone, III
        Attorney for Plaintiffs

## CERTIFICATE OF CONSULTATION

    I certify that counsel has contact opposing counsel and opposing counsel has no objections.

    /s/   Levi Boone, III.
    Levi Boone, III

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 18, 2011.

    /s/   Levi Boone, III.
    Levi Boone, III