UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------- x
: :
:
In re: NEURONTIN MARKETING, SALES         : MDL Docket No. 1629
PRACTICES AND PRODUCTS                    :
LIABILITY LITIGATION                      : Master File No. 94-10981

:
------------------------------------------------------------------------- x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
: Magistrate Judge Leo T.
: Sorokin
ALL BOONE PRODUCT LIABILITY ACTIONS       :
:
------------------------------------------------------------------------- x

## DECLARATION OF LEVI BOONE, III

I, Levi Boone, III, declare and state as follows:

I make this declaration based on my own personal knowledge and information

1. Attached hereto as Exhibit 1 is a true and correct copy of Conditional Transfer Order (CTO – 47) dated 9/24/07.

2. Attached hereto as Exhibit 2 is a true and correct copy of Transfer Order, Document 5, Case 4:04-cv-275, filed 5/2/05.

3  Attached hereto as Exhibit 3 is a true and correct copy of Transfer Order, Document 5, Case 2:04-CV-255, filed 5/2/05.

4. Atached hereto as Exhibit 4 is a true and correct copy of 12/30/2010 e-mail from Boone to Stevens.

5. Attached hereto as Exhibit 5 is a true and correct copy of 7/19/2010 letter to Mark Cheffo identifying claim as "Estate of Elizabeth Knight."

6. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff, (Estate of Elizabeth Knight), Answers to Defendants' Interrogatories 8/31/10.

7. Attached hereto as Exhibit 7 is a combined true and correct copy of Medical Providers Lists for 55 Plaintiffs;

9. Attached hereto as Exhibit 9 is a true and correct of a sample cover letter that notified Plaintiff of deposition.

10. Attached hereto as Exhibit 10 is a true and correct copy of an e-mail from Stevens regarding medical records.

11. Attached hereto as Exhibit 11 is a true and correct copy of a Letter enclosing 25 non-medical authorizations.

12. Attached hereto as Exhibit 12 is a true and correct copy of a Letter enclosing 40 non-medical authorizations.

13. Attached hereto as Exhibit 13 is a true and correct copy of e-mails showing 109 non-medical authorizations.

14. Attached hereto as Exhibit 14 is a true and correct copy of Response to Template Interrogatories on behalf of Lashonda Skinner.

15. Attached hereto as Exhibit 15 is a true and correct copy of a Response to Template Interrogatories received on behalf of Betty Newson.

16. Attached hereto as Exhibit 16 is a true and correct copy of a Response to Template Interrogatories received on behalf of Deborah Watson.

17. Attached hereto as Exhibit 17 is a true and correct copy of a Response to Template

Interrogatories received on behalf of Maybelle Newson.

18. Attached hereto as Exhibit 18 is a true and correct copy of a Response to Template Interrogatories received on behalf of Jessie Allen.

19. Attached hereto as Exhibit 19 is a true and correct copy of a Response to Template Interrogatories received on behalf of Bobbie Bryson.

20. Attached hereto as Exhibit 20 is a true and correct copy of a Response to Template Interrogatories received on behalf of Roy Carrol.

21. Attached hereto as Exhibit 21 is a true and correct copy of a Response to Template Interrogatories received on behalf of Annie Gatewood.

22. Attached hereto as Exhibit 22 is a true and correct copy of a Response to Template Interrogatories received on behalf of Jerrell Bearden.

23. Attached hereto as Exhibit 23 is a true and correct copy of a Response to Template Interrogatories received on behalf of Josephine Jackson.

24. Attached hereto as Exhibit 24 is a true and correct copy of a Response to Template Interrogatories received on behalf of Edward Jordan.

25. Attached hereto as Exhibit 25 is a true and correct copy of a Response to Template Interrogatories received on behalf of Claudette Greer.

26. Attached hereto as Exhibit 26 is a true and correct copy of a Response to Template Interrogatories received on behalf of Darrell Brooks.

27. Attached hereto as Exhibit 27 is a true and correct copy of a Response to Template Interrogatories received on behalf of Mary Lawson.

28. Attached hereto as Exhibit 28 is a true and correct copy of Response to Template Interrogatories on behalf of Shirley Drennan.

29. Attached hereto as Exhibit 29 is a true and correct copy of a Response to Template Interrogatories received on behalf of Deborah Watson.

30. Attached hereto as Exhibit 30 is a true and correct copy of a Response to Template Interrogatories received on behalf of Edward Jordan.

31. Attached hereto as Exhibit 31 is a true and correct copy of a Response to Template Interrogatories received on behalf of Claudette Greer.

32. Attached hereto as Exhibit 32 is a true and correct copy of a Response to Template Interrogatories received on behalf of Sanders Williams.

33. Attached hereto as Exhibit 33 is a true and correct copy of a Response to Template Interrogatories received on behalf of Linda Cunningham.

34. Attached hereto as Exhibit 34 is a true and correct copy of a Response to Template Interrogatories received on behalf of Cynthia Quimby.

35. Attached hereto as Exhibit 35 is a true and correct copy of a Response to Template Interrogatories received on behalf of Alford Darby.

36. Attached hereto as Exhibit 36 is a true and correct copy of a Response to Template Interrogatories received on behalf of Emma Clark.

37. Attached hereto as Exhibit 37 is a true and correct copy of a Response to Template Interrogatories received on behalf of Darrell Brooks.

38. Attached hereto as Exhibit 38 is a true and correct copy of a Response to Template Interrogatories received on behalf of Thomas J. Brown.

39. Attached hereto as Exhibit 39 is a true and correct copy of a Response to Template Interrogatories received on behalf of Catherine Duvall.

40. Attached hereto as Exhibit 40 is a true and correct copy of a Response to Template

Interrogatories received on behalf of Herschel Jack Price.

