# EXHIBIT 4

# Levi Boone, III

**From:** Levi Boone, III
**Sent:** Thursday, December 30, 2010 10:13 AM
**To:** 'Stevens, Catherine B'
**Subject:** Laperial Melvin

Catherine, Ms. Melvin called our office at ~9:58 am and stated that she is currently being admitted to the University Medical Center, Jackson, MS due Multiple Sclerosis flare up that has her numb on the left side and weak all over. Therefore she is unable to attend the deposition. At the time of my prior email I did not know that she had a sudden emergency admission on this am making it impossible for her attend depo.

Levi



EXHIBIT 4