# EXHIBIT 5

# BOONE LAW FIRM, P. A.

401 WEST SUNFLOWER AVENUE
POST OFFICE BOX 1772
CLEVELAND, MISSISSIPPI 38732

TELEPHONE (662) 843-7946
LBOONE@BOONELAWFIRM.COM

FACSIMILE (662) 843-7950
WWW.BOONELAWFIRM.COM

Monday, July 19, 2010

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

RE: Jessie Allen, et al. vs. Pfizer, Inc., Case No. 4:07cv74 (MDL-1629)
Leroy Anderson, et al. vs. Pfizer, Inc., Case No. 4:04cv275 (MDL-1629)
Mary Cooper, et al. vs. Pfizer, Inc., Case No. 2:04cv255 (MDL-1629)

Dear Attorney Cheffo:

In my last letter to you enclosing the medical providers list, I also enclosed a medical authorization relating to **Mike Trim**.

On my spreadsheet that was filed pursuant to the July 10, 2010 deadline I failed to indicate that medical authorizations had been previously submitted on following plaintiffs:

1. Estate of Leroy Anderson----------submitted via letter dated 7/2/2010;
2. Elizabeth Bland......................submitted via letter dated 7/2/2010;
3. Ruby Crapps.........................submitted via letter dated 7/2/2010;
4. Estate of Elizabeth Knight............submitted via letter dated 7/2/2010;
5. Sean Self--------------------------------submitted via letter dated 6/30/2010;
6. Darlene Stampley....................submitted via letter dated 6/2/2010;
7. Michaelon Weathersby................submitted via letter dated 7/2/2010;

The spreadsheet that I will file on or about July 23, 2010 will indicate that medical authorizations have been provided as to these Plaintiffs.

Enclosed with respect to the above-styled cases are additional executed medical authorizations (HIPPA's) for the following Plaintiffs:

1. Mary Aldridge Ashford
2. Benton, Ledora
3. Berry, Audrey
4. Carson, Corine
5. Creswell, Memeye
6. Fleming, Ethel
7. Greer, Claudette
8. Jeffcoat, James
9. Meeks, Helen
10. Staten, John
11. White, Edneatha



EXHIBIT 5

     Please be advised that some of our clients mistakenly wrote the facility name on the Medical Authorization forms. In an effort to have the authorizations be of use to you, we have used whiteout to remove said information.

     I will supplement the medical authorizations for the remaining Plaintiffs upon my immediate receipt of same. If you should have any questions, please do not hesitate to call.

                        Sincerely,
                        BOONE LAW FIRM, P.A.

                        *Levi Boone, III*

                        Levi Boone, III, Esq.

LBIII:gl
Enclosure(s)