EXHIBIT 7, Part 1 of 4

## Medical Provider List for **Lynette Criss**

Delta Health Center, Inc.
1414 Hospital St.
Greenville, MS  38703

Delta Regional Medical Center
1400 East Union St.
Greenville, MS  38704

Dr. Ravi  Pande………..presciber
Greenwood Neurology Clinic
1317 River Road
Greenwood, MS  38930

Bolivar Medical Center
Highway 8 East
Cleveland, MS 38732

St. Dominic Hospital
971 Lakeland Dr.,
Jackson, MS 39216

Pharmacy:
Wal-Mart Pharmacy
710 North Davis Ave
Cleveland, MS 38732

# Medical Provider List for Linda Cunningham:

Greenwood Leflore Hospital
1401 River Road
Greenwood, MS 38930

Dr. Valencia Martin, M.D. ……..prescriber
Greenwood Comprehensive
P. O. Box 1179
517 Highway 82 West
Greenwood, MS 38930

Greenwood Pain Clinic
1312 Strong Ave.
Greenwood, MS 38930

Greenwood Rehabilitation Center
1401 River Road
Greenwood, MS  38930

Pharmacy:
Quality Drugs
513 Highway 82
Greenwood, MS 38930

# Medical Provider List for Ruby Crapps

Dr. John Micheal Beall…………..prescriber
Jackson Medical Clinic
501 Marshall Suite 208
Jackson, MS  39202

Sports Medicine
Jackson, MS
601-354-4488

Howard D. Clark
Morton, MS 39117
601-732-8612

Brandon Nursing & Rehab.
Brandon, MS  39042
601 825-3192

Dr. Chris Waterer
Jackson, MS
601-982-7850

Crossgates River Oaks Hospital
Brandon, MS 39042
601-825-2811

Pharmacy:
Fred's Pharmacy #2406
5186 Highway 80
Morton, MS 39117

# Medical Provider List for Catherine Duvall

Dr. Nathaniel Brown, M. D.
Mid-Delta Family Practice
ATTN: Medical Records
Post Office Drawer 1040
Cleveland, MS  38732

Dr. John L.  Herzog, M.D.
Delta Heart & Vascular Center
810 E. Sunflower Road
Cleveland, MS  38732

Delta Community Mental Health Center
113 S. Davis Avenue
Cleveland, MS  38732

Dr. Charles Brock, Jr., M. D...............prescriber
Cleveland Medical Alliance
806 E. Sunflower Road
Cleveland, MS  38732

Dr. Scott  Nelson
Family Medical Clinic
803 1st Street
Cleveland, MS  38732

Dr. Hadidi....................................prescriber
Delta Neurology Clinic-Clarksdale
785 Ohio Avenue Suite 2C
Clarksdale, MS  38614

Pharmacy:
Kroger Pharmacy 02500370
602 North Davis
Cleveland, MS 38732

# Medical Provider List for Annie Edwards

Dr. John M. Brooks, M.D.
344 Arnold Avenue
Greenville, MS  38701

Delta Regional Medical Center
1400 East Union St.
Greenville, MS 38704

Family Medical Clinic
1467 Hwy 1 South
Greenville, Ms 38704

Dr. Willie Lucas, M. D.
2363 Hwy S
Greenville, MS 38701

Dr. Hernando C. Payne, M. D.
1727 E. Union Street
Greenville, MS 38701

Dr. Allen Hale  Thompson.......prescriber
Greenville Clinic
1502 S. Colorado Street
Greenville, Ms 38703
James R. Beckham, MD
344 Arnold Ave.
Greenville, MS 38701

MS Sport Medicine & Ortho Center
1325 Fortification St.
Jackson, MS

Dr. John B. Kayoma
Magnolia Family Medical
1660 Colorado
Greenville, MS  38701

Pharmacy:
Wal-Mart Pharmacy:
1831 S. Dr. M L King BLVD
Greenville, MS 38701

# Medical Provider List for Michael Fisher

Dr. John Downer
Lexington Primary Care
110 Tchula Street
Lexington, MS  39095

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS  38935

Dr. Ravi  Pande
1317 River Road
Greenwood, MS  38930

Dr. Andrew Parent
Pavillion UMC

Jackson, MS

Dr. William Nicholas
Pavillion UMC

Jackson, MS

Sylvia Crutchfield
1411 Strong Ave
Greenwood, MS  38930

# Medical Provider List for Beneal Millier Gildon

Dr. Willie Lucas, M. D.
2363 Hwy S
Greenville, MS  38701

St. Dominic- Jackson Memorial Hospital
969 Lakeland Drive
Jackson, MS 39216

University of Mississippi Medical Center - Jackson
2500 North State Street
Jackson, MS  39216

