# EXHIBIT 7, Part 2 of 4

# Medical Provider List for Emma Howard

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS  38935

Dr. Walter Moses
408 West Market Street
Greenwood, MS  38930

Kenan Arnautovic, MD
6325 Humphrey Blvd.
Memphis, TN  38120

Dr. Carro Humphrey, M.D.
6325 Humphrey Blvd.
Memphis, TN  38120

Rena Steadman, MD
2504 Browning Rd.
Greenwood, MS 38930

Jimmy Miller, MD
405 River Road
Greenwood, MS 38930

Rohit Panchal, MD
102 Professional Plaza
Greenwood, MS 38930

Coleman Eye Center
2001 Highway 82 West
Greenwood, MS 38930

Preston Boles, DDP
309 W. Church St.
Greenwood, MS 38930

Physical Rehab. & Wellness
1802 Strong Ave
Greenwood, MS 38930

# Medical Provider List for James Hunter

Dr. Joseph S.  "Asa" Bennett, M.D.
Greenwood Orthopedic Clinic
204 8th Street
Greenwood, Ms  38930

Greenwood Neurology Clinic
1317 River Road
Greenwood, MS  38930

Dr. James R. Hardin, M.D.
205 8th Street
Greenwood, MS  38930

William B. Jones, M.D.
200 Grand Blvd.
Greenwood, MS  38930

John Payne, MD
Greenwood Leflore Hospital
1401 River Road
Greenwood, MS  38930

Dr. Charles Nause
110 E Market Street
Greenwood, MMS  38930

Dr. A. Gordon Lyons
10250 River Oak Drive
Flowood, MS  39232

Dr. Eugene Gregory Wood, III, M. D.
P O Box 55529
Jackson, MS  38296

Audrey Lucas, MD
2550 Flowood Dr., Suite 200
Flowood, MS 39232

# Medical Provider List for estate of  charles Ingram

Dr. Joseph Burgarino, M.D.
Aurora Sinai Center
1020 N. 12th St., Room PL09
Milwaukee, WI  53233

Ira Buckner, MD
785 Ohio Ave., Suite 2-B
Clarksdale, MS 38643

Isaac Coggs Health
2770 N. 5th St.
Milwaukee, WI 53218

John Krueger, MD
8200 West Silver Springs Dr.
Milwaukee, WI 53218

# Medical Provider List for Doris Johnson

GA Carmicheal Family Health Center
1547 Jerry Clower Rd
Yazoo City, MS  39194

James Rooks, M.D.
1190 N. State Suite 202
Jackson, MS 39202

St. Dominic- Jackson Memorial Hospital
969 Lakeland Drive
Jackson, MS  39216

Dr. Tennin
Canton Physicians Group
P.O. Box 819
Canton, MS 39046

Maurice McShan, MD
5903 Ridgewood Rd.
Jackson, MS 39211

Carl Reddix, MD
5903 Ridgewood Rd
Jackson, MS 39211

William Truly, MD
838 E. Academy Street
Canton, MS 39046

Felix Gordon, MD
A.C. Tipton, MD
971 Lakeland Dr., Ste. 360
Jackson, MS  39216

L. C. Tennin, MD,
1883 Hwy 43 S.,
Canton, MS  39046

James Russel Rooks, MD,
1190 N. State Street,
Jackson, MS 39202

Drs, Patel and Dr. Raza,
207 W. Jackson Street,
Ridgeland, MS  39157

# Medical Provider List for Shanetta Lacy

Dr. Harry A. Bartee, M. D.
Bartee Family Health Clinic
P. O. Box 607
Lexington, MS  39095

Central Mississippi Medical Center
1850 Chadwick Drive
Jackson, MS 39204

Dr. Reginald  Rigsby
Mallory Community Health
P.O. Box 479
Lexington, Ms  39095

VA Medical Center-Jackson
1500 E Woodrow Wilson Drive
Jackson, Ms  39216-5199

Dr. Ronald B. Williams, M. D.
Trinity Pain Clinic
1307 Airport Rd., Suite 2A
Jackson, MS  39232

MS Sport Medicine & Orthopaedic Ctr.
1325 E. Fortification St.
Jackson, MS  39202

