EXHIBIT 7, Part 3 of 4

## MEDICAL PROVIDER LIST

*1992*

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive,*
*Greenville, MS 38701*
Client Phone: *662-820-8756*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: *Delta Medical Center*
(whether mental or physical) *1400 E. Union Street*
*Greenville, MS 38703*
*662-378-3783*

(b) Reason for treatment: *X-Ray from Clinic*

(c) Date of treatment(s): *1992*

(d) Name & Address of witness *Ethel Blair*
with knowledge of treatment: *1509 E. College St*
*Greenville, MS 38701*
*662-378-3667*

(a) Name & Address of medical provider:
(whether mental or physical)

(b) Reason for treatment:

(c) Date of treatment(s):

(d) Name & Address of witness
with knowledge of treatment:

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

1993

## MEDICAL PROVIDER LIST

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662 - 820 - 8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: _Delta Medical Center_
    (whether mental or physical) _1400 E. Union Street_
    _Greenville, MS 38703_
    _662-378-3783_

(b) Reason for treatment: _Breast Biopsy Surgery_

(c) Date of treatment(s): _____

(d) Name & Address of witness
    with knowledge of treatment: _Ethel Blair_
    _1509 E. College Street_
    _Greenville, MS 38704_
    _662-378-3667_

(a) Name & Address of medical provider: _____
    (whether mental or physical) _____
    _____

(b) Reason for treatment: _____

(c) Date of treatment(s): _____

(d) Name & Address of witness
    with knowledge of treatment: _____

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

## MEDICAL PROVIDER LIST

*1991*

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662 - 820 - 8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: _Dr. Vance W. Byar_
(whether mental or physical) _Clinic For Women_
_302 Arnold Ave._
_Greenville, MS 38701_

(b) Reason for treatment: _Medication Refill_

(c) Date of treatment(s): _9-17-91 , 10-22-91 , 7-3-92_

(d) Name & Address of witness
with knowledge of treatment: _Ethel Blair_
_1509 E. College Street_
_Greenville, MS 38703_

---

(a) Name & Address of medical provider: _King's Daughters Hospital_
(whether mental or physical) _300 Washington Ave_
_Greenville, MS 38701_

(b) Reason for treatment: _Sleep Apnea Test_
_S-1 Nerve Damage_

(c) Date of treatment(s): _11-16-91 - 2-2-00_

(d) Name & Address of witness
with knowledge of treatment: _Ethel Blair_
_1509 E. College Street_
_Greenville, MS 38703_

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1*

# MEDICAL PROVIDER LIST

*1994*

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662-820-8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: _Delta Health Center_
    (whether mental or physical)  _1414 Hospital Street_
    _Greenville, MS 38703_
    _662-335-3991_

(b) Reason for treatment: _Flu, sinusitis, pain upon urination_

(c) Date of treatment(s): _6-23-94, 9-28-94, 11-29-94_

(d) Name & Address of witness
    with knowledge of treatment: _Ethel Blair_
    _1509 E. Union Street_
    _Greenville, MS 38703_
    _662-378-3667_

(a) Name & Address of medical provider: _____
    (whether mental or physical)  _____
    _____
    _____

(b) Reason for treatment: _____

(c) Date of treatment(s): _____

(d) Name & Address of witness
    with knowledge of treatment: _____
    _____

*1995*

## MEDICAL PROVIDER LIST

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive*
*Greenville, MS 38701*
Client Phone: *662-820-8766*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:
(whether mental or physical)
*Delta Health Center*
*Dr. Parvez Karim,*
*1414 Hospital Street*
*Greenville, MS 38763*
*662-335-3991*

(b) Reason for treatment:
*Flu, Cold, Congestion, Chills, Cough*
*Follow-up, Sinusitis, sneezing*

(c) Date of treatment(s):
*1-10-95, 1-30-95, 2-16-95, 3-7-95,*
*3-27-95, 6-21-95, 8-26-95, 9-14-95*

(d) Name & Address of witness
with knowledge of treatment:
*Ethel Blair*
*1509 E. College Street*
*Greenville, MS 38701*
*662-378-3667*

