EXHIBIT 7, Part 4 of 4

*1999*

(a) Name & Address of medical provider:
(whether mental or physical)

Mississippi Sports Medicine + Orthopedic Center
Dr. Felix H. Savole III
1325 E. Fortification St.
Jackson, MS 39208

(b) Reason for treatment:

Both hands, Both wrists, Carpel Tunnel
lower Cervical + S Spine

(c) Date of treatment(s):

9-10-99

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378-3667

(a) Name & Address of medical provider:
(whether mental or physical)

Jackson Neurosurgery Clinic
Adam I. Lewis M.D.
971 Lakeland Drive, Suite 654
St. Dominices West Medical Tower
Jackson, MS 39216
601-366-1011

(b) Reason for treatment:

Left SI spine, Surgery
on back

(c) Date of treatment(s):

9-22-99 Until 1-18-00
Surgery-October 26,1999 - October 27,1999

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38703

(a) Name & Address of medical provider:
(whether mental or physical)

Dr. Art Leis M.D.
Electrodiagnostic Consultants
PLLC
1350 E. Woodrow Wilson
Professional Suite 2
Jackson, MS 39216
601-981-1234

(b) Reason for treatment:

Upper Extremities
Neck pain (Test)

(c) Date of treatment(s):

9-10-99

(b) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, Mas 38703
662-378-3667

*1999*

---

**(a) Name & Address of medical provider:**
**(whether mental or physical)**

Dr. Adam L. Lewis +
Salil Tiwari M.D.
Jackson Neurology
971 Lakeland Dr
Suite 1151
Jackson, MS 39216
601-961-0034 (EMG Test

**(b) Reason for treatment:**
Lower Extremities (Back)

**(c) Date of treatment(s):**
Test 9-23-99, 10-22-99, 10-6-9
10-27-99, 11-3-99
11-8-99, 10-6-99

**(d) Name & Address of witness**
**with knowledge of treatment:**
Ethel Blair
1509 E. College Street
Greenville, MS 38703
662-378-3647

---

**(a) Name & Address of medical provider:**
**(whether mental or physical)**
Greenwood Leflore Hospital
1401 River Rd
Greenwood, MS
662-459-7000
662-459
Chronic Neck + back pains, cervi
+ lumbar.

**(b) Reason for treatment:**
MRI Chronic neck + back
pains, cervical + lumbar(back)

**(c) Date of treatment(s):**

**(d) Name & Address of witness**
**with knowledge of treatment:**
Ethel Blair
1509 E. College St
Greenville, MS 38703

---

**(a) Name & Address of medical provider:**
**(whether mental or physical)**
Neurosurgical Associates
Leen Alexander M.D
St. Dominic Tower
10th floor, Suite 1054
971 Lakeland Drive
Jackson, MS 39216
601-982-8121

**(b) Reason for treatment:**
Neck, back + wrist
pains.

**(c) Date of treatment(s):**
4-19-99    5-26-99

**(b) Name & Address of witness**
**with knowledge of treatment:**
Ethel Blair
1509 E. College Street
Greenville, MS 38703
662-378-3667

---

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

2000

## MEDICAL PROVIDER LIST

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662-820-8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: _Physical Therapy Plan of Care_
(whether mental or physical) _Greenville Regional Rehabilitatio_
_And Fitness Inc._
_Therapist: Ruth Ann Mathis M_

(b) Reason for treatment: _Fibromyalgia + Degenerative_
_Disease, L. Spine_

(c) Date of treatment(s): _11-3-00 until 11-22-00_

(d) Name & Address of witness _Ethel Blair_
with knowledge of treatment: _1509 E. College St._
_Greenville, MS 38703_
_662-378-3667_

(a) Name & Address of medical provider: _Jackson Neurosurgery Clinic_
(whether mental or physical) _St Dominic Jackson Memorial_
_Hospital_
_Jackson, MS_
_971 Lakeland Drive, Suite 66_
_St. Dominic's West Medical Cent_
_Jackson, MS 39216_
_601-366-1011   Left Carpal Tunnel_

(b) Reason for treatment: _Syndrome_

(c) Date of treatment(s): _1-18-00_

(d) Name & Address of witness _Ethel Blair_
with knowledge of treatment: _1509 E. College St._
_Greenville, MS 38703_
_662-378-3667_

