# EXHIBIT 9



# BOONE LAW FIRM, P. A.

401 WEST SUNFLOWER AVENUE
POST OFFICE BOX 1772
CLEVELAND, MISSISSIPPI 38732

TELEPHONE (662) 843-7946
LBOONE@BOONELAWFIRM.COM

FACSIMILE (662) 843-7950
WWW.BOONELAWFIRM.COM

Wednesday, January 26, 2011

Mary Lawson
2166 Cold Spring Road
Woodville, MS  39669

RE: Neurontin Litigation

Dear Ms. Lawson:

Please contact Boone Law Firm as soon as possible to confirm that you received this letter. We have a deposition scheduled for you at our office on Wednesday, February 02, 2011 at 10:00 a.m. You will need to arrive at 8:30 a.m. It is mandatory that you attend. In addition, please call our office two days before your scheduled deposition to confirm that you will be in attendance when you call, please give at least two updated telephone numbers.

I request that you look around your house to determine if you have any of the documents or things listed below as follows:

1. All documents, records, correspondence, and other material reviewed by the deponent in preparation for this deposition.

2. All documents, books, records, films, videotapes, photographs, diaries, calendars, reports, memoranda, and papers in the deponent's custody and possession related to: (i) the claims set forth in Plaintiff's Complaint; (ii) the injuries allegedly sustained by Mary Lawson; (iii) any medical records for Mary Lawson; and (iv) any communications with any healthcare professional about Neurontin.

3. All documents, records, correspondence, or other material s in your possession relating to Neurontin.

4. All documents, records, correspondence, or other material s in your possession relating to Pfizer.

If you have any of these documents bring them with you to the deposition and give them to me upon your arrival.

Sincerely,
BOONE LAW FIRM, P.A.

*Levi Boone, III*

Levi Boone, III, Esq.

**EXHIBIT 9**