# EXHIBIT 11



**BOONE LAW FIRM, P. A.**

401 WEST SUNFLOWER AVENUE
POST OFFICE BOX 1772
CLEVELAND, MISSISSIPPI 38732

Telephone (662) 843-7946
LBoone@BooneLawFirm.com

Facsimile (662) 843-7950
www.BooneLawFirm.com

Monday, October 04, 2010

Catherine Stevens, Esq.
Skadden, Arrps, Slate, Meagher & Flom LLP
4 Times Square
24th Floor
New York, New York 10036

RE: Boone Law Firm's Clients' Additional Authorizations

Dear Catherine:

Enclosed is 25 sets of the Additional Authorizations relating to Plaintiffs, as follows:

1. Claudette Greer
2. Pamela Ellis
3. Frank Hoover
4. Gregory Haslett
5. Charles D. Hayes
6. Marshall Dillion
7. Shawanda Hicks
8. Vivian Allen
9. Ruby Hoover
10. Alton Dillion
11. Katie Craig
12. Robert Barnes
13. Jerry Stagg
14. Ledora Benton
15. Kathy Roberts
16. Bobbie Bryson
17. Emma Gregory
18. Sharon Perez
19. Vera Ray
20. Beneal Miller
21. Linda Clark
22. Lew Davis
23. Linda Cunningham
24. Marie Barber
25. Lynnette Criss



EXHIBIT 11

We will be sending sets of the Additional Authorizations relating to our clients on a rolling basis upon our receipt of same.

Sincerely,
**BOONE LAW FIRM, P.A.**

*Levi Boone, III*

Levi Boone, III, Esq.

LBIII/lbiii
Enclosure