# EXHIBIT 12




# BOONE LAW FIRM, P. A.

401 WEST SUNFLOWER AVENUE
POST OFFICE BOX 1772
CLEVELAND, MISSISSIPPI 38732

TELEPHONE (662) 843-7946
LBOONE@BOONELAWFIRM.COM

FACSIMILE (662) 843-7950
WWW. BOONELAWFIRM.COM


Wednesday, October 06, 2010

Dear Catherine Stevens, Esq.
Skadden, Arrps, Slate, Meagher & Flom LLP
4 Times Square
24th Floor
New York, New York 10036

**RE: Boone Law Firm's Clients' Additional Authorizations**

Dear Catherine:

Enclosed is 40 sets of the Additional Authorizations relating to Plaintiffs, as follows:

1. Janice Primer
2. Minnie Campbell ?
3. Lillie Cannon x
4. Kyna Creswell
5. Mary Ashford x
6. Ronnie Smith x
7. Vanessa Scott
8. Serboya Delotta x
9. Roy Carroll
10. Mary Cooper x
11. Annie Gatewood ?
12. Jessie Allen ?
13. Jessie Brown ?
14. Kathy Phillips
15. Wayne Rochelle x
16. Tommy Hardy
17. Frances Glenn x
18. Mae Hester
19. Vannila Bennett x
20. Lois Adams x
21. Teresser Bass x
22. Eugene Smith ?
23. Catherine Duvall ?
24. Thomas Brown ?
25. Bennie Spencer
26. Beverly Anderson
27. Jerrell Beardon
28. Mary Applewhite x
29. Bridgett Shields



30. Sarah Shields
31. Annie Edwards
32. Deborah Johnson
33. Pearlie Maddox
34. Gloria Harrison
35. R Maxine Smith
36. Clara Epps
37. Shannon Glass
38. Charlotte Jenkins
39. Rosa Smith
40. Joe Blaylock

We will be sending sets of the Additional Authorizations relating to our clients on a rolling basis upon our receipt of same.

Sincerely,
**BOONE LAW FIRM, P.A.**

Levi Boone, III

Levi Boone, III, Esq.

CC:

BOONE LAW FIRM, P.A. • 401 WEST SUNFLOWER AVENUE • CLEVELAND • MISSISSIPPI • 38732-1772 • TEL (662) 843-7946 FAX • (662) 843-7950 WWW.BOONELAWFIRM.COM