# EXHIBIT 13

## Front Desk

**From:** Front Desk
**Sent:** Thursday, October 28, 2010 4:31 PM
**To:** 'catherine.stevens@skadden.com'
**Cc:** Levi Boone, III; Myra Boone
**Subject:** Emailing: Shelia Rigby-Additional Authorizations.pdf, Josephine Jackson-Additional Authorizations.pdf, Belinda Havard-Additional Authorizations.pdf, Macatherin Jefferson-Additional Authorizations.pdf

**Attachments:** Shelia Rigby-Additional Authorizations.pdf; Josephine Jackson-Additional Authorizations.pdf; Belinda Havard-Additional Authorizations.pdf; Macatherin Jefferson-Additional Authorizations.pdf

  

Shelia                Josephine            Belinda             Macatherin
by-Additional Autho   ackson-Additional A. vard-Additional Autl efferson-Additiona..

Catherine,

      Attached are the additional authorizations relating to Shelia Rigby, Josephine Jackson, Belinda Havard, Macatherin Jefferson. We will be supplementing the additional authorizations on a rolling basis.

-Levi


The message is ready to be sent with the following file or link attachments:

Shelia Rigby-Additional Authorizations.pdf Josephine Jackson-Additional Authorizations.pdf Belinda Havard-Additional Authorizations.pdf Macatherin Jefferson-Additional Authorizations.pdf


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

## Front Desk

**From:** Front Desk
**Sent:** Thursday, October 28, 2010 4:42 PM
**To:** 'catherine.stevens@skadden.com'
**Cc:** Levi Boone, III; Myra Boone
**Subject:** Emailing: Robert Johnson-Additional Authorizations.pdf, Diann Lee-Additional Authorizations.pdf, Inez Fincher-Additional Authorizations.pdf, Terry Banks-Additional Authorizations.pdf, Jerry Lowe-Additional Authorizations.pdf, Fannie Grinston-Additional Au

**Attachments:** Robert Johnson-Additional Authorizations.pdf; Diann Lee-Additional Authorizations.pdf; Inez Fincher-Additional Authorizations.pdf; Terry Banks-Additional Authorizations.pdf; Jerry Lowe-Additional Authorizations.pdf; Fannie Grinston-Additional Authorizations.pdf

| Robert nson-Additional Aut a | Diann -Additional Authoriz h | Inez her-Additional Auth r | Terry iks-Additional Autho | Jerry ie-Additional Author n | Fannie nston-Additional Au , |
|---|---|---|---|---|---|

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

The message is ready to be sent with the following file or link attachments:

Robert Johnson-Additional Authorizations.pdf Diann Lee-Additional Authorizations.pdf Inez Fincher-Additional Authorizations.pdf Terry Banks-Additional Authorizations.pdf Jerry Lowe-Additional Authorizations.pdf Fannie Grinston-Additional Authorizations.pdf


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, October 28, 2010 4:44 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Levi Boone, III; Myra Boone |
| **Subject:** | Emailing: Rose Jones-Additional Authorizations.pdf, Darrell Brooks-Additional Authorizations.pdf, Chris Logan-Additional Authorizations.pdf, Lee Haley-Additional Authorizations.pdf, Shanetta Lacy-Additional Authorizations.pdf, Doris Johnson-Additional Aut |
| **Attachments:** | Rose Jones-Additional Authorizations.pdf; Darrell Brooks-Additional Authorizations.pdf; Chris Logan-Additional Authorizations.pdf; Lee Haley-Additional Authorizations.pdf; Shanetta Lacy-Additional Authorizations.pdf; Doris Johnson-Additional Authorizations.pdf; Audrey Berry-Additional Authorizations.pdf |

    

Rose    Darrell    Chris    Lee    Shanetta    Doris
es-Additional Author ooks-Additional Auth an-Additional Autho y-Additional Authori cy-Additional Autho son-Additional Auth



Audrey
rry-Additional Autho

 

      Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

The message is ready to be sent with the following file or link attachments:

Rose Jones-Additional Authorizations.pdf Darrell Brooks-Additional Authorizations.pdf Chris Logan-Additional Authorizations.pdf Lee Haley-Additional Authorizations.pdf Shanetta Lacy-Additional Authorizations.pdf Doris Johnson-Additional Authorizations.pdf Audrey Berry-Additional Authorizations.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 8:57 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Bobby Steel-Additional Authorizations.pdf; Dorian Taylor-Additional Authorizations.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 8:58 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Sanders Williams Jr.-Additional Authorizations.pdf; Daisy Williams-Additional Authorizations.pdf |

Catherine,

      Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 8:56 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Jannie Smith-Additional Authorizations.pdf; Taylor Williams-Additional Authorizations.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 9:01 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Carole Williams-Additional Authorizations.pdf; Doris Tay-Additional Authorizations.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 9:04 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Morris Townsand-Additional Authorizations.pdf; Louisia Smith-Additional Authorizations.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Tuesday, November 16, 2010 4:49 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Bobby Woods-Additional Authorizations.pdf; Falisha Knight-Additional Authorization.pdf; Lisa Hales-Additional Authorizations.pdf; Edward Jordan-Additional Authorizations.pdf |

