## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 2:55 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-EMMA CLARK |
| **Attachments:** | AUTHORIZATION-EMMA CLARK.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 2:59 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-LYNNETTE CRISS |
| **Attachments:** | AUTHORIZATION-LYNNETTE CRISS.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 2:36 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-MARY ADAMS |
| **Attachments:** | AUTHORIZATION-MARY ADAMS.pdf |

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:02 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-CLAIBORNE COLLIER |
| **Attachments:** | AUTHORIZATION-CLAIBORNE COLLIER.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:07 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-CAROLYN DAVIS |
| **Attachments:** | AUTHORIZATION-CAROLYN DAVIS.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:04 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-ALFORD DARBY |
| **Attachments:** | AUTHORIZATION-ALFORD DARBY.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 2:41 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-MARIE BARBER |
| **Attachments:** | AUTHORIZATION-MARIE BARBER.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 2:48 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-FRANCES BOUIE |
| **Attachments:** | AUTHORIZATION-FRANCES BOUIE.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:42 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-ESTATE OF ALIECE GARRETT |
| **Attachments:** | AUTHORIZATION-ESTATE OF ALIECE GARRETT.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:32 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-LILLIE EVANS |
| **Attachments:** | AUTHORIZATION-LILLIE EVANS.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:30 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-SHIRLEY DRENNAN |
| **Attachments:** | AUTHORIZATION-SHIRLEY DRENNAN.pdf |

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:46 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-CLARENCE HARRIS |
| **Attachments:** | AUTHORIZATION-CLARENCE HARRIS.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:34 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-MICHAEL FISHER |
| **Attachments:** | AUTHORIZATION-MICHAEL FISHER.pdf |

Catherine,

      Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:48 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-FREDDIE HARRIS |
| **Attachments:** | AUTHORIZATION-FREDDIE HARRIS.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs
herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:44 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-BILLIE HARKINS |
| **Attachments:** | AUTHORIZATION-BILLIE HARKINS.pdf |

Catherine,

     Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:50 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-DOYLE HARRISON |
| **Attachments:** | AUTHRIZATION-DOYLE HARRISON.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:52 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-MELVIN HARRIS |
| **Attachments:** | AUTHORIZATION-MELVIN HARRIS.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:54 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-GREGORY HASLETT |

**Attachments:** AUTHORIZATION-GREGORY HASLETT.pdf

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:59 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-RUFUS HENDON |
| **Attachments:** | AUTHORIZATION-RUFUS HENDON.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs
herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:01 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-CARL HENRY |
| **Attachments:** | AUTHORIZATION-CARL HENRY.pdf |

Catherine,

     Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 3:57 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-MARK HEAD |
| **Attachments:** | AUTHORIZATION-MARK HEAD.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:04 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-WILLIAM HONY |
| **Attachments:** | AUTHORIZATION-WILLIAM HONY.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs
herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:05 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-EMMA HOWARD |
| **Attachments:** | AUTHORIZATION-EMMA HOWARD.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

2/17/2011

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:07 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-JAMES HUNTER |
| **Attachments:** | AUTHORIZATION-JAMES HUNTER.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs
herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:10 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-JAMES JEFFCOAT |
| **Attachments:** | AUTHORIZATION-JAMES JEFFCOAT.pdf |

Catherine,

     Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:13 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-MARY LAWSON |
| **Attachments:** | AUTHORIZATION-MARY LAWSON.pdf |

Catherine,

      Attached are the additional authorizations relating to the plaintiffs
herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:15 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-HENRY LANDRUM |
| **Attachments:** | AUTHORIZATION-HENRY LANDRUM.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:17 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-BIRDIE LANGDON |
| **Attachments:** | AUTHORIZATION-BIRDIE LANGDON.pdf |

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:19 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-SYLVIA LONGINO |
| **Attachments:** | AUTHORIZATION-SYLVIA LONGINO.pdf |

Catherine,

     Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

**Front Desk**

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:21 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-JANNIE LUCAS |
| **Attachments:** | AUTHORIZATION-JANNIE LUCAS.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi