## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:27 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-JOYCE McADORY |
| **Attachments:** | AUTHORIZATION-JOYCE McADORY.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:23 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-BOBBIE MAGGETT |
| **Attachments:** | AUTHORIZATION-BOBBIE MAGGETT.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:38 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-KATHY ROBERTS |
| **Attachments:** | AUTHORIZATION-KATHY ROBERTS.pdf |

Catherine,

   Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:40 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-JIMMY SAYLES |
| **Attachments:** | AUTHORIZATION-JIMMY SAYLES.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:42 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-ANDREW SMITH |
| **Attachments:** | AUTHORIZATION-ANDREW SMITH.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:29 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-ESSIE PATTERSON |
| **Attachments:** | AUTHORIZATION-ESSIE PATTERSON.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:32 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-BARBARA READUS |
| **Attachments:** | AUTHORIZATION-BARBARA READUS.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:09 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-BENEAL MILLER GILDON |
| **Attachments:** | AUTHORIZATION-BENEAL MILLER GILDON.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:36 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-PATRICIA RHODES |
| **Attachments:** | AUTHORIZATION-PATRICIA RHODES.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Wednesday, February 02, 2011 4:53 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-LENA JOHNSON |
| **Attachments:** | AUTHORIZATION-LENA JOHNSON.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:12 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION- LULA LOTT |
| **Attachments:** | AUTHORIZATION-LULA LOTT.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:14 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-JOHNNY KEYES |
| **Attachments:** | AUTHORIZATION-JOHNNY KEYES.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:18 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-ELLAWEISE LACY |
| **Attachments:** | AUTHORIZATION-ELLAWEISE LACY.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:21 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-EST. OF NIKISHA JOHNSON |
| **Attachments:** | AUTHORIZATION-Est. of NIKISHA JOHNSON.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:22 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-DONALD CONN |
| **Attachments:** | AUTHORIZATION-DONALD CONN.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Tuesday, November 16, 2010 4:53 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Attachments:** | Larry Potts-Additional Authorizations.pdf; O.C.Williams-Additional Authorizations.pdf; Tonya Weathersby-Additional Authorizations.pdf |

Catherine,

    Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:24 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-HELEN MEEKS |
| **Attachments:** | AUTHORIZATION-HELEN MEEKS.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

2/17/2011

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:16 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZATION-JIMMIE BARBEE |
| **Attachments:** | AUTHORIZATION-JIMMIE BARBEE.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi

## Front Desk

| | |
|---|---|
| **From:** | Front Desk |
| **Sent:** | Thursday, February 03, 2011 4:26 PM |
| **To:** | 'catherine.stevens@skadden.com' |
| **Cc:** | Myra Boone; Levi Boone, III |
| **Subject:** | AUTHORIZTION-JACQUELINE KENDRICK |
| **Attachments:** | AUTHORIZATION-JACQUELINE KENDRICK.pdf |

Catherine,

Attached are the additional authorizations relating to the plaintiffs herein. We will be supplementing the additional authorizations on a rolling basis.

-Levi