# EXHIBITS 14 – 81

# FILED UNDER SEAL