UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------x :
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Alice Hairfield v. Pfizer* : Sorokin
Case No. 08-cv-10930 :
:
:
:
------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO
DISMISS FOR FAILURE TO RESPOND TO DISCOVERY**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Defendants") hereby respectfully withdraw the portions of their Motion to Dismiss for Failure to Respond to Discovery regarding Plaintiff Alice Hairfield. The relevant filings at issue can be found at ECF docket numbers 3300 and 3301. The parties have been working together to resolve the issues with respect to Plaintiff Alice Hairfield underlying Defendants' motion, and no longer seek court involvement as to this Plaintiff at this time.

Dated: February 22, 2011           Respectfully submitted,

                                   SKADDEN, ARPS, SLATE,
                                     MEAGHER & FLOM LLP

                                   By:   /s/ Mark S. Cheffo
                                         Mark S. Cheffo

                                   Four Times Square
                                   New York, NY 10036
                                   Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco