UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:   NEURONTIN MARKETING,                                 :   MDL Docket No. 1629
         SALES PRACTICES AND                                  :
         PRODUCTS LIABILITY LITIGATION                        :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
THIS DOCUMENT RELATES TO:                                     :   Judge Patti B. Saris
                                                              :
*James Michael Burleson v. Pfizer Inc., et al.*               :   Magistrate Judge Leo T.
Case No. 06-11583-PBS                                         :   Sorokin
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL

**IT IS STIPULATED**, by all parties to this action, through their counsel of record, that

this action is dismissed with prejudice as to Plaintiff James Michael Burleson, MDL Docket No.

1629, Master File No. 04-10981, Case No. 06-11583-PBS, relating to *James Michael Burleson v.*

*Pfizer Inc., et al.*, Civil Action No. M-06-220 in the Southern District of Texas, McAllen

Division.  All costs are taxed against the party incurring same.

Dated:  February 22, 2011

Respectfully submitted,

GARCIA & KARAM, L.L.P.

By:      */s/ Ricardo A. Garcia*
         Ricardo A. Garcia

820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

*Attorneys for Plaintiff*

**-**and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By:      */s/ Mark S. Cheffo*
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By:      */s/ Ana M. Francisco*
         Ana M. Francisco
         BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2011.

                         */s/ Ana. M. Francisco*
                         Ana M. Francisco