UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) |
| **THIS DOCUMENT RELATES TO:** | ) CIVIL ACTION NO. 04-cv-10981-PBS ) |
| Alsberge v. Pfizer, et al. Nos. 05-cv-11699, 05-cv-10957 | ) ) ) |
| Bennett v. Pfizer, et al. No. 08-cv-10678 | ) ) ) |
| Bentley v. Pfizer, et al. No. 05-cv-11997 | ) ) ) |
| Brida v. Pfizer, et al. No. 07-cv-12129 | ) ) ) |
| Briggs v. Pfizer, et al. Nos. 05-cv-11700, 07-cv-10327 | ) ) ) |
| Campbell v. Pfizer, et al. No. 06-cv-11483 | ) ) ) |
| Colton v. Pfizer, et al. No. 05-cv-11996 | ) ) ) |
| Crone v. Pfizer, et al. No. 09-cv-11694 | ) ) ) |
| Dixon v. Pfizer, et al. No. 05-11998 | ) ) ) |
| Feyer v. Pfizer, et al. No. 05-cv-11035 | ) ) ) |
| George v. Pfizer, et al. No. 06-cv-10112 | ) ) ) |
| Hamilton v. Pfizer, et al. No. 10-cv-11023 | ) ) ) |

```
                                        )
Hargrove v. Pfizer, et al.              )
No. 05-cv-11034                         )
                                        )
Henry v. Pfizer, et al.                 )
No. 05-cv-11995                         )
                                        )
James v. Pfizer, et al.                 )
No. 05-cv-11022                         )
                                        )
Libby v. Pfizer, et al.                 )
No. 06-cv-11482                         )
                                        )
Lyman v. Pfizer, et al.                 )
No. 05-cv-11020                         )
                                        )
McGee v. Pfizer, et al.                 )
No. 05-cv-12593                         )
                                        )
Montgomery  v. Pfizer, et al.           )
No. 06-cv-10110                         )
                                        )
O'Sullivan v. Pfizer, et al.            )
No. 08-cv-11256                         )
                                        )
Owens v. Pfizer, et al.                 )
No. 05-cv-11017                         )
                                        )
Pursey v. Pfizer, et al.                )
No. 07-cv-10106                         )
                                        )
Roberson v. Pfizer, et al.              )
No. 05-cv-12001                         )
                                        )
Scott v. Pfizer, et al.                 )
No. 06-cv-10253                         )
                                        )
Shaw v. Pfizer, et al.                  )
No. 06-cv-11584                         )
                                        )
Sizemore v. Pfizer, et al.              )
No. 06-cv-10111                         )
                                        )
Spencer-Acker v. Pfizer, et al.)
No. 08-cv-12088                         )
                                        )
                                        )
```

```
                                    )
Tilley v. Pfizer, et al.            )
No. 06-cv-11773                     )
                                    )
Valentine v. Pfizer, et al.         )
No. 07-cv-11067                     )
                                    )
Vercillo v. Pfizer, et al.          )
No. 05-cv-11019                     )
                                    )
Wampole v. Pfizer, et al.           )
No. 07-cv-11072                     )
                                    )
Woolum v. Pfizer, et al.            )
No. 07-cv-10853                     )
                                    )
```

## SETTLEMENT ORDER OF DISMISSAL

February 18, 2011

Saris, U.S.D.J.

The Court having been advised that the above captioned action settled:

It is hereby **ORDERED** that this action is dismissed as to defendants Pfizer Inc. and Warner-Lambert Company LLC without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 120 days if settlement is not consummated.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge