# EXHIBIT A

**NEURONTIN ECONOMIC ACTIONS**

| Case, Transferor No. | MDL No. | Originated |
|---|---|---|
| Aetna, Inc., 04-10958 - Coordinated TPP - Summary Judgment granted on 1/8/10 [2309].  Proposed judgment [3125] submitted and Aetna has opposed [3126]. Judgment entered against plaintiffs on 2/9/11 [3285]  # | 04-10958 | D. Mass. |
| Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund, 2:04-cv-00711 | 04-12614 | M.D. Ala. |
| Alaska Electrical Health and Welfare Fund, 2:04-cv-04593 | 04-12623 | D.N.J. |
| Allen, Laura, 1:05-cv-10797 | 05-10797 | D. Mass. (removed) |
| Allied Services Division Welfare Fund, 1:04-cv-04467 | 04-12617 | N.D. Ill. |
| ASEA/AFSCME Local 52 Health Benefits Trust, 04-2577 – Proposed Class TPP.  Summary Judgment granted on 12/10/10 [3154]. | 04-12285 | D.N.J. |
| Assurant Health Inc., 2:05-cv-00095  # | 05-10535 | D.N.J. (removed) |
| Bakle, Julie K., 2:04-CV-02935 - Dismissed on 6/19/08 [1335]. | 04-12286 | D.N.J (removed) |
| Blevins, Annie D., 6:04-cv-01162 | 04-12282 | W.D. La. |
| Blue Cross and Blue Shield of Alabama, 2:06-cv-00524  # | 06-12295 | M.D. Ala (removed) |
| Carter, Betty, 5:04-cv-00213 | 05-10250 | W.D. Ky. |
| Christina, Emma B., 2:04-cv-01450 | 04-12276 | E.D. La. |
| Coleman, Nancy, 1:04-cv-00463 | 04-12615 | S.D. Ala. (removed) |
| Davis, April, 2:05-cv-00039 | 05-10680 | E.D. Ark. (removed) |
| Demers, Gerald, 2:05-CV-00084 - Dismissed on 6/19/08 [1335]. | 05-12122 | D. Me. (removed) |
| DeRosa, Ellen, 1:05-CV-00116 - Dismissed on 6/19/08 [1335]. | 05-11706 | D.N.H. (removed) |
| Dorty, Maggie and Boler, Jo Helen, 2:04-cv-01547 | 04-12278 | E.D. La. |
| Doyle, James, 2:04-cv-02509 | 04-12289 | W.D. Tenn. (removed) |
| Duhe, Joyce B., 2:04-cv-01591 | 04-12280 | E.D. La. |
| Eckenrode, Clifford, 3:04-cv-00240 | 04-12270 | N.D. Fla. |
| Gordon, Mary Jane, 1:04-cv-00552 | 04-12284 | S.D. Miss. |

1

**LEGEND:**

Shaded cases have been dismissed or await entry of judgment.

A designation of " * " means that there is no separate civil action number.  The docket number stated is the docket number assigned to the consolidated litigation (04-10981).

A designation of " # " means the matter does not contain class claims.

