# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**[PROPOSED] ORDER STAYING CERTAIN ECONOMIC CLAIM MATTERS**

The Court, having considered Liason Counsel's status report and proposal, hereby orders the following:

1. All civil actions listed on the attached chart are hereby stayed pending the resolution of any and all appeals in the Guardian, Aetna, and Kaiser matters.

2. Any other pending civil actions in this MDL containing economic claims that may have been inadvertently omitted from the attached chart, other than the Assurant matter, are also stayed.

3. The Assurant matter (2:05-cv-00095) is not stayed. Counsel for the Assurant plaintiffs shall confer with defendants about their preferred course of action and inform the Court (in a brief submission) whether or not they wish to have their matter stayed within 14 days of the entry of this order.

Dated: _____          _____
                                        Hon. Patricia B. Saris
                                        United States District Judge

| Case, Transferor No. | MDL No. | Originated |
|---|---|---|
| Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund, 2:04-cv-00711 | 04-12614 | M.D. Ala. |
| Alaska Electrical Health and Welfare Fund, 2:04-cv-04593 | 04-12623 | D.N.J. |
| Allen, Laura, 1:05-cv-10797 | 05-10797 | D. Mass. (removed) |
| Allied Services Division Welfare Fund, 1:04-cv-04467 | 04-12617 | N.D. Ill. |
| Blevins, Annie D., 6:04-cv-01162 | 04-12282 | W.D. La. |
| Blue Cross and Blue Shield of Alabama, 2:06-cv-00524 | 06-12295 | M.D. Ala (removed) |
| Carter, Betty, 5:04-cv-00213 | 05-10250 | W.D. Ky. |
| Christina, Emma B., 2:04-cv-01450 | 04-12276 | E.D. La. |
| Coleman, Nancy, 1:04-cv-00463 | 04-12615 | S.D. Ala. (removed) |
| Davis, April, 2:05-cv-00039 | 05-10680 | E.D. Ark. (removed) |
| Dorty, Maggie and Boler, Jo Helen, 2:04-cv-01547 | 04-12278 | E.D. La. |
| Doyle, James, 2:04-cv-02509 | 04-12289 | W.D. Tenn. (removed) |
| Duhe, Joyce B., 2:04-cv-01591 | 04-12280 | E.D. La. |
| Eckenrode, Clifford, 3:04-cv-00240 | 04-12270 | N.D. Fla. |
| Gordon, Mary Jane, 1:04-cv-00552 | 04-12284 | S.D. Miss. |
| Groves, Rebecca, 2:04-cv-01058 | 05-10254 | S.D. Ohio |
| Gulf Distributing Holdings, LLC, 1:04-cv-00403 | 04-12268 | S.D. Ala. |
| Gurvey, Gary, 1:05-cv-04397 | 05-12126 | N.D. Ill. |
| Hood, Dianne Irene, 2:04-cv-01575 | 04-12279 | E.D. La. |
| Hope, James, 5:04-cv-00248 | 04-12272 | E.D. Ark. (removed) |
| Hyman, Sylvia G., 3:04-cv-00215 | 04-12269 | N.D. Fla. |
| Kail, Steven, 2:04-cv-04236 | 04-12621 | D.N.J. |
| Lang, Claudia, 5:04-cv-00234 | 04-12271 | E.D. Ark. |

| Lerch, John, 0:04-cv-03021 | 04-12283 | D. Minn. |
|---|---|---|
| Lienerth, Mary Lou, 1:04-cv-01161 | 04-12288 | N.D. Ohio |
| McMinn, Sean, 1:04-cv-02690 | 05-10390 | D. Colo. |
| Medero, Ana, 1:04-cv-22228 | 04-12616 | S.D. Fla. (removed) |
| Meeks, Johnny Ray, 1:04-cv-01781 | 04-12271 | N.D. Ga. |
| Midwest Health Plan, Inc., 2:04-cv-74258 | 05-10251 | E.D. Mich. |
| Miller, Donald, 2:05-cv-02113 | 05-10598 | W.D. Tenn. (removed) |
| Mull, Debra & Allemond, David P., 2:04-cv-01489 | 04-12277 | E.D. La. |
| Olsen, Leonard, 1:04-cv-07031 | 05-10248 | N.D. Ill. |
| Reiss, Fred, 6:04-cv-03539 | 05-10252 | W.D. Mo. |
| Rizzo, Linda, 2:04-cv-01735 | 04-12618 | E.D. La. |
| Straddeck, Brenda, 4:04-cv-04106 | 04-12274 | S.D. Ill. |
| Sutton, Bauda V.L., 2:04-cv-00337 | 04-12625 | E.D. Tenn. (removed) |
| Teamsters Health & Welfare Fund of Philadelphia and Vicinity, 1:04-cv-10984 | 04-10984 | D. Mass |
| Veys, Randall, 4:04-cv-04087 | 05-10249 | C.D. Ill. |
| White, Patricia Ann, 2:04-cv-01712 | 04-12281 | E.D. La. |
| Willoz, Tammylee, 3:04-cv-01234 | 04-12290 | N.D. Tex. |