*Court's Copy*

United Staes District Court
District of Massachusetts

In Re; Neurontin Marketing, Sales
Practice and Liability
Litigation

MDL Docket No. 1629

2011 FEB 28 A 11:49

Judge Patti B. Saris

This Document Relates To:

Mag. Judge Leo T. Sorokin

Keith Edwards v. Pfizer

Civil Action No. 04-10981

Plaintiff's Supplemental Response to No. 14 as
Ordered by the Court

Now comes plaintiff, Keith Edwards, who submits that the name, Doctor Williams, is as much information as the healthcare administrator, Brian Cain, will give plaintiff as to the doctor that administered the drug neurontin to plaintiff from August 19, 2002 to January 13, 2004, at which time plaintiff refused further administration of the drug. The clinic of which the drug neurontin was administered to plaintiff was/is known as the Inmate Hospital Service (IHS), located within the confines of the Richland Correctional Institution, 1001 Olivesburg Rd., Mansfield, Ohio 44905, (419) 526-2100, and is where plaintiff was/is incarcerated at all times relevant to this cause of action and s administered of the drug neurontin.

Respectfully Submitted,

*Keith Edwards*

Keith Edwards, Pro Se
211-800   3A-101
Richland Corr. Inst.
P.O. Box 8107
Mansfield, Ohio 44901

Certificate of Service

This is to certify that a true copy of the foregoing has been sent to: Mark Cheffo, attorney for defendant, Four Times Square, New York, N.Y. 10036, via first class U.S. mail this 22nd day of February, 2011.

*Keith Edwards*
Keith Edwards, Pro Se