UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>CLASS ACTION | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## <u>CLASS PLAINTIFFS' MOTION TO AMEND THE THIRD AMENDED COMPLAINT</u>

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and this Court's instructions at the status conference held on February 7, 2011, Plaintiffs hereby move to amend the Third Amended Class Action Complaint for the sole purpose of formally adding the claims of two previously disclosed proposed class representatives, Jan Frank Wityk and Gary Varnam.  This motion is based on the accompanying Memorandum In Support of Plaintiffs' Motion to Amend.  A copy of the [Proposed] Fourth Amended Complaint is attached to the Memorandum.

Dated: March 3, 2011                    Respectfully Submitted,


                                                  By:     */s/ Thomas M. Sobol*
                                                          Thomas M. Sobol
                                                          Hagens Berman Sobol Shapiro LLP
                                                          55 Cambridge Parkway, Suite 301
                                                          Cambridge, MA  02142
                                                          tom@hbsslaw.com

By:     */s/ Thomas M. Greene*
           Thomas M. Greene
           Greene LLP
           33 Broad Street, 5th Floor
           Boston, MA 02109

By:     */s/ Elizabeth J. Cabraser*
           Elizabeth J. Cabraser
           Lieff Cabraser Heimann &
            Bernstein, LLP
           Embarcadero Center West
           275 Battery Street, 30th Floor
           San Francisco, CA 94111-3339

By:     */s/ Don Barrett*
           Don Barrett
           Barrett Law Office
           404 Court Square North
           P.O. Box 987
           Lexington, MS 39095

By:     */s/ Daniel Becnel*
           Daniel Becnel, Jr.
           Law Offices of Daniel Becnel, Jr.
           106 W. Seventh Street
           P.O. Drawer H
           Reserve, LA 70084

By:     */s/ James Dugan*
           James Dugan
           Dugan & Browne
           650 Poydras St., Suite 2150
           New Orleans, LA 70130

***Members of the Class Plaintiffs'***
***Steering Committee***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served

pursuant to Case Management Order #3 on March 3, 2011.

<u>/s/ Thomas M. Sobol</u>
Thomas M. Sobol
