```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                            :
In re:  NEURONTIN MARKETING, SALES                          :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS                              :
        LIABILITY LITIGATION                                :  Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                            :  Judge Patti B. Saris
                                                            :
THIS DOCUMENT RELATES TO:                                   :
                                                            :  Magistrate Judge Leo T.
*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS;   :  Sorokin
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS; :
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for leave to exceed the page limitation of twenty pages set forth in Local Rule 7.1(b)(4). Defendants intend to file today a Response to Plaintiffs' Objections to the Findings, Report and Recommendations of the United States Magistrate Judge. This memorandum of law relates to 214 Plaintiffs represented by the Boone Law Firm. Defendants request that the Court allow them a modest extension not to exceed ten pages for their memorandum, in addition to what is provided for in the Local Rules. Defendants' memorandum, therefore, would not exceed thirty pages in length. Defendants submit that this request is reasonable, particularly considering that Plaintiffs filed a memorandum that was over forty pages.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file a memorandum in excess of twenty pages.

Dated: March 4, 2011

        Respectfully submitted,

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By:  /s/ Mark S. Cheffo
            Mark S. Cheffo

        Four Times Square
        New York, NY 10036
        Tel:  (212) 735-3000
        Mark.Cheffo@skadden.com

        -and-

        ROPES & GRAY LLP

        By:  /s/ Ana M. Francisco
            Ana M. Francisco
            BBO # 564346

        Prudential Tower
        800 Boylston Street
        Boston, MA 02199-3600
        Tel:  (617) 951-7000
        Ana.Francisco@ropesgray.com

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel contacted opposing counsel and this motion is unopposed.

        /s/ Catherine B. Stevens
        Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 4, 2011.

        /s/ Ana. M. Francisco
        Ana M. Francisco