UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
:
: MDL Docket No. 1629
:
------------------------------------------------x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO:
:
: Judge Patti B. Saris
*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS;
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS;
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS
:
: Magistrate Judge Leo T.
: Sorokin

------------------------------------------------x

**DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE
FINDINGS, REPORT AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE**

# FILED UNDER SEAL