UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Teresa Teater v. Pfizer Inc,* : Sorokin
Case No. 05-cv-12123 :
:
------------------------------------------------------x

DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO MOTION TO SHOW CAUSE FILED BY TERESA TEATER

     On February 22, 2011, Plaintiff Teresa Teater, who is proceeding in this action on a pro se basis, served Defendants by mail with a document entitled "Motion to Show Cause." The Plaintiff indicates that she filed her motion under seal with the Court, however, the Court's electronic docket contains no notation acknowledging receipt of Plaintiffs' Motion and no docket number has been assigned to the motion. Defendants request a short extension of time to file their response until the status of Plaintiffs' motion has been clarified. Defendants are prepared to file their response within two days after the Court accepts Plaintiffs' *pro se* filing, and it is noted on the Court's electronic docket.

Dated: March 8, 2011                        Respectfully submitted,

                                               SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP

                                               By:   /s/ Mark S. Cheffo
                                                      Mark S. Cheffo

                                               Four Times Square
                                               New York, NY 10036
                                               Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 8, 2011, and by mail on pro se Plaintiff.

/s/ Ana. M. Francisco
Ana M. Francisco