# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES :
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION :
:
------------------------------------------------x
:  MDL Docket No. 1629
THIS DOCUMENT RELATES TO: :
:  Master File No. 04-10981
Harden Manufacturing Corporation; Louisiana Health Service :
Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; :  Judge Patti B. Saris
International Union of Operating Engineers, Local No. 68 :
Welfare Fund; ASEA/AFSCME Local 52 Health Benefits :  Magistrate Judge Leo T.
Trust; Gerald Smith; and Lorraine Kopa v. Pfizer Inc, et al., No. :  Sorokin
04-10981 :
:
Louisiana Health Service Indemnity Company d/b/a Blue :
Cross/Blue Shield of Louisiana v. Pfizer Inc, et al., No. 04- :
12620 (transferred from E.D. La., No. 04-2509) :
:
------------------------------------------------x

## [PROPOSED] JUDGMENT

SARIS, U.S.D.J.                                                                                   _____, 2011

Pursuant to this Court's Memorandum and Order dated December 10, 2010 (Docket No. 3154), it is ORDERED and ADJUDGED that judgment is hereby entered against the following plaintiff in favor of the defendants Pfizer Inc. and Warner-Lambert Company LLC: Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana.

The Court finds that there is no just reason for delay and this is a final judgment as to all claims of the above-named plaintiff pursuant to Federal Rule of Civil Procedure 54(b).

                                                                                                    _____
                                                                                                    Patti B. Saris
                                                                                                    United States District Judge

Copies to: Counsel via ECF