# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL SALES & MARKETING ACTIONS : Sorokin
:
------------------------------------------------x

### [PROPOSED] CASE MANAGEMENT ORDER NO. ____

SARIS, U.S.D.J.                                                                                         _____, 2011

Having considered the respective status reports provided by Liaison Counsel and Counsel for Defendants, and argument of Counsel, the Court hereby orders as follows:

1. All civil actions listed on the attached chart are hereby stayed pending the resolution of any and all appeals from this Court's judgments entered as to the following plaintiffs: Harden Manufacturing Corporation [ECF _____], International Union of Operating Engineers, Local No. 68 Welfare Fund [ECF _____], ASEA/AFSCME Local 52 Health Benefits Trust [ECF _____], Gerald Smith [ECF _____], Lorraine Kopa [ECF _____], Jeanne Ramsey [ECF _____], Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana [ECF _____], Aetna, Inc. [ECF 3285], and Kaiser Foundation Health Plan, Inc. [ECF _____].

2. Any other pending civil actions in this MDL in which the plaintiffs seek to recover for economic losses and do not allege claims of personal injury or wrongful death that may have been inadvertently omitted from the attached chart are subject to the stay provided in this Order.

[Alternative 3. The Court suggests to the Judicial Panel on Multidistrict Litigation that the *Assurant* case, 05-10535, be remanded to the transferor court, the United States District

1

2

Court for the District of New Jersey, for inclusion in *In re Neurontin Antitrust Litig.*, Master File No. 02-1390, MDL No. 1479, pending before that Court.]

```
                                        _____
                                        Patti B. Saris
                                        United States District Judge
```

Copies to: Counsel via ECF

**STAYED CASES**

| Case, Transferor/Original No. | MDL No. | Originated |
|---|---|---|
| Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund, 2:04-cv-00711 | 04-12614 | M.D. Ala. |
| Alaska Electrical Health and Welfare Fund, 2:04-cv-04593 | 04-12623 | D.N.J. |
| Allen, Laura, 1:05-cv-10797 | 05-10797 | D. Mass. (removed) |
| Allied Services Division Welfare Fund, 1:04-cv-04467 | 04-12617 | N.D. Ill. |
| [Assurant Health Inc., 2:05-cv-00095] | 05-10535 | D.N.J. (removed) |
| Blevins, Annie D., 6:04-cv-01162 | 04-12282 | W.D. La. |
| Blue Cross and Blue Shield of Alabama, 2:06-cv-00524 | 06-12295 | M.D. Ala (removed) |
| Carter, Betty, 5:04-cv-00213 | 05-10250 | W.D. Ky. |
| Christina, Emma B., 2:04-cv-01450 | 04-12276 | E.D. La. |
| Coleman, Nancy, 1:04-cv-00463 | 04-12615 | S.D. Ala. (removed) |
| Davis, April, 2:05-cv-00039 | 05-10680 | E.D. Ark. (removed) |
| Dorty, Maggie and Boler, Jo Helen, 2:04-cv-01547 | 04-12278 | E.D. La. |
| Doyle, James, 2:04-cv-02509 | 04-12289 | W.D. Tenn. (removed) |
| Duhe, Joyce B., 2:04-cv-01591 | 04-12280 | E.D. La. |
| Eckenrode, Clifford, 3:04-cv-00240 | 04-12270 | N.D. Fla. (removed) |
| Gordon, Mary Jane, 1:04-cv-00552 | 04-12284 | S.D. Miss. |
| Groves, Rebecca, 2:04-cv-01058 | 05-10254 | S.D. Ohio (removed) |
| Gulf Distributing Holdings, LLC, 1:04-cv-00403 | 04-12268 | S.D. Ala. |
| Gurvey, Gary, 1:05-cv-04397 | 05-12126 | N.D. Ill. |
| Hollaway, Jerry & Carolyn, No. 6:04-cv-00375 (Personal injury claims also asserted.) | 04-12624 | E.D. Okla. (removed) |
| Hood, Dianne Irene, 2:04-cv-01575 | 04-12279 | E.D. La. |

3

| Case, Transferor/Original No. | MDL No. | Originated |
|---|---|---|
| Hope, James, 5:04-cv-00248 | 04-12272 | E.D. Ark. (removed) |
| Hyman, Sylvia G., 3:04-cv-00215 | 04-12269 | N.D. Fla. |
| Kail, Steven, 2:04-cv-04236 | 04-12621 | D.N.J. |
| Krah, Brian, 2:04-cv-02577 | 04-12285 | D.N.J. |
| Lang, Claudia, 5:04-cv-00234 | 04-12271 | E.D. Ark. |
| Lerch, John, 0:04-cv-03021 | 04-12283 | D. Minn. |
| Lienerth, Mary Lou, 1:04-cv-01161 | 04-12288 | N.D. Ohio |
| McMinn, Sean, 1:04-cv-02690 | 05-10390 | D. Colo. |
| Medero, Ana, 1:04-cv-22228 | 04-12616 | S.D. Fla. (removed) |
| Meeks, Johnny Ray, 1:04-cv-01781 | 04-12271 | N.D. Ga. |
| Midwest Health Plan, Inc., 2:04-cv-74258 | 05-10251 | E.D. Mich. |
| Miller, Donald, 2:05-cv-02113 | 05-10598 | W.D. Tenn. (removed) |
| Mull, Debra & Allemond, David P., 2:04-cv-01489 | 04-12277 | E.D. La. |
| Olsen, Leonard, 1:04-cv-07031 | 05-10248 | N.D. Ill. |
| Reiss, Fred, 6:04-cv-03539 | 05-10252 | W.D. Mo. |
| Rizzo, Linda, 2:04-cv-01735 | 04-12618 | E.D. La. |
| Straddeck, Brenda, 4:04-cv-04106 | 04-12274 | S.D. Ill. |
| Sutton, Bauda V.L., 2:04-cv-00337 | 04-12625 | E.D. Tenn. (removed) |
| Teamsters Health & Welfare Fund of Philadelphia and Vicinity, 1:04-cv-10984 | 04-10984 | D. Mass |
| Varnam, Gary | 04-10981 | D. Mass |
| Veys, Randall, 4:04-cv-04087 | 05-10249 | C.D. Ill. |
| White, Patricia Ann, 2:04-cv-01712 | 04-12281 | E.D. La. |
| Willoz, Tammylee, 3:04-cv-01234 | 04-12290 | N.D. Tex. |
| Wityk, Jan Frank | 04-10981 | D. Mass |