UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------ x<br>NEURONTIN MARKETING, SALES PRACTICES, AND<br>PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------ x<br>THIS DOCUMENT RELATES TO:<br><br>------------------------------------------------ x<br>HARDEN MANUFACTURING CORPORATION;<br>LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,<br>dba BLUECROSS/BLUESHIELD OF LOUISIANA;<br>INTERNATIONAL UNION OF OPERATING ENGINEERS,<br>LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL<br>52 HEALTH BENEFITS TRUST; GERALD SMITH; and<br>LORRAINE KOPA, on behalf of themselves and all others<br>similarly situated, v. PFIZER INC. and WARNER-LAMBERT<br>COMPANY.<br><br>------------------------------------------------ x | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T.<br>Sorokin |

**DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS'
MOTION TO AMEND THE THIRD AMENDED COMPLAINT**

Defendants Pfizer Inc and Warner-Lambert Company LLC submit this Opposition to Class Plaintiffs' Motion to Amend the Third Amended Complaint [3313], in which Class Plaintiffs seek leave to add claims on behalf of Jan Frank Wityk and Gary Varnam.

Defendants respectfully submit that Class Plaintiffs' motion should be denied for the reasons set forth in prior briefing.[1]  However, Defendants recognize that the Court invited Class Plaintiffs to file this motion and appears inclined to grant it.  (*See* 2/7/11 Tr. [3288] at 14:16-17 ("I need you to just officially move and me to officially allow it.").  Defendants will not belabor

---

[1] Defendants hereby incorporate the arguments set forth in their Memorandum [3192] and Reply Memorandum [3249-1] in support of their motion to preclude Mr. Varnam and Ms. Wityk from asserting individual claims.  Defendants further incorporate their prior objections to Class Plaintiffs' request to amend the Third Amended Class Action Complaint to add Mr. Varnam and Ms. Wityk as class representatives or plaintiffs. (See Defs.' Mem. in Opp. to Renewed Mot. for Class Certification [1174-2] at 9 n.7, 42-43.)

the issue by restating their prior arguments.

Should the Court grant Class Plaintiffs' motion, Defendants reserve the right to assert all applicable defenses, including that Mr. Varnam's and Ms. Wityk's putative claims are barred by the statute of limitations. Defendants disagree with Class Plaintiffs' analysis of the *American Pipe* tolling doctrine (Pl. Mem. [3314] at 3 n.1), but this issue should be decided in the context of an applicable dispositive motion. In light of Plaintiffs' counsel's representations that: (1) the only purpose of their motion is to maintain Mr. Varnam's and Ms. Wityk's status as proposed class representatives, and (2) if this Court's denial of class certification is upheld on appeal, Mr. Varnam and Ms. Wityk will not assert individual claims,[2] this issue may never arise.

## CONCLUSION

For all the foregoing reasons, Defendants respectfully request that the Court deny Class Plaintiffs' Motion to Amend the Third Amended Complaint [3313].

Dated: March 9, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

---

[2] *See* 2/7/11 Tr. at 3:24-6:12; *see also* Class Plaintiffs' Status Report Regarding Economic Claims [3308] at 5 ("If the First Circuit affirms the Court's denial of class certification as to a bipolar consumer subclass, Varnam and Wityk will dismiss their individual claims.").

2

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 9, 2011.

      /s/ Ana M. Francisco
      Ana M. Francisco