UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------------- x
                                         )

IN RE NEURONTIN MARKETING AND SALES     )
PRACTICES LITIGATION                             )   MDL Docket No. 1629
                                           )
----------------------------------------------------------------------- x
                                         )   Master File No. 04-10981

THIS DOCUMENT RELATES TO:              )
                                         )   Honorable Patti B. Saris
----------------------------------------------------------------------- x  Honorable Leo T. Sorokin
                                         )

AETNA, INC. v. PFIZER INC., et al.,          )
04 CV 10958 (PBS)                          )
                                         )
----------------------------------------------------------------------- x

### PLAINTIFF AETNA INC.'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e)

Plaintiff Aetna, Inc. ("Aetna") files this motion for reconsideration, alteration and amendment of the Court's February 9, 2011 Entry of Judgment (Docket No. 3285) against Aetna and in favor of the defendants Pfizer Inc. and Warner-Lambert Company LLC ("Defendants"). Judgment followed the Court's Memorandum and Order dated January 8, 2010 ("Mem.") (Docket No. 2309), which granted summary judgment.  The grounds for this motion are set for in the accompanying memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law and declaration.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that Aetna's counsel conferred with Defendants regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Dated:  March 9, 2011

LOWEY DANNENBERG COHEN
& HART, P.C.


BY:   /s/ Gerald Lawrence

Richard W. Cohen
Gerald Lawrence
One North Broadway
White Plains, NY  10601
(914) 997-0500 – Telephone
(914) 997-0035 – Facsimile


*Attorneys for Aetna, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 9, 2011.

<u>    /s/ Gerald Lawrence                  </u>