```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION** | ) ) ) ) |
| **THIS DOCUMENT RELATES TO:** | ) CIVIL ACTION NO. 04-cv-10739-PBS ) |
| KAISER FOUNDATION HEALTH PLAN, INC., et al. | ) MASTER FILE NO. 04-cv-10981-PBS ) ) |
| v. | ) ) |
| PFIZER, INC., et al. | ) ) ) |

### JUDGMENT

February 22, 2011

Saris, U.S.D.J.

    This action came on for trial before the Court and jury on the claims of plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively the "Kaiser plaintiffs"); the issues having been duly tried, the jury having duly rendered its verdict on the claims of the Kaiser plaintiffs under the Racketeer Influenced and Corrupt Organizations Act ("RICO") and the Court having rendered its findings of fact and conclusions of law on the claims of the Kaiser plaintiffs under the California Unfair Competition Law ("UCL"),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals have judgment against the defendants Pfizer, Inc. and Warner-Lambert Company LLC, jointly and severally, in

the amount of $142,089,276 on the RICO claims, together with post-judgment interest as allowed under 28 U.S.C. § 1961, and its costs of this action.  Plaintiff Kaiser Foundation Health Plan, Inc. also has judgment against the defendants Pfizer, Inc. and Warner-Lambert Company LLC, jointly and severally, in the amount of $102,967,570 on the UCL claims, together with post-judgment interest as allowed under 28 U.S.C. § 1961, and its costs of this action.  The amounts awarded under RICO and the UCL are not cumulative or additive, and the amount of this judgment is limited to the greater of these two awards.

As this action involves parties other than those expressly referenced above, and as the Court finds there is no just reason for delay pursuant to Federal Rule of Civil Procedure 54(b), the Court direct that this judgment is final regarding all claims of the Kaiser plaintiffs against the above named defendants.

/s/ PATTI B. SARIS
PATTI B. SARIS
United States District Judge