UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                    :
In re:  NEURONTIN MARKETING, SALES                  :   MDL Docket No. 1629
        PRACTICES AND PRODUCTS                      :
        LIABILITY LITIGATION                        :   Master File No. 94-10981
                                                    :
                                                    :
-----------------------------------------------------------------x
                                                    :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                           :
                                                    :   Magistrate Judge Leo T.
                                                    :   Sorokin
ALL BOONE PRODUCT LIABILITY ACTIONS                 :
                                                    :
-----------------------------------------------------------------x
```

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION TO U. S. MAGISTRATE JUDGE'S FINDINGS, REPORT, AND RECOMMENDATIONS (Partially Assented to)**

Plaintiffs respectfully requests that the Court grant Plaintiff leave to file a Reply to Defendants' Response to Plaintiffs' Objections to Findings, Report and Recommendations of U. S. Magistrate Judge.

Given the breath of the U. S. Magistrate Judge's Findings, Report, and Recommendation motion, and the issues of fact and law presented in 200 cases, Plaintiffs request that the Court allow them to file a Reply with eighteen (18) pages.

Plaintiffs have consulted with Defendants and Defendants have assented only to Plaintiffs filing of a Reply that is 10 pages or less.

Plaintiffs submit that this request is reasonable.

Attached hereto as Exhibit A is a copy of *Plaintiffs' Reply to Defendants' Response to Plaintiffs' Objection to U. S. Magistrate Judge's Findings, Report and Recommendations*.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion for leave to file *Plaintiffs' Reply to Defendants' Response to Plaintiffs' Objection to U. S. Magistrate Judge's Findings, Report and Recommendations.*

Dated:  March 11,  2011

> Respectfully submitted,
>
> BOONE LAW FIRM, P.A.
>
> By: /s/   Levi Boone, III..
>     Levi Boone, III
>     Attorney for Plaintiffs

## CERTIFICATE OF CONSULTATION

I certify that counsel has contact opposing counsel and opposing counsel has assented to Plaintiffs' Reply containing only 10 pages.

> /s/   Levi Boone, III.
> Levi Boone, III

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 11, 2011.

> /s/   Levi Boone, III.
> Levi Boone, III

2