UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                    :
In re:  NEURONTIN MARKETING, SALES                                                  :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS                                                      :
        LIABILITY LITIGATION                                                        :  Master File No. 04-10981
                                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                    :  Judge Patti B. Saris
                                                                                    :
THIS DOCUMENT RELATES TO:                                                           :
                                                                                    :  Magistrate Judge Leo T.
Teresa Teater v. Pfizer Inc,                                                        :  Sorokin
Case No. 05-cv-12123                                                                :
                                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS'
RESPONSE TO MOTION TO SHOW CAUSE FILED BY TERESA TEATER**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the March 4, 2011, email from Teresa Teater to Catherine Stevens.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 11th day of March, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 11, 2011.

/s/ Ana M. Francisco
Ana M. Francisco