# EXHIBIT A

**Kalmanash, Barbara A (NYC)**

| | |
|---|---|
| **From:** | teresa teater [teater5@live.com] |
| **Sent:** | Friday, March 04, 2011 11:23 PM |
| **To:** | Stevens, Catherine B (NYC); teresa teater |
| **Subject:** | Your Threats to me Via U.S. Mail and Email |

To  Defendant Pfizers Counsel, Catherine Stevens,

March 4th,2011.

From Teresa Teater *Pro se*

**Catherine Stevens,**

**#1, It is not O.K. for you to Threaten me ,and to threaten me with Monetary distress and issue me an "Order to Withdraw my Motion to Show Cause with only a 3 day window of opportunity to do so "**
I have the legal right to use the U.S. Court system and in a proper formant to Redress my Grievances in this MDL 1629.

**You did not read My Feb 22nd,2011  "Motion To Show Cause " very well**, and you have again proven my point for me, which I will share with the Judge again,
I don't believe you are competent consul to represent and serve Your clients interest, in that while **you have apologized** to me for the

 portion of my complaint of the **September 30th & Nov 4th,2010 mis mailed Letters to me**,  in **"My Motion to Show Cause"**, it does not excuse the fact that I clearly sent you Handwritten on the last Page of Both "Plaintiffs Requests for Defendants answers" and again on the last page of the Plaintiffs request for defendants to Produce Discovery then proper address and this future **and now current address**, and you still mismailed that pkg.

You should have read every page carefully and noted Proper Mailing,I should not have to tell you how to do your job.

I don't take lightly the Judges Orders for me to get you Proper answers by Feb 28th,2011,or be kicked out of this MDL , I have complied as best I can, **considering Judge Leo T. Sorokin's Feb 11th 2011 Order** said," he was done with *Pro se* and no further filings would be required", yet he did not recall his order to me to comply with his Feb 4th,2011 order so I obeyed under threat of getting kicked out.

**And Thus I have not seen any Judge yet with this MDL1629 recall any Order for Defendant Pfizer to not Produce their discovery and answers to me**, yet the Judge says everything is done with *Pro se's*,I beg to differ, there is house cleaning that isnt quite done.

**I don't believe the Judge meant to overlook the rights of Plaintiff's and Pro se Plaintiffs to be able to go to trial  with no discovery,other than some cmms notes, or to be able to know what questions to ask at depositions from reading discovery.**

You Nor your client has shared any discovery with me nor my answers I have requested On December 9th,2010 in that Overnight Delivery ! And that was in a Court Order back in 2005 issued by this court. But you have time to sit here and try to boss me around and threaten me, I dont think so,

**You also didn't read my "Motion to Show Cause" very well,** because **I clearly "asked, " to be only compensated for my over night mailing, and for gas and Mileage to  retrieve your Fed ex mis mailing"** that had traveled all over America for 17 days "and what ever other sanctions the Judge

has the authority to level,for Lying to the court,and Not allowing me proper civil procedures of civil rules as to the amount of days for me to get and answer filings and asked the court to get you to "Answer Plaintiffs request to Produce and to give answers, That still hasn't happened and yet you threaten me with your costs to defend yourself from "My Motion to show Cause"....

I'm going to let the Judge decide.

"I wrote," I "wish" I could just enter for a "Motion for Summary Judgment for the Amount in My Original filing...I don't believe the court systems Has a "Motion to Grant Wishes" document yet,I'm not being Cocky here, I'm trying to get you to understand,**You don't read very well.**

I'm going to let the Judge decide.

My requests for **your Clients' to "Produce and Answer" my Plaintiffs Interrogatories were in with my overnight UPS package Dated December 9th,2010 to you, for "Defendants request for discovery and answers to Plaintiff" from you. You have now had,90 days coming up March 9th,2011 to get them to me. I am allowed to have them so as to have a Fair Trial.**

You've had every opportunity to send me the above,"BUT"

**as I said to the Judge, you also  lied, mis lead  in writing to the court that you had attempted to Confer with counsel,but had been unable to do so, not  true !,**
 **You had made no attempt to ever talk to me before or  after that statement was made,until I had to iniatiate the phone call I made to you.**

You have since **January 2011 after our only Phone call, refused to answer any of my emails,or return my Phone calls, nor did neither You or the court Notify me of the Feb 11th 2011 hearing results, so I was very surprised to only learn of its results this Past Monday, Feb 28th,2011,and I emailed you on Feb 22nd right before the Mailing and asked you**
"do you have anything to share with me regarding the Feb 11th, 2011 hearing " ? no response until today, and all you do is threaten me.

