UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------X
In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
      SALES PRACTICES, AND                        :
      PRODUCTS LIABILITY LITIGATION     : Master File No. 04-10981
                                                                          :
----------------------------------------------------------------X Judge Patti B. Saris
                                                                          :
THIS DOCUMENT RELATES TO:                    : Magistrate Judge Leo T. Sorokin
                                                                          :
PLAINTIFFS' PRODUCTS LIABILITY GROUP :
----------------------------------------------------------------X

## APPLICATION OF JACK W. LONDON FOR INTERIM AWARD OF COMMON BENEFIT FEES AND EXPENSES

To the Honorable Court:

Jack W. London, a member of the Plaintiffs' Products Liability Steering Committee herein, makes application to the Court for an interim award of attorney fees for time spent on behalf of the plaintiffs' products liability cases that have been settled as of this time and for expenses incurred and paid.

The fees and expenses made the subject of this motion, together with the evidence and authorities in support of this Application, are set out in the accompanying memorandum, declarations, and exhibits.

### Certificate of Consultation

Your Applicant believes that this motion is unopposed. Your Applicant has consulted with the attorneys and parties whose interests are affected by this Application and has provided the records of time spent, expenses, and services performed to them as requested. As of the date of filing this Application it is unopposed.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on March 11, 2011.

Dated: March 11, 2011.

By: _____
Jack W. London, Esq.