UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES, AND                :
        PRODUCTS LIABILITY LITIGATION       : Master File No. 04-10981
                                            :
---------------------------------------------------------------------X  Judge Patti B. Saris
                                            :
THIS DOCUMENT RELATES TO:                   : Magistrate Judge Leo T. Sorokin
                                            :
PLAINTIFFS' PRODUCTS LIABILITY GROUP        :
---------------------------------------------------------------------X

**DECLARATION OF JACK W. LONDON, ESQ., IN SUPPORT
OF APPLICATION FOR INTERIM AWARD
OF COMMON BENEFIT FEES AND EXPENSES**

I, Jack W. London, depose and state as follows:

I am an attorney with the law firm of Law Offices of Jack W. London & Associates, P.C., and a member of the Plaintiffs' Products Liability Steering Committee. This declaration is submitted in support of Plaintiffs' Application for Interim Award of Common Benefit Fees and Expenses. The statements of fact recited in the Memorandum in Support of Application of Jack W. London For Interim Award of Common Benefit Fees and Expenses are based on my personal knowledge.

I was licensed to practice law in Texas in 1972. I began my career in the United States Army representing service members in Federal court in Virginia, where I was stationed. Since discharge from the Army in 1973 I have practiced personal injury and product liability law in Austin, Texas. I was Board certified by the State Bar of Texas in Personal Injury Trial Law in 1981. During my practice I have tried approximately 90 cases to a verdict before juries. I have tried cases in Texas, Arizona, Louisiana, Florida, Virginia, and Massachusetts.

In addition, I served on the State Bar of Texas Rules of Evidence Committee for ten years, the last two of which (2005-2006) I was chairman of the Committee. Since 2007, I have served on the State Bar of Texas Pattern Jury Charge Committee for products liability jury instructions. I contribute frequently to both CLE and adjunct CME. In 1995, 1997, 1999, 2001, and 2003, I was program director for legal presentations to the Law and Mental Health SIG, London, UK. In 2007 I was guest faculty for the International Academy of Law and Mental Health at the University of Padua, Italy.

The following documents are attached hereto in support of this motion:

Exhibit A: A true and correct copy of the time incurred entries for which I apply for fees from the Common Benefit Fund for the years 2006 - 2010. This Exhibit is filed under seal for *in camera* review by the Court. It has been provided to the parties and counsel whose interests may be affected by this Application. The time records in Exhibit A are entered on timekeeping software from contemporaneous records and are accurate records of time spent.

Exhibit B: A true and correct copy of the expense record account for expenses I incurred and paid for which I apply for reimbursement from the Common Benefit Fund for the years 2005 - 2010. This Exhibit is filed under seal for *in camera* review by the Court. It has been provided to the parties and counsel whose interests may be affected by this Application.

Exhibit C: Declaration of Pamela Corn., C.P.A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   03/11/2011

Respectfully submitted,

LAW OFFICES OF JACK W. LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 9telephone
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on ___March 11___, 2011.

By: _____
Jack W. London, Esquire