# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
In re:  NEURONTIN MARKETING,             : MDL Docket No. 1629
        SALES PRACTICES, AND             :
        PRODUCTS LIABILITY LITIGATION    : Master File No. 04-10981
                                         :
------------------------------------------------------------X  Judge Patti B. Saris
                                         :
THIS DOCUMENT RELATES TO:                : Magistrate Judge Leo T. Sorokin
                                         :
PLAINTIFFS' PRODUCTS LIABILITY GROUP     :
------------------------------------------------------------X

## AFFIDAVIT OF PAMELA CORN

My name is Pamela Corn. I am a 1970 Graduate of the University of Texas at Austin. I am a Certified Public Accountant, licensed in 1983, and am a member of the American Institute of Certified Public Accountants, the Texas Society of Certified Public Accountants, and the Austin Chapter of the TSCPA. I have been the accountant for and chief financial officer of Law Offices of Jack W. London & Associates, P.C., since 2001. I have personal knowledge of the accounting records of that law firm.

It is our regular course of business to record expenses contemporaneously, as they are incurred and as they are paid, to allocate them to the case or matter in which incurred and paid, and to keep accurate records of the amounts paid and received. I followed this practice in regard to compiling and accounting for the expenses incurred and paid by the law firm for its work on MDL 1629, *In Re Neurontin*, including the work performed by Jack W. London on behalf of the plaintiffs products liability steering committee, the plaintiffs products liability attorneys and pro se plaintiffs, and the cases designated as Track One cases for preparation and trial. I personally accounted for the expenses in Exhibit B, MDL-Steering Committee Track One Expenses. The

entries therein accurately reflect the amounts paid and incurred for such work during the years 2005-2010.

_____
Pamela Corn

BEFORE ME, the undersigned authority, on this day personally appeared Pamela Corn, known to me to be the person whose name is subscribed to the above instrument, and acknowledged to me that the facts stated therein are true and correct and that she signed the same for the purposes therein expressed.

SIGNED this 4th day of March, 2011.

_____
Notary Public in and for the
State of Texas

MICHELLE L PRICE
My Commission Expires
January 12, 2015