UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| KAISER FOUNDATION HEALTH PLAN, INC., ET AL. V. PFIZER INC, ET AL., 04 CV 10739 (PBS) | |
| | Magistrate Judge Leo T. Sorokin |

**ASSENTED TO MOTION FOR STAY OF EXECUTION
PENDING DISPOSITION OF POST-TRIAL MOTIONS AND THROUGH APPEAL**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer") respectfully submit this assented to motion, pursuant to Federal Rule of Civil Procedure 62(b), for a stay of execution on the judgment entered on March 11, 2011 [3326], pending the Court's disposition of Defendants' post-trial motions.

Judgment in this case was entered on March 11, 2011 (Judgment [3326]).[1] Execution upon the judgment is automatically stayed until 14 days after entry of judgment. *See* Fed. R. Civ. P. 62(a). Defendants intend to file post-trial motions, in accordance with the Federal Rules of Civil Procedure. If Defendants' post-trial motions are denied, Defendants are likely to appeal. Because the 14-day automatic stay of execution may expire before this Court has had the opportunity to rule on Defendants' post-trial motions, Defendants request a further stay of execution pending disposition of those motions pursuant to Federal Rule of Civil Procedure 62(b). The grounds for this motion are further set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court order that the execution of the judgment in this case be stayed pending the Court's disposition of post-trial motions and through appeal.

---

[1] The Judgment, dated February 22, 2011, was entered on March 11, 2011. Defendants were notified by ECF of entry of Judgment on March 11, 2011.

Dated: March 11, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Raoul D. Kennedy
        Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400
Email:  Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:     /s/ James E. Hooper
        James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred regarding the issue presented by this motion, and that Plaintiffs' counsel do not oppose this motion.

          /s/ Katherine Armstrong
          Katherine Armstrong

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 11, 2010.

          /s/ Mark S. Cheffo
          Mark S. Cheffo

2