# EXHIBIT A

Exhibit A is the Itemized Report of Time Incurred by Jack W. London on behalf of the Plaintiffs' Products Liability Group and Steering Committee and on the Track One Cases 2006-2010, filed under seal with the Court for *in camera* review. It has not been disclosed to Defendants because it contains references to privileged communications and work product among plaintiffs and plaintiffs' counsel. It has been disclosed to the Plaintiffs' Products Liability Group and Steering Committee attorneys as set out in the Application and Memorandum in Support of the Application.