UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SCHWARTZ PRODUCT LIABILITY ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION TO COMPEL SCHWARTZ
PLAINTIFFS TO COMPLY WITH THE COURT'S FEBRUARY 11, 2011 ORDER**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit this Motion to Compel the Law Office of Newton B. Schwartz (the "Schwartz firm") to file dismissals in cases that it no longer intends to pursue, and file motions to withdraw in any cases in which it does not intend to proceed as counsel, as ordered by Judge Patti B. Saris and Magistrate Judge Leo T. Sorokin on February 11, 2011. (*See* Feb. 11, 2011 Further Scheduling Order [3287] at 1.)  At the status conference on February 11, 2010, Trey Stegall of the Schwartz firm advised the Court that the Schwartz firm intended to dismiss a substantial number of it's approximately eighty cases, leaving approximately thirty-five remaining open cases. (*See* Ex. A, Transcript of February 11, 2011, Status Conf. at 14:5-11 ("The Court:  When can you dismiss or allow people to go pro se for others?  Mr. Stegall: We would ask for anywhere from 30 to 60 days to finalize that list.  She's correct, and that we have made representations and intend to stick to them that we will be reducing our number from eighty anywhere down to thirty-five to forty cases.").)[1]

The Court then ordered that, by the close of business on February 14, 2011, the Schwartz firm file "a list of the cases it now knows it intends to dismiss." (*See* Feb. 11, 2011 Further

---

[1] All exhibits are attached to the accompanying Declaration of Catherine B. Stevens.

Scheduling Order [3287] at 1.)  In violation of that Order, the Schwartz firm failed to file the required list with the Court.  On February 17, 2011, Pfizer filed a Motion to Compel seeking the names of the cases that the Schwartz firm knew that it did not intend to pursue.  [3298.]  To date, the Schwartz firm has not filed an opposition to that motion, and the Court has not yet ruled on it.

The Court also ordered, on February 11, 2011, that "[n]o later than March 11, 2011, the Schwartz law firm shall file a list of all of the other cases it intends to dismiss as well as a motion to withdraw in any case in which it does not intend to proceed as counsel." (*See* Feb. 11, 2011 Further Scheduling Order [3287] at 1.)  In violation of that Order, the Schwartz firm has also failed to file the list, or motions to withdraw, by March 11, 2011, and has not sought an extension for these filing deadlines from the Court or from counsel.  Accordingly, Defendants now move to compel the Schwartz firm to file a list of the cases to be dismissed or motions to withdraw immediately.  As the Court is aware, the parties are involved in depositions and discovery in the Schwartz cases, and therefore are engaged in the costly and labor intensive process of collecting relevant records and preparing for and taking depositions.  Defendants should not be required to continue to expend the resources necessary to prepare for discovery across the country in cases that will be dismissed.

WHEREFORE, Defendants respectfully request that this Court grant their motion to compel the Law Offices of Newton B. Schwartz to immediately file a list of all of the cases it intends to dismiss as well as a motion to withdraw in any case in which it does not intend to proceed as counsel.

Dated: March 14, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP

　　　　　　　　　　　　　　　　　　　By:　/s/ Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　　　 Mark S. Cheffo

　　　　　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　Tel: (212) 735-3000

　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP

　　　　　　　　　　　　　　　　　　　By:　/s/ Ana M. Francisco
　　　　　　　　　　　　　　　　　　　　　 Ana M. Francisco
　　　　　　　　　　　　　　　　　　　　　 BBO #564346

　　　　　　　　　　　　　　　　　　　Prudential Tower
　　　　　　　　　　　　　　　　　　　800 Boylston Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02199-3600
　　　　　　　　　　　　　　　　　　　Tel: (617) 951-7000
　　　　　　　　　　　　　　　　　　　Email: ana.francisco@ropesgray.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Pfizer Inc and*
　　　　　　　　　　　　　　　　　　　*Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

　　　　　　　　　　　　　　　　　　　/s/ Catherine B. Stevens
　　　　　　　　　　　　　　　　　　　Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 14, 2011.

　　　　　　　　　　　　　　　　　　　/s/ Ana. M. Francisco
　　　　　　　　　　　　　　　　　　　Ana M. Francisco

3