UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> ALL SCHWARTZ PRODUCT LIABILITY ACTIONS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

### DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL SCHWARTZ PLAINTIFFS TO COMPLY WITH THE COURT'S FEBRUARY 11, 2011 ORDER

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript from the February 11, 2011, Status Conference.

Signed under the penalties of perjury this 14th day of March 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 14, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco