UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES  : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS; : Sorokin
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS; :
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS :
:
------------------------------------------------x

**NOTICE OF FILING OF UNSEALED COPY OF DEFENDANTS'
RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE FINDINGS,
REPORT AND RECOMMENDATIONS OF THE U.S. MAGISTRATE JUDGE**

Defendants Pfizer Inc and Warner-Lambert Company LLC now file an unsealed copy of their Response to Plaintiffs' Objections to the Findings, Report and Recommendations of the United States Magistrate Judge, which was previously filed with this Court under seal on March 4, 2011.  In an abundance of caution and in accordance with the Court's Standing Order Regarding Sealing of Court Documents, Pfizer initially filed its full memorandum under seal in order to allow Plaintiffs the opportunity to assert confidentiality with regard to any portion of the document.  (*See* Jan. 21, 2010 Order [2512], at 1 (stating that "the full memorandum with the confidential information shall be filed under seal pending the preparation of a redacted document to be filed publicly").)  Defendants sent Plaintiffs' counsel an unredacted copy of the Response and asked him, if he intended to do so, to designate any portion of the memorandum that he deemed confidential by March 9, 2011.  As of today, Defendants have received no response to that request, and therefore Plaintiffs have designated no portion of the brief for redaction, despite having ample opportunity to do so.  Because this Court's Standing Order provides that unsealed copies should be filed within "seven (7) working days of filing the sealed document," (*id.* at 2), Defendants now file an unsealed copy of their Response.

Dated: March 15, 2011

                                          Respectfully submitted,

                                          SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP

                                          By:  /s/ Mark S. Cheffo
                                                 Mark S. Cheffo

                                          Four Times Square
                                          New York, NY 10036
                                          Tel:  (212) 735-3000
                                          Mark.Cheffo@skadden.com

                                          -and-

                                          ROPES & GRAY LLP

                                          By:   /s/ Ana M. Francisco
                                                 Ana M. Francisco
                                                 BBO # 564346

                                          Prudential Tower
                                          800 Boylston Street
                                          Boston, MA 02199-3600
                                          Tel:  (617) 951-7000
                                          Ana.Francisco@ropesgray.com

                                          *Attorneys for Defendants Pfizer Inc and*
                                          *Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 15, 2011.

                                          /s/ Ana. M. Francisco
                                          Ana M. Francisco