UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS; : Sorokin
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS; :
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS :
:
------------------------------------------------x

**UNOPPOSED MOTION FOR LEAVE TO FILE
SUR-REPLY IN FURTHER SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE FINDINGS,
REPORT AND RECOMMENDATIONS OF THE U.S. MAGISTRATE JUDGE**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move pursuant to Local Rule 7.1(b)(3) for leave to file a Sur-Reply memorandum. Defendants intend to file today a Sur-Reply in Further Support of Defendants' Response to Plaintiffs' Objections to the Findings, Report and Recommendations of the United States Magistrate Judge. This memorandum of law relates to 214 Plaintiffs represented by the Boone Law Firm. The proposed Sur-Reply, which will not exceed 5 pages in length, clarifies certain issues raised in the Plaintiffs' Reply Memorandum. Defendants respectfully submit that the Sur-Reply will assist the Court in addressing Plaintiffs' Objections and that this request is reasonable, particularly considering that the Plaintiffs have submitted 48 pages of memoranda in support of their objections, but Defendants have submitted less than 30 pages and the Sur-Reply would make the total only 35.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed Sur-Reply in Further Support of Defendants' Response to Plaintiffs' Objections to the Findings, Report and Recommendations of the United States Magistrate Judge, attached hereto as Exhibit 1.

Dated: March 15, 2011

        Respectfully submitted,

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By: /s/ Mark S. Cheffo
            Mark S. Cheffo

        Four Times Square
        New York, NY 10036
        Tel: (212) 735-3000
        Mark.Cheffo@skadden.com

        -and-

        ROPES & GRAY LLP

        By: /s/ Ana M. Francisco
            Ana M. Francisco
            BBO # 564346

        Prudential Tower
        800 Boylston Street
        Boston, MA 02199-3600
        Tel: (617) 951-7000
        Ana.Francisco@ropesgray.com

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that I have conferred with opposing counsel who has agreed to Defendants' filing a Sur-Reply of no longer than five pages.

        /s/ Catherine B. Stevens
        Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 15, 2011.

        /s/ Ana. M. Francisco
        Ana M. Francisco