# UNITED STATE DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING | § | |
| AND SALES PRACTICES | § | |
| LITIGATION | § | MDL Docket No. 1629 |
| | § | |
| | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | § | |
| | § | Judge Patti B. Saris |
| VIRGIL L. ANDERSON,  ET AL | § | |
| vs. PFIZER INC., ET AL | § | Magistrate Judge Leo Sorokin |
| Case No. 06-11024-PBS | § | |
| | § | |
| MARTHA ACCETULLO, ET AL | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-10912-PBS | § | |
| | § | |
| KAMALIHA Y. BREWSTER, ET AL | § | |
| vs. PFIZER, INC, ET AL | § | |
| Case No. 06-11022-PBS | § | |
| | § | |
| CHARLES D. GIRARD, ET AL, | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-11023-PBS | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE PER F.R.CIV.P. 41(a)(1)(A)(ii) and/or (B)

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Newton B. Schwartz, Sr., and Jack W. Harang, APLC, lead counsel and referred counsel for the following named Plaintiff SHERRIAL GILBOW.

As grounds, they would show, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) and/or (B), Sherrial Gilbow, has approved, in writing, Exhibit "A" attached and adopted per FRCP 10(c) the outright dismissal of her case as to her it is so moved for dismissal with prejudice per Rule 41, ante, (also due to the interim lapse of time and running of statute of limitations).  It cannot be refiled now.

WHEREFORE, counsel moves for the attached entry of Order of Dismissal of Sherrial

Gilbow and for such other and further relief to which counsel can show themselves entitled.

Respectfully submitted,

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
Facsimile: (713) 630-0789

**CERTIFICATE OF CONFERENCE**

I personally called Defendants' counsel, Mark Cheffo, (212) 735-3000, at 1:47 p.m. and

at 2:34 p.m., that we will be filing this Motion.  Mr. Cheffo is not opposed to this motion.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served to all

known parties on this 15th day of March, 2011.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.