Sherrial Gilbow
12550 N. New Hope Rd.
Dardanelle, AR 72834

March 11, 2011

RE: Deposition in Neurontin Case

To Whom It May Concern,

    I no longer wish to continue any further involvement with the pending case concerning Neurontin. Due to my current health status, I am unable to comply with any further involvement with the case at this time. I am not able to endure any further stress to myself with this involvement. I feel at this time, that my own physical, mental and emotional health is worth more to me than my involvement in pleading my case for incidents in the past. I ask that your office no longer include me in the lawsuit and I would like no further involvement, contact, phone calls, etc. from ANYONE involved in such case. Please respect my wishes and my own concern for my current health.

Thank You,

Sherrial Gilbow