UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING | § | |
| AND SALES PRACTICES | § | |
| LITIGATION | § | MDL Docket No. 1629 |
| | § | |
| | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | § | |
| | § | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL | § | |
| vs. PFIZER INC., ET AL | § | Magistrate Judge Leo Sorokin |
| Case No. 06-11024-PBS | § | |
| | § | |
| MARTHA ACCETULLO, ET AL | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-10912-PBS | § | |
| | § | |
| KAMALIHA Y. BREWSTER, ET AL | § | |
| vs. PFIZER, INC, ET AL | § | |
| Case No. 06-11022-PBS | § | |
| | § | |
| CHARLES D. GIRARD, ET AL, | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-11023-PBS | § | |

**OPPOSED MOTION TO WITHDRAW AS LEAD COUNSEL AND REFERENCE BACK TO REFERRING COUNSEL TO WITHDRAW OR DISMISS PER F.R.CIV.P. 41(a)(1)(A)(ii) and/or (B)**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Newton B. Schwartz, Sr., and Jack W. Harang, APLC, lead counsel and referred counsel for the following named Plaintiff (see Exhibit "A" attached) and adopted per F.R.Civ.P. 10(c).

As grounds, they would show: Pursuant to F.R.Civ.P. Rules 11 and 41(a)(1)(A)(ii) and/or (B), counsel have carefully investigated, conducted extensive discovery particularly regarding

1

the medical records, history including required testifying expert witness, drug prescriptions, effects and prognoses and find that each of these cases lack sufficient merit for further prescription prosecution, jury trial and/or appeals.

Each client has been given the privileged specific reasons, therefore, as have each referring attorney who referred such case to above counsel for trial.  Ethically, Plaintiffs' below lead counsel below cannot dismiss said cases without each client's consent and permissions.  To date, only one, Sherrial Gilbow, has approved, in writing, the outright dismissal of her case.  As to her, it separately is so moved for dismissal with prejudice per Rule 41 ante, due to the interim lapse of time and running of statute of limitations.  It cannot be refiled now.

WHEREFORE, counsel moves, with consent of defendants' counsel, for the attached entry of Order of Withdrawal, with each party bearing their own costs and for such other and further relief to which counsel can show themselves entitled.

        Respectfully submitted,

        /s/Newton B. Schwartz, Sr.
        NEWTON B. SCHWARTZ, SR.
        *Law Offices of Newton B. Schwartz, Sr.*
        Texas State Bar No.17869000
        1911 Southwest Freeway
        Houston, Texas 77098
        Telephone: (713) 630-0708
        Facsimile: (713) 630-0789

## CERTIFICATE OF CONFERENCE

I personally called Defendants' counsel, Mark Cheffo, (212) 735-3000, at 1:47 p.m. and at 2:34 p.m., that we will be filing this Motion. Mr. Cheffo is opposed to this motion.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served to all known parties on this 15th day of March, 2011.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
