UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING § <br> AND SALES PRACTICES § <br> LITIGATION § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> VIRGIL L. ANDERSON, ET AL § <br> vs. PFIZER INC., ET AL § <br> Case No. 06-11024-PBS § <br> § <br> MARTHA ACCETULLO, ET AL § <br> vs. PFIZER, INC., ET AL § <br> Case No. 06-10912-PBS § <br> § <br> KAMALIHA Y. BREWSTER, ET AL § <br> vs. PFIZER, INC, ET AL § <br> Case No. 06-11022-PBS § <br> § <br> CHARLES D. GIRARD, ET AL, § <br> vs. PFIZER, INC., ET AL § <br> Case No. 06-11023-PBS § | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo Sorokin |

**ORDER**

Came to be presented and heard Newton B. Schwartz, Sr. and Jack W. Harang, APLC's Motion to Withdraw as Lead Counsel and Reference Back to Referring Counsel to Withdraw or Dismiss per F.R.Civ.P. 41(a)(1)(A)(ii) and/or (B) and the Plaintiffs having shown good cause for such Motion, including in his attached Exhibits "A"-"B", to this Motion, it is

ORDERED that such Motion is granted.

SIGNED AT BOSTON, MASSACHUSETTS THIS _____ DAY OF March, 2011.

_____
U. S. DISTRICT JUDGE