**EXHIBIT "A"**

1. Sherrial Gilbow
2. Kelly Deleon
3. Carmen Boltin
4. Pamela Calvert
5. Felisha Carpenter
6. George Lemacks
7. Melissa Barkley
8. Stephanie Lowe