UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                :
         SALES PRACTICES AND                                 :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                       :
-------------------------------------------------------------x   Judge Patti B. Saris
                                                             :
THIS DOCUMENT RELATES TO:                                    :   Magistrate Judge Leo T. Sorokin
                                                             :
Hairfield v. Pfizer, et al., (No. 1:08-cv-10930)             :
McLendon v. Pfizer, et al., (No. 1:08-cv-12034)              :
Newberry v. Pfizer, et al., (No. 1:07-cv-11499)              :
-------------------------------------------------------------x
```

**TEVA PHARMACEUTICALS USA, INC.'S AND
IVAX PHARMACEUTICALS, INC.'S ASSENTED-TO
MOTION FOR CLARIFICATION OF FURTHER SCHEDULING ORDER**

Teva Pharmaceuticals USA, Inc. ("Teva") and Ivax Pharmaceuticals, Inc. ("Ivax") (collectively, the "Teva Defendants"), by their attorneys, Goodwin Procter LLP, hereby move for clarification of the Court's February 11, 2011 Further Scheduling Order [Dkt. # 3287] ("February 11, 2011 Order").  Specifically, the Teva Defendants seek clarification regarding the applicability of ¶¶ 3 and 4 of the Court's February 11, 2011 Further Scheduling Order to the above-captioned matters.  The Teva Defendants seek clarification that these cases remain subject to the Court's January 31, 2011 Order administratively closing matters involving generic defendants.

WHEREFORE, the Teva Defendants respectfully move this Court to clarify its February 11, 2011 Further Scheduling Order with respect to the above-captioned matters and confirm they remain administratively closed, and will remain docketed in the MDL, consistent with this Court's January 31, 2011 Order.

Dated:  March 17, 2011

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.,
IVAX PHARMACEUTICALS, INC.

By their attorneys,

/s/ Chad W. Higgins                           .
U. Gwyn Williams (BBO # 565181)
Chad W. Higgins (BBO # 668924)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
gwilliams@goodwinprocter.com
chiggins@goodwinprocter.com

**LOCAL RULE 7.1(A)(2) CERTIFICATION**
**AND CERTIFICATE OF SERVICE**

I, Chad W. Higgins, hereby certify that Pursuant to Local Rule 7.1, counsel for Plaintiff Newberry, Members of the Plaintiffs' Steering Committee, counsel for the Pfizer defendants, and counsel for the Teva Defendants have conferred in good faith and consent to the filing of this Motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) pursuant to Case Management Order #3 on March 17, 2011.

            s/ Chad W. Higgins

3

LIBA/2156273.1