UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS;
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS;
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS ;
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF CATHERINE B. STEVENS
## IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF GILBOW'S
## AGREED MOTION TO DISMISS WITH PREJUDICE

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the February 17, 2011, letter from Catherine B. Stevens, and February 17, 2011, response letter from Trey Stegall.

3. Attached hereto as Exhibit B is a true and correct copy of the March 14, 2011, email from Catherine B. Stevens.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 17th day of March, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 17, 2011.

/s/ Ana M. Francisco
Ana M. Francisco