# EXHIBIT B

## Nissi, Nordo (NYC)

**From:** Stevens, Catherine B (NYC)
**Sent:** Monday, March 14, 2011 9:33 AM
**To:** 'trey@nbslawyers.com'
**Subject:** Gilbow

Trey - I understand that the plaintiff in the Gilbow case did not show up again last week.   We've traveled twice for a deposition that did not take place.  Will you agree to reimburse our costs?  Thanks.

**Catherine B. Stevens**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.3353 | F: 212.735.2000**
**catherine.stevens@skadden.com**

Skadden

 Please consider the environment before printing this email.