UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS; : Sorokin
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS; :
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS ; :
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS. :
:
---------------------------------------------x

# DECLARATION OF CATHERINE B. STEVENS
# IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' COUNSEL'S
# MOTION TO WITHDRAW AS LEAD COUNSEL AND REFERENCE
# BACK TO REFERRING COUNSEL TO WITHDRAW OR DISMISS

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the December 17, 2010, email from Trey Stegall.

3. Attached hereto as Exhibit B is a true and correct copy of the December 21, 2010, email from Trey Stegall.

4. Attached hereto as Exhibit C is a true and correct copy of the January 25, 2011, email from Trey Stegall.

3. Attached hereto as Exhibit D is a true and correct copy of excerpts from the February 11, 2011, Status Conference.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 17th day of March, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 17, 2011.

/s/ Ana M. Francisco
Ana M. Francisco