# EXHIBIT A

Kalmanash, Barbara A (NYC)

**From:** Trey Stegall [trey@nbslawyers.com]
**Sent:** Friday, December 17, 2010 3:28 PM
**To:** Stevens, Catherine B (NYC)
**Subject:** Re: Deps next week

Catherine-

Let's postpone Leslie Luttrell and Jana Stephens. We'll go forward with the Williams depositions scheduled for Wednesday. I am working on the list we promised you and will get that to you as soon as I can. What would you like to do regarding making contact with the court?

Trey


## James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.


On Thu, Dec 16, 2010 at 10:25 AM, Stevens, Catherine B <Catherine.Stevens@skadden.com> wrote:
> Trey - We have lawyers trying to make travel plans for the deps scheduled next week. Obviously, the sooner you can let us know your thoughts on them, the better. Many thanks.
>
> **Catherine B. Stevens**
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square | New York | 10036-6522
> T: 212.735.3353 | F: 212.735.2000
> **catherine.stevens@skadden.com**
>
> Skadden
>  Please consider the environment before printing this email.
>
>
> --------------------------------------------------------------------------
> *****************************************************
>
> To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii)

promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
===========================================================================

3/17/2011