# EXHIBIT B

Kalmanash, Barbara A (NYC)

**From:** Trey Stegall [trey@nbslawyers.com]
**Sent:** Tuesday, December 21, 2010 3:55 PM
**To:** Stevens, Catherine B (NYC); Cheffo, Mark S (NYC)
**Subject:** Schwartz Client List

Mark and Catherine-

Per our discussion last week, we have identified the following 35 clients as the group we would like to proceed with to deposition at this time:

1. Bellino, Beth
2. Brazell, Susan
3. Bunch, Carson
4. Carr, Lester
5. Colley, Robert (dec.)
6. Cook, Connie
7. Davis, Kimm
8. Day, David
9. Deleon, Kelly
10. Dozier, Christine
11. Ericsson-Harkness, Shanna
12. Falk, Connie
13. Gann, Monica
14. Gilbow, Sherrial
15. Girard, Charles
16. Greer, Karen
17. Groves, Sherry (deceased)
18. Huff, Teresa (deceased)
19. Jones-Coleman, Lovell
20. Knowlton, Barbara
21. Larkin, Ann
22. Logan, Sandra
23. Mcmahon-Lough, Sandra
24. Pastine, Samuel (deceased)
25. Phipps, Linda
26. Saenz, Monica
27. St. Hilaire, Robert
28. Taggart, Jeffrey
29. Taylor, Caryl
30. Valentino, Diane
31. Vice, Melissa
32. White, Annette
33. Wilheim, John
34. Williams, Theresa
35. Wine, Helen

# James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098

3/17/2011

(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.