# EXHIBIT C

Kalmanash, Barbara A (NYC)

**From:** Trey Stegall [trey@nbslawyers.com]
**Sent:** Tuesday, January 25, 2011 5:41 PM
**To:** Stevens, Catherine B (NYC)
**Subject:** Re: Schwartz Proposal

Catherine-

The proposal is fine. Someone other than Annette White should be listed, however. She was incorrectly put on our list, as her case has been dismissed. Otherwise the proposal is agreed.

# James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.

On Tue, Jan 25, 2011 at 3:22 PM, Stevens, Catherine B <Catherine.Stevens@skadden.com> wrote:
> Trey - As you know, we need to submit our proposed February dep dates to the Court today. Can you look at this and let me know if we can file jointly? Sorry for the last minute but if you could get back to us in an hour or so, that would be great. Otherwise, we'll file it as our proposed schedule and you can join or file something separate. Thanks much!
>
> ---
> ****************************************************
>
> To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
> ****************************************************
> ****************************************************
>
> This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the

3/17/2011

original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

==============================================================================