UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) ) | Master File No. 04-10981 Judge Patti B. Saris |
| ALL MARKETING AND SALES PRACTICES ACTIONS ) ) ) | Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' CONSENTED TO MOTION TO RESCHEDULE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING RENEWED MOTION FOR CLASS CERTIFICATION**

Class Plaintiffs in the above-captioned matter respectfully request the Court reschedule the hearing on Class Plaintiffs' Motion For Reconsideration Of Order Denying Renewed Motion For Class Certification As To Consumer And Third Party Payor Bipolar And Mood Disorder Subclasses [Docket No. 1796] ("Motion for Reconsideration") currently scheduled for March 31, 2011 at 9:30 am. Due to an unavoidable scheduling conflict, Class Plaintiffs request the hearing be rescheduled to another date consistent with the Court's schedule.

Class Counsel Thomas M. Sobol is scheduled to conduct an out-of-state deposition in an unrelated matter on March 31, 2011. Attorney Sobol attempted to reschedule that deposition in light of the Court's Order but has been unable due to the deponent's schedule. No other counsel in the unrelated matter is prepared to conduct the deposition. Attorney Sobol's participation in the hearing on the Motion for Reconsideration is also critical.

Class Plaintiffs have conferred with Defendants and Defendants have no objection to rescheduling. Defense Counsel have expressed a preference for a rescheduled hearing on April

26, 2011 at 9:00 a.m. as they are scheduled to appear later that day, at 3 p.m., in a related matter in front of Magistrate Judge Sorokin.  Class Plaintiffs are amenable to this date and are also available on April 1, 14, 15 and 25, 2011 if any of these dates are convenient for the Court.

For this reason, Class Plaintiffs respectfully move the Court for an order rescheduling the hearing on Plaintiffs' Motion for Reconsideration to April 26, 2011 at 9:00 a.m. or another date convenient to the Court.

Dated: March 18, 2011                          Respectfully Submitted,

By:     **/s/ Thomas M. Sobol**
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:     **/s/Thomas Greene**
Thomas Greene, Esquire
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02110


By:     **/s/Elizabeth Cabraser**
Elizabeth Cabraser, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:     **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs'
Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 18, 2011.

/s/ Thomas M. Sobol