UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS ORDER RELATES TO: ) <br> ) <br> ALL PRODUCTS LIABILITY ACTIONS ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

### REPORT AND RECOMMENDATION ON UNOPPOSED MOTIONS TO DISMISS

March 21, 2011

SOROKIN, M.J.

Several Motions to Dismiss are pending. I recommend that the Court ALLOW each of these motions.

In Docket number 3259 defendants seek to dismiss the claims of three pro se plaintiffs for failure to produce the template discovery as ordered. In docket number 3300 the defendants seek to dismiss the claims of five pro se plaintiffs for the same reasons. Previously, the Court ordered production of this discovery and warned all the pro se plaintiffs that failure to comply with the order could result in dismissal. None of the plaintiffs have opposed these motions. Accordingly, I recommend that the Court ALLOW #3259 and DISMISS the claims of pro se plaintiffs Dellapino Ballard (06cv11154), Jason Morrow (06cv11589) and Scott Alan Watson (05cv12002) because these plaintiffs have failed to comply with the Court's orders and failed to produce the discovery required and for the further reasons advanced by the defendants in their motion. For the same reasons, I recommend that the Court ALLOW #3300 and DISMISS the claims of pro se

plaintiffs Keith Coleman (05-11504), Deborah Fish (05-11505), Alice Hairfield (08-10930), Melissa Johnson (05-12073) and (Kaila Jones 09-11417).

In docket number 3344, the Schwartz law firm seeks to dismiss the case it brought on behalf of plaintiff Giblow. Defendants assent to dismissal but reserve their right to seek fees or costs for the pursuit of the action up to the present. (In particular, they complain that plaintiff dismissed her case only after defense counsel traveled for her deposition for which the plaintiff did not appear). I recommend that the Court ALLOW the dismissal request, dismiss the case and defer any ruling on fees or costs pending an actual request, if one arises, from defendants.

For the foregoing reasons, I recommend that the Court ALLOW the Motions to Dismiss (Docket #s 3259 and 3300) and enter the dismissal requested by Plaintiff Giblow (Docket #3344).[1]

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge

---

[1] The parties are hereby advised that any party who objects to these proposed findings and recommendations must file a written objection thereto within 14 days of receipt of this Report and Recommendation. The written objections must identify with specificity the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72 and Habeas Corpus Rule 8(b). The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir. 1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir. 1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); see also Thomas v. Arn, 474 U.S. 140, 106 S.Ct. 466 (1985).