UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

### *CORRECTED* STIPULATION AND JOINT MOTION FOR ENTRY OF SECOND AMENDED PRE- AND POST-JUDGMENT SCHEDULING ORDER

On November 18, 2010, this Court entered Stipulation And Joint Motion For Entry Of Second Amended Pre- And Post-Judgment Scheduling Order [D.E. 3130] submitted by Plaintiffs, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Kaiser") and Defendants Pfizer Inc and Warner-Lambert Company LLC ("Pfizer") (collectively, with Kaiser, "the Parties"). The Parties wish to revise the schedule in light of recent developments and, therefore, hereby stipulate to and jointly move this Court for an amended post-judgment scheduling order to establish a time line for addressing various outstanding issues.[1]

---

[1] This Amended Schedule differs from the existing schedule only in that it defers the timing of Kaiser's motion for attorneys' fees and expenses on the RICO and California UCL claims until any appeal has been adjudicated, the time for appeal has passed, or the matter is otherwise resolved. This change is made to follow the Court's instruction at the February 7, 2011 hearing. Feb. 7, 2011 Hearing Trs. at 22 (staying attorneys' fees and expenses briefing pending appeal). The parties, jointly if possible, will submit a proposed schedule for attorneys' fees and expenses briefing after any appeal has been adjudicated, the time for appeal has passed, or the matter is otherwise resolved.

**PROPOSAL**

Accordingly, the Parties now stipulate and jointly move that this Court enter an Amended Scheduling Order as follows:

| **EVENT** | **DATE** |
|---|---|
| Pfizer's Unopposed Motion for Stay pending Rule 50, 52, and 59 motions. The parties have previously entered a stipulation initially waiving the bond requirement. | 3 days after entry of judgment |
| Pfizer's Motion(s) pursuant to Fed. R. Civ. P. 50, 52, and 59. | 28 days after entry of judgment |
| Oppositions to Pfizer's motion(s) pursuant to Fed. R. Civ. P. 50, 52, and 59. | 28 days after filing of motion(s) |
| Replies in support of motions pursuant to Fed. R. Civ. P. 50, 52, and 59. | 14 days after filing of oppositions |

Dated:  March 21, 2011                            Respectfully submitted,


                                                  By:   */s/ Linda P. Nussbaum*
                                                         Linda P. Nussbaum

                                                  Linda P. Nussbaum
                                                  John D. Radice
                                                  GRANT & EISENHOFER P.A.
                                                  485 Lexington Avenue
                                                  29th Floor
                                                  New York, NY 10017

                                                  *Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

                        By:   */s/ Mark S. Cheffo*
                                 Mark S. Cheffo

Mark S. Cheffo
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, NY 10036

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

Raoul D. Kennedy
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Embarcadero Center
San Francisco, CA 94111

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 21, 2011.

*/s/  Linda P. Nussbaum*
Linda P. Nussbaum
