UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**[PROPOSED] ORDER ENTERING SECOND
AMENDED POST-JUDGMENT SCHEDULE**

Based on the parties' stipulation and joint motion for a Second Post-Judgment Amended Scheduling Order, dated March 21, 2011, this Court hereby amends the dates provided in the Federal Rules of Civil Procedure and Orders the following schedule:

| **EVENT** | **DATE** |
|---|---|
| Pfizer's Unopposed Motion for Stay pending Rule 50, 52, and 59 motions.  The parties have previously entered a stipulation initially waiving the bond requirement. | 3 days after entry of judgment |
| Pfizer's Motion(s) pursuant to Fed. R. Civ. P. 50, 52, and 59. | 28 days after entry of judgment |
| Oppositions to Pfizer's motion(s) pursuant to Fed. R. Civ. P. 50, 52, and 59. | 28 days after filing of motion(s) |
| Replies in support of motions pursuant to Fed. R. Civ. P. 50, 52, and 59. | 14 days after filing of oppositions |
| Kaiser's motion for award of attorneys' fees and expenses on the RICO and California UCL claims | Dates to be determined after any appeal has been adjudicated, the time for appeal has passed, or the matter is otherwise resolved |

Dated: _____ , 2011          _____
                                              Hon. Patti B. Saris
                                              United States District Judge