# Pfizer MDL 1629 Teater v Pfizer

From: **teresa teater** (teater5@live.com)
Sent: Tue 3/15/11 9:59 PM
To:       Pfizers attorney (catherine.stevens@skadden.com); teresa teater (teater5@live.com)

TO: Catherine Stevens Defendant Pfizer Attorney,                                March 15th,2011

Catherine Stevens,and Defendant Pfizer,

I am receipt of your March 11th Mailing as of 2 p.m. today.
I will type up an **Amended "Motion To Show Cause"** to the Judge.
I will also xerox the envelope that Pfizer's first ever piece of discovery arrived in a few weeks ago and explain to the Judge it came only because of my Filing
the Motion to Show Cause.
And that Pfizer has to have plenty of it, as they supplied the U.S. Department of Justice for their Plea deal. So I don't know why it would just be on a "rolling Basis"
You don't have to worry, I have downloaded the emails I sent you, and mailed them to the Judge,I think he'll see my frustration in asking you over and over to Get me Pfizer Discovery.
I will now explain to the judge, Steering committee never shared any discovery with me.
I will also highlight to the Judge the sent piece of Mail about -Thompson__compared with today's mail, that the first name of the person was excluded on the Thompson Mailing, and that I had no clue that day that it was a man or woman and what state it came from or to or to whom etc etc.
Your "Defendants Response to Motion To show Cause Filed By Teresa Teater."
First Ms. Teater, Correction(Its Plaintiff Teater *Pro se*) complains about Pfizer's response to her template discovery. **(You're STILL again, arguing with me over and over By Mail now & thru the Court again,about My Discovery requests and there was no "discovery "response from Pfizer until I filed the "MOTION TO SHOW CAUSE".
I attached to "Motion to Show Cause" evidence of email Requests and Phone logs to request Defendant Pfizer to honor the December 9th UPS over night delivery,in which again I tell you nicely, My then current address and new address was on the last page of both of My "PLaintiffs Interrogatories request for defendant discovery and answers that was on top of those** same items you asked of me that were in the same envelope,even the Judge has the xerox set I sent you.
You appear to be saying on Page 2 "Absent an appropriate discovery request,such as an interrogatory seeking specific, factual information,Pfizer counsel cannot engage in an open-ended dialogue with Plaintiff to assist her understanding of the issues in a lawsuit that she filed"
I sent you the proper appropriate discovery requests as I've said above ,discovery questions that the Steering committee and Court approved and sent me,that was in that December 9th over night.
I will nicely say again  My then address and new address was on the last page of each documents.
I knew you got them, based on your Motion to Compel, which evidences you opened my envelope and got out my answers and then Filed your "Motion to Compel" again I will state here,
although you withdrew your Motion to compel, You did ask in it," that the court force me to answer certain numbered Items and to answer them more certain and clearly, and 20 years back from 1999, and I have done so by Feb 28th,2011.
I have begged you to do the same by email since the first piece of evidence as you say as on a rolling basis. Yet you also state in the same breath,

 I am asking you for the same consideration, regarding numbering your responses to match what is asked in My interrogatories to you as I did for you in your Motion to COmpel that you withdrew.
I have not asked you to interprate law to me, regarding what your sending me, I need to know dates on each item, whom sent, whom received, those Thompson answers have no title as you state in this page 2 of your response today.
**Today** is the first time you made me aware that  Thompson is a woman and a sales rep, I didn't get that from reading the contents. Just a name and Marketing ploy is all I read, I didnt know if Thompson was a higher up at pfizer telling someone at a meeting this Idea, or if someone outside Pfizer was teaching  Pfizer or if it was the cleaning person.....I didn't know until today these items were call notes, you didn't say that on them either.
**I used the term Laymans Term, so as to get you to understand the last 2 lines.
I'm not asking you to lower your standards to me as a Plaintiff and advise me, I wouldn't do that.**

**On Page 2 second Paragraph, Pfizer responded to Plaintiff's template discovery requests, produced relevant responsive materials, I still have to beg to differ,
Your answers are not numbered , so I have to tell the Judge for example ,#__thru #_dont appear to have been produced, and their is no appropriate statements made as to why or why Not.**
O.K., so One more time, Nicely I'll clearly state,"you sent me a Confidentiality Agreement to sign in January 2011, I read it, Your Law firm is not listed on any of the pages,nor your Medical liaison,
If I had signed it as is, I would have signed an agreement in which your firm and Medical liaison were not a party to, and therefore you probably would not have had to give me any discovery answers, and you would not have had to protect anything I had already sent you because you and I would not have had a legally binding agreement of confidentiality.

