UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:   NEURONTIN MARKETING, SALES    : MDL Docket No. 1629
         PRACTICES AND PRODUCTS         :
         LIABILITY LITIGATION            : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:               : Magistrate Judge Leo T.
                                        : Sorokin
*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS;   :
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS; :
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS;  :
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION TO IMPOSE SANCTIONS
AND AWARD OTHER RELIEF DUE TO THE
<u>SCHWARTZ FIRM'S FAILURE TO COMPLY WITH COURT ORDERS</u>**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move for sanctions against the Law Offices of Newton B. Schwartz ("the Schwartz firm") and for other relief. As set forth in Pfizer's accompanying memorandum, sanctions are appropriate because the Schwarz firm has failed to comply with the Court's Order on Pending Scheduling and Discovery Motions, [3358]. Given the Schwartz firm's ongoing disregard of Court Orders, Pfizer respectfully requests that this Court order the following sanctions and remedies:

(1)   The Schwartz firm should be required to re-certify each of its cases, in the form set out in Exhibit A, accompanied by a plaintiff declaration in the form set out in Exhibit B. Pfizer requests that the Court admonish the Schwartz law firm and its clients that any case not compliant with certification requirements within a specified timeframe will be dismissed with prejudice;

(2)   Pfizer requests that the Court order the Schwartz firm to pay a monetary sanction as determined by the Court per day into the registry of the Court until it complies with the Court's March 21, 2011 Order;

(3) Pfizer requests that the Court award Pfizer costs and attorneys' fees associated with the taking of unnecessary depositions and any motion practice necessitated by the Schwartz firm's failure to dismiss or withdraw from cases in accordance with the Court's February 11, 2011 Order;

(4) Pfizer requests that the Court suspend the current deposition schedule as to the Schwartz cases until the Schwartz firm submits a final list of cases slated for withdrawal and dismissal and re-certifies its cases; and

(5) Pfizer requests that it not be required to mediate the Schwartz cases unless the parties agree to mediation in the future.

WHEREFORE, Pfizer respectfully requests that the Court grant the relief requested herein and any other relief this Court deems appropriate in addition to – or as an alternative to – that requested above.

Dated: March 29, 2011

    Respectfully submitted,

    SKADDEN, ARPS, SLATE, MEAGHER
      & FLOM LLP

    By:  /s/ Mark S. Cheffo
       Mark S. Cheffo

    Four Times Square
    New York, NY 10036
    Tel:  (212) 735-3000
    Mark.Cheffo@skadden.com

    -and-

ROPES & GRAY LLP

By:  /s/ Lisa M. Ropple
     Lisa M. Ropple
     BBO # 555401

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Katherine F. Arthur
Katherine F. Arthur

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 29, 2011.

/s/ Lisa M. Ropple
Lisa M. Ropple