UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES        : MDL Docket No. 1629
PRACTICES AND PRODUCTS                   :
LIABILITY LITIGATION                     : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:                : Magistrate Judge Leo T.
:  Sorokin
*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS;     :
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS;  :
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS ;   :
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS.      :
:
------------------------------------------------x

# DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF MOTION TO IMPOSE SANCTIONS AND AWARD OTHER RELIEF DUE TO THE SCHWARTZ FIRM'S FAILURE TO COMPLY WITH COURT ORDERS

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' proposed attorney certification.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' proposed plaintiff declaration.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the March 14, 2011, continued deposition of Diane M. Valentino-Marshall.

3. Attached hereto as Exhibit D is a true and correct copy of excerpts from the March 28, 2011, deposition of Kimm Davis.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 29th day of March, 2011.

/s/ Catherine B. Stevens  
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 29, 2011.

/s/ Lisa M. Ropple  
Lisa M. Ropple