# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Leo T. Sorokin |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | |

**ATTORNEY CERTIFICATION**

I, _____, of the Law Offices of Newton B. Schwartz, hereby certify that I have conferred with _____ about the claims alleged in the Complaint of this case on _____. After that conference, Plaintiff _____ expressed an intent to proceed with claims in this litigation. Attached is an affidavit from Plaintiff _____ confirming his/her intent to proceed and understanding of his/her discovery and other obligations. I have reviewed the relevant medical records and allegations of the Complaint, and I believe that the factual contentions have evidentiary support, and pursuit of the action is warranted under existing law or a non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law.

I hereby certify that the above is true and accurate.

Dated: _____, 2011                    Respectfully submitted,

                                        By: _____