# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

---

### PLAINTIFF'S DECLARATION

I, _____, hereby certify that I conferred with my attorney on _____ about the claims alleged in my Complaint in this case. After that conference, I swear, under penalty of perjury, that I intend to proceed with my claims in this litigation, and I understand that I may be held liable for costs and attorneys' fees for pursuing a claim without a reasonable basis. I also certify that my attorney informed me of my discovery obligations in this litigation. I have since reviewed my discovery responses in this litigation, including but not limited to my responses to Pfizer's First Set of Interrogatories, and these responses are accurate and include all current information. I understand that my claim can be dismissed, without leave to re-file, if I do not comply with my discovery obligations in this litigation.

I hereby swear that the above is true and accurate.

Dated: _____, 2011              Respectfully submitted,

                                                                By: _____