UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *James Bundoff v Pfizer, Inc., et al.*<br>Case No. 06-10955-PBS | Magistrate Judge Leo T. Sorokin |

_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF JAMES BUNDOFF

STEPHEN N. LEUCHTMAN, counsel for Plaintiff James Bundoff, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c), granting him leave to withdraw as counsel for Plaintiff in this action.

Plaintiff's counsel has written and spoken to Plaintiff concerning this case, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in this case.

This Motion is supported by the Memorandum and the Declaration of Stephen N. Leuchtman, filed herewith.

## **CERTIFICATION OF GOOD FAITH**

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated: March 30, 2011               By: /s/ Stephen N. Leuchtman
                                         Stephen N. Leuchtman
                                         Stephen N. Leuchtman, P.C.
                                         1380 East Jefferson Avenue
                                         Detroit, MI 48207

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, has been served pursuant to Case Management Order No. 3 on March 30, 2011, and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail, return receipt requested, at Plaintiff's last known mailing address.

/s/  Karen L.  Cullen
Paralegal to Stephen N. Leuchtman, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *James Bundoff v Pfizer, Inc., et al.*<br>Case No. 06-10955-PBS | Magistrate Judge Leo T. Sorokin |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF JAMES BUNDOFF**

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, the law firm of STEPHEN N. LEUCHTMAN, P.C., counsel for Plaintiff James Bundoff, hereby moves for leave to withdraw as counsel for Plaintiff James Bundoff in the above-titled cause.

On December 5, 2005, the complaint herein was filed by Plaintiff against Defendant Pfizer, Inc., in the U.S. District Court for the Eastern District of Michigan, Northern Division, and was assigned Case No. 05-10317. The case was transferred in 2007 to the U.S. District Court for the District of Massachusetts, and assigned Case No. 06-10955-PBS.  Pursuant to the Order of Consolidation, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

Counsel has conferred with Plaintiff James Bundoff concerning this case, and irreconcilable differences have developed regarding the direction of legal services that

may be provided to Plaintiff. These differences preclude counsel from further representation of Plaintiff in this case. *See* Declaration of Stephen N. Leuchtman, filed herewith.

Stephen N. Leuchtman and his law firm, STEPHEN N. LEUCHTMAN, P.C., therefore request that this Court grant them leave to withdraw as attorneys for Plaintiff James Bundoff, and allow Plaintiff sixty (60) days, either to seek new counsel or to advise the Court that he will proceed with the prosecution of this action *pro se.*

The granting of the Motion for Leave to Withdraw will not delay the trial of this case, since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this motion, a notice by Certified Mail of this motion has been forwarded to Plaintiff.

In view of the above, STEPHEN N. LEUCHTMAN, P.C. respectfully requests that the law firm be granted leave to withdraw as attorneys for James Bundoff.

Dated: March 30, 2011                                Respectfully submitted,

By: /s/ Stephen N. Leuchtman
Stephen N. Leuchtman (P16590)
STEPHEN N. LEUCHTMAN, P.C.
1380 East Jefferson Avenue
Detroit, MI 48207
(313) 259-6900 ext. 126

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *James Bundoff v Pfizer, Inc., et al.*<br>Case No. 06-10955-PBS | Magistrate Judge Leo T. Sorokin |

### DECLARATION OF STEPHEN N. LEUCHTMAN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF JAMES BUNDOFF

I, Stephen N. Leuchtman, depose and state as follows:

1. I am counsel for Plaintiff James Bundoff in the above-entitled action.

2. This declaration is submitted in support of my Motion for an order granting me leave to withdraw as counsel of record for Plaintiff in this action.

3. On December 5, 2005, the complaint herein was filed by Plaintiff against Defendant Pfizer, Inc., in the U.S. District Court for the Eastern District of Michigan, Northern Division, and was assigned Case No. 05-10317.

4. The case was later transferred from the U.S. District Court for the Eastern District of Michigan to the U.S. District Court for the District of Massachusetts, and was assigned Case No. 06-10955-PBS.

5. Pursuant to the Order of Consolidation, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

6. I have conferred with Plaintiff James Bundoff concerning this case, and irreconcilable differences have developed regarding the direction of legal services that I may provide to Plaintiff. These differences preclude me from further representation of Plaintiff in this case.

7. Copies of all motion documents are also being mailed on this date, by certified mail, to Plaintiff at his last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2011                                     Respectfully submitted,

                                                          By: /s/ Stephen N. Leuchtman
                                                          Stephen N. Leuchtman (P16590)
                                                          STEPHEN N. LEUCHTMAN, P.C.
                                                          Attorneys for Plaintiff
                                                          1380 East Jefferson Avenue
                                                          Detroit, MI 48207
                                                          (313) 259-6900 ext. 126