**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

------------------------------------------------ x
:
In re:  NEURONTIN MARKETING, SALES          :   MDL Docket No. 1629
       PRACTICES AND PRODUCTS         :
       LIABILITY LITIGATION                 :   Master File No. 04-10981
------------------------------------------------ x
:   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                    :
:   Magistrate Judge Leo T.
FAITH FORD                                              :   Sorokin
*Leroy Anderson, et al. v. Pfizer Inc, 05-cv-10835*   :
:
BETSY LINDLEY MILLER                        :
*Jesse Allen, et al. v. Pfizer Inc, 07-cv-11795*        :
:
------------------------------------------------ x

**DEFENDANTS' MOTION TO DISMISS FOR
FAILURE TO ADEQUATELY RESPOND TO DISCOVERY**

Pursuant to this Court's December 6, 2010 and February 4, 2011 Orders, and Federal Rule of Civil Procedure 37(b)(2)(A), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to dismiss the claims of the Plaintiffs listed below for failure to produce complete and adequate responses to template discovery, and failure to comply with the Court's discovery orders. Despite this Court's orders, complete and adequate template discovery responses have still not been provided for the following Plaintiffs:

| **Plaintiff** | **Docket No.** |
|---|---|
| Faith Ford | 05-10835 |
| Betsy Lindley Miller | 07-11795 |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law, and a proposed order is attached.

WHEREFORE, Defendants respectfully request that the above-listed Plaintiffs' cases be dismissed with prejudice.

Dated: March 30, 2011                              Respectfully submitted,

                                                SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP

                                            By:   /s/ Mark S. Cheffo
                                                   Mark S. Cheffo

                                            Four Times Square
                                            New York, NY 10036
                                            Tel:  (212) 735-3000

                                            ROPES & GRAY LLP

                                            By:   /s/ Lisa M. Ropple
                                                   Lisa M. Ropple
                                                   BBO #555401

                                            Prudential Tower
                                            800 Boylston Street
                                            Boston, MA 02199-3600
                                            Tel:  (617) 951-7000
                                            Email:  lisa.ropple@ropesgray.com

                                            *Attorneys for Defendants Pfizer Inc and*
                                            *Warner-Lambert Company LLC*

## **CERTIFICATE OF CONSULTATION**

     I certify that counsel for Pfizer attempted to confer with Plaintiffs in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.  Plaintiff Ford has not provided valid contact information and, therefore, counsel for Pfizer has been unable to confer with that Plaintiff.  Attempts to contact Plaintiff Miller have gone unanswered.

                                            /s/ Catherine B. Stevens
                                            Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 30, 2011.

/s/ Lisa M. Ropple
Lisa M. Ropple
