UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>FAITH FORD<br>*Leroy Anderson, et al. v. Pfizer Inc, 05-cv-10835*<br><br>BETSY LINDLEY MILLER<br>*Jesse Allen, et al. v. Pfizer Inc, 07-cv-11795* | |

---

**[PROPOSED] ORDER DISMISSING PLAINTIFFS
FOR FAILURE TO ADEQUATELY RESPOND TO DISCOVERY**

The claims of the following Plaintiffs are hereby dismissed with prejudice for failure to comply with discovery:

| **Plaintiff** | **Docket No.** |
|---|---|
| Faith Ford | 05-10835 |
| Betsy Lindley Miller | 07-11795 |

IT IS SO ORDERED.

Dated: _____        _____
                            Hon. Leo T. Sorokin
                            Magistrate Judge, U. S. District Court