# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------ x

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------ x

THIS DOCUMENT RELATES TO:

FAITH FORD
*Leroy Anderson, et al. v. Pfizer Inc, 05-cv-10835*

BETSY LINDLEY MILLER
*Jesse Allen, et al. v. Pfizer Inc, 07-cv-11795*

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------ x

## DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO ADEQUATELY RESPOND TO DISCOVERY

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the September 30, 2010 cover letter sent to Plaintiff Faith Ford.

3. Attached hereto as Exhibit B is a true and correct copy of the September 30, 2010 cover letter sent to Plaintiff Betsy Lindley Miller.

4. Attached hereto as Exhibit C is a true and correct copy of returned mail addressed to Plaintiff Faith Ford.

5. Attached hereto as Exhibit D is a true and correct copy of a returned package addressed to Plaintiff Faith Ford.

6. Attached hereto as Exhibit E is a true and correct copy of a returned package addressed to Plaintiff Betsy Lindley Miller.

Case 1:04-cv-10981-PBS   Document 3384   Filed 03/30/11   Page 2 of 2

7.  Attached hereto as Exhibit F is a true and correct copy of the Certificate of Service to Plaintiffs Faith Ford and Betsy Lindley Miller.

8.  Attached hereto as Exhibit G is a true and correct copy of returned mail addressed to Plaintiff Faith Ford.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 30th day of March, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 30, 2011.

/s/ Lisa M. Ropple
Lisa M. Ropple