# EXHIBIT A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

September 30, 2010

BY US MAIL
Ms. Faith Ford
506 S. Fir Ave.
P.O. Box 52
Collins, MS 39428

RE:   In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL No. 1629

Dear Ms. Ford:

      Magistrate Judge Sorokin's August 11, 2010, Pro Se Products Cases Discovery Order [3026] ("the Order") required you to produce a list of the name, address and contact information for each healthcare provider during the relevant period, the date of alleged injury, and, if applicable, the death certificate and letters testamentary. Defendants have enclosed a form on which you can provide the information required by the Order. In addition, please complete the authorizations for release of Medicare records, Social Security Administration records, tax records, and employer/educational records which are required by the June 19, 2006, Discovery Order No. 2 [372]. Please return the completed documents to me by November 30, 2010.

Sincerely,

*Catherine B. Stevens* (signature)

Catherine B. Stevens