# EXHIBIT C

$01.39⁰

02 1M
00042700085    DEC 10 2010
MAILED FROM ZIP CODE 10036

FIRST CL

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

Faith Ford
506 S. Fir Ave.
P.O. Box 52
Collins, MS 39428

RETURNED TO SENDER

☐ MOVED, LEFT NO ADDRESS
☑ ATTEMPTED - NOT KNOWN
☐ UNCLAIMED   ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS
☐ NOT DELIVERABLE AS
ADDRESSED UNABLE TO FORWARD

Date  12/15
Carr/Init.  MSR-
Route No. _____

This envelope/package was opened
in the Mail Center to determine the
appropriate recipient.

CATHERINE STEVENS
H2-310
AB