# EXHIBIT D

EXTREMELY URGENT — CALL 1-800-222-1811 FOR PICKUP OR TRACKING OF ALL YOUR PACKAGES

**PS SHIP**
Received Dec 29, 2010  12:59
Office/Bldg: New York / NY 4TS
Deliver To (Floor / Room): 42 / 42-310
Stevens, Catherine (810-3353)
Sender: mail returns
INB0052735
Signature Required

U.S. POSTAGE PAID
NY, NY 10036
DEC 21, 10
AMOUNT $0.00
0003493l-04

PITNEY BOWES  $17.400
DEC 21 2010
MAILED FROM ZIP CODE 10036

EM 5272 0883 1 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Delivery Attempt Mo/Day 12/23 Time 8:10 AM
Delivery Attempt Mo/Day 12/27 Time 2:38 PM
Delivery Date Mo/Day

Postage $17.40
Return Receipt Fee
COD Fee
Insurance Fee
Total Postage & Fees $19.40

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 10036
Date Accepted: 12/21/10
Time Accepted: 4:27 PM
Flat Rate or Weight: 8.3 lbs

Scheduled Date of Delivery: 12-23-10
Scheduled Time of Delivery: Noon / 3 PM

FROM: Catherine Stevens 42
SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
4 TIMES SQ FL 24
NEW YORK  NY 10036-6518

TO:
Faith Ford
5065 Fir Ave
PO Box 52
Collins, MS 39428

6692