# EXHIBIT E

VT1023183.38473

Insert
airbill
here
▲

# FedEx
Express ®

## Extremely Urgent

**RUSH**

Signature Required

INB0053384

PSO Ship
Received
Dec 31, 2010
09:42

M. Clu\u...

ORIGIN ID: JAN\u... (800) 463-3339
RETURNS
"JERRL EXPRESS
+0 HWY 49 SOUTH

RICHLAND, MS 39218
UNITED STATES US

TO MAIL CENTER
SKADDEN ARPS
4 TIMES SQUARE
FL 24
NEW YORK CITY, NY 10036

Ref: 79658159321\u...0/miller

**For FedEx Express® Shipment**

Contents should be compatibl\u...
shipping terms and conditions\u...
FedEx Express shipping docum\u...

For more information on FedE\u...
locations, go to **fedex.com.** \u...

© 2009 FedEx 155475/155476 REV 6/0\u...

Ship Date: 29DE\u...
ActWgt: 1.0 LB
SubItem#: 002593\u...
Account: S ****\u...

FedEx

TRK#
[0201] 4477 6349 3755

SB NYCA

MON - 03 JAN
EXPRESS SA\u...

#231488  12/29 50061/0A0B/2780





From:   Origin ID: NYCA  (212) 735-3000
Johanna Snyder
Skadden,Arps,Slate,Meagher&FlomLLP
4 Times Square
24th Floor
New York, NY 10036

Ship Date: 21DEC10
ActWgt: 0.5 LB
CAD: 8554262/WBUS0200

Delivery Address Bar Code

SHIP TO:   (212) 735-7317        BILL SENDER
**Betsy Miller**

**493 Cheyenne Dr.**

**Madison, MS 39110**

Ref #   44390000299Johanna Snyder
Invoice #
PO #
Dept #





TRK# 7965-8159-3210
0201

WED    22 DEC    A4

PRIORITY  OVERNIGHT

RES DSR

39110

MS-US

MEM

**XX JANA**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://dc1msvm370.ad.skadden.net/index.php                                        12/21/2010

 Ship        Track        Manage        Learn        FedEx Office®

## Detailed Results

Printer-Friendly          Get Link

Enter tracking number

| Detailed Results | Notifications |
|---|---|

**Tracking no.: 796581593210**          Select time format: **12H** | 24H          E-mail n

# In transit

Initiated    Picked up    **In transit**    Delivered

**Delivery exception**
RICHLAND, MS

| Shipment Dates | | Destination |
|---|---|---|
| Ship date ⓘ   Dec 21, 2010 | | Madison, MS |

### Shipment Options

**Hold at FedEx Location**
Not available to receive your shipment? FedEx will hold your shipment at a nearby FedEx location at no extra cost. Sor
may not be eligible for this service. Read more.

### Shipment Facts

| Service type | Priority Envelope - Direct Signature Required ⓘ | Reference | 44390000299Johanna Snyd |
|---|---|---|---|
| Weight | 0.5 lbs/.2 kg | | |

## Shipment Travel History

Select time zone: Local Scan Time ▾

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 29, 2010 2:07 PM | **Package returned to shipper** | RICHLAND, MS | Package returned to shipper: 4477634937 |
| Dec 28, 2010 9:26 PM | At local FedEx facility | RICHLAND, MS | |
| Dec 27, 2010 9:19 PM | At local FedEx facility | RICHLAND, MS | |
| Dec 24, 2010 8:29 PM | At local FedEx facility | RICHLAND, MS | |
| Dec 23, 2010 9:33 PM | At local FedEx facility | RICHLAND, MS | |
| Dec 23, 2010 12:55 PM | Delivery exception | RICHLAND, MS | Customer not availab business closed - Sig required ⓘ |
| Dec 23, 2010 9:11 AM | On FedEx vehicle for delivery | RICHLAND, MS | |
| Dec 22, 2010 10:12 PM | At local FedEx facility | RICHLAND, MS | |
| Dec 22, 2010 2:42 PM | Delivery exception | RICHLAND, MS | Customer not availab business closed - Sig required ⓘ |
| Dec 22, 2010 9:55 AM | On FedEx vehicle for delivery | RICHLAND, MS | |
| Dec 22, 2010 7:25 AM | At local FedEx facility | RICHLAND, MS | |
| Dec 22, 2010 5:14 AM | Departed FedEx location | MEMPHIS, TN | |
| Dec 22, 2010 1:07 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Dec 21, 2010 11:35 PM | Departed FedEx location | NEWARK, NJ | |
| Dec 21, 2010 8:53 PM | Arrived at FedEx location | NEWARK, NJ | |
| Dec 21, 2010 8:20 PM | Left FedEx origin facility | NEW YORK, NY | |
| Dec 21, 2010 6:31 PM | Picked up | NEW YORK, NY | |
| Dec 21, 2010 12:13 PM | Shipment information sent to FedEx | | |



Won't be around for delivery? Have us hold the shipment for convenient pickup.

FedEx Desktop: Tracking at your fingertips.
Learn more ▸



| Customer Focus | Featured Services | Companies | Follow FedEx |
|---|---|---|---|
| New Customer Center | FedEx SameDay | FedEx Express | |
| Small Business Center | FedEx Home Delivery | FedEx Ground | |



| | | |
|---|---|---|
| Service Guide | Packaging Services | FedEx Office |
| Customer Support | Ancillary Clearance Services | FedEx Freight |
| My FedEx Rewards | | FedEx Custom Critical |
| | **Other Resources** | FedEx Trade Networks |
| **Company Information** | Compatible Solutions Program | FedEx SupplyChain |
| About FedEx | Developer Resource Center | |
| Careers | FedEx Ship Manager Software | |
| Investor Relations | FedEx Mobile | |

© FedEx 1995- 2011                                                                                                Global Home