# EXHIBIT F

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

NORDO NISSI, being duly sworn, deposes and says:

1. I am over eighteen years of age, not a party to the action and I am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. That on the 4th day of February, 2011, I served a true copy of the **Order Regarding Pending Discovery Motions dated February 4, 2011**, by U.S. Mail, upon:

Faith Ford
506 S. Fir Ave.
P.O. Box 52
Collins, MS 39428

Besty Miller
493 Cheyenne Dr.
Madison, MS 39110

Ms. Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, TX 76543

Mr. Keith Edwards
211-800
RICI
H1A-29
PO Box 8107
Mansfield, OH 44901

Teresa E.A. Teater
5427 N. 109th Plaza ,Suite 1114
Omaha, Nebraska 68164-4416

_____
Nordo Nissi

Sworn to before me this
11th day of February, 2011

_____
Notary Public

LEVON ALEXANIAN
Notary Public, State of New York
No. 01AL6216380
My Commission Expires Jan. 01, 2014