# EXHIBIT G



Catherine B. Stevens, Esq.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

Faith Ford
506 S. Fir Ave.
P.O. Box 52
Collins, MS

FIRST CLASS

UNITED STATES POSTAGE
$ 00.440
PITNEY BOWES
02 1M
0004270085      FEB 04 2011
MAILED FROM ZIP CODE 10036

NIXIE        392    DE 1        00  02/17/11

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 10036652299      *0645-07544-05-39