UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,   :
       SALES PRACTICES AND   : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION   :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
PRODUCTS LIABILITY ACTIONS   :
:
------------------------------------------------------------x

### DEFENDANTS' SUBMISSION REGARDING PRO SE CASES FOR REMAND

In its February 11, 2011 Order, [3287], the Court stated its intent to suggest that the *pro se* cases be remanded back to their transferor courts without further discovery or proceedings in this MDL. Defendants note that in the majority of these *pro se* cases, no case-specific discovery has yet occurred, and thus such discovery will occur in each transferor court. Pursuant to the Court's February 11, 2011 Order, Defendants submit the following items requested by the Court: 1) a list of *pro se* cases to be remanded back to their transferor courts, attached hereto as Exhibit A; and 2) a proposed suggestion of remand, attached hereto as Exhibit B.

The attached list of *pro se* cases does not include:  (1) Plaintiffs whose status with regard to representation remains unclear because they are subject to either the Motion to Withdraw, [3345], filed by the Schwartz firm on March 15, 2011, or the Motion to Withdraw, [3379], filed by Stephen N. Leuchtman on March 30, 2011, which have not yet been ruled upon; (2) *pro se* Plaintiffs Ford and Miller, because Defendants have separately moved to dismiss their claims on March 30, 2011 [3382]; (3) *pro se* Plaintiffs in cases involving generic defendants, given this Court's January 31, 2011, Electronic Order staying those cases; and (4) cases recommended for dismissal by Magistrate Judge Sorokin on March 21, 2011, in the Report and Recommendations on Unopposed Motions to Dismiss, [3359, 3378].

In addition, due to the Schwartz firm's failure to comply with the Court's March 21, 2011 Order,[1] the cases that the Schwartz firm intends to dismiss or withdraw from are not known at this time. It may, therefore, be necessary to supplement this list as additional motions to withdraw are filed and granted.

Dated: March 30, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:   /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By:   /s/ Lisa M. Ropple
         Lisa M. Ropple
         BBO # 555401

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
lisa.ropple@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

[1] Yesterday, Defendants filed a Motion to Impose Sanctions and Award Other Relief Due to the Schwartz Firm's Failure to Comply With Court Orders [3375].

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 30, 2011.

                                    /s/ Lisa M. Ropple
                                    Lisa M. Ropple