# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
*Pro Se* Product Liability Cases to be Remanded[1]

| Plaintiff | D. Mass. Docket No. | Transferor Court/Docket No. |
|---|---|---|
| Adkins, Donna Joyce | 06-10539 | Southern District of West Virginia; Case Number 06-0028 |
| Beckworth, Dorothy | 06-12213 | Middle District of Florida; Case Number 2:06cv00538-JES |
| Bel Bruno, Steven | 05-11153 | District of New Jersey; Case Number 2:05-cv-01682 |
| Brown, Sidney | 05-11037 | Southern District of New York; Case Number 1:05-cv-00237 |
| Cascio, Joseph | 06-10536 | District of New Jersey; Case Number 06-00058 |
| Cook, Earl Richard | 06-10777 | Southern District of New York; Case Number 06-00980 |
| Cunningham, Brenda[2] | 05-11503 | District of Kansas; Case Number 5:05-cv-04012 |
| Dane, Krystie | 05-12384 | Eastern District of Missouri; Case Number 4:05-cv-01376-CAS |
| Dees, John | 05-11028 | Southern District of New York; Case Number 1:04-cv-09304 |

---

[1] The attached list of *pro se* cases does not include: (1) Plaintiffs whose status with regard to representation remains unclear because they are subject to either the Motion to Withdraw, [3345], filed by the Schwartz firm on March 15, 2011, or the Motion to Withdraw, [3379], filed by Stephen N. Leuchtman on March 30, 2011, which have not yet been ruled upon; (2) *pro se* Plaintiffs Ford and Miller, because Defendants have separately moved to dismiss their claims on March 30, 2011 [3382]; (3) *pro se* Plaintiffs in cases involving generic defendants, given this Court's January 31, 2011, Electronic Order staying those cases; and (4) cases recommended for dismissal by Magistrate Judge Sorokin on March 21, 2011, in the Report and Recommendations on Unopposed Motions to Dismiss, [3359, 3378].

[2] Ms. Cunningham was not included on previous lists of *pro se* plaintiffs, but it has recently come to Defendants' attention that she no longer has counsel.

1

| Plaintiff | D. Mass. Docket No. | Transferor Court/Docket No. |
| --- | --- | --- |
| Edwards, Keith P. | 05-11701 | Southern District of Ohio; Case Number 2:05-cv-00657 |
| Fenelon, James[3] | 06-11581 | Southern District of New York; Case Number 1:06cv04136-JSR |
| Isaacs, Debra | 07-10630 | District of Minnesota; Case Number 07-1216 |
| Long, Patti (Sylvester) | 06-11582 | Southern District of New York; Case Number 1:06cv04285-JSR |
| Lynch, Cynthia Ulett | 07-11280 | Western District of Texas; Case Number 6:07cv00169 |
| Marzolo, Paul | 05-12387 | District of Southern District of New York; Case Number 1:05-cv-07828-JSR |
| Montgomery, William | 05-11032 | Southern District of New York; Case Number 1:05-cv-00073 |
| Mustafa, Fazila | 06-11394 | Southern District of Illinois; Case Number 3:06cv00349-GPM |
| Populis, Theodore | 05-11030 | Southern District of New York; Case Number 1:04-cv-10265 |
| Reilly, Arthur | 07-12236 | District of Minnesota; Case Number 0:07cv04428 |
| Richey, Linda | 05-12000 | Southern District of New York; Case Number 05-cv-07103-JSR |
| Sanutti, Grace | 05-11702 & 05-11750 | Eastern District of Pennsylvania; Case Number 2:05-cv-03401 |
| Smith, Rosemary | 06-10535 | Eastern District of California; Case Number 1:05cv01594-REC |

---

[3] Magistrate Judge Sorokin recommended this case for dismissal in Discovery Order No. 25. Judge Saris did not adopt that recommendation based upon Plaintiff's objection.

2

3

| **Plaintiff** | **D. Mass. Docket No.** | **Transferor Court/Docket No.** |
|---|---|---|
| Stadler, Jason | 08-11330 | District of Minnesota; Case Number 0:08-cv-03295 |
| Sumait, Rosalia | 05-10832 | Southern District of New York; Case Number 1:04-cv-08719-JSR |
| Teater, Teresa | 05-12123 | District of Oregon; Case Number 3:05-cv-00604-HU |
| Vinyard, Janice | 07-12233 | Northern District of Florida; Case Number 3:07cv00438-MCR |
| Werner, Carole | 05-11994 | Southern District of New York; Case Number 05-cv-06084-JSR |