# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------------x : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING,                : | |
|              SALES PRACTICES AND               : | Master File No. 04-10981 |
|              PRODUCTS LIABILITY LITIGATION  : | |
| : | Judge Patti B. Saris |
| ------------------------------------------------------------x : | |
| : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:                : | |
| : | |
| PRODUCTS LIABILITY ACTIONS LISTED  : | |
| IN ATTACHMENT A                                     : | |
| : | |
| ------------------------------------------------------------x | |

## [PROPOSED] SUGGESTION OF REMAND ORDER

The Court, having reviewed the cases listed in Attachment A, finds and rules as follows:

Common discovery and other coordinated pretrial proceedings have been completed. While case-specific discovery has not yet been completed in these cases, all remaining issues are case-specific. These cases are ready to be remanded to their respective transferor jurisdictions.

Pursuant to Rule 10.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order in the cases listed on Attachment A.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

SO ORDERED:

Dated: _____, 2011

                                                                                                                                                                                   _____
                                                                                                                                                                                   Patti B. Saris
                                                                                                                                                                                   United States District Judge

## **ATTACHMENT A**

| Plaintiff | D. Mass. Docket No. | Transferor Court/Docket No. |
|---|---|---|
| Adkins, Donna Joyce | 06-10539 | Southern District of West Virginia; Case Number 06-0028 |
| Beckworth, Dorothy | 06-12213 | Middle District of Florida; Case Number 2:06cv00538-JES |
| Bel Bruno, Steven | 05-11153 | District of New Jersey; Case Number 2:05-cv-01682 |
| Brown, Sidney | 05-11037 | Southern District of New York; Case Number 1:05-cv-00237 |
| Cascio, Joseph | 06-10536 | District of New Jersey; Case Number 06-00058 |
| Cook, Earl Richard | 06-10777 | Southern District of New York; Case Number 06-00980 |
| Cunningham, Brenda | 05-11503 | District of Kansas; Case Number 5:05-cv-04012 |
| Dane, Krystie | 05-12384 | Eastern District of Missouri; Case Number 4:05-cv-01376-CAS |
| Dees, John | 05-11028 | Southern District of New York; Case Number 1:04-cv-09304 |
| Edwards, Keith P. | 05-11701 | Southern District of Ohio; Case Number 2:05-cv-00657 |
| Fenelon, James | 06-11581 | Southern District of New York; Case Number 1:06cv04136-JSR |
| Isaacs, Debra | 07-10630 | District of Minnesota; Case Number 07-1216 |
| Long, Patti (Sylvester) | 06-11582 | Southern District of New York; Case Number 1:06cv04285-JSR |
| Lynch, Cynthia Ulett | 07-11280 | Western District of Texas; Case Number 6:07cv00169 |

2

| Plaintiff | D. Mass. Docket No. | Transferor Court/Docket No. |
|---|---|---|
| Marzolo, Paul | 05-12387 | District of Southern District of New York; Case Number 1:05-cv-07828-JSR |
| Montgomery, William | 05-11032 | Southern District of New York; Case Number 1:05-cv-00073 |
| Mustafa, Fazila | 06-11394 | Southern District of Illinois; Case Number 3:06cv00349-GPM |
| Populis, Theodore | 05-11030 | Southern District of New York; Case Number 1:04-cv-10265 |
| Reilly, Arthur | 07-12236 | District of Minnesota; Case Number 0:07cv04428 |
| Richey, Linda | 05-12000 | Southern District of New York; Case Number 05-cv-07103-JSR |
| Sanutti, Grace | 05-11702 & 05-11750 | Eastern District of Pennsylvania; Case Number 2:05-cv-03401 |
| Smith, Rosemary | 06-10535 | Eastern District of California; Case Number 1:05cv01594-REC |
| Stadler, Jason | 08-11330 | District of Minnesota; Case Number 0:08-cv-03295 |
| Sumait, Rosalia | 05-10832 | Southern District of New York; Case Number 1:04-cv-08719-JSR |
| Teater, Teresa | 05-12123 | District of Oregon; Case Number 3:05-cv-00604-HU |
| Vinyard, Janice | 07-12233 | Northern District of Florida; Case Number 3:07cv00438-MCR |
| Werner, Carole | 05-11994 | Southern District of New York; Case Number 05-cv-06084-JSR |