UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------- x
                                                                    )
IN RE NEURONTIN MARKETING AND SALES                                 )
PRACTICES LITIGATION                                                )   MDL Docket No. 1629
                                                                    )
------------------------------------------------------------------- x
                                                                    )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                           )
                                                                    )   Honorable Patti B. Saris
------------------------------------------------------------------- x   Honorable Leo T. Sorokin
                                                                    )
AETNA, INC. v. PFIZER INC., et al.,                                 )
04 CV 10958 (PBS)                                                   )
                                                                    )
------------------------------------------------------------------- x
```

**MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e)**

Plaintiff Aetna, Inc. ('Aetna') respectfully moves for leave to submit a reply memorandum in support of its Motion to Alter or Amend Judgment Pursuant To Rule 59(e). Aetna submits that its proposed reply is necessary to clarify issues raised in Defendants' Opposition.

WHEREFORE, Aetna respectfully requests that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit 1.

Dated: March 30, 2011

LOWEY DANNENBERG COHEN & HART, P.C.

BY: __/s/ Gerald Lawrence__
Richard W. Cohen
Gerald Lawrence
One North Broadway
White Plains, NY  10601
(914) 997-0500 – Telephone
(914) 997-0035 – Facsimile

*Attorneys for Aetna, Inc.*

{1825 / MOT / 00106952.DOC v1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 30, 2011.

                                              /s/ Gerald Lawrence