| # | | Last Name | First Name | State | Representative | Notes |
|---|---|---|---|---|---|---|
| | | | | | | (Neurontin Clients Sheet) |
| 1 | Yes | Accettullo | Martha | AR | | |
| 2 | | Anderson | Mary | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 3 | | Angel | Robert | PA | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 4 | | Barkley | Melissa | SC | | 3/15/2011 - Withdrawn as Counsel & Dismiss |
| 5 | Yes | Bellino | Beth | SC | | |
| 6 | Yes | Best | Tosha | NC | | 3/7/2011 - Ltr from Hardison re Dismiss Tosha Best (not filed yet)-left email for update 4/1/11- office closed at 1:00 |
| 7 | | Blake | Kay | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 8 | | Boltin | Carmen | SC | | 3/15/2011 - Withdrawn as Counsel & Dismiss |
| 9 | Yes | Brazell | Susan | SC | | |
| 10 | Yes | Brewster | Kamaliha | NV | | |
| 11 | Yes | Brockman | Patricia | SC | | |
| 12 | | Brown | Catherine | PA | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 13 | | Brown | Alesha | AR | | 6/3/2008 & 8/11/2010 - Motion for Voluntary Dismissal & Motion to Dismiss |
| 14 | | Bruce | Anne | CO | | 8/11/2010 - Motion to Dismiss |
| 15 | Yes | Bunch | Carson | AR | | 3/15/2011 - Ltr from Peter Miller re Dismiss Carson L Bunch (not filed yet)-Has not heard from client as of 4/1/11 |
| 16 | Yes | Byrum-Hill | Gwenna | AR | | |
| 17 | | Calvert | Pamela Sue | SC | | 3/15/2011 - Withdrawn as Counsel & Dismiss |
| 18 | Yes | Campbell-Dean | Kimberly | SC | | |
| 19 | | Carpenter | Lesa | WV | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 20 | | Carpenter | Felisha | WV | | 3/15/2011 - Withdrawn as Counsel & Dismiss |
| 21 | Yes | Carr | Lester | SC | | |
| 22 | Yes | Carter | Damon | AR | | |
| 23 | | Clemons | Gary | PA | | 8/11/2010 - Motion to Dismiss |
| 24 | Yes | Colley | Robert | AR | Vera Colley | |
| 25 | Yes | Conyers | Wilbur | SC | | |
| 26 | Yes | Cook | Connie | AR | | 3/15/2011 - Ltr from Peter Miller re Dismiss Connie Cook (not filed yet)-Has not heard from client as of 4/1/11 |
| 27 | | Craig | Coleen M. | AR | | 8/11/2010 - Motion to Dismiss |
| 28 | Yes | Crosby | Richard | SC | | |
| 29 | | Dauernheim | Larry | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 30 | Yes | Davis | Kimm | SC | | |
| 31 | Yes | Day | David | SC | | |
| 32 | | DeLeon | Kelly | AR | | 3/15/2011 - Withdrawn as Counsel & Dismiss |
| 33 | Yes | Devore | Robert | SC | | 3/3/2011 - Ltr from Jack to W.Green to Dismiss (not yet filed)-W.Green sending dismiss ltr 4/1/11 or 4/4/11 |
| 34 | | Douglas | Stacey | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 35 | Yes | Dozier | Christine | PA | | |
| 36 | | Dreher | Loretta | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |

| # | | Last Name | First Name | State | Representative | Notes |
|---|---|---|---|---|---|---|
| | | | | | | (Neurontin Clients Sheet) |
| 37 | Yes | Dukes | Allison | SC | | 3/3/2011 - Ltr from Jack to W.Green to Dismiss (not yet filed)-W.Green sending dismiss ltr 4/1/11 or 4/4/11 |
| 38 | Yes | Emmons | Sharon | SC | | |
| 39 | Yes | Ericsson-Harkness | Shanna | WV | | |
| 40 | | Espey | Debra | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 41 | Yes | Falk | Corrine | NV | | 3/4/2011 - Ltr from G. Lerner to client re: dimiss (not yet filed)-Has not heard from client as of 4/1/11 |
| 42 | Yes | Floyd | Sharon | SC | | |
| 43 | Yes | Gann | Monica | SC | | |
| 44 | | Gilbow | Sherrial | AR | | 3/15/2011 - Withdrawn as Counsel & Dismiss |
| 45 | Yes | Girard | Charles | PA | | |
| 46 | | Gonzalez | Nikko | PA | | 8/11/2010 - Motion to Dismiss |
| 47 | | Gordon | Drew | NV | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 48 | Yes | Gross | Kenneth | AR | | |
| 49 | | Groves | Sherry | PA | Jennifer Napoli-Branson | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 50 | | Hall | Christopher | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 51 | Yes | Hargett | Janet | PA | | |
| 52 | | Hiers | Debbie | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 53 | | Hildebrand | Donald | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 54 | Yes | Huff | Teresa | PA | Joshua Martinez | |
| 55 | | Jackson | Timothy | NV | Tiffany Williams | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 56 | Yes | James | Tommy | AR | | |
| 57 | | Jeffers | Latonya | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 58 | Yes | Johnson | Elroy | AR | | |
| 59 | Yes | Jones | Carla | AR | | |
| 60 | Yes | Jones-Coleman | Lovell | AR | | |
| 61 | | Kestner | Mary | WV | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 62 | Yes | Kilic | Mehmet | NV | | |
| 63 | | Knauff | Kenneth | PA | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 64 | Yes | Knowlton (Phillips) | Barbara | WV | | |
| 65 | Yes | Larkin | Ann | NV | | |
| 66 | | Laspina | Mario | AR | | 8/11/2010 - Motion to Dismiss |
| 67 | Yes | Lee | Dexter | NC | | |
| 68 | Yes | Lee | Janice | SC | | |
| 69 | Yes | Leger | Debra | PA | | |
| 70 | | Lemacks | George | SC | | 3/15/2011 - Withdrawn as Counsel |
| 71 | | Lewis | Tracy | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 72 | Yes | Logan | Sandra | NV | | |
| 73 | | Lowe | Stephanie | SC | | 3/15/2011 - Withdrawn as Counsel |
| 74 | Yes | Luttrell | Leslie | AR | | |

