**Anixia**

| | |
|---|---|
| From: | Anixia [anixia@nbslawyers.com] |
| Sent: | Thursday, January 06, 2011 11:40 AM |
| To: | 'Newton B Schwartz'; 'Jack W Harang'; 'Jack W Harang'; 'Trey'; 'mabel lo' |
| Cc: | 'Kathleen Womack' |
| Subject: | Neurontin - Regarding 39 clients |
| Importance: | High |

1. Robert Angel – Lottery Clients (Trey Clients)
2. Cynthia Myers – Loterry Clients (Trey Clients)
3. Kay Blake – Sent Discovery package, Mailed 11/5/2010 (delivered 11/23/2010)
4. Debra Espey – Spoke with her a couple of times and Mabel did as well, attorney woking on / needs to work on
5. **Kristina Wilson - Dismissed back in 6/3/2008**
6. Latonya Jeffers – attorney woking on / needs to work on
7. Zina McCue –Daughter never called us back and she didn't know where her mother was either, Sent Discovery package both certified and regular mail, both certified and regular mail came back to the last known address
8. Autherine Middleton – Sent Discovery package, Mailed 11/16/10 (delivered 11/23/10), has not responded back
9. Barbara Payne – Sent Discovery package, Mailed 11/16/10 (delivered 11/19/10), has not responded back
10. Craig Reaves – (Deceased) Teresa Watts (Hutchinson) listed ANF in medical records, 647 Delverton Rd., Columbia, SC 29203 (803-714-0724) Disconnected
11. Florence Seagraves – attorney woking on / needs to work on
12. Mary Kestner – attorney woking on / needs to work on
13. Catherine Brown – attorney woking on / needs to work on
14. **Mary Anderson – Discovery completed and turned in to Defendants on 8/6/2010**
15. **Larry Dauernheim – Discovery completed and turned in to Defendants on _____**
16. Stacey Douglas – Sent Discovery package, Received by mother 11/08/10, has not responded back
17. Tracy Lewis – attorney woking on / needs to work on
18. **Linda Phipps – Discovery completed and turned in to Defendants on 8/6/2010**
19. Kenneth Knauff – attorney woking on / needs to work on
20. Lori Mocci – attorney woking on / needs to work on
21. Robert Moses – Sent Discovery package both certified and regular mail, both certified and regular mail came back to the South Carolina address, Sent Discovery package both certified and regular mail, only certified came back as not deliverable as addressed to the Florida address
22. Kathleen Smalls – attorney woking on / needs to work on
23. Louis Weger – (Deceased) Can contact daughter Candice but she does not have enough information in regards to her father nor does the exwife
24. Dexter Wigfall – attorney woking on / needs to work on
25. Lesa Carpenter – attorney needed to contact her over the phone, Mailed 11/5/2010 (delivered 11/10/2010) has not responded back
26. Jaqueline Manning – Mabel spoke to her,
27. Bryan May - Sent Discovery package both certified and regular mail, both certified and regular mail came back as not deliverable as addressed unable to forward, both packages were sent to the last known address

28. Donald Scheidt – attorney woking on / needs to work on
29. **Loretta Dreher – Discovery completed and turned in to Defendants on _____**
30. **Christopher Hall – Discovery completed and turned in to Defendants on _____**
31. Debbie Hiers – Sent Discovery package, Mailed 11/12/10; delivered 11/15/10, has not responded yet
32. Donald Hildebrand – attorney woking on / needs to work on
33. Charles White - Sent Discovery package both certified and regular mail, both certified and regular mail came back as attempted not known to the Minnesotta address, both packages were sent to the last known address Sent Discovery package both certified and regular mail, only certified came back as unclaimed to the Arkansas address
34. Jeffrey Wilkin - Homeless
35. Sherry Groves – (Deceased) attorney woking on / needs to work on
36. Drew Gordon – attorney working on / needs to work on
37. **Timothy Jackson – 12/17/2010 Ms. Tiffany Jackson emailed us saying she decided not to pursue her father's case. Unfortunately she does not have enough information on her father's history to adequately complete the paperwork.**
38. Dena Pina – Sent Discovery package both certified and regular mail, both certified and regular mail came back as attempted not known and insuffiecient address, both packages were sent to the last known address
39. Richardson Perdue – Sent Discovery package, Mailed 11/16/10; delivered 11/18/10, has not responded yet

I hope this help!

Anixia Aguinaga
Legal Assistant for
*Law Offices of Newton B. Schwartz, Sr. & Vincent Lo*
1911 Southwest Freeway
Houston, TX 77098
(713) 630-0708 Phone
1 (800) 536-6006 Toll Free
(713) 630-0789 Fax
anixia@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the **original** message.