Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                        )
                                              ). CA No. 04-10981-PBS
NEURONTIN MARKETING, SALES PRACTICES,) Pages 1 - 33
AND PRODUCTS LIABILITY LITIGATION      )

STATUS CONFERENCE

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

-and-

LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
February 11, 2011, 2:07 p.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 7200
Boston, MA  02210
(617)345-6787

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


IN RE:                                    )
                                          ) CA No. 04-10981-PBS
NEURONTIN MARKETING, SALES PRACTICES,)  Pages 1 - 33
AND PRODUCTS LIABILITY LITIGATION    )



STATUS CONFERENCE

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

-and-

LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE




United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
February 11, 2011, 2:07 p.m.




LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 7200
Boston, MA  02210
(617)345-6787

1    A P P E A R A N C E S:

2

     FOR THE PLAINTIFFS:

3
          KENNETH B. FROMSON, ESQ., Finkelstein & Partners, LLP,
4    785 Broadway, 3rd Floor, Kingston, New York, 12401.

5         JAMES A. STEGALL, III, ESQ., Law Offices of Newton &
     Schwartz, Sr., 1911 Southwest Freeway, Houston, Texas, 77098.

6

7    FOR THE DEFENDANT:

8         CATHERINE B. STEVENS, ESQ. and KATHERINE F. ARTHUR, ESQ.,
     Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square,
9    New York, New York, 10036.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

1

2          THE CLERK:  In Re:  Neurontin Marketing, Sales

3   Practices, and Products Liability Litigation, Civil Action

4   No. 04-10981, will now be heard before this Court.  Will

5   counsel please identify themselves for the record.

6          MR. FROMSON:  Good afternoon, your Honors.  Kenneth

7   Fromson for the Plaintiff Steering Committee.

8          MR. STEGALL:  I'm James Stegall.  I'm with the law

9   offices of Newton Schwartz in Houston.

10          MS. STEVENS:  Good afternoon, your Honors.  Catherine

11   Stevens on behalf of Pfizer.

12          MS. ARTHUR:  Good afternoon.  Katherine Arthur on

13   behalf of Pfizer.

14          THE COURT:  Thank you.  So of course Judge Sorokin and

15   I are most eager to hear about the status of all these cases,

16   so why don't we begin with plaintiffs' side, Mr. Fromson.

17          MR. FROMSON:  Your Honor, with respect to the Court's

18   order of February 4, 2011, I would like to bring to the Court's

19   attention that with respect to the application, Docket

20   No. 3164, which was within Paragraph 1 of the order, this

21   particular plaintiff, for whom my law firm had moved for

22   withdrawal, was ordered to be in court today or to have an

23   attorney present or to send a letter.  Long story short, that

24   plaintiff's name is Mr. Belbruno.  He contacted me yesterday

25   evening.  He received the Court's order only on this week.  He

1    asked me to relate to the Court his intention of going forward

2    pro se at this time.  He is also blind and unable to ambulate

3    very well, and so he was not able, based upon his hardships, to

4    get here.  I would respectfully request that you would accept

5    my representation that he intends to move forward pro se.

6              THE COURT:  Is he getting his own lawyer, did he

7    mention?

8              MR. FROMSON:  He did not mention it, but I would hope

9    that he would, but he did want to at least make sure that my

10   message was brought to the Court today to be somewhat, as best

11   possible, compliant with the Court's order.

12             THE COURT:  Did he claim that the Neurontin

13   contributed to any of these conditions?

14             MR. FROMSON:  Your Honor, yes.  I was familiar with

15   the case, obviously, before we withdrew from the action, and

16   the injury would in fact be alleged to have been the blindness

17   from which he suffers as related to the suicide attempt that he

18   had done.

19             THE COURT:  It's interesting because I've heard of

20   several side effects, but that's not one I'd heard about.

21             MR. FROMSON:  Blindness isn't the side effect.  It was

22   the result of the suicide attempt that left him blind.

23             THE COURT:  I see, I understand.

24             MR. FROMSON:  Other than that, I don't have a specific

25   housekeeping matter or --

1          THE COURT:  Where is he from?

2          MR. FROMSON:  He resides in New Jersey, and the case

3   was originally filed in New Jersey.

4          THE COURT:  So perhaps the thing that would make that

5   the easiest to do would be to send that back to New Jersey

6   where he's from, and where you're from, right?

7          MS. STEVENS:  New York, your Honor.

8          THE COURT:  New York, New Jersey.  So what do you

9   recommend?

10         MR. FROMSON:  I think that goes towards a more global

11  picture of what the Court intends to do with the group of

12  pro se plaintiffs and defense counsel's plan of action to most

13  diligently and efficiently manage those cases.  I for one would

14  suggest that the Court maintain some control over those cases

15  because of the efficiency with which this Court has managed the

16  case thus far, but that's between yourself, obviously, your

17  Honor, and Pfizer.

18         THE COURT:  Okay, did you have anything on him?

19         JUDGE SOROKIN:  No.  I'm just wondering how many

20  pro se people there are?

21         MS. STEVENS:  There are approximately thirty pro se

22  plaintiffs right now that we have, and, as your Honors are

23  aware, we filed a motion to get some guidance on where we're

24  going with the pro ses.  You had initially suggested that we

25  send them back immediately.  We had hoped, after we looked at

1     the numbers and realizing that they were all spread across the

2     country, that we could maybe submit a proposal to you that we

3     do one more round of discovery, and, in that discovery, that we

4     ask specifically for a case-specific causation expert and a

5     report in whatever time frame is agreeable to your Honors,

6     45 days, 60 days, and maybe that way we could figure out which

7     plaintiffs are really intending to proceed and move forward.

8             THE COURT:  Essentially, though, you're dooming all

9     those cases because they're pro se and it's here in Boston and

10    they're from all over the country.  As a practical matter,

11    wouldn't it be easier for them to litigate in their home areas?

12    I mean, in other words, how are they going to do it?  They're

13    pro se, blind, disabled.  How is that possible?

14            MS. STEVENS:  Ultimately I think they would need to go

15    back to their home areas, but I think right now, as a matter of

16    judicial efficiency and our efficiency in traveling around the

17    country and dealing with each of these cases, that if we could

18    figure out which cases actually have case-specific causation

19    experts and really intend to move forward, it would eliminate a

20    substantial number of those cases.

21            THE COURT:  Well, let me ask you this:  Do you have a

22    list of those thirty for us?

23            MS. STEVENS:  I have a list.  I'm not sure that it's

24    in a form that I can submit, but we can certainly get you one.

25            THE COURT:  Could you send us the list of the thirty?

1          MS. STEVENS:  Absolutely.

2          THE COURT:  Have you filed for summary judgment on

3     them?

4          MS. STEVENS:  We have not.  That's where we're

5     hoping to find out whether they had case-specific experts and

6     were intending to proceed, and then we would quickly file a

7     summary judgment motion if they didn't produce such experts.

8          THE COURT:  Well, why not do it the other way around?

9          MS. STEVENS:  We haven't done any discovery in the

10    pro se cases.

11         THE COURT:  You've done nothing?

12         MS. STEVENS:  We have not.

13         JUDGE SOROKIN:  Just the template?

14         MS. STEVENS:  That's correct.

15         THE COURT:  So there's the template discovery, right?

16         MS. STEVENS:  That's correct, just the written

17    discovery.

18         JUDGE SOROKIN:  Are there any of those thirty odd

19    pro se plaintiffs who have not completed the template

20    discovery?

21         MS. STEVENS:  Yes.

22         JUDGE SOROKIN:  There's several that you made a motion

23    and I said "allowed," and I gave them a little bit of time to

24    supplement, maybe four or five.  Where do the rest of them

25    stand?

1          MS. STEVENS:  There are eight plaintiffs that are

2    pro se that did not respond to template discovery by the

3    January 31 deadline.

4          THE COURT:  So could you flag those?

5          MS. STEVENS:  We can.

6          THE COURT:  Okay.

7          JUDGE SOROKIN:  And the rest have some discovery done

8    because they were represented by counsel --

9          MS. STEVENS:  That's correct.

10         JUDGE SOROKIN:  -- prior to a withdrawal from one of

11   the lawyers, and the discovery or some portion of it was done

12   then?

13         MS. STEVENS:  That's correct.

14         THE COURT:  Okay, so what's the next cluster of

15   people?

16         MS. STEVENS:  The next cluster is probably the

17   Schwartz plaintiffs, I believe.

18         JUDGE SOROKIN:  Mr. Fromson, are all your cases done?

19         MR. FROMSON:  No, your Honor.  We have actions against

20   the generic defendant manufacturers of gabapentin.

21         JUDGE SOROKIN:  But all the five --

22         MS. STEVENS:  Your Honor, could we approach and maybe

23   go off the record and discuss Mr. Fromson's cases at side bar?

24         THE COURT:  Well, who's sitting back there?

25         MS. STEVENS:  I believe she's with Bloomberg, your

1    Honor.

2              THE COURT:  I see.  All right.

3              (Side-bar conference off the record.)

