UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES PRACTICES,
       AND PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

ALL CLASS ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HARDEN MANUFACTURING CORPORATION;
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,
dba BLUECROSS/BLUESHIELD OF LOUISIANA;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL
52 HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA; JAN FRANK WITYK; and GARY
VARNAM, on behalf of themselves and all others similarly
situated, v. PFIZER INC. and WARNER-LAMBERT
COMPANY.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T.
Sorokin

## DEFENDANTS' ANSWER TO FOURTH AMENDED CLASS ACTION COMPLAINT

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants"), by their

undersigned counsel, answer Plaintiffs' Fourth Amended Class Action Complaint as follows: [1]

---

[1] Plaintiffs previously included in their Third Amended Class Action Complaint numerous allegations that related to claims that have been dismissed and have, similarly, reasserted claims in their Fourth Amended Complaint that have been dismissed. In their answer to the Third Amended Class Action Complaint, Defendants attempted to identify each such allegation and claim and to respond accordingly. Whenever this answer to Plaintiffs' Fourth Amended Class Action Complaint refers to claims that have previously been dismissed, Defendants intend to refer to claims that were dismissed as to *all* plaintiffs prior to the Third Amended Complaint. To the extent Defendants did not succeed in identifying every such allegation and claim, they have denied and continue to deny any obligation to respond to any dismissed claim or any allegation relating to a dismissed claim and have denied and continue to deny that any such allegation or claim is valid or at issue. On December 10, 2010, the Court granted Defendants' motion for summary judgment as to Plaintiffs Harden Manufacturing Corporation, Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana ("BCBSLA"), International Union of Operating Engineers, Local No. 68 Welfare Fund, ASEA/AFSCME Local 52 Health Benefits Trust, Gerald Smith, Lorraine Kopa, Jeanne Ramsey, and Carolyn Hollaway. (12/10/10 Mem. & Order [3154].) The Court denied Defendants' (…continued)

<u>**NATURE OF THE CASE**</u>

**I.     <u>INTRODUCTION</u>**

1.     Deny the allegations in paragraph 1.

2.     Deny the allegations in paragraph 2, except admit Pfizer markets and sells Neurontin, that the FDA approved Neurontin for labeling as safe and effective for adjunctive therapy in the treatment of partial seizures in patients with epilepsy at dosages of 900 to 1800 milligrams per day, that in May 2002 the FDA also approved Neurontin for the management of postherpetic neuralgia, and that Warner-Lambert Company marketed and sold Neurontin until June 2000.

3.     Deny the allegations in the first sentence of paragraph 3.  The remainder of paragraph 3 are legal conclusions to which no response is required, and Defendants therefore deny such allegations.

4.     Deny the allegations in paragraph 4.

**II.    <u>PARTIES</u>**

5.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5, and therefore deny same.

_____

(continued…)
motion as to Gary Varnam and Jan Frank Wityk (*id.*) and subsequently permitted Plaintiffs to file this Fourth Amended Complaint, over Defendants' objection, to add Mr. Varnam and Ms. Wityk as plaintiffs.  Defendants file this answer subject to and without waiving the arguments set forth in their Memorandum [3192] and Reply Memorandum [3249-1] in support of their motion to preclude Mr. Varnam and Ms. Wityk from asserting individual claims and their prior objections to Class Plaintiffs' request to amend the Third Amended Class Action Complaint to add Mr. Varnam and Ms. Wityk as class representatives or plaintiffs.  (See Defs.' Mem. in Opp. to Renewed Mot. for Class Certification [1174-2] at 9 n.7, 42-43.)  Defendants further reserve their right to seek dismissal of Mr. Varnam and Ms. Wityk's claims based on Counsel's representations to the Court that: (1) the only purpose of their motion to amend was to maintain Mr. Varnam's and Ms. Wityk's status as proposed class representatives, and (2) if this Court's denial of class certification is upheld on appeal, Mr. Varnam and Ms. Wityk will not assert individual claims,  (*See* 2/7/11 Tr. [3288] at 3:24-6:12; *see also* Class Plaintiffs' Status Report Regarding Economic Claims [3308] at 5 ("If the First Circuit affirms the Court's denial of class certification as to a bipolar consumer subclass, Varnam and Wityk will dismiss their individual claims.").

6.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6, and therefore deny same.

7.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7, and therefore deny same.

8.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8, and therefore deny same.

9.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and therefore deny same.

10.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10, and therefore deny same.

11.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and therefore deny same.

12.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12, and therefore deny same.

13.      Admit the allegations in paragraph 13.

14.      Deny the allegations in paragraph 14, except admit that Warner-Lambert Company was a Delaware corporation, that prior to its acquisition Warner-Lambert Company was headquartered in New Jersey, that Warner-Lambert Company received FDA approval to market Neurontin in the United States in 1993, and that Warner-Lambert Company marketed Neurontin in the United States until June 2000.

## III.   JURISDICTION AND VENUE

15.      Paragraph 15 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 15.

16.     Paragraph 16 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 16.

17.     Paragraph 17 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 17.  Defendants incorporate by reference their Motion to Preclude Gary Varnam and Jan Frank Wityk from Pursuing Individual Claims or, Alternatively, to Sever and Transfer Their Claims Pursuant To 28 U.S.C. § 1404, supporting memorandum, and proposed reply memorandum in further support. [3191, 3192, 3249-1]

## IV.     FACTUAL ALLEGATIONS

### A.     Neurontin

18.     Admit the allegations in paragraph 18.

19.     Deny the allegations in paragraph 19 except admit that the FDA approved Neurontin for labelling as safe and effective for adjunctive therapy in the treatment of partial seizures in patients with epilepsy at dosages of 900 to 1800 milligrams per day and that in May 2002 the FDA also approved Neurontin for the management of postherpetic neuralgia.

