UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> *Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS; <br> *Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS; <br> *Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' NOTICE REGARDING REQUEST FOR COSTS AND FEES

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer"), respectfully request entry of an order of costs and fees pursuant to Federal Rule of Civil Procedure 37(a)(5)(a) against the Boone Law Firm as directed in this Court's April 5, 2011 Order granting Defendants' Motion to Compel Complete Discovery Responses. (*See* April 5, 2011 Mem. & Order [3390] at 2, 18.) As set forth below, Defendants' Application for an Award of Attorneys' Fees and Costs incurred in drafting Defendants' Motion to Compel Complete Discovery Responses has been fully briefed by both parties and allowed by this Court, subject only to this Court's determination of an appropriate amount. (*See id.*)

The relevant briefing on this issue is as follows:

1. On December 20, 2010, Defendants moved to compel discovery from all Boone Plaintiffs. (*See* Defendants' Motion to Compel [3176].)

2. On January 6, 2011, Magistrate Judge Sorokin entered an Electronic Order stating as follows: "Defendants, in [3176], have requested an award of fees . . . If defendants wish the Court to consider this aspect of the motion, they shall submit forthwith some evidence regarding the fees or costs incurred." (Jan. 6, 2011 Electronic Order.)

3. On January 8, 2011, Defendants filed their Application for an Award of Attorneys' Fees and Costs incurred in drafting Defendants' Motion to Compel Complete Discovery Responses, [3217], and a supporting Declaration, [3218].

4. On January 17, 2011, Plaintiffs filed their Response to Defendants' Application for Attorney Fees and Expenses for Making Motion to Compel, [3234], a supporting Memorandum, [3235], and a supporting Declaration, [3236].

5. On January 24, 2011, Defendants filed their Reply Memorandum in Further Support of their Application for an Award of Attorneys' Fees and Costs [3257], and a supporting Declaration, [3258].

6. On February 4, 2011, after briefing on Defendants' Motion to Compel was complete, Magistrate Judge Sorokin recommended allowance of Defendants' motion, and concluded that the Boone Plaintiffs' noncompliance and discovery misconduct warranted dismissal as a sanction for failure to obey court orders to provide discovery, Fed. R. Civ. P. 37(b)(2)(A), and failure to prosecute and obey court orders, Fed. R. Civ. P. 41(b). (*See* February 4, 2011 Report and Recommendation on Defs. Mot. to Compel [3276], at 1-2, 27.)

7. On April 5, 2011, after briefing on Plaintiffs' Objections to Magistrate Judge Sorokin's Report and Recommendation was complete, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' Motion to Compel. (*See* April 5, 2011 Mem. & Order [3390] at 2, 18.) In its Order, this Court: dismissed the claims of approximately 166 Boone Plaintiffs with prejudice for egregious failure to prosecute and to comply with the Court's orders; ordered that 41 other Boone Plaintiffs supplement their discovery responses within 30 days; and ordered that the Boone Plaintiffs whose depositions had been taken reimburse Defendants for the cost of a second deposition. (*See id*.) The Court further ordered that "Defendants' motion for attorney's fees incurred in preparing the motion to compel is allowed (Docket Nos. 3176, 3217). Defense counsel shall submit a bill for reasonable attorney's fees capped at $350 an hour for attorneys and $100 an hour for paralegals. Plaintiffs' counsel shall pay the amount personally." (*See id*. at 18.)

The fees outlined in Defendants' Application for an Award of Attorneys' Fees and Costs, [3217], are within (and below) the Court's guidelines for a cap regarding an appropriate fee request, with attorney rates being capped at $300 an hour, and paralegal rates being capped at $75 an hour. Though Defendants have incurred further potentially recoverable costs briefing

issues related to their motion to compel through the drafting their fee application, [3217, 3218], their opposition of the Boone Plaintiffs' Objections to Magistrate Judge Sorokin's February 4, 2011 Report and Recommendation, [3316-18, 3342, 3349], and the drafting of this notice, Defendants do not seek costs or fees in excess of those set forth in their original filing, [3217]. Therefore, given that Defendants' Application has been fully briefed by both parties, and allowed by this Court, no further briefing on the issue is necessary.

WHEREFORE, for the foregoing reasons, Pfizer requests that the Court enter an order of costs and fees in the amount of $111,410 against the Boone Law Firm as directed in its April 5, 2011 Order granting Defendants' Motion to Compel Complete Discovery Responses.

Dated: April 8, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Mark S. Cheffo
Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

ROPES & GRAY LLP

By: /s/ Lisa M. Ropple
Lisa M. Ropple
BBO # 555401

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 8, 2011.

/s/ Lisa M. Ropple
Lisa M. Ropple