UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES  : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------x :
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS; : Sorokin
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS; :
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS ; :
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS. :
:
---------------------------------------------x

### DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF MEMORANDUM IN OPPOSITION TO THE SCHWARTZ FIRM'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS AND MOTION FOR OTHER RELIEF

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the November 10, 2010, letter from Catherine Stevens.

3. Attached hereto as Exhibit B is a true and correct copy of the November 11, 2010, letter from Catherine Stevens.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the December 1, 2010, Status Conference.

5. Attached hereto as Exhibit D is a true and correct copy of the January 5, 2011, email from Catherine Stevens.

6. Attached hereto as Exhibit E is a true and correct copy of the January 7, 2011, email from Trey Stegall.

7. Attached hereto as Exhibit F is a true and correct copy of the February 22, 2011, email from Newton Schwartz.

8. Attached hereto as Exhibit G is a true and correct copy of the February 23, 2011, email from Catherine Stevens.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the March 30, 2011, deposition of Beth Bellino.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the March 29, 2011, deposition of Susan Brazell.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from the March 28, 2011, deposition of Kimm Davis.

12. Attached hereto as Exhibit K is a true and correct copy of the November 18, 2010, letter from Magda Train.

13. Attached hereto as Exhibit L is a true and correct copy of the February 7, 2011, letter from Catherine Stevens.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 8th day of April, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 8, 2011.

/s/ Lisa M. Ropple
Lisa M. Ropple

2