# EXHIBIT A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3353
DIRECT FAX
(917) 777-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 10, 2010

BY ELECTRONIC AND U.S. MAIL
Trey Stegall
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL No. 1629

Dear Trey:

    This letter memorializes the telephone conversations of November 9, 2010, between us, as well as between Mark Cheffo and Newton Schwartz. Thank you for agreeing to adjourn the depositions of Tommy James and Patrick Martin, M.D., on November 11, 2010. The deposition of Tommy James will take place during another of counsels' trips to Little Rock, Arkansas and Dr. Martin's deposition will take place at a date convenient for the parties should Plaintiff desire to continue his case based on our previous discussions. In addition the deposition of Carson Bunch on November 12, 2010, has been adjourned at Plaintiff's request due to Plaintiff's unavailability. This deposition will take place at a date convenient for the parties.

    Additionally, given your firm's stated intention to review certain cases to determine whether your firm will dismiss or withdraw from representation of those Plaintiffs, we request that you provide us a list of any cases that may be

Newton B. Schwartz, Sr.
November 10, 2010
Page 2

included in this review as soon as possible so as to avoid the scheduling of or costs involved with taking unnecessary depositions.

Sincerely,

*Catherine Stevens/vv*

Catherine B. Stevens