# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-3353
DIRECT FAX
(917) 777-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

November 11, 2010

BY ELECTRONIC AND U.S. MAIL
Trey Stegall
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL No. 1629

Dear Trey:

       This letter memorializes our telephone conversation of November 11, 2010, where the parties agreed to adjourn the depositions of Connie Cook, Dexter Williams, Martha Accettullo, Leslie Luttrell, and Janna Jo Stephens scheduled to take place the week of November 15, 2010, given your firm's stated intention to review certain cases to determine whether your firm will dismiss or withdraw from representation and the Court's status conference in Boston on November 18. These depositions will take place at a date convenient for the parties after your firm has completed its review.

Sincerely,

*Catherine Sk*

Catherine B. Stevens