# EXHIBIT C

```
 1                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
 2

 3   _____

 4   IN RE:  NEURONTIN MARKETING,
     SALES PRACTICES AND PRODUCTS
 5   LIABILITY LITIGATION,                  Civil Action
                                            No. 04-10981-PBS
 6
                                            December 1, 2010
 7                                          9:08 a.m.
     _____
 8

 9

10           TRANSCRIPT OF STATUS CONFERENCE

11         BEFORE THE HONORABLE PATTI B. SARIS

12              and HONORABLE LEO T. SOROKIN

13            UNITED STATES DISTRICT COURT

14          JOHN J. MOAKLEY U.S. COURTHOUSE

15                 1 COURTHOUSE WAY

16                  BOSTON, MA   02210

17

18

19

20
                     DEBRA M. JOYCE, RMR, CRR
21                    Official Court Reporter
                   John J. Moakley U.S. Courthouse
22                  1 Courthouse Way, Room 5204
                          Boston, MA   02210
23                         617-737-4410

24

25
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFFS:

 3   ANDREW G. FINKELSTEIN, ESQ.
     KENNETH B. FROMSON, ESQ.
 4   Finkelstein & Partners, LLP.
     436 Robinson Avenue
 5   Newburgh, New York  12550

 6   LEVI BOONE, III, ESQ.
     Boone Law Firm PA
 7   401 West Sunflower Avenue
     Cleveland, MS 38732-1772
 8   662-843-7946

 9   JACK HARANG, ESQ.
     Law Offices of Newton B. Schwartz
10   1911 Southwest Freeway
     Houston, Texas 77098
11
     FOR THE DEFENDANTS:
12
     MARK S. CHEFFO, ESQ.
13   CATHERINE STEVENS, ESQ.
     Skadden, Arps, Slate, Meagher & Flom LLP
14   Four Times Square
     New York, NY 10036
15   212-735-3000

16   CHAD W. HIGGINS, ESQ.
     Goodwin Procter LLP
17   Exchange Place
     53 State Street
18   Boston, MA 02109
     617-570-1229
19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              (The following proceedings were held in open
 3   court before the Honorable Patti B. Saris and Honorable Leo T.
 4   Sorokin, United States District Court, District of
 5   Massachusetts, at the John J. Moakley United States Courthouse,
 6   1 Courthouse Way, Boston, Massachusetts, on December 1, 2010.)
 7              THE CLERK:  The Honorable Patti Saris and the
 8   Honorable Leo Sorokin presiding.  Please be seated.
 9              In re:  Neuron Marketing Sales Practices and Product
10   Liability Litigation, civil action 04-10981, will now be heard
11   before this court.
12              Counsel please identify themselves for the record.
13              MR. FINKELSTEIN:  Andrew Finkelstein, Finkelstein &
14   Partners.  Good morning, your Honor.
15              MR. FROMSON:  Good morning, Judges.  Kenneth Fromson,
16   Finkelstein & Partners.
17              MR. BOONE:  Good afternoon, your Honors.  Levi Boone,
18   Boone Law Firm.
19              MR. HARANG:  Jack Harang, your Honor, with Newton
20   Schwartz.
21              MR. CHEFFO:  Good morning, your Honor.  I'm Mark
22   Cheffo, I'm here with Catherine Stevens from Skadden Arps.
23              MS. STEVENS:  Good morning.
24              MR. HIGGINS:  Good morning, your Honor.  Chad Higgins
25   from Goodwin Procter.
```

```
 1              JUDGE SARIS:  On the Johnson & Johnson drug?
 2              MR. FROMSON:  Yes.  So the discovery is 90 percent
 3   complete already in that litigation.  Dispositive motion
 4   practice is --
 5              JUDGE SARIS:  Has the judge dealt with any Daubert
 6   motions?
 7              MR. FROMSON:  Filed in January or February in the
 8   state of New Jersey.  So it's already going to be done well
 9   before any federal judge has to handle it.
10              JUDGE SOROKIN:  I think that leaves the Boone and
11   Schwartz cases.  Let me summarize where I understand things are
12   in those two cases based upon what you filed.
13              As to the Schwartz cases, there were six in the first
14   wave of 130, and as to Boone there were 10 in the first wave of
15   130.  My understanding is that those 16 cases are not
16   dismissed, not gone pro se, not ready to be transferred,
17   discovery is incomplete.  And by my review of the filing, those
18   are the only 16 cases in the first wave of 130 that are in that
19   status.
20              Second, I set a schedule in the summer or in the
21   spring -- in June of 2010 that directed -- notwithstanding the
22   fact, in my view, template discovery was supposed to already
23   have been completed, that provided for rolling template
24   discovery beginning in July where every two weeks a certain
25   number of Schwartz cases and a certain number of Boone cases
```

1  would be done with the paper template discovery that would
2  result in all of the paper template discovery in those cases
3  being completed by January of 2011.
4      And third, I provided that the parties would begin
5  depositions in the Boone and Schwartz cases in November.  My
6  recollection is 15 days of deposition in the Boone cases each
7  month and was it 10 days of deposition in the -- 15 and 15.
8  Fifteen days for Boone and 15 days for Schwartz of days of
9  depositions, and I did it that way because I thought not all
10 these depositions are all-day depositions, you might be able to
11 do two or three in a day rather than specifying the number
12 of -- the latest updates I have, as to the Schwartz cases, no
13 depositions occurred in November, but there was a filing from
14 Mr. Schwartz' law firm indicating they were reviewing their
15 cases to see whether there were cases that after this stage of
16 the discovery they wanted to dismiss or withdraw from,
17 therefore, it might be more efficient to not do the depositions
18 in October -- I mean in November and allow them to do that
19 review.  And the question I have for Mr. London (sic.) is
20 what's the status of that?
21     On the Boone cases, I have from you, Mr. Cheffo, that
22 no depositions occurred in November.  I have from Mr. Boone --
23 or as of November 24th no depositions had occurred.  I have
24 from Mr. Boone that several depositions, something in the
25 neighborhood of three to five depositions, occurred in November