# EXHIBIT D

**Nissi, Nordo (NYC)**

**From:** Stevens, Catherine B (NYC)
**Sent:** Wednesday, January 05, 2011 12:54 PM
**To:** 'Trey Stegall'
**Cc:** Arthur, Katherine F (NYC)
**Subject:** RE: January Deposition

Hi Trey. As you know, we have the conference before Judge Sorokin next week. We haven't seen any dismissals in your cases, to date. Can you let us know the status? Also, we need to schedule our January depositions. Do we have a commitment from you that you dismissing or withdrawing from the majority of remaining cases? We like to start noticing these depositions this week. Thanks.

**From:** Trey Stegall [mailto:trey@nbslawyers.com]
**Sent:** Thursday, December 23, 2010 3:02 PM
**To:** Stevens, Catherine B (NYC)
**Cc:** Arthur, Katherine F (NYC)
**Subject:** Re: January Deposition

Sorry Catherine...I was with a client this morning. I'm gonna run this by Newton and Jack and I'll get back to you soon.

# James A. Stegall III

LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.


On Thu, Dec 23, 2010 at 1:07 PM, Stevens, Catherine B <Catherine.Stevens@skadden.com> wrote:
> Trey - As I indicated in my voice-mail, I'd like to discuss our joint filing regarding January depositions. We will agree to select ten cases from your list of thirty-five, with the understanding per your email that you are dismissing or withdrawing from the majority of the remaining cases. If you fail to dismiss or withdraw from those cases, we reserve our right to add additional plaintiffs into the list.
>
> We would propose that we identify the following 10 plaintiffs for the court:

1. Brazell, Susan
2. Carr, Lester
3. Colley, Robert
4. Falk, Connie
5. Gann, Monica
6. St. Hilaire, Robert
7. Taggart, Jeffrey
8. Valentino, Diane
9. Wilheim, John
10. Wine, Helen

We would like to add a footnote to this filing, letting the court know why we are selecting these plaintiffs. We would propose the following:

Regarding those Plaintiffs represented by the Law Offices of Newton B. Schwartz, the parties have chosen the January cases based on the Schwartz firm's representations that it is dismissing or withdrawing from the majority of its other cases. To the extent the Schwartz firm fails dismiss or withdraw pursuant to its representations regarding the same, Defendants will select other cases in which to take depositions in January, and will notify the Court.

Let me know your thoughts. Thanks.

**Catherine B. Stevens**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.3353 | F: 212.735.2000**
**catherine.stevens@skadden.com**

Skadden

Please consider the environment before printing this email.

---
**************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
**************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be

provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
======================================================================

4/7/2011