# EXHIBIT E

**Kalmanash, Barbara A (NYC)**

| | |
|---|---|
| **From:** | Trey Stegall [trey@nbslawyers.com] |
| **Sent:** | Friday, January 07, 2011 11:06 AM |
| **To:** | Stevens, Catherine B (NYC); Arthur, Katherine F (NYC) |
| **Cc:** | Jack W Harang; Jack W Harang; Newton Schwartz; Mabel Lo; Vincent Lo; Anixia Aguinaga; Kathleen Womack |

**Subject:** Deposition Dates

Catherine,

Regarding dates for this month's depositions, please see below. As to a commitment from us regarding dismissing or withdrawing from cases, I believe the statements I have made to you in the past will prove true. However, I am not authorized to make any further commitment in that regard. If needed, I can arrange to get Jack Harang on a call with Mark Cheffo or yourself to discuss this further.

Trey

**Monica Gann** (SC) - Generally available weekdays

**Lester Carr** (SC) - Now lives in Tennessee and is generally available weekdays, except 1/28.

**Bob St. Hilaire** (CO) - Generally available weekdays, except 1/28 and 2/1.

**Corrine Falk** (NV) - Generally available weekdays, except Jan. 10-12.

**Diane Valentino** (NV) - Generally available weekdays.

**John Wilhelm** (UT) - Preference for Monday, Wednesday or Friday, except January 12. St. George is largest city near him.

**Helen Wine** (WV) - Generally available weekdays and requests that the deposition be held in Fairmont, WV

**Robert Colley (dec.)** (AR) – Wife is Vera Colley. She is generally available weekdays, but is disabled and requests that the deposition be held in Paragould, AR.

We have not yet received dates from **Susan Brazell** (SC) or **Jeffrey Taggart** (AR), but will send you that information as soon as we receive it.

# James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.

4/7/2011