# EXHIBIT F

## Kalmanash, Barbara A (NYC)

| | |
|---|---|
| **From:** | Newton B Schwartz [nbs@nbslawyers.com] |
| **Sent:** | Tuesday, February 22, 2011 2:47 PM |
| **To:** | Cheffo, Mark S (NYC); Stevens, Catherine B (NYC) |
| **Subject:** | RE: Neurontin |

**Importance:** High

Mark,

As per the Court Order, below is the list of our initial 11 clients for our withdrawal which we will submit as to form upon Jack Harang's return tomorrow.

Please allow us sufficient time for Jack Harang to personally communicate with each of our referring attorneys, our reasons for our withdrawal. They will either decide to also withdraw and/or dismiss after discussing with each individual client any other options or alternatives.

1. Tosha Best
2. Carson Bunch
3. Connie Cook
4. Robert Devore
5. Allison Dukes
6. Corrine Falk
7. Timothy Jackson
8. Tuwanda Shakoor
9. Robert Small
10. Brady Williams
11. Kathy Young

Sincerely yours,

Newton B. Schwartz, Sr. (pdh)
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the **original** message.