UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
---------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
AETNA, INC. v. PFIZER INC., 04 CV 10958 (PBS) : Sorokin
:
---------------------------------------------------x

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE SURREPLY
IN OPPOSITION TO AETNA, INC.'S MOTION TO ALTER OR
AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully move for leave to submit a surreply memorandum in further support of their opposition to Aetna's Motion to Alter or Amend the Judgment Pursuant to Federal Rule of Civil Procedure 59(e). Aetna has assented to Pfizer's request to file an 11-page surreply.

Previously, when this Court has permitted the movant to file a reply brief, the Court has typically also permitted the opposing party to file a surreply. (*See, e.g.*, Dkt. 1153, 1488.) Moreover, Aetna's reply brief raises new arguments and authorities that Pfizer must now respond to. First, Aetna's reply brief places great reliance on the Seventh Circuit's decision in *BCS Services, Inc. v. Heartwood 88*, *LLC*, ___ F.3d ____, 2011 WL 1045853 (7th Cir. Mar. 24, 2011), which was issued the day after Pfizer filed its opposition brief. Second, Aetna's reply brief extensively discusses the United States Supreme Court's decision in *Hemi Group, LLC v. City of New York*, 130 S. Ct. 983 (2010), which Aetna did not discuss in its opening brief. When the moving party raises new arguments in a reply brief, "[t]he Court can either disregard the argument or allow [the opposing party] the opportunity to respond." *Smith v. Wynfield Dev. Co.*, 451 F. Supp. 2d 1327, 1339 (N.D. Ga. 2006).

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave

to file the proposed surreply memorandum, attached hereto as Exhibit 1.

Dated: April 8, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com

ROPES & GRAY LLP

By:   /s/ Lisa M. Ropple
      Lisa M. Ropple
      BBO # 555401

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: lisa.ropple@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion, and that counsel for Plaintiff Aetna, Inc. has assented to Pfizer's request to file an 11-page surreply.

/s/ Katherine Armstrong
Katherine Armstrong

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 8, 2011.

/s/ Lisa M. Ropple
Lisa M. Ropple