UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: NEURONTIN MARKETING, SALES :  MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION :  Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:  Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
:  Magistrate Judge Leo T.
*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS; :  Sorokin
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS; :
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS ; :
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF MOTION TO
IMPOSE SANCTIONS AND AWARD OTHER RELIEF DUE TO
<u>THE SCHWARTZ FIRM'S FAILURE TO COMPLY WITH COURT ORDERS</u>**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' proposed attorney certification.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' proposed plaintiff declaration.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the March 14, 2011, continued deposition of Diane M. Valentino-Marshall.

3. Attached hereto as Exhibit D is a true and correct copy of excerpts from the March 28, 2011, deposition of Kimm Davis.

2

I declare the foregoing statements are true and correct under the penalties of perjury, this the 8th day of April, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 8, 2011.

/s/ Lisa M. Ropple
Lisa M. Ropple
