# EXHIBIT C

Page 223

```
 1      UNITED STATES DISTRICT COURT OF MASSACHUSETTS
 2
     In Re: NEURONTIN MARKETING,   )   MDL Docket
 3          SALES PRACTICES AND    )   No. 1629
            PRODUCTS LIABILITY     )
 4          LITIGATION,            )   Master File
                                   )   No. 04-10981
 5   _____)
                                   )   Judge
 6   THIS DOCUMENT RELATES TO:     )   Patti B. Saris
                                   )
 7   DIANE MARIE VALENTINO         )   Magistrate Judge
     Kamaliha Y. Brewster,         )   Leo T. Sorokin
 8   et al., vs. Pfizer, et al.,   )
     Case No. 06-cv-11022-PBS      )   Volume II
 9                                 )   Pages 223 - 400
     _____)
10
11
12           CONTINUED VIDEOTAPED DEPOSITION OF
13              DIANE M. VALENTINO-MARSHALL
14                 LAS VEGAS, NEVADA
                 MONDAY, MARCH 14, 2011
15
16
17
18
19
     REPORTED BY:   JANET C. TRIMMER, RPR, CRR
20              NV CCR No. 864, CA CSR No. 4008
21
22
23
24
25   Job No. CS319368
```

Page 224

```
 1         UNITED STATES DISTRICT COURT OF MASSACHUSETTS
 2
 3
 4    NEURONTIN MARKETING, SALES   )
      PRACTICES AND PRODUCTS       ) MDL Docket
 5    LIABILITY LITIGATION,        ) No. 1629
                                   )
 6    _____) Master File
      THIS DOCUMENT RELATES TO:    ) No. 04-10981
 7                                 )
      DIANE MARIE VALENTINO        ) Judge
 8    Kamaliha Y. Brewster,        ) Patti B. Saris
      et al., vs. Pfizer, et al.,  )
 9    Case No. 06-cv-11022-PBS     ) Magistrate Judge
                                   ) Leo T. Sorokin
10    _____)
11
12           Continued Videotaped Deposition of
13    DIANE M. VALENTINO-MARSHALL, taken at Trump
14    International Hotel, located at 2000 Fashion Show
15    Drive, Boardroom, Las Vegas, Nevada, on Monday, March
16    14, 2011, at 9:03 a.m., before Janet C. Trimmer, RPR,
17    CRR, Certified Court Reporter in and for the States of
18    Nevada and California.
19
20
21    Volume II
22    Pages 223 - 400
23
24
25    Job No. CS319368
```

Page 225

```
 1    APPEARANCES:
 2
 3        JAMES A. STEGALL, III
 4        trey@nbslawyers.com
 5        LAW OFFICES OF NEWTON B. SCHWARTZ, SR.
 6        1911 Southwest Freeway
 7        Houston, Texas 77098
 8        (713) 630-0708
 9        COUNSEL FOR PLAINTIFF
10
11        ANDREW EFAW, ESQUIRE
12        efaw@wtotrial.com
13        Wheeler, Trigg, O'Donnell, LLP
14        1837 West 37th Avenue
15        Suite 3600
16        Denver, Colorado  80202
17        (303) 244-1800
18        COUNSEL FOR DEFENDANT
19
20    VIDEOGRAPHER:
21        MATTHEW RIGGIO
22
23
24
25
```

Page 226

```
 1              INDEX OF EXAMINATION
 2    WITNESS                             PAGE
 3    DIANE M.         BY MR. EFAW        229
 4    VALENTINO-MARSHALL
 5          AFTERNOON SESSION             340
 6
 7              INDEX OF EXHIBITS
 8    NUMBER     PAGE  DESCRIPTION
 9    Exhibit 3   352  Label for Depakote
10
11    Exhibit 4   354  Label for Klonopin
12
13    Exhibit 5   356  Supplemental approval label for
14                     Neurontin
15
16    Exhibit 6   358  Label for Desyrel
17
18    Exhibit 7   361  Label for Effexor
19
20    Exhibit 8   365  Label for Paxil
21
22    Exhibit 9   367  Label for Prozac
23
24    Exhibit 10  368  Label for Remeron
25
```

Page 227

```
 1    INDEX OF EXHIBITS (CONTINUED):
 2    NO.        PAGE  DESCRIPTION
 3    Exhibit 11  370  Label for Serzone
 4
 5    Exhibit 12  371  Label for Wellbutrin SR
 6
 7
 8
 9
10
11    INFORMATION REQUESTED
12    Page      Line
13    349        ^
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 244

