# EXHIBIT D

Davis Rough 1 032811.asc

1

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3
      IN RE: NEURONTIN MARKETING, SALES
 4           PRACTICES AND PRODUCTS
             LIABILITY LITIGATION,
 5
                  Plaintiff(s),
 6
            -vs-                        ROUGH DRAFT
 7
      THIS DOCUMENT RELATES TO:
 8
      KIMM DAVIS
 9    Virgil Anderson, et al. V. Pfizer, Inc.,
      CASE NO.  06-cv-11024-PBS
10    _____

11

12         ROUGH DRAFT Videotaped Deposition of Kimm

13    Davis, taken on behalf of the Defendant pursuant

14    to the stipulations agreed to herein, before

15    Nicole D. White, Certified Court Reporter and

16    Notary Public, at Nelson, Mullins, Riley &

17    Scarborough, 172 Meeting Street, Suite 600,

18    Charleston, South Carolina on the 28th day of

19    March, 2011 commencing at 10:00 a.m.

20

21

22                    **RESTRICTED**

23

24

25
```

2

```
 1    APPEARANCES OF COUNSEL:
```

Page 1

```
                    Davis Rough 1 032811.asc
 2
 3  On behalf of the Plaintiff:
 4       By:  Vincent Lo, Esquire
 5       LAW OFFICES OF NEWTON B. SCHWARTZ, SR.
 6       1911 Southwest Freeway
 7       Houston, Texas  77098
 8       (713) 630-0708
 9
10  On behalf of the Defendant:
11       By:  Catherine B. Stevens, Esquire
12       SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
13       Four Time Square
14       New York, New York 10036
15       (212) 735-3000
16       Catherine.stevens@skadden.com
17                   _ _ _
18
19
20
21
22
23
24
25
                                                     3


 1                    I N D E X
 2                                           Page
 3  EXAMINATION
 4       By Ms. Stevens                      005
 5       By Mr. Lo                           197

                      Page 2
```

```
                     Davis Rough 1 032811.asc
 6
 7   Certificate of Reporter
 8   Errata Sheet
 9   Signature Sheet
10
11              E X H I B I T S
12   Plaintiff's:
13        No exhibits were proffered.
14   Defendant's:
15   Exhibit 1 - Deposition notice
16   Exhibit 2 - Answers to interrogatories.
17   Exhibit 3 - Incident Report
18   Exhibit 4 - South Carolina Arrest Record
19   Exhibit 5 - Complaint
20
21
22
23
24
25
                                              4


 1             VIDEOGRAPHER:  My name is Mike
 2   Campbell of Clearview Legal Video.  The date
 3   today is March 28th, 2011 and the time is
 4   10:07.  This deposition is being held at the
 5   office of Nelson Mullins located at 151
 6   Meeting Street, Charleston, South Carolina.
 7        The caption of this case is Kimm Davis
 8   versus Pfizer, Incorporated in the U.S.
 9   District Court, District of Massachusetts.
```

Page 3

Davis Rough 1 032811.asc

```
 9    prior to being in the hospital?  Do you remember
10    coming to in an an lance being there or anything
11    to that effect?
12             A.   I vaguely remember when they
13    were pumping my stomach.
14             Q.   Okay did they pump your stomach
15    at the house?
16             A.   No at the hospital.
17             Q.   Were you able to breath on your
18    own in the hospital?
19             A.   (Indicating) I guess.
20             Q.   Did they take you straight to a
21    psychiatric ward or did you have any physical
22    problems?
23             A.   No I think I was in maybe
24    intensive care for a little bit.
25             Q.   Okay.  Okay.  What month in 2007
```

                                                    170


```
 1    did that happen?
 2             A.   It was early in the year.  I
 3    believe it was January, February, February.
 4             Q.   Okay.  If you turn to Exhibit 2
 5    again and question number 11 asked about any
 6    suicide or suicide attempts and your answer says
 7    aside from Plaintiffs bipolar disorder and
 8    suicide attempt on 1192003 with an overdose of
 9    prescription drugs including Neurontin, none of
10    Plaintiffs family members have any in stands of
11    psychiatric and mental illness an suicide et
12    cetera?
```

Davis Rough 1 032811.asc

13      A.    I'm sorry where are you.
14      Q.    I'm on question number 11, the
15 response, if you turn the page over it starts the
16 second paragraph it says subject to and without
17 waiving the general objections?
18      A.    Okay.
19      Q.    It goes on, that last two
20 sentences where it talks about your suicide
21 attempt on 1192003.  Is there any reason that
22 your 2003 suicide attempt isn't included in this?
23      A.    Don't know why it isn't.
24      Q.    Okay.  Okay.  And I apologize if
25 you've told me this before but why did you come,

                       171

1 why did you leave Minnesota to come back to South
2 Carolina?
3      A.    My children.  They at the time
4 were in college when I was away in Minnesota and
5 Colton was in a program, a year program.  He was
6 wrapping it up.  I wanted to get back here when
7 he got back here.
8      Q.    Did your children know about
9 your 2007 suicide attempt?
10      A.    Hailey does.
11      Q.    Your son does not?
12      A.    No.
13      Q.    Did Hailey come up to see you
14 during that attempt?
15      A.    No.
16      Q.    Is there a reason you haven't