UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:   NEURONTIN MARKETING, SALES          : MDL Docket No. 1629
         PRACTICES AND PRODUCTS              :
         LIABILITY LITIGATION                : Master File No. 04-10981
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                             : Judge Patti B. Saris
                                             :
THIS DOCUMENT RELATES TO:                    : Magistrate Judge Leo T.
                                             : Sorokin
*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS;   :
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS; :
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS;  :
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS.    :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF FILING OF UNREDACTED COPY OF DEFENDANTS' MOTION TO IMPOSE SANCTIONS AND AWARD OTHER RELIEF DUE TO THE SCHWARTZ FIRM'S FAILURE TO COMPLY WITH COURT ORDERS

Defendants Pfizer Inc and Warner-Lambert Company LLC now file an unsealed and unredacted copy of their Motion to impose sanctions against the Law Offices of Newton B. Schwartz and other relief, as well as the accompanying exhibits. In an abundance of caution and in accordance with the Court's Standing Order Regarding Sealing of Court Documents, Pfizer initially filed a redacted copy of its memorandum and filed an unredacted copy under seal on March 29, 2011 in order to allow Plaintiffs the opportunity to assert confidentiality with regard to the redacted portion of the document. (*See* Jan. 21, 2010 Order [2512], at 1.)  Pfizer also filed certain accompanying exhibits under seal.  Prior to filing, Pfizer notified Plaintiffs' counsel of the potentially confidential material, and Pfizer's intent to file it under seal, and requested that Plaintiffs confirm whether they intend to designate the redacted portions as confidential within seven business days.  As of today, Defendants have received no response to that request, and therefore Plaintiffs have designated no portion of the brief or accompanying exhibits as confidential, despite having ample opportunity to do so.  Because this Court's Standing Order provides that unsealed copies should be filed within "seven (7) working days of filing the sealed document," (*id.* at 2), Defendants now file an unsealed and unredacted copy of their Motion and

the accompanying exhibits.

Dated: April 8, 2011

                                                Respectfully submitted,

                                                SKADDEN, ARPS, SLATE, MEAGHER
                                                    & FLOM LLP

                                                By:  /s/ Mark S. Cheffo
                                                      Mark S. Cheffo

                                                Four Times Square
                                                New York, NY 10036
                                                Tel:  (212) 735-3000
                                                Mark.Cheffo@skadden.com

                                                ROPES & GRAY LLP

                                                By:  /s/ Lisa M. Ropple
                                                      Lisa M. Ropple
                                                      BBO # 555401

                                                Prudential Tower
                                                800 Boylston Street
                                                Boston, MA 02199-3600
                                                Tel:  (617) 951-7000

                                                *Attorneys for Defendants Pfizer Inc and*
                                                *Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 8, 2011.

                                                /s/ Lisa M. Ropple
                                                Lisa M. Ropple