| yes+A1 | ContactLastName | CaseNo |
|---|---|---|
| Lois | Adams | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Jessie | Allen | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Vivian | Allen | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jerrell | Bearden | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Darrell | Brooks | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Thomas | Brown | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Bobbie | Bryson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Roy | Carroll | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Mary | Cooper | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Lynnette | Criss | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Linda | Cunningham | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Levi | Davis | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Shirley | Drennan | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Catherine | Duvall | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Annie | Edwards | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Essie | Ford Patterson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate Aliece | Garrett | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Shannon | Glass | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Fannie | Grinston | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lee | Haley | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Belinda | Havard | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mae | Hester | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| William | Hony | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| James | Hunter | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Estate of Nikisha | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jacqueline | Kendrick | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Elizabeth | Knight | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Henry | Landrum | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Birdie | Langdon | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Dawn | Lepard | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jerry | Lowe | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |

| | | |
|---|---|---|
| Pearlie | Maddox | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Joyce | McAdory | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lolita | Myers | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Maybelle | Newsome | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Hershel Jack | Price | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jerry | Price | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Vera | Ray | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Patricia | Rhodes | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Vanessa | Scott | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lashonda | Skinner | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Frank | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Jannie | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Louisia | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Bobby | Steele | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Michael | Trim | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Deborah | Watson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Joyce | Watson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Michaelon | Weathersby | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Francis | Womack | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Re'Shedia | Young | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |

chart reflects 51 Plfs per Ct. Ord, Disc being supplemented per Order

| Medical Auth. | Med. Provider List | Pfs' Template Disc Completion Date | Scheduled Depo dates of Pfs |
|---|---|---|---|
| Yes | yes | ~7/2/2007 | 2/1/2011 |
| Yes | yes | `3/25/2008 | 12/21/2010 |
| Yes | yes | ~3/25/2008 | |
| Yes | yes | ~4/12/2007 | 12/28/2010 |
| Yes | yes | ~4/9/2008 | |
| Yes | yes | ~4/21/2008 | |
| Yes | yes | ~4/21/2008 | 12/20/2010 |
| Yes | yes | ~4/12/2007 | 12/22/2010 |
| Yes | yes | ~4/12/2007 | |
| Yes | yes | ~4/22/2008 | |
| Yes | yes | ~4/8/2008 | |
| Yes | yes | ~4/23/2008 | |
| Yes | yes | ~4/27/2007 | 8/24/10 Shirley Drennan |
| Yes | yes | ~4/24/2008 | 8/23/2010 Catherine Duvall |
| Yes | yes | ~4/24/2008 | |
| Yes | yes | ~7/28/10 | |
| Yes | yes | Incomplete | |
| Yes | yes | ~7/28/10 | |
| Yes | yes | ~7/28/10 | |
| Yes | yes | ~4/12/2007 | 1/6/2011 |
| Yes | yes | ~8/11/10 and ~8/13/10 | |
| Yes | yes | ~8/11/10 and ~8/13/10 | |
| Yes | yes | ~8/11/10 and ~8/13/10 | |
| Yes | yes | ~8/11/10 and ~8/13/10 | 12/17/2010 |
| Yes | yes | ~08/25/10 | |
| Yes | yes | ~08/25/10 | 1/13/2011 |
| Yes | yes | ~7/5/2007 & 10/24/2007 | to be dismissed/withdrawn |
| Yes | yes | ~09/5/10 | 1/20/2011 |
| Yes | yes | ~09/5/10 | 1/21/2011 |
| Yes | yes | `09/5/10 | |
| Yes | yes | ~7/5/2007 & 8/1/2007 | 9/9/2010 Jerry Lowe |

| | | | | |
|---|---|---|---|---|
| Yes | yes | ~ 4/17/07 & 10/264/07 | | |
| Yes | yes | ~09/5/10 | | |
| Yes | yes | ~4/27/2007 | | |
| Yes | yes | ~10/26/2007 | | 12/16/2010 |
| Yes | yes | ~4/16/2008 | | |
| Yes | yes | `7/23/10 | 09/10/10 Jerry Price | |
| Yes | yes | ~09/08/2010 | | |
| Yes | yes | ~4/13/2007 | | |
| Yes | yes | ~09/08/2010 | 10/13/10 @ 10am Vanessa Scott | |
| Yes | yes | ~09/08/2010 | | 12/15/2010 |
| Yes | yes | ~4/18/2007 | | |
| Yes | yes | ~4/25/2007 | | |
| Yes | yes | ~4/19/2007 | 10/28/2010 @ 10am L. Smith | |
| Yes | yes | ~10/01/2010 | | |
| Yes | yes | ~7/23/10 | 08/26/10 Michael Trim | |
| Yes | yes | ~10/01/2010 | | 12/7/2010 |
| Yes | yes | ~10/01/2010 | 10/27/10 @10am Joyce Watson | |
| Yes | yes | ~10/01/2010 | | |
| Yes | yes | ~5/6/2008 | | |
| Yes | yes | ~10/26/2007 | | |

| Pf's Depos Completed | Prescribers depo dates | Prescribers Depos Completed |
|---|---|---|
| completed | | |
| completed | | |
| completed | | |
| completed | | |
| completed | Hines, MD 10/29/2010; Hollister, MD 11/09/2010; | completed |
| completed | Brock, MD, 10/21/2010; and Hadidi, MD , | Haddu, MD completed |
| completed | | |
| completed | | |
| completed | | |
| completed | | |
| completed | | |

completed

completed

completed
completed

completed

completed
completed
completed

| Date Def Responded to Template Disc |
|---|

Mike Trim --5/17/2010
Shannon Glass--5/25/2010
Shirley Drennan--7/9/2010
Jerry Lowe--7/9/2010
Jerry Price--7/9/2010
Vanessa Scott 7/9/2010
Louisa Smith --7/9/2010
Joyce Watson--7/9/2010
Catherine Duvall--5/17/2010
Lashonda Skinner--7/15/2010
Frank Smith--7/15/2010
Bobby Steele--7/15/2010
Lois Adams--8/2/2010
Jessie Allen--8/3/2010
Vivian Allen--8/3/2010
Bobby Bryson--8/13/2010
Lynette Criss--8/13/2010
Levi Davis--8/13/2010
Annie Edwards--8/13/2010
Hershel Jack Price--8/13/2010
Jerrell Bearden--9/1/2010
Darrell Brooks--9/1/2010
Thomas Brown--9/1/2010
Estate of Elizabeth Knight--9/1/2010
Mary Cooper--9/1/2010
Catherine Duvall--9/15/2010
Essie Ford Patterson--9/20/2010
narie Givens--9/20/2010
Henry Landrum--10/1/2010
Birdie Langdon--10/1/2010
Joyce McAdory--10/1/2010

Jacqueline Kendrick--10/1/2010