3/29/11

## NEURONTIN ATTORNEY HOURS

| | KELLY KELLY | CHRIS LAY | TREY STEGALL | VINCENT LO | MABEL LO |
|---|---|---|---|---|---|
| **2006** | | | | | |
| 8/31 | 36.35 | | | | |
| 11/30 | 0.50 | | | | |
| 12/15 | 0.50 | | | | |
| **2007** | | | | | |
| 3/07 | 10.50 | | | | |
| 4/04 | 5.50 | | | | |
| 4/18 | 0.75 | | | | |
| 5/02 | 2.00 | | | | |
| 5/16 | 0.50 | | | | |
| 6/13 | 0.75 | | | | |
| 6/27 | 1.75 | | | | |
| 7/11 | 4.25 | | | | |
| 7/25 | 1.25 | | | | |
| 8/08 | 1.75 | | | | |
| 8/22 | 0.25 | | | | |
| 9/19 | 1.75 | | | | |
| 11/28 | 0.75 | 56.50 | 29.50 | | |
| 12/12 | 2.00 | 28.50 | 33.25 | | |
| 12/26 | 19.50 | 93.00 | 26.50 | | |
| **2008** | | | | | |
| 1/09 | 0.50 | | 25.00 | | |
| 1/23 | 3.50 | | 17.50 | | |
| 2/06 | 3.25 | | 26.00 | | |
| 2/20 | -- | | 4.50 | | |
| 3/05 | 0.75 | | 5.50 | | |
| 3/19 | 2.75 | | 11.25 | | |
| 4/02 | 14.00 | | 4.50 | | |
| 4/16 | -- | | 31.50 | | |
| 4/30 | 0.50 | | 14.50 | | |
| 5/14 | | | 17.00 | | |
| 5/28 | | | 4.50 | | |
| 6/11 | | | 9.50 | | |

| Date | | | | |
|---|---|---|---|---|
| 6/25 | | 9.50 | | |
| 7/09 | | 6.50 | | |
| 7/23 | | 2.50 | | |
| 8/06 | | 3.00 | | |
| 8/20 | | 2.00 | | |
| 9/03 | | 4.50 | | |
| 9/17 | | 1.25 | | |
| 10/01 | | 3.00 | | |
| 10/29 | | 1.00 | | |
| 11/26 | | 1.00 | | |
| 12/10 | | 8.00 | | |
| 12/23 | | 3.00 | | |

2009

| Date | | | | |
|---|---|---|---|---|
| 1/07 | | 2.12 | | |
| 2/04 | | 1.25 | | |
| 2/18 | | 0.50 | | |
| 3/04 | | 2.25 | | |
| 3/18 | | 2.50 | | |
| 4/01 | | 3.00 | | |
| 4/15 | | 3.00 | | |
| 4/29 | | 4.25 | | |
| 5/13 | | 4.00 | | |
| 5/27 | | 5.00 | | |
| 6/10 | | 4.00 | | |
| 6/24 | | 7.50 | | |
| 7/08 | | 3.00 | | |
| 7/22 | | 2.50 | | |
| 8/05 | 1.00 | 9.00 | | |
| 8/19 | | 5.75 | | |
| 9/02 | | 12.50 | 22.00 | |
| 9/16 | | 14.50 | 55.00 | |
| 9/30 | 0.50 | 39.50 | 76.50 | 12.00 |
| 10/14 | | 28.00 | 90.00 | 31.00 |
| 10/28 | 0.25 | 19.75 | 74.00 | 50.00 |
| 11/11 | | 7.50 | 25.00 | 43.00 |
| 11/25 | | 4.50 | 53.00 | 66.00 |
| 12/09 | | 3.00 | 20.00 | 67.00 |
| 12/23 | | 2.25 | 21.00 | 81.50 |

2010

| Date | | | | |
|---|---|---|---|---|
| 1/06 | | 7.00 | | |
| 1/20 | | 23.50 | | |

| Date | Kelly | Chris Lay | Trey Stegall | Vincent Lo | Mabel Lo |
|---|---|---|---|---|---|
| 2/03 | | | 6.00 | | 88.00 |
| 2/17 | | | 7.00 | | 46.00 |
| 3/03 | | | 10.50 | | 49.00 |
| 3/17 | | | 8.75 | | 48.00 |
| 3/31 | | | 2.00 | | 57.00 |
| 4/14 | | | 4.00 | | 50.00 |
| 4/28 | | | 8.75 | | 54.00 |
| 5/12 | | | 32.50 | | 71.00 |
| 5/26 | | | 14.50 | | 32.50 |
| 6/09 | 0.25 | | 19.25 | | 73.00 |
| 6/23 | | | 22.50 | | 63.00 |
| 7/07 | | | 48.50 | 26.00 | 82.45 |
| 7/21 | | | 73.50 | 112.00 | 105.90 |
| 8/04 | | | 62.00 | 103.00 | 111.30 |
| 8/18 | | | 65.00 | 66.00 | 99.00 |
| 9/01 | | | 79.00 | 61.00 | 84.50 |
| 9/15 | | | 69.00 | 30.00 | 84.00 |
| 9/29 | | | 63.50 | 20.00 | 82.00 |
| 10/13 | | | 48.50 | 22.00 | 87.00 |
| 10/27 | | | 45.50 | 10.00 | 82.50 |
| 11/10 | | | 121.75 | 44.00 | 94.00 |
| 11/24 | | | 59.50 | 12.00 | 108.00 |
| 12/08 | | | 6.00 | 5.00 | 88.30 |
| 12/22 | | | 49.50 | | 98.00 |

| 2011 | | | | | |
|---|---|---|---|---|---|
| 1/05 | | | 69.75 | | 36.80 |
| 1/19 | | | 39.75 | 35.00 | 112.50 |
| 2/02 | | | 34.00 | 56.00 | 130.30 |
| 2/16 | | | 71.00 | 51.00 | 94.30 |
| 3/02 | | | 111.50 | 108.00 | 172.50 |
| 3/16 | | | 97.00 | 100.00 | 105.50 |
| | ---------- | ---------- | ---------- | ---------- | ---------- |
| | 117.85 | 178.00 | 1,877.37 | 1,297.50 | 2,840.85 |
| | KELLY KELLY | CHRIS LAY | TREY STEGALL | VINCENT LO | MABEL LO |

TOTAL hours >>   6,311.57