# EXHIBIT "D-2"

LAW OFFICES OF
# NEWTON B. SCHWARTZ, SR.

JAMES A. STEGALL III
ASSOCIATE ATTORNEY

email: trey@nbslawyers.com

1911 Southwest Freeway
Houston, Texas 77098
713-630-0708
713-630-0789 fax

February 16, 2011

Catherine Stevens                                              *Via Federal Express # 8744-8993-5811*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

RE:   *In Re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981 in the U.S. District Court for the District of Massachusetts.

Counsel,

Per the Court's scheduling order of June 9, 2010 (Docket No. 2839), enclosed please find a USB flash drive containing additional medical records for the below-listed clients that have been obtained since our last submission to you. We will continue to update these in the future as they are received.

| | | |
|---|---|---|
| Ann Larkin | Diane Valentino | Lovell Jones Coleman |
| Barbara Knowlton | Doris Smith | Marlene McIntyre |
| Beth Bellino | Elroy Johnson | Mary Picket |
| Brady Williams | Freddie Lytle | Melissa Vice |
| Carla Jones Wyatt | Helen Wine | Monica Saenz |
| Carmen Boltin | Herman Segle | Robert Colley |
| Carson Bunch | Isiah Mitchell | Sandra Logan |
| Caryl Taylor | Janice Lee | Sandra McMahon-Lough |
| Christine Dozier | Jeffrey Taggart | Shanna Ericsson-Harkness |
| Connie Cook | John Wilhelm | Sherrial Gilbow |
| Damon Carter | Kamaliha Brewster | Stephanie Lowe |
| David Day | Kelly Deleon | Susan Brazell |
| David Pettit | Kenneth Gross | Teresa Huff |
| Debra Leger | Leslie Lutrell | |
| Dexter Lee | Lester Carr | |

Should you have any questions, please call me at 713-630-0708 or send an email to trey@nbslawyers.com.

Regards,

*James A. Stegall III*

*Enclosed: USB flash drive containing Schwartz Medical Records*

# FedEx US Airbill

**FedEx Tracking Number:** 8740 8993 5811

**Sender's Copy**

**From** (Please print and press hard.)
**Date:** 2/16/11

**Sender's FedEx Account Number:** (SENDER'S FEDEX ACCOUNT NUMBER ONLY)

**Sender's Name:** NEWTON SCHWARTZ
**Phone:** (713) 630-0708
**Company:** SCHWARTZ, NEWTON B SR
**Address:** 1911 SOUTHWEST FWY
**City:** HOUSTON **State:** TX **ZIP:** 77098-4803

**Your Internal Billing Reference:** Neurontin Medical Records

**To**
**Recipient's Name:** Catherine Stevens **Phone:** 212 735-3000
**Company:** Skadden, Arps, Slate, Meagher & Flom LLP
**Address:** Five Times Square
**City:** New York **State:** NY **ZIP:** 10036

0430489305

**4a Express Package Service**
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling and Delivery Signature Options**
☐ SATURDAY Delivery
☐ No Signature Required
☒ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods?
☒ No ☐ Yes (As per attached Shipper's Declaration) ☐ Yes (Shipper's Declaration not required) ☐ Dry Ice ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

605



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 18, 2011

Dear Customer:

The following is the proof-of-delivery for tracking number 874489935811.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Mailroom |
| Signed for by: | M.MELVILLE | Delivery location: | 4 TIMES SQ 24 |
| | | | 10036 |
| Service type: | Priority Envelope | Delivery date: | Feb 17, 2011 10:01 |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 874489935811 | Ship date: | Feb 16, 2011 |

Recipient:
CATHARINE STEVENS
SKADDEN ARPS SLATE MEAGHER & F
FIVE TIMES SQUARE
10036 US

Reference

Shipper:
NEWTON SCHWARTZ
SCHWARTZ, NEWTON B SR
1911 SOUTHWEST FWY
770984803 US

NEURONTIN/MEDICAL RECORD

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339