# EXHIBIT "D-3"

LAW OFFICES OF NEWTON B. SCHWARTZ, SR.
1911 SOUTHWEST FREEWAY
HOUSTON, TX 77098
Tel: 713-630-0708
Fax: 713-630-0789

February 17, 2011

BY EMAIL (MJW@GDLDLAW.COM)
Micahel J. Wasicko
GOODELL, DEVRIES, LEECH & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Re: Barbara Knowlton v. Pfizer

Dear Mr. Wasicko:

Attached to this email, please find Plaintiff, Barbara Knowlton's First Supplemental Responses to Defendants' First Set of Interrogatories and Plaintiff's First Supplemental Responses to Defendants' First Request for Production of Documents and Things (including additional medical records as listed in Plaintiff's First Supplemental Responses) and signed declarations/verifications.

Attached please also find a copy of Plaintiff, Barbara Knowlton's signed declarations/verifications, which was originally attached and submitted with her First Responses to Defendants' First Set of Interrogatories and Plaintiff's First Responses to Defendants' First Request for Production of Documents and Things on October 1, 2010.

Please feel free to contact me should you have additional questions. Thank you.

Very Truly Yours,
The Law Offices of Newton B. Schwartz, Sr.

*Mabel Lee-Lo*
Mabel Lee-Lo

Attachments:

Plaintiff, Barbara Knowlton's First Supplemental Responses to Defendants' First Set of Interrogatories and Plaintiff's First Supplemental Responses to Defendants' First Request for Production of Documents and Things (including additional medical records as listed in Plaintiff's First Supplemental Responses) and signed declarations/verifications.

Plaintiff, Barbara Knowlton's signed declarations/verifications for her First Responses to Defendants' First Set of Interrogatories and her First Responses to Defendants' First Request for Production of Documents and Things on October 1, 2010.

Cc: Mark Cheffo (via email)
     Catherine Stevens (via email)
     James "Trey" Stegall (via email)