# EXHIBIT "D-4"

# UNDER SEAL