# EXHIBIT "D-5"

# UNDER SEAL