# EXHIBIT "D-6"

# UNDER SEAL