# EXHIBIT "D-7"

# UNDER SEAL