# EXHIBIT "D-8"

# UNDER SEAL