UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING § <br> AND SALES PRACTICES § <br> LITIGATION § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> VIRGIL L. ANDERSON, ET AL § <br> vs. PFIZER INC., ET AL § <br> Case No. 06-11024-PBS § <br> § <br> MARTHA ACCETULLO, ET AL § <br> vs. PFIZER, INC., ET AL § <br> Case No. 06-10912-PBS § <br> § <br> KAMALIHA Y. BREWSTER, ET AL § <br> vs. PFIZER, INC, ET AL § <br> Case No. 06-11022-PBS § <br> § <br> CHARLES D. GIRARD, ET AL, § <br> vs. PFIZER, INC., ET AL § <br> Case No. 06-11023-PBS § | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo Sorokin |

**DECLARATION OF NEWTON B. SCHWARTZ, SR'S**

I, Newton B. Schwartz, Sr. declare and state as follows:

1. I make this Declaration based on my own personal knowledge and the following documents and information believed to be true and correct;

2. I am the sole proprietor of the Law Firm of Newton B. Schwartz, Sr. (my wife of 44 years, a non-lawyer, owns one-half (1/2) by operation of the Texas Community Property laws)

3. I have read the attached "Schwartz Firm's Reply in Opposition to Pfizer and Warner-Lambert Company, LLC's Motion to Impose Sanctions and Award Other Relief Due to the Schwartz Firm's Failure to Comply with Court Orders" and such facts stated therein

are true and correct; and where based upon information, such information is believed to be true and correct.

4. Exhibit "C" is an accurate compilation and summary of each individual payroll check paid to my attorney employees, in 26 bi-weekly pay periods. James A. Stegall, III, Mabel Lee-Lo and Vincent Ka-Lin Lo for the years stated; and

5. Exhibit "D" is a letter dated April 7, 2011 from Catherine B. Stevens; Exhibit "D-1" is our letter dated July 7, 2010 from James A. Stegall, III with a Fed Ex proof of delivery slip; Exhibit "D-2" letter dated February 16, 2011 from James A. Stegall, III with Fed Ex label and proof of delivery slip; and Exhibit "D-3" letter dated February 17, 2011 from Mabel Lee-Lo.  Exhibit "D-4" (filed under seal) letter dated March 14, 2011 from Michael A. Pichini; Exhibit "D-5" (filed under seal) Melissa Vice's Supplemental Response to Defendants' First Set of Interrogatories; Exhibit "D-6" (filed under seal) David Day's Supplemental Response to Defendants' First Set of Interrogatories; and Exhibit "D-7" (filed under seal) Monica Gann's Supplemental Response to Defendants' First Set of Interrogatories, and Exhibit "D-8" (filed under seal) Barbara Knowlton's Supplemental Response to Defendants' First Set of Interrogatories.

6. Adopted by reference per FRCP 10(c) from Document No. 3389 are "Objections" etc. filed April 4, 2011 are records Exhibits "A" and "A-1" including non-privileged communications and with certain of 132 clients listed thereon.

7. All of Exhibits "A" "A-1", "C", "D", "D-1", "D-2", "D-3", "D-4", "D-5", "D-6", "D-7" and "D-8" (including the latter filed under seal) were and are based upon Schwartz attorneys or staff employees preparations based upon their personal knowledge of such events and in full compliance with Federal Rules of Evidence 803(6); and

8. All above enumerated Exhibits are within Federal Rules of Evidence 803(6).

9. Exhibit "C" is additionally in compliance also with Rule 1006 Fed. Rules of Evidence.

10. I declare under penalties of perjury that the foregoing is true and correct.

Executed on this 11th day of April, 2001.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on this 11th day of April, 2011

/s/Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.

3