# EXHIBIT "D-1"



## LAW OFFICES OF
# NEWTON B. SCHWARTZ, SR.

JAMES A. STEGALL III
ASSOCIATE ATTORNEY

email: trey@nbslawyers.com

1911 Southwest Freeway
Houston, Texas 77098
713-630-0708
713-630-0789 fax

July 7, 2010

Mark S. Cheffo                                  *Via Federal Express, Track No. 8694-6450-5322*
Catherine Stevens
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

RE:   *In Re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981 in the U.S. District Court for the District of Massachusestts.

Counsel,

Per the Court's scheduling order of June 9, 2010 (Docket No. 2839), enclosed on a USB flash drive please find copies of all medical authorizations and medical records for the Schwartz clients that are within our possession. Additional authorizations and records will be forwarded to you as they are received by us.

Should you have any questions or desire to discuss this further, please feel free to call me at 713-630-0708 or send an email to trey@nbslawyers.com.

Regards,

James A. Stegall III

*2010.07.07 ltr-Cheffo*



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

December 8, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number 869464505322.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 4 TIMES SQ 24 |
| Signed for by: | B.MICHELL | Delivery date: | Jul 8, 2010 08:48 |
| Service type: | Priority Overnight | | |



## Shipping Information:

Tracking number: 869464505322                Ship date:  Jul 7, 2010

Recipient:
MARK CHEFFO
SKADDEN ARPS SLATE MEAGHER & P
FOURT TIMES SQUARE
NEW YORK CITY, NY 10036 US

Shipper:
JAMES STEGALL
SCHWARTZ, NEWTON B SR
1911 SOUTHWEST FWY
HOUSTON, TX 770984803 US

Reference                NEURONTIN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339