UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                           :   MDL Docket No. 1629

In re:  NEURONTIN MARKETING,      :

       SALES PRACTICES AND             :   Master File No. 04-10981

       PRODUCTS LIABILITY LITIGATION  :

                                                           :   Judge Patti B. Saris

------------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:        :

                                                           :

JOHNSON v. PFIZER INC.            :

Individual Case No. 06-11882       :

                                                           :

------------------------------------------------------------x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFFS DANIEL JOHNSON AND SUSAN JOHNSON**

     Finkelstein & Partners, LLP, counsel for Plaintiffs Daniel Johnson and Susan Johnson, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c) granting Plaintiffs' counsel leave to withdraw as counsel for Plaintiffs in this action.

     Plaintiffs' counsel has previously spoken with Plaintiff Daniel Johnson regarding his case.  Irreconcilable differences have developed between Plaintiffs and counsel regarding the direction of legal services that may be provided to Plaintiffs that preclude counsel from further representation of Plaintiffs in this case.

This Motion is supported by the Memorandum and the Declaration of Kenneth B. Fromson, filed herewith.

Dated: April 14, 2011                                  Respectfully submitted,

                                                       Finkelstein & Partners, LLP

                                        By:    /s/ Andrew G. Finkelstein
                                               Andrew G. Finkelstein, Esquire
                                               Finkelstein & Partners, LLP
                                               1279 Route 300, P.O. Box 1111
                                               Newburgh, NY  12551

                                               *Attorneys for Plaintiffs*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated: April 14, 2010

                                                /s/ Kenneth B. Fromson
                                                Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 14, 2011; and that this document has also been served on Plaintiffs by sending a copy of the document to Plaintiffs by certified mail return receipt requested at Plaintiffs' last known mailing address.

                                                /s/ Andrew G. Finkelstein
                                                Andrew G. Finkelstein