UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,   :
        SALES PRACTICES AND   :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
   :
ALSBERGE v. PFIZER INC.   :
Individual Case No. 05-11699 and   :
       Case No. 06-10957   :
   :
------------------------------------------------------------x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF DEBRA JOHNSON ALSBERGE**

      Finkelstein & Partners, LLP, and their local counsel, Rush, Hannula, Harkins & Kyler, L.L.P., counsel for Plaintiff Debra Johnson Alsberge, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c) granting Plaintiff's counsel leave to withdraw as counsel for Plaintiff in this action.

      Plaintiff's counsel has written and spoken to Plaintiff Debra Johnson Alsberge regarding her cases.  Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.

This Motion is supported by the Memorandum and the Declaration of Kenneth B. Fromson, filed herewith.

Dated: April 14, 2011

Respectfully submitted,

Finkelstein & Partners, LLP

By:   /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

John R. Wilson, Esq.
Rush, Hannula, Harkins & Kyler, L.L.P.
4701 South 19th Street, Suite 300
Tacoma, WA  98405

*Attorneys for Plaintiff*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:  April 14, 2010

  /s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 14, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

  /s/ Andrew G. Finkelstein
Andrew G. Finkelstein