UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | : | |
|   SALES PRACTICES AND | : | Master File No. 04-10981 |
|   PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| ------------------------------------------------------------x | : | |
| | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALSBERGE v. PFIZER INC. | : | |
| Individual Case No. 05-11699 and | : | |
|       Case No. 06-10957 | : | |
| | : | |
| ------------------------------------------------------------x | | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF DEBRA JOHNSON ALSBERGE**

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, the law firm of Finkelstein & Partners, LLP, and their local counsel, Rush, Hannula, Harkins & Kyler, L.L.P., hereby move for leave to withdraw as attorneys for Plaintiff Debra Johnson Alsberge in the above-entitled cause.

On June 22, 2005, a complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, in the United States District Court for the Southern District of New York.  Declaration of Kenneth B. Fromson at ¶ 3.

On August 18, 2005, the case was transferred from the U.S. District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:05-cv-11699-PBS.  Fromson Decl. at ¶ 4.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case

No. 04-10981.  Fromson Decl. at ¶ 5

On April 12, 2006, a complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, in the United States District Court for the Western District of Washington, W.D. Wash. Case No. 065197, Fromson Decl. at ¶ 6.

On May 8, 2006, the case was transferred from the U.S. District Court for the Western District of Washington to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:06-cv-10957-PBS.  Fromson Decl. at ¶ 7.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  Fromson Decl. at ¶ 8.

Plaintiff's counsel has written and spoken to Plaintiff Debra Johnson Alsberge concerning this case.  Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.  Fromson Decl. at ¶ 9.

Finkelstein & Partners, LLP, therefore requests that this Court grant the law firm and their local counsel of record leave to withdraw as attorneys for Plaintiff Debra Johnson Alsberge and allow Plaintiff 60 days either to seek new counsel or to advise the Court that she will proceed with the prosecution of this action *pro se*.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff.

In view of the above, Finkelstein & Partners, LLP, respectfully requests that the law firm be granted leave to withdraw as attorneys for Deborah Johnson Alsberge.

Dated:  April 14, 2011

Respectfully submitted,

Finkelstein & Partners, LLP

By:  **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

John R. Wilson, Esq.
Rush, Hannula, Harkins & Kyler, L.L.P.
4701 South 19th Street, Suite 300
Tacoma, WA  98405

*Attorneys for Plaintiff*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:  April 14, 2010

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 14, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein