```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:  NEURONTIN MARKETING, SALES           :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS               :
        LIABILITY LITIGATION                 :  Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                             :  Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                    :
                                             :  Magistrate Judge Leo T.
*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS;  :  Sorokin
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS;  :
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS;  :
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS.  :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO IMPOSE SANCTIONS AND AWARD OTHER RELIEF DUE TO
THE SCHWARTZ FIRM'S FAILURE TO COMPLY WITH COURT ORDERS**

      Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move pursuant to Local Rule 7.1(b)(3) for leave to file a Reply memorandum. Defendants intend to file today a Reply in Further Support of Defendants' Motion to Impose Sanctions and Award Other Relief Due to the Schwartz Firm's Failure to Comply with Court Orders. The proposed Reply, which will not exceed 7 pages in length, clarifies certain issues raised in Plaintiffs' Opposition [3401, 3402]. Defendants respectfully submit that the Reply will assist the Court in addressing Defendants' motion and that this request is reasonable.

      WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed Reply in further support of their Motion to Impose Sanctions and Award Other Relief Due to the Schwartz Firm's Failure to Comply with Court Orders, attached hereto as Exhibit 1.

Dated: April 14, 2011

                                       Respectfully submitted,

                                       SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP

                                       By:  /s/ Mark S. Cheffo
                                               Mark S. Cheffo

                                       Four Times Square
                                       New York, NY 10036
                                       Tel:  (212) 735-3000
                                       Mark.Cheffo@skadden.com

                                       -and-

                                       ROPES & GRAY LLP

                                       By:   /s/ Ana M. Francisco
                                                 Ana M. Francisco
                                                 BBO # 564346

                                       Prudential Tower
                                       800 Boylston Street
                                       Boston, MA 02199-3600
                                       Tel:  (617) 951-7000
                                       Ana.Francisco@ropesgray.com

                                       *Attorneys for Defendants Pfizer Inc and*
                                       *Warner-Lambert Company LLC*

## **CERTIFICATE OF CONSULTATION**

     I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

                                         /s/ Katherine F. Arthur
                                         Katherine F. Arthur

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 14, 2011.

                                         /s/ Ana. M. Francisco
                                         Ana M. Francisco