UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS;
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS;
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:  MDL Docket No. 1629
:
:  Master File No. 04-10981
:
:  Judge Patti B. Saris
:
:  Magistrate Judge Leo T.
:  Sorokin
:
:
:

## DEFENDANTS' MOTION REQUESTING ENTRY OF JUDGMENT

Pursuant to Federal Rules of Civil Procedure 58(d) and 54(b), Defendants Pfizer Inc

Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer"), respectfully request

entry of final judgment with prejudice in favor of Defendants and against the Plaintiffs

represented by the Boone Law Firm ("Boone Plaintiffs") identified herein, in accordance with

Federal Rule of Civil Procedure 58(a), which provides that "[e]very judgment and amended

judgment must be set out in a separate document."

As grounds for this motion, Defendants state as follows:

1.     On December 20, 2010, Defendants moved to compel discovery from all Boone

Plaintiffs.  (*See* Defendants' Motion to Compel [3176].)

2.     On February 4, 2011, after briefing was complete, Magistrate Judge Sorokin

recommended allowance of Defendants' motion, and concluded that the Boone Plaintiffs'

noncompliance and discovery misconduct warranted dismissal as a sanction for failure to obey

court orders to provide discovery, Fed. R. Civ. P. 37(b)(2)(A), and failure to prosecute and obey

court orders, Fed. R. Civ. P. 41(b).  (*See* February 4, 2011 Report and Recommendation on Defs.

Mot. to Compel [3276], at 1-2, 27.)

3.     On April 5, 2011, after briefing was complete, this Court agreed with and adopted

Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' Motion to

Compel.  (*See* April 5, 2011 Memorandum and Order [3390] at 2, 18.)  In its Order, this Court

dismissed the claims of the following Boone Plaintiffs with prejudice for egregious failure to prosecute and to comply with the Court's orders.  (*See id.*, and at Appendix A-E.)

|     | Plaintiff | Case No. | Appendix |
|-----|-----------|----------|----------|
| 1.  | Adams, Mary | 07-cv-11795 | Appendix E |
| 2.  | Anderson, Leroy | 05-cv-10835 | Appendix E |
| 3.  | Applewhite, Mary | 07-cv-11795 | Appendix E |
| 4.  | Ashford, Mary | 07-cv-11795 | Appendix E |
| 5.  | Banks, Terry | 07-cv-11795 | Appendix D |
| 6.  | Barbee, Jimmie | 07-cv-11795 | Appendix E |
| 7.  | Barber, Marie | 05-cv-10835 | Appendix E |
| 8.  | Barnes, Robert | 07-cv-11795 | Appendix A |
| 9.  | Bass, Teresser | 07-cv-11795 | Appendix E |
| 10. | Beckum, Martha | 07-cv-11795 | Appendix A |
| 11. | Bennet, Vannila | 07-cv-11795 | Appendix E |
| 12. | Benson, Cassandra | 07-cv-11795 | Appendix E |
| 13. | Benton, Ledora | 07-cv-11795 | Appendix A |
| 14. | Berry, Audrey | 07-cv-11795 | Appendix E |
| 15. | Bland, Elizabeth | 07-cv-11795 | Appendix E |
| 16. | Blaylock, Joe | 07-cv-11795 | Appendix E |
| 17. | Booker-Meeks, Helen | 07-cv-11795 | Appendix D |
| 18. | Bouie, Frances | 07-cv-11795 | Appendix E |
| 19. | Brown, Jessie | 07-cv-11795 | Appendix D |
| 20. | Campbell, Minnie | 07-cv-11795 | Appendix E |
| 21. | Cannon, Lille | 07-cv-11795 | Appendix E |
| 22. | Clark, Emma | 07-cv-11795 | Appendix D |
| 23. | Conn, Donald | 07-cv-11795 | Appendix A |
| 24. | Collier, Sr., Claiborne | 07-cv-11795 | Appendix E |
| 25. | Craig, Katie | 07-cv-11795 | Appendix D |
| 26. | Crapps, Ruby | 07-cv-11795 | Appendix A |
| 27. | Creswill, Memye | 07-cv-11795 | Appendix D |
| 28. | Crumble, Cora L. | 07-cv-11795 | Appendix A |
| 29. | Crystian, Theodore | 07-cv-11795 | Appendix A |
| 30. | Darby, Alford | 07-cv-11795 | Appendix D |
| 31. | Darling, Jimmy | 07-cv-11795 | Appendix E |
| 32. | Davis, Carolyn | 07-cv-11795 | Appendix E |
| 33. | Delotta, Serboya | 07-cv-11795 | Appendix D |
| 34. | Dillon, Alton | 07-cv-11795 | Appendix E |
| 35. | Dillon, Marshall | 07-cv-11795 | Appendix A |
| 36. | Ellis, Pamela | 07-cv-11795 | Appendix D |

