**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES : MDL Docket No. 1629
        PRACTICES, AND PRODUCTS :
        LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS : Sorokin
:
------------------------------------------------x

### [PROPOSED] ORDER OF DISMISSAL AND FINAL JUDGMENT

SARIS, U.S.D.J.                                                               _____, 2011

Pursuant to this Court's Memorandum and Order dated April 5, 2011 (Docket No. 3390), it is ORDERED and ADJUDGED that the claims of the following plaintiffs be, and hereby are, dismissed with prejudice:

| | | | |
|---|---|---|---|
| Adams, Mary | Collier, Sr., Claiborne | Fisher, Michael | Hoover, Ruby |
| Applewhite, Mary | Craig, Katie | Fleming, Ethel | Howard, Emma |
| Ashford, Mary | Crapps, Ruby | Gildon, Beneal | Jackson, Josephine |
| Banks, Terry | Creswill, Memye | Givens, Narie | |
| Barbee, Jimmie | Crumble, Cora L. | Glenn, Frances | James, Cassandra |
| Barnes, Robert | Crystian, Theodore | Greer, Claudette | Jeffcoat, James |
| Bass, Teresser | Darby, Alford | Gregory, Emma | Jefferson, Macatherine |
| Beckum, Martha | Darling, Jimmy | Hales, Linda | |
| Bennet, Vannila | Davis, Carolyn | Hardy, Tommy | Johnson, Debra Ann |
| Benson, Cassandra | Delotta, Serboya | Harkins, Billie | Johnson, Doris |
| Benton, Ledora | Dillon, Alton | Harris, Clarence | Johnson, Lena |
| Berry, Audrey | Dillon, Marshall | Harris, Freddie | Johnson, Ollie |
| Bland, Elizabeth | Ellis, Pamela | Harrison, Doyle | Johnson, Robert |
| Blaylock, Joe | Epps, Clara | Harrison, Gloria | Johnson, Velma |
| Booker-Meeks, Helen | Evans, Lillie | Harveston, Linda | Jones, Rosie |
| Bouie, Frances | Beatrice Leggett | Haslett, Gregory | Jordan, Edward |
| Brown, Jessie | Everett, Gregory Linn | Head, Mark | Keyes, Johnny |
| Campbell, Minnie | Fields, Texcellar (Estate of) | Hendon, Rufus | Knight, Falisha |
| Cannon, Lille | Finscher, Inez | Henry, Carl | Lacy, Ellaweise |
| Clark, Emma | | Hicks, Shawand | Lacy, Shanetta |
| Conn, Donald | | Holmes, Evia | Lawson, Mary |
| | | Holt, Evelyn | |
| | | Hoover, Frank | |

| | | | |
|---|---|---|---|
| Lee, Diann | Morgan, Helen | Sims, Aaron | Vail, Larry |
| Livingston, Mickey | Murphy, Brandy | Smith, Eugene | Walls, Joann |
| Logan, Chris | Murray, Linda | Smith, Ronnie | Walters, Shirley |
| Longino, Sylvia | Neal, Debra | Smith, Rosa | Warfield, Katherine A (Estate of) |
| Lott, Lula | Norman, Martha | Smith, Ruby | |
| Lucas, Jannie | Odom, Tommie | Spencer, Bennie | |
| Maggett, Bobbie | Perez, Sharon | Stagg, Jerry | Washington, Della |
| McBeath, Patricia | Phillips, Kathy | Stampley, Darlene | White, Edneatha |
| McConnell, Franklin | Posey, Jacquelyn | Staten, John | Williams, Carole |
| McCoy, Marquitia | Potts, Larry | Stevenson, Carl | Williams, Daisy |
| McDonald Jr., Sherman | Powell, Delories | Sullivan, Debbie | Williams, Eloise |
| McIntee-Nelson, Martha | Primer, Janice | Taylor, Dorian | Williams, Helen |
| Melvin, Laperial | Quimby, Cynthia | Thomas, Erestia | Williams, Jr., Sanders |
| Mills, Tommie | Readus, Barbara | Thomas, Magnolia | Williams, Nolan |
| Mitchell, Ava | Rippy, Sallie | Thompson, Martha | Williams, Sr., O.C. |
| Moore, Mattie | Rochelle, Wayne | Tolliver, Dorothy | Williams, Taylor |
| | Sayles, Jimmy | Townsend, Morris | Woods, Bobby |
| | Self, Sean | Toy, Doris | |
| | Shields, Bridgette | | |
| | Shields, Sara | | |

The Court finds that there is no just reason for delay and this is a final judgment as to all claims of the above-named plaintiffs pursuant to Federal Rule of Civil Procedure 54(b).

_____
Patti B. Saris
United States District Judge

Copies to: Counsel via ECF