UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING § | | |
| AND SALES PRACTICES § | | |
| LITIGATION § | § | MDL Docket No. 1629 |
| § | | |
| § | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: § | | |
| § | § | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL § | | |
| vs. PFIZER INC., ET AL § | | |
| Case No. 06-11024-PBS § | | |
| § | | |
| MARTHA ACCETULLO, ET AL § | | |
| vs. PFIZER, INC., ET AL § | § | Magistrate Judge Leo T. Sorokin |
| Case No. 06-10912-PBS § | | |
| § | | |
| KAMALIHA Y. BREWSTER, ET AL § | | |
| vs. PFIZER, INC, ET AL § | | |
| Case No. 06-11022-PBS § | | |
| § | | |
| CHARLES D. GIRARD, ET AL, § | | |
| vs. PFIZER, INC., ET AL § | | |
| Case No. 06-11023-PBS § | | |

**NOTICE TO THE CLERK AND COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Martha Accetullo, et al, pursuant to this Court's Standing Orders regarding sealed filings, Plaintiffs each assert and maintain their claims of privileged confidentiality as to all of their redacted and sealed materials including but not limited to certain deposition testimony given by Plaintiffs and their privileged and confidentiality medical records or excerpts thereon.

Please note this confirmation on your docket, in compliance with this Court's above Orders.

Respectfully submitted,

/s/Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, Texas 77098
nbs@nbslawyers.com
Telephone: (713) 630-0708
Facsimile: (713) 630-0789

Jack W. Harang
JACK W. HARANG, APLC
228 St. Charles Ave., Suite 501
New Orleans, LA 70130
Telephone: (504) 581-7050
Facsimile: (504) 581-7057

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on this 18th day of April, 2011

 /s/Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.