```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **IN RE NEURONTIN MARKETING,**<br>**SALES PRACTICES, & PRODUCTS**<br>**LIABILITY LITIGATION** | )<br>)<br>)<br>) MDL NO. 1629<br>) |
| **THIS DOCUMENT RELATES TO:**<br>ALL PRODUCTS LIABILITY ACTIONS | )<br>) CIVIL ACTION NO. 04-10981-PBS<br>)<br>) |

**SUGGESTION OF REMAND ORDER**

April 19, 2011

Saris, U.S.D.J.

The Court, having reviewed the pro se cases listed in Attachment A, finds and rules as follows:

Common discovery and other coordinated pretrial proceedings have been completed. This Court has issued several opinions on cross-cutting issues in the products liability cases. See In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 2011 WL 1048971 (D. Mass. Mar. 18, 2011); In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 2009 WL 3756328 (D. Mass. Aug. 14, 2009); In re Neurontin Mktg., Sales Practices & Prods. Liab. Litig., 618 F. Supp. 2d 96 (D. Mass 2009); In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 612 F. Supp. 2d 116 (D. Mass. 2009). While case-specific discovery has not yet been completed in these cases, all remaining issues are case-specific. Because plaintiffs are pro se, individual discovery and other pretrial matters are better resolved in their home districts.

Pursuant to Rule 10.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order in the cases listed in Attachment A.

The Clerk is **ORDERED** to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

    /s/ PATTI B. SARIS
PATTI B. SARIS
United States District Judge