UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Barlow v. Pfizer Inc, et al.* : Sorokin
Case No. 1:05-cv-11501-PBS :
: **LEAVE GRANTED ON**
------------------------------------------------x **APRIL 19, 2011**

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S DENIAL OF MOTION FOR AN ORDER PROHIBITING IMPROPER TACTICS DURING FACT WITNESS DEPOSITIONS AND IMPOSING SANCTIONS

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the August 28, 2010, deposition of Larry Flowers, M.D.

Signed under the penalties of perjury this 19th day of April 2011.

/s/ Mark S. Cheffo
Mark S. Cheffo

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 19, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco