# EXHIBIT A

## Page 1

```
          IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
..............................:
                               :
In Re:                         :
NEURONTIN MARKETING,           :MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS,  :
LIABILITY LITIGATION           :Master File No. 04-10981
                               :
..............................:
                               :
THIS DOCUMENT RELATES TO:      :Judge Patti B. Saris
                               :
IRENE BARLOW                   :Magistrate Judge Leo T.
                               :Sorokin
                               :
...............................:............................

          IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
                    AUSTIN DIVISION
...............................:
                               :
IRENE BARLOW                   :
                               : CIVIL ACTION NO.
vs.                            :
                               : 1:05CV175-SS
PFIZER, INC.; WARNER-LAMBERT   :
COMPANY, L.L.C., formerly known:
as WARNER-LAMBERT COMPANY,     :
including its division PARKE-DAVIS :
and DR. JAY SEASTRUNK, M.D.,   :
REHABILITATION STAFFING SERVICES, :
LTD., AND GERO-PSYCHIATRIC     :
SERVICE OPPORTUNITY            :
                               :
...............................:............................

     ORAL AND VIDEOTAPED DEPOSITION OF LARRY FLOWERS, M.D.

                      AUGUST 28, 2010
```

## Page 2

```
     ORAL AND VIDEOTAPED DEPOSITION OF LARRY FLOWERS, M.D.

                      AUGUST 28, 2010


     ORAL AND VIDEOTAPED DEPOSITION OF LARRY FLOWERS,
M.D., produced as a witness at the instance of the
Plaintiff, and duly sworn, was taken in the above-styled
and numbered cause on Saturday, August 28, 2010, from
9:55 a.m. to 2:08 p.m., before Mary C. Dopico, Certified
Shorthand Reporter No. 463 and Notary Public in and for
the State of Texas, reported by machine shorthand and
audio/video recording at the offices of 1125 Cypress
Station Drive, Suite B1, Houston, Texas, pursuant to
Notice and the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.
```

## Page 3

APPEARANCES

COUNSEL FOR PLAINTIFF:
   Mr. Archie Carl Pierce
   Wright & Greenhill, P.C.
   221 W. 6th Street, Suite 1800
   Austin, Texas 78701
   Telephone: 512/476-4600  Fax: 512/476-5382
   E-mail: cpierce@w-g.com

and

   Mr. Jack London
   Law Offices of Jack London, P.C.
   3701 Bee Caves Road, Suite 200
   Austin, Texas 78746
   Telephone: 512/478-5858  Fax: 512/478-1120
   E-mail: jack@jackwlondon.com

COUNSEL FOR DEFENDANT, PFIZER, INC. AND WARNER-LAMBERT COMPANY:
   Mr. Jeffrey R. Lilly
   Clark, Thomas & Winters, P.C.
   3000 Weslayan, Suite 350
   Houston, Texas 77027-3708
   Telephone: 713/621-1017  Fax: 713/583-1221
   E-mail: jrl@ctw.com

and

   Mr. Kenneth J. Ferguson
   Clark, Thomas & Winters, P.C.
   300 West 6th Street, Suite 1500
   Austin, Texas 78701
   Telephone: 512/472-8800  Fax: 512/682-5495
   E-mail: kjf@ctw.com

REPORTED BY:                VIDEO BY:
Mary C. Dopico, CSR, RPR, CRR    Joseph (Chip) Tait
Independent Contractor To:
Wright, Watson & Associates
Firm Registration No. 225
Expires 12-31-2011
3307 Northland Drive, Suite 185
Austin, Texas 78731
512/474-4363  Fax 512/474-8802

## Page 4

INDEX
ORAL AND VIDEOTAPED DEPOSITION OF LARRY FLOWERS, M.D.
AUGUST 28, 2010

                                            PAGE

Appearances........................................  2
Proceedings/Stipulations...........................  9
Changes and Signature Page......................... 194
Reporter's Certification........................... 196

LARRY FLOWERS, M.D.
   Examination, by Mr. London......................  9
   Examination, by Mr. Ferguson.................... 98
   Further Examination, by Mr. London.............. 173
   Further Examination, by Mr. Ferguson............ 190
   Further Examination, by Mr. London.............. 193

FLOWERS EXHIBITS

Exhibit 1..........................................  13
   Dr. Flower's clinical records of Irene Barlow
   (13 pages)

Exhibit 2..........................................  13
   Cypress Creek Hospital chart of Irene Barlow
   (69 pages)

Exhibit 3..........................................  41
   Pfizer records of sales rep visit call dates
   made to Dr. Flowers (CONFIDENTIAL)
   (Pfizer_MDL_Barlow_0000107 - 0000132, 0000208 -
   0000213, 0000082 - 0000106)

