UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO: | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| ALL PRODUCTS LIABILITY ACTIONS | |

### AMENDED REPORT AND RECOMMENDATION
### ON UNOPPOSED MOTIONS TO DISMISS

March 30, 2011

SOROKIN, M.J.

Several Motions to Dismiss are pending. I recommend that the Court ALLOW each of these motions with one partial exception. Because the Court inadvertently omitted reference to Docket #3305 in its original Report and Recommendation (docketed at #3359) I hereby VACATE that recommendation and issue this Amended Report and Recommendation.

In Docket number 3259 defendants seek to dismiss the claims of three pro se plaintiffs for failure to produce the template discovery as ordered. In docket number 3300 the defendants seek to dismiss the claims of five pro se plaintiffs for the same reasons. Previously, the Court ordered production of this discovery and warned all the pro se plaintiffs that failure to comply with the order could result in dismissal. None of the plaintiffs have opposed these motions. Accordingly, I recommend that the Court ALLOW #3259 and DISMISS the claims of pro se plaintiffs Dellapino Ballard (06cv11154), Jason Morrow (06cv11589) and Scott Alan Watson (05cv12002) because these plaintiffs have failed to comply with the Court's orders and failed to produce the discovery required and for the further reasons advanced by the defendants in their motion. For

1

*Handwritten margin notes: "4/18/2011 I adopt the report and recommendation and dismiss these actions. (Pauls B Saris)"*