UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------x

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

*Dellapino Ballard v. Pfizer*
Case No. 06-cv-11154

*Jason Morrow v. Pfizer*
Case No. 06-cv-11589

*Scott Alan Watson v. Pfizer*
Case No. 05-cv-12002

----------------------------------------x

[PROPOSED] ORDER DISMISSING PLAINTIFFS FOR FAILURE TO RESPOND TO DISCOVERY

The claims of the following *pro se* Plaintiffs are hereby dismissed with prejudice for failure to comply with discovery:

| Plaintiff | Case No. |
| --- | --- |
| Dellapino Ballard | 06-cv-11154 |
| Jason Morrow | 06-cv-11589 |
| Scott Alan Watson | 05-cv-12002 |

IT IS SO ORDERED.
Dated: 4/20/2011

_____
Hon. Leo T. Sorokin
Magistrate Judge, U. S. District Court