UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Keith Coleman v. Pfizer*
Case No. 05-cv-11504

*Deborah Fish v. Pfizer*
Case No. 05-cv-11505

*Alice Hairfield v. Pfizer*
Case No. 08-cv-10930

*Melissa Johnson v. Pfizer*
Case No. 05-cv-12073

*Kaila Jones v. Pfizer*
Case No. 09-cv-11417

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

## [PROPOSED] ORDER DISMISSING PLAINTIFFS FOR FAILURE TO RESPOND TO DISCOVERY

The claims of the following Plaintiffs are hereby dismissed with prejudice for failure to comply with discovery:

| Plaintiff | Docket No. |
|---|---|
| Keith Coleman | 05-11504 |
| Deborah Fish | 05-11505 |
| ~~Alice Hairfield~~ | ~~08-10930~~ |
| Melissa Johnson | 05-12073 |

Kaila Jones                         09-11417

IT IS SO ORDERED.
Dated: 4/20/2011

Hon. Leo T. Sorokin
Magistrate Judge, U.S. District Court