UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING | § | |
| AND SALES PRACTICES | § | |
| LITIGATION | § | MDL Docket No. 1629 |
| | § | |
| | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | § | |
| | § | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL | § | |
| vs. PFIZER INC., ET AL | § | Magistrate Judge Leo Sorokin |
| Case No. 06-11024-PBS | § | |
| | § | |
| MARTHA ACCETULLO, ET AL | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-10912-PBS | § | |
| | § | |
| KAMALIHA Y. BREWSTER, ET AL | § | |
| vs. PFIZER, INC, ET AL | § | |
| Case No. 06-11022-PBS | § | |
| | § | |
| CHARLES D. GIRARD, ET AL, | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-11023-PBS | § | |

## AGREED ORDER

Came to be presented and heard Motion to Dismiss with Prejudice per FRCP 41(a)(1)(A)(ii) and/or (B), it is:

ORDERED that such Motion to Dismiss Sherrial Gilbow, with prejudice is GRANTED.

SIGNED AT BOSTON, MASSACHUSETTS, THIS 20 DAY OF april, 2011.

U. S. DISTRICT JUDGE