UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS;
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS;
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS ;
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS.

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**LEAVE GRANTED ON APRIL 20, 2011**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF
PFIZER'S REPLY MEMORANDUM IN SUPPORT OF PFIZER'S
MOTION TO IMPOSE SANCTIONS AND AWARD OTHER RELIEF DUE TO
THE SCHWARTZ FIRM'S FAILURE TO COMPLY WITH COURT ORDERS**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the March 29, 2011, email from Katherine Arthur.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 20th day of April, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 20, 2011.

/s/Ana M. Francisco
Ana M. Francisco