# EXHIBIT A

# Nissi, Nordo (NYC)

| | |
|---|---|
| **From:** | Arthur, Katherine F (NYC) |
| **Sent:** | Tuesday, March 29, 2011 7:40 PM |
| **To:** | 'trey@nbslawyers.com' |
| **Cc:** | Stevens, Catherine B (NYC); Armstrong, Katherine (NYC) |
| **Subject:** | Neurontin MDL - Documents Filed Under Seal |
| **Attachments:** | Memo - FILED UNDER SEAL.pdf; Ex C - FILED UNDER SEAL.pdf; Ex D - FILED UNDER SEAL.pdf |

Attached please find unredacted copies of the documents that were filed under seal today.

**Katherine F. Arthur**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.2712 | F: 917.777.2712**
**tattin.arthur@Skadden.com**