UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

ORDER ON PENDING SCHEDULING AND DISCOVERY MOTIONS

March 21, 2011

SOROKIN, M.J.

    1. Schwartz Law Firm Cases

    At a status conference and hearing presided over by both Judge Saris and the undersigned, counsel from the Schwartz law firm represented that they "will be reducing [their] number [of products liability cases] from eighty anywhere down to thirty-five to forty cases." While Counsel requested "thirty to sixty days to finalize the list" counsel also indicated that they knew of at least ten to fifteen cases that were going to be dismissed. Transcript of February 11, 2011 Conference. Orally, the Court ordered counsel to dismiss those cases by "Monday" which was February 14th. Id. Shortly after the hearing on February 11th the Court Ordered counsel (1) to file by February 14th a list of the cases "it now knows it intends to dismiss" and (2) by March 11, 2011 a list of all the other cases in which it intends to dismiss or withdraw. Docket #3287.

    The Schwartz law firm failed to comply with the Court's Order to file the first list on February 14, 2011. On February 17, 2011, defendants' filed a motion to compel. Docket #3298. The time for filing a response to this motion has run. The Schwartz law firm has failed to file a

---

4/18/2011

I deny the objections to the order on Pending Scheduling and discovery motions (in ravy to plaintiffs' acaelections, the magistrate judge did not order sua sponte or order future withdrawals.

Patti B. Saris