Docket No. 3191

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
NEURONTIN MARKETING, SALES PRACTICES, AND : MDL Docket No. 1629
PRODUCTS LIABILITY LITIGATION :
: Master File No. 04-10981
:
------------------------------------------------------------ x Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
: Sorokin
------------------------------------------------------------ x
HARDEN MANUFACTURING CORPORATION; :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
:
------------------------------------------------------------ x

**DEFENDANTS' MOTION TO PRECLUDE GARY VARNAM AND JAN FRANK WITYK FROM PURSUING INDIVIDUAL CLAIMS OR, ALTERNATIVELY, TO SEVER AND TRANSFER THEIR CLAIMS PURSUANT TO 28 U.S.C. § 1404**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully make this Motion to Preclude Gary Varnam and Jan Frank Wityk from Pursuing Individual Claims or, Alternatively, to Sever and Transfer Their Claims Pursuant to 28 U.S.C. § 1404.

For the reasons set forth more fully in the accompanying memorandum of law, Gary Varnam and Jan Frank Wityk are not named in the operative pleading, the Third Amended Class Action Complaint ("TACAC"), are not proper parties to this action, and, as such, should not be permitted to proceed as individual plaintiffs. Should the Court nevertheless determine to grant Varnam and Wityk leave to amend and permit them to pursue individual claims, it should sever them from the plaintiffs named in the TACAC and, for the convenience of the parties and in the interest of justice, transfer their actions to federal district courts in Maine and Ohio, the states in

[Handwritten margin notes: "4/20/2011 This is moot. I allowed the McMCN to amend the complaint on 3/21/2011 (See docket 3313)"]