Docket No. 2365

4/20/2011 This is moot. See docket 3361. /s/ Paul S. Saris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                            :      MDL Docket No. 1629
In re: NEURONTIN MARKETING,                 :
       SALES PRACTICES AND                  :      Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION        :
                                            :      Judge Patti B. Saris
---------------------------------------------------------------x
                                            :      Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                   :
                                            :
ALL PRODUCTS LIABILITY ACTIONS              :
                                            :
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' MOTION
TO STRIKE THE SUPPLEMENTAL EXPERT REPORT
OF ROBERT D. GIBBONS Ph.D., DATED JANUARY 5, 2010**

Products Liability Plaintiffs, pursuant to Federal Rules of Civil Procedure 26 and 37, hereby move this Court for an order striking the January 5, 2010 Supplemental Expert Report of Robert D. Gibbons Ph.D. This motion is supported by the Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq., and exhibits annexed thereto, submitted herewith.

Dated: January 14, 2010                            Respectfully submitted,

                                                   *Members of Products Liability
                                                   Plaintiffs' Steering Committee*

                                            By:    /s/ **Andrew G. Finkelstein**
                                                   Andrew G. Finkelstein, Esquire
                                                   Finkelstein & Partners, LLP
                                                   1279 Route 300, P.O. Box 1111
                                                   Newburgh, NY 12551