Docket No. ~~3271~~ 3271

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING
SALES PRACTICES AND
PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

Paulette Hamilton, as Administratix
and Personal Representative of the
Estate of DERRICK HAMILTON
v. Pfizer, et. al., No. 10-11023

---

*[Handwritten margin note: 4/20/2011. Allowed. I will retain jurisdiction over business between human + Neurontin. Paul B Saris]*

## GLENMARK GENERICS, INC., USA'S NOTICE OF JOINDER IN GENERIC DEFENDANTS' ASSENTED TO MOTION TO STAY ALL PROCEEDINGS INVOLVING GENERIC DEFENDANTS

Glenmark Generics Inc., USA ("Glenmark") has been sued as a defendant in only the above referenced case pending before this Court, namely 1:10-cv-11023-PBS; *Paulette Hamilton, As Administratrix and Personal Representative of the Estate of DERRICK HAMILTON vs. PFIZER, INC., et al.* (hereafter referred to as the "*Hamilton Case*"). In the *Hamilton Case*, Plaintiff asserts claims against Glenmark with respect to the generic drug zonisamide. (See paragraph 184 of Plaintiff's Original Complaint). As a generic Defendant, therefore, Glenmark joins in the Generic Defendants' Assented to Motion to Stay All Proceedings Involving Generic Defendants and hereby gives notice of its joinder in said motion and in the Memorandum In Support of Generic Defendants' Assented to Motion to Stay All Proceedings Involving Generic Defendants. Glenmark respectfully moves this Court for an order temporarily staying all