UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEUORONTIN PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) | |
| THIS DOCUMENT RELATES TO: ) <br> ) <br> Allen et al. v. Pfizer, Inc. ) <br> No.  07-cv-10834-PBS ) <br> ) <br> Cooper et al. v. Pfizer, Inc. ) <br> No.  05-cv-10834-PBS ) <br> ) <br> Anderson et al. v. Pfizer, Inc. ) <br> No.  05-cv-10835-PBS ) <br> ) | CIVIL ACTION NO. 04-10981-PBS |

**MOTION FOR CLARIFICATION OF ORDER, TO ALTER OR AMEND ORDER, FOR RECONSIDERATION**

COMES NOW, Plaintiffs, by and through undersigned attorney, pursuant to Federal Rules of Civil Procedure 59 (e) and 60 and submit their MOTION FOR CLARIFICATION OF ORDER, TO ALTER OR AMEND ORDER, FOR RECONSIDERATION, as follows:

1. The Court's Memorandum and Order of April 5, 2011 (Doc. 3390) should be clarified, altered, amended and/or reconsidered to prevent manifest injustice and to correct errors relating to the Order.

2. Clarification is sought as to whether the Plaintiffs Ellaweise Lacy, Josephine Jackson, and Deloris Powell should be removed from Appendix D of the Order and listed on Appendix F only.  Alternatively, Plaintiffs request reconsideration of

that part of the Order that lists Plaintiffs Ellaweise Lacy, Josephine Jackson, and Deloris Powell on Appendix D. (Doc. 3390, page 23, 24)

3. Clarification is sought as to whether Plaintiff Annie Gatewood should be removed from Appendix E of the Order and listed on Appendix F.  Alternatively, Plaintiffs request reconsideration of that part of the Order that lists Plaintiff Annie Gatewood on Appendix E.(Doc. 3390, page 25, 26)

4. Clarification is sought as to whether Plaintiff Jerry Lowe should be listed only on Appendix F and removed from Appendix E.  Alternatively, Plaintiffs request reconsideration of that part of the Order that lists Jerry Lowe on Appendix E.

5. Plaintiffs seek clarification as to whether 68 plaintiffs or any of them should be included on Appendix G in consideration that signed verifications to their interrogatory responses were included on the jump-drive mailed to the Court.

6. Plaintiffs seek reconsideration of the Court's award of attorney fees in light of attorney fees not being a part of the U. S. Magistrate Judge's Report and Recommendation and there not being an objection filed by the Defendants as to the absence of an award of attorney fees.

7. Clarification is sought as to whether Plaintiff Annie Edwards should be listed only on Appendix F and removed from Appendix E.  Alternatively, Plaintiffs request reconsideration of that part of the Order that lists Annie Edwards on Appendix E.

8. Plaintiffs incorporate the Memorandum In Support Of Motion For Clarification Of Order, To Alter Or Amend Order, For Reconsideration.

                                        Respectfully Submitted,

                                        /s/ Levi Boone, III

**BY:**_____

                                        Levi Boone, III, MSB #3686

**BOONE LAW FIRM, P.A**.
401 West Sunflower Avenue
Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 27, 2011.

/s/   Levi Boone, III.
Levi Boone, III