**EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

---

THIS DOCUMENT RELATES TO:

ELLAWEISE LACY
*Jessie Allen, et al. v. Pfizer, Inc.*,
Case No. 07-cv-11795-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

---

## NOTICE OF VIDEOTAPED DEPOSITION DUCES TECUM OF ELLAWEISE LACY

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer"), by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Ellaweise Lacy. The deposition will be taken in accordance with the Federal Rules of Civil Procedure on Wednesday, January 19, 2011, at 10:00 a.m. The deposition will be held at the Boone Law Firm, P.A., 401 West Sunflower Avenue, Cleveland, Mississippi, 38732, Tel: (662) 843-7946. The deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, New York, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

The deponent, Ellaweise Lacy, is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: January 4, 2011

/s/
Edwin J. Kilpela, Jr.
Sean G. Saxon
WHEELER TRIGG O'DONNELL LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800

- and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Mark S. Cheffo
Catherine B. Stevens
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

# EXHIBIT A

The deponent shall make the following documents and things available for the purposes of inspection and copying:

1. All documents,[1] records, correspondence, and other materials reviewed by the deponent in preparation for this deposition.

2. All documents, books, records, films, videotapes, photographs, diaries, calendars, reports, memoranda, and papers in the deponent's custody and possession related to: (i) the claims set forth in Plaintiff's Complaint; (ii) the injuries allegedly sustained by Ellaweise Lacy; (iii) any medical records for Ellaweise Lacy; and (iv) any communications with any healthcare professional about Neurontin.

3. All documents, records, correspondence, or other materials in the deponent's possession relating to Neurontin.

4. All documents, records, correspondence, or other materials in the deponent's possession relating to Pfizer.

---

[1] As used herein in Exhibit A, the term "document" includes electronic versions such as word processing documents, emails, and instant messages.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------------x
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris

ELLAWEISE LACY : Magistrate Judge Leo T.
*Jessie Allen, et al. v. Pfizer, Inc.,* : Sorokin
Case No. 07-cv-11795-PBS
------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2011, and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following:

Via First Class Mail and Electronic Mail:

    Levi Boone, III
    Boone Law Firm, P.A.
    401 West Sunflower Avenue
    Cleveland, Mississippi 38732
    lboone@boonelawfirm.com

*Attorneys for Plaintiff*

                                                 *[signature]*
                                                 Cyndy Jensen