**EXHIBIT 3**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

------------------------------------------x

THIS DOCUMENT RELATES TO:

*Jessie Allen, et al. v. Pfizer Inc., et al.*
Case No. 4:07 CV 74 – P.B.

------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### NOTICE OF VIDEOTAPED DEPOSITION
### DUCES TECUM OF JOSEPHINE JACKSON

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer"), by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Plaintiff Lee Allan Haley. The deposition will be taken in accordance with the Federal Rules of Civil Procedure on January 7, 2011 beginning at 10:00 a.m. at the law office of Levi Boone, III, Boone Law Firm, P.A., 401 W. Sunflower Road, Cleveland, Mississippi 38732. The deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, New York, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

The deponent, Josephine Jackson, is to produce the following documents at the deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: December 28, 2010

*[signature]*

Michael A. Pichini
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone (410) 783-4000
map@gdldlaw.com

- and-

Mark S. Cheffo
Catherine B. Stevens
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

4813-9156-6344

## EXHIBIT A

The deponent shall make the following documents and things available for the purposes of inspection and copying:

1. All documents,[1] records, correspondence, and other materials reviewed by the deponent in preparation for this deposition.

2. All documents, books, records, films, videotapes, photographs, diaries, calendars, reports, memoranda, and papers in the deponent's custody and possession related to: (i) the claims set forth in Plaintiff's Complaint; (ii) the injuries allegedly sustained by Plaintiff; (iii) any medical records, psychiatric records, police records, and emergency call notes and records (including records of any 911 calls); and (iv) any and all communications with any healthcare professional about Neurontin.

3. All documents, records, correspondence, or other materials in the deponent's possession relating to Neurontin.

4. All documents, records, correspondence, or other materials in the deponent's possession relating to Pfizer.

---

[1] As used herein in Exhibit A, the term "document" includes electronic versions such as word processing documents, emails, and instant messages.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2010, a copy of the foregoing Notice of Videotaped Deposition Duces Tecum of the Plaintiff Josephine Jackson was e-mailed and mailed first-class, postage prepaid, to:

> Levi Boone, III, Esquire
> Boone Law Firm
> 401 W. Sunflower Rd.
> P.O. Box 1772
> Cleveland, Mississippi 38732
> lboone@boonelawfirm.com
> *Attorneys for Plaintiff*

Michael A. Pichini, Esquire