**EXHIBIT 4**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,               :  MDL Docket No. 1629
        SALES PRACTICES AND                :
        PRODUCTS LIABILITY LITIGATION      :  Master File No. 04-10981
------------------------------------------------------------x
                                           :  Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                  :
                                           :  Magistrate Judge Leo T.
DELORIES POWELL                            :  Sorokin
*Jessie Allen, et al. v. Pfizer Inc., et al.*  :
Case No. 07-CV-11795-PBS                   :
                                           :
------------------------------------------------------------x

## AMENDED NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF DELORIES POWELL

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer"), by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of DELORIES POWELL. The deposition will be taken in accordance with the Federal Rules of Civil Procedure on Tuesday, December 28, 2010, at 10:00 a.m. The deposition will be held at the Law Offices of Arnold Lee, 613 Main Street, Greenville, MS 38701. The deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, New York, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

The deponent, DELORIES POWELL, is to produce the following documents at her deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: December 14, 2010

By: _____
Magda Jimenez Train
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2333

- and-

Mark S. Cheffo
Catherine B. Stevens
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

# EXHIBIT A

The deponent shall make the following documents and things available for the purposes of inspection and copying:

1. All documents,[1] records, correspondence, and other materials reviewed by the deponent in preparation for this deposition.

2. All documents, books, records, films, videotapes, photographs, diaries, calendars, reports, memoranda, and papers in the deponent's custody and possession related to: (i) the claims set forth in Plaintiff's Complaint; (ii) the injuries allegedly sustained by DELORIES POWELL; (iii) any medical records for DELORIES POWELL; and (iv) any communications with any healthcare professional about Neurontin.

3. All documents, records, correspondence, or other materials in the deponent's possession relating to Neurontin.

4. All documents, records, correspondence, or other materials in the deponent's possession relating to Pfizer.

---

[1] As used herein in Exhibit A, the term "document" includes electronic versions such as word processing documents, emails, and instant messages.