# EXHIBIT 5



# BOONE LAW FIRM, P. A.
### 401 WEST SUNFLOWER AVENUE
### POST OFFICE BOX 1772
### CLEVELAND, MISSISSIPPI 38732

TELEPHONE (662) 843-7946  
LBOONE@BOONELAWFIRM.COM

FACSIMILE (662) 843-7950  
WWW. BOONELAWFIRM.COM

Friday, February 25, 2011

Steve York  
1 Courthouse Way  
Boston, MA 02210

**RE: Plaintiffs' objection**

Dear Mr. York:

Per your request enclosed is a jump drive containing Exhibit 6 and Exhibits 14-81(filed under seal) that were previously mailed to the court UNDER SEAL to Plaintiffs objection to U.S. Magistrate judge Recommendation (docket 3303). The verification to these interrogatories inadvertently were not attached to the previous mail.

Levi Sincerely,  
**BOONE LAW FIRM, P.A.**

*Levi Boone, III*

Levi Boone, III, Esq.

CC: Catherine Stevens