## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

*Leroy Anderson, et al. v. Pfizer, Inc.,*
Case No. 05-cv-10835

*Mary Cooper, et al. v. Pfizer, Inc.,*
Case No. 05-cv-10834

*Jesse Allen, et al. v. Pfizer, Inc.,*
Case No. 07-cv-11795

---

## DECLARATION OF LEVI BOONE, III
### IN SUPPORT OF MOTION FOR CLARIFICATION, TO ALTER, AMEND OR FOR RECONSIDERATON

**I, Levi Boone, III**, deposes and states as follows:

1. That Boone Law Firm, P.A. through the undersigned attorney, is counsel for Plaintiffs in the above-entitled action.

2. That the matters contain in the foregoing Plaintiffs' Response to Motion are true and correct of the best of knowledge and belief.

3. That Exhibits 1- 5 are true and correct of the best of knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                                By:  **/s/ Levi Boone, III**
                                                        Levi Boone, III, Esq, MSB# 3686
                                                        Boone Law Firm, P.A.
                                                        401 West Sunflower Road
                                                        P. O. Box 1772
                                                        Cleveland, MS 38732

## **CERTIFICATE OF SERVICE**

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 27, 2011(CST);

              /s/ Levi Boone, III
              Levi Boone, III, Esquire