UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>LOVELL JONES-COLEMAN<br>*Accettullo, et al. v. Pfizer Inc,*<br>Case No. 06-cv-10912-PBS | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: April 29, 2011

/s/ Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, TX 77098
Tel: (713) 630-0708
Email: nbs@nbslawyers.com
*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

/s/ Lisa M. Ropple
Lisa M. Ropple
BBO # 555401
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 29, 2011.

       /s/ Newton B. Schwartz, Sr.
       Newton B. Schwartz, Sr.