UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Accetullo et al. v. Pfizer Inc., et al.,*<br>1:06-cv-10912-PBS<br><br>*Anderson et al. v. Pfizer Inc., et al.,*<br>1:06-cv-11024-PBS<br><br>*Brewster et al. v. Pfizer Inc., et al.,*<br>1:06-cv-11022-PBS<br><br>*Girard et al. v. Pfizer Inc., et al.,*<br>1:06-cv-11023-PBS | |

**MEMORANDUM IN SUPPORT OF MOTION TO SUSPEND DISCOVERY**

The Law Office of Newton B. Schwartz Sr. (hereinafter "Schwartz" or "Schwartz firm"), counsel for numerous product liability plaintiffs in this Multi-District Litigation, submits this Memorandum in Support of the Motion to Suspend Discovery for Plaintiffs identified herein. The Order requested is appropriate to assist all parties in the efficient coordination of discovery and to avoid the burden of unnecessary expense.

This list is now provided in an effort to assist Defendant and the Court in the efficient coordination of discovery, and to avoid unnecessary expenditure of time and resources by all

parties in those cases that further prosecution may not be applied.[1] (*See* Exhibit "A", attached to the accompanying declaration of Newton B. Schwartz, Sr. and filed under seal to avoid any prejudice to the Plaintiffs listed therein.)

For each of the Plaintiffs identified in Exhibit "A", the local referring attorneys have been (or soon will be) notified by correspondence of the Schwartz firm's intention to follow a course of action set forth at the April 26 hearing and as such to temporarily suspend discovery in these cases to avoid the burden of cost and expense to all parties.

For the reasons stated in this memorandum and the motion which it accompanies, the Schwartz firm asks the Court to suspend discovery in the cases listed in Exhibit "A."

Respectfully submitted,

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:   (713) 630-0708
Facsimile:   (713) 630-0789

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 30th day of April, 2011.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

---

[1] The identification of particular plaintiffs in this motion or the attachments thereto is not intended by Schwartz to be, and should not be construed as, a comment on the merits of the individual cases.

2