UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
: MDL DOCKET NO. 1629
In re:  NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION :
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:
---------------------------------------------------------------- x
:
THIS DOCUMENT RELATES TO: :
:
  *Accetullo et al. v. Pfizer Inc., et al.*, :
  1:06-cv-10912-PBS :
:
  *Anderson et al. v. Pfizer Inc., et al.*, :
  1:06-cv-11024-PBS :
:
  *Brewster et al. v. Pfizer Inc., et al.*, :
  1:06-cv-11022-PBS :
:
  *Girard et al. v. Pfizer Inc., et al.*, :
  1:06-cv-11023-PBS :
---------------------------------------------------------------- x

**DECLARATION OF NEWTON B. SCHWARTZ
IN SUPPORT OF PLAINTIFF'S MOTION TO SUSPEND DISCOVERY**

I, Newton B. Schwartz, Sr., declare and state as follows:

1. I am an attorney with the Law Office of Newton B. Schwartz, Sr., counsel for Plaintiffs in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a list of Schwartz Plaintiffs who have been identified by counsel for suspension of discovery.

Signed under the penalties of perjury this 30th day of April 2011.

        /s/ Newton B. Schwartz, Sr.
        NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system has been served on April 30, 2011.

        /s/ Newton B. Schwartz, Sr.
        NEWTON B. SCHWARTZ, SR.