UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
In re:   NEURONTIN MARKETING, SALES        :   MDL Docket No. 1629
         PRACTICES AND PRODUCTS            :
         LIABILITY LITIGATION              :   Master File No. 04-10981
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :   Judge Patti B. Saris
                                                      :
THIS DOCUMENT RELATES TO:                  :
                                                      :   Magistrate Judge Leo T.
                                                      :   Sorokin
*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS;   :
*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS;   :
*Brewster, et al. v. Pfizer Inc., et al.*, No. 06-11022-PBS;   :
*Girard, et al. v. Pfizer Inc., et al.*, No. 06-11023-PBS.   :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DEFENDANTS' RESPONSE TO
PLAINTIFFS'  MOTION TO SUSPEND DISCOVERY**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or

"Pfizer") respectfully submit this response to the Law Offices of Newton B. Schwartz's Motion

to Suspend Discovery, [3438], related to certain of its cases.   Defendants do not oppose

Plaintiffs' motion.   Defendants do, however, respectfully request that the Court require the

Schwartz firm to file a status report on the cases in which discovery would be suspended, [3440-

1], every 30 days until discovery is reinstated in those cases.   Defendants request that the status

report indicate, at a minimum, whether the Schwartz firm intends to withdraw from

representation or dismiss any of these cases.   Defendants also reserve their rights to seek any

additional relief with regard to these cases.

Dated: May 3, 2011

> Respectfully submitted,
>
> SKADDEN, ARPS, SLATE, MEAGHER
>   & FLOM LLP
>
> By:  /s/ Mark S. Cheffo
>      Mark S. Cheffo
>
> Four Times Square
> New York, NY 10036
> Tel:  (212) 735-3000
> Mark.Cheffo@skadden.com
>
> -and-
>
> ROPES & GRAY LLP
>
> By:  /s/ Ana M. Francisco
>      Ana M. Francisco
>      BBO # 564346
>
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Tel:  (617) 951-7000
> Ana.Francisco@ropesgray.com
>
> *Attorneys for Defendants Pfizer Inc and*
> *Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 3, 2011.

> /s/ Ana. M. Francisco
> Ana M. Francisco