UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEUORONTIN PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Allen et al. v. Pfizer, Inc. No. 07-cv-10834-PBS | ) ) ) | CIVIL ACTION NO. 04-10981-PBS |
| Cooper et al. v. Pfizer, Inc. No. 05-cv-10834-PBS | ) ) ) | |
| Anderson et al. v. Pfizer, Inc. No. 05-cv-10835-PBS | ) ) ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs herein listed on the respective Appendices A-E attached hereto, hereby appeal to the United States Court of Appeals For the First Circuit from the entire Memorandum and Order of the U.S. District Court of Massachusetts entered in the above-named actions on April 5, 2011 (Docket 3390) that dismissed their cases with prejudice.

Notice is hereby given that the ten (10) Plaintiffs listed on Appendix F attached hereto in the above–named actions hereby appeal to the United States Court of Appeals for the First Circuit from only that part of the Memorandum and Order of the U.S. District Court of Massachusetts entered in this case on April 5, 2011 that allows Defendants' Motion to Compel, that grants Defendants' Motion for Attorney Fees

incurred in preparing the motion to compel, and that orders that these Plaintiffs to pay Defendants' cost for the second day of depositions.

Notice is hereby given that all Plaintiffs and Levi Boone, III hereby appeal that part of the U. S. District Court's Memorandum and Order (Docket 3390) that awards attorney fees to Defendant relating to preparation of the Motion to Compel and that orders that Attorney Levi Boone, III pay the attorney fees personally.

Respectfully submitted,

/s/ Levi Boone, III

Date:   05/04/2011   _____

Levi Boone, III, Esq.
Boone Law Firm, P.A.
P.O. Box 1772
401 W. Sunflower Road
Cleveland, MS 38732
Attorney for Plaintiff/Appellants

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 4, 2011.

/s/   Levi Boone, III.
Levi Boone, III