APPENDIX A[1]

1. Cora L. Crumble
2. Marshall Dillon
3. Clara M. Epps
4. Debra Ann Johnson
5. Lena Johnson
6. Ollie M. Johnson
7. Debra Neal
8. Bobby Woods

---

[1] District Court Order (Docket 3390) listed 17 plaintiffs on Appendix A to the Order, but only 8 plaintiffs appeal.