## APPENDIX B

1. Evia Holmes
2. Emma Howard