## APPENDIX C

1. Tommy Mills
2. Janice Primer