APPENDIX D[2]

1. Serboya Delotta
2. Pamela Ellis
3. Lillie Beatrice Leggett Evans
4. Gregory Linn Everett
5. Inez Finscher
6. Michael Fisher
7. Marie Givens
8. Frances Glenn
9. Claudette Greer
10. Tommy Hardy
11. Billie Harkins
12. Gregory Hasslet
13. Charles Haynes
14. Mark Head
15. Rufus Hendon
16. Shawand Hicks
17. Evelyn Holt
18. Frank Hoover
19. Ruby Hoover
20. Josephine Jackson
21. Doris Johnson
22. Robert Johnson
23. Rose Jones
24. Edward Jordan
25. Johnny Keyes
26. Falisha Knight
27. Ellaweise Lacy
28. Shanetta Lacy
29. Mary Lawson
30. Diann Lee
31. Mickey Livingston
32. Chris Logan
33. Lula Maria Harper Lott
34. Patricia McBeath
35. Franklin McConnell
36. MarQuittia McCoy
37. Martha McIntee- Nelson
38. Helen Meeks
39. Laperial Melvin
40. Ava Mitchell
41. Mattie Moore

---

[2] District Court Order (Docket 3390) listed 89 plaintiffs on Appendix D to the Order, but 85 plaintiffs appeal.

42. Helen Morgan
43. Brandy Morgan
44. Linda Murray
45. Betty Newsom
46. Martha Norman
47. Tommie Odum
48. Sharon Perez
49. Kathy Phillips
50. Jacquelyn Posey
51. Delories Powell
52. Cynthia Quimby
53. Barbara Readus
54. Sallie Rippy
55. Wayne Rochelle
56. Sean Self
57. Bridgette Shields
58. Sarah Shields
59. Aaron Sims
60. Eugene Smith
61. Ronnie Smith
62. Rosa Smith
63. Ruby Smith
64. Jerry Stagg
65. Darlene Stampley
66. John Staten
67. Carl Steverson
68. Debbie Sullivan
69. Erestia Thomas
70. Magnolia Thomas
71. Martha Thomas
72. Dorothy Tolliver
73. Morris Townsend
74. Doris Toy
75. Larry Vail
76. Joann Walls
77. Shirley Ann Walters
78. Della Washington
79. Carole Williams
80. Daisy Williams
81. Eloise Williams
82. Nolan Williams
83. O.C. Williams, Sr.
84. Sanders Williams, Jr.
85. Taylor Williams