APPENDIX E[3]

1. Mary Ashford
2. Jimmie Barbee
3. Marie Barber
4. Teresser Bass
5. Vannila Bennett
6. Cassandra Benson
7. Audrey Berry
8. Elizabeth Bland
9. Estate of Joe Blaylock
10. Frances Bouie
11. Minnie Campbell
12. Lillie Cannon
13. Claiborne Collier, Sr.
14. Jimmy Darling
15. Carolyn Davis
16. Alton Dillon
17. Annie Edwards
18. Annie Gatewood
19. Kenneth Green
20. Melvin Harris
21. Doyle Harrison
22. Gloria Harrison
23. Carl Henry
24. Cassandra James
25. James Jeffcoat
26. Macatherine Jefferson
27. Charlotte Jenkins
28. Velma Johnson
29. Jannie Lucas
30. Bobbie Maggett
31. Warren Nance
32. Larry Potts
33. Mark Prince
34. Andrew Smith
35. Bennie Spencer
36. Gregory Suber
37. Dorian Taylor

---

[3] District Court Order (Docket 3390) listed 42 and 14 plaintiffs, respectively on Appendix E to the Order, but 37 and 14 plaintiffs, respectively, appeal.

1. Jessie Brown
2. Emma Clark
3. Memye Creswill
4. Alford Drby
5. Clarence Harris
6. Freddie Harris
7. Linda Harveston
8. Sylvia Longino
9. Jerry Lowe
10. Sherman McDonald Jr.
11. Jimmy Sayles
12. Pamela Shields
13. William Webb
14. Edneatha White