APPENDIX F

1. Shirley Drennan
2. Catherine Duvall
3. Jerry Lowe
4. Jerry Price
5. Vanessa Scott
6. Lashonda Skinner
7. Louisa Smith
8. Michael Trim
9. Deborah Watson
10. Joyce Watson