UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
In re:  NEURONTIN MARKETING,           :      MDL Docket No. 1629
         SALES PRACTICES, AND           :
         PRODUCTS LIABILITY LITIGATION  :      Master File No. 04-10981
                                                      :
------------------------------------------------------------X      Judge Patti B. Saris
                                                      :
THIS DOCUMENT RELATES TO:              :      Magistrate Judge Leo T. Sorokin
                                                      :
PLAINTIFFS' PRODUCTS LIABILITY GROUP :
------------------------------------------------------------X

## APPLICATION OF RICARDO A. GARCIA FOR INTERIM AWARD OF COMMON BENEFIT EXPENSES

To the Honorable Court:

Ricardo A. Garcia makes application to the Court for an interim award of Common Benefit expenses that have been incurred on behalf of the plaintiffs' products liability cases that have been settled as of this time.

The expenses made the subject of this Application, together with the evidence and authorities in support of this Application, are set out in the accompanying memorandum, declarations, and Exhibit "A".

### Certificate of Consultation

Your Applicant believes that this Application is unopposed.  Your Applicant has consulted with the attorneys and parties whose interests are affected by this Application, and as of the date of filing this Application, it is unopposed.

Respectfully submitted,

GARCIA & KARAM, L.L.P.
820 S. Main
McAllen, Texas 78501
(956)630-2882-Telephone
(956)630-5393-Facsimile

By: _____
      Ricardo A. Garcia
      SBN: 07643200
      Paul A. Gaytan
      SBN: 24007233

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on May 5, 2011.

Dated: May 5, 2011

By: _____
      Ricardo A. Garcia