UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
In re: NEURONTIN MARKETING, : MDL Docket No. 1629
SALES PRACTICES, AND :
PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------------------X Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T. Sorokin
:
PLAINTIFFS' PRODUCTS LIABILITY GROUP :
------------------------------------------------------------X

### DECLARATION OF RICARDO A. GARCIA, ESQ., IN SUPPORT OF APPLICATION FOR INTERIM AWARD OF COMMON BENEFIT EXPENSES

I, Ricardo A. Garcia, depose and state as follows:

I am an attorney with The Law Office of Garcia & Karam, L.L.P. This declaration is submitted in support of Ricardo A. Garcia's Application for Interim Award of Common Benefit Expenses. The statements of fact recited in the Memorandum in Support of Application of Ricardo A. Garcia for Interim Award of Common Benefit Expenses are based on my personal knowledge.

The following documents are attached hereto in support of the Application:

Exhibit "A": A true and correct copy of the expense record account for expenses I incurred and paid for which I apply for reimbursement from the Common Benefit Fund for the years 2005 - 2011. It has been provided to the parties and counsel whose interests may be affected by this Application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/05/2011

Respectfully submitted,

GARCIA & KARAM, L.L.P.
820 S. Main
McAllen, Texas 78501
(956)630-2882-Telephone
(956)630-5393-Facsimile

By: _____
Ricardo A. Garcia
SBN: 07643200
Paul A. Gaytan
SBN: 24007233

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on May 5, 2011.

Dated: May 5, 2011

By: _____
Ricardo A. Garcia