# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al   Page 1

District Court Number: 04-cv-10981

Fee:   Paid?   Yes  **X**   No  ____   Government filer  ____   *In Forma Pauperis*  Yes  ____   No  **X**

| | | | |
|---|---|---|---|
| Motions Pending | Yes **X** No ____ | Sealed documents | Yes **X** No ____ |
| *If yes, document #* | 1796, 2123, 2298 | *If yes, document #* | 586 1-13, 645 a-d |
| *Ex parte* documents | Yes ____ No **X** | Transcripts | Yes **X** No ____ |
| *If yes, document #* | | *If yes, document #* | 66, 128, 200, 229 |

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ____   Other: ____

Appeal from:   # 3390 Order on Report and Recommendation

Other information:   Add. Motions 2334, 2337, 2340, 2350, 2581, 2586, 2609, 2611, 2643, 2656

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order on Report and Recommendation

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3446, filed on 5/4/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/6/2011.

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**