# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al   Page 3

District Court Number: 04-cv-10981

---

Fee:   Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

---

Motions Pending   Yes __X__ No ____   Sealed documents   Yes __X__ No ____
*If yes, document #* 2748, 2831, 2860   *If yes, document #* 1330, 1331, 1347

*Ex parte* documents   Yes ____ No __X__   Transcripts   Yes __X__ No ____
*If yes, document #* ____   *If yes, document #* ____

---

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   # 3390 Order on Report and Recommendation

Other information:   Add. Motions 3052, 3083, 3180, 3252, 3253, 3331, 3339, 3345, 3362, 3364,

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order on Report and Recommendation

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3446, filed on 5/4/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/6/2011.

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**