UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al   Page 4

District Court Number: 04-cv-10981

Fee:   Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes __X__ No ____ |
| *If yes, document #* | 3331, 3375, 3379 | *If yes, document #* | 1588, 1589, 1593 |
| *Ex parte* documents | Yes ____ No __X__ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 447, 502, 503, 607 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   # 3390 Order on Report and Recommendation

Other information:   Add. Motions  3379, 3382, 3396, 3405, 3409, 3413, 3434, 3438,

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order on Report and Recommendation

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3446__, filed on __5/4/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/6/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**