UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al   Page 6

District Court Number: 04-cv-10981

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

Motions Pending   Yes ____   No ____
*If yes, document #*

Sealed documents   Yes __X__   No ____
*If yes, document #*   1921, 1931, 1939

*Ex parte* documents   Yes ____   No __X__
*If yes, document #*

Transcripts   Yes __X__   No ____
*If yes, document #*   768, 912, 915, 986

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   # 3390 Order on Report and Recommendation

Other information:   Add. Sealed 1945, 1980, 2092, 2102, 2105-2107, 2136, 2137, 2163, 2164

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Report and Recommendation

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3446__, filed on __5/4/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/6/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**