# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

**Case Caption:** Harden Manufacturing Corporation v. Pfizer, Inc. et al   Page 8

**District Court Number:** 04-cv-10981

---

**Fee:** Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

---

| | | | |
|---|---|---|---|
| **Motions Pending** *If yes, document #* | Yes ____ No ____ | **Sealed documents** *If yes, document #* | Yes __X__ No ____ 2402-2404, 3183 |
| ***Ex parte* documents** *If yes, document #* | Yes ____ No __X__ | **Transcripts** *If yes, document #* | Yes __X__ No ____ 1250, 1328, 1358 |

---

**Notice of Appeal filed by:** Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

**Appeal from:**   # 3390 Order on Report and Recommendation

**Other information:**   Add. Sealed 3160, 3317, 3318, 3370, 3380, 3381, 3401, 3403

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal,  Order on Report and Recommendation

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3446__, filed on __5/4/2011__.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/6/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**