# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al   Page 10

District Court Number: 04-cv-10981

---

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

---

Motions Pending    Yes ____   No ____          Sealed documents    Yes __X__   No ____
*If yes, document #*                             *If yes, document #*

*Ex parte* documents    Yes ____   No __X__     Transcripts    Yes __X__   No ____
*If yes, document #*                             *If yes, document #*   2190, 2262

---

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:    # 3390 Order on Report and Recommendation

Other information:    Add. Trans. 1740, 1944, 1981, 2032, 2051, 2052, 2077, 2082, 2114, 2161

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order on Report and Recommendation

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3446__, filed on __5/4/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/6/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**