# Exhibit A



LAW OFFICE OF RICARDO A. GARCIA

GENERAL ACCOUNT
820 SOUTH MAIN · Ph. (956) 630-2882
McALLEN, TEXAS 78501

019041

McALLEN NATIONAL BANK
P.O. BOX 5555
McALLEN, TX 78502

PAY Ninety Two Thousand Four Hundred Seventeen and 56/100 ****************************************

TO THE
ORDER OF   Andrew Finkelstein & Partners

DATE
March 22, 2005

AMOUNT
$ 92,417.56

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

a. Security Features Included. Details on back.

⑆019041⑆  ⑈114911161⑈   ⑈20 0793 2⑈

Neurontin Litigation Expenses