UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEUORONTIN PRODUCTS  ) | |
| LIABILITY LITIGATION  ) | |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO:  ) | |
| ) | |
| Allen et al. v. Pfizer, Inc.  ) | CIVIL ACTION NO. 04-10981-PBS |
| No.  07-cv-10834-PBS  ) | |
| ) | |
| Cooper et al. v. Pfizer, Inc.  ) | |
| No.  05-cv-10834-PBS  ) | |
| ) | |
| Anderson et al. v. Pfizer, Inc.  ) | |
| No.  05-cv-10835-PBS  ) | |
| ) | |

**MOTION FOR RELIEF FROM DISCOVERY ORDER (DOCKET 2839)**

Plaintiffs respectfully request that this Court allow the depositions of the Boone Plaintiffs to be limited to ten (10) days per month.

Defendants' counsel does not have an objection to the relief requested.

On June 9, 2010, the Court entered an order that the parties shall take 15 days of depositions per month in the Boone Law Firm cases (Docket 2839).

The Court Order of April 5, 2011(Doc. 3390) reduced Boone Law Firm's active Plaintiffs to fifty (50) as opposed to 200 plaintiffs.  Plaintiffs in twenty (20) of the fifty (50) cases have already been deposed once.

Depositions at the rate of 10 days per month will be more practical under the present circumstances.

## CONCLUSION

For the reasons stated herein, Boone Plaintiffs respectfully that the depositions in the Boone Law Firm cases be limited to ten (10) days per month.

Respectfully Submitted,

/s/ Levi Boone, III

**BY:**_____

Levi Boone, III, MSB #3686
**BOONE LAW FIRM, P.A**.

Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred and that Defendants' counsel have no objection to the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 9, 2011.

/s/   Levi Boone, III.
Levi Boone, III