UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

In connection with Class plaintiffs' motion for reconsideration (Dkt. Nos. 1796, 1827) of the Court's denial (Dkt. No. 1780) of their renewed motion for certification of a bipolar class (Dkt. No. 1016), Class plaintiffs submit copies of three decisions discussed during the May 4, 2011 hearing: *Hemi Group, LLC v. City of New York*, 130 S. Ct. 983 (U.S. 2010); *Lee v. Carter-Reed Co., LLC*, 203 N.J. 496 (N.J. 2010); and *BCS Servs. v. Heartwood 88, LLC*, 2011 U.S. App. LEXIS 6003 (7th Cir. Ill. Mar. 24, 2011). True and correct copies of these decisions are attached hereto as Exhibits A through C.

Dated: May 10, 2011                     Respectfully Submitted,

                                                By:     **/s/ Thomas M. Sobol**
                                                       Thomas M. Sobol
                                                       Kristen Johnson Parker
                                                       Hagens Berman Sobol Shapiro LLP
                                                       55 Cambridge Parkway, Suite 301
                                                       Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

                                                By:     **/s/Thomas Greene**
                                                       Thomas Greene, Esquire
                                                       Greene LLP
                                                       33 Broad Street, 5th Floor
                                                       Boston, MA 02110

                                              By:     **/s/Elizabeth Cabraser**
                                                       Elizabeth Cabraser, Esquire
                                                       Lieff Cabraser Heimann & Bernstein
                                                       Embarcadero Center West
                                                       275 Battery Street, 30th Floor
                                                       San Francisco, CA 94111-3339

                                              By:     **/s/Don Barrett**
                                                       Don Barrett, Esquire
                                                       Barrett Law Office
                                                       404 Court Square North
                                                       P.O. Box 987
                                                       Lexington, MS 39095

                                              By:     **/s/Daniel Becnel, Jr.**
                                                       Daniel Becnel, Jr., Esquire
                                                       Law Offices of Daniel Becnel, Jr.
                                                       106 W. Seventh Street
                                                       P.O. Drawer H
                                                       Reserve, LA 70084

                                              By:     **/s/James Dugan**
                                                       James R. Dugan, Esquire
                                                       Dugan & Browne, PLC
                                                       650 Poydras Street, Suite 2150

          New Orleans, LA 70130

*Members of the Class Plaintiffs'*
*Steering Committee*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on May 10, 2011.

          /s/ Thomas M. Sobol