UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
IN RE NEURONTIN MARKETING, SALES )
PRACTICES, AND PRODUCTS LIABILITY )
LITIGATION ) MDL Docket No. 1629
) Master File No. 04-10981
)
THIS ORDER RELATES TO: ) Judge Patti B. Saris
) Mag. Judge Leo T. Sorokin
BOONE LAW FIRM CASES )
SCHWARTZ LAW FIRM CASES )
)

MEMORANDUM AND ORDER REGARDING DISCOVERY MATTERS

May 9, 2011

SOROKIN, M.J.

The Motion for Relief from the May Depositions in the Boone Cases (#3451) is ALLOWED as UNOPPOSED.

Attorney Newton Schwartz has filed a Motion to Suspend Discovery (#3438) regarding cases in which Attorney Schwartz has recommended "discontinued prosecution." The Motion is ALLOWED. Attorney Newton Schwartz shall report to the Court within fifteen days and every thirty days thereafter regarding the status of the recommendation for discontinued prosecution in each stayed case.

The following motions to withdraw as counsel are ALLOWED: Docket #s 3409, 3405, 3379, 3345 (regarding the eight plaintiffs listed on Exhibit A, docket #3345-2).

The motions for fees, Docket #s 3331 and 3448, are ALLOWED AS UNOPPOSED.

                                                  SO ORDERED.

                                                  /s/ Leo T. Sorokin
                                                  LEO T. SOROKIN
                                                  UNITED STATES MAGISTRATE JUDGE