UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
In re:   NEURONTIN MARKETING, SALES                      :
         PRACTICES, AND PRODUCTS                         :
         LIABILITY LITIGATION                            :   MDL Docket No. 1629
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                :
                                                         :   Judge Patti B. Saris
Harden Manufacturing Corporation; Louisiana Health Service :
Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; :   Magistrate Judge Leo T.
International Union of Operating Engineers, Local No. 68 :   Sorokin
Welfare Fund; ASEA/AFSCME Local 52 Health Benefits       :
Trust; Gerald Smith; and Lorraine Kopa v. Pfizer Inc, et al., :
No. 04-10981                                             :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### DEFENDANTS' RESPONSE TO CLASS PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") hereby respond to the Class Plaintiffs' Notice of Supplemental Authority [3454].

Plaintiffs filed their Notice of Supplemental Authority in order to "submit copies of three decisions discussed during the May 4, 2011, Hearing." (Pl. Notice at 1.) Two of the cases cited by Plaintiffs – *Hemi Group, LLC v. City of New York*, 130 S. Ct. 983 (2010) and *BCS Services, Inc. v. Heartwood 88*, LLC, ___ F.3d ____, 2011 WL 1045853 (7th Cir. Mar. 24, 2011) – do not concern class certification and there is no motion to vacate the Court's summary judgment decision pending. Significantly, only one of the proposed representatives for the proposed Third Party Payor ("TPP") class moved for reconsideration of this Court's December 10, 2010 summary judgment decision [3154]: Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana ("BCBS-LA").[1] BCBS-LA's motion was denied by this Court

---

[1] *See* Louisiana Health Service Indemnity Company d/b/a BlueCross BlueShield of Louisiana's Motion For Reconsideration of Order Granting Motion for Summary Judgment [3178] (Dec. 20, 2010). Defendants responded on December 30, 2010 [3200].

by an order entered on April 21, 2011.

While the remaining proposed TPP class representatives never moved for reconsideration of this Court's summary judgment decision, one of the Coordinated TPP plaintiffs, Aetna, moved for reconsideration of this Court's January 8, 2010 summary judgment decision [2309]. In that motion, Aetna discussed *Hemi Group*, which has been thoroughly briefed for this Court on several occasions, and specifically relied on *BCS Services*. Defendants addressed these decisions in their Opposition to Aetna, Inc.'s Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e) [3369] and their Surreply Memorandum in Opposition to Aetna, Inc.'s Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e) [3404], which are incorporated herein by reference. As discussed therein, *Hemi Group* supports this Court's decisions granting summary judgment and *BCS Services* did not involve a chain of indirect causation rejected by the Supreme Court in *Hemi Group*. This Court denied Aetna's motion on April 20, 2011.

Only one of the cases cited in Plaintiffs' notice, *Lee v. Carter-Reed Co.*, 4 A.3d 561 (N.J. 2010), is a class certification decision. Counsel for Defendants do not recall *Lee* being discussed at the May 4, 2011 hearing; however, it was previously cited to the Court by Plaintiffs in their Notice of Supplemental Authority dated October 6, 2010 [3090]. Defendants responded to such Notice on October 20, 2010 [3101]. As discussed in Defendants' prior response, incorporated herein by reference, *Lee* is inapposite both factually and legally to the instant dispute.

Accordingly, the "supplemental authority" Plaintiffs cite consists of one Supreme Court decision that is adverse to Plaintiffs' position and two inapposite cases previously cited to the Court in support of arguments that the Court has already rejected. Defendants respectfully suggest that it is time for final judgment to be entered. It has been almost two years since this Court denied class certification for the second time, on May 13, 2009 [1780]. Plaintiffs moved for reconsideration [1796] of the Court's denial of class certification on May 28, 2009, and this Court heard oral argument on that motion, for the first time, on October 15, 2009 [2190]. As discussed above, following the hearing on Plaintiffs' motion for reconsideration, this Court granted Defendants' motion for summary judgment as to two of the Coordinated TPPs (Guardian

and Aetna), and presided over the Kaiser trial. After the Kaiser trial, this Court granted summary judgment as to each of the Class TPPs, and denied motions for reconsideration filed by the only TPPs (BCBS-LA and Aetna) who sought reconsideration of this Court's summary judgment decisions. And, as Plaintiffs conceded at the hearing, this Court's summary judgment decisions preclude reconsideration of its decision on class certification. Final judgment should be entered so that the issues raised by these various motions can be decided by the First Circuit. A proposed form of judgment is attached as Exhibit A.

For these reasons, Defendants respectfully request that the Court deny the Plaintiffs' motion for reconsideration of this Court's summary judgment decision and enter a final, separate judgment pursuant to Federal Rules of Civil Procedure 58(a) and 54(b).

Dated: May 11, 2011	Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:	/s/ Mark S. Cheffo
	Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
	Ana M. Francisco
	BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 11, 2011.

/s/ Ana M. Francisco
Ana M. Francisco
