# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES :
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION :
:
------------------------------------------------x
:
THIS DOCUMENT RELATES TO: :
:
Harden Manufacturing Corporation; Louisiana Health Service :
Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; :
International Union of Operating Engineers, Local No. 68 : MDL Docket No. 1629
Welfare Fund; ASEA/AFSCME Local 52 Health Benefits :
Trust; Gerald Smith; and Lorraine Kopa v. Pfizer Inc, et al., No. : Master File No. 04-10981
04-10981 :
: Judge Patti B. Saris
ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer :
Inc, et al., No. 04-12285 (transferred from D.N.J., No. 04-2577) : Magistrate Judge Leo T.
: Sorokin
International Union of Operating Engineers, Local No. 68 :
Welfare Fund v. Pfizer Inc, et al., No. 04-12622 (transferred :
from D.N.J., No. 04-4497) :
:
Lorraine Kopa v. Pfizer Inc, et al., No. 04-12287 (transferred :
from S.D.N.Y., No. 04-4593) :
:
Gerald Smith v. Pfizer Inc, et al., No. 04-12275 (transferred :
from S.D. Ind., No. 04-1052) :
:
------------------------------------------------x

### **[PROPOSED] JUDGMENT**

SARIS, U.S.D.J.                                                                                              _____, 2011

  Pursuant to this Court's Memorandum and Order dated December 10, 2010 (Docket No. 3154), it is ORDERED and ADJUDGED that judgment is hereby entered against the following plaintiffs in favor of the defendants Pfizer Inc and Warner-Lambert Company LLC: Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; Gerald Smith; Lorraine Kopa; and Jeanne

2

Ramsey.

    The Court finds that there is no just reason for delay and this is a final judgment as to all claims of the above-named plaintiffs pursuant to Federal Rule of Civil Procedure 54(b).

                                                              _____
                                                              Patti B. Saris
                                                              United States District Judge

Copies to: Counsel via ECF