UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x

THIS DOCUMENT RELATES TO:

FAITH FORD
*Leroy Anderson, et al. v. Pfizer Inc, 05-cv-10835*

BETSY LINDLEY MILLER
*Jesse Allen, et al. v. Pfizer Inc, 07-cv-11795*

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

## [PROPOSED] ORDER DISMISSING PLAINTIFFS FOR FAILURE TO ADEQUATELY RESPOND TO DISCOVERY

The claims of the following Plaintiffs are hereby dismissed with prejudice for failure to comply with discovery:

| **Plaintiff** | **Docket No.** |
| --- | --- |
| Faith Ford | 05-10835 |
| Betsy Lindley Miller | 07-11795 |

IT IS SO ORDERED.

Dated: 5/11/2011

~~Hon. Leo T. Sorokin~~
~~Magistrate Judge~~, U. S. District Court

Patti B Saris

( without caption )