UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
In re: NEURONTIN MARKETING, SALES  : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------x :
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS; : Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS; : Sorokin
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS :
:
---------------------------------------------x

**PFIZER'S MOTION TO DISMISS CLAIMS OF CERTAIN BOONE PLAINTIFFS
FOR FAILURE TO COMPLY WITH THIS COURT'S APRIL 5, 2011 ORDER**

In accordance with this Court's April 5, 2011 Order [3390] and Federal Rules of Civil Procedure 37 and 41(b), Defendants Pfizer Inc and Warner-Lambert Company LLC move to dismiss the claims of the Estate of Alice Garrett, Fannie Grinston, William Hony, the Estate of Elizabeth Knight, Dawn Lepard, Michael Weathersby, and Birdie Langdon. This Court previously ordered these Plaintiffs to "supplement their interrogatory responses" by May 5, 2011, and provided that any individual Plaintiff's "[f]ailure to comply with these orders will result in dismissal of the case." Because each of these Plaintiffs failed to provide any supplemental discovery responses by May 5, 2011, their cases should be dismissed.

WHEREFORE, Defendants respectfully request that the Court grant Pfizer's motion to dismiss the claims of the Estate of Alice Garrett, Fannie Grinston, William Hony, the Estate of Elizabeth Knight, Dawn Lepard, Michael Weathersby, and Birdie Langdon.

Dated: May 16, 2011                                Respectfully submitted,

                                                    SKADDEN, ARPS, SLATE,
                                                      MEAGHER & FLOM LLP

                                                      By:   /s/ Mark S. Cheffo
                                                             Mark S. Cheffo

                                                      Four Times Square
                                                     New York, NY 10036
                                                     Tel:  (212) 735-3000

                                                     -and-

                                                     ROPES & GRAY LLP

                                                     By:   /s/ Ana M. Francisco
                                                            Ana M. Francisco
                                                           BBO #564346

                                                     Prudential Tower
                                                     800 Boylston Street
                                                     Boston, MA 02199-3600
                                                     Tel:  (617) 951-7000
                                                     Email:  ana.francisco@ropesgray.com

                                                     *Attorneys for Defendants Pfizer Inc and*
                                                     *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

                                                                   /s/ Catherine B. Stevens
                                                                    Catherine B. Stevens

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 16, 2011.

                                                                   /s/ Ana. M. Francisco
                                                                  Ana M. Francisco