UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS;<br>*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS;<br>*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF PFIZER'S MOTION TO DISMISS CLAIMS OF CERTAIN BOONE PLAINTIFFS FOR FAILURE TO COMPLY WITH THIS COURT'S APRIL 5, 2011 ORDER**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the May 6, 2011, email from Levi Boone.

3. Attached hereto as Exhibit B is a true and correct copy of the May 11, 2011, letter from Catherine Stevens.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 16th day of May 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 16, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco