# EXHIBIT A

## Kalmanash, Barbara A (NYC)

**From:** Levi Boone, III [LBoone@BooneLawFirm.com]
**Sent:** Friday, May 06, 2011 4:31 PM
**To:** Stevens, Catherine B (NYC)
**Subject:** RE: Supplemental responses

Plaintiffs Lois Adams, Estate of Aliece Garrett, Fannie Grinston, Estate of Elizabeth Knight have authorized dismissal of their cases. William Hony, Dawn Lepard, and Michaelon Weathersby will also be dismissed for failure to supplement per Court order, but I'm not sure that I can sign an order of dismissal on them. Let me think about it. I'll let you know Monday if I will sign an order of dismissal as to William Hony, Dawn Lepard, and Michaelon Weathersby or whether it will be necessary for you to file a motion to dismiss.

Levi

**From:** Stevens, Catherine B [mailto:Catherine.Stevens@skadden.com]
**Sent:** Friday, May 06, 2011 3:09 PM
**To:** Levi Boone, III
**Subject:** Supplemental responses

Levi - As I indicated on the phone this morning, we intend to file a motion to dismiss the cases where we did not receive supplemental discovery, unless you indicate immediately that you will dismiss.  (We are leaving Birdie Langdon off this list because of your representation that she is hospitalized and will respond by next Friday). Thanks.

**Catherine B. Stevens**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.3353 | F: 212.735.2000**
**catherine.stevens@skadden.com**

Skadden
Please consider the environment before printing this email.

--------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
==============================================================

5/16/2011