# EXHIBIT A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-3353
DIRECT FAX
(917) 777-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

May 11, 2011

BY ELECTRONIC AND U.S. MAIL
Levi Boone
Boone Law Firm, P.A.
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS 38732

RE:   In re: Neurontin Marketing, Sales Practices, and
      Products Liability Litigation MDL No. 1629

Dear Levi:

On March 5, 2001, you informed me that Plaintiffs Lois Adams, the Estate of Aliece Garrett, Fannie Grinston, and the Estate of Elizabeth Knight have authorized dismissals of their cases. As you know, Plaintiff Lois Adams voluntarily dismissed her case on January 19, 2011. [3240] I have enclosed draft stipulations of dismissal for the other three plaintiffs. Please let us know at your earliest convenience when we have authority to file the stipulations. Additionally, you agreed that Plaintiffs William Hony, Dawn Lepard and Michaelon Weathersby will be dismissed for failure to supplement per the Court order. Shall I prepare stipulations of dismissal in these cases, or do I need to file a motion to dismiss? Thank you in advance.

Sincerely,

*[signature]*

Catherine B. Stevens

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ESTATE OF ALIECE GARRETT
*Jesse Allen, et al. v. Pfizer, Inc.,*
Case No. 07-cv-11795-PBS

----------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: May __, 2011

/s/ Levi Boone
Levi Boone, III
BOONE LAW FIRM, P.A.
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS  38732
Tel:  (662) 843-7946
Email:  LBoone@boonelawfirm.com

*Attorneys for Plaintiffs*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

/s/ Ana M. Francisco
Ana M. Francisco
BBO # 564346
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May __, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>FANNIE GRINSTON<br>*Jesse Allen, et al. v. Pfizer, Inc.,*<br>Case No. 07-cv-11795-PBS | |

## **STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: May __, 2011

/s/ Levi Boone
Levi Boone, III
BOONE LAW FIRM, P.A.
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS 38732
Tel: (662) 843-7946
Email: LBoone@boonelawfirm.com

*Attorneys for Plaintiffs*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

/s/ Ana M. Francisco
Ana M. Francisco
BBO # 564346
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May __, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------x
In re:  NEURONTIN MARKETING, SALES          :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS              :
        LIABILITY LITIGATION                :  Master File No. 04-10981
                                            :
----------------------------------------x   :  Judge Patti B. Saris
                                            :
THIS DOCUMENT RELATES TO:                   :  Magistrate Judge Leo T.
                                            :  Sorokin
ELIZABETH KNIGHT                            :
Leroy Anderson, et al. v. Pfizer Inc,       :
Case No. 05-cv-10835-PBS                    :
                                            :
                                            :
                                            :
----------------------------------------x
```

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: May __, 2011

/s/ Levi Boone
Levi Boone, III
BOONE LAW FIRM, P.A.
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS  38732
Tel: (662) 843-7946
Email: LBoone@boonelawfirm.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

/s/ Ana M. Francisco
Ana M. Francisco
BBO # 564346
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May __, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco