UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEUORONTIN PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) | |
| THIS DOCUMENT RELATES TO: ) <br> ) <br> Allen et al. v. Pfizer, Inc. ) <br> No.  07-cv-10834-PBS ) <br> ) <br> Cooper et al. v. Pfizer, Inc. ) <br> No.  05-cv-10834-PBS ) <br> ) <br> Anderson et al. v. Pfizer, Inc. ) <br> No.  05-cv-10835-PBS ) <br> ) | CIVIL ACTION NO. 04-10981-PBS |

**MOTION TO STAY PAYMENT OF ATTORNEY FEES PENDING MOTION TO ALTER OR AMEND ORDR AND/OR PENDING APPEAL**

Plaintiffs respectfully request that the Court stay the payment of attorney fees awarded by the Court on April 5, 2011for the following reasons:

1. The instant case is currently on appeal to the First Circuit Court of Appeal. The issue involving the award of attorney fees to Defendants regarding their preparation for the Motion to Compel is part of the appeal.

2. Further, the issue involving the award of attorney fees to Defendants is included in Plaintiffs' Motion for Clarification pending before this Court. (Doc. 3390)

3. The award of attorney fees to Defendants include cases of 51 plaintiffs or 25% of the Plaintiffs that the Defendants did not prevail against on the Motion to Compel.

4. Additionally 38 plaintiffs or 19% of the Plaintiffs will probably be allowed to go forward on their cases because they did, in fact, submit verifications that were mistakenly overlooked.

5. Further, four (4) plaintiffs or 2% of the Plaintiffs, who had been deposed, were improperly dismissed by the Court.

6. Pursuant to the *December 6, 2010 Revised Scheduling Order For All Products Liability Cases* (Doctket 3141) the Plaintiffs were to be given an opportunity to correct any deficiencies associated with their discovery responses prior to their cases being dismissed.

7. Finally, it would cause a hardship on Plaintiffs to pay the attorney fees awarded when the Court of Appeal may reverse all or part of the award for attorney fees.

WHEREFORE Plaintiffs request that the award of attorney fees be stayed pending the outcome of the appeal in this case.

Respectfully Submitted,

**BY:** /s/ Levi Boone, III
Levi Boone, III, MSB #3686
**BOONE LAW FIRM, P.A**.

Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 16, 2011.

                                              /s/   Levi Boone, III.
                                              Levi Boone, III