UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES           :  MDL Docket No. 1629
            PRACTICES AND PRODUCTS           :
            LIABILITY LITIGATION             :  Master File No. 04-10981
------------------------------------------------x
:  Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:                    :
:  Magistrate Judge Leo T.
*Leroy Anderson, et al. v. Pfizer, Inc.,*    :  Sorokin
*Case No. 05-cv-10835*                       :
:
*Mary Cooper, et al. v. Pfizer, Inc.,*       :
*Case No. 05-cv-10834*                       :
:
*Jesse Allen, et al. v. Pfizer, Inc.,*       :
*Case No. 07-cv-11795*                       :
:
------------------------------------------------x

---

**DECLARATION IN SUPPORT OF MOTION TO STAY PAYMENT OF
ATTORNEY FEES PENDING MOTION TO ALTER OR AMEND ORDER
AND/OR PENDING APPEAL**

---

**I, Levi Boone, III**, deposes and states as follows:

1. That Boone Law Firm, P.A. through the undersigned attorney, is counsel for Plaintiffs in the above-entitled action.

2. That the matters contain in the foregoing Plaintiffs' Motion to Stay Payment of Attorney Fees Pending Motion to Alter or Amend Order and/or Pending Appeal are true and correct of the best of knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                By:   **/s/ Levi Boone, III**
                         Levi Boone, III, Esq, MSB# 3686
                         Boone Law Firm, P.A.
                         401 West Sunflower Road
                         P. O. Box 1772
                         Cleveland, MS 38732

## **CERTIFICATE OF SERVICE**

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 16, 2011 (CST);

                                        /s/ Levi Boone, III
                                      Levi Boone, III, Esquire

## **CERTIFICATE OF SERVICE**

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 16, 2011(CST).

                                    /s/ Levi Boone, III