UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981
------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS;
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS;
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

### JOINT NOTICE REGARDING DEPOSITIONS IN BOONE CASES

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer"), and the Boone Law Firm, pursuant to Magistrate Judge Sorokin's May 10, 2011 Electronic Order, respectfully submit a chart detailing the approximate number of initial depositions the parties anticipate occurring in the remaining Boone cases. The chart is attached hereto as Exhibit A. The parties note that there is some overlap in prescribers amongst the cases, as well as a some overlap in the sales professionals who called on the prescribers. The parties further note that while certain Plaintiffs have been deposed already, the Court's April 5, 2011 Order entitles Defendants to a second day of depositions in the majority of those cases. Lastly, Defendants note that Plaintiffs recently served, on May 5, 2011, supplemental responses to discovery in the majority of the Boone cases. Therefore, additional prescribers and sales representatives may be identified through Defendants' review of this discovery and through records collection.

Dated: May 17, 2011  Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Mark S. Cheffo
 Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
 Ana M. Francisco
 BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 17, 2011.

/s/ Ana M. Francisco
Ana M. Francisco