# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Number of Depositions the Parties Anticipate Taking in the Remaining Boone Cases**[1]

| Case Name | Plaintiff[2] | Number of Prescriber(s) Identified[3] | Number of Sales Prof(s). Identified[4] | Total | Depositions Taken to Date | Notes |
|---|---|---|---|---|---|---|
| Adams, Lois | N/A | N/A | N/A | N/A | N/A | Plaintiff Lois Adams voluntarily dismissed her case on January 19, 2011. |
| Allen, Jessie | 1 | 2 | Not Enough Information | 3 | Plaintiff Day 1 | |
| Allen, Vivian | 1 | 4 | 6 | 11 | None | |
| Bearden, Jerrell M | 1 | 2 | 7 | 10 | Plaintiff Day 1 | |
| Brooks, Darrell | 1 | 1 | 2 | 4 | None | |
| Brown, Thomas | 1 | 1 | 1 | 3 | None | |
| Bryson, Bobbie | 1 | 2 | 1 | 4 | Plaintiff Day 1 | |

---

[1] Plaintiffs recently served, on May 5, 2011, supplemental responses to discovery in the majority of the Boone cases. Therefore, additional prescribers and sales representatives may be identified through Defendants' review of this discovery and through records collection.

[2] While certain Plaintiffs have been deposed already, the Court's April 5, 2011 Order entitles Defendants to a second day of depositions in the majority of those cases.

[3] There is some overlap in prescribers amongst the cases, but the parties intend to attempt to take the deposition of each prescriber only once, and therefore cover multiple cases at the same deposition where possible.

[4] There is substantial overlap amongst the sales professionals identified in each case. In fact, there is a total of 36 distinct sales professionals identified to date in all of the Boone Law Firm cases. Defendants have also learned that at least one sales professional is deceased, and note that many others may no longer be employed by Pfizer. The Boone Law Firm has indicated that it does not intend to take more than one sales professional deposition per case.

| Case Name | Plaintiff[2] | Number of Prescriber(s) Identified[3] | Number of Sales Prof(s). Identified[4] | Total | Depositions Taken to Date | Notes |
|---|---|---|---|---|---|---|
| Carrol, Roy | 1 | 2 | 1 | 4 | Plaintiff Day 1 | |
| Cooper, Mary | 1 | 1 | Not Enough Information | 2 | None | |
| Criss, Lynette | 1 | 1 | 3 | 5 | None | |
| Cunningham, Linda | 1 | 1 | 2 | 4 | None | |
| Davis, Levi | 1 | 1 | Not Enough Information | 2 | None | |
| Drennan, Shirley | 1 | 4 | 6 | 11 | Plaintiff Day 1 4 Prescribers | |
| Duvall, Catherine | 1 | 3 | 3 | 7 | Plaintiff Day 1 3 Prescribers | |
| Edwards, Annie | 1 | 1 | 3 | 5 | None | |
| Ford-Patterson, Essie | 1 | 2 | 2 | 5 | None | |
| Garrett, Alecia | N/A | N/A | N/A | N/A | N/A | Subject to Motion to Dismiss filed on May 16, 2011.  [3462] |
| Glass, Shannon | 1 | 1 | Not Enough Information | 2 | None | |
| Grinston, Fannie | N/A | N/A | N/A | N/A | N/A | Subject to Motion to Dismiss filed on May 16, 2011.  [3462] |
| Haley, Lee Allan | 1 | 2 | Not Enough Information | 3 | Plaintiff Day 1 | |

| Case Name | Plaintiff[2] | Number of Prescriber(s) Identified[3] | Number of Sales Prof(s). Identified[4] | Total | Depositions Taken to Date | Notes |
|---|---|---|---|---|---|---|
| Havard, Belinda | 1 | 2 | 2 | 5 | None | |
| Hester, Mae | 1 | 1 | 2 | 4 | None | |
| Hony, William | N/A | N/A | N/A | N/A | N/A | Subject to Motion to Dismiss filed on May 16, 2011. [3462] |
| Hunter, James | 1 | 2 | 4 | 7 | Plaintiff Day 1 | |
| Johnson, Nikisha | 1 | 1 | 2 | 4 | None | |
| Kendrick, Jacqueline | 1 | 6 | 6 | 13 | Plaintiff Day 1 | |
| Knight, Elizabeth | N/A | N/A | N/A | N/A | N/A | Subject to Motion to Dismiss filed on May 16, 2011. [3462] |
| Landrum, Henry | 1 | 7 | 8 | 16 | Plaintiff Day 1 | |
| Langdon, Birdie | N/A | N/A | N/A | N/A | N/A | Subject to Motion to Dismiss filed on May 16, 2011. [3462] |
| Lepard, Dawn | N/A | N/A | N/A | N/A | N/A | Subject to Motion to Dismiss filed on May 16, 2011. [3462] |
| Lowe, Jerry | 1 | 1 | 8 | 10 | Plaintiff Day 1 | |
| Maddox, Pearlie | 1 | 4 | 5 | 10 | None | |
| McAdory, Joyce | 1 | 1 | 2 | 4 | None | |

| Case Name | Plaintiff[2] | Number of Prescriber(s) Identified[3] | Number of Sales Prof(s). Identified[4] | Total | Depositions Taken to Date | Notes |
|---|---|---|---|---|---|---|
| Myers, Lolita | 1 | 1 | 0 | 2 | None | |
| Newsome, Maybelle | 1 | 2 | 4 | 7 | Plaintiff Day 1 | |
| Price, Hershel Jack | 1 | 2 | Not Enough Information | 3 | None | |
| Price, Jerry | 1 | 1 | 6 | 8 | Plaintiff Day 1<br>1 Prescriber | |
| Ray, Vera | 1 | 1 | Not Enough Information | 2 | None | |
| Rhodes, Patricia | 1 | 4 | 5 | 10 | None | |
| Scott, Vanessa | 1 | 2 | 2 | 5 | Plaintiff Day 1 | |
| Skinner, Lashonda | 1 | 1 | 1 | 3 | Plaintiff Day 1 | |
| Smith, Frank | 1 | 1 | 3 | 5 | None | |
| Smith, Jannie | 1 | 2 | 7 | 10 | None | |
| Smith, Lousia | 1 | 4 | 1 | 6 | Plaintiff Day 1 | |
| Steele, Bobby | 1 | 1 | 1 | 3 | None | |
| Trim, Michael | 1 | 3 | 4 | 8 | Plaintiff Day 1<br>2 Prescribers | |
| Watson, Deborah | 1 | 1 | 1 | 3 | Plaintiff Day 1 | |

| Case Name | Plaintiff[2] | Number of Prescriber(s) Identified[3] | Number of Sales Prof(s). Identified[4] | Total | Depositions Taken to Date | Notes |
|---|---|---|---|---|---|---|
| Watson, Joyce | 1 | 3 | 5 | 9 | Plaintiff Day 1 | |
| Weathesrby, Michaelon | N/A | N/A | N/A | N/A | N/A | Subject to Motion to Dismiss filed on May 16, 2011. [3462] |
| Womack, Francis | 1 | 3 | 8 | 12 | None | |
| Young, Re'Shedia | 1 | 4 | 5 | 10 | None | |
| Totals | 43 | 92 | 129 | 264 | | |