UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

Alsberge v. Pfizer, et al.
Nos. 05-cv-11699, 05-cv-10957

Bennett v. Pfizer, et al.
No. 08-cv-10678

Bentley v. Pfizer, et al.
No. 05-cv-11997

Brida v. Pfizer, et al.
No. 07-cv-12129

Briggs v. Pfizer, et al.
Nos. 05-cv-11700, 07-cv-10327

Campbell v. Pfizer, et al.
No. 06-cv-11483

Colton v. Pfizer, et al.
No. 05-cv-11996

Crone v. Pfizer, et al.
No. 09-cv-11694

Dixon v. Pfizer, et al.
No. 05-cv-11998

Feyer v. Pfizer, et al.
No. 05-cv-11035

George v. Pfizer, et al.
No. 06-cv-10112

Hamilton v. Pfizer, et al. :
No. 10-cv-11023 (Pfizer Defendants Only) :
:
Hargrove v. Pfizer, et al. :
No. 05-cv-11034 :
:
Henry v. Pfizer, et al. :
No. 05-cv-11995 :
:
James v. Pfizer, et al. :
No. 05-cv-11022 :
:
Libby v. Pfizer, et al. :
No. 06-cv-11482 :
:
Lyman v. Pfizer, et al. :
No. 05-cv-11020 :
:
McGee v. Pfizer, et al. :
No. 05-cv-12593 :
:
Montgomery v. Pfizer, et al. :
No. 06-cv-10110 :
:
O'Sullivan v. Pfizer, et al. :
No. 08-cv-11256 :
:
Owens v. Pfizer, et al. :
No. 05-cv-11017 :
:
Pursey v. Pfizer, et al. :
No. 07-cv-10106 :
:
Roberson v. Pfizer, et al. :
No. 05-cv-12001 :
:
Scott v. Pfizer, et al. :
No. 06-cv-10253 :
:
Shaw v. Pfizer, et al :
No. 06-cv-11584 :
:
Sizemore v. Pfizer, et al. :
No. 06-cv-10111 :
:

Spencer-Aker v. Pfizer, et al. :
No. 08-cv-12088 :
:
Tilley v. Pfizer, et al. :
No. 06-cv-11773 :
:
Valentine v. Pfizer, et al. :
No. 07-cv-11067 :
:
Vercillo v. Pfizer, et al. :
No. 05-cv-11019 :
:
Wampole v. Pfizer, et al. :
No. 07-cv-11072 :
:
Woolum v. Pfizer, et al. :
No. 07-cv- 10853 :
-----------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' AND PFIZER DEFENDANTS' JOINT MOTION FOR A NINETY (90) DAY EXTENSION OF THE DEADLINE SET FORTH IN THE COURT'S SETTLEMENT ORDER OF DISMISSAL**

Products Liability Plaintiffs and Pfizer Defendants hereby move by Joint Motion for an Order to extend the deadline set forth in the Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307) for a period of ninety (90) days to September 12, 2011.

Although the parties have been diligently working on the resolution of these actions, the settlement process has been delayed in order to complete the administrative hurdles involved in the settlement process. In several cases, Plaintiffs' counsel has had to apply to the various surrogate courts to obtain the appointment of Administrators or Executors with the appropriate powers to settle the cases. Moreover, each case required careful investigation of the potential for any liens on the recovery, which required obtaining accurate information from government (i.e., Medicare and/or Medicaid) and other entities prior to the final resolution of the settlement.

Plaintiffs and Pfizer Defendants anticipate that a ninety (90) day extension of the initial deadline set forth in the Court's February 18, 2011 Order should be sufficient to complete the remaining administrative tasks and to conclude the settlement process.

**CONCLUSION**

Plaintiffs and Pfizer Defendants therefore respectfully request that this Court issue an Order extending the deadline set forth in the Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307) for a period of ninety (90) days to September 12, 2011.

Dated: May 18, 2011

Respectfully submitted,

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551
(800) 634-1212

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLC
Attorneys for Defendants Pfizer Inc., *et al.*

By: **/s/ Mark S. Cheffo**
Mark S. Cheffo, Esquire
4 Times Square
New York, NY 10036
(212) 735-3000

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 18, 2011.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire