UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| Cynthia Ulett Lynch v. Pfizer Inc, Case No. 07-CV- 11280-PBS | |

## STIPULATION OR DESIGNATION OF THE CONTENTS OF THE RECORD

Pursuant to Rule 10. 4(a), I Cynthia Ulett Lynch shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Respectfully submitted,

Dated:   05/14/2011

Cynthia Ulett Lynch
Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, TX 76543
(254) 680- 7551

PLAINTIFF, Pro se