UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,                :     MDL Docket No. 1629
    SALES PRACTICES, AND                        :
    PRODUCTS LIABILITY LITIGATION     :     Master File No. 04-10981
---------------------------------------------------------------x     Judge Patti B. Saris
                                                                   :
THIS DOCUMENT RELATES TO:                 :     Magistrate Judge Leo T. Sorokin
PLAINTIFFS' PRODUCTS LIABILITY GROUP :
                                                                    :
---------------------------------------------------------------x

**APPLICATION OF HARRIS L. POGUST FOR INTERIM AWARD OF
COMMON BENEFIT EXPENSES**

To the Honorable Court:

      Harris L. Pogust makes application to the Court for an interim award of Common Benefit expenses that have been incurred on behalf of the plaintiffs' products liability cases that have been settled as of this time.

      The expenses made the subject of this Application, together with the evidence and authorities in support of this Application, are set out in the accompanying memorandum, declarations, and Exhibit "A".

### Certificate of Consultation

      Your Applicant believes that this Application is unopposed. Your Applicant has consulted with the attorneys and parties whose interests are affected by this Application, and as of the date of filing this Application, it is unopposed.

Respectfully submitted,

POGUST BRASLOW & MILLROOD, LLC

/s/ Harris L. Pogust
Harris L. Pogust, Esquire
161 Washington Street, Suite 1520
Conshohocken, PA  19428
(610) 941-4204
(610)941-4245

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on May19, 2011.

Dated: May 19, 2011

By: /s/ Harris L. Pogust
Harris L. Pogust, Esquire

2