UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,           :   MDL Docket No. 1629
    SALES PRACTICES, AND                      :
    PRODUCTS LIABILITY LITIGATION     :   Master File No. 04-10981
---------------------------------------------------------------x   Judge Patti B. Saris
                                                   :
THIS DOCUMENT RELATES TO:            :   Magistrate Judge Leo T. Sorokin
PLAINTIFFS' PRODUCTS LIABILITY GROUP :
                                                   :
---------------------------------------------------------------x

**DECLARATION OF HARRIS L. POGUST IN SUPPORT OF APPLICATION
FOR INTERIM AWARD OF COMMON BENEFIT EXPENSES**

      I, Harris L. Pogust, depose and state as follows:

      I am an attorney with the law firm of POGUST BRASLOW & MILLROOD, L.L.P. This declaration is submitted in support of Harris L. Pogust's Application for Interim Award of Common Benefit Expenses. The statements of fact recited in the Memorandum in Support of Application of Harris L. Pogust for Interim Award of Common Benefit Expenses are based on my personal knowledge.

      The following documents are attached hereto in support of the Application:

      Exhibit "A": A true and correct copy of the expense record account for expenses I incurred and paid for which I apply for reimbursement from the Common Benefit Fund for the years 2005 - 2011. It has been provided to the parties and counsel whose interests may be affected by this Application.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2011

      Respectfully submitted,

POGUST BRASLOW & MILLROOD, LLC

/s/ Harris L. Pogust
Harris L. Pogust, Esquire
161 Washington Street, Suite 1520
Conshohocken, PA  19428
(610) 941-4104

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on May  19 , 2011.

Dated: May 19, 2011

                                     By: /s/ Harris L. Pogust

                                     Harris L. Pogust, Esquire