UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
In re: NEURONTIN MARKETING, : MDL Docket No. 1629
    SALES PRACTICES, AND :
    PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
-----------------------------------------------------------------x Judge Patti B. Saris
    :
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T. Sorokin
PLAINTIFFS' PRODUCTS LIABILITY GROUP :
    :
-----------------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF APPLICATION OF HARRIS L. POGUST FOR INTERIM AWARD OF COMMON BENEFIT EXPENSES**

To the Honorable Court:

    Harris L. Pogust makes application to the Court for Common Benefit expenses incurred on behalf of the plaintiffs' products liability cases that have been settled as of this time, as set out below.

**I.
APPLICATION UNOPPOSED**

    The cases that have been settled from which funds have been and will be deposited into the common benefit account to which this application is addressed are cases in which Finkelstein & Partners are counsel of record. That firm's cases have been settled. Your Applicant has consulted with Mr. Finkelstein and with the attorneys in Finkelstein & Partners who have provided that firm's leadership and direction in this MDL for such cases, and they do not oppose this Application.

Your Applicant has also notified all other plaintiffs' counsel in this litigation of this Application, by certified mail. No opposition to this Application has been expressed by them.

## II
## COMMON BENEFIT FUND

The Plaintiffs' Product Liability Common Benefit Fund was created pursuant to this Court's Order granting *Motion to Establish A Common Benefit Fund* (Document 1129, February 14, 2008). Pursuant to the Manual for Complex Litigation (4th Ed. 2004), the fund was established to compensate and reimburse attorneys for services performed and expenses incurred for the common benefit of MDL 1629 personal injury plaintiffs.

As of the date of filing this Application, all funds that are in the account and those likely to be deposited in the account in the near future are from allocations ordered by the Court to be withheld from settlement recoveries in cases in which Finkelstein & Partners are counsel of record, including both state court cases and those MDL cases identified in the Court's order of dismissal based on settlements, (Document Number 3307, February 22, 2011). Applicant's expenses conferred a common benefit on those cases.

## III.
## AMOUNT OF EXPENSES

**A. Expenses**

Your Applicant requests approval for payment of expenses in the amount of $164,925.00 incurred and paid by your Applicant on behalf of the MDL Plaintiffs' Products Liability Group during the years 2005 - 2011. An itemized report of the expenses incurred and paid during that period is attached as Exhibit "A".

A copy of this exhibit has been provided in advance to Finkelstein & Partners, to Newton Schwarz, and to all other plaintiffs' counsel. The expenses sought herein do not include expenses incurred or paid for counsel's involvement in individual cases in which he is an attorney of record.

### B.  No Other Fee Agreement

Applicant has no fee agreement with Finkelstein & Partners regarding the settled cases. Furthermore, Applicant does not know the amount of the settlements in the Finkelstein & Partners cases. Mr. Finkelstein and defense counsel have advised that the settlements are confidential. Without in any degree disclosing any settlement or the amount of all settlements, or any other number or component of the settlement, counsel has nevertheless indicated that the amount to be withheld from such settlements pursuant to the order creating the Common Benefit Fund would be adequate to pay the expenses requested in this Application.

### C.  Payment from the Common Benefit Fund

Applicant requests the Court order that any expenses paid pursuant to this Application be paid on a regular basis, such as monthly or quarterly, as money is deposited into the account from such settlements, until paid.

## IV.
## APPROPRIATE TO APPROVE APPLICATION FOR APPROVAL OF INTERIM COMMON BENEFIT FUND EXPENSES

It is appropriate to award expenses from a common benefit fund for this type of case. See, e.g. *Bowling v. Pfizer,* 102 F.3d 777 (6th Cir. 1996). Interim expenses are appropriately awarded where settlement of a portion of the cases in an MDL is achieved. See Manual For Complex Litigation (4th Ed.) § 14.222; *Texas State Teachers Ass'n v. Garland ISD,* 489 U.S. 782, 790-792 (1989). An

award of interim expenses contemplates that the Court will at some point in the future enter a final order regarding expenses and credit interim expenses against any final award ordered at a later stage or at the end of the litigation. See, e.g., *In Re Diet Drugs Product Liability Litigation,* 401 F.3d 143, (3d Cir. 2005).

## **CERTIFICATE OF CONSULTATION**

I hereby certify that I have conferred in good faith with counsel for parties whose interests are affected by the Application. It is believed that this Application is unopposed.

WHEREFORE, PREMISES CONSIDERED, Harris L. Pogust prays the Court approve this Application.

Respectfully submitted,

POGUST BRASLOW & MILLROOD, LLC

/s/ Harris L. Pogust
Harris L. Pogust, Esquire
161 Washington Street, Suite 1520
Conshohocken, PA  19428
(610) 941-4104

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on May 19, 2011.

Dated: May 19, 2011

By: /s/ Harris L. Pogust
Harris L. Pogust

**SHARED EXPENSES:**

In Re: Neurontin MDL 1629 Litigation

Firm Name: POGUST BRASOW & MILLROOD, LLC

Time Period: 03/22/2005 — 04/30/2011

| Description | $ $ Amount |
|---|---|
| Court, Filing & Service Costs | |
| Deposition Costs (court reporter, videographer, conference rooms etc) | |
| Document Depository (creation & administration) | |
| Document Access | |
| Equipment & leases for group projects | |
| Expert witness & consultation fees | $164,925.00 |
| Postage (mass mailings/extraordinary costs) | |
| Printing, copying, coding, scanning (outside vendor or prior approval of MDL) | |
| MDL group meetings and/or approved expenses | |
| Research (outside vendor/third party with prior approval of MDL) | |
| Telephone conference calls (third party) | |
| Common Witness expenses including travel expenses | |
| Translation expenses | |
| Other Expenses | |
| | |
| | |
| | |
| **TOTAL** | **$164,925.00** |

Please attach supporting documentation for all expenses reported.

**I** believe that these expenses are properly documented, complete and accurate and were incurred for the common benefit of the Neurontin MDL 1629 litigation.

/s/ Harris L. Pogust                                                May 19, 2011

Signature                                                                    Date