UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
--------------------------------------------------------------------x
                                             )
IN RE NEURONTIN MARKETING AND SALES          )
PRACTICES LITIGATION                         )    MDL Docket No. 1629
                                             )
------------------------------------------------------------------- x
                                             )    Master File No. 04-10981
THIS DOCUMENT RELATES TO:                    )
                                             )    Honorable Patti B. Saris
------------------------------------------------------------------- x  Honorable Leo T. Sorokin
                                             )
AETNA, INC. v. PFIZER INC., et al.,          )
04 CV 10958 (PBS)                            )
                                             )
------------------------------------------------------------------- x
```

## <u>NOTICE OF APPEAL</u>

**PLEASE TAKE NOTICE** that pursuant to FED. R. APP. P. 4(a)(4)(A)(iv), Plaintiff

Aetna, Inc. ("Aetna") hereby appeals the Court's: (1) February 9, 2011 Order [Docket No. 3285]

entering final judgment in favor of Defendants; (2) April 20, 2011 Order [Docket No. 3423]

denying Aetna's Motion to Alter or Amend Judgment and Motion for Reconsideration; and (3)

all prior orders issued in this action to the United States Court of Appeals for the First Circuit.

Dated:  May 19, 2011
          White Plains, New York

                                        LOWEY DANNENBERG COHEN
                                            & HART, P.C.


                                    BY:   **/s/ Gerald Lawrence**
                                            Richard W. Cohen
                                            Gerald Lawrence
                                            One North Broadway
                                            White Plains, NY  10601
                                            (914) 997-0500 – Telephone
                                            (914) 997-0035 – Facsimile

                                        ***Attorneys for Aetna, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on May 19, 2011.

_____/s/ Gerald Lawrence_____