UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
:  Magistrate Judge Leo T.
Linda B. Shearer, as Executrix of the Estate of Hartley Parker : Sorokin
Shearer v. Pfizer Inc, et al., No. 1:07-cv-11428-WGY :
:
------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS STIPULATED AND AGREED** by Plaintiff, Linda B. Shearer, as Executrix of the Estate of Hartley Parker Shearer, Deceased, and Defendants Pfizer Inc; Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company, LLC; Warner-Lambert Company; and Warner Lambert Company, LLC, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiff above with prejudice as to all claims and all defendants, with each party to bear its own costs and attorneys' fees.

Dated:  May 19, 2011                          Respectfully submitted,

FINKELSTEIN & PARTNERS, LLP              SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP

By:  /s/ Kenneth B. Fromson
     Kenneth B. Fromson                   By:  /s/ Mark S. Cheffo
                                               Mark S. Cheffo

1279 Rte. 300, P.O. Box 1111              Four Times Square
Newburgh, NY 12551                        New York, NY 10036
Tel:  (800) 634-1212                      Tel:  (212) 735-3000
email:  kfromson@lawampm.com              email:  Mark.Cheffo@skadden.com

*Attorneys for Plaintiff Linda Shearer*
                                          *Attorneys for Defendants Pfizer Inc and*
                                          *Warner-Lambert Company LLC*

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 19, 2011.

/s/ Ana M. Francisco
Ana M. Francisco