UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
Assurant Health, Inc., et al. v. Pfizer Inc, et al., No. 05-10535 : Sorokin
:
------------------------------------------------x

**<u>JOINT REPORT TO COURT REGARDING STATUS AND MANAGEMENT OF CASE</u>**

Pursuant to this Court's order dated May 4, 2011, the parties to the above-captioned action met and conferred regarding the management of this case. The parties have discussed a continuation of the stay in this action while judgments entered as to the Third Party Payors named in the Consolidated Class Complaint or Coordinated TPP Complaint are on appeal to the First Circuit and are working to finalize an agreed proposal to the Court.

Dated:  May 20, 2011

BLANK ROME LLP

By:     /s/ W. Scott Simmer
       W. Scott Simmer

Watergate
600 New Hampshire Avenue NW
Washington, DC  20037
Tel:  (202) 772-5967
email:  Simmer@BlankRome.com

*Attorneys for Plaintiffs, Assurant Health, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Louisiana Health Service & Indemnity Company; Blue Cross Blue Shield of Massachusetts; Blue Cross Blue Shield of Michigan; Blue Cross Blue Shield of Minnesota, and its wholly owned subsidiaries; Group Health Service of Oklahoma, Inc.; CareFirst, Inc., and its wholly owned subsidiaries; Excellus Health Plan, Inc.; Federated Mutual Insurance Company; Health Care Service Corporation; Mutual of Omaha Insurance Company; Trustmark Insurance Company; Wellchoice, Inc., and its wholly owned subsidiaries; Wellchoice of New Jersey, Inc.*

LATHAM & WATKINS LLP

By:     /s/ Margaret M. Zwisler
       Margaret M. Zwisler

555 Eleventh Street  NW Suite 1000
Washington, DC  20004-1304
Tel:  (202) 637-1092
email:  Margaret.Zwisler@lw.com

*Attorneys for Cline, Davis & Mann, Inc.*

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:     /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
email:  Mark.Cheffo@skadden.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco
       Ana M. Francisco
       BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

MILBANK, TWEED, HADLEY &
 McCLOY LLP

By:     /s/ Scott A. Edelman
       Scott A. Edelman

1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel:  (212) 530-5172
email:  jcavoli@milbank.com

*Attorneys for Defendants Lodewijk J.R. de Vink and Anthony Wild*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 20, 2011.

/s/ Ana M. Francisco
Ana M. Francisco