# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES                : MDL Docket No. 1629
       PRACTICES AND PRODUCTS                    :
       LIABILITY LITIGATION                      : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                         :
: Magistrate Judge Leo T.
*Leroy Anderson, et al. v. Pfizer, Inc.,*         : Sorokin
Case No. 05-cv-10835                              :
:
*Mary Cooper, et al. v. Pfizer, Inc.,*            :
Case No. 05-cv-10834                              :
:
*Jesse Allen, et al. v. Pfizer, Inc.,*            :
Case No. 07-cv-11795                              :
------------------------------------------------x

## NOTICE AS TO AVAILABILITY FOR DEPOSITIONS

Plaintiffs' attorney filed a Motion for Relief from the 6/9/10 Discovery Order. (Doc. 3453). In the Motion Plaintiffs' attorney requested that the fifteen (15) days of depositions per month required under the 6/9/10 Discovery Order be lowered to ten (10) days of depositions per month. Prior to filing the Motion for Relief from the 6/9/10 Discovery Order, Plaintiffs' attorney conferred with Defendants' counsel, who indicated that Defendants would have no objection to the relief requested. Plaintiffs' attorney indicated that in the Motion that ten (10) days of depositions would be more practical.

Plaintiffs' attorney has relationship with two (2) additional attorneys who will assist in taking the ten (10) days of depositions per month. [1] The assistance of the two (2) additional attorneys is expected to make it possible to comply with the requirements of the Court Order.  If necessary, Plaintiffs' attorney may conduct telephonic depositions of some of the sales representatives.

Plaintiffs' attorney is anxious to get these cases remanded to the home state and therefore chooses to go forward with the ten (10) days of depositions per month at this time. Fewer depositions per month will serve to prolong remand of these cases.

Plaintiffs' attorney or one of the two additional attorneys aforementioned will commit to making themselves available for 10 days of depositions per month unless Unfortunately in the past some Plaintiffs scheduled for depositions became unavailable due to illness.  In these instances, where time permit and it is otherwise practical a new deponent will be substituted.

Plaintiffs' attorney conferred with Defendants' attorney regarding the filing of the Joint Notice Regarding Depositions in Boone Cases. (Doc. 3470)  Plaintiffs' attorney agreed with the proposed deponent list, but indicated that Boone Law Firm does not intend to take more than one sales professional deposition per case. (See Footnote 4 of Exh. A., Doc. 3470, pg. 2 of Joint Notice Regarding Depositions in Boone Cases). Further, there is substantial overlap amongst the sales professional, but Boone Law Firm will take the deposition of each sales professional only once and thereby cover multiple cases at the same deposition.

Plaintiffs' attorney through oversight failed to appreciate that in addition to the listing of the remaining potential deponents that he was required to inform the Court if he

---

[1] Plaintiffs' attorney has previously used Attorney Arnold Lee to help cover depositions.

can meet the proposed schedule of ten (10) depositions per month.  Plaintiffs' attorney apologizes to the Court for this oversight.  As further mitigation, Plaintiffs' attorney mistakenly believed that information on the *Joint Notice Regarding Depositions in Boone Cases* met the requirement of the Court, particularly wherein it was indicated that Boone Law Firm would do only one sales representative per case, but looking back at the Order it is appreciated that the Court wanted additional affirmation of Plaintiffs' attorney availability.  Further, Plaintiffs' attorney in the *Motion for Relief from the 6/9/10 Discovery Order* had previously indicated to the Court that Boone Law Firm could be available for ten (10) days of depositions per month.

                Respectfully Submitted,

                /s/ Levi Boone, III
**BY:**_____
                Levi Boone, III, MSB #3686
                **BOONE LAW FIRM, P.A**.
                401 West Sunflower Avenue
                Post Office Box 1772
                Cleveland, MS 38732
                TEL: 662-843-7946
                FAX: 662-843-7950

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 21, 2011.

                /s/   Levi Boone, III.
                Levi Boone, III