UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------------X
In re:  NEURONTIN MARKETING, SALES PRACTICES,  : MDL Docket No. 1629
AND PRODUCTS LIABILITY LITIGATION              :
                                               : Master File No. 04-10981
                                               :
----------------------------------------------------------------------X Judge Patti B. Saris
                                               :
THIS DOCUMENT RELATES TO:                      :
                                               : Magistrate Judge Leo T.
NEURONTIN PRODUCTS LIABILITY CASES             :
                                               : Sorokin
----------------------------------------------------------------------X

**NOTICE OF VIDEOTAPED PRESERVATION DEPOSITION OF
PROFESSOR MICHAEL TRIMBLE, M.D.**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Order of October 08, 2010, Plaintiffs, by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Professor Michael Trimble, M.D. Pursuant to such Order, the testimony will be taken to preserve the testimony for trial of the Neurontin Product Liability cases. The deposition will be taken at the Lanier Law Firm, 126 East 56th Street, 7th Floor, New York, New York 10022, beginning at 9:00 a.m. and ending no later than 6:00 p.m. local time on Thursday, August 4, 2011. The deposition will be recorded by stenographic means and videotaped by Veritext, 1 Penn Plaza, Suite 1706, New York, New York, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure and the referenced Order.

Dated: _May 23, 2011_

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:     /s/ Andrew G. Finkelstein
          Andrew G. Finkelstein, Esquire
          Finkelstein & Partners, LLP
          1279 Route 300, P. O. Box 1111
          Newburgh, NY  12551

By:     /s/ Jack W. London
          Jack W. London, Esquire
          Law offices of Jack W. London
                  & Associates
          3701 Bee Cave Rd., Suite 200
          Austin, TX  78746

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of May, 2011, I caused to be served a true and correct copy of the foregoing Notice of Videotaped Preservation Deposition of Professor Michael Trimble, M.D. via electronic mail and U.S. Mail, postage prepaid to:

Mr. Mark Cheffo, Esq.
mark.cheffo@skadden.com
Skadden Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2011.

          /s/ Andrew G. Finkelstein
          Andrew G. Finkelstein, Esquire

          /s/ Jack W. London
          Jack W. London, Esquire