UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------X
In re:  NEURONTIN MARKETING, SALES PRACTICES,         : MDL Docket No. 1629
        AND PRODUCTS LIABILITY LITIGATION             :
                                                      : Master File No. 04-10981
                                                      :
-----------------------------------------------------------------X  Judge Patti B. Saris
                                                      :
THIS DOCUMENT RELATES TO:                             :
                                                      : Magistrate Judge Leo T.
NEURONTIN PRODUCTS LIABILITY CASES                    : Sorokin
-----------------------------------------------------------------X
```

### NOTICE OF VIDEOTAPED PRESERVATION DEPOSITION OF
### CHERYL BLUME, PH.D.

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Order of October 8, 2010, Plaintiffs, by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Cheryl Blume, Ph.D. Pursuant to such Order, the testimony will be taken to preserve the testimony for trial of the Neurontin Product Liability cases. The deposition will be taken in at the offices of Cheryl Blume, Ph.D., 133902 North Dale Mabry Highway, Suite 230, Tampa Florida 33618 beginning at 9:00 a.m. and ending no later than 6:00 p.m. local time on Thursday, August 18, 2011. The deposition will be recorded by stenographic means and videotaped by Veritext, 1 Penn Plaza, Suite 1706, New York, New York, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure and the referenced Order.

Dated: _May 23 2011_

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:     /s/ Andrew G. Finkelstein
         Andrew G. Finkelstein, Esquire
         Finkelstein & Partners, LLP
         1279 Route 300, P. O. Box 1111
         Newburgh, NY  12551

By:     /s/ Jack W. London
         Jack W. London, Esquire
         Law offices of Jack W. London
                  & Associates
         3701 Bee Cave Rd., Suite 200
         Austin, TX  78746

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of May, 2011, I caused to be served a true and correct copy of the foregoing Notice of Videotaped Preservation Deposition of Cheryl Blume, Ph.D. via electronic mail and U.S. Mail, postage prepaid to:

Mr. Mark Cheffo, Esq.
mark.cheffo@skadden.com
Skadden Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2011.

          /s/ Andrew G. Finkelstein
          Andrew G. Finkelstein, Esquire

          /s/ Jack W. London
          Jack W. London, Esquire