**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al    Page 1

District Court Number: 04-cv-10981

---

Fee:  Paid?  Yes  ☒   No  ____   Government filer ____   *In Forma Pauperis* Yes ____  No ☒

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes ☒ No ____ | Sealed documents | Yes ☒ No ____ |
| *If yes, document #* | 1796, 2123, 2298 | *If yes, document #* | 586 1-13, 645 a-d |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes ☒ No ____ |
| *If yes, document #* | | *If yes, document #* | 66, 128, 200, 229 |

---

Notice of Appeal filed by: Plaintiff/Petitioner ☒   Defendant/Respondent ____   Other: ____

Appeal from:    3285 Judgment, 3423 Order

Other information:   Add. Motions 2334, 2337, 2340, 2350, 2581, 2586, 2609, 2611, 2643, 2556

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3285 Judgment, 3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3476, filed on 5/19/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/24/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**