# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al     Page 2

District Court Number: 04-cv-10981

Fee:  Paid?  Yes  ✗   No  ____   Government filer ____   *In Forma Pauperis* Yes ____  No ✗

Motions Pending   Yes ✗  No ____        Sealed documents   Yes ✗  No ____
*If yes, document #*   2664, 2666, 2688    *If yes, document #*   654, 1180, 1251

*Ex parte* documents   Yes ____  No ✗    Transcripts   Yes ✗  No ____
*If yes, document #* _____    *If yes, document #*   324, 390, 423, 461

Notice of Appeal filed by: Plaintiff/Petitioner ✗   Defendant/Respondent ____   Other: ____

Appeal from:   3285 Judgment, 3423 Order

Other information:   Add. Motions 2670, 2672, 2674, 2676, 2696, 2699, 2708, 2720, 2740, 2745

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   3285 Judgment, 3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  3476 , filed on  5/19/2011 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  5/24/2011 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**