# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | Harden Manufacturing Corporation v. Pfizer, Inc. et al    Page 3 |
| District Court Number: | 04-cv-10981 |

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes __X__ No ____ |
| *If yes, document #* | 2748, 2831, 2860 | *If yes, document #* | 1330, 1331, 1347 |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 447, 502, 503, 607 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   3285 Judgment, 3423 Order

Other information:   Add. Motions 3052, 3083, 3180, 3252, 3253, 3331, 3339, 3345, 3362, 3364,

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   3285 Judgment,  3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3476__, filed on __5/19/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/24/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**