# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:    Harden Manufacturing Corporation v. Pfizer, Inc. et al    Page 4

District Court Number: 04-cv-10981

Fee:    Paid?    Yes __×__ No _____    Government filer _____   *In Forma Pauperis* Yes _____   No __×__

Motions Pending    Yes __×__ No _____
*If yes, document #*    3331, 3375, 3379

Sealed documents    Yes __×__ No _____
*If yes, document #*    1588, 1589, 1593

*Ex parte* documents    Yes _____ No _____
*If yes, document #*    _____

Transcripts    Yes __×__ No _____
*If yes, document #*    661, 686, 734, 745

Notice of Appeal filed by: Plaintiff/Petitioner __×__   Defendant/Respondent _____   Other: _____

Appeal from:    3285 Judgment, 3423 Order

Other information:    Add. Motions  3379, 3382, 3396, 3405, 3409, 3413, 3434, 3438

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   3285 Judgment,  3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3476__ , filed on __5/19/2011__ .

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/24/2011__ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**