# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al    Page 5

District Court Number: 04-cv-10981

---

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

---

Motions Pending   Yes __X__ No ____         Sealed documents     Yes __X__ No ____
*If yes, document #*   2298, 2334, 2337     *If yes, document #*   1594, 1752, 1744

*Ex parte* documents   Yes ____ No ____      Transcripts          Yes __X__ No ____
*If yes, document #*   _____      *If yes, document #*   768, 912, 915, 986

---

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   3285 Judgment, 3423 Order

Other information:   Add. Sealed 1745-1749, 1751, 1752, 1795, 1811-1815, 1843, 1919, 1920

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3285 Judgment, 3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3476__, filed on __5/19/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/24/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**