# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al     Page 6

District Court Number: 04-cv-10981

---

Fee:   Paid?   Yes  _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____ No _X_

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ____ | Sealed documents | Yes _X_ No ____ |
| *If yes, document #* | 2340, 2350, 2609 | *If yes, document #* | 1921, 1931, 1939 |
| Ex parte documents | Yes ____ No ____ | Transcripts | Yes _X_ No ____ |
| *If yes, document #* | | *If yes, document #* | 986, 1086, 1087 |

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:     3285 Judgment, 3423 Order

Other information:     Add. Sealed 1945, 1980, 2092, 2102, 2105-2107, 2136, 2137, 2163, 2164

---

   I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   3285 Judgment, 3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3476__, filed on __5/19/2011__.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/24/2011__.

                                          **SARAH ALLISON THORNTON**
                                          Clerk of Court

                                          /s/ Jeanette Ramos
                                          Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**