UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al    Page 7

District Court Number: 04-cv-10981

Fee: Paid? Yes ☒ No ___ Government filer ___ *In Forma Pauperis* Yes ___ No ☒

Motions Pending  Yes ☒ No ___          Sealed documents  Yes ☒ No ___
*If yes, document #* 2666, 2668, 2670   *If yes, document #* 2268, 2269, 2318

*Ex parte* documents  Yes ___ No ___    Transcripts  Yes ☒ No ___
*If yes, document #*                    *If yes, document #* 1250, 1328, 1358

Notice of Appeal filed by: Plaintiff/Petitioner ☒  Defendant/Respondent ___  Other: ___

Appeal from: 3285 Judgment, 3423 Order

Other information: Add. Sealed 2321, 2359-2361, 2363, 2364, 2374-2376, 2402-2404, 3138

  I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

 3285 Judgment,  3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3476, filed on 5/19/2011.

  In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/24/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**