# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manudacturing Corporation v. Pfizer, Inc. et al    Page 8

District Court Number: 04-cv-10981

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

Motions Pending   Yes __X__ No ____       Sealed documents   Yes __X__ No ____
*If yes, document #*   2340, 2350, 2180      *If yes, document #*   2402-2404, 3183

*Ex parte* documents   Yes ____ No ____       Transcripts   Yes __X__ No ____
*If yes, document #*                          *If yes, document #*   1359, 1368, 1482

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   3285 Judgment, 3423 Order

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

    Notice of Appeal, Judgment, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3446__, filed on __5/4/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/24/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**