# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Harden Manudacturing Corporation v. Pfizer, Inc. et al    Page 9

District Court Number: 04-cv-10981

---

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

---

| | | | |
|---|---|---|---|
| Motions Pending *If yes, document #* | Yes __X__ No ____ 2611, 2643, 2656 | Sealed documents *If yes, document #* | Yes __X__ No ____ 2268, 2269, 2359 |
| *Ex parte* documents *If yes, document #* | Yes ____ No ____ | Transcripts *If yes, document #* | Yes __X__ No ____ 2190, 2262 |

---

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:     3285 Judgment,  3423 Order

Other information:

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal,  Judgment, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3446__, filed on __5/4/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/24/2011__.

                                                                                            **SARAH ALLISON THORNTON**
                                                                                            Clerk of Court

                                                                                            /s/ Jeanette Ramos
                                                                                            Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**