UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manudacturing Corporation v. Pfizer, Inc. et al    Page 10

District Court Number: 04-cv-10981

Fee: Paid? Yes __X__ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes __X__ No ____ |
| *If yes, document #* | 2664, 3180 | *If yes, document #* | 2360, 2361, 2363 |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 2650-2654 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__  Defendant/Respondent ____  Other: ____

Appeal from:    3285 Judgment,  3423 Order

Other information:

  I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal,  Judgment, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3446__, filed on __5/4/2011__.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/24/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**