# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al    Page 12

District Court Number: 04-cv-10981

Fee: Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No __X__

Motions Pending    Yes ____ No ____
*If yes, document #*

Sealed documents   Yes __X__ No ____
*If yes, document #* 3272, 3317, 3318

*Ex parte* documents   Yes ____ No ____
*If yes, document #*

Transcripts   Yes __X__ No ____
*If yes, document #* 3288, 3296, 3459

Notice of Appeal filed by: Plaintiff/Petitioner __X__  Defendant/Respondent ____  Other: ____

Appeal from: 3285 Judgment, 3423 Order

Other information: Add. Mtn. 2672, 2674, 2676, 2696, 2699, 2708, 2720, 2740, 2745, 2748, 3339

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3285 Judgment, 3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3476, filed on 5/19/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/24/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**