# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al     Page 13

District Court Number: 04-cv-10981

Fee: Paid? Yes **X** No ____  Government filer ____  *In Forma Pauperis* Yes ____  No **X**

Motions Pending   Yes **X** No ____       Sealed documents   Yes **X** No ____
*If yes, document #*   3339, 3362, 3364     *If yes, document #*   3370, 3380, 3381

*Ex parte* documents  Yes ____ No ____      Transcripts        Yes ____ No ____
*If yes, document #*                        *If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ____   Other: ____

Appeal from:   3285 Judgment, 3423 Order

Other information:   Mtn. 3362, 3364, 3366, 3375, 3396, 3413, 3434, Sealed 3403 exhibits 6-10

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3285 Judgment, 3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3476, filed on 5/19/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/24/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**