UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc. et al        Page 14

District Court Number: 04-cv-10981

Fee:   Paid?   Yes __X__  No ____   Government filer ____   *In Forma Pauperis*  Yes ____   No __X__

Motions Pending       Yes __X__ No ____        Sealed documents    Yes ____ No ____
*If yes, document #*  3462, 3465, 3471         *If yes, document #*

*Ex parte* documents  Yes ____ No ____          Transcripts          Yes ____ No ____
*If yes, document #*                            *If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:        3285 Judgment, 3423 Order

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   3285 Judgment, 3423 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3476__, filed on __5/19/2011__.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __5/24/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**