UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEUORONTIN PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Allen et al. v. Pfizer, Inc. No. 07-cv-10834-PBS | ) ) ) | CIVIL ACTION NO. 04-10981-PBS |
| Cooper et al. v. Pfizer, Inc. No. 05-cv-10834-PBS | ) ) ) | |
| Anderson et al. v. Pfizer, Inc. No. 05-cv-10835-PBS | ) ) ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF RESPONSE TO MOTION TO DISMISS CLAIMS OF CERTAIN PLAINTIFFS**

Plaintiffs submit their PLAINTIFFS' MEMORANDUM IN SUPPORT OF RESPONSE TO MOTION TO DISMISS CLAIMS OF CERTAIN PLAINTIFFS, as follows:

1. Stipulation of Dismissals as to plaintiffs Estate of Alice Garrett, Fannie Grinston, and the Estate of Elizabeth Knight are being processed for filing.

2. Plaintiffs William Hony, Dawn Lepard, and Michael Weathersby did not timely comply with the Court's order after ample notice and warning, but they have not authorized Boone Law Firm to dismiss their cases. Boone Law Firm does not contest a dismissal of these cases, but dismissal upon Court order would be proper under the circumstances.

3. Plaintiff Birdie Langdon was previously deposed and should have been listed on Appendix F of the Court's order, but she was mistakenly listed on Appendix G of the Court's order.  Previously deposed plaintiffs were not ordered to supplement their discovery within the 30 days whereas plaintiffs on Appendix G were ordered to supplement within 30 days.  Although, out of an abundance of caution, Boone Law Firm supplemented discovery as to all other deposed plaintiffs who were also listed on Appendix G.  The issue regarding improper categorization of Birdie Langdon and other plaintiffs is the subject of a *Motion for Clarification of Order, to Alter or Amend Order, for Reconsideration* (Doc. No. 3434).

    WHEREFORE Plaintiffs request the following:

A. That Stipulation of Dismissal be allowed as to plaintiffs, Estate of Alice Garrett, Fannie Grinston, and the Estate of Elizabeth Knight;

B. That dismissal of the cases of plaintiffs William Hony, Dawn Lepard, and Michael Weathersby be made by the Court as Boone Law Firm does not have authority from these plaintiffs to entered a stipulation of dismissal;

C. That the Court finds that the requirement to supplement discovery within 30 days did not apply to plaintiff Birdie Langdon because she was previously deposed.

        Respectfully Submitted,

        /s/ Levi Boone, III

**BY:** _____

        Levi Boone, III, MSB #3686
        **BOONE LAW FIRM, P.A**.
        401 West Sunflower Avenue
        Post Office Box 1772
        Cleveland, MS 38732
        TEL: 662-843-7946
        FAX: 662-843-7950

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 25, 2011.

        /s/ Levi Boone, III.
        Levi Boone, III