# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

---

THIS DOCUMENT RELATES TO:

*Leroy Anderson, et al. v. Pfizer, Inc.,*
*Case No. 05-cv-10835*

*Mary Cooper, et al. v. Pfizer, Inc.,*
*Case No. 05-cv-10834*

*Jesse Allen, et al. v. Pfizer, Inc.,*
*Case No. 07-cv-11795*

---

## DECLARATION OF LEVI BOONE, III
## IN SUPPORT OF RESPONSE TO MOTION TO DISMISS CERTAIN PLAINTIFFS

**I, Levi Boone, III**, deposes and states as follows:

1. That Boone Law Firm, P.A. through the undersigned attorney, is counsel for Plaintiffs in the above-entitled action.

2. That the matters contain in the foregoing Plaintiffs' Response to Motion are true and correct of the best of knowledge and belief.

By:  **/s/ Levi Boone, III**
Levi Boone, III, Esq, MSB# 3686
Boone Law Firm, P.A.
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS 38732

## **CERTIFICATE OF SERVICE**

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 25, 2011 (CST);

                                                  /s/ Levi Boone, III
                                                Levi Boone, III, Esquire