UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                     :
        SALES PRACTICES AND                                      :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                            :
                                                                 :   Judge Patti B. Saris
-----------------------------------------------------------------x
                                                                 :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                        :
                                                                 :
DRINKWINE v. PFIZER INC., et al.                                 :
Individual Case No. 09-10836                                     :
                                                                 :
-----------------------------------------------------------------x
```

## STIPULATION OF DISMISSAL AS AGAINST PFIZER DEFENDANTS ONLY

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed as against Pfizer Defendants only, with prejudice and without costs or fees to any party.

Dated: May 18, 2011

/s/ Kenneth B. Fromson
Kenneth B. Fromson
**FINKELSTEIN & PARTNERS, LLP**
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
kfromson@lawampm.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
**SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP**
Four Times Square
New York, NY  10036
(212) 735-10036
mark.cheffo@skadden.com

*Attorneys for Pfizer Defendants*


/s/ U. Gwyn Williams
U. Gwyn Williams
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA  02109-2881
(617) 570-1000
gwilliams@goodwinprocter.com

*Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 25, 2011.

Dated: May 25, 2011

                                          /s/ Kenneth B. Fromson
                                          Kenneth B. Fromson