UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING, SALES                :
        PRACTICES AND PRODUCTS                    :   Master File No. 04-10981
        LIABILITY LITIGATION                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  :   Magistrate Judge Leo T.
ESTATE OF ALIECE GARRETT                          :   Sorokin
Jesse Allen, et al. v. Pfizer, Inc.,              :
Case No. 07-cv-11795-PBS                          :
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules

of Civil Procedure for the United States District Courts, that the action be dismissed, with

prejudice and without costs or fees to any party.


Dated: May 25, 2011

/s/ Levi Boone                        /s/ Mark S. Cheffo
Levi Boone, III                       Mark S. Cheffo
BOONE LAW FIRM, P.A.                  SKADDEN, ARPS, SLATE,
401 West Sunflower Avenue               MEAGHER & FLOM LLP
P.O. Box 1772                         Four Times Square
Cleveland, MS  38732                  New York, NY 10036
Tel:  (662) 843-7946                  Tel:  (212) 735-3000
Email:  LBoone@boonelawfirm.com

                                      /s/ Ana M. Francisco
*Attorneys for Plaintiffs*            Ana M. Francisco
                                      BBO # 564346
                                      ROPES & GRAY LLP
                                      Prudential Tower
                                      800 Boylston Street
                                      Boston, MA 02199-3600
                                      Tel:  (617) 951-7000

                                      *Attorneys for Defendants Pfizer Inc and*
                                      *Warner-Lambert Company LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 25, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco