UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> ELIZABETH KNIGHT <br> *Leroy Anderson, et al. v. Pfizer Inc,* <br> Case No. 05-cv-10835-PBS | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: May 25, 2011

/s/ Levi Boone
Levi Boone, III
BOONE LAW FIRM, P.A.
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS  38732
Tel:  (662) 843-7946
Email:  LBoone@boonelawfirm.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

/s/ Ana M. Francisco
Ana M. Francisco
BBO # 564346
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 25, 2011.

       /s/ Ana. M. Francisco
       Ana M. Francisco