# THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF LISA M. ROPPLE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby withdraws the appearance of Lisa M. Ropple on behalf of Defendants Pfizer Inc. and Warner-Lambert Company LLC (collectively "Pfizer") in the above-captioned matter. Ms. Ropple should be removed from the E-filing list and should no longer be listed as counsel of record for Pfizer. Pfizer will continue to be represented by counsel of record.

26720435_1

-2-

Dated:  May 25, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO# 564346

Prudential Tower
800 Boylston St.
Boston, MA  02199
Tel:  (617) 951-7000
Fax:  (617) 951-7050
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 25, 2011.

/s/ Ana M. Francisco
Ana M. Francisco

26720435_1