**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

May 31, 2011

John D. Winter
Partner
(212) 336-2000
Direct Fax (212) 336-2369
jwinter@pbwt.com

**Via electronic filing**

Honorable Leo T. Sorokin
United States District Court for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

      Re: *Hamilton v. Johnson & Johnson, et. al (Master File No. 04-10981)*

Dear Judge Sorokin:

    We represent Defendants Janssen Ortho LLC; Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; and Johnson & Johnson in the above-referenced matter.  We write in response to your May 25, 2011 Order, which requested an explanation of why Hamilton and the Johnson & Johnson defendants require a separate Protective Order.  We were not party to the Stipulated Protective Order entered in the MDL.  To avoid duplicative discovery, counsel for Hamilton and the Johnson & Johnson defendants have agreed to use documents produced and depositions taken in a New Jersey state case (*Earhart v. Ortho-McNeil-Janssen Pharmaceuticals, Inc., et al.,* Docket No. MID-L-1726-08, Superior Court, Middlesex County) for the purposes of this litigation, subject to the protective order in effect in the New Jersey case.  To avoid being subject to two potentially conflicting orders with regard to the same material, we seek a protective order in this litigation that mirrors the one in the New Jersey case.  Accordingly, we respectfully request that Your Honor so order the e-filed Stipulation and Protective Order (Docket #3254).

              Respectfully submitted,

              /s/ *John D. Winter*
              John D. Winter
              Patterson Belknap Webb & Tyler LLP
              1133 Avenue of the Americas
              New York, NY 10036
              212-336-2000
              jwinter@pbwt.com

cc:  Kenneth B. Fromson (by e-mail)
    *Counsel for Plaintiff*

Earnest W. Wotring (by e-mail)
*Counsel for Defendant Glenmark Generics Inc., USA*