UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

Harden Manufacturing Corporation; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Gerald Smith; and Lorraine Kopa v. Pfizer Inc, et al., No. 1:04-cv-10981

ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer Inc, et al., No. 1:04-cv-12285 (transferred from D.N.J., No. 2:04-cv-02577)

International Union of Operating Engineers, Local No. 68 Welfare Fund v. Pfizer Inc, et al., No. 1:04-cv-12622 (transferred from D.N.J., No. 2:04-cv-04497)

Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana v. Pfizer Inc., et al., No. 1:04-cv-12620 (transferred from E.D. La., No. 2:04-cv-02509)

Lorraine Kopa v. Pfizer Inc, et al., No. 1:04-cv-12287 (transferred from S.D.N.Y., No. 1:04-cv-04593)

Gerald Smith v. Pfizer Inc, et al., No. 1:04-cv-12275 (transferred from S.D. Ind., No. 1:04-cv-01052)

Carolyn Hollaway, et al., v. Pfizer Inc, et al., No. 1:04-cv-12624 (transferred from E.D. Okla., No. 6:04-cv-00375)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court, pursuant to Federal Rules of Civil Procedure 58(a) and 54(b), for

entry of a separate judgment as to Plaintiffs Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; Gerald Smith; Lorraine Kopa; Jeanne Ramsey; and Carolyn Hollaway.

1. On December 10, 2010, this Court granted Pfizer's motion for summary judgment as to the following plaintiffs: Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; Gerald Smith; Lorraine Kopa; Jeanne Ramsey; and Carolyn Hollaway. (Mem. & Order [3154].)

2. On May 17, 2011, this Court denied the Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification as to Consumer and Third Party Payor Bipolar and Mood Disorder Subclasses [1796], which sought reconsideration of this Court's May 13, 2009 Order [1780] denying the Plaintiffs' renewed motion for class certification. (*See* May 17, 2011 Mem. & Order [3469].) In its May 17, 2011 Order, the Court directed the parties to propose a form of judgment within two weeks. Pursuant thereto, Pfizer seeks entry of judgment in the form attached hereto as Exhibit A.

3. The Court denied Defendants' motion for summary judgment as to Plaintiffs Gary Varnam and Jan Frank Wityk. (Dec. 10, 2010 Mem. & Order at 29.) The claims of these Plaintiffs are legally distinct from those asserted by the other plaintiffs as to whom summary judgment was granted and no just reason for delay exists with respect to dismissal of the claims asserted by the other plaintiffs listed above in accordance with this Court's summary judgment ruling. Accordingly, Pfizer asks that the judgment be designated as a separate and final judgment pursuant to Federal Rule of Civil Procedure 54(b).

4. The parties have conferred regarding the form of judgment. Without prejudice to their right to appeal, Plaintiffs do not object to the form of judgment.

WHEREFORE, Defendants respectfully request that the Court enter separate judgment pursuant to Federal Rule of Civil Procedure 58(a) and that the judgment be designated as a final

judgment pursuant to Federal Rule of Civil Procedure 54(b).

Dated: May 31, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that I have conferred with counsel for Plaintiffs and that this motion is unopposed.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 31, 2011.

/s/ Ana M. Francisco
Ana M. Francisco