# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES :
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION :
:
------------------------------------------------x
:
THIS DOCUMENT RELATES TO: :
:
Harden Manufacturing Corporation; Louisiana Health Service :
Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; :
International Union of Operating Engineers, Local No. 68 :
Welfare Fund; ASEA/AFSCME Local 52 Health Benefits :
Trust; Gerald Smith; and Lorraine Kopa v. Pfizer Inc, et al., No. :
1:04-cv-10981 :    MDL Docket No. 1629
:
ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer :
Inc, et al., No. 1:04-cv-12285 (transferred from D.N.J., No. :    Master File No. 04-10981
2:04-cv-02577) :
:    Judge Patti B. Saris
International Union of Operating Engineers, Local No. 68 :
Welfare Fund v. Pfizer Inc, et al., No. 1:04-cv-12622 :    Magistrate Judge Leo T.
(transferred from D.N.J., No. 2:04-cv-04497) :    Sorokin
:
Louisiana Health Service Indemnity Company d/b/a Blue :
Cross/Blue Shield of Louisiana v. Pfizer Inc., et al., No. :
1:04-cv-12620 (transferred from E.D. La., No. 2:04-cv-02509) :
:
Lorraine Kopa v. Pfizer Inc, et al., No. 1:04-cv-12287 :
(transferred from S.D.N.Y., No. 1:04-cv-04593) :
:
Gerald Smith v. Pfizer Inc, et al., No. 1:04-cv-12275 :
(transferred from S.D. Ind., No. 1:04-cv-01052) :
:
Carolyn Hollaway, et al., v. Pfizer Inc, et al., No. 1:04-cv- :
12624 (transferred from E.D. Okla., No. 6:04-cv-00375) :
------------------------------------------------x

**[PROPOSED] JUDGMENT**

SARIS, U.S.D.J.                                                                 _____, 2011

Pursuant to this Court's Memoranda and Orders dated May 13, 2009 (Docket No. 1780),

December 10, 2010 (Docket No. 3154) and May 17, 2011 (Docket No. 3469), it is ORDERED

2

and ADJUDGED that judgment is hereby entered dismissing the claims of the following plaintiffs in favor of the defendants Pfizer Inc and Warner-Lambert Company LLC:  Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; Gerald Smith; Lorraine Kopa; Jeanne Ramsey; and Carolyn Hollaway.

Issues relating to costs shall be resolved at a later date.

The Court finds that there is no just reason for delay and this is a final judgment as to all claims of the above-named plaintiffs pursuant to Federal Rule of Civil Procedure 54(b).

                                                                               _____
                                                                               Patti B. Saris
                                                                               United States District Judge

Copies to: Counsel via ECF