UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| IN RE NEURONTIN MARKETING, | ) | MDL Docket No. 1629 |
| SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| _____ | ) | Master File No. 04-10981 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | Judge Patti B. Saris |
| _____ | ) | |

## STATUS REPORT JUNE 1, 2011

Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for

Plaintiffs and Defendants hereby submit the attached Status Report to the Court listing the status

of all pending motions to date as well as all cases transferred to MDL No. 1629.


Dated: June 1, 2011                    Respectfully Submitted,



By:    **/s/ Mark S. Cheffo**          By:    **/s/ Thomas M. Sobol**
       Mark S. Cheffo                          Thomas M. Sobol
       Skadden, Arps, Slate, Meagher &         Hagens Berman Sobol Shapiro LLP
       Flom LLP                                55 Cambridge Parkway, Suite 301
       Four Times Square                       Cambridge, MA 02142
       New York, NY 10036

                                               *Plaintiffs' Liaison Counsel*


By:    **/s/ David B. Chaffin**        By:    **/s/ Barry Himmelstein**
       David B. Chaffin                        Barry Himmelstein
       White and Williams LLP                  Lieff Cabraser Heimann & Bernstein
       100 Summer Street, Suite 2707           Embarcadero Center West
       Boston, MA 02110                        275 Battery Street, 30th Floor
                                               San Francisco, CA 94111-3339

By:  **/s/ Scott W. Sayler**
Scott W. Sayler
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

***Counsel for Defendants, Pfizer Inc., et al.***

By:  **/s/ Don Barrett**
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:  **/s/ Daniel Becnel**
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:  **/s/ James Dugan**
James Dugan
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:  **/s/ Thomas Greene**
Thomas Greene
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02109

***Members of the Class Plaintiffs'
Steering Committee***

By:  **/s/ Richard Cohen**
Richard Cohen
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY  10601

By:     **/s/ Linda P. Nussbaum**
Linda P. Nussbaum
Nussbaum LLP
26 Murray Hill Road
Scarsdale, NY 10583


*Members of the Non-Class*
*Plaintiffs' Steering Committee*




## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 1, 2011.


