UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
Assurant Health, Inc., et al. v. Pfizer Inc, et al., No. 05-10535 : Sorokin
:
------------------------------------------------x

**STIPULATION AND JOINT MOTION FOR ENTRY OF
ORDER CONTINUING STAY OF THE ABOVE-CAPTIONED ACTION**

Pursuant to this Court's order dated May 4, 2011, the parties to the above-captioned action met and conferred regarding the management of this case. This lawsuit had previously been stayed pursuant to the terms of the Court's Order of Consolidation [185] dated July 20, 2005, and Initial Case Management Order [15] dated December 16, 2004, while discovery and motion practice proceeded with respect to the consolidated complaints filed by the putative Class Plaintiffs and the Coordinated Third Party Payors ("TPPs"). The parties believe that the efficient use of the parties' and the Court's resources will best be served if the stay is continued during appeals to the First Circuit from judgments entered on the claims of the Consolidated or Class TPPs. Accordingly, the parties jointly stipulate, and respectfully ask the Court to order, as follows:

1. The above captioned action shall be stayed pending the resolution of any and all appeals from this Court's judgments entered as to the following plaintiffs: Harden Manufacturing Corporation [ECF 3154], International Union of Operating Engineers, Local No. 68 Welfare Fund [ECF 3154], and ASEA/AFSCME Local 52 Health Benefits Trust [ECF 3154], Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana [ECF 3154], Aetna, Inc. [ECF 3285], and Kaiser Foundation Health Plan, Inc. [ECF 3326].

2. On the earliest date when the First Circuit renders a decision in an appeal from judgments in any of the cases identified in paragraph 1, any of the parties to this stipulation may petition the Court to lift the stay as to this action.

Accordingly, the undersigned parties, who are all the parties to this action, jointly request that the Court grant this motion to stay.

Dated: June 1, 2011                           Respectfully submitted,

BLANK ROME LLP                                SKADDEN, ARPS, SLATE, MEAGHER
                                                & FLOM LLP

By:   /s/ W. Scott Simmer_____
      W. Scott Simmer                         By:   /s/ Mark S. Cheffo_____
                                                    Mark S. Cheffo
Watergate
600 New Hampshire Avenue NW                   Four Times Square
Washington, DC 20037                          New York, NY 10036
Tel: (202) 772-5967                           Tel: (212) 735-3000
email: Simmer@BlankRome.com                   email: Mark.Cheffo@skadden.com

*Attorneys for Plaintiffs, Assurant Health, Inc.;*   *Attorneys for Defendants Pfizer Inc and*
*Blue Cross and Blue Shield of Florida, Inc.;*       *Warner-Lambert Company LLC*
*Louisiana Health Service & Indemnity*
*Company; Blue Cross Blue Shield of*                 ROPES & GRAY LLP
*Massachusetts; Blue Cross Blue Shield of*
*Michigan; Blue Cross Blue Shield of*                By:   /s/ Ana M. Francisco_____
*Minnesota, and its wholly owned subsidiaries;*            Ana M. Francisco
*Group Health Service of Oklahoma, Inc.;*                  BBO #564346
*CareFirst, Inc., and its wholly owned*
*subsidiaries; Excellus Health Plan, Inc.;*          Prudential Tower
*Federated Mutual Insurance Company; Health*         800 Boylston Street
*Care Service Corporation; Mutual of Omaha*          Boston, MA 02199-3600
*Insurance Company; Trustmark Insurance*             Tel: (617) 951-7000
*Company; Wellchoice, Inc., and its wholly*          Email: ana.francisco@ropesgray.com
*owned subsidiaries; Wellchoice of New Jersey,*
*Inc.*                                               *Attorneys for Defendants Pfizer Inc and*
                                                     *Warner-Lambert Company LLC*

| | |
|---|---|
| LATHAM & WATKINS LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
| By: /s/ Margaret M. Zwisler<br>     Margaret M. Zwisler | By: /s/ Scott A. Edelman<br>     Scott A. Edelman |
| 555 Eleventh Street  NW Suite 1000<br>Washington, DC  20004-1304<br>Tel:  (202) 637-1092<br>email:  Margaret.Zwisler@lw.com | 1 Chase Manhattan Plaza<br>New York, NY  10005-1413<br>Tel:  (212) 530-5172<br>email:  jcavoli@milbank.com |
| *Attorneys for Cline, Davis & Mann, Inc.* | *Attorneys for Defendants Lodewijk J.R. de Vink and Anthony Wild* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 1, 2011.

/s/ Ana M. Francisco
Ana M. Francisco