UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Lynch v. Pfizer, Inc.,*<br>Case No. 07-CV-11280-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**RESPONSE TO PLAINTIFF LYNCH'S STIPULATION OR DESIGNATION OF THE CONTENTS OF THE RECORD**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer"), respectfully submit this Response to Plaintiff Cynthia Lynch's Stipulation or Designation of the Contents of the Record, [3472]. Defendants have attached, as Exhibit A, a chart detailing the contents of the record in this case. While Defendants have not been able to view the contents of the record as designated by Plaintiff Lynch, Defendants believe that Exhibit A is a comprehensive listing of the relevant filings with the Court regarding Plaintiff Lynch's action. Non-filed materials, such as discovery responses and correspondence between the parties, should not be included in the record sent back to the transferor court.

Dated: June 1, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER
　　　　　　　　　　　　　　　　　　　　& FLOM LLP

　　　　　　　　　　　　　　　　　　　By:　　/s/ Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　　　　Mark S. Cheffo

　　　　　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　Tel: (212) 735-3000
　　　　　　　　　　　　　　　　　　　Mark.Cheffo@skadden.com

ROPES & GRAY LLP

By: <u>/s/ Ana M. Francisco</u>
    Ana M. Francisco
    BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 1, 2011.

<u>/s/ Ana M. Francisco</u>
Ana M. Francisco