# EXHIBIT A

**EXHIBIT A**
**Contents of the Record**[1]
*Lynch v. Pfizer Inc,* Case No. 07-CV-11280-PBS

| DOCUMENT TITLE | MDL DOCKET # | DATE FILED |
|---|---|---|
| Complaint ................................................................ | N/A | 04/05/07 |
| Defendants' Motion to Transfer Venue and, Subject Thereto, Original Answer ...................................... | N/A | 05/18/07 |
| MOTION to Amend Relevant Medical Records, Allegations and New Supporting Evidence of the Complaint by Cynthia Ulett Lynch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T)(Patch, Christine) (Entered: 03/09/2009) | 1701 | 03/06/09 |
| MEMORANDUM in Opposition re 1701 MOTION to Amend -- *Pfizer Inc. and Warner-Lambert Company LLC's Memorandum in Opposition to Plaintiff's Motion to Amend Relevant Medical Records, Allegations and New Supporting Evidence of the Complaint in the Above Entitled Action (re Lynch v. Pfizer, Inc., et al., Civil Action No. 07-11280-PBS)* filed by Pfizer, Inc.. (Attachments: # 1 Exhibit A)(Chaffin, David) (Entered: 03/23/2009) | 1726 | 03/26/09 |
| REPLY to Response to 1701 MOTION to Amend Relevant Medical Records, Allegations and New Supporting Evidence of the Complaint, filed by Cynthia Ulett Lynch. (Attachments: # 1 Exhibit)(Patch, Christine) (Entered: 04/22/2009) | 1765 | 04/20/09 |
| Magistrate Judge Leo T. Sorokin: ORDER entered ; ORDER ON MOTION TO AMEND; the Court finds that the proposed addition would be untimely. To the extent that Lynch seeks to attach additional exhibits to her Complaint, the motion is also DENIED. re: 1701 Motion to Amend (Simeone, Maria) (Entered: 04/30/2009) | 1771 | 04/30/09 |

---

[1] Defendants note that certain additional documents related to all MDL product liability actions may become applicable to the Lynch action, and will timely supplement the record to designate these documents.

| | | |
|---|---|---|
| MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* by Pfizer, Inc., Warner-Lambert Company LLC.(Francisco, Ana) (Entered: 12/20/2010) | 3172 | 12/20/10 |
| MEMORANDUM in Support re 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* filed by Pfizer, Inc., Warner-Lambert Company LLC. (Francisco, Ana) (Entered: 12/20/2010) | 3173 | 12/20/10 |
| DECLARATION re 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795) [Mark S. Cheffo]* by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B (filed under seal), # 3 Exhibit C (filed under seal), # 4 Exhibit D (filed under seal), # 5 Exhibit E (filed under seal), # 6 Exhibit F (filed under seal)(Francisco, Ana) (Entered: 12/20/2010) | 3174 | 12/20/10 |
| STATUS REPORT by Cynthia Ulett Lynch. (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2, # 3 Exhibit Part 3)(Patch, Christine) (Entered: 12/29/2010) | 3199 | 12/29/10 |

2

| | | |
|---|---|---|
| Sealed REPLY to Response to 3176 MOTION to Compel *Complete Discovery Responses (RE: All Boone Product Liability Actions)*, 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* filed by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Patch, Christine) (Entered: 01/10/2011) | 3226 | 01/10/11 |
| Magistrate Judge Leo T. Sorokin: ORDER REGARDING PENDING DISCOVERY MOTIONS; The Court makes the following ORDERS regarding pending discovery and pretrial matters. ;re 3164 Motion 3167 Motion ; 3172 Motion to Compel; 3208 Motion ; 3250 Motion for Hearing (Simeone, Maria) Modified on 2/4/2011 (Simeone, Maria). (Entered: 02/04/2011) | 3277 | 02/04/11 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | 03/30/11 |

3