UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**<u>THOMAS ROSENFELD</u>**

Kristen Johnson Parker, attorney for Plaintiffs in the above-captioned action, hereby moves this Honorable Court to grant Thomas Rosenfeld's Application for Leave to Practice *Pro Hac Vice* before this Court in the above-captioned action. As grounds in support of this motion, counsel states:

1. Thomas Rosenfeld is a partner with the law firm of Goldenberg Heller Antognoli & Rowland, P.C. based in Edwardsville, Illinois.

2. Mr. Rosenfeld is in good standing in all jurisdictions in which he has been admitted and there are no disciplinary proceedings against him. He has familiarized himself with the Local Rules of the U.S. District Court for the District of Massachusetts.

3. Undersigned counsel is a member of the Bar of the U.S. District Court for the District of Massachusetts and is an attorney licensed in the Commonwealth of Massachusetts. There are no disciplinary proceedings pending against him in any jurisdiction in which he has been admitted.

449450_1

WHEREFORE, counsel hereby requests that this Court grant Thomas Rosenfeld's Application for Leave to Practice *Pro Hac Vice*.

Dated:  June 7, 2011                                      Respectfully submitted,

                                                          By:  /s/ Kristen Johnson Parker
                                                              Kristen Johnson Parker (BBO# 662761)
                                                              HAGENS BERMAN SOBOL SHAPIRO LLP
                                                              55 Cambridge Parkway, Suite 301
                                                              Cambridge, MA  02142
                                                              Telephone: (617) 482-3700
                                                              Facsimile: (617) 482-3003

3

**CERTIFICATE OF SERVICE**

      I, Kristen Johnson Parker, hereby certify that I caused a copy of the attached ***Motion for Admission Pro Hac Vice of Thomas Rosenfeld*** to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: June 7, 2011                           /s/ Thomas Sobol
                                                                            Thomas Sobol