# ATTACHMENT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:04-cv-10981-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*All Actions* | |

### APPLICATION AND CERTIFICATE TO BE ADMITTED BEFORE THE COURT *PRO HAC VICE*

Thomas P. Rosenfeld ("Applicant"), a partner with the law firm of Goldenberg Heller Antognoli & Rowland, P.C., hereby applies for admission before this Court *pro hac vice*. In support of this application the Applicant certifies as follows:

1. I am a member in good standing of the Bar of the State of Illinois and in every jurisdiction in which I have been admitted to practice.

2. I certify that there are no disciplinary proceedings against me pending in the jurisdiction of Illinois or any jurisdiction in which I have been admitted to practice.

3. I further certify that I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts and that my application for leave to practice before this Court is made on motion of Kristen Johnson Parker, an attorney licensed in Massachusetts and who is a member of the Bar of this Court.

I HEREBY CERTIFY that the information contained herein is true and accurate this 6th day of June 2011.

          /s/Thomas P. Rosenfeld
Thomas P. Rosenfeld
GOLDENBERG HELLER ANTOGNOLI
& ROWLAND, P.C.
2227 S. State Route 157
Edwardsville, IL  62025
tom@ghalaw.com
Telephone: (618) 656-5150
Facsimile: (618) 656-6230