# ATTACHMENT 2

✎ AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

*I,* __JAMES G. WOODWARD__ *, Clerk of this Court,*

*certify that* __Thomas P. Rosenfeld__ *, Bar #* __35305MO__ *,*

*was duly admitted to practice in this Court on*

__October 24, 1986__ *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* __St. Louis, Missouri__ *on* __June 6, 2011__ .
LOCATION                                                    DATE

_James G. Woodward_
CLERK

_J. M. Webb_
DEPUTY CLERK