UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| ------------------------------------------------x | |
| THIS DOCUMENT RELATES TO:<br><br>*Johnson v. Pfizer Inc et al*<br>Case No. 06-10309 -PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| ------------------------------------------------x | |

## DEFENDANTS' MOTION TO DISMISS CLAIMS OF PLAINTIFF ELMENIA JOHNSON

In accordance with Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b) and the orders of this Court, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer" or "Defendants"), respectfully move to dismiss the claims of Elmenia Johnson for failure to obey Court Orders and failure to prosecute. Even though it has been over 5 years since her suit was transferred to this Court, and in spite of multiple orders of this Court, Plaintiff Johnson has yet to provide authorizations for medical records or other records or a provider list to Pfizer. As such, Plaintiff's claims should be dismissed due to long-standing violations of the Court's basic discovery orders and for failure to prosecute. Pfizer also seeks its reasonable expenses, including attorneys' fees, incurred in making this motion.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims of Elmenia Johnson.

Dated: June 10, 2011                          Respectfully submitted,

                                               SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP

                                           By:    /s/ Mark S. Cheffo
                                                                Mark S. Cheffo

                                                 Four Times Square
                                                 New York, NY 10036
                                                 Tel:  (212) 735-3000

                                                 -and-

                                                 ROPES & GRAY LLP

                                           By:    /s/ Ana M. Francisco
                                                                Ana M. Francisco
                                                                BBO #564346

                                                 Prudential Tower
                                                 800 Boylston Street
                                                 Boston, MA 02199-3600
                                                 Tel:  (617) 951-7000
                                                 Email:  ana.francisco@ropesgray.com

                                                 *Attorneys for Defendants Pfizer Inc and*
                                                 *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

                                                 /s/ Catherine B. Stevens
                                                 Catherine B. Stevens

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 10, 2011.

                                                 /s/ Ana. M. Francisco
                                                 Ana M. Francisco