UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO: | )<br>)<br>) |
| Allen et al. v. Pfizer, Inc.<br>No. 07-cv-11795-PBS | ) CIVIL ACTION NO. 04-10981-PBS<br>)<br>) |
| Cooper et al. v. Pfizer, Inc.<br>No. 05-cv-10834-PBS | )<br>)<br>) |
| Anderson et al. v. Pfizer, Inc.<br>No. 05-cv-10835-PBS | )<br>)<br>) |

**MEMORANDUM AND ORDER**

June 13, 2011

Saris, U.S.D.J.

Defendants have moved to dismiss the claims of seven plaintiffs: Estate of Alice Garrett, Fannie Grinston, William Hony, Estate of Elizabeth Knight, Dawn Lepard, Michael Weathersby, and Birdie Langdon. (Docket No. 3462.) Defendants contend that pursuant to this Court's April 5, 2011 Order (Docket No. 3390), these plaintiffs were required to supplement their interrogatory responses by May 5, 2011. Each of the above-listed plaintiffs has failed to supplement his or her interrogatories.

On May 25, 2011, plaintiffs Estate of Alice Garrett, Fannie Grinston, and Estate of Elizabeth Knight filed stipulations of dismissal in their cases. (See Docket Nos. 3490, 3491, 3492.) Accordingly, Pfizer's motion to dismiss those three plaintiffs is

**MOOT**.

As to plaintiffs William Hony, Dawn Lepard, and Michael Weathersby, plaintiffs do not oppose the motion to dismiss. Accordingly, the Court **ALLOWS** defendants' motion as to those three plaintiffs.

Finally, plaintiff Birdie Langdon notes that she was improperly mischaracterized in the Court's order, as she had already been deposed at the time of the order. Plaintiff has filed a motion to amend the Court's order (Docket No. 3434) to correct this error. In defendants' response to that motion, they agreed that plaintiff Langdon should have been listed in the group of plaintiffs that had already been deposed. Accordingly, Langdon should not have been subject to the supplementation requirement. The Court **DENIES** defendants' motion to dismiss as to Birdie Langdon.

PATTI B. SARIS
United States District Judge