UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS;<br>*Eaddy v. Pfizer Inc.*, 1:06-cv-11385-PBS. | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFENDANTS' MOTION TO DISMISS
## CLAIMS OF PLAINTIFFS SHEILA AGEE AND LEISA EADDY

In accordance with Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b) and the orders of this Court, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer" or "Defendants"), respectfully move to dismiss the claims of Plaintiffs' Sheila Agee and Leisa Eaddy for failure to obey Court orders and failure to prosecute. Even though it has been nearly 5 years since their suits were transferred to this Court, Plaintiffs Agee and Eaddy have yet to provide any authorizations for medical records, despite Pfizer's repeated requests. As such, their claims should be dismissed due to their long-standing violations of the Court's basic discovery orders and for failure to prosecute. Pfizer also seeks its reasonable expenses, including attorneys' fees, incurred in making this motion.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims of Plaintiffs Sheila Agee and Leisa Eaddy.

Dated: June 13, 2011			Respectfully submitted,

						SKADDEN, ARPS, SLATE,
						  MEAGHER & FLOM LLP

						By:	/s/ Mark S. Cheffo
							Mark S. Cheffo

						Four Times Square
						New York, NY 10036
						Tel: (212) 735-3000

						-and-

						ROPES & GRAY LLP

						By:	/s/ Ana M. Francisco
							Ana M. Francisco
							BBO #564346

						Prudential Tower
						800 Boylston Street
						Boston, MA 02199-3600
						Tel: (617) 951-7000
						Email: ana.francisco@ropesgray.com

						*Attorneys for Defendants Pfizer Inc and*
						*Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

						/s/ Catherine B. Stevens
						Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 13, 2011.

						/s/ Ana. M. Francisco
						Ana M. Francisco

2