# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------x :
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS; : Sorokin
*Eaddy v. Pfizer Inc.*, 1:06-cv-11385-PBS. :
:
---------------------------------------------x

## DECLARATION OF CATHERINE B. STEVENS
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
## CLAIMS OF PLAINTIFFS SHEILA AGEE AND LEISA EADDY

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the February 7, 2011, letter from Catherine Stevens.

3. Attached hereto as Exhibit B is a true and correct copy of the April 5, 2011, letter from Catherine Stevens.

4. Attached hereto as Exhibit C is a true and correct copy of an email sent to Heninger Garrison Davis, LLC dated May 24, 2011.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 13th day of June 2011.

                                            /s/ Catherine B. Stevens
                                            Catherine B. Stevens

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 13, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco
