# EXHIBIT A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3353
DIRECT FAX
(917) 777-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 7, 2011

BY U.S. MAIL
William L. Bross
Heninger Garrison Davis, LLC
2224 1st Ave N
Birmingham, AL  35203-4204

RE:   In re: Neurontin Marketing, Sales Practices, and
Products Liability Litigation MDL No. 1629

Dear Mr. Bross:

I am in receipt of you letter dated February 2, 2011, enclosing discovery responses and medical records for eleven cases.  Authorizations for Plaintiffs Agee and Eaddy were not included on the CD you provided.  Please have these Plaintiffs complete the medical and non-medical authorizations required by Discovery Order Number 2, and return them to me at as soon as possible.  [372]  In addition, please provide Initial Disclosures and a medical provider list for each of your clients.

Very truly yours,

Catherine B. Stevens