# EXHIBIT C

## Nissi, Nordo (NYC)

**From:** Stevens, Catherine B (NYC)
**Sent:** Tuesday, May 24, 2011 6:15 PM
**To:** 'william@hgdlawfirm.com'
**Subject:** Neurontin cases

Bill -

As you know, we've sent you letters in many of your cases highlighting the deficiencies in your discovery that we believe currently exist and we have not received any response from you.  We believe that similar deficiencies exist in your other cases, as well.  It is my understanding that we need to move forward and schedule depositions of plaintiffs and prescribers.  We intend to ask the court for relief in the cases where we believe deficiencies exist.  Please let me know, no later than Friday, if it is your intention not to move forward with any of these cases.  Also, can you please let us know as soon as possible dates when your plaintiffs will be available for depositions?  Many thanks.
Catherine

**Catherine B. Stevens**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.3353 | F: 212.735.2000**
**catherine.stevens@skadden.com**

Skadden

Please consider the environment before printing this email.