UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
---------------------------------------------------x
THIS DOCUMENT RELATES TO:

*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS;
*Blackwell v. Pfizer, Inc., et al.,* 1:06-cv-10420-PBS
---------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

# DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY FROM CERTAIN PLAINTIFFS REPRESENTED BY HENINGER GARRISON DAVIS, LLC

In accordance with Federal Rules of Civil Procedure 37(a) and (b) and the orders of this Court, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") submit this Motion to Compel Complete Discovery from certain Plaintiffs represented by the law firm Heninger Garrison Davis, LLC ("Garrison Plaintiffs") and for any other relief the Court deems appropriate, including reasonable expenses Pfizer incurred in making this motion. Because these Plaintiffs' template discovery responses are materially incomplete and nonresponsive in several key respects, this Court should enter an order compelling complete responses. Pfizer also requests that the Court extend the June 15, 2011 deadline for fact discovery as it applies to these cases.

This motion applies to the following Plaintiffs:

| Plaintiff | Case No. |
|---|---|
| Meicki Baker | 06-cv-11382 |
| Andria Renee Blackwell | 06-cv-10420 |
| Charles Brown | 06-cv-11383 |
| Odessa Grissom | 06-cv-11386 |
| Marsha Holloway | 06-cv-11387 |
| Pauline Huff | 06-cv-11388 |
| Jacqueline Poole | 06-cv-11389 |

    Joyce Reach                                  06-cv-11390

    Jessica Whitten                            06-cv-11391

WHEREFORE, Defendants respectfully request that the Court issue an order compelling Plaintiffs to provide full and complete responses to template discovery and issue any other relief the Court deems appropriate. Pfizer also requests that the Court allow an extension of the June 15, 2011 deadline for fact discovery in these cases.

Dated: June 15, 2011                          Respectfully submitted,

                                                SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP

                                              By:    <u>/s/ Mark S. Cheffo</u>
                                                         Mark S. Cheffo

                                                Four Times Square
                                               New York, NY 10036
                                               Tel: (212) 735-3000

                                               -and-

ROPES & GRAY LLP

By:   <u>/s/ Ana M. Francisco</u>
      Ana M. Francisco
      BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

### **CERTIFICATE OF CONSULTATION**

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

<u>/s/ Catherine B. Stevens</u>
Catherine B. Stevens

### **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 15, 2011.

<u>/s/ Ana. M. Francisco</u>
Ana M. Francisco