UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS; : Sorokin
*Blackwell v. Pfizer, Inc., et al.,* 1:06-cv-10420-PBS :
:
------------------------------------------------x

### DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL COMPLETE DISCOVERY FROM CERTAIN PLAINTIFFS REPRESENTED BY HENINGER GARRISON DAVIS, LLC

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a Response to Template Interrogatories received on behalf of Andria Renee Blackwell dated January 31, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of a Response to Template Interrogatories received on behalf of Meicki Baker dated February 1, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of a Response to Template Interrogatories received on behalf of Charles Brown dated January 31, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of a Response to Template Interrogatories received on behalf of Odessa Grissom dated January 31, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of a Response to Template Interrogatories received on behalf of Marsha Holloway dated February 2, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of a Response to Template Interrogatories received on behalf of Pauline Huff dated February 2, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of a Response to Template Interrogatories received on behalf of Jacqueline Poole dated February 1, 2011.

9. Attached hereto as Exhibit H is a true and correct copy of a Response to Template Interrogatories received on behalf of Joyce Reach dated January 31, 2011.

10. Attached hereto as Exhibit I is a true and correct copy of a Response to Template Interrogatories received on behalf of Jessica Whitten dated January 31, 2011.

11. Attached hereto as Exhibit J is a true and correct copy of a letter sent to Heninger Garrison Davis, LLC dated February 7, 2011.

12. Attached hereto as Exhibit K are true and correct copies of deficiency letters sent to Heninger Garrison Davis, LLC dated from March 31, 2011 to April 5, 2011.

13. Attached hereto as Exhibit L is a true and correct copy of an email sent to Heninger Garrison Davis, LLC dated May 24, 2011.

14. I declare the foregoing statements are true and correct under the penalties of perjury, this 15th day of June 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 15, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco