UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
        ALL SCHWARTZ CASES                                  :
                                                            :
------------------------------------------------------------x

**DEFENDANTS' STATUS REPORT REGARDING
COMPLETION OF INITIAL FACT DISCOVERY IN THE SCHWARTZ CASES**

Pursuant to Magistrate Judge Leo T. Sorokin's February 11, 2011, Further Scheduling Order, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit the attached chart regarding the status of initial discovery in the cases represented by the Law Offices of Newton B. Schwartz.  *See* Exhibit A.

Beginning in the fall of 2010, the Schwartz firm indicated that it only intended to proceed with approximately 35 of its active cases, of which there are now 84.  Due to those representations, the parties proceeded with initial discovery in only those 35 cases where the Schwartz firm indicated that it intended to proceed.  The Schwartz firm has since filed, and this Court has granted, a motion to stay discovery in 18 cases in which the Schwartz firm intends to dismiss or withdraw from representation.[1]  [3438.]  Due to this larger number of cases currently proceeding than the 35 originally indicated, initial discovery remains in the early stages in certain cases.  The parties are now proceeding with initial discovery in those cases where

---

[1] The Schwartz firm has separately expressed its interest in evaluating several other cases for dismissal or withdrawal as well.

possible and appropriate.

Dated:  June 15, 2011                    Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By:    /s/ Ana M. Francisco
       Ana M. Francisco
       BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 15, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco