# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Status Report Regarding Plaintiffs Represented by the Schwartz firm**

| Plaintiff Name | Civil Action Number | Discovery Status |
|---|---|---|
| Accettullo, Martha | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Anderson, Mary | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Angel, Robert | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Barkley, Melissa | 06-11024-PBS | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011. [3455] |
| Bellino, Beth | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Best, Tosha | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Blake, Kay | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Boltin, Carmen | 06-11024-PBS | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011. [3455] The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Brazell, Susan | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Brewster, Kamaliha | 06-11022-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Brockman, Patricia | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. The parties are working to |

| Plaintiff Name | Civil Action Number | Discovery Status |
|---|---|---|
| | | schedule Plaintiff's deposition in the near future. |
| Brown, Alesha | 06-10912-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] |
| Brown, Catherine | 06-11023-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Bruce, Anne | 06-11024-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] |
| Bunch, Carson | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Byrum-Hill, Gwenna | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and while Plaintiff had previously been deposed, no other initial depositions have been taken.  The parties will proceed with additional depositions in this case as soon as possible. |
| Calvert, Pamela | 06-11024-PBS | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455] |
| Campbell-Dean, Kimberly | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Carpenter, Felisha | 06-11023-PBS | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455]  The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Carpenter, Lesa | 06-11023-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Carr, Lester | 06-11024-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |
| Carter, Damon | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Clemons, Garry | 06-11023-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] |
| Colley, Robert | 06-10912-PBS | Plaintiff deposition day two to be scheduled.  Prescriber depositions are complete. |

| Plaintiff Name | Civil Action Number | Discovery Status |
|---|---|---|
| Conyers, Wilbur | 06-11024-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Cook, Connie | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Craig, Coleen | 06-10912-PBS | Judgment in favor of Defendants entered August 31, 2010. [3065] |
| Crosby, Richard | 06-11024-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Dauernheim, Larry | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Davis, Kimm | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Day, David | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Deleon, Kelly | 06-10912-PBS | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011. [3455] The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Devore, Robert | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Douglas, Stacey | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Dozier, Christine | 06-11023-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Dreher, Loretta | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Dukes, Allison | 06-11024-PBS | The Schwartz firm informed Defendants on February 22, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Emmons, Sharon | 06-11024-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw |

| **Plaintiff Name** | **Civil Action Number** | **Discovery Status** |
|---|---|---|
|  |  | from this case. |
| Ericsson-Harkness, Shanna | 06-11023-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Espey, Debra | 06-10912-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Falk, Corrine | 06-11022-PBS | The Schwartz firm informed Defendants on February 22, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Floyd, Sharon | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Gann, Monica | 06-11024-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |
| Gilbow, Sherrial | 06-10912-PBS | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455] |
| Girard, Charles | 06-11023-PBS | Initial discovery is ongoing and the parties are working to schedule Plaintiff's deposition in the near future. |
| Gonzalez, Nikko | 06-11023-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] |
| Gordon, Drew | 06-11022-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Greer, Karen | 06-11024-PBS | Defendants recently received outstanding authorizations in this case from the Schwartz firm.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Gross, Kenneth | 06-10912-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Groves, Sherry | 06-11023-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Hall, Christopher | 06-11024-PBS | Order of dismissal entered on January 3, 2011.  [3202] |

| **Plaintiff Name** | **Civil Action Number** | **Discovery Status** |
|---|---|---|
| Hargett, Janet | 06-11023-PBS | Initial depositions are complete. |
| Hiers, Debbie | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Hildebrand, Donald | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Jackson, Timothy | 06-11022-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| James, Tommy | 06-10912-PBS | Initial discovery is ongoing in this case. |
| Jeffers, Latonya | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Johnson, Elroy | 06-10912-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Jones, Carla | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Jones-Coleman, Lovell | 06-10912-PBS | Voluntarily dismissed on April 29, 2011. [3437] |
| Kestner, Mary | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Kilic, Mehmet | 06-11022-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Knauff, Kenneth | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Knowlton, Barbara | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Larkin, Ann | 06-11022-PBS | Initial depositions are complete. |
| Laspina, Mario | 06-10912-PBS | Judgment in favor of Defendants entered August 31, 2010. [3065] |
| Lee, Dexter | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |

