UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                              :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION         :
                                              :  Judge Patti B. Saris
-----------------------------------------------------------x
                                              :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
                                              :
     PRODUCTS LIABILITY ACTIONS               :
                                              :
-----------------------------------------------------------x
```

**DEFENDANTS' STATUS REPORT REGARDING
COMPLETION OF INITIAL FACT DISCOVERY**

Pursuant to Magistrate Judge Leo T. Sorokin's February 11, 2011, Further Scheduling Order, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit the attached chart regarding the status of initial discovery in the cases represented by counsel other than Finkelstein & Partners LLP, the Law Offices of Newton B. Schwartz, or the Boone Law Firm.  *See* Exhibit A.

Dated:  June 15, 2011                Respectfully submitted,

                                              SKADDEN, ARPS, SLATE, MEAGHER
                                                & FLOM LLP

                                        By:    /s/ Mark S. Cheffo
                                                Mark S. Cheffo

                                        Four Times Square
                                        New York, NY 10036
                                        Tel:  (212) 735-3000
                                        Mark.Cheffo@skadden.com

                                        -and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
     Ana M. Francisco
     BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 15, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco