# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Defendants' Status Report Regarding Plaintiffs Represented by Other Counsel**

| Case | Docket No. | Status | Plaintiff's Counsel |
|---|---|---|---|
| *McPherson, Harold J. v. Pfizer* | 05-12076 | Defendants do not believe they have received complete responses to template discovery from Plaintiff in this case.  Defendants alerted Plaintiff to these deficiencies in April 2011 but have not received a response.  Defendants are working to obtain complete template discovery responses and collect sufficient records and materials to proceed with depositions as soon as possible. | Becnel law Firm |
| *Strickland, Kelly v. Pfizer* | 05-11993 | Plaintiff depositions complete.  Sales professional deposition complete.  Prescriber depositions to be scheduled. | Brooks Law Firm |
| *Jones, Kaila v. Pfizer* | 09-11417 | Dismissed by the Court on April 18, 2011.  [3423] | Bullard & Wangerin, LLP |
| *Almeida, Monica v. Pfizer* | 05-11264 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Cristalli & Saggese, Ltd. |
| *Burroughs, Frieda v. Pfizer* | 05-11260 | Prescriber depositions complete.  Plaintiff deposition scheduled for June 22, 2011. | Cross, Poole, Goldasich & Fischer |
| *Mecija, Jennifer v. Pfizer* | 06-11445 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Edgar Law Firm |
| *Reott, Edward v. Pfizer* | 05-11514 | Voluntarily dismissed on April 19, 2011.  [3417] | Egan & Jamiolkowski |
| *Aranda, Maria v. Pfizer* | 06-10310 | Voluntarily dismissed on January 5, 2011.  [3211] | Garcia & Karam |
| *Burleson, James Michael v. Pfizer* | 06-11583 | Voluntarily dismissed on February 22, 2011. [3306] | Garcia & Karam |
| *Felici, Lilia v. Pfizer* | 06-10689 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Garcia & Karam |
| *Fonseca, Jose Magdeleno Arturo v. Pfizer* | 06-10311 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Garcia & Karam |
| *Garcia, Jose v. Pfizer* | 06-11775 | Plaintiff's counsel has indicated that Plaintiff will voluntarily dismiss this case. | Garcia & Karam |

| Case | Docket No. | Status | Plaintiff's Counsel |
|---|---|---|---|
| *Salinas, Sulema v. Pfizer* | 06-10687 | Voluntarily dismissed on December 7, 2010. [3143] | Garcia & Karam |
| *Agee, Sheila v. Pfizer* | 06-11381 | Defendants moved to dismiss this case on June 13, 2011. [3507] | Henninger Garrison Davis, LLC |
| *Baker, Meicki v. Pfizer* | 06-11382 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Blackwell, Andria v. Pfizer* | 06-10420 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Brown, Charles v. Pfzier* | 06-11383 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Chappel, Troy v. Pfizer* | 06-11384 | Initial depositions are complete. | Henninger Garrison Davis, LLC |
| *Eaddy, Leisa v. Pfizer* | 06-11385 | Defendants moved to dismiss this case on June 13, 2011. [3507] | Henninger Garrison Davis, LLC |
| *Grissom, Odessa v. Pfizer* | 06-11386 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Holloway, Marsha v. Pfizer* | 06-11387 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Huff, Pauline v. Pfizer* | 06-11388 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Poole, Jacqueline v. Pfizer* | 06-11389 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Reach, Joyce v. Pfizer* | 06-11390 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Southern, Jessica v. Pfizer* | 07-10428 | Initial depositions are complete. | Henninger Garrison Davis, LLC |
| *Whitten, Jessica v. Pfizer* | 06-11391 | Defendants moved to compel discovery in this case on June 15, 2011. [3510] | Henninger Garrison Davis, LLC |
| *Barlow, Irene v. Pfizer* | 05-10501 | Initial depositions are complete. | Jack London |
| *Wilson, Louise C. and Robert F. v. Pfizer* | 05-11502 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Law Office of J. Christopher Kervick |
| *Leiendecker, Sandra v. Pfizer* | 05-12074 | Voluntarily dismissed on March 24, 2011. [3371] | Law Office of Michael D. Liberty |
| *Johnson, Melissa v. Pfizer* | 05-12073 | Dismissed by the Court on April 18, 2011. [3423] | Law Offices of Manuel H Miller |
| *Putnam, Deanna Lisa v. Pfizer* | 06-11393 | Initial depositions are complete. | Law Offices of Peter J. Stubbs |

| Case | Docket No. | Status | Plaintiff's Counsel |
|---|---|---|---|
| *Johnson, Elmenia v. Pfizer* | 06-10309 | Motion to dismiss filed on June 10, 2011. [3503] | Manyard & Mayeaux |
| *Gaudio, Sandra and Gerard v. Pfizer* | 06-11580 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Mazie Slater & Freeman, LLC |
| *Telles, Gloria v. Pfizer* | 07-11156 | This case involves allegations related to an alleged manufacturing defect unrelated to suicide or suicidality.  Defendants are working to collect sufficient records and materials to proceed with depositions as soon as possible. | Miranda & Boyaki |
| *Santos, Ann v. Pfizer* | 10-11205 | This case involves allegations related to an alleged injury of Stevens Johnson Syndrome unrelated to suicide or suicidality.  Plaintiff has not yet provided complete responses to template discovery.  Regardless, Defendants are working to collect sufficient records and materials to proceed with depositions as soon as possible. | Napoli Bern Ripka & Associates, LLP |
| *Coleman, Keith v. Pfizer* | 05-11504 | Dismissed by the Court on April 18, 2011.  [3423] | Neyland & Brewer, PLLC |
| *Fish, Deborah v. Pfizer* | 05-11505 | Dismissed by the Court on April 18, 2011.  [3423] | Neyland & Brewer, PLLC |
| *Bonner, Hilda v. Pfizer* | 07-10324 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Pogust Braslow & Millrod, LLC |
| *Cox, Sharon v. Pfizer* | 06-12048 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Pogust Braslow & Millrod, LLC |
| *Hairfield, Alice v. Pfizer* | 08-10930 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Pogust Braslow & Millrod, LLC |
| *Henderson, Dale Wayne v. Pfizer* | 06-10956 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Pogust Braslow & Millrod, LLC |
| *Newberry, Erik, Daniel, and Holly v. Pfizer* | 07-11499 | Newberry is a case where the decedent ingested only generic gabapentin manufactured by a generic manufacturer. The generic manufacturer is also a | Pogust Braslow & Millrod, LLC |

| Case | Docket No. | Status | Plaintiff's Counsel |
|---|---|---|---|
| | | defendant. | |
| *Smolucha, Marianne v. Pfizer* | 05-11261 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Pogust Braslow & Millrod, LLC |
| *De La Garza, Jennifer v. Pfizer* | 07-15069 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | The Snapka Law Firm |
| *Minervino, Mary Ann v. Pfizer* | 05-11513 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court within 14 days. | Westermann, Sheehy, Keenan, Samaan & Aydelott, LLP |