# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING SALES PRACTICES AND PRODUCTS LIABILITY  LITIGATION | Master File No. 1:04-cv-10981-PBS<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*All Actions* | |

## NOTICE OF WITHDRAWAL

COMES NOW, Elizabeth V. Heller, and hereby withdraws as counsel for Plaintiff Brenda Straddeck in this matter.  Thomas P. Rosenfeld of this same firm has previously entered his appearance in this matter as counsel for Plaintiff and shall remain in this case as designated lead counsel for Plaintiff Brenda Straddeck.

    /s/Elizabeth V. Heller
Elizabeth V. Heller
GOLDENBERG HELLER
ANTOGNOLI & ROWLAND, P.C.
2227 S. State Route 157
Edwardsville, IL  62025
Telephone: (618) 656-5150
Facsimile: (618) 656-6230

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 21, 2011, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts and that copies were electronically sent to all counsel of record.

                                                  /s/ Elizabeth V. Heller