UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES           : MDL Docket No. 1629
         PRACTICES AND PRODUCTS              :
         LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------x
                                             : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                    :
                                             : Magistrate Judge Leo T.
ALL PRO SE CASES                             : Sorokin
                                             :
------------------------------------------------x

## DESIGNATION OF THE CONTENTS OF THE RECORD

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer"), respectfully submit this Designation of the Contents of the Record pursuant to Rule 10.4(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. Defendants have attached as an exhibit a chart detailing the contents of the record for each *pro se* case subject to the Court's May 6, 2011, Conditional Remand Order.  [3450.]

Dated: June 23, 2011                Respectfully submitted,

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP

                                    By:   /s/ Mark S. Cheffo
                                          Mark S. Cheffo

                                    Four Times Square
                                    New York, NY 10036
                                    Tel:  (212) 735-3000
                                    Mark.Cheffo@skadden.com

                                    -and-

ROPES & GRAY LLP

By:  /s/ Ana M. Francisco
     Ana M. Francisco
     BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 23, 2011.

/s/ Ana M. Francisco
Ana M. Francisco