# EXHIBIT 7

*Cunningham v. Pfizer Inc,* Case No. 05-CV-11503-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 02/08/06 |
| Answer by Merck & Co. Inc. | N/A | | 02/03/05 |
| Answer by Pfizer Inc, et al. | N/A | | 02/07/05 |
| MDL Case transferred in from District of Kansas; Case Number 5:05-cv-04012., filed by Brenda Cunningham. (Attachments: # 1 Original Docket)(Abaid, Kim) (Entered: 07/15/2005) | | 18 | 07/12/05 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 20 | 05/24/11 |