# EXHIBIT 10

*Edwards v. Pfizer Inc,* Case No. 05-CV-11701-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
| --- | --- | --- | --- |
| Amended Complaint | N/A | | 05/16/05 |
| Answer | N/A | | 07/06/05 |
| MDL Case transferred in from the Southern District of Ohio; Case Number 2:05-cv-00657., filed by Keith Edwards. (Attachments: # 1 Original Docket)(Abaid, Kim) (Entered: 08/17/2005) | | 6 | 08/16/05 |
| Reply to Response and Objection to Plaintiff's Discovery and Interrogatories and that this Honorable Court Invoke Discoverable Information from Defendant to Plaintiff, by Keith Edwards. (Attachments: # 1 HIPAA Complaint Authorization Form)(Patch, Christine) (Entered: 12/07/2010) | 3146 | | 12/06/10 |
| Response by Keith Edwards to 3026 Discovery Order (Attachments: # 1 Request for Production of Documents, # 2 Interrogatories)(Patch, Christine) (Entered: 12/07/2010) | 3147 | | 12/06/10 |
| MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* by Pfizer, Inc., Warner-Lambert Company LLC.(Francisco, Ana) (Entered: 12/20/2010) | 3172 | | 12/20/10 |

| | | | |
|---|---|---|---|
| MEMORANDUM in Support re 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* filed by Pfizer, Inc., Warner-Lambert Company LLC. (Francisco, Ana) (Entered: 12/20/2010) | 3173 | | 12/20/10 |
| DECLARATION re 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795) [Mark S. Cheffo]* by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B (filed under seal), # 3 Exhibit C (filed under seal), # 4 Exhibit D (filed under seal), # 5 Exhibit E (filed under seal), # 6 Exhibit F (filed under seal)(Francisco, Ana) (Entered: 12/20/2010) | 3174 | | 12/20/10 |

| | | | |
|---|---|---|---|
| RESPONSE to Motion re 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* filed by Keith Edwards. (Attachments: # 1 Exhibit A)(Patch, Christine) (Additional attachment(s) added on 1/10/2011: # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Patch, Christine). (Entered: 01/10/2011) | 3225 | | 01/10/11 |
| Sealed REPLY to Response to 3176 MOTION to Compel *Complete Discovery Responses (RE: All Boone Product Liability Actions)*, 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* filed by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Patch, Christine) (Entered: 01/10/2011) | 3226 | | 01/10/11 |
| MOTION to Include Third Party Defendant by Keith Edwards.(Patch, Christine) (Entered: 01/24/2011) | 3252 | | 01/24/11 |
| MOTION for Subpoena of Records by Keith Edwards.(Patch, Christine) (Entered: 01/24/2011) | 3253 | | 01/24/11 |

| | | | |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: ORDER REGARDING PENDING DISCOVERY MOTIONS; The Court makes the following ORDERS regarding pending discovery and pretrial matters. ;re 3164 Motion 3167 Motion ; 3172 Motion to Compel; 3208 Motion ; 3250 Motion for Hearing (Simeone, Maria) Modified on 2/4/2011 (Simeone, Maria). (Entered: 02/04/2011) | 3277 | | 02/04/11 |
| Plaintiff's Demand for Damages Supplemental Response to No. 19 as Ordered by the Court by Keith Edwards. (Danieli, Chris) (Entered: 03/02/2011) | 3311 | | 02/28/11 |
| Plaintiff's Supplemental Response to No. 14 as Ordered by the Court by Keith Edwards. (Danieli, Chris) (Entered: 03/02/2011) | 3312 | | 02/28/11 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) (Jones, Sherry) (Entered: 05/24/2011) | | 10 | 05/24/11 |