# EXHIBIT 11

*Fenelon v. Pfizer Inc,* Case No. 06-CV-11581-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 05/31/06 |
| Answer | N/A | | 07/05/06 |
| MDL Case transferred in from the Southern District of New York; Case Number 1:06cv04136JSR. (Attachments: # 1 docket sheet from USDC, Southern District of New York) (Jones, Sherry) (Entered: 09/05/2006) | | 6 | 09/05/06 |
| MOTION to Withdraw as Attorney *for Plaintiff Jamie Fenelon Individual Case No. 06-11581* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 09/06/2007) | 836 | | 09/06/07 |
| DECLARATION re 836 MOTION to Withdraw as Attorney *for Plaintiff Jamie Fenelon Individual Case No. 06-11581* by Members of the Plaintiffs Product Liability Steering Committee. (Attachments: # 1 Exhibit A# 2 Exhibit B-C)(Polimeni, Eleanor) (Entered: 09/06/2007) | 837 | | 09/06/07 |
| Opposition re 836 MOTION to Withdraw as Attorney *for Plaintiff Jamie Fenelon Individual Case No. 06-11581*, 834 MOTION to Compel *defendants to conduct the deposition of plaintiffs' general/specific causation expert as previously scheduled and agreed upon*, 838 MOTION to Withdraw as Attorney *for Plaintiff Michael Mendoza Individual Case No. 05-11033*, 840 MOTION to Dismiss *with prejudice the Strickland Individual Action - Individual Case No. 06-10778* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 09/11/2007) | 864 | | 09/11/07 |

| | | | |
|---|---|---|---|
| REPLY to Response to Motion re 836 MOTION to Withdraw as Attorney *for Plaintiff Jamie Fenelon Individual Case No. 06-11581*, 834 MOTION to Compel *defendants to conduct the deposition of plaintiffs' general/specific causation expert as previously scheduled and agreed upon*, 838 MOTION to Withdraw as Attorney *for Plaintiff Michael Mendoza Individual Case No. 05-11033*, 840 MOTION to Dismiss *with prejudice the Strickland Individual Action - Individual Case No. 06-10778 Memorandum in Response to Defendants' Omnibus Opposition* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 09/17/2007) | 877 | | 09/17/07 |
| Judge Leo T. Sorokin : PRODUCTS LIABILITY CASE MANAGEMENT ORDER, and Order denying without prejudice 836 Motion to Withdraw as Attorney; denying without prejudice 838 Motion to Withdraw as Attorney; denying without prejudice 898 Motion to Withdraw as Attorney; granting 946 Motion for Extension of Time. (Tyler, Rebecca) (Entered: 11/09/2007) | 949 | | 11/09/07 |
| MOTION to Withdraw as Attorney *for Jamie Fenelon* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 01/11/2008) | 1070 | | 01/11/08 |
| Letter/request to MJ Sorokin from Jamie Fenelon 06-11581 requesting his case not be dismissed. (Attachments: # 1 Exhibit)(Simeone, Maria) (Entered: 08/22/2008) | 1414 | | 08/21/08 |
| Magistrate Judge Leo T. Sorokin: DISCOVERY ORDER NO. 25 and Report and Recommendations on Motions to Dismiss entered. (Tyler, Rebecca) (Entered: 06/19/2008) | 1335 | | 06/19/08 |

| | | | |
|---|---|---|---|
| Judge Patti B. Saris: Electronic ORDER entered re 1335 DISCOVERY ORDER NO. 25 and Report and Recommendations on Motions to Dismiss. "I adopt the report and recommendation with respect to all cases except James Fenelon's (06-11581). The Court permits counsel to withdraw from the Fenelon case, but I do not dismiss it because plaintiff has objected (#1414). (Alba, Robert) Modified on 10/17/2008 (Alba, Robert). (Entered: 10/17/2008) | N/A | | 10/17/08 |
| Judge Patti B. Saris: Electronic ORDER entered REFERRING case to Magistrate Judge Leo T. Sorokin for Status Conference regarding 1414 Letter/request to MJ Sorokin from Jamie Fenelon 06-11581 requesting his case not be dismissed. (Alba, Robert) (Entered: 10/17/2008) | N/A | | 10/17/08 |
| Magistrate Judge Leo T. Sorokin: ORDER RE: JAMIE FENELON entered. Plaintiff Fenelon shall, within thirty (30) days of the date of this Order, either: (1) retain new counsel and cause a notice of appearance to be filed by that counsel; or (2) submit a statement to the Court indicating that he wishes to represent himself. Such statement must also include Mr. Fenelons current mailing address, telephone number, and email address.(Simeone, Maria) (Entered: 10/22/2008) | 1477 | | 10/22/08 |
| Letter from Jamie K. Fenelon stating that she cannot afford an attorney at this time and wishes to represent herself. Associated Cases: 1:04-cv-10981-PBS, 1:06-cv-11581-PBS(Patch, Christine) (Entered: 11/24/2008) | 1493 | | 11/21/08 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |

| | | | |
|---|---|---|---|
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 9 | 05/24/11 |