# EXHIBIT 12

*Isaacs v. Pfizer Inc,* Case No. 07-CV-10630-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 02/21/07 |
| Answer | N/A | | 04/02/07 |
| MDL Case transferred in from the District of Minnesota; Case Number 07-1216. (Attachments: # 1 docket sheet from USDC, Minnesota) (Jones, Sherry) (Entered: 04/02/2007) | | 3 | 04/02/07 |
| MOTION to Withdraw as Attorney *Re: Individual Case: Isaacs v. Pfizer 05-10630* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 12/15/2010) | 3167 | | 12/15/10 |
| MEMORANDUM in Support re 3167 MOTION to Withdraw as Attorney *Re: Individual Case: Isaacs v. Pfizer 05-10630* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 12/15/2010) | 3168 | | 12/15/10 |
| DECLARATION re 3167 MOTION to Withdraw as Attorney *Re: Individual Case: Isaacs v. Pfizer 05-10630 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 12/15/2010) | 3169 | | 12/15/10 |
| Magistrate Judge Leo T. Sorokin: ORDER REGARDING PENDING DISCOVERY MOTIONS; The Court makes the following ORDERS regarding pending discovery and pretrial matters. ;re 3164 Motion 3167 Motion ; 3172 Motion to Compel; 3208 Motion ; 3250 Motion for Hearing (Simeone, Maria) Modified on 2/4/2011 (Simeone, Maria). (Entered: 02/04/2011) | 3277 | | 02/04/11 |

| | | | |
|---|---|---|---|
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 6 | 05/24/11 |