# **EXHIBIT 13**

*Long v. Pfizer Inc,* **Case No. 06-CV-11582-PBS**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 06/07/06 |
| Answer | N/A | | 07/12/06 |
| MDL Case transferred in from the Southern District of New York; Case Number 1:06cv04285JSR. (Attachments: # 1 USDC, Southern District of New York) (Jones, Sherry) (Entered: 09/05/2006) | | 6 | 09/05/06 |
| MOTION to Withdraw as Attorney *re: Individual Case No.: 06-CV-11582 Long v. Pfizer, et al.* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 02/14/2011) | 3291 | | 02/14/11 |
| MEMORANDUM in Support re 3291 MOTION to Withdraw as Attorney *re: Individual Case No.: 06-CV-11582 Long v. Pfizer, et al.* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 02/14/2011) | 3292 | | 02/14/11 |
| DECLARATION re 3291 MOTION to Withdraw as Attorney *re: Individual Case No.: 06-CV-11582 Long v. Pfizer, et al. of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 02/14/2011) | 3293 | | 02/14/11 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |

| | | | |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 8 | 05/24/11 |