# EXHIBIT 14

*Marzolo v. Pfizer Inc,* Case No. 05-CV-12387-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 09/07/05 |
| Answer | N/A | | 10/17/05 |
| MDL Case transferred in from District of Southern District of New York case number 1:05-cv-07828-JSR.(Paine, Matthew) (Entered: 11/29/2005) | | 5 | 11/28/05 |
| MOTION to Withdraw as Attorney *re: Marzolo v. Pfizer, et al. 05-CV-12387* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2925 | | 07/23/10 |
| MEMORANDUM in Support re 2925 MOTION to Withdraw as Attorney *re: Marzolo v. Pfizer, et al. 05-CV-12387* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2926 | | 07/23/10 |
| DECLARATION re 2925 MOTION to Withdraw as Attorney *re: Marzolo v. Pfizer, et al. 05-CV-12387 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2927 | | 07/23/10 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |

| | | | |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 8 | 05/24/11 |