# EXHIBIT 16

*Mustafa v. Pfizer Inc,* **Case No. 06-CV-11394-PBS**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 05/05/06 |
| Answer | N/A | | 08/01/06 |
| MDL Case transferred in from the Southern District of Illinois; Case Number 3:06cv00349GPM. (Attachments: # 1 docket sheet from USDC, Illinois) (Jones, Sherry) (Entered: 08/10/2006) | | 15 | 08/09/06 |
| STIPULATION *permitting the law firm of Brown & Crouppen, PC to withdraw as counsel* by Mohammad Mustafa. (Polimeni, Eleanor) (Entered: 09/01/2006) | 453 | | 09/01/06 |
| MOTION to Withdraw as Attorney by Fazila Mustafa, Mohammad Mustafa. (Attachments: # 1 Text of Proposed Order)(Driscoll, John) (Entered: 03/12/2009) | 1704 | | 03/12/09 |
| MOTION to Withdraw as Attorney *re:Mustafa v. Pfizer, et al. 06-CV-11394* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2937 | | 07/23/10 |
| MEMORANDUM in Support re 2937 MOTION to Withdraw as Attorney *re:Mustafa v. Pfizer, et al. 06-CV-11394* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2938 | | 07/23/10 |
| DECLARATION re 2937 MOTION to Withdraw as Attorney *re:Mustafa v. Pfizer, et al. 06-CV-11394 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2939 | | 07/23/10 |

| | | | |
|---|---|---|---|
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 19 | 05/24/11 |