# EXHIBIT 17

*Populis v. Pfizer Inc,* Case No. 05-CV-11030-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 12/28/04 |
| Answer | N/A | | 01/31/04 |
| MDL Case transferred in from the Southern District of New York; Case Number 1:04-cv-10265., filed by Theodore Populis, Shirley Populis. (Attachments: # 1 Original Docket)(Abaid, Kim) (Entered: 05/18/2005) | | 11 | 05/17/05 |
| MOTION to Withdraw as Attorney *for Theodore Populis* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 01/11/2008) | 1061 | | 01/11/08 |
| Letter from Theordore Populis informing the court he will be appearing pro-se on March 7 by phone. (Simeone, Maria) (Entered: 02/12/2008) | 1126 | | 02/12/08 |
| Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin: Motion Hearing held on 3/7/2008 ; Court goes over the issues regarding the motions to withdraw with the plaintiffs by telephone; Court gives Ms. Sanutti 60 days -5/7/08 to find an atty; If an atty is retained a notice of appearance must enter on the docket or Ms. Sanutti is to file a status report stating the status of counsel; Court goes over the issues regarding counsel with Mr. Johnson; Mr Johnson objects to counsel withdrawing and would like them to remain as counsel; The court will take the matter under advisement; the court is unable to reach Mr. Populis; A Status Conference is set for 3/20/2008 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Attorneys present: Atty Fromson; Atty Chaffin) (Simeone, Maria) (Entered: 03/07/2008) | N/A | | 03/07/08 |

| | | | |
|---|---|---|---|
| CERTIFICATE OF CONSULTATION *with Theodore Populis concerning rescheduled conference*. (Polimeni, Eleanor) (Entered: 03/10/2008) | 1170 | | 03/10/08 |
| Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin: Motion Hearing held on 3/20/2008 re 1061 MOTION to Withdraw as Attorney *for Theodore Populis* filed by Members of the Plaintiffs Product Liability Steering Committee. The Court allows the motion to withdraw, and informs Theodore Populis (present via telephone) that he is responsible for monitoring the case, conforming with all requirements, and keeping the Court informed of his address and contact information at all times. Electronic Order enteredgranting 1061 Motion to Withdraw as Attorney. (Court Reporter: Brenda Hancock.)(Attorneys present: Fromson (by phone), Chaffin, Theodore Populis, pro se, present by phone) (Tyler, Rebecca) (Entered: 03/20/2008) | N/A | | 03/20/08 |
| STATUS REPORT *providing current address of Theodore Populis* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 03/24/2008) | 1178 | | 03/24/08 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |

| | | | |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 14 | 05/24/11 |