# EXHIBIT 19

*Richey v. Pfizer Inc,* Case No. 05-CV-12000-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 08/11/05 |
| Answer | N/A | | 09/21/05 |
| Magistrate Judge Leo T. Sorokin: ORDER consolidating cases; In order to facilitate the orderly management of the Neurontin related litigation the Court enters the following Order consolidating all cases presently pending in this Court that were transferred by the MDL to this Court under MDL Docket Number 1629. In Re Neurontin, C.A. No. 04-10981-PBS will be the lead case.(Paine, Matthew) (Entered: 10/11/2005) | | 7 | 07/20/05 |
| MOTION to Withdraw as Attorney *re: Richey v. Pfizer, et al. 05-CV-12000* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2943 | | 07/23/10 |
| MEMORANDUM in Support re 2943 MOTION to Withdraw as Attorney *re: Richey v. Pfizer, et al. 05-CV-12000* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2944 | | 07/23/10 |
| DECLARATION re 2943 MOTION to Withdraw as Attorney *re: Richey v. Pfizer, et al. 05-CV-12000 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2945 | | 07/23/10 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |

| | | | |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 9 | 05/24/11 |