# EXHIBIT 20

*Sanutti v. Pfizer Inc,* Case No. 05-CV-11702 & 05-CV-11750-PBS[1]

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint filed in Court of Common Pleas of Philadelphia County, Pennsylvania | N/A | | 06/07/05 |
| Answer filed in Eastern District of Pennsylvania | N/A | | 07/08/05 |
| MDL Case transferred in from the Eastern District of Pennsylvania; Case Number 2:05-cv-03401., filed by Grace Sanutti. (Attachments: # 1 Original Docket)(Abaid, Kim) (Entered: 08/17/2005) | | 05-cv-11702 – No. 6 | 08/16/05 |
| Case transferred in from District of Pennsylvania; Case Number 05-3401. Original file with documents numbered 1-5, certified copy of transfer order and docket sheet received. (Nici, Richard) (Entered: 08/29/2005) | | 05-cv-11750 – No. 7 | 08/24/05 |
| MOTION to Withdraw as Attorney by Members of the Plaintiffs Product Liability Steering Committee. (Attachments: # 1 Affidavit Declaration of Andrew Finkelstein, # 2 Exhibit "A" Order re Motion to Withdraw)(Polimeni, Eleanor) (Entered: 02/01/2008) | 1108 | | 02/01/08 |
| Letter to Maria Simeone from Grace D. Sanutti. (Patch, Christine) (Entered: 02/06/2008) | 1118 | | 01/31/08 |
| CERTIFICATE re 949 Order on Motion to Withdraw as Attorney by Grace Sanutti.(Patch, Christine) (Entered: 02/06/2008) | 1119 | | 01/31/08 |
| CERTIFICATE OF SERVICE by Members of the Plaintiffs Product Liability Steering Committee re 1152 Order *Certificate of Service concerning plaintiffs Grace Sanutti, Theodore Populis and Daniel Johnson.* (Polimeni, Eleanor) (Entered: 02/28/2008) | 1154 | | 02/28/08 |

---

[1] This case has two individual dockets within the District of Massachusetts.

| | | | |
|---|---|---|---|
| Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin: Motion Hearing held on 3/7/2008 ; Court goes over the issues regarding the motions to withdraw with the plaintiffs by telephone; Court gives Ms. Sanutti 60 days -5/7/08 to find an atty; If an atty is retained a notice of appearance must enter on the docket or Ms. Sanutti is to file a status report stating the status of counsel; Court goes over the issues regarding counsel with Mr. Johnson; Mr Johnson objects to counsel withdrawing and would like them to remain as counsel; The court will take the matter under advisement; the court is unable to reach Mr. Populis; A Status Conference is set for 3/20/2008 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Attorneys present: Atty Fromson; Atty Chaffin) (Simeone, Maria) (Entered: 03/07/2008) | N/A | | 03/07/08 |
| Certification by Grace Sanutti re 949 Order. (Patch, Christine) Modified on 5/14/2008 (Patch, Christine). (Entered: 05/14/2008) | 1280 | | 05/08/08 |
| Letter to Judge Saris from William E. Conner inquiring as to whether his client, Grace Sanutti, has been certified. (Patch, Christine) (Entered: 12/24/2008) | 1591 | | 12/15/08 |
| NOTICE by Members of the Plaintiffs Product Liability Steering Committee re 3026 Scheduling Order, Set Deadlines/Hearings, Set Scheduling Order Deadlines *Pursuant to Magistrate Judge Sorokin's Electronic Order entered on August 12, 2010, the Product Liability Steering Committee hereby provides to the Clerk the mailing addresses for the pro se plaintiffs* (Polimeni, Eleanor) (Entered: 09/02/2010) | 3059 | | 09/02/10 |

| | | | |
|---|---|---|---|
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) (Jones, Sherry) (Entered: 05/24/2011) | | 05-cv-11702 – No. 8 | 05/24/11 |