# EXHIBIT 21

*Smith, Rosemary v. Pfizer Inc,* **Case No. 05-CV-12386 & 06-CV-10535-PBS**[2]

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint filed in Southern District of New York | N/A | | 09/07/05 |
| Answer filed in Southern District of New York | | | 10/17/05 |
| MDL Case transferred in from District of Southern District of New York case number 1:05-cv-07827-JSR.(Paine, Matthew) (Entered: 11/29/2005) | | 06-cv-10535 – No. 5 | 11/28/05 |
| Complaint filed in Eastern District of California | N/A | | 12/16/05 |
| Answer filed in Eastern District of California | N/A | | 02/13/06 |
| MDL Case transferred in from the Eastern District of California; Case Number 1:05cv01594REC. (Attachments: # 1 docket sheet from the Eastern District of California) (Jones, Sherry) (Entered: 03/28/2006) | | 06-CV-10535 – No. 12 | 03/28/06 |
| MOTION to Withdraw as Attorney *re: Smith v. Pfizer, et al. 05-CV-12386 and 06-CV-10535* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2946 | | 07/23/10 |
| MEMORANDUM in Support re 2946 MOTION to Withdraw as Attorney *re: Smith v. Pfizer, et al. 05-CV-12386 and 06-CV-10535* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2947 | | 07/23/10 |
| DECLARATION re 2946 MOTION to Withdraw as Attorney *re: Smith v. Pfizer, et al. 05-CV-12386 and 06-CV-10535 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2948 | | 07/23/10 |

---

[2] This case has two individual dockets within the District of Massachusetts.

| | | | |
|---|---|---|---|
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) (Jones, Sherry) (Entered: 05/24/2011) | | 06-CV-10535 – No. 15 | 05/24/11 |