# EXHIBIT 22

*Stadler v. Pfizer Inc,* **Case No. 08-CV-11330-PBS**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 06/26/08 |
| Answer | N/A | | 07/25/08 |
| Case transferred in from District of Minnesota electronically; Case Number 0:08-cv-03295. Electronic file with documents numbered 1 - 6, transfer order and docket sheet received via electronic case transfer. HMC (Entered: 08/04/2008) | | 8 | 08/04/08 |
| MOTION to Withdraw as Attorney *re: Stadler v. Pfizer, et al. 08-CV-11330* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2949 | | 07/23/10 |
| MEMORANDUM in Support re 2949 MOTION to Withdraw as Attorney *re: Stadler v. Pfizer, et al. 08-CV-11330* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2950 | | 07/23/10 |
| DECLARATION re 2949 MOTION to Withdraw as Attorney *re: Stadler v. Pfizer, et al. 08-CV-11330 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2951 | | 07/23/10 |
| Letter to Judge Sorokin from Jason Stadler re representation. (Simeone, Maria) (Entered: 11/09/2010) | 3121 | | 10/25/10 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |

| | | | |
|---|---|---|---|
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) (Jones, Sherry) (Entered: 05/24/2011) | | 14 | 05/24/11 |