# EXHIBIT 23

*Sumait v. Pfizer Inc,* Case No. 05-CV-10832-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 09/27/04 |
| Answer | N/A | | 10/22/04 |
| MDL Case transferred in from District of New York; Case Number 1:04-cv-08719 JSR., filed by All Plaintiffs. (Attachments: # 1 Original Docket)(Abaid, Kim) (Entered: 04/25/2005) | | 6 | 04/25/05 |
| MOTION to Withdraw as Attorney *re: Sumait v. Pfizer, et al. 05-CV-10832* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2952 | | 07/23/10 |
| MEMORANDUM in Support re 2952 MOTION to Withdraw as Attorney *re: Sumait v. Pfizer, et al. 05-CV-10832* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2953 | | 07/23/10 |
| DECLARATION re 2952 MOTION to Withdraw as Attorney *re: Sumait v. Pfizer, et al. 05-CV-10832 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2954 | | 07/23/10 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |

| | | | |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) (Jones, Sherry) (Entered: 05/24/2011) | | 12 | 05/24/11 |