# EXHIBIT 24

*Teater v. Pfizer Inc*, Case No. 05-CV-12123-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 05/03/05 |
| Answer | N/A | | 09/01/05 |
| MDL Case transferred in from District of Oregon (Portland) case number 3:05-cv-00604-HU.(Paine, Matthew) (Entered: 10/25/2005) | | 11 | 10/24/05 |
| MOTION to Proceed Pro Se re 949 Order on Motion to Withdraw as Attorney, by Teresa E. Teater.(Patch, Christine) (Entered: 12/27/2007) | 1036 | | 12/20/07 |
| NOTICE of Change of Address or Firm Name by Jack W. London *on Behalf of Teresa Teater* (London, Jack) (Entered: 02/10/2009) | 1661 | | 02/10/09 |
| MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* by Pfizer, Inc., Warner-Lambert Company LLC.(Francisco, Ana) (Entered: 12/20/2010) | 3172 | | 12/20/10 |
| MEMORANDUM in Support re 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* filed by Pfizer, Inc., Warner-Lambert Company LLC. (Francisco, Ana) (Entered: 12/20/2010) | 3173 | | 12/20/10 |

| | | | |
|---|---|---|---|
| DECLARATION re 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795) [Mark S. Cheffo]* by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B (filed under seal), # 3 Exhibit C (filed under seal), # 4 Exhibit D (filed under seal), # 5 Exhibit E (filed under seal), # 6 Exhibit F (filed under seal)(Francisco, Ana) (Entered: 12/20/2010) | 3174 | | 12/20/10 |
| Sealed REPLY to Response to 3176 MOTION to Compel *Complete Discovery Responses (RE: All Boone Product Liability Actions)*, 3172 MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* MOTION to Compel *Complete Discovery Responses RE: Edwards v. Pfizer (05-11701); Lynch v. Pfizer (07-11280) Teater v. Pfizer (05-12123) Anderson, et al. (Faith Ford) v. Pfizer (05-10835); Allen, et al. (Betsy Lindley Miller) v. Pfizer (07-11795)* filed by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Patch, Christine) (Entered: 01/10/2011) | 3226 | | 01/10/11 |
| NOTICE by Pfizer, Inc., Warner-Lambert Company LLC *of Withdrawal of Defendants' Motion to Compel Complete Discovery Responses* (Francisco, Ana) (Entered: 01/10/2011) | 3227 | | 01/10/11 |

| | | | |
|---|---|---|---|
| SEALED Amended Stipulated Agreement of Confidentiality, filed by Teresa E. Teater (Patch, Christine) Modified on 2/3/2011 (Patch, Christine). Modified on 2/8/2011 (Patch, Christine). (Entered: 01/31/2011) | 3272 | | 01/31/11 |
| Magistrate Judge Leo T. Sorokin: ORDER REGARDING PENDING DISCOVERY MOTIONS; The Court makes the following ORDERS regarding pending discovery and pretrial matters. re 3164 Motion 3167 Motion; 3172 Motion to Compel; 3208 Motion; 3250 Motion for Hearing (Simeone, Maria) Modified on 2/4/2011 (Simeone, Maria). (Entered: 02/04/2011) | 3277 | | 02/04/11 |
| MOTION for Order to Show Cause by Teresa E. Teater.(Simeone, Maria) (Entered: 03/10/2011) | 3324 | | 02/25/11 |
| MEMORANDUM in Support re 3324 MOTION for Order to Show Cause filed by Teresa E. Teater. (Attachments: # 1 Exhibit, supporting documents # 2 Exhibit - ltr resp to mot)(Simeone, Maria) (Entered: 03/10/2011) | 3325 | | 02/25/11 |
| RESPONSE to Motion re 3324 MOTION for Order to Show Cause filed by Pfizer, Inc., Warner-Lambert Company LLC. (Francisco, Ana) (Entered: 03/11/2011) | 3328 | | 03/11/11 |
| DECLARATION re 3328 Response to Motion *Re: Teresa Teater (Catherine B. Stevens)* by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A)(Francisco, Ana) (Entered: 03/11/2011) | 3329 | | 03/11/11 |
| MOTION for Injunctive Relief, and Response to Defendant Pfizer's Response to Plaintiff's Motion to Show Cause 3328 by Teresa E. Teater. (Attachments: # 1 Exhibit Original Draft dated 3/21/2011, # 2 Exhibit)(Anderson, Jennifer) (Entered: 03/29/2011) | 3374 | | 03/29/11 |

| | | | |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: ORDER ON PENDING SCHEDULING AND DISCOVERY MOTIONS; The Motion to Compel (#3298) is ALLOWED. The Court hereby orders that by March 25, 2011 the Schwartz law firm: (1) file the list(s) required by the February 11, 2011 Order or explain the discrepancies between its representations to the Court and the untimely filings it made; (2) respond to the pending motion to comply by March 25, 2011; and (3) show cause why the Court should not impose sanctions, e.g. monetary fines or dismissal, for failure to comply with the Courts Orders. The Motions to Clarify (Docket #3269 & Docket #3350) regarding the generic defendants are ALLOWED. The Motion to Show Cause (Docket #3324 ) is DENIED.; 3269 Motion for Clarification; 3298 Motion to Compel; 3324 Motion for Order to Show Cause; 3350 Motion for Clarification (Simeone, Maria) (Entered: 03/21/2011) | 3358 | | 03/21/11 |
| Magistrate Judge Leo T. Sorokin: The Motion for Injunctive Relief is DENIED. ELECTRONIC ORDER entered re 3374 Motion for Injunctive Relief (Simeone, Maria) (Entered: 03/30/2011) | N/A | | 03/30/11 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |

| | | | |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) (Jones, Sherry) (Entered: 05/24/2011) | | 15 | 05/24/11 |