# EXHIBIT 25

*Vinyard v. Pfizer Inc,* **Case No. 07-CV-12233-PBS**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 10/10/07 |
| Answer | 1033 | | 12/27/07 |
| MDL Case transferred in from the Northern District of Florida; Case Number 3:07cv00438-MCR. (Attachments: # 1 docket sheet from USDC, Florida) (Jones, Sherry) (Entered: 12/05/2007) | | 5 | 12/05/07 |
| MOTION to Withdraw as Attorney *re: Vinyard v. Pfizer, et al. 07-CV-12233* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2955 | | 07/23/10 |
| MEMORANDUM in Support re 2955 MOTION to Withdraw as Attorney *re: Vinyard v. Pfizer, et al. 07-CV-12233* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2956 | | 07/23/10 |
| DECLARATION re 2955 MOTION to Withdraw as Attorney *re: Vinyard v. Pfizer, et al. 07-CV-12233 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2957 | | 07/23/10 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |

| | | | |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) (Jones, Sherry) (Entered: 05/24/2011) | | 9 | 05/24/11 |