

Thomas M. Sobol
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com
**Direct (617) 475-1950**
**tom@hbsslaw.com**

June 27, 2011

**Via ECF**

Hon. Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02210

  Re: In re Neurontin Marketing, Sales Practices and Prods. Liab. Litig.;
    <u>MDL No. 1629</u>

Dear Judge Saris:

  I write as liaison counsel for the proposed class.

  On May 17, 2011, the Court denied Plaintiffs' motion for reconsideration of the earlier denial of class certification and ordered the parties to submit a proposed form of judgment within two weeks.  [Docket No. 3469].  On May 31, 2011, Defendants moved for entry of final judgment and attached an agreed upon proposed form of judgment.  [Docket No. 3496, Exhibit A].

  I respectfully remind the Court that judgment has not yet been entered.

          Very truly yours,

          **/s/ Thomas M. Sobol**

          Thomas M. Sobol
          HAGENS BERMAN SOBOL SHAPIRO LLP

TMS:cbb

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on May 10, 2011.

/s/ Thomas M. Sobol