UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------x

THIS DOCUMENT RELATES TO:

Harden Manufacturing Corporation; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Gerald Smith; and Lorraine Kopa v. Pfizer Inc, et al., No. 1:04-cv-10981

ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer Inc, et al., No. 1:04-cv-12285 (transferred from D.N.J., No. 2:04-cv-02577)

International Union of Operating Engineers, Local No. 68 Welfare Fund v. Pfizer Inc, et al., No. 1:04-cv-12622 (transferred from D.N.J., No. 2:04-cv-04497)

Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana v. Pfizer Inc., et al., No. 1:04-cv-12620 (transferred from E.D. La., No. 2:04-cv-02509)

Lorraine Kopa v. Pfizer Inc, et al., No. 1:04-cv-12287 (transferred from S.D.N.Y., No. 1:04-cv-04593)

Gerald Smith v. Pfizer Inc, et al., No. 1:04-cv-12275 (transferred from S.D. Ind., No. 1:04-cv-01052)

Carolyn Hollaway, et al., v. Pfizer Inc, et al., No. 1:04-cv-12624 (transferred from E.D. Okla., No. 6:04-cv-00375)

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court, pursuant to Federal Rules of Civil Procedure 58(a) and 54(b), for