UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------x

THIS DOCUMENT RELATES TO:

Harden Manufacturing Corporation; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Gerald Smith; and Lorraine Kopa v. Pfizer Inc, et al., No. 1:04-cv-10981

ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer Inc, et al., No. 1:04-cv-12285 (transferred from D.N.J., No. 2:04-cv-02577)

International Union of Operating Engineers, Local No. 68 Welfare Fund v. Pfizer Inc, et al., No. 1:04-cv-12622 (transferred from D.N.J., No. 2:04-cv-04497)

Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana v. Pfizer Inc., et al., No. 1:04-cv-12620 (transferred from E.D. La., No. 2:04-cv-02509)

Lorraine Kopa v. Pfizer Inc, et al., No. 1:04-cv-12287 (transferred from S.D.N.Y., No. 1:04-cv-04593)

Gerald Smith v. Pfizer Inc, et al., No. 1:04-cv-12275 (transferred from S.D. Ind., No. 1:04-cv-01052)

Carolyn Hollaway, et al., v. Pfizer Inc, et al., No. 1:04-cv-12624 (transferred from E.D. Okla., No. 6:04-cv-00375)

------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

[PROPOSED] JUDGMENT

SARIS, U.S.D.J.                                           June 28, 2011

Pursuant to this Court's Memoranda and Orders dated May 13, 2009 (Docket No. 1780), December 10, 2010 (Docket No. 3154) and May 17, 2011 (Docket No. 3469), it is ORDERED

and ADJUDGED that judgment is hereby entered dismissing the claims of the following plaintiffs in favor of the defendants Pfizer Inc and Warner-Lambert Company LLC: Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; Gerald Smith; Lorraine Kopa; Jeanne Ramsey; and Carolyn Hollaway.

Issues relating to costs shall be resolved at a later date.

The Court finds that there is no just reason for delay and this is a final judgment as to all claims of the above-named plaintiffs pursuant to Federal Rule of Civil Procedure 54(b).

/s/ Patti B. Saris
Patti B. Saris
United States District Judge

Copies to: Counsel via ECF