UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Agee, et al., v. Pfizer, Inc., et al., 1:06-cv-11381-PBS;<br>Eaddy v. Pfizer Inc., 1:06-cv-11385-PBS. | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CLAIMS OF PLAINTIFFS SHEILA AGEE AND LEISA EADDY**

Plaintiffs Sheila Agee and Leisa Eaddy, by and through their undersigned counsel of record, hereby oppose the motion to dismiss of Defendants Pfizer Inc. and Warner-Lambert Company LLC (collectively "Pfizer" or "Defendants"). Filed June 13, 2011, the motion is Doc. 3507.

Argument

The circumstance the motion addresses no longer exists. Plaintiffs Agee and Eaddy have produced to the Defendants the authorizations for records which may not have been produced before. They were delivered via e-mail on June 17, 2011, four days after the motion was filed. In sending them to the Defendants, the Plaintiffs noted that they believed that they had been delivered earlier, on January 31, 2011, and March 1, 2011, respectively for Agee and Eaddy.

Now that the Defendants possess the authorizations, any prejudice to them is slight,

particularly compared to the price the Plaintiffs will pay if their claims are dismissed. Dismissal of their claims is not in order for that reason.

## Conclusion

The motion is due to be denied.

Respectfully submitted this 27th day of June, 2011.

By: /s/ William L. Bross_____
William L. Bross

HENINGER GARRISON DAVIS, LLP
2224 First Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336

*Attorney for Plaintiffs Agee and Eaddy*

## CERTIFICATE OF CONSULTATION

I certify that counsel for the Plaintiffs has attempted to narrow or resolve the issue presented by this motion, but has been unable to do so.

/s/ William L. Bross_____
William L. Bross

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case management Order #3 on June 27, 2011.

/s/ William L. Bross_____
William L. Bross