UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING, SALES
       PRACTICES AND PRODUCTS
       LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Marsha Holloway v. Pfizer Inc*
Case No. 06-cv-11387-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: July 6, 2011

/s/ W. Lewis Garrison
W. Lewis Garrison
Heninger Garrison Davis, LLC
2224 1st Ave N
Birmingham, AL  35203-4204
Tel:  (205) 326-3336
Email:  wlgarrison@hgdlawfirm.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

/s/ Ana M. Francisco
Ana M. Francisco
BBO # 564346
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 6, 2011.


<u>/s/ Ana. M. Francisco</u>
Ana M. Francisco