UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Alice Hairfield v. Pfizer Inc*
Case No. 08-cv-10930-PBS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: July 7, 2011

/s/ Derek T. Braslow
Derek T. Braslow
Pogust, Braslow & Millrood, LLC
Eight Tower Bridge
161 Washington Street, Suite 1520
Conshohocken, PA  19428
Tel:  (610) 941-4204
Email:  dbraslow@pbmattorneys.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

/s/ Ana M. Francisco
Ana M. Francisco
BBO # 564346
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 7, 2011.

       /s/ Ana. M. Francisco
       Ana M. Francisco