# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Harden Manufacturing Corporation; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Gerald Smith; Lorraine Kopa v. Pfizer Inc.; Jan Frank Wityk; and Gary Varnam, et al. v. Pfizer, Inc., et al.*, No. 1:04-cv-10981<br><br>*ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer In.c, et al.*, No. 1:04-cv-12285<br><br>*International Union of Operating Engineers, Local No. 68 Welfare Fund v. Pfizer Inc., et al.*, No. 1:04-cv-12622<br><br>*Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana v. Pfizer Inc., et al., No. 1:04-cv-12620*<br><br>*Lorraine Kopa v. Pfizer Inc., et al.*, No. 1:04-cv-12287<br><br>*Gerald Smith v. Pfizer Inc., et al.*, No. 1:04-cv-12275<br><br>*Carolyn Hollaway, et al., v. Pfizer Inc., et al.*, No. 1:04-cv-12624 | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that pursuant to FED. R. APP. P. 4(a)(1)(A), Plaintiffs Harden Manufacturing Corporation, International Union of Operating Engineers Local No. 68 Welfare

Fund, ASEA/AFSCME Local 52 Health Benefits Trust, Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana, Gerald Smith, Lorraine Kopa, Jeanne Ramsey, Carolyn Hollaway, Gary Varnam and Jan Frank Wityk hereby appeal the Court's (1) June 28, 2011 Judgment [Docket No. 3520], (2) May 13, 2009 Order denying Plaintiffs' renewed motion for certification of a class of third party payers and consumers for bipolar and other mood disorders [Docket No. 1780], (3) December 10, 2010 Order granting Defendants' motion for summary judgment with respect to all Class Plaintiffs except Gary Varnam and Jan Frank Wityk [Docket No. 3154], and (4) May 17, 2011 Order denying Plaintiffs' Motion for Reconsideration of the May 13, 2009 Order [Docket No. 3469] to the United States Court of Appeals for the First Circuit.  Each plaintiff is qualified to bring an appeal pursuant to FED. R. APP. P.  3(c)(3).

Dated: July 7, 2011                     Respectfully Submitted,

                                                        By:     **/s/ Thomas M. Sobol**
                                                                  Thomas M. Sobol
                                                                  Kristen Johnson Parker
                                                                  Hagens Berman Sobol Shapiro LLP
                                                                  55 Cambridge Parkway, Suite 301
                                                                  Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

                                                        By:     **/s/ Thomas Greene**
                                                                 Thomas Greene, Esquire
                                                                Greene LLP
                                                                33 Broad Street, 5th Floor
                                                                Boston, MA 02110

                                                        By:     **/s/ Elizabeth Cabraser**
                                                                Elizabeth Cabraser, Esquire
                                                               Lieff Cabraser Heimann & Bernstein
                                                               Embarcadero Center West
                                                               275 Battery Street, 30th Floor

        San Francisco, CA 94111-3339

By: **/s/ Don Barrett**
   Don Barrett, Esquire
   Barrett Law Office
   404 Court Square North
   P.O. Box 987
   Lexington, MS 39095

By: **/s/ Daniel Becnel, Jr.**
   Daniel Becnel, Jr., Esquire
   Law Offices of Daniel Becnel, Jr.
   106 W. Seventh Street
   P.O. Drawer H
   Reserve, LA 70084

By: **/s/ James Dugan**
   James R. Dugan, Esquire
   Dugan & Browne, PLC
   650 Poydras Street, Suite 2150
   New Orleans, LA 70130

*Members of the Class Plaintiffs'*
*Steering Committee*


## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 7, 2011.

        /s/ Thomas M. Sobol