UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x
In re: NEURONTIN MARKETING, SALES         : MDL Docket No. 1629
PRACTICES AND PRODUCTS                    :
LIABILITY LITIGATION                      : Master File No. 04-10981
------------------------------------------x
                                          : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
                                          : Magistrate Judge Leo T.
Johnson v. Pfizer Inc et al               : Sorokin
Case No. 06-10309 -PBS
------------------------------------------x

### DEFENDANTS' MOTION TO DISMISS CLAIMS OF PLAINTIFF ELMENIA JOHNSON

In accordance with Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b) and the orders of this Court, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer" or "Defendants"), respectfully move to dismiss the claims of Elmenia Johnson for failure to obey Court Orders and failure to prosecute. Even though it has been over 5 years since her suit was transferred to this Court, and in spite of multiple orders of this Court, Plaintiff Johnson has yet to provide authorizations for medical records or other records or a provider list to Pfizer. As such, Plaintiff's claims should be dismissed due to long-standing violations of the Court's basic discovery orders and for failure to prosecute. Pfizer also seeks its reasonable expenses, including attorneys' fees, incurred in making this motion.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims of Elmenia Johnson.

7/5/2011
Allowed
without opposition
Patti B Saris