UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:  NEURONTIN MARKETING, SALES       :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION             :  Master File No. 04-10981
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris
                                         :
THIS DOCUMENT RELATES TO:                :  Magistrate Judge Leo T.
                                         :  Sorokin
Kamaliha Y. Brewster                     :
Kamaliha Y. Brewster, et al. v. Pfizer Inc :
Case No. 06-cv-11022--PBS                :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules

of Civil Procedure for the United States District Courts, that the action be dismissed, with

prejudice and without costs or fees to any party.


Dated: July 8, 2011

| | |
|---|---|
| /s/ Newton B. Schwartz, Sr. | /s/ Mark S. Cheffo |
| Newton B. Schwartz, Sr. | Mark S. Cheffo |
| Law Offices of Newton B. Schwartz, Sr. | SKADDEN, ARPS, SLATE, |
| 1911 Southwest Freeway |    MEAGHER & FLOM LLP |
| Houston, TX 77098 | Four Times Square |
| Tel:  (713) 630-0708 | New York, NY 10036 |
| Email:  nbs@nbslawyers.com | Tel:  (212) 735-3000 |
| | |
| *Attorneys for Plaintiff* | /s/ Ana M. Francisco |
| | Ana M. Francisco |
| | BBO # 564346 |
| | ROPES & GRAY LLP |
| | Prudential Tower |
| | 800 Boylston Street |
| | Boston, MA 02199-3600 |
| | Tel: (617) 951-7000 |
| | |
| | *Attorneys for Defendants Pfizer Inc and* |
| | *Warner-Lambert Company LLC* |

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2011.

                                        /s/ Ana. M. Francisco
                                        Ana M. Francisco