UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Adkins v. Pfizer Inc,* Case No. 06-CV-10539-PBS
*Beckworth v. Pfizer Inc,* Case No. 06-CV-12213-PBS
*Brown v. Pfizer Inc,* Case No. 05-CV-11037-PBS
*Casico v. Pfizer Inc,* Case No. 06-CV-10536-PBS
*Cook v. Pfizer Inc,* Case No. 06-CV-10777-PBS
*Dane v. Pfizer Inc,* Case No. 05-CV-12384-PBS
*Dees v. Pfizer Inc,* Case No. 05-CV-11028-PBS
*Marzolo v. Pfizer Inc,* Case No. 05-CV-12387-PBS
*Montgomery v. Pfizer Inc,* Case No. 05-CV-11032-PBS
*Mustafa v. Pfizer Inc,* Case No. 06-CV-11394-PBS
*Richey v. Pfizer Inc,* Case No. 05-CV-12000-PBS
*Smith, Rosemary v. Pfizer Inc,* Case No. 05-CV-12386 & 06-CV-10535-PBS
*Stadler v. Pfizer Inc,* Case No. 08-CV-11330-PBS
*Sumait v. Pfizer Inc,* Case No. 05-CV-10832-PBS
*Vinyard v. Pfizer Inc,* Case No. 07-CV-12233-PBS
*Werner v. Pfizer Inc,* Case No. 05-CV-11994-PBS

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

**AMENDED DESIGNATION OF THE CONTENTS OF THE RECORD**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer"), respectfully submit this Amended Designation of the Contents of the Record for certain of the *pro se* cases listed in the June 23, 2011, Designation of the Contents of the Record pursuant to Rule 10.4(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. Defendants have attached as an exhibit a chart detailing the contents of the record for each *pro se* case listed in the above caption.

Dated: July 8, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  <u>/s/ Mark S. Cheffo</u>
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-
ROPES & GRAY LLP

By:  <u>/s/ Ana M. Francisco</u>
      Ana M. Francisco
      BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2011.

<u>/s/ Ana M. Francisco</u>
Ana M. Francisco