# AMENDED EXHIBIT 8

*Dane v. Pfizer Inc,* Case No. 05-CV-12384-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 08/26/05 |
| Answer | N/A | | 11/04/05 |
| MDL Case transferred in from District of Eastern District of Missouri case Number 4:05-cv-01376-CAS.(Paine, Matthew) (Entered: 11/29/2005) | | 13 | 11/28/05 |
| MOTION to Withdraw as Attorney *re: Dane v. Pfizer, et al. 05-CV-12384* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2919 | | 07/23/10 |
| MEMORANDUM in Support re 2919 MOTION to Withdraw as Attorney *re: Dane v. Pfizer, et al. 05-CV-12384* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2920 | | 07/23/10 |
| DECLARATION re 2919 MOTION to Withdraw as Attorney *re: Dane v. Pfizer, et al. 05-CV-12384 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2921 | | 07/23/10 |
| Magistrate Judge Leo T. Sorokin: FURTHER DISCOVERY ORDER REGARDING ALL PRODUCTS CASES entered (Simeone, Maria). (Entered: 07/28/2010) | 2990 | | 07/28/10 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 | | 04/19/11 |

| | | | |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 | | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) | | 17 | 05/24/11 |