# AMENDED EXHIBIT 9

*Dees v. Pfizer Inc,* Case No. 05-CV-11028-PBS

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 11/24/04 |
| Answer | N/A | | 01/11/05 |
| MDL Case transferred in from the Southern District of New York; Case Number 1:04-cv-09304., filed by John Dees, Betty Dees. (Attachments: # 1 Original Docket)(Abaid, Kim) (Entered: 05/18/2005) | | 10 | 05/17/05 |
| MOTION to Withdraw as Attorney *re: Dees v. Pfizer, et al. 05-CV-11028* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) (Entered: 07/23/2010) | 2922 | | 07/23/10 |
| MEMORANDUM in Support re 2922 MOTION to Withdraw as Attorney *re: Dees v. Pfizer, et al. 05-CV-11028* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2923 | | 07/23/10 |
| DECLARATION re 2922 MOTION to Withdraw as Attorney *re: Dees v. Pfizer, et al. 05-CV-11028 of Kenneth B. Fromson, Esq.* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 07/23/2010) | 2924 | | 07/23/10 |
| Magistrate Judge Leo T. Sorokin: FURTHER DISCOVERY ORDER REGARDING ALL PRODUCTS CASES entered (Simeone, Maria). (Entered: 07/28/2010) | 2990 | | 07/28/10 |
| STATEMENT OF COUNSEL of Defendants *Submission Regarding Pro Se Cases for Remand* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ropple, Lisa) (Entered: 03/30/2011) | 3385 | | 03/30/11 |

| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered. (Attachments: # 1 Attachment A). (Anderson, Jennifer) (Entered: 04/19/2011) | 3416 |    | 04/19/11 |
|---|---|---|---|
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL PANEL. (Jones, Sherry) (Entered: 05/06/2011) | 3450 |    | 05/06/11 |
| Certified copy of MDL Conditional REMAND Order in MDL Case 1629 received from the MDL panel. (Emailed the clerks for the district the case originated) Associated Cases: 1:06-cv-10535-PBS et al.(Jones, Sherry) (Entered: 05/24/2011) |    | 13 | 05/24/11 |