UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES :
PRACTICES, AND PRODUCTS : MDL Docket No. 1629
LIABILITY LITIGATION :
:
------------------------------------------------x Master File No. 04-10981
:
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
Jennifer Mecija, Jhoanne Mecija, and Jeffrey Mecija, all : Magistrate Judge Leo T.
individually and as successors in interest to Estate of Henry C. : Sorokin
Mecija v. Pfizer Inc, et al.
No. 06-cv-11445
------------------------------------------------x

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS STIPULATED AND AGREED** by Plaintiffs, Jennifer Mecija, Jhoanne Mecija, and Jeffrey Mecija, all individually and as successors in interest to Estate of Henry C. Mecija, Deceased, and Defendants Pfizer Inc; Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company, LLC; Warner-Lambert Company; and Warner Lambert Company, LLC, through authorized counsel below, that, pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiffs above with prejudice as to all claims and all defendants, with each party to bear its own costs and attorneys' fees.

Dated:  July 8, 2011

EDGAR LAW FIRM

By: /s/ Jeremy Fietz_____
     Jeremy Fietz

408 College Avenue
Santa Rosa, CA 95401
Tel:  (800) 545-6409
email:  jeremy@classattorneys.com

*Attorneys for Plaintiffs*

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ Mark S. Cheffo_____
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
email:  Mark.Cheffo@skadden.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

ROPES & GRAY LLP

By: /s/ Ana M. Francisco_____
     Ana M. Francisco
     BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2011.

                    /s/ Ana M. Francisco
                    Ana M. Francisco