UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc., Page 1

District Court Number: 04-cv-10981

Fee: Paid? Yes  X  No ___  Government filer ___  *In Forma Pauperis* Yes ___  No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes  X  No ___ | Sealed documents | Yes  X  No ___ |
| *If yes, document #* | 2298, 2334, 2337 | *If yes, document #* | 654, 1180, 1234 |
| *Ex parte* documents | Yes ___ No  X | Transcripts | Yes  X  No ___ |
| *If yes, document #* | | *If yes, document #* | 66, 128, 200, 229 |

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ___  Other: ___

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:
Notice of Appeal, Judgment, 1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 , filed on 7/7/2011 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 2 |
| District Court Number: | 04-cv-10981 |

Fee:  Paid? Yes **X**  No ___  Government filer ___  *In Forma Pauperis* Yes ___  No **X**

| | | | |
|---|---|---|---|
| Motions Pending | Yes **X** No ___ | Sealed documents | Yes **X** No ___ |
| *If yes, document #* | 2340, 2350, 2581 | *If yes, document #* | 1251, 1330, 1331 |
| *Ex parte* documents | Yes ___ No **X** | Transcripts | Yes **X** No ___ |
| *If yes, document #* | | *If yes, document #* | 324, 390, 423, 461 |

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ___   Other: ___

Appeal from:    Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, *1780, 3154, 3469*

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529____, filed on 7/7/2011____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/19/2011____.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 3

District Court Number: 04-cv-10981

Fee:   Paid? Yes __ No _X_   Government filer ____   *In Forma Pauperis* Yes ____ No _X_

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ____ | Sealed documents | Yes _X_ No ____ |
| *If yes, document #* | 2586, 2609, 2611 | *If yes, document #* | 1347, 1468, 1588 |
| *Ex parte* documents | Yes ____ No _X_ | Transcripts | Yes _X_ No ____ |
| *If yes, document #* | | *If yes, document #* | 477, 502, 503, 607 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, 1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 , filed on 7/7/2011 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,  Page 4

District Court Number: 04-cv-10981

Fee:  Paid?  Yes  X  No ____  Government filer ____  *In Forma Pauperis* Yes ____ No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes  X  No ____ | Sealed documents | Yes  X  No ____ |
| *If yes, document #* | 2643, 2656, 2664 | *If yes, document #* | 1589, 1593, 1594 |
| *Ex parte* documents | Yes ____ No  X | Transcripts | Yes  X  No ____ |
| *If yes, document #* | | *If yes, document #* | 661, 686, 734, 745 |

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ____  Other: ____

Appeal from:  Judgment, 1780, 3154, 3469

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:
Notice of Appeal, Judgment,  1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 ____ , filed on 7/7/2011 ____ .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011 ____ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 5

District Court Number: 04-cv-10981

Fee:  Paid?  Yes  X  No ____   Government filer ____   *In Forma Pauperis* Yes ____  No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes  X  No ____ | Sealed documents | Yes  X  No ____ |
| *If yes, document #* | 2666, 2696, 2699 | *If yes, document #* | 1786 att. 1-16, 32 |
| *Ex parte* documents | Yes ____ No  X | Transcripts | Yes  X  No ____ |
| *If yes, document #* | | *If yes, document #* | 768, 912, 915, 986 |

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ____   Other: ____

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, 1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 ____, filed on 7/7/2011 ____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/19/2011 ____.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 6

District Court Number: 04-cv-10981

Fee: Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

Motions Pending   Yes __X__ No ____      Sealed documents   Yes __X__ No ____
If yes, document #   2708, 2720, 2745      If yes, document #   1791, 1792, 1793

*Ex parte* documents   Yes ____ No __X__      Transcripts   Yes __X__ No ____
If yes, document #                            If yes, document #   1086, 1087, 1154

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

  I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal, Judgment   1780; 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 , filed on 7/7/2011 .

  In testimony whereof, I hereunto set my hand and affix the seal of this Court on   8/19/2011  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 7

District Court Number: 04-cv-10981

Fee:  Paid?  Yes  X  No ____   Government filer ____   In Forma Pauperis  Yes ____  No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes X No ____ | Sealed documents | Yes X No ____ |
| If yes, document # | 2748, 2860, 3052 | If yes, document # | 1795, 1811, 1812 |
| Ex parte documents | Yes ____ No X | Transcripts | Yes X No ____ |
| If yes, document # | | If yes, document # | 1156, 1249, 1250 |

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ____   Other: ____

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, 1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 ____, filed on 7/7/2011 ____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/19/2011 ____.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,    Page 8

District Court Number: 04-cv-10981

Fee:   Paid?   Yes ___  No _X_   Government filer ___   *In Forma Pauperis* Yes ___   No _X_

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ___ | Sealed documents | Yes _X_ No ___ |
| *If yes, document #* | 3083, 3180, 3252 | *If yes, document #* | 1813, 1815, 1845 |
| *Ex parte* documents | Yes ___ No _X_ | Transcripts | Yes _X_ No ___ |
| *If yes, document #* | | *If yes, document #* | 1328, 1358, 1359 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, 1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529____, filed on 7/7/2011_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011____.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 9

District Court Number: 04-cv-10981

Fee:   Paid? Yes _X_ No ___   Government filer ___   *In Forma Pauperis* Yes ___ No _X_

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ___ | Sealed documents | Yes _X_ No ___ |
| If yes, document # | 3253, 3339, 3364 | If yes, document # | 1846 att.1 exh. A |
| *Ex parte* documents | Yes ___ No _X_ | Transcripts | Yes _X_ No ___ |
| If yes, document # | | If yes, document # | 1369, 1482, 1931 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, 1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529, filed on 7/7/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | Kaiser Foundation Health Plan, et al v. Pfizer Inc.,    Page 10 |
| District Court Number: | 04-cv-10981 |

Fee:   Paid? Yes _X_ No ___   Government filer ___   *In Forma Pauperis* Yes ___ No _X_

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ___ | Sealed documents | Yes _X_ No ___ |
| If yes, document # | 1175, 3396, 3403 | If yes, document # | 1873, 1919-1921 |
| *Ex parte* documents | Yes ___ No _X_ | Transcripts | Yes _X_ No ___ |
| If yes, document # | | If yes, document # | 1369, 1482, 1931 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, *1780, 3154, 3469*

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 ___, filed on 7/7/2011 ___.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011 ___.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,    Page 11

District Court Number: 04-cv-10981

Fee:  Paid?  Yes __ No  X __   Government filer ____   *In Forma Pauperis*  Yes ____   No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes  X  No ___ | Sealed documents | Yes  X  No ___ |
| *If yes, document #* | 3413, 3434, 3465 | *If yes, document #* | 1931, 1939, 2069 |
| *Ex parte* documents | Yes ___ No  X | Transcripts | Yes  X  No ___ |
| *If yes, document #* | | *If yes, document #* | 1740, 2032, 2051 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:    Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment,  1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 ____, filed on 7/7/2011 ____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011 ____.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 12

District Court Number: 04-cv-10981

Fee:   Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes __X__ No ____ |
| *If yes, document #* | 3580 | *If yes, document #* | 2092, 2102, 2107 |
| *Ex parte* documents | Yes ____ No __X__ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 2052, 2077, 2082 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, 1780; 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529____, filed on 7/7/2011____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011____.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 13

District Court Number: 04-cv-10981

Fee:   Paid?   Yes _X_   No ___   Government filer ___   *In Forma Pauperis* Yes ___   No _X_

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ___ | Sealed documents | Yes _X_ No ___ |
| *If yes, document #* | | *If yes, document #* | 2136, 2137, 2268 |
| *Ex parte* documents | Yes ___ No _X_ | Transcripts | Yes _X_ No ___ |
| *If yes, document #* | | *If yes, document #* | 2114, 2262, 2535 |

Notice of Appeal filed by:   Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment,   1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 ___, filed on 7/7/2011 ___.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011 ___.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 14

District Court Number: 04-cv-10981

Fee:  Paid? Yes _X_ No ___   Government filer ___   *In Forma Pauperis* Yes ___ No _X_

Motions Pending  Yes _X_ No ___    Sealed documents  Yes _X_ No ___
*If yes, document #*                 *If yes, document #*

*Ex parte* documents  Yes ___ No _X_    Transcripts  Yes _X_ No ___
*If yes, document #*                 *If yes, document #*  2589, 2591-2595

Notice of Appeal filed by: Plaintiff/Petitioner _X_  Defendant/Respondent ___  Other: ___

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:
Notice of Appeal, Judgment, *1780, 3154, 3469*

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 ___, filed on 7/7/2011 ___.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/19/2011 ___.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 15

District Court Number: 04-cv-10981

Fee:   Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

Motions Pending   Yes __X__ No ____         Sealed documents     Yes __X__ No ____
*If yes, document #*                         *If yes, document #*

*Ex parte* documents   Yes ____ No __X__    Transcripts          Yes __X__ No ____
*If yes, document #*                         *If yes, document #*  2650-2654, 2764

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:
   Notice of Appeal, Judgment, *1780, 3154, 3469*

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529, filed on 7/7/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc.,   Page 16

District Court Number: 04-cv-10981

Fee:   Paid? Yes _X_ No ___   Government filer ___   *In Forma Pauperis* Yes ___ No _X_

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ___ | Sealed documents | Yes _X_ No ___ |
| If yes, document # | | If yes, document # | |
| *Ex parte* documents | Yes ___ No _X_ | Transcripts | Yes _X_ No ___ |
| If yes, document # | | If yes, document # | 2765-2774, 3558 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   Judgment, 1780, 3154, 3469

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, 1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 ___, filed on 7/7/2011 ___.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011 ___.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | Kaiser Foundation Health Plan, et al v. Pfizer Inc.,    Page 17 |
| District Court Number: | 04-cv-10981 |

Fee:    Paid?  Yes  _X_  No ____    Government filer ____    *In Forma Pauperis*  Yes ____  No _X_

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ____ | Sealed documents | Yes _X_ No ____ |
| *If yes, document #* | | *If yes, document #* | 585, 586, 647 |
| *Ex parte* documents | Yes ____ No _X_ | Transcripts | Yes _X_ No ____ |
| *If yes, document #* | | *If yes, document #* | 3459, 3288 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_    Defendant/Respondent ____    Other: ____

Appeal from:    Judgment, 1780, 3154, 3469

Other information:    Additional Sealed Documents 1181, 1234, 1692, 1756, 1784, 1786

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, 1780, 3154, 3469

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3529 _____, filed on 7/7/2011 _____.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011 _____.

                                          **SARAH ALLISON THORNTON**
                                          Clerk of Court

                                          /s/ Jeanette Ramos
                                          Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**