UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>Harden Manufacturing Corporation; Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/AFSCME Local 52 Health Benefits Trust; Gerald Smith; Lorraine Kopa v. Pfizer Inc.; Jan Frank Wityk; and Gary Varnam, et al. v. Pfizer, Inc., et al., No. 1:04-cv-10981<br><br>ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer Inc., et al., No. 1:04-cv-12285<br><br>International Union of Operating Engineers, Local No. 68 Welfare Fund v. Pfizer Inc., et al., No. 1:04-cv-12622<br><br>Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana v. Pfizer Inc., et al., No. 1:04-cv-12620<br><br>Lorraine Kopa v. Pfizer Inc., et al., No. 1:04-cv-12287<br><br>Gerald Smith v. Pfizer Inc., et al., No. 1:04-cv-12275<br><br>Carolyn Hollaway, et al., v. Pfizer Inc., et al., No. 1:04-cv-12624 | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P. 10(b)(1)
AND <u>APPELLANTS' STATEMENT OF ISSUES ON APPEAL</u>**

Pursuant to Fed. R. App. P. 10(b)(1)(B), Plaintiffs/Appellants Harden Manufacturing

Corporation, International Union of Operating Engineers Local No. 68 Welfare Fund,

ASEA/AFSCME Local 52 Health Benefits Trust, Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana, Gerald Smith, Lorraine Kopa, Jeanne Ramsey, Carolyn Hollaway, Gary Varnam and Jan Frank Wityk hereby certify that in connection with their notice of appeal [Docket No. 3529] filed on July 7, 2011, they have not ordered any additional transcripts as all transcripts from the relevant class certification and summary judgment hearings are already included in the record.

In addition, Plaintiffs/Appellants, pursuant to Fed. R. App. P. 10(b)(3)(A), hereby state that they currently intend to present the following issues on appeal:

1. Whether the District Court erroneously denied the Plaintiffs' Renewed Motion for Class Certification.

2. Whether the District Court erroneously denied the Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification as to Consumer and Third Party Payor Bipolar and Mood Disorder Subclasses.

3. Whether the District Court erroneously granted summary judgment in favor of the Defendants with respect to all Class Plaintiffs except Gary Varnam and Jan Frank Wityk.

Dated: July 21, 2011                    Respectfully Submitted,

                                        By:    /s/ Thomas M. Greene
                                               Thomas M. Greene, Esq.
                                               Ilyas J. Rona, Esq.
                                               GREENE LLP
                                               33 Broad Street, 5th Floor
                                               Boston, MA 02110
                                               (617) 261-0040
                                               tgreene@greenellp.com

By: /s/ Thomas M. Sobol
Thomas M. Sobol, Esq.
Kristen Johnson Parker, Esq.
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

By: /s/ Elizabeth Cabraser
Elizabeth Cabraser, Esq.
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: /s/ Don Barrett
Don Barrett, Esq.
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: /s/ Daniel Becnel, Jr.
Daniel Becnel, Jr., Esq.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: /s/ James Dugan
James R. Dugan, Esq.
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs'
Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 21, 2011.

/s/ Thomas M. Greene
Thomas M. Greene

3