Exhibit 1

# Exhibit 1

## Utilization of Neurontin By Kaiser Region

(source TX 268)

| Region | Percentage |
|---|---|
| Northern California | 42% |
| Southern California | 32% |
| Northwest | 8% |
| Mid-Atlantic | 6% |
| Colorado | 4% |
| Georgia | 3% |
| Hawaii | 3% |
| Ohio | 2% |
| **Total** | **100%** |