UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| KAISER FOUNDATION HEALTH PLAN, et al. v. PFIZER INC., 04 CV 10739 (PBS) | |
| | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS'
BRIEF CONCERNING KAISER FOUNDATION HEALTH PLAN'S STANDING
TO RECOVER ON BEHALF OF ITS REGIONAL SUBSIDIARIES**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer" or "Defendants") hereby seek leave to file a short response to Plaintiffs' Brief Concerning Kaiser Foundation Health Plan's Standing to Recover on Behalf of Its Regional Subsidiaries.

By order dated July 18, 2011, this Court ordered Kaiser Foundation Health Plan "to submit a brief to the Court on the issue of Kaiser Foundation Health Plan's standing to recover for the regional subsidiaries." (July 18, 2011 Order). The Court directed Kaiser Foundation Health Plan to "provide cites to the record to explain which entities incurred the damages for the purchases of Neurontin caused by the misrepresentations." (*Id.*) The Court further directed that, "[i]f the subsidiaries purchased the drugs, Kaiser shall propose a method for allocating damages or for joining the appropriate parties for the purpose of a remedy." (*Id.*).

On July 25, 2011, Plaintiffs filed a memorandum but did not answer the questions that the Court posed. Instead, they argued that Kaiser Foundation Health Plan's ("KFHP's") subsidiaries are parties to this case (*see* Pl. Mem. at 2-5) even though they were never named as parties in any pleading. Alternatively, Plaintiffs argue that KFHP's subsidiaries can be added as parties at this stage of the case even though the trial ended over a year ago and judgment has already been entered. (*See id.* at 5.) Plaintiffs further argue that damages can be "allocated" to KFHP's non-party subsidiaries based on a new exhibit that was not entered at trial. (*See id.* at 4-5 & Exhibit 1.)

Pfizer contacted Ms. Nussbaum this afternoon and indicated that it would like to expeditiously file a short response of no more than 5 pages. Unfortunately, Ms. Nussbaum refused to consent to a response, and Pfizer is now forced to move this Court for leave to state its position. Accordingly, Pfizer respectfully requests leave to file a response of no more than 5 pages on or before August 1, 2011.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file a brief, not to exceed five pages, in response to Plaintiffs' Brief Concerning Kaiser Foundation Health Plan's Standing to Recover on Behalf of Its Regional Subsidiaries.

Dated: July 25, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:    /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:    /s/ Raoul D. Kennedy
       Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400
Email: Raoul.Kennedy@skadden.com

---

RULE 7.1 CERTIFICATE

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

/s/ Katherine Armstrong
Katherine Armstrong

| CERTIFICATE OF SERVICE | WHEELER TRIGG O'DONNELL LLP |
|---|---|
| I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 25, 2011.<br><br>        /s/ Mark S. Cheffo<br>        Mark S. Cheffo | By:   /s/ James E. Hooper<br>         James E. Hooper<br><br>1801 California Street<br>Suite 3600<br>Denver, CO 80202-2617<br>Tel:  (303) 244-1800<br>Email:  hooper@wtotrial.com<br><br>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |