UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Accetullo et al. v. Pfizer Inc., et al.*, 1:06-cv-10912-PBS<br><br>*Anderson et al. v. Pfizer Inc., et al.*, 1:06-cv-11024-PBS<br><br>*Brewster et al. v. Pfizer Inc., et al.*, 1:06-cv-11022-PBS<br><br>*Girard et al. v. Pfizer Inc., et al.*, 1:06-cv-11023-PBS | |

## **ORDER**

Came to be presented and heard the Schwartz firm's Motion to Stay Discovery, and the Plaintiff having shown good cause for such, it is hereby ORDERED that all discovery in the cases identified by Schwartz in his Exhibit "A" (filed under seal as an attachment to the Declaration of Newton B. Schwartz in Support of Motion to Stay Discovery) shall be suspended pending resolution or further instruction from the Court regarding the same.

SIGNED this _____ day of _____, 2011.

_____
U.S. DISTRICT JUDGE