UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> *Accetullo et al. v. Pfizer Inc., et al.,* 1:06-cv-10912-PBS <br><br> *Anderson et al. v. Pfizer Inc., et al.,* 1:06-cv-11024-PBS <br><br> *Brewster et al. v. Pfizer Inc., et al.,* 1:06-cv-11022-PBS <br><br> *Girard et al. v. Pfizer Inc., et al.,* 1:06-cv-11023-PBS | |

**MEMORANDUM IN SUPPORT OF MOTION TO STAY DISCOVERY**

The Law Office of Newton B. Schwartz Sr. (hereinafter "Schwartz" or "Schwartz firm"), counsel for numerous product liability plaintiffs in this Multi-District Litigation, submits this Memorandum in Support of the Motion to Stay Discovery for Plaintiffs identified herein. The Order requested is appropriate to assist all parties in the efficient coordination of discovery and to avoid the burden of unnecessary expense.

This list is now provided in an effort to assist Defendant and the Court in the efficient coordination of discovery and to avoid unnecessary expenditure of time and resources by all

parties in those cases for which further prosecution may not be pursued.[1] (*See* Exhibit "A", attached to the accompanying declaration of Newton B. Schwartz, Sr. and filed under seal to avoid any prejudice to the Plaintiffs listed therein.)

For each of the Plaintiffs identified in Exhibit "A", the local referring attorneys have been or will shortly be notified that it is the Schwartz firm's intention, absent revelation of new information, to withdraw from these cases and further requesting of local counsel a recommendation for agreed dismissal. Schwartz asks the Court to, as was suggested during the hearing of April 26, 2011 to temporarily suspend discovery in these cases to avoid the burden of cost and expense to all parties.

For the reasons stated in this memorandum and the motion which it accompanies, the Schwartz firm asks the Court to stay discovery in the cases listed in Exhibit "A" which have been identified by Schwartz as candidates for withdrawal of counsel or possible dismissal; and for such other and further relief, at law or in equity, to which Plaintiffs may show themselves to be justly entitled to receive.

Respectfully submitted,

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:    (713) 630-0708
Facsimile:     (713) 630-0789

---

[1] The identification of particular plaintiffs in this motion or the attachments thereto is not intended by Schwartz to be, and should not be construed as, a comment on the merits of the individual cases.

## CERTIFICATE OF SERVICE

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 26th day of July, 2011.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
