UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Accetullo et al. v. Pfizer Inc., et al.,* 1:06-cv-10912-PBS<br><br>*Anderson et al. v. Pfizer Inc., et al.,* 1:06-cv-11024-PBS<br><br>*Brewster et al. v. Pfizer Inc., et al.,* 1:06-cv-11022-PBS<br><br>*Girard et al. v. Pfizer Inc., et al.,* 1:06-cv-11023-PBS | |

### DECLARATION OF NEWTON B. SCHWARTZ
### IN SUPPORT OF PLAINTIFF'S MOTION TO STAY DISCOVERY

I, Newton B. Schwartz, Sr., declare and state as follows:

1. I am an attorney with the Law Office of Newton B. Schwartz, Sr., counsel for Plaintiffs in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a list of Plaintiffs who have been identified by counsel as candidates for discontinuation of prosecution and/or the withdrawal therefrom.

    /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on July 26, 2011.

    /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.