UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------- x
                                                              :   MDL DOCKET NO. 1629
In re:  NEURONTIN MARKETING, SALES                            :
        PRACTICES AND PRODUCTS                                :   Master File No. 04-10981
        LIABILITY LITIGATION                                  :
                                                              :   Judge Patti B. Saris
                                                              :
                                                              :   Magistrate Judge Leo T. Sorokin
                                                              :
------------------------------------------------------------- x
                                                              :
THIS DOCUMENT RELATES TO:                                     :
                                                              :
   Accetullo et al. v. Pfizer Inc., et al.,                   :
   1:06-cv-10912-PBS                                          :
                                                              :
   Anderson et al. v. Pfizer Inc., et al.,                    :
   1:06-cv-11024-PBS                                          :
                                                              :
   Brewster et al. v. Pfizer Inc., et al.,                    :
   1:06-cv-11022-PBS                                          :
                                                              :
   Girard et al. v. Pfizer Inc., et al.,                      :
   1:06-cv-11023-PBS                                          :
------------------------------------------------------------- x
```

## CERTIFICATE OF CONSULTATION

I, Newton B. Schwartz, Sr., certify pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts that counsel for the Pfizer Defendants have been consulted regarding the Motion to Stay Discovery [3542] filed July 26, 2011 and have indicated they are not opposed to the motion.

Respectfully submitted,

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098

Telephone: (713) 630-0708
Facsimile: (713) 630-0789

## CERTIFICATE OF SERVICE

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 28th day of July, 2011.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.