*[Handwritten margin note, left side, vertical:]* Plaintiff's Counsel shall pay the lawsuit Wood Patterson amounts of Plaintiffs Agee and Eaddy if Counsel agree against the Court. However, the Court is finally filed. However, the Court awards attorney fees against Denied on no ground that

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------x
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS; : Magistrate Judge Leo T.
*Eaddy v. Pfizer Inc.,* 1:06-cv-11385-PBS. : Sorokin
---------------------------------------x

## DEFENDANTS' MOTION TO DISMISS
## CLAIMS OF PLAINTIFFS SHEILA AGEE AND LEISA EADDY

In accordance with Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b) and the orders of this Court, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer" or "Defendants"), respectfully move to dismiss the claims of Plaintiffs' Sheila Agee and Leisa Eaddy for failure to obey Court orders and failure to prosecute. Even though it has been nearly 5 years since their suits were transferred to this Court, Plaintiffs Agee and Eaddy have yet to provide any authorizations for medical records, despite Pfizer's repeated requests. As such, their claims should be dismissed due to their long-standing violations of the Court's basic discovery orders and for failure to prosecute. Pfizer also seeks its reasonable expenses, including attorneys' fees, incurred in making this motion.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims of Plaintiffs Sheila Agee and Leisa Eaddy.