UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,          :    MDL Docket No. 1629
SALES PRACTICES, AND                 :
PRODUCTS LIABILITY LITIGATION        :    Master File No. 04-10981
---------------------------------------------------------------x    Judge Patti B. Saris
                                     :
THIS DOCUMENT RELATES TO:            :    Magistrate Judge Leo T. Sorokin
PLAINTIFFS' PRODUCTS LIABILITY GROUP :
                                     :
---------------------------------------------------------------x

### APPLICATION OF HARRIS L. POGUST FOR INTERIM AWARD OF COMMON BENEFIT EXPENSES

To the Honorable Court:

Harris L. Pogust makes application to the Court for an interim award of Common Benefit expenses that have been incurred on behalf of the plaintiffs' products liability cases that have been settled as of this time.

The expenses made the subject of this Application, together with the evidence and authorities in support of this Application, are set out in the accompanying memorandum, declarations, and Exhibit "A".

### Certificate of Consultation

Your Applicant believes that this Application is unopposed. Your Applicant has consulted with the attorneys and parties whose interests are affected by this Application, and as of the date of filing this Application, it is unopposed.

[Handwritten annotation in left margin: 8/1/2011 DENIED without prejudice. Finkelstein shall explain the basis for the application and Two expert's contribution to the inv[oice]. Also, I need a more detailed invoice. /s/ Saris]

1