*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

**MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 8/1/11**

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Defendants' Motion for Entry of Judgment under Rule 54(b) and 58(a) as to Plaintiffs Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/ASCME Local 52 Health Benefits Trust; Louisiana Health Service Indemnity Company d/b/a BCBS Louisiana; Gerald Smith, Lorraine Kopa; Jeanne Ramsey and Carolyn Holloway [Docket No. 3496] dated May 31, 2011<br><br>• June 28, 2011 – Order Entered – Judgment Entered dismissing the claims of the following plaintiffs in favor of Defendants Pfizer Inc and Warner-Lambert Company LLC: Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/ASCME Local 52 Health Benefits Trust; Louisiana Health Service Indemnity Company d/b/a BCBS Louisiana; Gerald Smith; Lorraine Kopa; Jeanne Ramsey; and Carolyn Holloway [Docket No. 3520]<br><br>    o July 7, 2011 – Class Plaintiffs' Notice of Appeal re [3520] Judgment; [1780] Order; [3154] Order; re Plaintiffs: Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/ASCME Local 52 Health Benefits Trust; Louisiana Health Service Indemnity Company d/b/a BCBS Louisiana; Gerald Smith; Lorraine Kopa; Jeanne Ramsey; and Carolyn Holloway [Docket No. 3529] Assigned as case no 11-1806<br><br>    o July 21, 2011 – Appellants' Statement of Issues on Appeal [Docket No. 3535] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS filed as: 04-10958-PBS 04-10739-PBS | D. Mass. cases originally filed. | • Notice of Appeal by Aetna [Docket No. 3476]<br><br>• March 22, 2011 - Motion for Amended and Additional Findings [Docket No. 3364]<br><br>   o March 22, 2011 - Memorandum in Support re Motion for Amended and Additional Findings [Docket No. 3365]<br><br>   o April 19, 2011 - Memorandum in Opposition re [Docket No. 3364] Motion for Amended and Additional Findings [Docket No. 3420]<br><br>   o May 3, 2011 Reply to Response to [Docket No. 3364] Motion for Amended and Additional Findings [Docket No. 3445]<br><br>• July 25, 2011 – Kaiser's Brief in Response to Electronic Order on July 18, 2011 regarding Standing to Recover for the Regional Subsidiaries [Docket No. 3537]<br><br>• August 1, 2011 – Response to [Docket No. 3537] Plaintiffs' Brief Regarding Their Purported Standing to Recover on Behalf of Non-Party Subsidiaries [Docket No. 3554] |
| ***Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.*** **Mass. Docket No. 05-10535 – PBS** | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Stayed pursuant to the terms of Court's Order of Consolidation [Docket No. 3478] dated July 20, 2005<br><br>• Joint Statement of Counsel re Status and Management of Case [Docket No. 3478] dated May 20, 2011<br><br>• Stayed pursuant to Stipulation [Docket No. 3500] so ordered on June 10, 2011 |
| ***Allen et al v. Pfizer, Inc. et al,*** **Mass. Docket No. 05-10797 – PBS** | 05-10797-PBS | D. Mass. (removed from Massachusetts Suffolk Superior Court) | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand, stayed |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* **Mass. Docket No. 05-10797 – PBS** *(cont'd)* | | | o   May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131] |
| | | | o   May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132] |
| | | | o   June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142] |
| | | | o   June 16, 2005 – Request for Oral Argument, by Defendant Pfizer [Docket No. 153] |
| | | | o   June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155] |
| | | | o   August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213] |
| | | | o   August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214] |
| | | | o   August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215] |
| | | | o   October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241] |
| | | | o   October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242] |
| | | | o   November 10, 2005 – Order by Magistrate Judge Leo T. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* **Mass. Docket No. 05-10797 – PBS** *(cont'd)* | | | Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248] <br><br> o  November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251] <br><br> o  November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252] <br><br> o  December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258] <br><br> o  February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McMinn v. Pfizer, 04-2690* | 05-10390-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3 <br><br> • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | 05-10598-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4 <br><br> • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Davis v. Pfizer, 05-39* | 05-10680-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br><br>• Motion to Remand, stayed<br><br>  o  August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]<br><br>  o  September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br><br>  o  September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br><br>  o  February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524* | 06-12295-PBS | M.D. Alabama | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br><br>• Motion to Remand, *sub judice* |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524 (cont'd)* | | | o  February 27, 2007 – Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 650]<br><br>o  February 28, 2007 – Defendants' Response to [Dkt # 650] Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 656]<br><br>o  April 5, 2007 – Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 712]<br><br>o  April 9, 2007 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion To Remand and in Response to Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 720]<br><br>o  April 9, 2007 – Defendant David Longmire's Memorandum Identifying Certain Inaccurate Representations Asserted in Plaintiffs' Supplemental Memorandum in Support of the Motion To Remand [Docket No. 721]<br><br>o  April 13, 2007 – Plaintiffs' Supplemental Reply Memorandum in Support of Motion To Remand [Docket No. 730]<br><br>o  April 17, 2007 – Hearing before Magistrate Judge Sorokin (pursuant to Magistrate Sorokin's March 9, 2007 electronic order)<br><br>o  January 28, 2008 – Plaintiffs' Submission of Additional Authority on Motion to Remand [Docket No. 1094]<br><br>•  Joint Statement of Counsel re Status and Management of Case [Docket No. 3479] dated May 20, 2011 |

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, *sub judice*<br><br>○ May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>○ May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>○ May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>○ May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>○ June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>○ June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice.<br><br>○ June 23, 2005 – Defendants' Amended Motion with Regard |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | to Case Management Order No. 4 [Docket No. 164] |
| | | | o   June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165] |
| | | | o   July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174] |
| | | | o   July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175] |
| | | | o   August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164] |
| | | | o   Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| | | | •   Plaintiffs' Motion on Consent for a Case Management Order Establishing A Discovery Schedule Regarding the Generic Gabapentin Defendants |
| | | | o   August 24, 2010 –Motion on Consent for a Case Management Order Establishing A Discovery Schedule Regarding the Generic Gabapentin Defendants [Docket No. 3046]; Memorandum in Support [Docket No. 3047] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | <ul><li>Defendants' Motion to Dismiss for Failure to Comply with August 4, 2010 Court Order<ul><li>August 30, 2010 – Motion to Dismiss for Failure to Comply with August 4, 2010 Court Order [Docket No. 3052]; Memorandum in Support [Docket No. 3053]; Declaration [Docket No. 3054]</li><li>September 24, 2010 – Notice of Documents Related to Defendants' Motion to Dismiss for Failure to Comply with August 4, 2010 Order [3073]</li></ul></li><li>February 17, 2011 – Defendants Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order<ul><li>February 17, 2011 – Defendants Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order [Docket No. 3298] Declaration in Support [Docket No. 3299]</li><li>March 14, 2011 – Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order [Docket No. 3339] Declaration re Motion to Compel Docket No. 3340]</li></ul></li><li>March 29, 2011 – Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket No. 3375]<ul><li>March 29, 2011 Memorandum in support re Motion for Sanctions [Docket No. 3376] Declaration re Motion for Sanctions [Docket No. 3377] Sealed Declaration re Motion to Impose Sanctions [Docket No. 3381]</li></ul></li></ul> |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | o   April 11, 2011 Opposition to Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket Nos. 3401 & 3402] Declaration in Support [3403]<br><br>o   April 20, 2011 Reply in Further Support of Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket No. 3427] Declaration in Support [3428] |
| *Brodsky v. Pfizer, 04-7960*<br>*Sumait v. Pfizer, 04-8719* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Cases Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session<br><br>• Suggestion of Remand entered on April 19, 2011 re: *Sumait v. Pfizer* |
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005<br><br>• April 30, 2010 –*Dees v. Pfizer*: Notice of Death of a Party Pursuant to Fed. R. Civ. P. 25 [Docket No. 2807] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Mendoza v. Pfizer, 05-74*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | | | • *Feyer v. Pfizer* – Defendants' Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief<br><br>   o  September 16, 2010 - Defendants' Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3070]; Defendants' Memorandum in Support of Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3071]; Affidavit of Catherine B. Stevens in Support of Motion to Dismiss [Docket No. 3072]<br><br>   o  September 30, 2010 – Plaintiff's Memorandum in Opposition re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3076]; Plaintiff's Declaration of Andrew G. Finkelstien in Opposition re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3077]; Affidavit of Diane Schread in Opposition re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3078]; Affidavit of Kristin Hill in Opposition re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and Other Appropriate Relief [Docket No. 3079]<br><br>   o  October 7, 2010 – Defendant's Reply Memorandum [Docket No. 3092] in support re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and for Other Appropriate Relief<br><br>   o  October 25, 2010 - Joint Response to Motion re: Motion to Dismiss Claims of Plaintiff Shanan Feyer and for Other Appropriate Relief [Docket No. 3109]<br><br>   o  November 10, 2010 – Order entered by Judge Leo T. Sorokin regarding Motion to Dismiss [Docket No. 3070] requiring that parties notify the Court when they complete depositions of Ms. Hill and Ms. Schread. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Aronson v. Pfizer, 04-8721* <br> *Dodson v. Pfizer, 04-8963* <br> *Kern v. Pfizer, 04-9249* <br> *Dees v. Pfizer, 04-9304* <br> *Veraas v. Pfizer, 04-9429* <br> *Populis v. Pfizer, 04-10265* <br> *Wilson v. Pfizer, 05-72* <br> *Montgomery v. Pfizer, 05-73* <br> *Mendoza v. Pfizer, 05-74* <br> *Feyer v. Pfizer, 05-76* <br> *Retzer v. Pfizer, 05-77* <br> *Brown v. Pfizer, 05-237* <br> *(cont'd)* | | | • Suggestion of Remand entered on April 19, 2011 re: *Dees v. Pfizer, Populis v. Pfizer, Brown v. Pfizer, Montgomery v. Pfizer* |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7 <br> • Suggestion of Remand entered on April 19, 2011 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 <br><br> • Notice of Opposition to transfer filed by Plaintiff on June 3, 2005 <br><br> • Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005 |
| *Wilson, et al. v. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 <br><br> • Order issued by Judge Janet C. Hall, District Judge in the District |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Wilson, et al. v. Pfizer, 04-1963 (cont'd)* | | | of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. |
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Teater v. Pfizer, 05-604* | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Alsberge v. Pfizer Inc., et al, 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Briggs v. Pfizer Inc., et al, 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 – JPML CTO-11<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Sanutti v. Pfizer, Inc., et al, 05-03401* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Werner v. Pfizer, 05-6084*<br>*Henry v. Pfizer, 05-6087*<br>*Colton v. Pfizer, 05-6271*<br>*Bentley v. Pfizer, 05-6272*<br>*Dixon v. Pfizer, 05-6273* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br><br>• Suggestion of Remand entered on April 19, 2011 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Wendorf v. Pfizer, 05-6274*<br>*Richey v. Pfizer, 05-7103* | | | |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 1, 2005 – Motion to Vacate Conditional Transfer<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order<br><br>• June 10, 2011 – Defendants' Motion to Dismiss Claims of Plaintiff Elmenia Johnson [Docket No. 3503] Memo in Support of Motion to Dismiss [Docket No. 3504] Declaration in Support [Docket No. 3505]<br><br>    o Order Granted on July 5, 2011 [Docket No, 3530] |
| *White v. Pfizer, 05-7571*<br>*Christ v. Pfizer, 05-7572* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Fonseca v. Pfizer Inc., et al., 05-312 (cont'd)* | | | • November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Dane v. Pfizer, Inc., et al., 05-1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Marzolo v. Pfizer, Inc., et al., 05-7828* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *McGee v. Pfizer Inc. Et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *Spears v. Pfizer, 05-8890 Montgomery v. Pfizer, 05-9144 Sizemore v. Pfizer, 05-9145 George v. Pfizer, 05-9238* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |
| *Felici v. Pfizer Inc., et al., 05-386* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Felici v. Pfizer Inc., et al., 05-386 (cont'd)* | | | • January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17)<br><br>• February 10, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *Scott v. Pfizer, 05-9350* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Smith et al. v. Pfizer Inc., et al* | Master File 04-10981-PBS | E.D. California | • Conditionally Transferred on March 6, 2006 – JPML CTO-20<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Cascio v. Pfizer Inc et al* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on March 6, 2006 – JPML CTO-20<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Adkins v. Pfizer Inc et al* | Master File 04-10981-PBS | S. D. West Virginia | • Conditionally Transferred on March 6, 2006 – JPML CTO-20<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Cook v. Pfizer Inc et al, 06-980* | | S.D. New York | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br><br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br><br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22<br><br>• April 29, 2011 – Lovell Jones-Coleman Stipulation of Dismissal [Docket No. 3473]<br><br>• July 26, 2011 Amended Motion to Stay Discovery for select plaintiffs [Docket No. 3542] Memorandum in Support [Docket No. 3540] Declaration in Support [Docket No. 3541] Certificate of Consultation [Docket No. 3552] |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. V. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bundoff, et al. V. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. V. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24<br><br>• July 8, 2011 – Stipulation of dismissal filed as to *Brewster v. Pfizer.*<br><br>• July 26, 2011 Amended Motion to Stay Discovery for select plaintiffs [Docket No. 3542] Memorandum in Support [Docket No. 3540] Declaration in Support [Docket No. 3541] Certificate of Consultation [Docket No. 3552] |
| *Girard, et al. v. Pfizer Inc., et al., 06-1742* | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24<br><br>• July 26, 2011 Amended Motion to Stay Discovery for select plaintiffs [Docket No. 3542] Memorandum in Support [Docket No. 3540] Declaration in Support [Docket No. 3541] Certificate of Consultation [Docket No. 3552] |
| *Anderson, et al. V. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24<br><br>• July 26, 2011 Amended Motion to Stay Discovery for select plaintiffs [Docket No. 3542] Memorandum in Support [Docket No. 3540] Declaration in Support [Docket No. 3541] Certificate of Consultation [Docket No. 3552] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Agee v. Pfizer Inc., 06-926*<br>*Baker v. Pfizer Inc., 06-1109*<br>*Brown v. Pfizer Inc., 06-1110*<br>*Chappell v. Pfizer Inc., 06-1111*<br>*Eaddy v. Pfizer Inc., 06-1112*<br>*Grissom v. Pfizer Inc., 06-1113*<br>*Huff v. Pfizer Inc., 06-1115*<br>*Poole v. Pfizer Inc., 06-1116*<br>*Reach v. Pfizer Inc., 06-1117*<br>*Whitten v. Pfizer Inc., 06-1118* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Lewis et al. v. John Barrett, et al., 06-3736* | | C.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25<br><br>• February 2, 2011 - Stipulation of Dismissal [Docket No. 3273] |
| *Putnam v. Pfizer Inc., et al., 06-1144* | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Mustafa, et al. v. Pfizer Inc., et al., 06-349* | | S.D. Illinois | • Conditionally Transferred on July 17, 2006 – JPML CTO-25<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Wolosonowich v. Pfizer Inc., et al., 06-2696* | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Amato v. Pfizer Inc., et al., 06-1604* | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Blackwell v. Pfizer Inc., et al., 06-2295* | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wendorf, etc. v. Pfizer Inc., et al., 06-589* | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Libby, etc. v. Pfizer Inc., et al. 06-950* | | D. Oregon | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Campbell, etc. v. Pfizer Inc., et al. 06-5049* | | E.D. Washington | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Gaudio, et al. v. Pfizer Inc., et al. 06-3381* | | D. New Jersey | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Fenelon, etc. v. Pfizer Inc., et al. 06-4136* | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br>• Suggestion of Remand entered on April 19, 2011 |
| *Long, etc. v. Pfizer Inc., et al. 06-4285* | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br>• Suggestion of Remand entered on April 19, 2011 |
| *Manfredi, et al. V. Pfizer Inc., et al. 06-970* | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |
| *Tilley, etc. v. Pfizer Inc., et al. 06-513* | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Diana v. Pfizer Inc., et al. 06-3332* | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Garcia v. Pfizer Inc., et al. 06-348* | | S.D. Texas | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Johnson v. Pfizer Inc., et al. 06-1311* | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |
| *Hogge v. Pfizer Inc., et al. 06-3818* | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Beckworth v. Pfizer Inc., et al. 06-538* | | M.D. Florida | • Conditionally Transferred on November 17, 2006 – JPML CTO-34<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Bonner v. Pfizer Inc. Et al. 06-1198* | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Briggs v. Pfizer Inc. et al. 06-15451* | | S.D. New York | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Michielsen v. Pfizer Inc. Et al. 07-32* | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Armbruster v. Pfizer Inc., et al. 06-1613* | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *De La Garza v. Pfizer Inc., et al. 07-13* | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *Isaacs v. Pfizer Inc., et al. 07-1216* | | D. Minnesota | • Conditionally Transferred on March 12, 2007 – JPML CTO-39<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Woolum, et al. v. Pfizer Inc., et al. 07-176* | | M.D. Florida | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |
| *Neilson v. Pfizer Inc., et al. 07-224* | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| *Wampole, et al. v. Pfizer Inc., et al. 07-204* | | W.D. Wisconsin | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Telles, etc.  v. Pfizer Inc. 07-161* | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| *Milligan, Jr., et al. V. Pfizer Inc., et al. 07-2540* | | D. Minnesota | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Lynch v. Pfizer Inc., et al. 07-169* | | W.D. Texas | • Conditionally Transferred with Separation on June 21, 2007 – JPML CTO-45<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Newberry, et al. v. Pfizer Inc., et al. 07-110* | | M.D. Georgia | • Conditionally Transferred on July 24, 2007 – JPML CTO-46 |
| *Allen, et al. v. Pfizer Inc. 07-74* | | N.D. Mississippi | • Conditionally Transferred on August 31, 2007 – JPML CTO-47<br><br>• December 15, 2010 – Stipulation of Dismissal re: *Allen v. Pfizer* by Pfizer [Docket No. 3171]<br><br>• Defendants' Motion to Compel Complete Discovery Responses<br><br>   o January 6, 2011 - Order requesting that Defendant's submit evidence regarding fees and costs incurred<br><br>   o January 8, 2011 – Defendants' Application for an Award of Attorneys' Fees and Costs [Docket No. 3217]; Declaration in Support [Docket No. 3218]<br><br>   o January 17, 2011 – Plaintiffs' Response to Defendants' Application for Attorney Fees and Expenses for Making Motion to Compel [Docket No. 3234]; Memorandum in Opposition [Docket No. 3235]; Declaration in Support [Docket No. 3236]<br><br>   o January 24, 2011 – Defendants' Reply in Further Support of Application for an Award of Attorney Fees and Costs [Docket No. 3257]; Declaration in Support [Docket No. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen, et al. v. Pfizer Inc.* <br> *07-74* <br> *(cont'd)* | | | 3258] <br><br> o   February 18, 2011 – Plaintiffs Objection to Magistrate Judge's Findings, Report and Recommendations [Docket No. 3303]; Declaration in Support [Docket No. 3304] <br><br> o   March 4, 2011 – Reply to Objection to Report and Recommendations [Docket No. 3316] <br><br> o   March 4, 2011 – Sealed Reply to Response to Report and Recommendations [Docket No. 3318] <br><br> o   March 11, 2011 – Reply to Response to Report and Recommendations [Docket No. 3330] <br><br> o   March 15, 2011 – Notice by Pfizer re Report and Recommendations [Docket No. 3341] <br><br> o   March 15, 2011 –Unsealed Defendants' Response to Plaintiffs' Objections to the Findings, Report and Recommendations of U.S. Magistrate Judge [Docket No. 3342] <br><br> o   March 16, 2011 – Reply to Objection to Report and Recommendations [Docket No. 3349] <br><br> o   April 8, 2011 – Notice Regarding Request for Costs [Docket No. 3392] <br><br> o   April 14, 2011 – Defendants' Motion for Entry of Judgment under Rule 54(b) [Docket No. 3413] <br><br> o   April 27, 2011 – Plaintiff's Motion for Clarification [Docket No. 3434]; Plaintiffs' Memorandum in Support of Motion for Clarification [Docket No. 3435] Declaration in Support [Docket No. 3436] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen, et al. v. Pfizer Inc.*<br>*07-74*<br>*(cont'd)* | | |      o  May 5, 2011 – Memo in Opposition to [Docket No. 3434] Motion for Clarification [Docket No. 3447]<br><br>• Plaintiffs' Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery<br><br>     o  December 20, 2010 - Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3180]; Memorandum in Support of Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3181]; Declaration of Levi Boone, III in Support of Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3182]<br><br>     o  January 4, 2011 – Defendants' Memorandum in Opposition to Motion to Compel Discovery Responses [Docket No. 3204]<br><br>• January 19, 2011 - Stipulations of Dismissal regarding Plaintiffs: Estate of Carlene, Ethel Howard, Jack Shoemaker, Bernice Thornton, Estate of Cecil Taylor, Estate of Berhta Thomas, Ella Tolar, and Monnie Turner, [Docket Nos 3241, 3242, 3243, 3244, 3245, 3246, 3247, 3248]<br><br>• January 25, 2011 - Stipulation of Dismissal regarding Plaintiff Grace Scott [Docket No. 3262]<br><br>• May 25, 2011  - Stipulation of Dismissal regarding the Estate of Aliece Garrett<br><br>• May 25, 2011 – Stipulation of Dismissal regarding Fannie Grinston |
| *Brida, etc. v. Pfizer Inc., et al.*<br>*07-8060* | | S.D.N.Y. | • Conditionally Transferred on October 23, 2007 – JPML CTO-48 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Vinyard v. Pfizer Inc., et al. 07-438* | | N.D. Florida | • Conditionally Transferred on November 13, 2007 – JPML CTO-49<br>• Suggestion of Remand entered on April 19, 2011 |
| *Reilly v. Pfizer Inc., et al. 07-4428* | | D. Minnesota | • Conditionally Transferred on November 13, 2007 – JPML CTO-49<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Dove v. Pfizer Inc., et al. 05-53* | | M.D. Louisiana | • Conditionally Transferred on January 8, 2008 – JPML CTO-50 |
| *Bennett, et al. V. Pfizer Inc., et al. 08-341* | | S.D. California | • Conditionally Transferred on March 24, 2008 – JPML CTO-51 |
| *O'Sullivan v. Pfizer Inc., et al., 08-1374* | | D. Minnesota | • Conditionally Transferred on June 25, 2008 – JPML CTO-55 |
| *Stadler v. Pfizer Inc., et al., 08-3295* | | D. Minnesota | • Conditionally Transferred on July 14, 2008 – JPML CTO-56<br><br>• Suggestion of Remand entered on April 19, 2011 |
| *Monsue v. Pfizer Inc., et al., 08-6993* | | S.D. New York | • Conditionally Transferred on August 19, 2008 – JPML CTO-57 |
| *Morrow, etc. v. Pfizer Inc., et al., 08-71* | | N.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Spencer-Acker, etc. v. Pfizer Inc., et al., 08-13505* | | E.D. Michigan | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *McLendon v. Parke-Davis, et al., 08-7843* | | S.D. New York | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Leu, etc. v. Pfizer Inc., et al., 09-1245* | | S.D. New York | • Conditionally Transferred on February 27, 2009 – JPML CTO-60 |
| *Crone, et al. v. Pfizer Inc., et al., 09-1908* | | N.D. California | • Conditionally Transferred on August 6, 2009 – JPML CTO-62 |
| *Peterson, Robert et al. v. Pfizer et al.* *10-cv-10933* | | W.D. Washington | • Conditionally Transferred on June 7, 2010 – JPML CTO-64 |
| *Hamilton v. Pfizer et al.* *10-cv-11023* | | S.D. Texas | • Conditionally Transferred on June 17, 2010 – JPML CTO-65<br><br>• Order re Proposed Stipulation and Protective Order [Docket No. 3254] |
| *Tumblin v. Pfizer et al.* *10-cv-11310* | | W.D. Oklahoma | • Conditionally Transferred on August 4, 2010 – JPML CTO-66<br><br>• January 31, 2011 - Defendants' Motion for Judgment on the Pleadings Allowed |
| *Santos v. Pfizer et al.* *10-cv-11205* | | S.D. New York | • Conditionally Transferred on August 3, 2010 – JPML CTO-66 |