UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :

In re:   NEURONTIN MARKETING, SALES     :   MDL Docket No. 1629
        PRACTICES, AND PRODUCTS        :
        LIABILITY LITIGATION            :   Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :   Judge Patti B. Saris

THIS DOCUMENT RELATES TO:       :
                      :   Magistrate Judge Leo T.

Lilia Felici v. Pfizer Inc, et al.       :   Sorokin
No. 06-10689                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## STIPULATION OF DISMISSAL WITH PREJUDICE

      **IT IS STIPULATED AND AGREED** by Plaintiff, Lilia Felici, and Defendants Pfizer

Inc; Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company, LLC;

Warner-Lambert Company; and Warner Lambert Company, LLC, through authorized counsel

below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by

Plaintiff above with prejudice as to all claims and all defendants, with each party to bear its own

costs and attorneys' fees.

Dated:  August 3, 2011             Respectfully submitted,


GARCIA & KARAM, LLP           SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

By:    /s/ Paul A. Gaytan_____
       Paul A. Gaytan               By:    /s/ Mark S. Cheffo_____
                                  Mark S. Cheffo
820 South Main St.
McAllen, TX 78501              Four Times Square
Tel:  (956) 630-2882           New York, NY 10036
email:  Paul@garciakaram.com      Tel:  (212) 735-3000
                                email:  Mark.Cheffo@skadden.com
*Attorneys for Plaintiff Lilia Felici*

                                *Attorneys for Defendants Pfizer Inc and*
                                *Warner-Lambert Company LLC*

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco_____
        Ana M. Francisco
        BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 3, 2011.

/s/ Ana M. Francisco
Ana M. Francisco