UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:  NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

KAISER FOUNDATION HEALTH PLAN, INC., ET AL. V.
PFIZER INC, ET AL., 04 CV 10739 (PBS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF CONCERNING KAISER FOUNDATION HEALTH PLAN'S STANDING TO RECOVER ON BEHALF OF ITS REGIONAL SUBSIDIARIES

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") hereby seek leave to submit a three-page reply memorandum to Pfizer's response brief filed on August 1, 2011. [D.E. 3554].

By order dated July 18, 2011, this Court ordered Kaiser Foundation Health Plan "to submit a brief to the Court on the issue of Kaiser Foundation Health Plan's standing to recover for the regional subsidiaries." (July 18, 2011 Order). The Court directed Kaiser Foundation Health Plan to "provide cites to the record to explain which entities incurred the damages for the purchases of Neurontin caused by the misrepresentations." *Id.*  The Court further directed that, "[i]f the subsidiaries purchased the drugs, Kaiser shall propose a method for allocating damages or for joining the appropriate parties for the purpose of a remedy." *Id.*

On July 25, 2011, Kaiser filed a brief addressing the Court's questions.  [D.E. 3537].  On August 1, 2011, Pfizer filed a response [D.E. 3554], that raises additional issues not addressed in Kaiser's July 25th brief.  Pfizer raises a new issue to which Kaiser would briefly respond,

namely, that Pfizer believes it is too late to join the Kaiser subsidiaries. *Id*. at 3-5. Kaiser's counsel contacted Pfizer's counsel and indicated that it would like to expeditiously file a short response of no more than three pages. Pfizer refused to consent to a response, and Kaiser is now forced to move this Court for leave to file. Accordingly, Kaiser respectfully requests leave to file a Reply of no more than three pages. Kaiser's proposed Reply is attached as Exhibit A to this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave to File a Reply Brief, not to exceed three pages, in response to Pfizer's Response to Plaintiffs' Brief Regarding Their Purported Standing to Recover on Behalf of Non-Party Subsidiaries.

Dated: August 4, 2011　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Linda P. Nussbaum*
　　　　　　　　　　　　　　　　　　　　　　　　　Linda P. Nussbaum

　　　　　　　　　　　　　　　　　　　　　　Linda P. Nussbaum, Esq.
　　　　　　　　　　　　　　　　　　　　　　John D. Radice, Esq.
　　　　　　　　　　　　　　　　　　　　　　GRANT & EISENHOFER, P.A.
　　　　　　　　　　　　　　　　　　　　　　485 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas M. Greene, Esq.
GREENE LLP
33 Broad Street, 5th Floor
Boston, MA 02109

| | |
|---|---|
| Elizabeth Cabraser, Esq. | Thomas M. Sobol, Esq. |
| LIEFF CABRASER HEIMANN & | HAGENS BERMAN SOBOL |
|   BERNSTEIN, LLP |   SHAPIRO LLP |
| Embarcadero Center West | 55 Cambridge Parkway, Suite 301 |
| 275 Battery Street, 30th Floor | Cambridge, MA 02142 |
| San Francisco, CA 94111-3339 | |

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2011, I caused a true and correct copy of PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF CONCERNING KAISER FOUNDATION HEALTH PLAN'S STANDING TO RECOVER ON BEHALF OF ITS REGIONAL SUBSIDIARIES to be served upon all known counsel of record by electronic filing using the CM/ECF system.

    /s/ Linda P. Nussbaum
    Linda P. Nussbaum