UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:  NEURONTIN MARKETING, SALES :
PRACTICES, AND PRODUCTS : MDL Docket No. 1629
LIABILITY LITIGATION :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Master File No. 04-10981
:
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS; : Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS; : Sorokin
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER OF DISMISSAL

SARIS, U.S.D.J.                                                                                     August 4,  2011

The Court having been advised that the above captioned actions will be voluntarily dismissed:

It is hereby ORDERED that this action is dismissed as to Defendants Pfizer Inc and Warner-Lambert Company LLC without costs and without prejudice to the right of any party and shall be reopened without further motion as to any individual plaintiff where within 120 days a stipulation of dismissal with prejudice is not filed.

 /s/ Patti B. Saris _____
Patti B. Saris
United States District Judge

Copies to: Counsel via ECF