UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| KAISER FOUNDATION HEALTH PLAN, et al. v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

### DEFENDANTS' NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Appellate Procedure 4, all of the Defendants in the above captioned action, Pfizer Inc and Warner-Lambert Company LLC,[1] hereby appeal to the United States Court of Appeals for the First Circuit from (1) the final judgment of the district court, dated February 22, 2011 and entered on March 22, 2011 [04-10981 Dkt. No. 3326] (the "Judgment"), and from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, and upon which the Judgment is based, (2) the Court's order entered February 18, 2010 denying Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 [04-10981 Dkt. No. 2193, 2194, 2195. 2206], (3) the Court's order entered July 7, 2011, denying Defendants' Renewed Motion for Judgment as a Matter of Law [04-10981 Dkt. No. 3366, 3367], (4) the Court's order entered July 28, 2011 [04-10981 Dkt. No. 3551] denying Defendants' Motion for New Trial and to Re-Open Evidence or, Alternatively, to Alter or Amend Judgment [04-10981 Dkt. No. 3362, 3363, 3370], and (5) any order denying Defendants' Motion for Amended and Additional Findings [04-10981 Dkt.

---

[1] Defendants were incorrectly named in the complaint as "Pfizer, Inc. ('Pfizer'), Warner-Lambert Company ('Warner-Lambert') and Parke-Davis, a division of Warner-Lambert." All defendants, however denominated in the complaint, join in this appeal.

No. 3364, 3365].

Dated: August 5, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Raoul D. Kennedy
        Raoul D. Kennedy

525 University Avenue
Suite 1100
Palo Alto, CA  94301
Tel:  (650) 470-4550
Email:  Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:     /s/ James E. Hooper
        James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 5, 2011.

/s/ Mark S. Cheffo
Mark S. Cheffo