UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| KAISER FOUNDATION HEALTH PLAN, et al. v. PFIZER INC., 04 CV 10739 (PBS) | |
| | Magistrate Judge Leo T. Sorokin |

**MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' BRIEF REGARDING THEIR PURPORTED STANDING TO RECOVER ON BEHALF OF NON-PARTY SUBSIDIARIES**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully move for leave to submit a surreply memorandum to Plaintiffs' Reply Brief Concerning Kaiser Foundation Health Plan's ("KFHP") Standing to Recover on Behalf of its Regional Subsidiaries (Dkt. 3561).

Earlier today, this Court granted Plaintiffs' motion for leave to file a reply brief in support of their request for post-judgment joinder of new parties. (August 5, 2011 Order.) Plaintiffs' motion for leave [3559] was based on their contention that Pfizer's prior response brief [3554] raised new issues regarding the statute of limitations. But Pfizer's post-trial briefs argued that the named Plaintiffs' claims are time-barred, and it can hardly have been a surprise that Pfizer would also assert the statute of limitations in response to Plaintiffs' request to join new plaintiffs at this much later stage of the case.

It is Plaintiffs' reply brief that raises new issues by arguing (erroneously) that the post-trial joinder of new parties would relate back to the filing of the initial complaint – an argument Plaintiffs have never previously made. Pfizer respectfully requests leave to respond to Plaintiffs' new relation-back argument in a short surreply memorandum. Previously, when this Court has permitted the movant to file a reply brief, the Court has typically also permitted the opposing party to file a surreply. (*See, e.g.*, Dkt. 1153, 1488.)

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave

to file the proposed surreply memorandum, attached hereto as Exhibit 1.

Dated: August 5, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Raoul D. Kennedy
        Raoul D. Kennedy

525 University Avenue
Suite 1100
Palo Alto, CA  94301
Tel:  (650) 470-4550
Email:  Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:     /s/ James E. Hooper
        James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

RULE 7.1 CERTIFICATE

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

          /s/ Katherine Armstrong
          Katherine Armstrong

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 5, 2011.

          /s/ Mark S. Cheffo
          Mark S. Cheffo