# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: _____ Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 1 _____

District Court Number: 04-cv-10981 _____

Fee:    Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __×__ No ____ | Sealed documents | Yes __×__ No ____ |
| *If yes, document #* | 2298, 2334, 2337 | *If yes, document #* | 654, 1180, 1234 |
| *Ex parte* documents | Yes ____ No __×__ | Transcripts | Yes __×__ No ____ |
| *If yes, document #* | | *If yes, document #* | 66, 128, 200, 229 |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __×__ Other: ____

Appeal from:        Judgment, Memorandum and Order,  Electronic Order 2/28/2010, 7/7/2011

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**