UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 2

District Court Number: 04-cv-10981

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

Motions Pending   Yes __X__ No ____
*If yes, document #*   2340, 2350, 2581

Sealed documents   Yes __X__ No ____
*If yes, document #*   1251, 1330, 1331

*Ex parte* documents   Yes ____ No __X__
*If yes, document #*

Transcripts   Yes __X__ No ____
*If yes, document #*   324, 390, 423, 461

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:   Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**