UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

---

Case Caption: _____Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 3_____

District Court Number: 04-cv-10981

---

Fee:   Paid?   Yes _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No _X_

---

| | | | |
|---|---|---|---|
| Motions Pending *If yes, document #* | Yes _X_ No ____ 2586, 2609, 2611 | Sealed documents *If yes, document #* | Yes _X_ No ____ 1347, 1468, 1588 |
| *Ex parte* documents *If yes, document #* | Yes ____ No _X_ | Transcripts *If yes, document #* | Yes _X_ No ____ 477, 502, 503, 607 |

---

Notice of Appeal filed by:   Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:   Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

Other information:

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal,  Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

 

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**