UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 4

District Court Number: 04-cv-10981

Fee:   Paid?   Yes _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No _X_

Motions Pending   Yes _X_ No ____   Sealed documents   Yes _X_ No ____
*If yes, document #*   2643, 2656, 2664   *If yes, document #*   1589, 1593, 1594

*Ex parte* documents   Yes ____ No _X_   Transcripts   Yes _X_ No ____
*If yes, document #*   ____   *If yes, document #*   661, 686, 734, 745

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:   Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal, Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

        **SARAH ALLISON THORNTON**
        Clerk of Court

        /s/ Jeanette Ramos
        Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**