# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,.  Page 5

District Court Number: 04-cv-10981

Fee:  Paid?  Yes __X__  No ____   Government filer ____   *In Forma Pauperis* Yes ____  No __X__

Motions Pending  Yes __X__ No ____      Sealed documents  Yes __X__ No ____
*If yes, document #*  2666, 2696, 2699      *If yes, document #*  1786 att. 1-16, 32

*Ex parte* documents  Yes ____ No __X__    Transcripts  Yes __X__ No ____
*If yes, document #*                        *If yes, document #*  768, 912, 915, 986

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:  Judgment, Memorandum and Order,  Electronic Order 2/28/2010, 7/7/2011

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**