UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 6

District Court Number: 04-cv-10981

Fee:   Paid?   Yes **X**   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No **X**

Motions Pending   Yes **X** No ____         Sealed documents   Yes **X** No ____
*If yes, document #*   2708, 2720, 2745       *If yes, document #*   1791, 1792, 1793

*Ex parte* documents   Yes ____ No **X**      Transcripts        Yes **X** No ____
*If yes, document #*   _____            *If yes, document #*   1086, 1087, 1154

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent **X**   Other: ____

Appeal from:   Judgment, Memorandum and Order,  Electronic Order 2/28/2010, 7/7/2011

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3562, filed on 8/5/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**