# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:                   Kaiser Foundation Health Plan, et al v. Pfizer Inc,.    Page 7

District Court Number: 04-cv-10981

Fee:     Paid?   Yes  ✕  No ____   Government filer ____   *In Forma Pauperis* Yes ____  No  ✕

Motions Pending        Yes  ✕  No ____          Sealed documents      Yes  ✕  No ____
*If yes, document #*   2748, 2860, 3052         *If yes, document #*   1795, 1811, 1812,

*Ex parte* documents   Yes ____  No  ✕           Transcripts           Yes  ✕  No ____
*If yes, document #*   _____          *If yes, document #*   1156, 1249, 1250

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  ✕   Other: ____

Appeal from:            Judgment, Memorandum and Order,  Electronic Order 2/28/2010, 7/7/2011

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**