UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 8

District Court Number: 04-cv-10981

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

Motions Pending   Yes __X__ No ____   Sealed documents   Yes __X__ No ____
*If yes, document #*   3083, 3180, 3252   *If yes, document #*   1813, 1815, 1845

*Ex parte* documents   Yes ____ No __X__   Transcripts   Yes __X__ No ____
*If yes, document #*   _____   *If yes, document #*   1328, 1358, 1359

Notice of Appeal filed by:   Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:   Judgment, Memorandum and Order,  Electronic Order 2/28/2010, 7/7/2011

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal,  Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

                                           **SARAH ALLISON THORNTON**
                                           Clerk of Court

                                           /s/ Jeanette Ramos
                                           Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**