# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 9

District Court Number: 04-cv-10981

---

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

---

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes __X__ No ____<br>3253, 3339, 3364 | Sealed documents<br>*If yes, document #* | Yes __X__ No ____<br>1846 att. 1ExhA |
| *Ex parte* documents<br>*If yes, document #* | Yes ____ No __X__ | Transcripts<br>*If yes, document #* | Yes __X__ No ____<br>1369, 1482, 1931 |

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:   Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

Other information:

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal, Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

                                                        **SARAH ALLISON THORNTON**
                                                        Clerk of Court

                                                        /s/ Jeanette Ramos
                                                        Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**