UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 10

District Court Number: 04-cv-10981

Fee:  Paid?  Yes __X__  No ____    Government filer ____   *In Forma Pauperis* Yes ____  No __X__

Motions Pending    Yes __X__ No ____        Sealed documents    Yes __X__ No ____
*If yes, document #*  1175, 3396, 3403        *If yes, document #*  1873, 1919-1921

*Ex parte* documents    Yes ____ No __X__     Transcripts    Yes __X__ No ____
*If yes, document #*                          *If yes, document #*  1369, 1482, 1931

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:    Judgment, Memorandum and Order,  Electronic Order 2/28/2010, 7/7/2011

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

                                         **SARAH ALLISON THORNTON**
                                         Clerk of Court

                                         /s/ Jeanette Ramos
                                         Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**