UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,. Page 12

District Court Number: 04-cv-10981

Fee: Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No __X__

Motions Pending  Yes __X__ No ____   Sealed documents  Yes __X__ No ____
*If yes, document #* 3580                *If yes, document #* 2092, 2102, 2107

*Ex parte* documents  Yes ____ No __X__   Transcripts  Yes __X__ No ____
*If yes, document #*                     *If yes, document #* 2052, 2077, 2082

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent __X__  Other: ____

Appeal from: Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**