# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc,.   Page 13

District Court Number: 04-cv-10981

---

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

---

Motions Pending   Yes __X__   No ____          Sealed documents   Yes __X__   No ____
*If yes, document #* _____                *If yes, document #*  2136, 2137, 2268

*Ex parte* documents   Yes ____   No __X__       Transcripts   Yes __X__   No ____
*If yes, document #* _____                *If yes, document #*  2114, 2262, 2535

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:   Judgment, Memorandum and Order,  Electronic Order 2/28/2010, 7/7/2011

Other information:

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

                                                **SARAH ALLISON THORNTON**
                                                Clerk of Court

                                                /s/ Jeanette Ramos
                                                Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**