UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, Inc., et al v. Pfizer Inc. et al   Page 14

District Court Number: 04-cv-10981

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

Motions Pending   Yes ____ No __X__        Sealed documents   Yes __X__ No ____
*If yes, document #* _____            *If yes, document #* _____

*Ex parte* documents   Yes ____ No __X__    Transcripts   Yes __X__ No ____
*If yes, document #* _____            *If yes, document #* 2589, 2591-2595

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:   Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

                                              **SARAH ALLISON THORNTON**
                                              Clerk of Court

                                              /s/ Jeanette Ramos
                                              Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**