UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, Inc., et al v. Pfizer Inc. et al   Page 16

District Court Number: 04-cv-10981

Fee:   Paid?   Yes  _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No _X_

Motions Pending    Yes ___ No _X_          Sealed documents    Yes ___ No _X_
*If yes, document #*                        *If yes, document #*

*Ex parte* documents   Yes ___ No _X_       Transcripts         Yes _X_ No ___
*If yes, document #*                        *If yes, document #*   2765-2774, 3558

Notice of Appeal filed by:   Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:   Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, Memorandum and Order, Electronic Order 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3562__, filed on __8/5/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/19/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**