UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: Kaiser Foundation Health Plan, et al v. Pfizer Inc., Page 17

District Court Number: 04-cv-10981

Fee: Paid? Yes __X__ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No __X__

Motions Pending  Yes __X__ No ____
*If yes, document #*

Sealed documents  Yes __X__ No ____
*If yes, document #* 585, 586, 647

*Ex parte* documents  Yes ____ No __X__
*If yes, document #*

Transcripts  Yes __X__ No ____
*If yes, document #* 3459, 3288

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent __X__  Other: ____

Appeal from: Judgment, Memorandum and Order, Electronic Orders 2/28/2010, 7/7/2011

Other information: Additional Sealed Documents 1181, 1234, 1692, 1756, 1784, 1786

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment, Memorandum and Order, Electronic Orders 2/28/2010, 7/7/2011

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3562, filed on 8/5/2011.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/19/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**