UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
                                              :
In re:  NEURONTIN MARKETING, SALES            :   MDL Docket No. 1629
        PRACTICES, AND PRODUCTS               :
        LIABILITY LITIGATION                  :   Master File No. 04-10981
---------------------------------------------x
                                              :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                     :
                                              :   Magistrate Judge Leo T.
Louise C. Wilson and Robert F. Wilson v. Pfizer Inc, et al., No.  :   Sorokin
1:05-cv-11502-PBS                             :
                                              :
---------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by all of the Plaintiffs and all of the Defendants in the above-captioned action, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiffs above with prejudice as to all claims and all defendants, with each party to bear its own costs and attorneys' fees.

Dated:  August 10, 2011                       Respectfully submitted,

LAW OFFICE OF J. CHRISTOPHER              SKADDEN, ARPS, SLATE, MEAGHER
  KERVICK                                   & FLOM LLP

By:   /s/ J. Christopher Kervick           By:   /s/ Mark S. Cheffo
      J. Christopher Kervick                     Mark S. Cheffo

576 Elm Street                             Four Times Square
Windsor Locks, CT 06096                    New York, NY 10036
Tel:  (860) 627-0151                       Tel:  (212) 735-3000
email:  chriskervick@kervicklaw.com        email:  Mark.Cheffo@skadden.com

*Attorney for Plaintiffs Louise C. Wilson and*   *Attorneys for Defendants Pfizer Inc and*
*Robert F. Wilson*                               *Warner-Lambert Company LLC*

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 10, 2011.

/s/ Ana M. Francisco
Ana M. Francisco