UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| KAISER FOUNDATION HEALTH PLAN, INC., ET AL. V. PFIZER INC, ET AL., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**ASSENTED TO MOTION FOR CONTINUED STAY OF EXECUTION
WITHOUT SUPERSEDEAS BOND PENDING APPEAL**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully submit this assented to motion, pursuant to Federal Rule of Civil Procedure 62(d), for a continued stay of execution on the judgment in this case, without supersedeas bond pursuant to the terms of the stipulation entered by the parties [3027], pending the exhaustion of any subsequent appeals.

After judgment in this case was entered on March 11, 2011 [3326],[1] Defendants filed an Assented to Motion for Stay of Execution Pending Disposition of Post-Trial Motions and Through Appeal [3335].  The Court granted Defendants' motion on April 1, 2011.  (*See* Electronic Order of April 1, 2011.)  However, while the Court's electronic order made clear that execution would be stayed "pending Court's disposition of Defendants' post trial motions" (*id.*), it did not indicate whether the stay would remain in force pending any subsequent appeals.  The Court has denied two of Defendants' three post-trial motions, and requested supplemental briefing on the third.  (*See* Electronic Orders of July 7, 2011 and July 18, 2011, and July 27, 2011 Memorandum and Order [3551 (entered July 28, 2011)].)  On August 5, 2011, Defendants filed a Notice of Appeal [3562] in this action.  Pursuant to Federal Rule of Appellate Procedure 4(B)(i), such Notice of Appeal will become effective when this Court decides Defendants' Motion for Amended and Additional Findings pursuant to Federal Rule of Civil Procedure 52(b)

---

[1] The Judgment, dated February 22, 2011, was entered on March 11, 2011.  Defendants were notified by ECF of entry of Judgment on March 11, 2011.

[3364].   Accordingly, in an abundance of caution, Defendants request that the Court issue an order extending the current stay of execution, without supersedeas bond pursuant to the terms of the stipulation entered by the parties, until all such appeals have been exhausted.  A proposed order is submitted herewith.   The grounds for this motion are further set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court order that the current stay of execution of the judgment in this case be extended pending appeal, without the requirement of a bond or other security at this time, pursuant to the terms of the stipulation entered by the parties.

Dated: August 10, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Raoul D. Kennedy
         Raoul D. Kennedy

525 University Avenue
Suite 1100
Palo Alto, CA  94301
Tel:  (650) 470-4550
Email:  Raoul.Kennedy@skadden.com

---

CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that Pfizer's counsel has conferred with Plaintiffs' counsel, and that Plaintiffs' counsel have advised that they assent to the Motion.

/s/ Katherine Armstrong
Katherine Armstrong

<div style="border:1px solid black">

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 10, 2011.

/s/ Mark S. Cheffo
Mark S. Cheffo

</div>

WHEELER TRIGG O'DONNELL LLP

By:     /s/ James E. Hooper
        James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*