UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL  Docket No.  1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the plaintiff, Aetna, Inc., in the above-named case.

August 10, 2011                                    **BERMAN DEVALERIO**

 /s/  Glen DeValerio
Glen DeValerio (BBO # 122010)
One Liberty Square
Boston, MA 02109
(617) 542-8300
gdevalerio@bermandevalerio.com

2

**CERTIFICATE OF SERVICE**

      I, Glen DeValerio, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2011.

                                                 /s/ *Glen DeValerio*
                                                  Glen DeValerio