UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:  NEURONTIN MARKETING, SALES                        :   MDL Docket No. 1629
         PRACTICES, AND PRODUCTS                          :
         LIABILITY LITIGATION                             :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                 :
                                                          :   Magistrate Judge Leo T.
Sandra Gaudio and Gerard Gaudio v. Pfizer Inc, et al.     :   Sorokin
No. 1:06-cv-11580-PBS                                     :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by all of the Plaintiffs and all the Defendants in the above-captioned action, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiff above with prejudice as to all claims and all defendants, with each party to bear its own costs and attorneys' fees.

Dated: August 12, 2011                          Respectfully submitted,

MAZIE SLATER KATZ &                             SKADDEN, ARPS, SLATE, MEAGHER
  FREEMAN, LLC                                    & FLOM LLP

By:  /s/ Matthew R. Mendelsohn                  By:  /s/ Mark S. Cheffo
     Matthew R. Mendelsohn                           Mark S. Cheffo

103 Eisenhower Parkway                          Four Times Square
Roseland, NJ 07068                              New York, NY 10036
Tel: (973) 228-0391                             Tel: (212) 735-3000
email: mmendelsohn@mskf.net                     email: Mark.Cheffo@skadden.com

*Attorneys for Plaintiffs Sandra Gaudio and*    *Attorneys for Defendants Pfizer Inc and*
*Gerard Gaudio*                                 *Warner-Lambert Company LLC*

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 12, 2011.

/s/ Ana M. Francisco
Ana M. Francisco