UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
:   MDL DOCKET NO. 1629
In re:  NEURONTIN MARKETING, SALES     :
PRACTICES AND PRODUCTS                 :   Master File No. 04-10981
LIABILITY LITIGATION                   :
:   Judge Patti B. Saris
:
:   Magistrate Judge Leo T. Sorokin
:
---------------------------------------------------------------- x
:
THIS DOCUMENT RELATES TO:              :
:
*Accetullo et al. v. Pfizer Inc., et al.,*  :
1:06-cv-10912-PBS                      :
:
*Anderson et al. v. Pfizer Inc., et al.,*   :
1:06-cv-11024-PBS                      :
:
*Brewster et al. v. Pfizer Inc., et al.,*   :
1:06-cv-11022-PBS                      :
:
*Girard et al. v. Pfizer Inc., et al.,*     :
1:06-cv-11023-PBS                      :
---------------------------------------------------------------- x

**DECLARATION OF NEWTON B. SCHWARTZ
IN SUPPORT OF PLAINTIFF'S THIRD MOTION TO STAY DISCOVERY**

I, Newton B. Schwartz, Sr., declare and state as follows:

1.  I am an attorney with the Law Office of Newton B. Schwartz, Sr., counsel for Plaintiffs in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

2.  Attached hereto as Exhibit A is a true and correct copy of a list of Plaintiffs who have been identified by counsel as candidates for discontinuation of prosecution and/or the withdrawal therefrom.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on August 15, 2011.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.