UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :  Judge Patti B. Saris
------------------------------------------------------------x
                                                            :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
BRIGGS v. PFIZER INC.                                       :
Individual Case No. 05-11700                                :
                                                            :
BRIGGS v. PFIZER INC.                                       :
Individual Case No. 07-10327                                :
                                                            :
------------------------------------------------------------x

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
### FOR PLAINTIFF ROBIN STERN BRIGGS

Finkelstein & Partners, LLP, counsel for Plaintiff Robin Stern Briggs, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c) granting Plaintiff's counsel's leave to withdraw as counsel for Plaintiff in these actions.

Plaintiff's counsel has written and spoken to Plaintiff Robin Stern Briggs regarding her cases.  Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in these cases.

This Motion is supported by the Memorandum and the Declaration of Kenneth B. Fromson, filed herewith.

Dated:  August 15, 2011					Respectfully submitted,

							Finkelstein & Partners, LLP


						By:	**/s/ Andrew G. Finkelstein**
							Andrew G. Finkelstein, Esquire
							Finkelstein & Partners, LLP
							1279 Route 300, P.O. Box 1111
							Newburgh, NY  12551

							*Attorneys for Plaintiff*


## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:  August 15, 2011

							**/s/ Kenneth B. Fromson**
							Kenneth B. Fromson, Esquire


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 15, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

							**/s/ Andrew G. Finkelstein**
							Andrew G. Finkelstein