UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
BRIGGS v. PFIZER INC.                                       :
Individual Case No. 05-11700                                :
                                                            :
BRIGGS v. PFIZER INC.                                       :
Individual Case No. 07-10327                                :
                                                            :
------------------------------------------------------------x
```

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROBIN STERN BRIGGS**

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, the law firm of Finkelstein & Partners, LLP, hereby moves for leave to withdraw as attorneys for Plaintiff Robin Stern Briggs in the above-entitled causes.

On June 22, 2005, a complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, in the United States District Court for the Southern District of New York, Case No. 05-cv-5810.  Fromson Decl. at ¶ 3.

On August 16, 2005, the case was transferred from the U.S. District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:05-cv-11700-PBS.  ECF Doc. # 10, Fromson Decl. at ¶ 4.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case

No. 04-10981.  D. Mass Case No. 05-cv-11700, ECF Doc. # 11, Fromson Decl. at ¶ 5.

On December 28, 2006, a second complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, and Teva Pharmaceuticals USA, Inc., in the United States District Court for the Southern District of New York , Case No. 06-15451.  Fromson Decl. at ¶ 6.

On February 21, 2007, the second case was transferred from the U.S. District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:06-cv-10327-PBS.  D. Mass. ECF Doc. # 4, Fromson Decl. at ¶ 7.

Pursuant to the Order of Consolidation dated July 20, 2005, this second case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  D. Mass. ECF Doc. # 5, Fromson Decl. at ¶ 8.

Plaintiff's counsel has written and spoken to Plaintiff Robin Stern Briggs concerning these cases.  Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in these cases.  Fromson Decl. at ¶ 9.

Finkelstein & Partners, LLP, therefore requests that this Court grant the law firm leave to withdraw as attorneys for Plaintiff Robin Stern Briggs and allow Plaintiff 60 days either to seek new counsel or to advise the Court that she will proceed with the prosecution of these actions *pro se*.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff.

In view of the above, Finkelstein & Partners, LLP, respectfully requests that the law firm be granted leave to withdraw as attorneys for Robin Stern Briggs.

Dated: August 15, 2011

Respectfully submitted,

Finkelstein & Partners, LLP

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 15, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein

3