UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
                                       :    MDL Docket No. 1629

In re:   NEURONTIN MARKETING,      :

           SALES PRACTICES AND        :    Master File No. 04-10981

           PRODUCTS LIABILITY LITIGATION   :

                                       :    Judge Patti B. Saris

-------------------------------------------------------------x

                                       :    Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:       :

                                       :

BRIGGS v. PFIZER INC.              :

Individual Case No. 05-11700      :

                                       :

BRIGGS v. PFIZER INC.              :

Individual Case No. 07-10327      :

                                       :

-------------------------------------------------------------x

## DECLARATION OF KENNETH B. FROMSON IN SUPPORT
## OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF ROBIN STERN BRIGGS

I, Kenneth B. Fromson, deposes and states as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff Robin Stern Briggs in the above-entitled action.

2.      This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsel's leave to withdraw as counsel of record for Plaintiff in these actions.

3.      On June 22, 2005, a complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, in the United States District Court for the Southern District of New York, Case No. 05-cv-5810.

4.      On August 16, 2005, the case was transferred from the U.S. District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:05-cv-11700-PBS.  ECF Doc. # 10.

5.      Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  D. Mass. Case No. 05-cv-11700, ECF Doc. # 11.

6.      On December 28, 2006, a second complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, Warner-Lambert Company LLC, and Teva Pharmaceuticals USA, Inc., in the United States District Court for the Southern District of New York , Case No. 06-15451.

7.      On February 21, 2007, the second case was transferred from the U.S. District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:06-cv-10327-PBS.  D. Mass. ECF Doc. # 4.

8.      Pursuant to the Order of Consolidation dated July 20, 2005, this second case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  D. Mass. ECF Doc. # 5.

9.      Plaintiff's counsel has written and spoken to Plaintiff Robin Stern Briggs concerning these cases.  Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in these cases.

10.     A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at her last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 15, 2011

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson

Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 15, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson