UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------X
In re: NEURONTIN MARKETING, SALES PRACTICES, : MDL Docket No. 1629
AND PRODUCTS LIABILITY LITIGATION :
: Master File No. 04-10981
:
------------------------------------------------------------------------X Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
NEURONTIN PRODUCTS LIABILITY CASES : Sorokin
------------------------------------------------------------------------X

**AMENDED NOTICE OF VIDEOTAPED PRESERVATION DEPOSITION OF
CHERYL BLUME, PH.D.**

(Address Correction)

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Order of October 8, 2010, Plaintiffs, by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Cheryl Blume, Ph.D. Pursuant to such Order, the testimony will be taken to preserve the testimony for trial of the Neurontin Product Liability cases. The deposition will be taken in at the offices of Cheryl Blume, Ph.D., 13902 North Dale Mabry Highway, Suite 230, Tampa Florida 33618 beginning at 9:00 a.m. and ending no later than 6:00 p.m. local time on Thursday, August 18, 2011. The deposition will be recorded by stenographic means and videotaped by Veritext, 1 Penn Plaza, Suite 1706, New York, New York, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure and the referenced Order.

Dated: August 15, 2011

        Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P. O. Box 1111
Newburgh, NY 12551

By: **/s/ Jack W. London**
Jack W. London, Esquire
Law offices of Jack W. London
& Associates
3701 Bee Cave Rd., Suite 200
Austin, TX 78746

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2011, I caused to be served a true and correct copy of the foregoing Notice of Videotaped Preservation Deposition of Cheryl Blume, Ph.D. via electronic mail and U.S. Mail, postage prepaid to:

Mr. Mark Cheffo, Esq.
mark.cheffo@skadden.com
Skadden Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on 15 August 2011.

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire

        **/s/ Jack W. London**
        Jack W. London, Esquire