UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
                                                   :    MDL Docket No. 1629

In re:   NEURONTIN MARKETING,      :
        SALES PRACTICES AND       :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION  :
                                         :    Judge Patti B. Saris

-------------------------------------------------------------x
                                                 :    Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:     :
                                                 :

GEORGE v. PFIZER INC.          :
Individual Case No. 06-10112       :
                                                 :
-------------------------------------------------------------x

## STIPULATION OF DISMISSAL

      The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure for the United States District Courts, that the action be dismissed, with prejudice and

without costs or fees to any party.

Dated:  August 16, 2011

/s/ Kenneth B. Fromson            /s/ Mark S. Cheffo
Kenneth B. Fromson              Mark S. Cheffo
FINKELSTEIN & PARTNERS, LLP     SKADDEN, ARPS, SLATE,
1279 Route 300, P.O. Box 1111         MEAGHER & FLOM LLP
Newburgh, NY  12551             Four Times Square
(800) 634-1212                 New York, NY  10036
kfromson@lawampm.com          (212) 735-10036
                               Mark.Cheffo@skadden.com
*Attorneys for Plaintiff*

                               *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system has been served pursuant to
Case Management Order No. 3 on August 16, 2011.

Dated:  August 16, 2011

                                /s/ Kenneth B. Fromson
                                Kenneth B. Fromson