UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ----------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | : | |
|   SALES PRACTICES AND | : | Master File No. 04-10981 |
|   PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| ----------------------------------------------------------------x | : | |
| | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| CAMPBELL v. PFIZER INC. | : | |
| Individual Case No. 06-11483 | : | |
| | : | |
| ----------------------------------------------------------------x | : | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  August 16, 2011

/s/ Kenneth B. Fromson
Kenneth B. Fromson
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
kfromson@lawampm.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
(212) 735-10036
Mark.Cheffo@skadden.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 16, 2011.

Dated:  August 16, 2011

/s/ Kenneth B. Fromson
Kenneth B. Fromson