UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc., et al.*, No. 06-11024-PBS. : Sorokin
:
------------------------------------------------x

## **DEFENDANTS' MOTION FOR SANCTIONS**

In accordance with Federal Rule of Civil Procedure 11(b) and (c), 28 U.S.C. § 1927, and the Court's inherent authority, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") submit this motion for sanctions against the Law Offices of Newton B. Schwartz ("the Schwartz firm") with regard to claims brought by Plaintiffs David Weatherford, David Pettit, Janice Lee, and Patricia Brockman.  Because the Schwartz firm continues to represent Plaintiffs who have no reasonable basis for pursuing a claim against Pfizer under any applicable law, this Court should impose sanctions, including an award of costs and attorneys' fees incurred by Pfizer in taking these Plaintiffs' depositions and in bringing this motion.

WHEREFORE, Defendants respectfully request that the Court issue an order sanctioning the Schwartz firm and awarding Pfizer its costs and attorneys' fees that were incurred to depose Plaintiffs Weatherford, David, Lee, and Brockman and to bring this motion.

Dated: August 16, 2011							Respectfully submitted,

                SKADDEN, ARPS, SLATE,
                  MEAGHER & FLOM LLP

                By: /s/ Mark S. Cheffo
                   Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
   Ana M. Francisco
   BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 16, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco