UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES      :   MDL Docket No. 1629
         PRACTICES AND PRODUCTS          :
         LIABILITY LITIGATION              Master File No. 04-10981
----------------------------------------------x
:   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                :
:   Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc., et al.*, No. 06-11024-PBS.  :   Sorokin
----------------------------------------------x

**DECLARATION OF CATHERINE B. STEVENS
IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the April 26, 2011, hearing held in the United States District Court for the District of Massachusetts.

3. Attached hereto as Exhibit B is a true and correct copy of a letter received from the Law Offices of Newton B. Schwartz dated July 1, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the June 27, 2011, deposition of David Weatherford.

5. Attached hereto as Exhibit D is a true and correct copy of a record obtained from the Carolina Pines Regional Medical Center originally dated May 12, 2003.

6. Attached hereto as Exhibit E is a true and correct copy of a record obtained from the G. Werber Bryan Psychiatric Hospital originally dated May 25, 2003.

7. Attached hereto as Exhibit F is a true and correct copy of a record obtained from the G. Werber Bryan Psychiatric Hospital originally dated May 27, 2003.

8.     Attached hereto as Exhibit G is a true and correct copy of a record obtained from the G. Werber Bryan Psychiatric Hospital originally dated May 28, 2003.

9.     Attached hereto as Exhibit H is a true and correct copy of the June 28, 2011, deposition of David Pettit.

10.    Attached hereto as Exhibit I is a true and correct copy of the June 29, 2011, deposition of Janice Lee.

11.    Attached hereto as Exhibit J is a true and correct copy of the Complaint that Plaintiffs filed in *Anderson, et al. v. Pfizer, Inc., et al.*, No. 06-11024-PBS, on April 27, 2006.

12.    Attached hereto as Exhibit K is a true and correct copy of the June 30, 2011, deposition of Patricia Brockman.

13.    Attached hereto as Exhibit L is a true and correct copy of a letter and attachment received from the Law Offices of Newton B. Schwartz dated August 8, 2011.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 16th day of August, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 16, 2011.

/s/ Ana. M. Francisco
Ana M. Francisco