UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
----------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
Drinkwine v. Pfizer, et al., No. 09-10836 :
Leu v. Pfizer, et al., No. 09-10422 :
Peterson v. Pfizer, et al., No. 10-10933 :
Hamilton v. Pfizer, et al., No. 10-11023 :
:
----------------------------------------------------------x

**NOTICE THAT PLAINTIFFS INTEND TO
PURSUE CASES AGAINST GENERIC DEFENDANTS**

     In response to Judge Patti B. Saris's August 12, 2011 electronic order (ECF Doc. # 3625), please be advised that Plaintiffs named in the above captioned cases intend to pursue these cases against the named generic defendants.

Dated:  August 19. 2011

                                       **/s/ Kenneth B. Fromson**
                                       Kenneth B. Fromson
                                       FINKELSTEIN & PARTNERS, LLP
                                       1279 Route 300, P.O. Box 1111
                                       Newburgh, NY  12551
                                       (800) 634-1212
                                       *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 19, 2011.

Dated: August 19, 2011

                                        **/s/ Kenneth B. Fromson**
                                        Kenneth B. Fromson