UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| KAISER FOUNDATION HEALTH PLAN, INC., ET AL. V. PFIZER INC, ET AL., 04 CV 10739 (PBS) | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |

### [PROPOSED] ORDER GRANTING CONTINUED STAY OF EXECUTION WITHOUT SUPERSEDEAS BOND PENDING APPEAL

Having considered Defendants' Motion For Continued Stay Of Execution Without Supersedeas Bond Pending Appeal, IT IS HEREBY ORDERED that such motion is granted and the current stay of execution of the judgment in this case is extended pending appeal, without the requirement of a bond or other security at this time. This Order is without prejudice to the Kaiser Plaintiffs' right to seek a bond at a later date in accordance with the Parties' stipulation [3027].

SO ORDERED this 18 day of August, 2011.

Patti B. Saris
United States District Judge

Copies to: Counsel via ECF