UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harden Manufacturing Corporation, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 04-CV-10981-PBS |
| Pfizer, Inc., et al., | : |
| Defendants. | : |

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby withdraws as counsel for Sandra Gaudio and Gerard Gaudio.

Respectfully submitted,

/s/ Adam M. Slater
ADAM M. SLATER, ESQ.
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
973-228-9898

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 19, 2011.

/s/ Adam M. Slater