UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS;<br>*Blackwell v. Pfizer, Inc., et al.,* 1:06-cv-10420-PBS. | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS
REPRESENTED BY HENINGER GARRISON DAVIS, LLC**

In accordance with this Court's July 28, 2011 Order and Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer" or "Defendants"), respectfully move to dismiss the claims of Plaintiffs Meicki Baker, Andria Renee Blackwell, Odessa Grissom, Pauline Huff, Jacqueline Poole, Joyce Reach, and Jessica Whitten (collectively, the "Garrison Plaintiffs"), who are represented by the law firm Heninger Garrison Davis, LLC. The Garrison Plaintiffs violated this Court's July 28, 2011 Order requiring supplemental discovery within 10 days, and – even though these cases have been pending in this MDL for more than 5 years – the Garrison Plaintiffs still have yet to provide full and complete responses to template discovery, despite multiple orders and deadlines requiring them to do so. As such, their claims should be dismissed due to their long-standing violations of the Court's basic discovery orders and for failure to prosecute. Pfizer also seeks its reasonable expenses, including attorneys' fees, incurred in making this motion.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims of the Garrison Plaintiffs and award Pfizer costs and attorneys' fees.

Dated: August 19, 2011                    Respectfully submitted,

                                             SKADDEN, ARPS, SLATE,
                                               MEAGHER & FLOM LLP

                                             By:   /s/ Mark S. Cheffo
                                                    Mark S. Cheffo

                                           Four Times Square
                                           New York, NY 10036
                                           Tel:  (212) 735-3000

                                           -and-

                                           ROPES & GRAY LLP

                                           By:    /s/ Ana M. Francisco
                                                    Ana M. Francisco
                                                    BBO #564346

                                           Prudential Tower
                                           800 Boylston Street
                                           Boston, MA 02199-3600
                                           Tel:  (617) 951-7000
                                           Email:  ana.francisco@ropesgray.com

                                           *Attorneys for Defendants Pfizer Inc and*
                                           *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

                                           /s/ Mark S. Cheffo
                                           Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 19, 2011.

                                           /s/ Ana. M. Francisco
                                           Ana M. Francisco