UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
FINKELSTEIN & PARTNERS CASES :
:
------------------------------------------------------------x

**FINKELSTEIN & PARTNERS' PRODUCTS LIABILITY PLAINTIFFS'
AND PFIZER DEFENDANTS' JOINT MOTION FOR ANOTHER
NINETY (90) DAY EXTENSION OF THE DEADLINE IMPOSED
IN THIS COURTS' SETTLEMENT ORDER OF DISMISSAL**

    Finkelstein & Partners' Products Liability Plaintiffs and Pfizer Defendants hereby move by Joint Motion for an Order granting a second[1] ninety (90) day extension of this Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), to extend the deadline, which is presently September 12, 2011, to December 12, 2011.

    Although the parties have continued to diligently work on the resolution of these actions, the settlement process has been delayed in order to complete the unavoidable arduous administrative hurdles involved in the settlement process. Plaintiffs' counsel has had to apply to the various surrogate courts to obtain the appointment of Administrators or Executors with the appropriate powers to settle the cases. Moreover, each case requires careful investigation of the potential for any liens on the recovery which requires obtaining accurate information from

---

[1] On May 18, 2011, the parties filed a Joint Motion to Extend this Court's February 18, 2011 Settlement Order of Dismissal for a period of ninety (90) days to September 12, 2011 (ECF Doc. # 3471), which was granted by Magistrate Judge Leo T. Sorokin by electronic order on May 23, 2011.

government (i.e., Medicare and/or Medicaid) and other entities prior to the final resolution of the settlement.  The settlement process for the following cases is still in progress:

Bennett v. Pfizer, et al., No. 08-cv-10678

Bentley v. Pfizer, et al., No. 05-cv-11997

Brida v. Pfizer, et al., No. 07-cv-12129

Colton v. Pfizer, et al., No. 05-cv-11996

Crone v. Pfizer, et al., No. 09-cv-11694

Dixon v. Pfizer, et al., No. 05-11998

Feyer v. Pfizer, et al., No. 05-cv-11035

Hamilton v. Pfizer, et al., No. 10-cv-11023 (Pfizer Defendants only)

Henry v. Pfizer, et al., No. 05-cv-11995

Libby v. Pfizer, et al., No. 06-cv-11482

McGee v. Pfizer, et al., No. 05-cv-12593

Montgomery v. Pfizer, et al., No. 06-cv-10110

O'Sullivan v. Pfizer, et al., No. 08-cv-11256

Owens v. Pfizer, et al., No. 05-cv-11017

Scott v. Pfizer, et al., No. 06-cv-10253

Tilley v. Pfizer, et al., No. 06-cv-11773

Wampole v. Pfizer, et al., No. 07-cv-11072

Woolum v. Pfizer, et al., No. 07-cv- 10853

In Spencer-Acker v. Pfizer, et al., No. 08-cv-12088, Finkelstein & Partners has been corresponding with the bankruptcy trustee in order to resolve a bankruptcy issue and conclude the settlement.

Moreover, in Wolosonowich v. Pfizer, et al., No. 06-cv-11395, Finkelstein & Partners is working on establishing an estate, and will move for leave to withdraw as attorneys, and requests 90 days in order to complete the task.

## CONCLUSION

Plaintiffs and Pfizer Defendants respectfully request that this Court issue an Order extending the deadline imposed by this Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), for another period of ninety (90) days to December 12, 2011, in regard to the above cases which are still in the settlement process, and for the Wolosonowich case where an estate is in the process of being established.

Dated: August 22, 2011                         Respectfully submitted,

                                               FINKELSTEIN & PARTNERS, LLP
                                               Attorneys for Plaintiffs


                                        By:    **/s/ Andrew G. Finkelstein**
                                               Andrew G. Finkelstein, Esquire
                                               1279 Route 300, P.O. Box 1111
                                               Newburgh, New York 12551
                                               (800) 634-1212

                                               SKADDEN, ARPS, SLATE, MEAGHER
                                                  & FLOM, LLC
                                               Attorneys for Defendants Pfizer Inc. and
                                               Warner-Lambert Company, LLC


                                        By:    **/s/ Mark S. Cheffo**
                                               Mark S. Cheffo, Esquire
                                               4 Times Square
                                               New York, New York 10036
                                               (212) 735-3000

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 22, 2011.

                                           **/s/ Andrew G. Finkelstein**
                                           Andrew G. Finkelstein, Esquire