UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:  NEURONTIN MARKETING, SALES                            :   MDL Docket No. 1629
        PRACTICES, AND PRODUCTS                               :
        LIABILITY LITIGATION                                  :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                     :
                                                              :   Magistrate Judge Leo T.
Mary Ann Minervino v. Pfizer Inc, et al.                      :   Sorokin
No. 05-cv-11513                                               :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by the Plaintiff and all of the Defendants in the above-captioned action, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiff above with prejudice as to all claims and all defendants, with each party to bear its own costs and attorneys' fees.

Dated:  August 23, 2011                      Respectfully submitted,

WESTERMANN SHEEHY KEENAN                     SKADDEN, ARPS, SLATE, MEAGHER
  SAMAAN & AYDELOTT, LLP                       & FLOM LLP

By:   /s/ Christopher P. Keenan              By:   /s/ Mark S. Cheffo
       Christopher P. Keenan                        Mark S. Cheffo

                                             Four Times Square
222 Bloomingdale Road, Suite 305             New York, NY 10036
White Plains, NY 10605                       Tel:  (212) 735-3000
Tel:  (914) 946-7770                         email:  Mark.Cheffo@skadden.com
email:  CPKeenan@westerlaw.com

*Attorneys for Plaintiff Mary Ann Minervino,*   *Attorneys for Defendants Pfizer Inc and*
*individually and as Administratrix of the*    *Warner-Lambert Company LLC*
*Estate of Carmine Minervino*

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 23, 2011.

/s/ Ana M. Francisco
Ana M. Francisco