UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:  NEURONTIN MARKETING,              :   MDL Docket No. 1629
        SALES PRACTICES AND               :
        PRODUCTS LIABILITY LITIGATION     :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
                                          :   Magistrate Judge Leo T.
Jose Garcia v. Pfizer Inc., et al.        :   Sorokin
Case No. 06-11775-PBS                     :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION OF DISMISSAL

**IT IS STIPULATED AND AGREED** by Plaintiff and Defendants in the above-captioned action, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiff above with prejudice as to all claims and all Defendants, with each party to bear its own costs and attorneys' fees.

Dated: August 25, 2011

                                            Respectfully submitted,

                                            GARCIA & KARAM, L.L.P.

                                            By:    */s/ Ricardo A. Garcia*
                                                           Ricardo A. Garcia

                                            820 South Main
                                            McAllen, Texas 78501
                                            956-630-2882 (telephone)
                                            956-630-5393 (facsimile)

                                            *Attorneys for Plaintiff*

                                            **-**and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By:    /s/ Ana M. Francisco
       Ana M. Francisco
       BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 25, 2011.

       /s/ Ana. M. Francisco
       Ana M. Francisco