UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
FINKELSTEIN & PARTNERS CASES                                :
                                                            :
------------------------------------------------------------x
```

## STATUS REPORT ON FINKELSTEIN & PARTNERS, LLP CASES REMAINING IN THE MDL

In response to Magistrate Judge Leo T. Sorokin's August 11, 2011 electronic order, which requested a status report on product liability cases which remain in this MDL, please be advised that Finkelstein & Partners is working with Pfizer Defendants to complete the settlement process for the following cases:

Bennett v. Pfizer, et al., No. 08-cv-10678

Bentley v. Pfizer, et al., No. 05-cv-11997

Brida v. Pfizer, et al., No. 07-cv-12129

Colton v. Pfizer, et al., No. 05-cv-11996

Crone v. Pfizer, et al., No. 09-cv-11694

Dixon v. Pfizer, et al., No. 05-11998

Feyer v. Pfizer, et al., No. 05-cv-11035

Hamilton v. Pfizer, et al., No. 10-cv-11023 (Pfizer Defendants only)

Henry v. Pfizer, et al., No. 05-cv-11995

Libby v. Pfizer, et al., No. 06-cv-11482

McGee v. Pfizer, et al., No. 05-cv-12593

Montgomery v. Pfizer, et al., No. 06-cv-10110

O'Sullivan v. Pfizer, et al., No. 08-cv-11256

Owens v. Pfizer, et al., No. 05-cv-11017

Scott v. Pfizer, et al., No. 06-cv-10253

Sizemore v. Pfizer, et al., No. 06-cv-10111

Tilley v. Pfizer, et al., No. 06-cv-11773

Wampole v. Pfizer, et al., No. 07-cv-11072

Woolum v. Pfizer, et al., No. 07-cv-10853

In Spencer-Acker v. Pfizer, et al., No. 08-12088, Finkelstein & Partners has been corresponding with the bankruptcy trustee in order to resolve a bankruptcy issue and conclude the settlement.

In Wolosonowich v. Pfizer, et al., No. 06-11395, Finkelstein & Partners is working to establish an estate and will move for leave to withdraw as attorneys.

Plaintiffs in the following cases have dismissed their cases as against Pfizer Defendants and intend to pursue their cases as against the generic defendants named in the complaints:

Drinkwine v. Pfizer, et al., No. 09-10836

Leu v. Pfizer, et al., No. 09-10422

Morrow v. Pfizer, et al., No. 08-11707

In Peterson v Pfizer, et al., No. 10-10933, Plaintiffs will be drafting a stipulation to dismiss their case as against Pfizer Defendants, and Plaintiffs intend to pursue their case as against the generic defendants.

In Hamilton v. Pfizer, et al., No. 10-11023, Finkelstein & Partners is in the process of completing the resolution of the case with Pfizer Defendants (regarding Neurontin), the generic defendant Glenmark Pharmaceuticals (regarding the drug Zonisamide), and the Johnson & Johnson defendants (regarding the drug Topamax).

In Stadler v. Pfizer, et al., No. 08-11330, on July 28, 2011, Magistrate Judge Leo T. Sorokin granted the motion by Plaintiff's counsel, Finkelstein & Partners, LLP, made on their own behalf and on behalf of their local counsel, for leave to withdraw as counsel for Plaintiff Jason Stadler.  See D. Mass. Case No. 04-10981, ECF Doc. # 2990.  After the Stadler case was remanded to the U.S. District Court for the District of Minnesota, Pearson, Randall & Schumacher, P.A., local counsel for Plaintiff, filed in the District of Minnesota on August 2, 2011, a notice advising that Finkelstein & Partners, LLP, and local counsel had been granted leave to withdraw as counsel for Plaintiff.  See D. Minn. No. 08-3295, ECF Doc. # 10.

In Isaacs v. Pfizer, et al., No. 05-10630, on February 4, 2011, Magistrate Judge Leo T. Sorokin granted the motion by Plaintiff's counsel, Finkelstein & Partners, LLP, D. Mass. Case No. 04-10981, ECF Doc. # 3167, for leave to withdraw as counsel for Plaintiff Debora Isaacs. See D. Mass. Case No. 04-10981, ECF Doc. # 3277.  After the Isaacs case was remanded to the U.S. District Court for the District of Minnesota, Pearson, Randall & Schumacher, P.A., local counsel for Plaintiff, filed in the District of Minnesota on August 3, 2011, a motion for leave to withdraw as counsel for Plaintiff Debora L. Isaacs.  See D. Minn. No. 07-1216, ECF Doc. ## 9, 10, 11, 12, 13, 14.

In Reilly v. Pfizer, et al., No. 07-12236, on February 4, 2011, Magistrate Judge Leo T. Sorokin granted the motion by Plaintiff's counsel, Finkelstein & Partners, LLP, D. Mass. Case No. 04-10981, ECF Doc. # 3208, for leave to withdraw as counsel for Plaintiff Arthur Reilly.

See D. Mass. Case No. 04-10981, ECF Doc. # 3277. After the Reilly case was remanded to the U.S. District Court for the District of Minnesota, Pearson, Randall & Schumacher, P.A., local counsel for Plaintiff, filed in the District of Minnesota on August 3, 2011, a motion for leave to withdraw as counsel for Plaintiff Arthur Reilly. See D. Minn. No. 07-4428, ECF Doc. ## 12, 13, 14, 15, 16, 17.

Dated: August 29, 2011               Respectfully submitted,

                                     FINKELSTEIN & PARTNERS, LLP
                                     Attorneys for Plaintiffs


                        By:     **/s/ Andrew G. Finkelstein**
                                Andrew G. Finkelstein, Esquire
                                1279 Route 300, P.O. Box 1111
                                Newburgh, NY  12551
                                (800) 634-1212


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 29, 2011.

                                **/s/ Andrew G. Finkelstein**
                                Andrew G. Finkelstein, Esquire

4