# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | **NOTICE OF WITHDRAWAL<br>OF SCOTT L. WALKER** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws his appearance in the above-captioned matter on behalf of Consolidated Defendant Cline, Davis & Mann, Inc. as counsel of record, and respectfully requests that no further notices and/or pleadings be given to or required of him in this matter, and that he be removed from the Court's Notices of Electronic Filing System:

>Scott L. Walker
>Lowenstein Sandler PC
>1251 Avenue of the Americas
>New York, NY 10020
>212-262-6700
>Email: swalker@lowenstein.com

                    Respectfully submitted,

                    **LOWENSTEIN SANDLER PC**

                    By: s/ Scott L. Walker_____
                           Scott L. Walker

Dated: August 29, 2011
        New York, New York