# Exhibit "A"

| # | Last | First | Civil Action No. | Discovery Status | Discovery Remaining |
|---|---|---|---|---|---|
| 1 | Accetullo | Martha | 06-10912-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 2 | Belliano | Beth | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 3 | Brazell | Susan | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 4 | Brockman | Patricia | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 5 | Byrum-Hill | Gwenna | 06-10912-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 6 | Calvert | Pamela | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 7 | Carr | Lester | 06-11024-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 8 | Colley (dec.) | Robert | 06-10912-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Sales Rep. |
| 9 | Davis | Kimm | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 10 | Day | David | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 11 | Gann | Monica | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 12 | Girard | Charles | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 13 | Greer (Weathers) | Karen | 06-11024-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 14 | *Groves (dec.) | Sherry | 06-11023-PBS | Reinstatement Pending | |
| 15 | Hargett | Janet | 06-11023-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Sales Rep. |
| 16 | Huff (dec.) | Teresa | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 17 | James | Tommy | 06-10912-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 18 | Jones | Carla | 06-10912-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 19 | Kilic | Mehmet | 06-11022-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 20 | Knowlton | Barbara | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 21 | Larkin | Ann | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Sales Rep. |
| 22 | Lee | Janice W. | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 23 | Lemacks | George | 06-11024-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Prescriber(s), Sales Rep. |

| | Last | First | Civil Action No. | Discovery Status | Discovery Remaining |
|---|---|---|---|---|---|
| 24 | Logan | Sandra | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescribers;<br>Depos remaining: Sales Rep. |
| 25 | Luttrell | Leslie | 06-10912-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 26 | Lytle | Fred | 06-11023-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 27 | McMahon-Lough | Sandra | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 28 | Nichols | Wanda | 06-10912-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 29 | Pastine (dec.) | Samuel A. | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 30 | Petit | David | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 31 | Saenz | Monica | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 32 | Sprinkle (dec.) | Harold | 06-10912-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 33 | St. Hilaire | Bob | 06-11024-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Sales Rep. |
| 34 | Taggart | Jeffrey | 06-10912-PBS | In Progress | Depos completed: Plaintiff, Prescriber, Treating Physician;<br>Depos remaining: Sales Rep. |
| 35 | Taylor | Caryl | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 36 | Valentino | Diane | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescriber, Treating Physician;<br>Depos remaining: Sales Rep. |
| 37 | Vice | Melissa | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 38 | Weatherford | David | 06-11024-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 39 | Wilhelm | John | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 40 | Williams | Dexter | 06-10912-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 41 | Wine | Helen | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |