UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,              :
SALES PRACTICES AND                       : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:          :
:
PRODUCTS LIABILITY ACTIONS         :
:
------------------------------------------------------------x

# DEFENDANTS' STATUS REPORT REGARDING COMPLETION OF INITIAL FACT DISCOVERY

Pursuant to Magistrate Judge Leo T. Sorokin's August 11, 2011, Electronic Order, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit the attached charts regarding the status of initial discovery in each group of products liability cases as well as the status of each individual products liability case. The charts are attached as follows:

Exhibit A:  Cases dismissed in 2011

Exhibit B:  Cases currently proceeding *pro se*

Exhibit C:  Cases represented by Finkelstein & Partners LLP

Exhibit D:  Cases represented by the Law Offices of Newton B. Schwartz

Exhibit E:  Cases represented by the Boone Law Firm

Exhibit F:  Cases represented by counsel other than Finkelstein & Partners LLP, the Law Offices of Newton B. Schwartz, or the Boone Law Firm.

The status of initial discovery in each case is outlined in the attached charts. Many cases have been dismissed in 2011, and in other cases counsel for Plaintiffs have withdrawn from representation and those Plaintiffs are now proceeding *pro se*.

In the cases represented by Finkelstein & Partners LLP, the parties are working to finalize dismissals in the remaining pending cases.

Initial discovery continues to proceed in the cases represented by the Law Offices of Newton B. Schwartz. The Schwartz firm has filed 3 motions to suspend discovery related to many of its cases, and those cases are currently stayed. [3455; 3542; 3571] Defendants believe that the pace of initial depositions in the Schwartz cases has been impacted by the Schwartz firm's continued culling of its cases, but the parties are continuing to push forward with initial discovery. Defendants have moved for sanctions regarding 4 Plaintiffs represented by the Schwartz firm. [3580]

The cases represented by the Boone Law Firm are subject to an Order of Dismissal which states that the cases are "dismissed as to Defendants Pfizer Inc and Warner-Lambert Company LLC without costs and without prejudice to the right of any party and shall be reopened without further motion as to any individual plaintiff where within 120 days a stipulation of dismissal with prejudice is not filed." [3560]

Initial discovery continues to proceed in the cases represented by counsel other than Finkelstein & Partners LLP, the Law Offices of Newton B. Schwartz, or the Boone Law Firm.

Dated:  August 29, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 29, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco

3