# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Cases Dismissed in 2011**

| Case | Docket No. | Status | Plaintiffs' Counsel |
|---|---|---|---|
| *Adams, Lois v. Pfizer* | 05-10835 | Voluntarily dismissed on January 19, 2011. [3240] | Boone Law Firm |
| *Howard, Ethel v. Pfizer* | 07-11795 | Voluntarily dismissed on January 19, 2011. [3242] | Boone Law Firm |
| *Scott, Grace v. Pfizer* | 07-11795 | Voluntarily dismissed on January 25, 2011. [3262] | Boone Law Firm |
| *Shoemaker, Jack v. Pfizer* | 07-11795 | Voluntarily dismissed on January 19, 2011. [3243] | Boone Law Firm |
| *Taylor, Estate of Cecil v. Pfizer* | 07-11795 | Voluntarily dismissed on January 19, 2011. [3245] | Boone Law Firm |
| *Thomas, Estate of Bertha v. Pfizer* | 07-11795 | Voluntarily dismissed on January 19, 2011. [3246] | Boone Law Firm |
| *Thomas, Estate of Carlene v. Pfizer* | 05-10835 | Voluntarily dismissed on January 19, 2011. [3241] | Boone Law Firm |
| *Thornton, Bernice v. Pfizer* | 07-11795 | Voluntarily dismissed on January 19, 2011. [3244] | Boone Law Firm |
| *Toler, Ella v. Pfizer* | 07-11795 | Voluntarily dismissed on January 19, 2011. [3247] | Boone Law Firm |
| *Turner, Monnie v. Pfizer* | 07-11795 | Voluntarily dismissed on January 19, 2011. [3248] | Boone Law Firm |
| *Jones, Kaila v. Pfizer* | 09-11417 | Defendants' motion to dismiss granted on April 18, 2011. [3300] | Bullard & Wangerin, LLP |
| *Mecija, Jennifer v. Pfizer* | 06-11445 | Voluntarily dismissed on July 8, 2011. [3533] | Edgar Law Firm |
| *Reott, Edward v. Pfizer* | 05-11514 | Voluntarily dismissed on April 19, 2011. [3417] | Egan & Jamiolkowski |
| *Campbell v. Pfizer* | 06-11483 | Voluntarily dismissed on August 16, 2011. [3579] | Finkelstein & Partners |
| *Drinkwine v. Pfizer* | 09-10836 | Stipulation Of Dismissal As Against Pfizer Defendants Only filed on May 25, 2011. [3488] | Finkelstein & Partners |

| Case | Docket No. | Status | Plaintiffs' Counsel |
|---|---|---|---|
| *George v. Pfizer* | 06-10112 | Voluntarily dismissed on August 16, 2011. [3578] | Finkelstein & Partners |
| *Hargrove v. Pfizer* | 05-11034 | Voluntarily dismissed on July 27, 2011. [3550] | Finkelstein & Partners |
| *James v. Pfizer* | 05-11022 | Voluntarily dismissed on July 27, 2011. [3549] | Finkelstein & Partners |
| *Leu v. Pfizer* | 09-10422 | Stipulation Of Dismissal As Against Pfizer Defendants Only filed on May 16, 2011. [3461] | Finkelstein & Partners |
| *Lyman v. Pfizer* | 05-11020 | Voluntarily dismissed on July 27, 2011. [3548] | Finkelstein & Partners |
| *Morrow v. Pfizer* | 08-11706 | Stipulation Of Dismissal As Against Pfizer Defendants Only filed on May 25, 2011. [3489] | Finkelstein & Partners |
| *Paulson v. Pfizer* | 05-10830 | Voluntarily dismissed on January 11, 2011. [3228] | Finkelstein & Partners |
| *Pursey v. Pfizer* | 07-10106 | Voluntarily dismissed on July 27, 2011. [3547] | Finkelstein & Partners |
| *Roberson v. Pfizer* | 05-12001 | Voluntarily dismissed on July 27, 2011. [3546] | Finkelstein & Partners |
| *Shaw v. Pfizer* | 06-11584 | Voluntarily dismissed on July 27, 2011. [3543] | Finkelstein & Partners |
| *Shearer v. Pfizer* | 07-11428 | Voluntarily dismissed on May 19, 2011. [3477] | Finkelstein & Partners |
| *Shelley v. Pfizer* | 06-11935 | Voluntarily dismissed on February 8, 2011. [3282] | Finkelstein & Partners |
| *Sizemore v. Pfizer* | 06-10111 | Voluntarily dismissed on August 22, 2011. [3590] | Finkelstein & Partners |
| *Smith, Monica v. Pfizer* | 05-10833 | Voluntarily dismissed on February 8, 2011. [3281] | Finkelstein & Partners |
| *Valentine v. Pfizer* | 07-11067 | Voluntarily dismissed on July 27, 2011. [3545] | Finkelstein & Partners |
| *Vercillo v. Pfizer* | 05-11019 | Voluntarily dismissed on July 27, 2011. [3544] | Finkelstein & Partners |
| *Aranda, Maria v. Pfizer* | 06-10310 | Voluntarily dismissed on January 5, 2011. [3211] | Garcia & Karam |
| *Burleson, James Michael v. Pfizer* | 06-11583 | Voluntarily dismissed on February 22, 2011. [3306] | Garcia & Karam |
| *Felici, Lilia v. Pfizer* | 06-10689 | Voluntarily dismissed on August 3, 2011. [3557] | Garcia & Karam |
| *Garcia, Jose v. Pfizer* | 06-11775 | Voluntarily dismissed on August 25, 2011. [3593] | Garcia & Karam |
| *Salinas, Sulema v. Pfizer* | 06-10687 | Voluntarily dismissed on December 7, 2010. | Garcia & Karam |

| Case | Docket No. | Status | Plaintiffs' Counsel |
|---|---|---|---|
| | | [3143] | |
| *Brown, Charles v. Pfzier* | 06-11383 | Voluntarily dismissed on July 6, 2011.  [3524] | Henninger Garrison Davis, LLC |
| *Holloway, Marsha v. Pfizer* | 06-11387 | Voluntarily dismissed on July 6, 2011.  [3525] | Henninger Garrison Davis, LLC |
| *Southern, Jessica v. Pfizer* | 07-10428 | Voluntarily dismissed on July 6, 2011.  [3526] | Henninger Garrison Davis, LLC |
| *Wilson, Louise C. and Robert F. v. Pfizer* | 05-11502 | Voluntarily dismissed on August 10, 2011.  [3566] | Law Office of J. Christopher Kervick |
| *Leiendecker, Sandra v. Pfizer* | 05-12074 | Voluntarily dismissed on March 24, 2011.  [3371] | Law Office of Michael D. Liberty |
| *Johnson, Melissa v. Pfizer* | 05-12073 | Defendants' motion to dismiss granted on April 18, 2011.  [3300] | Law Offices of Manuel H Miller |
| *Anderson, Mary v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011.  [3202] | Law Offices of Newton B. Schwartz |
| *Angel, Robert v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011.  [3202] | Law Offices of Newton B. Schwartz |
| *Blake, Kay v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011.  [3202] | Law Offices of Newton B. Schwartz |
| *Brewster, Kamaliha v. Pfizer* | 06-11022-PBS | Voluntarily dismissed on July 8, 2011.  [3531] | Law Offices of Newton B. Schwartz |
| *Brown, Alesha v. Pfizer* | 06-10912-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] | Law Offices of Newton B. Schwartz |
| *Brown, Catherine v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011.  [3202] | Law Offices of Newton B. Schwartz |
| *Bruce, Anne v. Pfizer* | 06-11024-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] | Law Offices of Newton B. Schwartz |
| *Carpenter, Lesa v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011.  [3202] | Law Offices of Newton B. Schwartz |
| *Clemons, Garry v. Pfizer* | 06-11023-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] | Law Offices of Newton B. Schwartz |
| *Craig, Coleen v. Pfizer* | 06-10912-PBS | Judgment in favor of Defendants entered August 31, 2010.  [3065] | Law Offices of Newton B. Schwartz |
| *Dauernheim, Larry v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011.  [3202] | Law Offices of Newton B. Schwartz |

| Case | Docket No. | Status | Plaintiffs' Counsel |
|---|---|---|---|
| *Douglas, Stacey v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Dreher, Loretta v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Espey, Debra v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Gilbow, Sherrial v. Pfizer* | 06-10912-PBS | The Schwartz firm's motion to dismiss was granted on April 20, 2011. [3344] | Law Offices of Newton B. Schwartz |
| *Gonzalez, Nikko v. Pfizer* | 06-11023-PBS | Judgment in favor of Defendants entered August 31, 2010. [3065] | Law Offices of Newton B. Schwartz |
| *Gordon, Drew v. Pfizer* | 06-11022-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Groves, Sherry v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Hall, Christopher v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Hiers, Debbie v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Hildebrand, Donald v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Jackson, Timothy v. Pfizer* | 06-11022-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Jeffers, Latonya v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Jones-Coleman, Lovell v. Pfizer* | 06-10912-PBS | Voluntarily dismissed on April 29, 2011. [3437] | Law Offices of Newton B. Schwartz |
| *Kestner, Mary v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Knauff, Kenneth v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Laspina, Mario v. Pfizer* | 06-10912-PBS | Judgment in favor of Defendants entered August 31, 2010. [3065] | Law Offices of Newton B. Schwartz |

4

| Case | Docket No. | Status | Plaintiffs' Counsel |
|---|---|---|---|
| *Lewis, Tracy v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Manning, Jacqueline v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Marlow, Darren v. Pfizer* | 06-11024-PBS | Judgment in favor of Defendants entered August 31, 2010. [3065] | Law Offices of Newton B. Schwartz |
| *May, Bryan v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *McCue, Zina v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Middleton, Autherine v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Mocci, Lori v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Moses, Robert v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Myers, Cynthia, Est. Aldina Sweitzer v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Payne, Barbara v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Payne, Lonnie v. Pfizer* | 06-10912-PBS | Judgment in favor of Defendants entered August 31, 2010. [3065] | Law Offices of Newton B. Schwartz |
| *Perdue, Richardson v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Phipps, Linda v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Pina, Dena v. Pfizer* | 06-11022-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Reaves, Craig v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Scheidt, Donald v. Pfizer* | 06-11023-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |

| Case | Docket No. | Status | Plaintiffs' Counsel |
|---|---|---|---|
| *Seagraves, Florence v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Smalls, Kathaleen v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Weger, Louis v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *White, Annette v. Pfizer* | 06-10912-PBS | Order of dismissal entered on October 17, 2010. [1335] | Law Offices of Newton B. Schwartz |
| *White, Charles v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Wigfall, Dexter v. Pfizer* | 06-11024-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Wilkin, Jeffrey v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Wilson, Kristina v. Pfizer* | 06-10912-PBS | Order of dismissal entered on January 3, 2011. [3202] | Law Offices of Newton B. Schwartz |
| *Johnson, Elmenia v. Pfizer* | 06-10309 | Defendants' motion to dismiss granted on June 7, 2011. [3503] | Manyard & Mayeaux |
| *Gaudio, Sandra and Gerard v. Pfizer* | 06-11580 | Voluntarily dismissed on August 12, 2011. [3570] | Mazie Slater & Freeman, LLC |
| *Coleman, Keith v. Pfizer* | 05-11504 | Defendants' motion to dismiss granted on April 18, 2011. [3300] | Neyland & Brewer, PLLC |
| *Fish, Deborah v. Pfizer* | 05-11505 | Defendants' motion to dismiss granted on April 18, 2011. [3300] | Neyland & Brewer, PLLC |
| *Cox, Sharon v. Pfizer* | 06-12048 | Voluntarily dismissed on July 7, 2011. [3527] | Pogust Braslow & Millrod, LLC |
| *Hairfield, Alice v. Pfizer* | 08-10930 | Voluntarily dismissed on July 7, 2011. [3528] | Pogust Braslow & Millrod, LLC |
| *Smolucha, Marianne v. Pfizer* | 05-11261 | Voluntarily dismissed on July 21, 2011. [3536] | Pogust Braslow & Millrod, LLC |
| *Minervino, Mary Ann v. Pfizer* | 05-11513 | Voluntarily dismissed on August 23, 2011. [3592] | Westermann, Sheehy, Keenan, Samaan & Aydelott, LLP |