# EXHIBIT B

## *In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Status Report Regarding *Pro Se* Plaintiffs**

| Case | Docket No. | Status | Former Counsel |
|---|---|---|---|
| *Alsberge v. Pfizer* | 05-11699 & 06-10957 | Motion to withdraw as counsel was granted on May 10, 2011.  [3455]  Plaintiff deposition complete.  Prescriber depositions remain. | Finkelstein & Partners |
| *Briggs v. Pfizer* | 05-11700 & 07-10327 | Motion to withdraw as counsel was granted August 16, 2011.  [Electronic Order]  Plaintiff, two prescribers and three sales professional depositions complete. | Finkelstein & Partners |
| *Johnson v. Pfizer* | 06-11882 | Motion to withdraw as counsel was granted on May 10, 2011.  [3455] | Finkelstein & Partners |
| *Monsue, Ann v. Pfizer* | 08-11533 | Motion to withdraw granted on July 28, 2010.  [2990]  This case involves generic defendants.  Plaintiff and prescriber depositions remain. | Finkelstein & Partners |
| *Young, Brett D. v. Pfizer* | 06-11446 | Motion to withdraw granted on July 28, 2010.  [2990]  This case involves generic defendants.  Plaintiff and prescriber depositions remain. | Finkelstein & Partners |
| *Barkley, Melissa v. Pfizer* | 06-11024 | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455]  Plaintiff and prescriber depositions remain. | Law Offices of Newton B. Schwartz |
| *Boltin, Carmen v. Pfizer* | 06-11024 | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455]  Plaintiff deposition complete.  Prescriber depositions remain. | Law Offices of Newton B. Schwartz |
| *Calvert, Pamela v. Pfizer* | 06-11024 | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455]  Plaintiff deposition complete.  Prescriber depositions remain. | Law Offices of Newton B. Schwartz |
| *Carpenter, Felisha v. Pfizer* | 06-11023 | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011.  [3455]  Plaintiff and prescriber depositions remain. | Law Offices of Newton B. Schwartz |

| Case | Docket No. | Status | Former Counsel |
|---|---|---|---|
| *Deleon, Kelly v. Pfizer* | 06-10912 | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011. [3455] Plaintiff deposition complete. Prescriber depositions remain. | Law Offices of Newton B. Schwartz |
| *Lemacks, George v. Pfizer* | 06-11024 | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011. [3455] Plaintiff and one prescriber depositions complete. | Law Offices of Newton B. Schwartz |
| *Lowe, Stephanie v. Pfizer* | 06-11024 | The Schwartz firm's motion to withdraw as counsel was granted on May 9, 2011. [3455] Plaintiff and prescriber depositions remain. | Law Offices of Newton B. Schwartz |
| *Bundoff, James v. Pfizer* | 06-10955 | Motion to withdraw as counsel was granted on May 9, 2011. [3455] Plaintiff and one prescriber depositions complete. | Stephen N. Leuchtman |