# EXHIBIT C

### *In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Status Report Regarding Plaintiffs Represented by Finkelstein & Partners LLP**

| Case | Docket No. | Status |
|---|---|---|
| *Bennett v. Pfizer* | 08-10678 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Bentley v. Pfizer* | 05-11997 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Brida v. Pfizer* | 07-12129 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Colton v. Pfizer* | 05-11996 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Crone v. Pfizer* | 09-11694 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Dixon v. Pfizer* | 05-11998 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Feyer v. Pfizer* | 05-11035 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |

| Case | Docket No. | Status |
|------|-----------|--------|
| *Hamilton v. Pfizer* | 10-11023 | The parties are working to finalize a dismissal as to the Pfizer Defendants in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |
| *Henry v. Pfizer* | 05-11995 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |
| *Libby v. Pfizer* | 06-11482 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |
| *McGee v. Pfizer* | 05-12593 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |
| *Montgomery, Maralyn v. Pfizer* | 06-10110 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |
| *O'Sullivan v. Pfizer* | 08-11256 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |
| *Owens v. Pfizer* | 05-11017 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |
| *Scott v. Pfizer.* | 06-10253 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |

| Case | Docket No. | Status |
|---|---|---|
| *Peterson v. Pfizer* | 10-10933 | The parties are working to finalize a dismissal as to the Pfizer Defendants in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal.  [3591] |
| *Spencer-Acker v. Pfizer* | 08-12088 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Tilley v. Pfizer* | 06-11773 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Wampole v. Pfizer* | 07-11072 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Woolum v. Pfizer* | 07-10853 | The parties are working to finalize a dismissal in this case.  On August 29, 2011, the Court granted the joint motion to extend by ninety additional days the deadline imposed by the Court's prior Order of Dismissal. [3591] |
| *Wolosonowich v. Pfizer* | 06-11395 | Finkelstein & Partners intends to file a motion to withdraw as counsel. |