# EXHIBIT D

### *In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Status Report Regarding Plaintiffs Represented by the Law Offices of Newton B. Schwartz**

| Plaintiff Name | Docket No. | Discovery Status |
|---|---|---|
| Greer, Karen | 06-11024-PBS | Defendants recently received outstanding authorizations in this case from the Schwartz firm.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. |
| Colley, Robert | 06-10912-PBS | Day two of Plaintiff's deposition remains and the parties are working to schedule the deposition. |
| Hargett, Janet | 06-11023-PBS | Initial depositions are complete. |
| Larkin, Ann | 06-11022-PBS | Initial depositions are complete. |
| Logan, Sandra | 06-11022-PBS | Initial depositions are complete. |
| Saenz, Monica | 06-11022-PBS | Initial depositions are complete. |
| St. Hilaire, Robert | 06-11024-PBS | Initial depositions are complete. |
| Valentino, Diane | 06-11022-PBS | Initial depositions are complete. |
| Wilhelm, John | 06-11022-PBS | Initial depositions are complete. |
| James, Tommy | 06-10912-PBS | Plaintiff and prescriber depositions remain incomplete.  The parties are working to schedule the depositions. |
| Williams, Theresa | 06-11023-PBS | Plaintiff and prescriber depositions remain incomplete.  The parties are working to schedule the depositions. |
| Taggart, Jeffrey | 06-10912-PBS | Initial depositions are complete. |
| Martinez, Joshua, Est. Teresa Huff | 06-11023 | Plaintiff deposition complete.  Prescriber deposition scheduled for September 1, 2011. |
| Bellino, Beth | 06-11024-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |
| Brazell, Susan | 06-11024-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |
| Brockman, Patricia | 06-11024-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled.  Defendants filed a motion for sanctions on August 16, 2011.  [3580] |
| Byrum-Hill, Gwenna | 06-10912-PBS | Plaintiff deposition complete.  Prescriber depositions to be scheduled. |

| Plaintiff Name | Docket No. | Discovery Status |
|---|---|---|
| Carr, Lester | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Davis, Kimm | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Day, David | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Gann, Monica | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Girard, Charles | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Knowlton, Barbara | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Lee, Janice | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. Defendants filed a motion for sanctions on August 16, 2011. [3580] |
| McMahon-Lough, Sandra | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Pastine, Samuel | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Pettit, David | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. Defendants filed a motion for sanctions on August 16, 2011. [3580] |
| Taylor, Caryl | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Vice, Melissa | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Weatherford, David | 06-11024-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. Defendants filed a motion for sanctions on August 16, 2011. [3580] |
| Williams, Dexter | 06-10912-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Wine, Helen | 06-11023-PBS | Plaintiff deposition complete. Prescriber depositions to be scheduled. |
| Nichols, Wanda | 06-10912-PBS | Plaintiff deposition day two to be scheduled. Prescriber depositions to be scheduled. |
| Kilic, Mehmet | 06-11022-PBS | This case was not one that the Schwartz firm initially indicated it would proceed |

| Plaintiff Name | Docket No. | Discovery Status |
|---|---|---|
| | | with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible.  Plaintiff and prescriber depositions remain incomplete.  The parties are working to schedule the depositions. |
| Accettullo, Martha | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible.  Plaintiff and prescriber depositions remain incomplete.  The parties are working to schedule the depositions. |
| Jones, Carla | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible.  Plaintiff and prescriber depositions remain incomplete.  The parties are working to schedule the depositions. |
| Leger, Debra | 06-11023-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible.  Plaintiff and prescriber depositions remain incomplete.  The parties are working to schedule the depositions. |
| Luttrell, Leslie | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken.  Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible.  Plaintiff and prescriber depositions remain incomplete.  The parties are working to schedule the depositions. |
| Lytle, Freddie | 06-11023-PBS | This case was not one that the Schwartz firm initially indicated it would proceed |

| Plaintiff Name | Docket No. | Discovery Status |
|---|---|---|
|  |  | with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. Plaintiff and prescriber depositions remain incomplete. The parties are working to schedule the depositions. |
| McIntyre, Marlene | 06-11023-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. Plaintiff and prescriber depositions remain incomplete. The parties are working to schedule the depositions. |
| Mitchell, Jason | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. Plaintiff and prescriber depositions remain incomplete. The parties are working to schedule the depositions. |
| Sprinkle, Harold | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. Plaintiff and prescriber depositions remain incomplete. The parties are working to schedule the depositions. |
| Stephens, Jana | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. Plaintiff and prescriber depositions remain incomplete. The parties are working to schedule the depositions. |
| Watson, Edgar | 06-11024-PBS | This case was not one that the Schwartz firm initially indicated it would proceed |

| Plaintiff Name | Docket No. | Discovery Status |
|---|---|---|
| | | with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. Plaintiff and prescriber depositions remain incomplete. The parties are working to schedule the depositions. |
| Williams, Leotis | 06-10912-PBS | This case was not one that the Schwartz firm initially indicated it would proceed with, and therefore no depositions have been taken. Defendants are now working to collect sufficient medical and other records to proceed with depositions in this case as soon as possible. Plaintiff and prescriber depositions remain incomplete. The parties are working to schedule the depositions. |
| Best, Tosha | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Bunch, Carson | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Campbell-Dean, Kimberly | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Carter, Damon | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Cook, Connie | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Devore, Robert | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Dozier, Christine | 06-11023-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Floyd, Sharon | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Lee, Dexter | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Segle, Herman | 06-11023-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. |

| Plaintiff Name | Docket No. | Discovery Status |
|---|---|---|
| | | [3455] |
| Shakoor, Tuwanda | 06-11023-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Small, Robert | 06-11024-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Williams, Brady | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Young, Kathy | 06-10912-PBS | The Schwartz firm's motion to suspend discovery was granted on May 9, 2011. [3455] |
| Conyers, Wilbur | 06-11024-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Crosby, Richard | 06-11024-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Dukes, Allison | 06-11024-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Emmons, Sharon | 06-11024-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Ericsson-Harkness, Shanna | 06-11023-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Falk, Corrine | 06-11022-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Gross, Kenneth | 06-10912-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Johnson, Elroy | 06-10912-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Northcutt, Charles | 06-10912-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |
| Smith, Doris | 06-10912-PBS | The Schwartz firm's second motion to suspend discovery was granted on August 11, 2011.  [3542] |

| Plaintiff Name | Docket No. | Discovery Status |
|---|---|---|
| Mitchell, Isiah | 06-11024-PBS | The Schwartz firm's third motion to suspend discovery was granted on August 16, 2011.  [3571] |
| Parken, Earnestine | 06-11024-PBS | The Schwartz firm's third motion to suspend discovery was granted on August 16, 2011.  [3571] |
| Pickett, Mary | 06-11024-PBS | The Schwartz firm's third motion to suspend discovery was granted on August 16, 2011.  [3571] |
| Smith, Dorothy | 06-11024-PBS | The Schwartz firm's third motion to suspend discovery was granted on August 16, 2011.  [3571] |
| Thurmond, Betty | 06-10912-PBS | The Schwartz firm's third motion to suspend discovery was granted on August 16, 2011.  [3571] |