# EXHIBIT E

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Status Report Regarding Plaintiffs Represented by the Boone Law Firm**

| Plaintiff | Docket No. | Status |
|---|---|---|
| Adams, Mary | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Anderson, Leroy | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Applewhite, Mary | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Ashford, Mary | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Banks, Terry | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Barbee, Jimmie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Barber, Marie | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Barnes, Robert | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Bass, Teresser | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Beckum, Martha | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Bennet, Vannila | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Benson, Cassandra | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Benton, Ledora | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Berry, Audrey | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Bland, Elizabeth | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Blaylock, Joe | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Booker-Meeks, Helen | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Bouie, Frances | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Brown, Jessie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Campbell, Minnie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Cannon, Lille | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Clark, Emma | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Conn, Donald | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Collier, Sr., Claiborne | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Craig, Katie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Crapps, Ruby | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Creswill, Memye | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Crumble, Cora L. | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Crystian, Theodore | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Darby, Alford | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Darling, Jimmy | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Davis, Carolyn | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Delotta, Serboya | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Dillon, Alton | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Dillon, Marshall | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Ellis, Pamela | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Epps, Clara | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Evans, Lillie Beatrice Leggett | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Everett, Gregory Linn | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Fields, Texcellar (Estate of) | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Finscher, Inez | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Fisher, Michael | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Fleming, Ethel | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Gatewood, Annie | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Gildon, Beneal | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Givens, Narie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Glenn, Frances | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Green, Kenneth | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Greer, Claudette | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Gregory, Emma | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Hales, Linda | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Hardy, Tommy | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Harkins, Billie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Harris, Clarence | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Harris, Freddie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Harris, Melvin | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Harrison, Doyle | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Harrison, Gloria | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Harveston, Linda | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Haslett, Gregory | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Haynes, Charles | 05-cv-10834 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Head, Mark | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Hendon, Rufus | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Henry, Carl | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Hicks, Shawand | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Holmes, Evia | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Holt, Evelyn | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Hoover, Frank | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Hoover, Ruby | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Howard, Emma | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Jackson, Josephine | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| James, Cassandra | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Jeffcoat, James | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Jefferson, Macatherine | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Jenkins, Charlotte | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Johnson, Debra Ann | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Johnson, Doris | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Johnson, Lena | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Johnson, Ollie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Johnson, Robert | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Johnson, Velma | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Jones, Rosie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Jordan, Edward | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Keyes, Johnny | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Knight, Falisha | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Lacy, Ellaweise | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Lacy, Shanetta | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Lawson, Mary | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Lee, Diann | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Livingston, Mickey | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Logan, Chris | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Longino, Sylvia | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Lott, Lula | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Lucas, Jannie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Maggett, Bobbie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| McBeath, Patricia | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| McConnell, Franklin | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| McCoy, Marquitia | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| McDonald Jr., Sherman | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| McIntee-Nelson, Martha | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Melvin, Laperial | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Mills, Tommie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Mitchell, Ava | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Moore, Mattie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Morgan, Helen | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Murphy, Brandy | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Murray, Linda | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Nance, Warren | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Neal, Debra | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Newson, Bettie | 05-cv-10834 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Norman, Martha | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Odom, Tommie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Perez, Sharon | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Phillips, Kathy | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Posey, Jacquelyn | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Potts, Larry | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Powell, Delories | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Prince, Mark | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |
| Primer, Janice | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff. [3390] On August 4, 2011, this Court entered a 120-day Order of Dismissal. [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Quimby, Cynthia | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Readus, Barbara | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Rippy, Sallie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Rochelle, Wayne | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Sayles, Jimmy | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Self, Sean | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Shields, Bridgette | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Shields, Sara | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Sims, Aaron | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Smith, Andrew | 05-cv-10834 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Smith, Eugene | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Smith, Ronnie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Smith, Rosa | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Smith, Ruby | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Spencer, Bennie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Stagg, Jerry | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Stampley, Darlene | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Staten, John | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Stevenson, Carl | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Suber, Gregory | 05-cv-10835 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Sullivan, Debbie | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Taylor, Dorian | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Thomas, Erestia | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Thomas, Magnolia | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Thompson, Martha | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Tolliver, Dorothy | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Townsend, Morris | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Toy, Doris | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Vail, Larry | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Walls, Joann | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Walters, Shirley | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Warfield, Katherine A (Estate of) | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Washington, Della | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| White, Edneatha | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Williams, Carole | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Williams, Daisy | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Williams, Eloise | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Williams, Helen | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Williams, Jr., Sanders | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Williams, Nolan | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Williams, Sr., O.C. | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Williams, Taylor | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Woods, Bobby | 07-cv-11795 | On April 5, 2011, this Court agreed with and adopted Magistrate Judge Sorokin's Report and Recommendation, and allowed Defendants' motion to compel and dismissed the claims of this Plaintiff.  [3390]  On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Allen, Jessie | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Allen, Vivian | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Bearden, Jerrell | 07-cv-002755 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Brooks, Darrell | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Brown, Thomas | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Bryson, Bobbie | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Carroll, Roy | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Cooper, Mary | 05-cv-10834 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Criss, Lynnette | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Cunningham, Linda | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Davis, Levi | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Drennan, Shirley | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Duvall, Catherine | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Edwards, Annie | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Ford Patterson, Essie | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Garrett, Estate Aliece | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Glass, Shannon | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Grinston, Fannie | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Haley, Lee | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Havard, Belinda | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Hester, Mae | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Hony, William | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Hunter, James | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Johnson, Estate of Nikisha | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Kendrick, Jacqueline | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Knight, Estate of Elizabeth | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Landrum, Henry | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Langdon, Birdie | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Lepard, Dawn | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Lowe, Jerry | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Maddox, Pearlie | 05-cv-10834 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| McAdory, Joyce | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Myers, Lolita | 05-cv-10834 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Newsome, Maybelle | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Price, Jerry | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Price, Hershel Jack | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Ray, Vera | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Rhodes, Patricia | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Scott, Vanessa | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Skinner, Lashonda | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Smith, Louisia | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Smith, Frank | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Smith, Jannie | 05-cv-10834 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |

| Plaintiff | Docket No. | Status |
|---|---|---|
| Steele, Bobby | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Trim, Michael | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Watson, Joyce | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Watson, Deborah | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Weathersby, Michaelon | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Womack, Francis | 07-cv-11795 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |
| Young, Re'Shedia | 05-cv-10835 | On August 4, 2011, this Court entered a 120-day Order of Dismissal.  [3560] |