# EXHIBIT F

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Status Report Regarding Plaintiffs Represented by Other Counsel**

| Case | Docket No. | Discovery Status | Plaintiffs' Counsel |
|---|---|---|---|
| *McPherson, Harold J. v. Pfizer* | 05-12076 | Defendants do not believe they have received complete responses to template discovery from Plaintiff in this case. Defendants alerted Plaintiff to these deficiencies in April 2011 but have not received a response. Defendants are working to obtain complete template discovery responses and collect sufficient records and materials to proceed with depositions as soon as possible. Plaintiff and prescriber depositions remain. | Becnel law Firm |
| *Strickland, Kelly v. Pfizer* | 05-11993 | Plaintiff and sales professional depositions complete. Prescriber depositions scheduled for September 1, 2011. | Brooks Law Firm |
| *Almeida, Monica v. Pfizer* | 05-11264 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court. | Cristalli & Saggese, Ltd. |
| *Burroughs, Frieda v. Pfizer* | 05-11260 | Two prescriber depositions have been completed. The parties are working to schedule Plaintiff, sales professional and a third prescriber depositions. | Cross, Poole, Goldasich & Fischer |
| *Fonseca, Jose Magdeleno Arturo v. Pfizer* | 06-10311 | The parties anticipate that Plaintiff will dismiss this case with prejudice and the parties will update the Court. | Garcia & Karam |
| *Agee, Sheila v. Pfizer* | 06-11381 | After recent motion practice Defendants received authorizations. Defendants are working on collecting records in this case. Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |
| *Eaddy, Leisa v. Pfizer* | 06-11385 | After recent motion practice Defendants received authorizations. Defendants are working on collecting records in this case. Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |

| Case | Docket No. | Discovery Status | Plaintiffs' Counsel |
|---|---|---|---|
| *Baker, Meicki v. Pfizer* | 06-11382 | Defendants' motion to compel discovery was granted on July 28, 2011. [3510]  Plaintiff failed to provide supplemental discovery, and Defendants filed a motion to dismiss on August 19, 2011.  [3588]  Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |
| *Blackwell, Andria v. Pfizer* | 06-10420 | Defendants' motion to compel discovery was granted on July 28, 2011. [3510]  Plaintiff failed to provide supplemental discovery, and Defendants filed a motion to dismiss on August 19, 2011.  [3588]  Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |
| *Grissom, Odessa v. Pfizer* | 06-11386 | Defendants' motion to compel discovery was granted on July 28, 2011. [3510]  Plaintiff failed to provide supplemental discovery, and Defendants filed a motion to dismiss on August 19, 2011.  [3588]  Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |
| *Huff, Pauline v. Pfizer* | 06-11388 | Defendants' motion to compel discovery was granted on July 28, 2011. [3510]  Plaintiff failed to provide supplemental discovery, and Defendants filed a motion to dismiss on August 19, 2011.  [3588]  Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |
| *Poole, Jacqueline v. Pfizer* | 06-11389 | Defendants' motion to compel discovery was granted on July 28, 2011. [3510]  Plaintiff failed to provide supplemental discovery, and Defendants filed a motion to dismiss on August 19, 2011.  [3588]  Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |

| Case | Docket No. | Discovery Status | Plaintiffs' Counsel |
| --- | --- | --- | --- |
| *Reach, Joyce v. Pfizer* | 06-11390 | Defendants' motion to compel discovery was granted on July 28, 2011. [3510] Plaintiff failed to provide supplemental discovery, and Defendants filed a motion to dismiss on August 19, 2011. [3588] Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |
| *Whitten, Jessica v. Pfizer* | 06-11391 | Defendants' motion to compel discovery was granted on July 28, 2011. [3510] Plaintiff failed to provide supplemental discovery, and Defendants filed a motion to dismiss on August 19, 2011. [3588] Plaintiff and prescriber depositions remain. | Henninger Garrison Davis, LLC |
| *Chappel, Troy v. Pfizer* | 06-11384 | Initial depositions are complete. | Henninger Garrison Davis, LLC |
| *Barlow, Irene v. Pfizer* | 05-10501 | Initial depositions are complete. | Jack London |
| *Putnam, Deanna Lisa v. Pfizer* | 06-11393 | Initial depositions are complete. | Law Offices of Peter J. Stubbs |
| *Telles, Gloria v. Pfizer* | 07-11156 | This case involves allegations related to an alleged manufacturing defect unrelated to suicide or suicidality. Defendants are working to collect sufficient records and materials to proceed with depositions as soon as possible. Plaintiff and prescriber depositions remain. | Miranda & Boyaki |
| *Santos, Ann v. Pfizer* | 10-11205 | This case involves allegations related to an alleged injury of Stevens Johnson Syndrome unrelated to suicide or suicidality. Plaintiff has not yet provided complete responses to template discovery. Regardless, Defendants are working to collect sufficient records and materials to proceed with depositions as soon as possible. The parties are working to schedule Plaintiff and prescriber depositions. | Napoli Bern Ripka & Associates, LLP |

| Case | Docket No. | Discovery Status | Plaintiffs' Counsel |
|---|---|---|---|
| *Newberry, Erik, Daniel, and Holly v. Pfizer* | 07-11499 | Newberry is a case where the decedent ingested only generic gabapentin manufactured by a generic manufacturer. The generic manufacturer is also a defendant. The parties anticipate that Plaintiff will dismiss this case with prejudice as to the Pfizer Defendants. | Pogust Braslow & Millrod, LLC |
| *Bonner, Hilda v. Pfizer* | 07-10324 | The parties anticipate that Plaintiff will dismiss this case with prejudice. | Pogust Braslow & Millrod, LLC |
| *Henderson, Dale Wayne v. Pfizer* | 06-10956 | The parties anticipate that Plaintiff will dismiss this case with prejudice. | Pogust Braslow & Millrod, LLC |
| *De La Garza, Jennifer v. Pfizer* | 07-15069 | The parties anticipate that Plaintiff will dismiss this case with prejudice. | The Snapka Law Firm |