# EXHIBIT I-A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

: MDL Docket No. 1629

: Master File No. 04-10981
------------------------------------x
THIS DOCUMENT RELATES TO:

: Judge Patti B. Saris

DAVID PETTIT
*Virgil Anderson, et al. v. Pfizer, Inc.*,
Case No. 06-cv-11024-PBS

: Magistrate Judge Leo T. Sorokin
------------------------------------x

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF DAVID PETTIT

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer"), by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of David Pettit. The deposition will be taken in accordance with the Federal Rules of Civil Procedure on Tuesday, June 28, 2011, at 10:00 a.m. The deposition will be held at the offices of Nelson, Mullins, Riley & Scarborough LLP, Liberty Center, Suite 600, 151 Meeting Street, Charleston, SC 29401-2239, Tel: (843) 853-5200. The deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, New York, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

The deponent, David Pettit, is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: June 16, 2011

                                            SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP

By: _____
Mark S. Cheffo
Catherine B. Stevens
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

*Attorneys for Defendants Pfizer Inc
and Warner-Lambert Company LLC*

## EXHIBIT A

The deponent shall make the following documents and things available for the purposes of inspection and copying:

1.  All documents,[1] records, correspondence, and other materials reviewed by the deponent in preparation for this deposition.

2.  All documents, books, records, films, videotapes, photographs, diaries, calendars, reports, memoranda, and papers in the deponent's custody and possession related to: (i) the claims set forth in Plaintiff's Complaint; (ii) the injuries allegedly sustained by David Pettit, (iii) any medical records for David Pettit; and (iv) any communications with any healthcare professional about Neurontin.

3.  All documents, records, correspondence, or other materials in the deponent's possession relating to Neurontin.

4.  All documents, records, correspondence, or other materials in the deponent's possession relating to Pfizer.

---

[1] As used herein in Exhibit A, the term "document" includes electronic versions such as word processing documents, emails, and instant messages.