# EXHIBIT I-C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------x
In re:  NEURONTIN MARKETING, SALES  : MDL Docket No. 1629
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
: Master File No. 04-10981
----------------------------------------x
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris

PATRICIA BROCKMAN : Magistrate Judge Leo T.
*Virgil Anderson, et al. v. Pfizer, Inc.,* : Sorokin
Case No. 06-cv-11024-PBS
----------------------------------------x

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF PATRICIA BROCKMAN

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Pfizer"), by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Patricia Brockman. The deposition will be taken in accordance with the Federal Rules of Civil Procedure on Thursday, June 30, 2011, at 10:00 a.m. The deposition will be held at the offices of Nelson, Mullins, Riley & Scarborough LLP, Liberty Center, Suite 600, 151 Meeting Street, Charleston, SC 29401-2239, Tel: (843) 853-5200. The deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, New York, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

The deponent, Patricia Brockman, is to produce the following documents at her deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: June 16, 2011

                                                SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                                By: _____
                                                Mark S. Cheffo
                                                Catherine B. Stevens
                                                Four Times Square
                                                New York, New York 10036
                                                Telephone: (212) 735-3000

                                                *Attorneys for Defendants Pfizer Inc*
                                                *and Warner-Lambert Company LLC*

# EXHIBIT A

The deponent shall make the following documents and things available for the purposes of inspection and copying:

1. All documents,[1] records, correspondence, and other materials reviewed by the deponent in preparation for this deposition.

2. All documents, books, records, films, videotapes, photographs, diaries, calendars, reports, memoranda, and papers in the deponent's custody and possession related to: (i) the claims set forth in Plaintiff's Complaint; (ii) the injuries allegedly sustained by Patricia Brockman; (iii) any medical records for Patricia Brockman; and (iv) any communications with any healthcare professional about Neurontin.

3. All documents, records, correspondence, or other materials in the deponent's possession relating to Neurontin.

4. All documents, records, correspondence, or other materials in the deponent's possession relating to Pfizer.

---

[1] As used herein in Exhibit A, the term "document" includes electronic versions such as word processing documents, emails, and instant messages.