# EXHIBIT IV
# (FILED UNDER SEAL)