# EXHIBIT V-A
# (FILED UNDER SEAL)