# EXHIBIT V-B
# (FILED UNDER SEAL)