# EXHIBIT V-C
# (FILED UNDER SEAL)