# EXHIBIT V-D
# (FILED UNDER SEAL)