# EXHIBIT VI
# (FILED UNDER SEAL)