# EXHIBIT VI-A
# (FILED UNDER SEAL)