# EXHIBIT VII
# (FILED UNDER SEAL)