# EXHIBIT VII-A
# (FILED UNDER SEAL)