# EXHIBIT VII-B
# (FILED UNDER SEAL)