# EXHIBIT VII-C
# (FILED UNDER SEAL)