# EXHIBIT VII-D
# (FILED UNDER SEAL)