UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION
: Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO    Magistrate Judge Leo T.
:
Sorokin
:

*VIRGIL L. ANDERSON et al. v. PFIZER INC. et al.,*
06-11024-*PBS*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF MABEL LEE LO IN SUPPORT OF PLAINTIFFS' OPPOSITION
AND RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS**

I, Mabel Lee Lo, declare and state as follows:

1. My name is Mabel Lee Lo. I am counsel with the Law Offices of Newton B. Schwartz, Sr., and is one of the attorneys representing the Plaintiffs. I make this declaration based on my personal knowledge and information.

2. Attached hereto as Exhibit I is a true and correct copy of the Notice of Deposition for David Weatherford.

3. Attached hereto as Exhibit I-A is a true and correct copy of the Notice of Deposition for David Pettit.

4. Attached hereto as Exhibit I-B is a true and correct copy of the Notice of Deposition for Janice Lee.

1

5. Attached hereto as Exhibit I-C is a true and correct copy of the Notice of Deposition for Patricia Brockman.

6. Attached hereto as Exhibit II is a true and correct copy of the deposition transcript of David Weatherford dated June 28, 2011.

7. Attached hereto as Exhibit III is a true and correct copy a letter dated July 12, 2011 from Rite Aid Pharmacy regarding David Weatherford.

8. Attached hereto as Exhibit IV is a true and correct copy of a record dated July 24, 2003 obtained from Pee Dee Mental Health Center regarding David Weatherford.

9. Attached hereto as Exhibit V is a true and correct copy a letter dated November 10, 2004 from Dr. Jenkins regarding David Pettit.

10. Attached hereto as Exhibit V-A is a true and correct copy of a record dated April 28, 2005 obtained from Palmetto Primary Care regarding David Pettit.

11. Attached hereto as Exhibit V-B is a true and correct copy of records dated November 9, 2005 and November 11, 2005 obtained from Palmetto Primary Care regarding David Pettit.

12. Attached hereto as Exhibit V-C is a true and correct copy of a record dated January 10, 2006 obtained from Palmetto Low Country Behavioral Health regarding David Pettit.

13. Attached hereto as Exhibit V-D is a true and correct copy of a record dated June 1, 2008 obtained from Palmetto Primary Care regarding David Pettit and his deposition transcript dated June 28, 2011.

14. Attached hereto as Exhibit VI is a true and correct copy the deposition transcript of Janice Lee dated June 29, 2011.

15. Attached hereto as Exhibit VI-A is a true and correct copy of a records dated August 29, 2001; September 11, 2001; August 1, 2001 and August 6, 2001 and letters from Dr. James Jenkins dated May 25, 2001 and April 3, 2003.

16. Attached hereto as Exhibit VII is a true and correct copy of a record dated September 27, 2001 obtained from Palmetto Low Country Behavioral Health regarding Patricia Brockman.

17. Attached hereto as Exhibit VII-A is a true and correct copy of a record dated March 30, 2008 obtained from Summerville Medical Center regarding Patricia Brockman.

18. Attached hereto as Exhibit VII-B is a true and correct copy of a pharmacy record dated September 4, 2004 obtained from Wal-Mart Pharmacy regarding Patricia Brockman.

19. Attached hereto as Exhibit VII-C is a true and correct copy of records from Palmetto Low Country Behavioral Health dated September 27, 2001; records from Carolina Family Medicine dated March 17, 2005; March 13, 2006; April 18, 2007 and January 30, 2008.

20. Attached hereto as Exhibit VII-D is a true and correct copy of record from Carolina Family Medicine dated May 6, 2011.

I declare the foregoing statements are true and correct under the penalties of perjury on this the 30th day of August, 2011

                                      The Law Offices of Newton B. Schwartz, Sr.

                                      /s/ Mabel Lee Lo
                                      Mabel Lee Lo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through ECF system has been served pursuant to Case Management Order #3 on August 30, 2011.

/s/ Mabel Lee-Lo
Mabel Lee-Lo

/s/ Mabel Lee-Lo
Mabel Lee-Lo