UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

KAISER FOUNDATION HEALTH PLAN, INC., ET AL. V.
PFIZER INC, ET AL., 04 CV 10739 (PBS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin

## PLAINTIFFS' NOTICE CONCERNING KAISER REGIONAL SUBSIDIARIES' NON-OBJECTION TO JOINDER

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully submit this Notice in response to the Court's August 31, 2011 Memorandum and Order directing Kaiser to "inform the Court within thirty days of any objections" to the Court's decision to explicitly join the Kaiser regional subsidiaries. [D.E. 3601 at 12.] Kaiser can report that the Kaiser Foundation Health Plan of Colorado, the Kaiser Foundation Health Plan of Georgia, Inc., the Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., the Kaiser Foundation Health Plan of the Northwest; and the Kaiser Foundation Health Plan of Ohio have no objections to being joined to this litigation. As the Court noted, "Kaiser Foundation Health Plan and its subsidiaries may determine themselves how to divide the amount of restitution among the companies." *Id*.

2

Dated: September 1, 2011                           Respectfully submitted,


                                                   By:     */s/ Linda P. Nussbaum*
                                                           Linda P. Nussbaum

                                                   Linda P. Nussbaum, Esq.
                                                   John D. Radice, Esq.
                                                   GRANT & EISENHOFER, P.A.
                                                   485 Lexington Avenue
                                                   New York, NY 10017

                                                   *Attorneys for Plaintiffs Kaiser Foundation
                                                   Health Plan, Inc. and Kaiser Foundation
                                                   Hospitals*


*Of Counsel*

Thomas M. Greene, Esq.
GREENE LLP
One Liberty Square, Suite 1200
Boston, MA 02109

Elizabeth Cabraser, Esq.
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol, Esq.
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2011, I caused a true and correct copy of PLAINTIFFS' NOTICE CONCERNING KAISER REGIONAL SUBSIDIARIES' NON-OBJECTION TO JOINDER to be served upon all known counsel of record by electronic filing using the CM/ECF system.

    /s/ Linda P. Nussbaum
Linda P. Nussbaum