The Honorable Leo T. Sorokin

United States Magistrate Judge

United States District Court for the

District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way

Boston, Massachusetts 02210

RE: IN re Neurontin, Sales Practices and Products Liability Litigation, MDL Docket No. 1629, Master File No. 04 Civ 10981 (PBS) (LTS) BRIGGS v Pfizer Inc., Individual Case Nos. 05-11700, 07-10327

Dear Judge Sorokin,

I was surprised by this action. I was not notified that Finkelstein and Partners were withdrawing as my counsel, and I did not receive the motion to withdraw until August 17, after the Court granted the motion. I do not want them to be withdrawn. The only differences between counsel and me were whether to accept the proposed settlement terms.

I am looking for another attorney and will continue to do so but I have found it difficult because those who are knowledgeable about the case are also involved in the MDL. Those who do personal injury cases, find it too complicated, especially given the amount of discovery.

I would like you to reconsider your decision. I will continue to search for another attorney but I would like Finkelstein and Partners to continue as my counsel, at least until I find substitute counsel, so that my case can continue to move forward.

Sincerely,

Robin S. Briggs

Robin S. Briggs

Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

[illegible]

Dear Judge Sorokin:

I was surprised by this motion. I was not aware that Defendants [illegible] my counsel, and I did not receive the [illegible] until August 17 [illegible] motion. I do not want [illegible] to be withdrawn [illegible] will not accept the [illegible]

I am asking for another attorney [illegible] but I have [illegible] because there who are knowledgeable about the case [illegible] involved in the MDL. Those who [illegible] personal [illegible]

I would like you to reconsider your decision. I will continue [illegible] attorney but I would like Finkelstein and Partners to continue as my counsel, or [illegible] substitute counsel, so that my case can continue [illegible]

Sincerely,

[illegible]