UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the office of Greene LLP has changed its address to the following:

>   Greene LLP
>   One Liberty Square, Suite 1200
>   Boston, MA 02109

The telephone number will remain the same: (617) 261-0040.


Dated: September 1, 2011

Respectfully submitted,

By: /s/ *Thomas M. Greene*
Thomas M. Greene, Esq.(BBO #210020)
tgreene@greenellp.com
Michael Tabb, Esq. (BBO #491310)
matabb@greenellp.com
Ilyas J. Rona, Esq. (BBO #642964)
irona@greenellp.com
GREENE LLP
One Liberty Square, Suite 1200
Boston, MA 02109
(617) 261-0040

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 1, 2011              /s/ *Thomas M. Greene*
                                      Thomas M. Greene