UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING, SALES                        :
        PRACTICES AND PRODUCTS                            :  Master File No. 04-10981
        LIABILITY LITIGATION                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris
                                                          :
THIS DOCUMENT RELATES TO:                                 :
                                                          :  Magistrate Judge Leo T.
Meicki Baker v. Pfizer Inc                                :  Sorokin
Case No. 06-cv-11382-PBS                                  :
                                                          :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: September 2, 2011

/s/ W. Lewis Garrison  
W. Lewis Garrison  
Heninger Garrison Davis, LLC  
2224 1st Ave N  
Birmingham, AL  35203-4204  
Tel:  (205) 326-3336  
Email:  wlgarrison@hgdlawfirm.com  

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo  
Mark S. Cheffo  
SKADDEN, ARPS, SLATE,  
    MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
Tel:  (212) 735-3000  

/s/ Ana M. Francisco  
Ana M. Francisco  
BBO # 564346  
ROPES & GRAY LLP  
Prudential Tower  
800 Boylston Street  
Boston, MA 02199-3600  
Tel:  (617) 951-7000  

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 2, 2011.

        /s/ Ana M. Francisco
        Ana M. Francisco