UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants Pfizer Inc and Warner-Lambert Company, LLC.

Dated:  September 2, 2011        /s/ Justin J. Wolosz
                                 Justin J. Wolosz (BBO# 643543)
                                 Ropes & Gray LLP
                                 Prudential Tower
                                 800 Boylston Street
                                 Boston, MA  02199
                                 (617) 951-7000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 2, 2011.

/s/ Justin J. Wolosz_____
Justin J. Wolosz