UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| ------------------------------------------------x | |
| THIS DOCUMENT RELATES TO:<br><br>*Anderson, et al v. Pfizer, Inc., et al*, No. 06-11024-PBS. | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

------------------------------------------------x

**MOTION FOR LEAVE TO FILE REPLY
IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move pursuant to Local Rule 7.1(b)(3) for leave to file a reply memorandum. Defendants intend to file today a Reply in Further Support of Defendants' Motion for Sanctions against the Law Offices of Newton B. Schwartz. The proposed reply memorandum, which will not exceed 7 pages in length, clarifies certain issues raised in Plaintiffs' Opposition [3599]. Defendants respectfully submit that the reply memorandum will assist the Court in addressing Defendants' motion and that this request is reasonable.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed Reply in further support of their Motion to For Sanctions, attached hereto as Exhibit 1.

Dated: September 7, 2011

        Respectfully submitted,

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By: /s/ Mark S. Cheffo
            Mark S. Cheffo

        Four Times Square
        New York, NY 10036
        Tel: (212) 735-3000
        Mark.Cheffo@skadden.com

        -and-

        ROPES & GRAY LLP

        By: /s/ Justin J. Wolosz
            Justin J. Wolosz
            BBO #643543

        Prudential Tower
        800 Boylston Street
        Boston, MA 02199-3600
        Tel: (617) 951-7000
        justin.wolosz@ropesgray.com

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

        /s/ Katherine F. Arthur
        Katherine F. Arthur

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 7, 2011.

        /s/ Justin J. Wolosz
        Justin J. Wolosz