UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
---------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Sheila Agee v. Pfizer Inc*
Case No. 06-cv-11381-PBS

---------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF SHEILA AGEE

Heninger Garrison Davis, LLC, counsel for Plaintiff Sheila Agee, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 ( c ) granting Plaintiff's counsel's leave to withdraw as counsel for Plaintiff in these actions.

Plaintiff's counsel has written and spoken to Plaintiff Sheila Agee regarding her case. Irreconcilable differences have developed between Plaintiff, Plaintiff's family and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.

This Motion is supported by the Memorandum of W. Lewis Garrison, Jr. and William L. Bross, filed herewith.

Dated: September 8, 2011                                      Respectfully Submitted,

                                                             Heninger Garrison Davis, LLC

By:   /s/ William L. Bross
        W. Lewis Garrison, Jr., Esq.
        William L. Bross, Esq.
        Heninger Garrison Davis, LLC
        2224 First Avenue North
        Birmingham, AL  35203

*Attorneys for Plaintiff*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:      September 8, 2011.

                                                                /s/ William L. Bross
                                                                William L. Bross

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 8, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                                                /s/ William L. Bross
                                                               William L. Bross