UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Leisa Eaddy v. Pfizer Inc*
Case No. 06-cv-11385-PBS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF LEISA EADDY

Heninger Garrison Davis, LLC, counsel for Plaintiff Leisa Eaddy, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 ( c ) granting Plaintiff's counsel's leave to withdraw as counsel for Plaintiff in these actions.

Plaintiff's counsel has written and spoken to Plaintiff Leisa Eaddy regarding her case. Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.

This Motion is supported by the Memorandum of W. Lewis Garrison, Jr. and William L. Bross, filed herewith.

Dated: September 8, 2011                             Respectfully Submitted,

|  |  |
|---|---|
|  | Heninger Garrison Davis, LLC |
| By: | /s/ William L. Bross<br>W. Lewis Garrison, Jr., Esq.<br>William L. Bross, Esq.<br>Heninger Garrison Davis, LLC<br>2224 First Avenue North<br>Birmingham, AL  35203 |
|  | *Attorneys for Plaintiff* |

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated: September 8, 2011.

/s/ William L. Bross
William L. Bross

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 8, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

/s/ William L. Bross
William L. Bross