UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING, SALES        :
        PRACTICES AND PRODUCTS             :  Master File No. 04-10981
        LIABILITY LITIGATION               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x  Judge Patti B. Saris
                                           :
THIS DOCUMENT RELATES TO:                  :
                                           :  Magistrate Judge Leo T.
*Jacqueline Poole v. Pfizer Inc*           :  Sorokin
Case No. 06-cv-11389-PBS                    :
                                           :
                                           :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR PLAINTIFF JACQUELINE POOLE**

Pursuant to Local Rule 83.5.2 ( c ) of the United States District Court for the District of

Massachusetts, the law firm of Heninger Garrison Davis, LLC,  hereby moves for leave to

withdraw as attorneys for Plaintiff Jacqueline Poole in the above-entitled action.

On May 11, 2006, a complaint herein was filed by Plaintiff against Defendants Pfizer,

Inc., Parke-Davis, and Warner Lambert Company in the United States District Court for the

Northern District of Alabama, Southern Division. The complaint was a multi-Plaintiff complaint

styled Shelia Agee, et al. and the complaint contained eleven Plaintiffs in all.

On August 9, 2006, the case was transferred to the United States District Court for the

District of Massachusetts and assigned Case Number 1:06-cv-11381-PBS.

Pursuant to Order of Consolidation dated July 20, 2005, this case has been consolidated

with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

Plaintiff's counsel has written and spoken to Plaintiff Jacqueline Poole regarding this case on numerous occasions. Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.

Heninger Garrison Davis, LLC, therefore requests that this Court grant the law firm leave to withdraw as attorneys for Plaintiff Jacqueline Poole and allow Plaintiff 60 days either to seek new counsel or to advise the Court that Plaintiff will proceed with the prosecution of these actions *pro se.*

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set and agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff.

In view of the above, Heninger Garrison Davis, LLC respectfully requests that he law firm be granted leave to withdraw as attorneys for Plaintiff.

Dated: September 8, 2011                    Respectfully Submitted,


                                           Heninger Garrison Davis, LLC

                             By:    /s/ William L. Bross
                                    W. Lewis Garrison, Jr., Esq.
                                    William L. Bross, Esq.
                                    Heninger Garrison Davis, LLC
                                    2224 First Avenue North
                                    Birmingham, AL  35203

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 8, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

/s/ William L. Bross
William L. Bross