UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION :
---------------------------------------------------x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T.
: Sorokin
*Jessica Whitten v. Pfizer Inc* :
Case No. 06-cv-11391-PBS :
:
:
:
---------------------------------------------------x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF
JESSICA WHITTEN**

Heninger Garrison Davis, LLC, counsel for Plaintiff Jessica Whitten, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 ( c ) granting Plaintiff's counsel's leave to withdraw as counsel for Plaintiff in these actions.

Plaintiff's counsel has written and spoken to Plaintiff Jessica Whitten regarding her case. Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.

This Motion is supported by the Memorandum of W. Lewis Garrison, Jr. and William L. Bross, filed herewith.

Dated: September 8, 2011                                        Respectfully Submitted,

                    Heninger Garrison Davis, LLC

By:   /s/ William L. Bross
       W. Lewis Garrison, Jr., Esq.
       William L. Bross, Esq.
       Heninger Garrison Davis, LLC
       2224 First Avenue North
       Birmingham, AL  35203

*Attorneys for Plaintiff*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:       September 8, 2011.

                    /s/ William L. Bross
                    William L. Bross

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 8, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                    /s/ William L. Bross
                    William L. Bross