UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
----------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Jessica Whitten v. Pfizer Inc*
Case No. 06-cv-11391-PBS

----------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF JESSICA WHITTEN

Pursuant to Local Rule 83.5.2 ( c ) of the United States District Court for the District of Massachusetts, the law firm of Heninger Garrison Davis, LLC, hereby moves for leave to withdraw as attorneys for Plaintiff Jessica Whitten in the above-entitled action.

On May 11, 2006, a complaint herein was filed by Plaintiff against Defendants Pfizer, Inc., Parke-Davis, and Warner Lambert Company in the United States District Court for the Northern District of Alabama, Southern Division. The complaint was a multi-Plaintiff complaint styled Shelia Agee, et al. and the complaint contained eleven Plaintiffs in all.

On August 9, 2006, the case was transferred to the United States District Court for the District of Massachusetts and assigned Case Number 1:06-cv-11381-PBS.

Pursuant to Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

Plaintiff's counsel has written and spoken to Plaintiff Jessica Whitten regarding this case on numerous occasions. Irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.

Heninger Garrison Davis, LLC, therefore requests that this Court grant the law firm leave to withdraw as attorneys for Plaintiff Jessica Whitten and allow Plaintiff 60 days either to seek new counsel or to advise the Court that Plaintiff will proceed with the prosecution of these actions *pro se.*

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set and agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff.

In view of the above, Heninger Garrison Davis, LLC respectfully requests that he law firm be granted leave to withdraw as attorneys for Plaintiff.

Dated: September 8, 2011                          Respectfully Submitted,

                                                    Heninger Garrison Davis, LLC

                                    By:    /s/ William L. Bross
                                             W. Lewis Garrison, Jr., Esq.
                                             William L. Bross, Esq.
                                             Heninger Garrison Davis, LLC
                                             2224 First Avenue North
                                             Birmingham, AL  35203

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 8, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

    /s/ William L. Bross
    William L. Bross