UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- x
                                                        :
In re:  NEURONTIN MARKETING, SALES                      :   MDL DOCKET NO. 1629
        PRACTICES AND PRODUCTS                          :
        LIABILITY LITIGATION                            :   Master File No. 04-10981
                                                        :
                                                        :   Judge Patti B. Saris
                                                        :
                                                        :   Magistrate Judge Leo T. Sorokin
                                                        :
------------------------------------------------------- x
                                                        :
THIS DOCUMENT RELATES TO:                               :
                                                        :
  *Accetullo et al. v. Pfizer Inc., et al.*,            :
  1:06-cv-10912-PBS                                     :
                                                        :
  *Anderson et al. v. Pfizer Inc., et al.*,             :
  1:06-cv-11024-PBS                                     :
                                                        :
  *Brewster et al. v. Pfizer Inc., et al.*,             :
  1:06-cv-11022-PBS                                     :
                                                        :
  *Girard et al. v. Pfizer Inc., et al.*,               :
  1:06-cv-11023-PBS                                     :
------------------------------------------------------- x

## FOURTH MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Law Office of Newton B. Schwartz Sr. (hereinafter "Schwartz" or "Schwartz firm"), counsel for numerous product liability plaintiffs in this Multi-District Litigation, and with leave of court granted during the hearing before the Court of April 26, 2011, files this third motion to request a stay of discovery for a certain group of cases.

### A. Background

1

During a status conference on April 26, 2011 counsel for the Schwartz group, at the Court's suggestion, announced its intention to provide a list of Plaintiffs for which Schwartz sought to suspend discovery. On April 30, 2011, Schwartz filed a Motion to Suspend Discovery [3438] on behalf of a group of Plaintiffs who were identified under seal. The motion was allowed on May 10, 2011. [3455] On July 26, 2011, Schwartz filed a second Motion to Stay Discovery [3542] on behalf of a group of Plaintiffs who were identified under seal. The motion was allowed on August 11, 2011. On August 15, 2011, Schwartz filed a Third Motion to Stay Discovery [3571] on behalf of a group of Plaintiffs who were identified under seal. The motion was allowed on August 16, 2011.

Schwartz now files this fourth motion seeking to stay discovery for an additional group of Plaintiffs for the same reasons as set forth in its previous motions referenced above, which is to assist in the efficient coordination of discovery and avoid unnecessary expenditure by all parties in those cases for which Schwartz has made a recommendation for discontinuation of prosecution.[1]

## B. Request for Stay of Discovery

Schwartz asks the Court to temporarily suspend all discovery in these cases to avoid the burden of cost and expense to all parties.

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law and the exhibits attached thereto. A proposed order is attached.

## C. Prayer

WHEREFORE, PREMISES CONSIDERED, the Schwartz firm asks the Court to suspend all discovery in those cases identified.

---

[1] The identification of particular plaintiffs in this motion or the attachments thereto is not intended by Schwartz to be, and should not be construed as, a comment on the merits of the individual cases.

2

Respectfully submitted,

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:      (713) 630-0708
Facsimile:       (713) 630-0789

### CERTIFICATE OF CONFERENCE

I, Newton B. Schwartz, Sr., hereby certify that I have been in contact with counsel for Pfizer regarding the notice attached hereto and the Schwartz firm's intention to file the same. Pfizer is unopposed to the relief sought herein.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

### CERTIFICATE OF SERVICE

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 8th day of September, 2011.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.