UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- x
: MDL DOCKET NO. 1629
In re:   NEURONTIN MARKETING, SALES        :
PRACTICES AND PRODUCTS                     : Master File No. 04-10981
LIABILITY LITIGATION                       :
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:
------------------------------------------------------- x
:
THIS DOCUMENT RELATES TO:                  :
:
*Accetullo et al. v. Pfizer Inc., et al.,* :
1:06-cv-10912-PBS                          :
:
*Anderson et al. v. Pfizer Inc., et al.,*  :
1:06-cv-11024-PBS                          :
:
*Brewster et al. v. Pfizer Inc., et al.,*  :
1:06-cv-11022-PBS                          :
:
*Girard et al. v. Pfizer Inc., et al.,*    :
1:06-cv-11023-PBS                          :
------------------------------------------------------- x

# DECLARATION OF NEWTON B. SCHWARTZ
## IN SUPPORT OF PLAINTIFF'S FOURTH MOTION TO STAY DISCOVERY

I, Newton B. Schwartz, Sr., declare and state as follows:

1. I am an attorney with the Law Office of Newton B. Schwartz, Sr., counsel for Plaintiffs in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a list of Plaintiffs who have been identified by counsel as candidates for discontinuation of prosecution and/or the withdrawal

1

therefrom.

       /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on September 8, 2011.

       /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

2