Case 1:04-cv-10981-PBS   Document 3603   Filed 09/01/11   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
------------------------------------------------x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:
: Magistrate Judge Leo T.
: Sorokin
KAISER FOUNDATION HEALTH PLAN, INC., ET AL. V.
PFIZER INC, ET AL., 04 CV 10739 (PBS)
:
:
:
------------------------------------------------x

**PLAINTIFFS' NOTICE CONCERNING KAISER REGIONAL**

**SUBSIDIARIES' NON-OBJECTION TO JOINDER**

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully submit this Notice in response to the Court's August 31, 2011 Memorandum and Order directing Kaiser to "inform the Court within thirty days of any objections" to the Court's decision to explicitly join the Kaiser regional subsidiaries. [D.E. 3601 at 12.] Kaiser can report that the Kaiser Foundation Health Plan of Colorado, the Kaiser Foundation Health Plan of Georgia, Inc., the Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., the Kaiser Foundation Health Plan of the Northwest; and the Kaiser Foundation Health Plan of Ohio have no objections to being joined to this litigation. As the Court noted, "Kaiser Foundation Health Plan and its subsidiaries may determine themselves how to divide the amount of restitution among the companies." *Id.*

9/9/2011

[handwritten note: Order that the Kaiser regional subsidiaries be joined as plaintiffs. /s/ ...]

1