UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

Assurant Health, Inc., et al. v. Pfizer Inc, et al., No. 05-10535

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PFIZER INC'S STATUS REPORT TO COURT REGARDING *ASSURANT* CASE AND UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE**

Pfizer Inc ("Pfizer") respectfully submits this status report to the Court in response to the Court's order scheduling this case for a status conference on October 20, 2011.

Pursuant to this Court's order dated May 4, 2011, the parties to the above-captioned action met and conferred regarding the management of this case and submitted a joint report to the Court on May 20, 2011. [Dkt. 3478 (attached as Exhibit A).] On June 1, 2011, the parties submitted a joint Stipulation and Joint Motion for Entry of Order Continuing Stay of the Above-Captioned Action. [Dkt. 3500 (attached as Exhibit B).] The Stipulation provided that "[t]he above captioned action shall be stayed pending the resolution of any and all appeals from this Court's judgments entered as to the following plaintiffs: Harden Manufacturing Corporation [ECF 3154], International Union of Operating Engineers, Local No. 68 Welfare Fund [ECF 3154], and ASEA/AFSCME Local 52 Health Benefits Trust [ECF 3154], Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana [ECF 3154], Aetna, Inc. [ECF 3285], and Kaiser Foundation Health Plan, Inc. [ECF 3326]. [Dkt. 3500 ¶ 1.] The motion for stay was allowed by this Court on June 9, 2011. (*See* Minute Entry, attached as Exhibit C.)

Pfizer notes that neither the ECF entry for Document No. 3500, nor the Court's order on same, referenced the name of the case (*Assurant*). Accordingly, Pfizer has filed this report to bring the stay to the Court's attention and to clarify the docket. In light of the stay currently in

place, Pfizer respectfully submits that no status conference is necessary, but awaits the Court's instruction regarding same.

    For the reasons set forth above, Pfizer respectfully requests that the status conference currently set for October 20, 2011, be adjourned while the stay of this action continues.

Dated: September 15, 2011                        Respectfully submitted,

                                                SKADDEN, ARPS, SLATE, MEAGHER
                                                  &FLOM LLP

                                                  By:    /s/ Mark S. Cheffo
                                                            Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
email: Mark.Cheffo@skadden.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

ROPES & GRAY LLP

By:    /s/ Justin J. Wolosz
        Justin J. Wolosz
        BBO# 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel: (617) 951-7000
Email: justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

2

## CERTIFICATE OF CONSULTATION

I hereby certify that I have conferred with counsel for all parties regarding the issue presented by this motion, and that this motion is unopposed.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 15, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz