# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
Assurant Health, Inc., et al. v. Pfizer Inc, et al., No. 05-10535 : Sorokin
:
------------------------------------------------x

**JOINT REPORT TO COURT REGARDING STATUS AND MANAGEMENT OF CASE**

Pursuant to this Court's order dated May 4, 2011, the parties to the above-captioned action met and conferred regarding the management of this case. The parties have discussed a continuation of the stay in this action while judgments entered as to the Third Party Payors named in the Consolidated Class Complaint or Coordinated TPP Complaint are on appeal to the First Circuit and are working to finalize an agreed proposal to the Court.

Dated: May 20, 2011                                   Respectfully submitted,

BLANK ROME LLP                                        SKADDEN, ARPS, SLATE, MEAGHER
                                                        & FLOM LLP

By:    /s/ W. Scott Simmer_____
       W. Scott Simmer                                By:    /s/ Mark S. Cheffo_____
                                                             Mark S. Cheffo
Watergate
600 New Hampshire Avenue NW                           Four Times Square
Washington, DC 20037                                  New York, NY 10036
Tel: (202) 772-5967                                   Tel: (212) 735-3000
email: Simmer@BlankRome.com                           email: Mark.Cheffo@skadden.com

*Attorneys for Plaintiffs, Assurant Health, Inc.;*    *Attorneys for Defendants Pfizer Inc and*
*Blue Cross and Blue Shield of Florida, Inc.;*        *Warner-Lambert Company LLC*
*Louisiana Health Service & Indemnity*
*Company; Blue Cross Blue Shield of*                  ROPES & GRAY LLP
*Massachusetts; Blue Cross Blue Shield of*
*Michigan; Blue Cross Blue Shield of*                 By:    /s/ Ana M. Francisco_____
*Minnesota, and its wholly owned subsidiaries;*              Ana M. Francisco
*Group Health Service of Oklahoma, Inc.;*                    BBO #564346
*CareFirst, Inc., and its wholly owned*
*subsidiaries; Excellus Health Plan, Inc.;*           Prudential Tower
*Federated Mutual Insurance Company; Health*          800 Boylston Street
*Care Service Corporation; Mutual of Omaha*           Boston, MA 02199-3600
*Insurance Company; Trustmark Insurance*              Tel: (617) 951-7000
*Company; Wellchoice, Inc., and its wholly*           Email: ana.francisco@ropesgray.com
*owned subsidiaries; Wellchoice of New Jersey,*
*Inc.*                                                *Attorneys for Defendants Pfizer Inc and*
                                                      *Warner-Lambert Company LLC*

LATHAM & WATKINS LLP                                  MILBANK, TWEED, HADLEY &
                                                        McCLOY LLP
By:    /s/ Margaret M. Zwisler_____
       Margaret M. Zwisler                            By:    /s/ Scott A. Edelman_____
                                                             Scott A. Edelman
555 Eleventh Street NW Suite 1000
Washington, DC 20004-1304                             1 Chase Manhattan Plaza
Tel: (202) 637-1092                                   New York, NY 10005-1413
email: Margaret.Zwisler@lw.com                        Tel: (212) 530-5172
                                                      email: jcavoli@milbank.com
*Attorneys for Cline, Davis & Mann, Inc.*
                                                      *Attorneys for Defendants Lodewijk J.R. de*
                                                      *Vink and Anthony Wild*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 20, 2011.

/s/ Ana M. Francisco
Ana M. Francisco