# EXHIBIT C

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04−cv−10981−PBS

Harden Manufacturing Corporation v. Pfizer, Inc. et al
Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Leo T. Sorokin
Member case: (View Member Case)
Case in other court:  First Circuit, 11−01516
            First Circuit, 11−01595
            First Circuit, 11−01806
            First Circuit, 11−01904
            Judicial Panel on Multidistrict Litigation,
            MDL 1629
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 05/14/2004
Jury Demand: Both
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

| Date Entered | # | Docket Text |
|---|---|---|
| 06/10/2011 | | Judge Patti B. Saris: ELECTRONIC ORDER entered re 3500 Stipulation filed by Warner−Lambert Company, Pfizer, Inc. "ALLOWED." (Anderson, Jennifer) (Entered: 06/10/2011) |
| 06/10/2011 | 3503 | MOTION to Dismiss *Claims of Plaintiff Elmenia Johnson* by Pfizer, Inc., Warner−Lambert Company.(Francisco, Ana) (Entered: 06/10/2011) |
| 06/10/2011 | 3504 | MEMORANDUM in Support re 3503 MOTION to Dismiss *Claims of Plaintiff Elmenia Johnson* filed by Pfizer, Inc., Warner−Lambert Company. (Francisco, Ana) (Entered: 06/10/2011) |
| 06/10/2011 | 3505 | EXHIBIT *Boone Discovery Chart (6−10−11)* by Jessie Allen, Leroy Anderson, Mary Cooper. (Boone, Levi) (Entered: 06/10/2011) |