The Honorable Leo T. Sorokin

United States Magistrate Judge

United States District Court for the

District of Massachusettes

John Joseph Moakley U.S. Courthouse

1 Courthouse Way

Boston, Massachusettes    02210


RE:  In re Neurontin, Sales Practices and Product Liability, MDL Docket No. 1629, Master File No. 04 Civ 10981(PBS) (LTS)  Briggs v Pfizer Inc., Individual Case Nos. 05-11700, 07-10327


Dear Judge Sorokin,

    I'm opposed to Finkelstein and Partners withdrawing as my counsel.  The only differences we have is over the settlement terms.  I am not a lawyer and so it is difficult for me to make legal arguments, but I adopt the arguments made in the August 29,2011 letter filed by Amici Curiae.

    When I agreed to be represented by Finkelstein and Partners, I did not agree to be part of a mass action.  I was told it would be an individual lawsuit.  I was being represented individually and I still want to be represented individually.  I understand that they may have a difference of opinion with me regarding the appropriate point at which to settle this case, but I would prefer that they continue to represent me unless I am able to obtain new counsel.  I have not asked them to do anything other than represent my best interests and respect my position regarding settlement.  If I am forced to litigate this case without counsel, my position will be severely prejudiced.  I have been looking for new counsel, and have contacted: The Lanier Law Firm, Klein,Spector Law Firm, The Berkowitz Law Firm, Cuti Hecker Wang LLP, to name just a few, but so far I have been unsuccessful.  Many lawyers have told me that this is due to the complexity of the case.  Finkelstein and Partners, having litigated the case from its start, at least, are familiar with the facts and discovery in the case.


                                                            Sincerely,

                                                             *Robin S. Briggs* (signature)

                                                           ROBIN S. BRIGGS