# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 1

District Court Number: 04-cv-10981

Fee:   Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

Motions Pending   Yes __X__ No ____
If yes, document # 2298, 2334, 2337

Sealed documents   Yes ____ No ____
If yes, document # 654, 1180, 1234

*Ex parte* documents   Yes ____ No __X__
If yes, document #

Transcripts   Yes __X__ No ____
If yes, document # 66, 128, 200, 229

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:   3630, 3326, 3551, 3601, 3602   Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Amended Notice of Appeal, 3630, 3326, 3551, 3601, 3602,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634, filed on 9/20/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**