# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 3

District Court Number: 04-cv-10981

Fee: Paid?  Yes  X  No ___   Government filer ___   *In Forma Pauperis*  Yes ___  No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes X  No ___ | Sealed documents | Yes ___  No ___ |
| *If yes, document #* | 2586, 2609, 2611 | *If yes, document #* | 1347, 1468, 1588 |
| *Ex parte* documents | Yes ___  No X | Transcripts | Yes X  No ___ |
| *If yes, document #* | | *If yes, document #* | 477, 502, 503, 607 |

Notice of Appeal filed by: Plaintiff/Petitioner ___   Defendant/Respondent  X   Other: ___

Appeal from:   3630, 3326, 3551, 3601, 3602  Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634, filed on 9/20/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**