# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 4

District Court Number: 04-cv-10981

Fee:   Paid?  Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes X No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 2643, 2656, 2664 | *If yes, document #* | 1589, 1593, 1594 |
| *Ex parte* documents | Yes ____ No X | Transcripts | Yes X No ____ |
| *If yes, document #* | | *If yes, document #* | 661, 686, 734, 745 |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X   Other: ____

Appeal from:   3630, 3326, 3551, 3601, 3602  Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

   I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   3634, 3630, 3326, 3551, 3601, 3602,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634 , filed on 9/20/2011 .

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on  9/21/2011 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**