# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

**Case Caption:** Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 5

**District Court Number:** 04-cv-10981

**Fee:** Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

| | | | |
|---|---|---|---|
| **Motions Pending** Yes __X__ No ____ | *If yes, document #* 2666, 2696, 2699 | **Sealed documents** Yes ____ No ____ | *If yes, document #* 1786 att. 1-16, 32 |
| ***Ex parte* documents** Yes ____ No __X__ | *If yes, document #* | **Transcripts** Yes __X__ No ____ | *If yes, document #* 768, 912, 915, 986 |

**Notice of Appeal filed by:** Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

**Appeal from:** 3630, 3326, 3551, 3601, 3602   Elec. Order 2/18/2010, Elec. Order 7/7/2011

**Other information:** Add Sealed Documents 585, 586, 647

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634, filed on 9/20/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

**COURT OF APPEALS DOCKET NUMBER ASSIGNED:** _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**