# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 6

District Court Number: 04-cv-10981

---

Fee:   Paid? Yes  X   No ___   Government filer ___   In Forma Pauperis Yes ___   No  X

---

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes  X  No ___<br>2708, 2720, 2745 | Sealed documents<br>*If yes, document #* | Yes ___ No ___<br>1791, 1792, 1793 |
| *Ex parte* documents<br>*If yes, document #* | Yes ___ No  X | Transcripts<br>*If yes, document #* | Yes  X  No ___<br>1086, 1087, 1154 |

---

Notice of Appeal filed by: Plaintiff/Petitioner ___   Defendant/Respondent  X   Other: ___

Appeal from:   3630, 3326, 3551, 3601, 3602   Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634 , filed on 9/20/2011 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/2011 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**