# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al  Page 7

District Court Number: 04-cv-10981

Fee:   Paid?  Yes _X_ No ___   Government filer ___   *In Forma Pauperis* Yes ___ No _X_

Motions Pending   Yes _X_ No ___      Sealed documents      Yes ___ No ___
*If yes, document #*  2748, 2860, 3052    *If yes, document #*    1795, 1811, 1812

*Ex parte* documents   Yes ___ No _X_     Transcripts           Yes _X_ No ___
*If yes, document #*                      *If yes, document #*    1156, 1249, 1250

Notice of Appeal filed by: Plaintiff/Petitioner ___   Defendant/Respondent _X_   Other: ___

Appeal from:   3630, 3326, 3551, 3601, 3602  Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634, filed on 9/20/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**