# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 8

District Court Number: 04-cv-10981

---

Fee: Paid? Yes __X__ No ____   Government filer ____   In Forma Pauperis Yes ____ No __X__

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes ____ No ____ |
| If yes, document # | 3083, 3180, 3252 | If yes, document # | 1813, 1815, 1845 |
| Ex parte documents | Yes ____ No __X__ | Transcripts | Yes __X__ No ____ |
| If yes, document # | | If yes, document # | 1328, 1358, 1359 |

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from:   3630, 3326, 3551, 3601, 3602   Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3634__, filed on __9/20/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/21/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**