# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 9 |
| District Court Number: | 04-cv-10981 |

Fee:   Paid?   Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes  X  No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 3253, 3339, 3364 | *If yes, document #* | 1846 att. 1 Exh. A |
| *Ex parte* documents | Yes ____ No  X | Transcripts | Yes  X  No ____ |
| *If yes, document #* |  | *If yes, document #* | 1369, 1482, 1931 |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X   Other: ____

Appeal from:   3630, 3326, 3551, 3601, 3602   Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634, filed on 9/20/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**