# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 11

District Court Number: 04-cv-10981

Fee: Paid? Yes **X** No ___   Government filer ___   *In Forma Pauperis* Yes ___ No **X**

| | | | |
|---|---|---|---|
| Motions Pending | Yes **X** No ___ | Sealed documents | Yes **X** No ___ |
| *If yes, document #* | 3413, 3434, 3465 | *If yes, document #* | 1931, 1939, 2069 |
| *Ex parte* documents | Yes ___ No ___ | Transcripts | Yes **X** No ___ |
| *If yes, document #* | | *If yes, document #* | 1740, 2032, 2051 |

Notice of Appeal filed by: Plaintiff/Petitioner ___   Defendant/Respondent **X**   Other: ___

Appeal from:   3630, 3326, 3551, 3601, 3602 Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3634__, filed on __9/20/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/21/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**