UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | Harden Manufacturing Corporation v. Pfizer, Inc., et al  Page 12 |
| District Court Number: | 04-cv-10981 |

Fee:    Paid? Yes  X   No ____    Government filer ____    *In Forma Pauperis* Yes ____  No  X

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes  X  No ____<br>3574, 3580, 3588 | Sealed documents<br>*If yes, document #* | Yes  X  No ____<br>2092, 2102, 2107 |
| *Ex parte* documents<br>*If yes, document #* | Yes ____ No ____ | Transcripts<br>*If yes, document #* | Yes  X  No ____<br>2052, 2077, 2082 |

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent  X    Other: ____

Appeal from:    3630, 3326, 3551, 3601, 3602 Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:    Add Sealed Documents 585, 586, 647

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  3634  , filed on  9/20/2011  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  9/21/2011  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**