# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 14

District Court Number: 04-cv-10981

Fee:   Paid?   Yes  X   No  ___   Government filer ___   *In Forma Pauperis* Yes ___   No  X

| | | | |
|---|---|---|---|
| Motions Pending *If yes, document #* | Yes  X  No ___ 3621, 3623 | Sealed documents *If yes, document #* | Yes  X  No ___ 3583, 3599exh5-19 |
| *Ex parte* documents *If yes, document #* | Yes ___ No ___ | Transcripts *If yes, document #* | Yes  X  No ___ 2589, 2591-2595 |

Notice of Appeal filed by: Plaintiff/Petitioner ___   Defendant/Respondent  X   Other: ___

Appeal from:   3630, 3326, 3551, 3601, 3602 Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __3634__, filed on __9/20/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/21/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**