**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al Page 15

District Court Number: 04-cv-10981

---

Fee: Paid? Yes X No ___ Government filer ___ *In Forma Pauperis* Yes ___ No X

---

Motions Pending Yes X No ___
*If yes, document #* ___

Sealed documents Yes X No ___
*If yes, document #* ___

*Ex parte* documents Yes ___ No ___
*If yes, document #* ___

Transcripts Yes X No ___
*If yes, document #* 2650-2654, 2764

---

Notice of Appeal filed by: Plaintiff/Petitioner ___ Defendant/Respondent X Other: ___

Appeal from: 3630, 3326, 3551, 3601, 3602 Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information: Add Sealed Documents 585, 586, 647

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634, filed on 9/20/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

UNITED STATES DISTRICT COURT · DISTRICT OF MASSACHUSETTS

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ___

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**