# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harden Manufacturing Corporation v. Pfizer, Inc., et al   Page 17

District Court Number: 04-cv-10981

Fee: Paid? Yes _X_ No ____   Government filer ____   In Forma Pauperis Yes ____ No _X_

Motions Pending   Yes _X_ No ____   Sealed documents   Yes _X_ No ____
If yes, document #                    If yes, document #

Ex parte documents   Yes ____ No ____   Transcripts   Yes _X_ No ____
If yes, document #                    If yes, document # 3459, 3288

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:   3630, 3326, 3551, 3601, 3602 Elec. Order 2/18/2010, Elec. Order 7/7/2011

Other information:   Add Sealed Documents 585, 586, 647

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

3634, 3630, 3326, 3551, 3601, 3602

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 3634, filed on 9/20/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/21/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**