UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS;
*Blackwell v. Pfizer, Inc., et al.,* 1:06-cv-10420-PBS.

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF PARTIAL WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively "Defendants") hereby respectfully withdraw the portions of their Motion to Dismiss Plaintiffs Represented by Heninger Garrison Davis, LLC as it pertains to Plaintiffs Andria Renee Blackwell and Pauline Huff.  The relevant filings at issue can be found at ECF docket numbers 3588 and 3589.  The parties expect to file a dismissal with prejudice in these cases with respect to Plaintiffs Blackwell and Huff, and Defendants no longer seek court involvement as to these Plaintiffs at this time.

Dated: September 23, 2011         Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin F. Wolosz
    BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 23, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz