UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------------X
In re:  NEURONTIN MARKETING, SALES PRACTICES,      : MDL Docket No. 1629
AND PRODUCTS LIABILITY LITIGATION                          :
                                                                                              : Master File No. 04-10981
                                                                                              :
---------------------------------------------------------------------------X Judge Patti B. Saris
                                                                                              :
THIS DOCUMENT RELATES TO:                                         :
                                                                                              : Magistrate Judge Leo T.
NEURONTIN PRODUCTS LIABILITY CASES         :
                                                                                              : Sorokin
---------------------------------------------------------------------------X

**NOTICE OF VIDEOTAPED PRESERVATION DEPOSITION OF**
**DR. DAVID FRANKLIN, PH.D.**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Order of October 08, 2010, Plaintiffs, by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Dr. David Franklin, Ph.D. Pursuant to such Order, the testimony will be taken to preserve the testimony for trial of the Neurontin Product Liability cases. The deposition will be taken at Esquire Deposition Solutions, 125 Summer Street, Boston, Massachusetts 02110, beginning at 10:00 a.m. and ending no later than 6:00 p.m. local time on Wednesday, October 19, 2011. The deposition will be recorded by stenographic means and videotaped by Esquire Deposition Solutions, 125 Summer Street, Boston, Massachusetts 02110.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure and the referenced Order.

Dated:  9-26- 2011
            27th

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By: _____
Archie Carl Pierce, Esquire
Wright & Greenhill, P.C.
221 W. 6th Street, Suite 1800
Austin, Texas 78701

By: /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P. O. Box 1111
Newburgh, NY 12551

By: /s/ Jack W. London
Jack W. London, Esquire
Law offices of Jack W. London
  & Associates
3701 Bee Cave Rd., Suite 200
Austin, TX 78746

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2011, I caused to be served a true and correct copy of the foregoing Notice of Videotaped Preservation Deposition of Dr. David Franklin, Ph.D., via electronic mail and U.S. Mail, postage prepaid to:

>Mr. Mark Cheffo, Esq.
>mark.cheffo@skadden.com
>Skadden Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY 10036-6522

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on 9-26-2011

_____
Archie Carl Pierce, Esquire

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire

/s/ Jack W. London
Jack W. London, Esquire