UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  :
        SALES PRACTICES AND  :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION  :
:   Judge Patti B. Saris
------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:  :
:
LEU v. PFIZER INC., et al.  :
Individual Case No. 09-10422  :
:
------------------------------------------------------------x

**DECLARATION OF KENNETH B. FROMSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF MICHAEL LEU**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff Michael Leu in the above-entitled action.

2. This declaration is submitted in support of Plaintiffs' counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. On or about January 9, 2009, the complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, (hereinafter collectively referred to as "Pfizer Defendants"), and Actavis Inc., Actavis Elizabeth LLC and Purepac Pharmaceutical Co. (hereinafter collectively referred to as "Actavis Defendants") in the Supreme Court, State of New York, County of New York. *See* S.D.N.Y. Case No. 1:09-cv-01245-DC, ECF Doc. # 1.

4. On or about February 13, 2009, Actavis Defendants filed a Notice of Removal of this case to the U.S. District Court for the Southern District of New York. *See* S.D.N.Y. Case No. 1:09-cv-01245-DC, ECF Doc. # 1. On or about March 19, 2009, the case was transferred from the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:09-cv-10422-PBS. ECF Doc. # 7.

5. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 8.

6. On May 16, 2011, Finkelstein & Partners filed a Stipulation to Dismiss this action against Pfizer Defendant only. MDL Docket No. 1629, D. Mass. Case No. 04-10981, ECF Doc. # 3461.

7. Plaintiff's counsel has written to Plaintiff Michael Leu concerning this case, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.

8. A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at his last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2011

             <u>/s/ Kenneth B. Fromson</u>
             Kenneth B. Fromson

             Finkelstein & Partners, LLP
             1279 Route 300, P.O. Box 1111
             Newburgh, NY  12551
             (800) 634-1212

             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 28, 2011; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                                  **/s/ Kenneth B. Fromson**
                                                    Kenneth B. Fromson