UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  |  |
|---|---|---|
| IN RE: NEURONTIN | ) | |
| MARKETING, SALES PRACTICES | ) | |
| AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | MDL Docket No. 1629 |
| THIS ORDER RELATES TO: | ) | |
| | ) | Master File No. 04-10981-PBS |
| BLUE CROSS & BLUE SHIELD OF | ) | |
| ALABAMA, ET AL | ) | |
| v. | ) | |
| PFIZER INC., ET AL. | ) | |
| | ) | |
| C.A. No. 06-12295-PBS | ) | |

ORDER ON SUPPLEMENTAL BRIEFING

September 28, 2011

SOROKIN, M.J.

On May 20, 2011, the Parties filed a joint report concerning management of this case. See Docket # 3479. The Court intends to proceed to a ruling on the Plaintiffs' pending Motion to Remand and sets the following schedule for supplemental briefing: the Plaintiffs shall file any supplemental briefing by the close of business on October 7, 2011; the Defendants shall file any supplemental briefing by the close of business on October 17, 2011. Neither Party's supplemental briefing shall exceed seven pages in length.

SO ORDERED,

/s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE