UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

*Anderson, et al. v. Pfizer, Inc., et al.* (Janice Lee), No. 06-11024-PBS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF JANICE LEE**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the June 29, 2011, deposition of Janice Lee.

3. Attached hereto as Exhibit B is a true and correct copy of a record obtained from Dr. James Jenkins originally dated October 12, 2001.

4. Attached hereto as Exhibit C is a true and correct copy of the Complaint that Plaintiffs filed in *Anderson, et al. v. Pfizer, Inc., et al.*, No. 06-11024-PBS, on April 27, 2006.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 5th day of October, 2011.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 5, 2011.

                                                  /s/ Justin J. Wolosz
                                                  Justin J. Wolosz