UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
: 
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc., et al.* (David Weatherford), : Sorokin
No. 06-11024-PBS. :
:
:
------------------------------------------------x

## DEFENDANTS' MOTION FOR
## SUMMARY JUDGMENT AGAINST PLAINTIFF DAVID WEATHERFORD

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on all counts brought by Plaintiff David Weatherford. The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion are: (1) Defendants' Local Rule 56.1 Statement of Material Facts, and (2) the supporting Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that this Court grant summary judgment in their favor on all counts brought by Plaintiff David Weatherford.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, Defendants respectfully request oral argument on this motion.

Dated: October 5, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin F. Wolosz
    BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Katherine F. Arthur
Katherine F. Arthur

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 5, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz
