UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc., et al.* (David Weatherford), : Sorokin
No. 06-11024-PBS. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF DAVID WEATHERFORD

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the June 27, 2011, deposition of David Weatherford.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from Plaintiff's Responses to Template Interrogatories.

4. Attached hereto as Exhibit C is a true and correct copy of a record obtained from the Carolina Pines Regional Medical Center originally dated May 12, 2003.

5. Attached hereto as Exhibit D is a true and correct copy of a record obtained from the G. Werber Bryan Psychiatric Hospital originally dated May 25, 2003.

6. Attached hereto as Exhibit E is a true and correct copy of a record obtained from the G. Werber Bryan Psychiatric Hospital originally dated May 27, 2003.

7. Attached hereto as Exhibit F is a true and correct copy of a record obtained from

the G. Werber Bryan Psychiatric Hospital originally dated May 28, 2003.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 5th day of October, 2011.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 5, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz