UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
---------------------------------------------------------------- x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc., et al.* (David Weatherford), : Sorokin
No. 06-11024-PBS. :
: **UNREDACTED**
: **VERSION FILED**
---------------------------------------------------------------- x **UNDER SEAL**

**DEFENDANTS' LOCAL RULE 56.1
STATEMENT OF MATERIAL FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT AGAINST DAVID WEATHERFORD**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") submit this Statement of Material Facts, pursuant to Local Rule 56.1, in support of their Motion for Summary Judgment.[1]

1. The date of the incident constituting his sole alleged injury in this lawsuit was May 12, 2003. (*See* Ex. B, Weatherford Resp. To Interrog. No. 25; Ex. A, Weatherford Dep 20:10-21:25.)



2.

3.

[2]

4.

---

[1] The facts asserted herein are admitted for purposes of Defendants' Motion for Summary Judgment only.

[2] All documents cited herein as "Ex. __" are attached as exhibits to the accompanying Declaration of Mark S. Cheffo.



5.

6.

7.

8.

9.

10.



11.

12.

| | |
|---|---|
| Dated: October 5, 2011 | Respectfully submitted,<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/ Mark S. Cheffo<br>       Mark S. Cheffo<br><br>Four Times Square<br>New York, NY 10036<br>Tel:  (212) 735-3000<br><br>-and-<br><br>ROPES & GRAY LLP<br><br>By: /s/ Justin J. Wolosz<br>       Justin F. Wolosz<br>       BBO # #643543<br><br>Prudential Tower<br>800 Boylston Street<br>Boston, MA  02110<br>Tel:  (617) 951-7000<br>Email:  justin.wolosz@ropesgray.com<br><br>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 5, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz