

ELECTRONICALLY FILED
7/17/2007 9:56 AM
CV-2006-001252.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ALABAMA ASSOCIATED GENERAL CONTRACTORS SELF-INSURED WORKERS' COMPENSATION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER, INC., et al., <br><br> Defendants. | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \*     **Civil Action No. CV-06-1252** <br> \* <br> \* <br> \* <br> \* |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DAVID REYNOLDS LONGMIRE

The parties hereby stipulate that all claims asserted or assertable in this action by the Plaintiffs against the Defendant David Reynolds Longmire are dismissed with prejudice, with the Plaintiffs and Defendant David Reynolds Longmire each to bear their own costs and attorneys' fees. The Plaintiffs specifically preserve all claims asserted or assertable by them in this action against the Defendant Pfizer, Inc., successor in interest to Warner-Lambert Company.

Respectfully submitted,

**TAYLOR + MARTINO + KUYKENDALL**
Attorneys for the Plaintiffs

/s/ W. Lloyd Copeland
STEVEN A. MARTINO          (MAR057)
W. LLOYD COPELAND          (COP006)
FREDERICK T. KUYKENDALL, III   (KUY001)
Post Office Box 894
Mobile, Alabama 36601-0894
Telephone:   (251) 433-3131
Facsimile:   (251) 433-4207

*Granted as to David Reynolds Longmire ... Hardwick, Judge 7/24/07*

**BRADLEY ARANT ROSE & WHITE LLP**
Attorneys for Defendant Pfizer, Inc.


/s/ Brian A. Wahl
BRIAN A. WAHL
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
205-521-8295
Fax: 205-488-6295
Email: bwahl@bradleyarant.com


**BAINBRIDGE, MIMS, ROGERS & SMITH, LLP**
Attorneys for Defendant David Reynolds Longmire


/s/ Charles K. Hamilton
CHARLES K. HAMILTON
The Luckie Building
Suite 415
600 Luckie Drive
Birmingham, Alabama 35253
email: khamilton@bainbridgemims.com

2