The Honorable Leo T. Sorokin  October 4, 2011
United States Magistrate Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Neurontin Marketing, Sales Practices and Product Liability Litigation, MDL Docket No. 1629, Master File No. 04 Civ. 10981

Alsberge v Pfizer

Dear Judge Sorokin,

Today for the first time, I received notice from Finkelstein and Partners of a motion to withdraw as counsel. The document is dated April 14, 2011. This is more than 5 months ago. Please allow me to express my concerns about the way this was handled.

The motion to withdraw is both disturbing and perplexing due to the fact that I received no notification or documentation of this matter, nor was I given the opportunity to respond.

In addition, the motion refers to irreconcilable differences. The only difference I had with Finkelstein and Partners was whether to accept the proposed settlement. In a letter dated March 18, 2011 to Finkelstein and Partners, I asked them to continue as representatives in my case believing that the decision whether to settle or not remains with the client, not the lawyers.

On March 31, 2011, I submitted a request to Kenneth Fromsen and Andrew Finkelstein for a copy of the summary judgment, the settlement terms, and the distribution sheet outlining the costs incurred in my case. I received the summary judgment and the cost distribution sheet. I did not receive any information about settlement details. Nothing was conveyed about a motion to withdraw.

Left in the dark and with little to go on in regard to what was happening with my case, I requested the litigation materials on May 05, 2011. Again, there was no mention of a pending motion to withdraw by Finkelstein and Partners.

I respectfully ask the Court to reconsider its decision granting the motion to withdraw, and give me an opportunity to be heard regarding the motion.

October 4, 2011

The Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Neurontin Marketing, Sales Practices and Product Liability Litigation,
Docket No. 1629, Master File No. 04-CV-10981

Also: Crone v. Pfizer

Dear Judge Sorokin,

Today for the first time, I received notice from Finkelstein and Partners of a motion to withdraw as counsel. That document is dated April 14, 2011. This is more than 5 months ago. Please allow me to express my wonderment about the way this was handled.

The motion to withdraw is both disturbing and perplexing due to the fact that I received no notification or documentation of this matter, nor was I given the opportunity to respond.

In addition, the motion refers to irreconcilable differences. The only difference I had with Finkelstein and Partners was whether to accept their proposed settlement. In a letter dated March 18, 2011 to Finkelstein and Partners, I asked them to continue to represent us in my case believing that a firm would rather settle or not remain with the client, not fit its lawyers.

[illegible paragraph] I received the summary judgment, the settlement terms, and the distribution sheet outlining the costs incurred in my case. However, the summary judgment and the cost distribution sheet, I did not receive any information about settlement details. Nothing was conveyed about a reason to withdraw.

Left in the dark and with little to go on in regard to resolving this tragic turn with our case, I requested the litigation materials on May 09, 2011. Again, there was no mention of a standing motion to withdraw by Finkelstein and Partners.

I most respectfully ask the Court to reconsider its decision granting the motion to withdraw, and give me an opportunity to be heard regarding this matter.

Thank you.

Sincerely,

*Debra Alsberge*

Debra Alsberge
321 High School RD. NE # 631, STE D3
Bainbridge Island, WA 98110