UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | x | |
|---|---|---|
| In re: NEURONTIN MARKETING | : | MDL Docket No. 1629 |
| SALES PRACTICES AND | : | |
| PRODUCTS | : | Master File No. 04-10981 |
| LIABILITY LITIGATION | : | |
| | x | Judge Patti B. Saris |
| | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Paulette Hamilton, as Administratix | : | |
| and Personal Representative of the | : | |
| Estate of DERRICK HAMILTON | :: | |
| v. Pfizer, et. al., No. 10-11023 | x | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiff, Paulette Hamilton, as Administratix and Personal Representative of the Estate of Derrick Hamilton, Deceased, and Defendant, Glenmark Generics Inc., USA, through their respective authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action is hereby dismissed with prejudice by Plaintiff as to all claims and causes of action against Defendant, Glenmark Generics Inc., USA, with each party to bear her/its own costs and attorneys' fees.

1017239

Respectfully submitted,

*[signature]*

Kenneth Fromson, Esq.
Finklenstein & Partners, LLP
State Bar No. 2647790
1279 Route 300, Box 1111
Newburgh, New York 12551
Telephone:   (845) 562-0203 x2755
Facsimile:    (845) 562-3492

**ATTORNEYS FOR PLAINTIFF**
Paulette Hamilton, as Administratix and
Personal Representative of the Estate of
DERRICK HAMILTON, Deceased

CONNELLY • BAKER • WOTRING LLP

*[signature]*

Earnest W. Wotring
State Bar No. 22012400
Amy Nilsen
State Bar No. 24027574
700 JPMorgan Chase Tower
660 Travis Street
Houston, Texas 77002
Telephone:   (713) 980-1700
Facsimile:    (713) 980-6925

**ATTORNEYS FOR DEFENDANT
GLENMARK GENERICS INC., USA**

1017239

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) pursuant to Case Management Order #3 on  10/11 , 2011.

_____
Earnest W. Wotring

1017239