UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:  NEURONTIN MARKETING, SALES                  :   MDL Docket No. 1629
        PRACTICES AND PRODUCTS                      :
        LIABILITY LITIGATION                        :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                           :
                                                    :   Magistrate Judge Leo T.
ALL PRODUCT LIABILITY ACTIONS                       :   Sorokin
                                                    :
                                                    :   ORAL ARGUMENT
                                                    :   REQUESTED
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DEFENDANTS' EMERGENCY MOTION
## TO QUASH THE TRIAL PRESERVATION DEPOSITION OF
## DAVID FRANKLIN AND MODIFY THE COURT'S OCTOBER 8, 2010 ORDER

In accordance with Federal Rule of Civil Procedure 26(b)(2) and this Court's inherent authority to modify its own orders, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants"), by counsel, respectfully move, on an emergency basis, for this Court to quash the notice by the Plaintiffs' Steering Committee to take a preservation deposition of David Franklin. This has been designated an emergency motion because immediate relief is requested, considering that the Plaintiffs noticed the deposition of Mr. Franklin for Wednesday October 19, 2011. In light of the significantly narrowed scope of this litigation, the negligible benefit that could be obtained, and the unnecessary waste of resources that would occur, a preservation deposition of David Franklin is not needed at this time and would undermine goals of efficiency in this multidistrict litigation.

WHEREFORE, Defendants respectfully request immediate relief for the Court to modify its Order of October 8, 2010 and quash the deposition notice of David Franklin set to occur on October 19, 2011.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard.

Accordingly, Defendants respectfully request oral argument on this motion.

Dated: October 17, 2011							Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
      Justin F. Wolosz
      BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 17, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz