EXHIBIT A

Jack London

| | |
|---|---|
| From: | Cheffo, Mark S [Mark.Cheffo@skadden.com] |
| Sent: | Tuesday, June 14, 2011 3:24 PM |
| To: | Jack London |
| Subject: | Re: Dr. Franklin preservation deposition |

We need to discuss the format for all of these depositions. Defendants obviously need time for cross examination and we will need to make sure adequate time is allotted. In addition, since this is not a discovery deposition, we will need copies of any exhibits you intend to use with any of the witnesses. Please let me know when you would like to discuss.

Sent from my iPad

On Jun 14, 2011, at 3:47 PM, "Jack London" <jack@jackwlondon.com> wrote:

# Jack W. London

Attorney

jlondon@texas.net

3701 Bee Cave Rd., Suite 200 | Austin, TX 78746

(512) 478-5858 | (512) 479-5934 Fax

Mark, does taking Dr. Franklin's deposition one day during the week of August 8 work?

Let me know.

Thank you,

Jack London

## Jack London

| | |
|---|---|
| From: | Cheffo, Mark S [Mark.Cheffo@skadden.com] |
| Sent: | Tuesday, July 19, 2011 10:10 AM |
| To: | Jack London |
| Subject: | RE: Preservation Depositions |

Those are certainly on the agenda, but there are a few other items. We have serious concerns about the scope of testimony based on the demonstratives. We also need to discuss the logistics of the actual depositions. We should also discuss a process for raising and resolving disputes or objections. There may be a few other items but I will send them along before the call.

How much time to you anticipate taking for Trimble and Bloom?

**From:** Jack London [mailto:jack@jackwlondon.com]
**Sent:** Tuesday, July 19, 2011 10:50 AM
**To:** Cheffo, Mark S (NYC)
**Subject:** RE: Preservation Depositions

Wednesday afternoon will be fine.

As I recall the only items were disclosing the demonstratives in advance, which I have done, and the amount of time to take so that both sides get a fair opportunity to depose or cross-question, plus working on a date for Dr. Franklin.

Anything else?

Jack

## Jack London

**From:** Jack London
**Sent:** Tuesday, September 06, 2011 10:19 AM
**To:** 'Cheffo, Mark S'
**Subject:** Franklin deposition

Mark, I re-send the message below.

I haven't heard from Bill Ohlmeyer since you said you would contact him when we spoke during Dr. Blume's deposition on August 17, nor from you since the below.

If I don't hear from you or him by Wednesday, I'll go ahead and begin to set the Franklin deposition up for October 19 or 20.

Jack London

**From:** Jack London
**Sent:** Friday, August 26, 2011 11:48 AM
**To:** 'Cheffo, Mark S'
**Subject:** Franklin deposition

### Jack W. London
Attorney
jack@jackwlondon.com

3701 Bee Cave Rd., Suite 200 | Austin, TX 78746
(512) 478-5858 | (512) 479-5934 Fax

Mark, I haven't heard back from you or Bill regarding dates since you and I spoke at Dr. Blume's deposition.

I would like to take Dr. Franklin's deposition October 19 or 20.

Please let me know if this is a problem.   Otherwise, I'll try to set it up.

Jack London

1

**From:** Jack London [mailto:jack@jackwlondon.com]
**Sent:** Wednesday, October 05, 2011 5:32 PM
**To:** 'Cheffo, Mark S'
**Subject:** Dr. Franklin rule 26 disclosure of exhibits

## Jack W. London
Attorney
jack@jackwlondon.com

3701 Bee Cave Rd., Suite 200 | Austin, TX 78746
(512) 478-5858 | (512) 479-5934 Fax

October 5, 2011

Dear Mark:

Enclosed please find the disclosure of exhibits in connection with Dr. Franklin's preservation deposition.

With best regards,

1

Jack W. London

Jack London

| | |
|---|---|
| From: | Cheffo, Mark S [Mark.Cheffo@skadden.com] |
| Sent: | Friday, October 07, 2011 2:38 PM |
| To: | Thomas Greene |
| Cc: | Jack London |
| Subject: | Re: Preservation deposition of Dr. Franklin |

As I indicated, we can start at 9:30 and not 9:00. Also, we have some concerns about the materials and the deposition jack that I will discuss with you next week.

Sent from my iPad

On Oct 7, 2011, at 2:02 PM, "Thomas Greene" <tgreene@greenellp.com> wrote:

> Counsel:
>
> Please be advised that my office address is now: One Liberty Square, 12th Floor, Boston, MA 02109
>
> **From:** Jack London [mailto:jack@jackwlondon.com]
> **Sent:** Friday, October 07, 2011 1:51 PM
> **To:** 'Cheffo, Mark S'; Thomas Greene
> **Subject:** Preservation deposition of Dr. Franklin
>
> ## Jack W. London
>
> Attorney
>
> jack@jackwlondon.com
>
> 3701 Bee Cave Rd., Suite 200 | Austin, TX 78746
>
> (512) 478-5858 | (512) 479-5934 Fax
>
> 7 October 2011
>
> Dear Mr. Cheffo:
>
> Please find attached an amended deposition notice changing the location to Mr. Greene's Office and the time to 9:00 a.m., together with a letter regarding same.
>
> Jack W. London