EXHIBIT B

**Jack London**

| | |
|---|---|
| **From:** | Thomas Greene [tgreene@greenellp.com] |
| **Sent:** | Wednesday, October 05, 2011 4:47 PM |
| **To:** | Jack London |
| **Subject:** | RE: Dr. Franklin rule 26 disclosure of exhibits |

Jack,

Spoke to Cheffo today and told him I was representing Dr. Franklin and trying to set my schedule for the 19th. I asked how long he would take.

He then asked if Franklin was going forward with it. I said, yes, he called me and I'm representing him. I said I had confirmed the date with you and that I was trying to determine how long the deposition would take. He said last depo took 19 hours.

I said he had 4 days of transcript from the whistleblower case, his trial testimony in Sherer, his depo testimony in the product case and his trial testimony in Kaiser, surely he could estimate how much time he would need. He asked how much you estimated that you would take and I replied about as long as he took to conduct the direct at trial, 2-2.5 hours.

Cheffo wouldn't commit, said it could take a day, maybe longer.

I asked to start at 9am, he wanted to start at 9:30, said some lawyers might be coming in that morning. I left it that we would start at 9am if he came in the night before, if he came in that morning 9:30.

He didn't say he would be taking the depo, but did say he probably would be there, even if he wasn't taking it.

Hope all is well.

Tom