EXHIBIT D

From: ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
Sent: Friday, October 08, 2010 1:36 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-10981-PBS Harden Manufacturing Corporation v. Pfizer, Inc. et al Order on Motion for Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/8/2010 at 2:35 PM EDT and filed on 10/8/2010
Case Name:        Harden Manufacturing Corporation v. Pfizer, Inc. et al
Case Number:      1:04-cv-10981-PBS
Filer:
Document Number: No document attached

Docket Text:
Magistrate Judge Leo T. Sorokin: ELECTRONIC ORDER entered ; The Motion to Schedule Trial Preservation Depositions (#2870) is ALLOWED IN PART AND DENIED IN PART. Plaintiffs may take the trial preservation depositions. The parties will make objections for ruling by the trial judge to whom the depositions are submitted. The parties shall confer regarding scheduling and any procedural issues. In addition, within thirty days, defendants shall determine whether they wish to take trial depositions of any of their witnesses and so notify the Plaintiffs. The Court will resolve any disputes regarding the procedures or schedule. (Simeone, Maria)

1:04-cv-10981-PBS Notice has been electronically mailed to:

1