UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------X
In re:  NEURONTIN MARKETING,              :   MDL Docket No. 1629
        SALES PRACTICES, AND              :
        PRODUCTS LIABILITY LITIGATION     :   Master File No. 04-10981
                                          :
-------------------------------------------------------X   Judge Patti B. Saris
                                          :
THIS DOCUMENT RELATES TO:                 :   Magistrate Judge Leo T. Sorokin
                                          :
PLAINTIFFS' PRODUCTS LIABILITY CASES      :
-------------------------------------------------------X
```

**<u>DECLARATION OF JACK W. LONDON
IN SUPPORT OF RESPONSE TO DEFENDANTS' EMERGENCY
MOTION TO QUASH THE TRIAL PRESERVATION DEPOSITION
OF DAVID FRANKLIN AND MODIFY THE COURT'S
OCTOBER 8, 2010 ORDER AND
REQUEST FOR EXPEDITED DECISION</u>**

I, Jack W. London, depose and state as follows:

1. I am an attorney with the law firm of Law Offices of Jack W. London & Associates, P.C., and a member of the Plaintiffs' Products Liability Steering Committee.

2. Exhibit A to the response is a true and correct copy of excerpts of emails dated June 14, July 19, August 26, September 6, October 5, and October 7, 2011.

3. Exhibit B to the response is a true and correct copy of an email dated October  5, 2011, to Jack W. London from Thomas Greene.

4. Exhibit C to the response is a true and correct copy of excerpts of Transcript of Motion Hearing of August 17, 2010.

5. Exhibit D to the response is a true and correct copy of the Order dated October 8, 2010.

6. The statements of fact in the foregoing response are true.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  October 17, 2011                          Respectfully submitted,

                                                  LAW OFFICES OF JACK W. LONDON
                                                  3701Bee Cave Rd., Suite 200
                                                  Austin, TX  78746
                                                  512-478-5858 9telephone
                                                  512-479-5934 (facsimile)

                                                  By:_____
                                                       Jack W. London
                                                       State Bar No. 12512500




## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 17, 2011.


                                                  By:_____
                                                       Jack W. London, Esquire