UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re:   NEURONTIN MARKETING, SALES    :   MDL Docket No. 1629
           PRACTICES AND PRODUCTS          :
           LIABILITY LITIGATION                    :   Master File No. 04-10981
------------------------------------------------ x
:   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:              :
:   Magistrate Judge Leo T.
ALL PRODUCT LIABILITY ACTIONS       :   Sorokin
:
:
------------------------------------------------ x

### MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO QUASH THE TRIAL PRESERVATION DEPOSITION OF DAVID FRANKLIN AND MODIFY THE COURT'S OCTOBER 8, 2010 ORDER

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move pursuant to Local Rule 7.1(b)(3) for leave to file a reply memorandum. Defendants intend to file today a reply in further support of Defendants' emergency motion to quash the notice by the Plaintiffs' Steering Committee to take a preservation deposition of David Franklin and to modify the Court's October 8, 2010 order. The proposed reply memorandum, which will not exceed 3 pages in length, clarifies certain issues raised in Plaintiffs' Response [3667]. Defendants respectfully submit that the reply memorandum will assist the Court in addressing Defendants' motion and that this request is reasonable.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed Reply in further support of their motion, attached hereto as Exhibit 1.

Dated: October 17, 2011              Respectfully submitted,

                                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                    By: /s/ Mark S. Cheffo
                                                          Mark S. Cheffo

        Four Times Square
        New York, NY 10036
        Tel:  (212) 735-3000

        -and-

        ROPES & GRAY LLP

        By: /s/ Justin J. Wolosz
            Justin J. Wolosz
            BBO # #643543

        Prudential Tower
        800 Boylston Street
        Boston, MA  02110
        Tel:  (617) 951-7000
        Email:  justin.wolosz@ropesgray.com

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion.

        /s/ Steven F. Napolitano
        Steven F. Napolitano

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 17, 2011.

        /s/ Justin J. Wolosz
        Justin J. Wolosz