# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x
                                          :   MDL Docket No. 1629
In re: NEURONTIN MARKETING,               :
SALES PRACTICES AND PRODUCTS              :   Master File No. 04-10981
LIABILITY LITIGATION                      :
                                          :   Judge Patti B. Saris
------------------------------------------x
                                          :
THIS DOCUMENT RELATES TO                  :   Magistrate Judge Leo T.
                                          :   Sorokin
*JANICE W. LEE v. Pfizer Inc. et al*      :
06-11024-PBS                              :
                                          :
------------------------------------------x

## AGREEMENT TO DISMISS

I, JANICE W. LEE, agree to the dismissal of all of my claims against all Defendants in the above-referenced Neurontin litigation, and understand that the dismissal will be final and forever binding.

Signed: *Janice W. Lee*    Date: 10-6-2011
Janice W. Lee