UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------ x : | |
| In re: NEURONTIN MARKETING, SALES : | MDL DOCKET NO. 1629 |
| PRACTICES AND PRODUCTS : | Master File No. 04-10981 |
| LIABILITY LITIGATION : | |
| : | Judge Patti B. Saris |
| : | |
| : | Magistrate Judge Leo T. Sorokin |
| : | |
| ------------------------------------------------------ x : | |
| THIS DOCUMENT RELATES TO: : | |
| David Weatherford : | |
| *Anderson et al. v. Pfizer Inc., et al.,* : | |
| 1:06-cv-11024-PBS : | |
| ------------------------------------------------------ x | |

**PLAINTIFF DAVID WEATHERFORD'S MOTION FOR VOLUNTARY DISMISSAL**

COMES NOW Plaintiff, David Weatherford, in the above-referenced cause of action (as listed in Exhibit "A") and asks the Court to dismiss his claims against all Defendants as authorized by Federal Rule of Civil Procedure 41(a)(2). Plaintiff asks the Court to dismiss his claims as he no longer intends to proceed with prosecution of the claims for which dismissal is sought herein.

The Court may grant a motion for voluntary dismissal if the dismissal will not unfairly Prejudice the nonmovant. Fed. R. Civ. P. 41(a)(2). Defendants will not be prejudiced by the dismissal of these claims, and Plaintiff therefore asks this Honorable Court to grant his Motion for Voluntary Dismissal of all claims for this Plaintiff and the correlating cause(s) of action.

<u>Prayer</u>

For the foregoing reasons, Plaintiff prays that the Court will grant his Motion for Voluntary Dismissal, dismissing all claims, with prejudice, for the individual Plaintiff listed in Exhibit "A"; and with each party paying their own taxable costs.

Dated: October 18, 2011

        Respectfully submitted,
        The Law Office of Newton B. Schwartz, Sr.

        By: <u>/s/ Newton B. Schwartz, Sr.</u>
             Newton B. Schwartz, Sr.
        1911 Southwest Freeway
        Houston, TX 77098
        Tel: 713-630-0708
        Fax: 713-630-0789
        nbs@nbslawyers.com

        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served in accordance with Federal Rule of Civil Procedure 5(b) and Case Management Order #3 by US Mail on October 18, 2011 and electronic mail on that same date.

        <u>/s/ Newton B. Schwartz, Sr.</u>
        Newton B. Schwartz, Sr.