# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------- x
:  MDL Docket No. 1629
In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS            :  Master File No. 04-10981
LIABILITY LITIGATION
:  Judge Patti B. Saris

------------------------------------------- x
:
THIS DOCUMENT RELATES TO                   Magistrate Judge Leo T.
:  Sorokin
*DAVID WEATHERFORD* v. *Pfizer Inc. et al*
06-11024-PBS                                :

:
------------------------------------------- x

## AGREEMENT TO DISMISS

I, DAVID WEATHERFORD, agree to the dismissal of all of my claims against all Defendants in the above-referenced Neurontin litigation, and understand that the dismissal will be final and forever binding.

Signed: _____  Date: 10-06-11
David Weatherford