UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------ x | |
| | : MDL DOCKET NO. 1629 |
| In re: NEURONTIN MARKETING, SALES : | |
| PRACTICES AND PRODUCTS : | Master File No. 04-10981 |
| LIABILITY LITIGATION : | |
| | : Judge Patti B. Saris |
| | : |
| | : Magistrate Judge Leo T. Sorokin |
| | : |
| ------------------------------------------------------ x | |
| | : |
| THIS DOCUMENT RELATES TO: | : |
| | : |
| *Anderson et al. v. Pfizer Inc., et al.,* | : |
| (Janice Lee) 1:06-cv-11024-PBS | : |
| ------------------------------------------------------ x | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AGAINST PLAINTIFF JANICE LEE**

Plaintiff Janice Lee, by counsel, respectfully files Plaintiff's Response to Defendants' Motion for Summary Judgment Against Plaintiff Janice Lee pursuant to Rule 56 of the Federal Rules of Civil Procedure. As Plaintiff, Janice Lee, has previously through Plaintiff's counsels Newton B. Schwartz, Sr. and James Stegall III, attempted to seek Defendants' agreement to dismiss this case and without success. Therefore, Plaintiff has filed Plaintiff Janice Lee's Motion to Dismiss Voluntarily [Document 3672]. Also submitted in response to this motion are: (1) Plaintiff's Local Rule 56.1 Statement of Material Facts, and (2) the supporting Declaration of Newton B. Schwartz, Sr.

WHEREFORE, Plaintiff respectfully request that this Court dismiss this case and grant Plaintiff Janice Lee's Motion to Dismiss Voluntarily.

Dated:  October 19, 2011

          Respectfully submitted,
          The Law Office of Newton B. Schwartz, Sr.

          By:  /s/ Newton B. Schwartz, Sr.
               Newton B. Schwartz, Sr.
          By:  /s/ Mabel Lee-Lo
               Mabel Lee-Lo
          1911 Southwest Freeway
          Houston, TX 77098
          Tel:  713-630-0708
          nbs@nbslawyers.com

          Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 19, 2011.


          /s/ Mabel Lee-Lo
          Mabel Lee-Lo