# EXHIBIT 1

## Newton B Schwartz

| | |
|---|---|
| **From:** | Newton B Schwartz [nbs@nbslawyers.com] |
| **Sent:** | Wednesday, September 07, 2011 1:32 PM |
| **To:** | 'Lyon, Katherine A' |
| **Cc:** | 'Stevens, Catherine B'; 'Trey Stegall'; 'Newton B Schwartz'; 'jack@jharang.com'; 'mabelleelo@yahoo.com'; 'vlo@nbslawyers.com' |
| **Subject:** | Neurontin MDL |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

In response to your email sent today, we object to your intent to seek leave to file a reply memorandum in further support of your motion for sanctions in the cases of Plaintiffs David Weatherford, David Pettit, Janice Lee, and Patricia Brockman.

Newton B. Schwartz, Sr.
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the **original** message.

**Tracking:**

**Recipient**                          **Read**

'Lyon, Katherine A'

'Stevens, Catherine B'

'Trey Stegall'

'Newton B Schwartz'

'jack@jharang.com'

'mabelleelo@yahoo.com'

'vlo@nbslawyers.com'          Read: 9/7/2011 2:07 PM

## Newton B Schwartz

| | |
|---|---|
| **From:** | Newton B Schwartz [nbs@nbslawyers.com] |
| **Sent:** | Tuesday, September 13, 2011 3:51 PM |
| **To:** | 'Stevens, Catherine B'; 'Cheffo, Mark S'; 'Lyon, Katherine A' |
| **Cc:** | 'jwharang@gmail.com'; 'trey@nbslawyers.com'; 'mabelleelo@yahoo.com'; 'vlo@nbslawyers.com'; 'anixia@nbslawyers.com'; Kathleen Womack |
| **Subject:** | Neurontin - Plaintiffs' proposal to Defendants re Defendants' Motion for Sanctions |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Counsels:

This email serves as further response to your filed Defendants' Motions for Sanctions and (Defendants' Motion for Leave) to Reply Memorandum In Support Of Defendants' Motion for Sanctions. The Schwartz firm and its attorneys have fully complied with the Court's Order and FRCP including but not limited to Rule 11 and Rule 37.

Per Fed. R. Evid. 408, we make this offer in compromise: Plaintiffs will withdraw from the claims of (1) Janice Lee, (2) David Weatherford and (3) David Pettit. The proposed withdrawal by us as counsel includes the usual referral back to local referring counsel of claims by Plaintiffs Janice Lee, David Weatherford and David Pettit on the following conditions.

Upon our withdrawal from the claims of the above-mentioned three named Plaintiffs (a) the Defendants will dismiss and withdraw their pending Motion for Sanctions for the Schwartz firm's alleged violation of Rule 11, §1927, and this Court's certification Order as to all three named Plaintiffs (David Weatherford, Janice Lee, David Pettit and (4) Patricia Brockman not being withdrawn from), (b) the Defendants will also abandon and waive seeking their costs, attorneys' fees and all other relief incurred in taking these Plaintiffs' depositions (David Weatherford, Janice Lee, David Pettit and Patricia Brockman) and in bringing this motion.

The above is without prejudice or any admission. Please reply by 5:00 p.m. CST on Friday, 9-16-2011.

Sincerely,

/s/ Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.

Newton B. Schwartz, Sr.
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel

(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the original message.

**Tracking:**

**Recipient**                                   **Read**

'Stevens, Catherine B'

'Cheffo, Mark S'

'Lyon, Katherine A'

'jwharang@gmail.com'

'trey@nbslawyers.com'

'mabelleelo@yahoo.com'

'vlo@nbslawyers.com'          Read: 9/13/2011 4:18 PM

'anixia@nbslawyers.com'

Kathleen Womack              Read: 9/15/2011 3:23 PM

3

## Newton B Schwartz

| | |
|---|---|
| **From:** | Newton B Schwartz [nbs@nbslawyers.com] |
| **Sent:** | Wednesday, September 14, 2011 8:34 AM |
| **To:** | 'Stevens, Catherine B'; 'Cheffo, Mark S'; 'Lyon, Katherine A' |
| **Cc:** | 'jwharang@gmail.com'; 'trey@nbslawyers.com'; 'mabelleelo@yahoo.com'; 'vlo@nbslawyers.com'; 'anixia@nbslawyers.com'; Kathleen Womack |
| **Subject:** | RE: Neurontin - Plaintiffs' proposal to Defendants re Defendants' Motion for Sanctions |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Counsels:

There is one correction (in bold), to the email sent yesterday, September 13, 2011. Please see below.

This email serves as further response to your filed Defendants' Motions for Sanctions and (Defendants' Motion for Leave) to Reply Memorandum In Support Of Defendants' Motion for Sanctions. The Schwartz firm and its attorneys have fully complied with the Court's Order and FRCP including but not limited to Rule 11 and Rule 37.

**Per Fed. R. Evid. 408(a),** we make this offer in compromise: Plaintiffs will withdraw from the claims of (1) Janice Lee, (2) David Weatherford and (3) David Pettit. The proposed withdrawal by us as counsel includes the usual referral back to local referring counsel of claims by Plaintiffs Janice Lee, David Weatherford and David Pettit on the following conditions.

Upon our withdrawal from the claims of the above-mentioned three named Plaintiffs (a) the Defendants will dismiss and withdraw their pending Motion for Sanctions for the Schwartz firm's alleged violation of Rule 11, §1927, and this Court's certification Order as to all three named Plaintiffs (David Weatherford, Janice Lee, David Pettit and (4) Patricia Brockman not being withdrawn from), (b) the Defendants will also abandon and waive seeking their costs, attorneys' fees and all other relief incurred in taking these Plaintiffs' depositions (David Weatherford, Janice Lee, David Pettit and Patricia Brockman) and in bringing this motion.

The above is without prejudice or any admission. Please reply by 5:00 p.m. CST on Friday, 9-16-2011.

Sincerely,

/s/ Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.

Newton B. Schwartz, Sr.
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway

HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the **original** message.

# Tracking:

2

| Recipient | Read |
|---|---|
| 'Stevens, Catherine B' | |
| 'Cheffo, Mark S' | |
| 'Lyon, Katherine A' | |
| 'jwharang@gmail.com' | |
| 'trey@nbslawyers.com' | |
| 'mabelleelo@yahoo.com' | |
| 'vlo@nbslawyers.com' | Read: 9/14/2011 1:05 PM |
| 'anixia@nbslawyers.com' | |
| Kathleen Womack | Read: 9/15/2011 3:26 PM |