# EXHIBIT 2

# Newton B Schwartz

**From:** Newton B Schwartz [nbs@nbslawyers.com]
**Sent:** Tuesday, October 04, 2011 1:51 PM
**To:** Kathleen Womack; 'trey@nbslawyers.com'; 'anixia@nbslawyers.com'; 'vlo@nbslawyers.com'; 'mabelleelo@yahoo.com'; 'jwharang@gmail.com'
**Subject:** FW: Neurontin MDL

---

**From:** Lyon, Katherine A [mailto:Katherine.Lyon@skadden.com]
**Sent:** Tuesday, October 04, 2011 1:47 PM
**To:** Newton Schwartz
**Cc:** 'Trey Stegall'; Cheffo, Mark S
**Subject:** Neurontin MDL

Counsel:

We intend to move for summary judgment in the Weatherford, Lee, Brockman, and Pettit cases, based on the grounds detailed in our August 16, 2011, Motion for Sanctions [3580]. Please let us know if you will agree to dismiss each of these cases with prejudice, and pay costs and fees, by 6 p.m. EST today. If we do not hear from you, we will assume you do not consent and will file our motions.

Thanks so much.

**Katherine Arthur Lyon**
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square | New York | 10036-6522
T: 212.735.2712 | F: 917.777.2712
Katherine.Lyon@Skadden.com

---

*******************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*******************************************************
*******************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

**************************************************