Case 1:04-cv-10981-PBS   Document 3675-4   Filed 10/19/11   Page 1 of 3

# EXHIBIT 4

# Newton B Schwartz

**From:** Newton B Schwartz [nbs@nbslawyers.com]
**Sent:** Tuesday, October 04, 2011 3:21 PM
**To:** 'Lyon, Katherine A'
**Cc:** 'Cheffo, Mark S'; 'jwharang@gmail.com'; 'Trey Stegall'
**Subject:** RE: Neurontin MDL

**Importance:** High
**Sensitivity:** Confidential

We expect both Weatherford and Lee will sign an agreement to dismiss their cases. If not, we will then proceed to withdraw as counsel.

---

**From:** Lyon, Katherine A [mailto:Katherine.Lyon@skadden.com]
**Sent:** Tuesday, October 04, 2011 2:59 PM
**To:** 'Newton B Schwartz'
**Cc:** Cheffo, Mark S; jwharang@gmail.com; 'Trey Stegall'
**Subject:** RE: Neurontin MDL
**Sensitivity:** Confidential

To clarify, as to Weatherford and Lee, do you intend to dismiss these cases or rather withdraw from counsel?

---

**From:** Newton B Schwartz [mailto:nbs@nbslawyers.com]
**Sent:** Tuesday, October 04, 2011 3:58 PM
**To:** Lyon, Katherine A (NYC)
**Cc:** Cheffo, Mark S (NYC); jwharang@gmail.com; 'Trey Stegall'
**Subject:** RE: Neurontin MDL
**Importance:** High
**Sensitivity:** Confidential

Counsel:

Despite your 3 hour notice and demand, which is unreasonable. The following is our response without prejudice or admission to the email you sent me at 1:47p.m. today:
We will not agree to pay costs and fees to any of these four cases (Weatherford, Lee, Brockman, and Pettit) as they are all meritorious.
We agree to withdraw as counsel for both Weatherford's and Lee's cases. Upon receipt of Plaintiffs Weatherford's and Lee's signed agreement to dismiss, we will file the dismissals with the Court.
We will not agree to dismiss Brockman's and Pettit's cases.

Newton B. Schwartz, Sr.
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free

1

(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the **original** message.

---
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*******************************************************
*******************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*******************************************************

2