# EXHIBIT 5

# Newton B Schwartz

| | |
|---|---|
| **From:** | Trey Stegall [trey@nbslawyers.com] |
| **Sent:** | Friday, October 14, 2011 11:09 AM |
| **To:** | Cheffo, Mark S |
| **Cc:** | Stevens, Catherine B; Lyon, Katherine A; Newton Schwartz; Anixia Aguinaga; Jack W Harang; Kathleen Womack; Mabel Lo; Vincent Lo |
| **Subject:** | Re: Janice Lee and David Weatherford |

Mark,

What has changed is that we have received authorization from our clients to dismiss their claims. We did not have this authorization previously.

Regards,

Trey

## James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.

On Thu, Oct 13, 2011 at 9:57 PM, Cheffo, Mark S <Mark.Cheffo@skadden.com> wrote:
Trey,

Before we consider this please explain why you did not dismiss before we started discovery, or after the deps, or when we sent the rule 11 motion to you, or when we filed the motion or before we moved for SJ. More specifically, what changed? Why now? Thanks.

Mark.

Sent from my iPad

1

On Oct 13, 2011, at 5:50 PM, "Trey Stegall" <trey@nbslawyers.com> wrote:

> Mark / Catherine
>
> We are prepared to file the attached Stipulations of Dismissal as to Janice Lee and David Weatherford, two of the clients against whom you have sought summary judgment. Do you agree to this filing?
>
> Thanks,
>
> Trey
>
> James A. Stegall III
> LAW OFFICE OF NEWTON B. SCHWARTZ
> 1911 Southwest Freeway
> Houston, Texas 77098
> (713) 630-0708
> (713) 630-0789 fax
> (800) 536-6006 toll free
> trey@nbslawyers.com<mailto:trey@nbslawyers.com>
>
> CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.
>
> <D-WEATHERFORD-Stip-Dismissal.pdf>
> <J-LEE-Stip-Dismissal.pdf>

---------------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.