UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------- x : | |
| In re: NEURONTIN MARKETING, SALES : PRACTICES AND PRODUCTS : LIABILITY LITIGATION : : : : : | MDL DOCKET NO. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| ------------------------------------------------------- x : THIS DOCUMENT RELATES TO: : : *Anderson et al. v. Pfizer Inc., et al.,* : (Janice Lee) 1:06-cv-11024-PBS : ------------------------------------------------------- x | |

**DECLARATION OF MABEL LEE-LO IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
AGAINST PLAINTIFF JANICE LEE**

I, Mabel Lee-Lo, declare and state as follows:

1. I am an attorney with The Law Offices of Newton B. Schwartz, Sr., attorneys for Plaintiff Janice Lee.  I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit 1 is a true and correct copy of the email sent to Katherine Arthur Lyon dated September 13, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of the email from Katherine Arthur Lyon dated October 4, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of the email response from Newton B. Schwartz, Sr. to Katherine Arthur Lyon at 2:40 p.m. on October 4, 2011.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of the email response from Newton B. Schwartz, Sr. to Katherine Arthur Lyon at 3:21 p.m. on October 4, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of the email correspondences between James Stegall III and Defense counsels Mark Cheffo and Catherine Stevens on October 14, 2011 and October 15, 2011.

7. Attached hereto as Exhibit 6 is a true and correct copy of record obtained from Dr. James Jenkins.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 19th day of October, 2011.

/s/ Mabel Lee-Lo
Mabel Lee-Lo


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 19, 2011.

/s/ Mabel Lee-Lo
Mabel Lee-Lo