UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- x
                                                        :   MDL DOCKET NO. 1629
In re: NEURONTIN MARKETING, SALES                       :
PRACTICES AND PRODUCTS                                  :   Master File No. 04-10981
LIABILITY LITIGATION                                    :
                                                        :   Judge Patti B. Saris
                                                        :
                                                        :   Magistrate Judge Leo T. Sorokin
                                                        :
------------------------------------------------------- x
                                                        :
THIS DOCUMENT RELATES TO:                               :
                                                        :   **FILED UNDER SEAL**
*Anderson et al. v. Pfizer Inc., et al.,*               :
(Janice Lee) 1:06-cv-11024-PBS                          :
------------------------------------------------------- x

**PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AGAINST PLAINTIFF JANICE LEE**

Plaintiff Janice Lee, submit this Statement of Material Facts, pursuant to Local Rule 56.1, in support of her Response To Defendants' Motion for Summary Judgment.

1. Janice Lee's medical records showed that Dr. Jenkins prescribed Neurontin even as late as September, 11, 2001. (Ex. 6, filed under seal.)

Dated: October 19, 2011

                                       Respectfully submitted,
                                       The Law Office of Newton B. Schwartz, Sr.

                                       By: /s/ Newton B. Schwartz, Sr.
                                               Newton B. Schwartz, Sr.
                                       By: /s/ Mabel Lee-Lo
                                               Mabel Lee-Lo
                                       1911 Southwest Freeway
                                       Houston, TX 77098
                                       Tel: 713-630-0708

nbs@nbslawyers.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECT system has been served pursuant to Case Management Order #3 on October 19, 2011.


    /s/ Mabel Lee-Lo
    Mabel Lee-Lo