UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------ x | |
| | : MDL DOCKET NO. 1629 |
| In re: NEURONTIN MARKETING, SALES : | |
| PRACTICES AND PRODUCTS : | Master File No. 04-10981 |
| LIABILITY LITIGATION : | |
| : | Judge Patti B. Saris |
| : | |
| : | Magistrate Judge Leo T. Sorokin |
| : | |
| ------------------------------------------------------ x | |
| : | |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *Anderson et al. v. Pfizer Inc., et al.,* : | |
| (David Weatherford) 1:06-cv-11024-PBS : | |
| ------------------------------------------------------ x | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AGAINST PLAINTIFF DAVID WEATHERFORD**

Plaintiff David Weatherford, by counsel, respectfully files Plaintiff's Response to Defendants' Motion for Summary Judgment Against Plaintiff David Weatherford pursuant to Rule 56 of the Federal Rules of Civil Procedure. As Plaintiff, David Weatherford, has previously through Plaintiff's counsels Newton B. Schwartz, Sr. and James Stegall III, attempted to seek Defendants' agreement to dismiss this case and without success. Therefore, Plaintiff has filed Plaintiff David Weatherford's Motion to Dismiss Voluntarily [Document 3673]. Also submitted in response to this motion are: (1) Plaintiff's Local Rule 56.1 Statement of Material Facts, and (2) the supporting Declaration of Newton B. Schwartz, Sr.

WHEREFORE, Plaintiff respectfully request that this Court dismiss this case and grant Plaintiff David Weatherford's Motion to Dismiss Voluntarily.

Dated:  October 19, 2011

                              Respectfully submitted,
                              The Law Office of Newton B. Schwartz, Sr.

                              By:  /s/ Newton B. Schwartz, Sr.
                                    Newton B. Schwartz, Sr.
                              By:  /s/ Mabel Lee-Lo
                                    Mabel Lee-Lo
                              1911 Southwest Freeway
                              Houston, TX 77098
                              Tel:  713-630-0708
                              nbs@nbslawyers.com

                              Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 19, 2011.


                              /s/ Mabel Lee-Lo
                              Mabel Lee-Lo