UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------ x
                                                       :   MDL DOCKET NO. 1629
In re: NEURONTIN MARKETING, SALES                      :
PRACTICES AND PRODUCTS                                 :   Master File No. 04-10981
LIABILITY LITIGATION                                   :
                                                       :   Judge Patti B. Saris
                                                       :
                                                       :   Magistrate Judge Leo T. Sorokin
                                                       :
------------------------------------------------------ x
                                                       :
THIS DOCUMENT RELATES TO:                              :

Anderson et al. v. Pfizer Inc., et al.,                :
(David Weatherford) 1:06-cv-11024-PBS                  :
------------------------------------------------------ x
```

**DECLARATION OF MABEL LEE-LO IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
AGAINST PLAINTIFF DAVID WEATHERFORD**

I, Mabel Lee-Lo, declare and state as follows:

1. I am an attorney with The Law Offices of Newton B. Schwartz, Sr., attorneys for Plaintiff David Weatherford. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit 1 is a true and correct copy of the email sent to Katherine Arthur Lyon dated September 13, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of the email from Katherine Arthur Lyon dated October 4, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of the email response from Newton B. Schwartz, Sr. to Katherine Arthur Lyon at 2:40 p.m. on October 4, 2011.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of the email response from Newton B. Schwartz, Sr. to Katherine Arthur Lyon at 3:21 p.m. on October 4, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of the email correspondences between James Stegall III and Defense counsels Mark Cheffo and Catherine Stevens on October 14, 2011 and October 15, 2011.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from June 27, 2011, deposition of David Weatherford.

8. Attached hereto as Exhibit 7 is a true and correct copy of record obtained from Rite Aid Pharmacy dated July 12, 2011.

9. Attached hereto as Exhibit 8 is a true and correct copy of record obtained from Pee Dee Mental Health dated July 24, 2003.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 19th day of October, 2011.

/s/ Mabel Lee-Lo
Mabel Lee-Lo

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 19, 2011.

/s/ Mabel Lee-Lo
Mabel Lee-Lo