UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>*Anderson et al. v. Pfizer Inc., et al.,* (David Weatherford) 1:06-cv-11024-PBS | **FILED UNDER SEAL** |

**PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF DAVID WEATHERFORD**

Plaintiff David Weatherford, submit this Statement of Material Facts, pursuant to Local Rule 56.1, in support of his Response To Defendants' Motion for Summary Judgment.

[redacted]

[redacted]



[redacted]

[redacted]

Dated: October 19, 2011

Respectfully submitted,
The Law Office of Newton B. Schwartz, Sr.

By: /s/ Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.
By: /s/ Mabel Lee-Lo
Mabel Lee-Lo
1911 Southwest Freeway
Houston, TX 77098
Tel: 713-630-0708
nbs@nbslawyers.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 19, 2011.

/s/ Mabel Lee-Lo
Mabel Lee-Lo