The Honorable Leo T. Sorokin  
United States Magistrate Judge  
United States District Court for the  
District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, Massachusetts 02210  

October 23, 2011

Re: Neurontin Marketing, Sales Practices and Product Liability Litigation, MDL  
Docket No. 1629, Master File No. 04 Civ. 10981  
Alsberge v Pfizer Inc.  
Individual Case Nos. 05-11699 and 06-10957  

Dear Judge Sorokin,

I am writing to oppose the motion by Finkelstein and Partners to withdraw as representatives in my case. I respectfully ask the court for reconsideration of the motion and to review my concerns.

In a previous letter to the court dated October 04, 2011, I expressed my concern about an attempt made by Finkelstein and Partners to withdraw as counsel without giving notice. The motion was granted more than five months ago, on May 09, 2011.

I was not aware of any pending petitions before the court during this time, nor did I receive any notification or documentation in regard to this matter. Hence, I was not given an opportunity to respond.

Given the circumstances, I have to wonder how this situation occurred. With a secure mailing address in place since 2007, I have received a number of documents by registered mail from The Finkelstein Firm. Therefore, I am struck by how an issue of such significance would have been overlooked.

Also, I question the reason given for withdraw by Finkelstein and Partners. The motion before the court cites "irreconcilable differences". The only difference I had with Finkelstein and Partners was whether to accept the settlement offer.

In a letter to Kenneth Fromsen dated March 18, 2011, I asked Finkelstein and Partners to continue as my representatives, believing that the decision to settle remains with the client, not the lawyers. I did not believe that the settlement offer represented fair compensation for the loss of my husband's life.

Finkelstein and Partners responded with a threat to withdraw as counsel should I not agree to the settlement terms. Clearly, this situation left me feeling "boxed in'.

October 23, 2011

The Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Neurontin Marketing, Sales Practices and Product Liability Litigation, MDL
Docket No. 1629, Master File No. 04 Civ. 10981
Alsberg v. Pfizer Inc.
Individual Case Nos. 05-11[illegible] and 06-10967

Dear Judge Sorokin,

I am writing to oppose the motion by Finkelstein and Partners to withdraw as representatives in my case. I respectfully ask the court for reconsideration of the motion and to review my concerns.

In a previous letter to the court dated October 04, 2011, I expressed my concern about an attempt made by Finkelstein and Partners to withdraw as counsel without giving notice. The motion was granted more than five months ago on May 09, 2011.

I was not aware of any pending petitions before the court during this time nor did I receive any notification or documentation in regard to this motion. Therefore, I was not given an opportunity to respond.

Given the circumstances, I have to wonder how this situation occurred. With a secure mailing address in place since 2007, I have received a number of documents by registered mail from The Finkelstein Firm. Therefore, I am struck <u>by how an issue of such significance would have been overlooked.</u>

Also, I question the reason given for withdraw by Finkelstein and Partners. The motion before the court cites "irreconcilable differences". The only difference I had with Finkelstein and Partners was whether to accept the settlement offer.

In a letter to Kenneth Fromson dated March 18, 2011, I asked Finkelstein and Partners to continue as my representatives, believing that the decision to settle remains with the client, not the lawyers. I did not believe that the settlement offer represented fair compensation for the loss of my late husband's [illegible]

Finkelstein and Partners responded with a threat to withdraw as counsel should I not agree to the settlement terms. Clearly, this situation left me feeling forced int

With a serious imbalance of power already in play between defendants and plaintiffs, the threat of no representation by my own attorneys adversely impacts my case and duly restricts the ability to further my case in the courts. I believe our justice system allows for a more equitable playing field.

Finding another attorney willing to take a case at this stage in the litigation is a daunting task. The sheer volume of work product and complexities in the case requires an attorney who is knowledgeable and well equipped to go up against a corporation with a mighty arsenal and shrewd alliances.

I believe my husband lost his life due to the serious misconduct of a powerful corporation. My family has been shattered. I am asking to be given the opportunity to seek a fair and just resolution of my claims. Until I am able to secure new lawyers, I would ask that Finkelstein and partners be reinstated as my counsel.

I respectfully ask for reconsideration of the motion to withdraw. In addition, I would also request that a copy of Finkelstein and Partners reply be made available so that I may have the opportunity to respond accordingly.

Thank you.


Sincerely,


Debra Alsberge
321 High School Rd. NE
# 631 STE D3
Bainbridge Island, WA 98110

With a serious imbalance of power already in play between defendants and plaintiffs, the threat of no representation by my own attorneys adversely impacts my case and duly restricts the ability to further my case in the courts. I believe our justice system allows for a more equitable playing field.

Finding another attorney willing to take a case at this stage in the litigation is a daunting task. The sheer volume of work product and complexities in the case requires an attorney who is knowledgeable and well equipped to go up against a corporation with a mighty arsenal and shrewd alliances.

I believe my husband lost his life due to the serious misconduct of a powerful corporation. My family has been shattered. I am asking to be given the opportunity to seek a fair and just resolution of my claims. Until I am able to secure new lawyers, I would ask that Finkelstein and partners be reinstated as my counsel.

I respectfully ask for reconsideration of the motion to withdraw. In addition, I would also request that a copy of Finkelstein and Partners reply be made available so that I may have the opportunity to respond accordingly.

Thank you.

Sincerely,

Debra Alsberge
321 High School Rd. NE
# 651 STE D3
Bainbridge Island, WA 98110