UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re:  NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------ x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc., et al.*, No. 06-11024-PBS. : Sorokin
:
:
------------------------------------------------ x

## MOTION FOR LEAVE TO FILE REPLY
## IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR
## SUMMARY JUDGMENT AGAINST PLAINTIFF JANICE LEE

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move pursuant to Local Rule 7.1(b)(3) for leave to file a reply memorandum.  Defendants intend to file today a reply in further support of Defendants' motion for summary judgment against Plaintiff Janice Lee.  The proposed reply memorandum, which will not exceed 5 pages in length, clarifies certain issues raised in Plaintiffs' opposition memorandum [3675].  Defendants respectfully submit that the reply memorandum will assist the Court in addressing Defendants' motion and that this request is reasonable.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed Reply in further support of their motion for summary judgment, attached hereto as Exhibit 1.

| | |
|---|---|
| Dated: November 1, 2011 | Respectfully submitted, |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | By: /s/ Mark S. Cheffo<br>  Mark S. Cheffo |
| | Four Times Square<br>New York, NY 10036<br>Tel:  (212) 735-3000 |
| | -and- |
| | ROPES & GRAY LLP |
| | By: /s/ Justin J. Wolosz<br>  Justin J. Wolosz<br>  BBO # #643543 |
| | Prudential Tower<br>800 Boylston Street<br>Boston, MA  02110<br>Tel:  (617) 951-7000<br>Email:  justin.wolosz@ropesgray.com |
| | *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |

### CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion.

/s/ Katherine A. Lyon
Katherine A. Lyon

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 1, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz