UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Anderson, et al. v. Pfizer, Inc., et al.*, No. 06-11024-PBS. | : : : : : : : | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**MOTION FOR LEAVE TO FILE REPLY
IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AGAINST PLAINTIFF DAVID WEATHERFORD**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move pursuant to Local Rule 7.1(b)(3) for leave to file a reply memorandum. Defendants intend to file today a reply in further support of Defendants' motion for summary judgment against Plaintiff David Weatherford. The proposed reply memorandum, which will not exceed 5 pages in length, clarifies certain issues raised in Plaintiffs' opposition memorandum [3679]. Defendants respectfully submit that the reply memorandum will assist the Court in addressing Defendants' motion and that this request is reasonable.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed Reply in further support of their motion for summary judgment, attached hereto as Exhibit 1.

Dated: November 1, 2011                Respectfully submitted,

                                                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
     Justin J. Wolosz
     BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel: (617) 951-7000
Email: justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion.

                                           /s/ Katherine A. Lyon
                                           Katherine A. Lyon

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 1, 2011.

                                           /s/ Justin J. Wolosz
                                           Justin J. Wolosz