UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ------------------------------------------------------------x | |
| In re: NEURONTIN MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| ------------------------------------------------------------x | |
| THIS DOCUMENT RELATES TO:<br><br>ALSBERGE v. PFIZER INC.<br>Individual Case Nos. 05-11699 and 06-10957 | Magistrate Judge Leo T. Sorokin |
| ------------------------------------------------------------x | |

**MEMORANDUM IN REPLY AND IN FURTHER SUPPORT OF
FINKELSTEIN & PARTNERS, LLP'S MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF DEBRA ALSBERGE,
FILED UNDER SEAL AND FOR *IN CAMERA* REVIEW BY THE COURT**

# FILED UNDER SEAL FOR *IN CAMERA* REVIEW