UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,    :
    SALES PRACTICES AND   :   Master File No. 04-10981
    PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
-------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
ALSBERGE v. PFIZER INC.   :
Individual Case Nos. 05-11699 and 06-10957   :
:
-------------------------------------------------------------x

**DECLARATION OF MARSHALL P. RICHER IN REPLY AND IN FURTHER SUPPORT OF FINKELSTEIN & PARTNERS, LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF DEBRA ALSBERGE FILED UNDER SEAL AND FOR *IN CAMERA* REVIEW BY THE COURT**

# FILED UNDER SEAL FOR *IN CAMERA* REVIEW