UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris

-----------------------------------------------------------x

: Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:                        :
                                                 :
ALSBERGE v. PFIZER INC.                          : **NOTICE OF MOTION FOR LEAVE**
Individual Case No. 05-11699 and                 : **TO FILE BRIEF _AMICI CURIAE_**
Case No. 06-10957                                :
                                                 :

-----------------------------------------------------------x

PLEASE TAKE NOTICE that _Amici Curiae_ Ronald Minkoff, Ellen Yaroshefsky, and Alexander

A. Reinert, by their attorney Alexander A. Reinert, hereby respectfully move for leave to file a

brief _amici curiae_ in support of plaintiff Debra Alsberge.

This Motion is supported by the Memorandum of Law filed herewith.

Dated: November 4, 2011
       New York, New York

                                        Respectfully submitted,

                                        s:/Alexander A. Reinert
                                        Alexander A. Reinert (SDNY Bar
                                        No. AR 1740)
                                         Counsel for _Amici Curiae_
                                        55 Fifth Avenue, Room 938
                                        New York, New York 10003
                                        (212) 790-0403
                                        areinert@yu.edu

TO:

Adam S. Tolin
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808
adam.tolin@dechert.com

Mark S. Cheffo
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
mark.cheffo@skadden.com

Steven Lim
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
slim@lawampm.com

Debra Alsberge
321 High School Rd. NE
#631 STE D3
Bainbridge Island, WA 98110
dalsberge@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the enclosed NOTICE OF MOTION  was sent to the following Counsel of Record via electronic mail and First Class Mail on November 4, 2011:

Adam S. Tolin
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808
adam.tolin@dechert.com

Mark S. Cheffo
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
mark.cheffo@skadden.com

Steven Lim
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
slim@lawampm.com

Alexander A. Reinert, Esq.
55 Fifth Avenue, Room 938
New York, NY 10003
Tel: (212) 790-0403
areinert@yu.edu