UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
IN RE NEURONTIN MARKETING, SALES  )
PRACTICES, AND PRODUCTS LIABILITY )
LITIGATION                                )    MDL Docket No. 1629
_____)    Master File No. 04-10981
                                                )
THIS ORDER RELATES TO:            )    Judge Patti B. Saris
                                                )    Mag. Judge Leo T. Sorokin
BRIGGS V. PFIZER INC.                 )
Individual Case No. 05-11700          )
                                                )
BRIGGS V. PFIZER INC.                 )
Individual Case No. 07-10327          )
                                                )
ALSBERGE V. PFIZER, INC.             )
Individual Case No. 05-11699 and    )
          Case No. 10957                   )
_____)

ORDERS REGARDING DISPUTE MOTIONS TO WITHDRAW

November 9, 2011

SOROKIN, M.J.

Pending before the Court are the motions of Finkelstein & Partners, LLP, to withdraw as counsel for Plaintiffs Debra Johnson Alsberge (Docket # 3409) and Robin Stern Briggs (Docket # 3574).[1]

It is hereby ORDERED that the Court shall hear argument on those motions on Thursday, December 1, 2011, at 3:00 pm (with respect to Plaintiff Alsberge) and 3:30 pm (with respect to Plaintiff Briggs) in Courtroom 24 on the 7th Floor. Counsel shall appear in person. Each plaintiff may elect to appear in person or to appear by telephone. If a Plaintiff elects to appear

---

[1] With respect to Plaintiff Alsberge, the motion is joined by local counsel, Rush, Hannula, Harkins & Kyler.

1

by telephone, she shall so notify Finkelstein & Partners at least three business days prior to the hearing so that Finkelstein & Partners may make the necessary arrangements with the Clerk.

Finkelstein & Partners' Motion to file a Reply Memorandum with respect to Plaintiff Briggs (Docket # 3637) under seal and for in camera review is ALLOWED and they shall file the memorandum by November 16, 2011.  It is further ORDERED that by November 16, 2011, Finkelstein & Partners shall file under seal and for in camera review (but with a copy to the Plaintiff) the engagement letter or other documents governing the attorney-client relationship in each of these two cases.

Amici curiae have filed a motion seeking leave to file a memorandum in opposition to the motion with respect to Plaintiff Alsberge. (Docket # 3698).  That motion does not comply with Local Rule 7.1(A)(2)'s command that "[n]o motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue."  The Motion is ALLOWED, but counsel are reminded to comply with all Court rules.  It is further ORDERED that Alexander Reinert, counsel for the amici curiae, shall appear in person for the hearing on December 1, 2011.  In addition, by December 1, 2011, counsel for the amici curiae shall either comply with Local Rule 83.5.3 or file a brief memorandum explaining the basis for believing the rule has no application to counsel's role in this case.[2]

            SO ORDERED.

            /s/ Leo T. Sorokin
            LEO T. SOROKIN
            United States Magistrate Judge

---

[2] The Court hereby waives the rule's requirement that local counsel also attend the hearing.