UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                          : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION                       : Master File No. 04-10981
------------------------------------------------------------x
                                                                                                      : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                         :
                                                                                                      : Magistrate Judge Leo T.
                                                                                                      : Sorokin
IRENE BARLOW                                                    :
1:05-175 SS Western District of Texas              :
1:05-cv-11501 PBS   District of Massachusetts  :
------------------------------------------------------------X

**PLAINTIFF IRENE BARLOW'S MOTION TO REMAND**

To the Honorable Court:

      Plaintiff Irene Barlow moves the Court to enter a Suggestion of Remand Order to the Judicial Panel on Multidistrict Litigation, recommending that her case be remanded to the Western District of Texas from which her case was transferred to this Court.

      In support of this Motion, Plaintiff incorporates herein the Memorandum in Support of Plaintiff Irene Barlow's Motion to Remand submitted herewith and the Proposed Suggestion of Remand Order, Exhibit A, thereto.

I. Certificate of Conference

      It is believed this motion is not opposed. Undersigned counsel and Mr. Cheffo conferred in contemplation of the mediation sessions and agreed that transfer is proper if the case did not settle during the mediation, which it did not. Undersigned counsel attempted to re-confirm this by telephone before filing this motion but opposing counsel was not available. As set out in the accompanying Memorandum, the Pfizer / Warner-Lambert defendants concurred in status

reports that Mrs. Barlow's case is ready for transfer to the originating Court. Accordingly, the parties have conferred and it is believed that this motion is not opposed.

Wherefore, Premises Considered, Plaintiff Irene Barlow respectfully moves the Court to enter an Order suggesting to the Judicial Panel on Multidistrict Litigation that this case be returned to the Western District of Texas.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London, Esq.
State Bar No. 12512500

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, TX 78701
512-476-4600 (telephone)
512-476-5382 (facsimile)
Archie Carl Pierce
State Bar No. 15991500

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on *November 11, 2011*.

Dated: *November 11, 2011*

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 20
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London, Esq.
State Bar No. 12512500
