UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- x
                                                        :   MDL DOCKET NO. 1629
In re: NEURONTIN MARKETING, SALES                       :
PRACTICES AND PRODUCTS                                  :   Master File No. 04-10981
LIABILITY LITIGATION                                    :
                                                        :   Judge Patti B. Saris
                                                        :
                                                        :   Magistrate Judge Leo T. Sorokin
                                                        :
------------------------------------------------------- x
                                                        :
THIS DOCUMENT RELATES TO:                               :
                                                        :
Janice Lee                                              :
Anderson et al. v. Pfizer Inc., et al.,                 :
1:06-cv-11024-PBS                                       :
------------------------------------------------------- x

### PLAINTIFF JANICE LEE'S MOTION FOR VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Janice Lee, in the above-referenced cause of action (as listed in Exhibit "A") and asks the Court to dismiss her claims against all Defendants as authorized by Federal Rule of Civil Procedure 41(a)(2). Plaintiff asks the Court to dismiss her claims as she no longer intends to proceed with prosecution of the claims for which dismissal is sought herein.

The Court may grant a motion for voluntary dismissal if the dismissal will not unfairly Prejudice the nonmovant. Fed. R. Civ. P. 41(a)(2). Defendants will not be prejudiced by the dismissal of these claims, and Plaintiff therefore asks this Honorable Court to grant her Motion for Voluntary Dismissal of all claims for this Plaintiff and the correlating cause(s) of action.

*[Handwritten margin note: 11/10/11  Allowed of um agets. /s/ Patti B Saris]*

1