UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
       PRACTICES AND PRODUCTS :
       LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Anderson, et al. v. Pfizer, Inc., et al.* (David Weatherford), : Sorokin
No. 06-11024-PBS. :
:
:
------------------------------------------------------------x

### DEFENDANTS' MOTION FOR
### SUMMARY JUDGMENT AGAINST PLAINTIFF DAVID WEATHERFORD

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on all counts brought by Plaintiff David Weatherford. The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion are: (1) Defendants' Local Rule 56.1 Statement of Material Facts, and (2) the supporting Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that this Court grant summary judgment in their favor on all counts brought by Plaintiff David Weatherford.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, Defendants respectfully request oral argument on this motion.

[Handwritten margin note: Denied as moot because plaintiff filed a Motion for Voluntary dismissal, and in the court allowed. /s/ Patti B. Saris 11/10/11 ##]