UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
BRIGGS v. PFIZER INC.                                      :
Individual Case No. 05-11700                               :
                                                           :
BRIGGS v. PFIZER INC.                                      :
Individual Case No. 07-10327                               :
                                                           :
-----------------------------------------------------------x

**MEMORANDUM IN REPLY AND IN FURTHER SUPPORT OF
FINKELSTEIN & PARTNERS, LLP'S MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROBIN STERN BRIGGS,
<u>FILED UNDER SEAL AND FOR *IN CAMERA* REVIEW BY THE COURT</u>**

# FILED UNDER SEAL FOR *IN CAMERA* REVIEW