UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                               :
         SALES PRACTICES AND                                :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                      :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
BRIGGS v. PFIZER INC.                                       :
Individual Case No. 05-11700                                :
                                                            :
BRIGGS v. PFIZER INC.                                       :
Individual Case No. 07-10327                                :
                                                            :
------------------------------------------------------------x

**DECLARATION OF KENNETH B. FROMSON IN REPLY
AND IN FURTHER SUPPORT OF FINKELSTEIN & PARTNERS,
LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF ROBIN STERN BRIGGS, FILED UNDER SEAL
AND FOR *IN CAMERA* REVIEW BY THE COURT**

# FILED UNDER SEAL FOR *IN CAMERA* REVIEW