The Honorable Leo T. Sorokin  
United States Magistrate Judge  
United States District Court for the  
District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, Massachusetts 02210

November 14, 2011

In re: ALSBERGE v. PFIZER INC.  
Individual Case no. 05-11699 and  
Case no. 06-10957

Dear Judge Sorokin,

I have received Finkelstein and Partners Memorandum of Law in Reply to withdraw as my counsel dated November 04, 2011. Given the information contained in the document, I would like to file a sur-reply.

In order to respond to the declarations of attorney Marshall Richer and appropriately address any inaccuracies or misinformation contained therein, I would need adequate time to prepare a thoughtful response.

I would respectfully ask the court to allow 4 weeks time to review the information and file a response. This would provide an opportunity to set the record straight in regard to the factual aspects of my case.

Thank you for considering this request.

Sincerely,

Debra Alsberge

*(signature)*

321 High School Rd. NE  
#631 STE D3  
Bainbridge Island, WA. 98110

November 14, 2011

The Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

In re: ALSABERGE v. PFIZER INC.
Individual Case no. 05-11689 and
Case no. 06-10957

Dear Judge Sorokin,

I have received Finkelstein and Partners Memorandum of Law in Reply to withdraw as my counsel dated November 04, 2011. Given the information contained in the document, I would like to file a sur-reply.

In order to respond to the declarations of attorney Marshall Richer and appropriately address any inaccuracies or misinformation contained in them, I would need adequate time to prepare a thorough response.

I am to respectfully ask the court to allow 4 weeks time to review the information and file a response. This would provide an opportunity to set the record straight in respect to the facts in respect of my case.

Thank you for considering this request.

Sincerely,

Debra Alsberge

827 High School Rd NE
#[illegible] E03
Bainbridge Island, WA 98110