UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------- x
In re: NEURONTIN MARKETING,                          : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS                         :
LIABILITY LITIGATION                                 : Master File No. 04-10981
---------------------------------------------------- x
                                                     : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                            :
                                                     : Magistrate Judge Leo T.
                                                     : Sorokin
IRENE BARLOW                                         :
1:05-175 SS Western District of Texas                :
1:05-cv-11501 PBS  District of Massachusetts         :
---------------------------------------------------- X

## PLAINTIFF IRENE BARLOW'S MOTION TO REMAND

To the Honorable Court:

Plaintiff Irene Barlow moves the Court to enter a Suggestion of Remand Order to the Judicial Panel on Multidistrict Litigation, recommending that her case be remanded to the Western District of Texas from which her case was transferred to this Court.

In support of this Motion, Plaintiff incorporates herein the Memorandum in Support of Plaintiff Irene Barlow's Motion to Remand submitted herewith and the Proposed Suggestion of Remand Order, Exhibit A, thereto.

I. Certificate of Conference

It is believed this motion is not opposed. Undersigned counsel and Mr. Cheffo conferred in contemplation of the mediation sessions and agreed that transfer is proper if the case did not settle during the mediation, which it did not. Undersigned counsel attempted to re-confirm this by telephone before filing this motion but opposing counsel was not available. As set out in the accompanying Memorandum, the Pfizer / Warner-Lambert defendants concurred in status

*[handwritten margin note:]* 11/15/2011 Allowed w/ out opposition. Counsel shall report amended proposed order on remand. /s/ Patti [Saris]