Proposed Suggestion of Remand Order

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------- x
In re:  NEURONTIN MARKETING,               :   MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS       :
        LIABILITY LITIGATION               :   Master File No. 04-10981
------------------------------------------- x
                                           :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                  :
                                           :   Magistrate Judge Leo T.
                                           :   Sorokin
IRENE BARLOW                               :
1:05-175 SS Western District of Texas      :
1:05-cv-11501 PBS   District of Massachusetts :
------------------------------------------- X
```

## SUGGESTION OF REMAND ORDER

Saris, U. S. D. J.

The Court, having reviewed the Motion to Remand, finds and rules as follows:

Common discovery and other coordinated pretrial proceedings have been completed. This Court has issued several opinions on cross-cutting issues in the products liability cases. See In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 2011 WL 1048971 (D. Mass. Mar. 18, 2011); In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 2009 WL 3756328 (D. Mass. Aug. 14, 2009); In re Neurontin Mktg., Sales Practices & Prods. Liab. Litig., 618 F. Supp. 2d 96 (D. Mass. 2009); In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 612 F. Supp. 2d 116 (D. Mass. 2009). The Movant has completed the case specific discovery depositions ordered by this Court. All remaining discovery and issues are case specific. Remaining discovery and other pretrial matters are better resolved in the originating district.

Pursuant to Rule 10.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order to transfer this case back to the Western District of Texas.

The Clerk is **ORDERED** to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerk of the Western District of Texas.

/s/ PATTI B. SARIS
PATTI B. SARIS
United States District Judge