The Honorable Leo T. Sorokin  
United States Magistrate Judge  
United States District Court for the  
District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, Massachusetts 02210

November 14, 2011

In re: ALSBERGE v. PFIZER INC.  
Individual Case no. 05-11699 and  
Case no. 06-10957

Dear Judge Sorokin,

I have received Finkelstein and Partners Memorandum of Law in Reply to withdraw as my counsel dated November 04, 2011. Given the information contained in the document, I would like to file a sur-reply.

In order to respond to the declarations of attorney Marshall Richer and appropriately address any inaccuracies or misinformation contained therein, I would need adequate time to prepare a thoughtful response.

I would respectfully ask the court to allow 4 weeks time to review the information and file a response. This would provide an opportunity to set the record straight in regard to the factual aspects of my case.

Thank you for considering this request.

Sincerely,

Debra Alsberge

*Debra Alsberge*

321 High School Rd. NE  
#631 STE D3  
Bainbridge Island, WA. 98110

November 1[illegible], 2011

The Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

In re: ALSBERGE v. PFIZER INC.
Individual Case no. 05-11689 and
Case no. 06-10957

Dear Judge Sorokin,

I have received Finkelstein and Partners Memorandum of Law in Reply to withdraw as my counsel dated November 04, 2011. Given the information contained in the document, I would like to file a sur-reply.

In order to respond to the declarations of attorney Marshall Richer and appropriately address any inaccuracies or misinformation contained therein, I would need adequate time to prepare a thoughtful response.

I am respectfully ask the court to allow 4 weeks time to review the information and file a response. This would provide an opportunity to set the record straight in respect to the [illegible] aspects of my case.

Thank you for considering this request.

Sincerely,

Debra Alsberge

821 High School Rd NE
[illegible] E03
Bainbridge Island, WA 98110