# EXHIBIT A

# Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

| | |
|---|---|
| **Bill To:** Alys Kremer<br>Pfizer<br>150 E 42nd Street<br>Legal Division<br>NY, NY 10017-5755 | **Invoice #:** CS333609<br>**Invoice Date:** 06/30/2011<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** Neurontin Marketing & Sales Practices v. Pfizer, Inc.<br>**Job #:** 339463 \| Job Date: 06/27/2011 \| Delivery: Expedited<br>**Billing Atty:**<br>**Location:** Nelson Mullins - Columbia<br>1320 Main Street \| Meridian, 17th Floor \| Columbia, SC 29201<br><br>**Deposing Att** Catherine B. Stevens | **BILLING #** PF00105950<br>**Pfizer/Neuro PL #**<br>**Tymetrix Ma** |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | David Weatherford | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| 2 | | Transcript - Original & 1 copy | Page | 217.00 | $4.70 | $1,019.90 |
| 3 | | Transcript - Rough ASCII | Page | 217.00 | $1.50 | $325.50 |
| 4 | | CD Depo Litigation Package | Package | 1.00 | $39.00 | $39.00 |
| 5 | | Shipping & Handling | 1 | 1.00 | $54.05 | $54.05 |

**Notes:**

| | | |
|---|---|---|
| | | **Invoice Total:** $1,438.45<br>**Payment:** ($1,438.45)<br>**Credit:**<br>**Interest:** |
| Fed. Tax ID: 20-3457913 | Term: Net 30 | **Balance Due:** $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

_____   _____
Credit Card #                Exp. Date
**SIGNATURE (AS IT APPEARS ON CREDIT CARD)**

_____
**PRINT NAME (AS IT APPEARS ON CREDIT CARD)**

_____
**DAYTIME PHONE**

Make check payable to:
Veritext Corporate Services, Inc.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: CS333609
Job #: 339463
Invoice Date: 06/30/2011
Balance : $0.00

For more information on charges related to our services please consult  www.veritext.com/serviceinfo