# EXHIBIT C

**Pfizer/Neurontin (443900/299)**
**Reproduction Disbursements**
**June 22, 2011 through June 30, 2011**

| Tran Date | Name | Type | Client | Client Name | Matter | Matter Name | Std Amt | Quantity | Cost Desc |
|---|---|---|---|---|---|---|---|---|---|
| 6/22/2011 | Copy Center, D | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $2.40 | 3 | Reproduction - color |
| 6/22/2011 | Copy Center, D | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $0.45 | 3 | In-house Reproduction |
| 6/23/2011 | Willis MD | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $6.72 | 84 | Print Images to Paper (from Electronic Media) |
| 6/23/2011 | Willis MD | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $13.44 | 168 | Print Images to Paper (from Electronic Media) |
| 6/23/2011 | Petion E | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $18.16 | 227 | Print Images to Paper (from Electronic Media) |
| 6/23/2011 | Quiles E | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $7.20 | 90 | Print Images to Paper (from Electronic Media) |
| 6/23/2011 | Petion E | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $54.48 | 681 | Print Images to Paper (from Electronic Media) |
| 6/26/2011 | Copy Center, D | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $0.80 | 1 | Reproduction - color |
| 6/26/2011 | Copy Center, D | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $95.40 | 636 | In-house Reproduction |
| 6/27/2011 | Rivera CW | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $92.96 | 1162 | Print Images to Paper (from Electronic Media) |
| 6/27/2011 | Starling L | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $53.12 | 664 | Print Images to Paper (from Electronic Media) |
| 6/28/2011 | Sexton B | AP Invoice | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $54.83 | 0 | Non-standard/Outside Reproduction |
| 6/29/2011 | Copy Center, D | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $20.00 | 25 | Reproduction - color |
| 6/29/2011 | Copy Center, D | Client Disbursement | 443900 | Pfizer - Pfizer Inc. | 299 | Neurontin | $6.15 | 41 | In-house Reproduction |
| | | | | | | TOTAL | $426.11 | | |