Case 1:04-cv-10981-PBS Document 3712 Filed 11/17/11 Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
In re: NEURONTIN MARKETING,                          : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS                  :
       LIABILITY LITIGATION                          : Master File No. 04-10981
------------------------------------------------------x
                                                     : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                            :
                                                     : Magistrate Judge Leo T.
                                                     : Sorokin
IRENE BARLOW                                         :
1:05-175 SS Western District of Texas                :
1:05-cv-11501 PBS  District of Massachusetts         :
------------------------------------------------------X

### PLAINTIFF IRENE BARLOW'S PROPOSED
### SUBMISSION OF ORDER TO REMAND

To the Honorable Court:

Pursuant to the Court's Order, Docket Number 3710, filed November 15, 2011, Plaintiff Irene Barlow submits the attached Proposed Suggestion of Remand Order. The Proposed Order is in substantially the form of Docket Number ECF 3416, April 19, 2011 by which this Court suggested remanded of pro se cases to the originating courts.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London, Esq.
State Bar No. 12512500

[handwritten margin annotations: "11/23/2011", "I approve and commend grant of Barlow's Mtn to ..." (partially illegible)]