The Honorable Leo T. Sorokin  
United States Magistrate Judge  
United States District Court for the  
District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, Massachusetts 02210  

November 18, 2011

In re: ALSBERGE v PFIZER INC.  
Individual Case no. 05-11699 and  
Case no. 06-10957  

Dear Judge Sorokin,

I would like to respectfully ask the court to consider an adjournment of the December 1, 2011 hearing on the Motion To Withdraw (Docket # 3409).

This is a matter of utmost importance and I would like to make arrangements to be present in court. I would be able to travel to Boston with some notice and would be available on Tuesday, January 31, 2012.

Thank you for this consideration.

Sincerely,

*Debra J. Alsberge*

Debra Alsberge  
321 High School Rd. NE  
#631 STE D3  
Bainbridge Island, WA 98110

November 18, 2011

The Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

In re: ALSBERGE v PFIZER INC.
Individual Case no. 05-11699 and
Case no 05-10957

Dear Judge Sorokin,

I would like to respectfully ask the court to consider an adjournment of the December 1, 2011 hearing on the Motion To Withdraw (Docket # 3409).

This is a matter of utmost importance and I would like to make arrangements to be present in court. I would be able to travel to Boston with some notice and would be available on Tuesday, January 31, 2012.

Thank you for this consideration.

Sincerely,

Debra Alsberge
321 High School Rd. NE
#631 STE D3
Bainbridge Island, WA 98110