UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

BENNETT v. PFIZER INC.
Individual Case No. 08-10678

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: November 29, 2011

| | |
|---|---|
| /s/ Kenneth B. Fromson<br>Kenneth B. Fromson<br>FINKELSTEIN & PARTNERS, LLP<br>1279 Route 300, P.O. Box 1111<br>Newburgh, NY  12551<br>(800) 634-1212<br>kfromson@lawampm.com<br><br>*Attorneys for Plaintiffs* | /s/ Mark S. Cheffo<br>Mark S. Cheffo<br>SKADDEN, ARPS, SLATE,<br>     MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY  10036<br>(212) 735-3000<br>Mark.Cheffo@skadden.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 29, 2011.

Dated: November 29, 2011

/s/ Kenneth B. Fromson
Kenneth B. Fromson