UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
FINKELSTEIN & PARTNERS CASES                               :
                                                           :
-----------------------------------------------------------x
```

### FINKELSTEIN & PARTNERS' PRODUCTS LIABILITY PLAINTIFFS' AND PFIZER DEFENDANTS' JOINT MOTION FOR ANOTHER NINETY (90) DAY EXTENSION OF THE DEADLINE IMPOSED IN THIS COURT'S SETTLEMENT ORDER OF DISMISSAL

Finkelstein & Partners' Products Liability Plaintiffs and Pfizer Defendants hereby move by Joint Motion for an Order granting a third[1] ninety (90) day extension of this Court's February 17, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), to extend the deadline, which is presently December 12, 2011, to March 11, 2012.

Although the parties have continued to diligently work on the resolution of these actions, the settlement process has been delayed in order to complete the unavoidable arduous administrative hurdles involved in the settlement process. Plaintiffs' counsel has had to apply to the various surrogate courts to obtain the appointment of Administrators or Executors with the appropriate powers to settle the cases, and in some cases obtain probate court approval.[2]

---

[1] On May 18, 2011, the parties filed a Joint Motion to Extend this Court's February 18, 2011 Settlement Order of Dismissal for a period of ninety (90) days to September 17, 2011 (ECF Doc. # 3471), which was granted by Magistrate Judge Leo T. Sorokin by electronic order on May 23, 2011. On August 22, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3591), and Magistrate Judge Sorokin granted an extension to December 12, 2011, by electronic order on August 29, 2011.

[2] The parties are working to resolve any estate issues in the following cases: Bentley v. Pfizer, et al., No. 05-cv-11997; Brida v. Pfizer, et al., No. 07-cv-12129; Crone v. Pfizer, et al., No. 09-cv-11694; Dixon v. Pfizer, et al., No.

Moreover, each case requires careful investigation of the potential for any liens on the recovery which requires obtaining accurate information from government (i.e., Medicare and/or Medicaid) and other entities prior to the final resolution of the settlement.[3]

In Spencer-Acker v. Pfizer, et al., No. 08-cv-12088, Finkelstein & Partners has been corresponding with the bankruptcy trustee in order to resolve a bankruptcy issue and conclude the settlement.

Moreover, in Wolosonwich v. Pfizer, et al., No. 06-cv-11395, Finkelstein & Partners is working on establishing an estate, and will move for leave to withdraw as attorneys, and requests an additional 90 days in order to complete the task.

The parties expect to be submitting final dismissal papers in the following cases in the near future: Libby v. Pfizer, et al., No. 06-cv-11482; McGee v. Pfizer, et al., No. 05-cv-12593; Owens v. Pfizer, et al., No. 05-cv-11017; Tilley v. Pfizer, et al., No. 06-cv-11773.

Further, in Alsberge v. Pfizer, et al., Nos. 06-10957 and. 05-11699, and Briggs v. Pfizer, et al., Nos. 05-11700 and 07-10327, motions for leave for Finkelstein & Partners to withdraw at attorneys for these Plaintiffs have been restored to the calendar and scheduled for a hearing on December 1, 2011.

## CONCLUSION

Finkelstein & Partners' Products Liability Plaintiffs and Pfizer Defendants respectfully request that this Court issue an Order extending the deadline imposed by this Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), for another period of ninety (90)

---

05-11998; Henry v. Pfizer, et al., No. 05-cv-11995; Montgomery v. Pfizer, et al., No. 06-cv-10110; Scott v. Pfizer, et al., No. 06-cv-10253

[3] The parties are working to resolve such issues in the following cases: Colton v. Pfizer, et al., No. 05-cv-11996; Hamilton v. Pfizer, et al., No. 10-cv-11023; O'Sullivan v. Pfizer, et al., No. 08-cv-11256; Woolum v. Pfizer, et al., No. 07-cv- 10853.

days to March 11, 2012, in regard to the above cases which are still in the settlement process, and for the Wolosonwich case where an estate is in the process of being established.

Dated: November 29, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　FINKELSTEIN & PARTNERS, LLP
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　　　　　By:　　/s/ Andrew G. Finkelstein
　　　　　　　　　　　　　　　　　　　Andrew G. Finkelstein, Esquire
　　　　　　　　　　　　　　　　　　　1279 Route 300, P.O. Box 1111
　　　　　　　　　　　　　　　　　　　Newburgh, NY  12551
　　　　　　　　　　　　　　　　　　　(800) 634-1212

　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER
　　　　　　　　　　　　　　　　　　　　& FLOM, LLC
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Pfizer Inc. and
　　　　　　　　　　　　　　　　　　　Warner-Lambert Company, LLC

　　　　　　　　　　　　　　　　By:　　/s/ Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　Mark S. Cheffo, Esquire
　　　　　　　　　　　　　　　　　　　4 Times Square
　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　(212) 735-3000

## CERTIFICATE OF SERVICE

　　　I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 29, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Andrew G. Finkelstein
　　　　　　　　　　　　　　　　　　　Andrew G. Finkelstein, Esquire