```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------x
                                              : MDL Docket No. 1629
In re: NEURONTIN MARKETING,                   :
SALES PRACTICES AND                           : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION                 :
                                              : Judge Patti B. Saris
-----------------------------------------------------------x
                                              : Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
                                              :
ALSBERGE v. PFIZER INC.                       :
Individual Case No. 05-11699 and              :
Case No. 06-10957                             :
                                              :
                                              :
BRIGGS V. PFIZER INC.                         :
Individual Case Nos. 05-11700 and             :
07-10327                                      :
                                              :
                                              :
-----------------------------------------------------------x
```

## MEMORANDUM OF LAW IN RESPONSE TO COURT'S ORDER DATED NOVEMBER 9, 2011

Alexander A. Reinert
  Counsel for *Amici Curiae*
55 Fifth Avenue, Room 938
New York, New York 10003
(212) 790-0403
areinert@yu.edu

*Amici curiae* have respectfully sought and been granted leave to file memoranda of law in support of plaintiffs Debra Alsberge and Robin Briggs in the within cases. In an Order dated November 9, 2011, the Court ordered counsel for amicus, Alexander A. Reinert, to either comply with Local Civil Rule 83.5.3 or submit a memorandum explaining why that Rule has no bearing on counsel's participation in this matter. This memorandum in compliance with the Court's Order and maintains that, pursuant to Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation 2.1(c) ("Rule 2.1(c)"), Local Civil Rule 83.5.3 is inapplicable to counsel's participation in this matter. Should this Court determine that counsel for *amici curiae* must comply with Local Rule 83.5.3, he will promptly do so.

Local Civil Rule 83.5.3 requires attorneys who wish to appear and practice in this Court and who do not represent the United States or themselves to obtain admission *pro hac vice*. The Local Civil Rules do not appear to contain any explicit provisions regarding practice in Multi-District Litigation. Rule 2.1(c) provides that any member in good standing of the Bar of any district court of the United States is entitled to practice before the Panel, so long as he or she has established and maintained a CM/ECF account with a District Court. In any action transferred pursuant to 28 U.S.C. § 1407, an attorney of record "may continue to represent his or her client in any district court" to which the action is transferred without obtaining local counsel. See Rule 2.1(c).

Counsel for *amici curiae* has located no authority interpreting Rule 2.1(c) either within or without this jurisdiction. Counsel has, however, requested to be registered as a CM/ECF user for the within matter, without obtaining admission *pro hac vice*. As of this date, counsel has not received an approved CM/ECF login and password, but counsel's registration has been entered into the CM/ECF database and the registration form appears to contemplate the permissibility of

appearing in MDL actions without obtaining admission *pro hac vice*. See http://pacer.mad.uscourts.gov/dc/cgi-bin/attyreg.html (last visited November 30, 2011). Should the Court disagree with counsel's interpretation of the governing Rules, counsel will endeavor to promptly comply with Local Rule 83.5.3.

## CONCLUSION

For the foregoing reasons, counsel for *amici* respectfully request that he be permitted to appear as counsel for *amici curiae* in the within actions, or, in the alternative, be granted an opportunity to comply with Local Rule 83.5.3.

Respectfully submitted,

s:/Alexander A. Reinert
Alexander A. Reinert (SDNY Bar No. AR 1740)
Counsel for *Amici Curiae*
55 Fifth Avenue, Room 938
New York, New York 10003
(212) 790-0403
areinert@yu.edu

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the enclosed **MEMORANDUM OF LAW IN LAW IN RESPONSE TO COURT'S ORDER DATED NOVEMBER 9, 2011** was sent to the following parties and Counsel of Record via electronic mail and First Class Mail on November 30, 2011:

Adam S. Tolin
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808
adam.tolin@dechert.com

Mark S. Cheffo
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
mark.cheffo@skadden.com

Steven Lim
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
slim@lawampm.com

Debra Alsberge
321 High School Rd. NE
#631 STE D3
Bainbridge Island, WA 98110
dalsberge@gmail.com

Robin Briggs
18413 Dunblane Ct.
Cornelius, N.C. 28031
brdlovr@aol.com

Alexander A. Reinert, Esq.
55 Fifth Avenue, Room 938
New York, NY 10003
Tel: (212) 790-0403
areinert@yu.edu