### *In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 12/2/11

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • June 28, 2011 Judgment Entered dismissing the claims of the following plaintiffs in favor of Defendants Pfizer Inc and Warner-Lambert Company LLC: Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/ASCME Local 52 Health Benefits Trust; Louisiana Health  Service Indemnity Company d/b/a BCBS Louisiana; Gerald Smith; Lorraine Kopa; Jeanne Ramsey; and Carolyn Holloway [Docket No. 3520] <br><br>  o  July 7, 2011 – Class Plaintiffs' Notice of Appeal re [3520] Judgment; [1780] Order; [3154] Order; re Plaintiffs: Harden Manufacturing Corporation; International Union of Operating Engineers, Local No. 68 Welfare Fund; ASEA/ASCME Local 52 Health Benefits Trust; Louisiana Health  Service Indemnity Company d/b/a BCBS Louisiana; Gerald Smith; Lorraine Kopa; Jeanne Ramsey; and Carolyn Holloway [Docket No. 3529] Assigned as case  no 11-1806 <br><br>  o  July 21, 2011 – Appellants' Statement of Issues on Appeal [Docket No. 3535] <br><br>  o  October 11, 2011 – Opening notice sent by the First Circuit |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS filed as: 04-10958-PBS 04-10739-PBS | D. Mass. cases originally filed. | • Notice of Appeal by Aetna [Docket No. 3476] <br><br>  o  September 29, 2011 - Opening notice sent by the First Circuit <br><br> • Notice of Appeal by Defendants [Docket No. 3562] re: Judgment |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices)** *(cont'd)* | | | [Docket No. 3326]; Order on Motion for New Trial [Docket No. 3551]; Findings of Fact & Conclusions of Law [Docket No. 3602] Electronic Order of 2/18/2010; Electronic Order of 7/7/2011 |

- November 2, 2011 – Opening notice sent by the First Circuit regarding Defendants' Original Notice of Appeal

- August 19, 2011 – Statement of Issues on Appeal [Docket No. 3585] re: Original Notice of Appeal [Docket No. 3562]

- September 20, 2011– Amended Notice of Appeal by Defendants [Docket No. 3634] re: Judgment [Docket No. 3326]; Order on Motion for Miscellaneous Relief [Docket No. 3601]; Order [Docket No. 3630]; Order on Motion for New Trial [Docket No. 3551]; Findings of Fact & Conclusions of Law [Docket No. 3602] Electronic Order of 2/18/2010; Electronic Order of 7/7/2011

  - November 4, 2011 – Opening notice sent by the First Circuit regarding Defendants' Amended Notice of Appeal

- October 4, 2011 – Amended Statement of Issues on Appeal [Docket No. 3645] re: Amended Notice of Appeal [Docket No. 3634]

- September 9, 2011 – Order entered joining Kaiser subsidiaries as plaintiffs [Docket No. 3630]

- August 31, 2011 – Memorandum and Order entered Granting in Part and Denying in Part [Docket No. 3364] Motion for Amended and Additional Findings [Docket No. 3601]

- August 31, 2011 – Court's Amended Findings of Fact and Conclusions of Law entered [Docket No. 3602]

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.* **Mass. Docket No. 05-10535 – PBS** | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Stayed pursuant to the terms of Court's Order of Consolidation [Docket No. 3478] dated July 20, 2005<br><br>• Joint Statement of Counsel re Status and Management of Case [Docket No. 3478] dated May 20, 2011<br><br>• Stayed pursuant to Stipulation [Docket No. 3500] so ordered on June 10, 2011 |
| *Allen et al v. Pfizer, Inc. et al,* **Mass. Docket No. 05-10797 – PBS** | 05-10797-PBS | D. Mass. (removed from Massachusetts Suffolk Superior Court) | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand, stayed<br><br>   o May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]<br><br>   o May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br>   o June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br><br>   o June 16, 2005 – Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br><br>   o June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br><br>   o August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br><br>   o August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214]<br><br>   o August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* **Mass. Docket No. 05-10797 – PBS** *(cont'd)* | | | November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215] |
| | | | o   October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241] |
| | | | o   October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242] |
| | | | o   November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248] |
| | | | o   November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251] |
| | | | o   November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252] |
| | | | o   December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258] |
| | | | o   February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] |
| | | | •   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *McMinn v. Pfizer, 04-2690* | 05-10390-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | 05-10598-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | 05-10680-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br><br>• Motion to Remand, stayed<br><br>    o August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]<br><br>    o September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Medero v. Pfizer, 04-cv-22228 (cont'd)* | | | Pfizer [Docket No. 225] |
| | | | o   September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230] |
| | | | o   February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] |
| | | | •   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524* | 06-12295-PBS | M.D. Alabama | •   Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| | | | •   Motion to Remand, *sub judice* |
| | | | o   February 27, 2007 – Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 650] |
| | | | o   February 28, 2007 – Defendants' Response to [Dkt # 650] Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 656] |
| | | | o   April 5, 2007 – Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 712] |
| | | | o   April 9, 2007 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion To Remand and in Response to Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 720] |
| | | | o   April 9, 2007 – Defendant David Longmire's Memorandum |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524 (cont'd)* | | | Identifying Certain Inaccurate Representations Asserted in Plaintiffs' Supplemental Memorandum in Support of the Motion To Remand [Docket No. 721]<br><br>○ April 13, 2007 – Plaintiffs' Supplemental Reply Memorandum in Support of Motion To Remand [Docket No. 730]<br><br>○ April 17, 2007 – Hearing before Magistrate Judge Sorokin (pursuant to Magistrate Sorokin's March 9, 2007 electronic order)<br><br>○ January 28, 2008 – Plaintiffs' Submission of Additional Authority on Motion to Remand [Docket No. 1094]<br><br>○ October 7, 2011 – Plaintiffs' Supplemental Memorandum in Support of Motion to Remand [Docket No. 3661]<br><br>○ October 17, 2011 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 3669]<br><br>○ November 17, 2011 – Magistrate Judge's Report & Recommendations recommending that the Court allow Plaintiff's Motion to Remand [Docket No. 3711]<br><br>○ December 1, 2011 – Defendants' Objection to Report & Recommendations recommending that the Court allow Plaintiffs' Motion to Remand [Docket No. 3725]<br><br>• Joint Statement of Counsel re Status and Management of Case [Docket No. 3479] dated May 20, 2011 |

# MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, *sub judice* <br><br> ○ May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137] <br><br> ○ May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138] <br><br> ○ May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139] <br><br> ○ May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140] <br><br> ○ June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147] <br><br> ○ June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. <br><br> ○ June 23, 2005 – Defendants' Amended Motion with Regard |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | to Case Management Order No. 4 [Docket No. 164] |
| | | | ○ June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165] |
| | | | ○ July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174] |
| | | | ○ July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175] |
| | | | ○ August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164] |
| | | | ○ Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| | | | • Plaintiffs' Motion on Consent for a Case Management Order Establishing A Discovery Schedule Regarding the Generic Gabapentin Defendants |
| | | | ○ August 24, 2010 –Motion on Consent for a Case Management Order Establishing A Discovery Schedule Regarding the Generic Gabapentin Defendants [Docket No. 3046]; Memorandum in Support [Docket No. 3047] |
| | | | • Defendants' Motion to Dismiss for Failure to Comply with August 4, |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | 2010 Court Order<br><br>    o  August 30, 2010 – Motion to Dismiss for Failure to Comply with August 4, 2010 Court Order [Docket No. 3052]; Memorandum in Support [Docket No. 3053]; Declaration [Docket No. 3054]<br><br>    o  September 24, 2010 – Notice of Documents Related to Defendants' Motion to Dismiss for Failure to Comply with August 4, 2010 Order [3073]<br><br>•  February 17, 2011 – Defendants Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order<br><br>    o  February 17, 2011 – Defendants Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order [Docket No. 3298] Declaration in Support [Docket No. 3299]<br><br>    o  March 14, 2011 – Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order [Docket No. 3339] Declaration re Motion to Compel Docket No. 3340]<br><br>•  March 29, 2011 – Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket No. 3375]<br><br>    o  March 29, 2011 Memorandum in support re Motion for Sanctions [Docket No. 3376] Declaration re Motion for Sanctions [Docket No. 3377] Sealed Declaration re Motion to Impose Sanctions [Docket No. 3381]<br><br>    o  April 11, 2011 Opposition to Motion for Sanctions and Other |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket Nos. 3401 & 3402] Declaration in Support [3403] <br><br> o April 20, 2011 Reply in Further Support of Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket No. 3427] Declaration in Support [3428] |
| *Brodsky v. Pfizer, 04-7960* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3 <br><br> • Case Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session |
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br><br> • Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br><br> • Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Aronson v. Pfizer, 04-8721* <br> *Dodson v. Pfizer, 04-8963* <br> *Kern v. Pfizer, 04-9249* <br> *Veraas v. Pfizer, 04-9429* <br> *Wilson v. Pfizer, 05-72* <br> *Mendoza v. Pfizer, 05-74* <br> *Feyer v. Pfizer, 05-76* <br> *Retzer v. Pfizer, 05-77* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br><br> • Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005 <br><br> • April 30, 2010 –*Dees v. Pfizer*: Notice of Death of a Party Pursuant to Fed. R. Civ. P. 25 [Docket No. 2807] <br><br> • November 29, 2011 – Stipulation of dismissal filed as to *Feyer v. Pfizer.* [Docket 36720] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005<br><br>• August 4, 2011 – 120 Day Order of Dismissal [Docket No. 3560] |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005<br><br>• Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005<br><br>• November 23, 2011 – Remand Order entered.  [Docket No. 3717] |
| *Alsberge v. Pfizer Inc., et al, 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Briggs v. Pfizer Inc., et al, 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11<br><br>• August 15, 2011 – Motion to Withdraw as Attorney [Docket No. 3574] Memorandum in Support [Docket No. 3575] Declaration in Support [Docket No. 3576]<br><br>   o August 16, 2011 – Electronic Order granting Motion to Withdraw as Attorney<br><br>   o August 31, 2011 – Letter/Motion for Reconsideration re Order on Motion to Withdraw as Attorney [Docket No. 3604] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Briggs v. Pfizer Inc., et al, 05-5810 (cont'd)* | | | <ul><li>August 31, 2011 – Letter re: leave to submit amici curiae brief [Docket No. 3605]</li><li>September 8, 2011 – Electronic Order restoring Motion to Withdraw to an active motion</li><li>September 22, 2011 – Letter from Robin Briggs To Judge Sorokin re withdrawal of counsel  [docket No. 3625]</li><li>September 22, 2011 - Motion for Leave to File on behalf of Finkelstein & Partners, LLP, motion for leave to file a reply, under seal, for in camera review by the Court, to Plaintiff's response to the firm's motion for leave to withdraw as counsel for Plaintiff Robin Stern Briggs [Docket No. 3637]</li></ul> |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Henry v. Pfizer, 05-6087 Colton v. Pfizer, 05-6271 Bentley v. Pfizer, 05-6272 Dixon v. Pfizer, 05-6273 Wendorf v. Pfizer, 05-6274* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *White v. Pfizer, 05-7571 Christ v. Pfizer, 05-7572* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | <ul><li>Conditionally Transferred on October 5, 2005 – JPML CTO-14</li><li>Notice of Opposition to Transfer Filed by Plaintiff – October 20,</li></ul> |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Fonseca v. Pfizer Inc., et al., 05-312 (cont'd)* | | | 2005 <br><br> • November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14) <br><br> • November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order <br><br> • Transferred on February 13, 2006 – JPML Transfer Order |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *McGee v. Pfizer Inc. Et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *Spears v. Pfizer, 05-8890 Montgomery v. Pfizer, 05-9144* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |
| *Scott v. Pfizer, 05-9350* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br><br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br><br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22<br><br>• April 29, 2011 – Lovell Jones-Coleman Stipulation of Dismissal [Docket No. 3473] |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. V. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundoff, et al. V. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23<br><br>• April 14, 2011 - Motion to Withdraw as Attorney re: Individual Case: Alsberge v. Pfizer<br><br>    o April 14, 2011 –Members of the Plaintiffs Product Liability Steering Committee Motion to Withdraw as Attorney re: Individual Case: *Alsberge v. Pfizer* [Docket No. 3409] Memorandum in Support [Docket No. 3410] Declaration in Support [Docket No. 3411]<br><br>    o May 9, 2011 – Memorandum and Order Regarding Discovery Matters [Docket No. 3455]<br><br>    o October 11, 2011 – Letter/request to Judge Sorokin from Debra Alsberge [Docket No. 3662]<br><br>    o October 17, 2011 – Response by Members of the Plaintiffs Product Liability Steering Committee to Request to Reconsider Motion to Withdraw as Attorney re: Individual Case: *Alsberge v. Pfizer* [Docket No. 3664]<br><br>    o October 24, 2011 – Plaintiff Alsberge's Response to Motion to Withdraw as Attorney re: Individual Case: *Alsberge v. Pfizer* [Docket No. 3689]<br><br>    o November 7, 2011 - Motion for Leave to File Brief Amici Curiae.  [Docket No. 3698] |
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Brewster, et al. V. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24<br><br>• July 8, 2011 – Stipulation of dismissal filed as to *Brewster v. Pfizer.*<br><br>• November 1, 2011 – Stipulation of dismissal filed as to *Kilic v. Pfizer.* [Docket 3695] |
| *Girard, et al. v. Pfizer Inc., et al., 06-1742* | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Anderson, et al. V. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24<br><br>• October 5, 2011 – Stipulation of dismissal filed as to *Mitchell v. Pfizer* [Docket No. 3646]<br><br>• November 10, 2011 – Order Granting Plaintiff's David Weatherford Motion to Dismiss. [Docket No. 3704]<br><br>• November 10, 2011 – Order Granting Plaintiff's Janice Lee Motion to Dismiss. [Docket No. 3703] |
| *Agee v. Pfizer Inc., 06-926*<br>*Brown v. Pfizer Inc., 06-1110*<br>*Chappell v. Pfizer Inc., 06-1111*<br>*Eaddy v. Pfizer Inc., 06-1112*<br>*Grissom v. Pfizer Inc., 06-1113*<br>*Huff v. Pfizer Inc., 06-1115*<br>*Poole v. Pfizer Inc., 06-1116*<br>*Whitten v. Pfizer Inc., 06-1118* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25<br><br>• August 19, 2011 – Defendants' Motion to Dismiss<br><br>   ○ August 19, 2011 – Defendants' Motion to Dismiss [Docket No. 3588] Memorandum in Support [Docket No. 3589]<br><br>   ○ September 23, 2011 – Notice of Partial Withdrawal of Defendants' Motion to Dismiss re: *Blackwell* and *Huff* [Docket No. 3638]<br><br>• September 8, 2011 – Motion to Withdraw as Counsel in *Agee v.* |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Agee v. Pfizer Inc., 06-926*<br>*Brown v. Pfizer Inc., 06-1110*<br>*Chappell v. Pfizer Inc., 06-1111*<br>*Eaddy v. Pfizer Inc., 06-1112*<br>*Grissom v. Pfizer Inc., 06-1113*<br>*Huff v. Pfizer Inc., 06-1115*<br>*Poole v. Pfizer Inc., 06-1116*<br>*Whitten v. Pfizer Inc., 06-1118*<br>*(cont'd)* | | | *Pfizer* [Docket No. 3615]<br><br>• September 8, 2011 – Motion to Withdraw as Counsel in *Eaddy v. Pfizer* [Docket No. 3617]<br><br>• September 8, 2011 – Motion to Withdraw as Counsel in *Grissom v. Pfizer* [Docket No. 3619]<br><br>• September 8, 2011 – Motion to Withdraw as Counsel in *Poole v. Pfizer* [Docket No. 3621] |
| *Putnam v. Pfizer Inc., et al., 06-1144* | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wolosonowich v. Pfizer Inc., et al., 06-2696* | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Amato v. Pfizer Inc., et al., 06-1604* | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Blackwell v. Pfizer Inc., et al., 06-2295* | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25<br><br>• August 19, 2011 – Defendants' Motion to Dismiss<br><br>   o August 19, 2011 – Defendants' Motion to Dismiss [Docket No. 3588] Memorandum in Support [Docket No. 3589]<br><br>   o September 23, 2011 – Notice of Partial Withdrawal of Defendants' Motion to Dismiss re: *Blackwell* and *Huff* [Docket No. 3638] |
| *Wendorf, etc. v. Pfizer Inc., et al., 06-589* | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Libby, etc. v. Pfizer Inc., et al. 06-950* | | D. Oregon | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Manfredi, et al. V. Pfizer Inc., et al. 06-970* | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |
| *Tilley, etc. v. Pfizer Inc., et al. 06-513* | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Diana v. Pfizer Inc., et al. 06-3332* | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Johnson v. Pfizer Inc., et al. 06-1311* | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |
| *Hogge v. Pfizer Inc., et al. 06-3818* | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Bonner v. Pfizer Inc. Et al. 06-1198* | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Briggs v. Pfizer Inc. et al. 06-15451* | | S.D. New York | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Michielsen v. Pfizer Inc. Et al. 07-32* | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Armbruster v. Pfizer Inc., et al. 06-1613* | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *De La Garza v. Pfizer Inc., et al. 07-13* | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Woolum, et al. v. Pfizer Inc., et al. 07-176* | | M.D. Florida | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |
| *Neilson v. Pfizer Inc., et al. 07-224* | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| *Wampole, et al. v. Pfizer Inc., et al. 07-204* | | W.D. Wisconsin | • Conditionally Transferred on May 17, 2007 – JPML CTO-42<br><br>• November 29, 2011 – Stipulation of dismissal filed as to *Wampole v. Pfizer.* [Docket 36722] |
| *Telles, etc. v. Pfizer Inc. 07-161* | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| *Milligan, Jr., et al. V. Pfizer Inc., et al. 07-2540* | | D. Minnesota | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Newberry, et al. v. Pfizer Inc., et al. 07-110* | | M.D. Georgia | • Conditionally Transferred on July 24, 2007 – JPML CTO-46 |
| *Allen, et al. v. Pfizer Inc. 07-74* | | N.D. Mississippi | • Conditionally Transferred on August 31, 2007 – JPML CTO-47<br><br>• December 15, 2010 – Stipulation of Dismissal re: *Allen v. Pfizer* by Pfizer [Docket No. 3171]<br><br>• Defendants' Motion to Compel Complete Discovery Responses<br><br>   o January 6, 2011 - Order requesting that Defendant's submit evidence regarding fees and costs incurred<br><br>   o January 8, 2011 – Defendants' Application for an Award of Attorneys' Fees and Costs [Docket No. 3217]; Declaration in Support [Docket No. 3218]<br><br>   o January 17, 2011 – Plaintiffs' Response to Defendants' Application for Attorney Fees and Expenses for Making Motion to Compel [Docket No. 3234]; Memorandum in |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen, et al. v. Pfizer Inc.* 07-74 *(cont'd)* | | | Opposition [Docket No. 3235]; Declaration in Support [Docket No. 3236] |
| | | | o   January 24, 2011 – Defendants' Reply in Further Support of Application for an Award of Attorney Fees and Costs [Docket No. 3257]; Declaration in Support [Docket No. 3258] |
| | | | o   February 18, 2011 – Plaintiffs Objection to Magistrate Judge's Findings, Report and Recommendations [Docket No. 3303]; Declaration in Support [Docket No. 3304] |
| | | | o   March 4, 2011 – Reply to Objection to Report and Recommendations [Docket No. 3316] |
| | | | o   March 4, 2011 – Sealed Reply to Response to Report and Recommendations [Docket No. 3318] |
| | | | o   March 11, 2011 – Reply to Response to Report and Recommendations [Docket No. 3330] |
| | | | o   March 15, 2011 – Notice by Pfizer re Report and Recommendations [Docket No. 3341] |
| | | | o   March 15, 2011 –Unsealed Defendants' Response to Plaintiffs' Objections to the Findings, Report and Recommendations of U.S. Magistrate Judge [Docket No. 3342] |
| | | | o   March 16, 2011 – Reply to Objection to Report and Recommendations [Docket No. 3349] |
| | | | o   April 8, 2011 – Notice Regarding Request for Costs [Docket No. 3392] |
| | | | o   April 14, 2011 – Defendants' Motion for Entry of Judgment under Rule 54(b) [Docket No. 3413] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen, et al. v. Pfizer Inc. 07-74 (cont'd)* | | | <ul><li>April 27, 2011 – Plaintiff's Motion for Clarification [Docket No. 3434]; Plaintiffs' Memorandum in Support of Motion for Clarification [Docket No. 3435] Declaration in Support [Docket No. 3436]</li><li>May 5, 2011 – Memo in Opposition to [Docket No. 3434] Motion for Clarification [Docket No. 3447]</li></ul><p>• Plaintiffs' Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery</p><ul><li>December 20, 2010 - Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3180]; Memorandum in Support of Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3181]; Declaration of Levi Boone, III in Support of Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3182]</li><li>January 4, 2011 – Defendants' Memorandum in Opposition to Motion to Compel Discovery Responses [Docket No. 3204]</li></ul><p>• January 19, 2011 - Stipulations of Dismissal regarding Plaintiffs: Estate of Carlene, Ethel Howard, Jack Shoemaker, Bernice Thornton, Estate of Cecil Taylor, Estate of Berhta Thomas, Ella Tolar, and Monnie Turner, [Docket Nos 3241, 3242, 3243, 3244, 3245, 3246, 3247, 3248]</p><p>• January 25, 2011 - Stipulation of Dismissal regarding Plaintiff Grace Scott [Docket No. 3262]</p><p>• May 25, 2011 - Stipulation of Dismissal regarding the Estate of Aliece Garrett</p><p>• May 25, 2011 – Stipulation of Dismissal regarding Fannie</p> |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen, et al. v. Pfizer Inc. 07-74 (cont'd)* | | | Grinston <br><br> • August 4, 2011 – 120 Day Order of Dismissal [Docket No. 3560] |
| *Brida, etc. v. Pfizer Inc., et al. 07-8060* | | S.D.N.Y. | • Conditionally Transferred on October 23, 2007 – JPML CTO-48 |
| *Dove v. Pfizer Inc., et al. 05-53* | | M.D. Louisiana | • Conditionally Transferred on January 8, 2008 – JPML CTO-50 |
| *Bennett, et al. V. Pfizer Inc., et al. 08-341* | | S.D. California | • Conditionally Transferred on March 24, 2008 – JPML CTO-51 <br><br> • November 29, 2011 – Stipulation of dismissal filed as to *Bennett v. Pfizer.* [Docket 36721] |
| *O'Sullivan v. Pfizer Inc., et al., 08-1374* | | D. Minnesota | • Conditionally Transferred on June 25, 2008 – JPML CTO-55 |
| *Monsue v. Pfizer Inc., et al., 08-6993* | | S.D. New York | • Conditionally Transferred on August 19, 2008 – JPML CTO-57 |
| *Morrow, etc. v. Pfizer Inc., et al., 08-71* | | N.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Spencer-Acker, etc. v. Pfizer Inc., et al., 08-13505* | | E.D. Michigan | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *McLendon v. Parke-Davis, et al., 08-7843* | | S.D. New York | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *Leu, etc. v. Pfizer Inc., et al., 09-1245* | | S.D. New York | • Conditionally Transferred on February 27, 2009 – JPML CTO-60 |
| *Crone, et al. v. Pfizer Inc., et al., 09-1908* | | N.D. California | • Conditionally Transferred on August 6, 2009 – JPML CTO-62 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Peterson, Robert et al. v. Pfizer et al.*<br>*10-cv-10933* | | W.D. Washington | • Conditionally Transferred on June 7, 2010 – JPML CTO-64 |
| *Hamilton v. Pfizer et al.*<br>*10-cv-11023* | | S.D. Texas | • Conditionally Transferred on June 17, 2010 – JPML CTO-65<br><br>• Order re Proposed Stipulation and Protective Order [Docket No. 3254] |
| *Santos v. Pfizer et al.*<br>*10-cv-11205* | | S.D. New York | • Conditionally Transferred on August 3, 2010 – JPML CTO-66 |