UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEURONTIN<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS ORDER RELATES TO:<br><br>ALSBERGE v.<br>PFIZER INC., ET AL.<br><br>Individual Case Nos. 05-11699 and<br>06-10957 | MDL Docket No. 1629<br><br>Master File No. 04-10981-PBS |

ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

December 6, 2011

SOROKIN, M.J.

Finkelstein & Partners, LLP, counsel for Plaintiff Debra Johnson Alsberge, seeks to withdraw from representing Alsberge on the grounds that irreconcilable differences have arisen between it and the Plaintiff. Docket # 3409. Amici curiae have submitted briefs addressing whether a lawyer may withdraw from representing a client if the basis of the withdrawal is a disagreement over whether or not to accept a settlement. Docket # 3699.

On December 1, 2011, the Court held a hearing at which it spoke at length, ex parte, with Alsberge and her counsel. Based upon that ex parte hearing, the Court finds that there is an irreconcilable breakdown in the attorney client relationship. The Court's finding is independent of the legal issue raised by amici, and accordingly, the Court need not and does not address that

1

legal question. The transcript of the ex parte portion of the hearing is SEALED, as it contains attorney-client privileged communications and (absent a further order of this court) only counsel for Alsberge, Alsberge herself, or the Court may obtain a copy of the transcript. Similarly, the filings properly made under seal by Finkelstein & Partners remain sealed, as these documents also contain attorney-client privileged communications.

WHEREFORE, the Court ALLOWS the Motion to Withdraw (Docket # 3409) and STAYS the Plaintiff's case until February 1, 2012, so as to provide the Plaintiff with a reasonable additional period of time in which to obtain successor counsel. The Court notifies Alsberge that she may not be able to appear for the estate of her deceased husband and that if that is the case, then (absent successor counsel appearing on her behalf and prosecuting the case), the case could become subject to dismissal.

SO ORDERED,

/s/ Leo T. Sorokin
Leo T. Sorokin
United States Magistrate Judge