IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------- ) <br> ) <br> IN RE: NEURONTIN MARKETING AND ) <br> SALES PRACTICE LITIGATION ) <br> ) <br> ------------------------------------------------------- ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> TERESA DRINKWINE, Individually and as ) <br> Trustee for the Next of Kin of MICHAEL ) <br> DRINKWINE, Decedent, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PFIZER INC., et al. ) <br> ) <br> Defendants. ) <br> ) <br> Individual Case No. 1:09-cv-10836-PBS ) <br> ------------------------------------------------------- ) | MDL Docket No. 1629 <br> C.A. No. 04-10981 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

     Please enter our appearance as attorneys for the Proposed Intervening Plaintiff, American Home Assurance Company, in the above-entitled matter.

        PROPOSED INTERVENING PLAINTIFF,
AMERICAN HOME ASSURANCE COMPANY,
BY ITS ATTORNEYS,


/s/ Paul S. Rainville
Paul S. Rainville, Esquire
prainville@hassettanddonnelly.com
Tara E. Lynch, Esquire
tlynch@hassettanddonnelly.com
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, Massachusetts 01608
Phone: (508) 791-6287
Fax:  (608) 791-2652

Dated:  December 8, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice of Appearance was filed through the ECF System and has been served pursuant to Case Management No. 3 on December 8, 2011.


/s/ Paul S. Rainville