IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING AND SALES PRACTICE LITIGATION | MDL Docket No. 1629<br>C.A. No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| TERESA DRINKWINE, Individually and as Trustee for the Next of Kin of MICHAEL DRINKWINE, Decedent, | |
| Plaintiff, | |
| v. | |
| PFIZER INC., et al. | |
| Defendants. | |
| Individual Case No. 1:09-cv-10836-PBS | |

**AMERICAN HOME ASSURANCE COMPANY'S MOTION TO INTERVENE
ON BEHALF OF PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 24, American Home Assurance Company ("American") moves for leave to intervene in the above captioned action as a matter of right, or alternatively, to intervene permissibly, as party plaintiffs for the purpose of protecting its statutory liens pursuant to Minnesota Statutes section 176.061 and/or Massachusetts General Law chapter 152, section 15. In support of its motion, American states as follows:

1.  American was the Workers' Compensation Insurer for decedent Michael Drinkwine's employer.

2. American paid workers' compensation benefits to Michael Drinkwine's kin, including Plaintiff, Theresa Drinkwine, Individually and as Trustee for the Next of Kin of Michael Drinkwine (hereinafter "Plaintiff Drinkwine").

3. Pursuant to the above cited statutes, American has a right to recover worker's compensation payments it made to Michael Drinkwine's kin, including Plaintiff Drinkwine, from any judgment or settlement that Plaintiff Drinkwine may receive as a result of the above-captioned litigation.

4. It is unclear if the parties to the above-captioned litigation are currently aware of American's right to be subrogated. If American is not permitted to intervene, its ability to protect its subrogation interests will be significantly impaired.

WHEREFORE, Proposed Intervening Plaintiff American Insurance respectfully requests leave from this Court to intervene as a plaintiff in this lawsuit, and to file the pleading attached (American Insurance's Intervening Complaint) as their complaint in this action.

PROPOSED INTERVENING PLAINTIFF,
AMERICAN HOME ASSURANCE COMPANY,
BY ITS ATTORNEYS,


/s/ Paul S. Rainville
Paul S. Rainville, Esquire
prainville@hassettanddonnelly.com
Tara E. Lynch, Esquire
tlynch@hassettanddonnelly.com
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, Massachusetts 01608
Phone: (508) 791-6287
Fax:  (608) 791-2652


Dated:  December 8, 2011




**CERTIFICATE OF SERVICE**

I hereby certify that American Home Assurance Company's Motion to Intervene on Behalf of Plaintiffs was filed through the ECF System and has been served pursuant to Case Management No. 3 on December 8, 2011.



/s/ Paul S. Rainville