12/8/2011
I adopt the report and recommend and allow the motion to remand.
Paul B Saris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS ORDER RELATES TO: | Master File No. 04-10981-PBS |
| BLUE CROSS & BLUE SHIELD OF ALABAMA, ET AL. | |
| v. | |
| PFIZER INC., ET AL. | |
| C.A. No. 06-12295-PBS | |

REPORT AND RECOMMENDATION ON
PLAINTIFFS' MOTION TO REMAND

November 17, 2011

SOROKIN, M.J.

Pending is the Motion to Remand this action to the Alabama state court of the Plaintiffs Blue Cross and Blue Shield of Alabama ("BCBS") and Municipal Workers Compensation Fund ("MWCF") (Docket # 650). For the following reasons, I RECOMMEND that the Court ALLOW their motion.

I. PROCEDURAL HISTORY

On May 12, 2006, the Plaintiffs filed a Complaint in the Circuit Court of Montgomery,

1