UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Santos v. Pfizer, Inc.*, No. 10-11205-PBS.

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**UNREDACTED VERSION FILED UNDER SEAL**

------------------------------------------------------------x

# DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") submit this Statement of Material Facts, pursuant to Local Rule 56.1, in support of their Motion for Summary Judgment.[1]

1. Plaintiff Ann Santos was diagnosed with her alleged injury on January 18, 2005. (*See* Compl. [10-11205 Dkt. No. 1].)

2. Plaintiff filed this lawsuit on May 24, 2010. (*See* Compl. [10-11205 Dkt. No. 1].)



---

[1] The facts asserted herein are admitted for purposes of Defendants' Motion for Summary Judgment only.

[2] All documents cited herein as "Ex. __" are attached as exhibits to the accompanying Declaration of Catherine B. Stevens.





18.

Dated: December 13, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

3

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin F. Wolosz
    BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 13, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz