UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:   NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

*Santos v. Pfizer, Inc.*, No. 10-11205-PBS.

**UNREDACTED VERSION
FILED UNDER SEAL**

------------------------------------------------------------x

**DECLARATION OF CATHERINE B. STEVENS
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of an article entitled *Epidemiology and Risk Factors for Drug Allergy*, authored by Bernard Y-H. Thong & Teck-Choon Tan and published in The *British Journal of Clinical Pharmacology*.

3. Attached hereto as Exhibit B is a true and correct copy of records obtained from ███████████████████████ originally dated ███████████.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the September 15, 2011, deposition of Ann Santos.

5. Attached hereto as Exhibit D is a true and correct copy of records obtained from ███████████████████████ originally dated ███████████.

6. Attached hereto as Exhibit E is a true and correct copy of a record obtained from ███████████████████████.

7. Attached hereto as Exhibit F is a true and correct copy of a record obtained from ▮.

8. Attached hereto as Exhibit G is a true and correct copy of records obtained from ▮.

9. Attached hereto as Exhibit H is a true and correct copy of a record obtained from ▮ originally dated ▮.

10. Attached hereto as Exhibit I is a true and correct copy of records obtained from ▮ originally dated ▮.

11. Attached hereto as Exhibit J is a true and correct copy of a record obtained from ▮ originally dated ▮.

12. Attached hereto as Exhibit K is a true and correct copy of records obtained from ▮ originally dated ▮.

13. Attached hereto as Exhibit L is a true and correct copy of a record obtained from ▮ originally dated ▮.

14. Attached hereto as Exhibit M is a true and correct copy of records obtained from ▮ originally dated ▮.

15. Attached hereto as Exhibit N is a true and correct copy of records obtained from ▮ originally dated ▮.

16. Attached hereto as Exhibit O is a true and correct copy of records obtained from ▮ originally dated ▮.

17. Attached hereto as Exhibit P is a true and correct copy of records obtained from ▮.

18. Attached hereto as Exhibit Q is a true and correct copy of records obtained from ▮ originally dated ▮.

19. Attached hereto as Exhibit R is a true and correct copy of records obtained from ▮ originally dated ▮.

20. Attached hereto as Exhibit S is a true and correct copy of a record obtained from ▮▮▮▮▮▮▮▮▮▮ originally dated ▮▮▮▮.

21. Attached hereto as Exhibit T is a true and correct copy of records obtained from ▮▮▮▮▮▮▮▮▮▮ originally dated ▮▮▮▮.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 13th day of December, 2011.

/s/ Catherine B. Stevens
Catherine B. Stevens

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 13, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz