# EXHIBIT A

BJCP British Journal of Clinical Pharmacology

DOI:10.1111/j.1365-2125.2010.03774.x

# Epidemiology and risk factors for drug allergy

**Bernard Y-H. Thong & Teck-Choon Tan**

*Department of Rheumatology, Allergy and Immunology, Tan Tock Seng Hospital, Singapore*

**Correspondence**
Dr Bernard Yu-Hor Thong MBBS MRCP (UK), Department of Rheumatology, Allergy and Immunology, Tan Tock Seng Hospital, 11 Jalan Tan Tock Seng, 308433 Singapore.
Tel.: + 65 6357 7822
Fax: + 65 6357 2686
E-mail: bernard_thong@ttsh.com.sg

Financial support for study: None
Institutional affiliation and address for each: Same as for corresponding author above

**Keywords**
adverse drug reaction, anaphylaxis, mortality, Stevens Johnson syndrome, toxic epidermal necrolysis

**Received**
09 December 2009

**Accepted**
19 July 2010

**Accepted Article**
16 August 2010

The aim of this review was to describe the current evidence-based knowledge of the epidemiology, prevalence, incidence, risk factors and genetic associations of drug allergy. Articles published between 1966 and 2010 were identified in MEDLINE using the key words *adult, adverse drug reaction reporting systems, age factors, anaphylactoid, anaphylaxis, anaesthetics, antibiotics, child, drug allergy, drug eruptions, ethnic groups, hypersensitivity, neuromuscular depolarizing agents, neuromuscular nondepolarizing agents, sex factors, Stevens Johnson syndrome* and *toxic epidermal necrolysis*. Additional studies were identified from article reference lists. Relevant, peer-reviewed original research articles, case series and reviews were considered for review. Current epidemiological studies on adverse drug reactions (ADRs) have used different definitions for ADR-related terminology, often do not differentiate immunologically and non-immunologically mediated drug hypersensitivity, study different study populations (different ethnicities, inpatients or outpatients, adults or children), utilize different methodologies (spontaneous *vs.* non-spontaneous reporting, cohort *vs.* case-control studies), different methods of assessing drug imputability and different methods of data analyses. Potentially life-threatening severe cutaneous adverse reactions (SCAR) are associated with a high risk of morbidity and mortality. HLA associations for SCAR associated with allopurinol, carbamazepine and abacavir have been reported with the potential for clinical use in screening prior to prescription. Identification of risk factors for drug allergy and appropriate genetic screening of at-risk ethnic groups may improve the outcomes of drug-specific SCAR. Research and collaboration are necessary for the generation of clinically-relevant, translational pharmacoepidemiological and pharmacogenomic knowledge, and success of health outcomes research and policies on drug allergies.

## Introduction

Adverse drug reactions (ADRs) which account for 3 to 6% of all hospital admissions and occur in 10 to 15% of hospitalized patients, result in morbidity, prolonged hospitalization and risk of mortality. An ADR is defined by the World Health Organization (WHO) as 'a response to a medicine which is noxious and unintended, and which occurs at doses normally used in man' [1]. Type A ADRs which are predictable and dose dependent, comprise up to 80% of all ADR, e.g. pharmacological side-effects like gastrointestinal bleeding following treatment with non-steroidal anti-inflammatory drugs (NSAID). Type B ADRs are unpredictable, dose independent and comprise 15–20% of all ADRs. These may include immunologically mediated drug hypersensitivity (drug allergy) or non-immune mediated/ idiosyncratic reactions [2]. ADRs should be differentiated from adverse drug events (ADEs) [3] as ADEs extend beyond ADRs to include harm related to medication errors and drug/food interactions.

The World Allergy Organization (WAO) in 2003 defined 'drug allergy' as an immunologically mediated drug hypersensitivity reaction. The mechanism of drug allergy may be either IgE or non-IgE mediated, with T-cell mediated reactions largely represented in the latter [4].

Severe cutaneous adverse reactions (SCAR) include Stevens Johnson syndrome (SJS), toxic epidermal necrolysis (TEN) [5–9], drug-induced hypersensitivity syndrome (DiHS) or drug rash with eosinophilia and systemic symptoms (DRESS) [10]. Acute generalized exanthematous pustulosis (AGEP) [11, 12] has recently been added to the list comprising SCAR. Anaphylaxis is a severe, life-threatening,



© 2011 The Authors
British Journal of Clinical Pharmacology © 2011 The British Pharmacological Society

 

generalized or systemic hypersensitivity reaction [3, 13] for which drugs are a common cause [14].

The true incidence of drug allergy is not known. The majority of currently available epidemiologic studies have been on ADRs rather than drug allergy specifically [15]. Most studies focus only on select population groups, e.g. inpatients or outpatients at the emergency departments, general practice clinics or specialist allergy centres; children or adults; cutaneous or severe cutaneous adverse reactions (SCAR) [16], or all causes of anaphylaxis alone. Diagnosis of ADRs and drug imputability in the majority of these studies used the WHO ADR terms. Definitions of different types of SCAR were different in the earlier studies from the 1980s and early 1990s, compared with later studies. In addition, the majority of studies that addressed drug allergy *per se* relied heavily on a clinical history of the temporal relationship between drug use and disease onset, and suggestive clinical features for the diagnosis of drug allergy, with few studies/datasets [17] using standardized clinical questionnaires [18] and validated *in vivo* or *in vitro* tests to confirm the diagnosis of drug allergy [19–21].

## Studies on hospital-based inpatient populations

To date, there have only been a few studies that have attempted to evaluate the prevalence and incidence of drug allergy in hospital-based populations. Most studies (summarized in Table 1), including the Boston Collaborative Drug Surveillance Programme, only monitored cutaneous reactions [22–27]. Others reported on only single classes of drugs. The incidence and prevalence of drug allergy were either unknown or estimated in most studies. Case-verification in most studies was based on chart review and not formal patient examination during the episode of reaction, although case-verification was conducted by dermatologists in two reports [25, 26]. The reported cases were diagnosed based on probability, without firm evidence of drug allergy being the main mechanism using the WAO definition of allergy and/or validated allergological tests.

To date, only two prospective studies on cutaneous ADRs have attempted to study the incidence or prevalence of cutaneous ADRs or cutaneous drug allergy. In France in 2003, a 6 month prospective study on the incidence of cutaneous allergic reactions from systemic drugs in a French hospital was carried out [29]. Each reported case was physically examined by a dermatologist and reviewed with a pharmacologist. Among 48 inpatients with cutaneous drug allergy, the prevalence of cutaneous allergic reactions was 3.6 per 1000 hospitalized patients. Among these patients, 57% had exanthematous reactions, 8% erythroderma and 2% SJS/TEN. Beta-lactam antibiotics were implicated in 21% of cutaneous allergic reactions studied. The most frequently associated disorders were human immunodeficiency virus (HIV) infection (19%), connective tissue disease (10%) and viral or autoimmune hepatitis (12%). A third of the cases had a previous history of drug allergy.

In Mexico in 2006, a 10 month prospective cohort study of all hospitalized patients with cutaneous adverse drug reactions (CADR) [30] showed a prevalence of 35/4765 (0.7% or 7 per 1000 hospitalized patients), and mortality rate of 16.6% among six patients with SCAR. Risk factors for CADR included systemic lupus erythematosus (SLE) (14.6%), human immunodeficiency (HIV) infection (7.3%) and non-Hodgkin's lymphoma (7.3%).

To our knowledge, two prospective studies from Singapore and Korea published are the only to date that specifically described both cutaneous and systemic manifestation of drug allergy, where all cases were allergist-verified, and reporting was electronic.

In Singapore in 2002, an inpatient network-based electronic drug allergy notification system in a general hospital [28] showed that of 366 cases reported from a total of 90 910 admissions during the study period, 210 cases were verified by an allergist to have drug allergy. Cutaneous eruptions were the most common clinical presentation (95.7%), systemic manifestations occurred in 30% and serious adverse reactions such as SJS/TEN and generalized exfoliative dermatitis occurred in 11 (5.2%) patients. The most common (75%) causative drugs among those with drug allergies were antimicrobials and anti-epileptic drugs. The estimated incidence of drug allergy was 4.2 per 1000 hospitalizations (95% confidence interval [CI] 2.93, 5.46), and the estimated mortality attributable to drug allergy was 0.09 per 1000 hospitalizations (95% CI 0.06, 0.12).

In Korea, a mandatory reporting system for immunologically-mediated drug hypersensitivity reactions monitored by an inpatient team of allergists in a university hospital was described [31]. There were 2682 reported cases of ADE (4.84%) among 55 432 admissions. Following allergists' review, 532 were identified as significant drug hypersensitivity reactions, of which 100 were new events. There were 70% of new drug hypersensitivity reactions presenting with cutaneous manifestations, of which 2% developed exfoliative dermatitis and 1% developed SJS/TEN. Anaphylaxis occurred in 11% of all new drug hypersensitivity reactions. The most common culprit drugs among new drug hypersensitivity reactions were antibiotics (32%), radiocontrast media (26%) and antineoplastic drugs (17%). The estimated incidence of drug hypersensitivity reactions was 0.18 per 100 hospital admissions.

## Studies in children and adolescents

The overall incidence of ADRs, based on prospective studies in children and adolescents, was 10.9% in hospitalized children, 1.5% in outpatient children, and rate of hospital admission due to ADRs 2.1% [32, 33]. Community-based studies [34] have shown that there is generally an



**Table 1**

Summary of prospective studies on adverse drug reactions with differentiation into non-allergy and allergy

| Year | Author | Type of study | Period of study | Types of reaction studied | Number studied | Patient type | Number with ADR | Number with severe ADR | Types of ADR | Implicated drugs |
|---|---|---|---|---|---|---|---|---|---|---|
| **1983** | Allain *et al.* [22] | • Prospective<br>• Departmental | 12 months | Cutaneous ADR | 550 | Inpatient | 30 (5.6%) | 1 death | Erythroderma<br>Drug eruption | Cardiovascular drugs<br>Anti-inflammatory drugs<br>Antimicrobials |
| **1986** | Bigby *et al.* [23] | Boston Collaborative Drug Surveillance Programme BCDSP | 3 years 8 months | Cutaneous ADR | 15 438 | Inpatient | 347 (2.2%) | Unknown | 95% morbilliform<br>5% urticaria | Amoxicillin (5.1%)<br>Ampicillin (4.5%)<br>Penicillins (4.5%)<br>Cotrimoxazole (3.7%)<br>Cephalosporins (1.5%)<br>Gentamicin (1%) |
| **1991** | Classen *et al.* [24] | Prospective | 1 year 6 months | ADR | 36 653 | Inpatient | 731 (1.8%) | Unknown | 32.7% allergic | Unknown |
| **1995** | Rademaker *et al.* [25] | • Prospective<br>• Departmental<br>• Case verification by dermatologist | 6 months | Cutaneous ADR | 60 | Inpatient | 27 allergy<br>4 allergic contact dermatitis | Unknown | Unknown | Penicillin<br>Furosemide<br>Prednisolone<br>Allopurinol<br>Carbamazepine |
| **1997** | Hunziker *et al.* [26] | • Comprehensive Hospital Drug Monitoring (CHDM)<br>• Prospective<br>• Multi-centre<br>• Case verification by dermatologist | 40 years | Cutaneous ADR | 48 005 | Inpatient | 1308 allergy | Nil | 91.2% maculopapular 5.9% urticaria<br>1.4% vasculitis<br>0.38% erythema multiforme<br>0.45% fixed drug eruption | Penicillins (8.0%)<br>Cotrimoxazole (2.8%)<br>Cephalosporin (1.9%) |
| **2001** | Sharma *et al.* [27] | Prospective | 6 years | Cutaneous ADR | 500 | Inpatient | 500 | 10 deaths from TEN | 34.6% maculopapular<br>30.0% fixed drug eruption<br>14.0% urticaria | Antimicrobials (42.6%)<br>Anticonvulsants (22.2%) |
| **2002** | Thong *et al.* [28] | • Prospective<br>• Electronic, Inpatient Drug Allergy Reporting System<br>• Drug allergy verified by allergist | 2 years | Cutaneous and systemic drug allergies<br>Incidence of allergic reactions = 4.2/1000 hospitalizations | 366 | Inpatient | 210 allergy | 11 (5.2%)<br>- SJS (3.3%)<br>- TEN (1.4%)<br>- GED (0.5%)<br>4 deaths | 95.7% cutaneous<br>- 62.7% maculopapular<br>- 17.9% urticaria<br>30.0% systemic<br>- 52.4% hepatic<br>- 44.4% fever<br>- 27% haematological | Penicillins (25.2%)<br>Cephalosporins (15.7%)<br>Cotrimoxazole (9.0%)<br>Phenytoin (8.1%)<br>Carbamazepine (6.2%)<br>Allopurinol (5.7%) |
| **2003** | Fiszenson-Albala *et al.* [29] | • Prospective<br>• Drug allergy verified by dermatologist and pharmacologist | 6 months | Cutaneous allergy<br>Prevalence of cutaenous allergic reactions = 3.6/1000 hospitalizations | 48 | Inpatient | 48 allergy | 24% severe | 57% exanthema<br>8% erythroderma<br>2% SJS/TEN. | 21% betalactams |
| **2006** | Hernández-Salazar *et al.* [30] | Prospective | 10 months | Cutaneous ADR | 4785 | Inpatient | 35 | AGEP 2.4%<br>SJS 4.9%<br>TEN 2.4%<br>DiHS 2.4%<br>1 death | Morbilliform rash 51.2%<br>Urticaria 12.2%<br>Erythema multiforme 4.9% | Amoxicillin clavulanate (22.9%)<br>Metamizole (11.4%)<br>Amphotericin B (5.7%) |
| **2008** | Park *et al.* [31] | • Prospective<br>• Electronic, Inpatient Drug Allergy Reporting System<br>• Drug allergy verified by allergist | 7 months | Cutaneous and systemic drug allergies<br>Incidence of drug hypersensitivity = 1.8/1000 hospitalizations | 532 | Inpatient | | 16% severe<br>SJS/TEN 1%<br>Anaphylaxis 11% | 70% cutaneous<br>- Urticaria/ angioedema 26%<br>- Maculopapular 33%<br>30% systemic<br>- Respiratory 18%<br>- Fever 3%<br>- Hepatic 1%<br>- Haematologic 1% | Antibiotics (32%),<br>Radiocontrast media (26%)<br>Antineoplastic drugs (17%). |



overestimation of the rates of ADRs/drug allergy among children and adolescents, with parental self-reporting of ADRs of 2.5–10.2% compared with confirmed drug allergy of 6% following allergological tests. The majority of paediatric studies on ADRs looked at overall prevalence or incidence of ADRs without categorizing these into allergic and non-allergic drug hypersensitivity. There has only been one 10 year retrospective cohort study of paediatric patients who experienced an ADR (pharmacist reviewed) at a community-based, tertiary care, children's teaching hospital in the United States [35] which showed that 51% were deemed to be allergic/idiosyncratic in nature, and 24% of all ADRs were attributed to drug hypersensitivity reactions/SJS predominantly from phenytoin and carbamazepine. Antibiotics were the most common cause of ADRs (33%), followed by narcotic analgesics (12%) and anticonvulsants (11%). There were two deaths, neither of which was definitively due to drug allergy. Apart from this study, there are no other studies in children or adolescents looking specifically at the types and causes of paediatric drug allergy.

## Studies from outpatients

Most of the studies from allergy centres and clinics involve either inpatients alone, outpatients or both and involve adults and/or children. These studies may not be reflective of the true incidence/prevalence of drug allergy in the community in view of referral bias. It is likely that only the more severe and/or complex cases would be referred to an allergy clinic. The comparator in these studies was often the number of all cases referred to the allergy clinic/centre during the study period.

The Spanish *Alergológica* 2005 study was a descriptive, cross sectional, prospective observational epidemiologic study in Spain, involving 332 allergists across the country. Gamboa [36] reported 4991 adult patients consulting allergology services for the first time. There were 732 patient consultations for possible drug allergies. Among these, 26.6% of cases were diagnosed to have drug allergies, 75% reported only cutaneous symptoms, 0.75% SJS and 10% anaphylaxis. Antibiotic allergy accounted for 47% of drug allergies, of which 73% were due to amoxicillin, 29% were caused by NSAIDs and 10% by pyrazolones. The most common diagnostic tests used were skin tests and oral drug provocation tests. Ibanez & Garde [37] analysed the data from patients younger than 14 years from the *Alergológica* 2005 study. A sub-group analysis of 69 patients (7.5% of total patient consults) younger than 14 years who consulted the allergology service for the first time for suspected drug allergy, showed a 3% prevalence of drug hypersensitivity with the majority of cases attributed to antibiotics and NSAIDs.

England *et al*. [38] reviewed a total of 1284 inpatient allergy/immunology consults from 1987 to 2001 from the United States, where 36% of consults were for evaluation of ADRs. Dietrich *et al*. [39] followed up with a review of allergy/immunology consults in the same US centre from January to December 2006. A total of 1412 outpatient paediatric and adult consults were requested of which 4.7% were for suspected drug allergy.

## Studies from emergency department (ED) attendances

Emergency room attendances are often used to study the incidence and prevalence of severe types of allergic reactions requiring urgent attention, in particular anaphylactic reactions. In the United States National Electronic Injury Surveillance System: Co-operative Adverse Drug Events Surveillance System (NEISS-CADES) [40], the estimated incidence for ADRs between 2004–05 was 2.4 ED visits per 1000 population (95% CI 1.7, 3.0 per 1000 persons). Drug allergies comprised 33.5% of all ADR-related ED visits, with 11.3% requiring hospitalization. Cohen *et al*. [41] subsequently conducted a prospective cohort study on a paediatric population using data from the NEISS-CADES project where the annual estimated population incidence for ADRs in children ≤ 18 years old was 2 per 1000 persons (95% CI 1.5, 2.6 per 1000 persons). Of these cases, 35% were attributed to drug allergy (based on history alone) with the most common putative drug class being antimicrobial agents (60.8%). No deaths were reported.

The majority of the other studies on the prevalence of drug allergy in emergency departments were retrospective. In Italy, a retrospective study over a 6 year period on the incidence of allergic diseases in a Novaran hospital emergency department showed that out of 6107 of 165 120 visit records for suspected allergic reactions, drug allergy was reported in 7.5% of adult patients and 6.1% of paediatric patients [42]. The other studies on ED attendances among adults and children, predominantly on all causes of anaphylaxis, will be discussed in a later section.

## Studies from pharmacovigilance databases

Pharmacovigilance databases may take the form of ADRs collated from spontaneous reporting or intensive monitoring of prescriptions via electronic prescribing or dispensing systems, each with its inherent limitations [43]. Several attempts have been made to obtain epidemiological data on drug allergies from such databases of ADRs.

From a retrospective case control study using an ADR database of the Italian Interregional Group of Pharmacovigilance (GIF) which collected spontaneous ADR reports from seven regions in Italy, Salvo *et al*. investigated drug allergy associated with oral drug usage from the period 1988 to 2006 [44]. Drug allergy was defined as anaphylactic

shock or anaphylactoid reaction; cutaneous or systemic reactions (involving at least two organs/systems involvement), with time to onset (not defined) suggesting an allergic reaction. Each case was reviewed by an *ad hoc* panel comprising toxicologists, clinical pharmacologists and pharmacists. A total of 27 175 ADRs were analysed, of which 3143 (11.6%) were deemed to be due to drug allergy. The causative drug classes with significant reported odds ratio (ROR) were antibiotics (2.92, 95% CI 2.71, 3.15) and NSAIDs (1.65, 95% CI 1.51, 1.81). The study showed that among antibiotics, cinoxacin (6.88, 95% CI 4.19, 11.29) and moxifloxacin (4.20, 95% CI 3.19, 5.55) were related with the highest ROR values, while propionic acid derivatives (2.75, 95% CI 2.30, 3.28) and, in particular, ibuprofen (4.2, 95% CI 3.13, 5.63) showed the highest ROR values among NSAIDs.

The French Pharmacovigilance database was established in 1985 to register spontaneous reporting of ADRs. By law, every prescriber in France must report 'serious' or 'unexpected' ADRs to their French Regional Pharmacovigilance Centre. A recent study on allergic drug reactions to local anaesthetic agents using the French Pharmacovigilance database and the GERAP (Groupe d'Etudes des Re'actions Anaphylactoïdes Peranesthe'siques: study group of peranaesthetic anaphylactoid reactions) database over a 12 year period (1995–2006), identified 16 reports (seven from the Pharmacovigilance database and nine from the GERAP database) [45]. Local anaesthetic allergic reactions occurred mostly in young females (female : male sex ratio 14:2). An immediate-type allergic reaction was encountered in 11/16 cases. Lidocaine was found to be the local anaesthetic most often involved (11/16). Skin prick, intradermal and drug provocation tests were used to confirm the diagnosis. Cross-reactivity between the different amide type local anaesthetics was found in six cases (lidocaine-mepivacaine in all cases).

Collaborations similar to this and the Galenda project [17], comprising allergologists, toxicologists, pharmacologists and pharmacists working through such pharmacovigilance databases, are very useful sources of information in defining the true incidence, prevalence and patterns of allergic drug hypersensitivity.

## Serious drug allergies

### *Drug-induced anaphylaxis*

The epidemiology of all causes of anaphylaxis in the United States, United Kingdom, Europe, Australia, New Zealand, Korea, Singapore and Thailand has been described in several studies involving both adults and children [46–68] and are summarized in Table 2. The population prevalence or incidence of anaphylaxis has been difficult to quantify because of a lack of consensus on the definition of anaphylaxis, analysis of different sample populations, and the use of varying methodologies for data collection. The estimated incidence or prevalence of anaphylaxis in western countries is in the range of 8–50 per 100 000 person-years, with a lifetime prevalence of 0.05–2.0% [69]. However, the true incidence/prevalence and mortality due to drug-induced anaphylaxis is unknown. In these studies, drugs (penicillin, anaesthetic agents given during the peri-operative period) were a common cause of IgE-mediated allergic anaphylaxis. NSAIDs and radiocontrast media were common causes of non-allergic anaphylaxis. Drug-induced anaphylaxis was highest in the 55–84 year age group (3.8/100 000 population) with a predominance of males in the less than 15 year age group in Australia [68], and were the most common cause of fatalities in the United Kingdom [52], New Zealand [63] and Australia [55].

Among all causes of drug-induced anaphylaxis, penicillin in the 1960s and 1970s was purported to be the most common cause of drug-induced anaphylaxis in the United States [70, 71]. Subsequently there has been little epidemiological evidence to show this to be true [72]. Drugs used during the peri-operative period are another important cause of anaphylaxis in several studies worldwide. The estimated incidence of all immune- and non immune-mediated immediate anaesthetic hypersensitivity reactions was 1 in 5000 to 1 in 13 000 in Australia [73], 1 in 4600 in France [74], 1 in 5000 in Thailand [75], 1 in 1250 to 1 in 5000 in New Zealand and 1 in 3500 in England [76]. The estimated incidence of immune-mediated reactions was 1 in 10 000 to 1 in 20 000 in Australia [73], 1 in 13 000 in France [74], 1 in 10 263 in Spain, 1 in 5500 in Thailand [75] and 1 in 1700 to 1 in 20 000 in Norway [77]. The most common causes were neuromuscular blocking agents (NMBA) and antibiotics [78].

### *Severe cutaneous adverse reactions (SCAR)*

The reported incidence for SJS/TEN is between 1.4 and 6 per million person-years [79–81]. The estimated mortality from SJS is 10%, SJS/TEN overlap 30% and TEN almost 50% [9]. Various cohorts on SCAR have been described since the 1990s [79–93] from Europe, United States, South Asia and the Asia Pacific (Table 3). Most of these described cohorts included both adult and paediatric inpatients, with only a limited number describing organ and systemic manifestations of SCAR. Antibiotics and anticonvulsants were the classes of drugs most commonly implicated in most series.

Large multicentre collaborative European SCAR registries include the population-based registry of SCAR in Germany [86], the prospectively-ascertained study of community cases in the SCAR and case-control EuroSCAR studies [92], and the RegisSCAR study comprising both community- and hospital-onset SCAR with clear definitions of SCAR comprising SJS, TEN and overlap syndromes [5]. These studies have shown that the time to onset of SCAR was within 4 weeks, although this varies among different drugs; certain drugs were 'high risk' for SCAR (e.g. cotrimoxazole, allopurinol, carbamazepine, phenytoin, phenobarbital and oxicam-NSAIDs), and no significant risk persisted beyond 8 weeks of use [92]. AGEP was recently



## Table 2

Summary of epidemiological studies on anaphylaxis including drugs as a cause

| Year | Author | Type of study | Period of study | Country | Number of cases | Age (range) | Sex F : M | Causes | Outcome measures |
|---|---|---|---|---|---|---|---|---|---|
| **1994** | Yocum *et al.* [47] | Retrospective allergy clinic | 3 years 6 months | United States | 179 | Mean 36 years | 1.9:1 | Food (33%)<br>Idiopathic (19%)<br>Insect venom (14%)<br>Drugs (13%)<br>Exercise (7%) | Nil |
| **1995** | Kemp *et al.* [48] | Retrospective allergy clinic | 14 years | United States | 266 | Paediatric and adult<br>Mean 38 years (12–75) | 1.4:1 | Idiopathic (37%)<br>Food (34%):<br>Drugs (20%): NSAID<br>Exercise (7%)<br>Latex (0.8%) | Nil |
| **1996** | Pumphrey *et al.* [49] | Retrospective allergy clinic | Unknown | United Kingdom | 172 | Paediatric and adult<br>5 months – 69 years | 1:1 | Peanut (42)<br>Tree nut (23)<br>Other food (20)<br>FDEIA (5)<br>Venom (6 bee, 22 wasp)<br>NMRB (7)<br>NRL (6)<br>Idiopathic (20) | Nil |
| **1998** | International Collaborative Study of Severe Anaphylaxis [50] | Prospective, multicentre | 3 years | Hungary, Spain, India, Sweden | 123 | Unknown | Unknown | Unknown | Mortality 2% |
| **1998** | Novembre *et al.* [51] | Retrospective paediatric allergy clinic | 2 years | Italy | 76 | Unknown | 0.5:1 | Food (57%)<br>Venom (12%)<br>Drugs (11%)<br>Exercise (9%)<br>Idiopathic (6%)<br>Vaccines (2%)<br>Additives (1%)<br>Specific immunotherapy (1%)<br>NRL (1%) | Nil |
| **2000** | Pumphrey & Roberts [52] | Retrospective fatal anaphylaxis registry | 8 years | United Kingdom | 56 | Paediatric and adult<br>Median 52 years (7–85) | 1.5:1 | Drugs (38%)<br>Venom (34%)<br>Food (28%) | Nil |
| **2001** | Pastorello *et al.* [53] | Retrospective emergency room attendances | 2 years | Italy | 140 | Unknown | Female | Food (39%)<br>Drugs (36%)<br>Idiopathic (21%)<br>Venom (2%)<br>Others (2%) | Incidence 4% |
| **2001** | Cianferoni *et al.* [54] | Retrospective inpatient hospitalizations | 11 years | Italy | 107 | Adult<br>Mean 48 ± 18 years | 0.8:1 | Drugs (49%)<br>Venom (29%)<br>Food (8%)<br>Specific immunotherapy (6%)<br>Idiopathic (6%)<br>Exercise (2%) | Nil |





**Table 2**
Continued

| Year | Author | Type of study | Period of study | Country | Number of cases | Age (range) | Sex F : M | Causes | Outcome measures |
|---|---|---|---|---|---|---|---|---|---|
| **2001** | Brown *et al.* [55] | Retrospective emergency room attendances | 1 year | Australia | 142 | Paediatric and adult ≥ 13 years<br>Mean 37.3 ± 15.8 years (14–86) | 1.5:1 | Drugs ]<br>Venom ] 73%<br>Food ]<br>Idiopathic (27%) | Incidence 1:439<br>Mortality 0.7% |
| **2004** | Helbling *et al.* [56] | Retrospective case review from hospitals/allergy clinics | 3 years | Switzerland | 226 | Paediatric and adult<br>Mean 41 years (5–74) | 0.9:1 | Venom (59%)<br>Drugs (18%)<br>Food (10%)<br>Idiopathic (5.3%) | Annual incidence 7.9–9.6/100 000 inhabitants<br>Mortality 1.3% |
| **2004** | Peng & Jick [57] | Observational follow-up (UK General Practice Research Database) | 6 years | United Kingdom | 675 | Unknown | Unknown | Venom<br>Drugs | Incidence 8.4/100 000 person-years<br>Mortality 0.1% |
| **2004** | Bohlke *et al.* [58] | Retrospective study from health maintenance organization diagnosis codes | 6 years | United States | 67 | Paediatric<br>Median age 12 years (7 month–17 years) | 0.7:1 | Unknown | Incidence 10.5/100 000 person-years |
| **2004** | Cianferoni *et al.* [59] | Prospective follow-up study | 7 years | Italy | 76 | Paediatric | Unknown | Unknown | Nil |
| **2005** | Thong *et al.* [60] | Retrospective allergy clinic | 3 years 8 months | Singapore | 67 | Adult | 0.5:1 | Food (44.8%)<br>Insect stings (32.8%)<br>Idiopathic (22.4%) | Nil |
| **2006** | Webb *et al.* [61] | Retrospective medical record review from private university-affiliated allergy-immunology practice | 25 years | United States | 601 | Adult and paediatric<br>Mean 37 years (1–79) | 1.6:1 | Food (22%)<br>Drugs (11%)<br>Exercise (5%) | Nil |
| **2006** | Braganza *et al.* [62] | Retrospective, case based study of paediatric ED visits | 3 years | Australia | 57 | Paediatric<br>Median age 4.1 years (0.2–14.1) | Unknown | Food (56%)<br>Idiopathic (31.8%)<br>Drug (5.3%)<br>Insect venom (5.3%) | Incidence 1:1000 |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **2006** | Low & Stables [63] | Review of coronial autopsies | 20 years | New Zealand | 18 | Adult<br>Mean 52 years (33–76) | 1:1 | Drugs (55.5%) (anaesthetic agents, antibiotic)<br>Insect venom (22.2%)<br>Food (11.1%)<br>Idiopathic (11.1%) | Nil |
| **2007** | Jirapongsananu-ruk *et al*. [64] | Retrospective review of hospitalized inpatients | 6 years | Thailand | 101 | Paediatric and adult<br>Mean 24 ± 22 years | Paed: more males<br>Adult: more females | Drugs (50%)<br>Food (24%)<br>Idiopathic (15%)<br>Insect venom (11%) | Annual occurrence of anaphylaxis increased from 9.16 per 100 000 admitted persons in 1999 to 55.45 per 100 000 admitted persons in 2004.<br>Case fatality rate was 0.19 per 100 000 admitted persons. |
| **2007** | Yang *et al*. [65] | Retrospective review inpatients, outpatients and emergency department attendances | 6 years 6 months | South Korea | 138 | Unknown | Unknown | Drugs (35.3%): RCM most common<br>Food (21.3%): buckwheat most common<br>FDEIA (13.2%)<br>Insect stings (11.8%), Exercise induced (2.9%)<br>Blood products (1.5%)<br>NRL (0.7%). | Prevalence 0.014%<br>Mortality rate 0.0001%. |
| **2008** | Decker *et al*. [66] | Population-based incidence study | 10 years | United States | 211 | Paediatric and adult<br>Mean age<br>29 ± 18 years<br>(0.8–78.2) | 1.3:1 | Food (33.2%)<br>Insect venom (18.5%)<br>Drugs (13.7%)<br>Idiopathic (25.1%) | Overall age- and sex-adjusted incidence rate was 49.8 (95% CI 45.0, 54.5) per 100 000 person-years. Age-specific rates were highest for ages 0 to 19 years (70 per 100 000 person-years).<br>Overall incidence rate 49.8 per 100 000 person-years. |
| **2008** | De Silva *et al*. [67] | Retrospective, paediatric emergency department | 5 years | Australia | 123 episodes in 117 patients | Paediatric<br>Median 2.4 years (IQR 1.4–6.6) | Unknown | Food (85%)<br>Idiopathic (7%)<br>Drugs (6%)<br>Insect venom (3%) | Mortality 1% |
| **2009** | Liew *et al*. [68] | Retrospective study all anaphylaxis fatalities from National Mortality Database | 9 years | Australia | 112 | Adult and paediatric | Unknown | Probable drug (38%)<br>Drug (22%)<br>Insect venom (18%)<br>Indeterminate (13%)<br>Food (6%)<br>Others (5%) | Relative number of deaths to admissions was<br>1:1000 for food-induced anaphylaxis and 11:1000 for non-<br>food-induced anaphylaxis.<br>Rate of anaphylaxis<br>fatality in Australia<br>0.64 deaths per million population<br>per year. |

FDEIA, food dependent exercise induced anaphylaxis; NMRB, neuromuscular receptor blockers; NRL, natural rubber latex.

## Table 3

Summary of epidemiological studies on severe cutaneous adverse reactions (SCAR)

| Year | Author | Type of study | Period of study | Country | Number of cases | Age (range) | Sex F : M | Systemic manifestations | Causes | Outcome measures |
|---|---|---|---|---|---|---|---|---|---|---|
| **1986** | Guillaume *et al.* [6] | Prospective, TEN | 13 years | France | 87 | Unknown | Unknown | Unknown | Sulfonamides (20.7%) – sulfamethoxazole/trimethoprim (67%)<br>Anticonvulsants (8%) – barbiturates and carbamazepine only<br>NSAIDs (33.3%) -phenylbutazone, oxicam derivatives<br>Allopurinol (3.4%)<br>Chlormezanone (3.4%) | Unknown |
| **1990** | Chan *et al.* [79] | Retrospective, EM/SJS/TEN | 14 years | United States | 37 EM/SJS /TEN | Unknown | Unknown | Unknown | 43% attributed to drugs<br>Drug therapies with reaction rates in excess of 1 per 100 000 exposed individuals include phenobarbital (20 per 100 000), nitrofurantoin (7 per 100 000), sulfamethoxazole and trimethoprim, and ampicillin (both 3 per 100 000), and amoxicillin (2 per 100 000). | Incidence of TEN alone due to all causes was 0.5 per 106 person-years.<br>Incidence of EM, SJS, or TEN associated with drug use were 7.0, 1.8, and 9.0 per 106 person-years, respectively, for persons younger than 20 years of age, 20 to 64 years of age, and 65 years of age and older. |
| **1990** | Schopf *et al.* [81] | Retrospective, SJS/TEN | 5 years | Germany | 259 TEN 315 SJS | Mean age 63 years (TEN); 25 years (SJS) | TEN: 2:1; SJS: 1:2 | Unknown | Antibiotics (TEN, 40%; SJS, 34%)<br>Analgesics (TEN, 23%; SJS, 33%) | TEN: Annual risk of 0.93 per million, mortality 34%<br>SJS: Annual risk 1.1 per million, mortality 1% |
| **1990** | Roujeau *et al.* [82] | Retrospective, TEN | 5 years | France | 399 TEN | Unknown | Unknown | Unknown | Sulfadiazine<br>Isoxicam<br>Oxyphenbutazone<br>Phenytoin<br>Fenbufen<br>Cotrimoxazole | Incidence 1.2 cases per million per year |
| **1993** | Leenutaphong *et al.* [84] | Retrospective, SJS and TEN | 9 years | Thailand | Total = 78<br>58 SJS, 20 TEN | Unknown | Unknown | Unknown | Antibiotics (41%) – penicillin, sulfonamides, tetracycline, erythromycin<br>Anticonvulsants (11.5%) – phenytoin, carbamazepine barbiturates<br>Antitubercular drugs (10.3%) – thiacetazone | Mortality rate 14%; 40% TEN, 5% SJS |
| **1995** | Roujeau *et al.* [85] | Retrospective, Case-control study | 4 years | France, Germany, Italy, and Portugal | Total = 245<br>SJS 89<br>SJS-TEN overlap 76<br>TEN 80 | Unknown | Unknown | Unknown | Sulfonamides, trimethoprim-sulfamethoxazole<br>Carbamazepine<br>Oxicam NSAIDs<br>Chlormezanone<br>Phenytoin<br>Allopurinol | Unknown |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **1996** | Rzany *et al.* [86] | Retrospective, dZh German population-based registry for severe skin reactions. | 2 years 8 months | Germany | SJS 139<br>SJS-TEN overlap 95<br>TEN 56 | Unknown | Unknown | Unknown | Unknown | Incidence of SJS/TEN<br>Up to 1.89 per 1 million inhabitants per year |
| **1998** | Kamaliah *et al.* [87] | Retrospective, EM/SJS/TEN (EM excluded in this table) | 8 years | East Malaysia | Total = 25<br>22 SJS, 3 TEN | 19 adult and 6 paediatric<br>Paed: 10 month–12 years<br>Adult: 15–65 years | 0.73:1 | Fever (62.1%)<br>Leukocytosis (34.5%)<br>Hepatitis (31%) | Antibiotics (36%)<br>Cotrimoxazole<br>Ampicillin/amoxicillin<br>Anticonvulsants (32%)<br>Allopurinol (4%) | Mortality: TEN 37.3%, SJS 4.5% |
| **1999** | Wong *et al.* [87] | Retrospective, SJS/TEN | 12 years | Australia | Total = 17<br>10 SJS, 7 TEN | Mean age 61.5 years | 0.5:1 | Unknown | Betalactam antibiotics (52.9%) | Mortality: 28.6% TEN 10% SJS |
| **2007** | Gerdts *et al.* [89] | Retrospective | 15 years | The Netherlands | 19 | Adult and paediatric<br>Mean age<br>45.6 ± 23.9 years (5–70) | 1.6:1 | Unknown | Anticonvulsants – phenytoin/ carbamazepine (36.8%)<br>Amoxicillin (10.5%) | Mortality (15.8%) |
| **2007** | Yamane *et al.* [90] | Retrospective, all cases published from Japan | 6 years | Japan | Total = 117<br>52 SJS, 65 TEN | SJS: mean 45.2 years<br>TEN: mean 45.7 years | SJS 1.7:1 TEN | Hepatitis (55.6%)<br>Respiratory (25.6%)<br>Renal dysfunction (19.7%) | Anticonvulsants (17.9%)<br>Antibiotics (17.1%)<br>NSAIDs (12.8%) | Mortality: SJS 1.9% TEN 6.2% |
| **2008** | Sharma *et al.* [91] | Retrospective | 3 years | India | Total = 30<br>15 TEN, 9 SJS-TEN overlap and 6 SJS | Paediatric and adult<br>Mean age<br>22.3 ± 15.4 years<br>(4–65) | 1.2:1 | Haematological (86.7%)<br>Hepatitis (36.7%)<br>Renal (13.3%)<br>Pnemonitis (10%) | Anticonvulsants (35.1%) – phenytoin 45%, carbamazepine 30%<br>Antibiotics (33.3%) – cephalosporins 26%<br>NSAIDS (24.6%). | Mortality 16.7%<br>13.3% TEN, 3.3% SJS-TEN overlap |
| **2008** | Mockenhaupt *et al.* [92] | Retrospective, case-control (EuroSCAR) | Unknown | Europe | Total = 379<br>134 SJS, 136 SJS/TEN-overlap, 109 TEN | Paediatric and adult<br>Median 50 years (IQR 28–68)<br>(1–95) | 1.6:1 | Unknown | Nevirapine<br>Lamotrigine<br>Carbamazepine<br>Phenytoin<br>Phenobarbital<br>Cotrimoxazole and other anti-infective sulfonamides<br>Sulfasalazine<br>Allopurinol<br>Oxicam-NSAIDs | Unknown |
| **2010** | Wetter *et al.* [93] | Retrospective | 8 years | United States | 27 SJS | Paediatric and adult<br>Mean 28.1 ± 22.3 years | 0.7:1 | Fever (70%)<br>Hepatitis (37%)<br>Leukocytosis (22%) | 74% drug related<br>Antibiotics (35%) – cotrimoxazole<br>Anticonvulsants (35%) – phenytoin, lamotrigine<br>NSAID (10%) | Mortality 5% |

included as one of the SCAR in the EuroSCAR studies [94]. Medications associated with AGEP (aminopenicillins, pristinamycin, quinolones, hydroxychloroquine, diltiazem) were different from those associated with SJS/TEN. Different latent periods from drug intake to reaction onset were observed for different drugs (e.g. median treatment duration of 1 day for antibiotics *vs.* 11 days for non-antibiotics), shorter than the overall time to onset for most SJS/TEN reactions.

Hospital-based studies from a district in China [95] showed an overall prevalence of 0.32 per 1000 hospitalizations, 0.15 per 1000 hospitalizations for SJS, 0.04 per 1000 for TEN, and 0.07 per 1000 for DRESS. Antibiotics were the most common putative drug followed by anti-epileptic drugs and traditional Chinese medicines. The risk of SCAR from systemic drugs among hospitalized patients was 0.03/1000 (0.02/1000 for SJS, and 0.01/1000 for ED and DRESS). The reported incidence of SCAR in the Haidian district was not less than 1.8 per million person-years. The reported incidence of erythema multiforme, SJS, TEN and DRESS in the Haidian district was not less than 0.6, 0.8, 0.05 and 0.4 per million person-years, respectively. The most common underlying disorders were infection, pain-related diseases and epilepsy.

## Risk factors for drug allergy

### *Drug related factors*

Drug related factors that affect its immunogenicity include its ability to act as a hapten, a prohapten or to bind covalently to immune receptors (Pi concept) [96]. Thus, certain classes of drugs tend to be associated with a higher frequency of drug allergies compared with others [97]. Although it is believed that intermittent and repeated administrations appear to be more sensitizing than uninterrupted treatment, and parenteral administration appears to be more sensitizing than the oral route, rigorous studies to support these are lacking.

### *Host related factors*

Females appear more likely to develop drug allergies than males, but this may be attributable to the overall female predominance in ADRs. In the *Alergológica* 2005 study [36], the female : male ratio of first time consults for drug allergy was approximately 2:1. The incidence of self reported drug allergy was also generally higher in females than in males [98]. Other studies have also shown that overall women appear to be more affected than men [99, 100]. In our registry of hospitalized patients with drug allergy, hospitalized females were statistically significantly more likely to develop drug allergy than males, although there were no significant differences in the clinical manifestations and mortality between both genders [101].

With regards to age groups, it is unclear at this point if the incidence of drug allergy is indeed lower in children [33, 102]. Although children are less likely to be exposed repeatedly to drugs necessary for sensitization to occur, widespread prescribing of certain drugs may theoretically increase the risk for sensitization in certain groups of children, for instance antibiotic sensitization in children with chronic diseases. The incidence of ADRs and ADR-associated hospitalization increases with age, but the association of age with drug allergy is less well studied [102]. Manifestations and outcome of drug allergy in elderly hospitalized patients appear to be similar to the non-elderly, but serious reactions (anaphylaxis, SJS, TEN, DiHS) are less common [103].

Concomitant disease states may predispose to the development of allergic drug reactions by altering metabolic pathways and inducing variations in the immunologic responses to drugs. The apparent increased risk for drug allergy in patients with SLE has not been consistently confirmed [104]. Drug allergies are frequently encountered in patients with HIV infection, particularly to certain drugs including cotrimoxazole, abacavir and nevirapine. It is likely that a complex interaction between the underlying state of immune-reconstitution and genetic host factors predisposes to these allergic drug reactions [105]. Similarly, reactivation of herpes virus [Ebstein-Barr virus, human herpes virus (HHV) 6 and 7, cytomegalovirus] appears to be associated with the pathogenesis of DiHS [106]. Atopy does not appear to be a major risk factor for most drug allergies [100].

Ethnicity and genetics appear to be increasingly important in the predisposition to certain types of drug allergy with specific examples discussed below.

## Genetics of drug allergy

The study of medical genetics in recent years has focused on the area of HLA genotypes and their association with severe drug hypersensitivity. To generate an immune reaction, HLA molecules function as antigen presenters to immune T-cells via the T cell receptor (TCR). HLA class I (HLA A, HLA B, HLA C) molecules are ubiquitous and are found on all nucleated cell surfaces. They present intracellular antigens to CD8+ cytotoxic T-cells. HLA class II (HLA DP, HLA DQ, HLA DR) molecules are found on the immune cells and they present extracellular antigens to CD4+ helper T-cells. It has been suggested that MHC presentation of drug derived antigen plays a key role in the development of drug hypersensitivity.

HLA associations that have been described in severe cutaneous adverse reactions include:

- HLA B*1502 associated with carbamazepine induced SJS/TEN in Han Chinese in Taiwan [odds ratio, OR 1357 (95% CI 193, 8838) –2504 (95% CI 126, 49 522)] [106] and Hong Kong (OR 71.9) [107], Thais [OR 25.5 (95% CI 2.68, 242.61)] [108] and Indians [109] but neither in Japanese [110] nor Europeans of non-Asian ancestry [111]. There was no

association seen with maculopapular exanthema (MPE) in Han Chinese from Hong Kong and Thais.

- HLA B*1502 associated with phenytoin induced SJS in Han Chinese in Hong Kong (OR 71.9) [107] and Thais [OR 18.5 (95% CI 1.82, 188.4)] [108], but not with MPE among Han Chinese from Hong Kong.
- HLA B*5801 and allopurinol induced SJS/TEN in Han Chinese from Taiwan [OR 580.3 (95% CI 34.4, 9780.9)] [112], Thais [OR 348.3 (95%CI 19.2, 6336.9)] [113], Japanese [110] and Europeans [111];
- HLA B*5701 and abacavir drug hypersensitivity in Caucasians [OR 117 (95% CI 29, 481)] [114, 115], but not among Blacks [116]. This haplotype has been found to be uncommon in Taiwanese Chinese [117] and Korean populations [118].

A multi-national double-blind prospective randomized study has shown that HLA B*5701 screening prior to the use of abacavir in White populations is useful in preventing abacavir hypersensitivity reactions [119]. Although the United States Food and Drug Administration and Health Canada have also recommended testing for the HLA B*1502 allele in at-risk populations (e.g. South-east Asian ancestry) prior to the prescription of carbamazepine, most regulatory authorities in Asia have not made this mandatory at the moment. Given the strong association of HLA-B*5801 with hypersensitivity to allopurinol across different ethnic populations (i.e. Southeast Asian, Japanese, European), screening all patients before initiating allopurinol may also appear to be prudent in future. However, several factors need to be considered before such screening procedures can be considered cost-effective in the population at risk including: the population prevalence of that specific HLA allele, the prevalence of the condition for which the drug is used, the utilization rate of that particular drug, and lastly, rapid methods of detection, as for HLA-B*5701 and HLA-B*1502, need to be readily available [120, 121].

Apart from HLA associations with serious drug allergies, various other genetic associations have also been reported for:

- IgE mediated penicillin allergy: E237G variant of FcεR1β (high affinity IgE receptor β chain) gene, IL-4RαQ576R polymorphism, IL-4 Il-13-SNP polymorphisms in Chinese [122, 123, 124];
- Immediate allergic reactions to beta-lactams: Il-13 (R130Q and −1055C > T variants) and IL-4RA (150V, S478P, and Q551R variants) polymorphisms in Italians [125]; Ile75Val variant of IL-4Rα gene two linked Il-10 promotor gene polymorphisms (-819C > T and −592C > A) in Causasians [126].
- Antituberculous drug induced hepatitis: CYP2E1 in the Chinese [127] (but not in Korean and British), NAT2 (N-acetyltransferase) in Koreans [128] and GST (glutathione-S-transferase) genotypes in Caucasians [129].

A recent update on genetic and ethnic associations with drug hypersensitivity to different drugs has been reviewed in detail elsewhere [130].

## Conclusion

Epidemiologists study the factors affecting the health and illness of populations, enabling interventions to be made in the interest of public health and preventive medicine. Pharmacoepidemiology is the study of the use and effects (outcomes) of drugs (exposure) in large populations of people. Current epidemiological data on ADRs often do not differentiate immunologically and non-immunologically mediated drug hypersensitivity, study different study populations (different ethnicities, inpatients or outpatients, adults or children), utilize different methodologies (spontaneous *vs*. non-spontaneous reporting), different methods of assessing drug imputability and different methods of data analyses.

Standardization of definitions of terminology used in drug allergy will ensure better comparability among studies, facilitate the validation of *in vivo* and *in vitro* allergological tests, and improve our understanding of the immunological mechanisms underlying different types of drug allergies. Identification of risk factors for drug allergy and appropriate genetic screening of at-risk ethnic groups may improve the outcomes of drug-specific SCAR.

Research and collaboration among epidemiologists, allergists, pharmacologists, pharmacists, toxicologists, geneticists and immunologists, should be advocated as such partnerships will contribute significantly to the generation of clinically-relevant, translational pharmacoepidemiological and pharmacogenomic knowledge, and hence the success of health outcomes research and policies on drug allergies.

## Competing interests

There are no competing interests to declare.

## REFERENCES

**1** World Health Organization. International drug monitoring: the role of national centres. World Health Organ Tech Rep Ser 1972; 498: 1–25.

**2** Rawlins MD, Thompson JV. Pathogenesis of adverse drug reactions. In: Textbook of Adverse Drug Reactions, ed. Davies DM. Oxford: Oxford University Press, 1977; 10.

**3** Morimoto T, Gandhi TK, Seger AC, Hsieh TC, Bates DW. Adverse drug events and medication errors: detection and classification methods. Qual Saf Health Care 2004; 13: 306–14.

4 Johansson SG, Bieber T, Dahl R, Friedmann PS, Lanier BQ, Lockey RF, Motala C, Ortega Martell JA, Platts-Mills TA, Ring J, Thien F, Van Cauwenberge P, Williams HC. Revised nomenclature for allergy for global use: report of the nomenclature review committee of the World Allergy Organization, October 2003. J Allergy Clin Immunol 2004; 113: 832–6.

5 Bastuji-Garin S, Rzany B, Stern RS, Shear NH, Naldi L, Roujeau JC. Clinical classification of cases of toxic epidermal necrolysis, Stevens-Johnson syndrome, and erythema multiforme. Arch Dermatol 1993; 129: 92–6.

6 Guillaume JC, Rojeau JC, Revuz J, Penso D, Touraine R. The culprit drugs in 87 cases of toxic epidermal necrolysis (Lyell's syndrome). Arch Dermatol 1987; 123: 1166–70.

7 Rzany B, Hering O, Mockenhaupt M, Schröder W, Goerttler E, Ring J, Schöpf E. Histopathological and epidemiological characteristics of patients with erythema exudativum multiforme major, Stevens-Johnson syndrome and toxic epidermal necrolysis. Br J Dermatol 1996; 135: 6–11.

8 French LE. Toxic epidermal necrolysis and Stevens Johnson syndrome: our current understanding. Allergol Int 2006; 55: 9–16.

9 Borchers AT, Lee JL, Naguwa SM, Cheema GS, Gershwin ME. Stevens-Johnson syndrome and toxic epidermal necrolysis. Autoimmun Rev 2008; 7: 598–605.

10 Shiohara T, Inaoka M, Kano Y. Drug-induced hypersensitivity syndrome (DIHS): a reaction induced by a complex interplay among herpes viruses and antiviral and antidrug immune responses. Allergol Int 2006; 55: 1–8.

11 Sidoroff A, Halevy S, Bavinck JN, Vaillant L, Roujeau JC. Acute generalized exanthematous pustulosis (AGEP) – a clinical reaction pattern. J Cutan Pathol 2001; 28: 113–9.

12 Halevy S. Acute generalized exanthematous pustulosis. Curr Opin Allergy Clin Immunol 2009; 9: 322–8.

13 Sampson HA, Muñoz-Furlong A, Campbell RL, Adkinson NF Jr, Bock SA, Branum A, Brown SG, Camargo CA Jr, Cydulka R, Galli SJ, Gidudu J, Gruchalla RS, Harlor AD Jr, Hepner DL, Lewis LM, Lieberman PL, Metcalfe DD, O'Connor R, Muraro A, Rudman A, Schmitt C, Scherrer D, Simons FE, Thomas S, Wood JP, Decker WW. Second symposium on the definition and management of anaphylaxis: summary report – Second National Institute of Allergy and Infectious Disease/Food Allergy and Anaphylaxis Network Symposium. J Allergy Clin Immunol 2006; 117: 391–7.

14 Lieberman P. Epidemiology of anaphylaxis. Curr Opin Allergy Clin Immunol 2008; 8: 316–20.

15 Demoly P, Viola M, Gomes ER, Romano A. Epidemiology and causes of drug hypersensitivity. In: Drug Hypersensitivity, ed. Pichler WJ. Basel: Karger, 2007; 2–17.

16 Mockenhaupt M. Epidemiology and causes of severe cutaneous adverse reactions to drugs. In: Drug Hypersensitivity, ed. Pichler WJ. Basel: Karger, 2007; 18–31.

17 Bousquet PJ, Demoly P, Romano A, Aberer W, Bircher A, Blanca M, Brockow K, Pichler W, Torres MJ, Terreehorst I, Arnoux B, Atanaskovic-Markovic M, Barbaud A, Bijl A, Bonadonna P, Burney PG, Caimmi S, Canonica GW, Cernadas J, Dahlen B, Daures JP, Fernandez J, Gomes E, Gueant JL, Kowalski ML, Kvedariene V, Mertes PM, Martins P, Nizankowska-Mogilnicka E, Papadopoulos N, Ponvert C, Pirmohamed M, Ring J, Salapatas M, Sanz ML, Szczeklik A, Van Ganse E, De Weck AL, Zuberbier T, Merk HF, Sachs B, Sidoroff A, Global Allergy, Asthma European Network (GALEN) and Drug Allergy and Hypersensitivity Database (DAHD) and the European Network for Drug Allergy (ENDA). Pharmacovigilance of drug allergy and hypersensitivity using the ENDA-DAHD database and the GALEN platform. The Galenda project. Allergy 2009; 64: 194–203.

18 Demoly P, Kropf R, Bircher A, Pichler WJ. Drug hypersensitivity: questionnaire. EAACI interest group on drug hypersensitivity. Allergy 1999; 54: 999–1003.

19 Torres MJ, Blanca M, Fernandez J, Romano A, Weck A, Aberer W, Brockow K, Pichler WJ, Demoly P, ENDA, EAACI Interest Group on Drug Hypersensitivity. Diagnosis of immediate allergic reactions to beta-lactam antibiotics. Allergy 2003; 58: 961–72.

20 Romano A, Blanca M, Torres MJ, Bircher A, Aberer W, Brockow K, Pichler WJ, Demoly P, ENDA, EAACI. Diagnosis of non-immediate reactions to beta-lactam antibiotics. Allergy 2004; 59: 1153–60.

21 Aberer W, Bircher A, Romano A, Blanca M, Campi P, Fernandez J, Brockow K, Pichler WJ, Demoly P, European Network for Drug Allergy (ENDA), EAACI interest group on drug hypersensitivity. Drug provocation testing in the diagnosis of drug hypersensitivity reactions: general considerations. Allergy 2003; 58: 854–63.

22 Allain H, Chevrant-Breton J, Beneton C, Bousser AM, Bentue-Ferrer D, Mazeas D, Van der Driessche J. Undesirable dermatologic results of drugs. Results of a drug monitoring survey (French). Ann Med Interne (Paris) 1983; 134: 530–6.

23 Bigby M, Jick S, Jick H, Arndt K. Drug-induced cutaneous reactions. A report from the Boston Collaborative Drug Surveillance Programme on 15 438 consecutive patients, 1975 to 1982. JAMA 1986; 256: 3358 – 63.

24 Classen DC, Pestonik SL, Evans RS, Burke JP. Computerized surveillance of adverse drug events in hospitalized patients. JAMA 1991; 266: 2847–51.

25 Rademaker M, Oakley A, Dufill MB. Cutaneous adverse drug reactions in a hospital setting. N Z Med J 1995; 108: 165–6.

26 Hunziker T, Kunzi UP, Braunschweig S, Zehnder D, Hoigne R. Comprehensive hospital drug monitoring (CHDM): adverse skin reactions, a 20-year survey. Allergy 1997; 52: 388–93.

27 Sharma VK, Sethuraman G, Kumar B. Cutaneous adverse drug reactions: clinical pattern and causative agents – a 6 year series from Chandigarh, India. J Postgrad Med 2001; 47: 95–9.

28 Thong BY, Leong KP, Tang CY, Chng HH. Drug allergy in a general hospital: results of a novel prospective inpatient reporting system. Ann Allergy Asthma Immunol 2003; 90: 342–47.

**29** Fiszenson-Albala F, Auzerie V, Mahe E, Farinotti R, Durand-Stocco C, Crickx B, Descamps V. A 6-month prospective survey of cutaneous drug reactions in a hospital setting. Br J Dermatol 2003; 149: 1018–22.

**30** Hernández-Salazar A, Rosales SP, Rangel-Frausto S, Criollo E, Archer-Dubon C, Orozco-Topete R. Epidemiology of adverse cutaneous drug reactions. A prospective study in hospitalized patients. Arch Med Res 2006; 37: 899–902.

**31** Park CS, Kim TB, Kim SL, Kim JY, Yang KA, Bae YJ, Cho YS, Moon HB. The use of an electronic medical record system for mandatory reporting of drug hypersensitivity reactions has been shown to improve the management of patients in the university hospital in Korea. Pharmacoepidemiol Drug Saf 2008; 17: 919–25.

**32** Clavenna A, Bonati M. Adverse drug reactions in childhood: a review of prospective studies and safety alerts. Arch Dis Child 2009; 94: 724–8.

**33** Impicciatore P, Choonara I, Clarkson A, Provasi D, Pandolfini C, Bonati M. Incidence of adverse drug reactions in paediatric in/outpatients: a systematic review and meta-analysis of prospective studies. Br J Clin Pharmacol 2001; 52: 77–83.

**34** Rebelo Gomes E, Fonseca J, Araujo L, Demoly P. Drug allergy claims in children: from self-reporting to confirmed diagnosis. Clin Exp Allergy 2008; 38: 191–8.

**35** Le J, Nguyen T, Law AV, Hodding J. Adverse drug reactions among children over a 10-year period. Pediatrics 2006; 118: 555–62.

**36** Gamboa PM. The epidemiology of drug allergy-related consultations in Spanish Allergology Services: Alergológica-2005. J Investig Allergol Clin Immunol 2009; 19: (Suppl. 2): 45–50.

**37** Ibáñez MD, Garde JM. Allergy in patients under fourteen years of age in Alergológica 2005. J Investig Allergol Clin Immunol 2009; 19: (Suppl. 2): 61–8.

**38** England RW, Ho TC, Napoli DC, Quinn JM. Inpatient consultation of allergy/immunology in a tertiary care setting. Ann Allergy Asthma Immunol 2003; 90: 393–7.

**39** Dietrich JJ, Quinn JM, England RW. Reasons for outpatient consultation in allergy/immunology. Allergy Asthma Proc 2009; 30: 69–74.

**40** Budnitz DS, Pollock DA, Weidenbach KN, Mendelsohn AB, Schroeder TJ, Annest JL. National surveillance of emergency department visits for outpatient adverse drug events. JAMA 2006; 296: 1858–66.

**41** Cohen AL, Budnitz DS, Weidenbach KN, Jernigan DB, Schroeder TJ, Shehab N, Pollock DA. National surveillance of emergency department visits for outpatient adverse drug events in children and adolescents. J Pediatr 2008; 152: 416–21.

**42** Dantonio C, Galimberti M, Barbone B, Calamari M, Airoldi G, Campanini M, Di Pietrantonj C, Avanzi GC. Suspected acute allergic reactions: analysis of admissions to the Emergency Department of the AOU Maggiore della Carit Hospital in Novara from 2003 to 2007. Eur Ann Allergy Clin Immunol 2008; 40: 122–9.

**43** Härmark L, van Grootheest AC. Pharmacovigilance: methods, recent developments and future perspectives. Eur J Clin Pharmacol 2008; 64: 743–52.

**44** Salvo F, Polimeni G, Cutroneo PM, Leone R, Confortic A, Moretti U, Motola D, Tuccori M, Caputi AP. Allergic reactions to oral drugs: a case/non-case study from an Italian spontaneous reporting database (GIF). Pharmacol Res 2008; 58: 202–7.

**45** Fuzier R, Lapeyre-Mestre M, Mertes PM, Nicolas JF, Benoit Y, Didier A, Albert N, Montastruc JL. French Association of Regional Pharmacovigilance Centers. Immediate- and delayed-type allergic reactions to amide local anesthetics: clinical features and skin testing. Pharmacoepidemiol Drug Saf 2009; 18: 595–601.

**46** Kemp SF, Lockey RF. Anaphylaxis: a review of causes and mechanisms. J Allergy Clin Immunol 2002; 110: 341–8.

**47** Yocum MW, Khan DA. Assessment of patients who have experienced anaphylaxis: a 3-year survey. Mayo Clin Proc 1994; 69: 16–23.

**48** Kemp SF, Lockey RF, Wolf BL, Lieberman P. Anaphylaxis: a review of 266 cases. Arch Intern Med 1995; 155: 1749–54.

**49** Pumphrey RS, Stanworth SJ. The clinical spectrum of anaphylaxis in north-west England. Clin Exp Allergy 1996; 26: 1364–70.

**50** The International Collaborative Study of Severe Anaphylaxis. An epidemiologic study of severe anaphylactic and anaphylactoid reactions among hospital patients: methods and overall risks. Epidemiology 1998; 9: 141–6.

**51** Novembre E, Cianferoni A, Bernardini R, Mugnaini L, Caffarelli C, Cavagni G, Giovane A, Vierucci A. Anaphylaxis in children: clinical and allergologic features. Pediatrics 1998; 101: E8.

**52** Pumphrey RS, Roberts IS. Postmortem findings after fatal anaphylactic reactions. J Clin Pathol 2000; 53: 273–6.

**53** Pastorello EA, Rivolta F, Bianchi M, Mauro M, Pravettoni V. Incidence of anaphylaxis in the emergency department of a general hospital in Milan. J Chromatogr B Biomed Sci Appl 2001; 756: 11–7.

**54** Cianferoni A, Novembre E, Mugnaini L, Lombardi E, Bernardini R, Pucci N, Vierucci A. Clinical features of acute anaphylaxis in patients admitted to a university hospital: an 11-year retrospective review (1985–1996). Ann Allergy Asthma Immunol 2001; 87: 27–32.

**55** Brown AF, McKinnon D, Chu K. Emergency department anaphylaxis: a review of 142 patients in a single year. J Allergy Clin Immunol 2001; 108: 861–6.

**56** Helbling A, Hurni T, Mueller UR, Pichler WJ. Incidence of anaphylaxis with circulatory symptoms: a study over a 3-year period comprising 940,000 inhabitants of the Swiss Canton Bern. Clin Exp Allergy 2004; 34: 285–90.

**57** Peng MM, Jick H. A population-based study of the incidence, cause, and severity of anaphylaxis in the United Kingdom. Arch Intern Med 2004; 164: 317–9.

**58** Bohlke K, Davis RL, DeStefano F, Marcy SM, Braun MM, Thompson RS. Vaccine Safety Datalink Team. Epidemiology of anaphylaxis among children and adolescents enrolled in a health maintenance organization. J Allergy Clin Immunol 2004; 113: 536–42.

**59** Cianferoni A, Novembre E, Pucci N, Lombardi E, Bernardini R, Vierucci A. Anaphylaxis: a 7-year follow-up survey of 46 children. Ann Allergy Asthma Immunol 2004; 92: 464–8.

**60** Thong BY, Cheng YK, Leong KP, Tang CY, Chng HH. Anaphylaxis in adults referred to a clinical immunology/allergy centre in Singapore. Singapore Med J 2005; 46: 529–34.

**61** Webb LM, Lieberman P. Anaphylaxis: a review of 601 cases. Ann Allergy Asthma Immunol 2006; 97: 39–43.

**62** Braganza SC, Acworth JP, Mckinnon DR, Peake JE, Brown AF. Paediatric emergency department anaphylaxis: different patterns from adults. Arch Dis Child 2006; 91: 159–63.

**63** Low I, Stables S. Anaphylactic deaths in Auckland, New Zealand: a review of coronial autopsies from 1985 to 2005. Pathology 2006; 38: 328–32.

**64** Jirapongsananuruk O, Bunsawansong W, Piyaphanee N, Visitsunthorn N, Thongngarm T, Vichyanond P. Features of patients with anaphylaxis admitted to a university hospital. Ann Allergy Asthma Immunol 2007; 98: 157–62.

**65** Yang MS, Lee SH, Kim TW, Kwon JW, Lee SM, Kim SH, Kwon HS, Park CH, Park HW, Kim SS, Cho SH, Min KU, Kim YY, Chang YS. Epidemiologic and clinical features of anaphylaxis in Korea. Ann Allergy Asthma Immunol 2008; 100: 31–6.

**66** Decker WW, Campbell RL, Manivannan V, Luke A, St Sauver JL, Weaver A, Bellolio MF, Bergstralh EJ, Stead LG, Li JT. The etiology and incidence of anaphylaxis in Rochester, Minnesota: a report from the Rochester Epidemiology Project. J Allergy Clin Immunol 2008; 122: 1161–5.

**67** de Silva IL, Mehr SS, Tey D, Tang ML. Paediatric anaphylaxis: a 5 year retrospective review. Allergy 2008; 63: 1071–6.

**68** Liew WK, Williamson E, Tang ML. Anaphylaxis fatalities and admissions in Australia. J Allergy Clin Immunol 2009; 123: 434–42.

**69** Tang ML, Osborne N, Allen K. Epidemiology of anaphylaxis. Curr Opin Allergy Clin Immunol 2009; 9: 351–6.

**70** Idsoe O, Guthe T, Willcox RR, DeWeck AL. Nature and extent of penicillin side-reactions, with particular reference to fatalities from anaphylactic shock. Bull World Health Organ 1968; 38: 159–88.

**71** Valentine M, Frank M, Friedland L. Allergic emergencies. In: Asthma and Other Allergic Diseases, NIAID Task Force Report. ed. Drause RM. Bethesda, MD: National Institutes of Health, 1979; 467–507.

**72** Joint Task Force on Practice Parameters, American Academy of Allergy, Asthma and Immunology, American College of Allergy, Asthma and Immunology, Joint Council of Allergy, Asthma and Immunology. The diagnosis and management of anaphylaxis: an updated practice parameter. J Allergy Clin Immunol 2005; 115: (Suppl 2): S483–523.

**73** Fisher MM, Baldo BA. The incidence and clinical features of anaphylactic reactions during anesthesia in Australia. Ann Fr Anesth Reanim 1993; 12: 97–104.

**74** Mertes PM, Laxenaire MC, GERAP. Anaphylactic and anaphylactoid reactions occurring during anaesthesia in France. Seventh epidemiologic survey (January 2001-December 2002). Ann Fr Anesth Reanim 2004; 23: 1133–43.

**75** Thienthong S, Hintong T, Pulnitiporn A. The Thai Anesthesia Incidents Study (THAI Study) of perioperative allergic reactions. J Med Assoc Thai 2005; 88: (Suppl 7): S128–33.

**76** Watkins J. Adverse anaesthetic reactions: an update from a proposed national reporting and advisory service. Anaesthesia 1985; 40: 797–800.

**77** Harboe T, Guttormsen AB, Irgens A, Dybendal T, Florvaag E. Anaphylaxis during anesthesia in Norway: a 6-year single-center follow-up study. Anesthesiology 2005; 102: 897–903.

**78** Mertes PM, Lambert M, Guéant-Rodriguez RM, Aimone-Gastin I, Mouton-Faivre C, Moneret-Vautrin DA, Guéant JL, Malinovsky JM, Demoly P. Perioperative anaphylaxis. Immunol Allergy Clin North Am 2009; 29: 429–51.

**79** Chan HL, Stern RS, Arndt KA, Langlois J, Jick SS, Jick H, Walker AM. The incidence of erythema multiforme, Stevens-Johnson syndrome, and toxic epidermal necrolysis. A population-based study with particular reference to reactions caused by drugs among outpatients. Arch Dermatol 1990; 126: 43–7.

**80** Naldi L, Locati F, Marchesi L, Cainelli T. Incidence of toxic epidermal necrolysis in Italy. Arch Dermatol 1990; 126: 1103–4.

**81** Schopf E, Stuhmer A, Rzany B, Victor N, Zentgraft R, Kapp JF. Toxic epidermal necrolysis and Stevens Johnson Syndrome: an epidemiologic study from West Germany. Arch Dermatol 1991; 127: 839–42.

**82** Roujeau JC, Guillaume JC, Fabre JP, Penso Dominique P, Flechet ML, Girre JP. Toxic epidermal necrolysis (Lyell Syndrome). Arch Dermatol 1990; 126: 37–42.

**83** Strom BL, Carson JL, Halpern AC, Schinnar R, Snyder ES, Shaw M, Tilson HH, Joseph M, Dai WS, Chen D *et al*. A population-based study of Stevens-Johnson syndrome. Incidence and antecedent drug exposures. Arch Dermatol 1991; 127: 831–8.

**84** Leenutaphong V, Sivayathorn A, Suthipinittharm P, Sunthonpalin P. Stevens-Johnson syndrome and toxic epidermal necrolysis in Thailand. Int J Dermatol 1993; 32: 428–31.

**85** Roujeau JC, Kelly JP, Naldi L, Rzany B, Stern RS, Anderson T, Auquier A, Bastuji-Garin S, Correia O, Locati F,

Mockenhaupt M, Paoletti C, Shapiro S, Neil Shear N, Schöpf E, Kaufman DW. Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis. N Engl J Med 1995; 333: 1600–7.

**86** Rzany B, Mockenhaupt M, Baur S, Schröder W, Stocker U, Mueller J, Holländer N, Bruppacher R, Schöpf E. Epidemiology of erythema exsudativum multiforme majus, Stevens-Johnson syndrome, and toxic epidermal necrolysis in Germany (1990–1992): structure and results of a population-based registry. J Clin Epidemiol 1996; 49: 769–73.

**87** Kamaliah MD, Zaimal D, Mokhtar N, Nazmi N. Erythema multiforme, Steven Johnson Syndrome and toxic epidermal necrolysis in North East Malaysia. Int J Dermatol 1998; 37: 520–3.

**88** Wong KC, Kennedy PJ, Lee S. Clinical manifestations and outcomes in 17 cases of Stevens Johnson Syndrome and toxic epidermal necrolysis. Australas J Dermatol 1999; 40: 131–4.

**89** Gerdts B, Vloemans AF, Kreis RW. Toxic epidermal necrolysis; 15 years' experience in a Dutch burns centre. J Eur Acad Dermatol Venereol 2007; 21: 781–8.

**90** Yamane Y, Aihara M, Ikezawa Z. Analysis of Stevens-Johnson syndrome and toxic epidermal necrolysis in Japan from 2000 to 2006. Allergol Int 2007; 56: 419–25.

**91** Sharma VK, Sethuraman G, Minz A. Stevens Johnson syndrome, toxic epidermal necrolysis and SJS-TEN overlap: a retrospective study of causative drugs and clinical outcome. Indian J Dermatol Venereol Leprol 2008; 74: 238–40.

**92** Mockenhaupt M, Viboud C, Dunant A, Naldi L, Halevy S, Bouwes Bavinck JN, Sidoroff A, Schneck J, Roujeau JC, Flahault A. Stevens-Johnson syndrome and toxic epidermal necrolysis: assessment of medication risks with emphasis on recently marketed drugs. The EuroSCAR-study. J Invest Dermatol 2008; 128: 35–44.

**93** Wetter DA, Camilleri MJ. Clinical, etiologic, and histopathologic features of Stevens-Johnson syndrome during an 8-year period at Mayo Clinic. Mayo Clin Proc 2010; 85: 131–8.

**94** Sidoroff A, Dunant A, Viboud C, Halevy S, Bavinck JN, Naldi L, Mockenhaupt M, Fagot JP, Roujeau JC. Risk factors for acute generalized exanthematous pustulosis (AGEP)-results of a multinational case-control study (EuroSCAR). Br J Dermatol 2007; 157: 989–96.

**95** Li LF, Ma C. Epidemiological study of severe cutaneous adverse drug reactions in a city district of China. Clin Exp Dermatol 2006; 31: 642–7.

**96** Schneck J, Fagot JP, Sekula P, Sassolas B, Roujeau JC, Mockenhaupt M. Effects of treatments on the mortality of Stevens-Johnson syndrome and toxic epidermal necrolysis: a retrospective study on patients included in the prospective EuroSCAR Study. J Am Acad Dermatol 2008; 58: 33–40.

**97** Pichler WJ. Delayed drug hypersensitivity reactions. Ann Intern Med 2003; 139: 683–93.

**98** Gomes E, Cardoso MF, Praça F, Gomes L, Mariño E, Demoly P. Self-reported drug allergy in a general adult Portuguese population. Clin Exp Allergy 2004; 34: 1597–601.

**99** Barranco P, Lopez-Serrano MC. General and epidemiological aspects of allergic drug reactions. Clin Exp Allergy 1998; 28: (Suppl 4): S61–S62.

**100** Haddi E, Charpin D, Tafforeau M, Kulling G, Lanteaume A, Kleisbauer JP, Vervloet D. Atopy and systemic reactions to drugs. Allergy 1990; 45: 236–9.

**101** Leong KP, Thong BY, Cheng YK, Tang CY, Chng HH. Are there differences in drug allergy between the sexes? Ann Acad Med Singapore 2003; 32: 151.

**102** Demoly P, Bousquet J. Epidemiology of drug allergy. Curr Opin Allergy Clin Immunol 2001; 1: 305–10.

**103** Chng HH, Leong KP, Cheng YK, Tang CY, Chia FL, Tan JW, Thong BY. Elderly inpatients have drug allergy manifestations and outcome similar to the non-elderly but serious reactions are less common: results of a 9-year prospective study. Allergy 2008; 63: (Suppl 88): 379.

**104** Pope J, Jerome D, Fenlon D, Krizova A, Ouimet J. Frequency of adverse drug reactions in patients with systemic lupus erythematosus. J Rheumatol 2003; 30: 480–4.

**105** Phillips E, Mallal S. Drug hypersensitivity in HIV. Curr Opin Allergy Clin Immunol 2007; 7: 324–30.

**106** Chung WH, Hung SI, Hong HS, Hsih MS, Yang LC, Ho HC, Wu JY, Chen YT. Medical genetics: a marker for Stevens-Johnson syndrome. Nature 2004; 428: 486.

**107** Man CB, Kwan P, Baum L, Yu E, Lau KM, Cheng AS, Ng MH. Association between HLA-B*1502 allele and antiepileptic drug-induced cutaneous reactions in Han Chinese. Epilepsia 2007; 48: 1015–8.

**108** Locharernkul C, Loplumlert J, Limotai C, Korkij W, Desudchit T, Tongkobpetch S, Kangwanshiratada O, Hirankarn N, Suphapeetiporn K, Shotelersuk V. Carbamazepine and phenytoin induced Stevens-Johnson syndrome is associated with the HLA-B*1502 allele in a Thai population. Epilepsia 2008; 49: 2087–91.

**109** Mehta TY, Prajapati LM, Mittal B, Joshi CG, Sheth JJ, Patel DB, Dave DM, Goyal RK. Association of HLA-B*1502 allele and carbamazepine-induced Stevens-Johnson syndrome among Indians. Indian J Dermatol Venereol Leprol 2009; 75: 579–82.

**110** Kaniwa N, Saito Y, Aihara M, Matsunaga K, Tohkin M, Kurose K, Sawada J, Furuya H, Takahashi Y, Muramatsu M, Kinoshita S, Abe M, Ikeda H, Kashiwagi M, Song Y, Ueta M, Sotozono C, Ikezawa Z, Hasegawa R, JSAR research group. HLA –B locus in Japaneses patients treated with antiepileptic or antimicrobial agents. Pharmacogenomics 2008; 9: 1617–22.

**111** Lonjou C, Thomas L, Borot N, Ledger N, de Toma C, LeLouet H, Graf E, Schumacher M, Hovnanian A, Mockenhaupt M, Roujeau JC, RegiSCAR Group. A marker for Stevens-Johnson syndrome: ethnicity matters. Pharmacogenomics J 2006; 6: 265–8.

**112** Hung SI, Chung WH, Liou LB, Chu CC, Lin M, Huang HP, Lin YL, Lan JL, Yang LC, Hong HS, Chen MJ, Lai PC, Wu MS, Chu CY, Wang KH, Chen CH, Fann CS, Wu JY, Chen YT. HLA-B*5801 allele as a genetic marker for severe cutaneous adverse reactions caused by allopurinol. Proc Natl Acad Sci USA 2005; 102: 4134–9.

**113** Tassaneeyakul W, Jantararoungtong T, Chen P, Lin PY, Tiamkao S, Khunarkornsiri U, Chucherd P, Konyoung P, Vannaprasaht S, Choonhakarn C, Pisuttimarn P, Sangviroon A, Tassaneeyakul W. Strong association between HLA-B*5801 and allopurinol-induced Stevens-Johnson syndrome and toxic epidermal necrolysis in a Thai population. Pharmacogenet Genomics 2009; 19: 704–9.

**114** Mallal S, Nolan D, Witt C, Masel G, Martin AM, Moore C, Sayer D, Castley A, Mamotte C, Maxwell D, James I, Christiansen FT. Association between presence of HLA-B*5701, HLA-DR7, and HLA-DQ3 and hypersensitivity to HIV-1 reverse-transcriptase inhibitor abacavir. Lancet 2002; 359: 727–32.

**115** Hetherington S, Hughes AR, Mosteller M, Shortino D, Baker KL, Spreen W, Lai E, Davies K, Handley A, Dow DJ, Fling ME, Stocum M, Bowman C, Thurmond LM, Roses AD. Genetic variations in HLA-B region and hypersensitivity reactions to abacavir. Lancet 2002; 359: 1121–2.

**116** Hughes AR, Mosteller M, Bansal AT, Davies K, Haneline SA, Lai EH, Nangle K, Scott T, Spreen WR, Warren LL, Roses AD. Association of genetic variations in HLA-B region with hypersensitivity to abacavir in some, but not all, populations. Pharmacogenomics 2004; 5: 203–11.

**117** Sun HY, Hung CC, Lin PH, Chang SF, Yang CY, Chang SY, Chang SC. Incidence of abacavir hypersensitivity and its relationship with HLA-B*5701 in HIV-infected patients in Taiwan. J Antimicrob Chemother 2007; 60: 599–604.

**118** Park WB, Choe PG, Song KH, Lee S, Jang HC, Jeon JH, Park SW, Park MH, Oh MD, Choe KW. Should HLA-B*5701 screening be performed in every ethnic group before starting abacavir? Clin Infect Dis 2009; 48: 365–7.

**119** Mallal S, Phillips E, Carosi G, Molina JM, Workman C, Tomazic J, Jägel-Guedes E, Rugina S, Kozyrev O, Cid JF, Hay P, Nolan D, Hughes S, Hughes A, Ryan S, Fitch N, Thorborn D, Benbow A, PREDICT-1 Study Team. HLA-B*5701 screening for hypersensitivity to abacavir. N Engl J Med 2008; 358: 568–79.

**120** Nolan D. HLA-B*5701 screening prior to abacavir prescription: clinical and laboratory aspects. Crit Rev Clin Lab Sci 2009; 46: 153–65.

**121** Fernando SL, Broadfoot AJ. Prevention of severe cutaneous adverse drug reactions: the emerging value of pharmacogenetic screening. CMAJ 2010; 182: 476–80.

**122** Qiao HL, Yang J, Zhang YW. Specific serum IgE levels and FcepsilonRIbeta genetic polymorphism in patients with penicillin allergy. Allergy 2004; 59: 1326–32.

**123** Qiao HL, Yang J, Zhang YW. Relationships between specific serum IgE, cytokines and polymorphisms in the IL-4, IL-4Ralpha in patients with penicillin allergy. Allergy 2005; 60: 1053–9.

**124** Huang CZ, Yang J, Qiao HL, Jia LJ. Polymorphisms and haplotype analysis of IL-4Ralpha Q576R and I75V in patients with penicillin allergy. Eur J Clin Pharmacol 2009; 65: 895–902.

**125** Guéant-Rodriguez RM, Romano A, Béri-Dexheimer M, Viola M, Gaeta F, Guéant JL. Gene-gene interactions of IL13 and IL4RA variants in immediate allergic reactions to betalactam antibiotics. Pharmacogenet Genomics 2006; 16: 713–9.

**126** Guglielmi L, Fontaine C, Gougat C, Avinens O, Eliaou JF, Guglielmi P, Demoly P. IL-10 promoter and IL4-Ralpha gene SNPs are associated with immediate beta-lactam allergy in atopic women. Allergy 2006; 61: 921–7.

**127** Huang YS, Chern HD, Su WJ, Wu JC, Chang SC, Chiang CH, Chang FY, Lee SD. Cytochrome P450 2E1 genotype and the susceptibility to antituberculosis drug-induced hepatitis. Hepatology 2003; 37: 924–30.

**128** Kim SH, Bahn JW, Kim YK, Chang YS, Shin ES, Kim YS, Park JS, Kim BH, Jang IJ, Song J, Kim SH, Park HS, Min KU, Jee YK. Genetic polymorphisms of drug-metabolizing enzymes and anti-TB drug-induced hepatitis. Pharmacogenomics 2009; 10: 1767–79.

**129** Leiro V, Fernandez-Villar A, Valverde D, Constenla L, Vazquez R, Pineiro L, Gonzalez-Quintela A. Influence of glutathione S-transferase M1 and T1 homozygous null mutations on the risk of antituberculosis drug-induced hepatotoxicity in a Caucasian population. Liver Int 2008; 28: 835–9.

**130** Kim SH, Ye YM, Palikhe NS, Kim JE, Park HS. Genetic and ethnic risk factors associated with drug hypersensitivity. Curr Opin Allergy Clin Immunol 2010; 10: 280–90.