UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
In re:  NEURONTIN MARKETING,                )    MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        )
        LIABILITY LITIGATION                )    Master File No. 04-10981
_____ )
                                            )    Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                   )
                                            )    Magistrate Judge Leo T. Sorokin
*Blue Cross & Blue Shield of Alabama, et al.*, )
*v. Pfizer, Inc., et al.*, 1:06-CV-12295-PBS )
_____ )

## ORDER REMANDING TO STATE COURT

The Court, having reviewed the Motion to Remand ("Motion") filed by Plaintiffs in the transferor court, the United States District Court for the Middle District of Alabama, and all additional submissions by Plaintiffs in support of the Motion and by Defendants in opposition to the Motion, and having reviewed the November 17, 2011, Report and Recommendation on Plaintiffs' Motion to Remand of Magistrate Judge Sorokin, the Court adopted said Report and Recommendation and granted Plaintiffs' Motion to Remand by Order dated December 8, 2011, finding that the federal courts lack subject matter jurisdiction to hear this matter.

The Clerk is ORDERED to provide certified copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation, to the clerk of the Middle District of Alabama, and to the clerk of the Circuit Court of Montgomery County, Alabama, to which this action is hereby remanded.


                                    /s/ Patti B. Saris_____
                                    PATTI B. SARIS
                                    United States District Judge