# EXHIBIT A

# Veritext Corporate Services, Inc.

**25B Vreeland Road, Suite 301**
**Florham Park, NJ 07932**
Tel. 973-410-4040  Fax. 973-410-1313

**Bill To:** Alys Kremer
Pfizer
150 E 42nd Street
Legal Division
NY, NY 10017-5755

**Invoice #:** CS336348
**Invoice Date:** 07/13/2011
**Balance Due:** $0.00

**Case:** Neurontin Marketing & Sales Practices v. Pfizer, Inc.
**Job #:** 338992  |  Job Date: 06/29/2011  |  Delivery: Expedited
**Billing Atty:**
**Location:** Nelson, Mullins - Charleston
151 Meeting Street | Liberty Center, Suite 600, | Charleston, SC 294

**Deposing Att** Catherine B. Stevens

**Billing #** PF00105950
**Pfizer/Neuro PL #**
**Tymetrix Ma**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Janice Lee | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| 2 | | Transcript - Original & 1 copy | Page | 259.00 | $4.70 | $1,217.30 |
| 3 | | Transcript - Rough ASCII | Page | 259.00 | $1.50 | $388.50 |
| 4 | | Exhibits | per page | 22.00 | $0.15 | $3.30 |
| 5 | | Exhibit scanning & OCR | Per page | 22.00 | $0.12 | $2.64 |
| 6 | | Shipping & Handling | 1 | 1.00 | $57.30 | $57.30 |

**Notes:**

**Invoice Total:** $1,669.04
**Payment:** ($1,669.04)
**Credit:**
**Interest:**
**Balance Due:** $0.00

Fed. Tax ID: 20-3457913    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

_____  _____
Credit Card #                    Exp. Date
**SIGNATURE (AS IT APPEARS ON CREDIT CARD)**

_____
**PRINT NAME (AS IT APPEARS ON CREDIT CARD)**

_____
**DAYTIME PHONE**

**Make check payable to:**
Veritext Corporate Services, Inc.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

**Invoice #:** CS336348
**Job #:** 338992
**Invoice Date:** 07/13/2011
**Balance :** $0.00

For more information on charges related to our services please consult  www.veritext.com/serviceinfo