UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ann Santos v. Pfizer, Inc.,* No. 10-11205-PBS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney of record for Plaintiff, Ann Santos, in the above-captioned matter.

Dated: December 21, 2011                                    /s/P.Ann Trantham
                                                                                  P. Ann Trantham, Esq.
                                                                                  patrantham@gmail.com
                                                                                  Robert L. Salim, APLC
                                                                                  1901 Texas Street
                                                                                  Natchitoches, Louisiana 71457
                                                                                  Telephone: (318) 352-5999
                                                                                  Facsimile: (318) 354-1227

                                                                                  *Attorney for Plaintiff, Ann Santos*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed through the ECF System and has been served pursuant to Case Management No. 3 on December 21, 2011.

                                                                                  /s/P. Ann Trantham