UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ann Santos v. Pfizer, Inc.,* No. 10-11205-PBS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes and appears Plaintiff, Ann Santos, who hereby requests an extension of time in which to file her opposition, and who with respect represents and shows:

1. Plaintiff, Ann Santos, respectfully asks the Court to extend the time for Plaintiff to respond to the Motion for Summary Judgment filed by Defendants, Pfizer, Inc., and Warner-Lambert Company, LLC.

2. This is a products liability case involving serious injuries Ms. Santos sustained as a result of exposure to Defendants' pharmaceutical drug product, Neurontin.

3. This case was originally filed in the United State District Court for the Southern District of New York on May 24, 2010.

4. Ultimately, the case was transferred to this Court by the United State Judicial Panel on Multidistrict Litigation.

5.      On December 13, 2011, Defendants Pfizer, Inc., and Warner-Lambert Company, LLC, filed a Motion for Summary Judgment regarding several issues related to timeliness, including extensive exhibits.

6.      Currently, Plaintiff's response is due on January 3, 2012, right after the two upcoming holidays. Plaintiff requests a thirty (30) day extension of time to file Plaintiff's response to Defendants' Motion for Summary Judgment.

7.      This is the first request for an extension of time to respond by Plaintiff.

8.      Counsel for Defendants were contacted by counsel for Plaintiff, and explicitly consented to the proposed extension. If counsel for Defendants subsequently moves for leave to reply to Plaintiff's opposition to the subject motion, counsel for Plaintiff will likewise not object.

9.      The Court may grant a request to extend time for good cause pursuant to Fed. R. Civ. P. 6(b)(1)(A).

10.     This extension is not requested for delay or any improper purpose but is requested to afford Plaintiff's counsel the opportunity to prepare a meaningful and comprehensive response to Defendants' Motion for Summary Judgment.

WHEREFORE, Plaintiff requests that the time to submit Plaintiff's opposition to Defendants' Motion for Summary Judgment be extended thirty (30) days, or until February 2, 2012.

                                        Respectfully submitted,

                                        /s/P. Ann Trantham
                                        P. Ann Trantham, Esq.
                                        patrantham@gmail.com
                                        Robert L. Salim, APLC
                                        1901 Texas Street
                                        Natchitoches, Louisiana 71457
                                        Telephone: (318) 352-5999
                                        Facsimile: (318) 354-1227

                                        *Attorney for Plaintiff, Ann Santos*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Plaintiff's counsel conferred in good faith with Defendants' counsel as required by Local Rule 7.1, and counsel for Defendants consent to the relief requested in this motion and a thirty (30) day extension of time for Plaintiff to respond to their summary judgment motion.

/s/P. Ann Trantham

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was filed through the ECF System and has been served pursuant to Case Management No. 3 on December 21, 2011.

/s/P. Ann Trantham