IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING AND SALES PRACTICE LITIGATION | MDL Docket No. 1629<br>C.A. No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| TERESA DRINKWINE, Individually and as Trustee for the Next of Kin of MICHAEL DRINKWINE, Decedent, | |
|     Plaintiff, | |
| v. | |
| PFIZER INC., et al. | |
|     Defendants. | |
| Individual Case No. 1:09-cv-10836-PBS | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney to be noticed for the Intervening Plaintiff, American Home Assurance Company, in the above-entitled matter.

                    INTERVENING PLAINTIFF, AMERICAN
                    HOME ASSURANCE COMPANY,
                    BY ITS ATTORNEYS,

                    /s/ Tara E. Lynch
                    Paul S. Rainville, Esquire
                    prainville@hassettanddonnelly.com
                    Tara E. Lynch, Esquire
                    tlynch@hassettanddonnelly.com
                    Hassett & Donnelly, P.C.
                    446 Main Street, 12th Floor
                    Worcester, Massachusetts 01608
                    Phone: (508) 791-6287
                    Fax:  (608) 791-2652

Dated:  December 28, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice of Appearance was filed through the ECF System and has been served pursuant to Case Management No. 3 on December 8, 2011.

                    /s/ Tara E. Lynch