UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Anderson, et al. v. Pfizer, Inc., et al.*,
No. 06-11024-PBS, (Plaintiffs David Weatherford and Janice Lee)

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' MOTION REQUESTING ENTRY OF JUDGMENT

Pursuant to Federal Rules of Civil Procedure 58(d) and 54(b), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants"), respectfully request entry of final judgment with prejudice in favor of Defendants and against Plaintiffs David Weatherford and Janice Lee in accordance with Federal Rule of Civil Procedure 58(a), which provides that "[e]very judgment and amended judgment must be set out in a separate document."

As grounds for this motion, Defendants state as follows:

1. On October 5, 2011, Defendants moved for summary judgment against Plaintiff Janice Lee, (*see* Defendants' Motion for Summary Judgment [3647]), and separately moved for summary judgment against Plaintiff David Weatherford, (*see* Defendants' Motion for Summary Judgment [3651]).

2. On October 18, 2011, Plaintiff Janice Lee moved to voluntarily dismiss her case, (*see* Motion to Voluntarily Dismiss by Janice Lee [3672]), and Plaintiff David Weatherford separately moved to voluntarily dismiss his case, (*see* Motion to Voluntarily Dismiss by David Weatherford [3673]).

3. On November 10, 2011, after briefing was complete on both the Motions for Summary Judgment and the Motions to Voluntarily Dismiss with regard to Plaintiffs Weatherford and Lee, this Court allowed Plaintiffs' Motions to Voluntarily Dismiss, with costs. (*See* Order Granting Motion to Dismiss as to Janice Lee [3703] and Order Granting Motion to

Dismiss as to David Weatherford [3704].) The Court denied Defendants' Motions for Summary Judgment as moot given Plaintiffs' voluntary dismissals. (*See* Order Denying Motion for Summary Judgment as to Janice Lee [3705], and Order Denying Motion for Summary Judgment as to David Weatherford [3706].)

   4. On November 22, 2011, Defendants submitted a Bill of Costs as to Plaintiff David Weatherford. (*See* Weatherford Bill of Costs [3714].) On December 15, 2011, Defendants submitted a Bill of Costs as to Plaintiff Janice Lee. (*See* Lee Bill of Costs [3743].) On December 23, 2011, the Court taxed costs against Plaintiff Janice Lee in the amount of $3,719.89, (*see* Lee Bill of Costs [3749]), and separately taxed costs against Plaintiff David Weatherford in the amount of $2,766.16 (*see* Weatherford Bill of Costs [3750]).

   5. Because the Court has held that the claims of these Plaintiffs should be dismissed with prejudice, this Court should enter final judgment with prejudice in favor of Defendants in accordance with Rule 58(a).

   6. Although filed as a mass action, the claims of these Plaintiffs are legally distinct. Finality as to these claims should not be delayed while the claims of the remaining Plaintiffs go forward. Accordingly, Defendants ask that the judgment be designated as separate and final judgment pursuant to Federal Rule of Civil Procedure 54(b).

   7. A proposed form of judgment is attached hereto as Exhibit A.

   WHEREFORE, for the foregoing reasons, Defendants request that the Court grant Defendants' motion and enter final judgment in favor of Defendants and against Plaintiffs David Weatherford and Janice Lee.

Dated: December 28, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA 02110
Tel: (617) 951-7000
Email: justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have attempted to confer in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

/s/ Katherine A. Lyon
Katherine A. Lyon

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 28, 2011.

/s/ Justin J. Wolosz
Justin J. Wolosz

3