# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES         :   MDL Docket No. 1629
        PRACTICES, AND PRODUCTS            :
        LIABILITY LITIGATION               :   Master File No. 04-10981
---------------------------------------------x
:
THIS DOCUMENT RELATES TO:                  :   Judge Patti B. Saris
:
*Anderson, et al. v. Pfizer, Inc., et al.*,    :   Magistrate Judge Leo T.
No. 06-11024-PBS, (Plaintiffs David Weatherford and Janice :   Sorokin
Lee)                                       :
:
---------------------------------------------x

### [PROPOSED] ORDER OF DISMISSAL AND FINAL JUDGMENT

SARIS, U.S.D.J.                                                           _____, 2012

Pursuant to this Court's Orders dated November 10, 2011 [3703, 3704], it is ORDERED and ADJUDGED that the claims of the Plaintiffs David Weatherford and Janice Lee hereby are dismissed with prejudice.  The Court finds that there is no just reason for delay and this is a final judgment as to all claims of the above-named Plaintiffs pursuant to Federal Rule of Civil Procedure 54(b).  Costs are awarded to Defendants in the amount of $3,719.89 with respect to Plaintiff Janice Lee, and $2,766.16 with respect to Plaintiff David Weatherford.  [3749, 3750.]

_____
Patti B. Saris
United States District Judge

Copies to: Counsel via ECF