UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
TERESA DRINKWINE, Individually and :
as Trustee for the Next of Kin of :
MICHAEL DRINKWINE, Decedent, :
:
                Plaintiff, :
:
v. :
:
PFIZER INC., et al., :
:
                Defendants. :
------------------------------------------------------------x

**PLAINTIFF'S ANSWER TO AMERICAN ASSURANCE**
**COMPANY'S INTERVENING COMPLAINT**

Plaintiff Teresa Drinkwine, by her attorneys, FINKELSTEIN & PARTNERS, LLP, pursuant to Rule 8(B) of the Federal Rules of Civil Procedure, files this Answer to American Home Assurance Company's Intervening Complaint and states as follows:

    1.    Admitted.

    2.    Denied.

    3.    Admitted.

    4.    Admitted.

    5.    Denied.

    6.    Denied.

Dated:  January 3, 2012

                        FINKELSTEIN & PARTNERS, LLP
                        Attorneys for Plaintiff

By:   **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein
       1279 Route 300
       P.O. Box 1111
       Newburgh, NY  12551
       Tel.:  800-634-1212
       Fax:  845-562-3492
       afinkelstein@lawampm.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 3, 2012.

                        **/s/ Andrew G. Finkelstein**
                        Andrew G. Finkelstein, Esquire