UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES     : MDL Docket No. 1629
PRACTICES AND PRODUCTS                 :
LIABILITY LITIGATION                   : Master File No. 04-10981
                                       :
---------------------------------------------------------------x Judge Patti B. Saris
                                       :
THIS DOCUMENT RELATES TO:              : Magistrate Judge Leo T.
                                       : Sorokin
Rosemary Smith v. Pfizer Inc           :
Case No. 05-cv-12386-PBS               :
                                       :
                                       :
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: 12-27-11

*Rosemary Smith* (signature)
Rosemary Smith
24879 Lomitas Drive
Woodlake, CA 93286

*Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

12-27-11

I had this dismissed here in California - Please dismiss this case.

Rosemary Smith

## **CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 3, 2012.

/s/ Mark S. Cheffo
Mark S. Cheffo
