UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, ) <br> SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

## STATUS REPORT JANUARY 4, 2012

Pursuant to the Court's May 16, 2005, Procedural Order, the undersigned counsel for Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as well as all cases transferred to MDL No. 1629.

Dated:  January 4, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

                ROPES & GRAY LLP

                By: /s/ Justin J. Wolosz
                     Justin J. Wolosz
                     BBO #643543

                Prudential Tower
                800 Boylston Street
                Boston, MA 02199-3600
                Tel:  (617) 951-7000
                Justin.Wolosz@ropesgray.com

                *Attorneys for Defendants Pfizer Inc and*
                *Warner-Lambert Company LLC*

### **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 4, 2012.

                /s/ Justin J. Wolosz
                Justin J. Wolosz