UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> ------------------------------------------------------------ <br><br> THIS DOCUMENT RELATES TO: <br><br> *Ann Santos v. Pfizer, Inc.,* No. 10-11205-PBS | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**MOTION TO STRIKE DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes and appears Plaintiff, Ann Santos, who hereby respectfully moves the Court for an order striking the Motion for Summary Judgment recently filed by Defendants, Pfizer, Inc., and Warner-Lambert Company, LLC, for reasons set forth fully in the accompanying Memorandum in Support of Motion to Strike Defendants' Motion for Summary Judgment, namely that this is a case specific summary judgment motion precluded by the Court's own Scheduling Order. (ECF No. 2045).

Respectfully submitted,

/s/P. Ann Trantham
P. Ann Trantham, Esq.
patrantham@gmail.com
Robert L. Salim, APLC
1901 Texas Street
Natchitoches, Louisiana 71457
Telephone: (318) 352-5999
Facsimile: (318) 354-1227

*Attorney for Plaintiff, Ann Santos*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Plaintiff's counsel conferred in good faith with Defendants' counsel as required by Local Rule 7.1, and counsel for Defendants disagreed with the interpretation of the scheduling order contained in Plaintiff's Motion to Strike.

/s/P. Ann Trantham

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Strike Defendants' Motion for Summary Judgment was filed through the ECF System and has been served pursuant to Case Management No. 3 on January 6, 2012

/s/P. Ann Trantham