UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------X
In re:  NEURONTIN MARKETING,                :   MDL Docket No. 1629
        SALES PRACTICES, AND                :
        PRODUCTS LIABILITY LITIGATION       :   Master File No. 04-10981
                                            :
-----------------------------------------------------------------X   Judge Patti B. Saris
                                            :
THIS DOCUMENT RELATES TO:                   :   Magistrate Judge Leo T. Sorokin
                                            :
PLAINTIFFS' PRODUCTS LIABILITY GROUP        :
-----------------------------------------------------------------X
```

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the office of the firm Cross, Poole & Smith, LLC has changed its address to the following:

Cross, Poole & Smith, LLC
907 17th Avenue
Tuscaloosa, AL  35401

The telephone and facsimile numbers will remain the same.  Telephone: (205) 391-9932; Facsimile: (205) 391-9557.

Dated:  January 25, 2012                Respectfully submitted,

                            By:    /s/  Silas G. Cross, Jr.
                                   CROSS, POOLE & SMITH, LLC
                                   907 17th Avenue
                                   Tuscaloosa, AL 35401
                                   205-391-9932 (Telephone)
                                   205-391-9557 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 25, 2012.

/s/ Silas G. Cross, Jr.