UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,           :  MDL Docket No. 1629
        SALES PRACTICES, AND           :
        PRODUCTS LIABILITY LITIGATION  :  Master File No. 04-10981
                                       :
-------------------------------------------------------------------X  Judge Patti B. Saris
                                       :
THIS DOCUMENT RELATES TO:              :  Magistrate Judge Leo T. Sorokin
                                       :
PLAINTIFFS' PRODUCTS LIABILITY GROUP   :
-------------------------------------------------------------------X
```

**MEMORANDUM IN SUPPORT OF JOINT APPLICATION OF JACK W. LONDON,
EUGENE BROOKS, AND ARCHIE CARL PIERCE FOR REIMBURSEMENT FROM
THE COMMON BENEFIT FUND FOR EXPENSES INCURRED IN CONNECTION
WITH PRESERVATION DEPOSITIONS**

**Filed under Seal**