UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,                  :  MDL Docket No. 1629
        SALES PRACTICES, AND                  :
        PRODUCTS LIABILITY LITIGATION         :  Master File No. 04-10981
                                              :
-----------------------------------------------------------------------X  Judge Patti B. Saris
                                              :
THIS DOCUMENT RELATES TO:                     :  Magistrate Judge Leo T. Sorokin
                                              :
PLAINTIFFS' PRODUCTS LIABILITY GROUP          :
-----------------------------------------------------------------------X
```

Declaration of Jack W. London

**Filed Under Seal**