UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,                   : MDL Docket No. 1629
        SALES PRACTICES, AND                   :
        PRODUCTS LIABILITY LITIGATION          : Master File No. 04-10981
                                               :
---------------------------------------------------------------------X Judge Patti B. Saris
                                               :
THIS DOCUMENT RELATES TO:                      : Magistrate Judge Leo T. Sorokin
                                               :
PLAINTIFFS' PRODUCTS LIABILITY GROUP           :
---------------------------------------------------------------------X

Exhibits A, B, C, and D

**Filed Under Seal**