UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL Docket No. 1629 <br> ) <br> ) Judge Patti B. Saris <br> ) Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | ) <br> ) Master File No. 04-10981 <br> ) |
| KELLY STRICKLAND, as Administratrix of the Estate of JACK COLEMAN REEVES, And KELLY R. STRICKLAND, DEIDRE R. RODRIGUEZ, and JACK C. REEVES, JR., Individually, <br> 1:05-cv-11993-PBS District of Massachusetts | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION TO REMAND**

To the Honorable Court:

Plaintiffs move the Court to enter a Suggestion of Remand Order to the Judicial Panel on Multidistrict Litigation, recommending that the case be remanded to the Northern District of Georgia from which the case was transferred to this Court.

In support of this Motion, Plaintiff incorporates herein the Memorandum in Support of Plaintiffs' Motion to Remand submitted herewith and the Proposed Suggestion of Remand Order, Exhibit A, thereto.

I. Certificate of Conference

It is believed this motion is not opposed. Counsel, Plaintiff's laison counsel, Jack London, understand that Mr. Chefo, counsel for Pfizer, conferred in contemplation of the mediation sessions and agreed that transfer would be proper for any case that did not settle during the mediation. The above case did not settle. In fact, out of a two (2) day period set aside

for mediation, Plaintiff's counsel met with the mediator for a total of approximately ten (10) minutes.  This expensive and time-consuming event was the worst mediation exercise that counsel has ever experienced.  As set out in the accompanying Memorandum, the Pfizer/Warner-Lambert defendants concurred in status reports that Plaintiffs' case is ready for transfer to the originating Court.  Accordingly, the parties have conferred and it is believed that this motion is not opposed.

      Wherefore, Premises Considered, Plaintiffs respectfully move the Court to enter an Order suggesting to the Judicial Panel on Multidistrict Litigation that this case be returned to the Northern District of Georgia.

      Respectfully submitted, this,  25th  day of January, 2012.


       s\:Eugene C. Brooks, IV
      Eugene C. Brooks, IV
      State Bar No.  084750

BROOKS LAW FIRM
PO Box 9545
313 W. York Street
Savannah, GA  31412
912/233-9696
F-912-232-8620
gbrooks@brooks-law.com

CERTIFICATE OF SERVICE

       This will certify that I electronically filed the attached document with the Clerk of Court using the CM/ECF system and a true and correct copy was forwarded by e-mail to the parties listed below and that a true and correct copy of the foregoing document has been sent via US Mail to the following on the __25th__ day of January, 2012.

       Catherine B. Stevens, Esq.
       Mark S. Cheffo, Esq.
       Skadden, Arps, Slate, Meagher & Flom LLP
       Four Times Square
       New York, New York  10036
       Counsel for Pfizer Defendants

       s\: _Eugene C. Brooks, IV_
       Eugene C. Brooks, IV
       State Bar No.  084750

BROOKS LAW FIRM
PO Box 9545
313 W. York Street
Savannah, GA  31412
912/233-9696
F-912-232-8620
gbrooks@brooks-law.com

X:\USERS\Active\Product Liability\Reeves, Jack C\MOTION TO REMAND.wpd