UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL Docket No. 1629 <br> ) <br> ) Judge Patti B. Saris <br> ) Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | ) <br> ) Master File No. 04-10981 <br> ) |
| KELLY STRICKLAND, as Administratrix of the Estate of JACK COLEMAN REEVES, And KELLY R. STRICKLAND, DEIDRE R. RODRIGUEZ, and JACK C. REEVES, JR., Individually, <br> 1:05-cv-11993-PBS District of Massachusetts | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

To the Honorable Court:

Plaintiffs move the Court to enter a Suggestion of Remand Order to the Judicial Panel on Multidistrict Litigation, recommending that the case be remanded to the Northern District of Georgia from which the case was transferred to this Court. In support of this Motion, Plaintiffs show as follows:

I. Purpose of the MDL

This multidistrict litigaiton was established and assigned to this Court on October 26, 2004, to consolidate commercial class actions in which "All actions are purported class actions involving allegations that common defendants have engaged in the illegal promotion and sale of the drug Neurontin for "off-label" use. *In Re Neurontin Marketing and Sales Class Practices Litigation*, 342 F.Supp.2d 1350 (J.P.M.D.L. 2004). Plaintiffs' case was transferred to this court as a tag along case in September 12, 2005.

II.  Plaintiffs' Case Ripe for Remand

By Electronic Order May 28, 2009, the Court directed the Plaintiffs Products Liability Steering Committee and the Defendants to submit proposals for remand of individual cases, which they did on June 12, 2009, in Docket Number ECF 1832.  Magisrate Judge Sorokin ordered, Docket Order ECF 2045, July 24, 2009.

> 2.  **Products Liability Non-Track 1 Cases Schedule and Status**
> The paper discovery in all of these cases should be complete and counsel indicated that they believe it is largely complete.  The Court will retain these cases solely to coordinate the standard or common fact discovery that will occur in each of these cases - the depositions of the plaintiff, the prescribing physician and applicable sales representatives.  Thereafter, the Court will remand these cases and any further fact or expert discovery, as well as any case specific summary judgment motions, will proceed subject to the Orders of the Court in which the case was filed.

Judge Sorokin ordered that such discovery be completed by September, 2010, later extended to November 2010.

Plaintiffs completed the core discovery depositions.  Plaintiffs took the depositions of the sales representatives who defendants identified who called on Jack Reeves' prescribing doctors regarding Neurontin.  Defendants deposed the Plaintiffs and Jack Reeves' prescribing doctor, along with Plaintiffs' expert witness.  Initial core discovery in this case is complete within the meaning of Judge Sorokin's order.

Pursuant to the Court's August 11, 2011 Procedural Order, on August 29, 2011, the Plaintiffs Products Liability Steering Committee submitted a  Status Report showing a list of cases ready for remand.  <u>Exhibit 1</u>.  Plaintiffs' case is listed by the parties with the statement that core discovery will be completed by September 1, 2011 and the case would be ready for remand.'

III.  Subsequent Events

No transfer order regarding Plaintiffs' case has been entered.

On April 28, 2011, counsel attended a court ordered mediation. Plaintiff was able to spend approximately ten (10) minutes with the mediator in the group mediation. An insignificant offer for a wrongful death was offered. The case did not settle.

On October 19, 2011, the Plaintiffs Products Liability Steering Committee completed the last of three planned preservation depositions permitted by order of Judge Sorokin. There are no other coordinated proceedings or depositions scheduled or planned.

Accordingly, Plaintiffs' case is ready for transfer back to the Northern District of Georgia.

Having complied with the Court's orders and requirements for remand, Plaintiffs respectfully move that this case be remanded.

### IV.   Proposed Suggestion of Remand

A proposed Suggestion of Remand Order is attached hereto as Exhibit A. It is in substantially the form of Docket Number ECF 3416, April 19, 2011, by which this Court suggested remanded of pro se cases to the originating courts.

### V.   Certificate of Conference

In addition to the foregoing joint reports submitted by the Pfizer/Warner-Lambert defendants in which they concurred that Plaintiffs' case is ready for transfer to the originating Court, undersigned counsel and Mr. Cheffo conferred in contemplation of the mediation sessions and agreed that transfer is proper if the case did not settle during the mediation, which it did not. Accordingly, the parties have conferred and it is believed that this motion is not opposed.

Wherefore, Premises Considered, Plaintiffs respectfully move the Court to enter an Order suggesting to the Judicial Panel on Multidistrict Litigation that this case be returned to the Northern District of Georgia.


  Respectfully submitted, this,  25th  day of January, 2012.

           s\:Eugene C. Brooks, IV
          Eugene C. Brooks, IV
          State Bar No.  084750

BROOKS LAW FIRM
PO Box 9545
313 W. York Street
Savannah, GA  31412
912/233-9696
F-912-232-8620
gbrooks@brooks-law.com

CERTIFICATE OF SERVICE

  This will certify that  I electronically filed the attached document with the Clerk of Court using the CM/ECF system and a true and correct copy was forwarded by e-mail to the parties listed below and that a true and correct copy of the foregoing document has been sent via US  Mail to the following on the   25th   day of January 2012.

     Catherine B. Stevens, Esq.
     Mark S. Cheffo, Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, New York  10036
     Counsel for Pfizer Defendants

          s\: Eugene C. Brooks, IV
          Eugene C. Brooks, IV
          State Bar No.  084750

BROOKS LAW FIRM
PO Box 9545
313 W. York Street
Savannah, GA  31412
912/233-9696
F-912-232-8620
gbrooks@brooks-law.com

X:\USERS\Active\Product Liability\Reeves, Jack C\MEMORANDUM ON MOTIONTO REMAND.wpd