UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES, AND                :
       PRODUCTS LIABILITY LITIGATION       : Master File No. 04-10981
                                           :
------------------------------------------------------------X Judge Patti B. Saris
                                           :
THIS DOCUMENT RELATES TO:                  : Magistrate Judge Leo T. Sorokin
                                           :
PLAINTIFFS' PRODUCTS LIABILITY GROUP       :
------------------------------------------------------------X

STATUS REPORT AUGUST 29, 2011
PRODUCTS LIABILITY CASES OTHER THAN CASES REPRESENTED BY THE
SCHWARTZ FIRM, THE BOONE FIRM, AND FINKELSTEIN AND PARTNERS

Pursuant to the Court's August 11, 2011 Procedural Order, the Plaintiffs Products Liability Steering Committee submits the following:

I. Products Liability Cases

| Plaintiff Name | Attorney | Status and Readiness for Remand |
|---|---|---|
|  | Cases ready or nearly ready for remand |  |
| Barlow, Irene | Jack W. London & Associates, P.C.<br>Carl Pierce, Wright & Greenhill | Core discovery completed in November 2010; case is ready for remand |
| Strickland, Kelly, Est. Jack Coleman Reeves | Brooks Law Firm | Plaintiffs deposed, one sales representative deposed, both prescribers depositions have been noticed for September 1, upon completion of which the core discovery will be complete and the case ready for remand. |
| Putnam, Deanna Lisa | Law Office of Peter J. Stubbs | Plaintiff and prescriber deposed; Defendant has not disclosed identity of sales representative. Subject to a sales representative, core discovery will be complete and case ready for remand. |
| Santos, Ann | Robert L. Salim Law Office | Plaintiff's deposition scheduled |



PLAINTIFF'S EXHIBIT
1

| | | |
|---|---|---|
| | | subject to confirmation, telephones down due to hurricane; prescriber deposition date has been requested. There reportedly is no sales representative. |
| Burroughs | Cross, Poole & Smith LLC | Prescriber deposed, sales rep and plaintiff scheduled |
| | **Cases in which core discovery continues and is in progress** | |
| McPherson, Harold | Law Offices of Daniel E. Becnel Jr. | Core discovery in progress |
| Telles | Miranda & Boyaki | Core discovery in progress |
| | **Cases that are or may be settled** | |
| Fonseca, Maria S. | Garcia & Karam | Settled, pending approval of probate court |
| Blackwell, Andria | Heninger, Garrison & Davis LLC | Settled, pending execution of releases |
| Chappell, Troy as administrator of Estate of Glenda Walker | Heninger, Garrison & Davis LLC | Settled, pending execution of releases |
| Huff, Pauline as Administratrix of Estate of Rickie Huff | Heninger, Garrison & Davis LLC | Settled, pending execution of releases |
| Bonner, Edwin, Estate of | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Cox, Sharon | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Hairfield, Charles A., Estate of | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Henderson, Kathy, Estate of | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Newberry, Stephen | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Smolucha, Marianne | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Kriseman, Jeffrey | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Janes, Terry Estate | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Weakley, Margaret Estate | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Biedenbender, Mark Estate | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Santos, Joseph | Pogust Braslow & Millrood, LLC | Reportedly settled |
| Maddox-Wright, Wendy | Pogust Braslow & Millrood, LLC | Reportedly settled |

| | | |
|---|---|---|
| Parish, Charles Estate | Pogust Braslow & Millrood, LLC | Reportedly settled |
| De La Garza | The Snapka Law Firm | Settled, waiting to execute releases, to be dismissed |
| Filion | Westermann Sheehy Keenan Samaan &Aydelott, LLP | Reportedly settled |
| Khan | Westermann Sheehy Keenan Samaan &Aydelott, LLP | Reportedly settled |
| Novak | Westermann Sheehy Keenan Samaan &Aydelott, LLP | Reportedly settled |
| | **Cases in which Motion to withdraw or dismissal is reported or imminent according to counsel** | |
| Agee, Shelia | Heninger, Garrison & Davis LLC | Motion to withdraw to be filed or will be dismissed |
| Baker, Meicki | Heninger, Garrison & Davis LLC | Motion to withdraw to be filed or will be dismissed |
| Eaddy, Leisa | Heninger, Garrison & Davis LLC | Motion to withdraw to be filed or will be dismissed |
| Grissom, Odessa | Heninger, Garrison & Davis LLC | Motion to withdraw to be filed or will be dismissed |
| Poole, Jacquelyn | Heninger, Garrison & Davis LLC | Motion to withdraw to be filed or will be dismissed |
| Reach, Joyce | Heninger, Garrison & Davis LLC | Motion to withdraw to be filed or will be dismissed |
| Whitten, Jessica | Heninger, Garrison & Davis LLC | Motion to withdraw to be filed or will be dismissed |
| | **Cases in which status is unknown** | |
| Briggs, Robin Stern, Est. Douglas Briggs | Attorney, if any, unknown. May be pro se due to withdrawal of counsel. | Status unknown |
| Johnson | Paul E. Mayeaux | No response from plaintiff's counsel |
| | **Known Pro Se plaintiffs** | |
| Adkins, Donna Joyce, Est. Donald Walker | Pro se | Remanded |
| Edwards, Keith P. | Pro se | Remanded |
| Lynch, Cynthia | Pro se | Remanded |
| Sanutti, Grace | Pro se | Remanded |
| Teater, Teresa | Pro se | Remanded |

## II. Pro Se Cases

The Court remanded to originating courts the cases that were pro se as of April 19, 2011. Since that date a number of attorneys have withdrawn from cases, essentially rendering them pro se. Undersigned counsel requested that all attorneys who have at any time represented plaintiffs and who have filed motions to withdraw both notify the now-unrepresented plaintiffs of the Court's Procedural Order and also identify to the Court the names of the unrepresented plaintiffs. Undersigned counsel have not been provided any names in response to such request. However, please note that Finkelstein & Partners, the Newton Schwartz firm, and the Boone firm are expected to report their cases separately and may include in their reports those that were formerly theirs that have since become pro se cases.

## III. Other.

As noted, the Schwartz cases, the Finkelstein & Partners cases, and the Boone cases are not included within this report.

Dated: August 29, 2011

Respectfully submitted,
*Members of Products Liability Plaintiffs' Steering Committee*

By: _____
Jack W. London
Law Offices of Jack W. London
& Associates
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P. O. Box 1111
Newburgh, NY  12551

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on March 11, 2011.

Dated: August 29, 2011.

By: _____
Jack W. London, Esq.