UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**UNREDACTED VERSION FILED UNDER SEAL**

------------------------------------------------------------x

### DEFENDANTS' MOTION FOR SANCTIONS

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit this Motion for Sanctions due to the failure of the Law Offices of Newton B. Schwartz ("the Schwartz firm") to comply with this Court's Order regarding its stayed cases. Sanctions are appropriate because the Schwartz firm has failed to update the Court as to the status of its stayed cases, listed below, every thirty days, as ordered on May 9, 2011. (*See* May 9, 2011 Mem. & Order Regarding Disc. Matters [3455].)



| Plaintiff Name | Docket No. |
|---|---|
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |



| Plaintiff Name | Docket No. |
|---|---|
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮ | ▮▮▮▮ |
| ▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮▮▮ |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law. WHEREFORE, Defendants respectfully request that the above-listed cases be dismissed with prejudice.

Dated: January 31, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA 02110
Tel: (617) 951-7000
Email: justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 31, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz