# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:  NEURONTIN MARKETING, SALES                        :   MDL Docket No. 1629
        PRACTICES AND PRODUCTS                            :
        LIABILITY LITIGATION                              :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                 :
                                                          :   Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS                    :   Sorokin
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF CATHERINE B. STEVENS
## IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy excerpts from the transcript of the hearing on April 26, 2011.

3. Attached hereto as Exhibit B is a true and correct copy a letter to Newton B. Schwartz dated January 4, 2012.

Signed under the penalties of perjury this 31st day of January 2012.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 31, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz