# EXHIBIT B

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3353
DIRECT FAX
(917) 777-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 4, 2012

BY ELECTRONIC AND U.S. MAIL
Newton B. Schwartz, Esq.
Trey Stegall, Esq.
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL No. 1629

Dear Counsel:

On May 9, 2011, Magistrate Judge Leo T. Sorokin granted your firm's Motion to Suspend Discovery and further ordered that your firm report to the Court within fifteen days and every thirty days thereafter the status of the recommendation for discontinued prosecution in each stayed case. [3455] Your firm has since stayed additional cases, but has failed to report to the Court on the status of these stayed cases as required. At an unrelated hearing on December 1, 2011, Magistrate Judge Sorokin questioned the status of the cases represented by your firm, and asked that we remind you of your duty to report to the Court as to those cases. Please do not hesitate to contact me should you have any questions.

Very truly yours,

*/s/ Catherine Stevens* /NN

Catherine Stevens