UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)<br>)<br>)<br>) |
| | ) MDL Docket No. 1629 |
| THIS ORDER RELATES TO:<br><br>ALSBERGE v.<br>PFIZER INC., ET AL.<br><br>Individual Case Nos. 05-11699 and<br>                            06-10957 | )<br>) Master File No. 04-10981-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER LIFTING STAY

February 2, 2012

SOROKIN, M.J.

On December 6, 2011, the Court permitted counsel for Plaintiff Debra Johnson Alsberge to withdraw. Docket # 3730. At that time, the Court stayed her case until February 1, 2012, so that Alsberge would have ample opportunity to obtain successor counsel. To date, no attorney has filed a Notice of Appearance on Alsberge's behalf, nor has Alsberge made a request to extend the stay. Accordingly, the Court hereby LIFTS the stay of this case.

SO ORDERED,

/s/ Leo T. Sorokin
Leo T. Sorokin
United States Magistrate Judge

1