UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEURONTIN<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)<br>)<br>)<br>) |
|  | ) MDL Docket No. 1629 |
| THIS ORDER RELATES TO: | )<br>) Master File No. 04-10981-PBS |
| BRIGGS v.<br>PFIZER INC., ET AL. | )<br>)<br>) |
| Individual Case Nos. 05-11700 and<br>07-10327 | )<br>)<br>) |

ORDER LIFTING STAY

February 2, 2012

SOROKIN, M.J.

On December 6, 2011, the Court permitted counsel for Plaintiff Robin Stern Briggs to withdraw. Docket # 3729. At that time, the Court stayed her case until February 1, 2012, so that Briggs would have ample opportunity to obtain successor counsel. To date, no attorney has filed a Notice of Appearance on Briggs's behalf, nor has Briggs made a request to extend the stay. Accordingly, the Court hereby LIFTS the stay of this case.

                SO ORDERED,

                /s/ Leo T. Sorokin
                Leo T. Sorokin
                United States Magistrate Judge