January 30, 2012

The Honorable Leo T. Sorokin

United States Magistrate Judge

United States District Court of the

District Of Massachusettes

John Joseph Moakley U.S.Courthouse

1 Courthouse Way

Boston. Massachusettes    02210

Re: In re Neurontin Marketing, Sales Practices and Product

Liability Litigation, MDL Docket No. 1629, Master File No. 04 Civ 10981

(PBS) (LTS) Briggs v Pfizer., Individual Case Nos. 05-11700,07-10327

Dear Judge Sorokin,

I am writing to update you on the issue of new counsel.  I had contacted several personal injury lawyers in December but didn't hear from them until mid-January.

Some of them declined before I mentioned anything about my case.  The magnitude of work to get up to speed, questions about my attorneys' withdrawal and hearing I was part of an MDL, were some of the reasons given.

Two of them were interested but the first one respectfully declined saying he was too small to take my case but referred me to the second lawyer who was very interested.  He spoke with someone at Finkelstein and Partners and then declined saying that there wasn't enough science and that my husband self medicated.  If I

understand that term to mean that my husband prescribed Neurontin for himself, This is absolutely false. Another misrepresented fact from Finkelstein and Partners and I can prove it.

Please don't let this be swept quietly under the rug. Too many people are dying because of Neurontin. Our men and women in the military are committing suicide in record numbers. One in six is on a psycho-active drug, Neurontin being one of them. I have waited seven years to have a voice. This would be a terrible way to end my lawsuit. Justice, for my family and myself, would not be served if I cannot move forward with my claim against Pfizer

I ask the court to allow me more time to find new counsel. Or, appoint a lawyer for my case.

Sincerely,

*Robin S. Briggs*

Robin S. Briggs