The Honorable Leo T. Sorokin   January 28, 2012
United States Magistrate Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: In re Neurontin Marketing, Sales Practices and Product
Liability Litigation, MDL Dockelt No. 1629, Master File No. 04
Civ. 10981(PBS)

Alsberge v Pfizer

Dear Judge Sorokin,

I write in regard to the issue of finding new counsel to represent my case and to provide the court with an update on this matter. I would respectfully ask that the following circumstances be taken into account.

The quest to find a new attorney has been an on-going effort since my testimony before the court on December 01, 2011. With the assistance and support of attorney Jack London, I have contacted several potential candidates. Despite being notified of the pending February 01, 2012 deadline, most of the attorneys did not respond until recently. I am still waiting for others to reply. Perhaps the holidays were a factor.

Some interest has been shown, but the process of finding new representation has been extremely challenging. I am not completely clear as to why this task remains so difficult.

What I can relate is the comments made by those we have been able to connect with. For the attorneys unfamiliar with Neurontin, the difficulties cited seem to center around the complexities of the MDL, the voluminous information involved, and the potential costs and time needed investigate a case of this magnitude.

In regard to the individuals we have contacted with existing cases in the MDL, or those who have settled claims, most are hesitant or show little interest in taking on another Neurontin case.

The decision to take a case does not seem to be based on whether or not I have a viable claim. None of these individuals have asked for more information or requested additional documents that would further support my claim.

Within the last two weeks, both Robin Briggs and I spoke with an attorney who seemed willing and enthusiastic about taking our cases. Robin sent information procured from Finkelstein and Partners. Much of the information was incomplete, or redacted from the hard drive. After several days of waiting, and a conversation with someone at Finkelstein and Partners the decision was made to decline our cases. When asked who they spoke with, they would not reference the name.

Once again, this unfortunate set of circumstances becomes a real "Catch 22". Without supportive counsel, there is no way to proceed with a claim. With former attorneys who are hostile, I may not be able to secure counsel.

I do not want my case dismissed. Please consider the difficulties involved when making a determination. There is so much at stake for our family. We are battle weary… and disheartened. But determined to bring this case to light, hold Pfizer accountable for the harm done.

I respectfully ask for more time to seek appropriate counsel. Or, that the court appoint knowledgeable counsel as I cannot afford an attorney.

Thank you for your consideration.

Sincerely,

*Debra Alsberge*

Debra Alsberge
321 High School Rd NE
PMB # 631 STE D3
Bainbridge Is., WA 98110