Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CONDENSED
COPY

In re:                                    )

                                          )

NEURONTIN MARKETING                       ) MDL DOCKET NO. 1629

                                          )

SALES PRACTICES AND PRODUCTS              )   MASTER FILE NO.

                                          )      04-10981

LIABILITY LITIGATION                      )

                                          )

- - - - - - - - - - - - - - - - - - - -   )

THIS DEPOSITION RELATES TO:               ) VIDEOTAPE DEPOSITION

ANN A. SANTOS, et al. v.                  )      OF:

PFIZER, INC.,                             )

CASE NO. 10-cv-10639-PBS                         ANN A. SANTOS

VOLUME I

        TRANSCRIPT of the stenographic notes of

the proceedings in the above-entitled matter, as

taken by and before Elizabeth M. Kondor, a Certified

Shorthand Reporter and Notary Public of the State of

New Jersey, held at the office of Napoli, Bern,

Ripka, LLP, 350 Fifth Avenue, Suite 7413, New York,

New York 10118, on Thursday, September 15, 2011,

commencing at 10:34 a.m.

    Job No. CS352440

Page 2

1
2 A P P E A R A N C E S :
3 LAW OFFICE OF ROBERT L. SALIM
4 1901 Texas Street
5 Natchitoches, Louisiana 71457
6 (800) 491-1817
7 BY:  P. ANN TRANTHAM, ESQ.
8      patrantham@gmail.com
9
10
11 SKADDEN, ARPS, SLATE, MEAGHER & FROM, LLP
12 Four Times Square
13 New York, New York 10036
14 (212) 735-3000
15 BY:  KATHERINE ARTHUR LYON, ESQ.
16      Katherine.Lyon@skadden.com
17
18 ALSO PRESENT:
19 MARC FRIEDMAN, Videographer,
20 Veritext Corporate Services
21
22
23
24
25

Page 3

1
2              I N D E X
3 WITNESS                        PAGE
4 ANN A. SANTOS
5     Direct Examination by Ms. Lyon............5
6
7
8
9          E X H I B I T S
10 NO.  DESCRIPTION                  PAGE
11 D-1  Notice of Deposition of A. Santos..........4
12 D-2  Interrogatory Responses...................4
13 D-3  Responses to Request for Production
14      of Documents.............................4
15 D-4  Three-page document produced at
16      the deposition by A. Santos..............97
17
18      (Exhibits appended to the deposition.)
19
20
21
22
23
24
25

Page 4

1         ANN A. SANTOS - VOLUME I - 9/15/2011
2         VIDEOGRAPHER:  My name is Marc Friedman
3 of Veritext Corporate Services.  The date today is
4 September 15, 2011.  The time is approximately 10:34
5 a.m.
6         This deposition is being held in the
7 office of Napoli, Bern, Ripka located at 350 Fifth
8 Avenue, New York, New York.  The caption of this case
9 is in reference to Neurontin Marketing Sales
10 Practices and Products Liability Litigation and
11 Santos, et al. versus Pfizer, Inc. in the United
12 States District Court, District of Massachusetts,
13 Case No. 10-CV-10639.
14         The name of the witness is Ann Santos.
15 At this time the attorneys will identify themselves,
16 after which time our court reporter, Elizabeth Kondor
17 of Veritext, will swear in the witness, and we can
18 proceed.
19         MS. LYON:  Katherine Lyon for Pfizer.
20         MS. TRANTHAM:  Ann Trantham from the law
21 firm Robert Salim, representing the plaintiff.
22
23         (Exhibits D-1 through D-3 were received
24 and marked for identification.)
25

Page 5

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2 A N N  A.  S A N T O S, having been first duly
3 sworn, testified as follows:
4 DIRECT EXAMINATION BY MS. LYON:
5     Q.   Hi, Ms. Santos.  We were introduced off
6 the record.  My name is Katherine Lyon, and I work at
7 Skadden Arps, and I represent the Pfizer defendants
8 in the litigation that you filed regarding your
9 Neurontin use.
10         I understand that you have some health
11 conditions, and if at any time you need to take a
12 break today, just let me know.
13     A.   Okay.
14     Q.   The only thing I would ask is that if
15 there's a question pending, that you answer the
16 question before we take a break.
17     A.   Okay.
18     Q.   And I also understand that you're
19 required to wear dark glasses due to your eye
20 condition; is that correct?
21     A.   Yes, yes.
22     Q.   And so you're going to be wearing those
23 today throughout the deposition?
24     A.   Yes.
25     Q.   I just ask for you to wait for me to ask

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2 my question before you give your answer.
3     A.    Okay.
4     Q.    That way, we'll be able to get a clean
5 transcript.  At some point we may begin to talk over
6 each other, because it's natural, but we do try just
7 to -- I'll try to wait for you to finish your answer
8 before I ask the next question as well.
9         If you don't understand any questions
10 that I ask you today, please let me know, I'm happy
11 to rephrase it.  If you do answer the question, I
12 will assume that you understood it, okay?
13    A.    Okay.
14    Q.    Are you taking any medications today that
15 would prevent you from being able to testify?
16    A.    No.
17    Q.    What medications are you taking today?
18    A.    High blood pressure.
19    Q.    Do you know the name of the medication?
20    A.    Norvasc.
21    Q.    Norvasc?
22    A.    Yes.
23    Q.    Are you taking anything else today?
24    A.    Protonix.
25    Q.    What is it?

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2     A.    Protonix.
3     Q.    Protonix; and what is that for?
4     A.    Acid reflux.
5     Q.    And are you taking anything else?
6     A.    No, that's all I had this morning.
7     Q.    Is that a complete list of your current
8 medications that you're on?
9     A.    No.
10    Q.    What else are you taking?
11    A.    I have the whole list.  Would you like
12 the list?
13    Q.    Sure.
14    A.    You just want the medicine that I took
15 today?
16    Q.    Just the medications that you're
17 currently taking that you would take today.
18        MS. TRANTHAM:  I have not seen this,
19 Counsel, so let me look at it.  As I stated earlier,
20 she has eye issues, and she can't read, and so --
21 let's go off the record for just one moment.
22        MS. LYON:  Okay.
23        VIDEOGRAPHER:  Standby.  The time is
24 10:39.  We're going off the record.
25        (Discussion off the record.)

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2         VIDEOGRAPHER:  The time is 10:41.  We're
3 back on the record.
4         MS. TRANTHAM:  I'm registering an
5 objection to the documents.  Ann Santos, as I
6 mentioned earlier, Counsel, can't read.  This appears
7 to be papers that have been in her bag for some time,
8 they look quite worn.  There's no date on this paper.
9 I've never seen this document before today, and all I
10 can say is I'll object to each of these three pieces
11 of paper.  Certainly, there does look to be some
12 medications on the list, and you may ask her if she
13 ingested those medications today, but your question
14 was, What medications did you ingest today, so
15 without a date we can't date that.
16        That one does have a date from Dr. Wayne
17 Paulekas as well, but, again, it is not today's date,
18 so I would object to that being relevant to your
19 questions and of this one also being relevant, so
20 objection, it's unfair, she can't read the documents,
21 and objection to relevancy as to your question.
22 BY MS. LYON:
23    Q.    Just for the record, are you able to read
24 in general?
25    A.    Yes, I can't see to read because of my

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2 vision.
3     Q.    So it's a matter of your vision?
4     A.    Yes.
5     Q.    Ms. Santos, do you know where you got
6 these documents?
7     A.    No.  It's just all the papers that I keep
8 in my pocketbook.
9     Q.    So the first document that you provided
10 looks like a printout of a screen shot, and it lists
11 several medications.
12        Are you currently prescribed OxyContin?
13    A.    Yes.
14    Q.    Is that something that you have taken
15 today or will take today?
16    A.    Tonight.
17    Q.    Tonight.
18        Do you know what dose you're currently
19 taking?
20    A.    Forty milligrams.
21    Q.    How many times a day?
22    A.    Once.
23    Q.    What about Percocet, are you currently
24 prescribed Percocet?
25    A.    Yes.

3 (Pages 6 - 9)

Page 10

ANN A. SANTOS - VOLUME I - 9/15/2011

1
2  Q.    And will you take that today?
3  A.    If needed for pain.
4  Q.    This also lists Patanol drops; are you
5 prescribed Patanol drops currently?
6  A.    Yes, for my eyes.
7  Q.    And did you use those today?
8  A.    No.
9  Q.    And will you use those today?
10 A.    Tonight.
11 Q.    And are you currently prescribed
12 Coumadin?
13 A.    Yes.
14 Q.    And will you take that today?
15 A.    Tonight.
16 Q.    And how many milligrams of Coumadin?
17 A.    I'm on five milligrams.
18 Q.    Are you currently taking aspirin?
19 A.    No.
20 Q.    Are you currently prescribed a medication
21 called pantoprazole?
22 A.    Yes, Protonix.
23 Q.    And what are you prescribed that for?
24 A.    The acid reflux.
25 Q.    And what about senna?

Page 11

ANN A. SANTOS - VOLUME I - 9/15/2011

1
2  A.    No.
3  Q.    Amlodipine?
4  A.    I don't think I take that anymore.
5  Q.    Loratadine?
6  A.    No.
7  Q.    Do you remember the last time you took
8 loratadine?
9  A.    No, I don't.
10 Q.    Are you currently prescribed Singulair?
11 A.    Yes.
12 Q.    What do you take that --
13 A.    For allergies.
14 Q.    What about prednisone drops?
15 A.    For my eyes.
16 Q.    And you're currently using that?
17 A.    Yes.
18 Q.    Cyclosporine Dropperette?
19 A.    For my eyes.
20 Q.    And Lacri-Lube?
21 A.    It's an ointment for my eyes.
22 Q.    Bactroban?
23 A.    I don't take that no more.
24 Q.    Do you know what your Bactroban was for?
25 A.    I think, like, when I had pneumonia.

Page 12

ANN A. SANTOS - VOLUME I - 9/15/2011

1
2  Q.    And just for the record --
3  A.    Maybe November.
4  Q.    This document is undated and has some
5 other information that I think we'll talk about in a
6 bit, a bit later, so I'm going to keep it there.
7        The other document that's been produced
8 is a printout.  It looks like discharge instructions
9 dated November 19, 2010 from New Britain General
10 Hospital.  And this lists the following
11 prescriptions:  Percocet.  I believe we've already
12 talked about Percocet.
13        Rondec DM syrup; do you recall taking
14 that?
15 A.    Yes, when I had pneumonia.
16 Q.    And you're not currently taking that?
17 A.    No.
18 Q.    And Zithromax?
19 A.    No.
20 Q.    What did you take Zithromax for?
21 A.    They gave me all of that when I had
22 pneumonia last year.
23 Q.    And the third document is a document with
24 the heading of Wayne C. Paulekas, M.D.
25        Do you know who that is?

Page 13

ANN A. SANTOS - VOLUME I - 9/15/2011

1
2  A.    Yes.  He was a doctor that I was going to
3 see, but I went to another -- I changed to another
4 one, because my case was too complicated for him.
5  Q.    Do you recall why your case was too
6 complicated for him?
7  A.    No.  He just said I had a complicated
8 case.
9  Q.    This document indicates that perhaps you
10 did see him once.
11 A.    Yes.
12 Q.    But you only saw him the one time?
13 A.    Yes.
14 Q.    And do you recall any instructions he
15 gave you at that time?
16 A.    The only thing I can recall, he sent me
17 back to the other doctors.
18 Q.    Do you recall which other doctors he sent
19 you back to?
20 A.    My doctor was Bridget Kelly.  She moved
21 to Texas, and at the time I was looking for a new
22 doctor.  That's when I found him.
23 Q.    Do you recall approximately when Bridget
24 Kelly moved to Texas?
25 A.    Early sometime this year.

4 (Pages 10 - 13)

Page 14

ANN A. SANTOS - VOLUME I - 9/15/2011

1   Q.   In 2011?
2   A.   Yeah.
3   Q.   Because this document is dated Thursday,
4 February 24, 2011. Is that around the time frame you
5 believe --
6   A.   Yes, she left the 1st of the year.
7   Q.   Where was Bridget Kelly practicing before
8 she moved to Texas?
9   A.   The Burdoff.
10   Q.   Where was that?
11   A.   Burdoff. That's the name of the clinic,
12 The Burdoff.
13   MS. LYON:  The Burdoff, do you know what
14 the name is?
15   Q.   Burdoff; is that it, Burdoff?
16   A.   Yes.
17   Q.   B-U-R-D-O-F-F?
18   A.   Uh-huh.
19   Q.   Have you ever had your deposition taken
20 before?
21   A.   No.
22   Q.   What is your full name?
23   A.   Ann A. Santos.
24   Q.   What does the A stand for?

Page 15

ANN A. SANTOS - VOLUME I - 9/15/2011

1   A.   Annette.
2   Q.   Do you have a maiden name?
3   A.   Jones.
4   Q.   Have you ever gone by any other names?
5   A.   No.
6   Q.   What is your current address?
7   A.   126 Biruta Street, New Britain.
8   Q.   And that's B-I-R-U-T-A Street?
9   A.   Yes.
10   Q.   How long have you lived at that address?
11   A.   Almost two years.
12   Q.   Does anyone live with you at that
13 address?
14   A.   No.
15   Q.   Where did you live prior to 126 Biruta
16 Street?
17   A.   313 High Street, New Britain.
18   Q.   And how long did you live at that
19 address?
20   A.   About three and a half years.
21   Q.   Did anyone live with you at that address?
22   A.   No.
23   Q.   So that time frame would have been
24 approximately 2009 through 2006; is that correct?

Page 16

ANN A. SANTOS - VOLUME I - 9/15/2011

1   A.   Yeah.
2   Q.   And prior to that, where did you live?
3   A.   125 Kent Street in Hartford.
4   Q.   How long did you live at that address?
5   A.   Maybe about -- maybe about a little -- a
6 year or something.
7   Q.   Was that in 2006 or 2005?
8   A.   September 2006.
9   Q.   Was when you left that address?
10   A.   I lived at that address.
11   Q.   You lived at that address at that time.
12   And where did you live before 125 Kent
13 Street.
14   A.   160 Washington Street, New Britain.
15   Q.   How long did you live at that address?
16   A.   From 1999 till 2005.
17   Q.   Did anyone live with you at that address?
18   A.   My husband was with me for -- yeah, me
19 and my husband until we separated.
20   Q.   When did you separate?
21   A.   About 2005.
22   Q.   Anyone other than your husband live with
23 you at that address?
24   A.   No.

Page 17

ANN A. SANTOS - VOLUME I - 9/15/2011

1   Q.   Where did you live prior to that?
2   A.   Georgia.
3   Q.   And where in Georgia did you live?
4   A.   Quitman, Georgia.
5   Q.   Britman?
6   A.   Quitman.
7   Q.   Quitman; do you know the address?
8   A.   I don't remember the address. It was in
9 Quitman.
10   Q.   And that was prior to 1999?
11   A.   Yes.
12   Q.   When did you live at 19 Docket Street in
13 New Britain, Connecticut?
14   A.   Talcott?
15   Q.   Docket?
16   A.   I don't know no Docket. It's Talcott.
17   Q.   T-O-C-K-E-T?
18   A.   Talcott.
19   Q.   So if your interrogatory responses
20 provided the address of 19 Docket Street, it's
21 supposed to be Tocket, T-O-C-K --
22   A.   T-A-L-C-O-T-T.
23   Q.   Talcott Street?
24   A.   Yes.

5 (Pages 14 - 17)

Page 18

```
 1        ANN A. SANTOS - VOLUME I - 9/15/2011
 2    Q.    And when did you live at that address?
 3    A.    When I came to Connecticut in August of
 4 1999.
 5    Q.    How long did you live there?
 6    A.    A few months.
 7    Q.    Did you live with anyone else at that
 8 address?
 9    A.    My sister-in-law.
10    Q.    What is your sister-in-law's name?
11    A.    Linda Santos.
12    Q.    Did your husband also live at that
13 address with you at that time?
14    A.    Yes.
15    Q.    And was there anyone else who had lived
16 at that address?
17    A.    No.
18    Q.    Why did you move to Connecticut in 1999
19 from Georgia?
20    A.    It was my husband's home.  My husband
21 went from there.
22    Q.    Where were you born?
23    A.    Georgia.
24    Q.    And did you live there since birth until
25 1999?
```

Page 19

```
 1        ANN A. SANTOS - VOLUME I - 9/15/2011
 2    A.    Yes.
 3    Q.    Where in Georgia were you born?
 4    A.    Born, Barney, Georgia.
 5    Q.    Did you ever live anywhere other than
 6 Barney, Georgia?
 7    A.    Oh, yes, I lived in New Jersey.
 8    Q.    When did you live in New Jersey?
 9    A.    1982.
10    Q.    And what brought you to New Jersey in
11 1982?
12    A.    My family, my mother.
13    Q.    Your mother moved to New Jersey with you?
14    A.    No.
15    Q.    Why was your mother in New Jersey?
16        MS. TRANTHAM:  Relevance, objection.
17        MS. LYON:  I'm just trying to establish
18 residence.
19        MS. TRANTHAM:  I'll let her answer.
20    A.    My mother was living in New Jersey since
21 she was 16.
22    Q.    Okay.  Did your mother ever live in
23 Georgia?
24    A.    Yes.
25    Q.    At what period of time?
```

Page 20

```
 1        ANN A. SANTOS - VOLUME I - 9/15/2011
 2    A.    I wasn't raised by my mother.
 3    Q.    Okay.
 4        MS. TRANTHAM:  Again, Counsel, objection.
 5 Where her mother lived, I think is irrelevant.
 6        MS. LYON:  I'm just trying to
 7 establish --
 8        MS. TRANTHAM:  You can ask if her mother
 9 lived with her at any of those residences.
10        MS. LYON:  Okay.
11    Q.    And is your date of birth October 10,
12 1964?
13    A.    Yes.
14    Q.    And your social security number,
15 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?
16    A.    Yes.
17        MS. LYON:  We have marked as Exhibit D-1
18 the notice of deposition for Ann Santos.  I
19 understand that Ms. Santos will not be able to read
20 the document.
21    Q.    So, Ms. Santos, do you recall anyone
22 going over a notice of deposition with you at any
23 time prior to today?
24        MS. TRANTHAM:  Before she answers,
25 Counsel, I just want to have, just so I don't have to
```

Page 21

```
 1        ANN A. SANTOS - VOLUME I - 9/15/2011
 2 keep interrupting you, a continuing objection to
 3 refer to any documents that we put in front of her as
 4 unfair in that she's unable to read them and to
 5 ascertain what they are.
 6        MS. LYON:  I'm not asking her to read the
 7 documents.
 8        MS. TRANTHAM:  Right, exactly.  I'm just
 9 saying that from here on out, for any documents, as
10 long as you understand, she can't actually see the
11 content of those documents, but go ahead.
12        Ann, you may answer.
13    Q.    Do you recall anyone going over a notice
14 of deposition with you prior to your deposition?
15    A.    Yes.
16        MS. LYON:  And can I get that caption
17 back?
18        VIDEOGRAPHER:  Sure.  I'm sorry.
19    Q.    And in this notice of deposition which we
20 served upon your counsel, we requested that you bring
21 certain documents and materials with you to your
22 deposition.
23        Did your attorney go over that with you?
24    A.    Yes.
25    Q.    And did you bring any documents with you
```

6 (Pages 18 - 21)

Page 22

ANN A. SANTOS - VOLUME I - 9/15/2011

1    to your deposition today?
2        A.    The only thing was my IDs and stuff.
3        Q.    Do you have any documents, medical
4    records, related to this case at your home?
5        A.    No.
6        Q.    Do you keep a file of medical records at
7    your home?
8        A.    No.
9        Q.    Do you keep a diary?
10       A.    No.
11       Q.    Do you keep a calendar with any sort of
12   medical information or dates or appointments on it?
13       A.    No.
14       Q.    Do you have any documents related to
15   Neurontin that you haven't already provided to your
16   counsel?
17       A.    No.
18       Q.    And do you have any documents related to
19   Pfizer that you haven't already provided to your
20   counsel?
21       A.    No.
22       Q.    I've also marked as Exhibit D-2, I
23   believe, the interrogatory responses that your
24   counsel provided to us earlier this week, and Exhibit

Page 23

ANN A. SANTOS - VOLUME I - 9/15/2011

1    D-3, I believe, is the responses to requests for
2    production that were served earlier in this
3    litigation.
4        Do you remember going over responses to
5    certain discovery questions with your counsel prior
6    to today?
7        A.    Could you repeat the question?
8        Q.    Do you remember speaking with your
9    counsel about the answers to certain discovery
10   questions called interrogatories or requests for
11   production?
12       MS. TRANTHAM:  Objection.  I will tell
13   you, Counsel, that we have reviewed those documents
14   and that is the only way that we can get her to fill
15   them out is by going over those documents.  I don't
16   think that she is understanding the title of the
17   document.  When we speak with her, we tell her that
18   we have questions from your side, okay, so, perhaps,
19   she doesn't understand some of the words you're using
20   in your sentence.
21       MS. LYON:  Okay.
22       Q.    Do you recall your counsel going over
23   certain questions that we gave them to ask you and
24   your responses to those questions?

Page 24

ANN A. SANTOS - VOLUME I - 9/15/2011

1        A.    Yes.
2        Q.    And do you recall approximately when you
3    had those conversations?
4        A.    Several times.
5        Q.    And how many times?
6        A.    Three, four, a couple.
7        Q.    When was the most recent conversation
8    that you had?
9        A.    Well, Counsel, we talked every day,
10   almost every day.
11       Q.    Given your issues with your eyes, were
12   you able to sign -- review and sign these responses
13   that your attorney compiled for you, or you were
14   unable to do that?
15       A.    They read everything to me before I
16   signed anything.
17       Q.    Okay.
18       And when they read you the responses, you
19   believed them to be accurate and complete?
20       A.    Yes.
21       Q.    Are you currently employed?
22       A.    No.
23       Q.    When was the last time you were employed?
24       A.    2002.

Page 25

ANN A. SANTOS - VOLUME I - 9/15/2011

1        Q.    And where did you work during that time
2    period?
3        A.    La Casa Lexington.
4        Q.    And what was the nature of your
5    employment; what were you employed doing?
6        A.    CNA.
7        Q.    And can you tell me what a CNA is?
8        A.    Certified nurses aide.
9        Q.    How long did you work for La Casa
10   Lexington?
11       A.    2000 to 2002 till they closed down.
12       Q.    And have you had any employment since
13   2002?
14       A.    No.
15       Q.    And why is that?
16       A.    I had my leg amputated in 2002.
17       Q.    Are you currently on social security?
18       A.    Yes.
19       Q.    And when did you receive social security?
20       A.    In 2004.
21       Q.    Do you recall approximately what month
22   you received it?
23       A.    Around September, September or October of
24   2004.

Page 26

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.   And did your social security at that time
3 date back to the 2002 time period, or did it start
4 from 2004?
5    A.   I can't recall when they dated back to.
6    Q.   What is the basis for your social
7 security disability?
8        MS. TRANTHAM:  Objection; calls for a
9 legal conclusion.
10    Q.   Do you recall what the basis for your
11 application was?
12        MS. TRANTHAM:  Same objection.
13    Q.   You can answer.
14        MS. TRANTHAM:  You may answer.
15    A.   Okay.  I'm thinking.
16        Repeat it again.
17    Q.   Do you recall what the basis was for your
18 social security disability application?
19    A.   What do you mean the basis of it; how
20 much?
21    Q.   What your reason was for applying?
22    A.   The amputation.
23    Q.   And are you currently still married?
24    A.   I've been separated for some years now.
25    Q.   But not officially divorced; is that

Page 27

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2 correct?
3    A.   No.
4    Q.   When did you become married?
5    A.   1998.
6    Q.   And what is your husband's name?
7    A.   Marcelino Santos.
8    Q.   Do you have any children?
9    A.   Yes, I have one.
10    Q.   And what is your child's name?
11    A.   Tyrann Jones.
12    Q.   And that's T-Y-R-A-N-N?
13    A.   Yes.
14    Q.   And when was Tyrann born?
15    A.   July 31, 1985.
16    Q.   And who is Tyrann's father?
17    A.   Tyrone Pinnix.
18    Q.   Pinnix?
19    A.   Pinnix, P-I-N-N-I-X.
20    Q.   And are you still in contact with Tyrone
21 Pinnix?
22    A.   No.
23    Q.   When was the last time you were in
24 contact with Tyrone?
25    A.   I haven't talked to him since my daughter

Page 28

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2 was little.
3    Q.   Do you have any other children, other
4 than Tyrann?
5    A.   No.
6    Q.   And your husband's name is Marcelino?
7    A.   Yes.
8    Q.   Is he currently employed?
9    A.   No.
10    Q.   And does Tyrann have any children?
11    A.   No.
12    Q.   Have you ever been married, other than to
13 Marcelino?
14    A.   No.
15    Q.   Do you attend any churches?
16    A.   No.
17    Q.   Have you ever filed a lawsuit before?
18    A.   No.
19    Q.   Have you ever been involved in a lawsuit?
20    A.   No.
21    Q.   Have you ever been involved in any cases
22 relating to housing or rent?
23    A.   Yes.
24    Q.   And can you describe those to me?
25    A.   Cases?

Page 29

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.   Yes.
3    A.   Housing court.
4    Q.   And do you recall who -- was it you that
5 filed the claim; did someone else file the claim?
6    A.   I don't understand what you mean.
7    Q.   What was the case about?
8    A.   For rent, payment of rent.
9    Q.   And someone was pursuing rent from you?
10    A.   Yes.
11    Q.   What was the name of that person?
12    A.   MPM.
13    Q.   MPM?
14    A.   Yes.
15    Q.   Is that a corporation?
16    A.   Yes.
17    Q.   And which apartment was that?
18    A.   313 High Street.
19    Q.   How was that resolved?
20        MS. TRANTHAM:  Objection; relevance.
21    Q.   You can answer.
22    A.   I don't -- I moved out of the apartment.
23    Q.   Were you officially evicted?
24    A.   No, because I left.
25    Q.   Were there any other housing cases?

8 (Pages 26 - 29)

Page 30

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2   A.   No.
3   Q.   Have you ever filed a claim for workers'
4 compensation?
5   A.   No.
6   Q.   Have you ever filed for bankruptcy?
7   A.   No.
8   Q.   Are your parents' still alive?
9   A.   My father is.
10   Q.   What is his name?
11   A.   Lee Staten.
12   Q.   Lee Staten?
13   A.   Yes.
14   Q.   Is that S-T-A-T-I-N?
15   A.   S-T-A-T-E-N.
16   Q.   Where does Lee live?
17   A.   Philadelphia.
18   Q.   And when did your mother pass away?
19   A.   1990.
20   Q.   What was her name?
21   A.   Mary Jones.
22   Q.   You said earlier that you were not raised
23 by your mother; who raised you?
24   A.   My grandparents.
25   Q.   And are either of your grandparents still

Page 31

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2 living?
3   A.   No.
4   Q.   What were their names?
5   A.   Rosa Jones, Willie Jones.
6   Q.   Rosa Jones and Willie Jones?
7   A.   Yes.
8   Q.   Do you know your father's current
9 address?
10   A.   No.
11   Q.   When was the last time you were in
12 contact with your father?
13   A.   I just know who my father is.
14   Q.   You don't know who he is?
15   A.   I just know who he is.
16   Q.   Okay.  Do you have any siblings?
17   A.   I have two brothers.
18   Q.   What are your brothers' names?
19   A.   David Peterkin.
20   Q.   Peterkin?
21   A.   Peterkin, P-E-T-E-R-K-I-N, Peterkin.
22   Q.   And what's your other brother's name?
23   A.   Sean Jones.
24   Q.   And where does David live?
25   A.   Georgia.

Page 32

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2   Q.   Do you know where within Georgia?
3   A.   Barney.
4   Q.   Do you know his address?
5   A.   No.
6   Q.   Where does Sean live?
7   A.   I'm not quite sure.  Last I knew he was
8 in South Carolina.
9   Q.   Are you in contact with either David or
10 Sean?
11   A.   David.
12   Q.   When was the last time you were in
13 contact with David?
14   A.   Last weekend.
15   Q.   How frequently do you see him?
16   A.   I don't see him.
17   Q.   How frequently do you speak with him?
18   A.   Maybe once or twice a week.
19   Q.   And when was the last time you saw or
20 spoke with Sean Jones?
21   A.   Since last year sometime.
22   Q.   Is there any particular reason you're no
23 longer in contact with Sean?
24   A.   No, no.
25   Q.   How frequently are you in contact with

Page 33

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2 David?
3   A.   I talk to him once or twice a week.
4   Q.   What did your mother die of?
5   A.   Heart attack.
6   Q.   Did she have any other health conditions
7 while she was alive?
8   A.   I don't know.
9   Q.   What did your grandmother Rosa die of?
10   A.   I think diabetes.
11   Q.   Did she have any other health conditions
12 that you know of while you were alive -- while she
13 was alive?
14   A.   No.
15   Q.   And what did your grandfather Willie die
16 of?
17   A.   Heart attack.
18   Q.   And are you aware of any other health
19 conditions he had while he was alive?
20   A.   No.
21   Q.   When did Rosa Jones die?
22   A.   2006.
23   Q.   And what about Willie Jones?
24   A.   1990.
25   Q.   Are you aware of any significant medical

9 (Pages 30 - 33)

Page 34

ANN A. SANTOS - VOLUME I - 9/15/2011

1 problems in either of your brothers?
2 MS. TRANTHAM: Objection; compounding.
3 A. No, no.
4 Q. Are you aware of anyone in your family
5 ever suffering from an allergic reaction to a
6 medication?
7 A. No.
8 Q. You stated earlier that you were born in
9 Georgia, correct?
10 A. Yes.
11 Q. At what point did you leave Georgia?
12 A. 1982.
13 Q. To move to New Jersey?
14 A. Yes.
15 Q. When you lived in Georgia, you lived with
16 your grandparents, correct?
17 A. In where?
18 Q. With your grandparents?
19 A. In where?
20 Q. In Georgia?
21 A. Georgia, yes.
22 Q. Where did you attend high school?
23 A. Quitman, Georgia.
24 Q. Do you remember the name of the high

Page 35

ANN A. SANTOS - VOLUME I - 9/15/2011

1 school?
2 A. Brooks County High School.
3 Q. Were you involved in any activities in
4 high school?
5 A. No.
6 Q. Did you graduate from high school?
7 A. No.
8 Q. What was the highest grade that you
9 reached?
10 A. Tenth.
11 Q. And why did you not graduate from high
12 school?
13 A. I just didn't.
14 Q. Did you finish the tenth grade?
15 A. No.
16 Q. Did you start the tenth grade?
17 A. Yes.
18 Q. And why did you stop going to school?
19 MS. TRANTHAM: Objection; asked and
20 answered.
21 A. I went out to work in the field.
22 Q. What type of work were you doing at that
23 time?
24 A. Farm work.

Page 36

ANN A. SANTOS - VOLUME I - 9/15/2011

1 Q. Was this on your grandparents' farm?
2 A. No.
3 Q. Where were you doing farm work?
4 A. It was on the people's place that we
5 stayed.
6 Q. What type of work was it?
7 A. Just farm field work.
8 Q. Was there a specific type of crop?
9 A. Different crops.
10 Can we stop for a minute?
11 Q. Yes.
12 VIDEOGRAPHER: Standby. The time is
13 11:16. We're going off the record.
14 (Recess.)
15 VIDEOGRAPHER: The time is 11:23. We are
16 back on the record.
17 By MS. LYON:
18 Q. Ms. Santos, after you left high school
19 and did farm work, how long were you doing the farm
20 work?
21 A. Not long.
22 A. Less than a year?
23 A. What does it have to do with this?
24 That's what I want to know.

Page 37

ANN A. SANTOS - VOLUME I - 9/15/2011

1 Q. I'm just establishing your background and
2 your education and your work history, so I need you
3 to answer the questions.
4 A. I don't know, maybe a couple of months, a
5 year or something, I don't know.
6 Q. What did you do after that?
7 MS. TRANTHAM: Objection; calls for a
8 narrative.
9 Q. What was your next employment after
10 working on the farm?
11 A. I didn't do anything. I went to --
12 nothing. In the next following year, I just...
13 Q. Just the next employment that you had
14 after your farm work in general?
15 A. As a CNA.
16 Q. Did you go to school to become a CNA?
17 A. Yes.
18 Q. Where did you attend school?
19 A. Val Tech.
20 Q. Where was that located?
21 A. Valdosta, Georgia.
22 Q. How many years were you in school for
23 your CNA?
24 A. It was only three months.

10 (Pages 34 - 37)

Page 38

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2    Q.    What year did that occur?
3    A.    '97 -- wait. '97.
4    Q.    Were you employed at all before you went
5 to Val Tech?
6    A.    Yes.
7    Q.    And where were you employed?
8    A.    I was keeping an elderly couple.
9    Q.    And what types of things were you doing
10 for the elderly couple?
11    A.    Bathing, cooking, cleaning.
12    Q.    How long did you do that?
13    A.    A year.
14    Q.    Did you ever have any legal problems
15 while you were in high school?
16         MS. TRANTHAM: Objection; relevance.
17    A.    No.
18    Q.    Did you see any doctors while you were
19 in, the period while you were in high school?
20    A.    No.
21    Q.    Did you have a regular physician growing
22 up?
23         MS. TRANTHAM: Objection; scope and
24 broad. I think that goes well in advance of the
25 injury. I'll let her answer, though.

Page 39

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2    A.    I'm not sure. I don't know.
3    Q.    In the period in the 1990s, did you see a
4 physician regularly?
5    A.    No.
6    Q.    You've never been involved in the
7 military, correct?
8    A.    No.
9    Q.    We talked about your work with La Casa
10 Lexington; can you tell me, did you have a supervisor
11 there?
12    A.    Yes.
13    Q.    What was your supervisor's name?
14    A.    Lana Heinz.
15    Q.    Lana?
16    A.    Yes.
17    Q.    Heinz?
18    A.    Yes.
19    Q.    Did you have any co-workers that you were
20 close with?
21    A.    Yes.
22    Q.    And what were their names?
23    A.    Chelinda Turner.
24    Q.    Are you still in touch with Chelinda
25 Turner?

Page 40

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2    A.    Yes.
3    Q.    And do you know her current address?
4    A.    Yes. She lives 30 City Avenue, New
5 Britain, Connecticut.
6    Q.    Anyone else other than Chelinda that you
7 were close with at La Casa Lexington?
8    A.    That's it. I don't even know where
9 they're at now.
10    Q.    Prior to La Casa Lexington, you worked at
11 Presbyterian Home; is that correct?
12    A.    Yes.
13    Q.    Who was your supervisor there?
14    A.    I don't remember her name.
15    Q.    Were there any co-workers that you were
16 close with at that job?
17    A.    No, not really, no.
18    Q.    And why did you leave employment with
19 Presbyterian Home?
20    A.    I moved to Connecticut with my husband.
21    Q.    When you worked at Fellowship House, who
22 was your supervisor there?
23    A.    LaHood, I can't think of his first name.
24 The last name was LaHood. Oh, yes, Charles LaHood.
25    Q.    Are you still in contact with Mr. LaHood?

Page 41

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2    A.    No.
3    Q.    Are there any co-workers that you worked
4 with that you were close with at Fellowship House?
5    A.    No.
6    Q.    At La Casa Lexington, what were your
7 typical work hours?
8    A.    Seven to three.
9    Q.    How many days per week?
10    A.    I worked there every day; some weeks I
11 would work every day, seven days.
12    Q.    And did your daughter live with you when
13 she was growing up?
14    A.    Yes.
15    Q.    Where did you live at that time when you
16 were raising her?
17         MS. TRANTHAM: Objection; broad in scope
18 and time. Could you be more specific?
19    Q.    Where did you live when your daughter was
20 born?
21    A.    New Jersey.
22    Q.    Where in New Jersey?
23    A.    Newark.
24    Q.    Did you live in the same house?
25    A.    Yes.

11 (Pages 38 - 41)

Page 42

```
1       ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.    Did there come a time when you moved from
3  New Jersey with your daughter?
4    A.    Yes.
5    Q.    And when was that?
6    A.    1990.
7    Q.    And where did you move?
8    A.    Georgia.
9    Q.    Was there any reason that you moved to
10 Georgia?
11   A.    No.
12   Q.    And did you stay in Georgia until you
13 then moved to Connecticut?
14   A.    Yes.
15   Q.    Has your daughter ever had any
16 significant health concerns?
17   A.    No.
18   Q.    Are you currently involved in any
19 activities?
20   A.    No.
21   Q.    And over the last five years, have you
22 been involved in any organizations or groups?
23   A.    No.
24   Q.    Do you have any hobbies?
25   A.    No.
```

Page 43

```
1       ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.    How do you spend your spare time?
3    A.    Just home.
4    Q.    What types of things do you do at home?
5    A.    Clean.
6    Q.    Do you do anything other than clean?
7    A.    Visit with all the elderly people in my
8  building.
9    Q.    You clean for the elderly people in the
10 building?
11   A.    No, I clean my house, and I visit the
12 elderly people in my building.
13   Q.    And you're able to live on your own,
14 correct?
15   A.    Yes.
16   Q.    Did anyone assist you getting to the
17 deposition today?
18       MS. TRANTHAM:  You may answer that, Ann.
19   A.    Yes.
20   Q.    And who assisted you?
21   A.    A limousine service.
22       MS. TRANTHAM:  I had a car pick her up,
23 Counsel.  She couldn't get here on her own.
24   Q.    Are you able to travel outside of your
25 home by yourself?
```

Page 44

```
1       ANN A. SANTOS - VOLUME I - 9/15/2011
2    A.    Yes.
3    Q.    When you attend doctors' appointments, do
4  you usually go by yourself?
5    A.    Yes.
6    Q.    Do you leave the house to do things other
7  than go to doctors' appointments?
8    A.    No.
9    Q.    And you mentioned that you socialize with
10 people in your building?
11   A.    Yes.
12   Q.    What are their names?
13   A.    Emma Stewart.
14   Q.    Anyone other than Emma Stewart?
15   A.    Yes, Belinda Gomez.
16   Q.    Anyone else?
17   A.    Mary Jestall.
18   Q.    Anyone --
19   A.    Helen Violette.
20   Q.    Violette?
21   A.    Yes.
22   Q.    Anyone else?
23   A.    That's it.
24   Q.    Do you use a computer?
25   A.    No.
```

Page 45

```
1       ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.    And other than the people that we've just
3  mentioned who live in your building, do you have any
4  other friends?
5    A.    No.
6    Q.    In your interrogatories, you listed an
7  Aunt Delores.
8    A.    Yes.
9    Q.    Can you describe to me your relationship
10 with Delores?
11   A.    It's my mother's sister.  I talk with her
12 a lot.
13   Q.    How frequently do you talk with your Aunt
14 Delores?
15   A.    Almost every day.
16   Q.    Is that mostly over the phone?
17   A.    Yes.
18   Q.    And your interrogatories also listed your
19 Uncle Kenneth Jones.
20   A.    Yes, my mom's brother.
21   Q.    And how often do you speak with Kenneth?
22   A.    Every other two or three days.
23   Q.    And your interrogatories also listed your
24 daughter Tyrann Jones.
25   A.    Yes.
```

12 (Pages 42 - 45)

Page 46

ANN A. SANTOS - VOLUME I - 9/15/2011

1  ANN A. SANTOS - VOLUME I - 9/15/2011
2     Q.    How often do you speak with your
3  daughter?
4     A.    About two or three times a day.
5     Q.    Where does your daughter live?
6     A.    Georgia, Barney, Georgia.
7     Q.    How often do you see your daughter in
8  person?
9     A.    I haven't seen her since June. I see her
10  at least twice a year.
11    Q.    Is social security your only source of
12  income at the moment?
13    A.    Yes, and state assistance.
14    Q.    What kind of state assistance do you
15  receive?
16    A.    Cash and food stamps.
17    Q.    Food stamps and what?
18    A.    Cash.
19    Q.    How much cash do you get from the state?
20    A.    184.
21    Q.    And that's in addition to the food
22  stamps, correct?
23    A.    Yeah, $200.
24    Q.    What is your social security payment?
25    A.    697.

Page 47

1  ANN A. SANTOS - VOLUME I - 9/15/2011
2     Q.    And has that always been the same?
3     A.    Yes.
4     Q.    Do you own any significant assets, like
5  real estate or a car?
6     A.    No.
7     Q.    Do you have a car to drive?
8     A.    No.
9     Q.    Do you have a bank account?
10    A.    Yes, for social security.
11    Q.    Do you have an account with a bank,
12  though?
13    A.    Yes.
14    Q.    And who is the bank that you have that
15  with?
16          MS. TRANTHAM: Objection; relevance.
17    A.    TD Bank North.
18    Q.    How long have you had that account?
19    A.    Ever since I started getting social
20  security in 2004.
21    Q.    Prior to 2004, did you have --
22    A.    Yes -- no.
23    Q.    A bank account?
24    A.    No.
25          MS. TRANTHAM: Ann, let her finish asking

Page 48

1  ANN A. SANTOS - VOLUME I - 9/15/2011
2  her question before you answer even if you anticipate
3  what the question might be, okay, because she might
4  have something else that she might want to ask.
5          THE WITNESS: Okay.
6     Q.    Do you have any bank accounts other than
7  the TD Bank account?
8     A.    No.
9     Q.    Do you have any insurance?
10    A.    No.
11    Q.    What type of health coverage do you have
12  right now?
13    A.    Health Net Orange, Medicare.
14    Q.    How long have you had that?
15    A.    Since about 2007 -- no, 2003, I think.
16    Q.    And Health Net is through the state?
17    A.    No, that's -- no, I have Medicare,
18  Medicare.
19    Q.    So you do not have Health Net?
20    A.    Health Net Orange is through Medicare.
21    Q.    Okay. And that's since 2003?
22    A.    Yes.
23    Q.    Did you have any healthcare coverage
24  prior to 2003?
25    A.    Yes.

Page 49

1  ANN A. SANTOS - VOLUME I - 9/15/2011
2     Q.    And who was that with?
3     A.    The state.
4     Q.    Have you ever had any life insurance?
5     A.    Yes.
6     Q.    When was that?
7     A.    About two years ago.
8     Q.    Do you remember who the policy was with?
9     A.    Yes, Globe Life. It collapsed.
10    Q.    What was the name?
11    A.    Globe Life.
12    Q.    Do you recall the value of the policy?
13    A.    Yes.
14    Q.    How much was it?
15    A.    150,000.
16    Q.    And you took that out two years ago?
17    A.    Yes. It collapsed.
18    Q.    Have you ever had any life insurance
19  policies other than that policy with Globe Life two
20  years ago?
21    A.    Yes.
22    Q.    And what other policies did you have?
23    A.    I had a cheaper policy that was less than
24  50,000.
25    Q.    What type of policy?

13 (Pages 46 - 49)

Page 50

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2    A.    The same kind of life insurance policy
3  with Globe Life earlier for 50,000.
4    Q.    Anything other than those two policies?
5    A.    No.
6    Q.    When was that $50,000 policy in place?
7    A.    2002 to 2000 -- I think 2005 or -- 2005.
8    Q.    Do you currently pay rent?
9    A.    Yes.
10    Q.    How much is your rent?
11    A.    $750.
12    Q.    Do you have any other monthly expenses?
13    A.    Yes.
14    Q.    What are they?
15    A.    Lights.
16    Q.    Electricity?
17    A.    Yes.
18    Q.    How much is that typically a month?
19    A.    $85.
20    Q.    Do you have any other expenses a month?
21    A.    No.
22    Q.    Do you have a cable bill?
23    A.    No.
24    Q.    Do you have any loans?
25    A.    No.

Page 51

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.    Do you have any credit cards?
3    A.    No.
4    Q.    Have you made any major purchases in the
5  last five years?
6       MS. TRANTHAM:  Objection; broad, "major."
7    A.    No.
8    Q.    Do you owe any money to any private
9  parties like friends or relatives?
10    A.    No.
11    Q.    You have high blood pressure, correct?
12    A.    Yes.
13    Q.    When were you diagnosed with high blood
14  pressure?
15    A.    1983.
16    Q.    Do you recall who diagnosed you?
17    A.    Yes, Newark Beth Israel Hospital in New
18  Jersey.
19    Q.    What was the name of the hospital?
20    A.    Newark Beth Israel.
21    Q.    Do you recall the doctor that you were
22  seeing there?
23    A.    No.
24    Q.    What led to you being diagnosed with high
25  blood pressure?

Page 52

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2    A.    Because I was having headaches real bad.
3    Q.    Did you receive treatment at that time?
4    A.    Yes.
5    Q.    What type of treatment?
6    A.    I was put on blood pressure medicine.
7    Q.    Do you recall the name of the medication?
8    A.    No.
9    Q.    Other than high blood pressure, have you
10  been diagnosed with other major health conditions?
11       MS. TRANTHAM:  Objection; misleading,
12  major health condition.
13    A.    No.
14    Q.    Have you been diagnosed with GIRD or
15  heartburn?
16    A.    Oh, yes, acid reflux.
17    Q.    When were you diagnosed with that?
18    A.    In 1991.
19    Q.    Do you recall who diagnosed you with
20  that?
21    A.    No, no.
22    Q.    Do you recall where you received
23  treatment for it?
24    A.    Yes, in Hahira, Georgia in Smith
25  Hospital.

Page 53

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.    In 2001, we have a medical record that
3  shows that you had a breast mass removed?
4    A.    Yes.
5    Q.    Do you recall that?
6    A.    Yes.
7    Q.    Can you describe to me the treatment that
8  you received?
9       MS. TRANTHAM:  Objection; narrative.  The
10  record speaks for itself.  The breast mass was
11  removed.
12       MS. LYON:  You can just object on the
13  record.
14       MS. TRANTHAM:  Okay.  Objection.
15    A.    It was just a drainage, it was a tube.
16    Q.    Did you take any medications --
17    A.    No.
18    Q.    -- as a result --
19    A.    No.
20    Q.    Have you ever had an appendectomy?
21    A.    What's that?
22    Q.    Did you have your appendix removed?
23    A.    Oh, yes.
24    Q.    When was that?
25    A.    2006 when I had a hysterectomy.

14 (Pages 50 - 53)

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2     Q.    Do you recall where you received
3 treatment for that?
4     A.    Yes, St. Francis Hospital in Hartford,
5 Connecticut.
6     Q.    And what led to the removal of your
7 appendix and your hysterectomy?
8     A.    Closure due to the blistering and stuff,
9 the scarring.
10    Q.    I'll just note for the record that we do
11 not have the St. Francis Medical records, so I'm not
12 able to ask a lot of questions about this. And I
13 think once we receive those records, we may want to
14 come back and ask more questions.
15        MS. TRANTHAM: Certainly, Counsel. And
16 we've provided everything we have to date.
17        MS. LYON: Absolutely.
18    Q.    And you mentioned earlier that you had an
19 amputation of your leg, correct?
20    A.    Yes.
21    Q.    When did that occur?
22    A.    2002.
23    Q.    What led to the 2002 amputation?
24    A.    Multiple clots.
25    Q.    Which leg was it?

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2     A.    Right.
3     Q.    Was that in 2002 or 2003?
4     A.    I think 2003.
5     Q.    Where were you treated for that?
6     A.    New Britain General.
7     Q.    Do you recall the name of the doctor that
8 you worked with there?
9     A.    Harry Saranchak.
10    Q.    When you moved to Connecticut, what
11 healthcare providers did you visit in the 2000 time
12 period?
13        MS. TRANTHAM: Counsel, can you break
14 that down? That's a big period.
15        MS. LYON: Okay.
16    Q.    In the early 2000s we have a record of
17 you treating with New Britain General Hospital and
18 Community Health Center of New Britain. Was there
19 anyone else that you saw at that time?
20    A.    No.
21    Q.    Who was your primary doctor during that
22 time period?
23    A.    Dr. Mary Bartlett.
24    Q.    And who was she with?
25    A.    Community Health Center.

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2     Q.    Did you see anyone else at Community
3 Health?
4     A.    No. There are different doctors that I
5 saw when Dr. Bartlett left.
6     Q.    And at New Britain General Hospital, did
7 you have a particular provider that you saw there?
8     A.    No.
9     Q.    When you had your amputation, what part
10 of your leg was amputated at that time?
11    A.    Below.
12    Q.    Below the knee?
13    A.    Yes.
14    Q.    On your right foot?
15    A.    Yes.
16    Q.    Were you prescribed any medications while
17 you were being treated for your amputation?
18    A.    Yes.
19    Q.    And do you recall what medications those
20 were?
21    A.    I was provided OxyContin, I think it was
22 morphine. I think that's it. I'm thinking.
23    Q.    Do you recall being prescribed Neurontin
24 at New Britain General Hospital in March of 2003?
25    A.    Yes, yes, Neurontin.

1     ANN A. SANTOS - VOLUME I - 9/15/2011
2     Q.    Do you recall what dose you were taking
3 at that time?
4     A.    800.
5     Q.    If the records indicated that you were
6 taking -- or that you were prescribed 300 milligrams
7 three times a day, is that consistent with your
8 recollection?
9        MS. TRANTHAM: Objection.
10    A.    300 milligrams.
11    Q.    So a total of 900 milligrams per day?
12    A.    I'm not sure. I can't even remember.
13    Q.    Do you remember continuing to take
14 Neurontin after you were released from your
15 amputation surgery?
16    A.    Yes.
17    Q.    Do you recall approximately how long you
18 took it?
19    A.    I don't recall how long.
20    Q.    Do you currently smoke?
21    A.    Yes.
22    Q.    How long have you smoked?
23    Q.    How long?
24    Q.    Yes.
25    A.    Over 20-some years.

15 (Pages 54 - 57)

Page 58

1  ANN A. SANTOS - VOLUME I - 9/15/2011
2  Q.   How many cigarettes a day do you smoke?
3  A.   Probably about half a pack.
4  Q.   And do you currently drink?
5  A.   No.
6  Q.   Have you ever drank alcohol?
7  A.   Yes.
8  Q.   And when was the last time?
9  A.   The last time I drank?
10  Q.   Yes.
11  A.   Was 2004.
12  Q.   How frequently were you drinking in the
13  2004 time period?
14  A.   Maybe about two or three times a week.
15  Q.   And how many drinks each time?
16  A.   Maybe a bottle of beer a day.
17  Q.   One bottle of beer?
18  A.   Yes.
19  Q.   When you were being treated after your
20  amputation, did you develop pneumonia at the
21  hospital?
22  A.   I think so.
23  Q.   Do you recall developing renal failure
24  while you were in the hospital after your amputation
25  surgery?

Page 59

1  ANN A. SANTOS - VOLUME I - 9/15/2011
2  A.   Not to my knowledge, I don't know.
3  Q.   If your medical records at that time
4  indicated that you were drinking two to four cans of
5  beer a day, would you dispute that?
6  MS. TRANTHAM:  Objection.
7  A.   No, no.
8  Q.   Okay.  Do you know what Sada Insurance
9  is, S-A-D-A, Insurance?
10  A.   No.  I never heard of them.
11  Q.   After you were discharged from New
12  Britain General Hospital, after your amputation
13  surgery, did you go to a rehab center?
14  A.   Yes.
15  Q.   And what was the name of that center?
16  A.   Hospital for Special Care.
17  Q.   Did you have a particular provider that
18  you dealt with there?
19  A.   No.
20  Q.   Do you recall the names of any of the
21  healthcare providers you saw while you were there?
22  A.   Wendy, I can't remember the last name, I
23  think her last name is Kelly.
24  Q.   What types of rehabilitation were you
25  doing at the Hospital for Special Care?

Page 60

1  ANN A. SANTOS - VOLUME I - 9/15/2011
2  A.   I was learning to walk.
3  Q.   How long were you there?
4  A.   I believe, let me see, probably about
5  three months or less.  I think it was three months or
6  less.
7  Q.   When you were released from the Hospital
8  for Special Care, were you able to walk on your own?
9  A.   Yes.
10  Q.   Did you use any sort of crutches or a
11  cane?
12  A.   Crutches.
13  Q.   How long did you continue to use
14  crutches?
15  A.   Up to about six or seven months until I
16  got a prosthesis.
17  MS. LYON:  Let's go ahead and take a
18  break.
19  VIDEOGRAPHER:  The time is twelve
20  o'clock.  We are going off the record.  This will end
21  Tape 1.
22  (Luncheon recess.)
23  VIDEOGRAPHER:  The time is 12:50.  We are
24  back on the record.  This will be the start of Tape
25  2.

Page 61

1  ANN A. SANTOS - VOLUME I - 9/15/2011
2  MS. TRANTHAM:  Counsel, as I mentioned on
3  break, I have just one or two housekeeping matters.
4  No. 1, do you have any objection to me appearing on
5  behalf of the client today.  I don't know that I'm
6  formally pro hac vice'd into that action or not.
7  MS. LYON:  No, I don't have an objection.
8  MS. TRANTHAM:  And we will be taking care
9  of that formally.  It's just Mr. Napoli who is in the
10  action was unable to attend this deposition today.
11  The second item is, as you know, she
12  suffers from a medical condition.  We had a
13  discussion about what the MDL requires as far as the
14  deponent.  We're happy to produce the witness for
15  whatever length of time, but we might actually have
16  to do it in bits, as she is able to deal with her
17  healthcare issues.  So we're going to try to go as
18  long today as possible, but we might have to
19  reconvene due to her illness.
20  MS. LYON:  Absolutely.  And we want
21  Ms. Santos to be comfortable and in a location that
22  works best for her, so we're absolutely willing to
23  accommodate anything in terms of the timing for today
24  and in the future.
25  MS. TRANTHAM:  Okay, great.  Perfect.  We

16 (Pages 58 - 61)

ANN A. SANTOS - VOLUME I - 9/15/2011

1 ANN A. SANTOS - VOLUME I - 9/15/2011
2 might have to do it in Connecticut. I was hoping New
3 York might be more cooperative, but we might have to
4 get closer to her home next time.
5        MS. LYON: Absolutely.
6 BY MS. LYON:
7    Q.    Before we went off the record, we were
8 talking about your care, your rehabilitation at the
9 Hospital for Special Care.
10       Once you received your prosthetic, did
11 you stop using crutches after that?
12   A.    Yes.
13   Q.    Or did you -- did you continue to use
14 them occasionally?
15   A.    No. I used -- I went to the walker --
16 not the walker but the cane.
17   Q.    A cane. And how frequently -- do you
18 continue to use the cane?
19   A.    Yes.
20   Q.    And how frequently do you use it?
21   A.    I use it everywhere I go to keep me for
22 balance.
23   Q.    Have you ever been diagnosed with
24 colitis; do you recall that?
25   A.    No, no.

1 ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.    Have you ever had a surgery on your colon
3 or your intestines?
4    A.    You call it colitis, we call it -- yes.
5    Q.    I'm talking outside of a colonoscopy,
6 have you ever had a procedure?
7    A.    Yes.
8    Q.    And what was that procedure?
9    A.    I had the large intestines removed and
10 the small was kept, so I could still go to the
11 restroom.
12   Q.    And when did you have that done?
13   A.    2007.
14   Q.    What healthcare facility did that
15 surgery?
16   A.    St. Francis Hospital.
17   Q.    And what were the symptoms that led to
18 you having that surgery?
19   A.    I was having bad stomach cramps.
20   Q.    When you were discharged from the
21 Hospital for Special Care after your knee surgery,
22 your leg surgery, the records indicate that you were
23 taking the following medications, and I'll just ask
24 you to confirm or correct me if I'm wrong.
25       A multivitamin; do you recall taking a

1 ANN A. SANTOS - VOLUME I - 9/15/2011
2 multivitamin?
3    A.    Correct.
4    Q.    Ferrous sulfate?
5    A.    Correct.
6    Q.    Diovan?
7    A.    Correct.
8    Q.    OxyContin?
9    A.    Correct.
10   Q.    Do you know what the Diovan was supposed
11 to treat?
12   A.    Diovan, blood pressure.
13   Q.    What about the OxyContin?
14   A.    For pain.
15   Q.    And the hydrocodone?
16   A.    Pain.
17   Q.    And you were also taking Dilaudid?
18   A.    Yes.
19   Q.    Hydromorphone?
20   A.    That's morphine.
21   Q.    And was that also for pain?
22   A.    Yes.
23   Q.    And Neurontin, 900 milligrams?
24   A.    Yes.
25   Q.    And do you know what that was prescribed

1 ANN A. SANTOS - VOLUME I - 9/15/2011
2 for?
3    A.    Nerve pain.
4    Q.    And Coumadin?
5    A.    Yes, blood thinner.
6    Q.    And Senokot?
7    A.    Yes, for constipation.
8    Q.    Colace?
9    A.    Yes, constipation.
10   Q.    And Claritin?
11   A.    Allergies.
12   Q.    So that's accurate with your
13 recollection?
14       MS. TRANTHAM: Objection; misleading.
15   Q.    Correct?
16       MS. TRANTHAM: Objection.
17   A.    Yes.
18   Q.    After you were released from the Hospital
19 for Special Care, did you continue to fill those
20 medications at Walgreen's?
21   A.    Yes.
22   Q.    And did you fill those prescriptions
23 yourself, or did someone assist you?
24   A.    I take them myself.
25   Q.    When you were seen at the Community

17 (Pages 62 - 65)

Page 66

ANN A. SANTOS - VOLUME I - 9/15/2011

1 Health Center of New Britain, there was a June 23,
2 2003 record talking about your husband, and it notes
3 that your husband left you.
4
5        Was that before you got separated?
6 A.    Yes.
7 Q.    And do you recall the circumstances
8 surrounding that?
9 A.    When he left?
10 Q.    Why he left.
11 A.    I think it had something to do with my
12 amputation. I'm not quite sure.
13 Q.    And were you suffering from phantom limb
14 pain at that time?
15 A.    Yes.
16 Q.    And can you describe that for me, please?
17 A.    After the foot -- I knew it was not
18 there, the nerves were shooting out to the foot, and
19 I could feel, like, my toes and my foot, but I know
20 it was not there, but you could feel it, and it's
21 just down there.
22 Q.    Is it painful?
23 A.    Yes.
24 Q.    And at this appointment your records
25 indicate that Neurontin was increased to 600

Page 67

ANN A. SANTOS - VOLUME I - 9/15/2011

1 milligrams twice a day; do you recall that?
2 A.    Yes.
3 Q.    And I believe your OxyContin was also
4 increased at that same visit; do you recall that?
5 A.    Yes.
6 Q.    During this time period, there's a
7 notation in a July 22, 2003 Community Health record
8 that you were visiting your daughter for five weeks.
9 Is that something -- were you able to travel during
10 that time period?
11 MS. TRANTHAM: Objection; misleading.
12 A.    Could you repeat that again? I didn't
13 hear all of it.
14 Q.    Yes.
15 There's a July 22, 2003 medical record
16 indicating that you were leaving for Atlanta soon for
17 five weeks to visit your daughter?
18 A.    Oh, yes, yes.
19 Q.    Were you able to travel during that time
20 period?
21 A.    Yes.
22 Q.    And did you travel by yourself, or did
23 you have someone with you?
24 A.    By myself.

Page 68

ANN A. SANTOS - VOLUME I - 9/15/2011

1 Q.    Did you go by airplane or another
2 transportation method?
3 A.    I think I went by bus. I think it was by
4 bus.
5 Q.    And around this same time period, the
6 Walgreen's records indicate that you filled
7 prescriptions for Neurontin and other medications.
8 A.    I think it was by bus.
9 MS. TRANTHAM: Would you restate your
10 question, Counsel?
11 MS. LYON: Yes.
12 Q.    The Walgreen's records, I have records
13 from Walgreen's that indicate that you filled
14 prescriptions for Neurontin on April 30, 2003, May
15 16, 2003, June 18, 2003, June 28, 2003, July 22, 2003
16 and September 5, 2003.
17 Do you have any reason to believe those
18 records are inaccurate?
19 MS. TRANTHAM: Objection, Counsel,
20 cumulative on your question. And I'd like for you to
21 break them down, each one.
22 MS. LYON: Okay.
23 Q.    If the Walgreen's records that we
24 collected in this case indicate that you filled a

Page 69

ANN A. SANTOS - VOLUME I - 9/15/2011

1 prescription for Neurontin on April 13, 2003, do you
2 have any reason to disagree with that?
3 A.    No.
4 Q.    And if the Walgreen's records indicate
5 that you filled a prescription for Neurontin on May
6 16, 2003, do you have any reason to dispute that?
7 A.    No.
8 Q.    If the Walgreen's records indicate that
9 you filled a prescription for Neurontin on June 18,
10 2003, do you have any reason to dispute that?
11 A.    No.
12 Q.    If the Walgreen's records indicate that
13 you filled a prescription on June 28, 2003 for
14 Neurontin, do you have any reason to dispute that?
15 A.    No.
16 Q.    If the Walgreen's records indicate that
17 you filled a prescription for Neurontin on July 22,
18 2003, do you have any reason to dispute that?
19 A.    No.
20 Q.    If the Walgreen's records indicate that
21 you filled a prescription for Neurontin on September
22 5, 2003, do you have any reason to dispute that?
23 A.    No.
24 Q.    If the Walgreen's records indicate that

18 (Pages 66 - 69)

Page 70

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2  you filled a prescription for Neurontin on October 3,
3  2003, do you have any reason to dispute that?
4     A.    No.
5     Q.    And the same for November 2, 2003?
6     A.    No.
7     Q.    And the same for December 8, 2003?
8     A.    No.
9     Q.    And the same for January 26, 2004?
10    A.    No.
11    Q.    And the same for February 20, 2004?
12    A.    No.
13    Q.    And the same for April 1, 2004?
14    A.    No.
15    Q.    And the same for May 8, 2004?
16    A.    No.
17    Q.    And the same for June 7, 2004?
18    A.    No.
19    Q.    And the same for July 1, 2004?
20    A.    No.
21    Q.    And the same for August 6, 2004?
22    A.    No.
23    Q.    And the same for August 31, 2004?
24    A.    No.
25    Q.    The same for September 30, 2004?

Page 71

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2     A.    No.
3     Q.    And, again, on October 30, 2004?
4     A.    No.
5     Q.    And, again, when you say no, you mean you
6  have no reason to dispute that you filled those
7  prescriptions --
8     A.    No.
9     Q.    -- correct?
10    A.    Correct.
11    Q.    During this 2003 time period, were you
12  also taking any over-the-counter medications to help
13  treat your pain?
14    A.    No.
15    Q.    There's -- do you want to take a break?
16        MS. TRANTHAM:  Ann, do you need a break?
17        THE WITNESS:  No, I'm fine.  I'm fine.
18    Q.    Do you need some water?
19    A.    No, I have some down here.
20    Q.    On July 31, 2003, there's a medical
21  record from Grove Hill Hospital that a healthcare
22  provider provided you a warning regarding not to take
23  too much Tylenol.
24        MS. TRANTHAM:  Objection;
25  mischaracterization of the record, lack of

Page 72

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2  foundation.
3     Q.    Do you recall being instructed by any
4  healthcare providers regarding taking too much
5  Tylenol?
6        MS. TRANTHAM:  Objection.
7     A.    No.
8     Q.    If a medical record from Grove Hill on
9  July 31, 2003 had a notation that you were prescribed
10  Darvocet, one every four to six hours, with
11  instructions not to take it with excessive Tylenol
12  because of the cumulative effect of acetaminophen, do
13  you recall that discussion with your healthcare
14  provider?
15    A.    I can't remember that far back.
16    Q.    This record also indicates the patient
17  has been taking only Tylenol because she is on
18  Coumadin and reports inadequate pain control on the
19  Tylenol.
20        Do you recall discussing taking Tylenol
21  with your healthcare provider?
22        MS. TRANTHAM:  Continued objection; lack
23  of foundation, asked and answered.
24    A.    Yes, I kind of recall.
25    Q.    Do you have any -- recall any specific

Page 73

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2  details?
3     A.    No.  Yeah, I think Tylenol is not good
4  for the liver, not too much Tylenol.
5     Q.    On September 5, 2003, the Community
6  Health Center of New Britain records indicate that
7  your Neurontin was increased to 800 milligrams three
8  times a day.
9        Do you have any reason to dispute those
10  records?
11        MS. TRANTHAM:  Again, lack of foundation.
12    A.    No.
13    Q.    Do you recall your Neurontin being
14  increased to 800 milligrams three times day?
15    A.    I recall it being twice a day.
16    Q.    What is your understanding of what your
17  dose for Neurontin was at that time?
18    A.    Twice a day.  I remember taking it twice
19  a day.
20    Q.    And how many milligrams per time?
21    A.    At the time, it was 800 milligrams.
22        MS. TRANTHAM:  And, Counsel, just to be
23  clear, are we talking about the September 5, 2003
24  time period?
25        MS. LYON:  Yes.

19 (Pages 70 - 73)

Page 74

ANN A. SANTOS - VOLUME I - 9/15/2011

1  
2  Q.   During this September 2003 time period,
3  were you trying to return to work?
4  A.   In September of 2003?
5  Q.   Yes.
6  A.   Yes, that's when I was returning to work
7  again.
8  Q.   What types of work were you trying to
9  obtain?
10  A.   CNA.
11  Q.   And did you apply for jobs?
12  A.   No -- no, I didn't. I was offered a job,
13  but I had to be retrained to lift, retrained how to
14  lift with the prosthesis.
15  Q.   And did you go through that retraining?
16  A.   Yes.
17  Q.   And who did you go through the retraining
18  with?
19  A.   I went at East Hartford.
20  Q.   Do you remember the name of the facility?
21  A.   Haven Health in East Hartford, on Civil
22  Lane.
23  Q.   Do you recall the time period that you
24  went to Haven Health?
25  A.   This was around -- yeah, around September

Page 75

ANN A. SANTOS - VOLUME I - 9/15/2011

1  
2  of 2003, around that time frame.
3  Q.   Were you also still in the process of
4  applying for disability during that time period?
5  A.   Yes. After I couldn't lift, I went and
6  applied.
7  Q.   So was your training at Haven Health
8  successful?
9  MS. TRANTHAM: Objection;
10  mischaracterization, misleading.
11  Q.   Were you able to be retrained?
12  A.   Kind of, but I just -- I couldn't lift,
13  that was the thing.
14  Q.   So, ultimately, you were unable to take
15  the job; is that correct?
16  A.   Yes.
17  Q.   Did you apply for any other jobs during
18  that time period?
19  A.   No.
20  Q.   And did you apply for any other jobs
21  following that time period?
22  A.   2003?
23  Q.   After 2003.
24  A.   No.
25  Q.   And was that due to your amputation?

Page 76

ANN A. SANTOS - VOLUME I - 9/15/2011

1  
2  A.   Yes.
3  Q.   Do you remember your doctors in the late
4  2003 time period at Grove Hill being concerned about
5  your mood?
6  MS. TRANTHAM: Objection;
7  mischaracterizes the document and the evidence.
8  A.   No, I don't recall.
9  Q.   If a medical record from October 23, 2003
10  from Grove Hill Medical Center indicated, I'm a
11  little concerned about her mood, would that be
12  consistent -- would you have any reason to dispute
13  that?
14  MS. TRANTHAM: Objection;
15  mischaracterizes the document, lack of foundation.
16  Ask the doctor that question.
17  Q.   You can answer.
18  A.   Yes, that's what I am going to do. I'm
19  thinking. I don't know what kind of exams it would
20  have.
21  Q.   Do you remember being prescribed Zoloft
22  in December of 2003?
23  A.   Oh, yes, for depression.
24  Q.   What was your depression like in 2003;
25  what were you experiencing?

Page 77

ANN A. SANTOS - VOLUME I - 9/15/2011

1  
2  A.   I just had moods because I wanted to go
3  right to work, and I felt like I wasn't, you know,
4  contributing to society like I was before, and I was
5  stuck at home, and I wanted to be out working.
6  Q.   And did you ultimately end up seeing a
7  counselor or psychologist?
8  A.   Yes, I did.
9  Q.   And who was that?
10  A.   I forgot his name, but he's at the
11  Hospital for Special Care.
12  Q.   How long did you see him?
13  A.   Maybe about -- maybe a couple of months
14  or close to a year, I'm not quite sure.
15  Q.   I'll just note for the record that we
16  haven't been successful in obtaining those records,
17  so that's something we're going to try to find, and
18  if you can recall the name in the future of who you
19  saw there, that would be very helpful.
20  Do you recall being diagnosed with carpal
21  tunnel syndrome in May of 2004?
22  A.   Yes.
23  Q.   And did you ultimately have a surgery --
24  A.   Yes.
25  Q.   When did you have that surgery?

20 (Pages 74 - 77)

Page 78

```
1      ANN A. SANTOS - VOLUME I - 9/15/2011
2    A.   Sorry.
3         MS. TRANTHAM: Excuse me one moment.
4    THE WITNESS: I'm sorry.
5         MS. TRANTHAM: Please don't talk over
6  her. Let her ask the question so you know what the
7  question is before you answer.
8         THE WITNESS: All right.
9    Q.   Did you have a surgery regarding your
10 carpal tunnel syndrome?
11   A.   Yes.
12   Q.   When was that?
13   A.   I think it was in May or June 2000 -- in
14 2004, either in May or June of 2004.
15   Q.   And was that at the Community Health
16 Center?
17   A.   No, at New Britain General Hospital.
18   Q.   Do you recall in May of 2004 getting a
19 restraining order against your husband?
20        MS. TRANTHAM: Objection; relevance.
21   A.   What does that got to do with the case?
22   Q.   I'm sorry, you have to answer the
23 question.
24        MS. TRANTHAM: Continuing objection.
25   A.   Yes.
```

Page 79

```
1      ANN A. SANTOS - VOLUME I - 9/15/2011
2    Q.   What were the grounds for the restraining
3  order?
4         MS. TRANTHAM: Objection; calls for a
5  legal conclusion.
6    A.   I think it was, he was to have no contact
7  or threats of violence toward me.
8    Q.   What led you to seek a protective order?
9    A.   Because he was drinking, and he was
10 violent.
11   Q.   Do you recall having discussions with the
12 doctors at Community Health Center of New Britain in
13 August of 2004 about chronic opiate use, your chronic
14 use of certain pain medications, like OxyContin?
15        MS. TRANTHAM: Objection; characterizes
16 the evidence in the document, "chronic."
17   A.   No, not to my knowledge.
18   Q.   Do you recall the doctors at New
19 Britain -- at Community Health Center of New Britain
20 doing a lab report that tested negative for
21 oxycodone?
22        MS. TRANTHAM: Objection;
23 mischaracterizes the evidence.
24   A.   No.
25   Q.   Do you recall the doctors at the
```

Page 80

```
1      ANN A. SANTOS - VOLUME I - 9/15/2011
2  Community Health Center of New Britain refusing to
3  prescribe OxyContin because of the negative
4  urinalysis?
5    A.   No.
6         MS. TRANTHAM: Objection;
7  mischaracterizes evidence, lack of foundation.
8    Q.   Were you taking your OxyContin at the
9  time as directed?
10   A.   That there question you just asked me?
11   Q.   In August of 2004, were you taking your
12 OxyContin --
13   A.   August of 2004, I wasn't even in
14 Connecticut, and I tried to explain to them, I had
15 ran out of medication before I got back to
16 Connecticut. I was in Georgia.
17   Q.   And when did you go to Georgia in August
18 of 2004?
19   A.   I went in July. I didn't go in August.
20 I went in July. And I was gone, like, two and a half
21 months because my grandmother was dying there, and I
22 was down home. And then she got better, and then we
23 thought we were going to lose her in 2004, but she
24 lived two years later. I recall...
25   Q.   If the medical records indicate that you
```

Page 81

```
1      ANN A. SANTOS - VOLUME I - 9/15/2011
2  visited the Community Health Center of New Britain on
3  July 7, 2004, do you recall being in Connecticut at
4  that time?
5    A.   July 7th, I don't know. I can't recall,
6  because I know July 31st, I was in Georgia, I know
7  that much.
8    Q.   The Walgreen's records indicate that you
9  filled a prescription on July 2, 2004; do you recall
10 that?
11   A.   No. Those were left with my husband to
12 fill.
13   Q.   So it would have been your husband that
14 filled the prescriptions at Walgreen's on July 1st
15 and July 2, 2004?
16   A.   Yes, I remember that, yes, and he was
17 supposed to send the medication to me.
18   Q.   And did he send the medication to you?
19   A.   I can't -- I don't think he did. That's
20 when we had the problem with the police and all of
21 that.
22   Q.   What was the problem with the police?
23   A.   Oh, I have to answer that?
24   Q.   Yes.
25   A.   Oh, the problem, oh, I just wanted to
```

21 (Pages 78 - 81)

Page 82

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2 know what he did with the medicine.  That's when I
3 got mad, and I called the police.
4    Q.    So he picked up --
5    A.    Yeah.
6    Q.    He picked up your prescriptions and was
7 supposed to send them to you and did not?
8        MS. TRANTHAM:  Objection.
9    A.    No.
10       MS. TRANTHAM:  What relevance time frame
11 are we talking about?  July 1 --
12       MS. LYON:  July of 2004.
13       MS. TRANTHAM:  July 1st?  She had
14 numerous prescriptions filled in July.
15       MS. LYON:  July 1st and 2nd, 2004.
16    A.    Well, I think that was the incident.
17 I don't know which one, but I know it was the
18 incident with me and him.
19    Q.    And did you call the police?
20    A.    Yes, numerous times.
21    Q.    When did you call the police regarding
22 your prescription medications?
23    A.    I didn't call about no prescription
24 medications, I just called them numerous times about
25 the medicine was missing -- was taken off the dresser

Page 83

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2 and stuff, but I don't recall 2000 -- July 2, 2004.
3    Q.    But is it your testimony that he would
4 have been the person that filled the prescriptions on
5 July 1st and July 2, 2004?
6    A.    I think that was the time when I left
7 them for him to fill for me.  I'm not quite sure
8 exactly, but I think that was the time.
9    Q.    And is it also your testimony that he did
10 not ultimately, in fact, send those prescriptions
11 from July 1st and July 2, 2004 to you?
12    A.    No, he didn't send the medicine to me.
13 When I got home, the medicines were there but not all
14 the medicines.
15    Q.    Which medications were missing?
16    A.    Some of the pills were missing, not many
17 of the pills.  He claimed he had took some.
18    Q.    Do you recall which specific pills were
19 missing?
20    A.    There were some missing out of the
21 Percocet bottle, I think.
22    Q.    The Percocets were the only --
23    A.    Or the OxyContin, one of them, I don't
24 know.  It was a long time ago.
25    Q.    There are medical records indicating that

Page 84

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2 you went to Community Health Center of New Britain on
3 June 28, 2004.  Do you have any reason to dispute
4 that you went there that day?
5    A.    I can't recall all of that.  I can't
6 recall all of that, that many years back.
7    Q.    There's also a note that you attended an
8 office visit on July 7, 2004.  Do you have any reason
9 to dispute that you were there that day?
10    A.    I don't recall.
11    Q.    And then there's another office visit
12 with Community Health Center of New Britain on August
13 5, 2004.  Do you have any reason to believe that you
14 were not there that day?
15    A.    I'm not quite sure, because I can't
16 remember all of those dates back.
17    Q.    I'm just trying to establish when you
18 were outside of Connecticut.
19    A.    I know when I was outside of Connecticut.
20    Q.    Did the police ever charge your husband
21 with taking your prescription medications?
22    A.    No, because they said I couldn't prove he
23 did it.
24    Q.    Did your husband ever take your Neurontin
25 pills?

Page 85

1    ANN A. SANTOS - VOLUME I - 9/15/2011
2        MS. TRANTHAM:  Objection.
3    A.    I don't know, because I can't prove
4 nothing -- he did anything.  I don't know.  I can't
5 say he did, and I can't say he didn't.
6    Q.    But your testimony is that the reason you
7 tested -- that OxyContin was not detected on August
8 13, 2004 is because you were in Connecticut; is that
9 true?
10       MS. TRANTHAM:  Objection;
11 mischaracterizes the testimony and the evidence.
12    A.    I didn't say I was in Connecticut.
13 I said, I was not -- I don't recall.  I don't think I
14 was in Connecticut in August of 2004.
15    Q.    Okay.
16    A.    I was in Georgia in August, because I
17 know I went down in July in the year 2004, because I
18 remember that's when I had my leg amputated -- I
19 mean, I didn't have it amputated, but I was still
20 using crutches.  That's why I remember when I was
21 down south in 2004.
22    Q.    Were you ever using cocaine at that time?
23    A.    No.
24       MS. TRANTHAM:  Objection; relevance.
25    Q.    Any crack or anything of that sort?

22 (Pages 82 - 85)

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2   A.   No.
3        MS. TRANTHAM: Objection; cumulative.
4   Q.   Do you have any reason why you would have
5  tested positive for cocaine metabolites on August 13,
6  2004?
7        MS. TRANTHAM: Objection;
8  mischaracterizes the evidence.
9        MS. LYON: If you could wait for me to
10 finish my question, I would appreciate it.
11  Q.   You can answer the question.
12  A.   I want to answer the question, because I
13 answered the same question with the doctors and the
14 police on that one.
15  Q.   You answered the same question what?
16  A.   With the doctors, the same question you
17 just asked.
18  Q.   What did you tell the doctors?
19  A.   When the doctors -- when they did test
20 me, I told the doctors just like my husband said to
21 me, he says, that's why I put something in your soda,
22 when you go to the doctor, you will find out.  That's
23 the time when me and him was disputing, you know,
24 fighting, and, you know, the in-and-out-of-jail
25 stuff.

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2   Q.   What was he in and out of jail for?
3   A.   Because I was always having him locked up
4  for beating me.  He busted my head up and stuff like
5  that.  And he said he was going to get me back.
6   Q.   And you believe that he attempted to get
7  you back by putting something in your drink?
8   A.   I don't put nothing past him.
9   Q.   Do you remember who prescribed the
10 medication Lipitor for you?
11  A.   I think Dr. Curran.
12  Q.   What was the name?
13  A.   Curran.
14  Q.   Curran?
15  A.   Curran, Curran.
16  Q.   The first record of you filling a
17 prescription for Lipitor that I've been able to
18 locate is November 12, 2004 at Walgreen's.  Is that
19 consistent with your recollection?
20  A.   It probably is, yes.
21  Q.   Do you recall why Dr. Curran started you
22 on Lipitor?
23  A.   Yes, my cholesterol was high.
24  Q.   Do you recall having revision surgery to
25 your knee in December of 2004?

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2        MS. TRANTHAM: Objection, Counsel.  Does
3  she understand the word "revision"?
4   A.   Can you explain the word?
5   Q.   Do you --
6   A.   No, I don't understand the question.
7   Q.   You don't understand?
8   A.   The question?
9   Q.   Yes.
10       Did you have another surgery on your knee
11 in December of 2004?
12  A.   Yes.
13  Q.   And what was that surgery for?
14  A.   To smooth out the bone.  It was sticking
15 out too far.
16  Q.   And what led to that surgery?
17  A.   The bone was sticking out too far.  It
18 was pushing out into the prosthesis, and so they had
19 to open it up and shave it down.
20  Q.   Was that causing you pain?
21  A.   Yes.
22  Q.   So the goal of the surgery was to reduce
23 your pain level?
24  A.   No, so that the prosthesis would fit, and
25 the bone had to be smoothed down because it pushed

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2  out too far at the stump.
3   Q.   Do you remember being prescribed a
4  medication called Wellbutrin?
5   A.   Yes.
6        MS. TRANTHAM: Objection, Counsel, time
7  frame?
8        MS. LYON: December of 2004.
9   A.   I think so, yes.  I think so, yes.
10  Q.   And the Walgreen's records indicate that
11 you filled a prescription for Wellbutrin, or it's
12 also -- the generic name is bupropion -- on December
13 28, 2004 from Dr. Curran; do you recall that?
14       MS. TRANTHAM: Objection.
15  A.   Yes.
16  Q.   Do you know why that was prescribed for
17 you?
18  A.   No.  I don't recall why it was prescribed
19 for me, but I remember him prescribing it for me.
20  Q.   And on that date, December 28, 2004, you
21 also filled a prescription for Lipitor.  Do you have
22 any reason to dispute that?
23  A.   No.
24  Q.   And you were continuing to take Neurontin
25 during this time period, correct?

23 (Pages 86 - 89)

Page 90

ANN A. SANTOS - VOLUME I - 9/15/2011

1
2       MS. TRANTHAM: Objection to form. Vague,
3  during which time period?
4       Q.      During the time period of late 2004,
5  leading up to your hospitalization.
6       A.      Yes, I think so, yes.
7       Q.      The records indicate that on January 18,
8  2005, you presented to the emergency room at New
9  Britain General Hospital; can you tell me what you
10  were experiencing at that time?
11      A.      What date?
12      Q.      January 18, 2005.
13      A.      I was experiencing burning, like my body
14  was on fire.
15      Q.      Were you having symptoms on your skin?
16      A.      Yes.
17      Q.      And what types of symptoms?
18      A.      I had blisters.
19      Q.      And approximately where were they on your
20  body?
21      A.      All over.
22      Q.      On your legs?
23      A.      Yes.
24      Q.      On your arms?
25      A.      Yes.

Page 91

ANN A. SANTOS - VOLUME I - 9/15/2011

1
2       Q.      And on your torso?
3       A.      Yes.
4       Q.      And on your face?
5       A.      Yes.
6       Q.      What other symptoms were you having at
7  that time?
8       A.      Feeling like my throat was closing,
9  swelling of the throat. It felt like it was closing,
10  and it was mostly a burning. It felt like I was on
11  fire.
12      Q.      Do you recall when those symptoms first
13  began?
14      A.      I awakened to that that morning. That's
15  what woke me up. It felt like I was burning, I was
16  on fire, that's what woke me.
17      Q.      Did anyone accompany you to the emergency
18  room that day?
19      A.      Yes.
20      Q.      Who went with you that day?
21      A.      My husband, the fire department was
22  there, the police was there, the EMTs.
23      Q.      Was an ambulance called to your house?
24      A.      Yes.
25      Q.      So you were transported by --

Page 92

ANN A. SANTOS - VOLUME I - 9/15/2011

1
2       A.      Yes.
3       Q.      Was it an ambulance --
4       A.      Ambulance of New Britain General, yes.
5       Q.      And did your husband dial 9-1-1?
6       A.      Yes.
7       Q.      Did the police show up at your house?
8       A.      Yes.
9       Q.      And did the fire department show up?
10      A.      Yes.
11      Q.      Do you know which police and fire
12  departments?
13      A.      New Britain.
14      Q.      How many days before you went to the
15  hospital had you been experiencing symptoms?
16          MS. TRANTHAM: Objection; which symptoms?
17          MS. LYON: Any symptoms that led her to
18  be hospitalized.
19          MS. TRANTHAM: Still objection; vague.
20      A.      I wasn't experiencing no symptoms until
21  that morning it happened.
22      Q.      What happened once you got to the
23  hospital that day on January 18, 2005?
24          MS. TRANTHAM: Objection.
25      A.      The only thing I remember, getting there.

Page 93

ANN A. SANTOS - VOLUME I - 9/15/2011

1
2  After that, I don't know nothing else.
3       Q.      At what point do you begin to have a
4  recollection of things related to that time period?
5       A.      Could you rephrase that in another way?
6  Maybe I could understand that another way.
7       Q.      When you were hospitalized, did there
8  come a point in time when you became aware of what
9  was happening around you?
10          MS. TRANTHAM: Objection.
11      A.      No, because I was on life support, so I
12  didn't know what was happening around me.
13      Q.      When did you stop being on life support
14  and become aware of what was happening?
15      A.      Sometime, like, maybe -- I'm not quite
16  sure what date it was, because I don't even know what
17  date it was. The only thing I know, I was awake, and
18  I asked what was going on and where was I.
19      Q.      And what did they tell you at that time?
20      A.      They told me I was in the hospital.
21      Q.      Did they tell you why?
22      A.      They just said I had a reaction to the
23  medication. They didn't say no kind, no nothing,
24  they just said a reaction to the medication.
25      Q.      Did they ask you any questions about what

24 (Pages 90 - 93)

Page 94

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2 kind of medications you were taking at that time?
3    A.    When I woke up, I remember the doctor
4 coming in, a couple of days later they came and
5 talked to me.
6    Q.    And what did they say at that time?
7    A.    They just asked me what kind of
8 medication I was taking, you know, what was -- like,
9 if I remember what happened to me or whatever. And I
10 said, what do you mean what happened to me? And then
11 he just -- they never said nothing. You know, they
12 never said nothing for a while.
13    Q.    Do you recall your doctor discontinuing
14 Neurontin, Lipitor and Wellbutrin?
15    MS. TRANTHAM: Objection.
16    A.    Yeah -- yes, I am aware.
17    Q.    What do you recall about that?
18    A.    The only thing I just knew that they
19 stopped it. I don't know why.
20    Q.    Did your doctor ever tell you that they
21 stopped those medications because they suspected it
22 was the cause of your Stevens-Johnson Syndrome?
23    MS. TRANTHAM: Objection;
24 mischaracterizes the evidence, misleading.
25    A.    No one ever came to me and said nothing

Page 95

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2 about SJS.
3    Q.    Did they ever tell you that you were
4 diagnosed with Stevens-Johnson Syndrome?
5    A.    Nope.
6    Q.    What did they tell you happened?
7    A.    They just said I had a reaction to the
8 medication, and they said -- and I asked, Well, what
9 happened? They said, You don't need to relive this,
10 because you've been through enough. Then, you know,
11 I was still in and out, in and out.
12    Q.    Do you recall who specifically had that
13 conversation with you?
14    A.    No, because I was on the morphine, and I
15 was in and out, in and out, but I knew I asked
16 questions.
17    Q.    Was it a doctor at New Britain General
18 Hospital?
19    A.    I'm not sure if it was New Britain
20 General or the burn unit, because sometimes I thought
21 I was -- the way they had me so medicated, sometimes
22 I was just like I was in another world, all the
23 medicines they had me on.
24        I'm starting to feel stiff.
25    MS. TRANTHAM: Do you want to take a

Page 96

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2 break?
3    Q.    Do you want to take a break?
4    A.    Yes.
5    VIDEOGRAPHER: Standby. The time is
6 1:42. We're going off the record. This will end
7 Tape 2.
8    (Recess.)
9    VIDEOGRAPHER: The time is 1:55. We are
10 back on the record.
11    MS. TRANTHAM: Counsel, my client advises
12 me that she's tired for health reasons. She doesn't
13 feel like she can continue on with today's
14 deposition.
15        As we noted earlier, we're happy to
16 provide her at a later date for her deposition.
17 The light is affecting her eyes and so on.
18        And it's my understanding that you have
19 no objection to leaving this deposition open and
20 continuing it at a later time.
21    MS. LYON: Absolutely. We can also do it
22 at a place that's convenient for her.
23        And also, we were going to mark as
24 Exhibit D-4 the three papers that Ms. Santos brought
25 to the deposition with her today.

Page 97

ANN A. SANTOS - VOLUME I - 9/15/2011
1
2    MS. TRANTHAM: Okay.
3    (Exhibit D-4 is received and marked for
4 identification.)
5    VIDEOGRAPHER: This ends today's
6 deposition. The time is 1:56. We are off the
7 record.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

25 (Pages 94 - 97)

Page 98

```
 1
 2           C E R T I F I C A T E
 3           I, ELIZABETH M. KONDOR, a Certified Court
 4   Reporter, No. 30XI00117200, Certified LiveNote
 5   Reporter, No. 060907-14 and Notary Public of the
 6   State of New York, do hereby certify that prior to
 7   the commencement of the examination, ANN A. SANTOS
 8   was duly sworn by me to testify the truth, the whole
 9   truth and nothing but the truth.
10           I DO FURTHER CERTIFY that the foregoing
11   is a true and accurate transcript of the testimony as
12   taken stenographically by and before me at the time,
13   place and on the date hereinbefore set forth.
14           I DO FURTHER CERTIFY that I am neither a
15   relative nor employee nor attorney nor counsel of any
16   of the parties to this action, and that I am neither
17   a relative nor employee of such attorney or counsel,
18   and that I am not financially interested in the
19   action.
20
21           _____
22   Notary Public of the State of New York
23   My Commission expires February 7, 2015.
24
25   Dated:  Tuesday, September 20, 2011
```

Veritext Corporate Services

800-567-8658                                                      973-410-4040

| & |
| --- |
| **&**   2:11 |

| 0 |
| --- |
| **04-10981**   1:8 |
| **060907-14**   98:5 |

| 1 |
| --- |
| **1**   3:11 4:23 20:17 60:21 61:4 70:13,19 82:11 |
| **10**   1:11 4:13 20:11 |
| **10036**   2:13 |
| **10118**   1:21 |
| **10639**   1:11 4:13 |
| **10:39**   7:24 |
| **10:41**   8:2 |
| **11:16**   36:14 |
| **11:23**   36:16 |
| **12**   87:18 |
| **125**   16:4,13 |
| **126**   15:8,16 |
| **12:50**   60:23 |
| **13**   69:2 85:8 86:5 |
| **15**   1:21 4:4 |
| **150,000**   49:15 |
| **16**   19:21 68:16 69:7 |
| **160**   16:15 |
| **1629**   1:6 |
| **18**   68:16 69:10 90:7 90:12 92:23 |
| **184**   46:20 |
| **19**   12:9 17:13,21 |
| **1901**   2:4 |
| **1964**   20:12 |
| **1982**   19:9,11 34:13 |
| **1983**   51:15 |
| **1985**   27:15 |
| **1990**   30:19 33:24 42:6 |
| **1990s**   39:3 |
| **1991**   52:18 |
| **1998**   27:5 |
| **1999**   16:17 17:11 18:4,18,25 |

| 1:42   96:6 |
| --- |
| **1:55**   96:9 |
| **1:56**   97:6 |
| **1st**   14:7 81:14 82:13 82:15 83:5,11 |

| 2 |
| --- |
| **2**   3:12 22:23 60:25 70:5 81:9,15 83:2,5 83:11 96:7 |
| **20**   57:25 70:11 98:25 |
| **200**   46:23 |
| **2000**   25:12 50:7 55:11 78:13 83:2 |
| **2000s**   55:16 |
| **2001**   53:2 |
| **2002**   24:25 25:12,14 25:17 26:3 50:7 54:22,23 55:3 |
| **2003**   48:15,21,24 55:3,4 56:24 66:3 67:8,16 68:15,16,16 68:16,16,17 69:2,7 69:11,14,19,23 70:3 70:5,7 71:11,20 72:9 73:5,23 74:2,4 75:2,22,23 76:4,9 76:22,24 |
| **2004**   25:21,25 26:4 47:20,21 58:11,13 70:9,11,13,15,17,19 70:21,23,25 71:3 77:21 78:14,14,18 79:13 80:11,13,18 80:23 81:3,9,15 82:12,15 83:2,5,11 84:3,8,13 85:8,14 85:17,21 86:6 87:18 87:25 88:11 89:8,13 89:20 90:4 |
| **2005**   16:8,17,22 50:7,7 90:8,12 92:23 |

| 2006   15:25 16:8,9 33:22 53:25 |
| --- |
| **2007**   48:15 63:13 |
| **2009**   15:25 |
| **2010**   12:9 |
| **2011**   1:21 4:4 14:2,5 98:25 |
| **2015**   98:23 |
| **212**   2:14 |
| **22**   67:8,16 68:16 69:18 |
| **23**   66:2 76:9 |
| **24**   14:5 |
| **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**   20:15 |
| **26**   70:9 |
| **28**   68:16 69:14 84:3 89:13,20 |
| **2nd**   82:15 |

| 3 |
| --- |
| **3**   3:13 4:23 23:2 70:2 |
| **30**   40:4 68:15 70:25 71:3 |
| **300**   57:6,10 |
| **30xi00117200**   98:4 |
| **31**   27:15 70:23 71:20 72:9 |
| **313**   15:18 29:18 |
| **31st**   81:6 |
| **350**   1:20 4:7 |

| 4 |
| --- |
| **4**   3:11,12,14,15 96:24 97:3 |
| **491-1817**   2:6 |

| 5 |
| --- |
| **5**   3:5 68:17 69:23 73:5,23 84:13 |
| **50,000**   49:24 50:3,6 |

| 6 |
| --- |
| **6**   70:21 |
| **600**   66:25 |
| **697**   46:25 |

| 7 |
| --- |
| **7**   70:17 81:3 84:8 98:23 |
| **71457**   2:5 |
| **735-3000**   2:14 |
| **7413**   1:20 |
| **750**   50:11 |
| **7th**   81:5 |

| 8 |
| --- |
| **8**   70:7,15 |
| **800**   2:6 57:4 73:7,14 73:21 |
| **85**   50:19 |

| 9 |
| --- |
| **9-1-1**   92:5 |
| **9/15/2011**   4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 |
| **900**   57:11 64:23 |
| **97**   3:16 38:3,3 |

Page 2                                                              [a.m. - believe]

| a |
| --- |

**a.m.** 1:22 4:5
**able** 6:4,15 8:23
  20:19 24:13 43:13
  43:24 54:12 60:8
  61:16 67:10,20
  75:11 87:17
**absolutely** 54:17
  61:20,22 62:5 96:21
**accommodate** 61:23
**accompany** 91:17
**account** 47:9,11,18
  47:23 48:7
**accounts** 48:6
**accurate** 24:20
  65:12 98:11
**acetaminophen**
  72:12
**acid** 7:4 10:24 52:16
**action** 61:6,10 98:16
  98:19
**activities** 35:4 42:19
**addition** 46:21
**address** 15:7,11,14
  15:20,22 16:5,10,11
  16:12,16,18,24 17:8
  17:9,21 18:2,8,13
  18:16 31:9 32:4
  40:3
**advance** 38:24
**advises** 96:11
**ago** 49:7,16,20
  83:24
**ahead** 21:11 60:17
**aide** 25:9
**airplane** 68:2
**al** 1:10 4:11
**alcohol** 58:6
**alive** 30:8 33:7,12
  33:13,19
**allergic** 34:6
**allergies** 11:13
  65:11

**ambulance** 91:23
  92:3,4
**amlodipine** 11:3
**amputated** 25:17
  56:10 85:18,19
**amputation** 26:22
  54:19,23 56:9,17
  57:15 58:20,24
  59:12 66:12 75:25
**ann** 1:10,11 2:7 3:4
  4:1,14,20 5:1 6:1
  7:1 8:1,5 9:1 10:1
  11:1 12:1 13:1 14:1
  14:24 15:1 16:1
  17:1 18:1 19:1 20:1
  20:18 21:1,12 22:1
  23:1 24:1 25:1 26:1
  27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1
  43:1,18 44:1 45:1
  46:1 47:1,25 48:1
  49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1
  57:1 58:1 59:1 60:1
  61:1 62:1 63:1 64:1
  65:1 66:1 67:1 68:1
  69:1 70:1 71:1,16
  72:1 73:1 74:1 75:1
  76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1
  96:1 97:1 98:7
**annette** 15:2
**answer** 5:15 6:2,7
  6:11 19:19 21:12
  26:13,14 29:21 37:4
  38:25 43:18 48:2
  76:17 78:7,22 81:23
  86:11,12
**answered** 35:21
  72:23 86:13,15

**answers** 20:24 23:10
**anticipate** 48:2
**anymore** 11:4
**apartment** 29:17,22
**appearing** 61:4
**appears** 8:6
**appendectomy**
  53:20
**appended** 3:18
**appendix** 53:22 54:7
**application** 26:11
  26:18
**applied** 75:6
**apply** 74:11 75:17
  75:20
**applying** 26:21 75:4
**appointment** 66:24
**appointments** 22:13
  44:3,7
**appreciate** 86:10
**approximately** 4:4
  13:23 15:25 24:3
  25:22 57:17 90:19
**april** 68:15 69:2
  70:13
**arms** 90:24
**arps** 2:11 5:7
**arthur** 2:15
**ascertain** 21:5
**asked** 35:20 72:23
  80:10 86:17 93:18
  94:7 95:8,15
**asking** 21:6 47:25
**aspirin** 10:18
**assets** 47:4
**assist** 43:16 65:23
**assistance** 46:13,14
**assisted** 43:20
**assume** 6:12
**atlanta** 67:17
**attack** 33:5,17
**attempted** 87:6
**attend** 28:15 34:23
  37:19 44:3 61:10

**attended** 84:7
**attorney** 21:23
  24:14 98:15,17
**attorneys** 4:15
**august** 18:3 70:21
  70:23 79:13 80:11
  80:13,17,19 84:12
  85:7,14,16 86:5
**aunt** 45:7,13
**avenue** 1:20 4:8
  40:4
**awake** 93:17
**awakened** 91:14
**aware** 33:18,25 34:5
  93:8,14 94:16

| b |
| --- |

**b** 3:9 14:18 15:9
**back** 8:3 13:17,19
  21:17 26:3,5 36:17
  54:14 60:24 72:15
  80:15 84:6,16 87:5
  87:7 96:10
**background** 37:2
**bactroban** 11:22,24
**bad** 52:2 63:19
**bag** 8:7
**balance** 62:22
**bank** 47:9,11,14,17
  47:23 48:6,7
**bankruptcy** 30:6
**barney** 19:4,6 32:3
  46:6
**bartlett** 55:23 56:5
**basis** 26:6,10,17,19
**bathing** 38:11
**beating** 87:4
**beer** 58:16,17 59:5
**began** 91:13
**behalf** 61:5
**believe** 12:11 14:6
  22:24 23:2 60:4
  67:4 68:18 84:13
  87:6

believed 24:20
belinda 44:15
bern 1:19 4:7
best 61:22
beth 51:17,20
better 80:22
big 55:14
bill 50:22
birth 18:24 20:11
biruta 15:8,16
bit 12:6,6
bits 61:16
blistering 54:8
blisters 90:18
blood 6:18 51:11,13
   51:25 52:6,9 64:12
   65:5
body 90:13,20
bone 88:14,17,25
born 18:22 19:3,4
   27:14 34:9 41:20
bottle 58:16,17
   83:21
break 5:12,16 55:13
   60:18 61:3 68:22
   71:15,16 96:2,3
breast 53:3,10
bridget 13:20,23
   14:8
bring 21:20,25
britain 12:9 15:8,18
   16:15 17:14 40:5
   55:6,17,18 56:6,24
   59:12 66:2 73:6
   78:17 79:12,19,19
   80:2 81:2 84:2,12
   90:9 92:4,13 95:17
   95:19
britman 17:6
broad 38:24 41:17
   51:6
brooks 35:3
brother 45:20
brother's 31:22

brothers 31:17,18
   34:2
brought 19:10 96:24
building 43:8,10,12
   44:10 45:3
bupropion 89:12
burdoff 14:10,12,13
   14:14,16,16
burn 95:20
burning 90:13 91:10
   91:15
bus 68:4,5,9
busted 87:4

c

c 2:2 12:24 17:18,22
   17:23 98:2,2
cable 50:22
calendar 22:12
call 63:4,4 82:19,21
   82:23
called 10:21 23:11
   82:3,24 89:4 91:23
calls 26:8 37:8 79:4
cane 60:11 62:16,17
   62:18
cans 59:4
caption 4:8 21:16
car 43:22 47:5,7
cards 51:2
care 59:16,25 60:8
   61:8 62:8,9 63:21
   65:19 77:11
carolina 32:8
carpal 77:20 78:10
casa 25:4,10 39:9
   40:7,10 41:6
case 1:11 4:8,13
   13:4,5,8 22:5 29:7
   68:25 78:21
cases 28:21,25 29:25
cash 46:16,18,19
cause 94:22
causing 88:20

center 55:18,25
   59:13,15 66:2 73:6
   76:10 78:16 79:12
   79:19 80:2 81:2
   84:2,12
certain 21:21 23:6
   23:10,24 79:14
certainly 8:11 54:15
certified 1:17 25:9
   98:3,4
certify 98:6,10,14
changed 13:3
characterizes 79:15
charge 84:20
charles 40:24
cheaper 49:23
chelinda 39:23,24
   40:6
child's 27:10
children 27:8 28:3
   28:10
cholesterol 87:23
chronic 79:13,13,16
churches 28:15
cigarettes 58:2
circumstances 66:7
city 40:4
civil 74:21
claim 29:5,5 30:3
claimed 83:17
claritin 65:10
clean 6:4 43:5,6,9,11
cleaning 38:11
clear 73:23
client 61:5 96:11
clinic 14:12
close 39:20 40:7,16
   41:4 77:14
closed 25:12
closer 62:4
closing 91:8,9
closure 54:8
clots 54:24
cna 25:7,8 37:16,17
   37:24 74:10

cocaine 85:22 86:5
colace 65:8
colitis 62:24 63:4
collapsed 49:9,17
collected 68:25
colon 63:2
colonoscopy 63:5
come 42:2 54:14
   93:8
comfortable 61:21
coming 94:4
commencement
   98:7
commencing 1:22
commission 98:23
community 55:18
   55:25 56:2 65:25
   67:8 73:5 78:15
   79:12,19 80:2 81:2
   84:2,12
compensation 30:4
compiled 24:14
complete 7:7 24:20
complicated 13:4,6
   13:7
compounding 34:3
computer 44:24
concerned 76:4,11
concerns 42:16
conclusion 26:9
   79:5
condition 5:20
   52:12 61:12
conditions 5:11 33:6
   33:11,19 52:10
confirm 63:24
connecticut 17:14
   18:3,18 40:5,20
   42:13 54:5 55:10
   62:2 80:14,16 81:3
   84:18,19 85:8,12,14
consistent 57:7
   76:12 87:19
constipation 65:7,9

Page 4                                                                              [contact - doing]

contact  27:20,24
  31:12 32:9,13,23,25
  40:25 79:6
content  21:11
continue  60:13
  62:13,18 65:19
  96:13
continued  72:22
continuing  21:2
  57:13 78:24 89:24
  96:20
contributing  77:4
control  72:18
convenient  96:22
conversation  24:8
  95:13
conversations  24:4
cooking  38:11
cooperative  62:3
corporate  2:20 4:3
corporation  29:15
correct  5:20 15:25
  27:2 34:10,17 39:7
  40:11 43:14 46:22
  51:11 54:19 63:24
  64:3,5,7,9 65:15
  71:9,10 75:15 89:25
coumadin  10:12,16
  65:4 72:18
counsel  7:19 8:6
  20:4,25 21:20 22:17
  22:21,25 23:6,10,14
  23:23 24:10 43:23
  54:15 55:13 61:2
  68:11,20 73:22 88:2
  89:6 96:11 98:15,17
counselor  77:7
counter  71:12
county  35:3
couple  24:7 37:5
  38:8,10 77:13 94:4
court  1:2 4:12,16
  29:3 98:3
coverage  48:11,23

crack  85:25
cramps  63:19
credit  51:2
crop  36:9
crops  36:10
crutches  60:10,12
  60:14 62:11 85:20
cs352440  1:25
cumulative  68:21
  72:12 86:3
curran  87:11,13,14
  87:15,15,21 89:13
current  7:7 15:7
  31:8 40:3
currently  7:17 9:12
  9:18,23 10:5,11,18
  10:20 11:10,16
  12:16 24:22 25:18
  26:23 28:8 42:18
  50:8 57:20 58:4
cv  1:11 4:13
cyclosporine  11:18

d

d  3:2,11,12,13,15
  4:23,23 14:18 20:17
  22:23 23:2 59:9
  96:24 97:3
dark  5:19
darvocet  72:10
date  4:3 8:8,15,15
  8:16,17 20:11 26:3
  54:16 89:20 90:11
  93:16,17 96:16
  98:13
dated  12:9 14:4 26:5
  98:25
dates  22:13 84:16
daughter  27:25
  41:12,19 42:3,15
  45:24 46:3,5,7 67:9
  67:18
david  31:19,24 32:9
  32:11,13 33:2

day  9:21 24:10,11
  41:10,11 45:15 46:4
  57:7,11 58:2,16
  59:5 67:2 73:8,14
  73:15,18,19 84:4,9
  84:14 91:18,20
  92:23
days  41:9,11 45:22
  92:14 94:4
deal  61:16
dealt  59:18
december  70:7
  76:22 87:25 88:11
  89:8,12,20
defendants  5:7
delores  45:7,10,14
department  91:21
  92:9
departments  92:12
deponent  61:14
deposition  1:10,10
  3:11,16,18 4:6 5:23
  14:20 20:18,22
  21:14,14,19,22 22:2
  43:17 61:10 96:14
  96:16,19,25 97:6
depression  76:23,24
describe  28:24 45:9
  53:7 66:16
description  3:10
details  73:2
detected  85:7
develop  58:20
developing  58:23
diabetes  33:10
diagnosed  51:13,16
  51:24 52:10,14,17
  52:19 62:23 77:20
  95:4
dial  92:5
diary  22:10
die  33:4,9,15,21
different  36:10 56:4
dilaudid  64:17

diovan  64:6,10,12
direct  3:5 5:4
directed  80:9
disability  26:7,18
  75:4
disagree  69:3
discharge  12:8
discharged  59:11
  63:20
discontinuing  94:13
discovery  23:6,10
discussing  72:20
discussion  7:25
  61:13 72:13
discussions  79:11
dispute  59:5 69:7,11
  69:15,19,23 70:3
  71:6 73:9 76:12
  84:3,9 89:22
disputing  86:23
district  1:2,3 4:12
  4:12
divorced  26:25
dm  12:13
docket  1:6 17:13,16
  17:17,21
doctor  13:2,20,22
  51:21 55:7,21 76:16
  86:22 94:3,13,20
  95:17
doctors  13:17,18
  38:18 44:3,7 56:4
  76:3 79:12,18,25
  86:13,16,18,19,20
document  3:15 8:9
  9:9 12:4,7,23,23
  13:9 14:4 20:20
  23:18 76:7,15 79:16
documents  3:14 8:5
  8:20 9:6 21:3,7,9,11
  21:21,25 22:4,15,19
  23:14,16
doing  25:6 35:23
  36:4,20 38:9 59:25
  79:20

| | | | |
|---|---|---|---|
| **dose** 9:18 57:2 73:17 | **emts** 91:22 | **father's** 31:8 | **form** 90:2 |
| **dr** 8:16 55:23 56:5 | **ends** 97:5 | **february** 14:5 70:11 | **formally** 61:6,9 |
| 87:11,21 89:13 | **entitled** 1:16 | 98:23 | **forth** 98:13 |
| **drainage** 53:15 | **esq** 2:7,15 | **feel** 66:19,20 95:24 | **forty** 9:20 |
| **drank** 58:6,9 | **establish** 19:17 20:7 | 96:13 | **found** 13:22 |
| **dresser** 82:25 | 84:17 | **feeling** 91:8 | **foundation** 72:2,23 |
| **drink** 58:4 87:7 | **establishing** 37:2 | **fellowship** 40:21 | 73:11 76:15 80:7 |
| **drinking** 58:12 59:4 | **estate** 47:5 | 41:4 | **four** 2:12 24:7 59:4 |
| 79:9 | **et** 1:10 4:11 | **felt** 77:3 91:9,10,15 | 72:10 |
| **drinks** 58:15 | **evicted** 29:23 | **ferrous** 64:4 | **frame** 14:5 15:24 |
| **drive** 47:7 | **evidence** 76:7 79:16 | **field** 35:22 36:8 | 75:2 82:10 89:7 |
| **dropperette** 11:18 | 79:23 80:7 85:11 | **fifth** 1:20 4:7 | **francis** 54:4,11 |
| **drops** 10:4,5 11:14 | 86:8 94:24 | **fighting** 86:24 | 63:16 |
| **due** 5:19 54:8 61:19 | **exactly** 21:8 83:8 | **file** 1:7 22:7 29:5 | **frequently** 32:15,17 |
| 75:25 | **examination** 3:5 5:4 | **filed** 5:8 28:17 29:5 | 32:25 45:13 58:12 |
| **duly** 5:2 98:8 | 98:7 | 30:3,6 | 62:17,20 |
| **dying** 80:21 | **exams** 76:19 | **fill** 23:15 65:19,22 | **friedman** 2:19 4:2 |
| | **excessive** 72:11 | 81:12 83:7 | **friends** 45:4 51:9 |
| **e** | **excuse** 78:3 | **filled** 68:7,14,25 | **front** 21:3 |
| **e** 2:2,2 3:2,9 17:18 | **exhibit** 20:17 22:23 | 69:6,10,14,18,22 | **full** 14:23 |
| 30:15 31:21,21 98:2 | 22:25 96:24 97:3 | 70:2 71:6 81:9,14 | **further** 98:10,14 |
| 98:2 | **exhibits** 3:18 4:23 | 82:14 83:4 89:11,21 | **future** 61:24 77:18 |
| **earlier** 7:19 8:6 | **expenses** 50:12,20 | **filling** 87:16 | |
| 22:25 23:3 30:22 | **experiencing** 76:25 | **financially** 98:18 | **g** |
| 34:9 50:3 54:18 | 90:10,13 92:15,20 | **find** 77:17 86:22 | **general** 8:24 12:9 |
| 96:15 | **expires** 98:23 | **fine** 71:17,17 | 37:15 55:6,17 56:6 |
| **early** 13:25 55:16 | **explain** 80:14 88:4 | **finish** 6:7 35:15 | 56:24 59:12 78:17 |
| **east** 74:19,21 | **eye** 5:19 7:20 | 47:25 86:10 | 90:9 92:4 95:17,20 |
| **education** 37:3 | **eyes** 10:6 11:15,19 | **fire** 90:14 91:11,16 | **generic** 89:12 |
| **effect** 72:12 | 11:21 24:12 96:17 | 91:21 92:9,11 | **georgia** 17:3,4,5 |
| **either** 30:25 32:9 | | **firm** 4:21 | 18:19,23 19:3,4,6 |
| 34:2 78:14 | **f** | **first** 5:2 9:9 40:23 | 19:23 31:25 32:2 |
| **elderly** 38:8,10 43:7 | **f** 14:18,18 98:2 | 87:16 91:12 | 34:10,12,16,21,22 |
| 43:9,12 | **face** 91:4 | **fit** 88:24 | 34:24 37:22 42:8,10 |
| **electricity** 50:16 | **facility** 63:14 74:20 | **five** 10:17 42:21 | 42:12 46:6,6 52:24 |
| **elizabeth** 1:17 4:16 | **fact** 83:10 | 51:5 67:9,18 | 80:16,17 81:6 85:16 |
| 98:3 | **failure** 58:23 | **following** 12:10 | **getting** 43:16 47:19 |
| **emergency** 90:8 | **family** 19:12 34:5 | 37:13 63:23 75:21 | 78:18 92:25 |
| 91:17 | **far** 61:13 72:15 | **follows** 5:3 | **gird** 52:14 |
| **emma** 44:13,14 | 88:15,17 89:2 | **food** 46:16,17,21 | **give** 6:2 |
| **employed** 24:22,24 | **farm** 35:25 36:2,4,8 | **foot** 56:14 66:17,18 | **given** 24:12 |
| 25:6 28:8 38:4,7 | 36:20,20 37:11,15 | 66:19 | **glasses** 5:19 |
| **employee** 98:15,17 | **father** 27:16 30:9 | **foregoing** 98:10 | **globe** 49:9,11,19 |
| **employment** 25:6,13 | 31:12,13 | **forgot** 77:10 | 50:3 |
| 37:10,14 40:18 | | | |

Page 6 [gmail.com - jersey]

**gmail.com** 2:8
**go** 7:21 21:11,23
  37:17 44:4,7 59:13
  60:17 61:17 62:21
  63:10 68:2 74:15,17
  77:2 80:17,19 86:22
**goal** 88:22
**goes** 38:24
**going** 5:22 7:24 12:6
  13:2 20:22 21:13
  23:5,16,23 35:19
  36:14 60:20 61:17
  76:18 77:17 80:23
  87:5 93:18 96:6,23
**gomez** 44:15
**good** 73:3
**grade** 35:9,15,17
**graduate** 35:7,12
**grandfather** 33:15
**grandmother** 33:9
  80:21
**grandparents** 30:24
  30:25 34:17,19 36:2
**great** 61:25
**grounds** 79:2
**groups** 42:22
**grove** 71:21 72:8
  76:4,10
**growing** 38:21
  41:13

**h**

**h** 3:9
**hac** 61:6
**hahira** 52:24
**half** 15:21 58:3
  80:20
**happened** 92:21,22
  94:9,10 95:6,9
**happening** 93:9,12
  93:14
**happy** 6:10 61:14
  96:15
**harry** 55:9

**hartford** 16:4 54:4
  74:19,21
**haven** 74:21,24 75:7
**head** 87:4
**headaches** 52:2
**heading** 12:24
**health** 5:10 33:6,11
  33:18 42:16 48:11
  48:13,16,19,20
  52:10,12 55:18,25
  56:3 66:2 67:8 73:6
  74:21,24 75:7 78:15
  79:12,19 80:2 81:2
  84:2,12 96:12
**healthcare** 48:23
  55:11 59:21 61:17
  63:14 71:21 72:4,13
  72:21
**hear** 67:14
**heard** 59:10
**heart** 33:5,17
**heartburn** 52:15
**heinz** 39:14,17
**held** 1:19 4:6
**helen** 44:19
**help** 71:12
**helpful** 77:19
**hereinbefore** 98:13
**hi** 5:5
**high** 6:18 15:18
  29:18 34:23,25 35:3
  35:5,7,12 36:19
  38:15,19 51:11,13
  51:24 52:9 87:23
**highest** 35:9
**hill** 71:21 72:8 76:4
  76:10
**history** 37:3
**hobbies** 42:24
**home** 18:20 22:5,8
  40:11,19 43:3,4,25
  62:4 77:5 80:22
  83:13
**hoping** 62:2

**hospital** 12:10 51:17
  51:19 52:25 54:4
  55:17 56:6,24 58:21
  58:24 59:12,16,25
  60:7 62:9 63:16,21
  65:18 71:21 77:11
  78:17 90:9 92:15,23
  93:20 95:18
**hospitalization** 90:5
**hospitalized** 92:18
  93:7
**hours** 41:7 72:10
**house** 40:21 41:4,24
  43:11 44:6 91:23
  92:7
**housekeeping** 61:3
**housing** 28:22 29:3
  29:25
**huh** 14:19
**husband** 16:19,20
  16:23 18:12,20
  40:20 66:3,4 78:19
  81:11,13 84:20,24
  86:20 91:21 92:5
**husband's** 18:20
  27:6 28:6
**hydrocodone** 64:15
**hydromorphone**
  64:19
**hysterectomy** 53:25
  54:7

**i**

**identification** 4:24
  97:4
**identify** 4:15
**ids** 22:3
**illness** 61:19
**inaccurate** 68:19
**inadequate** 72:18
**incident** 82:16,18
**income** 46:12
**increased** 66:25
  67:5 73:7,14

**indicate** 63:22 66:25
  68:7,14,25 69:5,9
  69:13,17,21,25 73:6
  80:25 81:8 89:10
  90:7
**indicated** 57:5 59:4
  76:10
**indicates** 13:9 72:16
**indicating** 67:17
  83:25
**information** 12:5
  22:13
**ingest** 8:14
**ingested** 8:13
**injury** 38:25
**instructed** 72:3
**instructions** 12:8
  13:14 72:11
**insurance** 48:9 49:4
  49:18 50:2 59:8,9
**interested** 98:18
**interrogatories**
  23:11 45:6,18,23
**interrogatory** 3:12
  17:20 22:24
**interrupting** 21:2
**intestines** 63:3,9
**introduced** 5:5
**involved** 28:19,21
  35:4 39:6 42:18,22
**irrelevant** 20:5
**israel** 51:17,20
**issues** 7:20 24:12
  61:17
**item** 61:11

**j**

**jail** 86:24 87:2
**january** 70:9 90:7
  90:12 92:23
**jersey** 1:19 19:7,8
  19:10,13,15,20
  34:14 41:21,22 42:3
  51:18

[jestall - marketing]

jestall  44:17
job  1:25 40:16 74:12
  75:15
jobs  74:11 75:17,20
johnson  94:22 95:4
jones  15:4 27:11
  30:21 31:5,5,6,6,23
  32:20 33:21,23
  45:19,24
july  27:15 67:8,16
  68:16 69:18 70:19
  71:20 72:9 80:19,20
  81:3,5,6,9,14,15
  82:11,12,13,14,15
  83:2,5,5,11,11 84:8
  85:17
june  46:9 66:2 68:16
  68:16 69:10,14
  70:17 78:13,14 84:3

k

k  17:18,22 31:21
katherine  2:15 4:19
  5:6
katherine.lyon  2:16
keep  9:7 12:6 21:2
  22:7,10,12 62:21
keeping  38:8
kelly  13:20,24 14:8
  59:23
kenneth  45:19,21
kent  16:4,13
kept  63:10
kind  46:14 50:2
  72:24 75:12 76:19
  93:23 94:2,7
knee  56:12 63:21
  87:25 88:10
knew  32:7 66:17
  94:18 95:15
know  5:12 6:10,19
  9:5,18 11:24 12:25
  14:14 17:8,17 31:8
  31:13,14,15 32:2,4
  33:8,12 36:25 37:5

37:6 39:2 40:3,8
  59:2,8 61:5,11
  64:10,25 66:19
  76:19 77:3 78:6
  81:5,6,6 82:2,17,17
  83:24 84:19 85:3,4
  85:17 86:23,24
  89:16 92:11 93:2,12
  93:16,17 94:8,11,19
  95:10
knowledge  59:2
  79:17
kondor  1:17 4:16
  98:3

l

l  2:3 17:23
la  25:4,10 39:9 40:7
  40:10 41:6
lab  79:20
lack  71:25 72:22
  73:11 76:15 80:7
lacri  11:20
lahood  40:23,24,24
  40:25
lana  39:14,15
lane  74:22
large  63:9
late  76:3 90:4
law  2:3 4:20 18:9
law's  18:10
lawsuit  28:17,19
leading  90:5
learning  60:2
leave  34:12 40:18
  44:6
leaving  67:17 96:19
led  51:24 54:6,23
  63:17 79:8 88:16
  92:17
lee  30:11,12,16
left  14:7 16:10 29:24
  36:19 56:5 66:4,9
  66:10 81:11 83:6

leg  25:17 54:19,25
  56:10 63:22 85:18
legal  26:9 38:14
  79:5
legs  90:22
length  61:15
level  88:23
lexington  25:4,11
  39:10 40:7,10 41:6
liability  1:8 4:10
life  49:4,9,11,18,19
  50:2,3 93:11,13
lift  74:13,14 75:5,12
light  96:17
lights  50:15
limb  66:13
limousine  43:21
linda  18:11
lipitor  87:10,17,22
  89:21 94:14
list  7:7,11,12 8:12
listed  45:6,18,23
lists  9:10 10:4 12:10
litigation  1:8 4:10
  5:8 23:4
little  16:6 28:2 76:11
live  15:13,16,19,22
  16:3,5,13,16,18,23
  17:2,4,13 18:2,5,7
  18:12,24 19:5,8,22
  30:16 31:24 32:6
  41:12,15,19,24
  43:13 45:3 46:5
lived  15:11 16:11,12
  18:15 19:7 20:5,9
  34:16,16 80:24
livenote  98:4
liver  73:4
lives  40:4
living  19:20 31:2
llp  1:20 2:11
loans  50:24
locate  87:18
located  4:7 37:21

location  61:21
locked  87:3
long  15:11,19 16:5
  16:16 18:5 21:10
  25:10 36:20,22
  38:12 47:18 48:14
  57:17,19,22,23 60:3
  60:13 61:18 77:12
  83:24
longer  32:23
look  7:19 8:8,11
looking  13:21
looks  9:10 12:8
loratadine  11:5,8
lose  80:23
lot  45:12 54:12
louisiana  2:5
lube  11:20
luncheon  60:22
lyon  2:15 3:5 4:19
  4:19 5:4,6 7:22 8:22
  14:14 19:17 20:6,10
  20:17 21:6,16 23:22
  36:18 53:12 54:17
  55:15 60:17 61:7,20
  62:5,6 68:12,23
  73:25 82:12,15 86:9
  89:8 92:17 96:21

m

m  1:17 98:3
m.d.  12:24
mad  82:3
maiden  15:3
major  51:4,6 52:10
  52:12
marc  2:19 4:2
marcelino  27:7 28:6
  28:13
march  56:24
mark  96:23
marked  4:24 20:17
  22:23 97:3
marketing  1:6 4:9

**married**  26:23 27:4
    28:12
**mary**  30:21 44:17
    55:23
**mass**  53:3,10
**massachusetts**  1:3
    4:12
**master**  1:7
**materials**  21:21
**matter**  1:16 9:3
**matters**  61:3
**mdl**  1:6 61:13
**meagher**  2:11
**mean**  26:19 29:6
    71:5 85:19 94:10
**medical**  22:4,7,13
    33:25 53:2 54:11
    59:3 61:12 67:16
    71:20 72:8 76:9,10
    80:25 83:25
**medicare**  48:13,17
    48:18,20
**medicated**  95:21
**medication**  6:19
    10:20 34:7 52:7
    80:15 81:17,18
    87:10 89:4 93:23,24
    94:8 95:8
**medications**  6:14,17
    7:8,16 8:12,13,14
    9:11 53:16 56:16,19
    63:23 65:20 68:8
    71:12 79:14 82:22
    82:24 83:15 84:21
    94:2,21
**medicine**  7:14 52:6
    82:2,25 83:12
**medicines**  83:13,14
    95:23
**mentioned**  8:6 44:9
    45:3 54:18 61:2
**metabolites**  86:5
**method**  68:3
**military**  39:7

**milligrams**  9:20
    10:16,17 57:6,10,11
    64:23 67:2 73:7,14
    73:20,21
**minute**  36:11
**mischaracterization**
    71:25 75:10
**mischaracterizes**
    76:7,15 79:23 80:7
    85:11 86:8 94:24
**misleading**  52:11
    65:14 67:12 75:10
    94:24
**missing**  82:25 83:15
    83:16,19,20
**mom's**  45:20
**moment**  7:21 46:12
    78:3
**money**  51:8
**month**  25:22 50:18
    50:20
**monthly**  50:12
**months**  18:6 37:5,25
    60:5,5,15 77:13
    80:21
**mood**  76:5,11
**moods**  77:2
**morning**  7:6 91:14
    92:21
**morphine**  56:22
    64:20 95:14
**mother**  19:12,13,15
    19:20,22 20:2,5,8
    30:18,23 33:4
**mother's**  45:11
**move**  18:18 34:14
    42:7
**moved**  13:20,24
    14:9 19:13 29:22
    40:20 42:2,9,13
    55:10
**mpm**  29:12,13
**multiple**  54:24
**multivitamin**  63:25
    64:2

**n**

**n**  2:2 3:2 5:2,2,2
    27:12,12,19,19
    30:14,15 31:21
**name**  4:2,14 5:6
    6:19 14:12,15,23
    15:3 18:10 27:6,10
    28:6 29:11 30:10,20
    31:22 34:25 39:13
    40:14,23,24 49:10
    51:19 52:7 55:7
    59:15,22,23 74:20
    77:10,18 87:12
    89:12
**names**  15:5 31:4,18
    39:22 44:12 59:20
**napoli**  1:19 4:7 61:9
**narrative**  37:9 53:9
**natchitoches**  2:5
**natural**  6:6
**nature**  25:5
**need**  5:11 37:3
    71:16,18 95:9
**needed**  10:3
**negative**  79:20 80:3
**neither**  98:14,16
**nerve**  65:3
**nerves**  66:18
**net**  48:13,16,19,20
**neurontin**  1:6 4:9
    5:9 22:16 56:23,25
    57:14 64:23 66:25
    68:8,15 69:2,6,10
    69:15,18,22 70:2
    73:7,13,17 84:24
    89:24 94:14
**never**  8:9 39:6 59:10
    94:11,12
**new**  1:19,20,21 2:13
    2:13 4:8,8 12:9
    13:21 15:8,18 16:15
    17:14 19:7,8,10,13
    19:15,20 34:14 40:4
    41:21,22 42:3 51:17

    55:6,17,18 56:6,24
    59:11 62:2 66:2
    73:6 78:17 79:12,18
    79:19 80:2 81:2
    84:2,12 90:8 92:4
    92:13 95:17,19 98:6
    98:22
**newark**  41:23 51:17
    51:20
**nope**  95:5
**north**  47:17
**norvasc**  6:20,21
**notary**  1:18 98:5,22
**notation**  67:8 72:9
**note**  54:10 77:15
    84:7
**noted**  96:15
**notes**  1:15 66:3
**notice**  3:11 20:18,22
    21:13,19
**november**  12:3,9
    70:5 87:18
**number**  20:14
**numerous**  82:14,20
    82:24
**nurses**  25:9

**o**

**o**  5:2 14:18 17:18,22
    17:23
**o'clock**  60:20
**object**  8:10,18 53:12
**objection**  8:5,20,21
    19:16 20:4 21:2
    23:13 26:8,12 29:20
    34:3 35:20 37:8
    38:16,23 41:17
    47:16 51:6 52:11
    53:9,14 57:9 59:6
    61:4,7 65:14,16
    67:12 68:20 71:24
    72:6,22 75:9 76:6
    76:14 78:20,24 79:4
    79:15,22 80:6 82:8
    85:2,10,24 86:3,7

[objection - provided]

88:2 89:6,14 90:2 92:16,19,24 93:10 94:15,23 96:19
**obtain** 74:9
**obtaining** 77:16
**occasionally** 62:14
**occur** 38:2 54:21
**october** 20:11 25:24 70:2 71:3 76:9
**offered** 74:12
**office** 1:19 2:3 4:7 84:8,11
**officially** 26:25 29:23
**oh** 19:7 40:24 52:16 53:23 67:19 76:23 81:23,25,25
**ointment** 11:21
**okay** 5:13,17 6:3,12 6:13 7:22 19:22 20:3,10 23:19,22 24:18 26:15 31:16 48:3,5,21 53:14 55:15 59:8 61:25 68:23 85:15 97:2
**once** 9:22 13:10 32:18 33:3 54:13 62:10 92:22
**open** 88:19 96:19
**opiate** 79:13
**orange** 48:13,20
**order** 78:19 79:3,8
**organizations** 42:22
**outside** 43:24 63:5 84:18,19
**owe** 51:8
**oxycodone** 79:21
**oxycontin** 9:12 56:21 64:8,13 67:4 79:14 80:3,8,12 83:23 85:7

**p**

**p** 2:2,2,7 27:19 31:21

**pack** 58:3
**page** 3:3,10,15
**pain** 10:3 64:14,16 64:21 65:3 66:14 71:13 72:18 79:14 88:20,23
**painful** 66:22
**pantoprazole** 10:21
**paper** 8:8,11
**papers** 8:7 9:7 96:24
**parents** 30:8
**part** 56:9
**particular** 32:22 56:7 59:17
**parties** 51:9 98:16
**pass** 30:18
**patanol** 10:4,5
**patient** 72:16
**patrantham** 2:8
**paulekas** 8:17 12:24
**pay** 50:8
**payment** 29:8 46:24
**pbs** 1:11
**pending** 5:15
**people** 43:7,9,12 44:10 45:2
**people's** 36:5
**percocet** 9:23,24 12:11,12 83:21
**percocets** 83:22
**perfect** 61:25
**period** 19:25 25:3 26:3 38:19 39:3 55:12,14,22 58:13 67:7,11,21 68:6 71:11 73:24 74:2,23 75:4,18,21 76:4 89:25 90:3,4 93:4
**person** 29:11 46:8 83:4
**peterkin** 31:19,20 31:21,21
**pfizer** 1:11 4:11,19 5:7 22:20

**phantom** 66:13
**philadelphia** 30:17
**phone** 45:16
**physician** 38:21 39:4
**pick** 43:22
**picked** 82:4,6
**pieces** 8:10
**pills** 83:16,17,18 84:25
**pinnix** 27:17,18,19 27:21
**place** 36:5 50:6 96:22 98:13
**plaintiff** 4:21
**please** 6:10 66:16 78:5
**pneumonia** 11:25 12:15,22 58:20
**pocketbook** 9:8
**point** 6:5 34:12 93:3 93:8
**police** 81:20,22 82:3 82:19,21 84:20 86:14 91:22 92:7,11
**policies** 49:19,22 50:4
**policy** 49:8,12,19,23 49:25 50:2,6
**positive** 86:5
**possible** 61:18
**practices** 1:7 4:10
**practicing** 14:8
**prednisone** 11:14
**presbyterian** 40:11 40:19
**prescribe** 80:3
**prescribed** 9:12,24 10:5,11,20,23 11:10 56:16,23 57:6 64:25 72:9 76:21 87:9 89:3,16,18
**prescribing** 89:19
**prescription** 69:2,6 69:10,14,18,22 70:2

81:9 82:22,23 84:21 87:17 89:11,21
**prescriptions** 12:11 65:22 68:8,15 71:7 81:14 82:6,14 83:4 83:10
**present** 2:18
**presented** 90:8
**pressure** 6:18 51:11 51:14,25 52:6,9 64:12
**prevent** 6:15
**primary** 55:21
**printout** 9:10 12:8
**prior** 15:16 16:3 17:2,11 20:23 21:14 23:6 40:10 47:21 48:24 98:6
**private** 51:8
**pro** 61:6
**probably** 58:3 60:4 87:20
**problem** 81:20,22 81:25
**problems** 34:2 38:14
**procedure** 63:6,8
**proceed** 4:18
**proceedings** 1:16
**process** 75:3
**produce** 61:14
**produced** 3:15 12:7
**production** 3:13 23:3,12
**products** 1:7 4:10
**prosthesis** 60:16 74:14 88:18,24
**prosthetic** 62:10
**protective** 79:8
**protonix** 6:24 7:2,3 10:22
**prove** 84:22 85:3
**provide** 96:16
**provided** 9:9 17:21 22:16,20,25 54:16

56:21 71:22
**provider** 56:7 59:17
  71:22 72:14,21
**providers** 55:11
  59:21 72:4
**psychologist** 77:7
**public** 1:18 98:5,22
**purchases** 51:4
**pursuing** 29:9
**pushed** 88:25
**pushing** 88:18
**put** 21:3 52:6 86:21
  87:8
**putting** 87:7

**q**

**question** 5:15,16 6:2
  6:8,11 8:13,21 23:8
  48:2,3 68:11,21
  76:16 78:6,7,23
  80:10 86:10,11,12
  86:13,15,16 88:6,8
**questions** 6:9 8:19
  23:6,11,19,24,25
  37:4 54:12,14 93:25
  95:16
**quite** 8:8 32:7 66:12
  77:14 83:7 84:15
  93:15
**quitman** 17:5,7,8,10
  34:24

**r**

**r** 2:2 14:18 15:9
  27:12 31:21 98:2
**raised** 20:2 30:22,23
**raising** 41:16
**ran** 80:15
**reached** 35:10
**reaction** 34:6 93:22
  93:24 95:7
**read** 7:20 8:6,20,23
  8:25 20:19 21:4,6
  24:16,19
**real** 47:5 52:2

**really** 40:17
**reason** 26:21 32:22
  42:9 68:18 69:3,7
  69:11,15,19,23 70:3
  71:6 73:9 76:12
  84:3,8,13 85:6 86:4
  89:22
**reasons** 96:12
**recall** 12:13 13:5,14
  13:16,18,23 20:21
  21:13 23:23 24:3
  25:22 26:5,10,17
  29:4 49:12 51:16,21
  52:7,19,22 53:5
  54:2 55:7 56:19,23
  57:2,17,19 58:23
  59:20 62:24 63:25
  66:7 67:2,5 72:3,13
  72:20,24,25 73:13
  73:15 74:23 76:8
  77:18,20 78:18
  79:11,18,25 80:24
  81:3,5,9 83:2,18
  84:5,6,10 85:13
  87:21,24 89:13,18
  91:12 94:13,17
  95:12
**receive** 25:20 46:15
  52:3 54:13
**received** 4:23 25:23
  52:22 53:8 54:2
  62:10 97:3
**recess** 36:15 60:22
  96:8
**recollection** 57:8
  65:13 87:19 93:4
**reconvene** 61:19
**record** 5:6 7:21,24
  7:25 8:3,23 12:2
  36:14,17 53:2,10,13
  54:10 55:16 60:20
  60:24 62:7 66:3
  67:8,16 71:21,25
  72:8,16 76:9 77:15
  87:16 96:6,10 97:7

**records** 22:5,7 54:11
  54:13 57:5 59:3
  63:22 66:24 68:7,13
  68:13,19,24 69:5,9
  69:13,17,21,25 73:6
  73:10 77:16 80:25
  81:8 83:25 89:10
  90:7
**reduce** 88:22
**refer** 21:3
**reference** 4:9
**reflux** 7:4 10:24
  52:16
**refusing** 80:2
**regarding** 5:8 71:22
  72:4 78:9 82:21
**registering** 8:4
**regular** 38:21
**regularly** 39:4
**rehab** 59:13
**rehabilitation** 59:24
  62:8
**related** 22:5,15,19
  93:4
**relates** 1:10
**relating** 28:22
**relationship** 45:9
**relative** 98:15,17
**relatives** 51:9
**released** 57:14 60:7
  65:18
**relevance** 19:16
  29:20 38:16 47:16
  78:20 82:10 85:24
**relevancy** 8:21
**relevant** 8:18,19
**relive** 95:9
**remember** 11:7 17:9
  23:5,9 34:25 40:14
  49:8 57:12,13 59:22
  72:15 73:18 74:20
  76:3,21 81:16 84:16
  85:18,20 87:9 89:3
  89:19 92:25 94:3,9

**removal** 54:6
**removed** 53:3,11,22
  63:9
**renal** 58:23
**rent** 28:22 29:8,8,9
  50:8,10
**repeat** 23:8 26:16
  67:13
**rephrase** 6:11 93:5
**report** 79:20
**reporter** 1:18 4:16
  98:4,5
**reports** 72:18
**represent** 5:7
**representing** 4:21
**request** 3:13
**requested** 21:20
**requests** 23:2,11
**required** 5:19
**requires** 61:13
**residence** 19:18
**residences** 20:9
**resolved** 29:19
**responses** 3:12,13
  17:20 22:24 23:2,5
  23:25 24:13,19
**restate** 68:10
**restraining** 78:19
  79:2
**restroom** 63:11
**result** 53:18
**retrained** 74:13,13
  75:11
**retraining** 74:15,17
**return** 74:3
**returning** 74:6
**review** 24:13
**reviewed** 23:14
**revision** 87:24 88:3
**right** 21:8 48:12
  55:2 56:14 77:3
  78:8
**ripka** 1:20 4:7
**robert** 2:3 4:21

rondec 12:13
room 90:8 91:18
rosa 31:5,6 33:9,21

**s**

s 2:2 3:9 5:2,2 30:14
  30:15 59:9
sada 59:8
sales 1:7 4:9
salim 2:3 4:21
santos 1:10,11 3:4
  3:11,16 4:1,11,14
  5:1,5 6:1 7:1 8:1,5
  9:1,5 10:1 11:1 12:1
  13:1 14:1,24 15:1
  16:1 17:1 18:1,11
  19:1 20:1,18,19,21
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1,7
  28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1
  36:1,19 37:1 38:1
  39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1
  47:1 48:1 49:1 50:1
  51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1
  59:1 60:1 61:1,21
  62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1
  82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1
  90:1 91:1 92:1 93:1
  94:1 95:1 96:1,24
  97:1 98:7
saranchak 55:9
saw 13:12 32:19
  55:19 56:5,7 59:21
  77:19
saying 21:9
says 86:21

scarring 54:9
school 34:23 35:2,3
  35:5,7,13,19 36:19
  37:17,19,23 38:15
  38:19
scope 38:23 41:17
screen 9:10
sean 31:23 32:6,10
  32:20,23
second 61:11
security 20:14 25:18
  25:20 26:2,7,18
  46:11,24 47:10,20
see 8:25 13:3,10
  21:10 32:15,16
  38:18 39:3 46:7,9
  56:2 60:4 77:12
seeing 51:22 77:6
seek 79:8
seen 7:18 8:9 46:9
  65:25
send 81:17,18 82:7
  83:10,12
senna 10:25
senokot 65:6
sent 13:16,18
sentence 23:21
separate 16:21
separated 16:20
  26:24 66:5
september 1:21 4:4
  16:9 25:24,24 68:17
  69:22 70:25 73:5,23
  74:2,4,25 98:25
served 21:20 23:3
service 43:21
services 2:20 4:3
set 98:13
seven 41:8,11 60:15
shave 88:19
shooting 66:18
shorthand 1:18
shot 9:10
show 92:7,9

shows 53:3
siblings 31:16
side 23:19
sign 24:13,13
signed 24:17
significant 33:25
  42:16 47:4
singulair 11:10
sister 18:9,10 45:11
six 60:15 72:10
sjs 95:2
skadden 2:11 5:7
skadden.com 2:16
skin 90:15
slate 2:11
small 63:10
smith 52:24
smoke 57:20 58:2
smoked 57:22
smooth 88:14
smoothed 88:25
social 20:14 25:18
  25:20 26:2,6,18
  46:11,24 47:10,19
socialize 44:9
society 77:4
soda 86:21
soon 67:17
sorry 21:18 78:2,4
  78:22
sort 22:12 60:10
  85:25
source 46:11
south 32:8 85:21
spare 43:2
speak 23:18 32:17
  45:21 46:2
speaking 23:9
speaks 53:10
special 59:16,25
  60:8 62:9 63:21
  65:19 77:11
specific 36:9 41:18
  72:25 83:18

specifically 95:12
spend 43:2
spoke 32:20
square 2:12
st 54:4,11 63:16
stamps 46:16,17,22
stand 14:25
standby 7:23 36:13
  96:5
start 26:3 35:17
  60:24
started 47:19 87:21
starting 95:24
state 1:18 46:13,14
  46:19 48:16 49:3
  98:6,22
stated 7:19 34:9
staten 30:11,12
states 1:2 4:12
stay 42:12
stayed 36:6
stenographic 1:15
stenographically
  98:12
stevens 94:22 95:4
stewart 44:13,14
sticking 88:14,17
stiff 95:24
stomach 63:19
stop 35:19 36:11
  62:11 93:13
stopped 94:19,21
street 2:4 15:8,9,17
  15:18 16:4,14,15
  17:13,21,24 29:18
stuck 77:5
stuff 22:3 54:8 83:2
  86:25 87:4
stump 89:2
successful 75:8
  77:16
suffering 34:6 66:13
suffers 61:12
suite 1:20

**[sulfate - treatment]**

**sulfate** 64:4
**supervisor** 39:10
  40:13,22
**supervisor's** 39:13
**support** 93:11,13
**supposed** 17:22
  64:10 81:17 82:7
**sure** 7:13 21:18 32:7
  39:2 57:12 66:12
  77:14 83:7 84:15
  93:16 95:19
**surgery** 57:15 58:25
  59:13 63:2,15,18,21
  63:22 77:23,25 78:9
  87:24 88:10,13,16
  88:22
**surrounding** 66:8
**suspected** 94:21
**swear** 4:17
**swelling** 91:9
**sworn** 5:3 98:8
**symptoms** 63:17
  90:15,17 91:6,12
  92:15,16,17,20
**syndrome** 77:21
  78:10 94:22 95:4
**syrup** 12:13

**t**

**t** 3:9 5:2 15:9 17:18
  17:18,22,23,23,23
  27:12 30:14,14,15
  30:15 31:21 98:2,2
**take** 5:11,16 7:17
  9:15 10:2,14 11:4
  11:12,23 12:20
  53:16 57:13 60:17
  65:24 71:15,22
  72:11 75:14 84:24
  89:24 95:25 96:3
**taken** 1:17 9:14
  14:20 82:25 98:12
**talcott** 17:15,17,19
  17:24

**talk** 6:5 12:5 33:3
  45:11,13 78:5
**talked** 12:12 24:10
  27:25 39:9 94:5
**talking** 62:8 63:5
  66:3 73:23 82:11
**tape** 60:21,24 96:7
**td** 47:17 48:7
**tech** 37:20 38:5
**tell** 23:13,18 25:8
  39:10 86:18 90:9
  93:19,21 94:20 95:3
  95:6
**tenth** 35:11,15,17
**terms** 61:23
**test** 86:19
**tested** 79:20 85:7
  86:5
**testified** 5:3
**testify** 6:15 98:8
**testimony** 83:3,9
  85:6,11 98:11
**texas** 2:4 13:21,24
  14:9
**thing** 5:14 13:16
  22:3 75:13 92:25
  93:17 94:18
**things** 38:9 43:4
  44:6 93:4
**think** 11:4,25 12:5
  20:5 23:17 33:10
  38:24 40:23 48:15
  50:7 54:13 55:4
  56:21,22 58:22
  59:23 60:5 66:11
  68:4,4,9 73:3 78:13
  79:6 81:19 82:16
  83:6,8,21 85:13
  87:11 89:9,9 90:6
**thinking** 26:15
  56:22 76:19
**thinner** 65:5
**third** 12:23
**thought** 80:23 95:20

**threats** 79:7
**three** 3:15 8:10
  15:21 24:7 37:25
  41:8 45:22 46:4
  57:7 58:14 60:5,5
  73:7,14 96:24
**throat** 91:8,9
**thursday** 1:21 14:4
**till** 16:17 25:12
**time** 4:4,15,16 5:11
  7:23 8:2,7 11:7
  13:12,15,21 14:5
  15:24 16:12 18:13
  19:25 20:23 24:24
  25:2 26:2,3 27:23
  31:11 32:12,19
  35:24 36:13,16
  41:15,18 42:2 43:2
  52:3 55:11,19,22
  56:10 57:3 58:8,9
  58:13,15 59:3 60:19
  60:23 61:15 62:4
  66:14 67:7,11,20
  68:6 71:11 73:17,20
  73:21,24 74:2,23
  75:2,4,18,21 76:4
  80:9 81:4 82:10
  83:6,8,24 85:22
  86:23 89:6,25 90:3
  90:4,10 91:7 93:4,8
  93:19 94:2,6 96:5,9
  96:20 97:6 98:12
**times** 2:12 9:21 24:5
  24:6 46:4 57:7
  58:14 73:8,14 82:20
  82:24
**timing** 61:23
**tired** 96:12
**title** 23:17
**tocket** 17:22
**today** 4:3 5:12,23
  6:10,14,17,23 7:15
  7:17 8:9,13,14 9:15
  9:15 10:2,7,9,14
  20:23 22:2 23:7

**threats** 79:7
43:17 61:5,10,18,23
  96:25
**today's** 8:17 96:13
  97:5
**toes** 66:19
**told** 86:20 93:20
**tonight** 9:16,17
  10:10,15
**torso** 91:2
**total** 57:11
**touch** 39:24
**training** 75:7
**transcript** 1:15 6:5
  98:11
**transportation** 68:3
**transported** 91:25
**trantham** 2:7 4:20
  4:20 7:18 8:4 19:16
  19:19 20:4,8,24
  21:8 23:13 26:8,12
  26:14 29:20 34:3
  35:20 37:8 38:16,23
  41:17 43:18,22
  47:16,25 51:6 52:11
  53:9,14 54:15 55:13
  57:9 59:6 61:2,8,25
  65:14,16 67:12
  68:10,20 71:16,24
  72:6,22 73:11,22
  75:9 76:6,14 78:3,5
  78:20,24 79:4,15,22
  80:6 82:8,10,13
  85:2,10,24 86:3,7
  88:2 89:6,14 90:2
  92:16,19,24 93:10
  94:15,23 95:25
  96:11 97:2
**travel** 43:24 67:10
  67:20,23
**treat** 64:11 71:13
**treated** 55:5 56:17
  58:19
**treating** 55:17
**treatment** 52:3,5,23
  53:7 54:3

tried 80:14
true 85:9 98:11
truth 98:8,9,9
try 6:6,7 61:17
  77:17
trying 19:17 20:6
  74:3,8 84:17
tube 53:15
tuesday 98:25
tunnel 77:21 78:10
turner 39:23,25
twelve 60:19
twice 32:18 33:3
  46:10 67:2 73:15,18
  73:18
two 15:12 31:17
  45:22 46:4 49:7,16
  49:19 50:4 58:14
  59:4 61:3 80:20,24
tylenol 71:23 72:5
  72:11,17,19,20 73:3
  73:4
type 35:23 36:7,9
  48:11 49:25 52:5
types 38:9 43:4
  59:24 74:8 90:17
typical 41:7
typically 50:18
tyrann 27:11,14
  28:4,10 45:24
tyrann's 27:16
tyrone 27:17,20,24

u

u 14:18 15:9
uh 14:19
ultimately 75:14
  77:6,23 83:10
unable 21:4 24:15
  61:10 75:14
uncle 45:19
undated 12:4
understand 5:10,18
  6:9 20:19 21:10
  23:20 29:6 88:3,6,7

93:6
understanding
  23:17 73:16 96:18
understood 6:12
unfair 8:20 21:4
unit 95:20
united 1:2 4:11
urinalysis 80:4
use 5:9 10:7,9 44:24
  60:10,13 62:13,18
  62:20,21 79:13,14
usually 44:4

v

v 1:10
vague 90:2 92:19
val 37:20 38:5
valdosta 37:22
value 49:12
veritext 2:20 4:3,17
versus 4:11
vice'd 61:6
videographer 2:19
  4:2 7:23 8:2 21:18
  36:13,16 60:19,23
  96:5,9 97:5
videotape 1:10
violence 79:7
violent 79:10
violette 44:19,20
vision 9:2,3
visit 43:7,11 55:11
  67:5,18 84:8,11
visited 81:2
visiting 67:9
volume 1:14 4:1 5:1
  6:1 7:1 8:1 9:1 10:1
  11:1 12:1 13:1 14:1
  15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1
  27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1

43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1

w

wait 5:25 6:7 38:3
  86:9
walgreen's 65:20
  68:7,13,14,24 69:5
  69:9,13,17,21,25
  81:8,14 87:18 89:10
walk 60:2,8
walker 62:15,16
want 7:14 20:25
  36:25 48:4 54:13
  61:20 71:15 86:12
  95:25 96:3
wanted 77:2,5 81:25
warning 71:22
washington 16:15
water 71:18
way 6:4 23:15 93:5
  93:6 95:21
wayne 8:16 12:24
we've 12:11 45:2
  54:16
wear 5:19
wearing 5:22
week 22:25 32:18
  33:3 41:9 58:14
weekend 32:14
weeks 41:10 67:9,18
wellbutrin 89:4,11
  94:14

wendy 59:22
went 13:3 18:21
  35:22 37:12 38:4
  62:7,15 68:4 74:19
  74:24 75:5 80:19,20
  84:2,4 85:17 91:20
  92:14
willie 31:5,6 33:15
  33:23
willing 61:22
witness 3:3 4:14,17
  48:5 61:14 71:17
  78:4,8
woke 91:15,16 94:3
word 88:3,4
words 23:20
work 5:6 25:2,10
  35:22,23,25 36:4,7
  36:8,20,21 37:3,15
  39:9 41:7,11 74:3,6
  74:8 77:3
worked 40:10,21
  41:3,10 55:8
workers 30:3 39:19
  40:15 41:3
working 37:11 77:5
works 61:22
world 95:22
worn 8:8
wrong 63:24

x

x 3:2,9 27:19

y

y 27:12
yeah 14:3 16:2,19
  46:23 73:3 74:25
  82:5 94:16
year 12:22 13:25
  14:7 16:7 32:21
  36:23 37:6,13 38:2
  38:13 46:10 77:14
  85:17
years 15:12,21
  26:24 37:23 42:21

49:7,16,20 51:5
57:25 80:24 84:6
**york**   1:20,21 2:13
2:13 4:8,8 62:3 98:6
98:22

**z**

**zithromax**   12:18,20
**zoloft**   76:21