UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL Docket No. 1629 |
| THIS ORDER RELATES TO: ALSBERGE v. PFIZER INC., ET AL. Individual Case Nos. 05-11699 and 06-10957 | ) ) ) ) ) ) ) ) ) | Master File No. 04-10981-PBS |

ORDER ON MOTION TO EXTEND STAY

February 2, 2012

SOROKIN, M.J.

On this date, the Court lifted the stay in Plaintiff Debra Johnson Alsberge's case. See Docket # 3772. The Court's Order crossed with the paper receipt of Alsberge's motion for an extension of time to locate counsel. Docket # 3775.

Accordingly, the Court VACATES its Order of this date (Docket # 3772) and ALLOWS Alsberge's motion. The stay to permit Alsberge to attempt to locate successor counsel is extended to March 2, 2012.

SO ORDERED,

/s/ Leo T. Sorokin
Leo T. Sorokin
United States Magistrate Judge

1