UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL Docket No. 1629 |
| THIS ORDER RELATES TO: | ) ) ) | Master File No. 04-10981-PBS |
| BRIGGS v. PFIZER INC., ET AL. | ) ) ) |  |
| Individual Case Nos. 05-11700 and 07-10327 | ) ) ) ) |  |

ORDER

February 2, 2012

SOROKIN, M.J.

On this date, the Court lifted the stay in Plaintiff Robin Sterns Brigg's case. See Docket # 3773. The Court's Order crossed with the paper receipt of Briggs's motion for an extension of time to locate counsel. Docket # 3774.

Accordingly, the Court VACATES its Order of this date (Docket # 3773) and ALLOWS Briggs's motion. The stay to permit Briggs to attempt to locate successor counsel is extended to March 2, 2012.

SO ORDERED,

/s/ Leo T. Sorokin
Leo T. Sorokin
United States Magistrate Judge

1