**USPS Express Mail Label**

Post Office To Addressee
EI 309462034 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 27031 [28031]
- Date Accepted: Mo. 1 Day 30 Year 12
- Time Accepted: 3:35 PM
- Flat Rate ☑ or Weight
- Day of Delivery: Next
- Scheduled Date of Delivery: Month 1 Day 31
- Scheduled Time of Delivery: Noon
- Postage: $18.95
- Total Postage & Fees: $18.95
- Acceptance Emp. Initials: 78

**FROM:** R.S. BRIGGS
18413 DUNBLANE CT.
CORNELIUS, NC 28031

**TO:** HONORABLE LEO T. SOROKIN
1 COURTHOUSE WAY
BOSTON, MA 02210

ZIP+4: 02210

---

**Receipt:**

CORNELIUS MAIN PO
CORNELIUS, North Carolina
28031-5253
3613950653-0096
(800)275-8777

01/30/2012        03:36:33 PM

Sales Receipt
Product          Sale Unit    Final
Description      Qty  Price   Price

Vacation/Hold Mail Pickup          $0.00
BOSTON MA 02210 Zone-5
Express Mail PO-Add               $18.95
Flat Rate Env
0.50 oz.
Label #: EI309462034US
Tue 01/31/12 12:00 PM - Expected
Delivery. Money Back Guarantee
Signature Requested

Issue PVI:                        $18.95

Total:                            $18.95

Paid by:
Cash                              $20.00
Change Due:                       -$1.05

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*************************************
*************************************
Bill#: 1000402034937
Clerk: 02
All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
HELP US SERVE YOU BETTER
TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to: https://postalexperience.com/Pos

YOUR OPINION COUNTS
*************************************

---

Here are the receipts of my first mailings. Enclosed, please find the letter I sent previously.

Thank you,

Robin S. Briggs

Feb. 7, 2012

The Honorable Leo T. Sorokin

United States Magistrate Judge

United States District Court of the

District Of Massachusettes

John Joseph Moakley U.S.Courthouse

1 Courthouse Way

Boston. Massachusettes    02210


Re: In re Neurontin Marketing, Sales Practices and Product

Liability Litigation, MDL Docket No. 1629, Master File No. 04 Civ 10981

(PBS) (LTS) Briggs v Pfizer., Individual Case Nos. 05-11700, 07-10327


Dear Judge Sorokin,


I am writing to update you on the issue of new counsel. I had contacted several personal injury lawyers in December but didn't hear from them until mid-January.

Some of them declined before I mentioned anything about my case. The magnitude of work to get up to speed, questions about my attorneys' withdrawal and hearing I was part of an MDL, were some of the reasons given.

Two of them were interested but the first one respectfully declined saying he was too small to take my case but referred me to the second lawyer who was very interested. He spoke with someone at Finkelstein and Partners and then declined saying that there wasn't enough science and that my husband self medicated. If I

understand that term to mean that my husband prescribed Neurontin for himself, This is absolutely false. Another misrepresented fact from Finkelstein and Partners and I can prove it.

Please don't let this be swept quietly under the rug. Too many people are dying because of Neurontin. Our men and women in the military are committing suicide in record numbers. One in six is on a psycho-active drug, Neurontin being one of them. I have waited seven years to have a voice. This would be a terrible way to end my lawsuit. Justice, for my family and myself, would not be served if I cannot move forward with my claim against Pfizer

I ask the court to allow me more time to find new counsel. Or, appoint a lawyer for my case.

Sincerely,

*Robin S. Briggs*

Robin S. Briggs