UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------x
                                         :
In re:    NEURONTIN MARKETING, SALES     :   MDL Docket No. 1629
          PRACTICES AND PRODUCTS         :   Master File No. 04-10981
          LIABILITY LITIGATION           :   Judge Patti B. Saris
-----------------------------------------:   Magistrate Judge Leo T.
                                         :   Sorokin
THIS DOCUMENT RELATES TO:                :
                                         :
Santos v. Pfizer, Inc., No. 10-11205-PBS:
                                         :
-----------------------------------------x
```

**ORDER OF RECUSAL**

Saris, U.S.D.J.

  Pursuant to 28 U.S.C. § 455(a), I inform the parties that Ropes & Gray, which recently filed an appearance in this longstanding MDL, provides my husband and me with personal accounting, trust/estate, tax, charitable and financial disclosure services. It is not representing me in any litigation, and I have been assured that there is an internal policy that no lawyer working on my personal matters will ever be involved in a case pending before me. The firm has also erected a Chinese wall barring access to my personal data.

  I am not required to disqualify myself from litigation in which Ropes & Gray appears pursuant to 28 U.S.C. § 455(b), but an objection may be filed if a litigant believes my impartiality might reasonably be questioned pursuant to 28 U.S.C. § 455(a). I am bringing this information to the attention of counsel so that they may inquire and, after consultation with the client,

determine whether to press any objections pursuant to 28 U.S.C. § 455(e).  See Canon 3D of the Code of Conduct for United States Judges (remittal of disqualification); II Administrative Office of the U.S. Courts, *Guide to Judicial Policies and Procedures*, Ch. V. § 3.6-2 (June 15, 1999, revised through November 7, 2001) (compendium); In re Cargill, 66 F.3d 1256 (1st Cir. 1995).  Any objection should be filed within one week.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge