# EXHIBIT

# 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------ x
                                                             :    MDL DOCKET NO. 1629
In re:  NEURONTIN MARKETING, SALES                           :
        PRACTICES AND PRODUCTS                               :    Master File No. 04-10981
        LIABILITY LITIGATION                                 :
                                                             :    Judge Patti B. Saris
                                                             :
                                                             :    Magistrate Judge Leo T. Sorokin
                                                             :
------------------------------------------------------------ x
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :
   Accetullo et al. v. Pfizer Inc., et al.,                  :
   1:06-cv-10912-PBS                                         :
                                                             :
   Anderson et al. v. Pfizer Inc., et al.,                   :
   1:06-cv-11024-PBS                                         :
                                                             :
   Brewster et al. v. Pfizer Inc., et al.,                   :
   1:06-cv-11022-PBS                                         :
                                                             :
   Girard et al. v. Pfizer Inc., et al.,                     :
   1:06-cv-11023-PBS                                         :
------------------------------------------------------------ x
```

## MOTION TO SUSPEND DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Law Office of Newton B. Schwartz Sr. (hereinafter "Schwartz" or "Schwartz firm"), counsel for numerous product liability plaintiffs in this Multi-District Litigation, and with leave of court granted during the hearing before the Court of April 26, 2011, files this motion to request suspension of discovery for a certain group of cases attached hereto.

### A. Background

During a status conference held before the honorable Magistrate Judge Leo T. Sorokin on April 26, 2011, counsel for the Schwartz group, announced its intention to provide a list of

Plaintiffs who have been identified as candidates for which they seek suspension of discovery. The purpose of providing this list is to assist in the efficient coordination of discovery, avoiding unnecessary expenditures by all parties in conducting discovery in cases that recommendations have been made regarding the dicontinued prosecution.[1]

### B. Request for Stay of Discovery

Schwartz asks the Court to temporarily suspend all discovery in these cases to avoid the burden of cost and expense to all parties.

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law and the exhibits attached thereto. A proposed order is attached.

### C. Prayer

WHEREFORE, PREMISES CONSIDERED, the Schwartz firm asks the Court to suspend all discovery in those cases identified.

    Respectfully submitted,

    /s/Newton B. Schwartz, Sr.
    NEWTON B. SCHWARTZ, SR.
    *Law Offices of Newton B. Schwartz, Sr.*
    Texas State Bar No.17869000
    1911 Southwest Freeway
    Houston, Texas 77098
    Telephone:   (713) 630-0708
    Facsimile:   (713) 630-0789

---

[1] The identification of particular plaintiffs in this motion or the attachments thereto is not intended by Schwartz to be, and should not be construed as, a comment on the merits of the individual cases.

2

**CERTIFICATE OF CONFERENCE**

I, Newton B. Schwartz, Sr., hereby certify that the matters set forth in this motion were openly discussed at the hearing of April 26, 2011 in the presence of counsel for Pfizer without objection.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 30th day of April, 2011.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.