# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
: MDL DOCKET NO. 1629
In re: NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION :
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:
------------------------------------------------------------ x
:
THIS DOCUMENT RELATES TO: :
:
*Accetullo et al. v. Pfizer Inc., et al.,* :
1:06-cv-10912-PBS :
:
*Anderson et al. v. Pfizer Inc., et al.,* :
1:06-cv-11024-PBS :
:
*Brewster et al. v. Pfizer Inc., et al.,* :
1:06-cv-11022-PBS :
:
*Girard et al. v. Pfizer Inc., et al.,* :
1:06-cv-11023-PBS :
------------------------------------------------------------ x

**STATUS REPORT REGARDING PRODUCTS LIABILITY
PLAINTIFFS REPRESENTED BY THE SCHWARTZ FIRM**

Pursuant to the Court's August 11, 2011 Procedural Order, the Law Office of Newton B. Schwartz Sr. (hereinafter "Schwartz firm") submits the following status update:

**A. Discovery Ongoing in Active Cases**

The Schwartz firm and its clients in this case continue to be actively engaged in conducting depositions for forty-one individual Plaintiffs (or their representatives), and their prescribing doctors. Information as to completed and outstanding depositions for the individual plaintiffs represented by Schwartz is detailed in full in the attached Exhibit "A."

## B.  Status of Discontinuation Process

The Schwartz firm also presently represents thirty-six individual Plaintiffs for which it has sought and been granted permission to suspend the discovery process. For all of these Plaintiffs the local referring attorneys have been notified that the Schwartz firm intends to withdraw and Schwartz has requested of local counsel a recommendation be sent to the clients for entry of agreed dismissal. Further details regarding these Plaintiffs and the status of the discontinuation process is detailed in Exhibit "B", filed under seal.

Schwartz further seeks to supplement the group of suspended cases with an additional seven Plaintiffs and shall file a Motion to Stay as to these cases contemporaneously herewith.

Respectfully submitted,

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:  (713) 630-0708
Facsimile:  (713) 630-0789

## CERTIFICATE OF SERVICE

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 29th day of August, 2011.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

# Exhibit "A"

|   | Last | First | Civil Action No. | Discovery Status | Discovery Remaining |
|---|------|-------|------------------|------------------|---------------------|
| 1 | Accetullo | Martha | 06-10912-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 2 | Belliano | Beth | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 3 | Brazell | Susan | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 4 | Brockman | Patricia | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 5 | Byrum-Hill | Gwenna | 06-10912-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 6 | Calvert | Pamela | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 7 | Carr | Lester | 06-11024-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 8 | Colley (dec.) | Robert | 06-10912-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Sales Rep. |
| 9 | Davis | Kimm | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 10 | Day | David | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 11 | Gann | Monica | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 12 | Girard | Charles | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 13 | Greer (Weathers) | Karen | 06-11024-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 14 | *Groves (dec.) | Sherry | 06-11023-PBS | Reinstatement Pending | |
| 15 | Hargett | Janet | 06-11023-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Sales Rep. |
| 16 | Huff (dec.) | Teresa | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 17 | James | Tommy | 06-10912-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 18 | Jones | Carla | 06-10912-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 19 | Kilic | Mehmet | 06-11022-PBS | In Progress | No depos completed;<br>Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 20 | Knowlton | Barbara | 06-11023-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 21 | Larkin | Ann | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Sales Rep. |
| 22 | Lee | Janice W. | 06-11024-PBS | In Progress | Depos completed: Plaintiff;<br>Depos remaining: Prescriber(s), Sales Rep. |
| 23 | Lemacks | George | 06-11024-PBS | In Progress | Depos completed: Plaintiff, Prescriber;<br>Depos remaining: Prescriber(s), Sales Rep. |

| | Last | First | Civil Action No. | Discovery Status | Discovery Remaining |
|---|---|---|---|---|---|
| 24 | Logan | Sandra | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescribers; Depos remaining: Sales Rep. |
| 25 | Luttrell | Leslie | 06-10912-PBS | In Progress | No depos completed; Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 26 | Lytle | Fred | 06-11023-PBS | In Progress | No depos completed; Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 27 | McMahon-Lough | Sandra | 06-11023-PBS | In Progress | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. |
| 28 | Nichols | Wanda | 06-10912-PBS | In Progress | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. |
| 29 | Pastine (dec.) | Samuel A. | 06-11023-PBS | In Progress | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. |
| 30 | Petit | David | 06-11024-PBS | In Progress | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. |
| 31 | Saenz | Monica | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. |
| 32 | Sprinkle (dec.) | Harold | 06-10912-PBS | In Progress | No depos completed; Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 33 | St. Hilaire | Bob | 06-11024-PBS | In Progress | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. |
| 34 | Taggart | Jeffrey | 06-10912-PBS | In Progress | Depos completed: Plaintiff, Prescriber, Treating Physician; Depos remaining: Sales Rep. |
| 35 | Taylor | Caryl | 06-11023-PBS | In Progress | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. |
| 36 | Valentino | Diane | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescriber, Treating Physician; Depos remaining: Sales Rep. |
| 37 | Vice | Melissa | 06-11023-PBS | In Progress | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. |
| 38 | Weatherford | David | 06-11024-PBS | In Progress | No depos completed; Depos remaining: Plaintiff, Prescriber(s), Sales Rep. |
| 39 | Wilhelm | John | 06-11022-PBS | In Progress | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. |
| 40 | Williams | Dexter | 06-10912-PBS | In Progress | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. |
| 41 | Wine | Helen | 06-11023-PBS | In Progress | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. |