# EXHIBIT

# 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------ x
                                      :   MDL DOCKET NO. 1629

In re:   NEURONTIN MARKETING, SALES   :
         PRACTICES AND PRODUCTS       :   Master File No. 04-10981
         LIABILITY LITIGATION         :
                                        :   Judge Patti B. Saris
                                        :
                                        :   Magistrate Judge Leo T. Sorokin
                                        :
------------------------------------------------------ x
                                        :

THIS DOCUMENT RELATES TO:         :
                                        :

    *Accetullo et al. v. Pfizer Inc., et al.,*       :
    1:06-cv-10912-PBS                   :
                                        :

    *Anderson et al. v. Pfizer Inc., et al.,*       :
    1:06-cv-11024-PBS                   :
                                          :

    *Brewster et al. v. Pfizer Inc., et al.,*       :
    1:06-cv-11022-PBS                   :
                                        :

    *Girard et al. v. Pfizer Inc., et al.,*        :
    1:06-cv-11023-PBS                   :
------------------------------------------------------ x

## FOURTH MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

      Comes Now the Law Office of Newton B. Schwartz Sr. (hereinafter "Schwartz" or "Schwartz firm"), counsel for numerous product liability plaintiffs in this Multi-District Litigation, and with leave of court granted during the hearing before the Court of April 26, 2011, files this third motion to request a stay of discovery for a certain group of cases.

## A. Background

During a status conference on April 26, 2011 counsel for the Schwartz group, at the Court's suggestion, announced its intention to provide a list of Plaintiffs for which Schwartz sought to suspend discovery. On April 30, 2011, Schwartz filed a Motion to Suspend Discovery [3438] on behalf of a group of Plaintiffs who were identified under seal. The motion was allowed on May 10, 2011. [3455] On July 26, 2011, Schwartz filed a second Motion to Stay Discovery [3542] on behalf of a group of Plaintiffs who were identified under seal. The motion was allowed on August 11, 2011. On August 15, 2011, Schwartz filed a Third Motion to Stay Discovery [3571] on behalf of a group of Plaintiffs who were identified under seal. The motion was allowed on August 16, 2011.

Schwartz now files this fourth motion seeking to stay discovery for an additional group of Plaintiffs for the same reasons as set forth in its previous motions referenced above, which is to assist in the efficient coordination of discovery and avoid unnecessary expenditure by all parties in those cases for which Schwartz has made a recommendation for discontinuation of prosecution.[1]

## B. Request for Stay of Discovery

Schwartz asks the Court to temporarily suspend all discovery in these cases to avoid the burden of cost and expense to all parties.

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law and the exhibits attached thereto. A proposed order is attached.

## C. Prayer

WHEREFORE, PREMISES CONSIDERED, the Schwartz firm asks the Court to suspend all discovery in those cases identified.

---

[1] The identification of particular plaintiffs in this motion or the attachments thereto is not intended by Schwartz to be, and should not be construed as, a comment on the merits of the individual cases.

Respectfully submitted,

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:       (713) 630-0708
Facsimile:       (713) 630-0789

## CERTIFICATE OF CONFERENCE

I, Newton B. Schwartz, Sr., hereby certify that I have been in contact with counsel for Pfizer regarding the notice attached hereto and the Schwartz firm's intention to file the same. Pfizer is unopposed to the relief sought herein.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 8th day of September, 2011.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------ x

                     :

In re:   NEURONTIN MARKETING, SALES
            PRACTICES AND PRODUCTS
            LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Accetullo et al. v. Pfizer Inc., et al.*,
1:06-cv-10912-PBS

*Anderson et al. v. Pfizer Inc., et al.*,
1:06-cv-11024-PBS

*Brewster et al. v. Pfizer Inc., et al.*,
1:06-cv-11022-PBS

*Girard et al. v. Pfizer Inc., et al.*,
1:06-cv-11023-PBS

------------------------------------------------------ x

MDL DOCKET NO. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## <u>MEMORANDUM IN SUPPORT OF FOURTH MOTION TO STAY DISCOVERY</u>

        The Law Office of Newton B. Schwartz Sr. (hereinafter "Schwartz" or "Schwartz firm"),

counsel for numerous product liability plaintiffs in this Multi-District Litigation, submits this Memorandum

in Support of the Fourth Motion to Stay Discovery for Plaintiffs identified herein. The Order requested

is appropriate to assist all parties in the efficient coordination of discovery and to avoid the burden of

unnecessary expense.

        This list is now provided in an effort to assist Defendant and the Court in the efficient

coordination of discovery and to avoid unnecessary expenditure of time and resources by all parties in those cases for which further prosecution may not be pursued.[1] (*See* Exhibit "A", attached to the accompanying declaration of Newton B. Schwartz, Sr. and filed under seal to avoid any prejudice to the Plaintiffs listed therein.)

For each of the Plaintiffs identified in Exhibit "A", the local referring attorneys have been or will shortly be notified that it is the Schwartz firm's intention, absent revelation of new information, to withdraw from these cases and further requesting of local counsel a recommendation for agreed dismissal. Schwartz asks the Court to, as was suggested during the hearing of April 26, 2011 to temporarily suspend discovery in these cases to avoid the burden of cost and expense to all parties.

For the reasons stated in this memorandum and the motion which it accompanies, the Schwartz firm asks the Court to stay discovery in the cases listed in Exhibit "A" which have been identified by Schwartz as candidates for withdrawal of counsel or possible dismissal; and for such other and further relief, at law or in equity, to which Plaintiffs may show themselves to be justly entitled to receive.

Respectfully submitted,

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:      (713) 630-0708
Facsimile:      (713) 630-0789

---

[1] The identification of particular plaintiffs in this motion or the attachments thereto is not intended by Schwartz to be, and should not be construed as, a comment on the merits of the individual cases.

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 8th day of September, 2011.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
                                                  :   MDL DOCKET NO. 1629
                                                  :
In re:   NEURONTIN MARKETING, SALES               :
         PRACTICES AND PRODUCTS                   :   Master File No. 04-10981
         LIABILITY LITIGATION                     :
                                                  :   Judge Patti B. Saris
                                                  :
                                                  :   Magistrate Judge Leo T. Sorokin
                                                  :
------------------------------------------------- x
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  :
    Accetullo et al. v. Pfizer Inc., et al.,      :
    1:06-cv-10912-PBS                             :
                                                  :
    Anderson et al. v. Pfizer Inc., et al.,       :
    1:06-cv-11024-PBS                             :
                                                  :
    Brewster et al. v. Pfizer Inc., et al.,       :
    1:06-cv-11022-PBS                             :
                                                  :
    Girard et al. v. Pfizer Inc., et al.,         :
    1:06-cv-11023-PBS                             :
------------------------------------------------- x
```

## DECLARATION OF NEWTON B. SCHWARTZ
## IN SUPPORT OF PLAINTIFF'S FOURTH MOTION TO STAY DISCOVERY

I, Newton B. Schwartz, Sr., declare and state as follows:

1.      I am an attorney with the Law Office of Newton B. Schwartz, Sr., counsel for Plaintiffs

in the above-referenced matter. I make this declaration based on my own personal knowledge and

information.

2.      Attached hereto as Exhibit A is a true and correct copy of a list of Plaintiffs who have

been identified by counsel as candidates for discontinuation of prosecution and/or the withdrawal

1

therefrom.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on September 8, 2011.

/s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

# EXHIBIT  A

# FILED UNDER SEAL

# EXHIBIT  A

# FILED UNDER SEAL

| **PLAINTIFF NAME** | **CASE NO.** |
|---|---|
| Debra Leger | *Girard et al. v. Pfizer Inc. et al.*; 06-11023-PBS |
| Marlene McIntyre | *Girard et al. v. Pfizer Inc. et al.*; 06-11023-PBS |
| Jason Mitchell | *Anderson et al. v. Pfizer Inc. et al.*; 06-11024-PBS |
| Jana Stephens | *Accetullo et al. v. Pfizer Inc. et al.*; 06-10912-PBS |
| Edgar Watson | *Anderson et al. v. Pfizer Inc. et al.*; 06-11024-PBS |
| Theresa Williams | *Girard et al. v. Pfizer Inc. et al.*; 06-11023-PBS |
| Leotis Williams | *Accetullo et al. v. Pfizer Inc. et al.*; 06-10912-PBS |