UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES         :
         PRACTICES AND PRODUCTS            :
         LIABILITY LITIGATION              :     MDL Docket No. 1629
---------------------------------------------------------------------x
                                           :     Master File No. 04-10981
THIS DOCUMENT RELATES TO:                  :
                                           :     Judge Patti B. Saris
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS     :
                                           :     Magistrate Judge Leo T. Sorokin
                                           :
---------------------------------------------------------------------x

**DECLARATION OF NEWTON B. SCHWARTZ IN SUPPORT OF PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANTS' MOTION FOR SANCTIONS AND DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION FOR SANCTIONS**

I, Newton B. Schwartz, Sr., declare and state as follows:

1. I am an attorney with The Law Offices of Newton B. Schwartz, Sr., counsel for Plaintiffs in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a list of five filed and served Plaintiffs' Motions to Stay Discovery. They have been identified by counsel as candidates either recommended for: (a) dismissal or discontinuation of their prosecution and/or (b) the withdrawal from representation thereon in calendar year 2011 on the dates shown therein.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 16th day of February, 2012.

                                    /s/Newton B. Schwartz, Sr.____
                                    Newton B. Schwartz, Sr.

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 16, 2012.

>/s/Newton B. Schwartz, Sr.
> Newton B. Schwartz, Sr.