# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )MDL Docket No. 1629 ) )Judge Patti B. Saris ) Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | ) )Master File No. 04-10981 ) |
| KELLY STRICKLAND, as Administratrix of the Estate of JACK COLEMAN REEVES, And KELLY R. STRICKLAND, DEIDRE R. RODRIGUEZ, and JACK C. REEVES, JR., Individually, 1:05-cv-11993-PBS District of Massachusetts | ) ) ) ) ) ) |

## SUGGESTION OF REMAND ORDER

Saris, U.S.D.J.

The Court having reviewed the Plaintiffs' Motion for Remand, finds and rules as follows:

Common discovery and other coordinated pretrial proceedings have been completed in this case. Initial core discovery in this case is complete within the meaning the Order of Judge Sorokin of July 24, 2009. The case did not settle during mediation on April 28, 2011.

Pursuant to Rule 10.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order to remand the above-captioned case, Strickland, et al v. Pfizer, Inc., Case number 1:05-cv-11993-PBS back to the U.S. District Court for the Northern District of Georgia, Gainesville Division.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerk of the U. S. District Court for the Northern District of

1

Georgia, Gainesville Division.

THIS __22__ day of __February__, 2012.

_____
PATTI B. SARIS
United States District Judge