UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br><br>*KIMM DAVIS*<br>*Anderson et al. v. Pfizer Inc., et al.,*<br>06-11024-PBS | : : : : : : | Magistrate Judge Leo T. Sorokin |

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  February 24, 2012

| | |
|---|---|
| /s/ Newton B. Schwartz, Sr.<br>Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr.<br>1911 Southwest Freeway<br>Houston, TX 77098<br>Tel: (713) 630-0708<br>Email: nbs@nbslawyers.com<br><br>*Attorneys for Plaintiff* | /s/ Mark S. Cheffo<br>Mark S. Cheffo<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: (212) 735-3000<br><br>*Attorneys for Defendants Pfizer Inc.*<br>*And Warner-Lambert Company LLC* |

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 24, 2012.

                  /s/ Newton B. Schwartz, Sr.
                  Newton B. Schwartz, Sr.