UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------ x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Allen, et al. v. Pfizer, Inc. et al*, 1:07-cv-11795-PBS; : Sorokin
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS; :
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS. :
:
------------------------------------------------ x

**THE BOONE LAW FIRM PLAINTIFFS AND PFIZER DEFENDANTS'
JOINT MOTION FOR ADDITIONAL NINETY (90) DAY EXTENSION OF THE
DEADLINE IMPOSED IN THIS COURT'S ORDER OF DISMISSAL**

The Boone Law Firm's Products Liability Plaintiffs and Defendants Pfizer Inc. and Warner-Lambert Company LLC ( "Pfizer") hereby move by Joint Motion for an Order granting an additional ninety (90) day extension of this Court's August 4, 2011 Order of Dismissal [3560].  The Court previously extended this deadline to March 1, 2012.  (*See* Dec. 7, 2011 Electronic Order.)  The parties jointly request that the Court further extend the deadline, which is presently March 1, 2012, to May 30, 2012.  Although the parties have continued to diligently work on the resolution of these actions, the resolution process has been delayed due to unavoidable and arduous administrative hurdles.

WHEREFORE, the Boone Law Firm's Products Liability Plaintiffs and Pfizer respectfully request that this Court issue an Order further extending the deadline imposed by this Court's August 4, 2011 Order of Dismissal [3560], for another period of ninety (90) days to May 30, 2012, in regard to the above cases.

Dated: March 1, 2012	Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

-and-

THE BOONE LAW FIRM, P.A.

By: /s/ Levi Boone, III
    Levi Boone, III
    MSB #3686

401 West Sunflower Avenue
Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 1, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz