UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> ALL PRODUCT LIABILITY ACTIONS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**DEFENDANT PFIZER INC'S MOTION TO UNSEAL DOCUMENTS**

Pursuant to this Court's February 17, 2010 "Standing Procedural Order Re: Sealing Court Documents," Defendants Pfizer Inc and Warner-Lambert Company LLC, by counsel, respectfully move for an Order to unseal the documents filed at Docket Numbers 3763 to 3765 in support of the Joint Application of Jack W. London, Eugene Brooks, and Archie Carl Pierce for Reimbursement from the Common Benefit Fund for Expenses Incurred in Connection with Preservation Depositions.

WHEREFORE, Defendants respectfully request that the Court unseal the documents at Docket Numbers 3763, 3764, and 3765

Dated: March 2, 2012                   Respectfully submitted,

                                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                       By: /s/ Mark S. Cheffo
                                              Mark S. Cheffo

                                       Four Times Square
                                       New York, NY 10036
                                       Tel: (212) 735-3000

1

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 2, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz