UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION
: Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO                                Magistrate Judge Leo T.
:
                                                        Sorokin
:

*VIRGIL L. ANDERSON et al. v. PFIZER INC. et al.,*
06-11024-*PBS*

*ACCETULLO et al. v. PFIZER INC. et al.,*               :
06-10912-*PBS*

*BREWSTER et al. v. PFIZER INC. et al.,*                :
06-11022-*PBS*

*GIRARD et al. v. PFIZER INC. et al.,*                  :
06-11023-*PBS*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFFS' CURRENT STATUS REPORT

Pursuant to the Court's May 9, 2011 Order, the undersigned counsel for

Plaintiffs hereby supplements their responses to the pending Motion for Sanctions (Docket

#3769), and submits the attached Current Status Report to the Court listing the current status of

all pending cases in this MDL in the attached Exhibit "A.".

                Respectfully Submitted,
                The Law Offices of Newton B. Schwartz, Sr.

                */s/ Newton B. Schwartz, Sr.*
                Newton B. Schwartz, Sr.
                *Law Offices of Newton B. Schwartz, Sr.*

Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
*Facsimile: (713) 630-0789*

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 3rd day of March, 2012.

<u>/s/Newton B. Schwartz, Sr.</u>
NEWTON B. SCHWARTZ, SR.