# EXHIBIT "A"

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Barkley, Melissa W. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS filed in SC | |
| Bolton, Carmen L. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS filed in SC | |
| Calvert, Pamela | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS filed in SC | |
| Carpenter, Felisha | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11023-PBS filed in PA | |
| Davis, Kimm J. | Waiting for Court Approval | Stipulation of Dismissal Filed 2/24/12 | 06-CV-11024-PBS filed in SC | |
| Deleon, Kelly | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-10912-PBS filed in AR | |
| Lemacks, George B. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS filed in SC | |
| Lowe, Stephanie A. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS filed in SC | |
| Napoli-Branson, Jennifer | | Pending - Reinstatement | 06-CV-11023-PBS filed in PA | Estate of Sherry Groves |
| Pittman, Mary | Dismissal Granted 4/16/2008 re doc 1219 | | 06-CV-11024-PBS filed in SC | Estate of Stacy Pittman |
| Ridgeway, Monica | Dismissal Granted 4/16/2008 re doc 1219 | | 06-CV-11024-PBS filed in SC | Estate of Ronald Ridgeway |
| Bellino, Beth A. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS filed in SC | |
| Brazell, Susan L. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS filed in SC | |
| Brockman, Patricia L. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-10912-PBS filed in SC | |
| Byrum-Hill, Gwenna J. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS filed in AR | |
| Carr, Lester C. | Depos completed: Plaintiff, Prescriber, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS filed in SC | |
| Colley, Vera | Depos completed: Plaintiff, Prescriber, Depos remaining: Sales Rep. | In Progress | 06-CV-10912-PBS filed in AR | Estate of Robert Colley |
| Day, David A. | Depos completed: Plaintiff, Prescriber, Depos remaining: Sales Rep. | In Progress | 06-CV-11024-PBS filed in SC | |
| Gann, Monica S. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS filed in SC | |
| Girard, Charles D. Sr. | Depos completed: Plaintiff, Prescriber, Depos remaining: Sales Rep. | In Progress | 06-CV-11023-PBS filed in PA | |
| Hargett, Janet | Depos completed: Plaintiff, Prescriber, Depos remaining: Sales Rep. | In Progress | 06-CV-11023-PBS filed in PA | |
| Knowlton, Barbara A. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS filed in PA | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Larkin, Ann E. | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11022-PBS filed in NV | |
| Logan, Sandra M. | Depos completed: Plaintiff, Prescribers; Depos remaining: Sales Rep. | In Progress | 06-CV-11022-PBS filed in NV | |
| McMahon-Lough, Sandra D. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS filed in PA | |
| Pastine, Sherry | Depos completed: Plaintiff, Prescribers Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS filed in PA | Estate of Samuel Pastine |
| Pettit, David W. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS filed in SC | |
| Saenz, Monica L. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS filed in NV | |
| St. Hilaire, Robert N. | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11024-PBS filed in SC | |
| Taggart, Jeffrey | Depos completed: Plaintiff, Prescriber; Depositions remaining: Sales Rep. | In Progress | 06-CV-10912-PBS filed in AR | |
| Valentino, Diane M. | Depos completed: Plaintiff, Prescriber, Treating Physician; Depos remaining: Sales Rep. | In Progress | 06-CV-11022-PBS filed in NV | |
| Vice, Melissa L. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS filed in PA | |
| Wilhelm, John W. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS filed in NV | |
| Wine, Helen | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS filed in PA | |
| Best, Tosha R. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Bunch, Carson | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Letter sent by local counsel to Plaintiff on 3/15/2011. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |
| Campbell-Dean, Kimberly A. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Carter, Damon | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS filed in AR | |
| Conyers, Wilbur G. | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Cook, Connie B. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Letter sent by local counsel to Plaintiff on 3/15/2011.Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |
| Crosby, Richard A. Jr | | Letter sent to client on 6/13/2011. Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11024-PBS filed in SC | |
| Devore, Robert G. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Letter sent to client on 4/1/2011.  Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11024-PBS filed in SC | |
| Dozier, Christine M. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11023-PBS filed in PA | |
| Dukes, Allison D. | | Letter sent to client on 4/1/2011.  Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11024-PBS filed in SC | |
| Emmons, Sharon K. | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Ericsson-Harkness, Shanna G. | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS filed in PA | |
| Falk, Corrine M. | | Letter sent to client on 3/4/2011.  Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11022-PBS filed in NV | |
| Floyd, (S)Haron Y. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel.  Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Greer, Karen J. | | Will file Stipulation of Dismissal | 06-CV-11024-PBS filed in SC | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Gross, Kenneth | | Letter sent on 5/31/2011.Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |
| James, Tommy D. | | Will contact client and local counsel.  Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS filed in AR | |
| Johnson, Elroy L. | | Will contact client and local counsel.  Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS filed in AR | |
| Jones, Carla | | Letter to client sent 9/20/11.  Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |
| Lee, Dexter K. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel.  Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Leger, Debra F. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Letter to client sent 9/23/11.  Telephone disconnected. In process of locating client.Will file Stipulation of Dismissal or Motion to Withdraw upon locating and hearing from Plaintiff. | 06-CV-11023-PBS filed in PA | |
| Luttrell, Leslie | | Letter to client sent 9/26/11.  Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |
| Lytle, Freddie B. | | Will contact client and local counsel.  Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS filed in PA | |
| McIntyre, Marlene K. | | Letter to client sent 9/26/11.  Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11023-PBS filed in PA | |
| Mitchell, Isiah E. Sr | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will contact client and local counsel.  Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Nichols, Wanda F. | | Letter to local counsel sent 9/26/11.  Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Northcutt, Charles | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS filed in AR | |
| Parker, Earnestine | Suspended per 8/15/11 Motion to Suspend [3571]. ALLOWED 8/16/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Pickett, Mary J. | Suspended per 8/15/11 Motion to Suspend [3571]. ALLOWED 8/16/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Segle, Herman C. | Suspended per 4/30/11 Motion to Suspend [3438]. ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS filed in PA | |
| Shakoor, Tuwanda V. | Suspended per 4/30/11 Motion to Suspend [3438]. ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS filed in PA | |
| Small, Robert L. | Suspended per 4/30/11 Motion to Suspend [3438]. ALLOWED 5/10/11 | Letter sent to client 4/1/2011.  Will contact client and local counsel again. | 06-CV-11024-PBS filed in SC | |
| Smith, Doris J. | | Will contact client and local counsel. | 06-CV-10912-PBS filed in AR | |
| Smith, Dorothy E. | Suspended per 8/15/11 Motion to Suspend [3571]. ALLOWED 8/16/11 | Will contact client and local counsel. | 06-CV-11024-PBS filed in SC | |
| Sprinkle, Harold | | Letter to local counsel sent 10/17/11; Ltr forwarded to client on 10/28/11. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |
| Stephens, Jana | Suspended per 9/8/11 Motion to Suspend [3628]. ALLOWED 9/14/11 | Letter to local counsel sent 9/21/11.Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |
| Thurmond, Betty | Suspended per 8/15/11 Motion to Suspend [3571]. ALLOWED 8/16/11 | Will contact client and local counsel | 06-CV-10912-PBS filed in AR | |
| Watson, Edgar J. | Suspended per 9/8/11 Motion to Suspend [3628]. ALLOWED 9/14/11 | Letter to local counsel sent 10/24/11.Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS filed in SC | |
| Williams, Brady L. | Suspended per 4/30/11 Motion to Suspend [3438]. ALLOWED 5/10/11 | Letter sent to client on 3/15/2011.  Will contact client and local counsel again. | 06-CV-10912-PBS filed in AR | |
| Williams, Dexter | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS filed in AR | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Williams, Leotis C. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Letter to local counsel sent 9/23/11. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS filed in AR | |
| Williams, Theresa | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Letter to client sent 9/22/11. Will contact client and local counsel again. | 06-CV-11023-PBS filed in PA | |
| Young, Kathy | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Letter sent to client on 3/15/2011. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS filed in AR | |
| Accettullo, Martha | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Anderson, Mary J. | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Anderson, Virgil L. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Angel, Robert D. | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Armour, Tony | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Ashley, Alysia | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Baker, Aaron P. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Baker, Georgia L. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Beavers, Merrie E. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Blake, Joe N. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Blake, Kay | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Boyd, Denise D. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Boyer, Joy N. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Bramlett, Kenneth L. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Brewster, Kamalina | TERMINATED: 07/11/2011 | | 06-CV-11022-PBS filed in NV | |
| Brewster, Willie G. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Brooks, Ernie | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Brooks, Rita | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Broomfield, Haywood | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Brown, Catherine L. | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Bruce, Anne D. | Terminated 8/11/10 Doc 3025 | | 06-CV-11024-PBS filed in SC | |
| Burnett, Bryan E. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Carpenter, Lesa | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Cephas, Russell T. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Chancellor, Karen M. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Chhiv, Vathana S. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Clark, Kevin W. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Clark, Nicholas | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Clemons, Garry P. | Terminated 8/11/10 Doc 3025 | | 06-CV-11023-PBS filed in PA | |
| Coburn, Sharon L. | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Craig, Coleen M. | Terminated 8/11/10 Doc 3025 | | 06-CV-10912-PBS filed in AR | |
| Dauernheim, Larry W. | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Davenport, James G. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Dodd, Richard W. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Douglas, Stacey | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Drain, Jeffrey B. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Dreher, Loretta V. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Espey, Debra | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Faught, David W. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Fay, Eugene J. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Fludd, Georgia M. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Funderburg, Jennifer | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Galloway, Sonya M. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Gangi, Robert D. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Gilbow, Sherrial | TERMINATED: 04/22/2011 | | 06-CV-10912-PBS filed in AR | |
| Gilmore, James E. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Golden, Paul H. | TERMINATED: 04/16/2008 | | 06-CV-11022-PBS filed in AR | |
| Gordon, Drew | TERMINATED: 01/03/2011 | | 06-CV-11022-PBS filed in NV | |
| Graham, Joseph P. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Grayson, Michele C. | TERMINATED: 04/16/2008 | | 06-CV-11022-PBS filed in NV | |
| Hall, Christopher L. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Hall, Clennon C. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Hall, Ethel M. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Hall, Linda | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Harper, Lisa | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Hartsell, David | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Harvey, Thomas | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Hash, Rachel A. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Hatfield, Zola M. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Haynes, Romana | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Henson, Thomas C. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Hiers, Debbie R. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Hildebrand, Donald A. Jr. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Howard, Beth A. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Hunter, Patricia L. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Igbonagwam, Dametria | TERMINATED: 06/17/2008 | | 06-CV-10912-PBS filed in AR | estate of Alesha Brown |
| Jackson, Timothy L. | TERMINATED: 01/03/2011 | | 06-CV-11022-PBS filed in NV | |
| James, Amy S. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Jeffers, Latonya A. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Jernigan-Wilson, Tatika | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Jones-Coleman, Lovell | TERMINATED: 05/02/2011 | | 06-CV-10912-PBS filed in AR | |
| Kestner, Mary J. | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Kilie, Mehmet | TERMINATED: 11/03/2011 | | 06-CV-11022-PBS filed in NV | |
| Kirby, Cheryl W. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Knauff, Kenneth M. | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Knox, Cassandra | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Laspina, Mario | Terminated 8/11/10 Doc 3025 | | 06-CV-10912-PBS filed in AR | |
| Lee, Janice W. | TERMINATED: 11/14/2011 | | 06-CV-11024-PBS filed in SC | |
| Lewis, Tracy | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Ligon, Sherry K. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Lockhart, Donald L. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Ludacka, Vincent W. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| **Lueker, Mary A.** | Terminated 4/16/08 Doc 1219 | | 06-CV-11023-PBS filed in PA | Estate of Michael Gerla |
| Manning, Jacqueline K. | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Marlow, Darrin P. | Terminated 8/11/10 Doc 3025 | | 06-CV-11024-PBS filed in SC | |
| Martinez, Joshua M. | TERMINATED: 06/17/2008 | | 06-CV-11023-PBS filed in PA | |
| May, Bryan A. | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| McAnnally, Barbara | Terminated 12/20/07 Doc 1029-2 | | 06-CV-10912-PBS filed in AR | estate of Van McAnally |
| McCue, Zina R. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| McKenzie, Kimberly D. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Meeks, Vivian S. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Middleton, Autherine | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Mitchell, Jason M. | TERMINATED: 10/06/2011 | | 06-CV-11024-PBS filed in SC | |
| Moats, Michelle L. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Mocci, Lori L. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Moore, William S. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Moscato, Michael J. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Moses, Robert J. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Myers, Cynthia K. | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Nakamura, Daryl K. | TERMINATED: 04/16/2008 | | 06-CV-11022-PBS filed in NV | |
| Payne, Barbara T. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Payne, Lonnie J. | Terminated 8/11/10 Doc 3025 | | 06-CV-10912-PBS filed in AR | |
| Perdue, Richardson | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Perry, Mary K. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Pfaff-Melani, Barbara M. | Terminated 8/11/10 Doc 3025 | | 06-CV-11023-PBS filed in PA | ANF Nikko Gonzalez |
| Phipps, Linda | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in NV | |
| Pina, Dena | TERMINATED: 01/03/2011 | | 06-CV-11022-PBS filed in NV | |
| Pitzer, Donna M. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Prince, Rebecca A. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Ratz, Melissa S. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Reaves, Craig G. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Reed, William J. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Richberg, Jarvis L. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Riddle, Tonya R. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Robinson, Sherman D. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Sanders, Jacqueline | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Scheidt, Donald H. | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Scurlock, John W. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Seagraves, Florence Y. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Shaffer, Teina M. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Smalls, Kathaleen B. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Smith, Debra R. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Smith, Earvin N. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Smith, Kenneth C. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Statom, Donnie L. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Stiltman, Betty L. | Terminated 12/20/07 Doc 1029-2 | | 06-CV-10912-PBS filed in AR | |
| Summers, Ezell | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Tarvan, Shelly M. | TERMINATED: 04/16/2008 | | 06-CV-11022-PBS filed in NV | |
| Taylor, Bular D. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Taylor, Carolyn C. | TERMINATED: 01/03/2011 | | 06-CV-11023-PBS filed in PA | |
| Taylor, Caryl A. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Thames, Willie R. | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Thibodeau, Edward C. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Thompson, Brenda | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Turner, Mark | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Volek, Bonnie A. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Wagoner, Christopher E. | TERMINATED: 04/16/2008 | | 06-CV-11023-PBS filed in PA | |
| Washington, Joseph O. III | TERMINATED: 04/16/2008 | | 06-CV-11024-PBS filed in SC | |
| Weatherford, David D. | TERMINATED: 11/14/2011 | | 06-CV-11024-PBS filed in SC | |
| Weger, Louis M. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| White, Annette | TERMINATED: 06/17/2008 | | 06-CV-10912-PBS filed in AR | |
| White, Charles | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Wigfall, Dexter P. | TERMINATED: 01/03/2011 | | 06-CV-11024-PBS filed in SC | |
| Wilkin, Jeffrey | TERMINATED: 01/03/2011 | | 06-CV-10912-PBS filed in AR | |
| Williams, Jimmie K. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Williams, Ramal | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Williams, Sydney L. | TERMINATED: 04/16/2008 | | 06-CV-10912-PBS filed in AR | |
| Wilson, Kristina | TERMINATED: 06/17/2008 | | 06-CV-10912-PBS filed in AR | |