# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**                                MDL No. 1629

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Massachusetts.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 05, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case GAN/2:05-cv-00110 Document 4 Filed 03/05/12 Page 2 of 2

**IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**                                                    MDL No. 1629

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| MA | 1 | 05–11993 | GAN | 2 | 05–00110 | Strickland et al v. Pfizer, Inc. et al |

\* – denotes that the civil action has been severed.

Case 1:04-cv-10981-PBS Document 3787 Filed 02/22/12 Page 1 of 2

I/ certify ... 2/22/12 ... and correct copy of ...
...oing docu... ...this rule and correct copy of ...
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on 2/22/12
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )MDL Docket No. 1629 ) )Judge Patti B. Saris ) Magistrate Judge Leo T. Sorokin ) |
| THIS DOCUMENT RELATES TO: | )Master File No. 04-10981 ) |
| KELLY STRICKLAND, as Administratrix of the Estate of JACK COLEMAN REEVES, And KELLY R. STRICKLAND, DEIDRE R. RODRIGUEZ, and JACK C. REEVES, JR., Individually, 1:05-cv-11993-PBS District of Massachusetts | ) ) ) ) ) ) ) |

## SUGGESTION OF REMAND ORDER

Saris, U.S.D.J.

The Court having reviewed the Plaintiffs' Motion for Remand, finds and rules as follows:

Common discovery and other coordinated pretrial proceedings have been completed in

this case. Initial core discovery in this case is complete within the meaning the Order of Judge

Sorokin of July 24, 2009. The case did not settle during mediation on April 28, 2011.

Pursuant to Rule 10.1 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, the Court issues its Suggestion of Remand Order to remand the above-captioned case,

Strickland, et al v. Pfizer, Inc., Case number 1:05-cv-11993-PBS back to the U.S. District Court

for the Northern District of Georgia, Gainesville Division.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel

on Multidistrict Litigation and to the clerk of the U. S. District Court for the Northern District of

Georgia, Gainesville Division.

THIS __22__ day of __February__, 2012.

_____

PATTI B. SARIS
United States District Judge