The Honorable Leo T. Sorokin  
United States Magistrate Judge  
United States District Court for the  
District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, Massachusetts 02210  

February 29, 2012

In Re: Neurontin Marketing, Sales Practices and Product Liability Litigation, MDL Docket No. 1629, Master File No. 04-10981-PBS

Alsberge v Pfizer  
Individual case Nos. 05-11699 and  
06-10957

Dear Judge Sorokin,

I write to update the court on the progress made to find new counsel. Finding someone to represent a case at this late date in the litigation is definitely a challenge. Although I have yet to secure an attorney, I am encouraged by the response received during the past two weeks.

The notice granting an extension of time to find counsel was dated February 06, 2012 and received in the mail on February 09, 2012. With a new deadline of March 02, 2012, this left only 16 working days to secure new attorneys. I have worked diligently to find someone to help.

What has become clear in the past few weeks is that few, if any attorneys associated with this MDL are willing to take on additional cases. The search for new counsel outside the MDL, presents further hurdles. Time constraints are a concern.

On average, those unfamiliar with Neurontin have required more than a week to review even the most basic information. Others have requested more time to make a determination. The complexities of this MDL, the volume of information to review and the potential costs all come into play. Adding to the problem, Finkelstein and Partners did not complete discovery in this case.

Despite all of these deterrents, there are attorneys who have shown interest recently. I have received support and advise to continue in the quest for due process. No one who has reviewed this case believes that it is frivolous.

As I mentioned in past to this court, attorney Jack London has given me a list of potential candidates to speak with. This task has been all consuming adding to a long list of personal obligations. However I am more than willing to make this effort in order to continue.

This claim has been in place for over seven years. I believe my husband's death was the result of the negligence and criminal activities of Pfizer.

I would respectfully ask to extend the time given for finding experienced counsel. Thank you for your consideration and the opportunity to voice my concerns.

Sincerely,

*Debra Alsberge*

Debra Alsberge
321 High school Rd. NE
#631 Ste D3
Bainbridge Island, WA 98110