The Honorable Leo T. Sorokin

United States Magistrate Judge

United States District Court of the

District Of Massachusettes

John Joseph Moakley U.S. Courthouse

1 Courthouse Way

Boston, Massachusettes   02210

FILED
IN CLERKS OFFICE

2012 MAR -2  P 12:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: In re Neurontin Marketing, Sales Practices and Product

Liability Litigation, MDL Docket No. 1629, Master File No. 04 Civ 10981

(PBS) (LTS) Briggs v Pfizer., Individual Case Nos. 05-11700, 07-10327

Dear Judge Sorokin,

Jack London sent me a long list of lawyers and I am diligently contacting them. I find that the time I finally found out that my stay was still in place, I only had about 15 days left. Lawyers are not quick to return calls and, certainly, take a lot of time reviewing my case. I have been encouraged several times but haven't heard from them yet.

I am asking the court to allow me more time or to appoint new counsel for my case.

I would, also, like a copy of the transcript from my December 1, 2011 hearing.

Sincerely,

Robin S. Briggs

Robin S. Briggs

18413 Dunblane Ct.
Cornelius, NC. 28031