UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,   :
       SALES PRACTICES AND   :   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION  :
:   Judge Patti B. Saris
------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
FINKELSTEIN & PARTNERS CASES   :
:
------------------------------------------------------------x

**FINKELSTEIN & PARTNERS PRODUCTS LIABILITY PLAINTIFFS'
AND PFIZER DEFENDANTS' JOINT MOTION FOR ANOTHER
NINETY (90) DAY EXTENSION OF THE DEADLINE IMPOSED
<u>IN THIS COURT'S SETTLEMENT ORDER OF DISMISSAL</u>**

    Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants hereby move by Joint Motion for an Order granting a fourth[1] ninety (90) day extension of this Court's February 17, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), to extend the deadline, which is presently March 11, 2012 to June 11, 2012.

    Although the parties have continued to diligently work on the resolution of these actions, the settlement process has been delayed in order to complete the unavoidable arduous administrative hurdles involved in the settlement process. Plaintiffs' counsel has had to apply to the various surrogate courts to obtain the appointment of Administrators or Executors with the

---

[1] On May 18, 2011, the parties filed a Joint Motion to Extend this Court's February 18, 2011 Settlement Order of Dismissal for a period of ninety (90) days to September 17, 2011 (ECF Doc. # 3471), which was granted by Magistrate Judge Leo T. Sorokin by electronic order on May 23, 2011. On August 22, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3591), and Magistrate Judge Sorokin granted an extension to December 12, 2011, by electronic order on August 29, 2011. On November 29, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3723) and Magistrate Judge Sorokin granted an extension to March 11, 2012, by electronic order on November 30, 2011.

appropriate powers to settle the cases, and in some cases obtain probate court approval.[2] Moreover, each case requires careful investigation of the potential for any liens on the recovery which requires obtaining accurate information from government (i.e., Medicare and/or Medicaid) and other entities prior to the final resolution of the settlement.[3]

In Spencer-Acker v. Pfizer, et al., No. 08-cv-12088, Finkelstein & Partners has resolved a bankruptcy issue and it is expected that the settlement will come to a conclusion shortly.

Moreover, in Wolosonowich v. Pfizer, et al., No. 06-cv-11395, Finkelstein & Partners is still in the process of establishing an estate, and will move for leave to withdraw as attorneys, and requests an additional 90 days in order to complete the task.

## CONCLUSION

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants respectfully request that this Court issue an Order extending the deadline imposed by this Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), for another period of ninety (90) days to June 11, 2012, in regard to the above cases which are still in the settlement process, and for the Wolosonwich case where an estate is still in the process of being established.

Dated: March 7, 2012

Respectfully submitted,

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs

By:     /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

---

[2] The parties are working to resolve any estate issues in the following cases:  Bentley v. Pfizer, et al., No. 05-cv-11997; Brida v. Pfizer, et al., No. 07-cv-12129; Crone v. Pfizer, et al., No. 09-cv-11694; Dixon v. Pfizer, et al., No. 05-11998; Henry v. Pfizer, et al., No. 05-cv-11995; Scott v. Pfizer, et al., No. 06-cv-10253.
[3] The parties are working to resolve such issues in Colton v. Pfizer, et al., No. 05-cv-11996.

                          SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM, LLC
                          Attorneys for Defendants Pfizer Inc. and
                          Warner-Lambert Company, LLC

By:    **/s/ Mark S. Cheffo**
            Mark S. Cheffo, Esquire
            4 Times Square
            New York, New York 10036
            (212) 735-3000

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 7, 2012.

                                      **/s/ Andrew G. Finkelstein**
                                       Andrew G. Finkelstein, Esquire