UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

Magistrate Judge Leo T. Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF PFIZER'S MOTION FOR SANCTIONS**

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move for leave to file a reply memorandum in further support of their Motion for Sanctions. Defendants submit that their proposed reply memorandum is necessary to address issues raised by the Schwartz firm's Response [Dkt. No. 3784] and its Supplemental Chart [Dkt. No. 3793-1].

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit A.

Dated: March 8, 2012

            Respectfully submitted,

            SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP

            By: /s/ Mark S. Cheffo
              Mark S. Cheffo

            Four Times Square
            New York, NY 10036
            Tel: (212) 735-3000
            Mark.Cheffo@skadden.com

            -and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion.

/s/ Katherine A. Lyon
Katherine A. Lyon

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 8, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz