UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
----------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS : Sorokin
:
----------------------------------------------x

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PFIZER'S MOTION TO UNSEAL DOCUMENTS

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move for leave to file a reply memorandum in further support of their Motion to Unseal Documents. Defendants submit that their proposed reply memorandum is necessary to address issues raised by Mr. London's Opposition [Dkt. No. 3804].

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit A.

Dated: March 13, 2012

                                  Respectfully submitted,

                                  SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP

                                By: /s/ Mark S. Cheffo
                                     Mark S. Cheffo

                                Four Times Square
                                New York, NY 10036
                                Tel: (212) 735-3000
                                Mark.Cheffo@skadden.com


                                -and-

                    ROPES & GRAY LLP

                    By: /s/ Justin J. Wolosz
                        Justin J. Wolosz
                        BBO # 643543

                    Prudential Tower
                    800 Boylston Street
                    Boston, MA  02199
                    Tel:  (617) 951-7000
                    Email:  justin.wolosz@ropesgray.com

                    *Attorneys for Defendants Pfizer Inc and*
                    *Warner-Lambert Company LLC*

<u>CERTIFICATE OF CONSULTATION</u>

I certify that counsel have conferred, and this motion is unopposed.

                    /s/ Katherine A. Lyon
                    Katherine A. Lyon

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 13, 2012.

                    /s/ Justin J. Wolosz
                    Justin J. Wolosz