UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN ) <br> MARKETING, SALES PRACTICES ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> _____) | MDL Docket No. 1629 |
| ) <br> THIS ORDER RELATES TO: ) <br> ) <br> ALSBERGE v. ) <br> PFIZER INC., ET AL. ) <br> ) <br> Individual Case Nos. 05-11699 and ) <br> 06-10957 ) <br> _____) | Master File No. 04-10981-PBS |

ORDER ON MOTION FOR EXTENSION OF TIME TO SECURE COUNSEL

March 14, 2012

SOROKIN, M.J.

      Plaintiff Debra Johnson Alsberge's Motion For Extension of Time To Secure Counsel (Docket # 3795) is ALLOWED, with a new deadline of April 30, 2012.  The Court anticipates no further extensions of this deadline.

      SO ORDERED,

      /s/ Leo T. Sorokin
      Leo T. Sorokin
      United States Magistrate Judge