UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE: NEURONTIN                        )
MARKETING, SALES PRACTICES              )
AND PRODUCTS LIABILITY                  )
LITIGATION                              )
                                        )
_____)    MDL Docket No. 1629
                                        )
THIS ORDER RELATES TO:                  )
                                        )    Master File No. 04-10981-PBS
BRIGGS v.                               )
PFIZER INC., ET AL.                     )
                                        )
Individual Case Nos. 05-11700 and       )
                 07-10327               )
_____)


ORDER ON MOTION FOR EXTENSION OF TIME TO SECURE COUNSEL

March 14, 2012


SOROKIN, M.J.


        Plaintiff Robin Stern Briggs' Motion For Extension of Time To Secure Counsel (Docket

# 3796) is ALLOWED, with a new deadline of April 30, 2012.  The Court anticipates no further

extensions of this deadline.


                                        SO ORDERED,

                                        /s/ Leo T. Sorokin
                                        Leo T. Sorokin
                                        United States Magistrate Judge