UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES, AND                    :
       PRODUCTS LIABILITY LITIGATION   : Master File No. 04-10981
                                                                            :
------------------------------------------------------------------X  Judge Patti B. Saris
                                                                            :
THIS DOCUMENT RELATES TO:                        : Magistrate Judge Leo T. Sorokin
                                                                            :
PLAINTIFFS' PRODUCTS LIABILITY GROUP    :
------------------------------------------------------------------X

UNSEALED, REDACTED COPY OF ALL SEALED MATERIALS
SUBMITTED IN SUPPORT OF THE APPLICATION FOR REIMBURSEMENT
FROM THE COMMON BENEFIT FUND (DOCKET NUMBER 3762).
INFORMATION PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE
OR BY ATTORNEY WORK PRODUCT DOCTRINE IS REDACTED.
(ORDER, MAGISTRATE JUDGE SOROKIN, MARCH 14, 2012)

To the Honorable Court:

      Attorney Jack W. London and the Plaintiffs Product Liability Steering Committee herewith submit this revised filing of documents filed under seal in Docket Numbers 3763, 3764, and 3765.

      Exhibit 1 is an unsealed copy of the Joint Application of Jack W. London, Eugene Brooks, and Archie Carl Pierce for Reimbursements from the Common Benefit Fund for Expenses Incurred in Connection with Preservation Depositions, filed originally as Docket Number 3762.

      Exhibit 2 is a copy of the Memorandum in Support of that Joint Application, originally filed under seal as Docket Number 3763. Exhibit 2 herein is unredacted with the exception of certain passages that reflect, describe, or detail attorney- work product of the Applicants and the

attorneys who represent product liability plaintiffs in this MDL. Those passages are redacted and noted as such.

Exhibit 3 is a copy of the Declaration of Jack W. London submitted to the Court in Support of that Joint Application, originally filed under seal as Docket Number 3764. Exhibit 3 herein is unredacted with the exception of certain passages that reflect, describe, or detail attorney- work product of Jack W. London, the Applicants and the attorneys who represent product liability plaintiffs in this MDL. Those passages are redacted and noted as such.

Exhibit 4 is a copy of Exhibit A of the Declaration of Jack W. London, submitted to the Court in Support of that Joint Application, originally filed under seal as Docket Number 3765. Exhibit A is not redacted.

Exhibit 5 is a copy of Exhibit B, the Declaration of Pamela Corn, CPA for the Law Offices of Jack W. London, submitted to the Court in Support of that Joint Application, originally filed under seal as Docket Number 3765. The text of Exhibit 5 herein is unredacted with the exception of certain passages that reflect, describe, or detail attorney- work product of Jack W. London. The ledger sheets attached to Exhibit B are redacted in their entirety in that they reflect attorney- work product of Jack W. London.

Exhibit 6 is a copy of Exhibit C, the Declaration of Archie Carl Pierce, submitted to the Court in Support of that Joint Application, originally filed under seal as Docket Number 3765. The text of Exhibit 5 herein is unredacted with the exception of certain passages that reflect, describe, or detail attorney- work product of attorney Archie Carl Pierce.

Exhibit 7 is a copy of Exhibit D, the Declaration of Bangone Jones, bookkeeper for the Brooks Law Firm, submitted to the Court in Support of that Joint Application, originally filed

under seal as Docket Number 3765. The text of Exhibit 7 herein is unredacted. The ledger sheets attached to Exhibit B are redacted in their entirety in that they reflect attorney- work product of Eugene C. Brooks.

          Respectfully submitted,

          LAW OFFICES OF JACK W LONDON
          3701 Bee Cave Rd., Suite 200
          Austin, TX 78746
          512-478-5858 (telephone)
          512-479-5934 (facsimile)

By: _____
      Jack W. London
      State Bar No. 12512500

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on *March 20, 2012*

_____
Jack W. London, Esq.