Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
In re: NEURONTIN MARKETING,           : MDL Docket No. 1629
        SALES PRACTICES, AND          :
        PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
                                      :
---------------------------------------------------------------X  Judge Patti B. Saris
                                      :
THIS DOCUMENT RELATES TO:             : Magistrate Judge Leo T. Sorokin
                                      :
PLAINTIFFS' PRODUCTS LIABILITY GROUP  :
---------------------------------------------------------------X

**JOINT APPLICATION OF JACK W. LONDON, EUGENE BROOKS, AND ARCHIE CARL PIERCE FOR REIMBURSEMENT FROM THE COMMON BENEFIT FUND FOR EXPENSES INCURRED IN CONNECTION WITH PRESERVATION DEPOSITIONS**

To the Honorable Court:

Jack W. London, a member of the Plaintiffs' Products Liability Steering Committee herein, Eugene Brooks, and Archie Carl Pierce hereby apply to the Court for an award of expenses to be paid from the Common Benefit Fund for sums incurred and paid on behalf of the products liability plaintiffs in connection with taking court-approved preservation depositions.

The expenses and amounts for which application is made the subject of this motion, together with the evidence and authorities in support of this Application, are set out in the accompanying memorandum, declarations, and exhibits.

The Memorandum, declarations, and exhibits are filed under seal in that they pertain to the work product and internal affairs of the products liability plaintiffs only. A copy is being provided to each affected party or attorney.

### Certificate of Consultation

Your Applicant believes that this motion is unopposed. Your Applicant has consulted with the attorneys and parties whose interests are affected by this Application and has provided the records of expenses to them. As of the date of filing this Application it is unopposed.

Respectfully submitted,

Jack W. London, Archie Carl Pierce, and Eugene Brooks, by

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on January 25, 2012

By: _____
Jack W. London, Esq.