Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
In re: NEURONTIN MARKETING,            : MDL Docket No. 1629
SALES PRACTICES, AND                   :
PRODUCTS LIABILITY LITIGATION          : Master File No. 04-10981
                                       :
------------------------------------------------------------------X Judge Patti B. Saris
                                       :
THIS DOCUMENT RELATES TO:              : Magistrate Judge Leo T. Sorokin
                                       :
PLAINTIFFS' PRODUCTS LIABILITY GROUP   :
------------------------------------------------------------------X

Declaration of Jack W. London

Filed Under Seal

My name is Jack W. London. I am a member of the MDL 1629 Plaintiffs Products Liability Steering Committee.

### Background to taking Preservation Depositions

1. Magistrate Judge Sorokin approved the taking of preservation depositions of these witnesses on October 8, 2010.

2. The plaintiffs' product liability attorneys conferred as a group in February 2011 and on various dates thereafter. The group voted unanimously for me to take the preservation depositions. [Redacted: Attorney work product and communications between attorneys]

### Expenses associated with witness fees, court reporters, videographers, and exhibits:

3. [Redacted: Attorney work product and communciations between attorneys]

4. Because two of the witnesses, Dr. Trimble and Dr. Blume, have exceptionally technical and unique scientific knowledge of the effects of Neurontin on humans and of the details of evidence of suicide, suicide attempts, and suicide-related events

during the history of Neurontin off-label marketing, preparation for the depositions and selection of exhibits for these depositions was extremely time-consuming. Moreover, Dr. Blume's deposition lasted almost sixteen hours.

5. The total amount of these expenses is $126,006.36. Copies of the bills from the witnesses, reporters, and exhibit company are attached as Exhibit A.

6. [Redacted: Attorney work product and communications between attorneys] I paid the remaining $67,506.36 from my personal funds. In addition, I paid $8,017.55 from my personal funds for my travel, lodging, and related expenses in connection with these depositions. [Redacted: Attorney work product and communciations between attorneys]

7. I was assisted in preparing for and taking Dr. Trimble's and Dr. Blume's depositions by Eugene Brooks, a plaintiffs attorney in the MDL who lives in Savannah, Georgia. I was assisted in Dr. Franklin's deposition in Boston, Massachusetts by Archie Carl Pierce, a plaintiffs attorney in the MDL who lives in Austin, Texas, as do I. Travel was in coach class. All accommodations were in medium priced or inexpensive hotels. Meals were in ordinary, not expensive, restaurants.

## Conclusion

Accordingly, I request that the Court enter an order awarding to me from the Common Benefit fund $67,506.36 for expenses I paid for the witness fees, court reporters, videographers, and exhibits as set out above [Redacted: Attorneywork product and communications between attorneys] $8,017.55 in travel and related expenses I incurred and paid in preparation for and attending and taking their depositions and Dr. Franklin's deposition.

The following documents are attached hereto in support of this Motion:

Exhibit A: A true and correct copy of the invoices for witness fees and expenses for Dr. Trimble and Dr. Blume, court reporter and videographer charges for the depositions of Dr. Trimble, Dr. Blume, and Dr. Franklin, and charges for the production of exhibits for their depositions.

Exhibit B:  Declaration of Pamela Corn, CPA, including:

A ledger sheet of my payments and personal expenses for my personal travel and lodging

[Redacted:  Attorney work product and communications between attorneys]

Exhibit C: Declaration of Archie Carl Pierce.

Exhibit D: Affidavit of Bangone Jones on behalf of Eugene C. Brooks, IV, P.C. d/b/a Brooks Law Firm.

The foregoing exhibits have been provided to the parties and counsel whose interests may be affected by this Application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 25, 2012

Jack W. London
State Bar No. 12512500

BEFORE ME, the undersigned authority, on this day personally appeared Jack W. London, known to me to be the person whose name is subscribed to the above instrument, and acknowledged to me that the facts stated herein are true and correct and that he signed the same for the purposes therein expressed.

SIGNED this 25th day of January, 2012.

Notary Public in and for the State of Texas

MICHELLE L PRICE
My Commission Expires
January 12, 2015