Exhibit 4

# EXHIBIT A

Exhibit A is a true and correct copy of the invoices for witness fees for Dr. Trimble and Dr. Blume, court reporter and videographer charges for the depositions of Dr. Trimble, Dr. Blume, and Dr. Franklin, and charges for the production of exhibits for their depositions.

# Neuromic International Ltd

Jubilee Cottage, Mill Lane, Sidlesham, Sussex, PO20 7NA
Tel: 020 7829 8743
Fax: 020 7278 3053
Email: jashmenall@yahoo.com
VAT no: 929 4373 92
Company Number: 6485364

22 September 2011

Jack W London
3701 Bee Caves Road,
Suite 200
Austin, TX 78746
USA

**INVOICE NO: 0917**

| Date | Description | Sub total | |
|---|---|---|---|
| 8/9 June 2011 | Preparation 5 hours @ $500/hr | $2,500 | |
| 9 & 10 June 2011 | Mr London and Mr Brooks 10 hours | $5,000 | |
| 28 June 2011 | 1hr | $500 | |
| 12 July | 1hr | $500 | |
| 20 July | 1hr | $500 | |
| 21 July | 4 hrs | $2,000 | |
| 5 days court deposition 1-5 August 2011 @ $5,000/day | | $25,000 | $36,000 |
| Air fare | | $13,281 (£8,635.43) | |
| Hotel | | $2,898.49 | |
| Subsistence @ $100 a day | | $500 | |
| Taxis to and from Heathrow | | $230 (£150) | |
| Taxis to and from Kennedy NY | | $167.50 | $17,076.69 |
| Nancy Heim | | $150 | |
| | | TOTAL | $53,226.69 |

Please make cheques payable to **Neuromic International Ltd**

**Barclays Bank PLC, 73 Russell Square, London, WC1B 5BG**
**IBAN: GB38 BARC 2010 5310 0297 42**
**SWIFTBIC: BARCGB22**

Terms strictly 30 days from receipt of invoice.

**PHARMACEUTICAL DEVELOPMENT GROUP, INC.**
13902 North Dale Mabry Highway, Suite 230
Tampa, Florida 33618
(813) 963-3062

August 31, 2011

Invoice # 20110831012

Payment due by: 9/30/2011

Mr. Jack W. London
Jack W. London and Associates, P.C.
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

RE: Neurontin

Professional services rendered for the month ended August 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Professional time** | | | |
| Clinical Pharmacology, Toxicology, Regulatory Affairs (Cheryl D. Blume, PhD, Executive/Professional Staff) | 15.25 | $ 450.00 | $ 6,862.50 |
| Deposition. | 66.00 | 400.00 | 26,400.00 |
| **Research assignments** | | | |
| Senior research associates | 93.75 | 175.00 | 16,406.25 |
| **Research associates** | 9.00 | 125.00 | 1,125.00 |
|  |  | 75.00 | - |
|  |  |  | - |
| **Project management and administrative support** |  | 50.00 | - |
| **Expenses** |  |  | - |
| Total current charges |  |  | 50,793.75 |
| Less retainer/prepayment |  |  | (7,500.00) |
| Total balance now due |  |  | $ 43,293.75 |

# INVOICE

**Veritext New Jersey Reporting Co.**
**A Veritext Company**

25 B Vreeland Rd
Suite 301
Florham Park, NJ 07932
Tel. (973) 740-1100
Fax (973) 716-9572

1350 Broadway
Suite 1407
New York, NY 10018
Tel. (212) 564-8808
Fax (212) 564-9524

**Bill To:** Jack W. London, Esq.
Jack W. London Law Office
3701 Bee Caves Rd.
Ste 200
Austin, TX 78746

| | |
|---|---|
| Invoice #: | NJ344609 |
| Invoice Date: | 08/15/2011 |
| Balance Due: | $2,101.50 |

**Case:** Neurontin Marketing & Sales Practices v. Pfizer
**Job #:** 346622  |  **Job Date:** 8/4/2011  |  **Delivery:** Expedited
**Billing Atty:** Jack W. London, Esq.
**Location:** Lanier Law Firm
126 E. 56th St. Tower #56 | 6th Fl. | New York, NY 10022
**Sched Atty:** Jack W. London, Esq. | Jack W. London Law Firm
**Deposing Atty:** Jack W. London, Esq.

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Michael Trimble | Attendance Fee | 1 | | $125.00 |
| 2 | | Transcript - Original & 1 copy | Page | 391.00 | $1,759.50 |
| 3 | | Exhibits | per pag | 562.00 | $140.50 |
| 4 | | CD Depo Litigation Package | Packag | | $34.00 |
| 5 | | Shipping & Handling | 1 | | $42.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $2,101.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $2,101.50 |

Fed. Tax ID: 20-3132569        Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

*Please tear off stub and return with payment.*

Make check payable to:

Veritext Reporting Co.
25 B Vreeland Rd, Suite 301
Florham Park, NJ 07932

| | |
|---|---|
| Invoice #: | NJ344609 |
| Job #: | 346622 |
| Invoice Date: | 08/15/2011 |
| Balance: | $2,101.50 |

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED   For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Jack W London Esq
Jack W London & Associates
3700 Bee Cave Road Suite 200
Austin, TX

| | |
|---|---|
| Invoice #: | NY415932 |
| Invoice Date: | 09/08/2011 |
| Balance Due: | $5,989.77 |

Case: In re Neurontin Marketing
Job #: 313222 | Job Date: 8/18/2011 | Delivery: Normal
Billing Atty: Jack W London Esq
Location: Cheryl Blume, Ph.D
13902 North Dale Mabry Highway | Suite 230 | Tampa, FL 33618

Deposing Atty: Jack W. London, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Cheryl Blume | Transcript - Original & 1 copy | Page | 233.00 | $4.95 | $1,153.35 |
| 2 | | Attendance - hourly | Hour | 14.50 | $55.00 | $797.50 |
| 3 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 4 | Cheryl Blume V2 | Transcript - Original & 1 copy | Page | 232.00 | $4.95 | $1,148.40 |
| 5 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 6 | Cheryl Blume V3 | Transcript - Original & 1 copy | Page | 234.00 | $4.95 | $1,158.30 |
| 7 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 8 | Cheryl Blume V4 | Transcript - Original & 1 copy | Page | 96.00 | $4.95 | $475.20 |
| 9 | | Surcharge (night, weekend, etc) | Per page | 351.00 | $1.50 | $526.50 |
| 10 | | Exhibit - copying | Per page | 747.00 | $0.40 | $298.80 |
| 11 | | Exhibit - color copying | Per page | 21.00 | $2.50 | $52.50 |
| 12 | | Exhibit Scanning - OCR | Per page | 768.00 | $0.29 | $222.72 |
| 13 | | Shipping & handling | Package | 1.00 | $39.50 | $39.50 |

Please tear off stub and return with payment.

Make check payable to: Veritext New York Reporting Co.

☐ Visa ☐ MC ☐ Amex ☐ Discover

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: NY415932
Job #: 313222
Invoice Date: 09/08/2011
Balance: $5,989.77

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

## Veritext New York Reporting Co.
### A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Notes:

| | |
|---|---|
| Invoice Total: | $5,989.77 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $5,989.77 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Invoice #: NY415932
Job #: 313222
Invoice Date: 09/08/2011
Balance: $5,989.77

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

## Veritext New Jersey Reporting Co.
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Jack W. London, Esq.
Jack W. London Law Office
3701 Bee Caves Rd.
Ste 200
Austin, TX 78746

Invoice #: NJ345607
Invoice Date: 08/18/2011
Balance Due: $ 1,652.00

Case: Neurontin Marketing & Sales Practices v. Pfizer
Job #: 346622 | Job Date: 08/04/2011 | Delivery: Expedited
Billing Atty: Jack W. London, Esq.
Location: Lanier Law Firm
126 E. 56th St.  Tower #56 | 6th Fl. | New York, NY 10022
Sched Atty: Jack W. London, Esq. | Jack W. London Law Firm
Deposing Att: Jack W. London, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Michael Trimble | Video - First 2 Hours | | 1.00 | $325.00 | $325.00 |
| 2 | | Video - Additional hours | Hour | 6.50 | $95.00 | $617.50 |
| 3 | | Video - Media Archive/Tape stock/DV Cam | Per tape | 5.00 | $15.00 | $75.00 |
| 4 | | Video - DVD-Video Copy | Hour | 5.00 | $45.00 | $225.00 |
| 5 | | Video - Digitize & Sync (DepoView) | Hour | 6.00 | $65.00 | $390.00 |
| 6 | | Shipping of Media | 1 | 1.00 | $19.50 | $19.50 |

Notes:

Invoice Total: $1,652.00
Payment:
Credit:
Interest: $0.00
Balance Due: $1,652.00

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: NJ345607
Job #: 346622
Invoice Date: 08/18/2011
Balance: $1,652.00

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# Veritext New York Reporting Co.
### A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Jack W London Esq
Jack W London & Associates
3700 Bee Cave Road Suite 200
Austin, TX

**Invoice #:** NY416228
**Invoice Date:** 09/09/2011
**Balance Due:** $0.00

**Case:** In re Neurontin Marketing
**Job #:** 313222  |  **Job Date:** 8/18/2011  |  **Delivery:** Normal
**Billing Atty:** Jack W London Esq
**Location:** Cheryl Blume, Ph.D
13902 North Dale Mabry Highway | Suite 230 | Tampa, FL 33618

**Deposing Atty:** Jack W. London, Esq.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Cheryl Blume | Video - Initial fee | Package | 1.00 | $350.00 | $350.00 |
| 2 | | Video - Additional hours | Per hour | 6.00 | $125.00 | $750.00 |
| 3 | | Surcharge (night, weekend, etc) | Per page | 7.50 | $187.50 | $1,406.25 |
| 4 | Cheryl Blume | Video - MPEG-1-Convert video to digital format | Per hour | 3.50 | $45.00 | $157.50 |
| 5 | | Video - transcript synchronization | | 3.50 | $65.00 | $227.50 |
| 6 | Cheryl Blume V2 | Video - MPEG-1-Convert video to digital format | Per hour | 3.50 | $45.00 | $157.50 |
| 7 | | Video - transcript synchronization | | 3.50 | $65.00 | $227.50 |
| 8 | Cheryl Blume V3 | Video - MPEG-1-Convert video to digital format | Per hour | 4.00 | $45.00 | $180.00 |
| 9 | | Video - transcript synchronization | | 4.00 | $65.00 | $260.00 |
| 10 | Cheryl Blume V4 | Video - MPEG-1-Convert video to digital format | Per hour | 1.50 | $45.00 | $67.50 |
| 11 | | Video - transcript synchronization | | 1.50 | $65.00 | $97.50 |
| 12 | | Video-Burn to DVD | Per hour | 7.00 | $65.00 | $455.00 |
| 13 | | Shipping & handling | Package | 1.00 | $39.50 | $39.50 |

Make check payable to: Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** NY416228
**Job #:** 313222
**Invoice Date:** 09/09/2011
**Balance:** $0.00

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

## Veritext New York Reporting Co.
### A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Notes:

| | |
|---|---|
| Invoice Total: | $4,375.75 |
| Payment: | ($4,375.75) |
| Credits: | |
| Interest: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569        Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 70 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

Make check payable to:    Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card #                                         Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:   NY416228
Job #:       313222
Invoice Date: 09/09/2011
Balance :    $0.00

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult  www.veritext.com/serviceinfo


**ESQUIRE**
Esquire Solutions - Austin
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 880-2546
Fax (866) 590-3205



Remit to:
Esquire Deposition Services, LLC
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # EQ322168

| Invoice Date | 11/03/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 12/18/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |



ARCHIE PIERCE
WRIGHT & GREENHILL, PC
SUITE 1800
221 WEST SIXTH STREET
AUSTIN, TX 78701

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/19/2011 | IN RE: NEURONTIN MARKETING, SALES PRACTI | 274616 | 11/02/2011 | E-MAIL |

**Description**

Original Deposition for DAVID FRANKLIN, 10/19/2011 (BOSTON, MA)
   EXHIBITS
   VIDEO
   SUMMARY

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/18/2011** | **$ 2,973.15** |

Tax Number:  22-3779684

--- 

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net



**ESQUIRE**
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | EQ322168 |
| Payment Due: | 12/18/2011 |
| **Amount Due On/Before 12/18/2011** | **$ 2,973.15** |

ARCHIE PIERCE
WRIGHT & GREENHILL, PC
SUITE 1800
221 WEST SIXTH STREET
AUSTIN, TX 78701

Remit to:
Esquire Deposition Services, LLC
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

075 0000322168 11032011 6 000297315 0 12182011 12182011 4 000327047 03

## Terms and Conditions

**GENERAL**
1. Parties. "Seller" means Alexander Gallo Holdings, ("AGH") and "Buyer" means AGH's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severally.
2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Alexander Gallo Holdings products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded. Alexander Gallo Holdings hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.
3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.
4. For further information regarding our pricing policy go to: www.esquiresolutions.com/services

**CREDIT AND PAYMENT TERMS**
1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.
2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms so established by the creditor will govern the relationship between the parties.
3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.
4. The customer agrees to be responsible for all collections costs and attorney's fees in the event AGH is forced to place the account for collection with an outside agency. If the collection is handled in-house by AGH, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.
5. A $35 handling fee will be assessed to checks returned for insufficient funds.

**SOLVENCY**
1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify AGH of all facts surrounding such occurrences.
2. The client authorizes AGH to obtain a written or oral credit report from any credit reporting agency. In addition, the client further authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to AGH which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

**GOVERNING LAW**
1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.
2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

**MISCELLANEOUS**
1. Buyer may not assign its rights under the contract without Seller's prior written consent.
2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.
3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.
4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken. All accounts are payable in U.S. funds, free of exchange, collection or other charges, in cases where price for Products include shipping costs, any increase in such shipping costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.
5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

## Disclaimer

Attorney is responsible for payment of all charges incurred. Payment due by "Payment Due" date shown on invoice. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, deposition summary, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions.

## W9

DO YOU NEED A W9? VISIT http://w9.esquiresolutions.com/w9.html

Save (More) Time with EsquireConnect

**New! Pay Your Invoices Online**
Save time — and paper — by viewing and paying your invoices online. Simply login to EsquireConnect.net or call your local sales representative to learn more.

SCAN AND EMAIL TO SLC



**the exhibit company**

1508 San Antonio St.
Austin, Texas 78701
(512) 322-9410
www.theexhibitcompany.com

## Summary

Client: The Law Office of Jack London
Case: Demonstratives for Trimble/Blume Depositions
Contact: Jack London
TEC Job No: 1107008

| Initials | Date | Description | Hours | Amount |
|---|---|---|---|---|
| SW | 6/22/2011 | Initial meeting to review demonstratives for Trimble | 1.00 | $145.00 |
| JA | 6/23/2011 | Begin roughing in Trimble demonstratives | 3.50 | $507.50 |
| JA | 6/27/2011 | Continue roughing in Trimble demonstratives | 3.50 | $507.50 |
| SW | 6/28/2011 | Meeting with JL to review initial drafts of Trimble demonstratives | 1.00 | $145.00 |
| JA | 6/29/2011 | Continue roughing in/revising Trimble demonstratives | 3.50 | $507.50 |
| JA | 6/30/2011 | Continue roughing in/revising Trimble demonstratives | 3.50 | $507.50 |
| SW | 7/1/2011 | Meeting with JL to review initial drafts of Trimble demonstratives | 1.25 | $181.25 |
| SW | 7/8/2011 | Continue roughing in/revising Trimble demonstratives | 1.75 | $253.75 |
| SW | 7/10/2011 | Continue roughing in/revising Trimble demonstratives | 1.25 | $181.25 |
| JA | 7/12/2011 | Revisions to Trimble demonstratives | 0.75 | $108.75 |
| JA | 7/13/2011 | Revisions to Trimble demonstratives | 0.50 | $72.50 |
| SW | 7/21/2011 | Initial meeting to review demonstratives for Blume | 1.00 | $145.00 |
| JA | 7/22/2011 | Begin roughing in Blume demonstratives | 4.50 | $652.50 |
| JA | 7/22/2011 | Revisions to Trimble Slide 4 | 0.50 | $72.50 |
| SW | 7/25/2011 | QC/edit demonstratives & finalize demonstratives for first review | 3.25 | $471.25 |
| SW | 7/25/2011 | Meeting with JL to review initial drafts of Blume demonstratives | 1.00 | $145.00 |
| SW | 7/25/2011 | Minor edits per meeting | 1.50 | $217.50 |
| JA | 8/1/2011 | Minor revisions to complete presentation and repost to ftp | 0.50 | $72.50 |
| | | **Total Trial Preparation** | **33.75** | **$4,893.75** |

# Invoice



1508 San Antonio St.
Austin, TX 78701
(512) 322-9410
Tax ID #: 74-2742943

| DATE | INVOICE NO. |
|---|---|
| 8/1/2011 | 14548 |

**BILL TO**

Law Offices of Jack London
3701 Bee Cave Rd. Ste. 200
Austin, Texas 78746

| PO # | TERMS |
|---|---|
|  | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| TEC Job No: 11-06-008 | | | |
| | | | |
| Client Reference: Trimble/Blume | | | |
| Job Name: Deposition exhibits | | | |
| Date In: 6/22/11 | | | |
| Contact: Jack London | | | |
| | | | |
| Services Rendered: | | | |
| PowerPoint Presentation Design: see attached summary | 33.75 | 145.00 | 4,893.75 |

**Total Due**  $4,893.75