Exhibit 5

# EXHIBIT B

Exhibit B is the Declaration of Pamela Corn, CPA, including:

    A ledger sheet of Jack W. London's expenses    [Redacted: Attorney work product and comunications between attorneys]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
In re: NEURONTIN MARKETING,            : MDL Docket No. 1629
SALES PRACTICES, AND                   :
PRODUCTS LIABILITY LITIGATION          : Master File No. 04-10981
                                       :
------------------------------------------------------------------X Judge Patti B. Saris
                                       :
THIS DOCUMENT RELATES TO:              : Magistrate Judge Leo T. Sorokin
                                       :
PLAINTIFFS' PRODUCTS LIABILITY GROUP   :
------------------------------------------------------------------X

## AFFIDAVIT OF PAMELA CORN

My name is Pamela Corn. I am a 1970 Graduate of the University of Texas at Austin. I am a Certified Public Accountant, licensed in 1983, and am a member of the American Institute of Certified Public Accountants, the Texas Society of Certified Public Accountants, and the Austin Chapter of the TSCPA. I have been the accountant for and chief financial officer of Law Offices of Jack W. London & Associates, P.C., since 2001. I have personal knowledge of the accounting records of that law firm.

It is our regular course of business to record expenses contemporaneously, as they are incurred and as they are paid, to allocate them to the case or matter in which incurred and paid, and to keep accurate records of the amounts paid and received. I followed this practice in regard to compiling and accounting for the expenses incurred and paid by the law firm for its work on MDL 1629, *In Re Neurontin*, including the expenses incurred by Jack W. London on behalf of the Plaintiffs and plaintiffs products liability steering committee in preparing for and taking the preservation depositions of Professor Michael Trimble, Dr. Cheryl Blume, and Dr. David Franklin. I personally accounted for the payments and accounting for such expenses, reported in the attached ledger. The entries therein accurately reflect the amounts paid and incurred.

The total expenses for witness fees and witness expenses, court reporters, videographers, and exhibits for the depositions of those three witnesses is $126,006.36. [Redacted: Attorney work product and communications between attorneys] Jack W. London paid the remaining $67,506.36 from the funds of Law Offices of Jack W. London & Associates, P.C.

In addition, Mr. London paid $8,017.55 from the funds of Law Offices of Jack W. London & Associates, P.C. for travel, lodging, meals, and transportation incurred in connection with those depositions.

_____
Pamela Corn

BEFORE ME, the undersigned authority, on this day personally appeared Pamela Corn, known to me to be the person whose name is subscribed to the above instrument, and acknowledged to me that the facts stated herein are true and correct and that he signed the same for the purposes therein expressed.

SIGNED this 25 day of January, 2012.

_____
Notary Public in and for the State of Texas

[Redacted: Attorney work product and communications between attorneys