Exhibit 6

EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
In re: NEURONTIN MARKETING,            : MDL Docket No. 1629
SALES PRACTICES, AND                    :
PRODUCTS LIABILITY LITIGATION           : Master File No. 04-10981
                                        :
------------------------------------------------------------------X  Judge Patti B. Saris
                                        :
THIS DOCUMENT RELATES TO:               : Magistrate Judge Leo T. Sorokin
                                        :
PLAINTIFFS' PRODUCTS LIABILITY GROUP    :
------------------------------------------------------------------X

## DECLARATION OF ARCHIE CARL PIERCE

I, ARCHIE CARL PIERCE, being duly sworn depose and state as follows:

1. My name is Archie Carl Pierce. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration.

2. I was asked to assist the Plaintiffs' Steering Committee in this case by preparing and deposing Dr. David Franklin, Ph.D. pursuant to the Order of the Court regarding preservation depositions.

3. I traveled from Austin, Texas to Boston, Massachusetts between October 18, 2011 and October 20, 2011 to depose Dr. Franklin. Dr. Franklin was in fact deposed on October 19, 2011. The expenses I incurred and paid in taking the deposition of Dr. Franklin are as follows:

[Redacted: Attorney work product and communications between attorneys]

| Service of process on Dr. Franklin | $100.00 |

[Redacted: Attorney work product and communications between attorneys]

4. Receipts for the above expenses are attached hereto and incorporated herein for all purposes as Exhibit 1.

Further Declarant sayeth naught.

_____
Archie Carl Pierce

STATE OF TEXAS      §
                    §
COUNTY OF TRAVIS    §

BEFORE ME, the undersigned authority, on this day personally appeared Archie Carl Pierce, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 22nd day of December 2011.

_____
Notary Public, State of Texas

MICHELLE L PRICE
My Commission Expires
January 12, 2015