Exhibit 7

EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
SALES PRACTICES, AND  :
PRODUCTS LIABILITY LITIGATION  : Master File No. 04-10981
:
---------------------------------------------------------------X  Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:  : Magistrate Judge Leo T. Sorokin
:
PLAINTIFFS' PRODUCTS LIABILITY GROUP  :
---------------------------------------------------------------X

## AFFIDAVIT OF BANGONE JONES

My name is Bangone Jones, also known as Bee Jones. I have been the bookkeeper for Eugene C. Brooks, IV, P.C. d/b/a Brooks Law Firm, since 2006. I have personal knowledge of the accounting records of that law firm.

It is our regular course of business to record expenses contemporaneously, as they are incurred and as they are paid, to allocate them to the case or matter in which incurred and paid, and to keep accurate records of the amounts paid and received. I followed this practice in regard to compiling and accounting for the expenses incurred and paid by the law firm for its work on MDL 1629, *In Re Neurontin*, including the work performed by Eugene C. Brooks on behalf of the plaintiffs products liability attorneys and pro se plaintiffs. I personally accounted for the expenses and the entries therein accurately reflect the amounts paid and incurred for such work during the year of 2011.

*Bangone Jones*
Bangone Jones

BEFORE ME, the undersigned authority, on this day personally appeared Bangone Jones, known to me to be the person whose name is subscribed to the above instrument, and acknowledge to me that the facts stated therein are true and correct and that she signed the same for the purposes therein expressed.

SIGNED this 27 day of December, 2011.

*Renee Brinkley*
Notary Public in and for the
State of Georgia

RENEE A. BRINKLEY
Notary Public, Chatham County, GA
My Commission Expires July 16, 2014

[Redacted:  Attorney work product and communications between attorneys]