# EXHIBIT 1

## Vincent Lo

**From:**     mabel lo [mabelleelo@yahoo.com]
**Sent:**     Thursday, March 22, 2012 11:56 PM
**To:**       Vincent Lo
**Subject:**  Fw: Neurontin - Motion for Sanctions


----- Forwarded Message -----
**From:** Trey Stegall <trey@nbslawyers.com>
**To:** Catherine Stevens <Catherine.Stevens@skadden.com>
**Cc:** jwharang@gmail.com; mabelleelo@yahoo.com; Kathleen Womack <kathleen@nbslawyers.com>;
vlo@nbslawyers.com; Newton B Schwartz <nbs@nbslawyers.com>
**Sent:** Tuesday, January 31, 2012 2:37 PM
**Subject:** Re: Neurontin - Motion for Sanctions

Catherine,
In response to your email below, we cannot agree to dismiss all stayed cases at this time, as it would be
completely unethical and inappropriate for us to do so. At the moment I am in an airport en route to a hearing
in McAllen, Texas, but I can provide you with an update you by the end of tomorrow on the status of the stayed
cases, if you so desire.
Regards,
Trey
On Jan 31, 2012 12:32 PM, "Newton B Schwartz" <nbs@nbslawyers.com> wrote:


**From:** Stevens, Catherine B [mailto:Catherine.Stevens@skadden.com]
**Sent:** Tuesday, January 31, 2012 12:22 PM
**To:** 'Newton B Schwartz'
**Subject:** Neurontin - Motion for Sanctions

Newton - We intend to file a motion for sanctions for non-compliance with the court's order regarding stayed
cases. Let us know if you will agree to dismiss all of your stayed cases. If we do not hear from you by 4pm, we
assume that you will not dismiss these stayed cases and we will file our motion. Thanks. Catherine

**Catherine B. Stevens**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square | New York | 10036-6522
T: 212.735.3353 | F: 212.735.2000
**catherine.stevens@skadden.com**


Skadden

📴 Please consider the environment before printing this email.


--------------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly
indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot
be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state
or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related
matters addressed herein.

********************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
================================================================

2