UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,            :   MDL Docket No. 1629
SALES PRACTICES, AND                    :
PRODUCTS LIABILITY LITIGATION           :   Master File No. 04-10981
                                        :
---------------------------------------------------------------------X   Judge Patti B. Saris
                                        :
THIS DOCUMENT RELATES TO:               :   Magistrate Judge Leo T. Sorokin
                                        :
PLAINTIFFS' PRODUCTS LIABILITY GROUP    :
---------------------------------------------------------------------X

MOVANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY TO PFIZER'S RESPONSE TO JOINT APPLICATION OF JACK W. LONDON,
EUGENE BROOKS, AND ARCHIE CARL PIERCE FOR REIMBURSEMENT FROM
THE COMMON BENEFIT FUND FOR EXPENSES INCURRED
IN CONNECTION WITH PRESERVATION DEPOSITIONS [3814]

To the Honorable Court:

Jack W. London, Archie Carl Pierce, and Eugene Brooks, Movants in Application for Reimbursement from the Common Benefit Fund (Docket Numbers 3762 and 3813), respectfully move for leave to file a reply to Defendant Pfizer's Response to that Application (Docket Number 3814).

This motion is filed with the consent of the defendant.

Movants respectfully submit that their proposed reply is necessary to address and respond to issues raised by Pfizer in its Response to the Application.

Wherefore, Premises Considered, Your Movants request that the Court grant leave to file the proposed reply, attached hereto as Exhibit A.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred, and this motion is unopposed.

_____
Jack W. London, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on _____3-23-2012_____

_____
Jack W. London, Esquire