UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING § | | |
| AND SALES PRACTICES § | | |
| LITIGATION § | MDL Docket No. 1629 | |
| § | | |
| § | Master File No. 04-10981 | |
| THIS DOCUMENT RELATES TO: § | | |
| § | Judge Patti B. Saris | |
| VIRGIL L. ANDERSON, ET AL § | | |
| vs. PFIZER INC., ET AL § | Magistrate Judge Leo Sorokin | |
| Case No. 06-11024-PBS § | | |
| § | | |
| MARTHA ACCETULLO, ET AL § | | |
| vs. PFIZER, INC., ET AL § | | |
| Case No. 06-10912-PBS § | | |
| § | | |
| KAMALIHA Y. BREWSTER, ET AL § | | |
| vs. PFIZER, INC, ET AL § | | |
| Case No. 06-11022-PBS § | | |
| § | | |
| CHARLES D. GIRARD, ET AL, § | | |
| vs. PFIZER, INC., ET AL § | | |
| Case No. 06-11023-PBS § | | |

**PLAINTIFFS' AGREED MOTION FOR LEAVE TO FILE SUR-REPLY OBJECTIONS AND RESPONSES TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF PFIZER'S MOTION FOR SANCTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Schwartz Firm, counsel for Plaintiffs, Anderson, et al. all above captioned, respectfully file this agreed motion for leave to file a sur-reply memorandum in further support of Plaintiffs' Objections and Responses To Defendants' Reply to Further Support of Pfizer's (Defendants) Motion for Sanctions. It is necessary for Plaintiffs to submit their proposed agreed motion sur-reply memorandum to respond to issues raised by Pfizer. [Dkt. No. 3769 and 3805].

1

WHEREFORE, Plaintiffs respectfully request that the Court grant this agreed motion for leave to file the proposed sur-reply memorandum, attached hereto as Exhibit A.

Dated:  March 23, 2012

>Respectfully submitted,
>The Law Offices of Newton B. Schwartz, Sr.
>
>By: /s/Newton B. Schwartz, Sr._____
>     Newton B. Schwartz, Sr.
>
>By: /s/Mabel Lee-Lo
>     Mabel Lee-Lo
>
>1911 Southwest Freeway
>Houston, Texas 77098
>nbs@nbslawyers.com
>Telephone: (713) 630-0708
>Facsimile: (713) 630-0789

## CERTIFICATE OF CONSULTATION

I certify that Defense Counsel has been conferred and agreed to Plaintiffs' filing of this motion.

>/s/ Mabel Lee-Lo
>Mabel Lee-Lo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on this 23rd day of March, 2012.

>/s/Mabel Lee-Lo
>Mabel Lee-Lo