Exhibit 1

Bills submitted by Dr. Robert Gibbons to Pfizer before February 2009

(Exhibit 25 to Dr. Gibbons's deposition)

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 080401
DATE: April 1, 2008

CONSULT TO:
Wheeler Trigg and Kenedy LLP
attn: Jim Hooper

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Review of background materials related to the Neurontin matter | 24 hrs |
| 2 | Conference calls and preparation | 3 hrs |
| | | |
| | Rate $500/hour | |
| | | |
| | | |
| | TOTAL | $13,500.00 |

Payment Terms
        Please remit payment within 30 days of invoice date to:
            Robert D. Gibbons Ltd.
            2021 North Mohawk
            Chicago, IL 60614
            FEIN # 36-326-0796

FOR I.D. 2/4/08 iBC       EXHIBIT 25

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 080403
DATE: April 23, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| 1 | Analysis of RCT data | 8 hrs |
| 2 | Analysis of AERS data | 24 hrs |
| 3 | File specifications for analyses and related discussions | 8 hrs |
| 4 | Review of Plaintiff declarations and related materials | 4 hrs |
| 5 | Preparation of declaration | 8 hrs |
|  |  |  |
|  | Rate $500/hour |  |
|  | TOTAL | $26,000.00 |

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL 60614
        FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 080404
DATE: May 20, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
|      |             | 54 hrs |
| 1 | Preparation of Expert Report | |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   | Rate $500/hour | |
|   |   |   |
|   | TOTAL | $27,000.00 |

Payment Terms
        Please remit payment within 30 days of invoice date to:
                Robert D. Gibbons Ltd.
                2021 North Mohawk
                Chicago, IL 60614
                FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 080601
DATE: June 13, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Meetings (in DC and Chicago), conference calls, review of Pfizer and FDA materials, preparation for Daubert hearing. | 60 hrs |
| 2 | Ground Transport for DC meeting | $199 |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | | |
| | TOTAL | $30,199.00 |

Payment Terms
Please remit payment within 30 days of invoice date to:
Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614
FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO,  080605
DATE: June 22, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| | | 40 hrs |
| 1 | Preparation for and participation in Daubert hearing | |
| 2 | Expenses (Air $583, Taxis in Boston $41, Limo in Chicago $199) | $823 |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | TOTAL | $20,823.00 |

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL  60614
        FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO. 080703
DATE: July 13, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Preparation of supplemental report | 30 hrs |
| 2 | Review of FDA materials including AMICUS brief, Pfizer briefing and slides, and transcripts of Daubert hearing and related calls. | 16 hrs |
| 3 | Meetings on 7/11 and 7/12 | 16 hrs |
|  |  |  |
|  |  |  |
|  | Rate $500/hour |  |
|  |  |  |
|  | TOTAL | $31,000.00 |

Payment Terms
      Please remit payment within 30 days of invoice date to:
            Robert D. Gibbons Ltd.
            2021 North Mohawk
            Chicago, IL  60614
            FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO.  080709
DATE: July 29, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Preparation and participation in trial | 32 hrs |
| 2 | Expenses (air $365, hotel (extra night due to flight cancellation) $502, ground Chicago $184, ground Boston $40) | $1,091 |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | | |
| | TOTAL | $17,091.00 |

Payment Terms
        Please remit payment within 30 days of invoice date to:
                Robert D. Gibbons Ltd.
                2021 North Mohawk
                Chicago, IL  60614
                FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO.  080710
DATE: July 29, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| | | $15,000 |
| 1 | Expense for data from IMS/PharMetrics | |
| | | |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | | |
| | TOTAL | $15,000.00 |

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL  60614
        FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO. 080801
DATE: August 6, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Create specifications for statistical databases | 8 hrs |
| 2 | Construct statistical database, compute summary statistics and perform screening analyses for BP cohort | 50 hrs |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | | |
| | TOTAL | $29,000.00 |

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL  60614
        FEIN # 36-326-0796

2

SHOOK HARDY & BACON    8184215647 XAF 18:31 8002/80/20

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 080901
DATE: September 2, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
|  |  | 40 hrs |
| 1 | Analytic work on PharMetrics data |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Rate $500/hour |  |
|  | TOTAL | $20,000.00 |

Payment Terms
   Please remit payment within 30 days of invoice date to:
      Robert D. Gibbons Ltd.
      2021 North Mohawk
      Chicago, IL 60614
      FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO.  080902
DATE: September 2, 2008

**CONSULT TO:**
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| 1 | Review of Jewell, McCrory, and Perry expert reports and re-analysis of associated data. | 44 hrs |
| | | |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | **TOTAL** | $22,000.00 |

**Payment Terms**
Please remit payment within 30 days of invoice date to:
Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614
FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO.  080902
DATE: October 5, 2008

**CONSULT TO:**
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| | | 40 hrs |
| 1 | Analytic work on PharMetrics data | |
| | | |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | **TOTAL** | $20,000.00 |

Payment Terms
Please remit payment within 30 days of invoice date to:
Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614
FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 081007
DATE: October 18, 2008

**CONSULT TO:**
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
|      |             | 32 hrs |
| 1 | Complete analytic work on PharMetrics data and prepare draft report | |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Rate $500/hour | |
|  |  |  |
|  | TOTAL | $16,000.00 |

**Payment Terms**
Please remit payment within 30 days of invoice date to:
Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614
FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 081004
DATE: October 5, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| 1 | Preparation of draft expert report based on review of Jewell, McCrory, and Perry expert reports and re-analysis of associated data. | 16 hrs |
| | | |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | TOTAL | $8,000.00 |

Payment Terms
　　Please remit payment within 30 days of invoice date to:
　　　　Robert D. Gibbons Ltd.
　　　　2021 North Mohawk
　　　　Chicago, IL 60614
　　　　FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 081010
DATE: October 26, 2008

CONSULT TO:
Davis, Polk and Wardwell
attn: Matt Rowland

*pd # 693794*
*11-7-08*

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Review of McCrory and Perry expert reports | 40 hrs |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Rate $500/hour |  |
|  | **TOTAL** | $20,000.00 |

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL 60614
        **FEIN # 36-326-0796**

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO.  081102
DATE: November 15, 2008

CONSULT TO:
Davis, Polk and Wardwell
attn: Matt Rowland

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| 1 | Review Pfizer pain data, construct statistical database, begin analysis. | 40 hrs |
| | | |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | TOTAL | $20,000.00 |

#696220

12·12·08

Payment Terms
   Please remit payment within 30 days of invoice date to:
      Robert D. Gibbons Ltd.
      2021 North Mohawk
      Chicago, IL  60614
      **FEIN # 36-326-0796**

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO.  081104
DATE: November 30, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Prepare CD with materials relied upon for PharMetrics analyses | 8 hrs |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Rate $500/hour |  |
|  | **TOTAL** | $4,000.00 |

# 697147
12-18-08

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL  60614
        FEIN # 36-326-0796

2

to PU
12/30

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO. 081103
DATE: November 30, 2008

CONSULT TO:
Davis, Polk and Wardwell
attn: Matt Rowland

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Complete pain analyses and prepare expert report | 24 hrs |
| 2 | Construct migraine statistical database and begin analysis | 32 hrs |
|  |  |  |
|  |  |  |
|  | Rate $500/hour |  |
| | TOTAL | $28,000.00 |

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL  60614
        FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 081201
DATE: December 15, 2008

CONSULT TO:
Davis, Polk and Wardwell
attn: Matt Rowland

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Complete all analyses and expert report. | 24 hrs |
| | | |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | TOTAL | $12,000.00 |



Payment Terms
  Please remit payment within 30 days of invoice date to:
    Robert D. Gibbons Ltd.
    2021 North Mohawk
    Chicago, IL 60614
    FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 090101
DATE: January 22, 2008

CONSULT TO:
Davis, Polk and Wardwell
attn: Matt Rowland

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Conference calls. | 3 hrs |
| 2 | Review Jewell deposition and related materials. | 8 hrs |
| 3 | Reanalysis of Backonja study  data | 8 hrs |
|  |  |  |
|  |  |  |
|  | Rate $500/hour |  |
|  |  |  |
|  | TOTAL | · $9,500.00 |

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL 60614
        FEIN # 36-326-0796

2

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL  60614

INVOICE NO. 090102
DATE: January 22, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|------|-------------|-----------|
| 1 | Review depositions and other materials | 8 hrs |
| | | |
| | | |
| | | |
| | | |
| | Rate $500/hour | |
| | TOTAL | $4,000.00 |

Payment Terms
    Please remit payment within 30 days of invoice date to:
        Robert D. Gibbons Ltd.
        2021 North Mohawk
        Chicago, IL  60614
        FEIN # 36-326-0796

2