UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1629 |
| | : | Master File No. 04-10981 |
| | : | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | : | Magistrate Judge Leo T. Sorokin |
| *VIRGIL L. ANDERSON et al. v. PFIZER INC. et al.*, 06-11024-*PBS* | : | |
| *ACCETULLO et al. v. PFIZER INC. et al.*, 06-10912-*PBS* | : | |
| *BREWSTER et al. v. PFIZER INC. et al.*, 06-11022-*PBS* | : | |
| *GIRARD et al. v. PFIZER INC. et al.*, 06-11023-*PBS* | : | |

**PLAINTIFFS' CURRENT STATUS REPORT**

Pursuant to the Court's May 9, 2011 Order, the undersigned counsel for Plaintiffs hereby submit their attached Current Status Report (3/29/2012) to the Court listing the current status of all pending cases in this MDL in the attached Exhibit "A.".

Respectfully Submitted,
The Law Offices of Newton B. Schwartz, Sr.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway

Houston, Texas 77098
Telephone: (713) 630-0708
*Facsimile: (713) 630-0789*

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 29th day of March, 2012.

*/s/Newton B. Schwartz, Sr.*
NEWTON B. SCHWARTZ, SR.