# EXHIBIT "A"

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Barkley, Melissa W. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Bolton, Carmen L. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Calvert, Pamela | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Carpenter, Felisha | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11023-PBS | |
| Davis, Kimn J. | Waiting for Court Approval | Stipulation of Dismissal Filed 2/24/12 | 06-CV-11024-PBS | |
| Deleon, Kelly | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-10912-PBS | |
| Lemacks, George B. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Lowe, Stephanie A. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Napoli-Branson, Jennifer | | Pending- Reinstatement | 06-CV-11023-PBS | Estate of Sherry Groves |
| Bellino, Beth A. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Brazell, Susan L. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Brockman, Patricia L. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Byrum-Hill, Gwenna J. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-10912-PBS | |
| Carr, Lester C. | Depos completed: Plaintiff; Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Colley, Vera | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-10912-PBS | Estate of Robert Colley |
| Day, David A. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Gann, Monica S. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Girard, Charles D. Sr. | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Harget, Janet | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Knowlton, Barbara A. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Larkin, Ann E. | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11022-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Logan, Sandra M. | Depos completed: Plaintiff, Prescribers; Depos remaining: Sales Rep. | In Progress | 06-CV-11022-PBS | |
| McMahon-Lough, Sandra D. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Pastine, Sherry | Depos completed: Plaintiff, Prescribers Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | Estate of Samuel Pastine |
| Pettit, David W. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Saenz, Monica L. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| St. Hilaire, Robert N. | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Taggart, Jeffrey | Depos completed: Plaintiff, Prescriber; Depositions remaining: Sales Rep. | In Progress | 06-CV-10912-PBS | |
| Valentino, Diane M. | Depos completed: Plaintiff, Prescriber, Treating Physician; Depos remaining: Sales Rep. | In Progress | 06-CV-11022-PBS | |
| Vice, Melissa L. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Wilhelm, John W. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| Wine, Helen | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Best, Tosha R. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted Plaintiff again but did not receive commitment to withdraw from the case. | 06-CV-11024-PBS | |
| Bunch, Carson | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Attempted to contact Plaintiff but was unable to reach him. Will contact him again. | 06-CV-10912-PBS | |
| Campbell-Dean, Kimberly A. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Talked to Plaintiff and is awaiting for written confirmation to dismiss the case. | 06-CV-11024-PBS | |
| Carter, Damon | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Attempted to contact Plaintiff's widow (Plaintiff is deceased), but was unable to reach her. Will contact her again. | 06-CV-10912-PBS | Estate of Carter, Damon |
| Conyers, Wilbur C. | Suspended per 7/26/2011 Motion to Stay | Talked to Plaintiff's widow and am awaiting for written confirmation to dismiss the case | 06-CV-11024-PBS | Estate of Conyers, Wilbur C. |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Cook, Connie B. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Talked to Plaintiff and am awaiting for written confirmation to dismiss the case. | 06-CV-10912-PBS | |
| Crosby, Richard A. Jr | Suspended per 7/26/2011 Motion to Stay | Contacted Plaintiff again but did not receive commitment to withdraw from the case. | 06-CV-11024-PBS | |
| Devore, Robert G. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted Plaintiff, and Plaintiff is travelling until end of April, 2012. Will wait for Plaintiff's written confirmation to dismiss. | 06-CV-11024-PBS | |
| Dozier, Christine M. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11023-PBS | |
| Dukes, Allison D. | | Letter sent to client on 4/1/2011. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS | |
| Emmons, Sharon K. | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS | |
| Ericsson-Harkness, Shanna G. | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS | |
| Falk, Corrine M. | | Letter sent to client on 3/4/2011. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11022-PBS | |
| Floyd, (S)Haron Y. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS | |
| Greer, Karen J. | | Filed stipulation of dismissal on 3-29-2012. | 06-CV-11024-PBS | |
| Gross, Kenneth | | Letter sent on 5/31/2011. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS | |
| James, Tommy D. | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS | |
| Johnson, Elroy L. | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Jones, Carla | | Letter to client sent 9/20/11. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS | |
| Lee, Dexter K. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11024-PBS | |
| Leger, Debra F. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Attempted to contact again but could not reach Plaintiff. Will contact local counsel. Will file Motion to Withdraw as counsel. | 06-CV-11023-PBS | |
| Luttrell, Leslie | | Letter to client sent 9/26/11. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11023-PBS | |
| Lytle, Freddie B. | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS | |
| McIntyre, Marlene K. | | Letter to client sent 9/26/11. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-11023-PBS | |
| Mitchell, Isiah E. Sr | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS | |
| Nichols, Wanda F. | | Letter to local counsel sent 9/26/11. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS | |
| Northcutt, Charles | | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | filed in AR | |
| Parker, Earnestine | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS | |
| Pickett, Mary J. | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS | |
| Segle, Herman C. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Shakoor, Tuwanda V. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS | |
| Small, Robert L. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Letter sent to client 4/1/2011. Will contact client and local counsel again. | 06-CV-11024-PBS | |
| Smith, Doris J. | | Will contact client and local counsel. | 06-CV-10912-PBS | |
| Smith, Dorothy E. | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will contact client and local counsel. | 06-CV-11024- | |
| Sprinkle, Harold | | Letter to local counsel sent 10/17/11; Ltr forwarded to client on 10/28/11. Will contact client and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS | |
| Stephens, Jana | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Letter to local counsel sent 9/21/11.Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS | |
| Thurmond, Betty | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will contact client and local counsel | 06-CV-10912-PBS | |
| Watson, Edgar J. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Letter to local counsel sent 10/24/11.Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS | |
| Williams, Brady L. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Letter sent to client again. Also talked to Plaintiff, and am awaiting for written confirmation from Plaintiff to dismiss the case. | 06-CV-10912-PBS | |
| Williams, Dexter | Suspended per 4/30/2011 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact client and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS | |
| Williams, Leotis C. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Letter sent to representative of estate again. Also talked to representative of estate, and am awaiting for written confirmation from representative of estate to dismiss the case. | 06-CV-10912-PBS | Estate of Williams, Leotis C. |
| Williams, Theresa | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Letter to client sent 9/22/11. Will contact client and local counsel again. | 06-CV-11023-PBS | |
| Young, Kathy | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Letter sent to client on 3/15/2011. Will contact client and local counsel again.Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-10912-PBS | |