UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------------------- x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : | Master File No. 04-10981 |
| | : | Judge Patti B. Saris |
| ------------------------------------------- x | : | |
| THIS DOCUMENT RELATES TO | | Magistrate Judge Leo T. Sorokin |
| | : | |
| TOMMY JAMES Accettullo, et al. v. Pfizer, Inc. et al., Case No. 06-cv-10912 | : | |
| ------------------------------------------- x | | |

**MOTION TO WITHDRAW AS LEAD COUNSELS AND CO-COUNSELS AND REFERENCE BACK TO REFERRING COUNSEL TO WITHDRAW OR DISMISS PER F.R.CIV.P. 41(a)(1)(A)(ii) and/or (B**)

TO THE HOURORABLE JUDGE OF SAID COURT:

COME NOW Newton B. Schwartz, Sr., Jack W. Harang, lead counsels of record for Tommy James and other co-counsels working at the Law Offices of Newton B. Schwartz, Sr. move this Court as follows:

Counsels have worked diligently and carefully investigated, conducted extensive discovery particularly regarding the medical records.  Tommy James for some reason failed to attend two (2) scheduled oral depositions.  Co-counsels have attempted to reach him many times.  Thus far, Tommy James has not communicated with his lead counsels and/or counsels either orally or in writing.  Since counsels cannot find Tommy James, and he is not cooperating with his counsels, his counsels have to withdraw as his counsels of record.

Ethically, lead counsels cannot dismiss said case without each client's consent and permissions. As such, lead counsels for Tommy James requests that this Court enter its Order allowing him and co-counsels to withdraw as lead counsel and co-counsels of record for Tommy James as Tommy James is not cooperating with his counsels, and failed to attend oral depositions.

WHEREFORE, counsels move, with consent of Defendants' counsel, for the attached entry of Order of Withdrawal, with each party bearing their own costs and for such other and further relief to which counsels can show themselves entitled.

Respectfully Submitted,
Law Offices of Newton B. Schwartz, Sr.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.
Texas State Bar No. 1786900
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
Facsimile: (713) 630-0789

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel, Mabel Lee-Lo talked to Defendant's counsel, Mauricio A. Gonzalez on numerous occasions about Tommy James' case. Defendant's counsel sent an e-mail to Plaintiff's counsel on March 26, 2012, and is expecting Plaintiff's counsels to file a motion to dismiss or withdraw of Tommy James' case by March 30, 2012.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served to all know parties on this 30th day of March, 2012.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.