UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS                      :   Master File No. 04-10981
LIABILITY LITIGATION
                                                  :   Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
THIS DOCUMENT RELATES TO                              Magistrate Judge Leo T.
                                                  :

    TOMMY JAMES                                       Sorokin
    Accettullo, et al. v. Pfizer, Inc. et al.,    :
    Case No. 06-cv-10912
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**<u>ORDER</u>**

Came to be presented and heard Newton B. Schwartz, Sr.'s and Jack W. Harang's and other Co-counsels working at the Law Offices of Newton B. Schwartz's Motion to Withdraw as Lead Counsels and Co-counsels for Tommy James, and Reference Back to Referring Counsel to Withdraw or Dismiss per F.R.Civ.P. 41(a)(1)(A)(ii) and/or (B) and the Plaintiff's Lead Counsels and Co-counsels having shown good cause for such Motion.

IT IS HEREBY ORDERED that such Motion is Granted.

SIGNED AT BOSTON, MASSACHUSETTS THIS _____ DAY OF _____, 2012.

_____
U.S. DISTRICT JUDGE