UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------- x

|  |  |
|---|---|
|  | : MDL DOCKET NO. 1629 |
| In re: NEURONTIN MARKETING, SALES | : |
| PRACTICES AND PRODUCTS | : |
| LIABILITY LITIGATION | : Master File No. 04-10981 |
|  | : |
|  | : Judge Patti B. Saris |
|  | : |
|  | : Magistrate Judge Leo T. Sorokin |
|  | : |

----------------------------------------------------------- x
:
THIS DOCUMENT RELATES TO:
:
:
*Martha Accettullo et al. v. Pfizer Inc., et al.,*   :
1:06-cv-10912-PBS   :
:
------------------------------------------------------------ x

## <u>ORDER</u>

Came to be presented and heard the Schwartz Firm's Motion to Stay Discovery, and the

Plaintiff having shown good cause for such, it is hereby ORDERED that all discovery in the case

identified by the Schwartz Firm in the Exhibit "A" (filed under seal as an attachment to the

Declaration of Newton B. Schwartz, Sr. in Support of Motion to Stay Discovery) shall be

suspended pending resolution or further instruction from the Court regarding the same.

SIGNED this _____ day of _____, 2012.

_____
U.S. DISTRICT JUDGE