UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
: MDL DOCKET NO. 1629
In re:  NEURONTIN MARKETING, SALES :
        PRACTICES AND PRODUCTS : Master File No. 04-10981
        LIABILITY LITIGATION :
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:
------------------------------------------------------------- x
:
THIS DOCUMENT RELATES TO: :
:
:
*Martha Accettullo et al. v. Pfizer Inc., et al.,* :
1:06-cv-10912-PBS :
:
------------------------------------------------------------- x

# DECLARATION OF NEWTON B. SCHWARTZ IN SUPPORT OF PLAINTIFF'S MOTION TO STAY DISCOVERY

1. Newton B. Schwartz, Sr. declares and states as follows:

2. I am an attorney with the Law Offices of Newton B. Schwartz, Sr., counsel for Plaintiffs in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

3. Attached hereto as Exhibit "A" is a true and correct copy of the name of a Plaintiff, who has been identified by counsel as candidate for discontinuation of prosecution and/or withdrawal therefrom.

                                                 /s/Newton B. Schwartz, Sr.
                                                 NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

    I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 30th day of March, 2012.

                                         /s/Newton B. Schwartz, Sr.
                                         NEWTON B. SCHWARTZ, SR.