UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>SCHWARTZ PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

ORDER

March 30, 2012

SOROKIN, C.M.J.

On this date, the Court held a hearing on Defendant Pfizer's Motion for Sanctions (Docket # 3769). It is ORDERED that the Court shall hold a further hearing on April 5, 2012, at 4:00 p.m. in Courtroom 24. It is further ORDERED that Mr. Schwartz and Mr. Harang shall appear at the hearing in person.

It is further ORDERED that Mr. Cheffo shall submit a bill of fees and costs related to his attendance at today's hearing.

SO ORDERED,

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States Magistrate Judge