UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
: MDL DOCKET NO. 1629
In re: NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION :
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:
------------------------------------------------------------- x
:
THIS DOCUMENT RELATES TO: :
:
:
*Martha Accettullo et al. v. Pfizer Inc., et al.*, :
1:06-cv-10912-PBS :
:
------------------------------------------------------------- x

## MEMORANDUM IN SUPPORT OF MOTION TO STAY DISCOVERY

The Law Offices of Newton B. Schwartz, Sr. (hereinafter "Schwartz" or "Schwartz Firm"), counsel for numerous product liability plaintiffs in this Multi-District Litigation, submits this Memorandum in Support of the Motion to Stay Discovery for Plaintiff identified herein. The Order requested is appropriate to assist all parties in the efficient coordination of discovery and to avoid the burden of unnecessary expense.

This list is now provided in an effort to assist Defendant, and the Court in the efficient coordination of discovery, and to avoid unnecessary expenditure of time and resources by all parties in those cases for which further prosecution may not be pursued.[1] (See Exhibit "A", attached to the accompanying declaration of Newton B. Schwartz, Sr., and filed under seal to avoid any prejudice to the plaintiff listed therein.)

---

[1] The identification of particular plaintiff in this motion or the attachments thereto is not intended by Schwartz to be, and should not be construed as, a comment on the merits of the individual cases.

Page 1

For the Plaintiff identified in Exhibit "A", the local referring attorneys have been or will shortly be notified that it is the Schwartz firm's intention, absent revelation of new information, to withdraw from these cases and further requesting of local counsel a recommendation for agreed dismissal, Schwartz Firm asks the Court to, as was suggested during the hearing of April 26, 2011 to temporarily suspend discovery in this case to avoid the burden of cost and expenses to all parties.

For the reasons stated in this memorandum and the motion which it accompanies, the Schwartz Firm asks the Court to stay discovery in the case listed in Exhibit "A" which has been identified by Schwartz as candidate for withdrawal of counsel or possible dismissal; and for such other and further relief, at law of in equity, to which Plaintiff may show himself/herself to be justly entitled to receive.

Respectfully submitted,

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:    (713) 630-0708
Facsimile:    (713) 630-0789

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 30th day of March, 2012.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.