UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------- x
                                                           :  MDL DOCKET NO. 1629
In re:  NEURONTIN MARKETING, SALES                         :
        PRACTICES AND PRODUCTS                             :  Master File No. 04-10981
        LIABILITY LITIGATION                               :
                                                           :  Judge Patti B. Saris
                                                           :
                                                           :  Magistrate Judge Leo T. Sorokin
                                                           :
---------------------------------------------------------- x
                                                           :
THIS DOCUMENT RELATES TO:                                  :
                                                           :
                                                           :
   Martha Accettullo et al. v. Pfizer Inc., et al.,        :
   1:06-cv-10912-PBS                                       :
                                                           :
---------------------------------------------------------- x
```

## DECLARATION OF NEWTON B. SCHWARTZ IN SUPPORT OF PLAINTIFF'S MOTION TO STAY DISCOVERY

1. Newton B. Schwartz, Sr. declares and states as follows:

2. I am an attorney with the Law Offices of Newton B. Schwartz, Sr., counsel for Plaintiffs in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

3. Attached hereto as Exhibit "A" is a true and correct copy of the name of a Plaintiff, who has been identified by counsel as candidate for discontinuation of prosecution and/or withdrawal therefrom.

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.

## **CERTIFICATE OF SERVICE**

  I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 30th day of March, 2012.

            <u>/s/Newton B. Schwartz, Sr.</u>
            NEWTON B. SCHWARTZ, SR.