# Newton B Schwartz

| | |
|---|---|
| **From:** | Cheffo, Mark S [Mark.Cheffo@skadden.com] |
| **Sent:** | Monday, April 02, 2012 11:04 AM |
| **To:** | 'Newton B Schwartz' |
| **Cc:** | jack@jharang.com; Stevens, Catherine B; Lyon, Katherine A |
| **Subject:** | Neurontin |

Dear Newton:

I received your letters dated March 31, 2012. It's not clear to me what, if anything, you are seeking. However, to the extent that you are attempting to adjourn the April 5th hearing date before Judge Sorokin, I cannot consent.

As you know, I was required to travel from the JPML arguments in San Diego to Boston for a Friday afternoon hearing. Upon my arrival at the Court, I learned for the first time that neither you nor Jack decided to attend. Moreover, neither of you informed me of any prior obligations or sought an extension. Because I had the JPML argument and had to engage in a torturous travel schedule to get to Boston for the hearing, I would have agreed to a joint request for an extension. Frankly, I was quite surprised that neither you or Jack attended the hearing, particularly in light of the fact that the dismissal of dozens of cases, with prejudice, was at issue.

As you can understand, it is our view that the stayed cases and the other remaining cases lack merit. We also believe that there has been a failure to prosecute these cases on behalf of the plaintiffs. It is my understanding that the Court is also concerned about the lack of activity and attention you have paid to your cases. As I indicated at the hearing, rather than drafting accusatory letters, e-mails, motions and briefs, I think that your time would be better served contacting your clients to seek dismissals of their non-viable cases.

I encourage you to speak with Mabel and to review the transcript. Although you have rejected my repeated efforts before, if you would like to discuss an orderly process to expeditiously dismiss cases, I will certainly make myself available. Also, the Court has directed me to file an application for fees and costs related to the hearing on Friday. If you would like to discuss an agreed amount, rather that litigating over it, I would be happy to do so. I will be in the office all day today.

Mark

--------------------------------------------------------------------------------
************************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**********************************************************
**********************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.