UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | § § § § § § § § § § § § § § § § § § § § § § § | MDL Docket No. 1629 |
| | | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | | |
| | | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL vs. PFIZER INC., ET AL Case No. 06-11024-PBS | | Magistrate Judge Leo Sorokin |
| MARTHA ACCETULLO, ET AL vs. PFIZER, INC., ET AL Case No. 06-10912-PBS | | |
| KAMALIHA Y. BREWSTER, ET AL vs. PFIZER, INC, ET AL Case No. 06-11022-PBS | | |
| CHARLES D. GIRARD, ET AL, vs. PFIZER, INC., ET AL Case No. 06-11023-PBS | | |

## ORDER

Came to be presented and heard Newton B. Schwartz' Motion for Continuance of hearing set for April 5, 2012.

IT IS ORDERED the hearing for April 5, 2012 is reset for _____, 2012.

SIGNED AT BOSTON, MASSACHUSETTS, THIS _____ DAY OF APRIL, 2012.

_____
U. S. DISTRICT MAGISTRATE JUDGE
LEO SOROKIN