# EXHIBIT A



```
SALES PERSON : 7M                    INVOICE NO . 6387                    DATE : 29 MAR 12
CUSTOMER NBR : 602C                         L85K98                        Page : 1 / 1
TRANSACTION NBR : 10308816

    TO : 4 TIMES SQUARE
         NY 4TS 42 302
         NEW YORK NY   10036-6522



  FOR : CHEFFO/MARK S                             REF : 443900-470

  29 MAR 12 - THURSDAY
      AIR    WN  SOUTHWEST AIRLINES CO.     FLT: 805     COACH
                 INC.
             LV SAN SAN DIEGO                       0710P        EQP: 73G
             AR MDW CHICAGO-MIDWAY                  1255A        NON-STOP
             CHEFFO/MARK S                    SEAT -

  30 MAR 12 - FRIDAY
      HOTEL  CHI   CHICAGO                          OUT - 31MAR
             Hampton Inns                           1 NIGHT
             HAMPTON INN MIDWAY                     1 ROOM
             6540 S. CICERO AVE.                    RATE 129.00USD PER NIGHT
             BEDFORD PARK IL 60638 US
             BEDFORD PARK, IL 60638
             PHONE 1-708-496-1900
             FAX 1-708-496-1997
             GUARANTEED LATE ARRIVAL
             CONFIRMATION 87222621

      AIR    WN  SOUTHWEST AIRLINES CO.     FLT: 3743    H
                 INC.
             LV MDW CHICAGO-MIDWAY                  0910A        EQP: 73G
             AR BOS BOSTON                          1220P        NON-STOP
             CHEFFO/MARK S                    SEAT -

  AIR TICKET WN2431451130             CHEFFO/MARK S                   739.60

  AIR TICKET XD0556701616             CHEFFO/MARK S                    53.00
                                                                  _____
                                                    AMOUNT DUE       792.60
                                        MASTERCARD *****5322        -739.60
                                        MASTERCARD *****5322         -53.00
                                                                  _____
                                                         TOTAL         0.00
```

## QDPGN7: Boston > Albany *Past travel* ⚠

| Summary | Passengers | Fares | Seats | Special Services | Remarks | **Tickets** | History |

### Ticket 3062120022506 ▼ History

Expires: Apr 30 13
MARK CHEFFO
Validating Carrier: 9K (Booking QDPGN7)
Issued: Mar 26 12  city-ticketing-office

#### ENDORSEMENTS/RESTRICTIONS

#### COUPONS

| Flight | Class | Departure | From/To | Res Status | Fare Basis | NV Before | NV After | Bag Allow | Coupon Status | Invol Indic |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 9K1817 | Y | Mar30 12 1704 | BOS ALB | OK | Y9 | | | 2PC | FLOWN / 9K | |

#### FARE CALC

BOS 9K ALB249.49Y9USD249.49END ZP BOS XT 18.71US3.80ZP2.50AY4.50XF BOS4.50

#### PAYMENT INFO

| | |
|---|---:|
| Fare costs | 249.49 |
| Taxes and transportation fees | 29.51 |
| **Total - Dollars (USA)** | **$279.00** |
| Charged to MasterCard ending in 5322 | |

▼ Show Details

[Refund]   ▼ More options...