# EXHIBIT B

**Hampton**

6540 S CICERO AVE
BEDFORD PARK, IL 60638
TELEPHONE 708-496-1900    FAX 708-496-1997

USA Official Sponsor

| | |
|---|---|
| CHEFFO, MARK<br>4 TIMES SQ FL 42<br><br>NEW YORK, NY 10036<br>US<br><br>name / address | room number: 313/KXTY<br>arrival date: 3/29/2012    1:26:00AM<br>departure date: 3/31/2012<br>adult/child: 1/0<br>room rate: 129.00 |
| If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution. | RATE PLAN    LV1<br>HH# 648906266 SILVER<br>AL:<br>CAR: |
| CONFIRMATION NUMBER : 87222621<br><br>3/30/2012    PAGE    1 | Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐<br><br>**signature:** |

| date | reference | description | amount |
|---|---|---|---|
| 3/29/2012 | 1613232 | GUEST ROOM | $129.00 |
| 3/29/2012 | 1613232 | ROOM TAXES | $21.29 |
| 3/30/2012 | 1613304 | AX *3009 | ($150.29) |
| | | **BALANCE** | $0.00 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Romania.

for reservations call 1.800.hampton or visit us online at hampton.com    thanks.

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| card member name | authorization    526505 | initial |
| establishment no. and location<br>establishment agrees to transmit to card holder for payment | purchases & services | |
| WHEN USING A DEBIT CARD AT CHECK IN IT IS | taxes | |
| | tips & misc. | |
| **signature** of card member<br>X | **total** amount | |

