# EXHIBIT C

Taxis had to
1/4 on import to
Count

```
--ORIGINAL--
LEXINGTON TAXI I
CAB # 1773
HACK:        7787
  CUSTOMER COPY
03/30/12 TR  813
START  END MILES
03:30 03:42  0.0
FARE:  $  14.60
EXTRA: $   2.75
TOLL:  $   0.00
SRCH:  $   0.00
TIP:   $   3.45
TOTAL: $  20.80

CARD:      5835
AUTH:     R01442

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV
```

```
Card:       1891
AUTH:     075450

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV


   VICKYS CAB INC
  Cab # 0257
03/30/12 TR10197
START  END MILES
12:44 12:52  2.0
Fare:  $   12.20
Extra: $    0.00
Toll:  $    7.50
Srch:  $    0.00
TOTAL: $   19.70
TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV
```