# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------x :
:
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS : Magistrate Judge Leo T.
: Sorokin
:
---------------------------------------------x

**STIPULATION AND PROPOSED ORDER REGARDING FEES
AND COSTS RELATED TO DEFENDANTS' ATTENDANCE AT
<u>MARCH 30, 2012 HEARING ON MOTION FOR SANCTIONS</u>**

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") and Plaintiffs, pursuant to this Court's March 30, 2012 Order [3823], respectfully submit this Stipulation and Proposed Order Regarding Fees and Costs Related to Defendants' Attendance at the March 30, 2012 Hearing on Defendants' Motion for Sanctions, [3769].

On March 30, 2011, the Court held a hearing on Defendant Pfizer's Motion for Sanctions [3769]. Plaintiffs' lead counsel Newton B. Schwartz and Jack Harang did not appear for the hearing. Following the hearing, the Court directed the parties to appear for a further hearing on Defendants' motion, and ordered that Mr. Schwartz and Mr. Harang to appear at such hearing in person. (*See* March 30, 2012 Order.) The Court further ordered Pfizer's counsel, Mark Cheffo, to submit a bill of fees and costs related to his attendance at the March 30 hearing. (*Id.*)

As directed by the Court, Pfizer prepared a bill of fees and costs and provided Mr. Schwartz an opportunity to review its submission before filing. Pfizer sought compensation only for 14 hours of the 17 hours spent related to Mr. Cheffo's attendance at the March 30, 2012 hearing at a rate of $400 an hour, a rate well within the range that courts within this District have determined is reasonable during the last several years, for a total of $5,600 in fees.

Expenses were also incurred in connection with Mr. Cheffo's attendance at the March 30, 2012 hearing. Mr. Cheffo's flight from San Diego to Boston, connecting in Chicago, totaled

$739.60, and his flight returning from the hearing cost $279.00. Mr. Cheffo's hotel room in Chicago on Thursday night cost $150.19, and his transportation costs in Boston totaled $40.50, totaling $1,209.29 in expenses.

After conferring, Plaintiffs' counsel has agreed to pay and Pfizer has agreed to accept the sum of $5,500 to reimburse Pfizer for its counsel's fees and expenses in attending the March 30 hearing and jointly request that the Court so order.[1]

Dated: April ___, 2012

Respectfully submitted,
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
      Justin J. Wolosz
      BBO # #643543

Prudential Tower
800 Boylston Street
Boston, MA 02110
Tel: (617) 951-7000
Email: justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

[1] In light of the parties' agreement, Pfizer has not attached a declaration from Mr. Cheffo regarding his fees and expenses but can provide one to the Court if requested.

        Law Offices of Newton B. Schwartz, Sr.

        /s/ Newton B. Schwartz, Sr.
        Newton B. Schwartz, Sr.
        Texas State Bar No. 1786900
        1911 Southwest Freeway
        Houston, Texas 77098
        Telephone: (713) 630-0708
        Facsimile: (713) 630-0789

        *Attorneys for Plaintiffs*

## **PROPOSED ORDER**

Having reviewed the stipulation of the Parties, it is hereby ordered that the Law Offices of Newton B. Schwartz, Sr. shall pay to Pfizer the sum of $5,500, within five business days from entry of this Order, as sanctions for the failure of Newton B. Schwartz and Jack Harang to appear at the March 30, 2012 hearing.

SO ORDERED this ___ day of April, 2012.

        _____
        Leo T. Sorokin
        United States Magistrate Judge