UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

*Accetullo, et al. v. Pfizer, Inc., et al.*, No. 06-10912-PBS (Tommy James).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **DEFENDANTS' CROSS-MOTION FOR SANCTIONS AND EXPENSES AND FEES**

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move to dismiss Plaintiff Tommy James's claims with prejudice as a sanction for his failure to appear at two noticed depositions and – in accordance with Federal Rule of Civil Procedure 37(d)(3) – order the Law Offices of Newton B. Schwartz to pay Pfizer's reasonable expenses incurred as a result of that failure. The basis for this motion is explained in the accompanying Consolidated Response to the Law Offices of Newton B. Schwartz's Motion to Withdraw as Lead Counsel [Dkt. No. 3821] with regard to the claims of Plaintiff Tommy James and Memorandum in Support of their Cross-Motion for Sanctions and Expenses and Fees.

WHEREFORE, Defendants respectfully request that the Court grant the relief requested herein.

Dated: April 9, 2012

        Respectfully submitted,

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By:  /s/ Mark S. Cheffo
            Mark S. Cheffo

        Four Times Square
        New York, NY 10036
        Tel:  (212) 735-3000
        Mark.Cheffo@skadden.com

        -and-

        ROPES & GRAY LLP

        By: /s/ Justin J. Wolosz
            Justin J. Wolosz
            BBO # 643543

        Prudential Tower
        800 Boylston Street
        Boston, MA  02199
        Tel:  (617) 951-7000
        Email:  justin.wolosz@ropesgray.com

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## **CERTIFICATE OF CONSULTATION**

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

        /s/ Katherine A. Lyon
        Katherine A. Lyon

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 9, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz