UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
                                                      ::
In re:   NEURONTIN MARKETING, SALES                   :   MDL Docket No. 1629
         PRACTICES AND PRODUCTS                       :
         LIABILITY LITIGATION                             Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      ::
                                                          Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                             :
                                                      ::  Magistrate Judge Leo T.
Accetullo, et al. v. Pfizer, Inc., et al., No. 06-10912-PBS   Sorokin
(Tommy James).                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### DECLARATION OF MARK S. CHEFFO
### IN SUPPORT OF DEFENDANTS' CONSOLIDATED RESPONSE TO THE
### SCHWARTZ FIRM'S MOTION TO WITHDRAW AS LEAD COUNSEL
### AND CROSS-MOTION FOR SANCTIONS AND EXPENSES AND FEES

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence between Mauricio Gonzalez and James Stegall dated September 28, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of email correspondence between Mauricio Gonzalez and James Stegall last dated October 11, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of email correspondence between Mauricio Gonzalez and James Stegall last dated October 28, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of an email and attachments sent by Joyce Smithson dated November 3, 2011, serving notices to take the depositions of Tommy James and John Downes, M.D.

6. Attached hereto as Exhibit E is a true and correct copy of email correspondence between Mauricio Gonzalez and James Stegall last dated November 9, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of an email received by Mauricio Gonzalez from James Stegall dated January 18, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of a letter sent by Mauricio Gonzalez dated January 25, 2012.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 9th day of April, 2012.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 9, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz