# EXHIBIT C

# Mauricio A. Gonzalez

**From:** Mauricio A. Gonzalez
**Sent:** Friday, October 28, 2011 2:04 PM
**To:** 'Trey Stegall'
**Cc:** Joyce Smithson
**Subject:** James, Williams

Trey,

As I have not heard from you in response to the emails below, on Monday I will proceed to notice the Tommy James deposition and the deposition of prescriber Dr. Downes, for the week of November 7.

I am still awaiting the production of Mr. Williams' records.

Mauricio

---

**From:** Mauricio A. Gonzalez
**Sent:** Tuesday, October 11, 2011 2:20 PM
**To:** Trey Stegall
**Subject:** James, Williams

Trey,

I am prepared to schedule Mr. James and at least one provider (whom I've now been able to reach) for deposition in the next couple of weeks, assuming everyone is available. I would also like to schedule Mr. Dexter Williams as we've previously discussed, but that depends on whether you will be producing to us the long-outstanding documents that were in the possession of Mr. Williams' other attorneys. When can we expect to receive those documents?

Thanks,

Mauricio

Mauricio A. Gonzalez, Esq.
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street
Armonk, New York 10504
(Direct) 914-749-8393
(Mobile) 914-886-5964
(Fax) 914-749-8300
mgonzalez@bsfllp.com

---

**From:** Mauricio A. Gonzalez
**Sent:** Wednesday, September 28, 2011 2:43 PM
**To:** 'trey@nbslawyers.com'
**Cc:** Joyce Smithson
**Subject:** Tommy James v. Pfizer

Trey,

The next couple of weeks will work for me, so I will write in the next few days with proposed dates. Please let me know if you've been able to obtain copies of the Dexter Williams medical records from his other attorney and when we can expect to receive them. That will allow me to try to schedule both plaintiffs on back-to-back dates as you suggest. In addition, I

1

will continue to reach out to providers.

As a point of elaboration and clarification, you called yesterday late afternoon, after I had already arrived in Little Rock, to inform us for the first time that you had not been able to get a hold of Mr. James recently, that he had failed to show up to a meeting you had scheduled with him yesterday, and that today's deposition may have to be postponed. I told you that that was your decision, and that we would work with you to reschedule but would seek costs for the expenses we had incurred, should you decide to postpone the deposition. After I learned and informed you that the court reporting service would not charge any costs if the service was cancelled by 8 PM Eastern, you decided to continue trying to reach Mr. James until close to that time. At about 7:40 PM, after you had tried to reach Mr. James for another hour or two without success, you called me again to definitely cancel today's deposition in order to avert the reporting costs. I reiterated that it was your decision whether or not to cancel the deposition, since we would have no way of gauging whether your client would appear today. You then decided to cancel the deposition.

I look forward to rescheduling Mr. James' deposition, grouped with others as you suggest.

Thanks,


Mauricio Alfredo Gonzalez, Esq.
Boies, Schiller, and Flexner LLP

---

**From**: Trey Stegall <trey@nbslawyers.com>
**To**: Mauricio A. Gonzalez
**Sent**: Wed Sep 28 13:08:25 2011
**Subject**: Tommy James v. Pfizer

Mauricio-

This email will confirm that after our conversations yesterday we agreed to cancel today's deposition of Tommy James. Mr. James did not appear for deposition prep yesterday or respond to my calls, and I thought it our best option to cancel in lieu of incurring the cost of a court reporter and videographer when it seemed unlikely that he would appear. I appreciate your willingness to work with me in that regard.

I have now been in touch with my client and he has explained the reason for his absence and expressed a desire to continue with this case. I would like to reschedule his deposition as quickly as possible within the next couple of weeks. My hope is that we can group that deposition together with one or more of his medical providers or with Dexter Williams' second day of deposition.

Regards,

Trey


# James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

2

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.

3