# EXHIBIT E

Mauricio A. Gonzalez

---

| | |
|---|---|
| **From:** | Trey Stegall <trey@nbslawyers.com> |
| **Sent:** | Wednesday, November 09, 2011 11:55 AM |
| **To:** | Mauricio A. Gonzalez |
| **Cc:** | Dan Holloway; Joyce Smithson; Catherine Stevens; Katherine A. Lyon |
| **Subject:** | (URGENT) Tommy James: Depositions scheduled tomorrow and Friday. |

Mauricio-

I've left messages both on your cell and at your office. I never got a response from you yesterday regarding the depositions scheduled Thursday and Friday in Arkansas and ended up speaking with Catherine Stevens and Katherine Lyon about this situation last night after a deposition we all attended in Philadelphia. I told them I didn't believe it made sense to go forward and Catherine indicated she would get in touch with you about rescheduling. I spoke to her again a few minutes ago and she tells me she emailed you, but hasn't had a response either.

I hope you're not yet on a flight to Arkansas. At this point I have a ticket back to Houston for tomorrow. Please give me a call at 713-568-6514 as soon as possible so that we can discuss.

Trey

## James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.

## Mauricio A. Gonzalez

**From:** Mauricio A. Gonzalez
**Sent:** Tuesday, November 08, 2011 12:09 PM
**To:** 'Trey Stegall'
**Subject:** James

Trey,

I will let you know our views as soon as I've had a chance to speak with my colleagues – probably later today.

Thanks,

Mauricio

Mauricio A. Gonzalez
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street
Armonk, New York 10504
(Direct) 914-749-8393
(Mobile) 914-886-5964
(Fax) 914-749-8300
mgonzalez@bsfllp.com

**From:** Trey Stegall [mailto:trey@nbslawyers.com]
**Sent:** Monday, November 07, 2011 12:56 PM
**To:** Mauricio A. Gonzalez
**Subject:** Re: James

Mauricio--

I am prepared to go forward with Dr. Downes deposition on Thursday. With regard to Tommy James, however, I feel obligated to let you know that I have not been able to get in touch with him and I am uncertain if I will be able to reach him before Friday. My point of contact for Mr. James has been his girlfriend "April." Tommy has been living with her for an extended period of time and did not have his own phone number. This morning I spoke with her and was told she and Tommy separated very recently and she does not know how or where he can be reached. I did leave a message to have him call me if he speaks with her, but she doesn't believe that will happen.

I will continue to try and contact him, and circumstances may change, but at this time I do not have any way to verify Tommy has received the deposition notice or can be present on Friday. I am considering filing a motion to quash based on these circumstances, but would like to know your stance before taking that step.

Trey

# James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098

1

(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.

On Fri, Nov 4, 2011 at 6:33 PM, Mauricio A. Gonzalez <magonzalez@bsfllp.com> wrote:
Trey,

Further to Joyce's email sending you the notices of Mr. James's and Dr. Downes's depositions on November 11 and 10, respectively, Joyce also sent you by Fed Ex today copies of medical records she simultaneously sent to Dr. Downes for his review prior to his deposition.

Thanks,

Mauricio


Mauricio Alfredo Gonzalez, Esq.
Boies, Schiller, and Flexner LLP

---

**From**: Mauricio A. Gonzalez
**To**: 'Trey Stegall' <trey@nbslawyers.com>
**Cc**: Joyce Smithson
**Sent**: Fri Oct 28 14:03:49 2011
**Subject**: James, Williams

Trey,


As I have not heard from you in response to the emails below, on Monday I will proceed to notice the Tommy James deposition and the deposition of prescriber Dr. Downes, for the week of November 7.


I am still awaiting the production of Mr. Williams' records.


Mauricio


**From:** Mauricio A. Gonzalez
**Sent:** Tuesday, October 11, 2011 2:20 PM
**To:** Trey Stegall
**Subject:** James, Williams

2

Trey,

I am prepared to schedule Mr. James and at least one provider (whom I've now been able to reach) for deposition in the next couple of weeks, assuming everyone is available. I would also like to schedule Mr. Dexter Williams as we've previously discussed, but that depends on whether you will be producing to us the long-outstanding documents that were in the possession of Mr. Williams' other attorneys. When can we expect to receive those documents?

Thanks,

Mauricio

Mauricio A. Gonzalez, Esq.
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street
Armonk, New York 10504
(Direct) 914-749-8393

(Mobile) 914-886-5964

(Fax) 914-749-8300
mgonzalez@bsfllp.com

---

**From:** Mauricio A. Gonzalez
**Sent:** Wednesday, September 28, 2011 2:43 PM
**To:** 'trey@nbslawyers.com'
**Cc:** Joyce Smithson
**Subject:** Tommy James v. Pfizer

Trey,

The next couple of weeks will work for me, so I will write in the next few days with proposed dates. Please let me know if you've been able to obtain copies of the Dexter Williams medical records from his other attorney and when we can expect to receive them. That will allow me to try to schedule both plaintiffs on back-to-back dates as you suggest. In addition, I will continue to reach out to providers.

As a point of elaboration and clarification, you called yesterday late afternoon, after I had already arrived in Little Rock, to inform us for the first time that you had not been able to get a hold of Mr. James recently, that he had failed to show up to a meeting you had scheduled with him yesterday, and that today's deposition may have to be postponed. I told you that that was your decision, and that we would work with you to reschedule but would seek costs for the expenses we had incurred, should you decide to postpone the deposition. After I learned and informed you that the court reporting service would not charge any costs if the service was cancelled by 8 PM Eastern, you decided to continue trying to reach Mr. James until close to that time. At about 7:40 PM, after you had tried to reach Mr. James for another hour or two without success, you called me again to definitely cancel today's deposition in order to avert the reporting costs. I reiterated that it was your decision whether or not to cancel the deposition, since we would have no way of

3

gauging whether your client would appear today. You then decided to cancel the deposition.

I look forward to rescheduling Mr. James' deposition, grouped with others as you suggest.

Thanks,


Mauricio Alfredo Gonzalez, Esq.
Boies, Schiller, and Flexner LLP


---

**From**: Trey Stegall <trey@nbslawyers.com>
**To**: Mauricio A. Gonzalez
**Sent**: Wed Sep 28 13:08:25 2011
**Subject**: Tommy James v. Pfizer

Mauricio-


This email will confirm that after our conversations yesterday we agreed to cancel today's deposition of Tommy James. Mr. James did not appear for deposition prep yesterday or respond to my calls, and I thought it our best option to cancel in lieu of incurring the cost of a court reporter and videographer when it seemed unlikely that he would appear. I appreciate your willingness to work with me in that regard.


I have now been in touch with my client and he has explained the reason for his absence and expressed a desire to continue with this case. I would like to reschedule his deposition as quickly as possible within the next couple of weeks. My hope is that we can group that deposition together with one or more of his medical providers or with Dexter Williams' second day of deposition.


Regards,


Trey


# James A. Stegall III

LAW OFFICE OF NEWTON B. SCHWARTZ

1911 Southwest Freeway

4

Houston, Texas 77098

(713) 630-0708

(713) 630-0789 fax

(800) 536-6006 toll free

trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]