# EXHIBIT F

Mauricio A. Gonzalez
_____

| | |
|---|---|
| **From:** | Trey Stegall <trey@nbslawyers.com> |
| **Sent:** | Wednesday, January 18, 2012 5:54 PM |
| **To:** | Mauricio A. Gonzalez |
| **Cc:** | Kathleen Womack; Mabel Lo; Vincent Lo; Newton Schwartz |
| **Subject:** | Re: Tommy James and Dexter Williams |

Mauricio:

Thank you for your correspondence. It is our intent to dismiss or withdraw from both Tommy James and Dexter Williams. We have contacted the clients in this regard and by the end of next week I will be in touch with you regarding either a request for an agreed dismissal or a motion for leave to withdraw for each client. There is therefore no need to move forward with the scheduling of depositions in these cases.

Thanks for your cooperation. If you have any further question please let me know.

Regards,

Trey

# James A. Stegall III
LAW OFFICE OF NEWTON B. SCHWARTZ
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
(800) 536-6006 toll free
trey@nbslawyers.com

CONFIDENTIALITY NOTICE: The information contained in this electronic mail message is confidential and intended only for the personal and confidential use of the designated recipients. This message may be an attorney-client communication or attorney work product and as such is privileged and confidential. For any questions, or if you received this message in error, please contact the Law Offices of Newton B. Schwartz, Sr. at (713) 630-0708.

1