# EXHIBIT G

**BOIES, SCHILLER & FLEXNER LLP**

January 25, 2012

Via Email: trey@nbslawyers.com
and U.S. Mail

James A. Stegall III
Law Office of Newton B. Schwartz
1911 Southwest Freeway
Houston, Texas 77098

Re: *Tommy James v. Pfizer* (Neurontin Litigation)

Dear Trey:

As you have recently informed us of your intent to dismiss or withdraw from the above-referenced case (Ex. A), I write concerning the reimbursement of expenses incurred in connection with the depositions cancelled in that case.

As you know, Mr. James's deposition was originally scheduled for September 28, 2011. As reflected in the enclosed email exchanges, you cancelled the deposition the evening of September 27, 2011 – after I had already travelled from New York to Little Rock, Arkansas, for the deposition – because you were unable to find Mr. James. (Ex. B.) We request reimbursement of $1,078.19 for my travel-related expenses incurred in connection with this cancelled deposition. (*See* Ex. C)

We subsequently rescheduled Mr. James's deposition for November 11, 2011, together with the deposition of provider Dr. John Downes, which was scheduled for November 10, 2011. (Ex. D.) On November 8, 2011, you cancelled those depositions because you were again unable to locate Mr. James. (Ex. E.) After these cancellations, Dr. Downes sent the enclosed statement, seeking $1,106.25 for his time in preparing for his cancelled deposition. (Ex. F.) We also request that you pay these costs.

Please let me know when and how you expect to remit these payments. If you have any questions or wish to discuss this further, please call me at (914) 749-8393.

Best regards,

Mauricio A. Gonzalez

Enclosures