UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING § | | |
| AND SALES PRACTICES § | | |
| LITIGATION § | § | MDL Docket No. 1629 |
| § | | |
| § | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: § | | |
| § | § | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL § | | |
| vs. PFIZER INC., ET AL § | § | Chief Magistrate Judge Leo Sorokin |
| Case No. 06-11024-PBS § | | |
| § | | |
| MARTHA ACCETULLO, ET AL § | | |
| vs. PFIZER, INC., ET AL § | | |
| Case No. 06-10912-PBS § | | |
| § | | |
| KAMALIHA Y. BREWSTER, ET AL § | | |
| vs. PFIZER, INC, ET AL § | | |
| Case No. 06-11022-PBS § | | |
| § | | |
| CHARLES D. GIRARD, ET AL, § | | |
| vs. PFIZER, INC., ET AL § | | |
| Case No. 06-11023-PBS § | | |

**MOTION FOR CONTINUANCE OF STATUS CONFERENCE HEARING SCHEDULED FOR MAY 18, 2012**

TO THE HONORABLE MAGISTRATE JUDGE LEO SOROKIN:

NOW COMES, Movant, Jack W. Harang, and files this Motion for a Continuance of the status conference hearing scheduled for May 18, 2012. As grounds, he would show the following:

1. Movant has a previously scheduled settlement conference on the same date in Civil Action No. 2:11-cv-02728; *Ralph Toland v. Antill Pipeline Construction Company, Inc.;* In the U.S. District Court, Eastern District of Louisiana.

## CERTIFICATE OF CONFERENCE WITH DEFENDANT'S COUNSEL

Movant has conferred with all counsel and all counsel are available for appearance before this Court on May 21, 22 or 23 at any time the Court is able to entertain such hearing.

If these proposed dates are not compatible with the Court's calendar, all counsel are available to participate in a telephone conference with the Court to schedule a compatible date.

WHEREFORE, Movant respectfully requests a continuance of the above referenced hearing from May 18, 2012 to May 21, 22 or 23.

>Respectfully Submitted,
>
>*/s/ Jack W. Harang*
>Jack W. Harang
>JACK W. HARANG, APLC
>LBN: 15083
>228 St. Charles Ave., Suite 501
>New Orleans, LA 70130
>Telephone: (504) 581-7050
>Facsimile: (504) 581-7057

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served to all know parties on this 13th day of April, 2012.

             */s/ Jack W. Harang*
             Jack W. Harang