UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
:   MDL DOCKET NO. 1629
In re:  NEURONTIN MARKETING, SALES   :
PRACTICES AND PRODUCTS   :   Master File No. 04-10981
LIABILITY LITIGATION   :
:   Judge Patti B. Saris
:
:   Magistrate Judge Leo T. Sorokin
:
---------------------------------------------------------------- x
:
THIS DOCUMENT RELATES TO:   :
:
:
*Martha Accettullo et al. v. Pfizer Inc., et al.,*   :
1:06-cv-10912-PBS   :
:
---------------------------------------------------------------- x

**DECLARATION OF NEWTON B. SCHWARTZ IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SANCTIONS AND EXPENSES AND FEES; AND PLAINTIFF'S REPLY TO DEFENDANTS' CONSOLIDATED RESPONSE TO THE SCHWARTZ FIRM'S MOTION TO WITHDRAW AS LEAD COUNSEL AND MEMORANDUM IN SUPPORT OF THEIR CROSS-MOTION FOR SANCTIONS AND EXPENSES AND FEES**

1. Newton B. Schwartz, Sr. declares and states as follows:

2. I am an attorney with the Law Offices of Newton B. Schwartz, Sr., counsel for Plaintiffs in the above-referenced matter. I make this declaration based on my own personal knowledge and information.

3. The foregoing facts and statements stated in Plaintiff's Responses to Defendants' Cross-Motion for Sanctions and Expenses and Fees; and Plaintiff's Reply to Defendants' Consolidated Response to the Schwartz Firm's Motion to Withdraw as Lead Counsel and Memorandum in Support of their Cross-Motion for Sanctions and Expenses and Fees are true and correct.

        /s/Newton B. Schwartz, Sr.
        NEWTON B. SCHWARTZ, SR.

## **CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 17th day of April, 2012.

        /s/Newton B. Schwartz, Sr.
        NEWTON B. SCHWARTZ, SR.