UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
In re:   NEURONTIN MARKETING, SALES       :   MDL Docket No. 1629
         PRACTICES, AND PRODUCTS          :
         LIABILITY LITIGATION             :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
                                                          :   Magistrate Judge Leo T.
*Andria Renee Blackwell v. Pfizer Inc, et al.*   :   Sorokin
Case No. 06-10420                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by all of the Plaintiffs and all the Defendants in
the above-captioned action, through authorized counsel below, that pursuant to FRCP
41(a)(1)(A)(ii), the above captioned action is hereby dismissed by Plaintiff above with prejudice
as to all claims and all Defendants, with each party to bear its own costs and attorneys' fees.

Dated:  April 17, 2012                 Respectfully submitted,

HENINGER GARRISON DAVIS, LLC          SKADDEN, ARPS, SLATE, MEAGHER
                                                       & FLOM LLP

By:   /s/  William L. Bross_____      By:   /s/ Mark S. Cheffo_____
      William L. Bross                       Mark S. Cheffo

2224 First Avenue North               Four Times Square
Birmingham, AL 35203                  New York, NY 10036
Tel:  (205) 326-3336                  Tel:  (212) 735-3000
email:  wlbross@hgdlawfirm.com        email:  Mark.Cheffo@skadden.com

*Attorneys for Plaintiff Andria Renee Blackwell*   *Attorneys for Defendants Pfizer Inc and*
                                                                      *Warner-Lambert Company LLC*

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO #643543

Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  (617) 951-7000
Justin.Wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 17, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz