UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,                          : MDL Docket No. 1629
        SALES PRACTICES, AND                           :
        PRODUCTS LIABILITY LITIGATION          : Master File No. 04-10981
                                                                                :
---------------------------------------------------------------------X  Judge Patti B. Saris
                                                                                :
THIS DOCUMENT RELATES TO:                         : Magistrate Judge Leo T. Sorokin
                                                                                :
IRENE BARLOW                                                   :
1:05-175 SS Western District of Texas                :
1:05-cv-11501 PBS   District of Massachusetts  :
---------------------------------------------------------------------X

AGREED DESIGNATION OF CONTENTS OF THE RECORD

Pursuant to the Conditional Remand Order, December 16, 2011, in which the Judicial Panel on Multi-District Litigation remanded *Barlow v. Pfizer, Inc. et al*. DIST DIV. C.A.NO. CASE CAPTION, MA 1:05-cv-11501 to the Western District of Texas as TXW 1:05-00175 *Barlow v. Pfizer, Inc. et al*, and to Rule 10.4, Rules of the Panel of Multi-District Litigation, Plaintiff Irene Barlow and Defendants Warner-Lambert, Parke-Davis, and Pfizer, Inc., et al, designate the items listed in the attached Exhibit A to be furnished by the Clerk of the District of Massachusetts to the Clerk of the Western District of Texas.

The parties have agreed to this designation of the contents of the record.

Dated: April 20, 2012                          LAW OFFICES OF JACK W. LONDON

                                                      3701Bee Cave Rd., Suite 200
                                                      Austin, TX  78746
                                                      512-478-5858-9telephone
                                                      512-479-5934 (facsimile)

                                                      By:_____
                                                         Jack W. London
                                                        State Bar No. 12512500

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, TX 78701
512-476-4600 (telephone)
512-476-5382 (facsimile)
Archie Carl Pierce
State Bar No. 15991500

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred with defendant's counsel and counsel agrees with this designation of the Contents of the Record.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on April 20, 2012.

Dated: April 20, 2012

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London, Esq.