# EXHIBIT A

*Barlow v. Pfizer Inc*, Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 7/13/2004 |
| Answer | N/A | | 8/10/2004 |
| Case Management Order Number 3 | 62 | | 03/18/05 |
| MOTION to Appoint Counsel *Motion by Plaintiff Irene Barlow for Appointment of Jack W. London, Esq. to Products, Liability Plaintiffs' Steering Committee (Filed as Courtesy to Irene Barlow's Counsel)* by All Plaintiffs. (Sobol, Thomas) (Entered: 06/17/2005) | 159 | | 6/17/2005 |
| RESPONSE to Motion re 159 MOTION to Appoint Counsel *Motion by Plaintiff Irene Barlow for Appointment of Jack W. London, Esq. to Products, Liability Plaintiffs' Steering Committee (Filed as Courtesy to Irene Barlow's Counsel)* filed by Pfizer, Inc. (Chaffin, David) (Entered: 07/01/2005) | 168 | | 7/01/2005 |
| MDL Case transferred in from District of Texas; Case Number 05-cv-175., filed by Irene Barlow. (Attachments: # 1 Original Docket)(Abaid, Kim) (Entered: 07/15/2005) | | 33 | 7/12/20005 |
| REPLY to Response to Motion re 159 MOTION to Appoint Counsel *Motion by Plaintiff Irene Barlow for Appointment of Jack W. London, Esq. to Products, Liability Plaintiffs' Steering Committee (Filed as Courtesy to Irene Barlow's Counsel)* filed by All Plaintiffs. (Sobol, Thomas) (Entered: 07/13/2005) | 183 | | 7/13/2005 |
| Magistrate Judge Leo T. Sorokin: ORDER consolidating cases; In order to facilitate the orderly management of the Neurontin related litigation the Court enters the following Order consolidating all cases presently pending in this Court that were transferred by the MDL to this Court under MDL Docket Number 1629. In Re Neurontin, C.A. No. 04-10981-PBS will be the lead case.(Paine, Matthew) (Entered: 07/25/2005) | | 34 | 7/20/2005 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
**Agreed Contents of the Record**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: ORDER entered; The Court makes the following Orders. The Motion for Appointment of Jack W. London, Esquire to the Plaintiffs' Products Liability Steering Committee (Docket # 159) is Allowed. The Court will oral argument on Assurant's Motion for Remand (Docket #125), Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation (Docket #126) and Allen's Motion to Remand (Docket #131) on Thursday August 18, 2005 at 1:00 p.m. in Courtroom #14. Class Plaintiffs' Unopposed Motion to File a Forty-Six page Memorandum in Support of Class Certification (Docket #205) is Allowed. Plaintiffs' Motion to File Declarations in Support of Plaintiffs' Motion for Class Certification Under Seal (Docket # 202) is Allowed. Defendants' Motion for Inclusion in Case management Order No. 4 of Provision Preventing Redundant Prosecution of Claims (Docket #137) and Defendants' Amended Motion with Regard to Case Management Order No. 4 (Docket #164) are DENIED (Simeone, Maria) (Entered: 08/09/2005) | 210 | | 8/09/2005 |
| Judge Leo T. Sorokin: MEMORANDUM AND ORDER entered.(Tyler, Rebecca) (Entered: 06/19/2006) | 376 | | 06/19/06 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
**Agreed Contents of the Record**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Judge Patti B. Saris: MEMORANDUM AND ORDER entered regarding 363 Motion to Dismiss by Pfizer, and 431 Motion to Dismiss by Pfizer. "...ORDER. Defendant's motion to dismiss plaintiffs' fraud claims is ALLOWED without prejudice to replead the fraud allegations. Defendants' motion to dismiss all other claims is DENIED." (see memorandum and order for complete text.) (Alba, Robert) Additional attachment(s) added on 2/23/2007 (Alba, Robert). (Entered: 02/23/2007) | 646 | | 02/23/07 |
| NOTICE by Irene Barlow *Certification* (London, Jack) (Entered: 11/13/2007) | 951 | | 11/13/2007 |
| First MOTION Defendant Substitution for Deceased Deft Jay Seastrunk by Irene Barlow. (London, Jack) (Entered: 02/15/2008) | 1137 | | 2/15/2008 |
| Judge Patti B. Saris: ORDER entered. MEMORANDUM AND ORDER, denying 1157 MOTION in Limine *MOTION TO EXCLUDE THE TESTIMONY OF DOCTORS TRIMBLE, KRUSZEWSKI AND BLUME ON THE ISSUE OF GENERAL CAUSATION* filed by Pfizer, Inc. (Patch, Christine) (Entered: 05/05/2009) | 1775 | | 05/05/09 |
| Judge Patti B. Saris: Electronic ORDER entered denying [925] Motion to Strike the Designated Expert Report of Michael Trimble, M.D. and Exclude Dr. Trimble's Testimony (Patch, Christine) | N/A | | 5/7/2009 |
| Exhibit 1. List of Plaintiffs Covered by Defendants' Motion for Summary Judgment | 1164-2 | | 03/07/2008 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Judge Patti B. Saris: Electronic ORDER entered re [1270] Motion to Exclude Certain Portions of the Declaration of Defendants' Rebuttal Expert, Dr. Gibbons. "Allowed except with respect to the FDA alert." (Patch, Christine) | N/A | | 5/7/2009 |
| Judge Patti B. Saris: ORDER entered. MEMORANDUM AND ORDER granting in part and denying in part 1232 MOTION to Dismiss *Product Liability Plaintiffs' Fraud Claims Based Upon Allegedly Improper Marketing* filed by Pfizer, Inc. (Patch, Christine) (Entered: 05/26/2009) | 1790 | | 05/26/09 |
| Judge Patti B. Saris: ORDER entered. MEMORANDUM AND ORDER, denying 1161 MOTION for Summary Judgment filed by Pfizer, Inc. (Patch, Christine) (Entered: 06/09/2009) | 1826 | | 6/09/2009 |
| MOTION to Compel discovery from defendants by Irene Barlow. (London, Jack) (Entered: 02/08/2010) | 2474 | | 2/08/2010 |
| MEMORANDUM in Support re 2474 MOTION to Compel discovery from defendants filed by Irene Barlow. (London, Jack) (Entered: 02/08/2010) | 2475 | | 2/08/2010 |
| DECLARATION re 2474 MOTION to Compel discovery from defendants by Irene Barlow. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(London, Jack) (Entered: 02/08/2010) | 2476 | | 2/08/2010 |
| MOTION to Amend 2474 MOTION to Compel discovery from defendants by Irene Barlow. (London, Jack) (Entered: 02/09/2010) | 2480 | | 2/09/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: Electronic ORDER entered denying as untimely 2463 Motion for an IME. Fact discovery closed on 1/29/10 and the request, on that date, for an IME to occur in late February is too late; terminating 2474 Motion to Compel as plaintiff has filed an amended version of this motion as Docket # 2480. (Tyler, Rebecca) (Entered: 02/18/2010) | | | 2/18/2010 |
| MOTION for Protective Order Imposing Cost-Shifting by Warner-Lambert Company LLC, Pfizer, Inc. (Cheffo, Mark) (Entered: 02/23/2010) | 2577 | | 2/23/2010 |
| MEMORANDUM in Support re 2577 MOTION for Protective Order Imposing Cost-Shifting And In Opposition To Motion To Compel Discovery From Defendants 2480 , And In Opposition To Motion To Compel Discovery By Members Of The Plaintiffs Product Liability Steering Committee 2482 filed by Warner-Lambert Company LLC, Pfizer, Inc. (Cheffo, Mark) (Entered: 02/23/2010) | 2578 | | 2/23/2010 |
| AFFIDAVIT of Deena Coffman in Support re 2577 MOTION for Protective Order Imposing Cost-Shifting And In Opposition To Motion To Compel Discovery From Defendants 2480 , And In Opposition To Motion To Compel Discovery By Members Of The Plaintiffs Product Liability Steering Committee 2482 filed by Warner-Lambert Company LLC, Pfizer, Inc. (Cheffo, Mark) (Entered: 02/23/2010) | 2579 | | 2/23/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| DECLARATION *Of Mark S. Cheffo In Support Of Motion For Protective Order [2577[, And In Opposition To Motion To Compel Discovery From Defendants 2480 , And In Opposition To Motion To Compel Discovery By Members Of The Plaintiffs Product Liability Steering Committee 2482* by Warner-Lambert Company LLC, Pfizer, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Cheffo, Mark) (Entered: 02/24/2010) | 2580 | | 2/23/2010 |
| ELECTRONIC NOTICE of Hearing on Motions; The court will hold a hearing on the following motions; 2577 MOTION for Protective Order *Imposing Cost-Shifting*, 2482 MOTION to Compel *Discovery*, 2480 MOTION to Amend 2474 MOTION to Compel *discovery from defendants* : The Motion Hearing has been set for 3/22/2010 04:00 PM in Courtroom 24 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 03/05/2010) | | | 3/05/2010 |
| RESPONSE to Motion re 2577 MOTION for Protective Order *Imposing Cost-Shifting* filed by Irene Barlow. (London, Jack) (Additional attachment(s) added on 3/10/2010: # 1 Exhibit 1, # 2 Exhibit 2) (Patch, Christine). (Entered: 03/09/2010) | 2639 | | 3/09/2010 |
| REPLY to Response to 2577 MOTION for Protective Order *Imposing Cost-Shifting* filed by Warner-Lambert Company LLC, Pfizer, Inc. (Cheffo, Mark) (Entered: 03/19/2010) | 2710 | | 3/19/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| AFFIDAVIT of Deena Coffman in Support re 2577 MOTION for Protective Order *Imposing Cost-Shifting (CORRECTED AFFIDAVIT) And In Opposition To Motion To Compel Discovery From Defendants 2480 , And In Opposition To Motion To Compel Discovery By Members Of The Plaintiffs Product Liability Steering Committee 2482* filed by Pfizer, Inc., Warner-Lambert Company LLC. (Cheffo, Mark) (Entered: 03/22/2010) | 2727 | | 3/22/2010 |
| Magistrate Judge Leo T. Sorokin: ORDER entered ; DISCOVERY ORDER REGARDING COST SHIFTING MARCH 2010; Accordingly, Defendants Motion for Cost Shifting (Docket #2577) is DENIED, Products Liability Plaintiffs Motion to Compel (Dkt#2482) is ALLOWED and Plaintiff Irene Barlow' Amended Motion to Compel (Dkt#2480) is ALLOWED. Insofar as Plaintiffs request sanctions that request is DENIED. Defendant shall comply with this Order as to Plaintiff Barlow within fourteen days At the hearing, the parties indicated they wished the Court to review certain scheduling proposals. They shall inform the Clerk by close of business this Friday the docket numbers of the relevant documents. (Simeone, Maria) (Entered: 03/24/2010) | 2751 | | 3/24/2010 |
| Magistrate Sorokin, Scheduling Order All Products Cases | 2839 | | 6/9/2010 |
| MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories* by Irene Barlow. (London, Jack) (Entered: 06/15/2010) | 2847 | | 6/15/2010 |

*Barlow v. Pfizer Inc*, Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* by Irene Barlow. (London, Jack) (Entered: 06/15/2010) | 2848 | | 6/15/2010 |
| MEMORANDUM in Support re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories*, 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Irene Barlow. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(London, Jack) (Entered: 06/15/2010) | 2849 | | 6/15/2010 |
| MEMORANDUM in Support re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories*, 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Irene Barlow. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4)(London, Jack) (Entered: 06/15/2010) | 2850 | | 6/15/2010 |
| Exhibits 5 and 6 to 2849 MEMORANDUM in Support re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories*, 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Irene Barlow. (Attachments: # 1 Exhibit 5, # 2 Exhibit 6)(London, Jack) Modified on 6/16/2010 (Patch, Christine). (Entered: 06/15/2010) | 2851 | | 6/15/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
**Agreed Contents of the Record**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Exhibit 7, Part I to 2849 MEMORANDUM in Support re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories,* 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Irene Barlow. (Attachments: # 1 Exhibit 7 - Part I)(London, Jack) Modified on 6/16/2010 (Patch, Christine). (Entered: 06/15/2010) | 2852 | | 6/15/2010 |
| Exhibit 7, Part II to 2849 MEMORANDUM in Support re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories,* 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Irene Barlow. (Attachments: # 1 Exhibit 7 - Part II)(London, Jack) Modified on 6/16/2010 (Patch, Christine). (Entered: 06/15/2010) | 2853 | | 6/15/2010 |
| Exhibit 7, Part III to 2849 MEMORANDUM in Support re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories,* 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Irene Barlow. (Attachments: # 1 Exhibit 7 - Part III)(London, Jack) Modified on 6/16/2010 (Patch, Christine). (Entered: 06/15/2010) | 2854 | | 6/15/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Exhibit 7, Part IV to 2849 MEMORANDUM in Support re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories,* 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Irene Barlow. (Attachments: # 1 Exhibit 7 - Part IV)(London, Jack) Modified on 6/16/2010 (Patch, Christine). (Entered: 06/15/2010) | 2855 | | 6/15/2010 |
| Opposition re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories,* 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Warner-Lambert Company. (Francisco, Ana) (Entered: 06/29/2010) | 2873 | | 6/29/2010 |
| AFFIDAVIT of Mark S. Cheffo in Opposition re 2847 MOTION for Sanctions *for defendants' willful contempt of this court's order (ECF Docket Order 2751) compelling Defendants to answer interrogatories,* 2848 MOTION for Sanctions *for defendants' willful contempt of this Court's Order (ECF Docket Order 2751) compelling Defendants to produce discovery* filed by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Francisco, Ana) (Entered: 06/29/2010) | 2874 | | 6/29/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
**Agreed Contents of the Record**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: ELECTRONIC ORDER entered DENYING Plaintiff Barlow's Motions for Sanctions (Docket #s 2847, 2848). The Court did not resolve disputes about any particular discovery requests in the earlier ruling on cost sharing. The reliance on the Court's decision in Afreedi is misplaced in this case as Plaintiff Barlow has not established a complete failure to participate in discovery. Rather, the record establishes that the Defendant has responded to the document requests and interrogatories served by Plaintiff Barlow. Pfizer's Motion to Compel (Docket # 2897) concerning certain plaintiffs represented by Attorneys Boone or Schwartz whose cases are subject to the September deadline is ALLOWED AS UNOPPOSED. It is further ORDERED that the responsive discovery shall be provided by August 13, 2010, or the plaintiffs failing to do so shall face dismissal of their cases. (Chernetsky,James) (Entered: 08/04/2010) | | | 8/04/2010 |
| First MOTION for Hearing *for Ruling on Motion to Compel (Document 2480) Or, Alternatively, Request for Hearing and Argument on Motion to Compel (Document 2480)* by Irene Barlow.(London, Jack) (Entered: 08/05/2010) | 3004 | | 8/05/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: ELECTRONIC ORDER entered; The Motions for Hearing (Docket #s 3004, 3005, 3006, 3007 and 3008) are DENIED WITHOUT PREJUDICE as premature. Regarding the now pending Motions to Compel (Docket #s 2992, 2994, 2996, 3000 and the related papers filed in support of these motions), the moving parties have requested oral argument within their motions. The Court is considering that request and awaiting the oppositions to the Motions for Compel before determining whether a hearing is necessary. Previously Plaintiff Barlow filed a motion to compel which motion was resolved in light of the parties agreement over the documents to be produced but disagreement over cost-shifting. Docket #2751. Recently, Plaintiff Barlow moved for sanctions for breach of the Courts Order which Motion was denied. Plaintiff Barlow has now filed a motion for a hearing or in the alternative ruling on the discovery issues raised in the original motion to compel. This Motion (Docket # 3004) is DENIED. Plaintiff Barlow may file a motion to compel, however, such Motion must comply with Local Rule 37.1 and in particular L.R. 37.1 (B)(4) & (5) including therein an explanation of what has and/or has not been produced. Before the filing of this Motion, the Local Rules require counsel to confer to resolve or narrow the issue. L.R. 7.1(A)(2). (Simeone, Maria) (Entered: 08/09/2010) | | | 8/09/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: ELECTRONIC ORDER entered ; The Motion to Schedule Trial Preservation Depositions (#2870) is ALLOWED IN PART AND DENIED IN PART. Plaintiffs may take the trial preservation depositions. The parties will make objections for ruling by the trial judge to whom the depositions are submitted. The parties shall confer regarding scheduling and any procedural issues. In addition, within thirty days, defendants shall determine whether they wish to take trial depositions of any of their witnesses and so notify the Plaintiffs. The Court will resolve any disputes regarding the procedures or schedule. (Simeone, Maria) (Entered: 10/08/2010) | | | 10/08/10 |
| Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions by Pfizer, Inc., Warner-Lambert Company LLC. (Francisco, Ana) (Entered: 10/15/2010) | 3095 | | 10/15/2010 |
| MEMORANDUM in Support re 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions filed by Pfizer, Inc., Warner-Lambert Company LLC. (Francisco, Ana) (Entered: 10/15/2010) | 3096 | | 10/15/2010 |
| DECLARATION re 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions, 3096 Memorandum in Support of Motion *(Mark S. Cheffo)* by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Francisco, Ana) (Entered: 10/15/2010) | 3097 | | 10/15/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: ELECTRONIC ORDER entered. Any response to the Defendants' Emergency Motion (Docket #3095) shall be filed by October 22, 2010. (Sorokin, Leo) (Entered: 10/18/2010) | | | 10/18/2010 |
| Set Deadlines as to 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions. Responses due by 10/22/2010 (Patch, Christine) (Entered: 10/18/2010) | | | 10/18/2010 |
| MEMORANDUM in Opposition re 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions filed by Irene Barlow. (London, Jack) (Entered: 10/22/2010) | 3103 | | 10/22/2010 |
| Declaration of Jack W. London re 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions, filed by Irene Barlow. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(London, Jack) Modified on 10/26/2010 to correct event (Patch, Christine). (Entered: 10/22/2010) | 3104 | | 10/22/2010 |
| MEMORANDUM in Opposition re 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 10/22/2010) | 3105 | | 10/22/2010 |

*Barlow v. Pfizer Inc*, Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| REPLY to Response to 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions *(Leave To File Reply granted 10/27/10)* filed by Pfizer, Inc., Warner-Lambert Company. (Francisco, Ana) (Entered: 10/27/2010) | 3115 | | 10/27/2010 |
| SUR-REPLY to Motion re 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions, 3108 MOTION for Leave to File *Reply Memorandum in Further Support of Emergency Motion for an Order Prohibiting Improper Tactics During Fact Witness Depositions and Imposing Sanctions Leave to File Granted (10/28/10)* filed by Irene Barlow. (London, Jack) (Entered: 10/28/2010) | 3116 | | 10/28/2010 |
| Magistrate Judge Leo T. Sorokin: ELECTRONIC ORDER entered; The Motion for Sanctions Regarding Deposition Tactics (Dkt#3095) is DENIED without prejudice to objecting to the admission or use of any portion of the deposition at trial. Regarding Morrow, the Court finds no attempt to poison the well nor any basis to impose sanctions re 3095 Motion for Order (Simeone, Maria) (Entered: 10/29/2010) | | | 10/29/2010 |
| Objection to Order on Motion for Order, by Pfizer, Inc., Warner-Lambert Company LLC *(Order denying Pfizer's Motion 3095 relating to Barlow v. Pfizer No. 05-cv-11501)*. (Francisco, Ana) (Entered: 11/12/2010) | 3124 | | 11/12/2010 |
| Third RESPONSE to Motion re 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions *3124* filed by Irene Barlow. (London, Jack) (Entered: 11/17/2010) | 3127 | | 11/17/2010 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
Agreed Contents of the Record

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| DECLARATION re 3127 Response to Motion *3124* by Irene Barlow. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Errata C)(London, Jack) (Entered: 11/17/2010) | 3128 | | 11/17/2010 |
| Memorandum and Order (Saris) (Denying [2121] Motion in Limine (*Daubert* Motion), Defendant Epidemiology Expert Gibbons | 3361 | | 3/18/2011 |
| *Reply in Further* Response by Pfizer, Inc., Warner-Lambert Company LLC to Order on Motion for Order, *Objecting to Magistrate Judge's Denial of Motion for an Order Prohibiting Improper Tactics During Fact Witness Depositions and Imposing Sanctions (Re: Barlow v Pfizer Inc 05-cv-11501)*. (Francisco, Ana) (Entered: 04/19/2011) | 3418 | | 4/19/2011 |
| DECLARATION re 3418 Response, *in Support of Defendants' Reply (Mark S. Cheffo)* by Pfizer, Inc., Warner-Lambert Company LLC. (Attachments: # 1 Exhibit A)(Francisco, Ana) (Entered: 04/19/2011) | 3419 | | 4/19/2011 |
| Judge Patti B. Saris: ELECTRONIC ORDER entered DENYING 3124 Objection to Electronic Order of 10/29/2010 denying 3095 Emergency MOTION for Order to Prohibit Improper Tactics During Fact Witness Depositions and Imposing Sanctions. (Anderson, Jennifer) (Entered: 04/21/2011) | | | 4/20/2011 |
| MOTION to Remand by Irene Barlow. (Attachments: # 1 Exhibit Proposed Suggestion of Remand Order)(London, Jack) (Entered: 11/11/2011) | 3701 | | 11/11/2011 |
| MEMORANDUM in Support re 3701 MOTION to Remand filed by Irene Barlow. (London, Jack) (Entered: 11/11/2011) | 3702 | | 11/11/2011 |

*Barlow v. Pfizer Inc,* Case No. 05-CV-11501-PBS
**Agreed Contents of the Record**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Proposed Document(s) submitted by Irene Barlow. Document received: Proposed Suggestion of Remand Order. (Attachments: # 1 Text of Proposed Order)(London, Jack) (Entered: 11/17/2011) | 3712 | | 11/17/2011 |
| Judge Patti B. Saris: ENDORSED ORDER entered re 3712 Proposed Document(s) submitted filed by Irene Barlow: "I APPROVE the Order of Remand." (Anderson, Jennifer) (Entered: 11/28/2011) | 3717 | | 11/23/2011 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered re Irene Barlow (case no. 05-cv-11501). (Anderson, Jennifer) (Entered: 11/28/2011) | 3718 | | 11/23/2011 |
| NOTICE from the MDL Panel REMANDING CASE BACK TO THEIR RESPECTIVE COURT. (Jones, Sherry) (Entered: 12/16/2011) | | 36 | 12/16/2011 |