UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
In re:  NEURONTIN MARKETING,              :  MDL Docket No. 1629
        SALES PRACTICES, AND              :
        PRODUCTS LIABILITY LITIGATION     :  Master File No. 04-10981
                                          :
---------------------------------------------------------------X  Judge Patti B. Saris
                                          :
THIS DOCUMENT RELATES TO:                 :  Magistrate Judge Leo T. Sorokin
                                          :
IRENE BARLOW                              :
1:05-175 SS Western District of Texas     :
1:05-cv-11501 PBS   District of Massachusetts :
---------------------------------------------------------------X

IRENE BARLOW'S ADDITIONAL DESIGNATION
OF CONTENTS OF THE RECORD

Pursuant to the Conditional Remand Order, December 16, 2011, in which the Judicial Panel on Multi-District Litigation remanded *Barlow v. Pfizer, Inc. et al,* DIST DIV. C.A.NO. CASE CAPTION, MA 1:05-cv-11501 to the Western District of Texas as TXW 1:05-00175, *Barlow v. Pfizer, Inc. et al*, and to Rule 10.4, Rules of the Panel of Multi-District Litigation, Plaintiff Irene Barlow designates the items listed in the attached Exhibit A to be furnished by the Clerk of the District of Massachusetts to the Clerk of the Western District of Texas.

The items on the attached list have not been agreed to by opposing counsel.  The items on this list are in addition to and not in lieu of the Agreed Designation of Contents of the Record.

Dated: April 20, 2012                     LAW OFFICES OF JACK W. LONDON

                                          3701 Bee Cave Rd., Suite 200
                                          Austin, TX  78746
                                          512-478-5858 9telephone
                                          512-479-5934 (facsimile)

                                          By:_____
                                              Jack W. London
                                              State Bar No. 12512500

WRIGHT & GREENHILL, P.C.<br>
221 West 6th Street, Suite 1800<br>
Austin, TX 78701<br>
512-476-4600 (telephone)<br>
512-476-5382 (facsimile)<br>
Archie Carl Pierce<br>
State Bar No. 15991500

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue of documents to be designated herein, but have been unable to do so.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on April 20, 2012.

Dated: April 20, 2012

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London, Esq.