UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
    ALL SCHWARTZ CASES :
:
------------------------------------------------------------x

**JOINT STATUS REPORT REGARDING
COMPLETION OF INITIAL FACT DISCOVERY IN THE SCHWARTZ CASES**

Pursuant to Magistrate Judge Leo T. Sorokin's April 10, 2012, Order [3834], Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") and the Law Offices of Newton B. Schwartz ("the Schwartz firm") respectfully submit the attached chart regarding the status of initial discovery in the 23 cases represented by the Schwartz firm, that the Schwartz Firm has indicated it wishes to litigate.  *See* Exhibit A.

As shown in the attached chart, the parties desire to complete approximately 143 additional depositions in these 23 cases.[1]  Plaintiffs propose that the parties attempt to conduct depositions at a rate of 8-10 depositions per month.  Defendants propose that the parties attempt to conduct depositions at a rate of 10-12 depositions per month.  Given that the majority of these depositions involve non-parties who may be more difficult to locate and schedule, including prescribing healthcare providers and certain sales representatives, the parties will use their best efforts to proceed at that pace and will keep the Court apprised of difficulties that cause

---

[1] The depositions of some plaintiffs were previously left open due to inadequate medical records available at the time of the deposition, and/or inadequate time to complete the deposition in one day.  Defendants reserve their right to complete these depositions at the appropriate time.

excessive delay at the status conferences held in these matters.

Depositions of additional witnesses, including prescribing healthcare providers and sales representatives, may be conducted at the appropriate time if either party deems such depositions to be necessary for discovery. However, Defendants respectfully submit that Plaintiffs have waived their right to depose sales representatives, as argued at the hearing on April 9, 2012. Accordingly, by listing sales representatives in this joint chart, Defendants do not waive their objections to the depositions of any sales representatives.

Dated:  April 24, 2012.

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Mark S. Cheffo
           Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
       Justin J. Wolosz
       BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 24, 2012.

               /s/ Justin J. Wolosz
               Justin J. Wolosz