# EXHIBIT A

## *In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Depositions Remaining in Cases of Non-Stayed Plaintiffs Represented by the Law Offices of Newton B. Schwartz[1]**

| Plaintiff Name | Docket No. | Prescribers Remaining[2] | Sales Representatives Remaining to be Taken by Plaintiffs[3] |
|---|---|---|---|
| Bellino, Beth | 06-11024-PBS | Cheryl Dodds[+] | Catherine Marie Pate |
| Brazell, Susan | 06-11024-PBS | Michael McCaffrey[+]<br>Baron Short[*]<br>Stephen A. Baker[*]<br>Larry Congdon[*]<br>J. Hayes[*] | |
| Brockman, Patricia | 06-11024-PBS | David J. Funsch[+]<br>Peter Naylor[+]<br>Steven Charles Poletti[+] | Anne Weiss |
| Byrum-Hill, Gwenna | 06-10912-PBS | Barry Carroll[+]<br>Richard Owings[+]<br>Jackie Coombe-Moore[+]<br>Virginia Sayner[+]<br>Matthew Jackson[+]<br>Joanne Goatcher[+]<br>James Zini[*]<br>Mary Corbitt[+]<br>Charles Pearce<br>Brian Kubacak | |

---

[1] Defendants reserve the right to continue any Plaintiffs' depositions that were previously left open, and to depose any prescribers either not accounted for on this list, or later discovered, either in these MDL proceedings or in each case's transferor court upon remand. Additionally, to the extent certain information in this chart is incorrect, in that it is later determined that a physician listed was not a prescriber, or a sales representative listed above did not call on a prescriber in a particular case, Defendants reserve the right to challenge the appropriateness of such a deposition.

[2] Prescriber witnesses with an asterisk (*) next to their name are witnesses Plaintiffs intend to depose. Prescriber witnesses identified by both parties are noted by a plus (+) sign. All unmarked prescriber witnesses are those identified by Defendants.

[3] All sales representatives listed are witnesses that Plaintiffs (versus Defendants) intend to depose. Defendants respectfully submit that Plaintiffs have waived their right to depose sales representatives, as argued at the hearing on April 9, 2012. Accordingly, by listing sales representatives in this joint chart, Defendants do not waive their objections to the depositions of any sales representatives.

| Plaintiff Name | Docket No. | Prescribers Remaining[2] | Sales Representatives Remaining to be Taken by Plaintiffs[3] |
|---|---|---|---|
| Carr, Lester | 06-11024-PBS | Peter Naylor[+]<br>William Sheldon[+] | Anne Weiss |
| Colley, Robert | 06-10912-PBS |  | Stephanie Misch<br>Ricky Echols<br>Suzanne Vives |
| Day, David | 06-11024-PBS | Charles Bounds[+]<br>Michael Alexander[*] | John Sosnowski |
| Gann, Monica | 06-11024-PBS | Balbir Coshal[+]<br>Robert Bank[+]<br>B. Brown[*]<br>Aziz Mohioddin[*] |  |
| Girard, Charles | 06-11023-PBS | Melanie Ice[+]<br>George Abraham[*] | Diane Giampa<br>Eugene Fromme<br>Stacee Jones<br>Dana Hilton<br>Robert Diluzio<br>Sylvia Gholston<br>Amy Riley<br>Christopher Turchi<br>Suzanne Moore<br>Madeline Werner<br>Janel Rively |
| Hargett, Janet | 06-11023-PBS |  | Stephanie M. Cannella<br>Edward C. Barton<br>Scott L. Isacksen<br>Brian S. Ferguson<br>David B. Keough<br>Kemal I. Bilgicer<br>Robin Rork Moen |
| Knowlton, Barbara | 06-11023-PBS | Craig G. Richman[+]<br>Radhika Mehendru[+]<br>Samer Kuzbari[+]<br>Rizalino Cruz[*]<br>Johnson[*]<br>Erika Pallie[*]<br>Spencer Phillips[*]<br>Sue Cober[*]<br>Darryl Lucas[*] | Brenda Liston<br>Terese Christensen |

| Plaintiff Name | Docket No. | Prescribers Remaining[2] | Sales Representatives Remaining to be Taken by Plaintiffs[3] |
|---|---|---|---|
| | | Robert M. Martin* <br> Donald Rynier* | |
| Larkin, Ann | 06-11022-PBS | Darin Christensen* <br> Robert Peprah* <br> Peter R. Kaplan* | John M. Snarr <br> Julie Weichert <br> Patricia Prins |
| Logan, Sandra | 06-11022-PBS | D. Pennell* | Leah Hais <br> Maria Coutee <br> Maureen Piersan |
| McMahon-Lough, Sandra | 06-11023-PBS | Mahendra Khera[+] <br> Carlos Azcarate* | Mary Beth Schmidt <br> Lisa Thompson |
| Pastine, Samuel | 06-11023-PBS | Carl High[+] <br> Christopher Creighton[+] <br> David Hubbard[+] <br> McClain[+] <br> Vaghi[+] <br> Russell Biondo[+] <br> Joseph A. Noronha[+] <br> Stanford Huber* <br> Richard Vaglienti* | Alan Heller <br> Brenda Liston <br> Joseph B. McCoy |
| Pettit, David | 06-11024-PBS | Cifuentes <br> James Edward Jenkins[+] <br> Ira Rosehshein* <br> Michael Canfield* | Brenda Liston |
| Saenz, Monica | 06-11022-PBS | Julie Wareham* <br> Taylor Ho* <br> Nicholas Nguyen* <br> Howard H. Lee* <br> C. H. Sun* <br> R. B. Summerour* | John Allard |
| St. Hilaire, Robert | 06-11024-PBS | Gloria Gage* | |
| Taggart, Jeffrey | 06-10912-PBS | John Downes* <br> Lee Walker* <br> Graham M. Reid* | David Hannah <br> William Dennis Horn <br> Susan Sneider <br> Carisa L. Malesic <br> Carisa Mattio <br> Stuart Burke |

3

| Plaintiff Name | Docket No. | Prescribers Remaining[2] | Sales Representatives Remaining to be Taken by Plaintiffs[3] |
|---|---|---|---|
| Valentino, Diane | 06-11022-PBS | Salvador G. Borromeo III*<br>Gilles Desmarais* | Dudarah<br>Wang<br>C. Garrett |
| Vice, Melissa | 06-11023-PBS | Andrew Angelino[+]<br>Balu Harini[+]<br>Efim Weinman[+]<br>Mesbah Dowla<br>Michael Fingerhood[+] | Patrick F. Kane<br>Mary Schmidt<br>Melinda Welsh<br>Lisa Thompson<br>Jay Bronder |
| Wilhelm, John | 06-11022-PBS | Michael Eastman*<br>Patrick J. McGree*<br>Terry Lane* | Theodore Danzer |
| Wine, Helen | 06-11023-PBS | Mouhanna Azzouz[+]<br>Raveen Mehendru[+]<br>Radhika Mehendru[+]<br>Ilene Blacksberg<br>Kenneth Katz | Brenda Liston<br>Joel Sydney<br>Joseph McCoy<br>Karen McCleod |