UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|   |   |
|---|---|
| : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | |
| SALES PRACTICES AND PRODUCTS   : | Master File No. 04-10981 |
| LIABILITY LITIGATION | |
| : | Judge Patti B. Saris |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|   |   |
|---|---|
| : | |
| THIS DOCUMENT RELATES TO | Magistrate Judge Leo T. |
| : | |
| *TOSHA BEST  v. Pfizer Inc., et al.,* | |
| 06-11024-PBS | Sorokin |
| : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  April 27, 2012


/s/ Newton B. Schwartz, Sr.  
Newton B. Schwartz, Sr.  
Law Offices of Newton B. Schwartz, Sr.  
1911 Southwest Freeway  
Houston, TX 77098  
Tel: (713) 630-0708  
Email: nbs@nbslawyers.com  

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo  
Mark S. Cheffo  
SKADDEN, ARPS, SLATE,  
MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
Tel: (212) 735-3000  

*Attorneys for Defendants Pfizer Inc.*
*And Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 27, 2012.

      /s/ Newton B. Schwartz, Sr.
      Newton B. Schwartz, Sr.