4/26/12

The Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court of the
District of Massachusettes
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusettes 02210

FILED
IN CLERKS OFFICE
2012 MAY -1  P 2: 42

RE: In re Neurontin, Sales and Practices and Product Liability, MDL Docket No. 1629, Master File No. 04 Civ 10981 (PBS) (LTS) Bugge v Pfizer Inc.; Individual Case Nos. 05-11700, 07-10327

Dear Judge Sorokin,

Sorry to do this by hand but my computer crashed. Thank you for allowing me the extra time to find new counsel. Unfortunately, it was an exercise in futility for reasons I have expressed in previous letters. I would like to reiterate that I did not agree to be part of a mass action. I was always told it would be an individual lawsuit. I was being represented individually and my case stood alone. My due process has been stripped from

me by this MDL and the actions of my own attorneys.

I ask the court to assign my case to a lawyer who still has cases alive in this MDL, or any lawyer who wants to hold Pfizer accountable for the deaths of people who were just trying to better themselves but Pfizer's drug, Neurontin, turned out to be the agent of their death.

Sincerely,

Robin S. Briggs