UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
|  | : MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : Master File No. 04-10981 |
|  | : Judge Patti B. Saris |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO

Magistrate Judge Leo T. Sorokin

*VIRGIL L. ANDERSON et al. v. PFIZER INC. et al.*,
06-11024-*PBS*

*ACCETULLO et al. v. PFIZER INC. et al.*,
06-10912-*PBS*

*BREWSTER et al. v. PFIZER INC. et al.*,
06-11022-*PBS*

*GIRARD et al. v. PFIZER INC. et al.*,
06-11023-*PBS*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' CURRENT STATUS REPORT**

Pursuant to the Court's May 9, 2011 Order, the undersigned counsel for Plaintiffs hereby submit their attached Current Status Report (5/5/2012) to the Court listing the current status of all pending cases in this MDL in the attached Exhibit "A.".

Respectfully Submitted,
The Law Offices of Newton B. Schwartz, Sr.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway

1

Houston, Texas 77098
Telephone: (713) 630-0708
*Facsimile: (713) 630-0789*

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 5th day of May, 2012.

<u>*/s/Newton B. Schwartz, Sr.*</u>
NEWTON B. SCHWARTZ, SR.