# EXHIBIT "A"

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Barkley, Melissa W. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Bolton, Carmen L. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Calvert, Pamela | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Carpenter, Felisha | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11023-PBS | |
| Davis, Kimm J. | Waiting for Court Approval | Stipulation of Dismissal Filed 2/24/12 | 06-CV-11024-PBS | |
| Deleon, Kelly | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-10912-PBS | |
| Lemacks, George B. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Lowe, Stephanie A. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Napoli-Branson, Jennifer | | Pending- Reinstatement | 06-CV-11023-PBS | Estate of Sherry Groves |
| Bellino, Beth A. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Brazell, Susan L. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Brockman, Patricia L. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Byrum-Hill, Gwenna J. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-10912-PBS | |
| Carr, Lester C. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Colley, Robert (Colley, Vera as representative) | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-10912-PBS | Estate of Robert Colley |
| Day, David A. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Gann, Monica S. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | Waiting for written confirmation from Plaintiff for agreement to dismiss | 06-CV-11024-PBS | |
| Girard, Charles D. Sr. | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Hargett, Janet | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Knowlton, Barbara A. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Larkin, Ann E. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| Logan, Sandra M. | Depos completed: Plaintiff, Prescribers; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| McMahon-Lough, Sandra D. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Pastine, Sherry | Depos completed: Plaintiff, Prescribers Depos remaining: Prescriber(s), Sales Rep. | Requested Defendants to provide date for the deposition of sales rep. (Alan Heller) by fax and e-mail on 4-5-2012; Defendants still have not responded to date | 06-CV-11023-PBS | Estate of Samuel Pastine |
| Pettit, David W. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Saenz, Monica L. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| St. Hilaire, Robert N. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Taggart, Jeffrey | Depos completed: Plaintiff, Prescriber; Depositions remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-10912-PBS | |
| Valentino, Diane M. | Depos completed: Plaintiff, Prescriber, Treating Physician; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| Vice, Melissa L. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Wilhelm, John W. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| Wine, Helen | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Best, Tosha R. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal Filed 4/27/2012 [3851] | 06-CV-11024-PBS | |
| Bunch, Carson | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted Plaintiff on 3/28/2012 and 4/2/2012 by phone; sent letter on 4/3/2012 to Plaintiff, no response to date | 06-CV-10912-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Campbell-Dean, Kimberly A. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of dismissal filed on 4/20/2012 [3840] | 06-CV-11024-PBS | |
| Carter, Damon (Mary Lynn Carter as representative) | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Attempted to contact Plaintiff's widow (Plaintiff is deceased), but was unable to reach her. Finally, spoke with Mary Lynn Carter, and she verbally agreed to dismiss the case; waiting for a written confirmation to dismiss from Mary Lynn Carter | 06-CV-10912-PBS | Estate of Carter, Damon |
| Conyers, Wilbur (Daisy Conyers as representative) | Suspended per 7/26/2011 Motion to Stay | Contacted Daisy Conyers and she verbally agreed to dismiss; sent letter to her for written confirmation for agreement to dismiss; contacted her again; no response to date | 06-CV-11024-PBS | Estate of Conyers, Wilbur C. |
| Cook, Connie B. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Talked to Plaintiff and am awaiting for written confirmation to dismiss the case; contacted her again and she stated that she is currently travelling and promised to send written confirmation after return from her trip | 06-CV-10912-PBS | |
| Crosby, Richard A. Jr | Suspended per 7/26/2011 Motion to Stay | Stipulation of dismissal filed on 4/27/2012 [3849] | 06-CV-11024-PBS | |
| Devore, Robert G. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of dismissal filed on 4/27/2012 [3850] | 06-CV-11024-PBS | |
| Dozier, Christine M. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Called and sent letter to Plaintiff; waiting for response | 06-CV-11023-PBS | |
| Dukes, Allison D. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Will call and send letter to Plaintiff again | 06-CV-11024-PBS | |
| Emmons, Sharon K. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Sent letter to Plaintiff, waiting for response | 06-CV-11024-PBS | |
| Ericsson-Harkness, Shanna G. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Stipulation of dismissal filed on 4/22/2012 [3841] | 06-CV-11023-PBS | |
| Falk, Corrine M. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Attempted to contact Plaintiff; no response to date; will contact Plaintiff again | 06-CV-11022-PBS | |
| Floyd, (S)Haron Y. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Plaintiff verbally agreed to dismiss; waiting for written confirmation to dismiss | 06-CV-11024-PBS | |
| Greer, Karen J. | | Filed stipulation of dismissal on 3-29-2012 [3819] | 06-CV-11024-PBS | |
| Gross, Kenneth | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Will call and send letter to Plaintiff again | 06-CV-10912-PBS | |
| James, Tommy D. | | Motion to withdraw as counsels filed on 3/30/2012 [3821] | 06-CV-10912-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Johnson, Elroy L. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Will call and send letter to Plaintiff again | 06-CV-10912-PBS | |
| Jones, Carla | | Will call and send letter to Plaintiff again | 06-CV-10912-PBS | |
| Lee, Dexter K | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Attempted to contact Plaintiff, no response to date; will contact Plaintiff again | 06-CV-11024-PBS | |
| Leger, Debra F. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Attempted to contact Plaintiff, no response to date; Sent letter again on 4/19/2012; no response to date | 06-CV-11023-PBS | |
| Luttrell, Leslie | | Letter to Plaintiff sent 9/26/11. Will contact Plaintiff and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS | |
| Lytle, Freddie B. | | Will contact Plaintiff and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS | |
| McIntyre, Marlene K | Suspended per 9/8/11 Motion to Stay [3626], ALLOWED 9/14/11 [3631]. | Letter to Plaintiff sent on 9/26/11. Contacted Plaintiff again recently. Will file Motion to Withdraw upon hearing from local counsel. | 06-CV-11023-PBS | |
| Mitchell, Isiah E. Sr | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Attempted to contact Plaintiff, no response to date; will contact Plaintiff again | 06-CV-11024-PBS | |
| Nichols, Wanda F. | | Stipulation of dismissal filed on 4/20/2012 [3842] | 06-CV-10912-PBS | |
| Northcutt, Charles | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Will contact Plaintiff and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | filed in AR | |
| Parker, Earnestine | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Contacted Plaintiff. Plaintiff verbally agreed to dismiss her case; sent letter and Plaintiff to confirm dismissal; no response to date | 06-CV-11024-PBS | |
| Pickett, Mary J. | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will contact Plaintiff and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11024-PBS | |
| Segle, Herman C. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact Plaintiff and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS | |
| Shakoor, Tuwanda V. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will contact Plaintiff and local counsel. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel. | 06-CV-11023-PBS | |
| Small, Robert L | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted Plaintiff, waiting for response from Plaintiff | 06-CV-11024-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Smith, Doris J. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Contacted Plaintiff; Plaintiff verbally agreed to dismiss her case; sent letter and Plaintiff to confirm dismissal | 06-CV-10912-PBS | |
| Smith, Dorothy E. | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will file stipulation of dismissal upon consent from Defendants' counsel | 06-CV-11024- | |
| Sprinkle, Harold | | Letter to local counsel sent 10/17/11; Ltr forwarded to Plaintiff on 10/28/11. Will contact Plaintiff and local counsel again. Will file Stipulation of Dismissal or Motion to Withdraw upon hearing from Plaintiff and local counsel | 06-CV-10912-PBS | |
| Stephens, Jana | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Contacted Plaintiff; no response; will file stipulation to withdraw upon hearing from local counsel | 06-CV-10912-PBS | |
| Thurmond, Betty | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Will contact Plaintiff and local counsel | 06-CV-10912-PBS | |
| Watson, Edgar J. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Contacted Plaintiff; Plaintiff verbally agreed to dismiss her case; sent letter and Plaintiff to confirm dismissal | 06-CV-11024-PBS | |
| Williams, Brady L. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of dismissal filed on 4/6/2012 [3829] | 06-CV-10912-PBS | |
| Williams, Dexter | Filed Motion to Suspend on 3/30/2012 [3822] | Will contact Plaintiff and local counsel | 06-CV-10912-PBS | |
| Williams, Lectis C. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Stipulation of dismissal filed on 4/20/2012 [3843] | 06-CV-10912-PBS | Estate of Williams, Lectis C. |
| Williams, Theresa | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Contacted Plaintiff; Plaintiff verbally agreed to dismiss her case; sent letter and Plaintiff to confirm dismissal | 06-CV-11023-PBS | |
| Young, Kathy | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Will file stipulation of dismissal upon consent from Defendants' counsel | 06-CV-10912-PBS | |