UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
::: MDL Docket No. 1629

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION

: Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO             Magistrate Judge Leo T.
:                                     Sorokin
*DAMON CARTER (Deceased)  v. Pfizer Inc. et al*
06-10912-PBS
:

:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  May 7, 2012

/s/ Newton B. Schwartz, Sr.                         /s/ Mark S. Cheffo
Newton B. Schwartz, Sr.                              Mark S. Cheffo
Law Offices of Newton B. Schwartz, Sr.               SKADDEN, ARPS, SLATE,
1911 Southwest Freeway                               MEAGHER & FLOM LLP
Houston, TX 77098                                    Four Times Square
Tel: (713) 630-0708                                  New York, NY 10036
Email: nbs@nbslawyers.com                            Tel: (212) 735-3000

*Attorneys for Plaintiff*                            *Attorneys for Defendants Pfizer Inc.*
                                                     *And Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 7, 2012.

                                                 /s/ Newton B. Schwartz, Sr.
                                                 Newton B. Schwartz, Sr.