UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS        : Master File No. 04-10981
LIABILITY LITIGATION

: Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO            Magistrate Judge Leo T.
:
*DOROTHY SMITH  v. Pfizer Inc., et al.*,
06-11024-PBS                                         Sorokin
:

:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure for the United States District Courts, that the action be dismissed, with prejudice and

without costs or fees to any party.

Dated:  May 7, 2012


/s/ Newton B. Schwartz, Sr.                   /s/ Mark S. Cheffo
Newton B. Schwartz, Sr.                        Mark S. Cheffo
Law Offices of Newton B. Schwartz, Sr.         SKADDEN, ARPS, SLATE,
1911 Southwest Freeway                         MEAGHER & FLOM LLP
Houston, TX 77098                              Four Times Square
Tel: (713) 630-0708                            New York, NY 10036
Email: nbs@nbslawyers.com                      Tel: (212) 735-3000

*Attorneys for Plaintiff*                      *Attorneys for Defendants Pfizer Inc.*
                                               *And Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 7, 2012.

                    /s/ Newton B. Schwartz, Sr.
                    Newton B. Schwartz, Sr.