UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :     MDL Docket No. 1629

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS     :     Master File No. 04-10981
LIABILITY LITIGATION

                                                :     Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
THIS DOCUMENT RELATES TO     Magistrate Judge Leo T.
                                                :
*MONICA GANN  v. Pfizer Inc., et al.,*
06-11024-PBS     Sorokin
                                                 :

                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  May 7, 2012

| | |
|---|---|
| /s/ Newton B. Schwartz, Sr. | /s/ Mark S. Cheffo |
| Newton B. Schwartz, Sr. | Mark S. Cheffo |
| Law Offices of Newton B. Schwartz, Sr. | SKADDEN, ARPS, SLATE, |
| 1911 Southwest Freeway | MEAGHER & FLOM LLP |
| Houston, TX 77098 | Four Times Square |
| Tel: (713) 630-0708 | New York, NY 10036 |
| Email: nbs@nbslawyers.com | Tel: (212) 735-3000 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Pfizer Inc. And Warner-Lambert Company LLC* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 7, 2012.

                                                  /s/ Newton B. Schwartz, Sr.
                                                  Newton B. Schwartz, Sr.