UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Alsberge v. Pfizer Inc.*,
No. 1:05-cv-5809-PBS

Judge Patti B. Saris

Magistrate Judge Leo T.
Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move to dismiss, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, on all counts of Plaintiff's Complaint. The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion is the supporting Declaration of Catherine Stevens.

WHEREFORE, Defendants respectfully request that this Court dismiss all counts of Plaintiff's Complaint.

Dated: May 7, 2012                    Respectfully submitted,

                                      SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP

                                      By: /s/ Mark S. Cheffo
                                          Mark S. Cheffo

                                      Four Times Square
                                      New York, NY 10036

                                      Tel:  (212) 735-3000
                                      Facsimile:  (212) 735-2000
                                      Email:  Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify the parties have conferred in a good faith attempt to narrow or resolve the issue presented by this motion and have been unable to do so.

/s/ Katherine A. Lyon
Katherine A. Lyon

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on Plaintiff pursuant to overnight delivery service to her address on record on May 7, 2012.

/s/ Mark S. Cheffo
Mark S. Cheffo