UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
: 
In re:  NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
:  Magistrate Judge Leo T.
*Briggs v. Pfizer Inc.*, : Sorokin
No. 1:07-cv-10327-PBS :
:
------------------------------------------------x

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move to dismiss, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, on all counts of Plaintiff's Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that this Court dismiss all counts of Plaintiff's Complaint.

Dated: May 7, 2012                        Respectfully submitted,

                                          SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP

                                          By:   /s/ Mark S. Cheffo
                                                Mark S. Cheffo

                                          Four Times Square
                                          New York, NY 10036
                                          Tel:  (212) 735-3000
                                          Email: Mark.Cheffo@skadden.com

                                                -and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
      Justin J. Wolosz
      BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify the parties have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Katherine A. Lyon
Katherine A. Lyon

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on Plaintiff pursuant to overnight delivery service to her address on record on May 7, 2012.

/s/ Mark S. Cheffo
Mark S. Cheffo