UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES            :   MDL Docket No. 1629
         PRACTICES AND PRODUCTS                :
         LIABILITY LITIGATION                  :   Master File No. 04-10981
------------------------------------------------x
                                               :   Judge Patti B. Saris
                                               :
THIS DOCUMENT RELATES TO:                      :
                                               :   Magistrate Judge Leo T.
*Alsberge v. Pfizer Inc.*,                     :   Sorokin
Nos. 05-cv-11699-PBS & 06-cv-10957-PBS         :
                                               :
------------------------------------------------x

## DECLARATION OF CATHERINE B. STEVENS IN SUPPORT
## OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

I, Catherine B. Stevens, declare and state as follows:

1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Debra J. Alsberge, that took place on July 22, 2010.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 7th day of May, 2012.

                                    /s/ Catherine B. Stevens
                                    Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on Plaintiff pursuant to overnight delivery service to her address on record on May 7, 2012.

                                    /s/ Mark S. Cheffo
                                    Mark S. Cheffo