# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                                       :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                           :
        SALES PRACTICES AND                            :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                  :
-------------------------------------------------------x    Judge Patti B. Saris
                                                       :
THIS DOCUMENT RELATES TO:                              :    Magistrate Judge Leo T. Sorokin
                                                       :
Briggs v. Pfizer Inc., et al.,                         :
No. 1:07-cv-10327-PBS                                  :
-------------------------------------------------------x
```

**TEVA PHARMACEUTICALS USA, INC.'S NOTICE OF JOINDER IN PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

Teva Pharmaceuticals USA, Inc. ("Teva USA") hereby joins in the Motion to Dismiss for Failure to Prosecute filed by Pfizer Inc. and Warner-Lambert Company, LLC, and all other papers filed and served in support there of, on May 7, 2012 (Docket No. 3865). Teva USA agrees with and joins in all of the arguments stated therein.

Dated: May 8, 2012

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.

By its attorneys,

/s/ U. Gwyn Williams              .
U. Gwyn Williams (BBO # 565181)
Chad W. Higgins (BBO # 668924)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
gwilliams@goodwinprocter.com
chiggins@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

  I, U. Gwyn Williams, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2012.

Dated: May 8, 2012          /s/ U. Gwyn Williams