# EXHIBIT "A"

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Napoli-Branson, Jennifer | | Will file Motion to Reinstate | 06-CV-11023-PBS | Estate of Sherry Groves |
| Best, Tosha R. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed 4/27/2012 [3851] | 06-CV-11024-PBS | |
| Bunch, Carson | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted Plaintiff on 3/28/2012 and 4/2/2012 by phone; sent letter on 4/3/2012 to Plaintiff; no response to date; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Carter, Damon (Mary Lynn Carter as representative) | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed on 5/7/2012 [3860] | 06-CV-10912-PBS | Estate of Carter, Damon |
| Conyers, Wilbur (Daisy Conyers as representative) | Suspended per 7/26/2011 Motion to Stay | Contacted Daisy Conyers and she verbally agreed to dismiss; sent letter to her for written confirmation for agreement to dismiss; contacted her again; no response to date; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | Estate of Conyers, Wilbur C. |
| Cook, Connie B. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed on 5/7/2012 [3859] | 06-CV-10912-PBS | |
| Crosby, Richard A. Jr | Suspended per 7/26/2011 Motion to Stay | Stipulation of dismissal filed on 4/27/2012 [3849] | 06-CV-11024-PBS | |
| Devore, Robert G. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of dismissal filed on 4/27/2012 [3850] | 06-CV-11024-PBS | |
| Dozier, Christine M. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Called and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Dukes, Allison D. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Contacted and sent letter to Plaintiff, waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Emmons, Sharon K. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Contacted and sent letter to Plaintiff, waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Ericsson-Harkness, Shanna G. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Stipulation of dismissal filed on 4/22/2012 [3841] | 06-CV-11023-PBS | |
| Falk, Corrine M. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Contacted and sent letter to Plaintiff, waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11022-PBS | |
| Floyd, (S)Haron Y. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Plaintiff verbally agreed to dismiss; sent letter to her for written confirmation to dismiss; waiting for written confirmation to dismiss; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Greer, Karen J. | | Stipulation of Dismissal filed on 3-29-2012 [3819] | 06-CV-11024-PBS | |
| Gross, Kenneth | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| James, Tommy D. | | Motion to withdraw as counsels filed on 3/30/2012 [3821]; motion was denied without prejudice; will re-file Motion to Withdraw per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Johnson, Elroy L. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Jones, Carla | | Plaintiff verbally ageed to dismiss; sent letter to her for written confirmation to dismiss; waiting for written confirmation to dismiss; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Lee, Dexter K. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-11024-PBS | |
| Leger, Debra F. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Luttrell, Leslie | | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Lytle, Freddie B. | | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| McIntyre, Marlene K. | Suspended per 9/8/11 Motion to Stay [3626], ALLOWED 9/14/11 [3631]. | Letter to Plaintiff sent on 9/26/11. Contacted Plaintiff again recently; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11023-PBS | |
| Mitchell, Isiah E. Sr | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Nichols, Wanda F. | | Stipulation of dismissal filed on 4/20/2012 [3842] | 06-CV-10912-PBS | |
| Northcutt, Charles | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | filed in AR | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Parker, Earnestine | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Contacted Plaintiff; Plaintiff verbally agreed to dismiss her case; sent letter to Plaintiff to confirm dismissal; no response to date; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) upon confrimation from local counsel | 06-CV-11024-PBS | |
| Pickett, Mary J. | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Contacted and sent letter to Plaintiff, waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Segle, Herman C. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted and sent letter to Plaintiff, waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Shakoor, Tuwanda V. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted and sent letter to Plaintiff, waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Small, Robert L. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Contacted and sent letter to Plaintiff again; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Smith, Doris J. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Contacted Plaintiff; Plaintiff verbally agreed to dismiss her case; sent letter to Plaintiff to confirm dismissal; no response to date; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Smith, Dorothy E. | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Stipulation filed on 5/7/2012 [3861] | 06-CV-11024- | |
| Sprinkle, Harold | | Letter to local counsel sent 10/17/11; Ltr forwarded to Plaintiff on 10/28/11. Contacted and sent letter to Plaintiff again; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Stephens, Jana | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Contacted and sent letter to Plaintiff again; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Thurmond, Betty | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Contacted and sent letter to Plaintiff again; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Watson, Edgar J. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Contacted Plaintiff; Plaintiff verbally agreed to dismiss his case; sent letter to Plaintiff to confirm dismissal; no response to date; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Williams, Brady L. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed on 4/6/2012 [3829] | 06-CV-10912-PBS | |
| Williams, Dexter | Filed Motion to Suspend on 3/30/2012 [3822] | Contacted and sent letter to Plaintiff; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Williams, Leotis C. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Stipulation of Dismissal filed on 4/20/2012 [3843] | 06-CV-10912-PBS | Estate of Williams, Leotis C. |
| Williams, Theresa | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Contacted Plaintiff; Plaintiff verbally agreed to dismiss her case; sent letter to Plaintiff to confirm dismissal; no response to date; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Young, Kathy | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed on 5/7/2012 [3862] | 06-CV-10912-PBS | |