UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                     :
        SALES PRACTICES AND                                      :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                            :
                                                                 :   Judge Patti B. Saris
-----------------------------------------------------------------x
                                                                 :   Magistrate Judge Leo T. Sorokin
                                                                 :
THIS DOCUMENT RELATES TO:                                        :
                                                                 :
SPENCER-ACKER v. PFIZER INC.                                     :
Individual Case No.  08-12088                                    :
                                                                 :
-----------------------------------------------------------------x
```

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  May 11, 2012

| | |
|---|---|
| /s/ Kenneth B. Fromson<br>Kenneth B. Fromson<br>FINKELSTEIN & PARTNERS, LLP<br>1279 Route 300, P.O. Box 1111<br>Newburgh, NY  12551<br>(800) 634-1212<br>kfromson@lawampm.com<br><br>*Attorneys for Plaintiff* | /s/ Mark S. Cheffo<br>Mark S. Cheffo<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY  10036<br>(212) 735-3000<br>Mark.Cheffo@skadden.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 11, 2012.

Dated:  May 11, 2012

/s/ Kenneth B. Fromson
Kenneth B. Fromson