UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING | § | |
| AND SALES PRACTICES | § | |
| LITIGATION | § | MDL Docket No. 1629 |
| | § | |
| | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | § | |
| | § | Judge Patti B. Saris |
| VIRGIL L. ANDERSON,  ET AL | § | |
| vs. PFIZER INC., ET AL | § | Magistrate Judge Leo Sorokin |
| Case No. 06-11024-PBS | § | |
| | § | |
| MARTHA ACCETULLO, ET AL | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-10912-PBS | § | |
| | § | |
| KAMALIHA Y. BREWSTER, ET AL | § | |
| vs. PFIZER, INC, ET AL | § | |
| Case No. 06-11022-PBS | § | |
| | § | |
| CHARLES D. GIRARD, ET AL, | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-11023-PBS | § | |

**NEWTON B. SCHWARTZ, SR.'S MOTION TO WITHDRAW AS CO-LEAD COUNSEL**

TO HONORABLE JUDGE OF SAID COURT:

COMES NOW, Newton B. Schwartz, Sr. (hereinafter "NBS") and files this, his Motion to Withdraw as co-lead counsel in the above referenced Schwartz' clients matter but remaining as counsel of record[1].  As grounds he would show the following:

NBS is now co-counsel of record in current cases involving over 10,000 clients' claims worldwide.  The largest one group involved is over 5,000 native Panamanians affected in their living and fishing by a major oil spill polluting their water and land similar to the BP and the

---

[1] But remaining as counsel above with Mabel and Vincent Lo of his staff.

Exxon Valdez in its devastating effect on their lives. Because NBS does not speak Spanish, his co-lead Panamanian counsel must necessarily take the lead. This is done in all of his other foreign cases. See *Schwartz v. Millon Air*, 341 F.3d 1220 (11th Cir.) (2003)[2].

The next largest volumes are in Louisiana and Mississippi federal courts. The FEMA Trailer Civil Action No. 2:07-md-01873-KDE-KWR; *In Re FEMA Trailer Formaldehyde Products Liability Litigation*; In the United States District Court, Eastern District of Louisiana are either with co-counsel Catherine Jacobs of Mississippi and separately Jack W. Harang of Louisiana.

NBS turned age 82 on May 1, 2012. He assumed the docket for departing associates Kelly W. Kelly on March 15, 2011 and James Stegall, III above on February 1, 2012 except the latter's Neurontin cases. While his case load is admittedly voluntary and selective, NBS will be moving at the May 24, 2012 3:00 p.m. hearing to substitute present co-lead counsel Mr. Jack Harang as sole lead counsel at the now rescheduled hearing 3:00 p.m. May 23, 2012. This Court graciously accommodated Mr. Harang's recent request due to his prior scheduled federal court conflicting settlement conference in the Eastern District of Louisiana on the same May 18, 2:00 p.m. initial date per attached Order. This domino effect caused NBS and Harang to necessarily reschedule after first consultation with Mr. Cheffo in the interim, the present hearing May 23, 2012 in this Court. This itself created time constraints to catch the last flights from Boston to Houston for their scheduled arbitration for 9:00 a.m. on April 24, 2011 in Houston, Texas. It had been canceled and rescheduled for June 8, 2012.

---

[2] On May 9, 2012, a Spanish Court of Appeals in Barcelona affirmed a $66.5 million award for 22 joint clients resulting from a trial after a New Jersey Federal Court transferred on Forum Non Conveniens grounds in 2004. The decision is grounded in The Hague Convention of October 2, 1973 on the Law Applicable to Products Liability, and thus on the respective State Law applicable to each defendant (Arizona and New Jersey). The Court also found that defenses such as the federal preemption doctrine were not available for the defendants. This Opinion is 115 pages in Spanish.

2

At the last hearing on April 9, 2012 NBS had to arrive at Southwest Airlines 4:30 a.m. check in for flight to Boston at 6:00 a.m., and arriving in Boston at 12:20 p.m.  NBS departed Southwest Airlines flight at 5:45 p.m. (Boston time) arriving in Houston at 12:35 a.m. after a five hour stop in Denver. It was a 20 hour day.

NBS will be seeking the above relief at such May 23, 2012 3:00 p.m. in Court to request this Court to recognize Jack W. Harang as sole lead counsel in all of their joint Neurontin cases. Consent is sought first from this Court, but thereafter will be requested and obtained from referring attorneys and clients consent.  Mr. & Mrs. Lo jointly remain principally assigned only to our joint Neurontin case alone on their dockets.  Their weekly time records each show 50 hours or more solely on Neurontin clients.  Their only other current support assignment is only for one of them to assist in a support role of NBS two day trial of a case August 20-27 weeks in Houston with NBS doing everything including voir dire, jury selection, trial argument in the Court and jury conference charge.

Even when NBS (and his wife) were able to take the train from New York to Boston on October 5, 2009 for an afternoon hearing that day, the convenient train ride was delayed by a three hour unscheduled stop for track clearance and repairs.  Fortunately, Defendant's counsel were on the same train, thus delaying the hearing start until after 4:00 p.m. and resulting NBS' being in Boston and missing the last flight from Boston.  Mississippi counsel got permission to leave at 5:00 p.m.  The next morning October 6, 2009 long scheduled depositions in Houston with Louisiana counsel which had begun and he joined them in progress at 2:00 p.m.

Mr. Harang originated these Neurontin cases prior to NBS' association.  Mr. Harang is to be lead trial counsel on both of the first two "Schwartz" cases projected to be remanded (Pastine, in West Virginia together with local counsel from Higginbotham the referring attorneys) and in

Pennsylvania with NBS who is admitted to practice generally in Pennsylvania. Former referring Pennsylvania counsel, Sacks & Weston are no longer involved since 2005 except in their owned Pennsylvania state court Neurontin cases.

WHEREFORE, for all the foregoing reasons, NBS moves:

1. For withdrawal as co-lead counsel, but remaining as counsel of record with Mabel and Vincent Lo of his office; and

2. To not be required to attend any further hearings in person when Mr. Harang alone can attend and/or if Mr. and Mrs. Lo's attendance is permitted[3] in Mr. Harang's absense;

3. Only one such attorney, either Mr. Harang and/or Mrs. Lo and/or Mr. Lo and/or NBS should be required in attendance at each such Court hearing. All are equally familiar with the cases;

4. For all other similar relief.

Respectfully Submitted,

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
*Facsimile: (713) 630-0789*

---

[3] In 53 years of private practice and 5 years prior government and military, NBS has been in no cases requiring bi-monthly or less frequent personal appearance not by recent innovative Skype or telephone conferences such as by Court-call and other similar cases. NBS recognizes this Court's inherent power to do so but respectfully questions the necessity of two attorneys for Plaintiffs and only Mr. Cheffo for Defendants. This is expressly so in view of the progress in January 2011 and markedly after February 11, 2011 to date. It is anticipated that not more than 12-15 cases will be remanded to satisfy this Court's statutory role and mission.

4

**CERTIFICATE OF CONFERENCE**

     I called Mark Cheffo early Thursday afternoon at (212) 735-2183 and left a detailed message regarding the above Motion with his secretary. I was told he was traveling this week. On Friday, May 11, 2012 at 3:30 Catherine Stevens called. She and I discussed my above Motion. They take no position on it.

                                        */s/Newton B. Schwartz, Sr.*
                                        NEWTON B. SCHWARTZ, SR.

**CERTIFICATE OF SERVICE**

     I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 12th day of May, 2012.

                                        */s/Newton B. Schwartz, Sr.*
                                        NEWTON B. SCHWARTZ, SR.