UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | § § § § § | MDL Docket No. 1629 |
| | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | § § | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL vs. PFIZER INC., ET AL Case No. 06-11024-PBS | § § § § | Magistrate Judge Leo Sorokin |
| MARTHA ACCETULLO, ET AL vs. PFIZER, INC., ET AL Case No. 06-10912-PBS | § § § § | |
| KAMALIHA Y. BREWSTER, ET AL vs. PFIZER, INC, ET AL Case No. 06-11022-PBS | § § § § | |
| CHARLES D. GIRARD, ET AL, vs. PFIZER, INC., ET AL Case No. 06-11023-PBS | § § § | |

**ORDER**

Came to be presented and heard Newton B. Schwartz' Motion to Withdraw as Co-Lead Counsel. The Court finds the Motion to be meritorious and hereby GRANTS Newton B. Schwartz, Sr.'s Motion to Withdraw as Co-Lead Counsel.

SIGNED AT BOSTON, MASSACHUSETTS, THIS _____ DAY OF MAY, 2012.

_____
U. S. DISTRICT MAGISTRATE JUDGE
LEO SOROKIN