THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS )<br>)<br>)<br>)<br>)<br>) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF RAJESH S. JAMES

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby withdraws the appearance of Rajesh S. James on behalf of Defendants Pfizer Inc. and Warner-Lambert Company LLC (collectively "Pfizer") in the above-captioned matter.  Mr. James should be removed from the E-filing and should no longer be listed as counsel of record for Pfizer.  Pfizer will continue to be represented by other counsel of record.

Dated:  May 14, 2012    Respectfully submitted,

          SKADDEN, ARPS, SLATE,
           MEAGHER & FLOM LLP

          By:     /s/ Mark S. Cheffo
                  Mark S. Cheffo

          Four Times Square
          New York, NY  10036
          Tel:  (212) 735-3000

          -and-

          DAVIS POLK & WARDWELL LLP

          By:     /s/ Rajesh S. James
                  Rajesh S. James

          450 Lexington Avenue
          New York, NY  10017
          Tel:  (212) 450-4000
          Fax:  (212) 450-4188
          rajesh.james@davispolk.com

          *Attorneys for Defendants Pfizer Inc. and*
          *Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 14, 2012.

          /s/ Rajesh S. James
          Rajesh S. James