UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:            MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS          :            Master File No. 04-10981
LIABILITY LITIGATION
:            Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO                          Magistrate Judge Leo T.
:
Sorokin
:

*VIRGIL L. ANDERSON et al. v. PFIZER INC. et al.,*
06-11024-*PBS*

*ACCETULLO et al. v. PFIZER INC. et al.,*          :
06-10912-*PBS*

*BREWSTER et al. v. PFIZER INC. et al.,*           :
06-11022-*PBS*

*GIRARD et al. v. PFIZER INC. et al.,*             :
06-11023-*PBS*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' REVISED CURRENT STATUS REPORT**

Pursuant to the Court's April 10, 2012 Order [Document number 3834], the undersigned counsel for Plaintiffs hereby submit their attached Revised Current Status Report (5/14/2012) [Current Status Report filed on 5/8/2012, Docket #3870, #3870-1] per Court Order on 5/9/2012 in the attached Exhibit "A" to the Court listing the current status of all remaining stayed cases, and the remaining eight (8) cases that are not stayed, but which the Schwartz Firm has said that it does not wish to litigate in this MDL.

          Respectfully Submitted,
          The Law Offices of Newton B. Schwartz, Sr.

1

>*/s/ Newton B. Schwartz, Sr.*
>Newton B. Schwartz, Sr.
>*Law Offices of Newton B. Schwartz, Sr.*
>Texas State Bar No.17869000
>1911 Southwest Freeway
>Houston, Texas 77098
>Telephone: (713) 630-0708
>*Facsimile: (713) 630-0789*

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 14th day of May, 2012.

>*/s/Newton B. Schwartz, Sr.*
>NEWTON B. SCHWARTZ, SR.