UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS : Sorokin
:
:
---------------------------------------------------x

DECLARATION OF MARK S. CHEFFO
IN SUPPORT OF DEFENDANTS' OPPOSITION TO
NEWTON B. SCHWARTZ'S MOTION TO WITHDRAW AS CO-LEAD COUNSEL

I, Mark S. Cheffo, declare and state as follows:

1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the April 9, 2012, hearing held in the United States District Court for the District of Massachusetts.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 16th day of May, 2012.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 16, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz