UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES              :
       PRACTICES AND PRODUCTS                 :
       LIABILITY LITIGATION                          :     MDL Docket No. 1629
------------------------------------------------------------------------x
:     Master File No. 04-10981
THIS DOCUMENT RELATES TO:                        :
:     Judge Patti B. Saris
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,
06-11024-PBS                                                       :     Magistrate Judge Leo T. Sorokin
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that Benjamin T. Cochran of Hardison & Cochran hereby enters his appearance in above referenced proceedings.

Dated: May 17, 2012

                              Respectfully submitted,

                              */s/ Benjamin T. Cochran*
                              BENJAMIN T. COCHRAN
                              NC Bar 28476
                              Hardison & Cochran
                              4800 Six Forks Road, Suite 220
                              Raleigh, NC 27609
                              Telephone: (919) 829-0449
                              Facsimile: (919) 835-1379
                              Email: ben@lawyernc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 17, 2012.


*/s/Benjamin T. Cochran*
Benjamin T. Cochran