UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES                  :
        PRACTICES AND PRODUCTS                         :
        LIABILITY LITIGATION                                 :   MDL Docket No. 1629
------------------------------------------------------------------------x
:   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                           :
:   Judge Patti B. Saris
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al.,  :
06-11023-PBS                                                       :
:   Magistrate Judge Leo T. Sorokin
:
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

      Please take notice that Sean J. Sawyer of Partner Higinbotham & Higinbotham, PLLC hereby enters his appearance in above referenced proceedings.

Dated: May 17, 2012

                                  Respectfully submitted,

                                  */s/ Sean J. Sawyer*
                                  Sean J. Sawyer
                                  WVa. Bar ID #7578
                                  Partner, Higinbotham & Higinbotham, PLLC
                                  132 Adams Street, Suite 100
                                  P. O. Box 567
                                  Fairmont, West Virginia 26554
                                  Telephone: (304) 366-2900
                                  Facsimile: (304) 366-2909
                                  Email: sjshiginbotham@wvdsl.net

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 17, 2012.

*/s/ Sean J. Sawyer*
Sean J. Sawyer