UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: SCHWARTZ LAW FIRM CASES | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

ORDER ON MOTION TO WITHDRAW AS CO-LEAD COUNSEL

May 18, 2012

SOROKIN, C.M.J.

Attorney Newton B. Schwartz has filed lawsuits on behalf of two hundred and twenty-five persons claiming that each was harmed as a result of his or her use of the prescription drug Neurontin. Most of these cases have led to voluntary dismissals, motions by Schwartz to withdraw as counsel, or motions to stay the cases (so that Schwartz could discuss with his clients the options of dismissing or Schwartz withdrawing). As of the Court's April 10, 2012 Order (Docket # 3834), Schwartz had twenty-three cases which he represented to the Court that he wished to pursue – i.e., to complete basic discovery (template paper discovery and depositions of the physician, sales representative(s) and the plaintiff).

In response to one of many motions for sanctions lodged against Schwartz and his firm, the Court held a hearing on March 30, 2012, at which an associate employed by Schwartz appeared. This lawyer was unable to answer the Court's queries regarding all of the cases in this

1

MDL filed by Schwartz, despite the fact it was plain that the status of all of the then-pending cases would be the topic of the hearing.  Accordingly, the Court continued the hearing and ordered Schwartz and Attorney Harang, co-counsel on these cases, to appear. At the hearing, Harang indicated that Schwartz and his associates were handling the discovery in these cases.  Schwartz did not dispute this assertion.  After the hearing, the Court issued an Order including <u>specifically</u> a provision ordering both Mr. Schwartz and Mr. Harang to appear personally at a subsequent hearing now scheduled for May 23, 2012.  Docket # 3834 at 4.  As the Court stated in its April 10, 2012 Order, the upcoming hearing will include a further hearing regarding the pending Motion for Sanctions (Docket # 3779) filed against Schwartz and his clients <u>and</u> will establish a schedule for the remaining Schwartz cases (since Schwartz will, by the time of the hearing, have had more than sufficient time to consult with his clients to determine in each case whether to dismiss, withdraw or proceed to litigate).

     Now, just a week before the hearing, Schwartz has filed a four-page motion "to withdraw as co-lead counsel," in which he requests that he be excused from appearing at further hearings, and indicates that despite his request to withdraw, he and his firm will both remain as counsel of record (with Harang) on behalf of his remaining clients and states that his associates will continue to work almost exclusively on the Neurontin cases.  Nowhere in the Motion does he indicate that the concerns resulting in the Court's Order have been satisfactorily addressed.

Accordingly Newton B. Schwartz, Sr.'s Motion to Withdraw as Co-Lead Counsel (Docket #3872) is DENIED.[1]

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States Magistrate Judge

---

[1] The Court recognizes that Schwartz's office is located in Texas and that personal appearances at the Courthouse in Boston are no doubt expensive and, in his personal circumstances, may be a bit taxing. However, Schwartz filed these cases. He is one of the two lead and responsible attorneys. Virtually all of the other hundreds of cases on the personal injury side of this MDL have concluded the basic discovery. The hearings regarding the Schwartz cases are arising due to the failure to complete this basic discovery and the failure to comply with court orders. Nonetheless, the Court has reasonably accommodated all counsel's calendars in scheduling hearings (two times alone with respect to the May 23, 2012 hearing) and remains amenable to reasonable requests of counsel regarding the scheduling of Court hearings.