UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : | Master File No. 04-10981 |
| | : | Judge Patti B. Saris |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| THIS DOCUMENT RELATES TO | : | Magistrate Judge Leo T. |
| *ALLISON D. DUKES  v. Pfizer Inc., et al.,* 06-11024-PBS | : | Sorokin |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  May 18, 2012

/s/ Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098
Tel: (713) 630-0708
Email: nbs@nbslawyers.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

*Attorneys for Defendants Pfizer Inc.
And Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 18, 2012.

      /s/ Newton B. Schwartz, Sr.
      Newton B. Schwartz, Sr.