UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS       :   Master File No. 04-10981
LIABILITY LITIGATION
:   Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO              Magistrate Judge Leo T.
:
*HERMAN SEGLE  v. Pfizer Inc., et al.,*
06-11023-PBS                          Sorokin
:

:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  May 18, 2012


/s/ Newton B. Schwartz, Sr.                        /s/ Mark S. Cheffo
Newton B. Schwartz, Sr.                            Mark S. Cheffo
Law Offices of Newton B. Schwartz, Sr.             SKADDEN, ARPS, SLATE,
1911 Southwest Freeway                             MEAGHER & FLOM LLP
Houston, TX 77098                                  Four Times Square
Tel: (713) 630-0708                                New York, NY 10036
Email: nbs@nbslawyers.com                          Tel: (212) 735-3000

*Attorneys for Plaintiff*                          *Attorneys for Defendants Pfizer Inc.*
                                                   *And Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 18, 2012.

                    /s/ Newton B. Schwartz, Sr.
                    Newton B. Schwartz, Sr.