UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS                  :    Master File No. 04-10981
LIABILITY LITIGATION
                                              :    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
THIS DOCUMENT RELATES TO                           Magistrate Judge Leo T.
                                              :
HAROLD SPRINKLE (DECEASED)
REPRESENTED BY JAQUELINE SPRINKLE,
REPRESENTATIVE OF ESTATE OF HAROLD SPRINKLE
v. Pfizer Inc., et al.,06-10912-PBS                Sorokin
                                              :

                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated: May 21, 2012


| /s/ Newton B. Schwartz, Sr. | /s/ Mark S. Cheffo |
|---|---|
| Newton B. Schwartz, Sr. | Mark S. Cheffo |
| Law Offices of Newton B. Schwartz, Sr. | SKADDEN, ARPS, SLATE, |
| 1911 Southwest Freeway | MEAGHER & FLOM LLP |
| Houston, TX 77098 | Four Times Square |
| Tel: (713) 630-0708 | New York, NY 10036 |
| Email: nbs@nbslawyers.com | Tel: (212) 735-3000 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Pfizer Inc.* |
| | *And Warner-Lambert Company LLC* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 21, 2012.

                                                /s/ Newton B. Schwartz, Sr.
                                                Newton B. Schwartz, Sr.