UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :     MDL Docket No. 1629

In re:   NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS     :    Master File No. 04-10981
LIABILITY LITIGATION

                                               :    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
THIS DOCUMENT RELATES TO                   Magistrate Judge Leo T.
                                               :

*KENNETH GROSS v. Pfizer, Inc. et al.,*        Sorokin
Case No. 06-cv-10912                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF KENNETH GROSS**

Newton B. Schwartz, Sr., counsel for Plaintiff Kenneth Gross, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels and their local counsel of record, Peter Miller, leave to withdraw as counsels for Plaintiff in this action.  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "I."

Plaintiff's counsel has communicated with Plaintiff Kenneth Gross both in writing and via telephone concerning his case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may

be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in his case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated: May 21, 2012

                                              Respectfully Submitted,
                                              Law Offices of Newton B. Schwartz, Sr.

                                              By: */s/ Newton B. Schwartz, Sr.*
                                                   Newton B. Schwartz, Sr.
                                                   Texas State Bar No. 1786900
                                                   1911 Southwest Freeway
                                                   Houston, Texas 77098
                                                   Telephone: (713) 630-0708
                                                   Facsimile: (713) 630-0789

                                              By: /s/ Peter Miller
                                                   Peter Miller
                                                   Arkansas State Bar No. 80103
                                                   1601 S. Broadway
                                                   Little Rock, AR 72201
                                                   Telephone: (501) 374-6300
                                                   Facsimile: (501) 374-1244

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with counsel for Defendants.

Dated: May 21, 2012

                                              /s/ Mabel Lee-Lo
                                              Mabel Lee-Lo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 21, 2012; and that this document has also

been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                             */s/ Newton B. Schwartz, Sr.*
                                             Newton B. Schwartz, Sr.