UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS                            :    Master File No. 04-10981
LIABILITY LITIGATION
                                                        :    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
THIS DOCUMENT RELATES TO                                     Magistrate Judge Leo T.
                                                        :
                                                             Sorokin
DORIS J. SMITH  v. Pfizer, Inc. et al.,
Case No. 06-cv-10912                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR PLAINTIFF DORIS J. SMITH**

Pursuant to Local Rule 83.5.2 (c) of the United States District Court for the District of Massachusetts, Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834], the Law Offices of Newton B. Schwartz, Sr., on their own behalf and on behalf of their local counsel of record, Peter Miller, move for leave to withdraw as counsel for Plaintiff in this action.  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion.   Communications to Jack Harang are shown as Exhibit "I."

On or about February 21, 2006, the complaint herein was filed by Plaintiff against Defendants, Pfizer, Inc., a division of Warner-Lambert Company and Warner-Lambert Company LLC in the Circuit Court of Pulaski County, Arkansas Third Civil Division, Civil No. CV2006-

2018, then to the U.S. District Court for the Eastern District of Arkansas Western Division, Case No. 4:06CV00341 WRW.

On September 15, 2006, the case was transferred from U.S. District Court for the Eastern District of Arkansas Western Division to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:04-CV-10981-PBS. ECF Doc. 472-3.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

Plaintiff's counsel has communicated with Plaintiff Doris J. Smith both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.  See Declaration of Newton B. Schwartz, Sr. filed herewith.

Newton B. Schwartz, Sr., therefore requests that this Court grant the Law Offices of Newton B. Schwartz, Sr., their counsels and their local counsels of record leave to withdraw as attorneys for Plaintiff, Doris J. Smith, and allow Plaintiff, Doris J. Smith 60 days either to seek new counsel or to advise the Court that she will proceed with the prosecution of this action pro se.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this Motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff, Doris J. Smith.

In view of the above, Newton B. Schwartz, Sr., respectfully requests that the Law Offices of Newton B. Schwartz, Sr., their counsels and their local counsels of record be granted leave to withdraw as attorneys for Plaintiff, Doris J. Smith.

Dated:  May 21, 2012

                                            Respectfully Submitted,
                                            Law Offices of Newton B. Schwartz, Sr.

                                            By:  /s/ Newton B. Schwartz, Sr.
                                                Newton B. Schwartz, Sr.
                                                Texas State Bar No. 1786900
                                                1911 Southwest Freeway
                                                Houston, Texas 77098
                                                Telephone: (713) 630-0708
                                                Facsimile: (713) 630-0789

                                            By: /s/ Peter Miller
                                              Peter Miller
                                              Arkansas State Bar No. 80103
                                              1601 S. Broadway
                                              Little Rock, Arkansas 72201
                                              Telephone: (501) 374-6300
                                              Facsimile:  (501) 374-1244

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 21, 2012; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                                */s/ Newton B. Schwartz, Sr.*
                                                Newton B. Schwartz, Sr.