UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|                                      | :   | MDL Docket No. 1629              |
| In re: NEURONTIN MARKETING,          |     |                                  |
| SALES PRACTICES AND PRODUCTS         | :   | Master File No. 04-10981         |
| LIABILITY LITIGATION                 |     |                                  |
|                                      | :   | Judge Patti B. Saris             |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|                                      | :   |                                  |
| THIS DOCUMENT RELATES TO             |     | Magistrate Judge Leo T.          |
|                                      | :   |                                  |
| *DEXTER WILLIAMS  v. Pfizer, Inc. et al.,* |     | Sorokin                          |
| Case No. 06-cv-10912                 | :   |                                  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF DEXTER WILLIAMS**

Newton B. Schwartz, Sr., counsel for Plaintiff Dexter Williams, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels and their local counsel of record, Peter Miller, leave to withdraw as counsels for Plaintiff in this action. Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "I."

Plaintiff's counsel has communicated with Plaintiff Dexter Williams both in writing and via telephone concerning his case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may

be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in his case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 21, 2012

                        Respectfully Submitted,
                        Law Offices of Newton B. Schwartz, Sr.

                        By: */s/ Newton B. Schwartz, Sr.*
                             Newton B. Schwartz, Sr.
                             Texas State Bar No. 1786900
                             1911 Southwest Freeway
                             Houston, Texas 77098
                             Telephone: (713) 630-0708
                             Facsimile: (713) 630-0789

                        By: /s/ Peter Miller
                             Peter Miller
                             Arkansas State Bar No. 80103
                             1601 S. Broadway
                             Little Rock, AR 72201
                             Telephone:  (501) 374-6300
                             Facsimile:  (501) 374-1244

## **CERTIFICATE OF CONSULTATION**

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with counsel for Defendants.

Dated:  May 21, 2012

                          /s/ Mabel Lee-Lo
                          Mabel Lee-Lo

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 21, 2012; and that this document has also

been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

>*/s/ Newton B. Schwartz, Sr.*
>Newton B. Schwartz, Sr.