UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : | MDL Docket No. 1629 |
|---|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : | Master File No. 04-10981 |
|  | : | Judge Patti B. Saris |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : |  |
|---|---|---|
| THIS DOCUMENT RELATES TO |  | Magistrate Judge Leo T. |
|  | : |  |
| LESLIE LUTTRELL  v. Pfizer, Inc. et al., Case No. 06-cv-10912 |  | Sorokin |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF LESLIE LUTTRELL**

Newton B. Schwartz, Sr., counsel for Plaintiff Leslie Luttrell, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels and their local counsel of record, Peter Miller, to withdraw as counsels for Plaintiff in this action.  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion.  Communications to Jack Harang are shown as Exhibit "I."

Plaintiff's counsel has communicated with Plaintiff Leslie Luttrell both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 21, 2012

                Respectfully Submitted,
                Law Offices of Newton B. Schwartz, Sr.

                By: */s/ Newton B. Schwartz, Sr.*
                    Newton B. Schwartz, Sr.
                    Texas State Bar No. 1786900
                    1911 Southwest Freeway
                    Houston, Texas 77098
                    Telephone: (713) 630-0708
                    Facsimile: (713) 630-0789

                By: /s/ Peter Miller
                    Peter Miller
                    Arkansas State Bar No. 80103
                    1601 S. Broadway
                    Little Rock, AR 72201
                    Telephone:  (501) 374-6300
                    Facsimile:  (501) 374-1244

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with counsel for Defendants.

Dated:  May 21, 2012

                /s/ Mabel Lee-Lo
                Mabel Lee-Lo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 21, 2012; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                */s/ Newton B. Schwartz, Sr.*
                Newton B. Schwartz, Sr.