UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------------------ x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : | Master File No. 04-10981 |
| | : | Judge Patti B. Saris |
| ------------------------------------------ x | : | |
| THIS DOCUMENT RELATES TO | : | Magistrate Judge Leo T. Sorokin |
| *LESLIE LUTTRELL v. Pfizer, Inc. et al.,* Case No. 06-cv-10912 | : | |
| ------------------------------------------ x | | |

**DECLARATION OF NEWTON B. SCHWARTZ, SR. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF LESLIE LUTTRELL**

I, Newton B. Schwartz, Sr., deposes and states as follows:

1. I am founder of the Law Offices of Newton B. Schwartz, Sr, counsel for Plaintiff Leslie Luttrell in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsels' motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsels and their Local counsel of record to withdraw as counsel of record for Plaintiff in this Action.

3. On or about February 21, 2006, the complaint herein was filed by Plaintiff against Defendants, Pfizer, Inc., a division of Warner-Lambert Company and Warner-Lambert Company LLC in the Circuit Court of Pulaski County, Arkansas Third Civil Division, Civil No. CV2006-2018, then to the U.S. District Court for the

1

      Eastern District of Arkansas Western Division, Case No. 4:06CV00341 WRW.

4. On September 15, 2006, the case was transferred from U.S. District Court for the Eastern District of Arkansas Western Division to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:04-CV-10981-PBS. ECF Doc. 472-3.

5. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

6. My staff counsel has communicated with Plaintiff, Leslie Luttrell both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

7. A copy of the motion papers is also being mailed this date, by certified mail, to Plaintiff, Leslie Luttrell at the last known address.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2012

                                      Respectfully Submitted,
                                      Law Offices of Newton B. Schwartz, Sr.

                                      By: */s/ Newton B. Schwartz, Sr.*
                                            Newton B. Schwartz, Sr.
                                            Texas State Bar No. 1786900
                                            1911 Southwest Freeway
                                            Houston, Texas 77098
                                            Telephone: (713) 630-0708
                                            Facsimile: (713) 630-0789

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 21, 2012; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                          */s/ Newton B. Schwartz, Sr.*
                                          Newton B. Schwartz, Sr.