# EXHIBIT I

| | |
|---|---|
| **From:** | Andrew B. Sacks |
| **To:** | Newton B Schwartz; Anixia ; Beverly; David Lowans; Edna Langman; Glen Lerner; Greg Remmenga; Jack Harang; John K. Weston; Julie P. Thompson; Kathleen Womack; Ken Hardison; Linnea Emig; Mabel Lo; Pamela D. Holman; Pete Higinbotham; Peter Miller; Regina Smith; Richard Sackett; Sharon Bowles; Trey Stegall; Vincent Lo; William Green |
| **Subject:** | RE: Neurontin |
| **Date:** | Friday, March 04, 2011 3:17:23 PM |

People, this office divorced ourselves from these cases years ago. Newton was to take us off the pleadings. I owe no responsibility to these clients. I have zero information on them and I do not want to be sent any email on these cases. Jack knows I gave these up as I had a conflict with the class action we filed and lost in Pa. Please delete us from the email list and get us off the pleadings. I will sign anything you guys want me to sign but I do not need to see these aggravating letters on who did what as I have no fee interest and no responsibility on these matters.

Thank you.
Andrew B. Sacks
President, Andrew B. Sacks and Associates;
Member, Sacks and Weston LLC;
President, Andrew B. Sacks, PC
114 Old York Road
Jenkintown, Pa. 19046
P 215-925-8200
F 215-925-0508
C 610-905-1171

This electronic message contains information from Andrew B. Sacks and Associates, LLC and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (215) 925-8200

# Newton B Schwartz

| | |
|---|---|
| **From:** | Andrew B. Sacks [asacks@sackswestonpetrelli.com] |
| **Sent:** | Thursday, May 17, 2012 8:46 PM |
| **To:** | Cheffo, Mark S |
| **Cc:** | Lyon, Katherine A; nbs@nbslawyers.com; Stevens, Catherine B; jwharang@gmail.com; pmiller@aristotle.net; glerner@glenlerner.com; billg@bill-green.com; sjshiginbotham@wvdsl.net; Marilyn@LawyerNC.com; sharon@aristotle.net; linnea@bill-green.com; asacks@sackslaw.com; jweston@sackslaw.com; jpthompson@sackslaw.com |
| **Subject:** | Re: Neurontin-Motion To Withdraw As Counsel |

I withdrew about 3 years ago but for some reason I am still being emailed. Take me off the chain please as I am way gone from this litigation or liabilities.

Andrew's phone

On May 17, 2012, at 7:23 PM, "Cheffo, Mark S" <Mark.Cheffo@skadden.com> wrote:

What we need to understand, in order to form a view as to our position, is whether all attorneys are intending to withdraw, leaving the plaintiffs pro se, or whether some of the attorneys will represent the plaintiffs now or in the future.

---

**From:** Lyon, Katherine A (NYC)
**Sent:** Thursday, May 17, 2012 6:55 PM
**To:** 'nbs@nbslawyers.com'; Cheffo, Mark S (NYC); Stevens, Catherine B (NYC)
**Cc:** 'jwharang@gmail.com'; 'pmiller@aristotle.net'; 'glerner@glenlerner.com'; 'billg@bill-green.com'; 'sjshiginbotham@wvdsl.net'; 'Marilyn@LawyerNC.com'; 'sharon@aristotle.net'; 'linnea@bill-green.com'; 'asacks@sackslaw.com'; 'jweston@sackslaw.com'; 'jpthompson@sackslaw.com'
**Subject:** Re: Neurontin-Motion To Withdraw As Counsel
**Sensitivity:** Confidential

Can you please provide more detail as to the exact relief you will be seeking? For example, is only the Schwartz firm withdrawing as in previous motions?

Thanks.

---

**From:** Newton B Schwartz [mailto:nbs@nbslawyers.com]
**Sent:** Thursday, May 17, 2012 06:36 PM
**To:** Cheffo, Mark S (NYC); Stevens, Catherine B (NYC); Lyon, Katherine A (NYC)
**Cc:** 'Newton B Schwartz' <nbs@nbslawyers.com>; jwharang@gmail.com <jwharang@gmail.com>; Peter Miller <pmiller@aristotle.net>; 'Glen Lerner' <glerner@glenlerner.com>; 'William Green' <billg@bill-green.com>; 'Sean J. Sawyer, Esquire' <sjshiginbotham@wvdsl.net>; 'Marilyn R. Beasley' <Marilyn@LawyerNC.com>; 'Sharon Bowles' <sharon@aristotle.net>; 'Linnea Emig' <linnea@bill-green.com>; 'Andrew Sacks' <asacks@sackslaw.com>; 'John Weston' <jweston@sackslaw.com>; 'Julie Thompson' <jpthompson@sackslaw.com>

1

**Subject:** Neurontin-Motion To Withdraw As Counsel

Counsels:

This email will serve as the certificate of consultation for the filings of Motion to Withdraw As Counsel for the below listed cases, please confirm whether you consent to this filing.

Carson Bunch v. Pfizer Inc. et.al
Wilbur Conyers v. Pfizer Inc. et. al
Christine M. Dozier v. Pfizer Inc. et.al
Sharon K. Emmons v. Pfizer Inc. et.al
Corrine M. Falk v. Pfizer Inc. et.al
Sharon Y. Floyd v. Pfizer Inc. et.al
Kenneth Gross v. Pfizer Inc. et.al
Tommy D. James v. Pfizer Inc. et.al
Elroy L. Johnson v. Pfizer Inc. et.al
Carla Jones v. Pfizer Inc. et.al
Dexter K. Lee v. Pfizer Inc. et.al
Debra F. Leger v. Pfizer Inc. et.al
Leslie Luttrell v. Pfizer Inc. et.al
Freddie Lytle v. Pfizer Inc. et.al
Marlene K. McIntyre v. Pfizer Inc. et.al
Isiah E. Mitchell, Sr. v. Pfizer Inc. et.al
Earnestine Parker v. Pfizer Inc. et.al
Mary Pickett v. Pfizer Inc. et.al
Tuwanda V. Shakoor v. Pfizer Inc. et.al
Doris J. Smith v. Pfizer Inc. et.al
Harold Sprinkle v. Pfizer Inc. et.al
Jana Stephens v. Pfizer Inc. et.al
Betty Thurmond v. Pfizer Inc. et.al
Dexter Williams v. Pfizer Inc. et.al
Theresa Williams v. Pfizer Inc. et.al


Mabel Lee-Lo
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the **original** message.