UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS      :   Master File No. 04-10981
LIABILITY LITIGATION
: Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO             Magistrate Judge Leo T.
:

*SHARON K. EMMONS  v. Pfizer, Inc. et al.,*          Sorokin
Case No. 06-cv-11024                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR PLAINTIFF SHARON K. EMMONS**

Pursuant to Local Rule 83.5.2 (c) of the United States District Court for the District of Massachusetts, Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834], the Law Offices of Newton B. Schwartz, Sr., on their own behalf and on behalf of their co-counsel and local counsel of record, William A. Green, move for leave to withdraw as counsel for Plaintiff in this action.  Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I."  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion.  Communications to Jack Harang are shown as Exhibit "II."

On or about April 27, 2006, the complaint herein was filed by Plaintiff against Defendants, Pfizer, Inc., a division of Warner-Lambert Company and Warner-Lambert Company LLC in the U.S. District Court, South Carolina, Columbia Division, Case No. 3:06-CV-01271-MDL.

On September 15, 2006, the case was transferred from U.S. District Court, South Carolina, Columbia Division the U.S. District Court for the District of Massachusetts and assigned Case No. 1:04-CV-10981-PBS. ECF Doc. 472-3.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

Plaintiff's counsel has communicated with Plaintiff Sharon K. Emmons both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.  See Declaration of Newton B. Schwartz, Sr. filed herewith.

Newton B. Schwartz, Sr., therefore requests that this Court grant the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record leave to withdraw as attorneys for Plaintiff, Sharon K. Emmons, and allow Plaintiff Sharon K. Emmons 60 days either to seek new counsel or to advise the Court that she will proceed with the prosecution of this action pro se.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this Motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff Sharon K. Emmons

In view of the above, Newton B. Schwartz, Sr., respectfully requests that the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels, and their local counsel of record be granted leave to withdraw as attorneys for Plaintiff, Sharon K. Emmons.

Dated: May 22, 2012

                    Respectfully Submitted,
                    Law Offices of Newton B. Schwartz, Sr.

                    By: /s/ Newton B. Schwartz, Sr.
                        Newton B. Schwartz, Sr.
                        Texas State Bar No. 1786900
                        1911 Southwest Freeway
                        Houston, Texas 77098
                        Telephone: (713) 630-0708
                        Facsimile: (713) 630-0789

                  By: /s/ William A. Green
                        William A. Green
                        South Carolina State Bar No. 15265
                        3511 Rivers Ave.
                        North Charleston, South Carolina 29405
                        Telephone: (843) 747-2455
                        Facsimile:  (843) 554-4496

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 22, 2012; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                        */s/ Newton B. Schwartz, Sr.*
                        Newton B. Schwartz, Sr.