UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS                         :    Master File No. 04-10981
LIABILITY LITIGATION
                                                     :    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
THIS DOCUMENT RELATES TO                                  Magistrate Judge Leo T.
                                                     :

WILBUR CONYERS (DECEASED) v. Pfizer, Inc. et al.,         Sorokin
Case No. 06-cv-11024
                                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF WILBUR CONYERS (DECEASED), REPRESENTED BY DAISY
CONYERS, REPRESENTATIVE OF ESTATE**

Newton B. Schwartz, Sr., counsel for Plaintiff Wilbur Conyers (Deceased), respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record, William A. Green, leave to withdraw as counsels for Plaintiff in this action. Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I." Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "II."

Plaintiff's counsel has communicated with Plaintiff's Representative of Estate, Daisy Conyers, both in writing and via telephone concerning his case, Plaintiff's Representative of Estate was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in his case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 22, 2012

Respectfully Submitted,
Law Offices of Newton B. Schwartz, Sr.

By: */s/ Newton B. Schwartz, Sr.*
   Newton B. Schwartz, Sr.
   Texas State Bar No. 1786900
   1911 Southwest Freeway
   Houston, Texas 77098
   Telephone: (713) 630-0708
   Facsimile: (713) 630-0789

By: /s/ William A. Green
   William A. Green
   South Carolina State Bar No. 15265
   3511 Rivers Ave.
   North Charleston, South Carolina 29405
   Telephone: (843) 747-2455
   Facsimile:  (843) 554-4496

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted to confer in good faith to contacted Plaintiff's Representative Daisy Conyers via telephone on 3/27/2012 concerning the issues presented in the foregoing motion and she verbally agreed to dismiss the case.  I also sent mail and requested for her written confirmation to dismiss following the conversation.  My assistant attempted to contact her between 4/5/2012 and 4/15/2012 without success.  On 5/9/2012, I called and spoke with Daisy Conyers' daughter, and requested for Daisy Conyers to return my call.  She never returned my phone call nor responded to my letters.  I also attempted to confer in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated:  May 22, 2012

   /s/ Mabel Lee-Lo
   Mabel Lee-Lo

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 22, 2012; and that this document has also been served on Plaintiff's Representative by sending a copy of the document to Plaintiff's Representative of Estate, Daisy Conyers by certified mail return receipt requested at Plaintiff's Representative of Estate's last known mailing address.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.