UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE NEURONTIN MARKETING, SALES ) | |
| PRACTICES, AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL Docket No. 1629 |
| _____) | Master File No. 04-10981 |
| ) | |
| THIS ORDER RELATES TO: ) | Judge Patti B. Saris |
| ) | Mag. Judge Leo T. Sorokin |
| Leisa Eaddy v. Pfizer, Inc. ) | |
| 06-cv-11385-PBS ) | |
| _____) | |

ORDER ON MOTION TO WITHDRAW

May 22, 2012

SOROKIN, C.M.J.

On September 8, 2011, Heninger Garrison Davis, LLC, counsel for Plaintiff Leisa Eaddy,
moved for leave to withdraw as Eaddy's counsel in this matter. Docket # 3617. On September
14, 2011, the Court ordered Eaddy to file any objection or response by September 23, 2011.
Docket # 3631. The Court further ordered that in the event Eaddy did not respond or object to
the motion to withdraw, she was by October 7, 2011 to either: (1) to arrange for successor
counsel (who was to file a notice of appearance with the Court); or (2) file a notice with the
Court stating that she intended to proceed pro se. Id. These deadlines have passed with no
filings from Eaddy. No successor counsel has filed a notice of appearance on her behalf.

Accordingly, the Motion to Withdraw (Docket # 3617) is ALLOWED. It is FURTHER

ORDERED that Heninger Garrison Davis, LLC shall serve a copy of this Order upon Eaddy.

SO ORDERED.

/s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge