UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :    MDL Docket No. 1629
In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS                                  :    Master File No. 04-10981
LIABILITY LITIGATION
                                                              :    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
THIS DOCUMENT RELATES TO                                           Magistrate Judge Leo T.
                                                              :

*WILBUR CONYERS (DECEASED) v. Pfizer, Inc. et al.,*                Sorokin
Case No. 06-cv-11024
                                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF NEWTON B. SCHWARTZ, SR. IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF WILBUR CONYERS (DECEASED), REPRESENTED BY DAISY CONYERS, REPRESENTATIVE OF ESTATE**

I, Newton B. Schwartz, Sr., deposes and states as follows:

1.  I am founder of the Law Offices of Newton B. Schwartz, Sr, counsel for Plaintiff Wilbur Conyers, Deceased, Represented by Daisy Conyers, Representative of Estate of Wilbur Conyers in the above-entitled action.

2.  This declaration is submitted in support of Plaintiff's counsels' motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsels, co-counsels and their local counsel of record, William Green leave to withdraw as counsel of record for Plaintiff in this action. Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I." Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16,

1

2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "II."

3. On or about April 27, 2006, the complaint herein was filed by Plaintiff against Defendants, Pfizer, Inc., a division of Warner-Lambert Company and Warner-Lambert Company LLC in the U.S. District Court, South Carolina, Columbia Division, Case No. 3:06-CV-01271-MDL.

4. On September 15, 2006, the case was transferred from U.S. District Court, South Carolina, Columbia Division, to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:04-CV-10981-PBS. ECF Doc. 472-3.

5. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

6. My staff counsel has communicated with Plaintiff's Representative of Estate, Daisy Conyers in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in his case.

7. A copy of the motion papers is also being mailed this date, by certified mail, to Plaintiff's Representative of Estate, Daisy Conyers, at the last known address. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2012

                                          Respectfully Submitted,
                                          Law Offices of Newton B. Schwartz, Sr.

                                       By: /s/ Newton B. Schwartz, Sr.
                                             Newton B. Schwartz, Sr.
                                             Texas State Bar No. 1786900
                                             1911 Southwest Freeway
                                             Houston, Texas 77098
                                             Telephone: (713) 630-0708
                                             Facsimile: (713) 630-0789

                                       By: /s/ William Green
                                             William Green
                                             South Carolina State Bar No. 15265
                                             3511 Rivers Ave.
                                             North Charleston, South Carolina 29405
                                             Telephone: (843) 747-2455
                                             Facsimile:  (843) 554-4496

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 22, 2012; and that this document has also been served on Plaintiff's Representative of Estate, Daisy Conyers, by sending a copy of the document to Plaintiff's Representative of Estate by certified mail return receipt requested at Plaintiff's Representative of Estate's last known mailing address.

                                                 */s/ Newton B. Schwartz, Sr.*
                                                 Newton B. Schwartz, Sr.