UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>Odessa Grissom v. Pfizer, Inc.<br>      06-cv-11386-PBS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

ORDER ON MOTION TO WITHDRAW

May 22, 2012

SOROKIN, C.M.J.

On September 8, 2011, Heninger Garrison Davis, LLC, counsel for Plaintiff Odessa Grissom, moved for leave to withdraw as Grissom's counsel in this matter.  Docket # 3619.  On September 14, 2011, the Court ordered Grissom to file any objection or response by September 23, 2011.  Docket # 3631.  The Court further ordered that in the event Grissom did not respond or object to the motion to withdraw, she was by October 7, 2011 to either: (1) to arrange for successor counsel (who was to file a notice of appearance with the Court); or (2) file a notice with the Court stating that she intended to proceed pro se.  Id.  These deadlines have passed with no filings from Grissom.  No successor counsel has filed a notice of appearance on her behalf.

Accordingly, the Motion to Withdraw (Docket # 3619) is ALLOWED.  It is FURTHER

1

ORDERED that Heninger Garrison Davis, LLC shall serve a copy of this Order upon Grissom.

        SO ORDERED.

        /s / Leo T. Sorokin
        Leo T. Sorokin
        Chief United States Magistrate Judge