UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :       MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS              :       Master File No. 04-10981
LIABILITY LITIGATION
                                                          :       Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
THIS DOCUMENT RELATES TO                         Magistrate Judge Leo T.
                                                          :

(S)HARON Y. FLOYD v. Pfizer, Inc. et al.,         Sorokin
Case No. 06-cv-11024                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF (S)HARON Y. FLOYD**

Newton B. Schwartz, Sr., counsel for Plaintiff (S)haron Y. Floyd, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record, William A. Green, leave to withdraw as counsels for Plaintiff in this action.  Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I."  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion.  Communications to Jack Harang are shown as Exhibit "II."

Plaintiff's counsel has communicated with Plaintiff (S)haron Y. Floyd, both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal

services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 22, 2012

                      Respectfully Submitted,
                      Law Offices of Newton B. Schwartz, Sr.

                      By: */s/ Newton B. Schwartz, Sr.*
                           Newton B. Schwartz, Sr.
                           Texas State Bar No. 1786900
                           1911 Southwest Freeway
                           Houston, Texas 77098
                           Telephone: (713) 630-0708
                           Facsimile: (713) 630-0789

                      By: /s/ William A. Green
                           William A. Green
                           South Carolina State Bar No. 15265
                           3511 Rivers Ave.
                           North Charleston, South Carolina 29405
                           Telephone: (843) 747-2455
                           Facsimile:  (843) 554-4496

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with (S)haron Y. Floyd via telephone on 5/3/2012 and she verbally agreed to dismiss her case.  I also sent her letters requesting written confirmation for dismissal. She never responded to my letters.  I also attempted to confer in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated:  May 22, 2012

                             _ /s/ Mabel Lee-Lo_____
                              Mabel Lee-Lo

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 22, 2012; and that this document has also been served on Plaintiff (S)haron Y. Floyd by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                          */s/ Newton B. Schwartz, Sr.*
                                          Newton B. Schwartz, Sr.