UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:    MDL Docket No. 1629
In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS     :    Master File No. 04-10981
LIABILITY LITIGATION
:    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO      Magistrate Judge Leo T.
:

*MARY J. PICKETT v. Pfizer, Inc. et al.,*      Sorokin
Case No. 06-cv-11024                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF MARY J. PICKETT**

Newton B. Schwartz, Sr., counsel for Plaintiff Mary J. Pickett, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record, William A. Green, leave to withdraw as counsels for Plaintiff in this action. Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I." Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "II."

Plaintiff's counsel has communicated with Plaintiff Mary J. Pickett, both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may

be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 22, 2012

                        Respectfully Submitted,
                        Law Offices of Newton B. Schwartz, Sr.

                        By: */s/ Newton B. Schwartz, Sr.*
                            Newton B. Schwartz, Sr.
                            Texas State Bar No. 1786900
                            1911 Southwest Freeway
                            Houston, Texas 77098
                            Telephone: (713) 630-0708
                            Facsimile: (713) 630-0789

                        By: /s/ William A. Green
                            William A. Green
                            South Carolina State Bar No. 15265
                            3511 Rivers Ave.
                            North Charleston, South Carolina 29405
                            Telephone: (843) 747-2455
                            Facsimile:  (843) 554-4496

## **CERTIFICATE OF CONSULTATION**

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with Mary J. Pickett via certified mail with returned receipt requested on 5/7/2012.  She received the letter but has not communicated with us to date.  I also conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated:  May 22, 2012

                              /s/ Mabel Lee-Lo
                              Mabel Lee-Lo

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 22, 2012; and that this document has also been served on Plaintiff Mary J. Pickett by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                              */s/ Newton B. Schwartz, Sr.*
                                              Newton B. Schwartz, Sr.