UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS        :   Master File No. 04-10981
LIABILITY LITIGATION
:   Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO                Magistrate Judge Leo T.
:

*EARNESTINE PARKER v. Pfizer, Inc. et al.,*      Sorokin
Case No. 06-cv-11024                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF EARNESTINE PARKER**

Newton B. Schwartz, Sr., counsel for Plaintiff Earnestine Parker, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record, William A. Green, leave to withdraw as counsels for Plaintiff in this action. Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I." Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "II."

Plaintiff's counsel has communicated with Plaintiff Earnestine Parker, both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal

services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 22, 2012

        Respectfully Submitted,
        Law Offices of Newton B. Schwartz, Sr.

    By:  */s/ Newton B. Schwartz, Sr.*
        Newton B. Schwartz, Sr.
        Texas State Bar No. 1786900
        1911 Southwest Freeway
        Houston, Texas 77098
        Telephone: (713) 630-0708
        Facsimile: (713) 630-0789

    By: /s/ William A. Green
        William A. Green
        South Carolina State Bar No. 15265
        3511 Rivers Ave.
        North Charleston, South Carolina 29405
        Telephone: (843) 747-2455
        Facsimile:  (843) 554-4496

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with Earnestine Parker via telephone on 4/2/2012 and she verbally agreed to dismiss her case.  I also sent her letters requesting written confirmation for dismissal. She never responded to my letters.  I attempted to call her on 5/9/2012 and left her a message to call me.  On 5/10/2012 she left a message and said that she would send the written confirmation for dismissal to us.  Thus far, we still have not received her confirmation.  I also conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated:  May 22, 2012

        _ /s/ Mabel Lee-Lo_____
        Mabel Lee-Lo

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 22, 2012; and that this document has also been served on Plaintiff Earnestine Parker by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                                */s/ Newton B. Schwartz, Sr.*
                                                Newton B. Schwartz, Sr.