UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
IN RE NEURONTIN MARKETING, SALES        )
PRACTICES, AND PRODUCTS LIABILITY       )
LITIGATION                              )        MDL Docket No. 1629
_____)        Master File No. 04-10981
                                        )
THIS ORDER RELATES TO:                  )        Judge Patti B. Saris
                                        )        Mag. Judge Leo T. Sorokin
Jacqueline Poole v. Pfizer, Inc.        )
      06-cv-11389-PBS                    )
_____)


ORDER ON MOTION TO WITHDRAW

May 22, 2012

SOROKIN, C.M.J.


On September 8, 2011, Heninger Garrison Davis, LLC, counsel for Plaintiff Jacqueline
Poole, moved for leave to withdraw as Poole's counsel in this matter.  Docket # 3621.  On
September 14, 2011, the Court ordered Poole to file any objection or response by September 23,
2011.  Docket # 3631.  The Court further ordered that in the event Poole did not respond or
object to the motion to withdraw, she was by October 7, 2011 to either: (1) to arrange for
successor counsel (who was to file a notice of appearance with the Court); or (2) file a notice
with the Court stating that she intended to proceed pro se.  Id.  These deadlines have passed with
no filings from Poole.  No successor counsel has filed a notice of appearance on her behalf.

Accordingly, the Motion to Withdraw (Docket # 3621) is ALLOWED.  It is FURTHER

ORDERED that Heninger Garrison Davis, LLC shall serve a copy of this Order upon Poole.

SO ORDERED.

/s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge