UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO: | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| Jessica Whitten v. Pfizer, Inc.<br>06-cv-11391-PBS | |

ORDER ON MOTION TO WITHDRAW

May 22, 2012

SOROKIN, C.M.J.

On September 8, 2011, Heninger Garrison Davis, LLC, counsel for Plaintiff Jessica Whitten, moved for leave to withdraw as Whitten's counsel in this matter. Docket # 3623. On September 14, 2011, the Court ordered Whitten to file any objection or response by September 23, 2011. Docket # 3631. The Court further ordered that in the event Whitten did not respond or object to the motion to withdraw, she was by October 7, 2011 to either: (1) to arrange for successor counsel (who was to file a notice of appearance with the Court); or (2) file a notice with the Court stating that she intended to proceed pro se. Id. These deadlines have passed with no filings from Whitten. No successor counsel has filed a notice of appearance on her behalf.

Accordingly, the Motion to Withdraw (Docket # 3623) is ALLOWED. It is FURTHER

ORDERED that Heninger Garrison Davis, LLC shall serve a copy of this Order upon Whitten.

                                    SO ORDERED.

                                    /s / Leo T. Sorokin
                                    Leo T. Sorokin
                                    Chief United States Magistrate Judge