UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | : : : | Magistrate Judge Leo T. Sorokin |
| *ISIAH E. MITCHELL, SR. v. Pfizer, Inc. et al.,* Case No. 06-cv-11024 | : | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF ISIAH E. MITCHELL, SR.**

Newton B. Schwartz, Sr., counsel for Plaintiff Isiah E. Mitchell, Sr., respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record, William A. Green, leave to withdraw as counsels for Plaintiff in this action. Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I." Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "II."

Plaintiff's counsel has communicated with Plaintiff Isiah E. Mitchell, Sr., both in writing and via telephone concerning his case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal

services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in his case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 22, 2012

                                              Respectfully Submitted,
                                              Law Offices of Newton B. Schwartz, Sr.

                                              By: */s/ Newton B. Schwartz, Sr.*
                                                    Newton B. Schwartz, Sr.
                                                    Texas State Bar No. 1786900
                                                    1911 Southwest Freeway
                                                    Houston, Texas 77098
                                                    Telephone: (713) 630-0708
                                                    Facsimile: (713) 630-0789

                                              By: /s/ William A. Green
                                                    William A. Green
                                                    South Carolina State Bar No. 15265
                                                    3511 Rivers Ave.
                                                    North Charleston, South Carolina 29405
                                                    Telephone: (843) 747-2455
                                                    Facsimile:  (843) 554-4496

## **CERTIFICATE OF CONSULTATION**

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with Isiah E. Mitchell, Sr. via telephone calls and letters.  I attempted to call him on 5/2/2012, left messages on his voice mail on 5/3/2012, 5/4/2012 and 5/7/2012.  He received our certified mail on 5/11/2012 but still has not contacted us yet.  I also conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated:  May 22, 2012

                                                        /s/ Mabel Lee-Lo
                                                        Mabel Lee-Lo

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 22, 2012; and that this document has also been served on Plaintiff Isiah E. Mitchell, Sr. by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                          */s/ Newton B. Schwartz, Sr.*
                                          Newton B. Schwartz, Sr.