UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | § § § § § § § § § § § | MDL Docket No. 1629 |
| | | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | | |
| | | Judge Patti B. Saris |
| *ISIAH E. MITCHELL* , *Sr.* vs. PFIZER, INC., ET AL Case No. 06-11024-PBS | | Magistrate Judge Leo Sorokin |

## ORDER

Came to be presented and heard Newton B. Schwartz, Sr., the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsel and their local counsel of record, William Green, to withdraw as counsel for Plaintiff Isiah E. Mitchell, Sr. in this action.  The Court finds the Motion to be meritorious and hereby GRANTS this Motion and allows Newton B. Schwartz, Sr., the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record, William Green to withdraw as attorneys for Plaintiff, Isiah E. Mitchell, Sr.

SIGNED AT BOSTON, MASSACHUSETTS, THIS _____ DAY OF _____, 2012.

_____
U. S. DISTRICT MAGISTRATE JUDGE
LEO SOROKIN