UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | |
| SALES PRACTICES AND PRODUCTS : | Master File No. 04-10981 |
| LIABILITY LITIGATION | |
| : | Judge Patti B. Saris |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| : | |
| THIS DOCUMENT RELATES TO | Magistrate Judge Leo T. |
| : | |
| *ISIAH E. MITCHELL, SR.  v. Pfizer, Inc. et al.,* | Sorokin |
| Case No. 06-cv-11024 : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR PLAINTIFF ISIAH E. MITCHELL, SR.**

Pursuant to Local Rule 83.5.2 (c) of the United States District Court for the District of

Massachusetts, Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on

April 10, 2012 [Doc. No. 3834], the Law Offices of Newton B. Schwartz, Sr., on their own

behalf and on behalf of their co-counsel and local counsel of record, William A. Green, move for

leave to withdraw as counsel for Plaintiff in this action.  Communications from co-counsel

Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I."  Plaintiff's other lead

counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18,

2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in

this motion.  Communications to Jack Harang are shown as Exhibit "II."

On or about April 27, 2006, the complaint herein was filed by Plaintiff against Defendants,

Pfizer, Inc., a division of Warner-Lambert Company and Warner-Lambert Company LLC in the

U.S. District Court, South Carolina, Columbia Division, Case No. 3:06-CV-01271-MDL.

On September 15, 2006, the case was transferred from U.S. District Court, South Carolina, Columbia Division the U.S. District Court for the District of Massachusetts and assigned Case No. 1:04-CV-10981-PBS. ECF Doc. 472-3.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

Plaintiff's counsel has communicated with Plaintiff Isiah E. Mitchell, Sr. both in writing and via telephone concerning his case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in his case.  See Declaration of Newton B. Schwartz, Sr. filed herewith.

Newton B. Schwartz, Sr., therefore requests that this Court grant the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record leave to withdraw as attorneys for Plaintiff, Isiah E. Mitchell, Sr., and allow Plaintiff Isiah E. Mitchell, Sr. 60 days either to seek new counsel or to advise the Court that he will proceed with the prosecution of this action pro se.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this Motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff Isiah E. Mitchell, Sr.

In view of the above, Newton B. Schwartz, Sr., respectfully requests that the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels excluding Jack Harang, and their local counsel of record be granted leave to withdraw as attorneys for Plaintiff, Isiah E. Mitchell, Sr..

Dated:  May 22, 2012

Respectfully Submitted,
Law Offices of Newton B. Schwartz, Sr.

By: /s/ Newton B. Schwartz, Sr.
    Newton B. Schwartz, Sr.
    Texas State Bar No. 1786900
    1911 Southwest Freeway
    Houston, Texas 77098
    Telephone: (713) 630-0708
    Facsimile: (713) 630-0789

By: /s/ William A. Green
    William A. Green
    South Carolina State Bar No. 15265
    3511 Rivers Ave.
    North Charleston, South Carolina 29405
    Telephone: (843) 747-2455
    Facsimile:  (843) 554-4496

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 22, 2012; and that this document has also been served on Plaintiff Isiah E. Mitchell, Sr. by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.