UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| Blackwell v. Pfizer, Inc., 06-cv-10420-PBS Huff v. Pfizer, Inc., 06-cv-11388-PBS Grissom v. Pfizer, Inc., 06-cv-11386-PBS Poole v. Pfizer, Inc., 06-cv-11389-PBS Whitten v. Pfizer, Inc., 06-cv-11391-PBS |  |

REPORT AND RECOMMENDATION ON DEFENDANT PFIZER'S
MOTION TO DISMISS PLAINTIFFS REPRESENTED
BY HENINGER GARRISON DAVIS, LLP

May 22, 2012

SOROKIN, C.M.J.

On August 19, 2011, the Defendants moved to dismiss the claims of seven plaintiffs represented by the law firm Heninger Garrison Davis, LLC as a sanction for their failure to provide discovery and to obey a July 28, 2011 Electronic Order of the Court, ordering that the disputed discovery be produced within ten days. Docket # 3588.[1] Two of the Plaintiffs (Baker and Reach) subsequently dismissed their claims. No timely oppositions to the motion to dismiss were made by the remaining five plaintiffs (although on September 8, 2011, the Heninger firm

---

[1] The seven plaintiffs were Meicki Baker, Andria Renee Blackwell, Odessa Grissom, Pauline Huff, Jacqueline Poole, Joyce Reach, and Jessica Whitten.

filed motions to withdraw from its representation of Plaintiffs Grissom, Poole and Whitten).[2]  On September 14, 2011, the Court ordered that all five remaining plaintiffs would have until October 7, 2011, to file responses to the Motion to Dismiss.  Docket # 3631.   No such oppositions have been filed.

Accordingly, I RECOMMEND that the Court ALLOW the motion to dismiss the claims of Plaintiffs Grissom, Poole, Whitten, Blackwell, and Huff as a sanction for their failure to respond to discovery and to obey orders of the Court, and for failure to prosecute their claims.[3]

It is FURTHER ORDERED that Heninger Garrison Davis, LLC shall serve a copy of this Report and Recommendation upon the affected Plaintiffs.


/s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge

---

[2]  The motions to withdraw with respect to Grissom, Poole and Whitten were allowed on the date of issue of this Report and Recommendation.

[3]  The parties are hereby advised that any party who objects to these proposed findings and recommendations must file a written objection thereto within 14 days of receipt of this Report and Recommendation.  The written objections must identify with specificity the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections.  See Fed. R. Civ. P. 72 and Habeas Corpus Rule 8(b).  The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation.  See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir.1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir.1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir.1980); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir.1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir.1983); see also Thomas v. Arn, 474 U.S. 140, 106 S.Ct. 466 (1985).