# EXHIBIT III

## 2011 - 2012 PA ATTORNEY'S LICENSE

| VALIDATED | EXPIRES | ID NO. | CLE GROUP |
|---|---|---|---|
| 08/03/2011 | 07/01/2012 | 205395 | 3 |

THIS IS TO CERTIFY THAT

### NEWTON SCHWARTZ SR.

HAS FILED THE INFORMATION STATEMENT AND PAID THE FEE, IF ANY, REQUIRED BY Pa.R.D.R. 219 AND HAS THE RIGHT TO PRACTICE LAW AS PROVIDED BY Pa.B.A.R. 232.

SIGN IN INK — DO NOT PRINT