# EXHIBIT III

| 2011 - 2012 PA ATTORNEY'S LICENSE | | | |
|---|---|---|---|
| VALIDATED | EXPIRES | ID NO. | CLE GROUP |
| 08/03/2011 | 07/01/2012 | 205395 | 3 |

THIS IS TO CERTIFY THAT

**NEWTON SCHWARTZ SR.**

HAS FILED THE INFORMATION STATEMENT AND PAID THE FEE, IF ANY, REQUIRED BY Pa.R.D.E. 219 AND HAS THE RIGHT TO PRACTICE LAW AS PROVIDED BY Pa.B.A.R. 232.

SIGN IN INK — DO NOT PRINT