UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS                        :    Master File No. 04-10981
LIABILITY LITIGATION
                                                    :    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
THIS DOCUMENT RELATES TO                                 Magistrate Judge Leo T.
                                                    :

TUWANDA SHAKOOR v. Pfizer, Inc. et al.,                  Sorokin
Case No. 06-cv-11023                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF TUWANDA SHAKOOR**

Newton B. Schwartz, Sr., counsel for Plaintiff Tuwanda Shakoor, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record leave to withdraw as counsels for Plaintiff in this action.  Communications from local counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I."  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion.  Communications to Jack Harang are shown as Exhibit "II."  Newton B. Schwartz Sr. is licensed to practice law in the State of Pennsylvania.  Attached hereto shown as Exhibit "III" is a copy of Newton B. Schwartz, Sr.'s Pennsylvania Attorney's License.

Plaintiff's counsel has communicated with Plaintiff Tuwanda Shakoor, both in writing and attempted to communicate via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 23, 2012

                  Respectfully Submitted,
                  Law Offices of Newton B. Schwartz, Sr.

                  By:  */s/ Newton B. Schwartz, Sr.*
                      Newton B. Schwartz, Sr.
                      Texas State Bar No. 1786900
                      Pennsylvania State Bar No. 205395
                      1911 Southwest Freeway
                      Houston, Texas 77098
                      Telephone: (713) 630-0708
                      Facsimile: (713) 630-0789

## **CERTIFICATE OF CONSULTATION**

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with Tuwanda Shakoor via mail and telephone. I spoke with Plaintiff and was informed that she would contact us after she makes a decision.  She has not communicated with us to date.  I also conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated:  May 23, 2012

                  /s/ Mabel Lee-Lo
                  Mabel Lee-Lo

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012; and that this document has also been served on Plaintiff Tuwanda Shakoor by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                            */s/ Newton B. Schwartz, Sr.*
                                            Newton B. Schwartz, Sr.