UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | § § § § § § § § § § § | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Magistrate Judge Leo Sorokin |
| THIS DOCUMENT RELATES TO: *TUWANDA SHAKOOR* vs. PFIZER, INC., ET AL Case No. 06-11023-PBS | | |

## ORDER

Came to be presented and heard Newton B. Schwartz, Sr., the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsel and their local counsel of record, to withdraw as counsel for Plaintiff Tuwanda Shakoor in this action. The Court finds the Motion to be meritorious and hereby GRANTS this Motion and allows Newton B. Schwartz, Sr., the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record to withdraw as attorneys for Plaintiff, Tuwanda Shakoor.

SIGNED AT BOSTON, MASSACHUSETTS, THIS _____ DAY OF _____, 2012.

_____
U. S. DISTRICT MAGISTRATE JUDGE
LEO SOROKIN