UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS                       :    Master File No. 04-10981
LIABILITY LITIGATION
                                                   :    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
THIS DOCUMENT RELATES TO                                Magistrate Judge Leo T.
                                                   :
                                                        Sorokin
TUWANDA SHAKOOR  v. Pfizer, Inc. et al.,
Case No. 06-cv-11023                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR PLAINTIFF TUWANDA SHAKOOR**

Pursuant to Local Rule 83.5.2 (c) of the United States District Court for the District of Massachusetts, Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834], the Law Offices of Newton B. Schwartz, Sr., on their own behalf and on behalf of their co-counsel and local counsel of record, move for leave to withdraw as counsel for Plaintiff in this action.  Communications from local counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I."  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion.  Communications to Jack Harang are shown as Exhibit "II."  Newton B. Schwartz Sr. is licensed to practice law in the State of Pennsylvania.  Attached hereto shown as Exhibit "III" is a copy of Newton B. Schwartz, Sr.'s Pennsylvania Attorney's License.

On or about April 25, 2006, the complaint herein was filed by Plaintiff against Defendants, Pfizer, Inc., a division of Warner-Lambert Company and Warner-Lambert Company LLC in the U.S. District Court, Eastern District of Pennsylvania, Case No. 2:06-CV-01742-RB.

On September 15, 2006, the case was transferred from U.S. District Court, Eastern District of Pennsylvania to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:04-CV-10981-PBS. ECF Doc. 472-3.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

Plaintiff's counsel has communicated with Plaintiff Tuwanda Shakoor both in writing and attempted to contact her via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.  See Declaration of Newton B. Schwartz, Sr. filed herewith.

Newton B. Schwartz, Sr., therefore requests that this Court grant the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record leave to withdraw as attorneys for Plaintiff, Tuwanda Shakoor, and allow Plaintiff Tuwanda Shakoor 60 days either to seek new counsel or to advise the Court that she will proceed with the prosecution of this action pro se.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this Motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff Tuwanda Shakoor

In view of the above, Newton B. Schwartz, Sr., respectfully requests that the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels excluding Jack Harang, and their local counsel of record be granted leave to withdraw as attorneys for Plaintiff, Tuwanda Shakoor.

Dated:  May 23, 2012

      Respectfully Submitted,
      Law Offices of Newton B. Schwartz, Sr.

      By: /s/ Newton B. Schwartz, Sr.
           Newton B. Schwartz, Sr.
           Texas State Bar No. 1786900
           Pennsylvania State Bar No. 205395
           1911 Southwest Freeway
           Houston, Texas 77098
           Telephone: (713) 630-0708
           Facsimile: (713) 630-0789

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012; and that this document has also been served on Plaintiff Tuwanda Shakoor by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

      */s/ Newton B. Schwartz, Sr.*
      Newton B. Schwartz, Sr.