UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :       MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS          :       Master File No. 04-10981
LIABILITY LITIGATION
                                                        :       Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
THIS DOCUMENT RELATES TO                     Magistrate Judge Leo T.
                                                        :

*FREDDIE B. LYTLE v. Pfizer, Inc. et al.*,              Sorokin
Case No. 06-cv-11023
                                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF FREDDIE B. LYTLE**

Newton B. Schwartz, Sr., counsel for Plaintiff Freddie B. Lytle, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record to withdraw as counsels for Plaintiff in this action.  Communications from local counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I."  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion.  Communications to Jack Harang are shown as Exhibit "II."  Newton B. Schwartz Sr. is licensed to practice law in the State of Pennsylvania.  Attached hereto shown as Exhibit "III" is a copy of Newton B. Schwartz, Sr.'s Pennsylvania Attorney's License.

Plaintiff's counsel has communicated with Plaintiff Freddie B. Lytle, both in writing and attempted to communicate via telephone concerning his case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in his case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 23, 2012

          Respectfully Submitted,
          Law Offices of Newton B. Schwartz, Sr.

          By:  */s/ Newton B. Schwartz, Sr.*
              Newton B. Schwartz, Sr.
              Texas State Bar No. 1786900
              Pennsylvania State Bar No. 205395
              1911 Southwest Freeway
              Houston, Texas 77098
              Telephone: (713) 630-0708
              Facsimile: (713) 630-0789

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with Freddie B. Lytle via mail and telephone. I attempted to call Plaintiff numerous times but his phone did not accept call.  On 5/14/2012, Plaintiff has received the certified mail we sent him, but he has not communicated to us to date.  I also conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated:  May 23, 2012

            /s/ Mabel Lee-Lo
          Mabel Lee-Lo

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012; and that this document has also been served on Plaintiff Freddie B. Lytle by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                       */s/ Newton B. Schwartz, Sr.*
                                       Newton B. Schwartz, Sr.