UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS    :   Master File No. 04-10981
LIABILITY LITIGATION
:   Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO    Magistrate Judge Leo T.
:

*CORRINE M. FALK v. Pfizer, Inc. et al.,*    Sorokin
Case No. 06-cv-11022    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
### FOR PLAINTIFF CORRINE M. FALK

Newton B. Schwartz, Sr., counsel for Plaintiff Corrine M. Falk, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record, Glen Lerner leave to withdraw as counsels for Plaintiff in this action.  Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I."  Plaintiff's other co- counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion.  Communications to Jack Harang are shown as Exhibit "II."

Plaintiff's counsel has communicated with Plaintiff Corrine M. Falk, both in writing and attempted to communicate via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction

of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated:  May 23, 2012

          Respectfully Submitted,
          Law Offices of Newton B. Schwartz, Sr.

          By:  */s/ Newton B. Schwartz, Sr.*
               Newton B. Schwartz, Sr.
               Texas State Bar No. 1786900
               Pennsylvania State Bar No. 205395
               1911 Southwest Freeway
               Houston, Texas 77098
               Telephone: (713) 630-0708
               Facsimile: (713) 630-0789

          By:  /s/ Glen Lerner
               Nevada State Bar No. 4314
               4795 S. Durango Drive
               Las Vegas, Nevada 89147
               Telephone:  (702) 877-1500
               Facsimile:   (702) 877-0110

**CERTIFICATE OF CONSULTATION**

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with Corrine M. Falk via mail and telephone. Her telephone numbers were disconnected.  We received the certified mail return receipt with her signature on 5/14/2012.   She has not communicated with us to date.  I also conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated:  May 23, 2012

                 /s/ Mabel Lee-Lo
               Mabel Lee-Lo

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012; and that this document has also been served on Plaintiff Corrine M. Falk by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                            */s/ Newton B. Schwartz, Sr.*
                                            Newton B. Schwartz, Sr.