UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS      :   Master File No. 04-10981
LIABILITY LITIGATION
:   Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO                Magistrate Judge Leo T.
:

*CORRINE M. FALK  v. Pfizer, Inc. et al.*,    Sorokin
Case No. 06-cv-11022                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF NEWTON B. SCHWARTZ, SR. IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CORRINE M. FALK**

I, Newton B. Schwartz, Sr., deposes and states as follows:

1.   I am founder of the Law Offices of Newton B. Schwartz, Sr, counsel for Plaintiff Corrine M. Falk in the above-entitled action.

2.   This declaration is submitted in support of Plaintiff's counsels' motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsels, co-counsels and their local counsel of record, Glen Lerner leave to withdraw as counsel of record for Plaintiff in this action.  Communications from co-counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "I."  Plaintiff's other co-counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he

1

would join in this motion. Communications to Jack Harang are shown as Exhibit "II."

3. On or about April 28, 2006, the complaint herein was filed by Plaintiff against Defendants, Pfizer, Inc., a division of Warner-Lambert Company and Warner-Lambert Company LLC in the U.S. District Court, District of Nevada, Case No. 2:06-CV-00529-PMP-GWF.

4. On September 15, 2006, the case was transferred from U.S. District Court, District of Nevada to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:04-CV-10981-PBS. ECF Doc. 472-3.

5. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

6. My staff counsel has communicated with Plaintiff both in writing and attempted to contact via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

7. A copy of the motion papers is also being mailed this date, by certified mail, to Plaintiff Corrine M. Falk, at the last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 23, 2012

        Respectfully Submitted,
        Law Offices of Newton B. Schwartz, Sr.

By: <u>/s/ Newton B. Schwartz, Sr.</u>
     Newton B. Schwartz, Sr.
     Texas State Bar No. 1786900
     1911 Southwest Freeway
     Houston, Texas 77098
     Telephone: (713) 630-0708
     Facsimile: (713) 630-0789

By: <u>/s/ Glen Lerner</u>
     Nevada State Bar No. 4314
     4795 S. Durango Drive
     Las Vegas, Nevada 89147
     Telephone:  (702) 877-1500
     Facsimile:   (702) 877-0110

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012; and that this document has also been served on Plaintiff Corrine M. Falk, by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

        */s/ Newton B. Schwartz, Sr.*
        Newton B. Schwartz, Sr.