UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS                        :    Master File No. 04-10981
LIABILITY LITIGATION
                                                    :    Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
THIS DOCUMENT RELATES TO                                 Magistrate Judge Leo T.
                                                    :
                                                         Sorokin
                                                    :
VIRGIL L. ANDERSON et al. v. PFIZER INC. et al.,
06-11024-PBS

ACCETULLO et al. v. PFIZER INC. et al.,             :
06-10912-PBS

BREWSTER et al. v. PFIZER INC. et al.,              :
06-11022-PBS

GIRARD et al. v. PFIZER INC. et al.,                :
06-11023-PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**PLAINTIFFS' CURRENT STATUS REPORT**

Pursuant to the Court's April 10, 2012 Order [Document number 3834], the undersigned counsel for Plaintiffs hereby submit their Current Status Report (5/23/2012) in the attached Exhibit "I" to the Court listing the current status of all cases.

        Respectfully Submitted,
        The Law Offices of Newton B. Schwartz, Sr.

        */s/ Newton B. Schwartz, Sr.*
        Newton B. Schwartz, Sr.
        *Law Offices of Newton B. Schwartz, Sr.*
        Texas State Bar No.17869000
        1911 Southwest Freeway

Houston, Texas 77098  
Telephone: (713) 630-0708  
*Facsimile: (713) 630-0789*

**CERTIFICATE OF SERVICE**

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 23rd day of May, 2012.

<u>/s/Newton B. Schwartz, Sr.</u>  
NEWTON B. SCHWARTZ, SR.