# EXHIBIT I

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Napoli-Branson, Jennifer | | Pending | 06-CV-11023-PBS | Estate of Sherry Groves |
| Best, Tosha R. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed 4/27/2012 [3851] | 06-CV-11024-PBS | |
| Bunch, Carson | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11; Motion to Withdraw as Counsel filed on 5-21-2012 [3887] | Contacted Plaintiff on 3/28/2012 and 4/2/2012 by phone; sent letter on 4/3/2012 to Plaintiff; attempted to contact Plaintiff again between 4/4/2012 to 4/17/2012; no response to date; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Carter, Damon (Mary Lynn Carter as representative) | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed on 5/7/2012 [3860] | 06-CV-10912-PBS | Estate of Carter, Damon |
| Conyers, Wilbur (Daisy Conyers as representative) | Suspended per 7/26/2011 Motion to Stay; Motion to Withdraw as Counsel filed on 5-22-2012 [3919] | Sent letter to local counsel on 4/12/2011; Contacted Daisy Conyers on 7/6/2011 twice and 9/23/2011; she verbally agreed to dismiss on 3/27/2012; sent letter to her for written confirmation for agreement to dismiss; contacted her again around the week of 4/12/2012, and received no response to date; called again 5/8/2012 and left message for her to return call, received no response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | Estate of Conyers, Wilbur C. |
| Cook, Connie B. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed on 5/7/2012 [3858] | 06-CV-10912-PBS | |
| Crosby, Richard A. Jr | Suspended per 7/26/2011 Motion to Stay | Stipulation of dismissal filed on 4/27/2012 [3849] | 06-CV-11024-PBS | |
| Devore, Robert G. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of dismissal filed on 4/27/2012 [3850] | 06-CV-11024-PBS | |
| Dozier, Christine M. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11; Motion to Withdraw as Counsel filed on 5-22-2012 [3933] | Sent letter to local counsel on 4/12/2011; called her on 5/1/2012 and 5/2/2012; she promised to respond by 5/7/2012 regarding whether she agrees to dismiss her case; and sent letter to Plaintiff on 5/3/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Dukes, Allison D. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Local counsel sent letter to Plaintiff on 4/1/2011; sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Emmons, Sharon K. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11; Motion to Withdraw as Counsel filed on 5-22-2012 [3915] | Sent letter to local counsel on 4/12/2011; attempted to contact Plaintiff on 4/15/2011, 5/31/2011 (phone disconnected); contacted Plaintiff's daughter on 6/2/2011; left message for Plaintiff to return call on 5/3/2012; and sent letter to Plaintiff on 5/4/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Ericsson-Harkness, Shanna G. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11 | Stipulation of dismissal filed on 4/22/2012 [3841] | 06-CV-11023-PBS | |
| Falk, Corrine M. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11; Motion to Withdraw as Counsel filed on 5-23-2012 [3954] | Sent letter to local counsel on 3/3/2011; local counsel sent letter to Plaintiff on 3/4/2011; attempted to contact Plaintiff during the week of 4/2/2012; and sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-11022-PBS | |
| Floyd, (S)Haron Y. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11; Motion to Withdraw as Counsel filed on 5-22-2012 [3924] | Contacted Plaintiff on 4/11/2011;sent letter to local counsel on 4/12/2011; attempted to contact Plaintiff on 5/3/2012; contacted Plaintiff on 5/4/2012 and Plaintiff verbally ageed to dismiss; on 5/4/2012 sent letter to her for written confirmation to dismiss; waiting for written confirmation to dismiss; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Greer, Karen J. | | Stipulation of Dismissal filed on 3-29-2012 [3819] | 06-CV-11024-PBS | |
| Gross, Kenneth | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11; Motion to Withdraw as Counsel filed on 5-21-2012 [3891] | Sent letter to local counsel on 4/12/2011; local counsel sent letter to Plaintiff on 4/14/2011; attempted to contact him on 4/15/2011 and 5/31/2011; contacted Plaintiff on 6/7/2011 and 6/24/2011; again spoke to Plaintiff on 6/29/2011; called and left message to Plaintiff on 5/7/2012; and sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| James, Tommy D. | | Motion to withdraw as counsels filed on 3/30/2012 [3821]; motion was denied without prejudice; attempted to contact Plaintiff again on 5/9/2012; will re-file Motion to Withdraw per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Johnson, Elroy L. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11; Motion to Withdraw as Counsel filed on 5-21-2012 [3894] | Sent letter to local counsel on 4/12/2011; local counsel sent letter to Plaintiff on 4/14/2011; attempted to contact him on 4/15/2011; contacted Plaintiff on 10/21/2011; attempted to contact Plaintiff on 5/7/2012; and sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Jones, Carla | Motion to Withdraw as Counsel filed on 5-21-2012 [3909]; Motion to Withdraw as Counsel filed on 5-22-2012 [3909] | Plaintiff verbally agreed to dismiss; sent letter to her for written confirmation to dismiss on 9/20/2011; waiting for written confirmation to dismiss; spoke with her on 5/7/2012 and again she agreed to dismiss her case; sent letter to her again on 5/7/2012; waiting for her written confirmation to dismiss; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Lee, Dexter K. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Attempted to contact on 5/2/2012; 5/3/2012 and again on 5/4/2012; sent letters to Plaintiff on 5/4/2012 and 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation with local counsel | 06-CV-11024-PBS | |
| Leger, Debra F. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11; Stipulation of Dismissal filed on 5/22/2012 [3942] | Contacted Plaintiff on 8/24/2011; sent letters to Plaintiff on 9/23/2011 and 4/19/2012; attempted to contact Plaintiff on 3/27/2012 and 3/28/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Luttrell, Leslie | Motion to Withdraw as Counsel filed on 5-21-2012 [3912] | Sent letter to Plaintiff on 9/26/2011; attempted to contact Plaintiff 5/7/2012 and 5/8/2012; sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Lytle, Freddie B. | Motion to Withdraw as Counsel filed on 5-23-2012 [3951] | Sent letter to local counsel on 9/16/2011; attempted to contact client 5/7/2012; sent letter to Plaintiff on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| McIntyre, Marlene K. | Suspended per 9/8/11 Motion to Stay [3626], ALLOWED 9/14/11 [3631]. | Sent letter to Plaintiff on 9/26/11. Contacted Plaintiff again 4/2/2012; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-11023-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Mitchell, Isiah E. Sr | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11; Motion to Withdraw as Counsel filed on 5-22-2012 [3935] | Contacted Plaintiff on 7/9/2011 and 8/3/2011; attempted to contact Plaintiff on 5/2/2012, 5/3/2012 and 5/4/2012; contacted and sent letter to Plaintiff on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Nichols, Wanda F. | | Stipulation of dismissal filed on 4/20/2012 [3842] | 06-CV-10912-PBS | |
| Northcutt, Charles | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11; Stipulation of Dismissal filed on 5-18-2012 [3883] | Sent letter to local counsel on 4/12/2011; local counsel sent letter to Plaintiff on 4/14/2011; contacted Plaintiff and sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | filed in AR | |
| Parker, Earnestine | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11; Motion to Withdraw as Counsel filed on 5-22-2012 [3930] | Sent letter to Plaintiff on 4/3/2012;attempted to contact Plaintiff on 5/9/2012; on 5/10/2012, Plaintiff left message and informed counsel that she agreed to dismiss her case; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Pickett, Mary J. | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11; Motion to Withdraw as Counsel filed on 5-22-2012 [3927] | Contacted Plaintiff on 6/17/2011 and 8/29/2011; sent letter to Plaintiff on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |
| Segle, Herman C. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11; Stipulation of Dismissal filed on 5-18-2012 [3884] | Sent letter to Plaintiff on 5/7/2012 and left message to Plaintiff on 5/12/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Shakoor, Tuwanda V. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11; Motion to Withdraw as Counsel filed on 5-23-2012 [3945] | Sent letter to Plaintiff on 5/7/2012; Plaintiff informed counsel on 5/9/2012 that she will let counsel know about her decision on whether to dismiss her case on 5/11/2012; attempted to contact Plaintiff again on 5/12/2012; will file motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Small, Robert L. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11; Stipulation of Dismissal filed on 5-18-2012 [3885] | Sent Letter to local counsel on 3/3/2011; local counsel sent letter to Plaintiff on 4/1/2011; contacted Plaintiff on 3/15/2011, 6/23/2011 and 4/19/2012; and sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) upon confirmation from local counsel | 06-CV-11024-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Smith, Doris J. | Suspended per 7/26/11 Motion to Stay [3542], ALLOWED 8/11/11; Motion to Withdraw as Counsel filed on 5-21-2012 [3897] | Sent letter to local counsel on 4/12/2011; local counsel sent letter to Plaintiff on 4/14/2011; contacted Plaintiff on 7/9/2011; attempted to contact Plaintiff on 4/19/2012 and 4/26/2012; sent letter to Plaintiff again on 5/9/2012; attempted to contact Plaintiff upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Smith, Dorothy E. | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11 | Stipulation filed on 5/7/2012 [3861] | 06-CV-11024- | |
| Sprinkle, Harold | Stipulation of Dismissal filed on 5-21-2012 [3886] | Sent letter to local counsel on 10/17/11; local counsel sent letter to Plaintiff on 10/28/11. Contacted Plaintiff's representative on 4/25/2011; and sent letter to Plaintiff's representative again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Stephens, Jana | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11; Motion to Withdraw as Counsel filed on 5-21-2012 [3900] | Sent letter to local counsel on 9/21/2011; contacted client on 8/8/2011, 8/10/2011, 9/29/2011, 3/4/2012, 3/6/2012 and 3/17/2012; sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Thurmond, Betty | Suspended per 8/15/11 Motion to Suspend [3571], ALLOWED 8/16/11; Motion to Withdraw as Counsel filed on 5-21-2012 [3903] | Sent letter to Plaintiff on 8/4/2011; sent letter to local counsel on 8/12/2012; sent letter to Plaintiff again on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Watson, Edgar J. | Suspended per 9/8/11 Motion to Suspend [3628], ALLOWED 9/14/11 | Sent letter to local counsel on 10/24/2011; contacted Plaintiff on 9/29/2011; attempted to contact Plaintiff on 4/19/2012; contacted Plaintiff again and Plaintiff verbally agreed to dismiss his case on 4/24/2012; sent letter to Plaintiff on 4/24/2012 to confirm dismissal; received written confirmation to dismiss on 5/14/2012 and obtained consent from Defense Counsel on 5/14/2012; filed stipulation of dismissal on 5/14/2012 [3874] | 06-CV-11024-PBS | |
| Williams, Brady L. | Suspended per 4/30/11 Motion to Suspend [3438], ALLOWED 5/10/11 | Stipulation of Dismissal filed on 4/6/2012 [3828] | 06-CV-10912-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Williams, Dexter | Filed Motion to Suspend on 3/30/2012 [3822]; Motion to Withdraw as Counsel filed on 5-21-2012 [3906] | Contacted Plaintiff on 5/13/2011; attempted to contact Plaintiff on 5/4/2012 and 5/7/2012; sent letter to Plaintiff on 5/7/2012; waiting for response; will file motion to withdraw as counsel per L.R. 83.5.2 (c) jointly with local counsel | 06-CV-10912-PBS | |
| Williams, Leotis C. | Suspended per 9/8/11 Motion to Suspend [3628]. ALLOWED 9/14/11 | Stipulation of Dismissal filed on 4/20/2012 [3843] | 06-CV-10912-PBS | Estate of Williams, Leotis C. |
| Williams, Theresa | Suspended per 9/8/11 Motion to Suspend [3628]. ALLOWED 9/14/11; Motion to Withdraw as Counsel filed on 5-23-2012 [3848] | Sent letter to Plaintiff on 9/22/2011; Contacted Plaintiff on 4/26/2012; Plaintiff verbally agreed to dismiss her case; sent letter to Plaintiff to confirm dismissal on 4/26/2012; no response to date; will file stipulation of dismissal upon written confirmation from Plaintiff or motion to withdraw as counsel per L.R. 83.5.2 (c) | 06-CV-11023-PBS | |
| Young, Kathy | Suspended per 4/30/11 Motion to Suspend [3438]. ALLOWED 5/10/11 | Stipulation of Dismissal filed on 5/7/2012 [3852] | 06-CV-10912-PBS | |
| Barkley, Melissa W. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Bolton, Carmen L. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Calvert, Pamela | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Carpenter, Felisha | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11023-PBS | |
| Davis, Kimm J. | Waiting for Court Approval | Stipulation of Dismissal Filed 2/24/12 | 06-CV-11024-PBS | |
| Deleon, Kelly | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-10912-PBS | |
| Lemacks, George B. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Lowe, Stephanie A. | Withdraw as Counsel Doc 3345 approved 5/9/11 | | 06-CV-11024-PBS | |
| Napoli-Branson, Jennifer | | Pending- Reinstatement | 06-CV-11023-PBS | Estate of Sherry Groves |
| Bellino, Beth A. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Brazell, Susan L. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Brockman, Patricia L. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Byrum-Hill, Gwenna J. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-10912-PBS | |
| Carr, Lester C. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Colley, Robert (Colley, Vera as representative) | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-10912-PBS | Estate of Robert Colley |
| Day, David A. | Depos completed: Plaintiff, Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Gann, Monica S. | Depos completed: Plaintiff | Stipulation of Dismissal filed on 5/7/2012 [3863] | 06-CV-11024-PBS | |
| Girard, Charles D. Sr. | Depos completed: Plaintiff, Prescriber Depos remaining: Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Hargett, Janet | Depos completed: Plaintiff, Prescriber; Depos remaining: Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Knowlton, Barbara A. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Larkin, Ann E. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| Logan, Sandra M. | Depos completed: Plaintiff, Prescribers; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| McMahon-Lough, Sandra D. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Pastine, Sherry | Depos completed: Plaintiff, Prescribers Depos remaining: Prescriber(s), Sales Rep. | Waiting to confirm date, time and place of deposition of Alan Heller from Defendants | 06-CV-11023-PBS | Estate of Samuel Pastine |
| Pettit, David W. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Saenz, Monica L. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| St. Hilaire, Robert N. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11024-PBS | |
| Taggart, Jeffrey | Depos completed: Plaintiff, Prescriber, Treating Physician; Prescriber, Depositions remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-10912-PBS | |
| Valentino, Diane M. | Depos completed: Plaintiff, Prescriber, Treating Physician; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |

| Name | Status | Action | Cause No. | Estate |
|---|---|---|---|---|
| Vice, Melissa L. | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Wilhelm, John W. | Depos completed: Plaintiff, Prescriber; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11022-PBS | |
| Wine, Helen | Depos completed: Plaintiff; Depos remaining: Prescriber(s), Sales Rep. | In Progress | 06-CV-11023-PBS | |
| Huff, Teresa | Depos completed: Plaintiff's Representative | In Progress | 06-CV-11023-PBS | Joshua Martinez, Representative of Estate |