UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING § <br> AND SALES PRACTICES § <br> LITIGATION § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> TOMMY D. JAMES § <br> vs. PFIZER, INC., ET AL § <br> Case No. 06-10912-PBS § <br> § | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo Sorokin |

**ORDER**

Came to be presented and heard Newton B. Schwartz, Sr., the Law Offices of Newton B. Schwartz, Sr., their counsels, and their local counsel of record, Peter Miller, to withdraw as counsel for Plaintiff Tommy D. James in this action. The Court finds the Renewed Motion to be meritorious and hereby GRANTS this Renewed Motion and allows Newton B. Schwartz, Sr., the Law Offices of Newton B. Schwartz, Sr., their counsels, and their local counsel of record, Peter Miller to withdraw as attorneys for Plaintiff, Tommy D. James.

SIGNED AT BOSTON, MASSACHUSETTS, THIS _____ DAY OF _____, 2012.

_____
U. S. DISTRICT MAGISTRATE JUDGE
LEO SOROKIN