# EXHIBIT I

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
                                                                  :
In re:  NEURONTIN MARKETING, SALES                                :
        PRACTICES AND PRODUCTS                                    :
        LIABILITY LITIGATION                                      :    MDL Docket No. 1629
------------------------------------------------------------------x
                                                                  :    Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                         :
                                                                  :    Judge Patti B. Saris
DEXTER K. LEE v. PFIZER INC et al.,                               :
06-11024-PBS                                                      :    Magistrate Judge Leo T. Sorokin
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that Benjamin T. Cochran of Hardison & Cochran hereby enters his appearance in above referenced proceedings for Dexter K. Lee.

Dated: May 23, 2012

                                        Respectfully submitted,

                                        */s/ Benjamin T. Cochran*
                                        BENJAMIN T. COCHRAN
                                        NC Bar 28476
                                        Hardison & Cochran
                                        4800 Six Forks Road, Suite 220
                                        Raleigh, NC 27609
                                        Telephone: (919) 829-0449
                                        Facsimile: (919) 835-1379
                                        Email: ben@lawyernc.com

Case 1:04-cv-10981-PBS   Document 3961-1   Filed 05/23/12   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012.

/s/Benjamin T. Cochran
Benjamin T. Cochran