# EXHIBIT I

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------x
                                                :
In re:  NEURONTIN MARKETING, SALES              :
        PRACTICES AND PRODUCTS                  :
        LIABILITY LITIGATION                    :    MDL Docket No. 1629
-------------------------------------------------------------------x
                                                :    Master File No. 04-10981
THIS DOCUMENT RELATES TO:                       :
                                                :    Judge Patti B. Saris
DEXTER K. LEE v. PFIZER INC et al.,             :
06-11024-PBS                                    :    Magistrate Judge Leo T. Sorokin
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that Benjamin T. Cochran of Hardison & Cochran hereby enters his appearance in above referenced proceedings for Dexter K. Lee.

Dated: May 23, 2012

                              Respectfully submitted,

                              */s/ Benjamin T. Cochran*
                              BENJAMIN T. COCHRAN
                              NC Bar 28476
                              Hardison & Cochran
                              4800 Six Forks Road, Suite 220
                              Raleigh, NC 27609
                              Telephone: (919) 829-0449
                              Facsimile: (919) 835-1379
                              Email: ben@lawyernc.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012.

*/s/Benjamin T. Cochran*
Benjamin T. Cochran