# EXHIBIT III

| From: | Newton B Schwartz |
|---|---|
| To: | "jwharang@gmail.com" |
| Cc: | "Newton B Schwartz"; Kathleen Womack; "mabelleelo@yahoo.com"; "vlo@nbslawyers.com" |
| Subject: | Neurontin-Court"s Order re local rule (Part 1 of 2) |
| Date: | Wednesday, May 16, 2012 2:18:00 PM |
| Attachments: | 2012.04.10 [3834] Order-ours, #3822 allowed.pdf |
| | Local Rule 83.5.2 Appearances.pdf |
| | 2012.05.14 [3875] Updated Status Report-Stayed Cases (Ours).pdf |
| | 2012.05.14 [3875-1] Exhibit A (Ours).pdf |
| Importance: | High |
| Sensitivity: | Confidential |

Jack,

This is email part 1 of 2, sent in 2 separate emails due to the size of the attachments.

Attached is the 4/10/2012 order and local rule 83.5.2. Please refer to page 3 (# 1 & 2) and page 4 (#8) regarding action required for the stayed cases, and local rule 83.5.2 (c)regarding appearances. We have sent letters to the plaintiffs on the stayed cases list. We have also spoken to individual plaintiffs who responded or returned our telephone calls. To date, the majority have not responded to our letters. Attached please find a copy of the updated status report regarding stayed cases filed on 5/14/2012. I recommend filing motions to withdraw as counsel before the hearing scheduled for next week. Please inform your decision/recommendation.

Mabel
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the **original** message.

| | |
|---|---|
| From: | Newton B Schwartz |
| To: | "jwharang@gmail.com" |
| Cc: | "Newton B Schwartz"; Kathleen Womack; "mabelleelo@yahoo.com"; "vlo@nbslawyers.com" |
| Subject: | Neurontin-Court"s Order re local rule (Part 2 of 2) |
| Date: | Wednesday, May 16, 2012 2:38:00 PM |
| Attachments: | 2006.09.15 [472-3] original petitions.pdf |
| | 2012.04.17 Email from Court re JWH file notice of appearance.pdf |
| Importance: | High |
| Sensitivity: | Confidential |

Jack,

FYI, the attached original complaint filed in Massachusetts District Court listed you as lead and local counsel for the Arkansas cases (p.50/178), p.91/178 showed that you are listed as co-counsel for Plaintiffs for the Nevada cases, p. 135/178 listed you as co-counsel for Plaintiffs for the PA cases and p. 177/178 listed you as co-counsel for Plaintiffs.

Mabel
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the original message.

# Vincent Lo

| | |
|---|---|
| **From:** | Newton B Schwartz [nbs@nbslawyers.com] |
| **Sent:** | Friday, May 18, 2012 1:28 PM |
| **To:** | jwharang@gmail.com |
| **Cc:** | 'Newton B Schwartz'; Kathleen Womack; vlo@nbslawyers.com; mabelleelo@yahoo.com |
| **Subject:** | FW: Neurontin-Motion To Withdraw As Counsel |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Jack,

Please inform your position on my joint motion to withdraw as counsel with local counsels. Would you agree to join the motion to withdraw and leave the plaintiffs pro se, or would you continue to represent the Plaintiffs? We need to respond to Mark Cheffo as the Certificate of Consultation for the motion. Please let us know your decision via email by 4p.m. today, 5/18/2012. Thank you.

Newton
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the original message.

**From:** Cheffo, Mark S [mailto:Mark.Cheffo@skadden.com]
**Sent:** Thursday, May 17, 2012 6:23 PM
**To:** Lyon, Katherine A; 'nbs@nbslawyers.com'; Stevens, Catherine B
**Cc:** 'jwharang@gmail.com'; 'pmiller@aristotle.net'; 'glerner@glenlerner.com'; 'billg@bill-green.com'; 'sjshiginbotham@wvdsl.net'; 'Marilyn@LawyerNC.com'; 'sharon@aristotle.net'; 'linnea@bill-green.com'; 'asacks@sackslaw.com'; 'jweston@sackslaw.com'; 'jpthompson@sackslaw.com'
**Subject:** RE: Neurontin-Motion To Withdraw As Counsel
**Sensitivity:** Confidential

What we need to understand, in order to form a view as to our position, is whether all attorneys are intending to withdraw, leaving the plaintiffs pro se, or whether some of the attorneys will represent the plaintiffs now or in the future.

**From:** Lyon, Katherine A (NYC)
**Sent:** Thursday, May 17, 2012 6:55 PM
**To:** 'nbs@nbslawyers.com'; Cheffo, Mark S (NYC); Stevens, Catherine B (NYC)
**Cc:** 'jwharang@gmail.com'; 'pmiller@aristotle.net'; 'glerner@glenlerner.com'; 'billg@bill-green.com'; 'sjshiginbotham@wvdsl.net'; 'Marilyn@LawyerNC.com'; 'sharon@aristotle.net'; 'linnea@bill-green.com'; 'asacks@sackslaw.com'; 'jweston@sackslaw.com'; 'jpthompson@sackslaw.com'

1

**Subject:** Re: Neurontin-Motion To Withdraw As Counsel
**Sensitivity:** Confidential

Can you please provide more detail as to the exact relief you will be seeking? For example, is only the Schwartz firm withdrawing as in previous motions?

Thanks.

**From:** Newton B Schwartz [mailto:nbs@nbslawyers.com]
**Sent:** Thursday, May 17, 2012 06:36 PM
**To:** Cheffo, Mark S (NYC); Stevens, Catherine B (NYC); Lyon, Katherine A (NYC)
**Cc:** 'Newton B Schwartz' <nbs@nbslawyers.com>; jwharang@gmail.com <jwharang@gmail.com>; Peter Miller <pmiller@aristotle.net>; 'Glen Lerner' <glerner@glenlerner.com>; 'William Green' <billg@bill-green.com>; 'Sean J. Sawyer, Esquire' <sjshiginbotham@wvdsl.net>; 'Marilyn R. Beasley' <Marilyn@LawyerNC.com>; 'Sharon Bowles' <sharon@aristotle.net>; 'Linnea Emig' <linnea@bill-green.com>; 'Andrew Sacks' <asacks@sackslaw.com>; 'John Weston' <jweston@sackslaw.com>; 'Julie Thompson' <jpthompson@sackslaw.com>
**Subject:** Neurontin-Motion To Withdraw As Counsel

Counsels:

This email will serve as the certificate of consultation for the filings of Motion to Withdraw As Counsel for the below listed cases, please confirm whether you consent to this filing.

Carson Bunch v. Pfizer Inc. et.al
Wilbur Conyers v. Pfizer Inc. et. al
Christine M. Dozier v. Pfizer Inc. et.al
Sharon K. Emmons v. Pfizer Inc. et.al
Corrine M. Falk v. Pfizer Inc. et.al
Sharon Y. Floyd v. Pfizer Inc. et.al
Kenneth Gross v. Pfizer Inc. et.al
Tommy D. James v. Pfizer Inc. et.al
Elroy L. Johnson v. Pfizer Inc. et.al
Carla Jones v. Pfizer Inc. et.al
Dexter K. Lee v. Pfizer Inc. et.al
Debra F. Leger v. Pfizer Inc. et.al
Leslie Luttrell v. Pfizer Inc. et.al
Freddie Lytle v. Pfizer Inc. et.al
Marlene K. McIntyre v. Pfizer Inc. et.al
Isiah E. Mitchell, Sr. v. Pfizer Inc. et.al
Earnestine Parker v. Pfizer Inc. et.al
Mary Pickett v. Pfizer Inc. et.al
Tuwanda V. Shakoor v. Pfizer Inc. et.al
Doris J. Smith v. Pfizer Inc. et.al
Harold Sprinkle v. Pfizer Inc. et.al
Jana Stephens v. Pfizer Inc. et.al
Betty Thurmond v. Pfizer Inc. et.al
Dexter Williams v. Pfizer Inc. et.al
Theresa Williams v. Pfizer Inc. et.al

Mabel Lee-Lo

Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the original message.

------------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
========================================================

| | |
|---|---|
| From: | Newton B Schwartz |
| To: | "jwharang@gmail.com" |
| Cc: | "Newton B Schwartz"; "mabelleelo@yahoo.com"; "vlo@nbslawyers.com" |
| Subject: | Neruotnin-Motion to Withdraw As Counsel |
| Date: | Saturday, May 19, 2012 11:53:00 AM |
| Attachments: | Mtn For Leave to Withdraw As Counsel-Carson Bunch 2012.05.18.pdf <br> Memo In Support of Mtn For Leave to Withdraw As Counsel-Carson Bunch 2012.05.18.pdf <br> Declaration of NBS In Support of Mtn For Leave to Withdraw As Counsel-Carson Bunch 2012.05.18.pdf |
| Importance: | High |
| Sensitivity: | Confidential |

Jack,

FYI. Attached are the motion, memorandum in support of motion and declaration of NBS for Carson Bunch. The other motions, memorandum and declaration will be similar. We plan to file the motions to withdraw on Monday, 5-21-2012. Let us know if you want to join before 9:00 a.m. Monday, 5-21-2012.

Newton B. Schwartz, Sr.
Law Office of Newton B. Schwartz, Sr.
1911 Southwest Freeway
HOUSTON, TEXAS 77098
(713) 630-0708 Tel
(800) 536-6006 toll free
(713) 630-0789 Fax
nbs@nbslawyers.com

This electronic transmission (and/or the documents attached to it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521, and may be legally privileged. This message (and any associated files) are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify The Law Office of Newton B. Schwartz, Sr. immediately by telephone (713 630-0708) and destroy the original message.