UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES            :
        PRACTICES AND PRODUCTS         :
        LIABILITY LITIGATION                  :      MDL Docket No. 1629
-----------------------------------------------------------------------x
:      Master File No. 04-10981
THIS DOCUMENT RELATES TO:                       :
:      Judge Patti B. Saris
DEXTER K. LEE v. PFIZER INC et al.,
06-11024-PBS                                              :      Magistrate Judge Leo T. Sorokin
-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that Benjamin T. Cochran of Hardison & Cochran hereby enters his appearance in above referenced proceedings for Dexter K. Lee.

Dated: May 23, 2012

                      Respectfully submitted,

                      */s/ Benjamin T. Cochran*
                      BENJAMIN T. COCHRAN
                      NC Bar 28476
                      Hardison & Cochran
                      4800 Six Forks Road, Suite 220
                      Raleigh, NC 27609
                      Telephone: (919) 829-0449
                      Facsimile: (919) 835-1379
                      Email: ben@lawyernc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012.

*/s/Benjamin T. Cochran*
Benjamin T. Cochran