UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | MDL Docket No. 1629 |
| In re:   NEURONTIN MARKETING, | | |
| SALES PRACTICES AND PRODUCTS | : | Master File No. 04-10981 |
| LIABILITY LITIGATION | | |
| | : | Judge Patti B. Saris |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| THIS DOCUMENT RELATES TO | | Magistrate Judge Leo T. |
| | : | |
| | | |
| *MARLENE K. McINTYRE v. Pfizer, Inc. et al.,* | | Sorokin |
| Case No. 06-cv-11023 | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF MARLENE K. McINTYRE**

Newton B. Schwartz, Sr., counsel for Plaintiff Marlene K. McIntyre, respectfully moves

for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc.

No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of

Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record leave to

withdraw as counsels for Plaintiff in this action.  Plaintiff's co-counsel, Sean Sawyer joins in this

motion and is filing his Notice of Appearance and attached hereto as Exhibit "I."

Communications from local counsel Andrew B. Sacks regarding withdrawal are attached hereto

as Exhibit "II."  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of

this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his

co-counsels whether he would join in this motion.  Communications to Jack Harang are shown as

Exhibit "III."  Newton B. Schwartz Sr. is licensed to practice law in the State of Pennsylvania.

Attached hereto shown as Exhibit "IV" is a copy of Newton B. Schwartz, Sr.'s Pennsylvania

Attorney's License.

Plaintiff's counsel has communicated with Plaintiff Marlene K. McIntyre, both in writing

and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable

differences have developed between Plaintiff and counsel regarding the direction of legal

services that may be provided to Plaintiff that preclude Plaintiff's counsel from further

representation of Plaintiff in her case.

This Motion is supported by the Memorandum and the Declaration of Newton B.

Schwartz, Sr., filed herewith.

Dated:  May 23, 2012

                                                        Respectfully Submitted,
                                                        Law Offices of Newton B. Schwartz, Sr.

                                                        By: */s/ Newton B. Schwartz, Sr.*
                                                             Newton B. Schwartz, Sr.
                                                             Texas State Bar No. 1786900
                                                             Pennsylvania State Bar No. 205395
                                                             1911 Southwest Freeway
                                                             Houston, Texas 77098
                                                             Telephone: (713) 630-0708
                                                             Facsimile: (713) 630-0789

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted to confer in good faith concerning the issues
presented in the foregoing motion with Marlene K. McIntyre via mail on 9/26/2011 and
telephone on 4/2/2012.  I also conferred in good faith with counsel for Defendants concerning
the issues presented in the foregoing motion.

Dated:  May 23, 2012

                                                        _ /s/ Mabel Lee-Lo_____
                                                           Mabel Lee-Lo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012; and that this document has also been served on Plaintiff Marlene K. McIntyre by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.