# EXHIBIT I

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                 :
In re:  NEURONTIN MARKETING, SALES               :
        PRACTICES AND PRODUCTS                   :
        LIABILITY LITIGATION                     :    MDL Docket No. 1629
-----------------------------------------------------------------x
                                                 :    Master File No. 04-10981
THIS DOCUMENT RELATES TO:                        :
                                                 :    Judge Patti B. Saris
MARLENE K. McINTYRE et al v. PFIZER, INC. et al.,:
06-11023-PBS                                     :
                                                 :    Magistrate Judge Leo T. Sorokin
                                                 :
-----------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

Please take notice that Sean J. Sawyer of Partner Higinbotham & Higinbotham, PLLC hereby enters his appearance in above referenced proceedings for Marlene K. McIntyre.

Dated: May 23, 2012

                            Respectfully submitted,

                            */s/ Sean J. Sawyer*
                            Sean J. Sawyer
                            WVa. Bar ID #7578
                            Partner, Higinbotham & Higinbotham, PLLC
                            132 Adams Street, Suite 100
                            P. O. Box 567
                            Fairmont, West Virginia 26554
                            Telephone: (304) 366-2900
                            Facsimile: (304) 366-2909
                            Email: sjshiginbotham@wvdsl.net

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012.

/s/ *Sean J. Sawyer*
Sean J. Sawyer