UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS  : Master File No. 04-10981
LIABILITY LITIGATION
: Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO  Magistrate Judge Leo T.
:

*MARLENE K. MCINTYRE  v. Pfizer, Inc. et al.,*  Sorokin
Case No. 06-cv-11023 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF NEWTON B. SCHWARTZ, SR. IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARLENE K. MCINTYRE**

I, Newton B. Schwartz, Sr., deposes and states as follows:

1. I am founder of the Law Offices of Newton B. Schwartz, Sr, counsel for Plaintiff Marlene K. McIntyre in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsels' motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsels, co-counsels and their local counsel of record leave to withdraw as counsel of record for Plaintiff in this action.  Plaintiff's co-counsel, Sean Sawyer joins in this motion and is filing his Notice of Appearance and attached hereto as Exhibit "I."  Communications from local counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "II."  Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not

1

       informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "III." I am licensed to practice law in the State of Pennsylvania. Attached hereto shown as Exhibit "IV" is a copy of my Pennsylvania Attorney's License.

3. On or about April 25, 2006, the complaint herein was filed by Plaintiff against Defendants, Pfizer, Inc., a division of Warner-Lambert Company and Warner-Lambert Company LLC in the U.S. District Court, Eastern District of Pennsylvania, Case No. 2:06-CV-01742-RB.

4. On September 15, 2006, the case was transferred from U.S. District Court, Eastern District of Pennsylvania to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:04-CV-10981-PBS. ECF Doc. 472-3.

5. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.

6. My staff counsel has communicated with Plaintiff both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

7. A copy of the motion papers is also being mailed this date, by certified mail, to Plaintiff Marlene K. McIntyre, at the last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 23, 2012

                                                    Respectfully Submitted,
                                                    Law Offices of Newton B. Schwartz, Sr.

                                                    By:  /s/ Newton B. Schwartz, Sr.
                                                          Newton B. Schwartz, Sr.
                                                          Texas State Bar No. 1786900
                                                          Pennsylvania State Bar No. 205395
                                                          1911 Southwest Freeway
                                                          Houston, Texas 77098
                                                          Telephone: (713) 630-0708
                                                          Facsimile: (713) 630-0789

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012; and that this document has also been served on Plaintiff Marlene K. McIntyre, by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                                      */s/ Newton B. Schwartz, Sr.*
                                                      Newton B. Schwartz, Sr.