UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------------------x
                                                                         :
In re:  NEURONTIN MARKETING, SALES                                       :
        PRACTICES AND PRODUCTS                                           :
        LIABILITY LITIGATION                                             :    MDL Docket No. 1629
-------------------------------------------------------------------------x
                                                                         :    Master File No. 04-10981
                                                                         :
THIS DOCUMENT RELATES TO:                                                :
                                                                         :    Judge Patti B. Saris
MARLENE K. McINTYRE et al v. PFIZER, INC. et al.,                        :
06-11023-PBS                                                             :
                                                                         :    Magistrate Judge Leo T. Sorokin
                                                                         :
-------------------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

Please take notice that Sean J. Sawyer of Partner Higinbotham & Higinbotham, PLLC hereby enters his appearance in above referenced proceedings for Marlene K. McIntyre.

Dated: May 23, 2012

    Respectfully submitted,

*/s/ Sean J. Sawyer*
Sean J. Sawyer
WVa. Bar ID #7578
Partner, Higinbotham & Higinbotham, PLLC
132 Adams Street, Suite 100
P. O. Box 567
Fairmont, West Virginia 26554
Telephone: (304) 366-2900
Facsimile: (304) 366-2909
Email: sjshiginbotham@wvdsl.net

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012.

                                                            */s/ Sean J. Sawyer*
                                                            Sean J. Sawyer