The Honorable Leo T. Sorokin                                                    April 23, 2012
United States Magistrate Judge
United States District Court for the                              FILED
District of Massachusetts                                    IN CLERKS OFFICE
John Joseph Moakley U.S. Courthouse
1 Courthouse Way                                            2012 MAY -1  P 2: 42
Boston, Massachusetts 02210

In Re: Neurontin Marketing, Sales Practices and Product
Liability Litigation, MDL Docket No. 1629
No. 04-10981-PBS

Alsberge v Pfizer
Individual case No. 05-11699 and
                 No. 06-10957

Dear Judge Sorokin,

I write to update the court in regard to my case. As you may recall, I do not have
experienced counsel and I greatly fear this case will be dismissed. I respectfully ask that
my case be seriously re-read and re-considered before a determination is made
regarding what happens next.

Despite my most diligent effort, I have been unable to retain an attorney.
The obstacles to finding representation seem to be compounded by the problems
experienced in relationship with former attorneys Finkelstein and Partners.

Today, I question what has been conveyed about my case and what information has
actually been shared informally with other attorneys. If the facts have been misconstrued
and discovery incomplete, then I am gravely concerned the outcome may be tainted.

Also, it is worth reiterating that the status of my case did change markedly once I
declined a one-time settlement offer. Further investigation over this past year has been
revealing. I believe now, that there are more details that deserve closer scrutiny.

I have had the opportunity to speak with many attorneys who have given candid
perspective. Some will no longer consider a case involving suicide. Others say there is
no justice in our current system. Many mention the high cost of litigation.

I understand their point of view but also find it to be unacceptable given my personal
circumstances and the loss of my husband. I believe plaintiffs with viable claims who
have been grievously harmed deserve representation.

Many of the cases in this MDL are gone, dismissed, lawyers allowed to withdraw. It is
difficult to understand what has actually transpired throughout this litigation. The
information is just not readily available to plaintiffs or those outside the MDL. Lack of
transparency is an issue in these proceedings as well. Further complicating the situation
is the money factor and the "business" of settlement where large profits are the goal.

I was not prepared for this eventuality. This situation imposes further hardship and stress. However that in not the main concern. What I am most concerned about is the loss of my husbands life and what that means in this and every case where a drug has been found to cause suicide and the evidence was concealed. All for profit and financial gain. When will the life of my husband take precedence in this litigation?

I need an attorney in Seattle. The problem is logistics as well as cost. In order to proceed, it is imperative that I have adequate experienced representation and a more level playing field. In my mind

If it seems to you that I am asking for special consideration, I am only asking for what has been promised by our system of justice.  Therefore, I respectfully ask that an attorney be appointed on my behalf as I cannot continue pro se as representative of my husband's estate, nor can I afford counsel.

Sincerely,

Debra Alsberge
321 High School Rd NE Ste D3
Bainbridge Island, WA 98110

Please expedite to Judge Sorokin.
Due 4/30/12     - memo - under seal

Thank you,

Debra Alsberge