The Honorable Leo T. Sorokin  May 14, 2012
United States Magistrate Judge
United States District court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

In Re: Neurontin Marketing, Sales Practices and Product
Liability Litigation, MDL Docket No. 1629
No. 04-10981-PBS

Alsberge v Pfizer
Individual case No. 05-11699 and
            No. 06-10957

Dear Judge Sorokin,

I received notice from Skadden and Arps late Friday afternoon, May 11, 2012 via registered mail, that I would need to confirm whether I assert confidentiality as to any portion of an exhibit attached to this case.

Also, according to the letter dated May 10, 2012, I would have to reply by today, Monday May 14, 2012. Clearly, this gives almost no time for consideration of how this might impact my case. Also, I do not have the legal back round to make a determination in regard to the risks or benefits of leaving documents unsealed. Therefore, I am unsure as how to proceed.

Sincerely,
Debra Alsberge


321 High School Rd #631
STE D3
Bainbridge island, WA 98110

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2172
DIRECT FAX
(917) 777-2712
EMAIL ADDRESS
KATHERINE.LYON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 10, 2012

BY FEDERAL EXPRESS
Debra Alsberge
321 High School Rd. NE
PMB # 631, Ste D3
Bainbridge Island, WA 98110

RE: *Alsberge v. Pfizer, et al.*, Case No. 1:05-cv-5809-PBS

Dear Ms. Alsberge:

Pfizer filed a motion to dismiss on Monday May 7, 2012 regarding your case. In support of that motion, we attached as an exhibit eight pages from the transcript of your deposition on July 22, 2010. While we previously served you with a copy of that motion, another copy of that exhibit is attached.

In an abundance of caution, we filed the attached exhibit under seal to protect information you may feel is personal and confidential. After reviewing the exhibit, you will need to confirm whether you assert confidentiality as to any portion of the exhibit. Otherwise, under the court's standing order regarding sealed filings, we will have to file the entire document, unredacted, within seven business days, which will be Monday May 14, 2012. Please call or email me as soon as possible to let us know if you would like to assert confidentiality as to any portion of the exhibit. Thank you.

Sincerely,

*Katherine A. Lyon/ps*

Katherine A. Lyon