UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS ORDER RELATES TO: ) <br> ) <br> SCHWARTZ LAW FIRM CASES ) <br> ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

NOTICE REGARDING MOTION TO WITHDRAW FILED
BY THE LAW OFFICES OF NEWTON B. SCHWARTZ, SR.

May 29, 2012

SOROKIN, C.M.J.

It is ORDERED that by June 4, 2012, the Schwartz Firm shall serve this Notice upon each Plaintiff in any of the previously-stayed cases (i.e., those listed in Docket # 3957-1) in which stipulations of dismissal have not been filed. It is further ordered that by the close of business on June 5, 2012, the Schwartz Firm shall file a certification of the completion of service upon all affected Plaintiffs.

Notice To the Plaintiffs:

Newton B. Schwartz, Sr., along with other attorneys from the Law Offices of Newton B. Schwartz, Sr., are your attorneys of record in your case (currently pending before this Court as part of a Multidistrict Litigation concerning the drug Neurontin). Mr. Schwartz has notified the Court that he (along with all of the attorneys in his office) is seeking the Court's permission to

1

withdraw from his representation of you in this matter.  The Schwartz firm has stated that irreconcilable differences have arisen between you and the firm concerning the direction of the legal services they provide to you.

By this Notice, the Court informs you that in the event you wish to object to the Schwartz Firm's withdrawal from your case, you must submit your objection in writing to the Court **by June 19, 2012**.  Direct any such objections to the Office of the Clerk, United States District Court, District of Massachusetts, Attention: Maria Simeone, 1 Courthouse Way, Boston, MA 02210.  You should make reference within your objection to the Neurontin Multidistrict Litigation, Civil Action No. 04-10981-PBS and should also make reference to this Notice.

In the event that you do not object to the Schwartz Firm's withdrawal, you do not need to do anything further at this time.  In the event that you are able obtain a new attorney to represent you, he or she should file a Notice of Appearance with this Court by June 19, 2012.  Once the Court rules upon the Schwartz firm's request to withdraw, you will be notified.  If the Schwartz firm is allowed to withdraw, you will thereafter be representing yourself (unless you locate a new attorney to represent you).

SO ORDERED.

/s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge