UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : | MDL Docket No. 1629 |
|---|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : | Master File No. 04-10981 |
|  | : | Judge Patti B. Saris |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : |  |
|---|---|---|
| THIS DOCUMENT RELATES TO | : | Magistrate Judge Leo T. Sorokin |
|  | : |  |

| *VIRGIL L. ANDERSON et al. v. PFIZER INC. et al.,* 06-11024-*PBS* |  |
|---|---|
| *ACCETULLO et al. v. PFIZER INC. et al.,* 06-10912-*PBS* | : |
| *BREWSTER et al. v. PFIZER INC. et al.,* 06-11022-*PBS* | : |
| *GIRARD et al. v. PFIZER INC. et al.,* 06-11023-*PBS* | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CERTIFICATION OF COMPLETION OF SERVICE UPON ALL AFFECTED PLAINTIFFS

Pursuant to the Court's May 29, 2012 Order [Doc. 3973], the undersigned counsel for Plaintiffs, Newton B. Schwartz, Sr. hereby certifies that service was completed on May 31, 2012 with a copy of the Court's Notice [Doc. 3973] served upon all of the Plaintiffs listed in previously-stayed cases (i.e. those listed in Docket #3957-1) in which stipulations of dismissal have not been filed. The undersigned counsel for Plaintiffs, Newton B. Schwartz, Sr. hereby also certifies that service was completed on May 31, 2012, June 1, 2012 and June 2, 2012 with a copy

1

of the Court's Notice [Doc. 3973] served upon all affected Plaintiffs per May 29, 2012 Order (i.e. those listed in Docket #3957-1).

The undersigned counsel for Plaintiffs, Newton B. Schwartz, Sr. hereby also certifies that amongst the service that was completed on May 31, 2012 with a copy of the Court's Notice [Doc. 3973] served upon all affected Plaintiffs per May 29, 2012 Order (i.e. those listed in Docket #3957-1), two of the affected Plaintiffs' letters were returned to sender (The Law Offices of Newton B. Schwartz, Sr.) due to expiration of forward time. The undersigned counsel for Plaintiffs, Newton B. Schwartz, Sr. hereby also certifies that service was completed on June 4, 2012 with a copy of the Court's Notice [Doc. 3973] served for a second time to the forwarding addresses provided by USPS as shown on the original returned envelopes upon those two affected Plaintiffs per May 29, 2012 Order. (i.e. those two Plaintiffs whose addresses have changed and forward time expired)

> Respectfully Submitted,
> The Law Offices of Newton B. Schwartz, Sr.
>
> */s/ Newton B. Schwartz, Sr.*
> Newton B. Schwartz, Sr.
> *Law Offices of Newton B. Schwartz, Sr.*
> Texas State Bar No.17869000
> 1911 Southwest Freeway
> Houston, Texas 77098
> Telephone: (713) 630-0708
> *Facsimile: (713) 630-0789*

## CERTIFICATE OF SERVICE

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 4th day of June, 2012.

> */s/Newton B. Schwartz, Sr.*
> NEWTON B. SCHWARTZ, SR.