LAW OFFICES OF
NEWTON B. SCHWARTZ, SR.
1911 Southwest Freeway
Houston, Texas 77098

Office: 713-630-0708  Fax: 713-630-0789
Toll Free: 1-800-536-6006  E-mail: nbs@nbslawyers.com

May 30, 2012

Sarah A. Thornton, Clerk of Court  *Via U.S. Regular Mail*
U.S. District Court
District of Massachusetts
John Joseph Moakley, U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts, 02210

RE:   1:04-cv-10981-PBS; *Harden Manufacturing Corporation v. Pfizer, Inc., et al.*

Dear Ms. Thornton:

Errata—the four days of experts' depositions starting June 5-8, 2012 are in Cause No. 2010-77680; *Mario Salinas, et al. v. Komatsu Equipment, et al.*; In the 165th Judicial Court, Harris County, Texas and not in Flynn.

Respectfully submitted,

NEWTON B. SCHWARTZ, SR.

NBS/ah

cc:   All counsel of record