LAW OFFICES OF
NEWTON B. SCHWARTZ, SR.
1911 Southwest Freeway
Houston, Texas 77098

Office: 713-630-0708
Toll Free: 1-800-536-6006

Fax: 713-630-0789
E-mail: nbs@nbslawyers.com

May 29, 2012

Sarah A. Thornton, Clerk of Court                                    *Via U.S. Regular Mail*
U.S. District Court
District of Massachusetts
John Joseph Moakley, U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts, 02210

RE:   1:04-cv-10981-PBS; *Harden Manufacturing Corporation v. Pfizer, Inc., et al.*

Dear Ms. Thornton:

I have just received Document #3974, filed today, May 29, 2012.

The Court's hearing date of June 28, 2012 at 1:30 p.m., conflicts with a long scheduled, since February 17, 2012, federal court hearing for the same day and time here in C.A. 4:11-cv-03908; Flynn, et al v. American Honda Motor Co., Inc., et al, attached, for Jack Harang and my clients the Flynns. There are seven separate defendants' counsels involved in that case including those incoming from St. Louis, Missouri, San Antonio and Dallas. Mr. Harang also has depositions in a Louisiana case that morning. I assume you will defer and reschedule. I have called Mark Cheffo today to discuss this conflict and he and I will work together on getting an agreed date, subject to the Court's approval.

The Court order to per Document #3973 to comply by close of business, June 4th, will require herculean efforts for all of our staff. They have continued working on these cases, on and since May 23rd, awaiting this Court's ruling by taking them off of the docket, my two staff and attorneys will continue their efforts. We are copying respective local counsel and clients on all communications. Starting June 5th, Messrs. Harang and I are set for four days of long

scheduled, all day experts' depositions in the same Flynn case cited above. He and I are lead co-counsel. Benton Musslewhite is referring counsel.

If, as I asked him today on my voicemail message and in person, Mr. Cheffo has not ordered a copy of the May 23rd hearing, I told him by phone message today, I will do so expedited and submit to all counsel. But its receipt will be after the above noticed immediate compliance dates, June 4-5, 2012 deadline. I understood from such May 23rd hearing that my attendance would no longer be required unless or until notified. I would like to discuss this with you and with Cheffo by phone at both of your earliest conveniences.

Respectfully submitted,

*Dictated, but not proofread to avoid delay in sending*
NEWTON B. SCHWARTZ, SR.

NBS/pdh

Enclosures:   as stated.

Cc:   All counsel of record
      Clients
      Court Reporter