**4:11-cv-03908** Flynn et al v. American Honda Motor Co., Inc. et al
Keith P Ellison, presiding
**Date filed:** 11/07/2011
**Date of last filing:** 05/24/2012

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 1 | Answer due | 11/07/2011 | 01/17/2012 | | |
| 1 | Answer due | 11/07/2011 | 01/24/2012 | | |
| 45 | Motion Docket Date | 05/24/2012 | 06/14/2012 | | |
| 36 | Initial Conference | 02/17/2012 | 06/28/2012 at 02:30 PM | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/29/2012 15:24:31 | | | |
| **PACER Login:** | ns0237 | **Client Code:** | |
| **Description:** | Deadline/Hearings | **Search Criteria:** | 4:11-cv-03908 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Joseph B. Flynn, et al.

v.

Case No.: 4:11-cv-03908
Judge Keith P Ellison

American Honda Motor Co., Inc., et al.

Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/28/12

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 17, 2012

David J. Bradley, Clerk

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:11-cv-03908

| | |
|---|---|
| Flynn et al v. American Honda Motor Co., Inc. et al | Date Filed: 11/07/2011 |
| Assigned to: Judge Keith P Ellison | Jury Demand: Defendant |
| Cause: 28:1332 Diversity-Wrongful Death | Nature of Suit: 355 Motor Vehicle Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Joseph B. Flynn**  
*Individually, and as Personal Representative of the Estate of Jacqueline Renee Flynn, Deceased*

represented by **C Benton Musslewhite**  
Attorney at Law  
1705 W Gray  
Ste A  
Houston, TX 77019  
713-528-2000  
Fax: 713-526-8568  
Email: bentonmusslewhite@gmail.com  
*ATTORNEY TO BE NOTICED*

**Newton Boris Schwartz , Sr**  
Attorney at Law  
1911 SW Freeway  
Houston, TX 77098  
713-630-0708  
Fax: 713-630-0789  
Email: nbs@nbslawyers.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Esther (Flynn) Soord**  
*Individually*

represented by **C Benton Musslewhite**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Newton Boris Schwartz , Sr**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Honda Motor Co., Inc.**

represented by **Jeffrey Scott Hawkins**  
Prichard Hawkins et al  
10101 Reunion Place  
Ste 600  
San Antonio, TX 78216  
210-477-7400

## ATTORNEY LIST

Jeffrey S. Hawkins
Anthony A. Avey
Prichard, Hawkins, McFarlen & Young, LLP
1010 Reunion Place, Suite 600
San Antonio, Texas 78216
Tel: (210) 477-7400
Fax: (210) 477-7450
jhawkins@phmy.com
tavey@phmy.com
*Attorneys for American Honda Motor Co., Inc.*

David R. Tippetts
Debi Clinebell
Weinstein Tippetts & Little, LLP
7660 Woodway, Suite 500
Houston, Texas 7706
Tel: (713) 244-0800
Fax: (713) 244-0801
David.Tippetts@wtllaw.com
Debi.Clinebell@wtllaw.com
*Attorney for TRW Automotive US LLC*

Paul Cauley
Sedgwick, LLP
Commercial Bank Building
1717 Main Street, Suite 5400
Dallas, Texas 75201
Tel: (469) 227-4603
Cell: (214) 914-5004
Paul.Cauley@sedgwicklaw.com
*Attorney for Denso International America, Inc.*

Giovanna Tarantino Bingham
Hartline Dacus
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
Tel: (214) 346-3784
Fax: (214) 267-4284
gtarantino@hdbdlaw.com
*Attorney for TK Holdings, Inc.*

Michele R. Sowers
Husch Blackwell, LLP
190 Carondelet Plaza, Suite 600

St. Louis, Missouri 63105
Tel: (314) 480-1500
Fax: (314) 480-1505
Michele.sowers@huschblackwell.com
*Attorney for Siemens Corporation*

Sherry Bankhead
Johnson, Trent, West & Taylor, LLP
919 Milam Street, Suite 1700
Houston, Texas 77002
Tel: (713) 860-0559
Fax: (713) 222-2226
sbankhead@johnsontrent.com
*Attorney for Siemens Corporation*

Ray Khirallah
Cooper & Scully
900 Jackson, Suite 100
Dallas, Texas 75202
ray.khirallah@cooperscully.com
*Attorney for NEC Electronics, Inc.*