Ms. Caryl Taylor
6812 Pinehurst Dr.
Spring Hill, FL 34606-5636
USA

FILED
IN CLERKS OFFICE

Office of the Clerk
United States District Court
Massachusetts
1 Courthouse Way
Boston. MA 02210

DISTRICT COURT
US. MASS.

June 4, 2012

MDL Docket # 1629
Master File NO. 04-10981

Attn: Maria Simione
RE: Notice regarding Motion TO WITHDRAW file by:
LAW OFFICE NEWTON B. Schwartz, SR.

TO WHOM IT MAY CONCERN:
Mag. JUDGE LEO T. SOROKIN

Dear Judge Sorokin,
Today, I received a letter from my attorney's office - NEWTON B. Schwartz, Sr. seeking permission to withdraw representing me in the Neurontin Litigation case. I signed the Contingent fee Agreement with Andrew B. Sacks and Assoc. and then my case was transfered to Newton B. Schwartz. Agreement was signed Nov. 02, 2004.
I object to Newton B. Schwartz's firm withdrawal.

I feel as if I have been getting the "run around." I have filled out all the forms, etc. that they requested and have spoken to attorney's James A Stegall, III "TRAY" and Mabel Lo for hrs. in reguards to my case. I have spoken to Kathleen Womack on multible acassions too. As recently as April 2, 2012. I spoke to Ms Mable Lo and she told me James A. Stegall, III (in Feb. 2012) Trey, had quit the Firm and had my records and she was trying to e-mail him. (WHAT WAS THAT ABOUT ?? )

Three weeks before my Video Depostion paperwork was sent to me to be filled out and signed and Notarize and to send back immediately.

My Video Deposition was taken March 31, 2011 and last 6hrs. The night before I met with Mr. Stegall "TRAY". He told me he did not have my records and to fill him in. (Suppose to remember the last seven years [7] of my medical history. (??) what's that about?

I have probably called Schwartz's Office at least 15 times Since My Video Deposition to get a copy. Ms. Womack told me there was somekind of dispute going on with money issues about the Stenographer's Fee. ( ?? ) what's that about?
I have not heard one word from Schwartz' Law Firm and do not feel that after .8 yrs. they should be able to let me go as a client. SO, I AM OBJECTING to THEIR WITHDRAWAL.
THANKING you JUDGE SOROKIN FOR LOOKING OVER THIS MATTER.

P.S. I keep records if you would like more info. in this case.

Sincerely,
Caryl Taylor

Office of the Clerk
United States District Court
Massachusetts

RE: Notice ... Neurontin ... Law Offices of Newton B. Schwartz, Sr.

Hon. Judge ... Saris

Dear Judge Saris,

Today I received a letter ... Schwartz ... seeking permission to withdraw ... in the Neurontin Litigation ... I signed the ... Agreement with Andrew P. ... and ... was transferred to ... Newton ... Agreement ... Nov. 22, 2004.

I object to Newton B. Schwartz ... with ...

... as I have been getting ... filed ... that they ... to attorneys James A. ... III ... and ... regard to my case. I have ... mentally ... U.S. mail ... and ... the ... my ... these ... before my ... filed out and ... two ...

My Video Deposition was ... that I ... of ... years ... my medical ...

I ... called ... Since my Video Deposition ... there ... the Stenographer's ... I have not heard ... office ... blood ...

LAW OFFICES OF
NEWTON B. SCHWARTZ, SR.
1911 Southwest Freeway
Houston, Texas 77098

Office: 713-630-0708
Toll Free: 1-800-536-6006

Fax: 713-630-0789
E-mail: nbs@nbslawyers.com

June 1, 2012

Caryl Taylor
6812 Pinehurst Drive
Spring Hill, FL 34606

RE:   Neurontin Multi-District Litigation Civil Action No. 04-10981-PBS

Dear Caryl Taylor:

This letter is to inform you that Newton B. Schwartz, Sr, along with the attorneys from the Law Offices of Newton B. Schwartz, Sr, your attorneys in your case (currently pending before this Court as part of a Multidistrict Litigation concerning the drug Neurontin), are seeking the Court's permission to withdraw from their representation of you in this matter.

Jack W. Harang, informed the Court at the 5/23/2012 hearing that he would review your case, and informs the Court if he would represent you in this case later.  Please contact Jack Harang regarding representation of you in your case.  His contact information is listed below:

Jack Harang, APLC          ( Tina )
228 St. Charles Ave., Suite 501
New Orleans, LA 70130
Tel:  (251) 445-6901; Fax: (866) 441-6281; Mobile: (504) 810-4734
Email: jwharang@gmail.com

You had signed the contingent fee agreement with Law Offices of Andrew B. Sacks & Associates and The Law Offices of Jack W. Harang, PLLC.  The Law Offices of Andrew B. Sacks & Associates are no longer representing you in the case since they withdrew from your case several years ago.  The Law Offices of Andrew B. Sacks & Associates' contact information is as follows:

Andrew B. Sacks
Andrew B. Sacks & Associates
114 Old York Road
Jenkintown, PA 19046
Tel: (215) 925-8200
Email: abs@sackslaw.com

Attached to this letter is an Order dated May 29, 2012 [Doc. 3973] from Chief United States Magistrate Judge Leo T. Sorokin and the Notice Regarding Motion to Withdraw Filed by

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>SCHWARTZ LAW FIRM CASES | ) ) ) ) ) ) Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

NOTICE REGARDING MOTION TO WITHDRAW FILED
BY THE LAW OFFICES OF NEWTON B. SCHWARTZ, SR.

May 29, 2012

SOROKIN, C.M.J.

It is ORDERED that by June 4, 2012, the Schwartz Firm shall serve this Notice upon

each Plaintiff in any of the previously-stayed cases (i.e., those listed in Docket # 3957-1) in

which stipulations of dismissal have not been filed.  It is further ordered that by the close of

business on June 5, 2012, the Schwartz Firm shall file a certification of the completion of service

upon all affected Plaintiffs.

Notice To the Plaintiffs:

Newton B. Schwartz, Sr., along with other attorneys from the Law Offices of Newton B.

Schwartz, Sr., are your attorneys of record in your case (currently pending before this Court as

part of a Multidistrict Litigation concerning the drug Neurontin).  Mr. Schwartz has notified the

Court that he (along with all of the attorneys in his office) is seeking the Court's permission to

1

withdraw from his representation of you in this matter. The Schwartz firm has stated that irreconcilable differences have arisen between you and the firm concerning the direction of the legal services they provide to you.

By this Notice, the Court informs you that in the event you wish to object to the Schwartz Firm's withdrawal from your case, you must submit your objection in writing to the Court by **June 19, 2012**. Direct any such objections to the Office of the Clerk, United States District Court, District of Massachusetts, Attention: Maria Simeone, 1 Courthouse Way, Boston, MA 02210. You should make reference within your objection to the Neurontin Multidistrict Litigation, Civil Action No. 04-10981-PBS and should also make reference to this Notice.

In the event that you do not object to the Schwartz Firm's withdrawal, you do not need to do anything further at this time. In the event that you are able obtain a new attorney to represent you, he or she should file a Notice of Appearance with this Court by June 19, 2012. Once the Court rules upon the Schwartz firm's request to withdraw, you will be notified. If the Schwartz firm is allowed to withdraw, you will thereafter be representing yourself (unless you locate a new attorney to represent you).

SO ORDERED.

/s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge

2

The Law Offices of Newton B. Schwartz, Sr., and instructions on what you need to do per Court Order.

You have one of the following options:

1. Agree to the Schwartz Firm attorneys' withdrawal, then you do not need to do anything further at this time;

   Only if you do not agree to The Schwartz Firm's Withdrawal, then you must do either No. 2 or No. 3 listed below:

**2.** Obtain a new attorney of your choice to represent you, and ask your new attorney to file a Notice of Appearance with the Court by **June 19, 2012** as stated in the attached Court's Order.  The notification should be directed to Office of the Clerk, United States District Court, District of Massachusetts, Attention: Maria Simeone, 1 Courthouse Way, Boston, MA 02210.  You should make reference within your notification to the Neurontin Multidistrict Litigation, Civil Action No. 04-10981-PBS and should also make reference to this notice;

   **or**

3. Object to the Schwartz Firm's withdrawal from your case, and you must submit your objection in writing to the Court by **June 19, 2012.**  Direct any such objections to the Office of the Clerk, United States District Court, District of Massachusetts, Attention: Maria Simeone, 1 Courthouse Way, Boston, MA 02210. You should make reference within your objection to the Neurontin Multidistrict Litigation, Civil Action No. 04-10981-PBS and should also make reference to this notice.

Once the Court rules upon the Schwartz firm's request to withdraw, you will be notified. If the Schwartz firm is allowed to withdraw, you will thereafter be representing yourself (unless *Jack Harang* agreed to represent you, or you have obtained a new attorney of your choice to represent you).

Please be aware that the Order stated in the event you need to communicate with the Court regarding your case as stated above, it must be in writing submitted to the Court by **June 19, 2012**.

Very Truly Yours,
The Law Offices of Newton B. Schwartz, Sr.

By:  /s/ Newton B. Schwartz, Sr.

Attachments:
Order-Notice Regarding Motion to Withdraw Filed By The Law Offices of Newton B. Schwartz, Sr. [Document 3973]

Cc:     Jack W Harang via email: jwharang@gmail.com
        Andrew Sacks via email: abs@sackslaw.com