# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL Docket No. 1629 <br> ) <br> ) Judge Patti B. Saris <br> ) Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | ) <br> ) Master File No. 04-10981 <br> ) |
| KELLY STRICKLAND, as Administratrix of the Estate of JACK COLEMAN REEVES, And KELLY R. STRICKLAND, DEIDRE R. RODRIGUEZ, and JACK C. REEVES, JR., Individually, <br> 1:05-cv-11993-PBS District of Massachusetts | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' ADDITIONAL DESIGNATION OF CONTENTS OF THE RECORD

Pursuant to the Conditional Remand Order, February 22, 2012, in which the Judicial Panel on Multi-District Litigation remanded <u>Strickland, et al v. Pfizer, Inc., et al</u>, MA 1:05-cv-11993 to the Northern District of Georgia as 2:05-cv-110, <u>Strickland, et al v. Pfizer, et al</u>, and to Rule 10.4, Rules of the Panel of Multi-District Litigation, Plaintiffs, Kelly Strickland, as Administratrix of the Estate of Jack Coleman Reeves, And Kelly R. Strickland, Deidre R. Rodriguez and Jack C. Reeves, Jr., individually, designate the items listed in the attached Exhibit A to be furnished by the Clerk of the District of Massachusetts to the Clerk of the Northern District of Georgia.

The items on the attached list have not been agreed to by opposing counsel. The items on this list are in addition to and not in lieu of the Agreed Designation of Contents of the Record.

This 11th day of June, 2012.

                         s/Eugene C. Brooks, IV
                         Eugene C. Brooks, IV
                         State Bar No. 084750

BROOKS LAW FIRM
PO Box 9545
313 W. York Street
Savannah, GA  31412
912/233-9696
F-912-232-8620
gbrooks@brooks-law.com

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred with defendant's counsel and counsel does not agree with this designation of the Contents of the Record.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 11th day of June, 2012.

                         s/ Eugene C. Brooks, IV
                         Eugene C. Brooks, IV
                         State Bar No. 084750

BROOKS LAW FIRM
PO Box 9545
313 W. York Street
Savannah, GA  31412
912/233-9696
F-912-232-8620
gbrooks@brooks-law.com

X:\USERS\Active\Product Liability\Reeves, Jack C\DESIGNATIONS\Additional Designation of contents of the Recordrab.wpd