**Strickland et al v. Pfizer, Inc., Case No.  05-CV-11993-PBS**
**Additional Designation of Contents of the Record -    EXHIBIT A**

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| List, All Track One Products Liability Cases | 1128 | | 02/12/2008 |
| Electronic Order, Judge Saris, Order denying various Motions in Limine and making certain evidentiary rulings, together with the transcript of the pretrial hearing of July 20, 2009, referred to in the order | N/A | | 7/24/2009 |
| Judge Patti B. Saris: Electronic ORDER entered granting in part and denying in part [1864] Motion in Limine; denying without prejudice [1867] Motion in Limine; denying [1869] Motion in Limine; granting in part and denying in part [1872] Motion in Limine; denying [1878] Motion in Limine; granting [1881] Motion in Limine; denying [1884] Motion in Limine; denying [1887] Motion in Limine; granting in part [1893] Motion in Limine; denying [1896] Motion in Limine; denying [1897] Motion in Limine; denying [1903] Motion to Bifurcate; denying [1912] Motion in Limine; granting in part [1915] Motion in Limine; granting [1983] Motion ; denying [1986] Motion for Clarification ; denying [1992] Motion Objecting to MJ Sorokin's 7/1/09 Order, and Requesting the Court to Set Aside the Order and Issue an Order Striking Dr. Gibbons as a Witness. "AS STATED IN COURT AT DAY 1 OF THE FINAL PRETRIAL CONFERENCE ON JULY 20, 2009." (Patch, Christine) | N/A | | 7/24/2009 |
| Memorandum and Order (denying Daubert Motion, Professor Trimble and Dr. Maris regarding *Smith v. Pfizer* | 2059 | | 8/14/2009 |

**Strickland et al v. Pfizer, Inc., Case No.  05-CV-11993-PBS**
**Additional Designation of Contents of the Record -   EXHIBIT A**

| **DOCUMENT TITLE** | **MDL DOCKET #** | **INDIVIDUAL DOCKET #** | **DATE FILED** |
|---|---|---|---|
| Order (Saris) (Denying [2146] Motion to Restrict Communications with Treating Physicians and Impose Sanctions Against Dr. David Egilman re: *Shearer v. Pfizer*) (ECF# 2175) | N/A | | 11/18/2009 |
| Plaintiffs' Listing of MDL Orders Regarding Evidentiary Issues, etc. for Consideration by the Court | 2747 | | 3/23/10 |
| Exhibit A to 2747 (Transcript of 7/24/2009 Pretrial Conference) | 2747-1 | | 3/23/10 |
| Exhibit C to 2747 (Saris: Memorandum and Order of 8/14/2009) | 2747-3 | | 3/23/10 |
| Exhibit D to 2747 (Trauger: Memorandum) | 2747-4 | | 3/23/10 |
| Exhibit E to 2747 (Trauger: Order) | 2747-5 | | 3/23/10 |
| **Miscellaneous MDL Orders** | | | |
| Memorandum and Order, Judge Saris, - Findings of Fact and Conclusions of Law, MDL No. 1629, Kaiser No. 04-cv-10739-PBS | 3120 | | 11/3/2010 |