UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE NEURONTIN MARKETING, ) | MDL Docket No. 1629 |
| SALES PRACTICES AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | Judge Patti B. Saris |
| _____ ) | Magistrate Judge Leo T. Sorokin |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Master File No. 04-10981 |
| ) | |
| KELLY STRICKLAND, as Administratrix of ) | |
| the Estate of JACK COLEMAN REEVES, And ) | |
| KELLY R. STRICKLAND, DEIDRE R. ) | |
| RODRIGUEZ, and JACK C. REEVES, JR., ) | |
| Individually, ) | |
| 1:05-cv-11993-PBS District of Massachusetts ) | |

**CORRECTION TO AGREED DESIGNATION OF CONTENTS OF THE RECORD**

Pursuant to the Conditional Remand Order, February 22, 2012, in which the Judicial Panel on Multi-District Litigation remanded <u>Strickland, et al v. Pfizer, Inc., et al</u>, MA 1:05-cv-11993 to the Northern District of Georgia as 2:05-cv-110, <u>Strickland, et al v. Pfizer, et al</u>, and to Rule 10.4, Rules of the Panel of Multi-District Litigation, Plaintiffs, Kelly Strickland, as Administratrix of the Estate of Jack Coleman Reeves, And Kelly R. Strickland, Deidre R. Rodriguez and Jack C. Reeves, Jr., individually and Defendants Warner-Lambert, Parke-Davis, and Pfizer, Inc., et al, designate the items listed in the attached Exhibit A to be furnished by the Clerk of the District of Massachusetts to the Clerk of the Northern District of Georgia.

The parties have agreed to this corrected designation of the contents of the record.

This   12th   day of June, 2012.

 s/ Eugene C. Brooks, IV
Eugene C. Brooks, IV
Georgia State Bar No.  084750

BROOKS LAW FIRM
PO Box 9545
313 W. York Street
Savannah, GA  31412
912/233-9696
F-912-232-8620
gbrooks@brooks-law.com

### CERTIFICATE OF CONSULTATION

I certify that counsel have conferred with defendant's counsel and counsel agrees with this designation of the Contents of the Record.

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 12th day of June, 2012.

 s/Eugene C. Brooks, IV
Eugene C. Brooks, IV
Georgia State Bar No.  084750

BROOKS LAW FIRM
PO Box 9545
313 W. York Street
Savannah, GA  31412
912/233-9696
F-912-232-8620
gbrooks@brooks-law.com

X:\USERS\Active\Product Liability\Reeves, Jack C\DESIGNATIONS\Corrected Agreed Designation of Contents of the RecordRAB.wpd