*Strickland, et al. v. Pfizer Inc, et al.*, Case No. 05-CV-11993-PBS
Agreed Contents of the Record -   EXHIBIT A

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Complaint | N/A | | 8/1/05 |
| Case Management Order #3 | 62 | | |
| MDL Case transferred in from Northern District of Georgia; Case Number 2:05-cv-110-WCO. (Paine, Matthew) Modified on 10/4/05 (Attachments: #1 Original Docket) | | 7 | 10/3/05 |
| Magistrate Judge Leo T. Sorokin: ORDER consolidating cases; In order to facilitate the orderly management of the Neurontin related litigation the Court enters the following Order consolidating all cases presently pending in this Court that were transferred by the MDL to this Court under MDL Docket Number 1629. In Re Neurontin, C.A. No. 04-10981-PBS will be the lead case. (Paine, Matthew) (Entered: 10/11/05) | | 8 | 7/20/05 |
| Judge Patti B. Saris: MEMORANDUM AND ORDER entered regarding 363 Motion to Dismiss by Pfizer, and 431 Motion to Dismiss by Pfizer. "...ORDER. Defendant's motion to dismiss plaintiffs' fraud claims is ALLOWED without prejudice to replead the fraud allegations. Defendants' motion to dismiss all other claims is DENIED." (see memorandum and order for complete text.) (Alba, Robert) Additional attachment(s) added on 2/23/2007 (Alba, Robert). (Entered: 02/23/2007) | 646 | | 02/23/07 |
| ANSWER to Complaint with Jury Demand *(re Strickland v. Pfizer, No. 05-11993-PBS)* by Pfizer, Inc..(Chaffin, David) (Entered: 03/30/2007) | 709 | | 3/30/07 |
| NOTICE by Kelly Strickland *Certification to Proceed With Litigation* (Attachments: #1 Certificate of Service) (Brooks, Eugene) | 1045 | | 1/2/08 |
| STATEMENT OF COUNSEL of Eugene C. Brooks of Compliance with Local Rule 5.3 by Jack C. Reeves, Jr. (Brooks, Eugene) | 1531 | | 12/17/08 |

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Judge Patti B. Saris: ORDER entered. MEMORANDUM AND ORDER, denying 1157 MOTION in Limine MOTION TO EXCLUDE THE TESTIMONY OF DOCTORS TRIMBLE, KRUSZEWSKI AND BLUME ON THE ISSUE OF GENERAL CAUSATION filed by Pfizer, Inc. (Patch, Christine) (Entered 05/05/09) | 1775 | | 5/5/09 |
| Judge Patti B. Saris: Electronic ORDER entered denying [9251 Motion to Strike the Designated Expert Report of Michael Trimble, M.D. and Exclude Dr. Trimble's Testimony (Patch, Christine) | N/A | | 5/7/09 |
| Exhibit 1. List of Plaintiffs Covered by Defendants' Motion for Summary Judgment | 1164-2 | | 3/7/08 |
| Judge Patti B. Saris: Electronic ORDER entered re [1270] Motion to Exclude Certain Portions of the Declaration of Defendants' Rebuttal Expert, Dr. Gibbons. "Allowed except with respect to the FDA alert." (Patch, Christine) | N/A | | 5/7/09 |
| Judge Patti B. Saris:-ORDER entered MEMORANDUM AND ORDER granting in part and denying in part 1232 MOTION to Dismiss Product Liability Plaintiffs' Fraud Claims Based Upon Allegedly Improper Marketing filed by Pfizer, Inc. (Patch, Christine) (Entered: 05/2612009) | 1790 | | 5/26/09 |
| Judge Patti B. Saris: ORDER entered MEMORANDUM AND ORDER denying 1161 MOTION for Summary Judgment filed by Pfizer, Inc. (Patch, Christine) (Entered: 06/09/2009) | 1826 | | 6/9/09 |
| MOTION for Protective Order Imposing Cost-Shifting by Warner-Lambert Company LLC, Pfizer, Inc. (Cheffo, Mark) (Entered: 02123/2010) | 2577 | | 2/23/10 |
| MEMORANDUM in Support re 2577 MOTION for Protective Order Imposing Cost-Shifting And In Opposition To Motion To Compel Discovery From Defendants 2480, And In Opposition To Motion To Compel DiscoveryBy Members Of The Plaintiffs Product Liability Steering Committee 2482 filed by Warner-Lambert Company LLC, Pfizer, Inc. (Cheffo, Mark) (Entered: 2/23/2010) | 2578 | | 2/23/10 |

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| AFFIDAVIT of Deena Coffman in Support re 2577 MOTION for Protective Order Imposing *Cost-Shifting An In Opposition To Motion To Compel Discovery From Defendants 2480, An In Opposition To Motion To Compel Discovery By Members Of The Plaintiffs Product Liability Steering Committee 2482* filed by Warner-Lambert Company LLC, Pfizer, Inc. (Cheffo, Mark) (Entered: 02/23/2010) | 2579 | | 2/23/10 |
| DECLARATION Of Mark S. Cheffo In Support Of Motion For Protective Order [2577] And In Opposition To Motion To Compel Discovery From Defendants 2480 And in Opposition To Motion To Compel Discovery By Members Of the Plaintiffs Product Liability Steering Committee 2482 by Warner-Lambert Company LLC, Pfizer, Inc. (Attachments: #1 Exhibit A, #2, Exhibit B, #3 Exhibit C) (Cheffo, Mark) (Entered: 02/24/2010) | 2580 | | 2/23/10 |
| ELECTRONIC NOTICE of Hearing on Motions; The court will hold a hearing on the following motions; 2577 MOTION for Protective Order Imposing Cost-Shifting, 2482 MOTION TO Compel Discovery, 2480 MOTION to Amend 2474 MOTION to Compel discovery from defendants: The Motion Hearing has been set for 3/22/10 04:00 PM in Courtroom 24 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 03/05/10) | | | 3/5/10 |
| RESPONSE to Motion re 2577 MOTION for Protective Order Imposing Cost-Shifting filed by Irene Barlow. (London Jack) (Additional attachments) added on 3/10/2010: #1 Exhibit I, #2, Exhibit 2)(Patch, Christine). (Entered: 03/09/2010) | 2639 | | 3/9/10 |
| REPLY to Response to 2577 MOTION for Protective Order Imposing Cost-Shifting filed by Warner-Lambert Company LLC, Pfizer, Inc. (Cheffo, Mark) (Entered: 03/19/2010) | 2710 | | 3/19/10 |

3

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| AFFIDAVIT of Deena Coffman in Support re 2577 MOTION for Protective Order Imposing Cost-Shifting (CORRECTED AFFIDAVIT) And In Opposition To Motion n Compel Discovery From Defendants 2480, And In Opposition To Motion n Compel Discovery By Members Of The Plaintiffs Product Liability Steering Committee 2482 filed by Pfizer, Inc., Warner-Lambert Company LLC. (Cheffo, Mark) (Entered: 03/22/2010) 2727 3/22/2010 | 2727 | | 3/22/2010 |
| Magistrate Judge Leo T. Sorokin: ORDER entered ; DISCOVERY ORDER REGARDING COST SHIFTING MARCH 2010; Accordingly, Defendants Motion for Cost Shifting (Docket #2577) is DENIED, Products Liability Plaintiffs Motion to Compel (Dkt#2482) is ALLOWED and Plaintiff Irene Barlow' Amended Motion to Compel (Dkt#2480) is ALLOWED. Insofar as Plaintiff's request sanctions that request is DENIED. Defendant shall comply with this Order as to Plaintiff Barlow within fourteen days At the hearing, the parties indicated they wished the Court to review certain scheduling proposals. They shall inform the Clerk by close of business this Friday the docket numbers of the relevant documents. (Simeone, Maria) (Entered: 03/24/2010) | 2751 | | 03/24/10 |
| Magistrate Sorokin, Scheduling Order All Products Cases | 2839 | | 06/09/10 |

4

| DOCUMENT TITLE | MDL DOCKET # | INDIVIDUAL DOCKET # | DATE FILED |
|---|---|---|---|
| Magistrate Judge Leo T. Sorokin: ELECTRONIC ORDER entered ; The Motion to Schedule Trial Preservation Depositions (#2870) is ALLOWED IN PART AND DENIED IN PART. Plaintiffs may take the trial preservation depositions. The parties will make objections for ruling by the trial judge to whom the depositions are submitted. The parties shall confer regarding scheduling and any procedural issues. In addition, within thirty days, defendants shall determine whether they wish to take trial depositions of any of their witnesses and so notify the Plaintiffs. The Court will resolve any disputes regarding the procedures or schedule. (Simeone, Maria) (Entered: 10/08/2010) | | | 10/08/10 |
| Memorandum and Order (Saris) (Denying [2121] Motion in Limine (*Daubert Motion*), Defendant Epidemiology Expert Gibbons | 3361 | | 3/18/11 |
| MOTION to Remand by Kelly R. Strickland.(Brooks, Eugene) (Entered 02/25/12) | 3766 | 10 | 1/25/12 |
| Memorandum in Support re 10 MOTION to Remand filed by Kelly Strickland. (Attachments: #1 Exhibit Status Report August 29, 2011(Brooks, Eugene) (Entered 1/25/2012) | 3767 | 11 | 1/25/12 |
| Judge Patti B. Saris: ELECTRONIC ORDER entered GRANTING 10 Motion to Remand. "ALLOWED without opposition." (Anderson, Jennifer) (Entered: 02/22/2012) | | | 2/22/12 |
| Judge Patti B. Saris: SUGGESTION OF REMAND ORDER entered re 10 MOTION to Remand filed by Kelly R. Strickland. (Anderson, Jennifer) (Entered: 02/22/2012 | 3787 | 12 | 2/22/12 |
| NOTICE of Conditional Remand Order. (Jones, Sheny)(Entered 03/05/12) | 3794 | 13 | 3/05/12 |