The Honorable Leo T. Sorokin  
United States Magistrate Judge  
United States District Court for the  
District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, Massachusetts 02210

June 12, 2012

In Re: Neurontin Marketing, Sales Practices and Product Liability Litigation, MDL Docket No. 1629  
No. 04-10981-PBS

Alsberge v Pfizer Individual case No. 05-11699 and  
No. 06-10957

Dear Judge Sorokin,

I would like to file an objection to the courts recommendation and Pfizer's request to dismiss my case against Pfizer for Failure to Prosecute. I am asking to preserve the right to appeal and would again state that my understanding is that a *pro se* status renders me unable to respond to the claims at issue. Therefore, I cannot make any arguments because I am not an attorney.

As you know, I have previously questioned the competency of my former counsel, Finkelstein and Partners, LLP. In particular, I point out that Finkelstein filed the lawsuit naming "Debra Alsberge as administratrix of the RICHARD ALSBERGE [estate], deceased." While this afforded me the opportunity to protect my legal rights, it was not foreseen that when Finkelstein withdrew as attorney I would lose my right to continue in this case without legal representation, a right which is normally afforded to any plaintiff.

I would also like to point out that in their most recent motion to dismiss, Pfizer attorneys raised an implicit question about my marital status at the time of my husband's death. While my testimony on this point stated correctly that my husband and I had filed for divorce prior to his death, Pfizer's attorneys assert "the evidence in the case on whether the divorce was finalized is unclear at this point." I would like to state very clearly for the record that the divorce had not been finalized, and I am quite sure that had it been finalized, Pfizer would have no trouble producing the necessary evidence, instead of resorting to innuendo.

In my mind, the average American is at extreme economic disadvantage when litigating against a large corporation in our current system of justice. This long-running case of over six years is an example the difficulty of prosecuting a case where the balance of financial and legal representation is so one-sided.

I respectfully ask that you preserve my right of appeal and the full pursuit of due process in the courts with the aid of experienced and competent legal counsel. I again ask that the court appoint counsel for me to continue my appeal.

Sincerely,

Debra Alsberge  
Debra Alsberge  
321 High School Rd. NE Ste. D3  
#631  
Bainbridge Island, WA 98110