UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------x
                                                 :
In re:  NEURONTIN MARKETING,                     :   MDL Docket No. 1629
        SALES PRACTICES AND                      :
        PRODUCTS LIABILITY LITIGATION            :   Master File No. 04-10981
------------------------------------------------x
                                                 :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                        :
                                                 :   Magistrate Judge Leo T.
    ALL ACTIONS                                  :   Sorokin
                                                 :
                                                 :
                                                 :
------------------------------------------------x
```

**<u>NOTICE OF CHANGE OF FIRM ADDRESS</u>**

The undersigned counsel for defendants, Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC give notice that on June 15, 2012, the firm of Wheeler Trigg O'Donnell LLP relocated. All future orders, papers and pleadings should be directed to the undersigned at:

> Wheeler Trigg O'Donnell LLP
> 370 Seventeenth Street, Suite 4500
> Denver, Colorado 80202

The firm's telephone and facsimile numbers and email addresses remain the same:

> Tele. No. (303) 244-1800
> Fax No. (303) 244-1879
> hooper@wtotrial.com
> efaw@wtotrial.com
> myers@wtotrial.com
> saxon@wtotrial.com
> johnson@wtotrial.com
> mjones@wtotrial.com
> kilpela@wtotrial.com
> oertle@wtotrial.com
> reedy@wtotrial.com

Dated:  June 19, 2012                     Respectfully submitted,

                                              By: *s/ Megan A. Jones*
James E. Hooper
Andrew C.S. Efaw
Andrew H. Myers
Sean G. Saxon
Matthew E. Johnson
Megan A. Jones
Edwin J. Kilpela, Jr.
Stephen E. Oertle
Stephanie A. Reedy
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Tele. No. (303) 244-1800
Fax No. (303) 244-1879
hooper@wtotrial.com
efaw@wtotrial.com
myers@wtotrial.com
saxon@wtotrial.com
johnson@wtotrial.com
mjones@wtotrial.com
kilpela@wtotrial.com
oertle@wtotrial.com
reedy@wtotrial.com

*Attorneys for Defendants Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on June 19th, 2012.

<u>*s/Megan A. Jones by Tanya D. Huffaker*</u>