LAW OFFICES OF
NEWTON B. SCHWARTZ, SR.
1911 Southwest Freeway
Houston, Texas 77098

Office: 713-630-0708                          Fax: 713-630-0789
Toll Free: 1-800-536-6006                 E-mail: nbs@nbslawyers.com

June 20, 2012

Sarah A. Thornton, Clerk of Court                 *VIA EM/ECF E-FILING*
U.S. District Court
District of Massachusetts
John Joseph Moakley, U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts, 02210

RE:     1:04-cv-10981-PBS; *Harden Manufacturing Corporation v. Pfizer, Inc., et al.*

Dear Ms. Thornton:

Enclosed is a just received a Motions Hearing set for June 28, 2012 at 10:30 a.m. This also conflicts with the Court's per Chief Magistrate Judge Leo Sorokin's present setting and hearing on Sanctions Motions scheduled for 3:30 a.m. on June 28th. I wrote and documented this on May 29, 2012 to the Court's attention to it earlier as to the June 28, 2012 2:30 p.m. Initial Conference in the same case on the same day.

Jack W. Harang has previously scheduled, also conflicting, depositions scheduled ahead of Judge Sorokin's setting in our mutual clients Cause No. 164584; *Foret et al v. Joshua J. Use and TPCG et al*, In the 32nd Judicial District Court, Parish of Terrebonne, State of Louisiana, in Louisiana. I am not admitted to practice in Louisiana, Mr. Harang is.

He said he discussed this conflict with Mr. Mark Cheffo who has requested a resetting of Pfizer's Motion for Sanctions presently set for June 28, 2012 at 3:30 p.m.

Sincerely,

NEWTON B. SCHWARTZ, SR.

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION

Joseph B. Flynn, et al.
    *Plaintiff,*

v.

American Honda Motor Co., Inc., et al.
    *Defendant.*

Civil No. 4:11-cv-03908

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**

DATE: 6/28/2012

TIME: 10:30 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3-A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN ON THE COURT'S DIAL-IN NUMBER AT 713-250-5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe

Date: June 20, 2012