UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE: NEURONTIN<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS ORDER RELATES TO:<br><br>ALSBERGE. v.<br>PFIZER INC.<br><br>Individual Case Nos. 06-10957 and<br>05-11699 | MDL Docket No. 1629<br><br>Master File No. 04-10981-PBS |

REPORT AND RECOMMENDATION ON DEFENDANT PFIZER'S
MOTION TO DISMISS FOR FAILURE TO PROSECUTE

May 29, 2012

SOROKIN, C.M.J.

Two individual cases within this MDL, presently in nearly-identical procedural postures, are the subject of pending Motions to Dismiss for Failure to Prosecute by Defendant Pfizer. See Docket Nos. 3864-65. Because the cases arise under the laws of different states and have different courts of origin, these two motions are the subject of separate, but substantially-similar, Reports and Recommendations issued this date.[1]

On June 25, 2005, Finkelstein & Partners, LLP (former counsel for Plaintiff Debra Alsberge) filed a Complaint in the Southern District of New York (05-cv-05809-JSR) on behalf

---

[1] The second case is Briggs v. Pfizer, Inc., Individual Case No. 07-cv-10327.

*[Handwritten margin note, left side:] After a review of the objection, I adopt the report and recommendation and dismiss the action for failure to prosecute. Patti B. Saris 6/20/12*

*[Handwritten stamp, bottom left:] 6/20/12*