UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>Blackwell v. Pfizer, Inc., 06-cv-10420-PBS<br>Huff v. Pfizer, Inc., 06-cv-11388-PBS<br>Grissom v. Pfizer, Inc., 06-cv-11386-PBS<br>Poole v. Pfizer, Inc., 06-cv-11389-PBS<br>Whitten v. Pfizer, Inc., 06-cv-11391-PBS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

REPORT AND RECOMMENDATION ON DEFENDANT PFIZER'S
MOTION TO DISMISS PLAINTIFFS REPRESENTED
BY HENINGER GARRISON DAVIS, LLP

May 22, 2012

SOROKIN, C.M.J.

On August 19, 2011, the Defendants moved to dismiss the claims of seven plaintiffs represented by the law firm Heninger Garrison Davis, LLC as a sanction for their failure to provide discovery and to obey a July 28, 2011 Electronic Order of the Court, ordering that the disputed discovery be produced within ten days. Docket # 3588.[1] Two of the Plaintiffs (Baker and Reach) subsequently dismissed their claims. No timely oppositions to the motion to dismiss were made by the remaining five plaintiffs (although on September 8, 2011, the Heninger firm

---

[1] The seven plaintiffs were Meicki Baker, Andria Renee Blackwell, Odessa Grissom, Pauline Huff, Jacqueline Poole, Joyce Reach, and Jessica Whitten.

*[Handwritten margin notes: "6/20/2012 I adopt the report and recommendation without objection   Patti Saris"]*