UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS ORDER RELATES TO:<br><br>BRIGGS v.<br>PFIZER INC., ET AL.<br><br>Individual Case No.  07-10327 | MDL Docket No. 1629<br><br>Master File No. 04-10981-PBS |

REPORT AND RECOMMENDATION ON DEFENDANT PFIZER'S
MOTION TO DISMISS FOR FAILURE TO PROSECUTE

May 29, 2012

SOROKIN, C.M.J.

Two individual cases within this MDL, presently in nearly-identical procedural postures,

are the subject of pending Motions to Dismiss for Failure to Prosecute by Defendant Pfizer.  See

Docket Nos. 3864-65.  Because the cases arise under the laws of different states and have

different courts of origin, these two motions are the subject of separate, but substantially-similar,

Reports and Recommendations issued on this date.[1]

On December 28, 2006, Finkelstein & Partners, LLP (former counsel for Plaintiff Robin

Stern Briggs) filed a Complaint in the Southern District of New York (06-cv-15451-JSR) on

---

[1] The second case is Alsberge v. Pfizer, Inc. et al., Individual Case Nos. 05-cv-11699 and
06-cv-10957.

*[Handwritten annotation in left margin:]* I adopt the report and recommendation and dismiss the action. No objection was filed. Patti B. Saris

*[Handwritten vertical text:]* 6/20/2012