# UNITED STATE DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING § <br> AND SALES PRACTICES § <br> LITIGATION § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> VIRGIL L. ANDERSON, ET AL § <br> vs. PFIZER INC., ET AL § <br> Case No. 06-11024-PBS § <br> § <br> MARTHA ACCETULLO, ET AL § <br> vs. PFIZER, INC., ET AL § <br> Case No. 06-10912-PBS § <br> § <br> KAMALIHA Y. BREWSTER, ET AL § <br> vs. PFIZER, INC, ET AL § <br> Case No. 06-11022-PBS § <br> § <br> CHARLES D. GIRARD, ET AL, § <br> vs. PFIZER, INC., ET AL § <br> Case No. 06-11023-PBS § | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo Sorokin |

## STATUS REPORT

In connection with this Court's recent order Jack W. Harang does submit the following status report as required therein:

A. After reviewing the records available from Mr. Schwartz's office I do not intend to enroll or participate in any manner in the following cases:

   1. Ann Larkin
   2. Sandra Logan
   3. Monica Cull
   4. Robert Colley

     5. Lester Carr
     6. Beth Bellino
     7. Sandra Brazell
     8. David Pettit
     9. Diane Valentino
     10. Teresa Huff,
     11. Janet Hargett
     12. Caryl Taylor
     13. Melissa Vice

B. I would like additional time in order to more completely review the records of the following cases:

     1. Patricia Brockman
     2. Jeffrey Taggart
     3. Sherry Pastine
     4. David Day
     5. Charles Girard
     6. Barbara Knowlton
     7. Sandra McMahon
     8. Robert St. Hilaire
     9. John Wilhelm
     10. Helen Wine

Respectfully submitted,
s/Jack W. Harang
JACK W. HARANG, APLC
LBN: 15083
228 St. Charles Ave., Suite 501
New Orleans, LA 70130
Telephone: (504) 581-7050
Facsimile: (504) 581-7057

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 3, 2012.

s/Jack W. Harang
Jack W. Harang