UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING | § | |
| AND SALES PRACTICES | § | |
| LITIGATION | § | MDL Docket No. 1629 |
| | § | |
| | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | § | |
| | § | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL | § | |
| vs. PFIZER INC., ET AL | § | Magistrate Judge Leo Sorokin |
| Case No. 06-11024-PBS | § | |
| | § | |
| MARTHA ACCETTULLO, ET AL | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-10912-PBS | § | |
| | § | |
| KAMALIHA Y. BREWSTER, ET AL | § | |
| vs. PFIZER, INC, ET AL | § | |
| Case No. 06-11022-PBS | § | |
| | § | |
| CHARLES D. GIRARD, ET AL, | § | |
| vs. PFIZER, INC., ET AL | § | |
| Case No. 06-11023-PBS | § | |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR ALL THE REMAINING PLAINTIFFS IN THIS CASE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Newton B. Schwartz, Sr., counsel for all remaining twenty-five (25) active Plaintiff cases, respectfully moves this Court for granting the Law Offices of Newton B. Schwartz, Sr., and their counsels, to withdraw as counsels for all twenty-five (25) Plaintiffs in this action.

For clarity purpose, the twenty-five (25) Plaintiffs are listed below:

1.    Accettullo, Martha

1

2. Bellino, Beth A
3. Brazell, Susan L
4. Brockman, Patricia L.
5. Byrum-Hill, Gwenna J.
6. Carr, Lester C.
7. Vera Colley, Individually and as Administratrix of the Estate of Robert Colley, Deceased
8. Day, David A.
9. Girard, Charles D., Sr.
10. Hargett, Janet
11. Joshua M. Martinez, Individually and as Administrator of the Estate of Teresa Huff, Deceased
12. Knowlton, Barbara A.
13. Larkin, Ann E.
14. Logan, Sandra M.
15. McMahon-Lough, Sandra D
16. Sherry Pastine, Individually and as Administratrix of the Estate of Samuel Pastine, Deceased
17. Pettit, David W.
18. Saenz, Monica L.
19. St. Hilaire, Robert N.
20. Taggart, Jeffrey
21. Taylor, Caryl A.
22. Valentino, Diane M.
23. Vice, Melissa L.
24. Wilhelm, John W.
25. Wine, Helen S.

Previously, Newton B. Schwartz, Sr., counsel for eighteen (18) stayed Plaintiff cases has respectfully moved for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr. and their counsels leave to withdraw as counsels for all the eighteen (18) Plaintiffs in this action. Newton B. Schwartz, Sr., counsel of the eighteen (18) stayed Plaintiff cases continues to ask the Court to grant this Motion.

For clarity purpose, the eighteen (18) Plaintiffs are listed below:

1. Bunch, Carson
2. Conyers, Wilbur C.
3. Dozier, Christine
4. Emmons, Sharon K.
5. Falk, Corrine M.

6.      Floyd, (S)Haron Y.
7.      Gross, Kenneth
8.      Johnson, Elroy L.
9.      Leger, Debra F.
10.    McIntyre, Marlene K.
11.    Mitchell Sr., Isiah E.
12.    Parker, Earnestine
13.    Pickett, Mary J.
14.    Shakoor, Tuwanda
15.    Smith, Doris J.
16.    Stephens, Jana
17.    Thurmond, Betty
18.    Williams, Theresa A.

Newton B. Schwartz, Sr., counsel for other six (6) Plaintiffs has also respectfully moved for an order granting the Law Offices of Newton B. Schwartz, Sr. and their counsels leave to withdraw as counsels for all six (6) Plaintiffs in this action. These six (6) Plaintiffs are not in the Court's stayed case list or the active case list. Newton B. Schwartz, Sr., counsel of the other six (6) Plaintiff cases continues to ask the Court to grant this Motion.

For clarity purpose, these six (6) Plaintiffs are listed below:

1.      James, Tommy D.
2.      Jones, Carla
3.      Lee, Dexter K.
4.      Luttrell, Leslie
5.      Lytle, Freddie B.
6.      Williams, Dexter

Plaintiff counsel, Newton B. Schwartz, Sr. has fulfilled the Court's Order. Pursuant to the Court's May 29, 2012 Order [Doc. 3973], the undersigned counsel for all the above-named Plaintiffs, Newton B. Schwartz, Sr. certified that service upon all affected Plaintiffs was completed on May 31, 2012 with a copy of the Court's Notice [Doc. 3973] served upon all the Plaintiffs in previously stayed cases (i.e. those listed in Docket #3957-1) in which stipulations of dismissal have not been filed. The undersigned counsel for Plaintiffs, Newton B. Schwartz, Sr. also certified that service was completed on May 31, 2012, June 1, 2012 and June 2, 2012 with a

copy of the Court's Notice [Doc. 3973] served upon all affected Plaintiffs per May 29, 2012 Order (i.e. those listed in Docket #3957-1).

The undersigned counsel for Plaintiffs, Newton B. Schwartz, Sr. also certified that amongst the service that was completed on May 31, 2012 with a copy of the Court's Notice [Doc. 3973] served upon all affected Plaintiffs per May 29, 2012 Order (i.e. those listed in Docket #3957-1), two of the affected Plaintiffs' letters were returned to sender (The Law Offices of Newton B. Schwartz, Sr.) due to expiration of forward time. The undersigned counsel for Plaintiffs, Newton B. Schwartz, Sr. also certified that the service was completed on June 4, 2012 with a copy of the Court's Notice [Doc. 3973] served for a second time to the forwarding addresses provided by USPS as shown on the original returned envelopes upon those two affected Plaintiffs per May 29, 2012 Order. (i.e. those two Plaintiffs whose addresses have changed and forward time expired.)

On May 23, 2012 during the hearing, Newton B. Schwartz, Sr. announced to the Court and Defendants' counsel his intention to withdraw unequivocally as counsel of all the Plaintiff cases. Again on June 22, 2012, Newton B, Schwartz, Sr. confirmed with Defendant's Counsel, Mark Cheffo his intention to withdraw unequivocally as counsel for all the Plaintiff cases. Defendants' Counsel, Mark Cheffo did not oppose Newton B. Schwartz, Sr.'s Motion to Withdraw as Counsel for all the Plaintiffs. A hearing is set on June 29, 2012 at 11:30 a.m., and Newton B. Schwartz, Sr. will again request this Court to grant Plaintiffs' counsel, Newton B. Schwartz, Sr., the Law Offices of Newton B. Schwartz, Sr. and their counsels to withdraw unequivocally as counsels for all the Plaintiffs.

WHEREFORE, counsel moves, with consent of Defendants' counsel, for the attached entry of Order of Withdrawal, with each party bearing their own costs and for such other and further relief to which counsel can show themselves entitled.

> Respectfully submitted,
>
> /s/Newton B. Schwartz, Sr.
> NEWTON B. SCHWARTZ, SR.
> *Law Offices of Newton B. Schwartz, Sr.*
> Texas State Bar No.17869000
> 1911 Southwest Freeway
> Houston, Texas 77098
> Telephone: (713) 630-0708
> Facsimile: (713) 630-0789

## CERTIFICATE OF CONSULTATION

I hereby certify that I have a conversation with Defendants' counsel, Mark Cheffo in good faith concerning the issues presented in the foregoing motion, and Defendants' counsel, Mark Cheffo did not oppose the motion.

Dated: June 25, 2012

> */s/ Newton B. Schwartz, Sr.*
> Newton B. Schwartz, Sr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 25, 2012.

> */s/ Newton B. Schwartz, Sr.*
> Newton B. Schwartz, Sr.