UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL Docket No. 1629 |
| THIS ORDER RELATES TO: | ) ) ) | Master File No. 04-10981-PBS |
| ALSBERGE. v. PFIZER INC. | ) ) ) | |
| Individual Case Nos. 06-10957 and 05-11699 | ) ) ) | |

ORDER OF DISMISSAL

SARIS, D.J.

      In accordance with the Endorsed Order issued on June 20, 2012 adopting the Report and Recommendation and dismissing the action for failure to prosecute (Document No. 3989), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

      By the Court,

      /s/ Jennifer Anderson
      Deputy Clerk

June 26, 2012

To: All Counsel