UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN <br> MARKETING, SALES PRACTICES <br> AND PRODUCTS LIABILITY <br> LITIGATION | MDL Docket No. 1629 |
| THIS ORDER RELATES TO: | Master File No. 04-10981-PBS |
| BRIGGS v. <br> PFIZER INC. ET AL. | |
| Individual Case No. 07-10327 | |

ORDER OF DISMISSAL

SARIS, D.J.

      In accordance with the Endorsed Order issued on June 20, 2012 adopting the Report and Recommendation and dismissing the action (Document No. 3991), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

      By the Court,

      /s/ Jennifer Anderson
      Deputy Clerk

June 26, 2012

To: All Counsel