UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
IN RE: NEURONTIN                                      )
MARKETING, SALES PRACTICES            )
AND PRODUCTS LIABILITY                    )
LITIGATION                                                   )
_____ )   MDL Docket No. 1629
                                                                    )
THIS ORDER RELATES TO:                        )
                                                                    )   Master File No. 04-10981-PBS
Blackwell v. Pfizer, Inc., 06-cv-10420-PBS   )
Huff v. Pfizer, Inc., 06-cv-11388-PBS           )
Grissom v. Pfizer, Inc., 06-cv-11386-PBS    )
Poole v. Pfizer, Inc., 06-cv-11389-PBS        )
Whitten v. Pfizer, Inc., 06-cv-11391-PBS    )
_____ )

ORDER OF DISMISSAL

SARIS, D.J.

      In accordance with the Endorsed Order issued on June 20, 2012 adopting the Report and Recommendation  (Document No. 3990), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.
      It is FURTHER ORDERED that Heninger Garrison Davis, LLC shall serve a copy of this Order of Dismissal upon the affected Plaintiffs.

      By the Court,


      /s/ Jennifer Anderson
      Deputy Clerk

June 26, 2012

To: All Counsel