**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                    :
In re:  NEURONTIN MARKETING, SALES              :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS                  :
        LIABILITY LITIGATION                    :  Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                    :  Judge Patti B. Saris
                                                                    :
THIS DOCUMENT RELATES TO:                       :
                                                                    :  Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS          :  Sorokin
                                                                    :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DEFENDANTS' NOTICE OF PARTIAL WITHDRAWAL**
**WITHOUT PREJUDICE OF MOTION FOR SANCTIONS**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby respectfully withdraw, without prejudice and solely as to the Schwartz firm, their Motion for Sanctions due to the failure of the Law Offices of Newton B. Schwartz ("the Schwartz firm") to comply with this Court's Order regarding its stayed cases, originally submitted on January 31, 2012.  The relevant filing at issue can be found at ECF docket numbers 3769, 3770, and 3771.

Pfizer continues to pursue this motion against any non-Schwartz firm counsel of record in the cases listed in Pfizer's Motion for Sanctions, including Jack Harang, as well as the Plaintiffs in the cases listed in that Motion.

Dated: June 27, 2012                    Respectfully submitted,


                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP

                                        By:     /s/ Mark S. Cheffo
                                                Mark S. Cheffo

                                        Four Times Square
                                        New York, NY 10036
                                        Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
      Justin J. Wolosz
      BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 27, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz

2