June 13, 2012

Maria Simeone -

In reference to the Schwartz Law Firm, asking to withdraw their representation of me in the Neurontin Multidistrict Litigation Civil action #04-10981-PBS and the notice regarding Motion to withdraw filed by the law offices of Newton B. Schwartz sr. I just received. Before Christmas 2004 I became involved with this Law Suite and have provided everything requested of me. Last year I was contacted and told lawyer's would be coming to Chico Ca. to interview me. That never happend. It was the last time that I heard from anyone concerning this action.

The Schwartz firms statement that irreconciable difference have arisen between me, and them, is untrue - I have given them all information that was asked of me. I am the daughter of Sherry Groves and I firmly believe taking the Neurontin was the direct cause of my mother taking her own life.

I am asking the Honarable Judge Leo T. Sorokin to not allow the Law Firm Newton B. Schwartz to withdraw from this action. I would like to go forward with this, and get answers. Thank you,

Jennifer Napoli

J. Napoli

I am representing Sherry Groves.