UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES       : MDL Docket No. 1629
PRACTICES AND PRODUCTS                  :
LIABILITY LITIGATION                    : Master File No. 04-10981
----------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:               :
: Magistrate Judge Leo T.
*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS.   : Sorokin
:
----------------------------------------------x

### DEFENDANTS' MOTION TO DISMISS CLAIMS OF PLAINTIFF SHEILA AGEE

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move to dismiss Plaintiff Sheila Agee's claims with prejudice – in accordance with Federal Rules of Civil Procedure 41(b) and the inherent power of this Court – for failure to prosecute and violation of Court orders. The basis for this motion is explained in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court grant Pfizer's motion and dismiss the claims of Plaintiff Sheila Agee with prejudice.

Dated: June 28, 2012

                                                 Respectfully submitted,

                                                 SKADDEN, ARPS, SLATE, MEAGHER
                                                    & FLOM LLP

                                                 By: /s/ Mark S. Cheffo
                                                          Mark S. Cheffo

                                                 Four Times Square
                                                 New York, NY 10036
                                                 Tel: (212) 735-3000
                                                 Mark.Cheffo@skadden.com

                                                              -and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that Pfizer's counsel has made a good faith attempt to narrow or resolve the issue presented by this motion and believes this motion is unopposed.

/s/ Katherine A. Lyon
Katherine A. Lyon

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 28, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz