UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES     : MDL Docket No. 1629
PRACTICES AND PRODUCTS                      :
LIABILITY LITIGATION                              : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:            :
: Magistrate Judge Leo T.
*Agee, et al., v. Pfizer, Inc., et al.,* 1:06-cv-11381-PBS. : Sorokin
:
------------------------------------------------x

MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS CLAIMS OF PLAINTIFF SHEILA AGEE

In accordance with Federal Rules of Civil Procedure 41(b) and the inherent power of this Court, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") submit this memorandum in support of their Motion to Dismiss the Claims of Plaintiff Sheila Agee.

Plaintiff Agee was one of a dozen plaintiffs represented by the law firm Heninger Garrison Davis, LLC ("the Garrison firm") alleging injury from use of Pfizer's prescription medicine Neurontin. Plaintiff's case was transferred to this multidistrict litigation on August 9, 2006.

On September 8, 2011, the Garrison firm moved to withdraw as counsel for Plaintiff. (*See* Mot. To Withdraw [3615].) On September 14, 2011, this Court ordered Plaintiff to file any objections to the motion to withdraw by September 23, 2011, and then to either arrange for successor counsel or file a notice of intent to proceed *pro se* with the Court by October 7, 2011. (*See* Sept. 14, 2011 Order Regarding Discovery Matters [3631].) Plaintiff filed no objection to the Garrison firm's motion to withdraw, and the Court later granted the motion and ordered the Garrison firm to serve a copy of the order on Plaintiff. (*See* May 22, 2012 Order [3918].)

1

Despite this Court's order, Plaintiff neither identified successor counsel nor filed a notice of intent to proceed *pro se*.

Because Plaintiff had given no indication as to whether she intended to proceed with her claims on a *pro se* basis, Pfizer's counsel recently wrote a letter to Ms. Agee requesting that she inform Pfizer whether Plaintiff would agree to voluntarily dismiss her case. Pfizer used the last known address provided by the Garrison firm. In response to that letter, Pfizer received a telephone call from a family member of Ms. Agee, who informed Pfizer's counsel that Ms. Agee was deceased. Further, Ms. Agee's family member stated that she had been under the impression that the case had been dismissed, and informed Pfizer's counsel that Ms. Agee's family did not wish to proceed with the case and would consent to dismissal. Accordingly, Pfizer believes this motion is unopposed.

Considering that Ms. Agee's attorneys have withdrawn from representation in this case, the only named Plaintiff is deceased, and upon information and belief Ms. Agee's family does not object to dismissal, Pfizer respectfully requests that the Court dismiss the claims of Ms. Agee with prejudice.

Dated:  June 28, 2012                                   Respectfully submitted,

                                                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                        By: /s/ Mark S. Cheffo
                                                            Mark S. Cheffo

                                                        Four Times Square
                                                        New York, NY 10036
                                                        Tel:  (212) 735-3000
                                                        Email:  Mark.Cheffo@skadden.com

                                                        -and-

2

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 28, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz
