UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Eaddy v. Pfizer Inc.*, *et al.,* 1:06-cv-11385-PBS. | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION TO DISMISS CLAIMS OF PLAINTIFF LEISA EADDY

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move to dismiss Plaintiff Leisa Eaddy's claims with prejudice – in accordance with Federal Rules of Civil Procedure 41(b) and the inherent power of this Court – for failure to prosecute and violation of Court orders. The basis for this motion is explained in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court grant Pfizer's motion and dismiss the claims of Plaintiff Leisa Eaddy with prejudice.

Dated: June 28, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:  /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com


-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

<u>CERTIFICATE OF CONSULTATION</u>

    I certify that Pfizer's counsel sent a letter to Plaintiff's last known address in a good faith attempt to narrow or resolve the issue presented by this motion.   The letter requested that Plaintiff respond by June 15, 2012, but Pfizer's counsel has received no response as of the date this motion is being filed.

    /s/ Katherine A. Lyon
    Katherine A. Lyon

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 28, 2012.

    /s/ Justin J. Wolosz
    Justin J. Wolosz