UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, ) <br> SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> _____) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> _____) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

## STATUS REPORT JULY 2, 2012

Pursuant to the Court's May 16, 2005, Procedural Order, the undersigned counsel for Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as well as all cases transferred to MDL No. 1629.

Dated:  July 2, 2012                     Respectfully submitted,

                                             SKADDEN, ARPS, SLATE, MEAGHER
                                               & FLOM LLP

                                               By:     /s/ Mark S. Cheffo
                                                           Mark S. Cheffo

                                               Four Times Square
                                               New York, NY 10036
                                               Tel:  (212) 735-3000
                                               Mark.Cheffo@skadden.com

                                               -and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO #643543

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Justin.Wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 2, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz