## UNITED STATE DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING | § | |
| AND SALES PRACTICES | § | |
| LITIGATION | § | MDL Docket No. 1629 |
| | § | |
| | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | § | |
| | § | Judge Patti B. Saris |
| MARLENE K. MCINTYRE ET AL | § | |
| vs. PFIZER INC., ET AL | § | Magistrate Judge Leo Sorokin |
| Case No. 06-11023-PBS | § | |

### UNOPPOSED NOTICE TO THE COURT TO WITHDRAW THE NOTICE OF APPEARANCE FOR MARLENE MCUNTYRE FILED ON BEHALF OF SEAN J. SAWYER

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff counsel, Newton B. Schwartz, Sr. respectfully notified the Court that he is withdrawing the Notice of Appearance [Doc. 3968] for Marlene McIntyre on behalf of Sean J. Sawyer of Higinbotham & Higinbotham, PLLC filed on May 23, 2012.

Plaintiff counsel, Newton B. Schwartz, Sr. filed a Motion to Withdraw as Counsel for Marlene McIntyre [Doc. 3965] attached as Exhibit A, in which Sean J. Sawyer joined in this Motion, and a Notice of Appearance [Doc. 3968] attached as Exhibit B for Sean J. Sawyer on May 23, 2012 after he requested Plaintiff counsel, Newton B. Schwartz, Sr. to file the Notice of Appearance on his behalf on May 9, 2012.  On March 5, 2012, Sean J. Sawyer called to inquire about the status of the West Virginia clients' cases, and offered to participate in the trial with Plaintiff counsel, Newton B. Schwartz, Sr. if the Samuel Pastine case goes to trial.   On June 1, 2012, Pete Higinbotham, partner of Sean J. Sawyer from Higinbotham & Higinbotham informed Plaintiff counsel, Newton B. Schwartz, Sr. by email attached as Exhibit C that his firm does not

have a client agreement with any of the three remaining West Virginian resident clients. The filing of the Notice of Appearance on Sean J. Sawyer's behalf for Marlene McIntyre, a West Virginian was made in good faith to accommodate Sean J. Sawyer.

WHEREFORE, counsel respectfully moves this Court to accept this Unopposed Notice to the Court to Withdraw the Notice of Appearance on Behalf of Sean J. Sawyer for Marlene McIntyre. If a Motion is required, it will be filed.

Respectfully submitted,

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
Facsimile: (713) 630-0789

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 3, 2012.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.