UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING | § | |
| AND SALES PRACTICES | § | |
| LITIGATION | § | MDL Docket No. 1629 |
| | § | |
| | § | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | § | |
| | § | Judge Patti B. Saris |
| MARLENE K. MCINTYRE ET AL | § | |
| vs. PFIZER INC., ET AL | § | Magistrate Judge Leo Sorokin |
| Case No. 06-11023-PBS | § | |

**ORDER**
**UNOPPOSED NOTICE TO THE COURT TO WITHDRAW THE NOTICE OF**
**APPEARANCE FOR MARLENE MCUNTYRE FILED ON BEHALF OF SEAN J.**
**SAWYER**

Came to be presented and heard Plaintiff counsel, Newton B. Schwartz, Sr.'s Unopposed Notice to the Court to Withdraw the Notice of Appearance [Doc. 3968] for Marlene McIntyre on behalf of Sean J. Sawyer of Higinbotham & Higinbotham, PLLC filed on May 23, 2012. The Court finds the Notice to be meritorious and hereby GRANTS this Notice.

SIGNED AT BOSTON, MASSACHUSETTS, THIS ____ DAY OF _____, 2012.

_____
U.S. DISTRICT MAGISTRATE JUDGE
LEO SOROKIN

1