# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------ x
                                           :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,               :
SALES PRACTICES AND PRODUCTS               :    Master File No. 04-10981
LIABILITY LITIGATION                       :
                                           :    Judge Patti B. Saris
------------------------------------------ x
                                           :
THIS DOCUMENT RELATES TO                   :    Magistrate Judge Leo T.
                                           :    Sorokin
MARLENE K. McINTYRE v. Pfizer, Inc. et al.,:
Case No. 06-cv-11023                       :
                                           :
------------------------------------------ x

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF MARLENE K. McINTYRE

Newton B. Schwartz, Sr., counsel for Plaintiff Marlene K. McIntyre, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2 (c), Defendants' Motion for Sanction [Doc. No. 3769], and the Court's Order on April 10, 2012 [Doc. No. 3834] granting the Law Offices of Newton B. Schwartz, Sr., their counsels, co-counsels and their local counsel of record leave to withdraw as counsels for Plaintiff in this action. Plaintiff's co-counsel, Sean Sawyer joins in this motion and is filing his Notice of Appearance and attached hereto as Exhibit "I." Communications from local counsel Andrew B. Sacks regarding withdrawal are attached hereto as Exhibit "II." Plaintiff's other lead counsel, Jack Harang, has been notified about the filing of this motion on May 16, 2012, May 18, 2012 and May 19, 2012 and has to date, not informed his co-counsels whether he would join in this motion. Communications to Jack Harang are shown as Exhibit "III." Newton B. Schwartz Sr. is licensed to practice law in the State of Pennsylvania.

Attached hereto shown as Exhibit "IV" is a copy of Newton B. Schwartz, Sr.'s Pennsylvania Attorney's License.

Plaintiff's counsel has communicated with Plaintiff Marlene K. McIntyre, both in writing and via telephone concerning her case, Plaintiff was uncooperative, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in her case.

This Motion is supported by the Memorandum and the Declaration of Newton B. Schwartz, Sr., filed herewith.

Dated: May 23, 2012

>Respectfully Submitted,
>Law Offices of Newton B. Schwartz, Sr.
>
>By: /s/ Newton B. Schwartz, Sr.
>Newton B. Schwartz, Sr.
>Texas State Bar No. 1786900
>Pennsylvania State Bar No. 205395
>1911 Southwest Freeway
>Houston, Texas 77098
>Telephone: (713) 630-0708
>Facsimile: (713) 630-0789

## CERTIFICATE OF CONSULTATION

I hereby certify that I have attempted to confer in good faith concerning the issues presented in the foregoing motion with Marlene K. McIntyre via mail on 9/26/2011 and telephone on 4/2/2012. I also conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion.

Dated: May 23, 2012

>/s/ Mabel Lee-Lo
>Mabel Lee-Lo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012; and that this document has also been served on Plaintiff Marlene K. McIntyre by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.

# EXHIBIT I

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
                                                                  :
In re:  NEURONTIN MARKETING, SALES                                :
        PRACTICES AND PRODUCTS                                    :
        LIABILITY LITIGATION                                      :     MDL Docket No. 1629
------------------------------------------------------------------x
                                                                  :     Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                         :
                                                                  :     Judge Patti B. Saris
MARLENE K. McINTYRE et al v. PFIZER, INC. et al.,                 :
06-11023-PBS                                                      :
                                                                  :     Magistrate Judge Leo T. Sorokin
                                                                  :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that Sean J. Sawyer of Partner Higinbotham & Higinbotham, PLLC hereby enters his appearance in above referenced proceedings for Marlene K. McIntyre.

Dated: May 23, 2012

Respectfully submitted,

*/s/ Sean J. Sawyer*
Sean J. Sawyer
WVa. Bar ID #7578
Partner, Higinbotham & Higinbotham, PLLC
132 Adams Street, Suite 100
P. O. Box 567
Fairmont, West Virginia 26554
Telephone: (304) 366-2900
Facsimile: (304) 366-2909
Email: sjshiginbotham@wvdsl.net

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012.

*/s/ Sean J. Sawyer*
Sean J. Sawyer