# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
                                                :
In re: NEURONTIN MARKETING, SALES               :
        PRACTICES AND PRODUCTS                  :
        LIABILITY LITIGATION                    :     MDL Docket No. 1629
-----------------------------------------------------------------x
                                                :     Master File No. 04-10981
THIS DOCUMENT RELATES TO:                       :
                                                :     Judge Patti B. Saris
MARLENE K. McINTYRE et al v. PFIZER, INC. et al., :
06-11023-PBS                                    :
                                                :     Magistrate Judge Leo T. Sorokin
                                                :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that Sean J. Sawyer of Partner Higinbotham & Higinbotham, PLLC hereby enters his appearance in above referenced proceedings for Marlene K. McIntyre.

Dated: May 23, 2012

Respectfully submitted,

/s/ Sean J. Sawyer
Sean J. Sawyer
WVa. Bar ID #7578
Partner, Higinbotham & Higinbotham, PLLC
132 Adams Street, Suite 100
P. O. Box 567
Fairmont, West Virginia 26554
Telephone: (304) 366-2900
Facsimile: (304) 366-2909
Email: sjshiginbotham@wvdsl.net

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 23, 2012.

/s/ Sean J. Sawyer
Sean J. Sawyer