# EXHIBIT C

# Newton B Schwartz

| | |
|---|---|
| **From:** | Pete [petehiginbotham@wvdsl.net] |
| **Sent:** | Friday, June 01, 2012 9:09 AM |
| **To:** | Newton B Schwartz |
| **Cc:** | Sean J. Sawyer, Esquire |
| **Subject:** | Pastine & Wine |

Please be advised that this firm will not be entering an appearance in behalf of the above neurontin plaintiffs. Our firm does not have a client agreement with any of these West Virginians. Thank you for you kind assistance in these matters.