

One Liberty Square, Suite 1200
Boston, Massachusetts 02109
(617) 261-0040

July 6, 2012

BY ECF FILING

Ms. Jennifer Anderson
Docket Clerk for Hon. Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 6110
Boston, MA  02210

      Re:   Kaiser Foundation Health Plan, Inc. *et al*. v. Pfizer Inc. *et al*.
              C.A. No. 04-10739-PBS

Dear Ms. Anderson:

    This letter relates to my request to retrieve the "eight binders" of plaintiffs' exhibits that were used in the March 2010 trial of the above-referenced matter. At that trial, Kaiser Foundation Health Plan and Kaiser Foundation Hospitals were primarily represented by Linda P. Nussbaum, Thomas M. Sobol, and Thomas M. Greene, who were co-lead counsel. As co-leads, these counsel had joint possession of the eight binders before they were admitted by the Court. They also had joint possession of certain "lettered exhibits" which were marked but not admitted.

    I have conferred with the offices for the other two co-leads, who are copied on this letter, and they assent to having plaintiffs' "eight binders" and "lettered exhibits" returned to my custody, so that I may forward them to Ms. Nussbaum's office.

                                            Very truly yours,

                                            /s/ *Ilyas J. Rona*

                                            Ilyas J. Rona

IJR/
cc:    Linda P. Nussbaum, Esq. (by email)
        John Radice, Esq. (by email)
        Thomas M. Sobol, Esq. (by email)
        Kristen Johnson Parker, Esq. (by email)

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 6, 2012.

                                                 /s/ *Ilyas J. Rona*
                                               Ilyas J. Rona