Sᴋᴀᴅᴅᴇɴ, Aʀᴘs, Sʟᴀᴛᴇ, Mᴇᴀɢʜᴇʀ & Fʟᴏᴍ ʟʟᴘ

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

**www.skadden.com**

DIRECT DIAL
(212) 735-2954
DIRECT FAX
(917) 777-2954
EMAIL ADDRESS
KATHERINE.ARMSTRONG@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 9, 2012

BY ECF FILING

Ms. Jennifer Anderson
Docket Clerk for Hon. Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 6110
Boston, MA 02210

RE:  Kaiser Foundation Health Plan, Inc. et al. v. Pfizer Inc. et al.
C.A. No. 04-10739-PBS

Dear Ms. Anderson:

Defendants Pfizer Inc and Warner-Lambert Co., LLC (collectively "Pfizer"), are represented by the law firm of Skadden, Arps, Slate, Meagher & Flom, LLP, in the above-referenced action.  Based on discussions with Plaintiffs' counsel, it is our understanding that the Court wishes to return the parties' exhibits from the 2010 trial and has requested written authorization identifying the person authorized to receive these exhibits.

Accordingly, Pfizer requests that the Court return Pfizer's trial exhibits to Christine Earner, who is a law clerk with the Boston office of Skadden, Arps.

Sincerely,

/s/ Katherine Armstrong
Katherine Armstrong

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 9, 2012.

/s/ Katherine Armstrong
Katherine Armstrong