

Rcvd 7/10/12 MS

Ms. Caryl Taylor
6812 Pinehurst Dr.
Spring Hill, FL 34606-5636

June 18, 2012

Office of the Clerk
United States District Court - MA
1 Courthouse Way
Boston, MA 02210.
Attn: Maria Simione

RE: Notice Regarding Motion to Withdraw Filed by: LAWFIRM - Newton B. Schwartz, SR.

TO WHOM IT MAY CONCERN:

Mag. Judge Leo T. Sorokin

Dear Judge Sorkin,

This is the second letter that I have written you in regards to Newton B. Schwartz, Sr. seeking permission to withdraw representing me in the Neurontin Litigation Case. I have been his client since Nov. 2, 2004. I object to the Firm withdrawing.

In a letter that I received from Law Office Newton B. Schwartz, Sr. dated May 29, 2012 it stated that by the close of June 19, 2012 that I must object in writing (which I did). I mailed a letter certified receipt upon request letter which was delivered to attn: Maria Simione. I have the confirmation and tracking # 7010 2780 0002 5363 3399 that my letter was delivered on June 7, 2012 at 11:38 am and was signed for.

I also received via FedEX my deposition transcript (Finally over one yr. later + 15 months to be exact.) A letter states that Tray Stegall recommended back in Oct. 17, 2011 to withdraw my case and 6 other clients. then also says a decision to withdraw May 21, 2012. So my question is, why send me a letter to write the court and tell me I have a right to object and seek permission and submit my objection in writing to the court by June 19th 2012 if the decision withdraw was already made on May 21, 2012.

What their letter does states is untrue. No, I did not go to a hospital... that is true.

I did see Sylvia Leaman at Dr. Cadena's office. Dr. Cadena stopped his practice and perhaps Sylvia Leaman did not have Dr. Cadena's File of me. Yes, I DID TELL my Nurse Practioner Sylvia Leaman of me taking the sleeping pills (trying to kill myself). Also I got my meds Neurontin thru Patient Assistance Program so there would not be medical records (with Dr. Ms Leaman), Cadena gave up his practice and moved back to his country. I gave Schwartz's office his doctor license Number to check out about when I received my meds and to get my files. There are so many untrue facts that Schawarts office stated about me. I truly believe Tray Stegall took my files with him and this was Newton B. Schwartz's way of

[illegible]

[illegible]

[illegible]

[illegible] represented by [illegible] in this case. I have been one of [illegible] since [illegible]. I object to the firm [illegible].

In [illegible] I received from [illegible] [illegible] that I object in writing (which I did) [illegible] [illegible] [illegible].

[illegible] my [illegible] [illegible] to withdraw [illegible] [illegible].

[illegible]

[illegible] is unknown. [illegible]

I did some [illegible] Dr. Cadena [illegible] Yes I [illegible] my [illegible] files [illegible] [illegible].

[illegible]

[illegible]

getting rid of me as a client. So 8 yrs. later I am not in the Class Action Suit.

I would like a copy of all my medical records sent to me so that I can seek another law firm. The letter dated June 13, 2012 from Newton Schwartz says they have in their possession all of my records. Please Judge see that they send them to me.

Thanking you in advance.

Respectfully,

[signature]

cc: Newton B. Schwartz, Sr.

P.S. I would like a response to my two letters please

As far as I am concerned this law firm does not my best interest at heart. They never kept in touch with me at any time about my case. (I always had to call them!) I will contact the Bar Association on this matter.

- 2 -

[illegible]

[illegible] all my [illegible] I can [illegible]

[illegible] They [illegible]

Thank you in advance.

Respectfully,

[illegible]

cc: [illegible]

[illegible] my [illegible]

[illegible] I am concerned this lawyer [illegible] not my best interest [illegible] him [illegible] they never [illegible] with me. I will contact the Bar Association online [illegible] matter.

[illegible] my case. (I always had to call him.)