UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES           :
   PRACTICES AND PRODUCTS            :
   LIABILITY LITIGATION                       :  MDL Docket No. 1629
------------------------------------------------------------------------x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO:                 :
: Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al., :
06-10912-PBS                                                        : Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,  :
06-11024-PBS                                                        :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., :
06-11022-PBS                                                        :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., :
06-11023-PBS                                                        :
------------------------------------------------------------------------x

## STATUS REPORT

  First of all, I would like to apologize for the delay of this report. However, I have been ill for the last several days.

  A. After reviewing the records available from Mr. Schwartz's office, I do not intend to enroll or participate in any manner in the following cases:

  1. Patricia Brockman

  2. Barbara Knowlton

  3. Sandra McMahon

  4. Robert St. Hilaire

  5. John Wilhelm

1

    6.       Helen Wine.

    B.       I would like an additional week in order to more completely review the records of the following cases:

    1.       Jeffery Taggert

    2.       Sherry Pastine

    3.       David Day

    4.       Charles Girard.

Dated: July 23, 2012

                Respectfully submitted,

                /s/Jack W. Harang
                Jack W. Harang
                LA Bar 15083
                JACK W. HARANG, APLC
                228 St. Charles Ave., Suite 501
                New Orleans, LA 70130
                Telephone: (504) 810-4734
                Email: jwharang@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on all interested parties this day July 23, 2012.

                /s/ Jack W. Harang
                Jack W. Harang