UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
: 
In re: NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : MDL Docket No. 1629
------------------------------------------------------------------------x
: Master File No. 04-10981
:
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
:
MARTHA ACCETTULLO et al. v. PFIZER INC. et al., :
06-10912-PBS : Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al., :
06-11024-PBS :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., :
06-11022-PBS :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., :
06-11023-PBS :
------------------------------------------------------------------------x

## STATUS REPORT

**MAY IT PLEASE THE COURT:**

After reviewing the records of David Day, I have decided to decline representation of Mr. Day.

I am still reviewing the records of Jeffery Taggert, Sherry Pastine, and Charles Girard. Mark Cheffo and I have spoken and briefly discussed their files. At this time, I would request the Court's indulgence in granting me an additional seven (7) days to more thoroughly review these files.

Dated: July 31, 2012

                                                            Respectfully submitted,

                                                            /s/Jack W. Harang
                                                            Jack W. Harang

LA Bar 15083  
JACK W. HARANG, APLC  
228 St. Charles Ave., Suite 501  
New Orleans, LA 70130  
Telephone: (504) 810-4734  
Email: jwharang@gmail.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served on all interested parties this day July 31, 2012.

/s/ Jack W. Harang  
Jack W. Harang

2