## *In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 8/1/2012

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Appeal pending |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS filed as: 04-10958-PBS 04-10739-PBS | D. Mass. cases originally filed. | • Appeal pending |
| ***Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.* Mass. Docket No. 05-10535 – PBS** | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Stayed pursuant to Stipulation [Docket No. 3500] so ordered on June 10, 2011 |
| ***Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS** | 05-10797-PBS | D. Mass. (removed from Massachusetts Suffolk Superior Court) | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand, stayed<br><br>   o May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]<br><br>   o May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br>   o June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br><br>   o June 16, 2005 – Request for Oral Argument, by Defendant |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* **Mass. Docket No. 05-10797 – PBS** *(cont'd)* | | | Pfizer [Docket No. 153]<br><br>o  June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br><br>o  August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br><br>o  August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214]<br><br>o  August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215]<br><br>o  October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241]<br><br>o  October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242]<br><br>o  November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248]<br><br>o  November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br><br>o  November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* **Mass. Docket No. 05-10797 – PBS** *(cont'd)* | | | o   December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258] <br><br> o   February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] <br><br> •   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | 04-12616-PBS | S.D. Florida | •   Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005 <br><br> •   Motion to Remand, stayed <br><br> o   August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219] <br><br> o   September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225] <br><br> o   September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230] <br><br> o   February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] <br><br> •   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, *sub judice*<br><br>   o May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>   o May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>   o May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>   o May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>   o June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>   o June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice.<br><br>   o June 23, 2005 – Defendants' Amended Motion with Regard |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | to Case Management Order No. 4 [Docket No. 164] |
| | | | ○  June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165] |
| | | | ○  July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174] |
| | | | ○  July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175] |
| | | | ○  August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164] |
| | | | ○  Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| | | | •  Plaintiffs' Motion on Consent for a Case Management Order Establishing A Discovery Schedule Regarding the Generic Gabapentin Defendants |
| | | | ○  August 24, 2010 –Motion on Consent for a Case Management Order Establishing A Discovery Schedule Regarding the Generic Gabapentin Defendants [Docket No. 3046]; Memorandum in Support [Docket No. 3047] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | <ul><li>Defendants' Motion to Dismiss for Failure to Comply with August 4, 2010 Court Order<ul><li>August 30, 2010 – Motion to Dismiss for Failure to Comply with August 4, 2010 Court Order [Docket No. 3052]; Memorandum in Support [Docket No. 3053]; Declaration [Docket No. 3054]</li><li>September 24, 2010 – Notice of Documents Related to Defendants' Motion to Dismiss for Failure to Comply with August 4, 2010 Order [3073]</li></ul></li><li>February 17, 2011 – Defendants Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order<ul><li>February 17, 2011 – Defendants Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order [Docket No. 3298] Declaration in Support [Docket No. 3299]</li><li>March 14, 2011 – Motion to Compel Schwartz Plaintiffs to Comply with the Court's February 11, 2011 Order [Docket No. 3339] Declaration re Motion to Compel Docket No. 3340]</li></ul></li><li>March 29, 2011 – Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket No. 3375]<ul><li>March 29, 2011 Memorandum in support re Motion for Sanctions [Docket No. 3376] Declaration re Motion for Sanctions [Docket No. 3377] Sealed Declaration re Motion</li></ul></li></ul> |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | to Impose Sanctions [Docket No. 3381] |
| | | |    o  April 11, 2011 Opposition to Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket Nos. 3401 & 3402] Declaration in Support [3403] |
| | | |    o  April 20, 2011 Reply in Further Support of Motion for Sanctions and Other Relief Due to The Schwartz Firm's Failure to Comply with Court Orders [Docket No. 3427] Declaration in Support [3428] |
| | | | •  January 25, 2012 – Joint Application for Reimbursement from the Common Benefit Fund for Expenses Incurred in Connection with Preservation Depositions |
| | | |    o  January 25, 2012 – Joint Application for Reimbursement from the Common Benefit Fund for Expenses Incurred in Connection with Preservation Depositions [Docket No. 3762] Sealed Memorandum [Docket No. 3763] Sealed Declaration [Docket No. 3764] |
| | | |    o  February 21, 2012 – Electronic Order Referring Motion to Chief Magistrate Judge Sorokin |
| | | |    o  March 2, 2012 – Motion to Unseal Documents [Docket No. 3791] Memorandum in Support [Docket No. 3792] |
| | | |    o  March 8, 2012 – Memorandum in Opposition to Motion to Unseal [Docket No. 3804] |
| | | |    o  March 14, 2012 – Reply in Support of Motion to Unseal [Docket No. 3810] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | o   March 14, 2012 – Electronic Order Granting in part and denying in part motion to unseal.<br><br>o   March 19, 2012 – Response to Court Order [Docket No. 3811]<br><br>o   March 20, 2012 – Response to Court Order [Docket No. 3813]<br><br>o   March 22, 2012 – Response to Joint Application for Reimbursement from the Common Benefit Fund [Docket No. 3814]<br><br>o   March 26, 2012 – Reply in Support of Joint Application for Reimbursement from the Common Benefit Fund [Docket No. 3818]<br><br>o   May 29, 2012 – Order allowing in part and denying in part, without prejudice, the Joint Application of Jack W. London, Eugene Brooks, and Archie Carl Pierce for Reimbursement from the Common Benefit Fund [Docket No. 3975]<br><br>●   January 31, 2012 – Defendants' Motion for Sanctions<br><br>o   Motion for Sanctions due to the failure of the Schwartz firm to comply with this Court's Order regarding its stayed cases [Docket No. 3769]; Memorandum in Support [Docket No. 3770]; Declaration in Support [3771]<br><br>o   February 16, 2012 - Objections and Responses to Defendants' Motions for Sanctions and to Defendants' Memorandum in Support of Its Motion for Sanctions [Docket No. 3784]; Declaration in Support [Docket No. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | 3785]<br><br>o   February 23, 2012 – Electronic Order requiring the Schwartz firm to supplement its response by filing a list of all pending cases it has in this MDL and by listing for each case its current status.<br><br>o   March 9, 2012 – Reply in Further Support of Pfizer's Motion for Sanctions [Docket No. 3806]<br><br>o   March 23, 2012 – Plaintiffs' Agreed Motion for Leave to File Sur-Reply Objections and Responses to Defendants' Reply in Further Support of Pfizer's Motion for Sanctions [Docket No. 3817]<br><br>o   March 30, 2012 - NOTICE Further Hearing on Motion. On this date, the Court held a hearing on Defendant Pfizer's Motion for Sanctions (Docket # 3769). It is ORDERED that the Court shall hold a further hearing on April 5, 2012, at 4:00 p.m. in Courtroom 24. It is further ORDERED that Mr. Schwartz and Mr. Harang shall appear at the hearing in person. It is further ORDERED that Mr. Cheffo shall submit a bill of fees and costs related to his attendance at todays hearing. [Docket No. 3823]<br><br>o   April 9, 2012 – Order holding motion for sanctions in abeyance and scheduling a further hearing for May 18, 2012. [Docket No. 3834]<br><br>o   May 8, 2012 – Schwartz Law Firm's Response to Court Order re 3834 Order on Motion for Sanctions, Order on Motion to Withdraw as Attorney, Order on Motion to Stay [Docket No. 3870] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** *(cont'd)* | | | o   May 9, 2012 – Electronic Order: The Court has reviewed the Status Report filed on May 8, 2012 by the Schwartz Law Firm (Docket #3870). Some of the entries are complete and sufficient. For example, the entries under the heading 'Action' in the Bunch case (Docket # 3870-1 at 2) adequately inform the Court of the dates when the various actions were taken. However, the entries for many of the cases lack the necessary details of when various actions were taken. The Jones and Lee cases are just two such cases. See Docket # 3870-1 at 3. It is ORDERED that by the close of business on May 14, 2012, the Schwartz Law Firm shall file a Revised Status Report, including therein the dates when relevant actions were taken<br><br>o   May 29, 2012 – Order holding motion for sanctions in abeyance and scheduling a further hearing for June 28, 2012. [Docket No. 3834]<br><br>o   June 21, 2012 – Electronic Notice Resetting Hearing on Motion for Sanctions for June 29, 2012<br><br>o   June 27, 2012 – Defendants' Notice of Partial Withdrawal Without Prejudice of Motion for Sanctions [Docket No. 3998]<br><br>o   July 31, 2012 – Status Report submitted by Jack W. Harang including request for additional time to review Jeffery Taggert, Sherry Pastine, and Charles Girard files [Docket No. 4012] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Brodsky v. Pfizer, 04-7960* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Case Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Veraas v. Pfizer, 04-9429*<br>*Wilson v. Pfizer, 05-72*<br>*Mendoza v. Pfizer, 05-74*<br>*Retzer v. Pfizer, 05-77* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005<br><br>• April 30, 2010 –*Dees v. Pfizer*: Notice of Death of a Party Pursuant to Fed. R. Civ. P. 25 [Docket No. 2807] |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005<br><br>• August 4, 2011 – 120 Day Order of Dismissal [Docket No. 3560] |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005<br><br>• Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Barlow v. Pfizer, 05-175 (cont'd)* | | | • November 23, 2011 – Remand Order entered.  [Docket No. 3717]<br><br>• December 8, 2011 – Endorsed Order granting Motion to Remand. [Docket No. 3734]<br><br>• April 20, 2012 – Designation of Contents of the Record<br><br>    o April 20, 2012 – Agreed Designation of Contents of the Record [Docket No. 3844]<br><br>    o April 20, 2012 – Irene Barlow's Additional Designation of Contents of the Record [Docket No. 3845]<br><br>    o May 1, 2012 – Defendants' Response to Plaintiff's Additional Designation of Contents of the Record [Docket No. 3853]<br><br>    o May 7, 2012 – Plaintiffs' Reply to Defendants' Response to Plaintiff's Additional Designation of Contents of the Record [Docket No. 3857] |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br><br>• January 26, 2012 – Plaintiffs' Motion to Remand [Docket No. 3766];  Memorandum in Support of Motion to Remand [Docket No. 3767]<br><br>• February 22, 2012 – Electronic Order entered granting Motion to Remand; Suggestion of Remand Order entered [Docket No. 3787]<br><br>• March 5, 2012 – Conditional Remand Order entered [Docket No. 3794]<br><br>• June 11, 2012 – Plaintiffs' Additional Designation of Contents of |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110 (cont'd)* | | | the Record [Docket No. 3984]<br><br>• June 21, 2012 – Defendants' Response to Plaintiffs' Additional Designation of Contents of the Record [Docket No. 3992] |
| *Henry v. Pfizer, 05-6087*<br>*Colton v. Pfizer, 05-6271*<br>*Bentley v. Pfizer, 05-6272*<br>*Dixon v. Pfizer, 05-6273*<br>*Wendorf v. Pfizer, 05-6274* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *White v. Pfizer, 05-7571*<br>*Christ v. Pfizer, 05-7572* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br><br>• Stipulation of Dismissal filed on January 3, 2012 [Docket No. 3755] |
| *Spears v. Pfizer, 05-8890 Montgomery v. Pfizer, 05-9144* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |
| *Scott v. Pfizer, 05-9350* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br><br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br><br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| | | | • April 29, 2011 – Lovell Jones-Coleman Stipulation of Dismissal [Docket No. 3473] |
| | | | • Motion to Withdraw as Lead Counsels and Co-Counsels and Reference Back to Referring Counsel to Withdraw or Dismiss Per F.R.CIV.P.41(a)(1)(A)(ii) and/or (B) as to *Tommy James* |
| | | | o March 30, 2012 – Motion to Withdraw as Lead Counsels and Co-Counsels and Reference Back to Referring Counsel to Withdraw or Dismiss Per F.R.CIV.P.41(a)(1)(A)(ii) and/or (B) as to *Tommy James* [Docket No. 3821] |
| | | | o April 9, 2012 – Cross MOTION for Sanctions and Expenses and Fees [Docket No. 3831]; Memorandum in Opposition to Motion to Withdraw and in support of Motion for Sanctions and Expenses and Fees [Docket No. 3832]; Declaration in support [Docket No. 3833] |
| | | | o April 10, 2012 – Order denying Motion to Withdraw without prejudice [Docket No. 3834] |
| | | | o April 17, 2012 – Plaintiff's Response to Motion for Sanctions [Docket No. 3837] Declaration in support [Docket No. 3838] |
| | | | o April 17, 2012 – Defendants' Reply to Response to Motion for Sanctions [Docket No. 3847] |
| | | | o May 23, 2012 –Renewed Motion for Leave to Withdraw as Counsel as to Tommy James [Docket No. 3958]; Memorandum in Support [Docket No. 3959]; Declaration in Support [Docket No. 3960] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341 (cont'd)* | | | <ul><li>April 6, 2012 –Stipulation of Dismissal filed as to *Williams v. Pfizer* [Docket No. 3829]</li><li>April 20, 2012 –Stipulation of Dismissal filed as to *Nichols v. Pfizer* [Docket No. 3842]</li><li>April 20, 2012 –Stipulation of Dismissal filed as to *Williams v. Pfizer* [Docket No. 3843]</li><li>May 7, 2012 – Stipulation of Dismissal filed as to *Cook v. Pfizer* [Docket No. 3859]</li><li>May 7, 2012 – Stipulation of Dismissal filed as to *Carter  v. Pfizer* [Docket No. 3860]</li><li>May 7, 2012 – Stipulation of Dismissal filed as to *Young  v. Pfizer* [Docket No. 3862]</li><li>May 18, 2012 – Stipulation of Dismissal filed as to *Northcutt  v. Pfizer* [Docket No. 3883]</li><li>May 21, 2012 – Stipulation of Dismissal filed as to *Sprinkle  v. Pfizer* [Docket No.3886]</li><li>May 21, 2012 – Motion for Leave to Withdraw as Counsel as to *Carson Bunch* [Docket No. 3887]; Memorandum in Support [Docket No. 3888]; Declaration in Support [Docket No. 3889]; Motion for Order [Docket No. 3890]</li><li>May 21, 2012 – Motion for Leave to Withdraw as Counsel as to *Kenneth Gross* [Docket No. 3891]; Memorandum in Support [Docket No. 3892]; Declaration in Support [Docket No. 3893]</li></ul> |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Accettullo, et al. v. Pfizer Inc., et al.*, 06-341 (cont'd) | | | • May 21, 2012 – Motion for Leave to Withdraw as Counsel as to *Elroy L. Johnson* [Docket No. 3894]; Memorandum in Support [Docket No. 3895]; Declaration in Support [Docket No. 3896] |
| | | | • May 21, 2012 – Motion for Leave to Withdraw as Counsel as to *Doris J. Smith* [Docket No. 3897]; Memorandum in Support [Docket No. 3898]; Declaration in Support [Docket No. 3899] |
| | | | • May 21, 2012 – Motion for Leave to Withdraw as Counsel as to *Jana Stephens* [Docket No. 3900]; Memorandum in Support [Docket No. 3901]; Declaration in Support [Docket No. 3902] |
| | | | • May 21, 2012 – Motion for Leave to Withdraw as Counsel as to *Betty Thurmond* [Docket No. 3903]; Memorandum in Support [Docket No. 3904]; Declaration in Support [Docket No. 3905] |
| | | | • May 21, 2012 – Motion for Leave to Withdraw as Counsel as to *Dexter Williams* [Docket No. 3906]; Memorandum in Support [Docket No. 3907]; Declaration in Support [Docket No. 3908] |
| | | | • May 21, 2012 – Motion to Withdraw as Counsel as to *Carla Jones* [Docket No. 3909]; Memorandum in Support [Docket No. 3910]; Declaration in Support [Docket No. 3911] |
| | | | • May 21, 2012 – Motion to Withdraw as Counsel as to *Leslie Luttrell* [Docket No. 3912]; Memorandum in Support [Docket No. 3913]; Declaration in Support [Docket No. 3914] |
| | | | • June 25, 2012 – Unopposed Motion to Withdraw as Counsel for all the Remaining Plaintiffs in this Case [Docket No. 3994] |
| | | | • June 28, 2012 – Letter/request to Judge Sorokin from Jennifer |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341 (cont'd)* | | | Napoli re: the motion to withdraw from Law Offices of Newton Schwartz [Docket No. 3999] |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. v. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundoff, et al. v. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. v. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24<br><br>• July 8, 2011 – Stipulation of dismissal filed as to *Brewster v. Pfizer.*<br><br>• November 1, 2011 – Stipulation of dismissal filed as to *Kilic v. Pfizer.*  [Docket 3695]<br><br>• May 23, 2012 – Motion for Leave to Withdraw as Counsel as to *Corrine M. Falk* [Docket No. 3954]; Memorandum in Support [Docket No. 3955]; Declaration in Support [Docket No. 3956]<br><br>• June 25, 2012 – Unopposed Motion to Withdraw as Counsel for |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Brewster, et al. v. Pfizer Inc., et al., 06-529 (cont'd)*** | | | all the Remaining Plaintiffs in this Case [Docket No. 3994] |
| ***Girard, et al. v. Pfizer Inc., et al., 06-1742*** | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 <br><br>• April 20, 2012 –Stipulation of Dismissal filed as to *Ericsson-Harkness v. Pfizer* [Docket No. 3841] <br><br>• May 18, 2012 – Stipulation of Dismissal filed as to *Segle  v. Pfizer* [Docket No. 3884] <br><br>• May 22, 2012 – Motion for Leave to Withdraw as Counsel as to *Christine M. Dozier*  [Docket No. 3939]; Memorandum in Support [Docket No. 3940]; Declaration in Support [Docket No. 3941] <br><br>• May 22, 2012 – Motion for Leave to Withdraw as Counsel as to *Debra F. Leger*  [Docket No. 3942]; Memorandum in Support [Docket No. 3943]; Declaration in Support [Docket No. 3944] <br><br>• May 23, 2012 – Motion for Leave to Withdraw as Counsel as to *Tuwanda Shakoor*  [Docket No. 3945]; Memorandum in Support [Docket No. 3946]; Declaration in Support [Docket No. 3947] <br><br>• May 23, 2012 – Motion for Leave to Withdraw as Counsel as to *Theresa A. Williams*  [Docket No. 3948]; Memorandum in Support [Docket No. 3949]; Declaration in Support [Docket No. 3950] <br><br>• May 23, 2012 – Motion to Withdraw as Counsel as to *Freddie B. Lytle* [Docket No. 3951]; Memorandum in Support [Docket No. 3952]; Declaration in Support [Docket No. 3953] <br><br>• May 23, 2012 – Motion for Leave to Withdraw as Counsel as to |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Girard, et al. v. Pfizer Inc., et al., 06-1742 (cont'd)* | | | *Marlene K. McIntyre* [Docket No. 3965]; Memorandum in Support [Docket No. 3966]; Declaration in Support [Docket No. 3967]<br><br>• June 7, 2012 – Letter/request to Judge Sorokin from Caryl Taylor regarding Atty Newton Schwartz request to withdraw [Docket No. 3982]<br><br>• June 25, 2012 – Unopposed Motion to Withdraw as Counsel for all the Remaining Plaintiffs in this Case [Docket No. 3994]<br><br>• July 3, 2012 – Unopposed Notice to the Court to Withdraw the Notice of Appearance for Marlene McIntyre Filed on Behalf of Sean J. Sawyer [ Docket No. 4004]<br><br>• July 10, 2012 – Letter/request to Judge Sorokin from Caryl Taylor re representation by Newton Schwartz firm [Docket No. 4009] |
| *Anderson, et al. v. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24<br><br>• October 5, 2011 – Stipulation of dismissal filed as to *Mitchell v. Pfizer* [Docket No. 3646]<br><br>• February 24, 2012 – Stipulation of dismissal filed as to *Davis v. Pfizer* [Docket No. 3788]<br><br>• March 29, 2012 – Stipulation of Dismissal filed as to *Greer v. Pfizer* [Docket No. 3819]<br><br>• April 20, 2012 – Stipulation of Dismissal filed as to *Campbell-Dean v. Pfizer* [Docket No. 3840]<br><br>• April 27, 2012 – Stipulation of Dismissal filed as to *Crosby v. Pfizer* [Docket No. 3849]<br><br>• April 27, 2012 – Stipulation of Dismissal filed as to *Devore v.* |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Anderson, et al. v. Pfizer Inc., et al., 06-1271 (cont'd)* | | | *Pfizer* [Docket No. 3850]<br><br>• April 27, 2012 – Stipulation of Dismissal filed as to *Best v. Pfizer* [Docket No. 3851]<br><br>• May 7, 2012 – Stipulation of Dismissal filed as to *Smith  v. Pfizer* [Docket No. 3861]<br><br>• May 7, 2012 – Stipulation of Dismissal filed as to *Gann  v. Pfizer* [Docket No. 3863]<br><br>• May 14, 2012 – Stipulation of Dismissal filed as to *Watson  v. Pfizer* [Docket No. 3874]<br><br>• May 18, 2012– Stipulation of Dismissal filed as to *Dukes  v. Pfizer* [Docket No. 3882]<br><br>• May 18, 2012 – Stipulation of Dismissal filed as to *Small  v. Pfizer* [Docket No. 3885]<br><br>• May 22, 2012 – Motion for Leave to Withdraw as Counsel as to *Sharon K. Emmons* [Docket No. 3915]; Memorandum in Support [Docket No. 3916]; Declaration in Support [Docket No. 3917]<br><br>• May 22, 2012 – Motion for Leave to Withdraw as Counsel as to *Wilbur Conyers* [Docket No. 3919]; Memorandum in Support [Docket No. 3921]; Declaration in Support [Docket No. 3922]<br><br>• May 22, 2012 – Motion for Leave to Withdraw as Counsel as to *(S)haron Y. Floyd*  [Docket No. 3924]; Memorandum in Support [Docket No. 3925]; Declaration in Support [Docket No. 3926]<br><br>• May 22, 2012 – Motion for Leave to Withdraw as Counsel as to *Mary J. Pickett*  [Docket No. 3927]; Memorandum in Support [Docket No. 3928]; Declaration in Support [Docket No. 3929] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Anderson, et al. v. Pfizer Inc., et al., 06-1271 (cont'd)* | | | • May 22, 2012 – Motion for Leave to Withdraw as Counsel as to *Earnestine Parker* [Docket No. 3930]; Memorandum in Support [Docket No. 3931]; Declaration in Support [Docket No. 3932]<br><br>• May 22, 2012 – Motion for Leave to Withdraw as Counsel as to *Isiah E. Mitchell, Sr.* [Docket No. 3935]; Memorandum in Support [Docket No. 3936]; Declaration in Support [Docket No. 3937]<br><br>• May 23, 2012 – Motion for Leave to Withdraw as Counsel as to *Dexter K. Lee.* [Docket No. 3961]; Memorandum in Support [Docket No. 3962]; Declaration in Support [Docket No. 3963]<br><br>• June 25, 2012 – Unopposed Motion to Withdraw as Counsel for all the Remaining Plaintiffs in this Case [Docket No. 3994] |
| *Agee v. Pfizer Inc., 06-926*<br>*Brown v. Pfizer Inc., 06-1110*<br>*Chappell v. Pfizer Inc., 06-1111*<br>*Eaddy v. Pfizer Inc., 06-1112* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25<br><br>• August 19, 2011 – Defendants' Motion to Dismiss<br><br>   o August 19, 2011 – Defendants' Motion to Dismiss [Docket No. 3588] Memorandum in Support [Docket No. 3589]<br><br>   o September 23, 2011 – Notice of Partial Withdrawal of Defendants' Motion to Dismiss re: *Blackwell* and *Huff* [ Docket No. 3638]<br><br>   o May 22, 2012 – Report and Recommendations regarding Defendants' Motion to Dismiss Plaintiffs Represented by Heninger Garrison Davis LLP (Docket # 3588). I RECOMMEND that the Court ALLOW the motion to dismiss the claims of Plaintiffs Grissom, Poole, Whitten, Blackwell, and Huff as a sanction for their failure to respond to discovery and to obey orders of the Court, |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Agee v. Pfizer Inc., 06-926*<br>*Brown v. Pfizer Inc., 06-1110*<br>*Chappell v. Pfizer Inc., 06-1111*<br>*Eaddy v. Pfizer Inc., 06-1112 (cont'd)* | | | and for failure to prosecute their claims. See attached Report and Recommendation. Objections due by June 5, 2012. It is ORDERED that Heninger Garrison Davis, LLC shall serve a copy of this Report and Recommendation upon the affected Plaintiffs. [ Docket No. 3938]<br><br>   o  June 28, 2012 – Defendants' Motion to Dismiss Claims of Plaintiff Sheila Agee [Docket No. 4000] Memorandum in Support [Docket No. 4001]<br><br>   o  June 28, 2012 – Defendants' Motion to Dismiss Claims of Plaintiff Leisa Eaddy [Docket No. 4002] Memorandum in Support [Docket No. 4003] |
| *Putnam v. Pfizer Inc., et al., 06-1144* | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wolosonowich v. Pfizer Inc., et al., 06-2696* | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Amato v. Pfizer Inc., et al., 06-1604* | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Blackwell v. Pfizer Inc., et al., 06-2295* | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wendorf, etc. v. Pfizer Inc., et al., 06-589* | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Manfredi, et al. v. Pfizer Inc., et al. 06-970* | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Tilley, etc. v. Pfizer Inc., et al. 06-513* | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Diana v. Pfizer Inc., et al. 06-3332* | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Johnson v. Pfizer Inc., et al. 06-1311* | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |
| *Hogge v. Pfizer Inc., et al. 06-3818* | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Bonner v. Pfizer Inc. Et al. 06-1198* | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Michielsen v. Pfizer Inc. Et al. 07-32* | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Armbruster v. Pfizer Inc., et al. 06-1613* | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *De La Garza v. Pfizer Inc., et al. 07-13* | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *Neilson v. Pfizer Inc., et al. 07-224* | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| *Telles, etc.  v. Pfizer Inc. 07-161* | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| *Milligan, Jr., et al. V. Pfizer Inc., et al. 07-2540* | | D. Minnesota | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Newberry, et al. v. Pfizer Inc., et al. 07-110* | | M.D. Georgia | • Conditionally Transferred on July 24, 2007 – JPML CTO-46 |
| *Allen, et al. v. Pfizer Inc. 07-74* | | N.D. Mississippi | • Conditionally Transferred on August 31, 2007 – JPML CTO-47 <br><br> • December 15, 2010 – Stipulation of Dismissal re: *Allen v. Pfizer* by Pfizer [Docket No. 3171] <br><br> • Defendants' Motion to Compel Complete Discovery Responses <br><br>     o January 6, 2011 - Order requesting that Defendant's submit evidence regarding fees and costs incurred <br><br>     o January 8, 2011 – Defendants' Application for an Award of Attorneys' Fees and Costs [Docket No. 3217]; Declaration in Support [Docket No. 3218] <br><br>     o January 17, 2011 – Plaintiffs' Response to Defendants' Application for Attorney Fees and Expenses for Making Motion to Compel [Docket No. 3234]; Memorandum in Opposition [Docket No. 3235]; Declaration in Support [Docket No. 3236] <br><br>     o January 24, 2011 – Defendants' Reply in Further Support of Application for an Award of Attorney Fees and Costs [Docket No. 3257]; Declaration in Support [Docket No. 3258] <br><br>     o February 18, 2011 – Plaintiffs Objection to Magistrate Judge's Findings, Report and Recommendations [Docket No. 3303]; Declaration in Support [Docket No. 3304] <br><br>     o March 4, 2011 – Reply to Objection to Report and Recommendations [Docket No. 3316] <br><br>     o March 4, 2011 – Sealed Reply to Response to Report and |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen, et al. v. Pfizer Inc.* <br> *07-74 (cont'd)* | | | Recommendations [Docket No. 3318] |
| | | | o   March 11, 2011 – Reply to Response to Report and Recommendations [Docket No. 3330] |
| | | | o   March 15, 2011 – Notice by Pfizer re Report and Recommendations [Docket No. 3341] |
| | | | o   March 15, 2011 –Unsealed Defendants' Response to Plaintiffs' Objections to the Findings, Report and Recommendations of U.S. Magistrate Judge [Docket No. 3342] |
| | | | o   March 16, 2011 – Reply to Objection to Report and Recommendations [Docket No. 3349] |
| | | | o   April 8, 2011 – Notice Regarding Request for Costs [Docket No. 3392] |
| | | | o   April 14, 2011 – Defendants' Motion for Entry of Judgment under Rule 54(b) [Docket No. 3413] |
| | | | o   April 27, 2011 – Plaintiff's Motion for Clarification [Docket No. 3434]; Plaintiffs' Memorandum in Support of Motion for Clarification [Docket No. 3435] Declaration in Support [Docket No. 3436] |
| | | | o   May 5, 2011 – Memo in Opposition to [Docket No. 3434] Motion for Clarification [Docket No. 3447] |
| | | | •   Plaintiffs' Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery |
| | | | o   December 20, 2010 - Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3180]; Memorandum in Support of Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen, et al. v. Pfizer Inc.* 07-74 (cont'd) | | | [Docket No. 3181]; Declaration of Levi Boone, III in Support of Motion to Compel Defendants to Adequately Respond to Plaintiffs' Discovery [Docket No. 3182]<br><br>    o   January 4, 2011 – Defendants' Memorandum in Opposition to Motion to Compel Discovery Responses [Docket No. 3204]<br><br>    •   January 19, 2011 - Stipulations of Dismissal regarding Plaintiffs: Estate of Carlene, Ethel Howard, Jack Shoemaker, Bernice Thornton, Estate of Cecil Taylor, Estate of Berhta Thomas, Ella Tolar, and Monnie Turner, [Docket Nos 3241, 3242, 3243, 3244, 3245, 3246, 3247, 3248]<br><br>    •   January 25, 2011 - Stipulation of Dismissal regarding Plaintiff Grace Scott [Docket No. 3262]<br><br>    •   May 25, 2011  - Stipulation of Dismissal regarding the Estate of Aliece Garrett<br><br>    •   May 25, 2011 – Stipulation of Dismissal regarding Fannie Grinston<br><br>    •   August 4, 2011 – 120 Day Order of Dismissal [Docket No. 3560] |
| *Brida, etc. v. Pfizer Inc., et al.* 07-8060 | | S.D.N.Y. | • Conditionally Transferred on October 23, 2007 – JPML CTO-48 |
| *Dove v. Pfizer Inc., et al.* 05-53 | | M.D. Louisiana | • Conditionally Transferred on January 8, 2008 – JPML CTO-50 |
| *Monsue v. Pfizer Inc., et al.,* 08-6993 | | S.D. New York | • Conditionally Transferred on August 19, 2008 – JPML CTO-57 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Morrow, etc. v. Pfizer Inc., et al., 08-71* | | N.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Spencer-Acker, etc. v. Pfizer Inc., et al., 08-13505* | | E.D. Michigan | • Conditionally Transferred on November 20, 2008 – JPML CTO-59<br>  o May 7, 2012 – Stipulation of Dismissal filed [Docket No. 3871] |
| *McLendon v. Parke-Davis, et al., 08-7843* | | S.D. New York | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *Leu, etc. v. Pfizer Inc., et al., 09-1245* | | S.D. New York | • Conditionally Transferred on February 27, 2009 – JPML CTO-60 |
| *Crone, et al. v. Pfizer Inc., et al., 09-1908* | | N.D. California | • Conditionally Transferred on August 6, 2009 – JPML CTO-62 |
| *Peterson, Robert et al. v. Pfizer et al. 10-cv-10933* | | W.D. Washington | • Conditionally Transferred on June 7, 2010 – JPML CTO-64 |
| *Santos v. Pfizer et al. 10-cv-11205* | | S.D. New York | • Conditionally Transferred on August 3, 2010 – JPML CTO-66<br><br>• Defendants' Motion for Summary Judgment<br><br>  o December 13, 2011 – Defendants Motion for Summary Judgment [Docket No. 3735] Memorandum in Support [Docket No. 3736] Statement of Material Facts [Docket No. 3737] Declaration Catherine Stevens in Support [Docket No. 3738]<br><br>  o December 21, 2011 – Consent Motion for Extension of Time to File Response/Reply [Docket No. 3748]<br><br>  o December 21, 2011 – Electronic Order Granting Motion for Extension of Time to File Response/Reply<br><br>  o February 2, 2012 – Plaintiff's Response in Opposition to |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Santos v. Pfizer et al. 10-cv-11205 (cont'd)* | | | Motion for Summary Judgment [Docket No. 3776]<br><br>o   February 16, 2012 – Reply Memorandum in Support of Defendants' Motion for Summary Judgment [Docket No. 3783]<br><br>o   February 23, 2012 – Electronic Order deciding not to resolve the statute of limitations issue and requiring the parties whether an Order of Remand to the transferor court is appropriate now. |