UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES           :
        PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION             :   MDL Docket No. 1629
------------------------------------------------------------------------x
:   Master File No. 04-10981
THIS DOCUMENT RELATES TO:             :
:   Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,   :
06-10912-PBS                              :   Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,   :
06-11024-PBS                              :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., :
06-11022-PBS                              :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., :
06-11023-PBS                              :
------------------------------------------------------------------------x

## STATUS REPORT

**MAY IT PLEASE THE COURT:**

      Of the remaining three cases, I have decided to go forward with Jeffery Taggert and Sherry Pastine.

Dated: August 8, 2012

                                                          Respectfully submitted,

                                                        /s/Jack W. Harang
                                                        Jack W. Harang
                                                        LA Bar 15083
                                                        JACK W. HARANG, APLC
                                                        228 St. Charles Ave., Suite 501
                                                        New Orleans, LA 70130
                                                        Telephone: (504) 810-4734
                                                        Email: jwharang@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served on all interested parties this day August 8, 2012.

                                                      /s/ Jack W. Harang
                                                      Jack W. Harang