UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
SALES PRACTICES AND  :
PRODUCTS LIABILITY LITIGATION  : Master File No. 04-10981
------------------------------------------------ x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO:  :
: Magistrate Judge Leo T.
ALL ACTIONS  : Sorokin
:
:
:
------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Local Rule 83.5.2, Megan A. Jones of Wheeler Trigg O'Donnell LLP hereby withdraws her appearance on behalf of defendants Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, (collectively "Defendants"). Ms. Jones is leaving the law firm, but the other listed attorneys from Wheeler Trigg O'Donnell will continue to represent Defendants.

Dated:  August 24, 2012	Respectfully submitted,

By: *s/ Megan A. Jones*
James E. Hooper
Andrew C.S. Efaw
Andrew H. Myers
Sean G. Saxon
Matthew E. Johnson
Edwin J. Kilpela, Jr.
Stephen E. Oertle
Stephanie A. Reedy
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tele. No. (303) 244-1800
Fax No. (303) 244-1879
hooper@wtotrial.com
efaw@wtotrial.com
myers@wtotrial.com
saxon@wtotrial.com
johnson@wtotrial.com
mjones@wtotrial.com
kilpela@wtotrial.com
oertle@wtotrial.com
reedy@wtotrial.com

*Attorneys for Defendants Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on August 24, 2012.

<u>s/Megan A. Jones by Tanya D. Huffaker</u>