<pre>
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
In re:  NEURONTIN MARKETING, SALES                    :   MDL Docket No. 1629
        PRACTICES AND PRODUCTS                        :
        LIABILITY LITIGATION                          :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :   Judge Patti B. Saris
                                                      :
THIS DOCUMENT RELATES TO:                             :
                                                      :   Magistrate Judge Leo T.
Girard et al. v. Pfizer, Inc. et al., 1:06-cv-11023-PBS (Sherry  :   Sorokin
Pastine); Accettullo et al v. Pfizer Inc. et al, 1:06-cv-10912-PBS :
(Jeffrey Taggart).                                    :
                                                      :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
</pre>

### PFIZER'S STATUS REPORT REGARDING
### OUTSTANDING FACT DISCOVERY IN REMAINING HARANG CASES

Pursuant to Magistrate Judge Leo T. Sorokin's Order at the status conference on August 8, 2012, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit this report with respect to remaining initial fact discovery to be taken with respect to the claims of Plaintiffs Sherry Pastine and Jeffrey Taggart, who are represented by Attorney Jack W. Harang.[1]

Pfizer intends to complete approximately 12 additional prescribing physician depositions in these 2 cases.[2] In Plaintiff Pastine's case, Pfizer seeks to depose the following prescribing healthcare providers: Dr. Carl High, Dr. Christopher Creighton, Dr. David Hubbard, Dr. McClain, Dr. Vaghi, Dr. Russell Biondo, Dr. Joseph A. Noronha, Dr. Stanford Huber, and Dr.

---

[1] Prior to filing this report, Pfizer contacted Mr. Harang with the intention of submitting a joint report. Mr. Harang indicated that he would need additional time because his office is being impacted by Hurricane Isaac. Pfizer agreed to give Mr. Harang additional time, and he indicated that he would submit a request to the Court for additional time. Pfizer submits this report for purposes of complying with the Court's deadline, but it intends to confer with Mr. Harang to submit a joint report next week.

[2] The deposition of Plaintiff Pastine was previously left open due to inadequate medical records available at the time of the deposition, and/or inadequate time to complete the deposition. Defendants reserve their right to complete that deposition, as soon as Ms. Pastine supplements her discovery responses and additional medical records are collected.

Richard Vaglienti.  All of these prescribing physicians were identified by the parties as prescribing Neurontin to Plaintiff Pastine.  In Plaintiff Taggart's case, Pfizer intends to depose the following prescribing healthcare providers:  Dr. John Downes, Dr. Lee Walker, and Dr. Graham M. Reid.[3]

Pfizer proposes that it will follow the Court's suggested guidelines and will depose at least five of these witnesses per month.  Depositions of additional witnesses may be conducted at the appropriate time if either party deems such depositions to be necessary for discovery.

Dated:  August 30, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By:   /s/ Justin J. Wolosz
         Justin J. Wolosz
         BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

[3] In addition to the prescribing healthcare providers, Pfizer notes that there are numerous additional witnesses, including friends, family, co-workers, witnesses with knowledge and treating physicians that it will depose before discovery concludes.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 30, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz