UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING § | | |
| AND SALES PRACTICES § | | |
| LITIGATION § | | MDL Docket No. 1629 |
| § | | |
| § | | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: § | | |
| § | | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL § | | |
| vs. PFIZER INC., ET AL § | | Magistrate Judge Leo Sorokin |
| Case No. 06-11024-PBS § | | |
| § | | |
| MARTHA ACCETULLO, ET AL § | | |
| vs. PFIZER, INC., ET AL § | | |
| Case No. 06-10912-PBS § | | |
| § | | |
| KAMALIHA Y. BREWSTER, ET AL § | | |
| vs. PFIZER, INC, ET AL § | | |
| Case No. 06-11022-PBS § | | |
| § | | |
| CHARLES D. GIRARD, ET AL, § | | |
| vs. PFIZER, INC., ET AL § | | |
| Case No. 06-11023-PBS § | | |

**JOINT STATUS REPORT**

Per Newton B. Schwartz, Sr's (NBS) conversation with Kathryn Armstrong in the absence of Kathryn Stevens and Mark Cheffo, due to Hurricane Isaac hitting New Orleans, Mr. Harang's office is unable to send this filing. NBS has not read or adopted it and is being sent as a courtesy and as an accommodation to Mr. Harang and his clients.

At this time, I am requesting to file the Joint Status Report on Tuesday, September 4, 2012.

                                        Respectfully submitted,
                                        /s/Jack W. Harang
                                        Jack W. Harang
                                        LA Bar 15083
                                        JACK W. HARANG, APLC
                                        228 St. Charles Ave., Suite 501
                                        New Orleans, LA 70130
                                        Telephone: (504) 810-4734
                                        Email: jwharang@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on all interested parties this day August 30, 2012.

                                        /s/ Jack W. Harang
                                        Jack W. Harang