UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                       : MDL Docket No. 1629

In re: NEURONTIN MARKETING,
        SALES PRACTICES AND              : Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION

                                                    : Judge Patti B. Saris
------------------------------------------------------------x
                                                    : Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

FINKELSTEIN & PARTNERS CASES

------------------------------------------------------------x

**FINKELSTEIN & PARTNERS PRODUCTS LIABILITY PLAINTIFFS'
AND PFIZER DEFENDANTS' JOINT MOTION FOR ANOTHER
NINETY (90) DAY EXTENSION OF THE DEADLINE IMPOSED
<u>IN THIS COURT'S SETTLEMENT ORDER OF DISMISSAL</u>**

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants hereby move by Joint Motion for an Order granting another[1] ninety (90) day extension of this Court's February 17, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), to extend the deadline, which is presently September 11, 2012, to December 11, 2012.

Although the parties have continued to diligently work on the resolution of these actions, the settlement process has been delayed in order to complete the unavoidable arduous administrative hurdles involved in the settlement process. Plaintiffs' counsel has had to apply to

---

[1] On May 18, 2011, the parties filed a Joint Motion to Extend this Court's February 18, 2011 Settlement Order of Dismissal for a period of ninety (90) days to September 17, 2011 (ECF Doc. # 3471), which was granted by Magistrate Judge Leo T. Sorokin by electronic order on May 23, 2011. On August 22, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3591), and Magistrate Judge Sorokin granted an extension to December 12, 2011, by electronic order on August 29, 2011. On November 29, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3723) and Magistrate Judge Sorokin granted an extension to March 11, 2012, by electronic order on November 30, 2011. On March 7, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days ( ECF Doc. # 3803), and Magistrate Judge Sorokin granted an extension to June 11, 2012, by electronic order on March 8, 2012. On June 6, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3981), and Magistrate Judge Sorokin granted an extension to September 11, 2012, by electronic order on June 7, 2012.

the various surrogate courts to obtain the appointment of Administrators or Executors with the appropriate powers to settle the cases, and in some cases obtain probate court approval.[2] Moreover, each case requires careful investigation of the potential for any liens on the recovery which requires obtaining accurate information from government (i.e., Medicare and/or Medicaid) and other entities prior to the final resolution of the settlement.

The parties expect to be submitting final dismissal papers in Henry v. Pfizer, et al., No. 05-cv-11995, in the near future.

Moreover, in Wolosonowich v. Pfizer, et al., No. 06-cv-11395, Finkelstein & Partners is still in the process of establishing an estate, and will move for leave to withdraw as attorneys, and requests an additional 90 days in order to complete the task.

## CONCLUSION

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants respectfully request that this Court issue an Order extending the deadline imposed by this Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), for another period of ninety (90) days to December 11, 2012, in regard to the above cases which are still in the settlement process, and for the Wolosonwich case, where an estate is still in the process of being established.

Dated:  September 4, 2012                              Respectfully submitted,

                                                  FINKELSTEIN & PARTNERS, LLP
                                                Attorneys for Plaintiffs

                                        By:     **/s/ Andrew G. Finkelstein**
                                                  Andrew G. Finkelstein, Esquire
                                                  1279 Route 300, P.O. Box 1111
                                                  Newburgh, NY  12551
                                                  (800) 634-1212

---

[2] The parties are working to resolve any estate issues in the following cases:  Bentley v. Pfizer, et al., No. 05-cv-11997; Crone v. Pfizer, et al., No. 09-cv-11694; and Scott v. Pfizer, et al., No. 06-cv-10253.

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLC
Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company, LLC


By:     **/s/ Mark S. Cheffo**
Mark S. Cheffo, Esquire
4 Times Square
New York, New York 10036
(212) 735-3000


### CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 4, 2012.


   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire