UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS ORDER RELATES TO: ) <br> ) <br> PRODUCTS LIABILITY CASES ) <br> ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

FINAL SCHEDULING ORDER

September 11, 2012

SOROKIN, C.M.J.

It is ORDERED that the Court hereby establishes the following schedule governing the remaining Products Liability cases in this MDL.

1. Attorney Harang has decided to proceed with two Schwartz Firm cases – those of Plaintiffs Taggert and Pastine. It is ORDERED that the Parties' proposed schedule for concluding the discovery in these cases shall be filed by the close of business on September 21, 2012.

2. All Schwartz Firm clients (other than Taggert and Pastine) whose cases remain pending shall be notified by Attorney Harang of the motions to withdraw by Attorneys Harang and Schwartz, and of their opportunity to file written objections by October 15, 2012 by mailing their objections to:

1

U.S. Chief Magistrate Judge Leo Sorokin
Attn: Maria Simeone - Neurontin MDL
U.S. District Court
1 Courthouse Way
Boston, MA 02210

3. The Notice to Schwartz Firm clients shall be sent by first-class mail, postage prepaid to each client's last known mailing address and by email to each client's last known email address (if such address is possessed by counsel). **The Notice shall be mailed and emailed by September 25, 2012**.

4. Any proposals to change the handling of pro se cases shall be submitted by October 15, 2012.

5. By October 15, 2012, any party requesting that the Court take further action on any Products Liability case shall file a motion containing its request(s). No such request need be filed, however, regarding: (1) the two cases listed in paragraph 1 (2) the Finkelstein cases subject to settlement, or (3) the pro se cases. As to all other cases, in the absence of any motion, the Court will deem the cases to be ripe for remand.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge