UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Allen, et al. v. Pfizer, Inc. et al.*, 1:07-cv-11795-PBS; : Sorokin
*Anderson, et al. v. Pfizer, Inc. et al.*, 1:05-cv-10835-PBS; :
*Cooper, et al. v. Pfizer Inc. et al.*, 1:05-cv-10834-PBS. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JOINT REQUEST TO CLARIFY THE FINAL SCHEDULING ORDER**

Defendants Pfizer Inc and Warner-Lambert Company LLC ( "Pfizer") and the Boone Law Firm hereby request that this Court amend its Final Scheduling Order entered on September 11, 2012 to cover the cases involving the Boone Law Firm. That Order states:

> By October 15, 2012, any party requesting that the Court take further action on any Products Liability case shall file a motion containing its request(s). No such request need be filed, however, regarding: (1) the two cases listed in paragraph 1 (2) the Finkelstein cases subject to settlement, or (3) the pro se cases. As to all other cases, in the absence of any motion, the Court will deem the cases to be ripe for remand.

(9/11/12 Order [4026] ¶ 5.) As with the Finkelstein cases, the cases of the Boone Law Firm are also subject to resolution, and the parties are diligently working toward a final resolution of these cases. Accordingly, Pfizer and the Boone Law Firm request that the Court clarify that the Boone cases subject to settlement are also not subject to the October 15, 2012 deadline set forth in paragraph 5 of the Final Scheduling Order.

Dated: September 21, 2012         Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Mark S. Cheffo
Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
Justin J. Wolosz
BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA 02110
Tel: (617) 951-7000
Email: justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

-and-

THE BOONE LAW FIRM, P.A.

By: /s/ Levi Boone, III
Levi Boone, III
MSB #3686

401 West Sunflower Avenue
Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950

*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 21, 2012.

      /s/ Justin J. Wolosz
      Justin J. Wolosz