# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
          PRACTICES AND PRODUCTS
          LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

*Girard et al. v. Pfizer, Inc. et al.*, 1:06-cv-11023-PBS (Sherry
Pastine); *Accettullo et al v. Pfizer Inc. et al*, 1:06-cv-10912-PBS
(Jeffrey Taggart).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT PROPOSED SCHEDULE FOR CONCLUDING DISCOVERY

Pursuant to Magistrate Judge Leo T. Sorokin's Scheduling Order entered on September 11, 2012, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") and Plaintiffs Sherry Pastine and Jeffrey Taggart, who are represented by Attorney Jack W. Harang, respectfully submit this proposed schedule for concluding discovery in this MDL.

The parties propose that, beginning October 2012, they will commence taking depositions of the remaining witnesses to be deposed in these cases. The parties will take depositions at a rate of at least 5 per month until the remaining depositions to be taken while the cases are pending in this MDL Court have been completed.[1]  The parties will make all efforts to coordinate discovery so as to utilize contiguous days for these depositions whenever possible.

The parties further propose that, on or before January 15, 2013, the parties will file a joint status report with the Court with a recommendation as to whether the parties believe these cases are ripe for remand at that time.

---

[1] The rate of five depositions per month was suggested by this Court at the status conference on August 8, 2012.

Dated:  September 21, 2012                  Respectfully submitted,

                                            SKADDEN, ARPS, SLATE, MEAGHER
                                               & FLOM LLP

                                            By:      /s/ Mark S. Cheffo
                                                     Mark S. Cheffo

                                            Four Times Square
                                            New York, NY 10036
                                            Tel:  (212) 735-3000
                                            Mark.Cheffo@skadden.com

                                            -and-

                                            ROPES & GRAY LLP

                                            By:      /s/ Justin J. Wolosz
                                                     Justin J. Wolosz
                                                     BBO # 643543

                                            Prudential Tower
                                            800 Boylston Street
                                            Boston, MA  02110
                                            Tel:  (617) 951-7000
                                            Email:  justin.wolosz@ropesgray.com

                                            *Attorneys for Defendants Pfizer Inc and
                                            Warner-Lambert Company LLC*

                                            -and-

                                            JACK W. HARANG, APLC

                                            By:      /s/Jack W. Harang
                                                     Jack W. Harang

                                            228 St. Charles Ave., Suite 501
                                            New Orleans, LA 70130
                                            Tel: (504) 810-4734
                                            Email: jwharang@gmail.com

                                            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 21, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz