UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ILYAS J. RONA

Pursuant to Local Rule 83.5.2, Ilyas J. Rona hereby withdraws his appearance on behalf of Members of the Class Plaintiffs.  Effective September 30, 2012, Mr. Rona is leaving the law firm Greene LLP and joining another firm. The remaining attorneys at Greene LLP will continue to represent Class Plaintiffs.

Respectfully Submitted,

Dated: September 28, 2012

/s/ *Ilyas J. Rona*
Thomas M. Greene (BBO # 210020)
Michael Tabb (BBO # 491310)
Ilyas J. Rona (BBO # 642964)
Ryan Morrison (BBO # 680238)
**GREENE**LLP
One Liberty Square, Suite 1200
Boston, MA 02109
(617) 261-0040
tgreene@greenellp.com

*On Behalf of Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on September 28, 2012.

Dated: September 28, 2012         /s/ *Ilyas J. Rona*
                                  Ilyas J. Rona