UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:  NEURONTIN MARKETING, SALES          : MDL Docket No. 1629
        PRACTICES AND PRODUCTS              :
        LIABILITY LITIGATION                : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                   :
                                            : Magistrate Judge Leo T.
*Girard et al. v. Pfizer, Inc. et al.*, 1:06-cv-11023-PBS (Sherry   : Sorokin
Pastine); *Accettullo et al v. Pfizer Inc. et al*, 1:06-cv-10912-PBS :
(Jeffrey Taggart).                          :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## JOINT STATUS REPORT ON
## OUTSTANDING DEPOSITIONS IN *TAGGART* AND *PASTINE* CASES

Pursuant to Magistrate Judge Leo T. Sorokin's Order on September 24, 2012, Defendants Pfizer Inc. and Warner-Lambert Company LLC and Plaintiffs' Sherry Pastine and Jeffrey Taggart, who are represented by Attorney Jack W. Harang, respectfully submit this status report with respect to discovery. The parties anticipate deposing the following witnesses before these cases are remanded:[1]

| Witness | Case | Witness Category |
|---|---|---|
| Dr. Carl High | *Pastine* | prescriber |
| Dr. Christopher Creighton | *Pastine* | prescriber |
| Dr. David Hubbard | *Pastine* | prescriber |
| Dr. McClain | *Pastine* | prescriber |
| Dr. Vaghi | *Pastine* | prescriber |
| Dr. Russell Biondo | *Pastine* | prescriber |
| Dr. Joseph A. Noronha | *Pastine* | prescriber |
| Dr. Stanford Huber | *Pastine* | prescriber |
| Dr. Richard Vaglienti | *Pastine* | prescriber |

---

[1] In addition, Pfizer notes that there are numerous additional witnesses, including friends, family, co-workers, witnesses with knowledge and treating physicians that it will depose before discovery concludes.

| | | |
|---|---|---|
| Dr. John Downes | *Taggart* | prescriber |
| Dr. Lee Walker | *Taggart* | prescriber |
| Dr. Graham M. Reid | *Taggart* | prescriber |
| Alan Heller | *Pastine* | sales representative |
| Brenda Liston | *Pastine* | sales representative |
| Joseph McCoy | *Pastine* | sales representative |
| David Hannah | *Taggart* | sales representative |
| William Dennis Horn | *Taggart* | sales representative |
| Susan Sneider | *Taggart* | sales representative |
| Carisa L. Malesic | *Taggart* | sales representative |
| Carisa Mattio | *Taggart* | sales representative |
| Stuart Burke | *Taggart* | sales representative |

Dated:  October 1, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By:     /s/ Justin J. Wolosz
        Justin J. Wolosz
        BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

2

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

-and-

JACK W. HARANG, APLC

By:     /s/Jack W. Harang
        Jack W. Harang

228 St. Charles Ave., Suite 501
New Orleans, LA 70130
Tel: (504) 810-4734
Email: jwharang@gmail.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 1, 2012.

        /s/ Justin J. Wolosz
        Justin J. Wolosz