UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

UNREPRESENTED PLAINTIFFS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### DECLARATION OF CATHERINE B. STEVENS
### IN SUPPORT OF DEFENDANTS' CASE MANAGEMENT
### PROPOSAL FOR UNREPRESENTED PLAINTIFFS

I, Catherine B. Stevens, declare and state as follows:

1.   I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

2.   Attached hereto as Exhibit A is a proposed template document for Plaintiff's Declaration.

3.   Attached hereto as Exhibit B is a true and correct copy of Pretrial Order No. 29 that was entered in the case *In re: Bextra and Celebrex Mktg. Sales Practices and Prod. Liab. Litig.*, No. M:05-CV-01699 (N.D. Cal.) on August 1, 2008.

4.   Attached hereto as Exhibit C is a true and correct copy of a transcript of the June 29, 2012 Hearing in the United States District Court for the District of Massachusetts.

5.   Attached hereto as Exhibit D is a true and correct copy of Conditional Remand Order dated May 6, 2011.

6.   Attached hereto as Exhibit E is a true and correct copy of a Notice of Motion for Summary Judgment filed in *Sumait et al., v. Pfizer Inc., et al.*, No. 1:04-cv-08719-JSR-GWG (S.D.N.Y.) on January 25, 2012.

7.      Attached hereto as Exhibit F is a true and correct copy of a Notice of Motion for Summary Judgment filed in *Fenelon v. Pfizer Inc., et al.*, No. 1:06-cv-04136-JSR-GWG (S.D.N.Y.) on January 26, 2012.

8.      Attached hereto as Exhibit G is a true and correct copy of an Order filed in *Sumait et al., v. Pfizer Inc., et al.*, No. 1:04-cv-08719-JSR-GWG (S.D.N.Y.) on May 7, 2012.

9.      Attached hereto as Exhibit H is a true and correct copy of an Order filed in *Fenelon v. Pfizer Inc., et al.*, No. 1:06-cv-04136-JSR-GWG (S.D.N.Y.) on May 7, 2012.

10.     Attached hereto as Exhibit I is a true and correct copy of Defendants' Motion for Summary Judgment filed in *Lynch v Pfizer Inc., et al.*, No. 6:07-cv-00169-WSS (W.D. Tex.) on April 3, 2012.

11.     Attached hereto as Exhibit J is a true and correct copy of an Order filed in *Lynch v Pfizer Inc., et al.*, No. 6:07-cv-00169-WSS (W.D. Tex.) on May 14, 2012.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 15th day of October, 2012.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 15, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz