# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:  NEURONTIN MARKETING, SALES          :   MDL Docket No. 1629
        PRACTICES AND PRODUCTS              :
        LIABILITY LITIGATION                :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                   :
                                                            :   Magistrate Judge Leo T.
                                                            :   Sorokin
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>PLAINTIFF'S DECLARATION</u>

I, _____, hereby certify that I intend to proceed with my claims in this

litigation without attorney representation and as a pro se litigant.  I have reviewed the Complaint

that was filed on my behalf in this case, and I hereby certify that there is a reasonable basis in

fact and law for all allegations asserted in my Complaint.  I understand that I may be held liable

for costs and attorneys' fees for pursuing a claim without a reasonable basis.

I hereby swear that the above is true and accurate.

Dated: _____, 2012                    Respectfully submitted,


                                             By:_____