**EXHIBIT B**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>ALL PLAINTIFFS LISTED IN SCHEDULE A. | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**PRETRIAL ORDER NO. 29: PROVISION OF CASE-SPECIFIC EXPERT REPORTS REGARDING SPECIFIC CAUSATION** |

1. <u>Order Applicable to All Cases Listed in Schedule A</u>. This Order shall apply to all plaintiffs listed in Schedule A.

2. <u>Plaintiffs' Obligation to Service Case-Specific Expert Reports</u>. In addition to each plaintiff's obligation under Pretrial Order No. 6 to serve a Plaintiff Fact Sheet ("PFS"), all responsive documents (or a written notice that none are in the possession of plaintiff or plaintiff's counsel), and properly executed authorizations, each plaintiff listed in Schedule A (including each personal representative of an estate of any deceased or of any incompetent user of Celebrex® and/or Bextra®) and the plaintiff's counsel, in consultation with such medical advisor(s) as they see fit to consult, shall consider whether there are good grounds to continue the action in light of the plaintiff's individual circumstances. If so, then the plaintiff shall serve a Rule 26(a)(2) case-specific expert report regarding specific causation, signed and sworn to by a physician or other

medical expert (a "Case-Specific Expert Report"). Plaintiffs shall send the Case-Specific Expert Reports to Defendants' counsel by a manner agreed to by the parties.

3. **Contents of Case-Specific Expert Report**. Each Case-Specific Expert Report shall include the following information:

    a. **Plaintiff's Information**. The plaintiff's name and date of birth;

    b. **Expert's Information**. The name, professional address, and curriculum vitae of the expert, including a list of all publications authored by the witness within the preceding ten years;

    c. **Plaintiff's Medical Records**. A list of the plaintiff's medical records reviewed by the expert prior to the preparation of the Case-Specific Expert Report by Bates number, as well as copies of any such records not posted on the web site of the medical record vendor hired jointly by the parties;

    d. **Use Dates**. The dates during which the plaintiff used Celebrex® and/or Bextra® and references to the Bates numbers of the particular pages relied upon as evidence of such use (or the actual pages if the pages are not Bates stamped);

    e. **Plaintiff's Prescribing Physician**. The name(s) of the physician(s) who prescribed Bextra and/or Celebrex to the plaintiff;

    f. **Plaintiff's Injury**. Whether the plaintiff's medical records report that the plaintiff experienced a myocardial infarction, ischemic stroke, sudden death, or any other injury while the plaintiff was taking Celebrex® and/or Bextra® and, if so: (i) the nature of the alleged injury; (ii) the date of the alleged injury; and (iii) references to the particular pages relied upon as evidence of such myocardial infarction, ischemic stroke, sudden death, or other injury.

4. **Schedule for Serving Case-Specific Expert Reports**. Each plaintiff listed in Schedule A shall have 45 days from entry of this Order to serve upon defendants' counsel a complete and signed Case-Specific Expert Report.

5. **Dismissal of Plaintiffs Who Fail to Provide Case-Specific Expert Reports**. Any plaintiff who fails to provide a Case-Specific Expert Report that complies with this Order

-2-
PRETRIAL ORDER NO. 29: PROVISION OF CASE-SPECIFIC EXPERT REPORTS
REGARDING SPECIFIC CAUSATION – M:05-CV-01699-CRB

1  within the applicable timeline will be subject to having his or her claims, as well as any derivative
2  claim(s), dismissed with prejudice pursuant to the following procedure:

3         a.    <u>Deficiency Letter</u>.  When any plaintiff fails to provide a Case-
4  Specific Expert Report that complies with this Order, defendants' counsel may write a letter to
5  plaintiff's counsel and identify with particularity the alleged deficiency ("the deficiency letter").
6  The letter shall state that the plaintiff will have seven (7) days to cure the alleged deficiency and
7  that absent cure of the alleged deficiency within that time (or within any extension of that time as
8  agreed to by the parties), defendants may move for dismissal of plaintiff's claims, including
9  dismissal with prejudice.

10         b.    <u>Compliance Motion</u>.  If plaintiff's counsel does not provide a Case-
11  Specific Expert Report that complies with this Order within seven days of receipt of the
12  deficiency letter, defendants' counsel may file a motion with the Special Master seeking an order
13  requiring plaintiff to comply with this Order or face a motion to dismiss with prejudice, or other
14  sanctions (a "compliance motion").  Such compliance motions shall be heard on an expedited
15  basis.  A compliance motion may be noticed fourteen (14) calendar days before the hearing date,
16  with any opposition to be filed seven (7) calendar days before the hearing and any reply to be
17  filed three (3) calendar days before the hearing.

18         c.    <u>Compliance Order</u>.  If the Special Master determines that a plaintiff
19  has failed to provide a Case-Specific Expert Report that complies with this Order, the Special
20  Master shall order plaintiff to comply with this Order within seven (7) days or face dismissal or
21  other appropriate sanctions as determined by the Court ("the compliance order").

22         d.    <u>Failure to Comply with Special Master's Order and Motion to
23  Dismiss</u>.  If plaintiff does not comply with the compliance order within seven (7) days,
24  defendants' counsel may file a motion with the Court to dismiss plaintiff's claims with prejudice
25  or for other appropriate sanctions (a "motion to dismiss").  No further notice to plaintiff's counsel
26  shall be required.  Such motions to dismiss shall be heard on an expedited basis.  A motion to
27  dismiss may be noticed fourteen (14) calendar days before the hearing date, with any opposition
28  to be filed seven (7) calendar days before the hearing and any reply to be filed three (3) calendar

-3-

1  days before the hearing.  If the Court determines that plaintiff has not complied with the

2  compliance order, it may dismiss plaintiff's claims with prejudice or impose other sanctions as it

3  deems appropriate.

4        6.    <u>A Written Report to the Court.</u>  On or before September 29, 2008, the

5  parties, either jointly or separately, shall provide the Court with a written report on the status of

6  plaintiffs' compliance with PTO 29 and a recommendation as to how the Court should proceed to

7  expeditiously resolve any pending cases.

8      **IT IS SO ORDERED.**

9  Dated:  August 1, 2008                         /s/

10                                           HONORABLE CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

-4-

PRETRIAL ORDER NO. 29:  PROVISION OF CASE-SPECIFIC EXPERT REPORTS
REGARDING SPECIFIC CAUSATION – M:05-CV-01699-CRB

## Schedule A

|    | Plaintiff's Name        | Case Number  |
|----|-------------------------|--------------|
| 1  | Ablog, Joe M.           | 06-5777 CRB  |
| 2  | Ablog, Mary Lou         | 06-5777 CRB  |
| 3  | Adams, Ralph            | 06-5591 CRB  |
| 4  | Adams, Virginia Louise  | 06-5591 CRB  |
| 5  | Alexander, Jimmy        | 06-4100 CRB  |
| 6  | Alexander, Ruth B.      | 06-4100 CRB  |
| 7  | Anderson, Eileen        | 07-2190 CRB  |
| 8  | Aquino, Maria           | 06-6168 CRB  |
| 9  | Aquino, Michael A.      | 06-6168 CRB  |
| 10 | Arakelian, Boghos       | 06-5764 CRB  |
| 11 | Arakelian, Makrouhi     | 06-5764 CRB  |
| 12 | Archunde, Orlando       | 07-3337 CRB  |
| 13 | Atkins, Roselie K.      | 06-5272 CRB  |
| 14 | Ayala-Sansotta, Maritza | 06-2627 CRB  |
| 15 | Ayala-Sansotta, Pedro   | 06-2627 CRB  |
| 16 | Bain, Thelma            | 06-6068 CRB  |
| 17 | Balda, Paul             | 06-5765 CRB  |
| 18 | Balda, Paulette M.      | 06-5765 CRB  |
| 19 | Bates, Robert           | 06-6131 CRB  |
| 20 | Bates, Robin            | 06-6131 CRB  |
| 21 | Bell, June N.           | 06-6095 CRB  |
| 22 | Bixby, Irene            | 06-6170 CRB  |
| 23 | Bixby, Noble K.         | 06-6170 CRB  |
| 24 | Blossom, Albert         | 06-7676 CRB  |
| 25 | Blossom, Patsy          | 06-7676 CRB  |
| 26 | Boland, Barbara         | 06-5919 CRB  |
| 27 | Boland, Kenneth J.      | 06-5919 CRB  |
| 28 | Boyd, Early             | 06-6122 CRB  |
| 29 | Boyd, Karen Ann         | 06-6122 CRB  |
| 30 | Bridges, Clarence L.    | 07-0413 CRB  |
| 31 | Brown, Louise           | 06-5273 CRB  |
| 32 | Brown, Norma M.         | 06-6181 CRB  |
| 33 | Browning, Cheryl        | 06-6068 CRB  |
| 34 | Browning, Vicki Mae     | 06-6068 CRB  |
| 35 | Brunson, Brenda         | 07-1280 CRB  |
| 36 | Brunson, Howard R.      | 07-1280 CRB  |
| 37 | Bryan, Cathy            | 06-6097 CRB  |
| 38 | Bryan, Stephen R.       | 06-6097 CRB  |
| 39 | Burnette, Edna          | 07-2690 CRB  |
| 40 | Cantu, Cinthia          | 06-4586 CRB  |
| 41 | Carr, Charles           | 07-0022 CRB  |
| 42 | Carr, Shamela           | 07-0022 CRB  |

**Schedule A**

|    | Plaintiff's Name        | Case Number |
|----|-------------------------|-------------|
| 43 | Carrion-Natal, Luis     | 06-2658 CRB |
| 44 | Carrion-Natal, Ruben    | 06-2658 CRB |
| 45 | Carter, Carolyn         | 06-7570 CRB |
| 46 | Casillas, Bill          | 06-3958 CRB |
| 47 | Cattanach, Nancy        | 07-5001 CRB |
| 48 | Chapman, Edna           | 06-6166 CRB |
| 49 | Chapman, Edna M.        | 06-6157 CRB |
| 50 | Chapman, James          | 06-6157 CRB |
| 51 | Chapman, James          | 06-6166 CRB |
| 52 | Childs, Mark C.         | 06-6067 CRB |
| 53 | Chute, Rosalyn          | 06-7381 CRB |
| 54 | Clark, Verdell K.       | 06-6072 CRB |
| 55 | Coleman, Della          | 06-5918 CRB |
| 56 | Coleman, Michael        | 07-1992 CRB |
| 57 | Coleman, William R.     | 06-5918 CRB |
| 58 | Concepcion-Cruz, Ricardo| 06-2649 CRB |
| 59 | Concepcion-Roman, Miriam| 06-2649 CRB |
| 60 | Connolly, Catherine A.  | 06-5738 CRB |
| 61 | Connolly, Timothy       | 06-5738 CRB |
| 62 | Cox, Randall            | 06-4462 CRB |
| 63 | Cox, Shirley            | 06-4462 CRB |
| 64 | Crockett, Effie J.      | 06-6199 CRB |
| 65 | Cruver, Scott           | 07-5000 CRB |
| 66 | Dalton, Judy L.         | 06-6064 CRB |
| 67 | Davidson, Donald E.     | 06-6161 CRB |
| 68 | Davidson, Shirley       | 06-6161 CRB |
| 69 | Davis, Diane            | 06-5273 CRB |
| 70 | Davis, Raymond C.       | 06-5273 CRB |
| 71 | Day, Carolyn            | 06-6203 CRB |
| 72 | Dethrage, Debbie        | 06-6207 CRB |
| 73 | Diaz, Rosslyn           | 06-6072 CRB |
| 74 | Dillard, Don            | 06-5740 CRB |
| 75 | Dominguez, Ruben G.     | 06-6180 CRB |
| 76 | Dondero, Barbara M.     | 06-6196 CRB |
| 77 | Dorsey, Bertha M.       | 06-6087 CRB |
| 78 | Dorsey, Bertha M.       | 06-5965 CRB |
| 79 | Dunkel, Daniel          | 06-4147 CRB |
| 80 | Dunkel, Patricia        | 06-4147 CRB |
| 81 | Edelen, Annette M.      | 06-4147 CRB |
| 82 | Ernst, Cheryl           | 06-6063 CRB |
| 83 | Estrada, Sergio         | 06-5978 CRB |
| 84 | Faint, Paulette         | 06-4678 CRB |

## Schedule A

|     | **Plaintiff's Name**      | **Case Number** |
|-----|---------------------------|-----------------|
| 85  | Feliciano, Belinda Lopez  | 06-2621 CRB     |
| 86  | Feliciano, Doris Lopez    | 06-2621 CRB     |
| 87  | Feliciano, Iriletzy Lopez | 06-2621 CRB     |
| 88  | Feliciano, Militza Lopez  | 06-2621 CRB     |
| 89  | Feliciano-Ruiz, Natividad | 06-2621 CRB     |
| 90  | Fernald, Joseph           | 07-4745 CRB     |
| 91  | Fernandez, Efrain Rodriguez | 06-6022 CRB   |
| 92  | Figueroa, Ana Iris Irizarry | 06-6022 CRB   |
| 93  | Fimbres, Josie            | 06-4463 CRB     |
| 94  | Flavell, Edward           | 06-6171 CRB     |
| 95  | Flavell, Jacqueline E.    | 06-6171 CRB     |
| 96  | Fletcher, Ronald          | 06-5777 CRB     |
| 97  | Fletcher, Sandra          | 06-5777 CRB     |
| 98  | Flores, Awilda Cruz       | 06-6022 CRB     |
| 99  | Flores-Rivera, Maria      | 06-6022 CRB     |
| 100 | Fowler, Dean R.           | 07-3286 CRB     |
| 101 | Francis, Emma-Ling        | 07-4742 CRB     |
| 102 | Fredricks, Homer          | 07-5002 CRB     |
| 103 | Fredricks, Sarah          | 07-5002 CRB     |
| 104 | Friedman-May, Connie      | 06-6119 CRB     |
| 105 | Froehlich, April          | 06-6117 CRB     |
| 106 | Frost, Merrin             | 07-2909 CRB     |
| 107 | Frost, Raymond            | 07-2909 CRB     |
| 108 | Ganga, Mary               | 06-6073 CRB     |
| 109 | Ganga, Willard J.         | 06-6073 CRB     |
| 110 | Garver, James E.          | 06-6070 CRB     |
| 111 | Garza, Carlos             | 06-6199 CRB     |
| 112 | Garza, Dawna              | 06-5416 CRB     |
| 113 | Garza, Madaline           | 06-6199 CRB     |
| 114 | Gastaldi, Gloria          | 06-4362 CRB     |
| 115 | Gastaldi, Joseph M.       | 06-4362 CRB     |
| 116 | Gates, Norma R.           | 06-6084 CRB     |
| 117 | Gatz, Michael             | 06-7959 CRB     |
| 118 | Gerrard, Joan W.          | 06-5765 CRB     |
| 119 | Gigliotti, Connie         | 06-5273 CRB     |
| 120 | Gigliotti, Frank          | 06-5273 CRB     |
| 121 | Gillet, Winetta P.        | 06-6211 CRB     |
| 122 | Gilmore, Melissa          | 06-5977 CRB     |
| 123 | Gilmore, Richard          | 06-5977 CRB     |
| 124 | Glenn, Joy A.             | 06-6213 CRB     |
| 125 | Gonzales, Juan M.         | 06-6062 CRB     |
| 126 | Gonzales, Mary            | 06-6062 CRB     |

## Schedule A

|     | **Plaintiff's Name**    | **Case Number** |
|-----|-------------------------|-----------------|
| 127 | Gonzalez, Margoth       | 06-7571 CRB     |
| 128 | Goodwin, Marjory J.     | 06-6212 CRB     |
| 129 | Grant, Ernest R.        | 06-5970 CRB     |
| 130 | Gray, James L.          | 06-5916 CRB     |
| 131 | Graziano, Jennie        | 06-6186 CRB     |
| 132 | Gregorio, Paulene A.    | 06-5980 CRB     |
| 133 | Gregorio, Sr., Thomas   | 06-5980 CRB     |
| 134 | Griffin, Charles        | 06-6206 CRB     |
| 135 | Griffin, Shirley        | 06-6206 CRB     |
| 136 | Gutierrez, Juan         | 06-5764 CRB     |
| 137 | Gutierrez, Thelma       | 06-5980 CRB     |
| 138 | Hall, Barbara J.        | 06-6197 CRB     |
| 139 | Hall, James F.          | 06-3676 CRB     |
| 140 | Hall, Sylvia            | 06-3676 CRB     |
| 141 | Halpin, Carolyn         | 06-5777 CRB     |
| 142 | Halpin, William F.      | 06-5777 CRB     |
| 143 | Hamblen, Barbara        | 06-6058 CRB     |
| 144 | Hamblen, Norman C.      | 06-6058 CRB     |
| 145 | Hance, Mildred          | 06-1718 CRB     |
| 146 | Hardee, Chalcey         | 06-6088 CRB     |
| 147 | Hardee, Fred D.         | 06-6088 CRB     |
| 148 | Harguess, Benita        | 06-5738 CRB     |
| 149 | Harsh, Nancy L.         | 06-6083 CRB     |
| 150 | Harsh, Thomas Michael   | 06-6083 CRB     |
| 151 | Hawkins, Betty Joyce    | 06-6068 CRB     |
| 152 | Hawkins, Luvine         | 06-6068 CRB     |
| 153 | Hayhurst, John W.       | 06-3758 CRB     |
| 154 | Henderson, Connie       | 06-6283 CRB     |
| 155 | Henderson, Gerald       | 06-6283 CRB     |
| 156 | Henning, Karen          | 06-4678 CRB     |
| 157 | Henning, Robert F.      | 06-4678 CRB     |
| 158 | Henry, Jerry            | 06-5919 CRB     |
| 159 | Henry, Jerry            | 06-6191 CRB     |
| 160 | Henry, Theresa A.       | 06-6191 CRB     |
| 161 | Henry, Theresa A.       | 06-5919 CRB     |
| 162 | Hilton, Carl B.         | 07-0611 CRB     |
| 163 | Hilton, Elizabeth       | 07-0611 CRB     |
| 164 | Hocker, Doris           | 06-6129 CRB     |
| 165 | Hodges, Lynn            | 06-6089 CRB     |
| 166 | Hodges, Sandy           | 06-6089 CRB     |
| 167 | Horton, Douglas E.      | 06-6094 CRB     |
| 168 | Horton, Leroy J.        | 06-6190 CRB     |

## Schedule A

|     | **Plaintiff's Name**    | **Case Number** |
|-----|-------------------------|-----------------|
| 169 | Horton, Lorraine        | 06-6190 CRB     |
| 170 | Howard, Jeffrey L.      | 07-0816 CRB     |
| 171 | Howard, Judee           | 07-0816 CRB     |
| 172 | Howard, Leroy           | 06-5916 CRB     |
| 173 | Howard, Patricia        | 06-5916 CRB     |
| 174 | Howell, Donna           | 06-4463 CRB     |
| 175 | Howell, Sr., John F.    | 06-4463 CRB     |
| 176 | Hunter, Barbara L.      | 06-6419 CRB     |
| 177 | Isaacs, Jack E.         | 07-1991 CRB     |
| 178 | Jack, Lynda L.          | 06-6087 CRB     |
| 179 | Jack, Lynda L.          | 06-5965 CRB     |
| 180 | Jackson-Cook, Bessie R. | 06-6061 CRB     |
| 181 | James, Karen            | 07-4740 CRB     |
| 182 | Jennings, Mary Jane     | 06-7205 CRB     |
| 183 | Jennings, Robert H.     | 06-7205 CRB     |
| 184 | Jimenez, Sarah          | 06-5739 CRB     |
| 185 | Johns, Dennis P.        | 06-6059 CRB     |
| 186 | Johnson, Lyle L.        | 06-6194 CRB     |
| 187 | Johnson, Mary Helen     | 06-6068 CRB     |
| 188 | Johnston, Jessie        | 07-3548 CRB     |
| 189 | Johnston, Walter S.     | 06-6204 CRB     |
| 190 | Jones, Carol            | 06-6171 CRB     |
| 191 | Jones, James I.         | 06-6171 CRB     |
| 192 | Jones, Jenny            | 06-6208 CRB     |
| 193 | Jordan, Anthony         | 06-6059 CRB     |
| 194 | Jordan, Kathy           | 06-6059 CRB     |
| 195 | Juergenson, Carol       | 06-5273 CRB     |
| 196 | Juergenson, Rodney      | 06-5273 CRB     |
| 197 | Kamin, Thomas           | 06-6173 CRB     |
| 198 | Kelly, Alice            | 06-6070 CRB     |
| 199 | Kelly, Norman           | 06-6070 CRB     |
| 200 | Kennedy, Bobby          | 06-6068 CRB     |
| 201 | Kennedy, Carolyn        | 06-6068 CRB     |
| 202 | Kennedy, Charlotte      | 07-0023 CRB     |
| 203 | Kennedy, Jr., John      | 07-0023 CRB     |
| 204 | Kennett, Terry W.       | 06-6158 CRB     |
| 205 | Kenney, Melvin          | 06-6064 CRB     |
| 206 | Kenney, Sayann          | 06-6064 CRB     |
| 207 | King, Vanessa           | 07-0816 CRB     |
| 208 | Kiser, Grant E.         | 06-6118 CRB     |
| 209 | Kitchens, Sr., Charles F. | 06-6812 CRB   |
| 210 | Klepps, Jack W.         | 07-4153 CRB     |

## Schedule A

|  | Plaintiff's Name | Case Number |
|---|---|---|
| 211 | Klepps, Renee | 07-4153 CRB |
| 212 | Knudsen, Patricia A. | 06-4043 CRB |
| 213 | Kolsen, Lawrence | 06-6200 CRB |
| 214 | Kolsen, Lola | 06-6200 CRB |
| 215 | Korthas, Kay | 06-6117 CRB |
| 216 | Kreft, Bill | 07-4744 CRB |
| 217 | Kreft, Louise | 07-4744 CRB |
| 218 | Kroon, John | 06-6115 CRB |
| 219 | Lasalle-Malave, Jose | 06-2627 CRB |
| 220 | Lawson, Jr., Sylvania | 06-6121 CRB |
| 221 | Lawson, Peggy | 06-6121 CRB |
| 222 | Lehman, Beth | 06-6073 CRB |
| 223 | Lehman, John E. | 06-6073 CRB |
| 224 | Leong, Albert | 06-5666 CRB |
| 225 | Longoria, Rojelio | 06-4586 CRB |
| 226 | Lopez, William Lopez | 06-2621 CRB |
| 227 | Lovitt, Brad | 06-6116 CRB |
| 228 | Lovitt, Judith | 06-6116 CRB |
| 229 | Lynch, Mary | 06-6132 CRB |
| 230 | Lynch, Patrick | 06-6132 CRB |
| 231 | Madison, Paul B. | 06-6202 CRB |
| 232 | Maher, Lorraine A. | 07-2692 CRB |
| 233 | Markham, Connie R. | 06-5272 CRB |
| 234 | Markham, Michael | 06-5272 CRB |
| 235 | Marler, Janet C. | 06-4463 CRB |
| 236 | Marler, Linda L. | 06-5273 CRB |
| 237 | Martin-Huff, Ellen M. | 06-6070 CRB |
| 238 | Masker, Randy A. | 06-5739 CRB |
| 239 | Masker, Susan | 06-5739 CRB |
| 240 | Matos, Teresita Falcon | 06-2660 CRB |
| 241 | Matson, Calvin | 06-7958 CRB |
| 242 | Matson, Joyce | 06-7958 CRB |
| 243 | May, Steven | 06-6119 CRB |
| 244 | McBride, Earlene | 06-4462 CRB |
| 245 | McBride, Joseph | 06-4462 CRB |
| 246 | McCarrel, Robert | 06-6124 CRB |
| 247 | McDonald, Rex | 06-6210 CRB |
| 248 | McEwen, Murry | 06-6205 CRB |
| 249 | McFarland, Julia E. | 07-4152 CRB |
| 250 | McGhee, Gloria | 06-6072 CRB |
| 251 | McKibben, John M. | 06-7883 CRB |
| 252 | Means, Jerry W. | 06-5739 CRB |

## Schedule A

|     | Plaintiff's Name       | Case Number |
|-----|------------------------|-------------|
| 253 | Mercado, Jose A. Alicea | 06-6022 CRB |
| 254 | Meyer, Richard A.      | 06-5273 CRB |
| 255 | Miller, Melanie        | 06-5273 CRB |
| 256 | Miller, Melvin M.      | 06-5273 CRB |
| 257 | Mitchell, Debbie S.    | 06-4296 CRB |
| 258 | Mittag, Dwayne         | 06-5919 CRB |
| 259 | Mittag, Monica B.      | 06-5919 CRB |
| 260 | Mohapp, Charles        | 06-4463 CRB |
| 261 | Mohapp, Mary Ann S.    | 06-4463 CRB |
| 262 | Moncrief, Betty J.     | 06-4100 CRB |
| 263 | Moncrief, James        | 06-4100 CRB |
| 264 | Murphy, Catalina A.    | 06-6064 CRB |
| 265 | Murphy, Tim            | 06-6064 CRB |
| 266 | Murray, Robert E.      | 06-6158 CRB |
| 267 | Natal-Rivera, Leticia  | 06-2658 CRB |
| 268 | Nelson, Claudine       | 06-5917 CRB |
| 269 | Nelson, Richard        | 06-5917 CRB |
| 270 | Neville, Ronald        | 06-2681 CRB |
| 271 | Nicholas, Abraham      | 07-1570 CRB |
| 272 | Nieves, Carmelo Velez  | 06-6022 CRB |
| 273 | Noell, Tiffany R.      | 06-6071 CRB |
| 274 | O'Hagin, George R.     | 06-3958 CRB |
| 275 | Ooft, Hellen           | 06-5963 CRB |
| 276 | Ooft, Leopold          | 06-5963 CRB |
| 277 | Pagan-Falcon, Francisco | 06-2660 CRB |
| 278 | Pagan-Falcon, Ivette   | 06-2660 CRB |
| 279 | Pagan-Falcon, Jaime    | 06-2660 CRB |
| 280 | Pagan-Falcon, Jose     | 06-2660 CRB |
| 281 | Pagan-Falcon, Raul     | 06-2660 CRB |
| 282 | Pagan-Garcia, Francisco | 06-2660 CRB |
| 283 | Pardikes, Sophia       | 06-7306 CRB |
| 284 | Pardikes, Steve        | 06-7306 CRB |
| 285 | Pareles, Victoria      | 06-5977 CRB |
| 286 | Parson, Patricia C.    | 06-6198 CRB |
| 287 | Payne, David           | 06-6075 CRB |
| 288 | Payne, Sharon          | 06-6075 CRB |
| 289 | Pellini, Alan          | 06-6065 CRB |
| 290 | Pellini, Carol         | 06-6065 CRB |
| 291 | Perales, Victoria      | 06-6208 CRB |
| 292 | Perez-Otero, Jorge     | 06-2634 CRB |
| 293 | Perez-Santiago, Gloria | 06-2634 CRB |
| 294 | Perez-Santiago, Ivonne | 06-2634 CRB |

## Schedule A

|  | **Plaintiff's Name** | **Case Number** |
|---|---|---|
| 295 | Perez-Santiago, Zaida | 06-2634 CRB |
| 296 | Perry, Koi Hoo | 06-5918 CRB |
| 297 | Perry, Robert | 06-5918 CRB |
| 298 | Peters, Ken | 06-5739 CRB |
| 299 | Pettit, Alice L. | 06-5973 CRB |
| 300 | Pettit, Theodore M. | 06-5973 CRB |
| 301 | Philama, Deborah | 06-6071 CRB |
| 302 | Phillips, Alease | 06-5919 CRB |
| 303 | Phillips, Dennis | 06-5919 CRB |
| 304 | Porter, Viola M. | 06-7882 CRB |
| 305 | Poyner, Delores | 06-6165 CRB |
| 306 | Poyner, William | 06-6165 CRB |
| 307 | Pratt, Louis L. | 06-6201 CRB |
| 308 | Pratts, Antonio | 06-6066 CRB |
| 309 | Ramirez, Guadalupe | 06-6064 CRB |
| 310 | Ramirez, Miguel S. | 06-6064 CRB |
| 311 | Rhome, Charlie L. | 06-5740 CRB |
| 312 | Rias, Princie M. | 06-6070 CRB |
| 313 | Rice, Alice | 06-6096 CRB |
| 314 | Rice, Jerry W. | 06-6096 CRB |
| 315 | Richardson, Alice | 06-7206 CRB |
| 316 | Richardson, Aubrey | 06-7201 CRB |
| 317 | Richardson, Jackie | 06-7206 CRB |
| 318 | Richardson, Jana | 06-7201 CRB |
| 319 | Rini, Dennis | 07-2190 CRB |
| 320 | Rivera, Elaine | 06-6173 CRB |
| 321 | Rivera, Rolando C. | 06-6173 CRB |
| 322 | Roberts, David | 06-5764 CRB |
| 323 | Robinson, Detrea | 07-2630 CRB |
| 324 | Robinson, Jimmie L. | 06-4463 CRB |
| 325 | Rogers, Brenda | 06-5919 CRB |
| 326 | Rogers, Patricia | 06-6130 CRB |
| 327 | Rolston, Belinda J. | 07-2691 CRB |
| 328 | Rolston, Homer | 07-2691 CRB |
| 329 | Roman, Noralynn | 06-6120 CRB |
| 330 | Roman, Sr., Gary | 06-6120 CRB |
| 331 | Roof, John R. | 06-5964 CRB |
| 332 | Rubio, Demetrio | 06-4449 CRB |
| 333 | Rubio, Severa | 06-4449 CRB |
| 334 | Russell, Angela | 06-5764 CRB |
| 335 | Ryan, Alice K. | 06-5917 CRB |
| 336 | Ryan, Archie | 06-5917 CRB |

## Schedule A

|     | Plaintiff's Name | Case Number |
| --- | --- | --- |
| 337 | Sanders, Ronny | 06-2681 CRB |
| 338 | Sansotta-Navarro, Herminia | 06-2627 CRB |
| 339 | Santiago-Serrano, Gloria | 06-2634 CRB |
| 340 | Sargent, Lori | 06-3675 CRB |
| 341 | Sargent, William | 06-3675 CRB |
| 342 | Saunders, Thomas M. | 06-6208 CRB |
| 343 | Schwoebel, Ruth C. | 06-6130 CRB |
| 344 | Scott, Betty J. | 06-5983 CRB |
| 345 | Scott, Eugene | 06-5983 CRB |
| 346 | Sheets, Mabel | 06-5916 CRB |
| 347 | Sheffield, Buford | 06-6203 CRB |
| 348 | Shepard, Edgar | 06-6169 CRB |
| 349 | Shepard, Marie | 06-6169 CRB |
| 350 | Smart, Constance | 06-6064 CRB |
| 351 | Smart, John | 06-6064 CRB |
| 352 | Smith, Cloteal | 07-3284 CRB |
| 353 | Smith, Cynthia C. | 06-5963 CRB |
| 354 | Smith, Donald | 06-6203 CRB |
| 355 | Smith, James P. | 07-4741 CRB |
| 356 | Smith, Janette | 06-4977 CRB |
| 357 | Smith, John L. | 07-3284 CRB |
| 358 | Smith, Nancy | 06-6203 CRB |
| 359 | Smith, Patricia D. | 07-4741 CRB |
| 360 | Smith, Paula Rae | 06-5975 CRB |
| 361 | Smith, Terry L. | 06-6195 CRB |
| 362 | Smith, Wade | 06-5975 CRB |
| 363 | Snyder, Beverly | 06-7202 CRB |
| 364 | Snyder, Glenn | 06-7202 CRB |
| 365 | Stevens, L.C. | 06-4920 CRB |
| 366 | Stevens, Martha | 06-4920 CRB |
| 367 | Stevens, Patricia | 06-7204 CRB |
| 368 | Stith, Carroll | 07-3338 CRB |
| 369 | Stith, Linda | 07-3338 CRB |
| 370 | Sullivan, Christine | 06-6157 CRB |
| 371 | Sullivan, Michael D. | 06-6157 CRB |
| 372 | Sweet, Debi | 07-0231 CRB |
| 373 | Swift, Catherine | 07-4743 CRB |
| 374 | Swift, Homer | 07-4743 CRB |
| 375 | Swihart, Donald Lee | 06-6093 CRB |
| 376 | Swihart, Pauline | 06-6093 CRB |
| 377 | Tetrault, Jacques L. | 06-7203 CRB |
| 378 | Tetrault, Sydney | 06-7203 CRB |

## Schedule A

|  | **Plaintiff's Name** | **Case Number** |
|---|---|---|
| 379 | Thompson, Clara L. | 06-5765 CRB |
| 380 | Thompson, Harry | 06-5765 CRB |
| 381 | Thorne, Virginia | 06-4464 CRB |
| 382 | Tinnell, Vera | 06-5740 CRB |
| 383 | Torkzadeh, Belghays | 06-5764 CRB |
| 384 | Trevino, Yvonne P. | 06-5764 CRB |
| 385 | Valdivia, Frank D. | 06-6196 CRB |
| 386 | Valdivia, Lydia | 06-6196 CRB |
| 387 | Vallee, Dorene | 06-5981 CRB |
| 388 | Vallee, John B. | 06-5981 CRB |
| 389 | Vaughn, Willie | 06-6092 CRB |
| 390 | Velázquez, Adelaida | 06-6022 CRB |
| 391 | Velez, Luis R. Carrion | 06-2658 CRB |
| 392 | Velez, Rafaela Roman | 06-2649 CRB |
| 393 | Vue, Chay Va | 06-6072 CRB |
| 394 | Walker, Marion | 06-6060 CRB |
| 395 | Walker, Pamela | 06-6060 CRB |
| 396 | Walkingstick, Christy | 06-4463 CRB |
| 397 | Walkingstick, Louis | 06-4463 CRB |
| 398 | Walsh, Ronald J. | 06-5273 CRB |
| 399 | Weese, Arthur | 07-3910 CRB |
| 400 | Weese, Verna | 07-3910 CRB |
| 401 | Welsh, Norman R. | 06-6812 CRB |
| 402 | West, Evelyn | 06-5980 CRB |
| 403 | White, Annie | 06-4678 CRB |
| 404 | White, Emma | 07-1432 CRB |
| 405 | White, Loyd D. | 07-1432 CRB |
| 406 | Whitman, Donald | 06-1350 CRB |
| 407 | Whitman, Polly | 06-1350 CRB |
| 408 | Wilson, Errol | 06-6211 CRB |
| 409 | Wilson, Sharon C. | 06-6211 CRB |
| 410 | Wilson-Blakeney, Bernadette | 07-1353 CRB |
| 411 | Woods, Rebecca | 06-6098 CRB |
| 412 | Woods, Steven J. | 06-6098 CRB |
| 413 | Woods, Warren L. | 06-6213 CRB |
| 414 | Yeager, Dennis D. | 06-6084 CRB |

EAST\42015925.1