# EXHIBIT D

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                   MDL No. 1629

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Massachusetts.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 06, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                            MDL No. 1629

## SCHEDULE FOR CRO

| | TRANSFEREE | | | TRANSFEROR | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| MA | 1 | 06–10535 | CAE | 1 | 05–01594 | Smith et al v. Pfizer Inc. et al |
| MA | 1 | 06–12213 | FLM | 2 | 06–00538 | Beckworth et al v. Pfizer, Inc. et al |
| MA | 1 | 07–12233 | FLN | 3 | 07–00438 | Vinyard v. Pfizer, Inc. et al |
| MA | 1 | 06–11394 | ILS | 3 | 06–00349 | Mustafa et al v. Pfizer Inc. et al |
| MA | 1 | 05–11503 | KS | 5 | 05–04012 | Cunningham v. Merck &Co., Inc. et al |
| MA | 1 | 07–10630 | MN | 0 | 07–01216 | Isaacs v. Pfizer, Inc. et al |
| MA | 1 | 07–12236 | MN | 0 | 07–04428 | Reilly v. Pfizer, Inc. et al |
| MA | 1 | 08–11330 | MN | 0 | 08–03295 | Stadler v. Pfizer Inc et al |
| MA | 1 | 05–12384 | MOE | 4 | 05–01376 | Dane v. Pfizer Inc. et al |
| MA | 1 | 05–11153 | NJ | 2 | 05–01682 | Belbruno v. Pfizer, Inc. et al |
| MA | 1 | 06–10536 | NJ | 2 | 06–00058 | Cascio v. Pfizer Inc. et al |
| MA | 1 | 05–10832 | NYS | 1 | 04–08719 | Sumait et al v. Pfizer, Inc. et al |
| MA | 1 | 05–11028 | NYS | 1 | 04–09304 | Dees et al v. Pfizer, Inc. et al |
| MA | 1 | 05–11030 | NYS | 1 | 04–10265 | Populis et al v. Pfizer, Inc. et al |
| MA | 1 | 05–11032 | NYS | 1 | 05–00073 | Montgomery v. Pfizer, Inc. et al |
| MA | 1 | 05–11037 | NYS | 1 | 05–00237 | Sidney Brown, etc. v. Pfizer, Inc., et al. |
| MA | 1 | 05–11994 | NYS | 1 | 05–06084 | Werner v. Pfizer, Inc. et al |
| MA | 1 | 05–12000 | NYS | 1 | 05–07103 | Richey v. Pfizer Inc. et al |
| MA | 1 | 05–12387 | NYS | 1 | 05–07828 | Marzolo v. Pfizer Inc. et al |
| MA | 1 | 06–10777 | NYS | 1 | 06–00980 | Cook v. Pfizer Inc. et al |
| MA | 1 | 06–11581 | NYS | 1 | 06–04136 | Fenelon v. Pfizer, Inc. et al |
| MA | 1 | 06–11582 | NYS | 1 | 06–04285 | Long v. Pfizer, Inc. et al |
| MA | 1 | 05–11701 | OHS | 2 | 05–00657 | Edwards v. Warner–Lambert Company et al |
| MA | 1 | 05–12123 | OR | 3 | 05–00604 | Teater v. Pfizer, Inc. et al |
| MA | 1 | 05–11702 | PAE | 2 | 05–03401 | Sanutti v. Pfizer, Inc. et al |
| MA | 1 | 07–11280 | TXW | 6 | 07–00169 | Lynch v. Pfizer, Inc. et al |
| MA | 1 | 06–10539 | WVS | 2 | 06–00028 | Adkins et al v. Pfizer Inc. et al |