# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
ROSALIA SUMAIT, EVA POTTS, ADAM :
SUMAIT, MATTHEW SUMAIT, MANUEL
SUMAIT, JR., RAMONA SUMAIT, :
MARCELINO SUMAIT and ELIZA SUMAIT,     Judge Jed S. Rakoff
Individually and as Successors in Interest to :
ESTATE OF MANUEL SUMAIT,     Magistrate Judge Gabriel W. Gorenstein
:
          Plaintiffs,     No. 1:04-cv-08719-JSR-GWG
:
- against -
:
PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner- :
Lambert Company LLC, WARNER-
LAMBERT COMPANY, and WARNER- :
LAMBERT COMPANY LLC,
:
          Defendants.
---------------------------------- x

## DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully file this notice of motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on all counts of Plaintiffs' Complaint for failure to produce any report or identify any expert who will testify at trial about the necessary element of causation.

Unredacted copies of Defendants' supporting Memorandum of Law, Local Civil Rule 56.1 Statement of Material Facts, and Declaration of Catherine B. Stevens have been filed under seal in accordance with the Amended Stipulated Protective Order that was entered in this case on May 8, 2007. (*See* ECF Docket No. 20.)

WHEREFORE, Defendants respectfully request that this Court grant summary judgment in their favor on all counts of Plaintiffs' Complaint.

Dated: January 25, 2012                               Respectfully submitted,

*(signature)*
Mark S. Cheffo
Catherine B. Stevens
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that I have attempted to confer with Plaintiff in a good faith attempt to narrow or resolve the issue presented by this motion.

*(signature)*
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system has been served on Plaintiff Eva Potts pursuant to overnight delivery service to her address on record on January 25, 2012 in accordance with Local Civil Rule 5.3.

*(signature)*
Catherine B. Stevens

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 56.2

I certify that counsel have sent to Plaintiff Eva Potts a "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment" with the full texts of Fed. R. Civ. P. 56 and Local Civil Rule 56.1 attached.

*(signature)*
Catherine B. Stevens

2