# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
JAMIE FENELON, as Proposed Administratrix
of the Estate of BETH MOORE, Deceased,　　　:

　　　　　　　　Plaintiff,　　　:　　Judge Jed S. Rakoff

　　- against -　　　　　:　　Magistrate Judge Gabriel W. Gorenstein

PFIZER INC., PARKE-DAVIS, a division of　　:　　No. 1:06-cv-04136-JSR-GWG
Warner-Lambert Company and Warner-
Lambert Company LLC, WARNER-
LAMBERT COMPANY, and WARNER-　　:
LAMBERT COMPANY LLC,
　　　　　　　　　　　　　　　　　:

　　　　　　　　Defendants.　　　:
------------------------------ x

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT
OR, ALTERNATIVELY, TO DISMISS FOR FAILURE TO PROSECUTE**

　　Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully file this notice of motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on all counts of Plaintiff's Complaint for failure to produce any report or identify any expert who will testify at trial about the necessary element of causation as well as for failure to prove product exposure, and alternatively, for failure to establish that Plaintiff has met the conditions that would allow her to represent the estate on a *pro se* basis in this action.

　　Unredacted copies of Defendants' supporting Memorandum of Law, Local Civil Rule 56.1 Statement of Material Facts, and Declaration of Catherine B. Stevens have been filed under seal in accordance with the Amended Stipulated Protective Order that was entered in this case on May 8, 2007. (*See* ECF Docket No. 19.)

　　WHEREFORE, Defendants respectfully request that this Court grant summary judgment in their favor on all counts of Plaintiff's Complaint.

Dated: January 26, 2012

Respectfully submitted,

*[signature]*

Mark S. Cheffo
Catherine B. Stevens
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have attempted to confer in a good faith attempt to narrow or resolve the issue presented by this motion.

*[signature]*
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system has been served on Plaintiff pursuant to overnight delivery service to her address on record on January 26, 2012 in accordance with Local Civil Rule 5.3.

*[signature]*
Catherine B. Stevens

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 56.2

I certify that counsel have sent to Plaintiff a "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment" with the full texts of Fed. R. Civ. P. 56 and Local Civil Rule 56.1 attached.

*[signature]*
Catherine B. Stevens

2