UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:  NEURONTIN MARKETING, SALES     : MDL Docket No. 1629
PRACTICES AND PRODUCTS                 :
LIABILITY LITIGATION                   : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:              :
: Magistrate Judge Leo T.
*Telles v. Pfizer Inc.*, No. 1:07-cv-11156-PBS.   : Sorokin
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFENDANT'S REQUEST FOR EXTENSION OF DEADLINE FOR *TELLES* CASE

Defendant Pfizer Inc. ("Pfizer") respectfully requests that the Court extend the October 15, 2012 deadline in the Final Scheduling Order [4026] as it applies to this case. Pfizer states that, because Plaintiffs have failed to comply with their discovery obligations, Pfizer has not been able to obtain key pharmacy records, medical records, and other important information in this case. Pfizer has sent Plaintiffs multiple letters explaining the deficiencies in their discovery, but Plaintiffs' counsel has failed to respond. If Plaintiffs do not provide the outstanding discovery soon, Pfizer intends to file a motion to compel or to dismiss the case. Thus, Pfizer seeks an extension of the October 15, 2012 deadline in paragraph 5 of this Court's Final Scheduling Order entered on September 11, 2012 with respect to this case.

WHEREFORE, Defendants respectfully request that the Court grant Pfizer's request for an extension of the October 15 deadline in this Court's Final Scheduling Order with respect to the case listed in the caption above.

Dated: October 15, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:  /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com


-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
     Justin J. Wolosz
     BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 15, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz