UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> TERESA DRINKWINE, Individually and as Trustee for The Next of Kin of MICHAEL DRINKWINE, Decedent, <br><br>     Plaintiff, <br><br>    -against- <br><br> PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC, and TEVA PHARMACEUTICALS USA, INC., <br><br>     Defendants. | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| AND RELATED CASES (SEE EXHIBIT A) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF U. GWYN WILLIAMS**

  Pursuant to Local Rule 83.5.2(c), undersigned counsel hereby gives notice of U. Gwyn Williams' withdrawal as counsel for defendant Teva Pharmaceuticals USA, Inc. ("Teva") in the above-captioned matter. Teva will continue to be represented by Chad W. Higgins of Goodwin Procter LLP. Please remove Ms. Williams from the docket as counsel of record for Teva in this action.

Dated: October 18, 2012                                      Respectfully submitted,

                                                             TEVA PHARMACEUTICALS USA, INC.

                                                             By its attorneys,

                                                             /s/ Chad W. Higgins
                                                             Chad W. Higgins (BBO # 668924)
                                                             GOODWIN PROCTER LLP
                                                             Exchange Place
                                                             53 State Street
                                                             Boston, MA 02109-2881
                                                             T: 617.570.1000
                                                             F: 617-523-1231
                                                             chiggins@goodwinprocter.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 18, 2012.


                                                             /s/ Chad W. Higgins