## EXHIBIT A

## CASES PENDING IN THE NEURONTIN MDL NO. 1629
## NAMING TEVA PHARMACEUTICALS USA, INC. AS A DEFENDANT

*Blackwell v. Pfizer Inc., et al.,* No. 1:06-cv-11397-PBS

*Briggs v. Pfizer Inc., et al.,* No. 1:07-cv-10327-PBS

*Farris v. Pfizer Inc., et al.,* No. 1:06-vc-12063-PBS

*Hairfield v. Pfizer Inc., et al.,* No. 1:08-cv-10930-PBS

*McLendon v. Pfizer Inc., et al.* No. 1:08-cv-12034-PBS

*Morrow v. Pfizer Inc., et al.*, No.1:08-cv-11706-PBS

*Newberry v. Pfizer Inc., et al.,* No.1:07-cv-11499-PBS

*Ramsey v. Pfizer Inc., et al.,* No. 1:06-cv-12212-PBS

*Samuels v. Pfizer Inc., et al.,* No. 1:08-cv-10958-PBS