UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------ x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
UNREPRESENTED PLAINTIFFS : Sorokin
:
------------------------------------------------ x

**UNOPPOSED MOTION FOR LEAVE
TO FILE REPLY TO PRODUCT LIABILITY PLAINTIFFS'
CASE MANAGEMENT PROPOSAL FOR UNREPRESENTED PLAINTIFFS**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move pursuant to Local Rule 7.1(b)(3) for leave to file a reply memorandum. Defendants intend to file a reply to the proposal and objections filed by the Plaintiffs' Steering Committee ("PSC") [Doc. 4038] in response to Defendants' Case Management Proposal for Unrepresented Plaintiffs [Doc. 4033]. The proposed reply memorandum, which will not exceed 4 pages in length, clarifies certain issues raised by the PSC's objections. Defendants respectfully submit that the reply memorandum will assist the Court and that this request is reasonable.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed Reply, attached hereto as Exhibit 1.

Dated: October 23, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
    Justin J. Wolosz
    BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02110
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred, and this motion for leave to file a reply is unopposed.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 23, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz