UNITED STATES DISTRICT
COUNT DISTRICT OF
MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,   :
SALES PRACTICES AND   :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
ALL SCHWARTZ CASES   :
:
------------------------------------------------------------x

**JOINT REPORT LISTING THE
PENDING MOTIONS TO WITHDRAW IN THE SCHWARTZ CASES**

Pursuant to Magistrate Judge Leo T. Sorokin's October 22, 2012, Order, the Law Offices of Newton B. Schwartz ("the Schwartz firm") representing the Plaintiffs, and Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully and jointly submit the attached chart listing the names of forty-four (44) Plaintiffs, who are listed in the pending Motions to Withdraw, Motion to Withdraw document numbers and the cause numbers of the pending Motions to Withdraw as counsels by the Schwartz firm.  *See* Exhibit A.

Respectfully Submitted,
The Law Offices of Newton B. Schwartz, Sr.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
*Facsimile: (713) 630-0789*

## CERTIFICATE OF SERVICE

I, Newton Schwartz, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 26th day of October, 2012.

                                          */s/Vincent Lo*
                                          Vincent K. Lo