UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
         PRACTICES AND PRODUCTS
         LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Telles v. Pfizer Inc.*, No. 1:07-cv-11156-PBS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T.
Sorokin

## DEFENDANT'S MOTION TO DISMISS

In accordance with this Court's October 17, 2012 Order [4036] and Federal Rules of Civil Procedure 37(b) and 41(b), Defendant Pfizer Inc. ("Defendant" or "Pfizer") respectfully moves to dismiss the claims of Plaintiffs Gloria Telles, individually and as next friend of Jacob Telles ("Plaintiffs").  For the reasons stated in the accompanying memorandum in support of Pfizer's motion, Plaintiffs' claims should be dismissed due to their long-standing violations of the Court's discovery orders and for failure to prosecute.

WHEREFORE, Pfizer respectfully requests that the Court dismiss the claims of the Plaintiffs with prejudice.

Dated: November 6, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
     Justin J. Wolosz
     BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendant Pfizer Inc.*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 6, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz