UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Telles v. Pfizer Inc.*, No. 1:07-cv-11156-PBS.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

# DECLARATION OF CATHERINE B. STEVENS
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a letter sent to Walter L. Boyaki dated May 4, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of a letter sent to Walter L. Boyaki dated October 5, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of a Response to Template Interrogatories received on behalf of Plaintiffs in this case.

5. Attached hereto as Exhibit D is a true and correct copy of a Response to Template Requests for Production received on behalf of Plaintiffs in this case.

6. Attached hereto as Exhibit E is a true and correct copy of a letter sent by Walter L. Boyaki dated May 5, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of Template Interrogatories in this case.

2

I declare the foregoing statements are true and correct under the penalties of perjury, this the 6th day of November, 2012.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 6, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz
