UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------------x : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING,         : | |
|             SALES PRACTICES AND          : | Master File No. 04-10981 |
|             PRODUCTS LIABILITY LITIGATION : | |
| : | Judge Patti B. Saris |
| ------------------------------------------------------------x : | |
| : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:          : | |
| : | |
|     ALL SCHWARTZ CASES                    : | |
| : | |
| ------------------------------------------------------------x | |

**JOINT REPORT ON THE STATUS OF THE CASES OF THE TWO
OBJECTING PLAINTIFFS, CARYL A. TAYLOR AND JENNIFER NAPOLI**

Pursuant to Magistrate Judge Leo T. Sorokin's November 6, 2012, Order, the Law Offices of Newton B. Schwartz ("the Schwartz firm") representing the Plaintiffs, and Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully and jointly submit the report on the status of the cases of the two objecting Plaintiffs, Caryl A. Taylor and Jennifer Napoli.

Plaintiff, Caryl A. Taylor was inadvertently left out from the list in the pending Motions to Withdraw filed with the Court on October 26, 2012. [Doc. 4043] Plaintiffs' counsels have previously filed an Unopposed Motion to Withdraw as Counsel for All the Remaining Plaintiffs in this Case with the Court on June 25, 2012. Attached as Exhibit A is the Unopposed Motion filed by the Plaintiffs' counsels. [Doc. 3994] Caryl A. Taylor's name has now been added on the attached amended chart, Exhibit B, listing the names of forty-five (45) Plaintiffs, who are listed in the pending Motions to Withdraw, Motion to Withdraw document numbers and the cause numbers of the pending Motions to Withdraw as counsels by the Schwartz firm.

Plaintiff, Sherry Groves, deceased and represented by her daughter, Jennifer Napoli had been dismissed by the Court on January 3, 2011 for failure to respond to discovery. Attached as Exhibit C is the Order [document # 3202] signed by the Court dismissing Sherry Groves (case no. 06-cv-11023)

      Respectfully Submitted,
      The Law Offices of Newton B. Schwartz, Sr.

      */s/ Newton B. Schwartz, Sr.*
      Newton B. Schwartz, Sr.
      *Law Offices of Newton B. Schwartz, Sr.*
      Texas State Bar No.17869000
      1911 Southwest Freeway
      Houston, Texas 77098
      Telephone: (713) 630-0708
      *Facsimile: (713) 630-0789*

## CERTIFICATE OF SERVICE

I, Vincent Lo, hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in accord with the Federal Rules of Civil Procedure via e-filing through the CM/ECF system on this the 15th day of November, 2012.

      */s/Vincent Lo*
      Vincent K. Lo