# EXHIBIT B

| Number | Name | Motion to Withdraw docket number | Cause No. | Estate |
|---|---|---|---|---|
| 1 | Bunch, Carson | 3887 | 06-CV-10912-PBS | |
| 2 | Conyers, Wilbur (Daisy Conyers as represenative) | 3919 | 06-CV-11024-PBS | Estate of Conyers, Wilbur C. |
| 3 | Dozier, Christine M. | 3939 | 06-CV-11023-PBS | |
| 4 | Emmons, Sharon K. | 3915 | 06-CV-11024-PBS | |
| 5 | Falk, Corrine M. | 3954 | 06-CV-11022-PBS | |
| 6 | Floyd, (S)Haron Y. | 3924 | 06-CV-11024-PBS | |
| 7 | Gross, Kenneth | 3891 | 06-CV-10912-PBS | |
| 8 | James, Tommy D. | 3821 and 3958 | 06-CV-10912-PBS | |
| 9 | Johnson, Elroy L. | 3894 | 06-CV-10912-PBS | |
| 10 | Jones, Carla | 3909 | 06-CV-10912-PBS | |
| 11 | Lee, Dexter K. | 3961 | 06-CV-11024-PBS | |
| 12 | Leger, Debra F. | 3942 | 06-CV-11023-PBS | |
| 13 | Luttrell, Leslie | 3912 | 06-CV-10912-PBS | |
| 14 | Lytle, Freddie B. | 3951 | 06-CV-11023-PBS | |
| 15 | McIntyre, Marlene K. | 3965 | 06-CV-11023-PBS | |
| 16 | Mitchell, Isiah E. Sr | 3935 | 06-CV-11024-PBS | |
| 17 | Parker, Earnestine | 3930 | 06-CV-11024-PBS | |
| 18 | Pickett, Mary J. | 3927 | 06-CV-11024-PBS | |
| 19 | Shakoor, Tuwanda V. | 3945 | 06-CV-11023-PBS | |
| 20 | Smith, Doris J. | 3897 | 06-CV-10912-PBS | |
| 21 | Stephens, Jana | 3900 | 06-CV-10912-PBS | |
| 22 | Thurmond, Betty | 3903 | 06-CV-10912-PBS | |
| 23 | Williams, Dexter | 3906 | 06-CV-10912-PBS | |
| 24 | Williams, Theresa | 3948 | 06-CV-11023-PBS | |
| 25 | Bellino, Beth A. | 3994 | 06-CV-11024-PBS | |
| 26 | Brazell, Susan L. | 3994 | 06-CV-11024-PBS | |
| 27 | Brockman, Patricia L. | 3994 | 06-CV-11024-PBS | |
| 28 | Byrum-Hill, Gwenna J. | 3994 | 06-CV-10912-PBS | |
| 29 | Carr, Lester C. | 3994 | 06-CV-11024-PBS | |
| 30 | Colley, Robert (Colley, Vera as representative) | 3994 | 06-CV-10912-PBS | Estate of Robert Colley |
| 31 | Day, David A. | 3994 | 06-CV-11024-PBS | |
| 32 | Girard, Charles D. Sr. | 3994 | 06-CV-11023-PBS | |
| 33 | Hargett, Janet | 3994 | 06-CV-11023-PBS | |
| 34 | Knowlton, Barbara A. | 3994 | 06-CV-11023-PBS | |
| 35 | Larkin, Ann E. | 3994 | 06-CV-11022-PBS | |
| 36 | Logan, Sandra M. | 3994 | 06-CV-11022-PBS | |
| 37 | McMahon-Lough, Sandra D. | 3994 | 06-CV-11023-PBS | |
| 38 | Pettit, David W. | 3994 | 06-CV-11024-PBS | |
| 39 | Saenz, Monica L. | 3994 | 06-CV-11022-PBS | |
| 40 | St. Hilaire, Robert N. | 3994 | 06-CV-11024-PBS | |
| 41 | Valentino, Diane M. | 3994 | 06-CV-11022-PBS | |
| 42 | Vice, Melissa L. | 3994 | 06-CV-11023-PBS | |
| 43 | Wilhelm, John W. | 3994 | 06-CV-11022-PBS | |
| 44 | Wine, Helen | 3994 | 06-CV-11023-PBS | |
| 45 | Taylor, Caryl A. | 3994 | 06-CV-11023-PBS | |