# ᚹWalgreenⱮ

#1D6842

**Return to: Walgreens Custodian of Records Department, 1901 East Voorhees Street,
PO Box 4039, MS #735, Danville, Illinois 61834**

**\*All sections must be filled in completely or the authorization is NOT valid!!\***

### AUTHORIZATION RELEASE OF INFORMATION REQUESTED BY PATIENT

Your Name: _____

Date of Birth: _____

Street Address: _____

City, State, Zip _____

Telephone Number: _____

### Person/organization authorized to receive information from Walgreens

Name: _____

Address: _____

City, State, Zip: _____

### Description of the information that I/we are asking to be released

_____

_____

_____

_____

### Explain the specific purpose for or use of the information

_____

_____

_____

_____

### Expiration date. This includes date or specific event or condition

This authorization expires  *[specify date or event]:* _____

### Information regarding this authorization

- You have the right to revoke this Authorization, in writing to Walgreens Custodian of Records Department, at any time. The revocation is only effective after it is received and logged by Walgreens. Any use or disclosure made prior to a revocation is not included as part of the revocation.
- Refer to our Notice of Privacy Practices for permitted uses and disclosures of protected health information ("PHI"). You may obtain a copy of this Notice from the Privacy Office or on www.walgreens.com. Please keep a copy of this authorization for your records.
- Once PHI is disclosed to others, it may be redisclosed by them to persons or entities that are not subject to the privacy regulations, which means that the PHI may no longer be protected by regulations.

- Privacy regulations prohibit the conditioning of treatment, payment, enrollment, or eligibility for benefits on signing this Authorization.
- This Authorization must be signed and dated by the patient or signed and dated by the patient's personal representative and include a description of that person's ability to act on behalf of the patient.

I, _Gloria A. Telles_ , by signing below, authorize Walgreens to use or disclose my protected health information as described above.

Signature _____  Date _JAN. 11, 2011_

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629 (D.Mass) |
| THIS RELATES TO:<br>MDL Case No. _____ 1629 _____ | Plaintiff: _____<br>(name) |

Name: _____

Date of Birth: _____

Social Security Number: _____

## AUTHORIZATION FOR RELEASE OF RECORDS FROM EMPLOYER/ EDUCATIONAL INSTITUTION

**Person/Entity from Whom
Records are Requested ("Provider"):**

_____

Name of Employer/Educational Institution

_____

Address          City, State and Zip Code

**Employee/Student:**

_____

Employee/Student Name ("Employee" or "Student")

_____

Address          City, State and Zip Code

1

**Information Authorized To Be Disclosed:** I authorize the Provider to furnish all
records and information in its possession to include but not be limited to: Copies of
all applications for employment, unemployment benefits, resumes, records of all
positions held, job descriptions of positions held, salary and/or compensation
records, performance evaluations and reports, statements and comments of fellow
employees, attendance records, W-2's, worker's compensation files, all hospital,
physician, clinic, infirmary, psychiatric, nurse and dental records, x-rays, test
results, physical examination records, any records pertaining to claims made
relating to health, disability or accidents in which I was involved including
correspondence, reports, claim forms, questionnaires, records of payments made to
me or on my behalf, and any other records relating to my employment with the
above-named institution, including records for treatment of psychological,
psychiatric or emotional problems regarding the Employee's employment, income,
and education, including attendance reports, performance reports, W-4 and W-2
forms, medical reports, workers' compensation claims, and all other records
relating to employment, past and present, and claims for disability. I also authorize
the Provider to furnish copies of all school records, including application and
admission paperwork, attendance records, transcripts, diplomas, health and
physical examination records, immunization records, nurses' notes, disciplinary
records, correspondence and any other information and records pertaining to the
above individual. This listing is not meant to be exclusive.


**Person to Whom Records are to be Disclosed ("Recipient"):** I authorize
disclosure of the above specified information to the defendant in the litigation
captioned *IN RE NEURONTIN MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION*, MDL No. 1629, in which I am a plaintiff,
and its authorized agent as set forth below:

  Medical Research Consultants – Attn: RECORD RETRIEVAL
  Name of Recipient or Recipient's Agent

  Agent for Service of Record on Behalf of Defendant Pfizer Inc
  Relationship to Recipient

  6330 West Loop South, Suite 105          Bellaire, TX 77401
  Address                                  City, State and Zip Code

I further authorize disclosure to any other counsel of record for Pfizer Inc in the
above captioned litigation that may be named in the future. The Recipient has

agreed to pay reasonable charges incurred by the Provider to supply copies of such records.

**Purpose of Disclosure:** I am requesting disclosure of these records in connection with the above-referenced litigation in which I am a plaintiff.

**Acknowledgements:**

I understand that once information covered by this authorization has been disclosed, redisclosure of that information by the Recipient is possible, and the information may no longer be protected by federal or state law, including the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

I understand that my signing of this authorization is voluntary. Refusing to sign or revoking this authorization will not affect my health care treatment, enrollment in my health plan, or eligibility for payment and benefits under my health plan.

I further understand that, pursuant to applicable state law, I may have a right to receive a copy of this authorization as provided in 45 CFR 164.524.

**Term:** This authorization shall be valid through or the conclusion of my case, whichever occurs first. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Recipient any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Employer at the Employer's above address, but my revocation will not apply to information that has already been released before the Employer receives notice of any revocation. Cancellation, revocation, or modification will only be valid once the Employer/Academic institution receives written notification of such cancellation, revocation or modification. A copy of said notification shall also be sent to Angela Seaton at Shook, Hardy & Bacon. I also understand that provision of this signed authorization is required by Order of the Court in the litigation to which this authorization pertains, and that such revocation, without good cause, may consequently lead to sanctions.

3

Copies: Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.

Date: _____          X _____
                             Signature of Employee or Legal/Personal
                             Representative


                             _____
                             Description of Personal Representative's
                             Authority to Sign for Employee


Sworn to and subscribed before me on the _____ day of _____, 20_____.


                        _____
                             NOTARY PUBLIC


                        Commission Expires: _____


4

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information

TO: Social Security Administration

_____   _____   _____
         Name                Date of Birth    Social Security Number

I authorize the Social Security Administration to release information or records about
me to:

          NAME                              ADDRESS

_____        _____
_____        _____
_____        _____
_____        _____

I want this information released because:

_____
_____

(There may be a charge for releasing information.)

Please release the following information:

_____ Social Security Number
_____ Identifying information (includes date and place of birth, parents' names)
_____ Monthly Social Security benefit amount
_____ Monthly Supplemental Security Income payment amount
_____ Information about benefits/payments I received from_____ to _____
_____ Information about my Medicare claim/coverage from_____ to _____
        (specify) _____ .
_____ Medical records
_____ Record(s) from my file (specify) _____
        _____
_____ Other (specify) _____

I am the individual to whom the information/record applies or that person's
parent (if a minor) or legal guardian.  I know that if I make any representation
which I know is false to obtain information from Social Security records, I could
be punished by a fine or imprisonment or both.

Signature: _____
(Show signatures, names, and addresses of two people if signed by mark.)
Date: _____   Relationship: _____

Form SSA-3288  (5-2007) EF (5-2007)

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information
_____

Please read these instructions carefully before completing this form.

| | |
|---|---|
| **When to Use**<br>**This Form** | **Complete this form only if you want the Social Security Administration to give information or records about you to an individual or group (for example, a doctor or an insurance company).** |

**Natural or adoptive parents or a legal guardian, acting on behalf of a minor,** who want us to release the minor's:
· nonmedical records, should use this form.
· medical records, should not use this form, but should contact us.

Note: Do not use this form to request information about your earnings or employment history. To do this, complete Form SSA-7050-F4. You can get this form at any Social Security office.

| | |
|---|---|
| **How to**<br>**Complete**<br>**This Form** | This consent form must be completed and signed only by:<br>· the person to whom the information or record applies, or<br>· the parent or legal guardian of a minor to whom the nonmedical information applies, or<br>the legal guardian of a legally incompetent adult to whom the information applies. |

To complete this form:
· Fill in the name, date of birth, and Social Security Number of the person to whom the information applies.
· Fill in the name and address of the individual or group to which we will send the information.
· Fill in the reason you are requesting the information.
· Check the type(s) of information you want us to release.
· Sign and date the form. If you are not the person whose record     we will release, please state your relationship to that person.

**PRIVACY ACT NOTICE:** The Privacy Act Notice requires us to notify you that we are authorized to collect this information by section 3 of the Privacy Act. You do not have to provide the information requested. However, we cannot release information or records about you to another person or organization without your consent for release of information. Your records are confidential. We will release only records that you authorize, and only to persons or organizations who you authorize to receive that information.

**PAPERWORK REDUCTION ACT STATEMENT:** This information collection meets the clearance requirements of 44 U.S.C. §3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213.** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-3288 (5-2007) EF (5-2007)

**AUTHORIZATION**

For the Disclosure of Protected Health Information Pursuant to 45 CFR § 164.508(a)(1)

To: _____

Name

_____

Address

_____

City, State and Zip Code

This document authorizes you to disclose to the named party or parties below upon request, the following health information concerning _____,
Whose date of birth is _____ and whose social security number
is _____, for the purpose of permitting defendants in my personal injury
lawsuit access to medical information pertinent to that lawsuit.  You are hereby
authorized to release my entire medical records file to the defendant or its authorized
representative listed below ("Record Requestor") This release authorizes you to furnish
copies of all medical records, including but not limited to medical reports and notes,
laboratory reports, pathology slides, reports, notes, and specimens, radiographic films,
CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription
records, echocardiographic recordings, written statements, employment records, wage
records, insurance, Medicaid, Medicare, and disability records, and medical bills
regarding my injuries, diseases, testing, or treatment, specifically but not limited to
HIV/AIDS or other communicable diseases, drug testing, drug or alcohol abuse
treatment, or mental or behavioral health or psychiatric care, excluding psychotherapy
notes.

You may not condition treatment, payment, enrollment, or eligibility for benefits on
whether this authorization is signed.

I intend that this authorization shall be continuing in nature. If information responsive to
this authorization is created, learned or discovered at any time in the future, either by you
or another party, you must produce such information to the requestor at that time.
Further, I hereby agree that a photo static copy of this authorization may serve as an
original.

You are authorized to release the above information to the following representative of
defendants in the above-entitled matter who has agreed to pay reasonable charges made
by you to supply copies of records.

Medical Research Consultants
Name of Representative

Records Requestor
Representative Capacity (e.g. attorney, records requestor, agent, etc.)

6330 West Loop South, Suite 105
Street Address

Bellaire, Texas 77401
City, State and Zip Code

This authorization may be revoked by writing to the individual to whom this authorization is provided. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and any revocation will not affect those actions. I also understand that provision of this signed authorization is required by Order of the Court in the litigation to which this authorization pertains, and that such revocation, without good cause, may consequently lead to sanctions.

I further acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by a recipient and not protected under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

This authorization expires two years from the date below.

Date: Jan. 6, 2011

Signature or Patient (or Patient's Representative)

Description of Representative's Authority to Act for Patient, if Applicable

Date: _____

Witness Signature [1]

Form **4506**

(Rev. January 2010)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-0429

Tip. You may be able to get your tax or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

**4** Previous address shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

Caution. *If the tax return is being mailed to a third party, ensure that you have filled in line 6 and line 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy.*

**6** Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶

Note. *If the copies must be certified for court or administrative proceedings, check here* . . . . . . . . . . . . . . . ☐

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**8** Fee. There is a $57 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . | **$** | 57.00 |
| **b** Number of returns requested on line 7 . . . . . . . . . . . | | |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . | **$** | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. Note. *For tax returns being sent to a third party, this form must be received within 120 days of signature date.*

| | |
|---|---|
| **Sign Here** ✗ ▶ _Signature (see instructions)_ | Telephone number of taxpayer on line 1a or 2a   915-217-8423 |
| Date   Dec 6, 2011 | |
| ▶ Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| ▶ Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 41721E     Form **4506** (Rev. 1-2010)

Form 4506 (Rev. 1-2010)

## General Instructions

*Section references are to the Internal Revenue Code.*

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can call 1-800-829-1040 to order a transcript through the automated self-help system. Follow prompts for "questions about your tax account" to order a tax return transcript.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| Florida, Georgia, North Carolina, South Carolina | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 |
| Arkansas, Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

# INSTRUCTION AND INFORMATION SHEET FOR SF 180, REQUEST PERTAINING TO MILITARY RECORDS

1. **General Information.** The Standard Form 180, Request Pertaining to Military Records (SF180) is used to request information from military records. Certain identifying information is necessary to determine the location of an individual's record of military service. Please try to answer each item on the SF 180. If you do not have and cannot obtain the information for an item, show "NA," meaning the information is "not available." Include as much of the requested information as you can. To determine where to mail this request see Page 2 of the SF180 for record locations and facility addresses.

Online requests may be submitted to the National Personnel Records Center (NPRC) by a veteran or deceased veteran's next of kin using eVetRecs at http://www.archives.gov/veterans/evetrecs/.

2. **Personnel records and Service Treatment Records (STR).** Personnel records of military members who were discharged, retired, or died in service less than 62 years ago and STR's are in the legal custody of the military service department and are administered in accordance with rules issued by the Department of Defense and the Department of Homeland Security (DHS, Coast Guard). STR's of persons on active duty are generally kept at the local servicing clinic, and usually are available from the Department of Veterans Affairs approximately 40 days after the last day of active duty. (See item 3, Archival Records, if the military member was discharged, retired or died in service over 62 years ago.)

   a. **Release of information:** Release of information is subject to restrictions imposed by the military services consistent with Department of Defense regulations and the provisions of the Freedom of Information Act (FOIA) and the Privacy Act of 1974. The service member (either past or present) or the member's legal guardian has access to almost any information contained in that member's own record. An authorization signature, of the service member or the member's legal guardian, is needed in Section III of the SF180. Others requesting information from military personnel records and/or STR's must have the release authorization in Section III of the SF 180 signed by the member or legal guardian. If the appropriate signature cannot be obtained, only limited types of information can be provided. If the former member is deceased, surviving next of kin may, under certain circumstances, be entitled to greater access to a deceased veteran's records than a member of the general public. The next of kin may be any of the following: unremarried surviving spouse, father, mother, son, daughter, sister, or brother. Requesters must provide proof of death, such as a copy of a death certificate, letter from funeral home or obituary.

   b. **Fees for records:** There is no charge for most services provided to service members or next of kin of deceased veterans. A nominal fee is charged for certain types of service. In most instances service fees cannot be determined in advance. If your request involves a service fee, you will be notified as soon as that determination is made.

3. **Archival Records.** Personnel records of military members who were discharged, retired, or died in service 62 or more years ago have been transferred to the legal custody of NARA and are referred to as "archival" records.

   a. **Release of Information:** Archival records are open to the public. The Privacy Act of 1974 does not apply to archival records, therefore, written authorization from the veteran or next of kin is not required. However, in order to protect the privacy of the veteran, his/her family, and third parties named in the records, the personal privacy exemption of the Freedom of Information Act (5 U.S.C. 552 (b) (6)) may still apply and preclude the release of some information.

   b. **Fees for Archival Records:** Access to archival records is granted by offering copies of the records for a fee (44 U.S.C. 2116 (c)). You will be notified if there is a charge for photocopies of documents contained in the record you are requesting.

4. **Where reply may be sent.** The reply may be sent to the service member or any other address designated by the service member or other authorized requester.

5. **Definitions and abbreviations.** DISCHARGED -- the individual has no current military status; SERVICE TREATMENT RECORD (STR) -- The chronology of medical, mental health and dental care received by service members during the course of their military career (does not include records of treatment while hospitalized); TDRL – Temporary Disability Retired List.

6. **Service completed** before World War I. National Archives Trust Fund (NATF) forms must be used to request these records. Obtain the forms by e-mail from inquire@nara.gov or write to the Code 6 address on page 2 of the SF 180.

## PRIVACY ACT OF 1974 COMPLIANCE INFORMATION
The following information is provided in accordance with 5 U.S.C. 552a(e)(3) and applies to this form. Authority for collection of the information is 44 U.S.C. 2907, 3101, and 3103, and Public Law 104-134 (April 26, 1996), as amended in title 31, section 7701. Disclosure of the information is voluntary. If the requested information is not provided, it may delay servicing your inquiry because the facility servicing the service member's record may not have all of the information needed to locate it. The purpose of the information on this form is to assist the facility servicing the records (see the address list) in locating the correct military service record(s) or information to answer your inquiry. This form is then retained as a record of disclosure. The form may also be disclosed to Department of Defense components, the Department of Veterans Affairs, the Department of Homeland Security (DHS, U.S. Coast Guard), or the National Archives and Records Administration when the original custodian of the military health and personnel records transfers all or part of those records to that agency. If the service member was a member of the National Guard, the form may also be disclosed to the Adjutant General of the appropriate state, District of Columbia, or Puerto Rico, where he or she served.

## PAPERWORK REDUCTION ACT PUBLIC BURDEN STATEMENT
Public burden reporting for this collection of information is estimated to be five minutes per request, including time for reviewing instructions and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to National Archives and Records Administration (NHP), 8601 Adelphi Road, College Park, MD 20740-6001. DO NOT SEND COMPLETED FORMS TO THIS ADDRESS. SEND COMPLETED FORMS AS INDICATED IN THE ADDRESS LIST ON PAGE 2 OF THE SF 180.

Standard Form 180 (Rev. 09/08) (Page 1)
Prescribed by NARA (36 CFR 1228.168(b))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0079 Expires 10/31/2011

# REQUEST PERTAINING TO MILITARY RECORDS

* Requests from veterans or deceased veteran's next-of-kin may be submitted online by using eVetRecs at http://www.archives.gov/veterans/evetrecs/ *

*(To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form. Please print clearly or type.)*

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible.)

| 1. NAME USED DURING SERVICE (last, first, and middle) | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| | | | |

5. SERVICE, PAST AND PRESENT    (For an effective records search, it is important that all service be shown below.)

| | BRANCH OF SERVICE | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | SERVICE NUMBER (If unknown, write "unknown") |
|---|---|---|---|---|---|---|
| a. ACTIVE COMPONENT | | | | | | |
| b. RESERVE COMPONENT | | | | | | |
| c. NATIONAL GUARD | | | | | | |

| 6. IS THIS PERSON DECEASED? If "YES" enter the date of death. ☐ NO  ☐ YES _____ | 7. IS (WAS) THIS PERSON RETIRED FROM MILITARY SERVICE? ☐ NO  ☐ YES |
|---|---|

## SECTION II - INFORMATION AND/OR DOCUMENTS REQUESTED

1. CHECK THE ITEM(S) YOU WOULD LIKE TO REQUEST A COPY OF:

☐ DD Form 214 or equivalent. This form contains information normally needed to verify military service. A copy may be sent to the veteran, the deceased veteran's next of kin, or other persons or organizations if authorized in Section III, below. NOTE: If more than one period of service was performed, even in the same branch, there may be more than one DD214. Check the appropriate box below to specify a deleted or undeleted copy. When was the DD Form(s) 214 issued? YEAR(S): _____

    ☐ UNDELETED: Ordinarily required to determine eligibility for benefits. Sensitive items, such as, the character of separation, authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and dates of time lost are usually shown.

    ☐ DELETED: The following items are deleted: authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and for separations after June 30, 1979, character of separation and dates of time lost.

☐ All Documents in Official Military Personnel File (OMPF)

☐ Medical Records (Includes Service Treatment Records (outpatient), inpatient and dental records.) If hospitalized, provide facility name and date for each admission: _____

☐ Other (Specify): _____

2. PURPOSE: (An explanation of the purpose of the request is strictly voluntary; however, such information may help to provide the best possible response and may result in a faster reply. Information provided will in no way be used to make a decision to deny the request.) Check appropriate box:

☐ Benefits   ☐ Employment   ☐ VA Loan Programs   ☐ Medical   ☐ Medals/Awards   ☐ Genealogy   ☐ Correction   ☐ Personal
☐ Other, explain: _____

## SECTION III - RETURN ADDRESS AND SIGNATURE

1. REQUESTER IS: (Signature Required in # 3 below of veteran, next of kin, legal guardian, authorized government agent or "other" authorized representative. If "other" authorized representative, provide copy of authorization letter.)

☐ Military service member or veteran identified in Section I, above
☐ Next of kin of deceased veteran (Must provide proof of death).
    Show relationship: _____
    (See item 2a on accompanying instructions.)

☐ Legal guardian (Must submit copy of court appointment.)
☐ Other (specify)

2. SEND INFORMATION/DOCUMENTS TO:
(Please print or type. See item 4 on accompanying instructions.)

3. AUTHORIZATION SIGNATURE REQUIRED (See items 2a or 3a on accompanying instructions.) I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct.

_____ Signature Required - Do not print

| Name | |
|---|---|
| Street | Apt. |
| City | State  Zip Code |

Jan. 6, 2011    915 217-8423
Date of this request    Daytime phone

Email address

* This form is available at http://www.archives.gov/research/order/standard-form-180.pdf on the National Archives and Records Administration (NARA) web site. *

Standard Form 180 (Rev. 09/08) (Page 7)
Prescribed by NARA (36 CFR 1228.168(b))

Authorized for local reproduction
Previous edition unusable

OMB No 3095-0029 Expires 10/31/2011

## LOCATION OF MILITARY RECORDS

The various categories of military service records are described in the chart below. For each category there is a code number which indicates the address at the bottom of the page to which this request should be sent.  Please refer to the Instruction and Information Sheet accompanying this form as needed.

| BRANCH | CURRENT STATUS OF SERVICE MEMBER | ADDRESS CODE | |
|---|---|---|---|
| | | Personnel Record | Service Treatment Record |
| AIR FORCE | Discharged, deceased, or retired before 5/1/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 9/30/2004 | 14 | 11 |
| | Discharged, deceased, or retired on or after 10/1/2004 | 1 | 11 |
| | Active (including National Guard on active duty in the Air Force), TDRL, or general officers retired with pay | 1 | |
| | Reserve, retired reserve in nonpay status, current National Guard officers not on active duty in the Air Force, or National Guard released from active duty in the Air Force | 2 | |
| | Current National Guard enlisted not on active duty in Air Force | 13 | |
| COAST GUARD | Discharge , deceased, or retired before 1/1/1898 | 6 | |
| | Discharged, deceased, or retired 1/1/1898 – 3/31/1998 | 14 | 14 |
| | Discharged, deceased, or retired on or after 4/1/1998 | 14 | 11 |
| | Active, reserve, or TDRL | 3 | |
| MARINE CORPS | Discharged, deceased, or retired before 1/1/1905 | 6 | |
| | Discharged, deceased, or retired 1/1/1905 – 4/30/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 12/31/1998 | 14 | 11 |
| | Discharged, deceased, or retired on or after 1/1/1999 | 4 | 11 |
| | Individual Ready Reserve | 5 | |
| | Active, Selected Marine Corps Reserve, TDRL | 4 | |
| ARMY | Discharged, deceased, or retired before 11/1/1912 (enlisted) or before 7/1/1917 (officer) | 6 | |
| | Discharged, deceased, or retired 11/1/1912 – 10/15/1992 (enlisted) or 7/1/1917 – 10/15/1992 (officer) | 14 | 14 |
| | Discharged, deceased, or retired after 10/16/1992 | 14 | 11 |
| | Reserve; or active duty records of current National Guard members who performed service in the U.S. Army before 7/1/1972 | 7 | |
| | Active enlisted (including National Guard on active duty in the U.S. Army) or TDRL enlisted | 9 | |
| | Active officers (including National Guard on active duty in the U.S. Army) or TDRL officers | 8 | |
| | Current National Guard enlisted and officer not on active duty in Army (including records of Army active duty performed after 6/30/1972) | 13 | |
| NAVY | Discharged, deceased, or retired before 1/1/1886 (enlisted) or before 1/1/1903 (officer) | 6 | |
| | Discharged, deceased, or retired 1/1/1886 – 1/30/1994 (enlisted) or 1/1/1903 – 1/30/1994 (officer) | 14 | 14 |
| | Discharged, deceased, or retired 1/31/1994 – 12/31/1994 | 14 | 11 |
| | Discharged, deceased, or retired on or after 1/1/1995 | 10 | 11 |
| | Active, reserve, or TDRL | 10 | |
| PHS | Public Health Service  - Commissioned Corps officers only | 12 | |

### ADDRESS LIST OF CUSTODIANS (BY CODE NUMBERS SHOWN ABOVE) – Where to write/send this form

| | | | | | |
|---|---|---|---|---|---|
| 1 | Air Force Personnel Center HQ AFPC/DPSSRP 550 C Street West, Suite 19 Randolph AFB, TX 78150-4721 | 6 | National Archives & Records Administration Old Military and Civil Records (NWCTB-Military) Textual Services Division 700 Pennsylvania Ave., N.W. Washington, DC 20408-0001 | 11 | Department of Veterans Affairs Records Management Center. P.O. Box 5020 St. Louis, MO 63115-5020 |
| 2 | Air Reserve Personnel Center /DSMR HQ ARPC/DPSSA/B 6760 E. Irvington Place, Suite 4600 Denver, CO 80280-4600 | 7 | U.S. Army Human Resources Command ATTN: AHRC-PAV-V 1 Reserve Way St. Louis, MO 63132-5200 | 12 | Division of Commissioned Corps Officer Support ATTN:  Records Officer 1101 Wootton Parkway, Plaza Level, Suite 100 Rockville, MD  20852 |
| 3 | Commander, CGPC-adm-3 USCG Personnel Command 4200 Wilson Blvd., Suite 1100 Arlington, VA  22203-1804 | 8 | U.S. Army Human Resources Command ATTN: AHRC-MSR 200 Stovall Street Alexandria, VA  22332-0444 | 13 | The Adjutant General (of the appropriate state, DC, or Puerto Rico) |
| 4 | Headquarters U.S. Marine Corps Personnel Management Support Branch (MMSB-10) 2008 Elliot Road Quantico, VA  22134-5030 | 9 | Commander USAEREC ATTN:  PCRE-F 8899 E. 56th St. Indianapolis, IN  46249-5301 | 14 | National Personnel Records Center (Military Personnel Records) 9700 Page Ave. St. Louis, MO  63132-5100 http://www.archives.gov/veterans/evetrecs/ |
| 5 | Marine Corps Mobilization Command 15303 Andrews Road Kansas City, MO  64147-1207 | 10 | Navy Personnel Command (PERS-312E) 5720 Integrity Drive Millington, TN  38055-3120 | | |

# MIRANDA & BOYAKI

*Attorneys & Counselors-at-Law*

(915) 566-8688
FAX (915) 566-5906

RALPH MIRANDA
WALTER L. BOYAKI

JOHN G. MUNDIE
HADLEY A. HUCHTON

4621 PERSHING DRIVE
EL PASO, TEXAS 79903

May 5, 2011

Ms. Katherine Armstrong                    <u>Via Facsimile 917-777-3353</u>
Ms. Catherine Stevens
Attorneys at Law
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Time Square
New York, New York 10036

Re:   *Gloria Telles, Individually & as Next Friend of Jacob Telles, a Minor*
      *v.  Pfizer*
      MDL Docket No. 1629

Dear Ms. Armstrong and Ms. Stevens:

     Here are the medical records you requested on young Jacob. You can see the seizure problem from the empty Neurontin capsule.

     At any rate, please consider this a supplement to our discovery even though both doctors told me that your office had previously subpoenaed these records.

     Our demand stands. If you would like me to meet with you in New York either with or without the mediator, I can do that. For your information, I grew up in New York so it so no big deal for me to go.

     Finally, to answer your question Jacob took no other drug but Neurontin. They had no generic substitute.

     Let me know if you need anything further.

Sincerely,

WALTER L. BOYAKI

WLB:ll

Enclosures

# Robert C. Woody, M.D.
**755 S. Telshor, Suite G**
**Las Cruces, NM 88011**

Name: Telles Jacob L.  DOB: 4-1-97  Date: 6-9-06
Refer MD: _____

Weight:          Hgt:          FOC:
CC: (1) _____          (2) _____
Other:

PHM

PMH:
Hosp:
Illness:

Allerg: none
Meds:

Trauma:
Transfusions:
Immunizations:
Tobacco:                Alcohol:                Street Drugs

PLD:
Maternal age: G   P
Exposures:
Duration:
Labor:
Delivery
Weight:
Stay in Hospital:          Breast/Bottle Fed well?

DEVELOPMENT:
Sat:          Walk:          SpL:          Social:          Denver:          Hearing:
Vision:

BEHAVIOR:
Sleep:
Appt.
Weight:
Mood:
Temperament:
FAMILY HISTORY: see tree
SOCIAL HISTORY:

Robert C. Woody, MD, MPH

**Robert C. Woody M.D., M.P.H.**

### ROBERT C. WOODY, MD

### CLINIC FOLLOWUP NOTE

PATIENT:   **Jacob L. Telles**

DATE OF EXAMINATION:   **12 Jun 2006**

This 9-year-old German has a severe static encephalopathy related to intracranial hemorrhage. He required craniotomy in El Paso has been said. He was doing fairly well on Neurontin Zanaflex and risperdal having less than one seizure per month and then early in 2005 the mother says that he received empty Neurontin capsules and began having seizures which had become very prolonged. He was taken off the Neurontin and was placed on Tegretol 2 50 milligrams three times a day Keppra 1250 milligrams twice a day and Klonopin 1 mg today. He was also given rectal Valium 10 mg. He has had prolonged seizures at night with stuttering courses. The seizures has been both frequent and severe. He is continued on Zanaflex and risperdal for behavioral problems and spasticity. Litigation is handing both with the Neurontin issue and also because of a surgical incident in which the bone flat from his craniotomy was misplaced. The patient is having a great deal of difficulty sleeping at night because of seizures. Appetite and weight are stable. He has no drug allergies.

The patient weighs 22 kilograms and has microcephaly and has had multiple craniotomies. He has quadriparesis. He is carried by his parents and cannot walk. He has diffuse a promoter Neurontin findings was spasticity.

I recommended to the family that we continue Tegretol Keppra Klonopin and rectal Valium. The family was told to use Diastat 10 mg one time rectally if the child had a seizure over five minutes or if there were more than three brief seizures in a 24 hour period. The family was carefully instructed by me in the technique of administration of Diastat. I showed them a practice syringe and diagrams for instruction. They were told to expect possibly sedation after the use of the Diastat. They were told to call me after the use of Diastat. They were told that if the seizure persisted after the use of Diastat they should take the child immediately to the emergency room and then call me. The family was told always keep one or more syringe is of Diastat available. They were also told it might be difficult to find at pharmacies and they should plan ahead for this eventuality. They expressed understanding of the use and indications of Diastat. We will add Zonegran 50 milligrams twice a day and I'll see the patient back in one week. At some point we will schedule and electroencephalogram. CAT scan or MRI is not needed. Let studies are not needed. Returned June 16 and we will increase Zonegran and then eventually start lowering Tegretol and other medications. I believe we should be able to take control of the seizures. It's interesting that the severe seizures began when he was taking the placebo Neurontin capsules and I raised the issue of going back to Neurontin but I think that Zonegran probably has a greater chance of been effective.

(Continued)

Robert C. Woody, MD

# *ROBERT C. WOODY, MD*

## CLINIC FOLLOWUP NOTE

PATIENT:   **Jacob L. Telles**

DATE OF EXAMINATION:   **19 Jun 2006**

Child was seen June 16. He is taking Zonegran 50 milligrams twice a day. There is no unusual bleeding, bruising, vomiting, tremor, hair loss, stomach pain, liver problems, or changes in sedation agitation or appetite. There was too brief seizures lasting several minutes since the last visit early in the morning. We will increase Zonegran to 150 mg daily for three days and Monday the mother will call me and if the child is eating we will increase to 100 milligrams twice a day. Today we will start lowering Tegretol to 150 milligrams three times a day. The family was told to use Diastat 10 mg one time rectally if the child had a seizure over five minutes or if there were more than three brief seizures in a 24 hour period. The family was carefully instructed by me in the technique of administration of Diastat. I showed them a practice syringe and diagrams for instruction. They were told to expect possibly sedation after the use of the Diastat. They were told to call me after the use of Diastat. They were told that if the seizure persisted after the use of Diastat they should take the child immediately to the emergency room and then call me. The family was told always keep one or more syringe is of Diastat available. They were also told it might be difficult to find at pharmacies and they should plan ahead for this eventuality. They expressed understanding of the use and indications of Diastat. No other changes today. Return to see me in one week.

Robert C. Woody, MD

# Robert C. Woody, M.D.
755 S. Telshor, Suite G
Las Cruces, NM 88011

**Name:** Tellez Jacob    **DOB:** 4-1-97    **Date:** 6-16-06

**Diagnosis:** (1)                    (2)

| Meds: | | Side Effects: | Complaints? Y N |
|---|---|---|---|
| 1 | | 1 | |
| 2 | | 2 | |
| 3 | | 3 | |

**New Problems:**
1
2

**Last Lab/Radiogr:**

**BP**        **WT**        **FOC**        (        %)

**Skin:** N    **A/Spine:** N    **A/Liver:** N    **A/Heart:** N    **A/Fundi:** N    **A/Acuity:** R    L

**MS:** Alert        R Mem/Rec    M/IMM        MEM    SP    LANG        AFFECT    INSIGHT

**CN:II**        **PERL/EOM**                    V    VII    VIII    IX-X    XI    XII

**Motor:**        Left
                 Right

**Cerebell:**

**Sens:**            **Gait:**            **Romberg:**

**Dysmorph:**                    **Other:**                    **Bruits:**

**IMP:**                    Better/Worse/Unchanged

**Therapy Changes:**
1
2
3

**Side-Effects of Meds explain:** Y    N        **Details:**

**New Lab:** CBC    SMA    AED    CT    MR    EEG    Other:

**F/U:**                    **Prescriptions Written:**

**Prev OD;** Y N, **Dent Care:**    Y    N;    **Use of syringe :** Y    N            **All questions answered:** Y        N

**D/W**

                    Robert C. Woody, M.D. MPH _____

**Rodolfo Fierro-Stevens M D**
1400 N El Paso
Ste B
El Paso, TX-799023437
Tel: 915-544-4911 Fax: 915-544-7610

# RECEIPT OF PAYMENT

Date:  05/04/2011

Received From: Telles, Jacob Lee

**Amount:**  25.00      **Payment Type:** Check      **Check No:**  2295 **Payment Id:** 1077      **Check No:**  2295

## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|------|---------|
| 05/02/2011 | 31 Medical Records | 1.0 | 25.00 | |
| 05/04/2011 | Patient Payment | | | 25.00 |
| | **Totals** | | **0.00** | **25.00** |

## Account Balance Summary

| | |
|---|---|
| Total Balance: | 0.00 |
| Patient Balance: | -25.00 |
| Insurance Balance: | 25.00 |

# APPOINTMENT CARD

**Patient Name:** Telles, Jacob Lee

Rodolfo Fierro-Stevens, MD
**Board Certified in**
**Child Neurology**
1400 N. El Paso St.
El Paso, TX 79902

DATE: 9-14-04

PATIENT: Jacob Telles

DOB: 4-1-97

REFERRED BY: DR. J.D. Patel

## HISTORY OF PRESENT ILLNES

7 5/12 w/ MR CP & epilepsy, Buras

NONACCIPENON BRAIN INJM ESM
Posterium Bone Flap removen to decompos

TONIC SZ MOSTLY UPON GOING ASLEEP

## SYSTEMS REVIEW

CONSTITUTIONAL FTT                MUSCLE/SKELETAL spasticity

EYES  OK                          SKIN/HAIR  (-)

HEENT  Buras                      ENDOCRINE/BREASTS (-)

VISION  Buras                     HEME  (-)

HEARING (-)                       ALLERGY/IMMUNE (-)

RESPIRATORY (-)                   SEIZURES (+) Dam SZ

GI  (-)                           TICS (-)

GU  (-)

PAGE 1

**RODOLFO FIERRO-STEVENS**
**BOARD CERTIFIED IN**
**CHILD NEUROLOGY**
**1400 N. EL PASO ST. SUITE B**
**EL PASO, TX 79902**

## PAST MEDICAL HISTORY

GESTATION

BIRTH *OK*

NEONATAL

MAJOR ILLNESSES *Senior TBI*

OPERATIONS *Cranial reconstruction hip surg*

HOSPITALIZATIONS

CURRENT *Risperdal 1.5 QHS Neurontin 300 TID Clonazepam 1m TID*

PAST CHRONIC MEDS *ativan*

SMOKING DRUGS *N*

MEDICATION ALLERGIES *NCDA*

IMMUNIZATIONS *UTD*

SLEEP *Good HABITS*

DIET *Regular*

## DEVELOPMENT

FIX/FOLLOW
SOCIAL SMILE
GOO
BABBLE
ROLL OVER
SIT UP
CREEP
CRAWL

PULL TO STAND
STEPS
1ST WORD
VOCABULARY
PHRASES
TOILET TRAINING
PEDALS
BICYCLE

*Rolls over for locomotion*
*Gait abnormal*
*Light perception*

PAGE 2

**RODOLFO FIERRO-STEVENS**
**BOARD CERTIFIED IN**
**CHILD NEUROLOGY**
**1400 N. EL PASO ST. SUITE B**
**EL PASO, TX 79902**

DATE: _9-14-04_

PATIENT: _Jacob Telles_

DOB: _4-1-97_

## SCHOOLING

HOMEBOUND

## BEHAVIOR

## THERAPIES

AT SCHOOL IN PAST

NOW AT HOME

## PAST PERTINENT WORKUP

## FAMILY HISTORY

ADOPTED BY A FAMILY AT 2yo.

PAGE 3

RODOLFO FIERRO-STEVENS
BOARD CERTIFIED IN
CHILD NEUROLOGY
1400 N. EL PASO ST. SUITE B
EL PASO, TX 79902

TEMP
PULSE
BP
RESP

WEIGHT (kg) 18.4
HEIGHT (cm)
FOC (cm) 47  ½ 2

GENERAL EXAM
SKIN                          ABDOMEN
HEENT                         GENITALIA
NECK                          BACK/SPINE
LUNGS                         EXTREMITIES
HEART                         LYMPH NODES

NEUROLOGIC EXAM
MMSE         SPEECH              BEHAVIOR
DDST II    P-S    LANGUAGE          FINE MOTOR           GROSS MOTOR
GESSELL              GOODENOUGH DRAW-A-MAN
CRANIAL NERVES   VISUAL ACUITY      PUPILS      VISUAL FIELDS
FUNDOSCOPY
                    EXTRAOCULAR MOVEMENTS        PTOSIS        STRABISMUS
                    FACIAL SENSATION        JAW JERK
                    FACIAL MOVEMENTS
                    HEARING (FINGER RUB)        RINNE             WEBBER
                    GAG          UVULA       SWALLOW
                    SHOULDER SHRUG      STERNOCLEIDOMASTOIDS         TORTICOLLIS
                    MIDLINE TONGUE   STRENGTH   FASCICULATIONS   ATROPHY
                    STRENGTH
MOTOR                TONE             BULK
SENSORY              PINPRICK   LIGHT TOUCH   VIBRATION     PROPRIOCEPTION
REFLEXES   4 +       PRIMITIVE:   MORO    GRASP    ATNR         LANDAU
                     DTR's          BICEPS       TRICEPS      ANKLE   PATELLAR
                                    OTHER
CEREBELLAR           ATAXIA          DYSMETRIA            NYSTAGMUS
GAIT                 STANCE     ARM SWING      TANDEM     TOE    HEEL
MOVEMENTS

IMPRESSIONS:                              PLAN:

MR - CP                                   Cont Neuron / Zongran + Risperm

Bimsy                                     Star C.M ? 50 . DD

Bumm?                                     PV. 4m

Poor Sleep Habits


PAGE 4                          RODOLFO FIERRO-STEVENS, MD

**RODOLFO FIERRO-STEVENS**
1400 N. EL PASO ST., STE.B
EL PASO, TEX. 79902
(915) 544-4911

DATE _11-10-05_

PATIENT _Jacob Tellez_

DOB _4-1-97_

UPDATE:

8 7/12 yo /MR·CP·epilm
snu w/ seizure st
Goar compliant

KLONOPIN 0.5 ~ qHS
TEGRETOL 250. TID
KEPPRA 1250. BID
ZONRAN 1m TID
RISPUM 1.5. qHS

PHYSICAL EXAM:

Cntr2hom Bu
Muir soom
no HSM
Skin ok

| | HR | WEIGHT (kg) 20.8 |
| | BP | HEIGHT (cm) |
| | TEMP | FOC (cm) 47 |
| | RR | |

IMPRESSION:   MR CP epilm

PLAN   ↑ klonopin + l~ qHS
pl Gn

RODOLFO FIERRO-STEVENS
1400 N. EL PASO ST., STE.B
EL PASO, TEX. 79902
(915) 544-4911

DATE _8-19-05_

PATIENT _Jacob Telles_

DOB _4-1-97_

**UPDATE:**

B 4/24s w/MR-CP-EPILEPSY

HAVING NIGHTTIME SZ, CLUSTERS

GOOD COMPLIANT

KEPPRA
1000. BID

TEGRETOL
200 TID

ZONISAMIDE
1-1-1-4 QID

?RISPERDAL

**PHYSICAL EXAM:**

ALERT, ACTIVE
NO DISTRESS
NORMAL HEAD
SKIN O/C

| | |
|---|---|
| HR | WEIGHT (kg) 18. 91.5 |
| BP | HEIGHT (cm) |
| TEMP | FOC (cm) 46.7 |
| RR | |

**IMPRESSION:**

MR-CP
EPILEPSY

**PLAN**

UNCH TOMORROW (MAY BE 1 SZ THRESHOLD)
KLONOPIN 0.5 CLIS
TR SPARKS

12u

**RODOLFO FIERRO-STEVENS, MD**
1400 N. EL PASO ST., STE. B
EL PASO, TX 79902
(915) 544-4911

DATE _3-7-05_

PATIENT _Jacob Tellez_

DOB _4-1-97_

**UPDATE:**

7 "/yo w/ MR-CP- epilepsy

Having Sit in school

_____ in _____

Seizure ok

_____ ok

CMZ 50. DD

Neurontin 300 DD

Risperdal 1.5. QHS

_____ 1-1-1-4 QID

**PHYSICAL EXAM:**

_____
_____
_____
+/- _____

HR

BP

TEMP

RR

WEIGHT(kg) _9.1_

HEIGHT(cm)

FOC(cm) _47.1_

**IMPRESSION:**

MR-CP
epilepsy

**PLAN:**

_____ x 300 300-600 DD
↑ CMZ r 100 DD
_____
F/u 6m.

RFS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES | ) | MDL DOCKET NO. 1629 |
| PRACTICES, AND PRODUCTS LIABILITY | ) | Master File No. 04-10981 |
| LITIGATION | ) | |
| _____ | ) | |
| THIS ORDER RELATES TO: | ) | Judge Patti B. Saris |
| | ) | Mag. Judge Leo T. Sorokin |
| GLORIA TELLES, Individually and as Next | ) | |
| Friend of JACOB TELLES, a Minor | ) | |

### NOTICE OF CERTIFICATE OF SERVICE

Comes now the Plaintiff and hereby certify that a true and correct copy of Plaintiff's

Response to Defendants' First Set of Interrogatories and Plaintiff's Response to Defendants'

First Request for Production were mailed certified mail return receipt requested to Defendants

Attorney, Mark Cheffo, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Time Square,

New York, New York 10036, on this 6th day of January, 2010.

Respectfully submitted,

**MIRANDA & BOYAKI**
Attorneys at Law
4621 Pershing Drive
El Paso, Texas  79903
Tel.:  (915) 566-8688
Fax :  (915) 566-5906

By:   /s/ Walter L. Boyaki
**WALTER L. BOYAKI**
Attorney for Plaintiff
State Bar No. 02759500

*PAGE 1 OF 2*

## CERTIFICATE OF SERVICE

      I hereby certify that on this date a true copy of the above document was served upon counsel of record by using the CM/EFC system on January 6,  2011.

                              /s/ Walter L. Boyaki
                              **WALTER L. BOYAKI**

**From:** ECFnotice@mad.uscourts.gov
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-10981-PBS Harden Manufacturing Corporation v. Pfizer, Inc. et al Notice (Other)
**Date:** Thu, Jan 6, 2011 5:15 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Boyaki, Walter on 1/6/2011 at 7:13 PM EST and filed on 1/6/2011
**Case Name:**        Harden Manufacturing Corporation v. Pfizer, Inc. et al
**Case Number:**      1:04-cv-10981-PBS
**Filer:**            Gloria Telles
**Document Number:** 3212

**Docket Text:**
**NOTICE by Gloria Telles *Notice of Certificate of Service* (Boyaki, Walter)**

**1:04-cv-10981-PBS Notice has been electronically mailed to:**

A. E. Harlow , Jr    rusty@harlowlawfirm.com

Aaron D. Van Oort    avanoort@faegre.com

Adam M. Slater    aslater@mskf.net

Adam M. Stewart    astewart@shulaw.com

Alexander Jamiolkowski    e-jlaw@comcast.net

Amy L. Nilsen    anilsen@connellybaker.com

Ana M. Francisco    afrancisco@ropesgray.com, courtalert@ropesgray.com, SamplePlead@ropesgray.com

Andrew C.S. Efaw    efaw@wtotrial.com

Andrew G. Finkelstein    afinkelstein@lawampm.com

Andrew H. Myers    myers@wtotrial.com

Archie Carl Pierce    cpierce@w-g.com

Barry Himmelstein    bhimmelstein@lchb.com, dseltz@lchb.com, tsilva@lchb.com

Bharati O. Sharma    bsharma@pbmattorneys.com

Brian A. Wahl    bwahl@babc.com, tramsay@babc.com

Calvin Clifford Fayard , Jr    calvinfayard@fayardlaw.com

Catherine B. Stevens    catherine.stevens@skadden.com