UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) | MDL DOCKET NO. 1629 |
| PRACTICES, AND PRODUCTS LIABILITY ) | Master File No. 04-10981 |
| LITIGATION ) | |
| _____ ) | |
| THIS ORDER RELATES TO: ) | Judge Patti B. Saris |
| ) | Mag. Judge Leo T. Sorokin |
| GLORIA TELLES, Individually and as Next ) | |
| Friend of JACOB TELLES, a Minor ) | |

## PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE COURT:

Plaintiffs move the Court to enter a Suggestion of Remand Order to the Judicial Panel on Multidistrict Litigation, recommending that the case be remanded to the Western District of Texas from which the case was transferred to this Court.

In support of this Motion, Plaintiffs incorporate herein the Memorandum in Support of Plaintiffs' Motion to Remand submitted herewith and the Proposed Suggestion of Remand Order, Exhibit A, thereto.

### I.   Certificate of Conference

It is believed this motion is opposed. The above case has not settled. Accordingly, the parties have conferred and it is believed that this motion is opposed. The case is outside the typical facts which have been litigated in this MDL and should be remanded.

Wherefore, Premises Considered, Plaintiffs respectfully move the Court to enter an Order suggesting to the Judicial Panel on Multidistrict Litigation that this case be returned to the Western District of Texas.

        Respectfully submitted,

        **MIRANDA & BOYAKI**
        Attorneys at Law
        4621 Pershing Drive
        El Paso, Texas  79903
        Tel.:  (915) 566-8688
        Fax :  (915) 566-5906

By:   /s/ Walter L. Boyaki
        **WALTER L. BOYAKI**
        Attorney for Plaintiff
        State Bar No. 02759500

## CERTIFICATE OF SERVICE

    I hereby certify that on this date a true copy of the above document was served upon counsel of record by using the CM/EFC system on the 16th day of November, 2012.

        /s/ Walter L. Boyaki
        **WALTER L. BOYAKI**