UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) | MDL DOCKET NO. 1629 |
| PRACTICES, AND PRODUCTS LIABILITY ) | Master File No. 04-10981 |
| LITIGATION ) | |
| _____ ) | |
| THIS ORDER RELATES TO: ) | Judge Patti B. Saris |
| ) | Mag. Judge Leo T. Sorokin |
| GLORIA TELLES, Individually and as Next ) | |
| Friend of JACOB TELLES, a Minor ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE COURT:

Plaintiffs move the Court to enter a Suggestion of Remand Order to the Judicial Panel on Multidistrict Litigation, recommending that the case be remanded to the Western District of Texas from which the case was transferred to this Court. In support of this Motion, Plaintiffs show as follows:

### I. Purpose of the MDL

This multidistrict litigation was established and assigned to the Court on October 26, 2004, to consolidate commercial class actions in which "All actions are purported class actions involving allegations that common defendants have engaged in the illegal promotion and sale of the drug Neurontin for "off-label" use. *In Re Neurontin Marketing and Sales Class Practices Litigation*, 342 F. Supp.2d 1350 (J.P.M.D.L. 2004). Plaintiffs' case was transferred to this court as a tag along case in May 31, 2007.

## II. Telles Case Ripe For Remand

By Electronic Order May 28, 2009, the Court directed the Plaintiffs Products Liability Steering Committee and the Defendants to submit proposals for remand of individual cases, which they did on June 12, 2009, in Docket Number ECF 1932, Magistrate Judge Sorokin ordered, Docket Order DCF 2045, July 24, 2009:

> **2.  Products Liability Non-Track 1 Cases Schedule and Status**
> The paper discovery in all of these cases should be completed and counsel indicated that they believe it is largely complete. The Court will retain these cases solely to coordinate the standard or common fact discovery that will occur in each of these cases-the depositions of the plaintiff, the prescribing physician and applicable sales representatives. Therefore, the Court will remand these cases and any further fact or expert discovery, as well as any case specific summary judgment motions, will proceed subject to the Orders of the Court in which the case was filed.

Judge Sorokin ordered that such discovery be completed which was done on January 6, 2011.

It is apparent in the answers to discovery that Plaintiffs' case does not belong in the MDL as many of the questions to not have any relation to Plaintiffs' case.

## III. Subsequent Events

No transfer order regarding the Plaintiffs case has been entered.

On April 28, 2011, when the other cases were mediated, Plaintiffs were swept aside as a different kind of case.

The Plaintiffs case does not concern the Plaintiffs Products Liability Steering Committee and they did not participate in the preservation depositions.

There are no other coordinated proceedings or depositions scheduled or planned. Plaintiffs have not been deposed nor have their treating physicians or the pharmacists at the

offending pharmacy.

The Plaintiffs have complied with the Court's orders and requirements for remand and they respectfully move that Plaintiffs' case be remanded.

### IV.  Propose Suggested of Remand

A proposed Suggestion of Remand Order is attached hereto as Exhibit A. It is in substantially the form of Docket Number ECF 3416, April 19, 2011 by which this Court suggested remanded of pro se cases to the originating courts.

### V.  Certificate of Conference

Undersigned counsel conferred with Catherine Stevens, Counsel for the Defendant and informed her that Plaintiffs would oppose any order to dismiss their case and would move for remand accordingly, the parties have conferred and it is believed this motion is opposed.

### Prayer

Wherefore, premises considered, Plaintiffs respectfully move the Court to enter an order suggesting to the Judicial Panel on Multidistrict Litigation that this case be returned to the Western District of Texas.

Respectfully submitted,

**MIRANDA & BOYAKI**
Attorneys at Law
4621 Pershing Drive
El Paso, Texas  79903
Tel.:  (915) 566-8688
Fax :  (915) 566-5906

By:    /s/ Walter L. Boyaki
       **WALTER L. BOYAKI**
       Attorney for Plaintiffs
       State Bar No. 02759500

## CERTIFICATE OF SERVICE

      I hereby certify that on this date a true copy of the above document was served upon counsel of record by using the CM/EFC system on 16th  day of November, 2012.

      /s/ Walter L. Boyaki
      **WALTER L. BOYAKI**