UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____ THIS ORDER RELATES TO: GLORIA TELLES, Individually and as Next Friend of JACOB TELLES, a Minor | ) ) ) ) ) MDL NO. 1629 ) ) CIVIL ACTION NO. 04-10981-PBS ) ) |

## SUGGESTION OF REMAND ORDER

November __, 2012

Saris, U.S.D.J.

The Court, having reviewed the Motion for Remand filed by Plaintiffs finds and rules as follows:

This case was not filed and has not been terminated in this District.

Some discovery has been completed. This Court has issued several opinions on cross-cutting issues in the products liability cases. See *In re Neurontin Mktg., Sales Practices & Prods. Liab. Litig.*, 2011 WL 1048971 (D. Mass. Mar. 18, 2011); *In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig.*, 2009 WL 3756328 (D. Mass. Aug. 14, 2009); *In re Neurontin Mktg., Sales Practices & Prods. Liab. Litig.*, 618 F. Supp. 2d 96 (D. Mass 2009); *In re Neurontin Mktg., Sales Practices & Prods. Liab. Litig.*, 612 F. Supp. 2d 116 (D. Mass. 2009). While case-specific discovery has not yet been completed in this case, all remaining issues are case-specific. Individual discovery and other pretrial matters are better resolved in

Plaintiffs' home district. Remand at this time will best serve the expeditious disposition of the litigation.

Pursuant to Rule 10.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerk of the transferor district court.

/s/ PATTI B. SARIS
PATTI B. SARIS
United States District Judge