UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: NEURONTIN MARKETING, SALES     : MDL Docket No. 1629
PRACTICES AND PRODUCTS                :
LIABILITY LITIGATION                  : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:             :
: Magistrate Judge Leo T.
*Telles v. Pfizer Inc.*, No. 1:07-cv-11156-PBS.   : Sorokin
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### DEFENDANT PFIZER INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendant Pfizer Inc. ("Defendant" or "Pfizer") respectfully submits this Response in opposition to Plaintiffs' Motion to Remand [4050].

### ARGUMENT

On November 6, 2012, in accordance with this Court's October 17, 2012 Order [4036] and pursuant to Federal Rules of Civil Procedure 37(b) and 41(b), Defendant filed a Motion to Dismiss Plaintiffs' claims on the basis of Plaintiffs' failure to comply with this Court's Orders regarding initial discovery obligations in this multidistrict litigation and for failure to prosecute [4045]. As outlined in further detail in Defendant's Motion, Plaintiffs have not complied with their initial discovery obligations regarding records collection and initial discovery, in violation of the Court's repeated Orders that Plaintiffs must provide discovery responses. Indeed, after several missed deadlines and multiple deficiency letters sent by Defendant, this Court ordered that:

> Plaintiff [Telles] shall respond to the outstanding discovery requests and shall produce the complete template discovery, to the extent it has not already done so, within fourteen days. If Plaintiff fails to comply with the Court's discovery orders, ***Plaintiff faces a possible dismissal of its action as a sanction for non-compliance with the discovery rules and/or for a failure to prosecute this action***.

(10/17/2012 Electronic Order [4036] (emphasis added).) Plaintiffs have still not responded to

the outstanding discovery requests or produced the complete template discovery, as was required by the Court's Order. As this Court is aware, template discovery in this MDL involved providing medical authorizations, responding to template written discovery and depositions of plaintiffs, prescribers and sales representatives. Plaintiffs have failed to provide the basic information that allows Defendant the ability to conduct this template discovery. Defendant is still missing critical medical authorizations and answers to template written discovery. Despite numerous letters to correct these flaws, Plaintiffs chose to ignore their basic obligations established by this Court. Defendant has not had the ability to take a single deposition in this case due to Plaintiffs' long-standing discovery violations. Because of these deficiencies, Defendant respectfully requests that the Court delay ruling on Plaintiffs' Motion to Remand until it has ruled on Defendant's Motion to Dismiss [4045].

Should this Court deny Defendant's Motion to Dismiss, Defendant opposes Plaintiffs' Motion to Remand. Plaintiffs should not be permitted to obviate their discovery obligations, regardless of the injury in question, in this Court by seeking transfer to another district.

## CONCLUSION

For all the foregoing reasons, Defendant respectfully requests that the Court rule on Defendant's Motion to Dismiss before ruling on Plaintiffs' Motion to Remand [4050].

Dated: November 21, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
　　　Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
　　　Justin J. Wolosz
　　　BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendant Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 21, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz