UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

*Telles v. Pfizer Inc.*, No. 1:07-cv-11156-PBS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY
IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant Pfizer Inc. ("Defendant") respectfully moves for leave to file a reply memorandum in further support of its Motion to Dismiss [4045]. Defendant submits that its proposed reply is necessary to address issues raised by Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss [4049].

WHEREFORE, Defendant respectfully requests that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit A.

Dated: November 21, 2012

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
   Justin J. Wolosz
   BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendant Pfizer Inc.*

## CERTIFICATE OF CONSULTATION

I certify that counsel for Defendant has attempted in good faith to confer with counsel for Plaintiffs in an attempt to resolve or narrow the issues presented by this motion.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 21, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz

2