UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) | MDL DOCKET NO. 1629 |
| PRACTICES, AND PRODUCTS LIABILITY ) | Master File No. 04-10981 |
| LITIGATION ) | |
| _____ ) | |
| THIS ORDER RELATES TO: ) | Judge Patti B. Saris |
| ) | Mag. Judge Leo T. Sorokin |
| GLORIA TELLES, Individually and as Next ) | |
| Friend of JACOB TELLES, a Minor ) | |

**PLAINTIFFS' OBJECTION TO THE DEFENDANT'S REPLY
IN SUPPORT OF THE DEFENDANT'S MOTION TO DISMISS**

TO THE HONORABLE COURT:

Comes now the Plaintiffs who file this their objection to the Reply in Support of Defendant's Motion to Dismiss and would show the Court as follows:

1.  It is a bit disingenuous for the Defendant to argue that Plaintiffs are only now informing them that the Plaintiffs' case has nothing to do with suicide and Neurontin, when in fact, Plaintiffs' notified the Defendant and supplied answers to discovery in January 2011, nearly two years ago. (See Ex. "A") and informed the Plaintiffs' attorneys committee and the facts even earlier. Unfortunately, this is only one case of dozens and went unacknowledged.

2.  Plaintiffs were invited to mediation in New York despite the fact that their case had little to do with the main case. At the last moment and after the mediation fee was paid, Plaintiffs were summarily dismissed (see Ex. "B") from negotiating at mediation.

3.  Now nearly two years later, the Defendant is complaining that Plaintiffs did not provide this information when they had it all along.

Wherefore premises considered, Defendant Motion to Dismiss should be denied and the Plaintiff's Motion to Remand should be granted.

                    Respectfully submitted,

                    **MIRANDA & BOYAKI**
                    Attorneys at Law
                    4621 Pershing Drive
                    El Paso, Texas  79903
                    Tel.:  (915) 566-8688
                    Fax :  (915) 566-5906

By:   /s/ Walter L. Boyaki
        **WALTER L. BOYAKI**
        Attorney for Plaintiff
        State Bar No. 02759500

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record by using the CM/EFC system on the 4th day of December, 2012.

/s/ Walter L. Boyaki
**WALTER L. BOYAKI**