# MIRANDA & BOYAKI
*Attorneys & Counselors-at-Law*

(915) 566-8688
FAX (915) 566-5906

RALPH MIRANDA
WALTER L. BOYAKI

JOHN G. MUNDIE
HADLEY A. HUCHTON

4621 PERSHING DRIVE
EL PASO, TEXAS 79903

January 6, 2011

**CMRRR: 7007 1490 0004 0722 2751**

Mr. Mark Cheffo
Attorney at Law
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Time Square
New York, New York 10036

Re:   *Jacob Telles v. Neurontin*

Dear Cheffo:

Enclosed please find Plaintiff's Response to Defendants' First Set of Interrogatories and Plaintiff's Response to Defendants' First Request for Production.

Sincerely,

WALTER L. BOYAKI

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 1490 0004 0722 2751

Sent To: Mr. Mark Cheffo
Street, Apt. No.; or PO Box No.: Four Time Square
City, State, ZIP+4: New York, NY 10036

PS Form 3800, August 2006   See Reverse for Instructions

Ex A



**THE RESOLUTION EXPERTS**

## INVOICE

| | |
|---|---|
| **Invoice Date** | 04/29/2011 |
| **Invoice Number** | 0002295506-425 |

To:  Walter L. Boyaki, Esq.
     Miranda & Boyaki
     4621 Persing Dr.
     El Paso, TX 79903

Reference #:        1425008643    JE
Billing Specialist: Janell Arceo
Telephone:          (949) 224-4664
Employer ID:        68-0542699

RE:             In re Neurontin (MDL) vs. Pfizer Inc
Representing:   N\A
Hearing Type:   Mediation

Neutral(s):     Hon. Anthony Carpinello (Ret.)

Rep# 13

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 04/21/2011 | Hon. Anthony Carpinello (Ret.) Review Plaintiff's confidential mediation statement | 0.50 | 600.00 | 300.00 | 17 | 4.17 |
| 04/21/2011 | Hon. Anthony Carpinello (Ret.) Conference call with counsel re: mediation session | 0.50 | 600.00 | 300.00 | 17 | 4.17 |
| 04/27/2011 | Hon. Anthony Carpinello (Ret.) Meeting with Pfizer attorneys re mediation session | 3.00 | 600.00 | 1,800.00 | 17 | 25.00 |
| 04/27/2011 | Hon. Anthony Carpinello (Ret.) Review plaintiff's mediation statements | 1.50 | 600.00 | 900.00 | 17 | 12.50 |
| 04/28/2011 | Hon. Anthony Carpinello (Ret.) Conduct mediation session in NYC with attorneys in person and via conference call | 11.00 | 600.00 | 6,600.00 | 17 | 91.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Fees | | 137.50 |
| 04/21/2011 | Hon. Anthony Carpinello (Ret.) APC CHARGE for conference calls on 4/21/11 between Neutral and counsel. | | | 83.79 | 17 | 1.16 |
| 04/21/2011 | Hon. Anthony Carpinello (Ret.) FED EX charges for delivery on 4/21/11 (Ref# 7-472-96447). | | | 23.11 | 17 | 0.32 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.

Page 1 of 2