UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>PRODUCTS LIABILITY CASES | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

SCHEDULING ORDER GOVERNING PRO SE CASES

December 12, 2012

SOROKIN, C.M.J.

The Court hereby establishes the following schedule governing those cases remaining in this MDL with unrepresented Plaintiffs:

1. By February 6, 2013, each Plaintiff listed in the 'Schedule of Plaintiffs' attached hereto shall complete and sign the Plaintiff Certification (attached hereto in blank form) and shall mail copies of the Plaintiff Certification to the Court. The Court's copy shall be mailed to:

    U.S. Chief Magistrate Judge Leo Sorokin
    Attn: Maria Simeone - Neurontin MDL
    U.S. District Court, Clerk's Office
    1 Courthouse Way
    Boston, MA 02210

    Any plaintiff who fails to file a Plaintiff Certification as described in this

        paragraph will be subject to having his or her claims dismissed with prejudice.[1]

2.     For each unrepresented plaintiff, Counsel identified as "former counsel" in the 'Schedule of Plaintiffs': (1) shall by December 28, 2012, serve a copy of this Order upon each plaintiff formerly represented by them at the last address known to them; and, (2) shall by January 4, 2013, certify that they have served each plaintiff pursuant to this paragraph.

                                                        SO ORDERED.

                                                        /s/ Leo T. Sorokin
                                                        Leo T. Sorokin
                                                        Chief United States Magistrate Judge

---

[1] Although Pfizer has argued that the unrepresented plaintiffs should be required to produce in this Court a declaration of a qualified medical expert that he or she will testify as to causation (see, Docket # 4033 at 6-9), the Court has not imposed such a requirement upon previous unrepresented plaintiffs at remand.  Nor is the Court prepared to embark upon the process of reviewing the adequacy of any such declarations, a matter more appropriately addressed by the transferor court.

**Schedule of Plaintiffs**

| **Plaintiff Name** | **Case No.** | **Former Counsel** |
|---|---|---|
| Agee, Sheila | 06-11381 | Henninger Garrison Davis, LLC |
| Barkley, Melissa | 06-11024 | Law Offices of Newton B. Schwartz |
| Bellino, Beth A. | 06-11024 | Law Offices of Newton B. Schwartz |
| Bolton, Carmen L. | 06-11024 | Law Offices of Newton B. Schwartz |
| Brazell, Susan L. | 06-11024 | Law Offices of Newton B. Schwartz |
| Brockman, Patricia L. | 06-11024 | Law Offices of Newton B. Schwartz |
| Bunch, Carson | 06-10912 | Law Offices of Newton B. Schwartz |
| Bundoff, James; Bundoff, Robin | 06-10955 | Stephen N. Leuchtman |
| Byrum-Hill, Gwenna J. | 06-10912 | Law Offices of Newton B. Schwartz |
| Calvert, Pamela | 06-11024 | Law Offices of Newton B. Schwartz |
| Carpenter, Felisha | 06-11023 | Law Offices of Newton B. Schwartz |
| Carr, Lester C. | 06-11024 | Law Offices of Newton B. Schwartz |
| Colley, Vera | 06-10912 | Law Offices of Newton B. Schwartz |
| Conyers, Daisy | 06-11024 | Law Offices of Newton B. Schwartz |
| Day, David A. | 06-11024 | Law Offices of Newton B. Schwartz |

| | | |
|---|---|---|
| Deleon, Kelly | 06-10912 | Law Offices of Newton B. Schwartz |
| Dozier, Christine M. | 06-11023 | Law Offices of Newton B. Schwartz |
| Eaddy, Leisa | 06-11385 | Henninger Garrison Davis, LLC |
| Emmons, Sharon K. | 06-11024 | Law Offices of Newton B. Schwartz |
| Falk, Corrine M. | 06-11022 | Law Offices of Newton B. Schwartz |
| Floyd, (S)Haron Y. | 06-11024 | Law Offices of Newton B. Schwartz |
| Girard, Charles D., Sr. | 06-11023 | Law Offices of Newton B. Schwartz |
| Gross, Kenneth | 06-10912 | Law Offices of Newton B. Schwartz |
| Hargett, Janet | 06-11023 | Law Offices of Newton B. Schwartz |
| Huff, Teresa | 06-11023 | Law Offices of Newton B. Schwartz |
| James, Tommy D. | 06-10912 | Law Offices of Newton B. Schwartz |
| Johnson, Daniel; Johnson, Susan | 06-11882 | Finkelstein & Partners |
| Johnson, Elroy L. | 06-10912 | Law Offices of Newton B. Schwartz |
| Jones, Carla | 06-10912 | Law Offices of Newton B. Schwartz |
| Knowlton, Barbara A. | 06-11023 | Law Offices of Newton B. Schwartz |
| Larkin, Ann E. | 06-11022 | Law Offices of Newton B. Schwartz |

| | | |
|---|---|---|
| Lee, Dexter K. | 06-11024 | Law Offices of Newton B. Schwartz |
| Leger, Debra F. | 06-11023 | Law Offices of Newton B. Schwartz |
| Lemacks, George B. | 06-11024 | Law Offices of Newton B. Schwartz |
| Leu, Michael | 09-10422 | Finkelstein & Partners |
| Logan, Sandra M. | 06-11022 | Law Offices of Newton B. Schwartz |
| Lowe, Stephanie A. | 06-11024 | Law Offices of Newton B. Schwartz |
| Luttrell, Leslie | 06-10912 | Law Offices of Newton B. Schwartz |
| Lytle, Freddie B. | 06-11023 | Law Offices of Newton B. Schwartz |
| McIntyre, Marlene K. | 06-11023 | Law Offices of Newton B. Schwartz |
| McMahon-Lough, Sandra D. | 06-11023 | Law Offices of Newton B. Schwartz |
| Mitchell, Isiah E., Sr. | 06-11024 | Law Offices of Newton B. Schwartz |
| Monsue, Ann | 08-11533 | Finkelstein & Partners |
| Napoli-Branson, Jennifer | 06-11023 | Law Offices of Newton B. Schwartz |
| Parker, Earnesline | 06-11024 | Law Offices of Newton B. Schwartz |
| Pettit, David W. | 06-11024 | Law Offices of Newton B. Schwartz |
| Pickett, Mary J. | 06-11024 | Law Offices of Newton B. Schwartz |

| | | |
|---|---|---|
| Saenz, Monica L. | 06-11022 | Law Offices of Newton B. Schwartz |
| Shakoor, Tuwanda V. | 06-11023 | Law Offices of Newton B. Schwartz |
| Smith, Doris J. | 06-10912 | Law Offices of Newton B. Schwartz |
| St. Hilaire, Robert N. | 06-11024 | Law Offices of Newton B. Schwartz |
| Stephens, Jana | 06-10912 | Law Offices of Newton B. Schwartz |
| Taylor, Caryl A. | 06-11023 | Law Offices of Newton B. Schwartz |
| Thurmond, Betty | 06-10912 | Law Offices of Newton B. Schwartz |
| Valentino, Diane M. | 06-11022 | Law Offices of Newton B. Schwartz |
| Vice, Melissa L. | 06-11023 | Law Offices of Newton B. Schwartz |
| Wilhelm, John W. | 06-11022 | Law Offices of Newton B. Schwartz |
| Williams, Dexter | 06-10912 | Law Offices of Newton B. Schwartz |
| Williams, Theresa | 06-11023 | Law Offices of Newton B. Schwartz |
| Wine, Helen | 06-11023 | Law Offices of Newton B. Schwartz |
| Young, Brett D.; Young, Jodie | 06-11446 | Finkelstein & Partners |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO: ) ) PRODUCTS LIABILITY CASES ) ) ) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

PLAINTIFF CERTIFICATION

I, _____, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: _____

_____.

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: _____, 2013

By: _____