UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

---------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

LEU v. PFIZER INC., et al.
Individual Case No. 09-10422

YOUNG v. PFIZER INC., et al.
Individual Case No. 06-11446

JOHNSON v. PFIZER INC., et al.
Individual Case No. 06-11882

MONSUE v. PFIZER INC., et al.
Individual Case No. 08-11533
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that ECF doc #4058 Scheduling Order Governing Pro Se Cases was been served on Plaintiffs by sending a copy of the document to Plaintiffs by regular mail on December 12, 2012 and by UPS Overnight Ground Delivery on December 13, 2012 to Plaintiffs' last known mailing addresses:

Mr. Michael Leu
4122 Stonehenge
Sylvania, OH 43560

Mr. Brent D. Young
120 Acadian Drive
Lafayette, LA 70503

Mr. Daniel L. Johnson
848 Iron Oak Drive
Orlando, FL 32809

Ms. Ann Monsue
245 Pate Lane
Dickson, TN 37055

/s/ Eleanor L. Polimeni
Eleanor L. Polimeni