UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

*Girard et al. v. Pfizer, Inc. et al.*, 1:06-cv-11023-PBS (Sherry Pastine); *Accettullo et al v. Pfizer Inc. et al*, 1:06-cv-10912-PBS (Jeffrey Taggart).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' REQUEST FOR EXTENSION OF DEPOSITION DEADLINE

Defendants Pfizer Inc. and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully request that the Court extend its deadline of December 31, 2012 for completion of depositions in the *Pastine* case with respect to two witnesses and in the *Taggart* case with respect to one witness. The parties identified Dr. Christopher Creighton and Dr. Russell Biondo in *Pastine* and Dr. John Downes in *Taggart* as witnesses to be deposed in their Joint Discovery Report [4032]. Pfizer noticed these witnesses to be deposed in December, but those depositions had to be canceled due to the unavailability of Plaintiffs' counsel, Mr. Jack Harang. Pfizer is currently working with these three witnesses and Mr. Harang to reschedule these depositions in January. Accordingly, Pfizer respectfully requests that the deadline to depose witnesses in this case be extended to January 31, 2013 with respect to these three witnesses only.

WHEREFORE, Defendants respectfully request that the Court grant Pfizer's request for an extension of the December 31 deadline to January 31 with respect to Drs. Creighton, Biondo, and Downes.

Dated: December 26, 2012

        Respectfully submitted,

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By:  /s/ Mark S. Cheffo
            Mark S. Cheffo

        Four Times Square
        New York, NY 10036
        Tel:  (212) 735-3000
        Mark.Cheffo@skadden.com


        -and-

        ROPES & GRAY LLP

        By: /s/ Justin J. Wolosz
            Justin J. Wolosz
            BBO # 643543

        Prudential Tower
        800 Boylston Street
        Boston, MA  02199
        Tel:  (617) 951-7000
        Email:  justin.wolosz@ropesgray.com

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## **CERTIFICATE OF CONSULTATION**

     I certify that we have attempted in good faith to confer with counsel in order to narrow or resolve the issue presented by this motion.

                /s/ Catherine B. Stevens
                Catherine B. Stevens

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 26, 2012.

/s/ Justin J. Wolosz
Justin J. Wolosz
