UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>PRODUCTS LIABILITY CASES | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## PLAINTIFF CERTIFICATION

I, _Daniel L. Johnson_, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: _848 Iron Oak dr._
_Orlando Fl. 32809_.

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: _21 Dec_, 2013

By: _/s/ Daniel L. Johnson_

7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS ORDER RELATES TO: ) <br> ) <br> PRODUCTS LIABILITY CASES ) | Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

PLAINTIFF CERTIFICATION

I, _Daniel L. Johnson_, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: _848 Iron Oak dr._
_Orlando Fl. 32809_.

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: _21 Dec_, 2013

By: _[signature]_

7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____) <br> ) <br> THIS ORDER RELATES TO: ) <br> ) <br> PRODUCTS LIABILITY CASES ) <br> ) <br> _____) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

## PLAINTIFF CERTIFICATION

I, _Daniel L. Johnson_, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: _848 Iron Oak dr._
_Orlando Fl. 32809_.

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: _21 Dec_, 2013

By: _/s/ Daniel L. Johnson_

7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>PRODUCTS LIABILITY CASES | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## PLAINTIFF CERTIFICATION

I, _Daniel L. Johnson_, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: _848 Iron Oak dr._

_Orlando Fl. 32809_.

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: _21 Dec_, 2013

By: _/s/ Daniel L. Johnson_

7