FILED
2013 JAN 22 P 1: 52

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: PRODUCTS LIABILITY CASES | ) ) ) ) ) ) | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

### PLAINTIFF CERTIFICATION

I, __BRENT DAVID YOUNG__, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: __120 ACADIAN DR.__
__LAFAYETTE, LA. 70503__.

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: __1/14__, 2013
By: __Brent David Young__