UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                     )
IN RE NEURONTIN MARKETING, SALES       )
PRACTICES, AND PRODUCTS LIABILITY      )
LITIGATION                                           )        MDL Docket No. 1629
_____)        Master File No. 04-10981
                                                     )
THIS ORDER RELATES TO:                     )        Judge Patti B. Saris
                                                     )        Mag. Judge Leo T. Sorokin
ALL CASES                                          )
                                                     )
_____)


ORDER REGARDING JOHNSON & JOHNSON

February 6, 2013

SOROKIN, C.M.J.

        In December 2012, due to a death, I obtained a financial interest in Johnson and Johnson

Pharmaceutical.  Recusal ordinarily follows when judicial officers have a financial interest in a

party.  28 U.S.C. § 455(b)(4) & (d)(4).  In this case, both "Johnson & Johnson" and "Johnson &

Johnson Pharmaceutical Research & Development, LLC" are listed on the docket of this MDL,

each as a consolidated defendant (though the master docket lists no counsel of record next to

either entry).  After distribution of this stock to the beneficiaries in February 2013, my interest in

Johnson & Johnson was sold immediately.  The interest in Johnson & Johnson was not one that

could be substantially affected by the outcome of this case and this is a matter to which I have

devoted substantial judicial time prior to December, 2012.  Accordingly, in these circumstances,

I do not believe recusal is required. 28 U.S.C. § 455(f).  However, in the event an issue or motion

arises in this matter involving Johnson & Johnson, upon the request of any party to that issue or

motion, Judge Saris will resolve the issue or motion without any involvement by the undersigned.

/s/ Leo T. Sorokin
Chief United States Magistrate Judge