UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:   NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY CASES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

:   MDL Docket No. 1629
:
:
:   Master File No. 04-10981
:
:   Judge Patti B. Saris
:
:   Magistrate Judge Leo T.
:   Sorokin
:

**DEFENDANTS' MOTION TO DISMISS PRO SE CASES
FOR FAILURE TO COMPLY WITH DECEMBER 12, 2012 ORDER**

In accordance with Federal Rule of Civil Procedure 41(b), Defendants Pfizer Inc. and

Warner-Lambert Company LLC respectfully move to dismiss the 59 pro se actions identified in

Exhibit A to the accompanying memorandum because Plaintiffs in each action failed to comply

with this Court's December 12, 2012 Scheduling Order [Doc. 4058] and have failed to prosecute

their claims.  The grounds for this motion are set forth in the accompanying memorandum of

law.

WHEREFORE, Defendants respectfully request that the Court dismiss the actions listed

in Exhibit A to Defendants' Memorandum in Support of their Motion to Dismiss.

 Dated:  February 13, 2013

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

-and-


ROPES & GRAY LLP


By: /s/ Justin J. Wolosz
     Justin J. Wolosz
     BBO #643543

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7000
Justin.Wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company LLC*


## CERTIFICATE OF SERVICE


     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 13, 2013.

/s/ Justin J. Wolosz
Justin J. Wolosz


## LOCAL RULE 7.1 STATEMENT

     This motion seeks dismissal of 59 actions brought by 59 pro se plaintiffs.  It is based upon, among other things, the clear directive of this Court in its December 12 Order that these pro se plaintiffs must take certain steps to certify their intent to proceed with this litigation, which these plaintiffs have not taken.  In light of the plaintiffs' failure to provide this certification that would allow their cases to continue, and given the burden and difficulty of communicating directly with each of these adverse, pro se parties, Defendants have not conferred with these individuals in advance of filing this motion.  To the extent necessary, Defendants request that this Court excuse any requirement they may have in these circumstances to confer pursuant to Local Rule 7.1 before filing this motion.

/s/ Justin J. Wolosz
Justin J. Wolosz