# EXHIBIT A

| No. | Plaintiff Name | Case No. | Former Counsel |
|---|---|---|---|
| 1. | Agee, Sheila | 06-11381 | Henninger Garrison Davis, LLC |
| 2. | Barkley, Melissa | 06-11024 | Law Offices of Newton B. Schwartz |
| 3. | Bellino, Beth A. | 06-11024 | Law Offices of Newton B. Schwartz |
| 4. | Bolton, Carmen L. | 06-11024 | Law Offices of Newton B. Schwartz |
| 5. | Brazell, Susan L. | 06-11024 | Law Offices of Newton B. Schwartz |
| 6. | Brockman, Patricia L. | 06-11024 | Law Offices of Newton B. Schwartz |
| 7. | Bunch, Carson | 06-10912 | Law Offices of Newton B. Schwartz |
| 8. | Bundoff, James; Bundoff, Robin | 06-10955 | Stephen N. Leuchtman |
| 9. | Byrum-Hill, Gwenna J. | 06-10912 | Law Offices of Newton B. Schwartz |
| 10. | Calvert, Pamela | 06-11024 | Law Offices of Newton B. Schwartz |
| 11. | Carpenter, Felisha | 06-11023 | Law Offices of Newton B. Schwartz |
| 12. | Carr, Lester C. | 06-11024 | Law Offices of Newton B. Schwartz |
| 13. | Colley, Vera | 06-10912 | Law Offices of Newton B. Schwartz |
| 14. | Conyers, Daisy | 06-11024 | Law Offices of Newton B. Schwartz |
| 15. | Day, David A. | 06-11024 | Law Offices of Newton B. Schwartz |
| 16. | Deleon, Kelly | 06-10912 | Law Offices of Newton B. Schwartz |
| 17. | Dozier, Christine M. | 06-11023 | Law Offices of Newton B. Schwartz |
| 18. | Eaddy, Leisa | 06-11385 | Law Offices of Newton B. Schwartz |

| No. | Plaintiff Name | Case No. | Former Counsel |
|---|---|---|---|
| 19. | Emmons, Sharon K. | 06-11024 | Law Offices of Newton B. Schwartz |
| 20. | Falk, Corrine M. | 06-11022 | Law Offices of Newton B. Schwartz |
| 21. | Floyd, (S)Haron Y. | 06-11024 | Law Offices of Newton B. Schwartz |
| 22. | Girard, Charles D., Sr. | 06-11023 | Law Offices of Newton B. Schwartz |
| 23. | Gross, Kenneth | 06-10912 | Law Offices of Newton B. Schwartz |
| 24. | Hargett, Janet | 06-11023 | Law Offices of Newton B. Schwartz |
| 25. | Huff, Teresa | 06-11023 | Law Offices of Newton B. Schwartz |
| 26. | James, Tommy D. | 06-10912 | Law Offices of Newton B. Schwartz |
| 27. | Johnson, Elroy L. | 06-10912 | Law Offices of Newton B. Schwartz |
| 28. | Jones, Carla | 06-10912 | Law Offices of Newton B. Schwartz |
| 29. | Knowlton, Barbara A. | 06-11023 | Law Offices of Newton B. Schwartz |
| 30. | Larkin, Ann E. | 06-11022 | Law Offices of Newton B. Schwartz |
| 31. | Lee, Dexter K. | 06-11024 | Law Offices of Newton B. Schwartz |
| 32. | Leger, Debra F. | 06-11023 | Law Offices of Newton B. Schwartz |
| 33. | Lemacks, George B. | 06-11024 | Law Offices of Newton B. Schwartz |
| 34. | Leu, Michael | 09-10422 | Finkelstein & Partners |
| 35. | Logan, Sandra M. | 06-11022 | Law Offices of Newton B. Schwartz |
| 36. | Lowe, Stephanie A. | 06-11024 | Law Offices of Newton B. Schwartz |
| 37. | Luttrell, Leslie | 06-10912 | Law Offices of Newton B. Schwartz |

| No. | Plaintiff Name | Case No. | Former Counsel |
|---|---|---|---|
| 38. | Lytle, Freddie B. | 06-11023 | Law Offices of Newton B. Schwartz |
| 39. | McIntyre, Marlene K. | 06-11023 | Law Offices of Newton B. Schwartz |
| 40. | McMahon-Lough, Sandra D. | 06-11023 | Law Offices of Newton B. Schwartz |
| 41. | Mitchell, Isiah E., Sr. | 06-11024 | Law Offices of Newton B. Schwartz |
| 42. | Monsue, Ann | 08-11533 | Finkelstein & Partners |
| 43. | Napoli-Branson, Jennifer | 06-11023 | Law Offices of Newton B. Schwartz |
| 44. | Parker, Earnesline | 06-11024 | Law Offices of Newton B. Schwartz |
| 45. | Pettit, David W. | 06-11024 | Law Offices of Newton B. Schwartz |
| 46. | Pickett, Mary J. | 06-11024 | Law Offices of Newton B. Schwartz |
| 47. | Saenz, Monica L. | 06-11022 | Law Offices of Newton B. Schwartz |
| 48. | Shakoor, Tuwanda V. | 06-11023 | Law Offices of Newton B. Schwartz |
| 49. | Smith, Doris J. | 06-10912 | Law Offices of Newton B. Schwartz |
| 50. | St. Hilaire, Robert N. | 06-11024 | Law Offices of Newton B. Schwartz |
| 51. | Stephens, Jana | 06-10912 | Law Offices of Newton B. Schwartz |
| 52. | Taylor, Caryl A. | 06-11023 | Law Offices of Newton B. Schwartz |
| 53. | Thurmond, Betty | 06-10912 | Law Offices of Newton B. Schwartz |
| 54. | Valentino, Diane M. | 06-11022 | Law Offices of Newton B. Schwartz |
| 55. | Vice, Melissa L. | 06-11023 | Law Offices of Newton B. Schwartz |

| No. | Plaintiff Name | Case No. | Former Counsel |
|---|---|---|---|
| 56. | Wilhelm, John W. | 06-11022 | Law Offices of Newton B. Schwartz |
| 57. | Williams, Dexter | 06-10912 | Law Offices of Newton B. Schwartz |
| 58. | Williams, Theresa | 06-11023 | Law Offices of Newton B. Schwartz |
| 59. | Wine, Helen | 06-11023 | Law Offices of Newton B. Schwartz |