UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
In re: NEURONTIN MARKETING, :   MDL Docket No. 1629
      SALES PRACTICES AND :
      PRODUCTS LIABILITY LITIGATION :   Master File No. 04-10981
:
------------------------------------------------------------x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :   Magistrate Judge Leo T. Sorokin
:
FINKELSTEIN & PARTNERS CASES :
:
------------------------------------------------------------x

# FINKELSTEIN & PARTNERS PRODUCTS LIABILITY PLAINTIFFS' AND PFIZER DEFENDANTS' JOINT MOTION FOR ANOTHER NINETY (90) DAY EXTENSION OF THE DEADLINE IMPOSED IN THIS COURT'S SETTLEMENT ORDER OF DISMISSAL

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants hereby move by Joint Motion for an Order granting another[1] ninety (90) day extension of this Court's February 17, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), to extend the deadline, which is presently March 11, 2013 to June 11, 2013.

---

[1] On May 18, 2011, the parties filed a Joint Motion to Extend this Court's February 18, 2011 Settlement Order of Dismissal for a period of ninety (90) days to September 17, 2011 (ECF Doc. # 3471), which was granted by Magistrate Judge Leo T. Sorokin by electronic order on May 23, 2011. On August 22, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3591), and Magistrate Judge Sorokin granted an extension to December 12, 2011, by electronic order on August 29, 2011. On November 29, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3723) and Magistrate Judge Sorokin granted an extension to March 11, 2012, by electronic order on November 30, 2011. On March 7, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days ( ECF Doc. # 3803), and Magistrate Judge Sorokin granted an extension to June 11, 2012, by electronic order on March 8, 2012. On June 6, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3981), and Magistrate Judge Sorokin granted an extension to September 11, 2012, by electronic order on June 7, 2012. On September 4, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 4021), and Magistrate Judge Sorokin granted an extension to December 11, 2012, by electronic order on September 5, 2012; the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 4057) on December 6, 2012, and Magistrate Judge Sorokin Granted an extension to March 11, 2013, by electronic order on January 3, 2013.

Although the parties have continued to diligently work on the resolution of these actions, the settlement process has been delayed in order to complete the unavoidable arduous administrative hurdles involved in the settlement process.  Plaintiffs' counsel has had to apply to the various surrogate courts to obtain the appointment of Administrators or Executors with the appropriate powers to settle the cases, and in some cases obtain probate court approval.  Plaintiffs' counsel is still working on obtaining pertinent documents to conclude the settlement in Scott v. Pfizer, et al., No. 06-cv-10253.  Moreover, in Wolosonowich v. Pfizer, et al., No. 06-cv-11395, Finkelstein & Partners is still in the process of establishing an estate, and then will either execute a Stipulation to Dismiss the case with Defendants or will move for leave to withdraw as attorneys, and therefore, requests an additional 90 days in order to complete said tasks.

## CONCLUSION

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants respectfully request that this Court issue an Order extending the deadline imposed by this Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), for another period of ninety (90) days to June 11, 2013, in regard to the above case which is still in the settlement process, and for the Wolosonwich case, where an estate is still in the process of being established.

Dated:  March 5, 2013                                             Respectfully submitted,

                                                                                  FINKELSTEIN & PARTNERS, LLP
                                                                                  Attorneys for Plaintiffs


                                                                  By:      /s/ Andrew G. Finkelstein
                                                                                  Andrew G. Finkelstein, Esquire
                                                                                  1279 Route 300, P.O. Box 1111
                                                                                  Newburgh, NY  12551
                                                                                  (800) 634-1212

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM, LLC
        Attorneys for Defendants Pfizer Inc. and
        Warner-Lambert Company, LLC

By:    **/s/ Mark S. Cheffo**
        Mark S. Cheffo, Esquire
        4 Times Square
        New York, New York 10036
        (212) 735-3000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 5, 2013.

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire