UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number: 04-cv-10981
USCA Docket Number: 11-1595, 11-1806

Harden Manufacturing Corp.

v.

Pfizer, Inc. et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

Document Numbers: 1754, 1785, 1859

**Other Documents:**

Sealed Records:

Document Numbers: 1691, 1744

*Ex parte* Records:

Document Numbers: 

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 3/12/2013.

SARAH ALLISON THORNTON,
Clerk of Court

By: Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/12/13.

Deputy Clerk, US Court of Appeals