# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

USDC Docket Number: 04cv10981-PBS
USCA Docket Number: 11-1595, 11-1806

Harden Manufacturing Corp.

v.

Pfizer, Inc., et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents _____ electronic documents:

**Main Documents:**

    Document Numbers:_____

**Other Documents:**

    Sealed Records:

    Document Numbers:_____1691 - (EXHIBIT - A), 1785, and 1843_____

    *Ex parte* Records:

    Document Numbers:_____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 3/13/2013.

SARAH ALLISON THORNTON
Clerk of Court

By: _____ /s/Matthew A. Paine    Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date 3/14/13

_____
Deputy Clerk, US Court of Appeals