# United States Court of Appeals
## For the First Circuit

_____

Nos. 11-1904, 11-2096

IN RE: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS;
KAISER FOUNDATION HEALTH PLAN OF COLORADO; KAISER FOUNDATION
HEALTH PLAN OF GEORGIA, INC.; KAISER FOUNDATION HEALTH PLAN OF THE
MID-ATLANTIC STATES, INC.; KAISER FOUNDATION HEALTH PLAN OF
NORTHWEST; KAISER FOUNDATION HEALTH PLAN OF OHIO,

Plaintiffs, Appellees,

v.

PFIZER, INC.; WARNER-LAMBERT COMPANY, LLC,

Defendants, Appellants.

_____

### JUDGMENT

Entered:  April 3, 2013

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Ms. Armstrong, Mr. Attaway, Ms. Blatt, Mr. Cheffo, Mr. Frederick, Ms. Hall, Mr. Nichols, Mr. Populis & Ms. Sullivan.