# United States Court of Appeals
## For the First Circuit

No. 11-1595

IN RE: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

AETNA, INC.,

Plaintiff, Appellant,

v.

PFIZER, INC.; WARNER-LAMBERT COMPANY, LLC,

Defendants, Appellees.

**JUDGMENT**

Entered: April 3, 2013

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed as to Aetna, Inc.'s, Racketeer Influenced and Corrupt Organizations Act (RICO) claim, and vacated as to Aetna, Inc.'s, Pennsylvania Insurance Fraud Statute (PIFS) claim. The case is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Patti B. Saris, Mr. Robert Farrell, Clerk, United States District Court for the District for the District of Massachusetts, Ms. Armstong, Mr. Cheffo, Mr. Cohen, Mr. Dugan, Mr. Lawrence, Mr. Plymale, Mr. Populis & Mr. Phillip.