**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

In re:   NEURONTIN MARKETING, SALES
              PRACTICES AND PRODUCTS
              LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

THIS DOCUMENT RELATES TO:

*Sheila Agee v. Pfizer Inc.*, Individual Case No. 06-11381
*Melissa Barkley v. Pfizer Inc.*, Individual Case No. 06-11024
*Beth A. Bellino v. Pfizer Inc.*, Individual Case No. 06-11024
*Carmen L. Boltin v. Pfizer Inc.*, Individual Case No. 06-11024
*Susan L. Brazell v. Pfizer Inc.*, Individual Case No. 06-11024
*Patricia L. Brockman v. Pfizer Inc.*, Individual Case No. 06-11024
*Carson Bunch v. Pfizer Inc.*, Individual Case No. 06-10912
*James and Robin Bundoff v. Pfizer Inc.*, Individual Case No. 06-10955
*Gwenna J. Byrum-Hill v. Pfizer Inc.*, Individual Case No. 06-10912
*Pamela Calvert v. Pfizer Inc.*, Individual Case No. 06-11024
*Felisha Carpenter v. Pfizer Inc.*, Individual Case No. 06-11023
*Lester C. Carr v. Pfizer Inc.*, Individual Case No. 06-11024
*Vera Colley v. Pfizer Inc.*, Individual Case No. 06-10912
*Daisy Conyers v. Pfizer Inc.*, Individual Case No. 06-11024
*David A. Day v. Pfizer Inc.*, Individual Case No. 06-11024
*Kelly Deleon v. Pfizer Inc.*, Individual Case No. 06-10912
*Christine M. Dozier v. Pfizer Inc.*, Individual Case No. 06-11023
*Leisa Eaddy v. Pfizer Inc.*, Individual Case No. 06-11385
*Sharon K. Emmons v. Pfizer Inc.*, Individual Case No. 06-11024
*Corrine M. Falk v. Pfizer Inc.*, Individual Case No. 06-11022
*(S)Haron Y. Floyd v. Pfizer Inc.*, Individual Case No. 06-11024
*Charles D. Girard, Sr. v. Pfizer Inc.*, Individual Case No. 06-11023
*Kenneth Gross v. Pfizer Inc.*, Individual Case No. 06-10912
*Janet Popplewell Hargett v. Pfizer Inc.*, Individual Case No. 06-11023
*Teresa Huff v. Pfizer Inc.*, Individual Case No. 06-11023
*Tommy D. James v. Pfizer Inc.*, Individual Case No. 06-10912
*Elroy L. Johnson v. Pfizer Inc.*, Individual Case No. 06-10912
*Carla Jones v. Pfizer Inc.*, Individual Case No. 06-10912
*Barbara A. Knowlton v. Pfizer Inc.*, Individual Case No. 06-11023
*Ann E. Larkin v. Pfizer Inc.*, Individual Case No. 06-11022
*Dexter K. Lee v. Pfizer Inc.*, Individual Case No. 06-11024
*Debra F. Leger v. Pfizer Inc.*, Individual Case No. 06-11023
*George B. Lemacks v. Pfizer Inc.*, Individual Case No. 06-11024
*Michael Leu v. Pfizer Inc.*, Individual Case No. 09-10422
*Sandra M. Logan v. Pfizer Inc.*, Individual Case No. 06-11022
*Stephanie A. Lowe v. Pfizer Inc.*, Individual Case No. 06-11024
*Leslie Luttrell v. Pfizer Inc.*, Individual Case No. 06-10912
*Freddie B. Lytle v. Pfizer Inc.*, Individual Case No. 06-11023

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

*Marlene K. McIntyre v. Pfizer Inc.*, Individual Case No. 06-11023        :
*Sandra D. McMahon-Lough v. Pfizer Inc.*, Individual Case No. 06-11023   :
*Isiah E. Mitchell, Sr. v. Pfizer Inc.*, Individual Case No. 06-11024    :
*Ann Monsue v. Pfizer Inc.,*  Individual Case No. 08-11533               :
*Earnestine Parker v. Pfizer Inc.*, Individual Case No. 06-11024         :
*David W. Pettit v. Pfizer Inc.*, Individual Case No. 06-11024           :
*Mary J. Pickett v. Pfizer Inc.*, Individual Case No. 06-11024           :
*Monica L. Saenz v. Pfizer Inc.*, Individual Case No. 06-11022           :
*Tuwanda V. Shakoor v. Pfizer Inc.*, Individual Case No. 06-11023        :
*Doris J. Smith v. Pfizer Inc.*, Individual Case No. 06-10912            :
*Robert N. St. Hilaire v. Pfizer Inc.*, Individual Case No. 06-11024     :
*Jana Stephens v. Pfizer Inc.*, Individual Case No. 06-10912             :
*Caryl A. Taylor v. Pfizer Inc.*, Individual Case No. 06-11023           :
*Betty Thurmond v. Pfizer Inc.*, Individual Case No. 06-10912            :
*Diane M. Valentino v. Pfizer Inc.*, Individual Case No. 06-11022        :
*Melissa L. Vice v. Pfizer Inc.*, Individual Case No. 06-11023           :
*John W. Wilhelm v. Pfizer Inc.*, Individual Case No. 06-11022           :
*Dexter Williams v. Pfizer Inc.*, Individual Case No. 06-10912           :
*Theresa Williams v. Pfizer Inc.*, Individual Case No. 06-11023          :
*Helen Wine v. Pfizer Inc.*, Individual Case No. 06-11023                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
- -

## CERTIFICATE OF SERVICE

I hereby certify that, on April 9, 2013, a copy of Chief Magistrate Judge Leo T. Sorokin's

April 1, 2013 Report and Recommendation on Pending Motions [Dkt. 4077] was served on the

following fifty-eight Plaintiffs[1] via First Class Mail to their last known mailing addresses:

Sheila Agee
P.O. Box 202
Shubuta, Mississippi 39360

Melissa Barkley
3096 Corbett Road
Pinewood, South Carolina 29125

Beth A. Bellino
1126 Berkeley Street
Hanahan, South Carolina 29410

Carmen L. Boltin

---

[1] We have not located an address for Plaintiff Jennifer Napoli-Branson, Administrix to the Estate of Sherry Groves (Case No. 06-11023), which was the fifty-ninth case listed in the April 1 Report and Recommendations.  However, the docket reflects that this case was dismissed pursuant to the January 3, 2011 Order Dismissing Plaintiffs For Failure to Respond to Discovery [Dkt. 3202].

3

181 Marigold
N. Charleston, South Carolina 29405

Susan L. Brazell
2307 White Oak Road
Kingstree, South Carolina 29556

Patricia L. Brockman
177 Dean Drive
Summerville, South Carolina 29483

Carson Bunch
9965 Spillway Cr # 104
Cordova, Tennessee 38016

James Bundoff
Robin Bundoff
290 Bundoff Road
Mio, Michigan 48647

Gwenna J. Byrum-Hill
11 Buffalo Valley Lane
Quitman, Arkansas 72131

Pamela Calvert
101 Hutson Drive, Apt G4
Summerville, South Carolina 29483

Felisha Carpenter
2870 Russett Road
Grantsville, West Virginia 26147

Lester C. Carr
10 Claude McKnight Road
Newbern, Tennessee 38059

Vera Colley
817 Ada
Paragould, Arkansas 72450

Daisy Conyers
1430 Means Ave.
Columbia, South Carolina 29210

David A. Day
330 Pooshee Plantation Way

3

Bonneau, South Carolina 29431

Kelly Deleon
1419 ½ W. 49th St.
N. Little Rock, Arkansas 721180

Christine M. Dozier
635 East 9th Street #2
Long Beach, California 90813

Leisa Eaddy
119 Old Orchard Road
Deatsville, Alabama 36022

Sharon K. Emmons
2122 Elaine Boulevard
Summerville, South Carolina 29483

Corrine M. Falk
3828 Autzen Stadium Way
Las Vegas, Nevada 89115

Sharon Y. Floyd
7305 Brown Thrasher Ct.
Hanahan, South Carolina 29410

Charles D. Girard, Sr.
1110 Stoney Brook Lane
Westchester, Pennsylvania 19382

Kenneth Gross
31 Rolling Hills
Conway, Arkansas 72032

Janet Popplewell Hargett
100 Bluff View Drive # 409A
Belleaire Bluffs, Florida 33770

Joshua Martinez
3328 James St.
Santa Fe, New Mexico 87501

Tommy D. James
109 Rogers Road
Jacksonville, Arkansas 72076

3

Elroy L. Johnson
1010 Wolfe Street, Apt. 714
Little Rock, Arkansas 72202

Carla Maria Wyatt
15 CA Holland Road
Quitman, Arizona 72131

Barbara A. Knowlton
701 Grand Street
Morgantown, West Virginia 26501

Ann E. Larkin
6258 South Creekside Drive, #2
Cudahy, Wisconsin 53110

Dexter K. Lee
606 East Baker Street
Ahoskie, North Carolina 27910

Debra F. Leger
9823 Westerly Avenue
Baton Rouge, Louisiana 70814

George B. Lemacks
168 Pacific Avenue
Chapin, South Carolina 29036

Michael Leu
4122 Stonehenge
Sylvania, Ohio 43560

Sandra M. Logan
7125 Santa Ysabel Avenue, #1
Atascadero, California 93422

Stephanie A. Lowe
13 Golden Court
Columbia, South Carolina 29203

Leslie Luttrell
303 West Center, Apt. 20
Searcy, Arkansas 72143

Freddie B. Lytle
5033 Galena Court

3

Imperial, Missouri 63052

Marlene K. McIntyre
Rt. 3, Box 89
Shinnston, West Virginia 26431

Sandra D. McMahon-Lough
5942 Clayton Avenue
Baltimore, Maryland 21206

Isiah E. Mitchell, Sr.
775 Catholic Hill Circle
Walterboro, South Carolina 29488

Ann Monsue
245 Pate Lane
Dickson, Tennessee 37055

Earnestine Parker
4009 Dorsey Ave, Lot 4
N. Charleston, South Carolina 29405

David W. Pettit
942 Orangeburg Road, Lot #2
Summerville, South Carolina 29483

Mary J. Pickett
1713 Stahl Street
Cayce, South Carolina 29033

Monica L. Saenz Cull
5111 Homestead Road
Pahrump, Nevada 89048

Tuwanda V. Shakoor
1301 East Barringer Street
Philadelphia, Pennsylvania 19119

Doris J. Smith
66 Dallas, #409
Leola, Arkansas  72084

Robert N. St. Hilaire
476 Rambling Acres Road
Clifton, Colorado 81520

3

Janna J. Stephens
2128 Erving Ridge Loop
Cabot, Arkansas 72023

Caryl A. Taylor
6812 Pinehurst Drive
Spring Hill, Florida 34606

Betty Thurmond
10928 Spring Lake Cr.
Des Arc, Arkansas 72040

Diane M. Valentino
232 Navajo Drive
Henderson, Nevada 89015

Melissa L. Vice
2732 Chesley Avenue
Parkville, Maryland 21234

John W. Wilhelm
4138 North Morgan Drive
Enoch, Utah 84721

Dexter Williams
3620 East 35th
Little Rock, Arkansas 72206

Theresa Williams
203 W. Industrial Park Rd., Apt 15
Baldwyn, Mississippi 38824

Helen Wine
204 Monongah Heights Apts.
Fairmont, West Virginia 26554

3

Dated: April 10, 2013          Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Justin J. Wolosz
     Justin J. Wolosz
     BBO # 643543

Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:  (617) 951-7000
Email:  justin.wolosz@ropesgray.com

*Attorneys for Defendant Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 10, 2013.

/s/ Justin J. Wolosz
Justin J. Wolosz

3