FILED
IN CLERK'S OFFICE

2013 APR 22 P 1:55

MDL Docket No. 1629
Master File No. 04-10981
Document - 4077

Re Neurontin Marketing, Sales Practices, AND Products Liability Litigation

I have the letter the defendants sent to me. It's dated April 9, 2013. They didn't give me my 14 days, to send my letter to you.

Dear Sir or Madam,

I am writing to let you know, that I, object to my Neurontin case, to be dismissed. I received the certified letter on Monday, April 15, 2013. The defendants from the Pfizer company had the letter dated for April 9, 2013. I was told I have, 14 days to send this letter. On the Report and Recommendation on Pending motions, the date is April 1, 2013. Catherine Mullaley waited, 8 days to get this certified mail to me. Please give me my chance to appeal. Please do not dismiss my case. I have waited 8 (eight)

years on this case. The Schwartz firm did not even give me a deposition. They did not serve me any recertification papers. I'm lost. The Neurontin medicine almost killed me. I used to take 300 mg, daily, for seizures. I, not only thought about suicide, I tried, multiple times, on that medicine. Please give me my FAIR Chance. When the Schwartz firm called and told me it was over, I cried all Night. It really put a knot in my heart. But, I started praying to GOD harder, and put it behind me. Please don't give up on me, I am truly a victim of

(3)

bad medicine. Please find it in your heart ♡, to help me. My phone number is, (843) 214.3700. Please don't dismiss my case. I just got the letter on Monday, April 15, 2013. Your letter was dated April 1, 2013. The defendants letter was dated, April 9, 2013. They sent it to me late.

Please Help me.

GOD BLESS YOU!!

Sincerely,
Earnestine Parker

MDL Docket No. 1629
Master File No.-04-10981

Judge Patti B. Saris
Mag. Judge Leo T. Sorokin