# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522
—
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-7311
DIRECT FAX
(212) 735-2000
EMAIL ADDRESS
CATHERINE.MULLALEY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 9, 2013

VIA U.S. MAIL
Earnestine Parker
4009 Dorsey Ave, Lot 4
N. Charleston, South Carolina 29405

04-10981 PBS

Re:   *In re Neurontin Marketing, Sales Practices, and Products Liabililty Litigation*, MDL Docket No. 1629

Dear Ms. Parker:

We represent the Pfizer Defendants in the above-mentioned litigation. Pursuant to Magistrate Judge Sorokin's April 1, 2013 Order, enclosed please find his Report and Recommendations on Pending Motions.

Sincerely,

Catherine Mullaley

Catherine Mullaley
Legal Assistant