UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES, AND              :
        PRODUCTS LIABILITY LITIGATION     : Master File No. 04-10981
                                          :
---------------------------------------------------------------X  Judge Patti B. Saris
                                          :
THIS DOCUMENT RELATES TO:                 : Magistrate Judge Leo T. Sorokin
                                          :
PLAINTIFFS' PRODUCTS LIABILITY GROUP      :
---------------------------------------------------------------X

## APPLICATION OF JACK W. LONDON, ARCHIE CARL PIERCE, AND EUGENE BROOKS FOR AWARD OF FEES FROM COMMON BENEFIT FUND

To the Honorable Court:

Jack W. London, a member of the Plaintiffs' Products Liability Steering Committee herein, Archie Carl Pierce, and Eugene Brooks make application to the Court for fees for legal services provided on behalf of the products liability plaintiffs, pro se plaintiffs, and attorneys representing those plaintiffs in MDL 1629, *In Re Neurontin.*

The legal services, time, and requested fees made the subject of this motion, together with the evidence and authorities in support of this Application, are set out in the accompanying memorandum, declarations, and exhibits.

### Certificate of Consultation

Your Applicant has consulted with the attorneys and parties whose interests are affected by this Application and as of the date of filing this Application it is unopposed.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500
On BEHALF OF THE APPLICANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on 25 April 2013

Dated: 4-25-13

By: _____
Jack W. London, Esq.