41. Attached hereto as Exhibit 41 is a true and correct copy of a Response to Template Interrogatories received on behalf of Louisa Smith.

42. Attached hereto as Exhibit 42 is a true and correct copy of a Response to Template Interrogatories received on behalf of Jannie Smith.

43. Attached hereto as Exhibit 43 is a true and correct copy of a Response to Template Interrogatories received on behalf of Terry Banks.

44. Attached hereto as Exhibit 44 is a true and correct copy of a Response to Template Interrogatories received on behalf of Pearlie Maddox.

45. Attached hereto as Exhibit 45 is a true and correct copy of a Response to Template Interrogatories received on behalf of Lolita Myers.

46. Attached hereto as Exhibit 46 is a true and correct copy of a Response to Template Interrogatories received on behalf of Est. of William Webb.

47. Attached hereto as Exhibit 47 is a true and correct copy of a Response to Template Interrogatories received on behalf of Re'Shedia Young.

48. Attached hereto as Exhibit 48 is a true and correct copy of a Response to Template Interrogatories received on behalf of Mary Cooper.

49. Attached hereto as Exhibit 49 is a true and correct copy of a Response to Template Interrogatories received on behalf of Betty Newsom.

50. Attached hereto as Exhibit 50 is a true and correct copy of a Response to Template Interrogatories received on behalf of Jerrell Bearden.

51. Attached hereto as Exhibit 51 is a true and correct copy of a Response to Template Interrogatories received on behalf of Frank S. Smith.

52. Attached hereto as Exhibit 52 is a true and correct copy of a Response to Template Interrogatories received on behalf of Lee Haley.

53. Attached hereto as Exhibit 53 is a true and correct copy of a Response to Template Interrogatories received on behalf of James Hunter .

54. Attached hereto as Exhibit 54 a true and correct copy of a Response to Template Interrogatories received on behalf of Patricia Rhodes.

55. Attached hereto as Exhibit 55 is a true and correct copy of a Response to Template Interrogatories received on behalf of Vivian Allen.

56. Attached hereto as Exhibit 56 is a true and correct copy of a Response to Template Interrogatories received on behalf of Michael Trim.

57. Attached hereto as Exhibit 57 is a true and correct copy of a Response to Template Interrogatories received on behalf of Pamela Shields.

58. Attached hereto as Exhibit 58 is a true and correct copy of a Response to Template Interrogatories received on behalf of Mary Lawson.

59. Attached hereto as Exhibit 59 is a true and correct copy of a Response to Template Interrogatories received on behalf of Roy Caroll .

60. Attached hereto as Exhibit 60 is a true and correct copy of a Response to Template Interrogatories received on behalf of Bobbie Bryson.

61. Attached hereto as Exhibit 61 is a true and correct copy of a Response to Template Interrogatories received on behalf of Maybelle Newsome.

62. Attached hereto as Exhibit 62 is a true and correct copy of a Response to Template Interrogatories received on behalf of Debbie Sullivan .

63. Attached hereto as Exhibit 63 is a true and correct copy of a Response to Template

Interrogatories received on behalf of Estate of Alice Garrett.

64. Attached hereto as Exhibit 64 is a true and correct copy of a Response to Template Interrogatories received on behalf of Estate of Katherine Warfield.

65. Attached hereto as Exhibit 65 is a true and correct copy of a Response to Template Interrogatories received on behalf of Shirley Ann Walters.

66. Attached hereto as Exhibit 66 is a true and correct copy of a Response to Template Interrogatories received on behalf of Joann Walls.

67. Attached hereto as Exhibit 67 is a true and correct copy of a Response to Template Interrogatories received on behalf of Larry Vail.

68. Attached hereto as Exhibit 68 is a true and correct copy of a Response to Template Interrogatories received on behalf of Francis Womack.

69 Attached hereto as Exhibit 69 is a true and correct copy of a Response to Template Interrogatories received on behalf of O. C. Williams, Sr.

70. Attached hereto as Exhibit 70 is a true and correct copy of a Response to Template Interrogatories received on behalf of Jessie Allen.

71. Attached hereto as Exhibit 71 is a true and correct copy of a Response to Template Interrogatories received on behalf of Doris Toy.

72. Attached hereto as Exhibit 72 is a true and correct copy of a Response to Template Interrogatories received on behalf of Taylor Williams.

73. Attached hereto as Exhibit 73 is a true and correct copy of a Response to Template Interrogatories received on behalf of Nolan Williams.

74. Attached hereto as Exhibit 74 is a true and correct copy of a Response to Template Interrogatories received on behalf of Morris E. Townsend.

75. Attached hereto as Exhibit 75 is a true and correct copy of a Response to Template Interrogatories received on behalf of Helen Williams.

76. Attached hereto as Exhibit 76 is a true and correct copy of a Response to Template Interrogatories received on behalf of Carole Williams.

77. Attached hereto as Exhibit 77 is a true and correct copy of a Response to Template Interrogatories received on behalf of Edneatha White.

78. Attached hereto as Exhibit 78 is a true and correct copy of a Response to Template Interrogatories received on behalf of Magnolia Thomas.

79. Attached hereto as Exhibit 79 is a true and correct copy of a Response to Template Interrogatories received on behalf of Michaelon Weathersby, minor.

80. Attached hereto as Exhibit 80 is a true and correct copy of a Response to Template Interrogatories received on behalf of Erestia Thomas.

81. Attached hereto as Exhibit 81 is a true and correct copy of a Response to Template Interrogatories received on behalf of Joyce Watson.

Signed under the penalty of perjury this the 18th day of February, 2011.

/s/ Levi Boone, III
Levi Boone, III

Certificate of Service

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 18, 2011.

/s/ Levi Boone, III
Levi Boone, III