Kenneth Hahn, MD
1306 Hospital St.
Greenville, MS 38701

Dr. Hawkins
2561 M. L. King Dr.
Greenville, MS 38701

Dr.  B. Cook, M.D.
Delta Community Mental Health Services
P.O. Box 5365
Greenville, MS  38701

Jean Barker, MD
1559 E. Union St.
Greenville, MS 38701

Dr. Hernando C. Payne, M. D.
1727 E. Union Street
Greenville, MS  38701

Karim Parleg
1504 Hospital St
Greenville, MS 38701

# Medical Provider List for Frances Glenn

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS  38935

William B. Jones, M.D.
200 Grand Blvd.
Greenwood, MS  38930

Dr. Todd Besselievre
Pain Clinic
1312 Strong Ave.
Greenwood, MS  38930

Dr. Clay Hays
969 Lakeland Dr.
Jackson, MS  39216

Walter C. Moses, M.D.
408 Market Street
Greenwood, MS  38930

# Medical Provider List for Fannie Grinston

Dr. John Micheal  Beall
Jackson Medical Clinic
501 Marshall Suite 208
Jackson, MS  39202

John Davis, MD
2470 Flowood Dr.
Flowood, ms  39232

Brian Johnson, MD
1325 E. Fortification St.
Jackson, MS

Robert McGuire, MD
2500 North State St.
Jackson, MS  39216

Dr. Jeffrey T. Summers, M.D.
NewSouth Neurospine
2470 Flowood Drive
Flowood, Ms  39232

# Medical Provider List for Lee Haley

V. A. Medical Center
1500 East Woodrow Wilson Drive
Jackson, MS  39216

Dr. Darrell N. Blaylock, M. D.
Blaylock Medical Clinic, P. A.
130 East Walker Street
Greenville, MS  38701

Dr. Joe Pulliam
1467 Hwy 1 South
Greenville, MS  38760

Dr. James Adams, M. D.
806 Sunflower Road
Cleveland, MS  38732

Dr. Michael Steuer, M. D.
122 Airways Place
Southaven, MS  38671-5872

# Medical Provider List for Tommy Hardy

Dr. Joseph S.  "Asa" Bennett, M.D.
Greenwood Orthopedic Clinic
204 8th Street
Greenwood, Ms  38930

Roger A. Blake, M.D.
907 East Sunflower Road, Suite 101
Cleveland, MS  38732

Wayne  Dotson
Cleveland Orthopedics
907 East Sunflower
Cleveland, Ms  38732

Dr. John L.  Herzog, M.D.
Delta Heart & Vascular Center
810 E. Sunflower Road
Cleveland, MS  38732

Charles Hicks, DPM
Cleveland Foot Clinic
P.O. Box 907
Cleveland, MS  38732

Dr. Jesse McGee, M.D., P.C.
4567 Milbranch
Memphis,, TN  38116

St. Dominic- Jackson Memorial Hospital
969 Lakeland Drive
Jackson, MS  39216

Dr. David L. Walt, M. D.
Family Medical Clinic
803 First Street
Cleveland, MS  38732

James Dammon, MD
Hospital Drive
Greenville, MS 38701

Pradeep Thakare, MD
1502 S. Colorado St.
Greenville, MS

## Medical Provider List for Marie Barber

Dr. Kenneth J. Hayles, M.D.
1550 Medical Park ONe
Greenville, MS   38725

Dr. Paul D. Jackson, M.D.
508 Arnold Avenue
Greenville, MS  38701

Dr. Willie Lucas, M. D.
Dr. Willie Lucas, M. D.
2363 Hwy S
Greenville, MS  38701

Dr. John M. Portera, M.D.
1175 S. Main Street
Greenville, MS  38701

Frank M. Tilton, M.D.
121 Bayou Road
Greenville, MS  38701

Dr. Bill Maddox, M.D. ...................prescriber
867 Hwy 1 South
Greenville, MS  38701

# Amended Medical Provider List for Vannila Bennett

Ability Works of Greenwood
2503 Browning Rd.
Greenwood, MS   38930

Dr. Harry A. Bartee, M. D.
Bartee Family Health Clinic
P. O. Box 607
Lexington, MS  39095

Dr. Charles W. Campbell
102 Carrollton
Lexington, Ms  39095

Dr. John Downer
Lexington Primary Care
110 Tchula Street
Lexington, MS  39095

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS  38935

Greenwood Neurology Clinic
1317 River Road
Greenwood, MS  38930

Magnolia Medical Clinic
1413 Strong Ave.
Greenwood, MS  38930

University Medical Center - Lexington
239 Bowling Green Road
Lexington, MS  38930

Greenwood Neurology Clinic
Ravi Pande, M.D. ........................prescriber
1317 River Rd.
Greenwood, MS 38930

Pharmacy:
Eckerd Drug #5801
812 W Park Ave
Greenwood, MS 38930

# Medical Provider List for Estate of Joe Blaylock

Baptist Memorial Hospital
1225 North State Street
Jackson, MS  39202

Dr. John Downer
Lexington Primary Care
110 Tchula Street
Lexington, MS  39095

Dr. Fletcher Shrock.............prescriber
630 Northwest Avenue
Durant, MS  39063

Dr. Grace Shumaker, M.D.
1227 North State St., Suite 101
Jackson, MS  39202

Dr. Elisa Abboud, M.D.
638 N. West Ave.
Durant, MS  39063

Life Help – Mental Health
P. O. Box 1505
Greenwood, MS  38935

Dr. Timothy Alford
332 Hwy 12 West
Kosciusko, MS  39090

Pharmacy:
Bell Pharmacy
427 East Madsion
Durant, MS 39063

# Amended Medical Provider List for Frances Bouie

Dr. Jeffrey Lassiter, M.D. ..............prescriber
1 Layfair Drive #400
Jackson, MS 39232

Dr. Christ P. Ethridge
Joner Pom Physical Therapy
1325 East Fortification
Jackson, MS 39201

Methodist Medical Center
1850 Chadwick Dr.
Jackson, MS  39209

Hardy Wilson Mem. Hospital
P. O. Box 889
Hazelhurst, MS  39083-0889

Reuben H. Stone, M.D.
Jackson Health Clinic
P. O. Drawer 5169
Jackson, MS 39236

Gerhard H. Handiger, M.D.
Cardiovascular Surgical Clinic
501 Marshall St., Suite 100
Jackson, MS  39202

Richard B. Ellison, M.D. – Radiologist
P. O. Box 55589
Jackson, MS  39296


David O. Westbrook, M.D., 971 Lakeland Drive, Suite 1052, Jackson, MS  39216

Dinesh K. Goel, M.D., P. O. Box 16594, Jackson, MS  39236

William Lynch, M.D., Jackson Radiology Ass., 1815 Hospital Dr., Ste. 248, Jackson, MS  39204

Dr. Rahul Vohra, Pain Management Center, P. O. Box 3783, Jackson, MS  39207-3783

Dr. Mark Wilson, M.D., Hattesburg Radiology Group, 500 West 4th Street, Hattiesburg, MS  39401

Pharmacy:
City Drug Of Crystal Springs
102 W. Railroad Ave N.
Crystal Springs, MS 39059

# Medical Provider List for Darrell Brooks, Sr.

Dr. Tennin………………..prescriber
Canton Physicians Group
P.O. Box 819
Canton, MS  39046

Dr. Robert Evans
971 Lakeland Dr.
Jackson, MS  39216

Dr. Westbrook, M.D.
Jackson Pulmonary Associates
971 Lakeland Drive
Jackson, MS  39216

Dr. Ray Parsa – DPM
980 Hwy 51
Madison, MS  39110

Dr. Ronald Davis
971 Lakeland Drive, Suite 360
Jackson, MS  39216

Dr. Gany M. Davis
5903 Ridgewood Rd.
Jackson, MS  39211

University of Miss. Health Care
Dr. Guild, M.D.
2500 N. State Street
Jackson, MS  39216

Dr. Mark P. McLain, M.D.
576 Highland Colony, Ste. 100
Ridgeland, MS  39157

Pharmacy:
Canton Discount Drug Store
726 E Peace Street
Canton, MS 39046

# Medical Provider List for Jessie Brown

Dr. Charles W. Campbell..........prescriber
102 Carrollton
Lexington, Ms  39095

Dr. John Downer
Lexington Primary Care
110 Tchula Street
Lexington, MS  39095

Mallory Community Health
P.O. Box 479
Lexington, Ms  39095

University Of MS Medical Center
239 Bowling Green Road
Lexington, MS  39095

Madison General Hospital
1421 E Peace Street
Canton, MS  39046

Greenwood Leflore Co. Hospital
1401 River Rd.
Greenwood, MS  38930

# Amended Medical Provider List for THOMAS BROWN

Delta Health Center
Post Office Box 900
Mound Bayou, MS  38762

Dr. Mohamad  F. Hadidi, M.D.
Delta Neurology
785 Ohio Avenue, Suite 2-C
Clarksdale, MS  38614

Dr. John L.  Herzog, M.D.
Delta Heart & Vascular Center
810 E. Sunflower Road
Cleveland, MS  38732

Dr. Suzette Hornsby
Delta Health Center
700 Martin Luther King
Mound Bayou, MS  38762

Dr. Scott  Nelson
Family Medical Clinic
803 1st Street
Cleveland, MS  38732

University of MS Medicine Center
2500 N. State Street
Jackson, MS 39216

Dr. J. W. Lewis, M.D.
Rosedale Family Medical Center
P. O. Box 130
Rosedale, MS  38769

Dr. George Murphy, M.D., P. O. Box 310, Rosedale, MS  38769.......prescriber

Dr. J.D. Lucas, OD, Best Eyes, 804 First Street, Cleveland, MS  38732

Dr. Alexander Zubkov, M.D., Univ. Hospital and Clinics, 350 W. Woodrow Wilson, Jackson, MS  39216

Dr.  Steven, F. Chapman, M.D., 1314 Hospital St., Greenville, MS  38704

Dr. George Lester Tarbutton......prescriber
Jackson Medical Mall
350 West Woodrow Wilson Ave
Jackson, MS 39213


Pharmacy:
Lewis Pharmacy, Inc.
P.O. Box 69
Rosedale, MS 38769

# Medical Provider List for Christine Harris

Roger A. Blake, M.D.
907 East Sunflower Road, Suite 101
Cleveland, MS  38732

Dr. Hamza Brimah, M. D.
1411 Strong Avenue
Greenwood, MS  38930

Dr. Jeff S.H. Lambdin, M.D.
202 West Park Avenue
Greenwood, MS  38930

Dr. Valencia  Martin
Greenwood Comprehensive
517 Hwy 82 West
Greenwood, MS  38930

Dr. Walter Moses
408 West Market Street
Greenwood, MS  38930

Dr. Syed Rafique
Cancer Center of Greenwood
333 Hwy 82W
Greenwood, MS  38930

Arnold Smith, M.D.
1401 River Road
Greenwood, MS  38930

Bruce Newell, MD
204 8th Street
Greenwood, MS 38930

Coleman Eye Center
2005 Hwy 82 West
Greenwood, MS 38930

# Medical Provider List for Freddie Harris

Robert B.  Haimson MD
Passman Haimson Orthopedic Sports Rehab
46 Sgt. Prentiss Dr. Ste. 103
Natchez, MS  39120

Dr. Greg E.  Wood III
Jackson Spine Surgery
1020 River Oaks Drive Ste. 100
Flowood, MS  39232

Jeffrey Anderson, MD
300 Highland Blvd
Natchez, MS 39120

John Wright, MD
131A Jeff Davis Blvd
Natchez, MS 39120

Patrick Daly, MD
1421 N. State St., Suite 403
Jackson, MS  39202

# Medical Provider List for Bobbie Bryson

Dr. Steven Clark
806 East Sunflower
Cleveland, MS  38732

Delta Health Center
Post Office Box 900
Mound Bayou, MS  38762

Dr. Wayne  Dotson
Cleveland Orthopedics
907 East Sunflower
Cleveland, Ms  38732

Dr. John L. Herzog, Sr.
Delta Heart & Vascular Center
901 East Sunflower Road., Suite 100-E
Cleveland, MS  38732

Dr. Suzette Hornsby............prescriber
Delta Health Center
700 Martin Luther King
Mound Bayou, MS  38762

Dr. John M. Portera, M.D.
1175 S. Main Street
Greenville, MS  38701

7. Dr. Edwin Searcy..............prescriber
 Dealta Health Center
702 W. Marti Luther King Road
 Mound Bayou, MS  38762

8. Dr. David L. Walt, M. D., Family Medical Clinic, 803 First Street, Cleveland, MS  38732

9. Woman's Clinic, Medical Records Custodian, 1967 Hospital Drive, Clarksdale, MS  38614

10.  Dr. Bennie Wright, M.D., Cleveland Medical Mall,  806 East Sunflower Rd., Cleveland, MS  38732

11. Dr. Joseph Terracina, M. D., 2525 Hwy 1 South, Greenville, MS  38701

12. Dr. Charlene Broome, 2335 Hwy. 1 South, Greenvoille, MS  38701

13. Dr. Victor Luna, 1705 Hospital, Dr., Greenville, MS  38701

Pharmacy:
Kroger Pharmacy #370
602 North Davis
Cleveland, MS 38732

South Street Pharmacy
410 South Street
Cleveland, MS 38732

# Medical Provider List for Melvin Harris

Dr. Michael T. Boler, M. D.
201 Walthall
Greenwood, MS 38930

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS 38935

Dr. Walton Lynn Stringer, M. D. .............prescriber
1 Layfair Dr., Ste 120
Flowood, MS 39232

Fred Sandifer, MD
Greenwood Orthopedics
204 8th Street
Greenwood, Mississippi 38930

Pharmacy:
Fred's Pharmacy
813 West Park
Greenwood, MS 38930

# Medical Provider List for Belinda Havard

Dr. Charles Brock, Jr., M.D.
810 E. Sunflower Road
Cleveland, MS  38732

Steven Clark
806 East Sunflower
Cleveland, MS  38732

Dr. Scott  Nelson
Family Medical Clinic
803 1st Street
Cleveland, MS  38732

Dr. David L. Walt, M. D.
Family Medical Clinic
803 First Street
Cleveland, MS  38732

James E. Warrington, JR.
Cleveland Medical Clinic
810 East Sunflower Road
Cleveland, MS  38732

Dr. Lambert
803 1st St.
Cleveland, MS  38732

# Medical Provider List for Estate of Florence Hayes

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS  38935

Dr. Jesse McGee, M.D., P.C.
4567 Milbranch
Memphis,, TN  38116

Dr. Preston Boles
Greenwood Foot Center
309 W. Church Street
Greenwood, MS  38930

Dr. Walter Gough, M. D.
Gough's Family & Pediatric Clinic
189 North Main Street
Drew, MS  38737

Dr. Chidi A. Nwizu, M. D.
1401 River Road
Greenwoood, MS  38930

# Medical Provider List for Rufus Hendon

Baptist Medical Center
1225 N State St.
Jackson, MS  39216

Dr. Jeffrey T. Summers, M.D.
NewSouth Neurospine
2470 Flowood Drive
Flowood, Ms  39232

Moses Jones, Md
501 Marshall St., Suite 204
Jackson, MS  39202

Joe Dunn, MD
3000 Old Canton Road
Jackson, MS 39216

Edward Copeland, MD
501 Marshall St., Suite 204
Jackson, MS 39202

Reed Hogan, MD
106 Highland Way, Suite 101
Madison, MS 39110

Brad Castle, MD
Baptist Medical
6250 Old Canton Road
Jackson, MS  39211

# Medical Provider List for Carl Henry

Dr. Joseph S. "Asa" Bennett, M.D.
Greenwood Orthopedic Clinic
204 8th Street
Greenwood, Ms 38930

Bolivar Medical Center
Medical Records Custodian
901 Hwy 8 East
Cleveland, MS 38732

Delta Health Center, Inc.
1414 Hospital St.
Greenville, MS 38703

Bennie Wright, M.D.
810 E. Sunflower Road
Cleveland, Ms 38732

St. Dominic- Jackson Memorial Hospital
969 Lakeland Drive
Jackson, MS 39216

Dr. Michael E. Steuer, M. D.
Mid-South Pain Treatment Center
122 Airways Place
Southaven, MS 38671-5872

Dr. Rahul Vohra
Southern Physical Medicine
1020 River Oaks Drive, Ste 450
Jackson, MS 39232

James E. Warrington, JR.
Cleveland Medical Clinic
810 East Sunflower Road
Cleveland, MS 38732

Dr. J. Lucas, OD
Cleveland Eye Clinic
Cleveland, MS 38732

# Medical Provider List for Narie A.  Givens

Dr. Joseph S.  "Asa" Bennett, M.D.
Greenwood Orthopedic Clinic
204 8th Street
Greenwood, MS 38930-4012
(662) 453-0504

Dr. Margaret  Cassada, M.D., Physicist
Sunflower Rural Health Clinic
840 North Oak Avenue
Ruleville, MS 38771
(662) 756-4024

Dr. Valencia  Martin, General Physician
Greenwood Comprehensive
517 Highway 82
Greenwood, MS 38930-5030
(662) 455-6767

Dr. Ravi  Pande
1317 River Road
Greenwood, MS 38930-4029
(662) 459-2520

Dr. Vonda Reeves Darby, Gastroenterology
1421 North State Street
Jackson, MS 39202-1658
(601) 355-1234

Dr. Ruth Berggren
1415 Tulane Ave # 5522
New Orleans, LA 70112-2600
(504) 988-5800

Dr. Tarik Firozi, Gastroenterology
Greenville Clinic
1502 S Colorado St,
Greenville, MS. 38703
Tel: 662-332-9872

# Medical Provider List for Mae Catherine Hester

Bolivar Medical Center
Medical Records Custodian
901 Hwy 8 East
Cleveland, MS  38732

.
Dr. Charles Brock, Jr., M.D.
810 E. Sunflower Road
Cleveland, MS  38732

Dr. John L.  Herzog, M.D.
Delta Heart & Vascular Center
810 E. Sunflower Road
Cleveland, MS  38732

James E. Warrington, JR.
Cleveland Medical Clinic
810 East Sunflower Road
Cleveland, MS  38732

# Medical Provider List for Shawand Hicks

St. Dominic- Jackson Memorial Hospital
969 Lakeland Drive
Jackson, MS 39216

Dr. Rahul Vohra
Southern Physical Medicine
1020 River Oaks Drive, Ste 450
Jackson, MS 39232

Jackson Cardiology
971 Lakeland Dr.
Jackson, MS

Jackson Pulmonary
501 Marshall St.
Jackson, MS

Helen Kisler
576 Highland Colony
Parkway Suite 100
Ridgeland, MS

Adiel Thiel, MD
1020 River Oaks Dr.
Flowood, MS

James Fuller, MD
Lakeland Dr.
Jackson, MS

David McHenry, MD
971 Lakeland Dr.
Jackson, MS

# Medical Provider List for Evia Holmes

Dr. Ahmed Aziz-Abdel
Greenwood Pain Clinic
1312 Strong Avenue
Greenwood, MS  38930

Dr. John M. Brooks, M.D.
344 Arnold Avenue
Greenville, MS  38701

Andrew Chiou, M.D.
1502 South Colorado Street
Greenville, MS  38701

Delta Regional Medical Center
1400 East Union Street
Greenville, MS  38704

Dr. Faseeh Hadidi, M.D.
Delta Neurology Clinic-Clarksdale
785 Ohio Avenue
Suite 2C
Clarksdale, MS  38614

Dr. Kenneth J. Hayles, M.D.
1550 Medical Park ONe
Greenville, MS   38725

Dr. Karen W. Plunkett
Greenwood Neurology
1317 River Road
Greenwood, MS  38930

Dr. Arvis Hawkins
2363 MLK Blvd.
Greenville, MS 38725

Dr. Francis Daly
Greenville Urology Clinic
344 Arnold Ave.
Greenville, MS 38725

R. Pradeep Thakare
1502 S. Colorado St.
Greenville, MS 38725

# Medical Provider List for Frank Hoover

Dr. Harry A. Bartee, M. D.
Bartee Family Health Clinic
P. O. Box 607
Lexington, MS  39095

Dr. John Downer
Lexington Primary Care
110 Tchula Street
Lexington, MS  39095

Pain Clinic
1312 Strong Ave.
Greenwood, MS  38930

UMC Clinic & Hospital
Bowling Green Road
Lexington, MS  39095

James S. Robbin, MD
205 8th St.
Greenwood, MS 38930

Douglas Wolfe, MD
University Phy. Clinic
P. O. Box 2219
Jackson, MS39225

# Medical Provider List for Ruby Hoover

Dr. John Downer
Lexington Primary Care
110 Tchula Street
Lexington, MS  39095

Dr. Sheila G. Lindley, M.D.
Department of Orthopedics and Rehabilitation
2500 N. State Street, Suite I
Jackson, MS  39216

Dr. Jeffrey T. Summers, M.D.
NewSouth Neurospine
2470 Flowood Drive
Flowood, Ms  39232

Dr. Rahul Vohra
Southern Physical Medicine
1020 River Oaks Drive, Ste 450
Jackson, MS   39232

University of Mississippi Medical Center
2500 North State Street
Jackson, MS  39216

Dr. W. Boyd Massey, M.D., P. A.
**Dr. Charles Lincoln, M.D.**
1300 Sunset Drive, Ste R
Grenada, MS 38901

E. M. Meek, Jr., MD
1604 Leflore Ave.
Greenwood, MS 38930