# Medical Provider List for Sylvia Longino

William K.  Harris MD
Baptist Medical Center
7275 Siwell Road
Byram , MS  39272

St. Dominic- Jackson Memorial Hospital
969 Lakeland Drive
Jackson, MS  39216

Dr. James Ervin, MD
104 W. Railroad Ave. S
Crystal Springs, MS  39059

Dr. Douglas Yeager, M.D.
727 Siwell Rd.
Byram, MS  39272

Dr. William Goldstein
501 Marshall St.
Jackson, MS  39202

Chris P. Etheridge, MD, 1325 E. Fortification St., Jackson, MS  39202

University Orthopaedic Assoc., Dr. Shelia Lindsey, 1410 E. Woodrow Wilson Dr., Jackson, MS  39216

The UMC Orthopadic Surgical & Rehab., 2500 N. State Street, Jackson, MS  39216

Jackson Neurology Associates, 971 Lakeland Dr., Jackson, MS  39216

Dr. Brian Johnson, MS Sports Med. & Orthopedic Ctr, 1325 E. Fortification St., Jackson, MS  39236

Dr. Ann Myers, MD, 971 Lakeland Dr., Jackson, MS  39216

Suthin Songcharoen, M.D., 2559 Flowood Drive, Flowood, MS  39232

Pain Management Clinic, Jeff Summers, MD, 2470 Flowood,  MS  39232

Methodist Rehabilitation Clinic, One Layfair Dr., Flowood, MS  39232

Art Leis, MD, 1350 E. Woodrow Wilson Dr., Jackson, MS  39216

# Medical Provider List for Henry Landrum

University Pain Management Clinic
University Medical Centr
2500 N. State St.
Jackson, MS 39216

Dr. Ronald B. Williams, M. D.
Trinity Pain Clinic
1307 Airport Rd., Suite 2A
Jackson, MS 39232

Dr. Michael Baker, MD
1901 Mission 66
Vicksburg, MS 39180

Baptist Medial Clinic
Dr. Whitton and Dr. Pullen
401 Hospital Drive
Madison, MS 39110

GA Carmicheal Family Health Center
1547 Jerry Clower Rd
Yazoo City, MS 39194

# Amended Medical Provider List for Jerry Lowe

**UAB  Pain Rehabilitation**
**1717 6th Ave. South**
**Birmingham, AL  35233**

**University of MS Health Care**
**2500 North State Street**
**Jackson, MS 39216**

**Greenwood Orthopedic Clinic**
**204 Eighth St.**
**Greenwood, MS  38930**

**Leflore Specialty Clinic**
**102 Professional Plaza**
**Greenwood, MS  38930**

**Greenwood Orthopedic Clinic,**
**204 8th Street, P. O. Box 1716,**
**Greenwood, MS 38935-1716;**

**Greenwood Neurological Surgery, PLLC,**
**1407 Strong Avenue, P. O. Box 940,**
**Greenwood, MS 38935-0940;**

**Greewwood Leflore Hospital,**
**Out Patient Rehabilitation,**
**1401 River Road,**
**Greenwood, MS 38930;**

**Andrew S. Chiou, M. D.,**
**P. O. Box 9309,**
**Greenwood, SM 38930-8309;**

**ER doctor at Frankford Hospital,**
**Frankford Campus,**
**5009 Frankford Avenue,**
**Philadelphia, PA 19124**
**Phone: (215>831-2086;**

**Baptist Memorial Health care,**
**200 Highway 30 West,**
**New Albany, MS 38652;**

# Medical Provider List for Alford Darby

Dr. Micheal  Havens
Batesville Family Medical Clinic
435 Hwy 6 E.
Batesville, MS  38606

Dr. Jay Charles Schechtman…………...prescriber
3461 Austin Peay Hwy
Memphis , TN  38128

Tri-Lakes Medical Center
303 Medical Center Drive
Batesville, MS  38606

Narayana Swamy
G. V. Sonny Montgomery V. A. Medical Center
1500 East Woodrow Wilson Drive
Jackson, MS  39216

Pharmacy:
Memphis VA Medical Center
1030 Jefferson Avenue
Memphis, TN 38104

# Medical Provider List for Carolyn Davis

St. Dominic- Jackson Memorial Hospital
969 Lakeland Drive
Jackson, MS 39216

Dr. Salil Tiwari......................prescriber
Jackson Neurology
971 Lakeland Drive, Ste.1151
Jackson, MS 39216

Vicksburg Medical Clinic
115 N. Frontage Road
Vicksburg, MS 39180

Pharmacy:
Guy's Drug Store
265 W Peace St
Canton, MS 39046

# Medical Provider List for Mary Adams

Dr. Ravi Pande--------------------------------------------------------prescriber
1317 River Road
Greenwood, MS 38930

Yvonne Tanner, MD-------------------------------------------------prescriber
Greenwood Comprehensive Medical Clinic
517 Hwy 82 W
Greenwood, MS 38930

Dr. Kenneth Kellough, M. D.-------------------------------------prescriber
758 Ohio Street, Ste 1-E
P. O. Box 1216
Clarksdale, MS 38614

Pharmacy:
Quality Drugs
513 Highway 82
Greenwood, MS 38930

# Medical Provider List for Jannie Lucas

Delta Regional Medical Center
1400 East Union Street
Greenville, MS  38704

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS  38935

Dr. Ravi  Pande
1317 River Road
Greenwood, MS  38930

Methodist Rehab. Center
1910 Lakeland Drive
Jackson, MS 39216

Mid South Pain Treatment Center
122 Airways Place
Southaven, MS  38671

Delta Pain Clinic
1693 South Colorado St.
Greenville, MS  38703

Greenwood Comprehensive Clinic
Dr. Harold Wheeler, MD
517 Highway 82 W,
Greenwood, MS  38930

King's Daughters Hospital
P. O. Box 1857
Greenville, MS  38702

Dr. Rodney Frothingham
526 Fairview Ave.
Greenville, MS  38701

Greenwood Orthopedic Clinic
204 8th Street
Greenwood, MS  38930

# Medical Provider List for Betty Newson

Dr. S. D. Austin, M. D.
806 E. Sunflower Road
Cleveland, MS  38732

Delta Community Mental Health Center
113 S. Davis Avenue
Cleveland, MS  38732

Dr. Benjamin Folk
Greenville Clinic
1502 S. Colorado Street
Greenville, MS  38703

Dr. Parvez Karim
Premier Medical Clinic
1504 Hospital Street
Greenville, MS  38703

Dr. Jeffrey T. Summers, M.D.
NewSouth Neurospine
2470 Flowood Drive
Flowood, Ms  39232

Dr. Peeler
112 East Peeler Ave.
Shaw, MS  38773

# Medical Provider List for Lolita Myers

Delta Mental Health Service
Hwy 61
Cleveland, MS 38732

Delta Regional Medical Center
1400 East Union Street
Greenville, MS  38704

Bolivar Medical Center
Medical Records Custodian
901 Hwy 8 East
Cleveland, MS  38732

Dr. Scott  Nelson
Family Medical Clinic
803  1st Street
Cleveland, MS  38732

# Medical Provider List for Ruby Maxine Smith

Scott Regional Hospital – E.R.
317 HIGHWAY 13 SOUTH
P O BOX 259.
Morton, MS  39117

Dr. James Hensarling, MD
971 Lakeland Dr Ste 1159
Jackson, MS  39216

Scott Regional Clinic
317 Highway 13 South
Morton, MS 39117

C Randall Voyles
501 Marshall St STE 500.
Jackson, MS 39202
Ph. 1-601-948-1411

# Medical Provider List for  Della G. Washington

Dr. J. Neely
Carrolton Clinic
P.O. Box 220
Carrollton , Ms  38947

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS  38935

Dr. Valencia  Martin
Greenwood Comprehensive
517 Hwy 82 West
Greenwood, MS  38930

Pain Clinic
1312 Strong Ave.
Greenwood, MS  38930

# Medical Provider List for Estate of Lillie Hunter

Greenwood Leflore Hospital
1401 River Road
P.O. Box 1410
Greenwood, MS 38935

University of Mississippi Medical Center - Jackson
2500 North State Street
Jackson, MS 39216

Dr. Valee Harisdangkul, M.D.
University Medical Center
2500 N. State St. STE. A
Jackson, MS 39216

Harold Wheeler, MD
517 Hwy 82 West
Greenwood, MS 38930

# Medical Provider List for Ollie Johnson

St. Dominic- Jackson Memorial Hospital
969 Lakeland Drive
Jackson, MS  39216

University of Mississippi Pavillon Clinic
University of Mississippi Medical Center - Jackson
2500 North State Street
Jackson, MS  39206

H. L. Huff, MD
Podiatric Medicine
500-0 E/ Woodrow Wilson
Jackson, MS

Baptist Clinics
1190 North State St.
Jackson, MS 39209

Jackson Heart Clinic
1040 Rivers Oaks Dr.
Jackson, MS

20/20 Vision Care
100 Airport Rd.
Pearl, MS

# Medical Provider List for Rose Jones

Meridian Medical Associate
Dr. James Green Jr.
2024 15th St.
Meridian, MS 39301

Meridian Medical Associate (2004)
Dr. Aamir Hashmat
2024 15th St.
Meridian, MS 39301

Meridian Ear, Nose & Throat (2004)
Dr. Thomas J. Balzli (inner car-audiology)
1521 22nd Ave.
Meridian, MS 39301

Rush Foundation Hospital (1996)
1314 19th Ave.
Meridian, MS 39301

Anderson Regional Medical Center (2001)
2124 14th St.
Meridian, MS 39301

Dr. Farzad Farnali (2001)
2475 Lakeland Dr.
Jackson, MS 39216

Diabetes Self Maneigement Center (2005)
Dr. Terri Paterson RN
2124 14th St.
Meridian, MS 39301

Behavioral Medicine Clinic, Inc (2002)
5000 Hwy. 39 North
Meridian, MS 39301

Rush Medical Group (1996)
Dr. Fred Grant
1314 19th Ave.
Meridian, MS 39301

# Medical Provider List for Falisha Knight

Dr. Ahmed Aziz-Abdel
Greenwood Pain Clinic
1312 Strong Avenue
Greenwood, MS  38930

Roger A. Blake, M.D.
907 East Sunflower Road, Suite 101
Cleveland, MS  38732

Dr. Bill Maddox, M. D.
Greenville Family Clinic
867 Mississippi Street
Greenville, MS  38701

Greenwood Neurology Clinic
1317 River Road
Greenwood, MS  38930

Dr. Hernando C. Payne, M. D.
1727 E. Union Street
Greenville, MS  38701

George Wang, MD
2919 E. Ellsworth Rd., Bldg 8Suite 135
Mesa, AZ 85212

Sharon Toth, MD
287 E. Hunt Hwy #105
San Tan Valley, AZ  85143

# Medical Provider List for Lula Lott

Dr. Scott Harrison
501 Marshall Street
Jackson, MS  39202

Dr. Huey McDaniel
971 Lakeland Dr.
Jackson, MS  39216

Dr. Weiss
The Colonades
501 Marshall
Jackson, MS  39216

Dr. Snovel, MD
968 Lakeland Dr.
Jackson, MS  39216

Dr. Roger Smithart, OD
Woodrow Wilson Plaza
500K East Woodrow Wilson Ave.
Jackson, MS  39216

Dr. Carroll
Medical Arts Bldg.
971 Lakeland Dr.
Jackson, MS   39216

# Medical Provider List for DAWN LEPORD

Dr. Gayle Harrell
Primary Health Care
1080 Hwy 35 S.
Forest , MS  39074

Dr. Harkey, MD
University MS Medical Center
2500 N. State Street
Jackson,  MS  39216

Madden Medical Clinic
1071 East Franklin St.
Carthage, MS  39051

St. Dominic Hospital
969 Lakeland Drive
Jackson, MS  39216

# Medical Provider List for MiCKEY LIVINGTON

Dr. Joseph S.  "Asa" Bennett, M.D.
Greenwood Orthopedic Clinic
204 8th Street
Greenwood, MS  38930

Dr. Charles Brock, Jr., M.D.
810 E. Sunflower Road
Cleveland, MS  38732

Dr. Lance Johnson
Johnson Dental Clinic
1313 Hwy 8
Cleveland, MS  38732

Dr. Paul W. Warrington, M.D.
803 First St.
Cleveland, MS  38732

Dr. Todd D. Edwards, MD
7362 Southcrest Parkway
Southaven, MS  38671

Dr. Richard L. Summers
2500 North State Street
Jackson, MS  39216