(a) Name & Address of medical provider:
(whether mental or physical)

(b) Reason for treatment:

(c) Date of treatment(s):

(d) Name & Address of witness
with knowledge of treatment:

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

## MEDICAL PROVIDER LIST

*1996*

Client Name: _Audrey Ward Berg_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662-820-8756_

      Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years.  Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:
    (whether mental or physical)

_Delta Health Center_
_Marilyn Williams CFNP (Dr. Parvez Kan_
_1414 Hospital Street_
_Greenville, MS 38703_
_662-335-3991_

(b) Reason for treatment:

_Medicine order, Flu._

(c) Date of treatment(s):

_1-3-96 , 2-2-96 , 2-14-96,_
_6-4-96 , 8-13-96 , 7-11-96_
_9-9-96 , 12-12-96, 12-18-96_

(d) Name & Address of witness
    with knowledge of treatment:

_Ethel Blair_
_1509 E. College Street_
_Greenville, MS 38703_
_662-378-3667_

(a) Name & Address of medical provider:
    (whether mental or physical)

(b) Reason for treatment:

(c) Date of treatment(s):

(d) Name & Address of witness
    with knowledge of treatment:

---

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

*1997*

## MEDICAL PROVIDER LIST

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell*
*Greenville, MS 38701*
Client Phone: *662-820-8766*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: *Delta Regional Medical Center*
(whether mental or physical) *1400 E. Union Street*
*Greenville, MS 38703*
*662-378-3783*

(b) Reason for treatment: *Lumbar spine, Lower back pain, Sciatica, Muscle Sprain, X-Ray, L-3 spine c-spine, both hips, Left shoulder, Left han*

(c) Date of treatment(s): *3-3-97, 3-5-97, 3-24-97, 4-4 5-12-97, 3-27-97, 5-21-97, 5-10*

(d) Name & Address of witness with knowledge of treatment: *Ethel Blair*
*1509 E. College Street*
*Greenville, MS 38701*
*662-378-3667*

(a) Name & Address of medical provider: *Dorsey Chiropractic Clinic*
(whether mental or physical) *1655 E. Union Street*
*Greenville, MS 38703*
*662-335-3040 or 662-335-7917*

(b) Reason for treatment: *Back + Neck pains*

(c) Date of treatment(s): *3-7-97, 3-12-97, 3-14-97, 3-17-97 3-19-97, 3-21-97, 3-26-97*

(d) Name & Address of witness with knowledge of treatment: *Ethel Blair*
*1509 E. College St.*
*Greenville, MS 38701*
*662-378-3667*

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1997*

(a) Name & Address of medical provider:
    (whether mental or physical)

*Delta Health Center*
*Dr. Parvez Karim*
*1414 Hospital Street*
*Greenville. MS 38703*
*662-335-3991*

(b) Reason for treatment:

*Lower back. neck, hands, hip + wrist pa*
*Recheck because of physical therapy*
*conferences of x-rays: mammogram*

(c) Date of treatment(s):

*4-9-97, 2-10-97, 3-3-97, 3-5-97*
*3-10-97, 4-9-97, 5-10-97*

(d) Name & Address of witness
    with knowledge of treatment:

*Ethel Blair*
*1509 E. College Street*
*Greenville. MS 3870*
*662-378-3667*

---

(a) Name & Address of medical provider:
    (whether mental or physical)

*Dr. Sally Lawson + other, ER. doctor*
*The Kings Daughters Hospital*
*300 S. Washington Ave*
*Greenville. MS 38701*
*662-378-3783*

(b) Reason for treatment:

*Low back pain, hip+legs pains, nec*
*pains, x-rays for mammogram*

(c) Date of treatment(s):

*4-19-97, 8-14-97, 2-22-00, 3-0*

(d) Name & Address of witness
    with knowledge of treatment:

*Ethel Blair*
*1509 E. College Street*
*Greenville. MS 38703*
*662-378-3667*

---

(a) Name & Address of medical provider:
    (whether mental or physical)

*Dr. William E. Anderson*
*Greenwood Orthopedic Center*
*204 Eight Streets*
*Greenwood. MS 38935-1716*
*662-453-0504*

(b) Reason for treatment:

*Left Sacroiliac Joint Strain*
*Back Strain*

(c) Date of treatment(s):

*4-16-97, 5-14-97,*

(b) Name & Address of witness
    with knowledge of treatment:

*Ethel Blair*
*1509 E. College Street*
*Greenville, MS 38703*
*662-378-3667*

---

1997

(a) Name & Address of medical provider: *Dr. Myers*
   (whether mental or physical) *Moses Building*
   *Greenville, MS 38701*

(b) Reason for treatment: *For lower back pain + Neck pain*

(c) Date of treatment(s): *8-21-97*

(d) Name & Address of witness
   with knowledge of treatment: *Ethel Blair*
   *1509 E. College St.*
   *Greenville, MS 38703*
   *662-378-3667*

(a) Name & Address of medical provider:
   (whether mental or physical)
   *Outpatient Services (First Floor)*
   *Delta Regional Medical Center*
   *Orthopedic Physical Therapy (Rehab)*
   *1400 E. Union Street*
   *Greenville, MS 38703*
   *662-334-2121*

(b) Reason for treatment: *S1 spine, Left hip physical Then*

(c) Date of treatment(s): *3-21-97, until 6-2-97*

(d) Name & Address of witness
   with knowledge of treatment: *Ethel Blair*
   *1509 E. College St.*
   *Greenville, MS 38703*

(a) Name & Address of medical provider: *Mississippi Diagnostic Imaging Cent*
   (whether mental or physical) *103 River Oaks Sports*
   *Flowood, MS 89288-7269*
   *601-932-3722*

(b) Reason for treatment: *For Cervical Spine*

(c) Date of treatment(s): *2-10-97 - 3-10-97*

(b) Name & Address of witness
   with knowledge of treatment: *Ethel Blair*
   *1509 E. College St.*
   *Greenville, MS 38701*
   *662-378-3667*

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

## MEDICAL PROVIDER LIST

*1998*

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive*
*Greenville, MS 38701*
Client Phone: *662-820-8756*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: *River Oaks Hospital*
(whether mental or physical) *P.O. Box 5100*
*Jackson, MS 39296*
*601-936-1056*

(b) Reason for treatment: *Bone Scan (suggestive Arthritis*

(c) Date of treatment(s): *5-5-98*

(d) Name & Address of witness *Ethel Blair*
with knowledge of treatment: *1509 E. College St.*
*Greenville, MS 38703*
*662-378-3667*

(a) Name & Address of medical provider: *James Tucker, MD, James Wright*
(whether mental or physical) *Delta Regional Medical Center*
*Emergency Room doctors + others*
*1400 E. Union Street*
*Greenville, MS 38705*
*662-378-3783*

(b) Reason for treatment: *Blood works (Lab)*
*Surgery on shoulder, Rotator Cuff*
*Tear, Pain for neck, back, leg, wrists, hips*

(c) Date of treatment(s): *5-19-98 until 5-29-98*
*6-25-98 until 7-29-98*
*8-5-98*

(d) Name & Address of witness *Ethel Blair*
with knowledge of treatment: *1509 E College St*
*Greenville, MS 38703*
*662-378-3667*

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1998*

**(a) Name & Address of medical provider:**
(whether mental or physical)

Phillip Doolittle
1214 Hospital Street
Greenville, MS 38703
662-335-9283

**(b) Reason for treatment:**

Shoulder + neck pains

**(c) Date of treatment(s):**

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College
Greenville, MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

Greenville Therapy Sports Medicine
Center
363 A. West Reed Rd.
Greenville, MS 38701
601-335-2243

**(b) Reason for treatment:**

Cervical, Lumbar examinat.
+ Blood work, Physical Therapy

**(c) Date of treatment(s):**

7-31-98 — 12-21-98

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703

**(a) Name & Address of medical provider:**
(whether mental or physical)

Diagnostic Imaging
1699 S. Colorado
Greenville, MS 38703
662-335-5650 OR 662-335-5

**(b) Reason for treatment:**

Ankle, Hips, neck + back
MRI

**(c) Date of treatment(s):**

9-18-98, 9-22-98, 9-24-98

**(b) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378 -3667

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

(a) Name & Address of medical provider:
  (whether mental or physical)

*Delta Health Center*
*Dr. Parvez Karim*
*1414 Hospital Street*
*Greenville, MS 38703*
*662-335-3991*

(b) Reason for treatment:

*Occasional sinus trouble,*
*sinus dranage*

(c) Date of treatment(s):

(d) Name & Address of witness
  with knowledge of treatment:

*Ethel Blair*
*1509 Collage St.*
*Greenville, MS 38703*
*662-378-3667*

(a) Name & Address of medical provider:
  (whether mental or physical)

*Greenville Physical Therapy*
*Sports Medicine Center*

(b) Reason for treatment:

*Neck Rehab*

(c) Date of treatment(s):

*12-12-98*

(d) Name & Address of witness
  with knowledge of treatment:

*Ethel Blair*
*1509 E. College St.*
*Greenville, MS 3870*

(a) Name & Address of medical provider:
  (whether mental or physical)

*Mississippi Diagnostic Imaging Center*
*P.O. Box 97269*
*Flowood, Mississippi 39288*
*601-932-3722*
*1-800-843-7681*

(b) Reason for treatment:

*Cervical Spine X-Ray*

(c) Date of treatment(s):

*4-13-98*

(b) Name & Address of witness
  with knowledge of treatment:

*Ethel Blair*
*1509 E. College*
*Greenville, MS 38703*
*662-378-3667*

*1998*

**(a) Name & Address of medical provider:**
(whether mental or physical)

Greenwood Neurology Clinic
Karen Plunkett MD
PO Box 1410
Greenwood. MS 38935-1410
662-459-2520

**(b) Reason for treatment:**

Lower back pain, Neck pain
Wrist pain,

**(c) Date of treatment(s):**

4-22-98, 7-29-98, 8-6-98,
9-9-98   10-21-98   10-9-98
8-8-98   7-31-98

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St
Greenville. MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

Salil C. Tiwart M.D
Jackson Neurology
971 Lakeland Dr.
Suite 1151
Jackson, MS 39216
601-961-0034

**(b) Reason for treatment:**

EMG Test

**(c) Date of treatment(s):**

7-31-98

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703

**(a) Name & Address of medical provider:**
(whether mental or physical)

**(b) Reason for treatment:**

**(c) Date of treatment(s):**

**(b) Name & Address of witness**
with knowledge of treatment:

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

## MEDICAL PROVIDER LIST

*1998*

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive*
*Greenville, MS 38701*
Client Phone: *662-820-8756*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: *Greenville Neurology Clinic*
   (whether mental or physical) *Dr. Frank M. Tilton*
   *867 Highway 1 South*
   *Greenville, MS 38701*
   *Phone 662-378-8460*

(b) Reason for treatment: *Neck pain, Left shoulder pains*

(c) Date of treatment(s): *6-28-98 until 12-10-98*

(d) Name & Address of witness *Ethel Blair*
   with knowledge of treatment: *1509 E. College Street*
   *Greenville MS 38703*
   *662-378-3667*

---

(a) Name & Address of medical provider: *Neurological Surgery*
   (whether mental or physical) *Dr. Russell Blaylock*
   *9 Lakeland Cir. Suite A*
   *Jackson, MS 39216*
   *601-982-1175*

(b) Reason for treatment: *4-6-98*

(c) Date of treatment(s): *Neck pains*

(d) Name & Address of witness *Ethel Blair*
   with knowledge of treatment: *1509 E College St*
   *Greenville, MS 38703*
   *662-378-3667*

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1998*

**(a) Name & Address of medical provider:**
(whether mental or physical)

Dr. Walter Shelton
Mississippi Sports Medicine +
Orthopaedic Center
1325 East Fortification Street
Jackson, MS 39236 - 6875
601 - 354 - 4488

**(b) Reason for treatment:**

Steroid Injection for back

**(c) Date of treatment(s):**

5-2-98 — 5-14-98

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703
662 - 378 - 3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

Mark Wolgin M.D.
Mid-South Sports Medicine &
Orthopedics
1693 South Colorado Street
Greenville, MS 38703
662 - 332 - 8700 OR 1-888-763-8700

**(b) Reason for treatment:**

Multiple body pains

**(c) Date of treatment(s):**

Second opinion on Bone Scan
6 - 26 - 98

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703

**(a) Name & Address of medical provider:**
(whether mental or physical)

Jeff Almand M.D.
Mid South Sports Medicine +
Orthopedics Clinic
1693 S. Colorado Street
Greenville, MS 38703
662 - 332 - 8700 OR 1-888-753-870

**(b) Reason for treatment:**

Lower back, Neck, wrists, Left Shoulder
pain. Nerve Conduction Study, Rotator
Cuff tear, upper Extremities,

**(c) Date of treatment(s):**

7-22-98, 7-22-98, 7-31-98, 8-5-98
9-9-98, 9-23-98, 10-21-98, 12-21-98

**(b) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St
Greenville, MS 38703
662 - 378 - 3667

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1999*

(a) Name & Address of medical provider:
    (whether mental or physical)

*Delta Pain Center*
*Michael E. Steuer M.D.*
*1693 S. Colorado Street*
*Greenville, MS 38703*
*662-332-0006*

(b) Reason for treatment:

*pain in left shoulder, neck & back*

(c) Date of treatment(s):

*8-5-98*
*10-8-98  until  12-22-99*

(d) Name & Address of witness
    with knowledge of treatment:

*Ethel Blair*
*1509 E. College Street*
*Greenville, MS 38703*
*662-378-3667*

(a) Name & Address of medical provider:
    (whether mental or physical)

*Turner Wright M.D.*
*Gamble Brothers & Archer Clinic*
*Otolaryngology*
*344 Arnold Avenue*
*Greenville, MS 38702*
*662-332-8131*

(b) Reason for treatment:

*Neck pains*

(c) Date of treatment(s):

*10-26-98*

(d) Name & Address of witness
    with knowledge of treatment:

*Ethel Blair*
*1509 E. College*
*Greenville, MS 38703*

(a) Name & Address of medical provider:
    (whether mental or physical)

*Daniel R. Spurrier M.D.*
*Neurosurgery*
*526 Fairview Avenue*
*Greenville, MS 38702*
*662-334-4915*

(b) Reason for treatment:

*Neck pains*

(c) Date of treatment(s):

*11-6-98*

(b) Name & Address of witness
    with knowledge of treatment:

*Ethel Blair*
*1509 E. College St.*
*Greenville, MS 38703*
*662-378-3667*

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1998*

(a) Name & Address of medical provider: Gamble Brothers + Archer Clinic
(whether mental or physical)
Dr. W.D. Austin
344 Arnold Ave
Greenville, MS 38701
662-335-8193

(b) Reason for treatment: Muscle spasms in the neck

(c) Date of treatment(s): 3-3-98

(d) Name & Address of witness
with knowledge of treatment:
Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378-3667

(a) Name & Address of medical provider: Rodrick Beamon
(whether mental or physical)
Delta Health Center
1414 Hospital Street
Greenville, MS 38703
662-335-3991

(b) Reason for treatment: lower back + neck pains

(c) Date of treatment(s): 4-15-98

(d) Name & Address of witness
with knowledge of treatment:
Ethel Blair
1509 E. College St.
Greenville, MS 38703

(a) Name & Address of medical provider: Miss Diagnostic Imaging Center
(whether mental or physical)

Jackson, MS

(b) Reason for treatment: MRI or Neck + Back

(c) Date of treatment(s): 4-13-98

(b) Name & Address of witness
with knowledge of treatment:
Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378-3667

## MEDICAL PROVIDER LIST

*1998*

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive*
*Greenville, MS 38701*
Client Phone: *662 - 820 - 8756*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: *Mid South Sports Medicine*
(whether mental or physical) *+ Orthopedic clinic,*
*Dr. Jeff D. Almand*
*1705 Hospital Street*
*Greenville, MS 38703*
*662 - 332 - 8700*

(b) Reason for treatment: *Torn Rotator Cuff pain + Surgery of th*
*L. Shoulder, Sacroilitis, joint pain,*
*Neck pain, multiple disk bulges*

(c) Date of treatment(s): *7-22-98, 8-5-98, 9-9-98, 9-19*
*10-21-98, 12-21-98*

(d) Name & Address of witness *Ethel Blair*
with knowledge of treatment: *1509 E. College St.*
*Greenville, MS 38703*
*662-378-3667*

(a) Name & Address of medical provider: *Dr. W. D. Austin*
(whether mental or physical) *Gamble Brothers Archer Clinic PA*
*344 Arnold Av., P.O Box 1277*
*Greenville, MS 38702 - 1277*
*662 - 332 - 8131*

(b) Reason for treatment: *(Pain) Left side of neck, pain due to cold,*
*Congestion, sneezing, watery eyes*

(c) Date of treatment(s): *3-3-98*

(d) Name & Address of witness *Ethel Blair*
with knowledge of treatment: *1509 E. College St.*
*Greenville, MS 38703*
*662-378-3667*

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1998*

**(a) Name & Address of medical provider:**
(whether mental or physical)

Mississippi Diagnostic Imaging Center
1699 South Colorado Street
Greenville, MS 38703
662-335-5650 or 601-932-372.
Beeper 309-9520

**(b) Reason for treatment:**

For neck pain, cervical spine
MRI of Ankle, Hips, & back, Neck

**(c) Date of treatment(s):**

4-13-88, 9-18-98, 9-24-98

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

Greenwood Neurology Clinic
1407 Strong Ave
Greenwood, MS 38935
phone 601-459-2520

**(b) Reason for treatment:**

NCS / EMG Test

**(c) Date of treatment(s):**

10-13-98

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38701

**(a) Name & Address of medical provider:**
(whether mental or physical)

**(b) Reason for treatment:**

**(c) Date of treatment(s):**

**(b) Name & Address of witness**
with knowledge of treatment:

## MEDICAL PROVIDER LIST

*1999*

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662 820 - 8756_

     Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:
(whether mental or physical)

_Ben P. Folk III M.D._
_The Greenville Clinic_
_1502 S. Colorado Blvd_
_Greenville, MS 38703_

(b) Reason for treatment:

_Read my x-Rays_

(c) Date of treatment(s):

(d) Name & Address of witness
with knowledge of treatment:

_Ethel Blair_
_1509 E. College St._
_Greenville, MS 38703_
_662-378-3667_

(a) Name & Address of medical provider:
(whether mental or physical)

_Northwest Mississippi Kidney Cent_
_Merhat Zeino M.D._
_1997 Medical Park Drive_
_Greenville, MS 38703_
_662-335-4105_
_Fax 662 378-2879_

(b) Reason for treatment:

_Kidney Test_

(c) Date of treatment(s):

_10-25-99_

(d) Name & Address of witness
with knowledge of treatment:

_Ethel Blair_
_1609 E. College St_
_Greenville, MS 38703_
_662-378-3667_

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1999*

**(a) Name & Address of medical provider:**
(whether mental or physical)

Delta Health, Center
Dr. Parvez Karim
1414 Hospital Street
Greenville, MS 38703
662·335-3991

**(b) Reason for treatment:**

Occasional Sinus trouble
Refill, pain in neck, back
Scratchy throat, Flu, check up
— Jan 1999 untill Dec 1999

**(c) Date of treatment(s):**

**(d) Name & Address of witness**
with knowledge of treatment:

4-16-99 - chronic Neck + back pain
7-28-99 check up, 8-31-99 dizzy
Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

Delta Health Center
Dr. Seary Edwin F
1414 Hospital Street
Greenville, MS 38703
662-335-3991

**(b) Reason for treatment:**

Lab Work

**(c) Date of treatment(s):**

4-16-99

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703

**(a) Name & Address of medical provider:**
(whether mental or physical)

Department of Radiology
St. Dominic Jackson Memorial
Hospital Dr. Richa Ellison Jr
969 Lakeland Drive
Jackson, MS 39216
601-364-6136

**(b) Reason for treatment:**

Myelogram
Back pains

**(c) Date of treatment(s):**

1999

**(b) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St
Greenville, MS 38703
662·378-3667

*1999*

(a) Name & Address of medical provider: *St. Dominic Hospital*
    (whether mental or physical)        *Lakeland Radiologists PA*
                                        *PO Box 55589*
                                        *Jackson, MS 39296*

(b) Reason for treatment:               *; CT of Lumber, CT Scan of C-Spine*
                                        *Lumbar Puncture, myelogram*

(c) Date of treatment(s):               *of Cervical, myelogram of Lumbar*
                                        *9-23-99*

(d) Name & Address of witness           *Ethel Blair*
    with knowledge of treatment:        *1509 E. College St.*
                                        *Greenville, MS 38703*
                                        *662-378-3667*

---

(a) Name & Address of medical provider:
    (whether mental or physical)

(b) Reason for treatment:

(c) Date of treatment(s):

(d) Name & Address of witness
    with knowledge of treatment:

---

(a) Name & Address of medical provider:
    (whether mental or physical)

(b) Reason for treatment:

(c) Date of treatment(s):

(b) Name & Address of witness
    with knowledge of treatment:

---

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

1999

## MEDICAL PROVIDER LIST

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662-820-8356_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:
(whether mental or physical)

_Jeff D Almand M.D._
_1705 Hospital Street_
_Greenville, MS 38703_
_662-332-8700_
_662-459-2520_

(b) Reason for treatment: _Follow-up on shoulder_

(c) Date of treatment(s): _3-8-99  -3-9-99_

(d) Name & Address of witness
with knowledge of treatment:

_Ethel Blair_
_1509 E. College St_
_Greenville, MS 38703_
_662-378-3667_

(a) Name & Address of medical provider:
(whether mental or physical)

_Southern Physical Medicine &_
_Rehabilitation Assoc P.L.C._
_Dr. Rahul Vohra_
_One Lay Fair Drive, Suite 100_
_Jackson, MS 35701_
_601-936-8800, Fax 601-936-889_
_Bloodworks_

(b) Reason for treatment: _Neck + back pain + follow-up_
_physical Examination of cervical + b._

(c) Date of treatment(s): _6-22-99  + 8-9-99_

(d) Name & Address of witness
with knowledge of treatment:

_Ethel Blair_
_1509 E. College Street_
_Greenville, MS 38701_
_662-378-3667_

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*1999*

(a) Name & Address of medical provider:
(whether mental or physical)

Greenwood Neurology Clinic
Karen Plunkett M.D.
1407 Strong Ave.
Greenwood, MS 38935
601-459-2520

(b) Reason for treatment:

Carpal Tunnel
Neck + back pain + FMS
Nerve Conduct study (NCS)

(c) Date of treatment(s):

4-19-99 - 5-12-99
5-6-99, 5-26-99, 12-3-99

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38703
662-378-3667

(a) Name & Address of medical provider:
(whether mental or physical)

Greenwood Leflore Hospital
1401 River Rd
Greenwood, MS
662-459-7000

(b) Reason for treatment:

(c) Date of treatment(s):

5-1-99

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St
Greenville, MS 38703

(a) Name & Address of medical provider:
(whether mental or physical)

Mississippi Sports Medicine
+ Orthopedic Center
109 S. David (Hwy 61).
Suite B-2
Cleveland, MS 38732
1-662-354-4488
1-800-624-9168

(b) Reason for treatment:

To See Dr. Felix H. Savole III
for
Both Wrist for Carpal Tunnel
Upper Extremities & neck

(c) Date of treatment(s):

7-7-99

(b) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St.
662-378-3667

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.