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

*2000*

**(a) Name & Address of medical provider:**
**(whether mental or physical)**

St. Dominic Jackson Memorial Hospital.
969 Lakeland Drive
Jackson, MS 39216

**(b) Reason for treatment:**

Surgery on left hand
Left Carpal Tunnel Syndrome

**(c) Date of treatment(s):**

1-18-00  +  1-27-00

**(d) Name & Address of witness**
**with knowledge of treatment:**

Ethel Blair
1509 E. College Street
Greenville, MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
**(whether mental or physical)**

Salil Tiwart M.D.
Jackson Neurology
971 Lakeland Dr. Suite 1161
Jackson, MS 39216

**(b) Reason for treatment:**

Upper Extremities, hands
+ wrists (Both hands)

**(c) Date of treatment(s):**

1-12-00

**(d) Name & Address of witness**
**with knowledge of treatment:**

Ethel Blair
1509 E. College St.
Greenville, MS 38703

**(a) Name & Address of medical provider:**
**(whether mental or physical)**

Mississippi Baptist Medical Center
1225 North State Street
Jackson, MS 39202

**(b) Reason for treatment:**

Consultation

**(c) Date of treatment(s):**

8-14-00 ___ 8-15-00

**(b) Name & Address of witness**
**with knowledge of treatment:**

Ethel Blair
1509 E. College St
Greenville, MS 38703
662-378-3667

*2000*

(a) Name & Address of medical provider:
(whether mental or physical)

Mark A. Wolgin M.D.
1705 Hospital Street
Greenville, MS 38703
601.332-8700

(b) Reason for treatment:

(c) Date of treatment(s):

601-332-8700

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St
Greenville, MS 38701
662-378-3667

---

(a) Name & Address of medical provider:
(whether mental or physical)

(b) Reason for treatment:

(c) Date of treatment(s):

(d) Name & Address of witness
with knowledge of treatment:

---

(a) Name & Address of medical provider:
(whether mental or physical)

(b) Reason for treatment:

(c) Date of treatment(s):

(b) Name & Address of witness
with knowledge of treatment:

---

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

2000

## MEDICAL PROVIDER LIST

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662.820-8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: _Greenville Regional Rehabilita-_
(whether mental or physical) _tion and Fitness, Inc._

(b) Reason for treatment: _Fibromyalgia and Degenerative Disc_
_Disease L. Spine_
(c) Date of treatment(s): _8-1-00 until 8-18-00_

(d) Name & Address of witness _Ethel Blair_
with knowledge of treatment: _1509 E. College St._
_Greenville, MS 38701_
_662-378-3667_

(a) Name & Address of medical provider: _Dr. David Callipp_
(whether mental or physical) _P O Box 24023_
_Jackson, MS 39225_
_601-936-8800_
_601-420-3281_

(b) Reason for treatment: _Diffuse pain (pains in nec-_

(c) Date of treatment(s): _10-23-00 , 6-13-00_
_3-22-00 , 7-11-00_
_5-15-00_
(d) Name & Address of witness _Ethel Blair_
with knowledge of treatment: _1509 E. College Street_
_Greenville, MS 38703_
_662-378-3667_

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

*2000*

(a) Name & Address of medical provider:
(whether mental or physical)

_St Dominic, Jackson Memorial Hospital Dr. Adam Lewis (did surgery 969 Lakeland Drive Jackson, MS 39216_

(b) Reason for treatment:

_Left Carpel Tunnel, Surgic_

(c) Date of treatment(s):

_2-24-00 , 1-12-00 1-18-00_

(d) Name & Address of witness
with knowledge of treatment:

_Ethel Blair 1509 E. College St Greenville, MS 38703 662-378-3667_

(a) Name & Address of medical provider:
(whether mental or physical)

_Deaver Collins 501 Marshall Street Jackson, MS 39202 601-352-2273_

(b) Reason for treatment:

_Chronic Aching, Severe Shooting tingling, annoying + unbearable Pains in my upper + lower extremities, Refills of Fibromyalgia, Osteoarthrit_

(c) Date of treatment(s):

_10-23-00 until 11-6-00_

(d) Name & Address of witness
with knowledge of treatment:

_Ethel Blair 1509 E. College Street Greenville, MS 38703_

(a) Name & Address of medical provider:
(whether mental or physical)

_Greenwood Leflore Hospital 1401 River Rd Greenwood, MS Dr. Roger Huey_

✓

(b) Reason for treatment:

_Physical Examination on Colonic Colonoscopy procedure_

(c) Date of treatment(s):

_4-13-00_

(b) Name & Address of witness
with knowledge of treatment:

_Ethel Blair 1509 E. College Street Greenville, MS 38703 662-378-3667_

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*2000*

**(a) Name & Address of medical provider:**
(whether mental or physical)

Delta, Community Mental
Health Service
MS Linda Roger + Dr. Cook
1654 E. Union St.
662-335-5274
Greenville, MS 38701

**(b) Reason for treatment:**

Chronic Depression

**(c) Date of treatment(s):**   ✓

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

King's Daughter Hospital
300 Washington Ave
Greenville, MS 38701
662-378-3783

**(b) Reason for treatment:**

Lower back pains

**(c) Date of treatment(s):**

2-2-200 — 2-18-00
2-2-00

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38703

**(a) Name & Address of medical provider:**
(whether mental or physical)

Delta Health Center
1414 Hospital St.
Greenville, MS 38703
662-335-3991
coughing + sinus drainage, Rash on
arms, Bad congestion, swelling
pain in left shoulder, check-up,
check-up, face + Neck, Numbness

**(b) Reason for treatment:**

Nerve damage to second
toe on the right, Sinus
drainage , sinus

**(c) Date of treatment(s):**

1-3-00 , 3-11-00 , 8-3-00
10-30-00 1-3-00 - 8-28-00

**(b) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College
Greenville, MS 38703
662-378-3667

*2000*

601-366-1011

**(a) Name & Address of medical provider:**
(whether mental or physical)

Jackson Neurosurgery Clinic
Adam L. Lewis M.D
971 Lakeland Drive
St. Dominic's West Medical
Jackson, MS 39216

**(b) Reason for treatment:**
Nerve Rash on my arms
check up pain in left shoulder

**(c) Date of treatment(s):**
2-1-00, 2-24-00, 3-1-00, 8-3-00
8-28-00, 10-30-00
1-25-00

**(d) Name & Address of witness**
with knowledge of treatment:
Ethel Blair
1509 E. College st.
Greenville, MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)
Betty Loflin
501 Marshall Street
Jackson, MS 39202
601-352-2273

✓ **(b) Reason for treatment:**
lower - extremity discomfort
fibromyalia, Osteoarthritis
Chronia pains in neck, b
wrist, hands, etc. (Rheumatolog

**(c) Date of treatment(s):**
7-21-00

**(d) Name & Address of witness**
with knowledge of treatment:
Ethel Blair
1509 E. College st.
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)
Dr. Richard Weddle
Baptist Health Systems
1225 North State Street
Jackson, MS 39202
601-968-1215
1-888-598-4228 Toll free

**(b) Reason for treatment:**
CT Scan
For shaking even in my slee

✓ **(c) Date of treatment(s):**

**(b) Name & Address of witness**
with knowledge of treatment:
Ethel Blair
1509 E. College st.
Greenville, MS 38703
662-378-3667

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

2001

## MEDICAL PROVIDER LIST

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive*
*Greenville, MS 38701*
Client Phone: *662-820-8756*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:
(whether mental or physical)

*Dr. Parvez Karim*
*Delta Health Center*
*1414 Hospital*
*Greenville, MS 38703*
*662-335-3991*

(b) Reason for treatment:

*Flu, Edema, neck + legs swollen, coughing, rectal bleeding, chest x-ray*

(c) Date of treatment(s):

*3-7-01 until 4-4-01,*
*6-27-01 until 8-29-01*

(d) Name & Address of witness
with knowledge of treatment:

*Ethel Blair*
*1509 E. College Street*
*Greenville, MS 38703*
*662-378-3667*

(a) Name & Address of medical provider:
(whether mental or physical)

*Dr. Roger Huey*
*Greenwood Leflore*
*Hospital*

(b) Reason for treatment:

*Colonoscopy procedure*

(c) Date of treatment(s):

(d) Name & Address of witness
with knowledge of treatment:

*Ethel Blair*
*1509 E. College Street*
*Greenville, MS 38703*
*662-378-3667*

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

2002

## MEDICAL PROVIDER LIST

Client Name: *Audrey Ward Berry*
Client Address: *10491 Caldwell Drive*
*Greenville, Ms 38701*
Client Phone: *662-820-8756*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:  *Dr. Kronfol, Ned*
    (whether mental or physical)  *1997 S. Medical Park Dr.*
    *Greenville, MS 38701*
    *662-335-4105*

(b) Reason for treatment:  *Kidney checked*

(c) Date of treatment(s):  *2-·02*

(d) Name & Address of witness  *Ethel Blair*
    with knowledge of treatment:  *1509 E. College St.*
    *Greenville, MS 38703*
    *662-378-3667*

---

(a) Name & Address of medical provider:  *Jimmy Williams PT*
    (whether mental or physical)  *1540 South Main Street*
    *Greenville, MS 38701*

(b) Reason for treatment:  *Cervicalgia, Lambago, Therapeutic Exercises*

(c) Date of treatment(s):  *1-18-02  until  5-9-02*

(d) Name & Address of witness  *Ethel Blair*
    with knowledge of treatment:  *1509 E. College St.*
    *Greenville, MS 38703*
    *662-378-3667*

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

(a) Name & Address of medical provider:
(whether mental or physical)

Delta Health Center
Dr. Parvez Karim
1414 Hospital Street
Greenville, MS 38703
662-335-3991

(b) Reason for treatment:

Low Potassium

(c) Date of treatment(s):

3-7-01 _____ 12-2-02

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378-3667

(a) Name & Address of medical provider:
(whether mental or physical)

Dr. Ned Kronfol
1997 S. Medical Park Dr.
Greenville, MS 38701
662-335-4105

(b) Reason for treatment:

Kidney Checked

(c) Date of treatment(s):

2-1-02 until 12-2-02

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College
Greenville, MS 38703

(a) Name & Address of medical provider:
(whether mental or physical)

Greenwood Leflore Hospital
Dr. Roger Huey
P.O. Box 676
Greenwood, MS

(b) Reason for treatment:

Colonoscopy Procedure

(c) Date of treatment(s):

4-13-01

(b) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College
Greenville MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

Dr. Willie Lucas
534 East Walker
Greenville, MS 38701
662-334-9103

**(b) Reason for treatment:**

For Bones
pain in the neck, legs

**(c) Date of treatment(s):**   11-4-02   hips, wrists, hands + shoulder

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

MS. Linda Roger + Dr. Cook
Delta Community Mental Heal
Service
1654 E Union Street
Greenville, MS 38103

**(b) Reason for treatment:**

Depression

**(c) Date of treatment(s):**

11-7-02

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, Miss. 38703
662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

**(b) Reason for treatment:**

**(c) Date of treatment(s):**

**(b) Name & Address of witness**
with knowledge of treatment:

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

## MEDICAL PROVIDER LIST

2003

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662-820-8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:
(whether mental or physical)

_Delta Regional Medical Center._
_1400 East Union Street_
_Greenville, MS 38701_

(b) Reason for treatment:

_Reflux Disease, Gastroesophageal_
_Epigastric pain, Ultrasound, gallbladder,_
_Low potassium , Some mild Aneurysmal Ascending Aorta, Radiology VQ_
_Scan, CT of Sinuses, Chronic Cough_

(c) Date of treatment(s):

_7-17-03 , 7-15-03 , 7-24-03_
_12-30-03 , 12-24-03_

(d) Name & Address of witness
with knowledge of treatment:

_Ethel Blair_
_1509 E. College St_
_Greenville, MS 38703_
_662-378-3667_

(a) Name & Address of medical provider:
(whether mental or physical)

_Dr. Mundingo - Sent me._
_St. Dominic Jackson Memorial_
_Hospital_
_972 Lakeland Drive_
_Jackson, MS 39316_

(b) Reason for treatment:

_CT Scan for Ascending_
_Aortic Aneurysm_

(c) Date of treatment(s):

_11-21-03_

(d) Name & Address of witness
with knowledge of treatment:

_Ethel Blair_
_1509 E. College St_
_Greenville, MS 38703_
_662-378-3667_

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

2003

(a) Name & Address of medical provider:
(whether mental or physical)

The King's Daughters Hospital
300 S. Washington Ave
Greenville MS 38702
662 -378 -3783

(b) Reason for treatment:

Bronchitis, CT PA, x-ray
Pulmonary, Analysis, Benign,
mammagram,

(c) Date of treatment(s):

4-29-03, 2-6-03, 1-2k
1-3-03,

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38703
662-378-3667

(a) Name & Address of medical provider:
(whether mental or physical)

Dr. Willie Lucas
534 East Walker
Greenville, MS 38701
662 -334 -9103

(b) Reason for treatment:

Chronic cough, sinusitis, leg
pains

(c) Date of treatment(s):

(d) Name & Address of witness
with knowledge of treatment:

L-28-03, 12-31-03, -  12-
3 -8-03, 10-22-03, 7-2-0-
Ethel Blair
1509 E. College Street
Greenville, MS 38703

(a) Name & Address of medical provider:
(whether mental or physical)

Greenville Pulmonary PLLC
Mohammad, Ahfarawati M.
1660 South Colorado
Greenville, MS 38701
662-344-0012

(b) Reason for treatment:

Sleep Apnea, Pulmonary
COPD, Shortness of Breath

(c) Date of treatment(s):

7.3-03,  11-4-03
8-19-03,  12-16-03
7-30-03,  7-10-03

(b) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St
Greenville, MS 38703
662-378-3667

2003

(a) Name & Address of medical provider:
(whether mental or physical)

MS Linda Roger + Dr. Cook
Delta Community Mental
Health Services
1654 E. Union St
Greenville, MS 38703
phone 662-335-5274

(b) Reason for treatment:

3 - 2003

(c) Date of treatment(s):

1) Depressions

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38703
662-378-3667

(a) Name & Address of medical provider:
(whether mental or physical)

Dr. Mundinger
Baptist Hospital
501 Marshall Street
North State Street
Jackson MS
601-948-1416

(b) Reason for treatment:

Discuss CT Scan on
Aneurysmals

(c) Date of treatment(s):

Nov. 20, 2003

(d) Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St
Greenville, MS 38703

(a) Name & Address of medical provider:
(whether mental or physical)

_____

(b) Reason for treatment:

_____

(c) Date of treatment(s):

_____

(b) Name & Address of witness
with knowledge of treatment:

_____

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

# MEDICAL PROVIDER LIST

2004

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662 - 820 - 8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:
(whether mental or physical)
_Karim Pariez_
_Delta Health Center_
_1414 Hospital Street_
_Greenville, MS 38701_
_662 - 335 - 3991_

(b) Reason for treatment:
_For legs swelling, Edema_
_low potassium_

(c) Date of treatment(s):
_10-21-01 until 2-23-04_

(d) Name & Address of witness
with knowledge of treatment:
_Ethel Blair_
_1509 E. College_
_Greenville, MS 38703_
_662-378-3667_

(a) Name & Address of medical provider:
(whether mental or physical)
_Dr. Mohammad Alfarawdi_
_1660 South Colorado_
_Greenville, MS 38701_
_662-344-0012_

(b) Reason for treatment:
_COPD_
_for Edema (legs) Asthma_

(c) Date of treatment(s):
_3-24-04, 4-27-04, 8-29-04_

(d) Name & Address of witness
with knowledge of treatment:
_Ethel Blair_
_1509 E. College St_
_Greenville, MS 38703_
_662-378-3667_

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

**(a)** Name & Address of medical provider:
(whether mental or physical)

Delta Regional Medical Center
1400 East Union Street
Greenville, MS 38704
662-378-3783
Emergency Room

**(b)** Reason for treatment:

Difficulty Breathing, Lab
Chemistry, low Potassium

**(c)** Date of treatment(s):

12-24-04 , 1-9-04
1-12-04

**(d)** Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38703

**(a)** Name & Address of medical provider:
(whether mental or physical)

Dr. Mundinger
Cardiovascular Surgical
Clinic PA
501 Marshall Street, Suite 100
Jackson, Mississippi 39202
601-948-1416

**(b)** Reason for treatment:

Belateral leg Swelling, Lower
Extremity

**(c)** Date of treatment(s):

1-8-04 - 6-4-04

**(d)** Name & Address of witness
with knowledge of treatment:

Ethel Blair
1509 E. College St.
Greenville, MS 38701

**(a)** Name & Address of medical provider:
(whether mental or physical)

**(b)** Reason for treatment:

**(c)** Date of treatment(s):

**(b)** Name & Address of witness
with knowledge of treatment:

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

MEDICAL PROVIDER LIST

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662 - 820 - 8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: _Delta Regional Medical_
    (whether mental or physical)  _Center_
    _1400 East Union Street_
    _Greenville, MS 38703_
    _662 - 378 - 3283_

(b) Reason for treatment: _Echocardiogram on Heart_
    _Vascular_

(c) Date of treatment(s): _1-31-05_

(d) Name & Address of witness
    with knowledge of treatment: _Ethel Blair_
    _1509 E. College St._
    _Greenville, MS 38703_
    _662-378-3667_

(a) Name & Address of medical provider: _Dr. Millie Lucas_
    (whether mental or physical)  _2361 ML King Jr Blvd S_
    _Greenville, MS 38703_

(b) Reason for treatment: _Primary Doctor (Ankle hur_

(c) Date of treatment(s): _Jan. 2005 ___ Dec. 2005_

(d) Name & Address of witness
    with knowledge of treatment: _Ethel Blair_
    _1509 E. College St_
    _Greenville, MS 38701_
    _662-378-3667_

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

2005

(a) **Name & Address of medical provider:**
   (whether mental or physical)

Wayne Dotson MD.
907 E. Sunflower Rd
Cleveland, MS
662 - 843 - 8880

(b) **Reason for treatment:**

Left Ankle hurt

(c) **Date of treatment(s):**

(d) **Name & Address of witness**
   with knowledge of treatment:

Greenville MS
1509 E College St.
Greenville, MS 38701

---

(a) **Name & Address of medical provider:**
   (whether mental or physical)

Mid South Sports Medicine
+ Orthopedic Clinic
Gregg A. Gober M.D.
1693 S. Colorado St
Greenville, MS 38703
-800 - 624 - 9168

(b) **Reason for treatment:**

Left Ankle hurts

(c) **Date of treatment(s):**

(d) **Name & Address of witness**
   with knowledge of treatment:

Ethel Blair, College St.
1509 E, College St.
Greenville, MS 38701

---

(a) **Name & Address of medical provider:**
   (whether mental or physical)

Mid South Sports Medicine
+ Orthopedic Clinic,
Dr. Jeff Almand
1693 S. Colorado St.
Greenville, MS 38703
662 - 332 - 8700

(b) **Reason for treatment:**

(c) **Date of treatment(s):**

(b) **Name & Address of witness**
   with knowledge of treatment:

Ethel Blair
1509 E. College St
greenville, MS
662 - 378 - 3667

---

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

## MEDICAL PROVIDER LIST

Client Name: _Audrey Ward Berry_
Client Address: _1049 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662-820-8756_

     Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: _Dr. Willie Lucas_
(whether mental or physical) _2361 S. Martin Luther King Jr._
_Greenville, MS 38701_
_662-334-9103_

(b) Reason for treatment: _Left Ankle pain_

(c) Date of treatment(s): _Jan. 206 — 9-22-06_

(d) Name & Address of witness _Ethel Blair_
with knowledge of treatment: _1509 E. College_
_Greenville, MS 38703_
_662-378-3783_

(a) Name & Address of medical provider: _Delta Regional Medical Cent_
(whether mental or physical) _1400 E. Union Street_
_Greenville, MS 38703_

(b) Reason for treatment: _Left Ankle pain, X-ray_

(c) Date of treatment(s): _9-22-06_

(d) Name & Address of witness _Ethel Blair_
with knowledge of treatment: _1509 E. College St._
_Greenville, MS 38703_
_662-378_

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

*2006*

**(a) Name & Address of medical provider:**
(whether mental or physical)

Mid South Sports Medicine + Orthopedic Clinic Dr. Gregg A. Gobber 1,693 S. Colorado Greenville, MS 38703 662-332-8700

**(b) Reason for treatment:**

Left Ankle pains

**(c) Date of treatment(s):**

10-16-06

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair 1509 E. College St. Greenville, MS 38701 662-378-3667

**(a) Name & Address of medical provider:**
(whether mental or physical)

Dr. Sathanandan Greenville Clinic 1502 South Colorado Street Greenville, MS 38703 601-332-9872

**(b) Reason for treatment:**

Test Routine ( Body Nerve pains )

**(c) Date of treatment(s):**

8-30-06

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair 1509 E. College Street Greenville, MS 38703

**(a) Name & Address of medical provider:**
(whether mental or physical)

Delta Regional Medical Center Outpatient Rehabilitation + Sport Medicine 1746 C Highway 1 South Greenville, MS 38703 662-332-2021

**(b) Reason for treatment:**

pain

**(c) Date of treatment(s):**

Oct. 23, 2006 — Oct. 31, 2006 Nov. 1, 2006 — Nov. 30, 2006 Dec. 1, 2006 — Dec. 16, 2006

**(b) Name & Address of witness**
with knowledge of treatment:

Ethel Blair 1509 E. College Street Greenville, MS 38703

**PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.**

## MEDICAL PROVIDER LIST

Client Name: _Audrey Ward Berry_
Client Address: _10479 Caldwell Drive_
_Greenville, MS 38701_
Client Phone: _662-820-8756_

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc.) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: _Wayne A. Dotson M.D_
(whether mental or physical) _Orthopedic Surgeon_
_Cleveland Orthopedic_
_Associates_
_907 E. Sunflower Road, Suite 102_
_Cleveland, MS 38732_

(b) Reason for treatment: _For left Ankle_
_(An Ankle brace prescription)_

(c) Date of treatment(s): _5-18-07_

(d) Name & Address of witness _Ethel Blair_
with knowledge of treatment: _1509 E. College St._
_Greenville, MS 38703_
_662-378-3667_

(a) Name & Address of medical provider: _Dr. Adam Lewis_
(whether mental or physical) _St. Dominic West Medical_
_Tower_
_971 Lakeland Drive, Suite 1250_
_Jackson, MS 39216_
_Phone 601-366-1011_

(b) Reason for treatment: _Back pain_

(c) Date of treatment(s): _3-23-07_

(d) Name & Address of witness _Ethel Blair_
with knowledge of treatment: _1509 E. College St._
_Greenville, MS 38703_
_662-378-3667_

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

2007

---

**(a) Name & Address of medical provider:**
(whether mental or physical)

Willie B. Lucas M.D.
2361 S. Martin Luther King
Greenville, MS 38701
Phone 662-334-9103

**(b) Reason for treatment:**

Ankle pains

**(c) Date of treatment(s):**

5-3-07 , Nov. 12-07

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 College Street
Greenville, MS 38703
662-378-3667

---

**(a) Name & Address of medical provider:**
(whether mental or physical)

Wayne A. Dotson
907 E. Sunflower Road, Suite
Cleveland, MS 38732
Phone 662-843-8880

**(b) Reason for treatment:**

Pain in left hip & muscle
& ligament problems.

**(c) Date of treatment(s):**

10-12-07

**(d) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38703

---

**(a) Name & Address of medical provider:**
(whether mental or physical)

River City Rehabilitation
1707 South Colorado St
Greenville, MS 38703
662-335-8332

**(b) Reason for treatment:**

Pain in left hip - Ankle
muscles & ligament problems
in the ankle, muscle sprain in left hi

**(c) Date of treatment(s):**

Nov. 11, 2007 ---- Dec. 5, 201

**(b) Name & Address of witness**
with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38703
662-378-3667

---

(a) Name & Address of medical provider:
    (whether mental or physical)

Abdelnaser Elkhalili
1693 South Colorado Street
Greenville, MS 38703
phone 662-332-8700

(b) Reason for treatment:

For fibromyalgia

(c) Date of treatment(s):

12-13-07

(d) Name & Address of witness
    with knowledge of treatment:

Ethel Blair
1509 E. College St
Greenville, MS 38703
662-8700

(a) Name & Address of medical provider:
    (whether mental or physical)

Dr. Gerhard Mundinger
Cardiovascular Surgical
Clinic, PA
501 Marshall Street, Suite 10
Jackson, MS 39202
601-948-1416

(b) Reason for treatment:

CT Chest/Abdomen + Echocar-
gram at St. Dominic

(c) Date of treatment(s):

2-22-07

(d) Name & Address of witness
    with knowledge of treatment:

Ethel Blair
1509 E. College Street
Greenville, MS 38701

(a) Name & Address of medical provider:
    (whether mental or physical)

(b) Reason for treatment:

(c) Date of treatment(s):

(b) Name & Address of witness
    with knowledge of treatment:

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

*2008*

## MEDICAL PROVIDER LIST

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive*
*Greenville, MS 38701*
Client Phone: *662 - 820 - 8756*

    Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider:
(whether mental or physical)

*(662 - 843 - 8880)*
*Cleveland Orthopedic Associate*
*Wayne A. Dotson M.D.*
*902 East Sunflower Road,*
*Suite 102*
*Cleveland, MS 38734*

(b) Reason for treatment:

*Back - L - Spine, Ankle*
*pain*

(c) Date of treatment(s):

*1 - 11 - 08 , 1 - 18 - 08*

(d) Name & Address of witness
with knowledge of treatment:

*Ethel Blair*
*1509 E. College St.*
*Greenville, MS 38701*
*662 - 378 - 3667*

(a) Name & Address of medical provider:
(whether mental or physical)

*Delta Regional Medical Center*
*1400 East Union Street*
*Greenville, MS 38703*
*662 - 378 - 3783*

(b) Reason for treatment:

*X - Ray - L - Spine, Lumbar*

(c) Date of treatment(s):

*1 - 15 - 08*

(d) Name & Address of witness
with knowledge of treatment:

*Ethel Blair*
*1509 E. College St.*
*Greenville, MS 38703*
*662 - 378 - 3667*

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

2008

**(a) Name & Address of medical provider;**
**(whether mental or physical)**

Jackson Neurosurgery clinic
Dr. Adam L. Lewis
St. Dominic West Medical Tow
971 Lakeland Drive, Suite 125
Jackson, MS 39216

**(b) Reason for treatment:**

Lower Back    L-Spine
Remove Staples

**(c) Date of treatment(s):**

2-2-08 & 3-6-08

**(d) Name & Address of witness**
**with knowledge of treatment:**

Ethel Blair
1509 E. College St.
Greenville, MS 38703
662-378-3667

**(a) Name & Address of medical provider:**
**(whether mental or physical)**

St. Dominic Jackson Memoria
Hospital
971 Lakeland Drive
Jackson, MS 39216
Phone 601-200-2000

**(b) Reason for treatment:**

Surgery on L-Spine

**(c) Date of treatment(s):**

2-4-08 until 2-6-08

**(d) Name & Address of witness**
**with knowledge of treatment:**

Ethel Blair
1509 E. College St.
Greenville, MS 38703

**(a) Name & Address of medical provider:**
**(whether mental or physical)**

?

**(b) Reason for treatment:**

Physical Therapy on
Back

**(c) Date of treatment(s):**

?

**(b) Name & Address of witness**
**with knowledge of treatment:**

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.

## MEDICAL PROVIDER LIST

*2009*

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive*
*Greenville, MS 38701*
Client Phone: *662-820-8756*

     Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: *Lucas, Willie B. M.D*
    (whether mental or physical) *2361 M.L. King Jr. Blvd S*
*Greenville, MS 38703*

(b) Reason for treatment: *Refills (Primary doctors)*
*back pain*

(c) Date of treatment(s): *Jan. 2009 – Dec. 2009*

(d) Name & Address of witness
    with knowledge of treatment: _____

_____

_____

(a) Name & Address of medical provider: _____
    (whether mental or physical) _____

_____

(b) Reason for treatment: _____

(c) Date of treatment(s): _____

(d) Name & Address of witness
    with knowledge of treatment: _____

_____

## MEDICAL PROVIDER LIST

*2010*

Client Name: *Audrey Ward Berry*
Client Address: *1049 Caldwell Drive*
*Greenville, MS*
Client Phone: *662-820-8756*

Please list the name & address of every health-care professional or facility (doctors, social workers, psychologists, hospitals, etc. ) that provided any type of consultation or care whatsoever to you (whether mental or physical) over the last twenty (20) years. Also state the illness, disease, injury, condition or affliction (either medical or psychiatric), the date and circumstances of each such injury, illness, disease, or affliction; the dates of such treatment; the name and address of each hospital or clinic where you were confined, treated or examined; and names and addresses of witnesses with knowledge of any of the above and the treatment rendered.

(a) Name & Address of medical provider: *Lucas Willie B MD*
    (whether mental or physical) *2361 ML King Jr. Blvd S*
    *Greenville, MS 38703*

(b) Reason for treatment: *Refills. (Primary doctor)*

(c) Date of treatment(s): *Jan 216 Until Now*
    *June 2010 )*

(d) Name & Address of witness *Ethel Blair*
    with knowledge of treatment: *1509 E. College St*
    *Greenville, MS 38703*
    *662-378-3667*

---

(a) Name & Address of medical provider: *Mayo Clinic, Emergency Room*
    (whether mental or physical) *Saint Marys Hospital*
    *216 Second Street SW*
    *Rochester, MN 55902-*

(b) Reason for treatment: *X-Ray of lower Back +*
    *legs*

(c) Date of treatment(s): *May 10, 2010*

(d) Name & Address of witness *Ethel Blair*
    with knowledge of treatment: *1509 E. College St*
    *Greenville, MS 38703*
    *662-378-3667*

PLEASE FEEL FREE TO WRITE ON THE BACK OF THIS PAGE, IF NECESSARY.