Catherine,

     Attached are the additional authorizations relating to the above clients. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 9:25 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Carl Stevenson-Additional Authorizations.pdf; Warren Nance-Additional Authorizations.pdf; Jerry Price-Additional Authorizations.pdf; Debra Neal-Additional Authorizations.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs
herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 9:23 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Martha Thompson-Additional Authorizations.pdf; Debbie Sullwar-Additional Authorizations.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 9:26 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Evelyn Halt-Additional Authorizations.pdf; Martha Norman-Additional Authorizations.pdf; Maybelle Newsome-Additional Authorizations.pdf; Hershel Price-Additional Authorizations.pdf |

Catherine,

        Attached are the additional authorizations relating to the plaintiffs
herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 9:06 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Nolan Williams-Additional Authorizations.pdf; Edmeatha White-Additional Authorizations.pdf |

Catherine,

      Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, November 17, 2010 9:23 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Magnolia Thomas-Additional Authorizations.pdf; Eloise Williams-Additional Authorizations.pdf |

Catherine,

     Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Monday, November 22, 2010 12:38 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Attachments:** | Cynthia Quimby-Additional Authorizations.pdf; Betty Newson-Additional Authorizations.pdf; Deborah Watson-Additional Authorizations.pdf; Sean Self-Additional Authorizations.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'catherine.stevens@skadden.com' | |
| | Myra Boone | Delivered: 11/22/2010 12:38 PM |
| | Levi Boone, III | Delivered: 11/22/2010 12:38 PM |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi


BOONE LAW FIRM, P.A.
401 W. Sunflower Road
P.O. Box 1772
Cleveland, MS 38732
Phone: 662-843-7946
Fax: 662-843-7950
www.BooneLawFirm.com

2/17/2011

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Tuesday, November 23, 2010 1:29 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Attachments:** | Estate of Katherine Warfield-Additional Authorizations.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'catherine.stevens@skadden.com' | |
| | Myra Boone | Read: 12/1/2010 10:34 AM |
| | Levi Boone, III | |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi


BOONE LAW FIRM, P.A.
401 W. Sunflower Road
P.O. Box 1772
Cleveland, MS 38732
Phone: 662-843-7946
Fax: 662-843-7950
www.BooneLawFirm.com

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Monday, November 29, 2010 3:58 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Attachments:** | Additional Authorization-Grace Scott.pdf; Additional Authorization-Estate of Bertha Thomas.pdf; Additional Authorization-Helen Williams.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'catherine.stevens@skadden.com' | |
| | Myra Boone | Delivered: 11/29/2010 3:58 PM |
| | Levi Boone, III | Delivered: 11/29/2010 3:58 PM |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi


BOONE LAW FIRM, P.A.
401 W. Sunflower Road
P.O. Box 1772
Cleveland, MS 38732
Phone: 662-843-7946
Fax: 662-843-7950
www.BooneLawFirm.com

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Monday, November 22, 2010 4:37 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | Additional Authorizations |
| **Attachments:** | Larry Vail-Additional Authorizations.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'catherine.stevens@skadden.com' | |
| | Myra Boone | Delivered: 11/22/2010 4:37 PM |
| | Levi Boone, III | Delivered: 11/22/2010 4:37 PM |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi


BOONE LAW FIRM, P.A.
401 W. Sunflower Road
P.O. Box 1772
Cleveland, MS 38732
Phone: 662-843-7946
Fax: 662-843-7950
www.BooneLawFirm.com

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, December 09, 2010 10:08 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Levi Boone, III; Myra Boone |
| **Subject:** | Additional Authorizations |
| **Attachments:** | Additional Authorizations-Shirley Walters.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'catherine.stevens@skadden.com' | |
| | Levi Boone, III | Delivered: 12/9/2010 10:08 AM |
| | Myra Boone | Delivered: 12/9/2010 10:08 AM |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi


BOONE LAW FIRM, P.A.
401 W. Sunflower Road
P.O. Box 1772
Cleveland, MS 38732
Phone: 662-843-7946
Fax: 662-843-7950
www.BooneLawFirm.com

2/17/2011

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, December 16, 2010 2:43 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Levi Boone, III; Myra Boone |
| **Subject:** | Additional Authorizations |
| **Attachments:** | Additional Authorizations-Lashonda Skinner.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'catherine.stevens@skadden.com' | |
| | Levi Boone, III | Delivered: 12/16/2010 2:43 PM |
| | Myra Boone | Delivered: 12/16/2010 2:43 PM |

Catherine,

      Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi


BOONE LAW FIRM, P.A.
401 W. Sunflower Road
P.O. Box 1772
Cleveland, MS 38732
Phone: 662-843-7946
Fax: 662-843-7950
www.BooneLawFirm.com

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Monday, January 31, 2011 10:15 AM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | Authorization-Dawn Lepard |
| **Attachments:** | Authorization-Dawn Lepard.pdf |

Catherine,

      Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

  -Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Tuesday, January 04, 2011 3:54 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Levi Boone, III; Myra Boone |
| **Subject:** | Supplemental Answers-Annie Gatewood |
| **Attachments:** | PLANTIFF (Annie Gatewood) Supplemental Answers to Interrogatories - 30435.pdf |

-Catherine

See attached Supplemental Answers relating to Annie Gatewood's Interrogatory.