| Case, Transferor No. | MDL No. | Originated |
|---|---|---|
| Groves, Rebecca, 2:04-cv-01058 | 05-10254 | S.D. Ohio |
| Guard Insurance Company, 2:09-CV-06385 – Dismissed on 9/22/10 [11] | 10-10277 | D.N.J. (removed) |
| Guardian Life Insurance Company of America, 04-10739 - Coordinated TPP.  Summary Judgment granted on 1/8/10 [2309]. Dismissed on 10/21/10 [3102]. Judgment Entered Against Plaintiffs on 2/9/11 [3285]  # | 04-10739 | D. Mass. |
| Gulf Distributing Holdings, LLC, 1:04-cv-00403 | 04-12268 | S.D. Ala. |
| Gurvey, Gary, 1:05-cv-04397 | 05-12126 | N.D. Ill. |
| Hansen, Mary, 2:05-cv-00100 - Dismissed on 6/19/08 [1335]. | 05-11707 | D. Vt. (removed) |
| Harden Manufacturing Corporation, 04-10981 – Proposed Class TPP.  Summary Judgment granted on 12/10/10 [3154] | 04-10981 | D. Mass |
| Hollaway, Jerry & Carolyn, No. 6:04-cv-00375 (RAW) - Carolyn was a Proposed Class Consumer Plaintiff.  Summary Judgment granted as to Carolyn's economic claims on 12/10/10 [3154].  Personal injury claims also asserted. | 04-12624 | E.D. Okla. (removed) |
| Hood, Dianne Irene, 2:04-cv-01575 | 04-12279 | E.D. La. |
| Hope, James, 5:04-cv-00248 | 04-12272 | E.D. Ark. (removed) |
| Hyman, Sylvia G., 3:04-cv-00215 | 04-12269 | N.D. Fla. |
| International Union of Operating Engineers, Local No. 68 Welfare Fund, 04-4497 – Proposed Class TPP.  Summary Judgment granted 12/10/10 [3154]. | 04-12622 | D.N.J. |
| Kail, Steven, 2:04-cv-04236 | 04-12621 | D.N.J. |
| Kaiser Health Plan - Coordinated TPP.  Proposed judgment submitted by Plaintiff on jury verdict and Court findings [3279].  # | 04-10739 | D. Mass. |
| Kopa, Lorraine 04-4593 - Proposed Class Consumer Plaintiff.  Summary Judgment Granted 12/10/10 [3154]. | 04-12287 | S.D.N.Y. |
| Lang, Claudia, 5:04-cv-00234 | 04-12271 | E.D. Ark. |
| Lerch, John, 0:04-cv-03021 | 04-12283 | D. Minn. |
| Lienerth, Mary Lou, 1:04-cv-01161 | 04-12288 | N.D. Ohio |
| Louisiana Health Service Indemnity Co. dba Blue Cross/Blue Shield of Louisiana, 04-2509 - Proposed Class TPP.  Summary Judgment granted 12/10/10 [3154].  Motion [3178] for reconsideration pending. | 04-12620 | E.D. La. |
| McMinn, Sean, 1:04-cv-02690 | 05-10390 | D. Colo. |
| Medero, Ana, 1:04-cv-22228 | 04-12616 | S.D. Fla. (removed) |

**LEGEND:**

Shaded cases have been dismissed or await entry of judgment.

A designation of " * " means that there is no separate civil action number.  The docket number stated is the docket number assigned to the consolidated litigation (04-10981).

A designation of " # " means the matter does not contain class claims.

| Case, Transferor No. | MDL No. | Originated |
|---|---|---|
| Meeks, Johnny Ray, 1:04-cv-01781 | 04-12271 | N.D. Ga. |
| Midwest Health Plan, Inc., 2:04-cv-74258 | 05-10251 | E.D. Mich. |
| Miller, Donald, 2:05-cv-02113 | 05-10598 | W.D. Tenn. (removed) |
| Mull, Debra & Allemond, David P., 2:04-cv-01489 | 04-12277 | E.D. La. |
| Olsen, Leonard, 1:04-cv-07031 | 05-10248 | N.D. Ill. |
| Ramsey, Jeanne - No separate lawsuit filed.  Proposed to be included by motion for class certification [1018].  Summary Judgment granted on 12/10/10 [3154]. | 04-10981* | D. Mass |
| Reiss, Fred, 6:04-cv-03539 | 05-10252 | W.D. Mo. |
| Rizzo, Linda, 2:04-cv-01735 | 04-12618 | E.D. La. |
| Robichaux, Tracey Lynn, 2:04-cv-02087 - Motion for voluntary dismissal without prejudice [ECF 548] granted on 12/20/06. | 04-12619 | E.D. La. |
| Smith, Gerald, 04-1052 - Proposed Class Consumer Plaintiff. Summary Judgment granted on 12/10/10 [3154]. | 04-12275 | S.D. Ind. |
| Straddeck, Brenda, 4:04-cv-04106 | 04-12274 | S.D. Ill. |
| Sutton, Bauda V.L., 2:04-cv-00337 | 04-12625 | E.D. Tenn. (removed) |
| Teamsters Health & Welfare Fund of Philadelphia and Vicinity, 1:04-cv-10984 | 04-10984 | D. Mass |
| Varnam, Gary – Proposed Class Consumer Plaintiff.  Proposed to be included by motion for class certification [1018].  Motion to sever and transfer pending [3191]. | 04-10981* | D. Mass |
| Veys, Randall, 4:04-cv-04087 | 05-10249 | C.D. Ill. |
| White, Patricia Ann, 2:04-cv-01712 | 04-12281 | E.D. La. |
| Willoz, Tammylee, 3:04-cv-01234 | 04-12290 | N.D. Tex. |
| Wityk, Jan Frank – Proposed Class Consumer Plaintiff.  Proposed to be included by motion for class certification [1018].  Motion to sever and transfer pending [3191]. | 04-10981* | D. Mass |

3

**LEGEND:**

Shaded cases have been dismissed or await entry of judgment.

A designation of " * " means that there is no separate civil action number.  The docket number stated is the docket number assigned to the consolidated litigation (04-10981).

A designation of " # " means the matter does not contain class claims.