I cant know there are answers for me about this MDL if I don't even know I'm suppose to ask the question in the first place.

I am not suppose to be the Party Steering this MDL,

So in light of your Ordering me to withdraw, My ANswer is  emphatically "NO!".

In fact, I've been drafting my re introduction letter and information along **with a copy of this "Motion to Show Cause" to mail to the U.S. District Court" in Portland, Oregon so the Judge who's court** My Original filing lands end,and gets this MDL 1629 back, knows ahead of time that your Client Pfizer and you have continued to refuse to share discovery ! From a 2005 order.

**I also said in my filing**,of **Feb 22nd,2011** that you illegally Shared My Hippa Protected information to Four other *Pro se's* about my Mental illness in  the 5 cover letters of the Nov 4th 2010 mailing, and that my Hippa rights have been violated,in disclosure to 4 other Pro se's and you shared their stuff with me yet, **you didn't mention that in this email,** kind of selective aren't you .You violated their hippa protection rights too, but I can only plead for me.

**You didn't mention in this email** either , the
**January 24th,2011** ,I also told the judge you didn't send me **a properly endorsed "Confidentiality Agreement" with your law firm and your Medical investigators Names on it**,  MY THEORY ,as a way to later for defendant Pfizer try to trick me in court and say we cant go forward in trial because you didn't have any agreement with me, And I had to Fix it,to protect myself from such an action,pre emptive strike .I called to confer with you about it nicely,and you still to this date,March 5th,2011 refused to discuss  it.
You stated today,in your email, if I cant read your cmms notes, to hire an attorney whom can, well in your Motion to Compel, that you withdrew,you asked the court to spell out and give detailed answers to your interrogatories and discovery requests,and I agreed by phone to do so, so you with drew your request.
**I have pleaded and begged you for discovery,by email and U.S. Postal service and you still wont**

3/11/2011

comply,and I am allowed those answers for my Trial preparations.

I clearly state here and now, Yes, I am asking Judge Sorokin to finish cleaning House in this MDL "to Consider My Motion to Show Cause" and **get all the unfinished matters finished by any Past Court Orders that have not been enforced , ENFORCED before he hands my MDL 1629 transfer back to Portland,Oregon U.S. District court.** at the end of the last 3 sentences of my Preliminary statement, I said, " AT the very least I asked for my overnight mailing fees of responding under duress, and my xeroxing fees and transportation costs to retrieve your lost Dec 22nd,2010 Fed ex package.

Feel free to give the Judge your response to The "Motion To Show Cause", he may be kind ,its his call.

I want my "Plaintiffs request for Defendants to Produce and Answer my Interrogatories", and I shouldn't have to ask the Oregon Courts to force you to do so, when its Already Ordered by this court,
and those cmms notes you sent, are not a defense for "Complete Production of answers and Discovery".

I at least called you to confer with you about your "Motion to Compel" after my email to you back in January, you didn't even try to do that

Teresa E.A. Teater  *Pro se*
5427 N. 109th, Plz #1114
Omaha, Ne 68116                402.880.5870        teater5@live.com

---

I certify that on this **4th day** of _March,_ 2011 I have served Upon Defendant Pfizer's counsel,Catherine Stevens, an email response to her demand for me to withdraw

my "Motion to Show Cause" ,RE: The Neurontion Marketing and Sales Practice Litigation Mdl 1629.

It will also be sent by U.S. Mail dated **March 5th,2011,** postage prepaid upon, to

**Attorney Catherine Stevens**
**Four Times Square**
**New York Ny 10036**

3/11/2011