The whole jist of my Lawsuit is Filed As product liability,committing Fraud and deception, I would not set myself up to "not" have a Protective Hippa Contract with you and yet you wanted me to
Sign One to Protect your Clients rights of  their Products secret formulary's and Marketing ploy's, and so it Appeared to me you wanted me to sign an agreement one sided, except You didn't even have
Your Names on Your Clients Confidentiality Agreement and Your Medical Liaison,so I shouldn't have sent you any discovery of a sensitive nature

until Pfizer and I agreed on that one point, to Protect each others info. If I can eventually get a Lawyer, He'd have to sign one as well to take over and he'd expect your names to be on it.
hats why I fixed the one I supplied the court, **it said in the document, "Parties could amend it" You sent it, and you knew what you sent, so I fixed it since you didn't.**

I'm going to stop here and put it in proper formant to the Judge, and Mail you complete copies of what I sent the Judge.

I've sent them under seal, to protect my self because I refer to some of my own and Mr. Edwards Hippa protected stuff, so I sure don't want to be found Guilty of what I'm accusing you of.
I also believe if I spelled Magistrate Judge Leo T.Sorokins name wrong,(which I'm sure has happened in his life time as a Judge) he would rightfully be allowed to ask for the Proper respect of his title.
I will re address all issues in My Amended "Motion to Show Cause".

Clarifying ,when you said," you deliberately chose to use address n court documents instead instead the return address on My Dec 9th,2010 overnight pkg and posted on each of the last pages of where you were to direct Defendants response to Plaintiff of Interrogatories Answers and Discovery, You did see that I evidenced it to Judge Sorokin My address was not inadequate,if you feel it was, then why did you open Mail From A Teresa Teater with an Omaha address on the outside ? I was setting you clearly on the right mailing path.

You state today, in this Motion, That the court gave you an Order to File a Motion to Compel by December 20th,2010, 3) time was of the essence,Was it of essence to deliberately violate my rights of Rules of Civil Procedure to protect yours ? I'm not being rude here, I'm asking you..."A Motion to More Timely Serve"

**My big question is "why didn't you pick up the Phone and call me? I actually have had this Nebraska 402.880.5870 phone number in Oregon since 2008 and still haven't changed it. My Daughter owns this Phone,she felt since she called me so often in Oregon,she'd put me on her Family plan and mailed it to me, cord and all.
This number is attached to the Oregon address you kept referring to in the (3059) and mailing my stuff to.**

**You still did not obey the order of the court of Feb 4th,2011,
However you call me unprofessional,and making disparaging remarks, I was trying over and over to get you to listen to my Message of send me Plaintiffs request for Defendant Answers and discovery, but you would rather mud sling and attack the messenger. I tried to be proffessional. But you lied to the court in writting, because you stated, "meet and confer" that you told the court in writting prior to filing the court ordered motion by December 20 the (3141,) at 3), Time was of the essence,so lying "about an attempt to confer with Plaintiff" to the court was O.K. to you ?
If you had called my Phone number, You would have been asked by me if you had my correct address? due to the Sept 30th 2010 mismailing.**

**I will let the Judge see this email.
Please send me all my requested Defendant "Answers and Discovery.**

Teresa Teater Prose Plaintiff.
5427 N.109th Plaza #1114
Omaha,Ne 68164         402.880.5870      teater5@live.com

I Teresa Teater certify this is being sent by email transmission March 15th,2011 and will be placed in Regular U.S. Mail no later than March 17th,2011, To Catherine Stevens,Pfizer defendant Attorneys, and To Magistrate Judge Leo T. Sorokin, along with an "AMENDED MOTION TO SHOW CAUSE".

Teresa E.A. Teater _Teresa Teater_ March 21 2011.