| # | | Last Name | First Name | State | Representative | Notes |
|---|---|---|---|---|---|---|
| 75 | Yes | Lytle | Freddie | PA | | |
| 76 | | Manning | Jacqueline | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 77 | | Marlow | Darren | SC | | 8/11/2010 - Motion to Dismiss |
| 78 | | May | Bryan | PA | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 79 | | McCue | Zina | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 80 | Yes | McIntyre | Marlene | WV | | |
| 81 | Yes | McMahon-Lough | Sandra | PA | | |
| 82 | | Middleton | Autherine | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 83 | Yes | Mitchell | Isiah | SC | | |
| 84 | Yes | Mitchell | Jason | SC | | |
| 85 | | Mocci | Lori | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 86 | | Moses | Robert | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 87 | Yes | Nichols | Wanda | AR | | |
| 88 | Yes | Northcutt | Charles | AR | | |
| 89 | Yes | Parker | Earnestine | SC | | |
| 90 | Yes | Pastine | Sherry | WV | | |
| 91 | | Payne | Barbara | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 92 | | Payne | Lonnie | AR | | 8/11/2010 - Motion to Dismiss |
| 93 | | Perdue | Richardson | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 94 | Yes | Pettit | David | SC | | |
| 95 | | Phipps | Linda | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 96 | Yes | Pickett | Mary | SC | | |
| 97 | | Pina | Dena | NV | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 98 | | Reaves | Craig | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 99 | Yes | Saenz | Monica | NV | | |
| 100 | | Scheidt | Donald | PA | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 101 | | Seagraves | Florence | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 102 | Yes | Segle | Herman | PA | | |
| 103 | Yes | Shakoor | Tuwanda | PA | | |
| 104 | Yes | Small | Robert | SC | | 3/3/2011 - Ltr from Jack to W.Green to Dismiss (not yet filed)-W.Green sending dismiss ltr 4/1/11 or 4/4/11 |
| 105 | | Smalls | Kathaleen | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 106 | Yes | Smith | Doris | AR | | |
| 107 | Yes | Smith | Dorothy | SC | | |
| 108 | Yes | Sprinkle | Harold | AR | | |
| 109 | Yes | St. Hilaire | Robert | CO | | |
| 110 | Yes | Stephens | Jana | AR | | |

| # | | Last Name | First Name | State | Representative | Notes |
|---|---|---|---|---|---|---|
| | | \multicolumn{5}{c|}{(Neurontin Clients Sheet)} | |

| # | | Last Name | First Name | State | Representative | Notes |
|---|---|---|---|---|---|---|
| 111 | | Sweitzer | Aldina | PA | Cynthia Myers | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 112 | Yes | Taggart | Jeffrey | AR | | |
| 113 | Yes | Taylor | Caryl | PA | | |
| 114 | Yes | Thurmond | Betty | AR | | |
| 115 | Yes | Valentino | Diane | NV | | |
| 116 | Yes | Vice | Melissa | PA | | |
| 117 | Yes | Watson | Edgar | NC | | |
| 118 | Yes | Weatherford | David | SC | | |
| 119 | Yes | Weathers | Karen | SC | | |
| 120 | | Weger | Louis | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 121 | | White | Charles | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 122 | | White | Annette | AR | | 6/3/2008 - Motion for Voluntary Dismissal |
| 123 | | Wigfall | Dexter | SC | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 124 | Yes | Wilhelm | John | NV | | |
| 125 | | Wilkin | Jeffrey | AR | | 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 126 | Yes | Williams | Brady | AR | | 3/15/2011 - Ltr from Peter Miller re Dismiss Brady Williams (not filed yet)-Has not heard from client as of 4/1/11 |
| 127 | Yes | Williams | Dexter | AR | | |
| 128 | Yes | Williams | Leotis | AR | Sydney Williams | |
| 129 | Yes | Williams | Theresa | PA | | |
| 130 | | Wilson | Kristina | AR | | 6/3/2008 - Motion for Voluntary Dismissal & 1/3/2011 - Order Dismissing Clients for Failure to Respond to Discovery |
| 131 | Yes | Wine | Helen | WV | | |
| 132 | Yes | Young | Kathy | AR | | 3/15/2011 - Ltr from Peter Miller re Dismiss Kathy Young (not filed yet)-Has not heard from client as of 4/1/11 |

76 "Remaining Clients"
67 When they Dismiss the ones Jack wrote Letters to the Co-counsel

Discovery Responses furnished to Defendants on January 8, 2011:

| No. 47. | Drew Gordon |
| No. 53 | Donald Hildebrand |
| No. 61 | Mary Kestner |
| No. 49 | Sherry Groves |

Discovery Responses furnished to Defendants on January 10, 2011:

| No. 123 | Dexter Wigfall |
| No. 100 | Donald Scheidt |
| No. 40 | Debra Espey |
| No. 101 | Florence Seagraves |
| No. 63 | Kenneth Knauff |
| No. 57 | Latonya Jeffers |
| No. 85 | Lori Mocci |
| No. 71 | Tracy Lewis |