4              THE COURT:  So with respect to the Finkelstein cases,

5    I'm going to issue a 60-day order of dismissal.  And what about

6    the generic cases?

7              MR. FROMSON:  Your Honor, the discovery on the generic

8    cases is stayed.

9              THE COURT:  Can you, by the way, make sure we have the

10   right docket numbers for each one of those?

11             MR. FROMSON:  Absolutely, your Honor.  I will make

12   sure that that gets relayed to your court.  Do you want that

13   filed on ECF, or can I provide that through your court?

14             THE COURT:  I don't care.  We've just got to make sure

15   we don't do a 60-day order on something that we shouldn't.

16             So the generics?

17             MR. FROMSON:  Based upon the United States Supreme

18   Court's pending decision in the Mensing case, which may have

19   influence on this Court, obviously, in terms of how it will go

20   forward with the generic cases, this Court stayed the pending

21   cases.

22             THE COURT:  Right, and that was by agreement of all

23   the parties.

24             MR. FROMSON:  Yes, your Honor.

25             THE COURT:  So play that out for me generically.

1          MR. FROMSON:  Generically, and as a plaintiff, when

2     the Supreme Court rules that our actions can go forward, we

3     will ask that the stay be lifted and that discovery can go

4     forward against the generics, for which there was previously a

5     discovery order in place, and we were on the eve of expert

6     disclosure from January 23 or 24 where the expert disclosure

7     was --

8          THE COURT:  Who manufactures the generics?

9          MR. FROMSON:  I'm sorry, your Honor?

10         THE COURT:  Does Pfizer represent it?

11         MR. FROMSON:  No, your Honor.

12         THE COURT:  So it's not against Pfizer?

13         MR. FROMSON:  It's not.  It's against makers such as

14    IVAX, Activa.

15         THE COURT:  Why should I keep it?

16         MR. FROMSON:  Well, because at the time Pfizer was in

17    each of those cases, and so therefore you didn't transfer them

18    out.  Also --

19         THE COURT:  But I'm thinking of transferring them out

20    now, let me tell you.  I've, for better or for worse, had the

21    Neurontin case involving Pfizer since 1996 on and off, but I

22    don't know why I'm picking up every -- shouldn't it just be

23    sent back as another MDL?

24         MR. FROMSON:  Your Honor, given the fact that the

25    cases have been here and that you had a discovery schedule in

1    place for five to seven cases --

2            THE COURT:  But I'd be starting all over again with

3    these generics, right?

4            MR. FROMSON:  Not necessarily.  Discovery is done.

5    You had dispositive motion practice ready to resolve the issue

6    by June or July of 2011, so there was no --

7            THE COURT:  So remind me.  I mean, I don't remember

8    having all those generics.

9            MR. FROMSON:  Envision, if you will, approximately

10   five to eight cases involving a generic manufacturer of

11   gabapentin.  The science is exactly the same.

12           THE COURT:  I've written about the science.

13           MR. FROMSON:  Yes, you have, your Honor.

14           THE COURT:  So somebody else can use it.

15           MR. FROMSON:  That's true, your Honor.  And,

16   nevertheless, this Court entertained the fact discovery with

17   those underlying defendants --

18           THE COURT:  Right.

19           MR. FROMSON:  -- and set a discovery schedule for the

20   dispositive motion practice, and the parties were moving

21   forward so that they would have had one summary judgment motion

22   in front of you instead of possibly five or six in front of

23   five or six different judges around the country.  You being the

24   most knowledgeable on the issues would have probably been

25   able --

1           THE COURT:  I don't know if I'm going to keep them.

2           MR. FROMSON:  That's fine, your Honor.  I understand.

3           THE COURT:  So let me say that because it's a

4    brand-new defendant.  And are these individual cases?  Is that

5    it?

6           MR. FROMSON:  They're individual cases, and I believe

7    that the Court kept it for efficiency purposes, and that you'd

8    be able to resolve it in one motion practice come this June or

9    July.  That's what was originally scheduled.

10          THE COURT:  I'm not sure I'm going to stick with that,

11   but, anyway, let's leave that as a question mark.  You're going

12   to send me the list.  How many cases are there that I'm going

13   to do the dismissal order on?

14          MR. FROMSON:  Now you're referencing what we discussed

15   off the record, Judge?

16          THE COURT:  Yes.

17          MR. FROMSON:  And so I --

18          THE COURT:  You don't know how many, all right, or at

19   least it's not certain yet.

20          So now we deal with -- is anyone here for Mr. Boone?

21          MR. FROMSON:  No.

22          THE COURT:  No, okay.  We have not yet heard back from

23   him?

24          MR. FROMSON:  He did call me, your Honor, last week in

25   response to the recent court order, and he asked whether he

1   needed to be at this conference.  We reviewed the Court's

2   order --

3          JUDGE SOROKIN:  -- excused his claims.

4          MR. FROMSON:  Thank you, Judge, and that was my

5   understanding.

6          THE COURT:  Did he mention whether he was going to be

7   writing an opposition, an objection?

8          MR. FROMSON:  He was equivocal.

9          THE COURT:  Okay.  So then what about the Schwartz

10  cases?

11          MR. STEGALL:  Yes, ma'am.  At present we have

12  approximately eighty cases remaining.  These are all cases

13  where template discovery has been completed.  We have been

14  taking depositions.  We've not been up to the speed that the

15  Court had required earlier, but we are getting there.  We have

16  fifteen depositions, for example, scheduled in the next three

17  weeks, so we're moving.  However, there are many remaining

18  depositions to be taken before the required sales rep,

19  plaintiff, and treating depos are completed.

20          MS. STEVENS:  Your Honor, the reason that we lagged a

21  little bit behind was because of correspondence we had from the

22  Schwartz law firm that indicated they were going to be

23  dismissing a substantial number of these cases, and we were

24  trying to figure out exactly which cases were proceeding and

25  which cases were not.

1          THE COURT:  Well, which ones are?

2          MS. STEVENS:  We have a list of 32 cases from the

3   Schwartz law firm of which they intend to proceed.  I

4   understand that that may not be a concrete number, but --

5          THE COURT:  When can you dismiss or allow people to go

6   pro se for the others?

7          MR. STEGALL:  We would ask for anywhere from 30 to 60

8   days to finalize that list.  She's correct, and that we have

9   made representations and intend to stick to them that we will

10  be reducing our number from eighty anywhere down to thirty-five

11  to forty cases.

12         THE COURT:  Well, do you know some for sure that

13  you're dismissing?

14         MR. STEGALL:  Yes, ma'am.

15         THE COURT:  Well, why don't you do that instantly.

16         MR. STEGALL:  Yes, ma'am.

17         THE COURT:  How many are in that category?

18         MR. STEGALL:  I don't have a hard number for you, but

19  it would probably be ten to fifteen cases.

20         THE COURT:  Do those instantly, instantly, like

21  Monday.

22         MR. STEGALL:  Yes, ma'am.

23         THE COURT:  And maybe another 30 days to finalize the

24  remaining ones so we're just not wasting.  Do you know a

25  certain number that are definitely going forward?

1      MR. STEGALL:  Yes, ma'am.  At this point the

2  thirty-two she identified are going forward.

3      THE COURT:  And those are the ones that you think you

4  still are a little bit behind on on discovery or just with

5  respect to those cases that you're --

6      MR. STEGALL:  With respect to the depositions, yes,

7  ma'am, but we are moving along at a pretty good pace.

8      THE COURT:  And when are you going to be done with --

9  I forget, do you know when we were supposed to be done with

10  those?

11      JUDGE SOROKIN:  February depositions, I think.  On the

12  original schedule, we would have had all the depositions in

13  theory done in February, if I remember right.

14      In any event, when do you think you'll be done with

15  the depositions of those cases that you're going to proceed

16  with?

17      MR. STEGALL:  Being a conservative estimate, I would

18  say anywhere still from six to nine months from now because if

19  we get -- there are -- you know, we identified -- we'll do a

20  sales rep, we'll do the prescribing doctor, and the plaintiff

21  obviously.  Well, in many instances there's more than one

22  prescribing doctor, and getting those depositions scheduled

23  is -- getting a doctor scheduled in and of itself is a hassle.

24      THE COURT:  Six to nine is too far out there.

25      MS. STEVENS:  Your Honor, we're moving at the fifteen

1    days of deposition pace, which was the last scheduling order.

2              MR. STEGALL:  And -- I'm sorry, I didn't mean to

3    interrupt.  I apologize.

4              THE COURT:  But given that schedule, six to nine

5    months is usually a full cycle.  Can you add more -- how big a

6    firm is your firm?

7              MR. STEGALL:  It's not particularly big.  There's

8    about seven lawyers in total, and there's three of us working

9    these depositions.

10             THE COURT:  Well, I don't know that I'm going to give

11   you six to nine.  You've been on notice for a while.  If you

12   don't take all discovery, you don't, because I'm not going to

13   try them all here is the thing.  We've got to get this case

14   moving forward.  And I think Schwartz has taken, you know, a

15   backseat, not as backseat as Mr. Boone did, but, still, you've

16   got to get this thing ready, and Judge Sorokin and I are going

17   to consult about how much time makes sense here.

18             JUDGE SOROKIN:  So let me just ask, you've got eighty

19   cases, is that right?

20             MR. STEGALL:  Yes, sir.

21             JUDGE SOROKIN:  And thirty-two you know you're going

22   forward on?

23             MR. STEGALL:  Yes, sir.

24             JUDGE SOROKIN:  And the other forty-eight, the

25   question is, are you going to go forward on any of those, some

1   of those, and of the ones you're not going forward on, you're

2   either going to dismiss or withdraw?

3           MR. STEGALL:  Yes, your Honor.

4           JUDGE SOROKIN:  So the forty-eight is the universe of

5   cases you're making a decision about in the next 30 days?

6           MR. STEGALL:  And, as I said before, we anticipated

7   the number that might be added to the thirty-two to be a small

8   number, three to five.

9           JUDGE SOROKIN:  So if you end up with thirty-five, how

10  many of those thirty-five cases at fifteen days of depositions

11  a month, even if you lagged a little bit, how many

12  depositions -- I'm just trying to figure out how many

13  depositions there are for those people.  Six to nine months

14  would be 60 to 90, 90 to 120 more depositions, I think.

15          MR. STEGALL:  If we can stay at the fifteen days for

16  depositions, I mean, in theory we're talking about 60

17  depositions maybe, additional depositions, so even at 15 a

18  month, that's at least four months.

19          JUDGE SOROKIN:  Are these plaintiffs from the same

20  geographic area, or are they all spread out?

21          MR. STEGALL:  They're spread out, your Honor.

22          JUDGE SOROKIN:  So they're not all from where your law

23  firm is located?

24          MR. STEGALL:  None of them are, your Honor.

25          JUDGE SOROKIN:  I see, all right.  So there's no

1   overlap in the prescribing physicians, for example, like there

2   might have been --

3        MS. STEVENS:  In the Boone cases, there's not, your

4   Honor.

5        JUDGE SOROKIN:  I see.

6        THE COURT:  So we have the clusters.  We have the

7   Finkelstein cases.  We have the pro se cases.

8        Now, when you decide within 30 days, we'll know by

9   then how many are pro se, so whatever our pro se order is

10  basically would apply to them as well.  I think it would be

11  anybody going pro se, and then we have the Schwartz cases that

12  are going forward.

13       MR. STEGALL:  Yes, ma'am.

14       JUDGE SOROKIN:  That's really it, isn't it?

15       THE COURT:  Is there anything else that I don't know

16  about?

17       MS. STEVENS:  There are still a cluster of remaining

18  cases by other law firms.  There's about thirty cases by

19  miscellaneous firms that are still pending.  Actually, the

20  number is thirty-eight.

21       THE COURT:  Yes, but nobody here has shown up from

22  them.  Could you give us a list of those?

23       MS. STEVENS:  I can, your Honor.  I can't hand it up,

24  but we can certainly submit one.

25       THE COURT:  So they're not here, so we can dismiss for

1    lack of prosecution?

2          MR. FROMSON:  Oh, no, your Honor.  If I may, the Court

3    has set forth discovery schedules in terms of, I believe, a

4    remand process for those cases.  It's not my understanding that

5    they have been remiss in their obligations.

6          THE COURT:  Have they done the template discovery

7    and -- oh, well, then we can't.  I mean, no.  Oh, it's not like

8    they're no-shows all along.

9          MR. FROMSON:  Correct, your Honor.  That's why I'm

10   supposed to be here.

11         THE COURT:  Oh, oh, oh.

12         MR. FROMSON:  And you have a remand schedule that you

13   were developing to remand those cases.

14         THE COURT:  So all those people have completed

15   discovery, everything is done, I should just remand them?

16         MS. STEVENS:  They have not completed depositions.

17   They've completed initial discovery, template discovery.

18         JUDGE SOROKIN:  The template discovery is settled for

19   all those thirty-eight cases?

20         MS. STEVENS:  For the majority of them.

21         THE COURT:  And when are all those depositions

22   supposed to be done?

23         MR. FROMSON:  I don't know whether they were on a

24   schedule to be done as opposed to we had filed a suggestion of

25   remand earlier in late 2011 so that they would be sent out to

1   their courts of original jurisdiction to complete their

2   discovery; and if the Court wants us to, I can send to Mr. Alba

3   a previous court order that lays that out in chronological

4   fashion.  I'm happy to do that.

5            THE COURT:  No, but it would be really unfair of me

6   after all these years to suddenly ship it off to the transferor

7   court without basic discovery being done.

8            MS. STEVENS:  And, your Honor, if I can, I think we

9   could do this discovery at the same time when we're doing the

10  Schwartz discovery, on the same kind of schedule.  I don't see

11  any reason why we can't do that with these remaining cases.

12           JUDGE SOROKIN:  So what remains for those cases is the

13  doctor, the prescribing physician, the sales rep, and the

14  plaintiff and the plaintiff's representative?

15           MS. STEVENS:  That's correct.

16           THE COURT:  So three per case essentially?

17           MS. STEVENS:  Sometimes there's more prescribers.

18           THE COURT:  Fair enough, fair enough.

19           MS. STEVENS:  It can vary but an average of about

20  three.

21           JUDGE SOROKIN:  Three categories.  There may be three

22  depos; there may be more.

23           MS. STEVENS:  That's right.

24           THE COURT:  And have you all engaged in a settlement

25  process with the Schwartz people?

1          MS. STEVENS:  Your Honor, we have not.

2          THE COURT:  Well, when do you want that to happen on

3     these miscellaneous firms, if you will?

4          MS. STEVENS:  It's my understanding that we're not

5     moving in that direction and that we intend to defend these

6     cases right now.

7          THE COURT:  Okay.  I mean, just have you talked

8     privately and that's the mutual agreement?

9          MR. STEGALL:  No.

10         THE COURT:  Well, talk.  I can introduce you.  Talk.

11    I don't know enough about the -- have you gone to a mediator?

12         MS. STEVENS:  We have not.  As your Honor is aware,

13    the relationship with the Finkelstein firm was a long

14    relationship, and there were cases that we knew very well.

15    We're just now beginning to --

16         THE COURT:  So let's say I said four months or, you

17    know, some months, not nine months, you know, whatever we

18    figure out is reasonable given the number of depositions,

19    should we build in a mediation schedule afterwards?

20         MR. STEGALL:  It would be my suggestion, your Honor.

21         MS. STEVENS:  We'd have no objection to that.

22         THE COURT:  Who has been helping you all in the other

23    cases?

24         MR. FROMSON:  When you say "helping," do you mean

25    the --

1                 THE COURT:  Banging heads.

2                 MR. FROMSON:  You, your Honor.

3                 THE COURT:  Just me?

4                 MS. STEVENS:  We banged heads together.

5                 THE COURT:  So there has not been a mediator?

6                 MR. FROMSON:  We went to mediation in October, all

7      right?  It was fruitful, and following the October mediation, I

8      believe we came back in December, and the Steering Committee

9      provided a global proposal for resolution, meaning for the

10     entire litigation.  You were here, and you asked Mr. Cheffo

11     some questions about potential resolution and where we were

12     going.  Since then, certain things have happened that we've

13     discussed off the record, and another mediation process --

14                 THE COURT:  Well, who was the mediator on those, do

15     you remember?  Was it Eric Green?  Was it one of the magistrate

16     judges?

17                 MR. FROMSON:  No, your Honor.  It was a mediator in

18     New York.

19                 THE COURT:  Well, do you want to go back to that

20     person?

21                 MR. FROMSON:  I can't speak for Pfizer, Judge.  I

22     don't know that Catherine --

23                 THE COURT:  I'm looking at you.

24                 MR. STEGALL:  I'm not familiar with the mediator.  We

25     weren't involved.

1          THE COURT:  Yes, but you are now, so what do you want

2     to do because we're going to try the mediation thing?  I mean,

3     I can go with a magistrate judge who would not be

4     Judge Sorokin.  We can go through Eric Green.  We can go

5     through -- there's a great guy in California who's done some of

6     this stuff, whose name for the moment is escaping me, or we can

7     just do this person in New York.  I have no vested stake in who

8     does it, but I do have a vested stake in making an effort

9     before I farm this out to everybody.

10          MS. STEVENS:  Could we confer and get back to your

11    Honor with a suggested mediator?

12          THE COURT:  Absolutely.  So when, Monday?

13          MS. STEVENS:  Wednesday maybe?

14          THE COURT:  Wednesday, deal.

15          MS. STEVENS:  Thank you, your Honor.

16          THE COURT:  I was looking for a little valentine

17    there, so -- so my selfishness is, do you estimate at the end

18    of this rainbow there are going to be a few cases for trial?

19          MS. STEVENS:  Your Honor, I do, and that's certainly

20    how we are proceeding with the remaining cases.

21          THE COURT:  Have you yet had a trial in New York or

22    here?

23          MS. STEVENS:  We have not had a trial in New York or

24    here.  We started the trial here in front of your Honor, the --

25          THE COURT:  There have been two that didn't go --

1    well, actually three that started.  I haven't had my dream of

2    one trial that we just see how one of these cases plays to a

3    jury.  We've not had one.  Has Judge Freedman had one in

4    New York?

5          MS. STEVENS:  She has not had one in New York.

6          THE COURT:  Has she resolved all the Daubert issues in

7    New York?

8          MR. FROMSON:  Your Honor, the general causation has

9    been resolved in New York and in this venue, and in light of

10   the fact that our cases were the ones first before her, she

11   does not have a trial set.

12         THE COURT:  So basically -- obviously, I don't believe

13   any of these are Massachusetts cases, right?

14         MS. STEVENS:  That's correct, your Honor.

15         MR. STEGALL:  That's correct, your Honor.

16         THE COURT:  So basically, if you think some of these

17   cases are going to actually go to trial, I need -- well, let me

18   ask you this:  Is the Gibbons issue going to be applicable to

19   whatever cases go to trial?

20         MR. FROMSON:  I believe that's a general issue, and,

21   so, yes, it's a motion that was made by the Steering Committee,

22   so that is still a pending matter --

23         THE COURT:  It's a Steering Committee motion?

24         MR. FROMSON:  Yes.

25         THE COURT:  And Judge Freedman hasn't addressed that

1  statistic issue?

2       MR. FROMSON:   That's correct, because she has been

3  coordinating with your decisions.

4       MS. STEVENS:   Your Honor, we're still, as you know

5  from the discovery schedule, we're still quite a ways away from

6  an ultimate trial.

7       THE COURT:   But playing this out by ear on the pro se,

8  because now I'm thinking we'll get the Schwartz cases going --

9  generics I'm not positive I'm going to keep, et cetera --

10      JUDGE SOROKIN:   The thirty-eight cases of the other

11 lawyers.

12      THE COURT:   Oh, yes, the thirty-eight cases of the

13 other lawyers, which will probably just be remanded out once

14 the depositions are done, but the pro ses are the ones I'm sort

15 of struggling with a little bit because they're disabled people

16 and they don't have lawyers, so how can I make them come in

17 here?   I'm just trying to figure out whether it makes some

18 sense for you to file motions for summary judgment on each one

19 of them.

20      MS. STEVENS:   Your Honor, that's what I was hoping we

21 could get to with the proposal of having them submit discovery,

22 identify --

23      THE COURT:   No, you're trying to put the burden on

24 them; I'm trying to put the burden on you.   In other words, if

25 you took each -- which firm are you with?

1            MS. STEVENS:  Skadden Arps.

2            THE COURT:  A big firm.  So I'm sort of thinking that

3  if you moved on each one of them, we would see who responded

4  and whether or not they came up with something, and then I'd

5  only send back to the courts somebody who actually came up with

6  something.  I'm playing with it.  I don't know what to do.

7            MS. STEVENS:  I'm thinking about it, your Honor, too.

8  Just if we --

9            JUDGE SOROKIN:  How many of them have in their

10  template discovery identified injuries that are the types of

11  injuries that have proceeded past the Daubert analysis as

12  opposed to injuries or claims that don't?

13            MS. STEVENS:  There's a handful that are not suicide

14  or suicide-related issues, I'd say probably five or six cases

15  that spring to mind.  The majority of the cases that remain as

16  pro se are cases that the Finkelstein firm had originally, and

17  so they are suicide-related injuries and have since been

18  withdrawn by the Finkelstein firm.

19            THE COURT:  Are most of them people who attempted

20  suicide who are now alive, or are they the families of people

21  who killed themselves?

22            MS. STEVENS:  I believe most are attempts, but that's

23  just from --

24            THE COURT:  Because that is the one area where there

25  was some science to support it, and I don't really know what to

1   do with them.  Can I just ask you bluntly -- I'm not sure even

2   if I can ask you this:  You were most of their attorneys,

3   right?

4           MR. FROMSON:  I know that there's a number of

5   withdrawals from the Finkelstein law firm, and then Mr. Boone

6   was withdrawing from cases, and I think the Schwartz firm may

7   trickle in as well; but I think that's fair that right now,

8   formally, the most withdrawals were finalized by our firm.  So

9   your question is, are they mostly suicide-related claims?  The

10  answer is "yes."  We didn't take on cases involving individuals

11  who were alleging lack of efficacy or weight gain.  We brought

12  cases that involved suicide-related claims, and we withdrew

13  from those cases based upon case-specific factual matters

14  within each case, sometimes after their depositions where we

15  learned of new information.

16          THE COURT:  All right.

17          JUDGE SOROKIN:  If they weren't pro se, the next step

18  would be to take depositions in all the cases but for the

19  handful that were in my order last week or so, right?

20          MS. STEVENS:  That's correct.

21          JUDGE SOROKIN:  And then you'd be taking depositions

22  of the three categories of people.  And then after those

23  depositions were done, you'd go back to their home court, and

24  you'd either proceed with more individualized discovery or

25  you'd go to summary judgment.

1        MS. STEVENS:  That's correct.  I think we have

2   discovery in an awful lot of these cases because it was

3   discovery that was filed by the Finkelstein law firm.  It's

4   been our experience that if we'd serve additional discovery, we

5   may find out that some of these plaintiffs don't really want to

6   proceed pro se.  We just don't know that at this point.

7        THE COURT:  Well, that's what I'm thinking.  If it's

8   based on the science that I've already found, that there's

9   enough science to support in some group of people an increase

10  in depression, all right, we did those hearings, which could

11  contribute to suicidality.  Now, so you might not win if you

12  don't know anything about these people, just because I've got

13  enough there; but if you noticed depositions and found out

14  something about these people, or they just didn't show, we

15  could sort them out.  And maybe if whatever's left at the end

16  of the rainbow, they'd be able to find a lawyer.

17       JUDGE SOROKIN:  Why not take their deposition?

18  Because if you take their deposition and they don't show, you

19  can move to dismiss for lack of prosecution if either because

20  they've moved or they haven't kept up with the court.  If they

21  do appear, you'll get the discovery you need, and you have to

22  take the deposition anyway, and then you might have the

23  information that you need.

24       MS. STEVENS:  I understand.  I think that showing up

25  at a deposition is a relatively simple thing for a person to

1   do.   At the end of the day, though, I'm not sure that

2   progresses the --

3           THE COURT:   Well, actually I don't find that.   I find

4   that the people who are really just hoping they'd get a quick

5   settlement and aren't willing to put in any work won't show,

6   and the people who really feel aggrieved because they're taking

7   this stuff and, you know, tried to kill themselves, if they

8   care enough, they're going to show.   Caring enough is part of

9   what I care about.

10          MS. STEVENS:   Right, yes, your Honor.

11          THE COURT:   It's what I care about because then we can

12  make a decision as to how to go from there.

13          So this has been very useful.   We're going to talk now

14  about how to go forward because we are in the twilight of this

15  litigation.

16          On the generics, were there all individual cases that

17  came all over the country and then were transferred here by

18  MDL?

19          MR. FROMSON:   Yes, your Honor.   Again I would say,

20  it's certainly more efficient to have such a small amount of

21  cases before you where you've already addressed the issue.

22          THE COURT:   You've got to understand, my life has

23  changed.

24          MR. FROMSON:   I understand.

25          THE COURT:   And for me to pick up six motions for

1    summary judgment, each of which have come with crates and

2    crates of documents --

3           MR. FROMSON:  I don't think that would be the case

4    here because you would just deal with the dispositive motion

5    practice on the general issues which are identical, and then

6    you'd remand them out, assuming that they would --

7           THE COURT:  Because I've already done the general

8    issues.

9           MR. FROMSON:  Correct.

10          THE COURT:  So let me think about that and then go

11   from there.

12          JUDGE SOROKIN:  I have one last question.  With

13   respect to the cases of the thirty-eight lawyers, the

14   thirty-eight other cases with other lawyers, I can't recall at

15   the moment if I ever set or if the Court ever set a schedule

16   governing beyond template discovery for them, or did I think of

17   them as within the hundred and something cases that were going

18   to be done last fall?

19          MR. FROMSON:  Your Honor, I do believe you set forth

20   an order towards the end of 2010.  I think what's best is if we

21   pull that order and submit it to you, but I was under the

22   impression you were going to remand them after template

23   discovery was done.

24          JUDGE SOROKIN:  Without the deposition.

25          MR. FROMSON:  Without the deposition, but I certainly

1   have no objection either way.  I do know that some law firms

2   were interested in having their cases remanded, and I think

3   they were relying on your previous order, so I --

4           THE COURT:  But I'm worried that they haven't even

5   tried to settle.

6           MR. FROMSON:  Well, that's a different issue.  If the

7   parties haven't engaged in resolution, that's because there's a

8   defense and they haven't been interested in resolution.

9           THE COURT:  Well, when you come up with a mediation

10  schedule with Schwartz, his firm, those people, whatever is

11  left at the end of the day, the thirty-two cases, reach out to

12  those other law firms and involve them in that discussion.

13          MR. FROMSON:  And I'd like just again to remind the

14  Court, we as a Steering Committee did bring a global proposal

15  for resolution, and just so you know, we did meet an obligation

16  to do that in December.

17          THE COURT:  And the other firms weren't interested?

18          MR. FROMSON:  The other firms were.  We brought a

19  global proposal for resolution.

20          THE COURT:  You weren't?

21          MS. STEVENS:  We were not, your Honor.

22          MR. FROMSON:  Right, your Honor.

23          JUDGE SOROKIN:  If we did depositions in those

24  thirty-eight cases, since you've said that you can do them

25  parallel with the Schwartz law firm cases and you don't have

1   the seven-lawyer limitation, how many days of depositions a

2   month can we do?

3         MS. STEVENS:  I think we could do them on the same

4   track.  I think we could do --

5         JUDGE SOROKIN:  Could we do more than 15 days a month?

6         MS. STEVENS:  I suspect we could, your Honor, if you

7   want to move them along.

8         JUDGE SOROKIN:  Whatever pace we thought we could do

9   you could do.

10        MS. STEVENS:  Maybe not whatever pace but --

11        THE COURT:  Do you have your bed in your office?  I've

12   heard tales of how hard you all work in that firm.

13        So do you have any questions for us?  At this point,

14   have we taken care of everything?  Are there any loose ends?

15        MS. STEVENS:  I don't believe there are any other

16   loose ends, your Honor.

17        MR. FROMSON:  Can I approach the Court one more time

18   at side bar on a matter we discussed earlier, only because it

19   relates to the 60-day order of dismissal, and I think it would

20   be informative.

21        THE COURT:  Yes, yes.

22        (Side-bar conference off the record.)

23        THE COURT:  All right, so is there anything else you

24   want?  All right, so I think we can stand in recess.   Thank

25   you.

 1          MR. STEGALL:   Thank you, your Honor.

 2          MR. FROMSON:   Thank you, your Honor.

 3          MS. STEVENS:   Thank you, your Honor.

 4          THE COURT:   Thank you for coming to frigid Boston.

 5          MS. STEVENS:   Have a good weekend, your Honor.

 6          THE COURT:   Thank you.

 7          (Adjourned, 2:43 p.m.)

1              C E R T I F I C A T E

2

3

UNITED STATES DISTRICT COURT )
4   DISTRICT OF MASSACHUSETTS    ) ss.
    CITY OF BOSTON               )
5

6

7          I, Lee A. Marzilli, Official Federal Court Reporter,

8   do hereby certify that the foregoing transcript, Pages 1

9   through 33 inclusive, was recorded by me stenographically at

10  the time and place aforesaid in Civil Action No. 04-10981-PBS,

11  In Re:  Neurontin Marketing, Sales Practices, and Product

12  Liability Litigation, and thereafter by me reduced to

13  typewriting and is a true and accurate record of the

14  proceedings.

15       In witness whereof I have hereunto set my hand this 17th

16  day of February, 2011.

17

18

19

20

21           /s/ Lee A. Marzilli

             _____
22           LEE A. MARZILLI, CRR
             OFFICIAL FEDERAL COURT REPORTER
23

24

25

**A**

able 4:3 11:25 12:8
  28:16
absolutely 7:1 9:11
  23:12
accept 4:4
accurate 34:13
action 3:3 4:15
  5:12 34:10
actions 8:19 10:2
activa 10:14
add 16:5
added 17:7
additional 17:17
  28:4
addressed 24:25
  29:21
adjourned 33:7
aforesaid 34:10
afternoon 3:6,10
  3:12
aggrieved 29:6
agreeable 6:5
agreement 9:22
  21:8
alba 20:2
alive 26:20
alleged 4:16
alleging 27:11
allow 14:5
allowed 7:23
ambulate 4:2
amount 29:20
analysis 26:11
answer 27:10
anticipated 17:6
anybody 18:11
anyway 12:11
  28:22
apologize 16:3
appear 28:21
applicable 24:18
application 3:19
apply 18:10
approach 8:22
  32:17
approximately
  5:21 11:9 13:12
area 17:20 26:24

areas 6:11,15
arent 29:5
arps 2:8 26:1
arthur 2:8 3:12,12
asked 4:1 12:25
  22:10
assuming 30:6
attempt 4:17,22
attempted 26:19
attempts 26:22
attention 3:19
attorney 3:23
attorneys 27:2
average 20:19
aware 5:23 21:12
awful 28:2

**B**

b 1:10 2:3,8
back 5:5,25 6:15
  8:24 10:23 12:22
  22:8,19 23:10
  26:5 27:23
backseat 16:15,15
banged 22:4
banging 22:1
bar 8:23 32:18
based 4:3 9:17
  27:13 28:8
basic 20:7
basically 18:10
  24:12,16
bed 32:11
beginning 21:15
behalf 3:11,13
belbruno 3:24
believe 8:17,25
  12:6 19:3 22:8
  24:12,20 26:22
  30:19 32:15
best 4:10 30:20
better 10:20
beyond 30:16
big 16:5,7 26:2
bit 7:23 13:21 15:4
  17:11 25:15
blind 4:2,22 6:13
blindness 4:16,21
bloomberg 8:25

bluntly 27:1
boone 12:20 16:15
  18:3 27:5
boston 1:18,25 6:9
  33:4 34:4
brandnew 12:4
bring 3:18 31:14
broadway 2:4
brought 4:10 27:11
  31:18
build 21:19
burden 25:23,24

**C**

c 2:1 3:1 34:1,1
ca 1:4
california 23:5
call 12:24
cant 18:23 19:7
  20:11 22:21 30:14
care 9:14 29:8,9,11
  32:14
caring 29:8
case 4:15 5:2,16
  9:18 10:21 16:13
  20:16 27:14 30:3
cases 3:15 5:13,14
  6:9,17,18,20 7:10
  8:18,23 9:4,6,8,20
  9:21 10:17,25
  11:1,10 12:4,6,12
  13:10,12,12,23,24
  13:25 14:2,11,19
  15:5,15 16:19
  17:5,10 18:3,7,7
  18:11,18,18 19:4
  19:13,19 20:11,12
  21:6,14,23 23:18
  23:20 24:2,10,13
  24:17,19 25:8,10
  25:12 26:14,15,16
  27:6,10,12,13,18
  28:2 29:16,21
  30:13,14,17 31:2
  31:11,24,25
casespecific 6:4,18
  7:5 27:13
categories 20:21
  27:22

category 14:17
catherine 2:8 3:10
  22:22
causation 6:4,18
  24:8
certain 12:19 14:25
  22:12
certainly 6:24
  18:24 23:19 29:20
  30:25
certify 34:8
cetera 25:9
changed 29:23
cheffo 22:10
chronological 20:3
city 34:4
civil 3:3 34:10
claim 4:12
claims 13:3 26:12
  27:9,12
clerk 3:2
cluster 8:14,16
  18:17
clusters 18:6
come 12:8 25:16
  30:1 31:9
coming 33:4
committee 3:7 22:8
  24:21,23 31:14
complete 20:1
completed 7:19
  13:13,19 19:14,16
  19:17
compliant 4:11
concrete 14:4
conditions 4:13
confer 23:10
conference 1:9 9:3
  13:1 32:22
conservative 15:17
consult 16:17
contacted 3:24
contribute 28:11
contributed 4:13
control 5:14
coordinating 25:3
correct 7:14,16 8:9
  8:13 14:8 19:9
  20:15 24:14,15

25:2 27:20 28:1
  30:9
correspondence
  13:21
counsel 3:5 8:8
counsels 5:12
country 6:2,10,17
  11:23 29:17
course 3:14
court 1:1,17,23,24
  3:4,14,22 4:1,6,10
  4:12,19,23 5:1,4,8
  5:11,14,15,18 6:8
  6:21,25 7:2,8,11
  7:15 8:4,6,14,24
  9:2,4,9,12,13,14
  9:19,20,22,25
  10:2,8,10,12,15
  10:19 11:2,7,12
  11:14,16,18 12:1
  12:3,7,10,16,18
  12:22,25 13:6,9
  13:15 14:1,5,12
  14:15,17,20,23
  15:3,8,24 16:4,10
  18:6,15,21,25
  19:2,6,11,14,21
  20:2,3,5,7,16,18
  20:24 21:2,7,10
  21:16,22 22:1,3,5
  22:14,19,23 23:1
  23:12,14,16,21,25
  24:6,12,16,23,25
  25:7,12,23 26:2
  26:19,24 27:16,23
  28:7,20 29:3,11
  29:22,25 30:7,10
  30:15 31:4,9,14
  31:17,20 32:11,17
  32:21,23 33:4,6
  34:3,7,22
courthouse 1:17,24
courtroom 1:17
courts 3:17,18,25
  4:11 9:18 13:1
  20:1 26:5
crates 30:1,2
crr 34:22
cycle 16:5

**D**

d 3:1
daubert 24:6 26:11
day 29:1 31:11
  34:16
days 6:6,6 14:8,23
  16:1 17:5,10,15
  18:8 32:1,5
deadline 8:3
deal 12:20 23:14
  30:4
dealing 6:17
december 22:8
  31:16
decide 18:8
decision 9:18 17:5
  29:12
decisions 25:3
defend 21:5
defendant 2:7 8:20
  12:4
defendants 11:17
defense 5:12 31:8
definitely 14:25
depos 13:19 20:22
deposition 16:1
  28:17,18,22,25
  30:24,25
depositions 13:14
  13:16,18 15:6,11
  15:12,15,22 16:9
  17:10,12,13,14,16
  17:17,17 19:16,21
  21:18 25:14 27:14
  27:18,21,23 28:13
  31:23 32:1
depression 28:10
developing 19:13
didnt 7:7 10:17
  16:2 23:25 27:10
  28:14
different 11:23
  31:6
diligently 5:13
direction 21:5
disabled 6:13 25:15
disclosure 10:6,6
discovery 6:3,3 7:9
  7:15,17,20 8:2,7

8:11 9:7 10:3,5,25
  11:4,16,19 13:13
  15:4 16:12 19:3,6
  19:15,17,17,18
  20:2,7,9,10 25:5
  25:21 26:10 27:24
  28:2,3,4,21 30:16
  30:23
discuss 8:23
discussed 12:14
  22:13 32:18
discussion 31:12
dismiss 14:5 17:2
  18:25 28:19
dismissal 9:5 12:13
  32:19
dismissing 13:23
  14:13
dispositive 11:5,20
  30:4
district 1:1,1,10,17
  1:24 34:3,4
docket 3:19 9:10
doctor 15:20,22,23
  20:13
documents 30:2
doing 20:9
dont 3:16 4:24 9:14
  9:15 10:22 11:7
  12:1,18 14:15,18
  16:10,12,12 18:15
  19:23 20:10 21:11
  22:22 24:12 25:16
  26:6,12,25 28:5,6
  28:12,18 29:3
  30:3 31:25 32:15
dooming 6:8
dream 24:1

**E**

e 2:1,1 3:1,1 34:1,1
eager 3:15
ear 25:7
earlier 13:15 19:25
  32:18
easier 6:11
easiest 5:5
ecf 9:13
effect 4:21

effects 4:20
efficacy 27:11
efficiency 5:15 6:16
  6:16 12:7
efficient 29:20
efficiently 5:13
effort 23:8
eight 8:1 11:10
eighty 13:12 14:10
  16:18
either 17:2 27:24
  28:19 31:1
eliminate 6:19
ends 32:14,16
engaged 20:24 31:7
entertained 11:16
entire 22:10
envision 11:9
equivocal 13:8
eric 22:15 23:4
escaping 23:6
esq 2:3,5,8,8
essentially 6:8
  20:16
estimate 15:17
  23:17
et 25:9
eve 10:5
evening 3:25
event 15:14
everybody 23:9
exactly 11:11 13:24
example 13:16 18:1
excused 13:3
experience 28:4
expert 6:4 10:5,6
experts 6:19 7:5,7

**F**

f 2:8 34:1
fact 4:16 10:24
  11:16 24:10
factual 27:13
fair 20:18,18 27:7
fall 30:18
familiar 4:14 22:24
families 26:20
far 5:16 15:24
farm 23:9

fashion 20:4
february 1:18 3:18
  15:11,13 34:16
federal 34:7,22
feel 29:6
fifteen 13:16 14:19
  15:25 17:10,15
figure 6:6,18 13:24
  17:12 21:18 25:17
file 7:6 25:18
filed 5:3,23 7:2
  9:13 19:24 28:3
finalize 14:8,23
finalized 27:8
find 7:5 28:5,16
  29:3,3
fine 12:2
finkelstein 2:3 9:4
  18:7 21:13 26:16
  26:18 27:5 28:3
firm 3:21 13:22
  14:3 16:6,6 17:23
  21:13 25:25 26:2
  26:16,18 27:5,6,8
  28:3 31:10,25
  32:12
firms 18:18,19 21:3
  31:1,12,17,18
first 24:10
five 7:24 8:21 11:1
  11:10,22,23 17:8
  26:14
flag 8:4
flom 2:8
floor 2:4
following 22:7
foregoing 34:8
forget 15:9
form 6:24
formally 27:8
forth 19:3 30:19
forty 14:11
fortyeight 16:24
  17:4
forward 4:1,5 6:7
  6:19 9:20 10:2,4
  11:21 14:25 15:2
  16:14,22,25 17:1
  18:12 29:14

found 28:8,13
four 2:8 7:24 17:18
  21:16
frame 6:5
freedman 24:3,25
freeway 2:5
frigid 33:4
fromson 2:3 3:6,7
  3:16,17 4:8,14,21
  4:24 5:2,10 8:18
  8:19 9:7,11,17,24
  10:1,9,11,13,16
  10:24 11:4,9,13
  11:15,19 12:2,6
  12:14,17,21,24
  13:4,8 19:2,9,12
  19:23 21:24 22:2
  22:6,17,21 24:8
  24:20,24 25:2
  27:4 29:19,24
  30:3,9,19,25 31:6
  31:13,18,22 32:17
  33:2
fromsons 8:23
front 11:22,22
  23:24
fruitful 22:7
full 16:5

**G**

g 3:1
gabapentin 8:20
  11:11
gain 27:11
general 24:8,20
  30:5,7
generic 8:20 9:6,7
  9:20 11:10
generically 9:25
  10:1
generics 9:16 10:4
  10:8 11:3,8 25:9
  29:16
geographic 17:20
getting 4:6 13:15
  15:22,23
gibbons 24:18
give 16:10 18:22
given 10:24 16:4

21:18
global 5:10 22:9
   31:14,19
go 6:14 8:23 9:19
   10:2,3 14:5 16:25
   22:19 23:3,4,4,25
   24:17,19 27:23,25
   29:12,14 30:10
goes 5:10
going 4:1 5:24 6:12
   9:5 12:1,10,11,12
   13:6,22 14:25
   15:2,8,15 16:10
   16:12,16,21,25
   17:1,2 18:11,12
   22:12 23:2,18
   24:17,18 25:8,9
   29:8,13 30:17,22
good 3:6,10,12 15:7
   33:5
governing 30:16
great 23:5
green 22:15 23:4
group 5:11 28:9
guidance 5:23
guy 23:5

**H**
hand 18:23 34:15
handful 26:13
   27:19
happen 21:2
happened 22:12
happy 20:4
hard 14:18 32:12
hardships 4:3
hasnt 24:25
hassle 15:23
havent 7:9 24:1
   28:20 31:4,7,8
heads 22:1,4
hear 3:15
heard 3:4 4:19,20
   12:22 32:12
hearings 28:10
helping 21:22,24
hereunto 34:15
hes 5:6
home 6:11,15 27:23

honor 3:17 4:14 5:7
   5:17 8:19,22 9:1,7
   9:11,24 10:9,11
   10:24 11:13,15
   12:2,24 13:20
   15:25 17:3,21,24
   18:4,23 19:2,9
   20:8 21:1,12,20
   22:2,17 23:11,15
   23:19,24 24:8,14
   24:15 25:4,20
   26:7 29:10,19
   30:19 31:21,22
   32:6,16 33:1,2,3,5
honorable 1:10
honors 3:6,10 5:22
   6:5
hope 4:8
hoped 5:25
hoping 7:5 25:20
   29:4
housekeeping 4:25
houston 2:5 3:9
hundred 30:17

**I**
id 4:20 11:2 26:4,14
   31:13
identical 30:5
identified 15:2,19
   26:10
identify 3:5 25:22
iii 2:5
im 3:8,8 5:19 6:23
   9:5 10:9,19,22
   12:1,10,10,12
   16:2,10,12 17:12
   19:9 20:4 22:23
   22:24 25:8,9,9,14
   25:17,24 26:2,6,7
   27:1 28:7 29:1
   31:4
immediately 5:25
impression 30:22
inclusive 34:9
increase 28:9
indicated 13:22
individual 12:4,6
   29:16

individualized
   27:24
individuals 27:10
influence 9:19
information 27:15
   28:23
informative 32:20
initial 19:17
initially 5:24
injuries 26:10,11
   26:12,17
injury 4:16
instances 15:21
instantly 14:15,20
   14:20
intend 6:19 14:3,9
   21:5
intending 6:7 7:6
intends 4:5 5:11
intention 4:1
interested 31:2,8
   31:17
interesting 4:19
interrupt 16:3
introduce 21:10
involve 31:12
involved 22:25
   27:12
involving 10:21
   11:10 27:10
isnt 4:21 18:14
issue 9:5 11:5 24:18
   24:20 25:1 29:21
   31:6
issues 11:24 24:6
   26:14 30:5,8
ivax 10:14
ive 4:19 10:20
   11:12 28:8,12
   30:7 32:11

**J**
james 2:5 3:8
january 8:3 10:6
jersey 5:2,3,5,8
judge 1:10,13 3:14
   5:19 7:13,18,22
   8:7,10,18,21
   12:15 13:3,4

15:11 16:16,18,21
   16:24 17:4,9,19
   17:22,25 18:5,14
   19:18 20:12,21
   22:21 23:3,4 24:3
   24:25 25:10 26:9
   27:17,21 28:17
   30:12,24 31:23
   32:5,8
judges 11:23 22:16
judgment 7:2,7
   11:21 25:18 27:25
   30:1
judicial 6:16
july 11:6 12:9
june 11:6 12:8
jurisdiction 20:1
jury 24:3

**K**
katherine 2:8 3:12
keep 10:15 12:1
   25:9
kenneth 2:3 3:6
kept 12:7 28:20
kill 29:7
killed 26:21
kind 20:10
kingston 2:4
knew 21:14
know 10:22 12:1,18
   14:12,24 15:9,19
   16:10,14,21 18:8
   18:15 19:23 21:11
   21:17,17 22:22
   25:4 26:6,25 27:4
   28:6,12 29:7 31:1
   31:15
knowledgeable
   11:24

**L**
lack 19:1 27:11
   28:19
lagged 13:20 17:11
late 19:25
law 2:5 3:8,21
   13:22 14:3 17:22
   18:18 27:5 28:3
   31:1,12,25

lawyer 4:6 28:16
lawyers 8:11 16:8
   25:11,13,16 30:13
   30:14
lays 20:3
learned 27:15
leave 12:11
lee 1:23 34:7,21,22
left 4:22 28:15
   31:11
leo 1:12
letter 3:23
liability 1:5 3:3
   34:12
life 29:22
lifted 10:3
light 24:9
limitation 32:1
list 6:22,23,25
   12:12 14:2,8
   18:22
litigate 6:11
litigation 1:5 3:3
   22:10 29:15 34:12
little 7:23 13:21
   15:4 17:11 23:16
   25:15
llp 2:3,8
located 17:23
long 3:23 21:13
looked 5:25
looking 22:23
   23:16
loose 32:14,16
lot 28:2

**M**
m 1:18 33:7
ma 1:25
maam 13:11 14:14
   14:16,22 15:1,7
   18:13
magistrate 1:13
   22:15 23:3
maintain 5:14
majority 19:20
   26:15
makers 10:13
making 17:5 23:8

manage 5:13
managed 5:15
manufacturer 11:10
manufacturers 8:20
manufactures 10:8
mark 12:11
marketing 1:5 3:2 34:11
marzilli 1:23 34:7 34:21,22
massachusetts 1:1 1:18 24:13 34:4
matter 4:25 6:10,15 24:22 32:18
matters 27:13
mdl 10:23 29:18
meagher 2:8
mean 6:12 11:7 16:2 17:16 19:7 21:7,24 23:2
meaning 22:9
mediation 21:19 22:6,7,13 23:2 31:9
mediator 21:11 22:5,14,17,24 23:11
meet 31:15
mensing 9:18
mention 4:7,8 13:6
message 4:10
mind 26:15
miscellaneous 18:19 21:3
moment 23:6 30:15
monday 14:21 23:12
month 17:11,18 32:2,5
months 15:18 16:5 17:13,18 21:16,17 21:17
motion 5:23 7:7,22 11:5,20,21 12:8 24:21,23 30:4
motions 25:18 29:25

move 4:5 6:7,19 28:19 32:7
moved 3:21 26:3 28:20
moving 11:20 13:17 15:7,25 16:14 21:5
mutual 21:8

**N**

n 2:1 3:1
name 3:24 23:6
necessarily 11:4
need 6:14 24:17 28:21,23
needed 13:1
neurontin 1:5 3:2 4:12 10:21 34:11
nevertheless 11:16
new 2:4,9,9 5:2,3,5 5:7,8,8 22:18 23:7 23:21,23 24:4,5,7 24:9 27:15
newton 2:5 3:9
nine 15:18,24 16:4 16:11 17:13 21:17
noshows 19:8
notice 16:11
noticed 28:13
number 6:20 13:23 14:4,10,18,25 17:7,8 18:20 21:18 27:4
numbers 6:1 9:10

**O**

o 3:1
objection 13:7 21:21 31:1
obligation 31:15
obligations 19:5
obviously 4:15 5:16 9:19 15:21 24:12
october 22:6,7
odd 7:18
office 32:11
offices 2:5 3:9
official 1:23 34:7 34:22
oh 19:2,7,7,11,11

19:11 25:12
okay 5:18 8:6,14 12:22 13:9 21:7
once 25:13
ones 14:1,24 15:3 17:1 24:10 25:14
opposed 19:24 26:12
opposition 13:7
order 3:18,20,25 4:11 9:5,15 10:5 12:13,25 13:2 16:1 18:9 20:3 27:19 30:20,21 31:3 32:19
ordered 3:22
original 15:12 20:1
originally 5:3 12:9 26:16
overlap 18:1

**P**

p 1:18 2:1,1 3:1 33:7
pace 15:7 16:1 32:8 32:10
pages 1:5 34:8
paragraph 3:20
parallel 31:25
part 29:8
particular 3:21
particularly 16:7
parties 9:23 11:20 31:7
partners 2:3
patti 1:10
pending 9:18,20 18:19 24:22
people 5:20 8:15 14:5 17:13 19:14 20:25 25:15 26:19 26:20 27:22 28:9 28:12,14 29:4,6 31:10
person 22:20 23:7 28:25
pfizer 3:11,13 5:17 10:10,12,16,21 22:21

physician 20:13
physicians 18:1
pick 29:25
picking 10:22
picture 5:11
place 10:5 11:1 34:10
plaintiff 3:7,21 10:1 13:19 15:20 20:14
plaintiffs 2:2 3:16 3:24 5:12,22 6:7 7:19 8:1,17 17:19 20:14 28:5
plan 5:12
play 9:25
playing 25:7 26:6
plays 24:2
please 3:5
point 15:1 28:6 32:13
portion 8:11
positive 25:9
possible 4:11 6:13
possibly 11:22
potential 22:11
practical 6:10
practice 11:5,20 12:8 30:5
practices 1:5 3:3 34:11
prescribers 20:17
prescribing 15:20 15:22 18:1 20:13
present 3:23 13:11
pretty 15:7
previous 20:3 31:3
previously 10:4
prior 8:10
privately 21:8
pro 4:2,5 5:12,20 5:21,24 6:9,13 7:10,19 8:2 14:6 18:7,9,9,11 25:7 25:14 26:16 27:17 28:6
probably 8:16 11:24 14:19 25:13 26:14

proceed 6:7 7:6 14:3 15:15 27:24 28:6
proceeded 26:11
proceeding 13:24 23:20
proceedings 34:14
process 19:4 20:25 22:13
produce 7:7
product 34:11
products 1:5 3:3
progresses 29:2
proposal 6:2 22:9 25:21 31:14,19
prosecution 19:1 28:19
provide 9:13
provided 22:9
pull 30:21
purposes 12:7
put 25:23,24 29:5

**Q**

question 12:11 16:25 27:9 30:12
questions 22:11 32:13
quick 29:4
quickly 7:6
quite 25:5

**R**

r 2:1 3:1 34:1
rainbow 23:18 28:16
reach 31:11
ready 11:5 16:16
realizing 6:1
really 6:7,19 18:14 20:5 26:25 28:5 29:4,6
reason 13:20 20:11
reasonable 21:18
recall 30:14
received 3:25
recess 32:24
recommend 5:9
record 3:5 8:23 9:3 12:15 22:13 32:22

34:13
recorded 34:9
reduced 34:12
reducing 14:10
referencing 12:14
relate 4:1
related 4:17
relates 32:19
relationship 21:13
21:14
relatively 28:25
relayed 9:12
relying 31:3
remain 26:15
remaining 13:12,17
14:24 18:17 20:11
23:20
remains 20:12
remand 19:4,12,13
19:15,25 30:6,22
remanded 25:13
31:2
remember 11:7
15:13 22:15
remind 11:7 31:13
remiss 19:5
rep 13:18 15:20
20:13
report 6:5
reporter 1:23 34:7
34:22
represent 10:10
representation 4:5
representations
14:9
representative
20:14
represented 8:8
request 4:4
required 13:15,18
resides 5:2
resolution 22:9,11
31:7,8,15,19
resolve 11:5 12:8
resolved 24:6,9
respect 3:17,19 9:4
15:5,6 30:13
respectfully 4:4
respond 8:2

responded 26:3
response 12:25
rest 7:24 8:7
result 4:22
reviewed 13:1
right 5:6,22 6:15
7:15 9:2,10,22
11:3,18 12:18
15:13 16:19 17:25
20:23 21:6 22:7
24:13 27:3,7,16
27:19 28:10 29:10
31:22 32:23,24
room 1:24
round 6:3
rules 10:2

─── S ───
s 2:1 3:1 34:21
sales 1:5 3:2 13:18
15:20 20:13 34:11
saris 1:10
schedule 10:25
11:19 15:12 16:4
19:12,24 20:10
21:19 25:5 30:15
31:10
scheduled 12:9
13:16 15:22,23
schedules 19:3
scheduling 16:1
schwartz 2:5 3:9
8:17 13:9,22 14:3
16:14 18:11 20:10
20:25 25:8 27:6
31:10,25
science 11:11,12
26:25 28:8,9
se 4:2,5 5:12,20,21
6:9,13 7:10,19 8:2
14:6 18:7,9,9,11
25:7 26:16 27:17
28:6
see 4:23 9:2 17:25
18:5 20:10 24:2
26:3
selfishness 23:17
send 3:23 5:5,25
6:25 12:12 20:2

26:5
sense 16:17 25:18
sent 10:23 19:25
serve 28:4
ses 5:24 25:14
set 11:19 19:3
24:11 30:15,15,19
34:15
settle 31:5
settled 19:18
settlement 20:24
29:5
seven 11:1 16:8
sevenlawyer 32:1
shes 8:25 14:8
ship 20:6
short 3:23
shouldnt 9:15
10:22
show 28:14,18 29:5
29:8
showing 28:24
shown 18:21
side 3:16 4:20,21
8:23 32:18
sidebar 9:3 32:22
simple 28:25
sir 16:20,23
sitting 8:24
six 11:22,23 15:18
15:24 16:4,11
17:13 26:14 29:25
skadden 2:8 26:1
slate 2:8
small 17:7 29:20
somebody 11:14
26:5
somewhat 4:10
sorokin 1:12 3:14
5:19 7:13,18,22
8:7,10,18,21 13:3
15:11 16:16,18,21
16:24 17:4,9,19
17:22,25 18:5,14
19:18 20:12,21
23:4 25:10 26:9
27:17,21 28:17
30:12,24 31:23
32:5,8

sorry 10:9 16:2
sort 25:14 26:2
28:15
southwest 2:5
speak 22:21
specific 4:24
specifically 6:4
speed 13:14
spread 6:1 17:20
17:21
spring 26:15
square 2:8
sr 2:5
ss 34:4
stake 23:7,8
stand 7:25 32:24
started 23:24 24:1
starting 11:2
states 1:1,10,13,17
1:24 9:17 34:3
statistic 25:1
status 1:9 3:15
stay 10:3 17:15
stayed 9:8,20
steering 3:7 22:8
24:21,23 31:14
stegall 2:5 3:8,8
13:11 14:7,14,16
14:18,22 15:1,6
15:17 16:2,7,20
16:23 17:3,6,15
17:21,24 18:13
21:9,20 22:24
24:15 33:1
stenographically
34:9
step 27:17
stevens 2:8 3:10,11
5:7,21 6:14,23 7:1
7:4,9,12,14,16,21
8:1,5,9,13,16,22
8:25 13:20 14:2
15:25 18:3,17,23
19:16,20 20:8,15
20:17,19,23 21:1
21:4,12,21 22:4
23:10,13,15,19,23
24:5,14 25:4,20
26:1,7,13,22

27:20 28:1,24
29:10 31:21 32:3
32:6,10,15 33:3,5
stick 12:10 14:9
story 3:23
struggling 25:15
stuff 23:6 29:7
submit 6:2,24
18:24 25:21 30:21
substantial 6:20
13:23
suddenly 20:6
suffers 4:17
suggest 5:14
suggested 5:24
23:11
suggestion 19:24
21:20
suicidality 28:11
suicide 4:17,22
26:13,20
suiciderelated
26:14,17 27:9,12
summary 7:2,7
11:21 25:18 27:25
30:1
supplement 7:24
support 26:25 28:9
supposed 15:9
19:10,22
supreme 9:17 10:2
sure 4:9 6:23 9:9,12
9:14 12:10 14:12
27:1 29:1
suspect 32:6

─── T ───
t 1:12 34:1,1
take 16:12 27:10,18
28:17,18,22
taken 13:18 16:14
32:14
tales 32:12
talk 21:10,10 29:13
talked 21:7
talking 17:16
tell 10:20
template 7:13,15
7:19 8:2 13:13

19:6,17,18 26:10
 30:16,22
ten 14:19
terms 9:19 19:3
texas 2:5
thank 3:14 13:4
 23:15 32:24 33:1
 33:2,3,4,6
thats 4:20 5:16 7:4
 7:14,16 8:9,13
 11:15 12:2,9
 17:18 18:14 19:9
 20:15,23 21:8
 23:19 24:14,15,20
 25:2,20 26:22
 27:7,20 28:1,7
 31:6,7
theory 15:13 17:16
theres 7:15,22
 15:21 16:7,8
 17:25 18:3,18
 20:17 23:5 26:13
 27:4 28:8 31:7
theyre 6:9,10,12
 12:6 17:21,22
 18:25 19:8 25:15
 29:6,8
theyve 19:17 28:20
thing 5:4 16:13,16
 23:2 28:25
things 22:12
think 5:10 6:14,15
 15:3,11,14 16:14
 17:14 18:10 20:8
 24:16 27:6,7 28:1
 28:24 30:3,10,16
 30:20 31:2 32:3,4
 32:19,24
thinking 10:19
 25:8 26:2,7 28:7
thirty 5:21 6:22,25
 7:18 18:18
thirtyeight 18:20
 19:19 25:10,12
 30:13,14 31:24
thirtyfive 14:10
 17:9,10
thirtytwo 15:2
 16:21 17:7 31:11

thought 32:8
three 13:16 16:8
 17:8 20:16,20,21
 20:21 24:1 27:22
time 4:2 6:5 7:23
 10:16 16:17 20:9
 32:17 34:10
times 2:8
today 3:22 4:10
total 16:8
track 32:4
transcript 34:8
transfer 10:17
transferor 20:6
transferred 29:17
transferring 10:19
traveling 6:16
treating 13:19
trial 23:18,21,23,24
 24:2,11,17,19
 25:6
trickle 27:7
tried 29:7 31:5
true 11:15 34:13
try 16:13 23:2
trying 13:24 17:12
 25:17,23,24
twilight 29:14
two 23:25
types 26:10
typewriting 34:13

U

ultimate 25:6
ultimately 6:14
unable 4:2
underlying 11:17
understand 4:23
 12:2 14:4 28:24
 29:22,24
understanding
 13:5 19:4 21:4
unfair 20:5
united 1:1,10,13,17
 1:24 9:17 34:3
universe 17:4
use 11:14
useful 29:13
usually 16:5

V

valentine 23:16
vary 20:19
venue 24:9
vested 23:7,8

W

want 4:9 9:12 21:2
 22:19 23:1 28:5
 32:7,24
wants 20:2
wasting 14:24
way 1:17,24 6:6 7:8
 9:9 31:1
ways 25:5
wed 21:21 28:4
wednesday 23:13
 23:14
week 3:25 12:24
 27:19
weekend 33:5
weeks 13:17
weight 27:11
went 22:6
weve 9:14 13:14
 16:13 22:12 24:3
whatevers 28:15
whats 8:14 30:20
whereof 34:15
whos 8:24 23:5
willing 29:5
win 28:11
withdraw 17:2
withdrawal 3:22
 8:10
withdrawals 27:5,8
withdrawing 27:6
withdrawn 26:18
withdrew 4:15
 27:12
witness 34:15
wondering 5:19
wont 29:5
words 6:12 25:24
work 29:5 32:12
working 16:8
worried 31:4
worse 10:20
wouldnt 6:11

writing 13:7
written 7:16 11:12

X

Y

years 20:6
yesterday 3:24
york 2:4,9,9 5:7,8
 22:18 23:7,21,23
 24:4,5,7,9
youd 12:7 27:21,23
 27:24,25 30:6
youll 15:14 28:21
youre 5:6 6:8 12:11
 12:14 14:13 15:5
 15:15 16:21 17:1
 17:1,5 25:23
youve 7:11 16:11
 16:15,18 29:21,22
 31:24

Z

0

02210 1:25
0410981 3:4
0410981pbs 1:4
 34:10
07 1:18

1

1 1:5,17,24 3:20
 34:8
10036 2:9
11 1:18
120 17:14
12401 2:4
15 17:17 32:5
17th 34:15
19 1:17
1911 2:5
1996 10:21

2

2 1:18 33:7
2010 30:20
2011 1:18 3:18 11:6
 19:25 34:16
23 10:6

24 10:6

3

30 14:7,23 17:5
 18:8
31 8:3
3164 3:20
32 14:2
33 1:5 34:9
3456787 1:25
3rd 2:4

4

43:18
43 33:7
45 6:6

5

6

60 6:6 14:7 17:14
 17:16
60day 9:5,15 32:19
617 1:25

7

7200 1:24
77098 2:5
785 2:4

8

9

90 17:14,14