20.     Deny the allegations in paragraph 20.

### B.     Parke-Davis's Deliberate Decision To Avoid FDA Approval And Market Neurontin Off-Label

21.     Deny the allegations in paragraph 21.

22.     Deny the allegations in paragraph 22 and refer to the patents for their contents.

23.     Deny the allegations in paragraph 23.

24.     Deny the allegations in paragraph 24.

25.     Deny the allegations in paragraph 25 and refer to the referenced document for its contents.

26.     Deny the allegations in paragraph 26 and refer to the referenced documents for their contents.

27.     Deny the allegations in paragraph 27 and refer to the referenced documents for their contents.

28.     Deny the allegations in paragraph 28 and refer to the referenced document for its contents.

29.     Deny the allegations in paragraph 29 and refer to the referenced document for its contents.

30.     Deny the allegations in paragraph 30, and refer to the referenced documents for their contents.

31.     Deny the allegations in paragraph 31, and refer to the referenced document for its contents.

32.     Deny the allegations in paragraph 32, and refer to the referenced document for its contents.

33.     Deny the allegations in paragraph 33.

**C.      Regulation Of Defendants' Marketing Practices And Restrictions
On Promotion Of "Off-Label" Uses For Prescription Drugs**

34.     Paragraph 34 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 34.

35.     Paragraph 35 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 35.

36.     Paragraph 36 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 36.

37.     Paragraph 37 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 37.

38.     Paragraph 38 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 38.

39.     Paragraph 39 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 39.

40.     Paragraph 40 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 40.

41.     Deny the allegations in paragraph 41.

42.     Deny the allegations in paragraph 42.

43.     Paragraph 43 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 43.

44.     Deny the allegations in paragraph 44.

**D.      The Promotion Enterprise**

45.     Paragraph 45 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 45.

46.     Paragraph 46 contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 46, except admit the allegations in the first sentence of paragraph 46.

### 1.      Peer Selling Sub-Enterprise

47.      Paragraph 47 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 47.

48.      Paragraph 48 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 48.

49.      Paragraph 49 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 49, except deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning the percentage of Neurontin prescribed for off-label conditions and therefore deny same.

50.      Paragraph 50 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 50.

51.      Paragraph 51 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 51.

52.      Paragraph 52 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 52.

### a.   The Role of Medical Marketing Firms

53.     Paragraph 53 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 53.

54.     Paragraph 54 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 54.

55.     Paragraph 55 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 55.

56.     Paragraph 56 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 56.

57.     Paragraph 57 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 57.

58.     Paragraph 58 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 58.

59.     Paragraph 59 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 59.

60.     Paragraph 60 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 60.

61.     Paragraph 61 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 61.

62.     Paragraph 62 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 62.

### (1)     Cline Davis

63.     Paragraph 63 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence in paragraph 61 and deny the remaining allegations in paragraph 63.

64.     Paragraph 64 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 64.

65.     Paragraph 65 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 65.

66.     Paragraph 66 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 66.

67.     Paragraph 67 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 67.

68.     Paragraph 68 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 68.

### (2)     **Thompson Physicians World**

69.     Paragraph 69 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence of paragraph 67 and deny the remaining allegations in paragraph 69.

70.     Paragraph 70 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 70.

71.     Paragraph 71 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 71.

72.     Paragraph 72 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 72.

73.     Paragraph 73 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 73.

74.     Paragraph 74 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 74.

75.     Paragraph 75 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 75.

76.     Paragraph 76 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 76.

77.     Paragraph 77 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 77.

78.     Paragraph 78 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 78.

### (3)   <u>Sudler & Hennessey</u>

79.     Paragraph 79 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 79 and deny the remaining allegations in paragraph 79.

80.     Paragraph 80 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 80.

81.     Paragraph 81 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 81.

82.     Paragraph 82 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 82.

83.     Paragraph 83 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 83.

84.     Paragraph 84 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 84.

### (4)     **MEDED/MEDCON**

85.     Paragraph 85 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, and last sentences of paragraph 85 and deny the remaining allegations in paragraph 85.

86.     Paragraph 86 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 86.

87.     Paragraph 87 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 87.

88.     Paragraph 88 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 88.

89.     Paragraph 89 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 89.

### (5)     **MES**

90.     Paragraph 90 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth

the allegations in the first, second, fourth, and fifth sentences of paragraph 88 and deny the remaining allegations in paragraph 90.

91.      Paragraph 91 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 91.

92.      Paragraph 92 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 92.

93.      Paragraph 93 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth the allegations in the first sentence of paragraph 91 and deny the remaining allegations in paragraph 93.

### (6)      HCC

94.      Paragraph 94 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 94.

### (7)      CME, Inc.

95.      Paragraph 95 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth the allegations in paragraph 95.

96.     Paragraph 96 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 96.

### (8)     Boron LePore & Associates

97.     Paragraph 97 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth the allegations in paragraph 97.

98.     Paragraph 98 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 98.

### (9)     CoMed

99.     Paragraph 99 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth the allegations in paragraph 99.

100.     Paragraph 100 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 100.

101.     Paragraph 101 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 101.

102.     Paragraph 102 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 102.

103.     Paragraph 103 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 103.

**b.**     **The Role of Physicians**

104.     Paragraph 104 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 104.

105.     Paragraph 105 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 105.

106.     Paragraph 106 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 106.

107.     Paragraph 107 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 107.

108.     Paragraph 108 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 108.

109.     Paragraph 109 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 109.

110.     Paragraph 110 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 110.

111.     Paragraph 111 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 111.

112.     Paragraph 112 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 112.

    **2.**     **Publication Sub-Enterprise**

        **a.**     **Introduction**

113.     Paragraph 113 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 113.

114.     Paragraph 114 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 114.

115.     Paragraph 115 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 115.

b.    **MES and AMM/Adelphi**

116.    Paragraph 116 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 116.

117.    Paragraph 117 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 117.

118.    Paragraph 118 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 118.

119.    Paragraph 119 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 119.

120.    Paragraph 120 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 120.

121.    Paragraph 121 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 121.

122.    Paragraph 122 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 122.

c.     **MAC**

123.    Paragraph 123 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 123.

124.    Paragraph 124 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 124.

125.    Paragraph 125 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 125.

126.    Paragraph 126 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 126.

127.    Paragraph 127 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 127.

128.    Paragraph 128 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 128.

129.    Paragraph 129 contains allegations that relate to a claim or claims that have been dismissed and contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 129.

130.     Paragraph 130 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 130.

131.     Paragraph 131 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 131.

### d.    Misrepresentations And Misleading Statement In Articles Created Or Controlled By The Publication Enterprise

132.     Paragraph 132 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 132.

133.     Paragraph 133 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 133, and refer to the referenced article for its contents.

134.     Paragraph 134 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 134.

135.     Paragraph 135 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 135, and refer to the referenced draft for its contents.

136.     Paragraph 136 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 136, and refer to the referenced abstract for its contents.

137.     Paragraph 137 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 137, and refer to the citation published in the Drugdex Drug Information System for its contents.

138.     Paragraph 138 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 138.

139.     Paragraph 139 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 139.

    **E.**    **Defendants' Use Of The Entire Off-Label Promotion<br>Enterprise To Make False Statement To Physicians**

    **1.**    **Introduction**

140.     Paragraph 140 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants state that, to the extent paragraph 140 asserts legal conclusions, no response is required, and Defendants therefore deny same.  Defendants deny any remaining allegations in paragraph 140.

141.     Paragraph 141 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 141.  To the extent paragraph 141

asserts legal conclusions, no response is required, and Defendants therefore deny same. Defendants deny any remaining allegations in paragraph 141.

142.     Paragraph 142 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 142.

143.     Paragraph 143 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 143.  Paragraph 143 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 141.

144.     Paragraph 144 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 144.

> **2.      False and Misleading Statements About Pain, Including Non-Neuropathic Pain and Neuropathic Pain (Other Than Postherpetic Neuralgia)**

145.     Paragraph 145 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 145, and refer to the referenced manual for its contents.

146.     Paragraph 146 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 146.

147.     Paragraph 147 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 147.

148.     Paragraph 148 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 148, and refer to the referenced documents for their contents.

149.     Paragraph 149 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 149.

150.     Paragraph 150 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 150, and refer to the referenced results and report for their contents.

151.     Paragraph 151 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 151.

152.     Paragraph 152 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 152.

153.     Paragraph 153 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 153, and refer to the referenced amended application for its contents.

154.    Paragraph 154 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 154, and refer to the referenced documents for their contents.

155.    Paragraph 155 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 155.

156.    Paragraph 156 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 156.

157.    Paragraph 157 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 157.

158.    Paragraph 158 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 158.

159.    Paragraph 159 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 159.

160.     Paragraph 160 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 160.

### 3.     Representations Regarding Restless Leg Syndrome (RLS)/Periodic Limb Movement Syndrome (PLMS)

161.     Paragraph 161 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 161.

162.     Paragraph 162 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 162.

163.     Paragraph 163 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 163.

164.     Paragraph 164 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 164.

165.     Paragraph 165 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 165.

166.     Paragraph 166 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 166.

167.    Paragraph 167 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 167.

168.    Paragraph 168 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 168.

169.    Paragraph 169 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 169.

170.    Paragraph 170 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 170.

### 4.      Representations Regarding Bipolar Disorder And Other Mood Disorders

171.    Paragraph 171 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 171.

172.    Paragraph 172 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 172.

173.    Paragraph 173 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 173.

174.    Paragraph 174 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 174.

175.    Paragraph 175 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 175.

176.    Paragraph 176 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 176.

177.    Paragraph 177 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 177.

178.    Paragraph 178 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 178.

### 5.    Representations Regarding Anxiety Disorders, including Panic Disorder, Social Phobia, and Generalized Anxiety Disorder

179.    Paragraph 179 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 179, and refer to the referenced manual for its contents.

180.    Paragraph 180 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 180, and refer to the referenced manual for its contents.

181.     Paragraph 181 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 181.

182.     Paragraph 182 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 182.

183.     Paragraph 183 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 183.

184.     Paragraph 184 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 184, and refer to the referenced results for their contents.

185.     Paragraph 185 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 185.

186.     Paragraph 186 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 186.

187.    Paragraph 187 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 187.

188.    Paragraph 188 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 188.

## 6.    **Representations Regarding Monotherapy**

189.    Paragraph 189 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 189.

190.    Paragraph 190 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 190.

191.    Paragraph 191 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 191, and refer to the published results of Clinical Trial 945-82 for their contents.

192.    Paragraph 192 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 192, and refer to the results of the clinical trials for their contents.

193.    Paragraph 193 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 193, and refer to the NDA submitted on September 13, 1996 for its contents.

194.    Paragraph 194 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 194.

195.    Paragraph 195 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 195.

### 7.    Representations Regarding Migraine And Various Forms Of Headache

196.    Paragraph 196 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 196.

197.    Paragraph 197 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 197.

198.    Paragraph 198 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 198.

199.    Paragraph 199 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 199.

200.     Paragraph 200 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 200.

201.     Paragraph 201 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 201.

202.     Paragraph 202 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 202.

203.     Paragraph 203 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 203.

204.     Paragraph 204 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 204.

### 8.      False Statement About Other Indications

205.     Paragraph 205 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 205.

### 9.      Representations Regarding Dosages Above The FDA-Approved Maximum

206.     Paragraph 206 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 206.

207.    Paragraph 207 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 207.

208.    Paragraph 208 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 208.

209.    Paragraph 209 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 209, and refer to the published results of Clinical Trial 945-82 for their contents.

210.    Paragraph 210 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 210, and refer to the published results of Clinical Trial 945-82 for their contents.

211.    Paragraph 211 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 211, and refer to the published results of Clinical Trial 945-77 for their contents.

212.    Paragraph 212 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 212.

213.    Paragraph 213 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 213.

214.    Paragraph 214 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 214.

215.    Paragraph 215 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 215.

216.    Paragraph 216 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 216.

217.    Paragraph 217 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 217.

218.    Paragraph 218 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 218, and refer to the FDA letter dated August 26, 1997 for its contents.

219.    Paragraph 219 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 219, and refer to the FDA letter dated August 26, 1997 for its contents.

220.     Paragraph 220 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 220.

221.     Paragraph 221 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 221.

### 10.     Representations Concerning Lack of Side Effects

222.     Paragraph 222 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 222, and refer to the published results of Clinical Trial 945-77 for their contents.

223.     Paragraph 223 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 223, and refer to the referenced publication for its contents.

224.     Paragraph 224 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 224.

225.     Paragraph 225 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 225.

226.     Paragraph 226 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 226.

227.     Paragraph 227 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 227.

228.     Paragraph 228 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 228.

229.     Paragraph 229 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 229.

**11.     Misrepresentation of Promotional Nature of Events**

230.     Paragraph 230 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 230.

**F.     Defendants' Use of Medical Liaisons To
     Promote Off-Label Uses for Neurontin**

231.     To the extent paragraph 231 asserts legal conclusions, no response is required, and Defendants therefore deny same.  Defendants deny any remaining allegations in paragraph 231.

232.     Paragraph 232 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 232.

233.    Paragraph 233 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 233.

**G.    Parke-Davis's Systematic Payments To Doctors
For The Purpose Of Increasing Neurontin Prescriptions**

234.    Paragraph 234 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 234.

235.    Paragraph 235 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 235.

236.    Paragraph 236 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 236.

**1.    Consultants' Meetings**

237.    Paragraph 237 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 237.

238.    Paragraph 238 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 238.

239.    Paragraph 239 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 239.

240.     Paragraph 240 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 240 and refer to the referenced document for its contents.

241.     Paragraph 241 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 241.

242.     Paragraph 242 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 242.

243.     Paragraph 243 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 243, and refer to the referenced documents for their contents.

244.     Paragraph 244 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 244.

245.     Paragraph 245 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 245.

246.     Paragraph 246 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 246.

### 2. <u>Medical Education Seminars</u>

247.     Paragraph 247 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 247, and refer to the referenced documents for their contents.

248.     Paragraph 248 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 248.

249.     Paragraph 249 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 249.

### 3. <u>Grants and "Studies"</u>

250.     Paragraph 250 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 250.

251.     Paragraph 251 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 251, except denying knowledge or information sufficient to form a belief as to the truth of the allegation that grants were charged to the Neurontin marketing budget, and therefore deny same.

252.     Paragraph 252 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 252.

253.    Paragraph 253 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 253, and refer to the referenced letter for its contents.

254.    Paragraph 254 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 254, except admit that in 1995 and 1996 Parke-Davis conducted a Phase IV trial, known as STEPS, that involved titration of Neurontin.

255.    Paragraph 255 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 255, except deny knowledge or information sufficient to form a belief as to the truth of the allegations as to how physicians were compensated, and therefore deny same.

256.    Paragraph 256 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 256.

257.    Paragraph 257 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 257, and refer to the referenced documents for their contents.

**H.  Pfizer's Merger With Warner-Lambert and Its**
**Continuation of Unlawful Off-Label Promotion of Neurontin**

258.    Paragraph 258 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Paragraph 256 asserts a legal conclusion to which no response is required, and Defendants therefore deny the allegations in paragraph 258, except admit that Pfizer acquired Warner-Lambert in June 2000.

259.    Paragraph 259 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 259 and refer to the results of the referenced trials for their contents.

260.    Paragraph 260 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 260.

261.    Paragraph 261 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 261.

262.    Paragraph 262 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 262.

263.    Paragraph 263 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 263, and refer to the results of the referenced study for their contents.

1.    **Articles Sponsored by Pfizer**

264.    Paragraph 264 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 264.

265.    Paragraph 265 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 265.

266.    Paragraph 266 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 266.

267.    Paragraph 267 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 267, except admit the topics mentioned in the second, third, fourth, fifth, and sixth sentences appear in two draft or final power point presentations and refer to these presentations for their contents.

268.    Paragraph 268 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 268, except admit that the quotation in the second sentence is accurate, and refer to the February 25, 2002 MAC Action Report from which it comes for the document's contents.

269.    Paragraph 269 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 269, and refer to the referenced grid and November 6, 2002 email for their contents.

270.    Paragraph 270 contains allegations that relate to a claim or claims that have been dismissed and contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 270.

271.    Paragraph 271 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 271, and refer to the referenced article for its contents.

272.    Paragraph 272 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 272, and refer to the referenced article, results and memorandum for their contents.

273.    Paragraph 273 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 273, and refer to the referenced article for its contents.

274.    Paragraph 274 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 274, and refer to the referenced article for its contents.

275.     Paragraph 275 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 275, and refer to the referenced article for its contents.

276.     Paragraph 276 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 276, and refer to the referenced article for its contents.

> **2.      Presentations and Marketing Events Sponsored By Pfizer That Promoted the Same Misleading Key Messages as the MAC and Fallon Medica Articles**

277.     Paragraph 277 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 277, except deny knowledge or information sufficient to form a belief as to the truth of the allegation concerning Fallon Medica's status as a division of Cline Davis & Mann, and therefore deny same.

278.     Paragraph 278 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 278 and refer to the results of the referenced studies for their contents.

279.     Paragraph 279 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 279, and refer to the results of the referenced studies for their contents.

280.     Paragraph 280 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 280.

281.     Paragraph 281 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 281, and refer to the results of the referenced studies for their contents.

282.     Paragraph 282 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 282.

283.     Paragraph 283 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 283, and refer to the referenced clinical trial data for their contents.

284.     Paragraph 284 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 284, and refer to the results of the referenced clinical trials for their contents.

285.     Paragraph 285 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 285, and refer to the results of the referenced study for their contents.

286.     Paragraph 286 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 286.

287.     Paragraph 287 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 287, and refer to the results of the referenced study for their contents.

288.     Paragraph 288 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 288, and refer to results of the referenced clinical trial for their contents.

289.     Paragraph 289 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 289, and refer to the results of the referenced trials for their contents.

290.     Paragraph 290 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 290.

291.     Paragraph 291 contains allegations that relate to a claim or claims that have been dismissed and contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 291 and refer to the results of the referenced studies for their contents, except deny knowledge or information sufficient to form a belief as to the truth of the

allegation concerning Current Medical Directions, Inc.'s status as a subsidiary of Sudler & Hennessey, and therefore deny same.

292.    Paragraph 292 contains allegations that relate to a claim or claims that have been dismissed and contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 292.

### I.      Illegal Off-Label Promotion Has Continued As Has The Continuing Impact Of The Earlier Misconduct

293.    Deny the allegations in paragraph 293.

294.    Paragraph 294 contains allegations that relate to a claim or claims that have been dismissed and contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 294, except deny knowledge or information sufficient to form a belief as to the truth of the allegation concerning the percentage of prescriptions written for off-label uses, and therefore deny same.

295.    Paragraph 295 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 295.

296.    Paragraph 296 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 296, and refer to the referenced letter dated July 1, 2002 for its contents.

297.    Deny the allegations in paragraph 297, and refer to the referenced text for its contents.

298.     Paragraph 298 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 298.

**J.     Government and Other Actions Concerning
         Defendants' Off-Label Promotion**

299.     Deny the allegations in paragraph 299, and refer to the referenced complaints and orders for their contents.

300.     Deny the allegations in paragraph 300, and refer to the referenced information and Settlement Agreement for their contents.

301.     Deny the allegations in paragraph 301.

302.     Deny the allegations in paragraph 302, and refer to the referenced Settlement Agreement for its contents.

303.     Deny the allegations in paragraph 303, and refer to the referenced Settlement Agreement and Assurance of Voluntary Compliance for their contents.

**V.     FRAUDULENT CONCEALMENT AND
         TOLLING OF STATUTES OF LIMITATIONS**

304.     Paragraph 304 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 304.

305.     Paragraph 305 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 305.

306.     Paragraph 306 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 306.

## VI.   DEFENDANTS' MOTIVES AND CAUSATION OF DAMAGE

307.   Paragraph 307 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 307.

308.   Paragraph 308 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 308.

309.   Paragraph 309 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 309.

310.   Paragraph 310 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 310.

311.   Paragraph 311 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 311.

## VII.   USE OF THE MAILS AND WIRES

312.   Paragraph 312 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 312.

313.   Paragraph 313 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 313.

314.     Paragraph 314 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 314.

## VIII.   SCOPE OF THE ALLEGATIONS

### A.     Time

315.     Paragraph 315 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 315.

### B.     Geographic Scope

316.     Paragraph 316 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 316.

## IX.    CLASS ACTION ALLEGATIONS

317.     Paragraph 317 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs' motion for reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

318.     Paragraph 318 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs' motion for

reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

319.    Paragraph 319 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs' motion for reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

320.    Paragraph 320 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs' motion for reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

321.    Deny the allegations in paragraph 321.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs' motion for reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

322.    Deny the allegations in paragraph 322.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs'

motion for reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

323.     Deny the allegations in paragraph 323.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs' motion for reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

324.     Deny the allegations in paragraph 324.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs' motion for reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

325.     Deny the allegations in paragraph 325.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.  Further answering, Defendants respond that this Court has twice denied Plaintiffs' motion for class certification and that Plaintiffs' motion for reconsideration of the Court's denial of class certification has been rendered moot by the Court's December 10, 2010 summary judgment decision.

**FIRST CLAIM FOR RELIEF**
**VIOLATION OF 18 U.S.C. § 1962(C)**

326.     Defendants incorporate herein their responses to paragraphs 1 through 325 of Plaintiffs' Fourth Amended Class Action Complaint as if fully set forth herein.  Defendants further respond that the Court has previously granted summary judgment dismissing this Count as to all Plaintiffs except Plaintiffs Varnam and Wityk, who have represented to the Court that they do not intend to pursue individual claims.  Accordingly, Defendants have no obligation to

respond to these allegations and do so without waiving their prior objections to this Fourth
Amended Complaint.

327.    Paragraph 327 contains allegations that relate to a claim or claims that have been
dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further
answering, Defendants deny the allegations in paragraph 327.

328.    Paragraph 328 contains allegations that relate to a claim or claims that have been
dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further
answering, Defendants deny the allegations in paragraph 328.

329.    Paragraph 329 contains allegations that relate to a claim or claims that have been
dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further
answering, Defendants deny the allegations in paragraph 329.

330.    Paragraph 330 contains allegations that relate to a claim or claims that have been
dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further
answering, Defendants deny the allegations in paragraph 330.

331.    Paragraph 331 contains allegations that relate to a claim or claims that have been
dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further
answering, Defendants deny the allegations in paragraph 331.

332.    Paragraph 332 contains allegations that relate to a claim or claims that have been
dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further
answering, Defendants deny the allegations in paragraph 332.

333.    Paragraph 333 contains allegations that relate to a claim or claims that have been
dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further
answering, Defendants deny the allegations in paragraph 333.

334.    Paragraph 334 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 334.

335.    Paragraph 335 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 335.

336.    Paragraph 336 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 336.

337.    Paragraph 337 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 337.

338.    Paragraph 338 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 338.

339.    Paragraph 339 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 339.

340.    Paragraph 340 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 340.

341.     Paragraph 341 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 341.

342.     Paragraph 342 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 342.

343.     Paragraph 343 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 343.

344.     Paragraph 344 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 344.

345.     Paragraph 345 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 345.

346.     Paragraph 346 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 346.

347.     Paragraph 347 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 347.

348.     Paragraph 348 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 348.

349.     Paragraph 349 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 349.

350.     Paragraph 350 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 350.

351.     Paragraph 351 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 351.

352.     Paragraph 352 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 352.

353.     Paragraph 353 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 353.

354.     Paragraph 354 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 354.

355.     Paragraph 355 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 355.

**SECOND CLAIM FOR RELIEF**
**VIOLATION OF 18 U.S.C. § 1962(C)**
**BY CONSPIRING TO VIOLATE 18 U.S.C. § 1962(C)**

356.     Defendants incorporate herein their responses to paragraphs 1 through 355 of Plaintiffs' Fourth Amended Class Action Complaint as if fully set forth herein.  Defendants further respond that the Court has previously granted summary judgment dismissing this Count as to all Plaintiffs except Plaintiffs Varnam and Wityk, who have represented to the Court that they do not intend to pursue individual claims.  Accordingly, Defendants have no obligation to respond to these allegations and do so without waiving their prior objections to this Fourth Amended Complaint.

357.     Paragraph 357 asserts a legal conclusion to which no response is required, and Defendants therefore deny the allegations in paragraph 357.

358.     Paragraph 358 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 358.

359.     Paragraph 359 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 359.

360.     Paragraph 360 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 360.

361.    Paragraph 361 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 361.

362.    Paragraph 362 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 362.

363.    Paragraph 363 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 363.

364.    Paragraph 364 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 364.

365.    Paragraph 365 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 365.

## THIRD CLAIM FOR RELIEF
## VIOLATIONS OF THE NEW JERSEY CONSUMER FRAUD ACT
## N.J.S.A. 56:8-1 ET SEQ.

366.    Defendants incorporate herein their responses to paragraphs 1 through 365 of Plaintiffs' Fourth Amended Class Action Complaint as if fully set forth herein.  Defendants further respond that the Court has previously granted summary judgment dismissing this Count as to all Plaintiffs except Plaintiffs Varnam and Wityk, who have represented to the Court that they do not intend to pursue individual claims.  Accordingly, Defendants have no obligation to respond to these allegations and do so without waiving their prior objections to this Fourth Amended Complaint.

367.     Paragraph 367 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

368.     Paragraph 368 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 368.

369.     Paragraph 369 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 369.

370.     Paragraph 370 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 370.

371.     Paragraph 371 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 371.

## FOURTH CLAIM FOR RELIEF
## COMMON LAW FRAUD

372.     Defendants incorporate herein their responses to paragraphs 1 through 371 of Plaintiffs' Fourth Amended Class Action Complaint as if fully set forth herein.  Defendants further respond that the Court has previously granted summary judgment dismissing this Count as to all Plaintiffs except Plaintiffs Varnam and Wityk, who have represented to the Court that they do not intend to pursue individual claims.  Accordingly, Defendants have no obligation to respond to these allegations and do so without waiving their prior objections to this Fourth Amended Complaint.

373.     Paragraph 373 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

374.     Paragraph 374 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 374.

375.     Paragraph 375 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 375.

376.     Paragraph 376 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 376.

377.     Paragraph 377 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 377.

378.     Paragraph 378 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 378.

## FIFTH CLAIM FOR RELIEF
## UNJUST ENRICHMENT

379.     Defendants incorporate herein their responses to paragraphs 1 through 378 of Plaintiffs' Fourth Amended Class Action Complaint as if fully set forth herein.  Defendants further respond that the Court has previously granted summary judgment dismissing this Count as to all Plaintiffs except Plaintiffs Varnam and Wityk, who have represented to the Court that

they do not intend to pursue individual claims.  Accordingly, Defendants have no obligation to respond to these allegations and do so without waiving their prior objections to this Fourth Amended Complaint.

380.    Paragraph 380 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

381.    Paragraph 381 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 381.

382.    Paragraph 382 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 382.

383.    Paragraph 383 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 383.

384.    Paragraph 384 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 384.

## **GENERAL DENIAL**

Defendants deny all allegations and/or legal conclusions set forth in Plaintiffs' Fourth Amended Class Action Complaint that have not been specifically admitted, denied, or explained.

## AFFIRMATIVE AND SEPARATE DEFENSES

Without assuming the burden of proof of such defenses that they would not otherwise have, Defendants affirmatively assert the following defenses:

## FIRST AFFIRMATIVE DEFENSE

The Fourth Amended Class Action Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Venue is improper or inconvenient in this district.  Defendants incorporate by reference their Motion to Preclude Gary Varnam and Jan Frank Wityk from Pursuing Individual Claims or, Alternatively, to Sever and Transfer Their Claims Pursuant To 28 U.S.C. § 1404, supporting memorandum, and proposed reply memorandum in further support. [3191, 3192, 3249-1]

## THIRD AFFIRMATIVE DEFENSE

Pursuant to the Supremacy Clause of the United States Constitution, the claims set forth in the Fourth Amended Class Action Complaint are preempted in whole or in part by federal law, including, without limitation, the Food, Drug and Cosmetic Act and the Employee Retirement Income Security Act.

## FOURTH AFFIRMATIVE DEFENSE

Any and all actions taken by Defendants with respect to any of the matters alleged in the Fourth Amended Class Action Complaint were taken in good faith and in accordance with established industry practice.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Defendants have complied with all applicable regulations of the federal and state governments.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendants did not make any false statements to Plaintiffs.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Defendants did not directly or indirectly conspire with any other entity or engage in any other conduct in violation of state or federal law.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to Plaintiffs' failure to properly allege a RICO enterprise as required by 18 U.S.C. § 1962(c).

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to their failure to plead facts showing that Defendants and the Marketing Firms are ongoing organizations whose members function as a continuing unit and share common purposes as required by *United States v. Turkette*, 452 U.S. 576, 583 (1981).

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to their failure to allege that Defendants conducted the affairs of the alleged enterprises as required by 18 U.S.C. § 1962(c).

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs lack standing to bring their RICO claims because they cannot show Defendants directly caused their alleged injuries as required by 18 U.S.C. § 1964(c); *Hemi Group, LLC v. City of New York*, 130 S. Ct. 983 (2010); *Holmes v. Securities Investor Prot. Corp.*, 503 U.S. 258, 265-66, 268 (1992); *Platten v. HG Berm. Exempted Ltd.,* 437 F.3d 118, 132 (1st Cir. 2006); and *George Lussier Enters. v. Subaru of New Eng., Inc.,* 393 F.3d 36, 51 (1st Cir. 2004).

## TWELFTH AFFIRMATIVE DEFENSE

The claims set forth in the Fourth Amended Class Action Complaint are barred by the learned intermediary doctrine.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to recovery against Defendants because the conduct alleged in the Fourth Amended Class Action Complaint was not the proximate cause of any alleged loss suffered by the Plaintiffs.

## FOURTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Fourth Amended Class Action Complaint are barred by the applicable statutes of limitation and/or repose.

## FIFTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Fourth Amended Class Action Complaint are barred under the doctrine of laches.

## SIXTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Fourth Amended Class Action Complaint are barred under the doctrine of unclean hands.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Fourth Amended Class Action Complaint are barred under the doctrine of estoppel.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Fourth Amended Class Action Complaint are barred under the doctrine of waiver.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs lack standing to bring this action.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the First and Fourteenth Amendments to the United States Constitution.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

The claims set forth in the Fourth Amended Class Action Complaint are barred because Plaintiffs' alleged injuries and damages, if any, were actually or proximately caused by the intervening or superseding conduct of persons or entities over which or whom Defendants had no control.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims of common law fraud are barred by reason of the Fourth Amended Class Action Complaint's failure to allege the factual circumstances constituting fraud with particularity.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery because the representations and actions alleged by Plaintiffs were not and are not material, in that they were not and are not likely to affect the decisions or conduct of Plaintiffs, or to have caused Plaintiffs to have chosen differently, but for such alleged representations or actions, and in that the alleged representations and actions were not likely to mislead Plaintiffs acting reasonably under the circumstances.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims of common law fraud are barred by reason of the Fourth Amended Class Action Complaint's failure to allege actual reliance on specific misstatements.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs are precluded from recovery because the representations and actions alleged by Plaintiffs were not intended to deceive Plaintiffs.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims under RICO are barred by reason of the Fourth Amended Class Action Complaint's failure to allege the factual circumstances constituting the elements of those claims with the heightened particularity required under the statute.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by res judicata, collateral estoppel, and/or the law of the case doctrine to the extent that such claims have been dismissed by prior order of this Court and to the extent that Plaintiffs' claims rely upon allegations that have been ruled to be legally insufficient by prior order of this Court.  As previously noted, the Court has granted summary judgment dismissing all counts asserted in the Complaint as to all Plaintiffs except Plaintiffs Varnam and Wityk.  The claims asserted by Plaintiffs Harden Manufacturing Corporation, Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana ("BCBSLA"), International Union of Operating Engineers, Local No. 68 Welfare Fund, ASEA/AFSCME Local 52 Health Benefits Trust, Gerald Smith, Lorraine Kopa, Jeanne Ramsey, and Carolyn Hollaway are, therefore, barred in their entirety by the prior decisions of the Court.  With respect to Plaintiffs Varnam and Wityk, the Court has denied class certification and they have represented to the Court that they do not intend to pursue individual claims.  Accordingly, their claims are also barred by the prior rulings of this Court.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs have not sustained any injury or damages compensable at law.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Plaintiffs may not recover on the claims pleaded in the Fourth Amended Class Action Complaint because the damages sought are too speculative and remote.

## THIRTIETH AFFIRMATIVE DEFENSE

Plaintiffs' claims for damages are barred, in whole or part, by Plaintiffs' failure to mitigate damages.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Defendants deny that Plaintiffs have valid consumer protection claims under the laws of the State of New Jersey or any other State, Commonwealth or District whose laws are or later become relevant in the course of this multidistrict litigation.  However, if such claims are found to exist, Defendants plead all available defenses under the Acts.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims under the New Jersey Consumer Fraud Act are barred in whole or in part because some of Plaintiffs are not "consumers" within the meaning of that statute and because that statute does not apply to non-residents with no relevant connections to New Jersey.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims for unjust enrichment are barred to the extent that Plaintiffs have an adequate remedy at law.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs may not maintain this action as described in the Fourth Amended Class Action Complaint as a class action.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

Certain persons claimed to be members of the purported class may be barred, in whole or in part, from recovery based on one or more of the above affirmative defenses.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

Certain persons claimed to be members of the purported class may be barred, in whole or in part, from recovery based on the res judicata effect of prior judgments or the collateral estoppel effect of prior judgments.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because the claims of the named Plaintiffs have been dismissed by prior rulings of the Court, rendering the request for class certification moot.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because the claims of the named Plaintiffs are not typical of those of the purported class.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because Plaintiffs are not adequate class representatives.

## FORTIETH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because individual issues predominate over common issues with respect to the claims asserted in the Fourth Amended Class Action Complaint.

## FORTY-FIRST AFFIRMATIVE DEFENSE

This action may not proceed as a class action because a nationwide class is barred by inescapable and unmanageable variations in state laws.

## FORTY-SECOND AFFIRMATIVE DEFENSE

This action may not proceed as a class action because class litigation against Pfizer and Warner-Lambert is not the superior means of addressing the challenged conduct.

## FORTY-THIRD AFFIRMATIVE DEFENSE

Inasmuch as the Fourth Amended Class Action Complaint does not describe the alleged underlying claims with sufficient particularity to enable Defendants to determine all of their potential defenses, Defendants reserve the right to amend and/or supplement the averments of this Answer to assert any and all defenses ascertained through further investigation and discovery in this matter.

## FORTY-FOURTH AFFIRMATIVE DEFENSE

The Fourth Amended Class Action Complaint fails to state facts sufficient to sustain a claim for, or recovery of, punitive damages.

## FORTY-FIFTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs seek punitive damages for the conduct which allegedly caused the injuries asserted in the Fourth Amended Class Action Complaint, such an award would, if granted, violate Defendants' state and federal constitutional rights.

## FORTY-SIXTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs seek punitive damages for an alleged act or omission of Defendants, no act or omission was malicious, willful, wanton, reckless, or grossly negligent and, therefore, any award of punitive damages is barred.

## FORTY-SEVENTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs make a claim for punitive damages or multiples of actual damages, Defendants assert that Plaintiffs have not complied with federal and state statutory requirements to recover such damages.

## FORTY-EIGHTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs claim punitive damages, such claims are barred by the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution.

## FORTY-NINTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs claim punitive damages, Defendants specifically incorporate by reference any and all standards or limitations regarding the determination and enforceability of punitive and exemplary damage awards which arose in the decisions of *TXO Prod. Corp. v. Alliance Resources Corp.*, 509 U.S. 443 (1993), *BMW of North America Inc. v. Gore*, 517 U.S. 559 (1996), *Cooper Industries, Inc. v. Leatherman Tool Group*, 532 U.S. 424 (2001), and *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003).

## JURY DEMAND

Defendants demand a trial by jury as to all issues to triable.

WHEREFORE, Defendants respectfully request that the Court:

1.      Enter judgment in their favor on all claims alleged in the Fourth Amended Class Action Complaint;

2.      Award Defendants the costs, disbursements, and reasonable attorneys' fees incurred by them in connection with these proceedings; and

3.      Grant Defendants such other and further relief as the Court may deem just and proper.

Dated: April 7, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Lisa M. Ropple
       Lisa M. Ropple
       BBO # 555401

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  lisa.ropple@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 7, 2011.

              /s/ Lisa M. Ropple
              Lisa M. Ropple