```
1   after that second one to make sure that you were, to    09:26:06
2   use your words, locked up?                              09:26:09
3      A. Well, I don't know.                               09:26:10
4      Q. Did they not take it seriously?                   09:26:13
5      A. I don't know.                                     09:26:16
6      Q. Diane, I'd like you to look back at tab           09:26:18
7   number 2 in this notebook.                              09:26:22
8      A. Okay.                                             09:26:37
9      Q. As you recall, we looked at these                 09:26:38
10  interrogatories during your first deposition, right?    09:26:42
11     A. Uh-huh.                                           09:26:48
12     Q. And I had you go through there and tell me        09:26:48
13  anything that you believed was inaccurate.              09:26:51
14     A. Uh-huh.                                           09:26:55
15     Q. And the one thing you told me was inaccurate      09:26:55
16  is that it had your high school down, it was wrong, it  09:26:58
17  was somebody else's high school, somebody else's town,  09:27:04
18  right?                                                  09:27:07
19     A. Yes.                                              09:27:08
20     Q. I'd like you to look at interrogatory number      09:27:08
21  11, which is in that tab.                               09:27:12
22     A. Eleven. (Witness examined document.) Okay.        09:27:21
23     Q. I don't think you're on 11.                       09:27:27
24        Trey, can you show her, please?                   09:27:33
25        MR. STEGALL: (Indicating.)                        09:27:36
```

Page 245

```
1   BY MR. EFAW:                                            09:27:37
2      Q. See under interrogatory number 11 it says:        09:27:38
3          "Please describe any instances of                09:27:41
4          psychiatric or mental illness, suicide,          09:27:43
5          attempted suicide, homicide, or other violent    09:27:49
6          behavior by plaintiff."                          09:27:52
7          And then it goes on and asks about other         09:27:57
8   people too.                                             09:27:59
9          Did I read that correctly, Diane?                09:28:01
10     A. Uh-huh.                                           09:28:04
11     Q. Diane, does it say in your response anywhere      09:28:04
12  that you attempted suicide on Christmas Day --          09:28:10
13     A. No.                                               09:28:15
14     Q. -- New Year's Eve and February 11th, 2003?        09:28:16
15  Does it say that in your response?                      09:28:25
16     A. No.                                               09:28:27
17     Q. Why didn't you tell me that the last time we      09:28:35
18  were together and I asked you to look at these          09:28:38
19  interrogatories?                                        09:28:40
20     A. I don't remember you asking.                      09:28:44
21     Q. Do you know why it is that I'm hearing for        09:28:48
22  the first time that you have three suicide attempts on  09:28:50
23  the second day of your deposition, when these           09:28:52
24  questions were answered six, seven months ago and       09:28:57
25  we've had a deposition already and I've written a       09:29:07
```

Page 246

```
1   deficiency letter saying I wanted clear answers? Do     09:29:10
2   you know why it is today that you are letting me know   09:29:14
3   for the first time there were three suicide attempts?   09:29:16
4      A. I don't understand what you're saying. Okay?      09:29:23
5   If you asked me these questions, I would have answered  09:29:27
6   them.                                                   09:29:31
7      Q. Okay. You were asked these questions, were        09:29:31
8   you not?                                                09:29:34
9      A. I don't recall.                                   09:29:34
10     Q. You were unaware at any time in this              09:29:35
11  litigation -- this is what I'm trying to understand     09:29:42
12  here. Let me try to ask it more clearly.                09:29:44
13        Were you unaware that you were supposed to        09:29:47
14  disclose in the course of this litigation months ago    09:29:50
15  that you had three suicide attempts?                    09:29:55
16     A. Yes, I was unaware.                               09:30:01
17     Q. So today is the first day that you realized       09:30:03
18  that you were being asked about suicide attempts; is    09:30:06
19  that right?                                             09:30:08
20     A. Yes.                                              09:30:08
21     Q. All right. Let's make the best of where we        09:30:09
22  are and go through these.                               09:30:15
23        There was a suicide attempt on Christmas Day      09:30:18
24  2002, right?                                            09:30:23
25     A. It was Christmas Eve.                             09:30:24
```

Page 247

```
1      Q. Okay, Christmas Eve.                              09:30:29
2      A. It was New Year's Eve, and it was the one         09:30:30
3   that put me in the hospital was February 11th, 2003,    09:30:37
4   Summerlin Hospital.                                     09:30:44
5      Q. So the first one was Christmas Eve --             09:30:45
6      A. And then New Year's --                            09:30:51
7      Q. -- 2002?                                          09:30:53
8      A. (Witness nodded head up and down.)                09:30:54
9      Q. Tell me about that one.                           09:30:55
10     A. I was depressed and it was a very hard            09:31:00
11  holiday and I tried to overdose but I woke up; I can    09:31:06
12  remember I was very drowsy.                             09:31:13
13     Q. What did you take?                                09:31:19
14     A. I don't recall. That I don't recall.              09:31:21
15     Q. Were you drinking at that time?                   09:31:23
16     A. No.                                               09:31:25
17     Q. You just took pills?                              09:31:27
18     A. Just pills.                                       09:31:28
19     Q. Prescription medication?                          09:31:29
20     A. Yes.                                              09:31:31
21     Q. But as you sit here today, you can't tell me      09:31:32
22  one of the prescription medications you took?           09:31:35
23     A. No, I can't.                                      09:31:37
24     Q. Any street drugs?                                 09:31:38
25     A. No.                                               09:31:39
```