| 37. | Epps, Clara | 07-cv-11795 | Appendix A |
|-----|-------------|-------------|------------|
| 38. | Evans, Lillie Beatrice Leggett | 07-cv-11795 | Appendix D |
| 39. | Everett, Gregory Linn | 07-cv-11795 | Appendix D |
| 40. | Fields, Texcellar (Estate of) | 07-cv-11795 | Appendix E |
| 41. | Finscher, Inez | 07-cv-11795 | Appendix D |
| 42. | Fisher, Michael | 07-cv-11795 | Appendix D |
| 43. | Fleming, Ethel | 07-cv-11795 | Appendix A |
| 44. | Gatewood, Annie | 05-cv-10835 | Appendix E |
| 45. | Gildon, Beneal | 07-cv-11795 | Appendix E |
| 46. | Givens, Narie | 07-cv-11795 | Appendix D |
| 47. | Glenn, Frances | 07-cv-11795 | Appendix D |
| 48. | Green, Kenneth | 05-cv-10835 | Appendix E |
| 49. | Greer, Claudette | 07-cv-11795 | Appendix D |
| 50. | Gregory, Emma | 07-cv-11795 | Appendix A |
| 51. | Hales, Linda | 07-cv-11795 | Appendix A |
| 52. | Hardy, Tommy | 07-cv-11795 | Appendix D |
| 53. | Harkins, Billie | 07-cv-11795 | Appendix D |
| 54. | Harris, Clarence | 07-cv-11795 | Appendix D |
| 55. | Harris, Freddie | 07-cv-11795 | Appendix D |
| 56. | Harris, Melvin | 05-cv-10835 | Appendix E |
| 57. | Harrison, Doyle | 07-cv-11795 | Appendix E |
| 58. | Harrison, Gloria | 07-cv-11795 | Appendix E |
| 59. | Harveston, Linda | 07-cv-11795 | Appendix D |
| 60. | Haslett, Gregory | 07-cv-11795 | Appendix D |
| 61. | Haynes, Charles | 05-cv-10834 | Appendix D |
| 62. | Head, Mark | 07-cv-11795 | Appendix D |
| 63. | Hendon, Rufus | 07-cv-11795 | Appendix D |
| 64. | Henry, Carl | 07-cv-11795 | Appendix E |
| 65. | Hicks, Shawand | 07-cv-11795 | Appendix D |
| 66. | Holmes, Evia | 07-cv-11795 | Appendix B |
| 67. | Holt, Evelyn | 07-cv-11795 | Appendix D |
| 68. | Hoover, Frank | 07-cv-11795 | Appendix D |
| 69. | Hoover, Ruby | 07-cv-11795 | Appendix D |
| 70. | Howard, Emma | 07-cv-11795 | Appendix B |
| 71. | Jackson, Josephine | 07-cv-11795 | Appendix D |
| 72. | James, Cassandra | 07-cv-11795 | Appendix E |
| 73. | Jeffcoat, James | 07-cv-11795 | Appendix E |
| 74. | Jefferson, Macatherine | 07-cv-11795 | Appendix E |
| 75. | Jenkins, Charlotte | 05-cv-10835 | Appendix E |
| 76. | Johnson, Debra Ann | 07-cv-11795 | Appendix A |
| 77. | Johnson, Doris | 07-cv-11795 | Appendix D |

| 78. | Johnson, Lena | 07-cv-11795 | Appendix A |
|---|---|---|---|
| 79. | Johnson, Ollie | 07-cv-11795 | Appendix A |
| 80. | Johnson, Robert | 07-cv-11795 | Appendix D |
| 81. | Johnson, Velma | 07-cv-11795 | Appendix E |
| 82. | Jones, Rosie | 07-cv-11795 | Appendix D |
| 83. | Jordan, Edward | 07-cv-11795 | Appendix D |
| 84. | Keyes, Johnny | 07-cv-11795 | Appendix D |
| 85. | Knight, Falisha | 07-cv-11795 | Appendix D |
| 86. | Lacy, Ellaweise | 07-cv-11795 | Appendix D |
| 87. | Lacy, Shanetta | 07-cv-11795 | Appendix D |
| 88. | Lawson, Mary | 07-cv-11795 | Appendix D |
| 89. | Lee, Diann | 07-cv-11795 | Appendix D |
| 90. | Livingston, Mickey | 07-cv-11795 | Appendix D |
| 91. | Logan, Chris | 07-cv-11795 | Appendix D |
| 92. | Longino, Sylvia | 07-cv-11795 | Appendix D |
| 93. | Lott, Lula | 07-cv-11795 | Appendix D |
| 94. | Lucas, Jannie | 07-cv-11795 | Appendix E |
| 95. | Maggett, Bobbie | 07-cv-11795 | Appendix E |
| 96. | McBeath, Patricia | 07-cv-11795 | Appendix D |
| 97. | McConnell, Franklin | 07-cv-11795 | Appendix D |
| 98. | McCoy, Marquitia | 07-cv-11795 | Appendix D |
| 99. | McDonald Jr., Sherman | 07-cv-11795 | Appendix D |
| 100. | McIntee-Nelson, Martha | 07-cv-11795 | Appendix D |
| 101. | Melvin, Laperial | 07-cv-11795 | Appendix D |
| 102. | Mills, Tommie | 07-cv-11795 | Appendix C |
| 103. | Mitchell, Ava | 07-cv-11795 | Appendix D |
| 104. | Moore, Mattie | 07-cv-11795 | Appendix D |
| 105. | Morgan, Helen | 07-cv-11795 | Appendix D |
| 106. | Murphy, Brandy | 07-cv-11795 | Appendix D |
| 107. | Murray, Linda | 07-cv-11795 | Appendix D |
| 108. | Nance, Warren | 05-cv-10835 | Appendix E |
| 109. | Neal, Debra | 07-cv-11795 | Appendix A |
| 110. | Newson, Bettie | 05-cv-10834 | Appendix D |
| 111. | Norman, Martha | 07-cv-11795 | Appendix D |
| 112. | Odom, Tommie | 07-cv-11795 | Appendix D |
| 113. | Perez, Sharon | 07-cv-11795 | Appendix D |
| 114. | Phillips, Kathy | 07-cv-11795 | Appendix D |
| 115. | Posey, Jacquelyn | 07-cv-11795 | Appendix D |
| 116. | Potts, Larry | 07-cv-11795 | Appendix E |
| 117. | Powell, Delories | 07-cv-11795 | Appendix D |
| 118. | Prince, Mark | 05-cv-10835 | Appendix E |

| 119. | Primer, Janice | 07-cv-11795 | Appendix C |
|------|----------------|-------------|------------|
| 120. | Quimby, Cynthia | 07-cv-11795 | Appendix D |
| 121. | Readus, Barbara | 07-cv-11795 | Appendix D |
| 122. | Rippy, Sallie | 07-cv-11795 | Appendix D |
| 123. | Rochelle, Wayne | 07-cv-11795 | Appendix D |
| 124. | Sayles, Jimmy | 07-cv-11795 | Appendix D |
| 125. | Self, Sean | 07-cv-11795 | Appendix D |
| 126. | Shields, Bridgette | 07-cv-11795 | Appendix D |
| 127. | Shields, Sara | 07-cv-11795 | Appendix D |
| 128. | Sims, Aaron | 07-cv-11795 | Appendix D |
| 129. | Smith, Andrew | 05-cv-10834 | Appendix E |
| 130. | Smith, Eugene | 07-cv-11795 | Appendix D |
| 131. | Smith, Ronnie | 07-cv-11795 | Appendix D |
| 132. | Smith, Rosa | 07-cv-11795 | Appendix D |
| 133. | Smith, Ruby | 07-cv-11795 | Appendix D |
| 134. | Spencer, Bennie | 07-cv-11795 | Appendix E |
| 135. | Stagg, Jerry | 07-cv-11795 | Appendix D |
| 136. | Stampley, Darlene | 07-cv-11795 | Appendix D |
| 137. | Staten, John | 07-cv-11795 | Appendix D |
| 138. | Stevenson, Carl | 07-cv-11795 | Appendix D |
| 139. | Suber, Gregory | 05-cv-10835 | Appendix E |
| 140. | Sullivan, Debbie | 07-cv-11795 | Appendix D |
| 141. | Taylor, Dorian | 07-cv-11795 | Appendix E |
| 142. | Thomas, Erestia | 07-cv-11795 | Appendix D |
| 143. | Thomas, Magnolia | 07-cv-11795 | Appendix D |
| 144. | Thompson, Martha | 07-cv-11795 | Appendix D |
| 145. | Tolliver, Dorothy | 07-cv-11795 | Appendix D |
| 146. | Townsend, Morris | 07-cv-11795 | Appendix D |
| 147. | Toy, Doris | 07-cv-11795 | Appendix D |
| 148. | Vail, Larry | 07-cv-11795 | Appendix D |
| 149. | Walls, Joann | 07-cv-11795 | Appendix D |
| 150. | Walters, Shirley | 07-cv-11795 | Appendix D |
| 151. | Warfield, Katherine A (Estate of) | 07-cv-11795 | Appendix D |
| 152. | Washington, Della | 07-cv-11795 | Appendix D |
| 153. | White, Edneatha | 07-cv-11795 | Appendix D |
| 154. | Williams, Carole | 07-cv-11795 | Appendix D |
| 155. | Williams, Daisy | 07-cv-11795 | Appendix D |
| 156. | Williams, Eloise | 07-cv-11795 | Appendix D |
| 157. | Williams, Helen | 07-cv-11795 | Appendix D |
| 158. | Williams, Jr., Sanders | 07-cv-11795 | Appendix D |
| 159. | Williams, Nolan | 07-cv-11795 | Appendix D |

| 160. | Williams, Sr., O.C. | 07-cv-11795 | Appendix D |
| 161. | Williams, Taylor | 07-cv-11795 | Appendix D |
| 162. | Woods, Bobby | 07-cv-11795 | Appendix A |

4.     Because the Court has held that the claims of these Boone Plaintiffs should be dismissed with prejudice, this Court should enter final judgment with prejudice in favor of Pfizer in accordance with Rule 58(a).

5.     Although filed as a mass action, the claims of these plaintiffs are legally distinct. Appeal and finality as to these claims should not be delayed while the claims of the remaining plaintiffs go forward.  Accordingly, Pfizer asks that the judgments be designated as a separate and final judgments pursuant to Federal Rule of Civil Procedure 54(b).

6.     Proposed forms of judgments are attached hereto as Exhibits A through C.

WHEREFORE,  for  the  foregoing  reasons,  Pfizer  requests  that  the  Court  grant Defendants' motion and enter final judgment in favor of Defendants and against the Boone Plaintiffs.

Dated: April 14, 2011                     Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:      /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

ROPES & GRAY LLP

By:   /s/Ana M. Francisco
       Ana M. Francisco
       BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

     I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

          /s/Catherine B. Stevens
          Catherine B. Stevens

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 14, 2011.

          /s/Ana M. Francisco
          Ana M. Francisco