Exhibit 4..........................................  53
   Psychiatric Times and CME, Inc. sponsored
   Complimentary Educational Symposium flier
   "New Frontiers in Social Phobia and Bipolar
   Disorders" (CME/NEU 01416)

| Irene Barlow v.<br>Pfizer, Inc., et al | Larry Flowers, M.D.<br>August 28, 2010 |
|---|---|

133

1  Q. (By Mr. Ferguson) So -- So I understand, the
2 patients that you believe that you had some success with
3 were bipolar patients who added an anxiety component to
4 their bipolar?
5  **A. Who generally had a concomitant anxiety and**
6 **concomitant substance abuse, which could have been**
7 **related to their anxiety or not.**
8  Q. Have you had success treating patients with --
9 for pain before -- with Neurontin before you saw
10 Ms. Barlow?
11  **A. I didn't specifically initiate their treatment**
12 **with pain, but I've had patients who I have inherited on**
13 **gabapentin who were treated for pain disorders whom had**
14 **success and I've continued it, but I wasn't necessarily**
15 **initiating it myself.**
16  Q. With regard to the patients for whom you
17 prescribed Neurontin, before you saw Ms. Barlow, for
18 those patients you determined that Neurontin was an
19 appropriate medication to treat their condition.
20  **A. Correct.**
21  Q. Are you still prescribing anti-epileptic drugs
22 for bipolar disease today?
23  **A. Yes.**
24  Q. And which ones are you using to -- to treat
25 bipolar either as monotherapy or as adjunctive therapy?

134

1  **A. Depakote, Lamictal, would be my primary two**
2 **AEs that I use. On occasion I will add topiramate --**
3 **Topamax -- if a patient has weight issues due to**
4 **Depakote and sometimes being on an atypical. Those are**
5 **the three that I primarily use.**
6  Q. Are there others that you secondarily use or
7 tertiarily use?
8  **A. As they start failing, yes.**
9    MR. LONDON: Say that again, please. I
10 just didn't -- "As they start" what?
11    THE WITNESS: Failing.
12    MR. LONDON: Failing?
13    THE WITNESS: Failing.
14    MR. LONDON: F-A-I-L-I-N-G?
15    THE WITNESS: Yes.
16    MR. LONDON: Okay. I'm sorry. I
17 apologize.
18  **A. That's all right. As there are failed trials**
19 **with the other medications, you know, my general**
20 **spectrum is atypical, AE, then searching for the perfect**
21 **AE, anti-epileptic, lithium, then I'm going out there --**
22 **I may -- You know, sometimes there's add-on**
23 **benzodiazepines. Then none of those have worked. Then**
24 **there might be other AEs I've used, which I may not even**
25 **think typically work well with bipolar disorder,**

135

1 **Topamax, Zonegran, I've used them before.**
2  Q. (By Mr. Ferguson) Do you use Neurontin at all
3 at least as an adjunctive therapy for bipolar at all?
4  **A. I will say there are several patients who are**
5 **on Neurontin that are still on Neurontin who -- as an**
6 **adjunctive therapy -- that have a history of bipolar,**
7 **anxiety, and chemical dependency, and they have**
8 **continued on.**
9  Q. So at least you have continued a prescription
10 for some patients who have anxiety and substance abuse
11 components to their bipolar?
12  **A. Correct.**
13  Q. Okay. And at least in your view, for those
14 patients, does the Neurontin use as adjunctive therapy
15 help those patients? Does it benefit them?
16  **A. It helps those patients. In my determination,**
17 **more with the anxiety and the substance abuse, and --**
18 **than I see -- that I can say necessarily with mania or**
19 **depression, but I can certainly say it's helped the --**
20 **it's helping them.**
21  Q. Are there any other conditions, other than as
22 you just described --
23  **A. Uh-huh.**
24  Q. -- any other conditions that you use Neurontin
25 for currently?

136

1  **A. Yeah, there are pain conditions that -- that I**
2 **continued people on Neurontin with.**
3  Q. What sorts of pain conditions?
4  **A. Neuralgias primarily, some polyneuropathies,**
5 **some neuralgias.**
6  Q. And would these include neuralgias other than
7 post-herpetic neuralgias?
8  **A. Yes.**
9  Q. So you still, in certain patients have
10 determined that Neurontin benefits these patients for
11 these pain conditions as you've described?
12  **A. Yes.**
13  Q. Does -- Does Neurontin leave the system, the
14 body fairly quickly?
15    MR. LONDON: Objection. I'm sorry,
16 objection, form.
17  **A. In comparison to -- It isn't if I am**
18 **comparing -- if I am comparing it to some of my**
19 **atypicals, certainly yes. It depends on -- You know,**
20 **relative to the medications we use in psychiatry, yes.**
21  Q. (By Mr. Ferguson) And that's my question.
22  **A. Right.**
23  Q. Relative to the medications --
24  **A. I mean --**
25  Q. -- that you use in -- in psychiatry --