/s/ Thomas M. Sobol

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 6/1/11

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Defendants' Motion for Entry of Judgment under Rule 54(b) and 58(a) as to Plaintiffs Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/ASCME Local 52 Health Benefits Trust; Louisiana Health  Service Indemnity Company d/b/a BCBS Louisiana; Gerald Smith, Lorraine Kopa; Jeanne Ramsey and Carolyn Holloway [Docket No. 3496] dated May 31, 2011 |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS filed as: 04-10958-PBS 04-10739-PBS | D. Mass. cases originally filed. | • Notice of Appeal by Aetna [Docket No. 3476]<br>• Motion for New Trial and to Re-Open Evidence or, Alternatively, to Alter or Amend Judgment re Kaiser [Docket No. 3362]<br><br>   o March 22, 2011 - Memorandum in Support re Motion for New Trial [Docket No. 3363]<br><br>   o March 22, 2011 - Sealed Memorandum in Support of Motion for New Trial [Docket No. 3370]<br><br>   o April 19, 2011 – Memorandum in Opposition re [Docket No. 3362] Motion for New Trial and to Re-Open Evidence or, Alternatively, to Alter or Amend Judgment [Docket No. 3422]<br><br>   o May 3, 2011 – Reply to Response to [Docket No. 3362] Motion for New Trial and to Re-Open Evidence or, Alternatively, to Alter or Amend Judgment [Docket No. 3444]<br><br>• March 22, 2011 - Motion for Amended and Additional Findings [Docket No. 3364] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | <ul><li>o March 22, 2011 - Memorandum in Support re Motion for Amended and Additional Findings [Docket No. 3365]</li><li>o April 19, 2011 - Memorandum in Opposition re [Docket No. 3364] Motion for Amended and Additional Findings [Docket No. 3420]</li><li>o May 3, 2011 Reply to Response to [Docket No. 3364] Motion for Amended and Additional Findings [Docket No. 3445]</li><li>• March 22, 2011 - Renewed Motion for Judgment as a Matter of Law [Docket No. 3366]</li><li>o March 22, 2011 - Memorandum in Support re Motion for Judgment as a Matter of Law [Docket No. 3367]</li><li>o April 19, 2011 – Memorandum in Opposition re [Docket No. 3366] Motion for Judgment as a Matter of Law (Renewed) [Docket No. 3421]</li><li>o May 3, 2011 – Reply to Response to [Docket No. 3366] Motion for Judgment as a Matter of Law [Docket No. 3443]</li></ul> |
| ***Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.* Mass. Docket No. 05-10535 – PBS** | Mass. Docket No. 05-10535 -PBS | D. New Jersey | <ul><li>• Stayed pursuant to the terms of Court's Order of Consolidation [Docket No. 3478] dated July 20, 2005</li><li>• Joint Statement of Counsel re Status and Management of Case [Docket No. 3478] dated May 20, 2011</li></ul> |
| ***Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS** | 05-10797-PBS | D. Mass. (removed from Massachusetts Suffolk Superior Court) | <ul><li>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05</li><li>• Motion to Remand, stayed</li><li>o May 26, 2005 – Plaintiffs' Motion to Remand [Docket No.</li></ul> |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* **Mass. Docket No. 05-10797 – PBS** *(cont'd)* | | | 131]<br><br>o   May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br>o   June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br><br>o   June 16, 2005 – Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br><br>o   June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br><br>o   August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br><br>o   August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214]<br><br>o   August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215]<br><br>o   October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241]<br><br>o   October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242]<br><br>o   November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* **Mass. Docket No. 05-10797 – PBS** *(cont'd)* | | | when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248]<br><br>o   November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br><br>o   November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252]<br><br>o   December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258]<br><br>o   February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>•   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McMinn v. Pfizer, 04-2690* | 05-10390-PBS | D. Colorado | •   Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>•   Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>•   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | 05-10598-PBS | W.D. Tennessee | •   Conditionally Transferred on March 9, 2005 – JPML CTO-4<br><br>•   Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>•   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Davis v. Pfizer, 05-39* | 05-10680-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br><br>• Motion to Remand, stayed<br><br>   o August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]<br><br>   o September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br><br>   o September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br><br>   o February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524* | 06-12295-PBS | M.D. Alabama | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br><br>• Motion to Remand, *sub judice* |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524 (cont'd)* | | | o   February 27, 2007 – Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 650] |
| | | | o   February 28, 2007 – Defendants' Response to [Dkt # 650] Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 656] |
| | | | o   April 5, 2007 – Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 712] |
| | | | o   April 9, 2007 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion To Remand and in Response to Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 720] |
| | | | o   April 9, 2007 – Defendant David Longmire's Memorandum Identifying Certain Inaccurate Representations Asserted in Plaintiffs' Supplemental Memorandum in Support of the Motion To Remand [Docket No. 721] |
| | | | o   April 13, 2007 – Plaintiffs' Supplemental Reply Memorandum in Support of Motion To Remand [Docket No. 730] |
| | | | o   April 17, 2007 – Hearing before Magistrate Judge Sorokin (pursuant to Magistrate Sorokin's March 9, 2007 electronic order) |
| | | | o   January 28, 2008 – Plaintiffs' Submission of Additional Authority on Motion to Remand [Docket No. 1094] |
| | | | •   Joint Statement of Counsel re Status and Management of Case [Docket No. 3479] dated May 20, 2011 |

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, *sub judice*<br><br> o May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br> o May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br> o May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br> o May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br> o June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br> o June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice.<br><br> o June 23, 2005 – Defendants' Amended Motion with Regard |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | to Case Management Order No. 4 [Docket No. 164] |
| | | |    o  June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165] |
| | | |    o  July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174] |
| | | |    o  July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175] |
| | | |    o  August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164] |
| | | |    o  Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| | | | •  Plaintiffs' Motion on Consent for a Case Management Order Establishing A Discovery Schedule Regarding the Generic Gabapentin Defendants |
| | | |    o  August 24, 2010 –Motion on Consent for a Case Management Order Establishing A Discovery Schedule Regarding the Generic Gabapentin Defendants [Docket No. 3046]; Memorandum in Support [Docket No. 3047] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | • Defendants' Motion to Dismiss for Failure to Comply with August 4, 2010 Court Order <br><br>     o   August 30, 2010 – Motion to Dismiss for Failure to Comply with August 4, 2010 Court Order [Docket No. 3052]; Memorandum in Support [Docket No. 3053]; Declaration [Docket No. 3054] <br><br>     o   September 24, 2010 – Notice of Documents Related to Defendants' Motion to Dismiss for Failure to Comply with August 4, 2010 Order [3073] <br><br> • February 17, 2011 – Defendants Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order <br><br>     o   February 17, 2011 – Defendants Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order [Docket No. 3298] Declaration in Support [Docket No. 3299] <br><br>     o   March 14, 2011 – Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order [Docket No. 3339] Declaration re Motion to Compel Docket No. 3340] <br><br> • March 11, 2011 – First Motion for Attorney Fees by Product Liability Plaintiffs Liaison Counsel [Docket No. 3331] <br><br>     o   March 11, 2011 – First Memorandum in Support of First Motion for Attorney Fees [Docket No. 3332] <br><br>     o   March 11, 2011 – Declaration re First Motion for Attorney Fees [Docket No. 3333] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | o   March 11, 2011 – Declaration of Jack W. London, Esq. [Docket No. 3334] |
| | | | • March 29, 2011 – Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket No. 3375] |
| | | | o   March 29, 2011 Memorandum in support re Motion for Sanctions [Docket No. 3376] Declaration re Motion for Sanctions [Docket No. 3377] Sealed Declaration re Motion to Impose Sanctions [Docket No. 3381] |
| | | | o   April 11, 2011 Opposition to Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket Nos. 3401 & 3402] Declaration in Support [3403] |
| | | | o   April 20, 2011 Reply in Further Support of Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket No. 3427] Declaration in Support [3428] |
| | | | • April 30, 2011 – Plaintiffs' Motion to Stay Discovery |
| | | | o   April 30, 2011 Motion to Stay Discovery [Docket No. 3438]; Memorandum in support re Motion to Stay Discovery [Docket No. 3439] Declaration in Support [Docket No. 3440] |
| | | | o   May 3, 2011 Defendant's Response [Docket No. 3442] to Motion to Stay [Docket No. 3438] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Brodsky v. Pfizer, 04-7960*<br>*Huffman v. Pfizer, 04-7961*<br>*Paulsen v. Pfizer, 04-8464*<br>*Sumait v. Pfizer, 04-8719*<br>*Smith v. Pfizer, 04-8720* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Cases Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session<br><br>• July 23, 2010 – Stipulation of Dismissal re: *Huffman v. Pfizer* [Docket No. 2972]<br><br>• January 11, 2011 – Stipulation of Dismissal re: *Paulsen v. Pfizer* [Docket No. 3228]<br><br>• February 8, 2011 – Stipulation of Dismissal re: *Smith v. Pfizer* [Docket No. 3281]<br><br>• Suggestion of Remand entered on April 19, 2011 re: *Sumait v. Pfizer* |
| *Dorsey v. Pfizer, Inc., et al. 05-10639* | Master File 04-10981-PBS | D. Massachusetts | • September 8, 2010 – Order Entered – Judgment Entered in Favor of Defendants Pfizer, Inc. and Warner-Lambert Company, LLC. |
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | | | • Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005<br><br>• April 30, 2010 –*Dees v. Pfizer*: Notice of Death of a Party Pursuant to Fed. R. Civ. P. 25 [Docket No. 2807]<br>• July 23, 2010 – Stipulation of Dismissal re: *DiGiacomo v. Pfizer* [Docket No 2968]<br><br>• *Feyer v. Pfizer* – Defendants' Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief<br><br>   o September 16, 2010 - Defendants' Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3070]; Defendants' Memorandum in Support of Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3071]; Affidavit of Catherine B. Stevens in Support of Motion to Dismiss [Docket No. 3072]<br><br>      o September 30, 2010 – Plaintiff's Memorandum in Opposition re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3076]; Plaintiff's Declaration of Andrew G. Finkelstien in Opposition re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3077]; Affidavit of Diane Schread in Opposition re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3078]; Affidavit of Kristin Hill in Opposition re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3079]<br><br>   o October 7, 2010 – Defendant's Reply Memorandum [Docket No. 3092] in support re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and for Other Appropriate Relief<br><br>   o October 25, 2010 - Joint Response to Motion re: Motion to |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237*<br>*(cont'd)* | | | Dismiss Claims of Plaintiff Shanan Feyer and for Other Appropriate Relief [Docket No. 3109]<br><br>○ November 10, 2010 – Order entered by Judge Leo T. Sorokin regarding Motion to Dismiss [Docket No. 3070] requiring that parties notify the Court when they complete depositions of Ms. Hill and Ms. Schread.<br><br>• December 13, 2010 - Stipulation of Dismissal re: *Minisquero v. Pfizer* [Docket No. 3163]<br><br>• Suggestion of Remand entered on April 19, 2011 re: *Dees v. Pfizer, Populis v. Pfizer, Brown v. Pfizer, Montgomery v. Pfizer* |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Suggestion of Remand entered on April 19, 2011 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Smolucha v. Pfizer, 04-4882* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Jarosz v. Pfizer, 05-2061* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• October 13, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 3094] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005<br><br>• Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005 |
| *Wilson, et al. V. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. |
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Suggestion of Remand entered on April 19, 2011 |
| *Coleman v. Pfizer, 04-722 Fish v. Pfizer, 04-723* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>   o April 18, 2011 – Order of Dismissal [Docket No. 3423] |
| *Teater v. Pfizer, 05-604* | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Reott v. Pfizer, 05-359* | Master File 04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• April 19, 2011 – Stipulation of Dismissal [Docket No. 3417] |
| *Smith v. Pfizer, 05-444* | Master File 04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Remanded to M.D. Tenn. On September 8, 2009 [2074] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Alsberge v. Pfizer Inc., et al, 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Briggs v. Pfizer Inc., et al, 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 – JPML CTO-11<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Sanutti v. Pfizer, Inc., et al, 05-03401* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Strickland, et al. V. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Werner v. Pfizer, 05-6084*<br>*Henry v. Pfizer, 05-6087*<br>*Colton v. Pfizer, 05-6271*<br>*Bentley v. Pfizer, 05-6272*<br>*Dixon v. Pfizer, 05-6273*<br>*Wendorf v. Pfizer, 05-6274*<br>*Richey v. Pfizer, 05-7103*<br>*Roberson v. Pfizer, 05-7253* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Watson v. Pfizer, Inc., et al., 05-162* | Master File 04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br>   o April 18, 2011 – Order of Dismissal [Docket No. 3423] |
| *Johnson v. Pfizer, Inc., 05-2615* | Master File 04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br>   o April 18, 2011 – Order of Dismissal [Docket No. 3423] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 1, 2005 –  Motion to Vacate Conditional Transfer<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order<br><br>• April 13, 2011 - Motion to Withdraw as Attorney<br><br>• April 13, 2011 – Motion to Withdraw as Attorney [Docket No. 3405] Memo of Support of Motion to Withdraw as Attorney [Docket No. 3406] Declaration in Support [Docket No. 3407] |
| *White v. Pfizer, 05-7571*<br>*Christ v. Pfizer, 05-7572*<br>*Acton v. Pfizer, 05-7573* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• December 15, 2010 - Stipulation of Dismissal re: *Acton v. Pfizer* by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 3170] |
| *Aranda v. Pfizer Inc., et al., 05-3* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Aranda v. Pfizer Inc., et al., 05-309 (cont'd)* | | | • November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order<br><br>• January 5, 2011 - Stipulation of Dismissal [Docket No. 3211] |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Dane v. Pfizer, Inc., et al., 05-1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br>• Suggestion of Remand entered on April 19, 2011 |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Marzolo v. Pfizer, Inc., et al., 05-7828* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br>• Suggestion of Remand entered on April 19, 2011 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Mosley v. Pfizer, Inc., et al., 05-8110* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2974] |
| *Salinas v. Pfizer Inc., et al., 05-363* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – December 14, 2005<br><br>• December 23, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-16)<br><br>• January 12, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order<br><br>• December 7, 2010 - Stipulation of Dismissal [Docket No. 3144] |
| *McGee v. Pfizer Inc. Et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *O'Bryan v. Pfizer Inc. Et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2976] |
| *French v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2970] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Spears v. Pfizer, 05-8890*<br>*Belongie v. Pfizer, 05-8891*<br>*Montgomery v. Pfizer, 05-9144*<br>*Sizemore v. Pfizer, 05-9145*<br>*George v. Pfizer, 05-9238* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br><br>• December 7, 2010 - Stipulation of Dismissal re: *Belongie v. Pfizer* by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 3145] |
| *Felici v. Pfizer Inc., et al., 05-386* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006<br><br>• January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17)<br><br>• February 10, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *Scott v. Pfizer, 05-9350*<br>*Haddock v. Pfizer, 05-9417* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18<br><br>• July 23, 2010 – Stipulation of Dismissal re: *Haddock v. Pfizer* [Docket No 2971] |
| *Lutz v. Pfizer Inc., et al., 05-7469* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on January 20, 2006 – JPML CTO-18<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2973] |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Smith et al. v. Pfizer Inc., et al* | Master File 04-10981-PBS | E.D. California | • Conditionally Transferred on March 6, 2006 – JPML CTO-20<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Cascio v. Pfizer Inc et al* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on March 6, 2006 – JPML CTO-20<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Cailor v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Pennsylvania | • Conditionally Transferred on March 6, 2006 – JPML CTO-20<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2967] |
| *Keegan v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Washington | • Conditionally Transferred on March 6, 2006 – JPML CTO-20<br><br>• December 7, 2010 - Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 3144] |
| *Adkins v. Pfizer Inc et al* | Master File 04-10981-PBS | S. D. West Virginia | • Conditionally Transferred on March 6, 2006 – JPML CTO-20<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Mecija v. Pfizer Inc et al, 06-293* | | C.D. California | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Defendant – April 21, 2006<br><br>• May 2, 2006 – Defendant Hall's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• May 26, 2006 – Defendants' Response to Defendant Hall's Motion to Vacate Conditional Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | • June 1, 2006 – Defendant Hall's Reply Brief to Pfizer Inc.'s Opposition to His Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Cook v. Pfizer Inc et al, 06-980* | | S.D. New York | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br>• Suggestion of Remand entered on April 19, 2011 |
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br><br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br><br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22<br>• April 29, 2011 – Lovell Jones-Coleman Stipulation of Dismissal [Docket No. 3473] |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Ellis, et al. V. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundoff, et al. V. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23<br><br>• April 13, 2011 – Motion to Withdraw as Attorney [Docket No. 3409] Memo of Support of Motion to Withdraw as Attorney [Docket No. 3410] Declaration in Support [Docket No. 3411] |
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. V. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Girard, et al. v. Pfizer Inc., et al., 06-1742* | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Anderson, et al. V. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24<br><br>• Motion to Withdraw as Attorney for Plaintiff Faith Ford<br><br>   o August 18, 2010 – Motion to Withdraw as Attorney for Plaintiff Faith Ford [Docket No. 3039]; Declaration [Docket No. 3040] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Agee v. Pfizer Inc., 06-926*<br>*Baker v. Pfizer Inc., 06-1109*<br>*Brown v. Pfizer Inc., 06-1110*<br>*Chappell v. Pfizer Inc., 06-1111*<br>*Eaddy v. Pfizer Inc., 06-1112*<br>*Grissom v. Pfizer Inc., 06-1113*<br>*Holloway v. Pfizer Inc., 06-1114*<br>*Huff v. Pfizer Inc., 06-1115*<br>*Poole v. Pfizer Inc., 06-1116*<br>*Reach v. Pfizer Inc., 06-1117*<br>*Whitten v. Pfizer Inc., 06-1118* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Lewis et al. v. John Barrett, et al., 06-3736* | | C.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25<br><br>• February 2, 2011 - Stipulation of Dismissal [Docket No. 3273] |
| *Putnam v. Pfizer Inc., et al., 06-1144* | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Mustafa, et al. v. Pfizer Inc., et al., 06-349* | | S.D. Illinois | • Conditionally Transferred on July 17, 2006 – JPML CTO-25<br>• Suggestion of Remand entered on April 19, 2011 |
| *Wolosonowich v. Pfizer Inc., et al., 06-2696* | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Amato v. Pfizer Inc., et al., 06-1604* | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Blackwell v. Pfizer Inc., et al., 06-2295* | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wendorf, etc. v. Pfizer Inc., et al., 06-589* | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Libby, etc. v. Pfizer Inc., et al.* **06-950** | | D. Oregon | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Campbell, etc. v. Pfizer Inc., et al.* **06-5049** | | E.D. Washington | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Gaudio, et al. v. Pfizer Inc., et al.* **06-3381** | | D. New Jersey | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Fenelon, etc. v. Pfizer Inc., et al.* **06-4136** | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 <br><br> • Suggestion of Remand entered on April 19, 2011 |
| *Long, etc. v. Pfizer Inc., et al.* **06-4285** | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 <br><br> • Suggestion of Remand entered on April 19, 2011 |
| *Burleson v. Pfizer Inc., et al.* **06-220** | | S.D. Texas | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 <br><br> • February 22, 2011 – Stipulation of Dismissal [Docket No. 3306] |
| *Shaw, etc. v. Pfizer Inc., et al.* **06-5058** | | E.D. Washington | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Manfredi, et al. V. Pfizer Inc., et al.* **06-970** | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |
| *Tilley, etc. v. Pfizer Inc., et al.* **06-513** | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Diana v. Pfizer Inc., et al.* **06-3332** | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Garcia v. Pfizer Inc., et al.* **06-348** | | S.D. Texas | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Johnson v. Pfizer Inc., et al.* 06-1311 | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |
| *Shelley v. Pfizer Inc., et al.* 06-959 | | W.D. Oklahoma | • Conditionally Transferred on October 3, 2006 – JPML CTO-31<br><br>• February 8, 2011 – Stipulation of Dismissal [Docket No. 3282] |
| *Cox v. Pfizer Inc., et al.* 06-288 | | M.D. Florida | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Hogge v. Pfizer Inc., et al.* 06-3818 | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Farris v. Pfizer Inc., et al.* 06-3975 | | D. Minnesota | • Conditionally Transferred on October 24, 2006 – JPML CTO-33<br><br>• November 1, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 3117] |
| *Beckworth v. Pfizer Inc., et al.* 06-538 | | M.D. Florida | • Conditionally Transferred on November 17, 2006 – JPML CTO-34<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Ramsey v. Pfizer Inc., et al.* 06-4718 | | E.D. Pennsylvania | • Conditionally Transferred on November 17, 2006 – JPML CTO-34<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2977] |
| *Pursey v. Pfizer Inc., et al.* 06-5668 | | W.D. Washington | • Conditionally Transferred on December 29, 2006 – JPML CTO-35 |
| *Bonner v. Pfizer Inc. Et al.* 06-1198 | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Briggs v. Pfizer Inc. et al. 06-15451* | | S.D. New York | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Michielsen v. Pfizer Inc. Et al. 07-32* | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Southern v. Pfizer Inc. et al. 06-836* | | N.D. Alabama | • Conditionally Transferred on February 8, 2007 – JPML CTO-37 |
| *Armbruster v. Pfizer Inc., et al. 06-1613* | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *De La Garza v. Pfizer Inc., et al. 07-13* | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *Isaacs v. Pfizer Inc., et al. 07-1216* | | D. Minnesota | • Conditionally Transferred on March 12, 2007 – JPML CTO-39<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Woolum, et al. v. Pfizer Inc., et al. 07-176* | | M.D. Florida | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |
| *Neilson v. Pfizer Inc., et al. 07-224* | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| *Valentine v. Pfizer Inc., et al. 07-510* | | M.D. Florida | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Wampole, et al. v. Pfizer Inc., et al. 07-204* | | W.D. Wisconsin | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Ballard v. McKinnell, Jr. et al. 06-688* | | N.D. New York | • Conditionally Transferred on May 31, 2007 – JPML CTO-43<br><br>   o April 18, 2011 – Order of Dismissal [Docket No. 3423] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Telles, etc.  v. Pfizer Inc. 07-161* | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| *Sloan, et al. v. Pfizer Inc., et al. 07-2551* | | N.D. California | • Conditionally Transferred on June 20, 2007 – JPML CTO-44<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2979] |
| *Milligan, Jr., et al. V. Pfizer Inc., et al. 07-2540* | | D. Minnesota | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Lynch v. Pfizer Inc., et al. 07-169* | | W.D. Texas | • Conditionally Transferred with Separation on June 21, 2007 – JPML CTO-45<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Huberman v. Pfizer, Inc. Et al. 07-11336* | | D. Mass. | • Removed to the District of Massachusetts on July 20, 2007<br><br>• March 4, 2010 – Joint Stipulation of Dismissal With Prejudice [Docket No. 2605] |
| *Newberry, et al. v. Pfizer Inc., et al. 07-110* | | M.D. Georgia | • Conditionally Transferred on July 24, 2007 – JPML CTO-46 |
| *Allen, et al. V. Pfizer Inc. 07-74* | | N.D. Mississippi | • Conditionally Transferred on August 31, 2007 – JPML CTO-47<br><br>• December 15, 2010 – Stipulation of Dismissal re: *Allen v. Pfizer* by Pfizer [Docket No. 3171]<br><br>• Defendants' Motion to Compel Complete Discovery Responses<br><br>   o  January 6, 2011 - Order requesting that Defendant's submit evidence regarding fees and costs incurred<br><br>   o  January 8, 2011 – Defendants' Application for an Award of Attorneys' Fees and Costs [Docket No. 3217]; Declaration in |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen, et al. v. Pfizer Inc.* **07-74** *(cont'd)* | | | Support [Docket No. 3218] |
| | | | o   January 17, 2011 – Plaintiffs' Response to Defendants' Application for Attorney Fees and Expenses for Making Motion to Compel [Docket No. 3234]; Memorandum in Opposition [Docket No. 3235]; Declaration in Support [Docket No. 3236] |
| | | | o   January 24, 2011 – Defendants' Reply in Further Support of Application for an Award of Attorney Fees and Costs [Docket No. 3257]; Declaration in Support [Docket No. 3258] |
| | | | o   February 18, 2011 – Plaintiffs Objection to Magistrate Judge's Findings, Report and Recommendations [Docket No. 3303]; Declaration in Support [Docket No. 3304] |
| | | | o   March 4, 2011 – Reply to Objection to Report and Recommendations [Docket No. 3316] |
| | | | o   March 4, 2011 – Sealed Reply to Response to Report and Recommendations [Docket No. 3318] |
| | | | o   March 11, 2011 – Reply to Response to Report and Recommendations [Docket No. 3330] |
| | | | o   March 15, 2011 – Notice by Pfizer re Report and Recommendations [Docket No. 3341] |
| *Allen, et al. v. Pfizer Inc.* **07-74** *(cont'd)* | | | o   March 15, 2011 –Unsealed Defendants' Response to Plaintiffs' Objections to the Findings, Report and Recommendations of U.S. Magistrate Judge [Docket No. 3342] |
| | | | o   March 16, 2011 – Reply to Objection to Report and Recommendations [Docket No. 3349] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | |  o April 8, 2011 – Notice Regarding Request for Costs [Docket No. 3392] <br><br>  o April 14, 2011 – Defendants' Motion for Entry of Judgment under Rule 54(b) [Docket No. 3413] <br><br>  o April 27, 2011 – Plaintiff's Motion for Clarification [Docket No. 3434]; Plaintiffs' Memorandum in Support of Motion for Clarification [Docket No. 3435] Declaration in Support [Docket No. 3436] <br><br>  o May 5, 2011 – Memo in Opposition to [Docket No. 3434] Motion for Clarification [Docket No. 3447] <br><br> • Plaintiffs' Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery <br><br>  o December 20, 2010 - Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3180]; Memorandum in Support of Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3181]; Declaration of Levi Boone, III in Support of Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3182] <br><br>  o January 4, 2011 – Defendants' Memorandum in Opposition to Motion to Compel Discovery Responses [Docket No. 3204] <br><br> • January 19, 2011 - Stipulations of Dismissal regarding Plaintiffs: Estate of Carlene, Ethel Howard, Jack Shoemaker, Bernice Thornton, Estate of Cecil Taylor, Estate of Berhta Thomas, Ella Tolar, and Monnie Turner, [Docket Nos 3241, 3242, 3243, 3244, 3245, 3246, 3247, 3248] <br><br> • January 25, 2011 - Stipulation of Dismissal regarding Plaintiff Grace Scott [Docket No. 3262] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | • May 25, 2011  - Stipulation of Dismissal regarding the Estate of Aliece Garrett<br><br>• May 25, 2011 – Stipulation of Dismissal regarding Fannie Grinston |
| *Brida, etc. v. Pfizer Inc., et al.* 07-8060 | | S.D.N.Y. | • Conditionally Transferred on October 23, 2007 – JPML CTO-48 |
| *Vinyard v. Pfizer Inc., et al.* 07-438 | | N.D. Florida | • Conditionally Transferred on November 13, 2007 – JPML CTO-49<br>• Suggestion of Remand entered on April 19, 2011 |
| *Reilly v. Pfizer Inc., et al.* 07-4428 | | D. Minnesota | • Conditionally Transferred on November 13, 2007 – JPML CTO-49<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Dove v. Pfizer Inc., et al.* 05-53 | | M.D. Louisiana | • Conditionally Transferred on January 8, 2008 – JPML CTO-50 |
| *Bennett, et al. V. Pfizer Inc., et al.* 08-341 | | S.D. California | • Conditionally Transferred on March 24, 2008 – JPML CTO-51 |
| *Vorhalt, et al. V. Pfizer Inc., et al.* 08-807 | | D. Minnesota | • Conditionally Transferred on April 4, 2008 – JPML CTO-52<br><br>• August 9, 2010 – Notice of Voluntary Dismissal [Docket No. 3016] |
| *Samuels, etc. v. Pfizer Inc., et al.* 08-980 | | D. Maryland | • Conditionally Transferred on May 7, 2008 – JPML CTO-53<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2967] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Hairfield, etc. v. Pfizer Inc., et al.* 08-1998 | | E.D. Pennsylvania | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| *Messer, etc. v. Pfizer Inc., et al,* 08-254 | | S.D. West Virginia | • Conditionally Transferred on May 29, 2008 – JPML CTO-54<br><br>• October 4, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 3087] |
| *O'Sullivan v. Pfizer Inc., et al,* 08-1374 | | D. Minnesota | • Conditionally Transferred on June 25, 2008 – JPML CTO-55 |
| *Stadler v. Pfizer Inc., et al,* 08-3295 | | D. Minnesota | • Conditionally Transferred on July 14, 2008 – JPML CTO-56<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Monsue v. Pfizer Inc., et al,* 08-6993 | | S.D. New York | • Conditionally Transferred on August 19, 2008 – JPML CTO-57 |
| *Durden, et al. v. Pfizer Inc., et al.* 08-267 | | M.D. Florida | • Conditionally Transferred on September 15, 2008 – JPML CTO-58<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2969] |
| *Morrow, etc. v. Pfizer Inc., et al,* 08-71 | | N.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Mowdy, etc. v. Pfizer Inc., et al,* 08-550 | | S.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58<br><br>• July 23, 2010 – Stipulation of Dismissal by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 2975] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Spencer-Acker, etc. v. Pfizer Inc., et al., 08-13505* | | E.D. Michigan | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *McLendon v. Parke-Davis, et al., 08-7843* | | S.D. New York | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *Leu, etc. v. Pfizer Inc., et al., 09-1245* | | S.D. New York | • Conditionally Transferred on February 27, 2009 – JPML CTO-60 |
| *Crone, et al. v. Pfizer Inc., et al., 09-1908* | | N.D. California | • Conditionally Transferred on August 6, 2009 – JPML CTO-62 |
| *Jones, et al, v. Pfizer In., et al., 09-227* | | M.D. Georgia | • Conditionally Transferred on August 6, 2009 – JPML CTO-62<br><br>  ○ April 18, 2011 – Order of Dismissal [Docket No. 3423] |
| *Peterson, Robert et al. v. Pfizer et al. 10-cv-10933* | | W.D. Washington | • Conditionally Transferred on June 7, 2010 – JPML CTO-64 |
| *Hamilton v. Pfizer et al. 10-cv-11023* | | S.D. Texas | • Conditionally Transferred on June 17, 2010 – JPML CTO-65<br><br>• Order re Proposed Stipulation and Protective Order [Docket No. 3254] |
| *Tumblin v. Pfizer et al. 10-cv-11310* | | W.D. Oklahoma | • Conditionally Transferred on August 4, 2010 – JPML CTO-66<br><br>• January 31, 2011 - Defendants' Motion for Judgment on the Pleadings Allowed |
| *Santos v. Pfizer et al. 10-cv-11205* | | S.D. New York | • Conditionally Transferred on August 3, 2010 – JPML CTO-66 |