5

| Plaintiff Name | Civil Action Number | Discovery Status |
| --- | --- | --- |
| Lee, Janice | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  The parties are working to schedule Plaintiff's deposition in the near future. |
| Leger, Debra | 06-11023-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Lemacks, George | 06-11024-PBS | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455] |
| Lewis, Tracy | 06-10912-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Logan, Sandra | 06-11022-PBS | Plaintiff deposition complete.  Four prescriber depositions complete.  Fifth prescriber deposition scheduled for June 21, 2011. |
| Lowe, Stephanie | 06-11024-PBS | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455]  The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Luttrell, Leslie | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and while Plaintiff had previously been deposed, no other initial depositions have been taken.  The parties will proceed with additional depositions in this case as soon as possible. |
| Lytle, Freddie | 06-11023-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Manning, Jacqueline | 06-10912-PBS | Order of dismissal entered on January 3, 2011.  [3202] |

6

| Plaintiff Name | Civil Action Number | Discovery Status |
|---|---|---|
| Marlow, Darren | 06-11024-PBS | Judgment in favor of Defendants entered August 31, 2010. [3065] |
| Martinez, Joshua, Est. Teresa Huff | 06-11023 | Plaintiff deposition complete. Prescriber deposition scheduled for June 16, 2011. |
| May, Bryan | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| McCue, Zina | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| McIntyre, Marlene | 06-11023-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| McMahon-Lough, Sandra | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Middleton, Autherine | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Mitchell, Isiah | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Mitchell, Jason | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Mocci, Lori | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Moses, Robert | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Myers, Cynthia, Est. Aldina Sweitzer | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] |

| Plaintiff Name | Civil Action Number | Discovery Status |
|---|---|---|
| Nichols, Wanda | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and while Plaintiff had previously been deposed, no other initial depositions have been taken.  The parties will proceed with additional depositions in this case as soon as possible. |
| Northcutt, Charles | 06-10912-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Parken, Earnestine | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Pastine, Samuel | 06-11023-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |
| Payne, Barbara | 06-11024-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Payne, Lonnie | 06-10912-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] |
| Perdue, Richardson | 06-10912-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Pettit, David | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  The parties are working to schedule Plaintiff's deposition in the near future. |
| Phipps, Linda | 06-10912-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Pickett, Mary | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  The parties are working to schedule Plaintiff's deposition in the near future. |

| Plaintiff Name | Civil Action Number | Discovery Status |
|---|---|---|
| Pina, Dena | 06-11022-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Reaves, Craig | 06-11024-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Saenz, Monica | 06-11022-PBS | Initial depositions are complete. |
| Scheidt, Donald | 06-11023-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Seagraves, Florence | 06-11024-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Segle, Herman | 06-11023-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Shakoor, Tuwanda | 06-11023-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Small, Robert | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011.  [3455] |
| Smalls, Kathaleen | 06-11024-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| Smith, Doris | 06-10912-PBS | The Schwartz firm informed Defendants on April 12, 2011, that it needed additional time to dismiss or withdraw from this case. |
| Smith, Dorothy | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Sprinkle, Harold | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| St. Hilaire, Robert | 06-11024-PBS | Initial depositions are complete. |

9

| Plaintiff Name | Civil Action Number | Discovery Status |
|---|---|---|
| Stephens, Jana | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Taggart, Jeffrey | 06-10912-PBS | Day two of Plaintiff deposition scheduled for June 21, 2011.  One prescriber has been deposed and the second prescriber is scheduled for June 20, 2011. |
| Taylor, Caryl | 06-11023-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |
| Thurmond, Betty | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Valentino, Diane | 06-11022-PBS | Initial depositions are complete. |
| Vice, Melissa | 06-11023-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |
| Watson, Edgar | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Weatherford, David | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  The parties are working to schedule Plaintiff's deposition in the near future. |
| Weger, Louis | 06-11024-PBS | Order of dismissal entered on January 3, 2011.  [3202] |
| White, Annette | 06-10912-PBS | Order of dismissal entered on October 17, 2010.  [1335] |

| Plaintiff Name | Civil Action Number | Discovery Status |
|---|---|---|
| White, Charles | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Wigfall, Dexter | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Wilhelm, John | 06-11022-PBS | Initial depositions are complete. |
| Wilkin, Jeffrey | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Williams, Brady | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Williams, Dexter | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Williams, Leotis | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Williams, Theresa | 06-11023-PBS | Initial discovery is ongoing in this case. |
| Wilson, Kristina | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] |
| Wine, Helen | 06-11023-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |
| Young, Kathy | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |