UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES, AND                :
        PRODUCTS LIABILITY LITIGATION       : Master File No. 04-10981
                                            :
------------------------------------------------------------------X Judge Patti B. Saris
                                            :
THIS DOCUMENT RELATES TO:                   : Magistrate Judge Leo T. Sorokin
                                            :
PLAINTIFFS' PRODUCTS LIABILITY GROUP        :
------------------------------------------------------------------X

**DECLARATION OF JACK W. LONDON, ESQ., IN SUPPORT
OF APPLICATION OF JACK W. LONDON, ARCHIE CARL PIERCE, and EUGENE
BROOKS FOR AWARD OF ATTORNEY FEES FROM COMMON BENEFIT FUND**

I, Jack W. London, depose and state as follows:

I am an attorney with the law firm of Law Offices of Jack W. London & Associates, P.C. I have been certified by the State Bar of Texas as a specialist in personal injury trial law for more than thirty years. I have been a member of the Plaintiffs' Products Liability Steering Committee in this Multi-District Litigation since 2005 and, since February 2011, have had primary responsibility within the Committee for all plaintiffs' cases after the settlements were reached in the Finkelstein & Partners cases in this MDL.

The statements of fact regarding the work I performed for the plaintiffs that are recited in the Memorandum in Support of Application of Jack W. London, Archie Carl Pierce, and Eugene Brooks for Award of Attorney Fees from the Common Benefit Fund are true and correct based on my personal knowledge.

Attached hereto is a copy of my time records for the work I performed on behalf of the product liability plaintiffs in this MDL between 2011 and the present. I did not bill for my legal assistant's time and am not making a claim for it. The records reflect that my travel time was

recorded at one-half my hourly rate. Based on my experience and knowledge the rate of $350.00 per hour is conservative and more than reasonable for the legal services that I have performed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _April 25, 2013_                                Respectfully submitted,

                                                       LAW OFFICES OF JACK W. LONDON
                                                       3701 Bee Cave Rd., Suite 200
                                                       Austin, TX 78746
                                                       512-478-5858 9telephone
                                                       512-479-5934 (facsimile)

                                                       By:_____
                                                            Jack W. London
                                                            State Bar No. 12512500



## JACK W. LONDON AND ASSOCIATES, P.C.
3701 Bee Cave Rd., Suite 200 | Austin, TX 78746
(512) 478-5858 | (512) 479-5934 Fax

JACK W. LONDON
BOARD CERTIFIED-PERSONAL INJURY TRIAL LAW

www.jackwlondon.com
jack@jackwlondon.com

RE: MDL - Track One Cases/Steering Committee/PPLG

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/04/2011 | JWL | Summarize Blume depositions to see if needed opinions are preserved; 4 volumes plus exhibits; highlight. | 350.00 | 2.00 | 700.00 |
| 01/05/2011 | JWL | Summarize Blume depositions to see if needed opinions are preserved; 4 volumes plus exhibits; highlight. | 350.00 | 2.00 | 700.00 |
| 01/31/2011 | JWL | Conference with Andrew Finkelstein re Steering Committee after Finkelstein & Partners cases settle; memo to PLPs re meeting in February. | 350.00 | 1.00 | 350.00 |
| 02/11/2011 | JWL | Memo re status conference, remand; telephone conference K. Fromson; formulate plan on remand/preservation depositions/mediation. | 350.00 | 3.75 | 1,312.50 |
| 02/14/2011 | JWL | PPLG meeting; core discovery, global mediation, going forward without Finkelstein & Partners. | 350.00 | 2.00 | 700.00 |
| 02/15/2011 | JWL | Mediation proposal, send PPLG the CMMS-notes, callnotes print screens; telephone conference with Catherine Stevens; draft proposal, send out to K. Fromson; Trey Stegall. | 350.00 | 3.00 | 1,050.00 |
| 02/16/2011 | JWL | Telephone conference with Schwartz; telephone conference with Harang; re draft proposal for mediation; telephone conference with Catherine Stevens; telephone conference with Mark Cheffo; negotiate final draft; message to PPLG. | 350.00 | 4.50 | 1,575.00 |

Page: 2
April 17, 2013
Account No: 8497-MDL2011M
Statement No: 1816

MDL - Track One Cases/Steering Committee/PPLG

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 02/22/2011 | JWL | Message to PPLG for Excel case information (38 cases), plus Schwartz and Boone cases, court orders 3287, mediation proposal 3295; communicate with PPLG attorneys. | 350.00 | 1.50 | 525.00 |
| 02/23/2011 | JWL | Second mailing to PPLG, for case information re mediation. | 350.00 | 1.00 | 350.00 |
| 02/24/2011 | JWL | Review with Eleanor Polimeni to identify the 38 cases and attorneys; get contact information and add case information to Excel; update contact list. | 350.00 | 2.00 | 700.00 |
| 02/25/2011 | JWL | Email to PPLG case reports, group member list, and Trimble, Blume and Franklin testimony for preservation depositions. | 350.00 | 0.50 | 175.00 |
| 03/01/2011 | JWL | Telephone conference with Dell Cross; memo and locate articles to Gene Brooks regarding Blume testimony; telephone conference Keith Altman re Blume exhibits. | 350.00 | 2.00 | 700.00 |
| 03/07/2011 | JWL | Assemble expert reports; memos for preservation depositions. | 350.00 | 2.50 | 875.00 |
| 03/08/2011 | JWL | Memo for conference call regarding identification of witnesses for preservation depositions, background; assemble preservation deposition file of reports; testimony of the witnesses; search for Rule 26 supplement. | 350.00 | 1.00 | 350.00 |
| 03/11/2011 | JWL | Conference call Preservation Deposition group; prep 10:30; call end 11:40; post call 1:00. | 350.00 | 2.50 | 875.00 |
| 03/14/2011 | JWL | Blume Arrowsmith-Lowe, Ruggieri depositions and exhibits to preservation deposition file; message to Mark Cheffo regarding mediation; analyze Gibbons background rate vs. national rates. | 350.00 | 4.50 | 1,575.00 |
| 03/17/2011 | JWL | Mediation email to Mark Cheffo, group; YouSendIt - delivered preservation deposition file to work group; Trimble - Sanacora, Rothschild, Jacobs, Taylor; Blume Ruggieri, Weiss-Smith, Arrowsmith-Lowe, Franklin; Daubert hearing. | 350.00 | 1.50 | 525.00 |
| 03/20/2011 | JWL | Telephone conference with Armstrong mediation, JAMS. | 350.00 | 1.00 | 350.00 |
| 03/21/2011 | JWL | Excel list communication regarding mediation, preservations | | | |

Page: 3
April 17, 2013
Account No: 8497-MDL2011M
Statement No: 1816

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | depositions; identify lawyers who do not reply. | 350.00 | 1.00 | 350.00 |
| 03/29/2011 | JWL | Telephone conference with Mark Cheffo regarding deposition date for Trimble; review Brooks PPS and deposition outline; telephone conference with Keith Altman regarding Gibbons order, FDA post-hoc analysis. | 350.00 | 1.00 | 350.00 |
| 04/01/2011 | JWL | Conference with JAMS; confer with PPLG; telephone conference regarding fees, number of cases, JAMS forms; telephone conference with Kenneth Soh regarding Lanier cases; conference with Newton Schwartz regarding his cases and mediation. | 350.00 | 4.00 | 1,400.00 |
| 04/04/2011 | JWL | Conference; assemble Excel list of attorneys in "other cases" group, 43 total; message to Gaytan, Snapka, Pierce regarding JAMS forms. | 350.00 | 0.50 | 175.00 |
| 04/05/2011 | JWL | List to JAMS; Mark Cheffo and Dr. Trimble regarding deposition; memo block to counsel regarding mediation; email regarding fees for JAMS. | 350.00 | 2.00 | 700.00 |
| 04/06/2011 | JWL | Draft confidential global mediation statement. | 350.00 | 4.00 | 1,400.00 |
| 04/08/2011 | JWL | Final 3 drafts of statement; revise list to Cheffo; research regarding Daubert opinions for mediation; review Pogust list; finalize and send confidential plaintiffs' statement to JAMS. | 350.00 | 7.00 | 2,450.00 |
| 04/11/2011 | JWL | Review Schwartz motion brief, Ric Garcia demand letter, Schwartz reply; telephone conference with Tom Green regarding Franklin email; Susan Barclay, review Internet and database for Dr. Franklin address, contact; telephone conference with Brooks regarding epidemiology, Schwartz how to file under seal, edit Schwartz brief, Tom Green regarding Franklin. | 350.00 | 6.00 | 2,100.00 |
| 04/12/2011 | JWL | Conference with Schwartz and Harang regarding motions, mediation; PPLG mediation reminder. | 350.00 | 1.00 | 350.00 |
| 04/13/2011 | JWL | Telephone conference with Ken Soh; review Schwartz filing; Mike Liberty dismissal, Bill Bross conference. | 350.00 | 2.00 | 700.00 |
| 04/14/2011 | JWL | Review various demands for PPLG; telephone conference with Mark Cheffo; Cheffo letter with table regarding cases in mediation; submit demands and JAMS report; telephone call to Trantham, telephone call regarding Becnel and Stubbs. | 350.00 | 2.00 | 700.00 |

Page: 4
April 17, 2013
Account No:      8497-MDL2011M
Statement No:              1816

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 04/15/2011 | JWL | Contact Becnel, Stubbs letters; telephone call to Sal Christina at Becnel firm; message regarding mediation; follow up with Trantham, Stubbs. | 350.00 | 1.00 | 350.00 |
| 04/21/2011 | JWL | Conference with mediator, Armstrong; memo to PPLG, invoices; Dell Cross, Schwartz order. | 350.00 | 2.00 | 700.00 |
| 04/27/2011 | JWL | Travel to New York for mediation (1/2 time). | 175.00 | 4.00 | 700.00 |
| 04/28/2011 | JWL | Mediation for PPLG; 8:45 a.m. to 8:00 p.m. (exclude JWL cases) | 350.00 | 6.00 | 2,100.00 |
| 05/03/2011 | JWL | Sent interrogatories, RFP, deposition to PPLG Ann Trantham. | 350.00 | 1.00 | 350.00 |
| 05/09/2011 | JWL | Telephone conference with Dell Cross, Newton Schwartz regarding mediation, preservation depositions; memo to PPLG about going forward, preservation depositions; survey who has/has not settled; send deposition teams the work product on Trimble, Blume, depositions, Rosenthal. | 350.00 | 6.75 | 2,362.50 |
| 05/12/2011 | JWL | Review Trimble Daubert transcript, order; letter (draft) regarding assessments; Ken Fromson and Kelly Casey regarding collecting all Rule 26 Disclosures; telephone call with Schwartz regarding deposition preservation, assessment. | 350.00 | 4.50 | 1,575.00 |
| 05/13/2011 | JWL | Telephone conference with Mark Cheffo regarding Blume; review Patorno and Olesen article; PPLG group emails; Review Rule 26 disclosures from Kelly Casey; send out letters and assessments. | 350.00 | 1.50 | 525.00 |
| 05/17/2011 | JWL | Confer with Fromson regarding preservation depositions, review disclosures/trial drive from Kelly Casey; select Trimble documents for London; telephone conference Schwartz, Harang, Brooks. | 350.00 | 2.50 | 875.00 |
| 05/19/2011 | JWL | Read Trimble Smith testimony, Patorno, Avorn; locate exhibits; review Fromson supplemental disclosure; Tim Bishop AV files from Kelly Casey. | 350.00 | 2.50 | 875.00 |
| 05/23/2011 | JWL | Deposition notices  Trimble exhibits pulled and printed. | 350.00 | 2.00 | 700.00 |

|  |  |  |  | Page: 5 |
|---|---|---|---|---|
|  |  |  |  | April 17, 2013 |
|  |  |  | Account No: | 8497-MDL2011M |
|  |  |  | Statement No: | 1816 |
|  | MDL - Track One Cases/Steering Committee/PPLG |  |  |  |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 05/25/2011 JWL | Research Taylor, Dooley articles; mechanism of action; synapse,serotonin. | | 350.00 | 2.00 | 700.00 |
| 06/06/2011 JWL | Forward neuropathic pain witness transcripts to Harang; telephone call to Harang, Schwartz | | 350.00 | 2.50 | 875.00 |
| 06/07/2011 JWL | Trimble articles on Alpha 2 Delta; outline; fly to London (12 hours) at 1/2 travel time. | | 175.00 | 12.00 | 2,100.00 |
| 06/08/2011 JWL | Trimble, Brooks meeting in London, prepare for trial preservation depositions. | | 350.00 | 6.00 | 2,100.00 |
| 06/09/2011 JWL | Trimble, Brooks meeting in London, prepare for trial preservation depositions. | | 350.00 | 6.00 | 2,100.00 |
| 06/10/2011 JWL | Trimble, Brooks meeting in London, prepare for trial preservation depositions. | | 350.00 | 5.00 | 1,750.00 |
| 06/11/2011 JWL | Return from London (12 @ 1/2 time). | | 175.00 | 12.00 | 2,100.00 |
| 06/13/2011 JWL | Telephone conference with Pierce regarding Franklin; search addresses; create exhibits for Trimble; PowerPoints of Taylor slide; send deposition to Trimble; collect Gibbons epidemiology articles and reports for Trimble. | | 350.00 | 6.00 | 2,100.00 |
| 06/15/2011 JWL | Draft letters regarding postponing meeting; exhibits to Brooks; telephone call to Bill Bross (1.0); Brooks images; compose and email Trimble regarding extrasynaptic, PowerPoints; ECFs regarding Garrison cases; status report. | | 350.00 | 4.50 | 1,575.00 |
| 06/16/2011 JWL | Teresa Teater regarding her hearing (1.0); telephone conference with Gene Brooks regarding Trimble; get protective order from Eleanor Polimeni for Teater. | | 350.00 | 1.00 | 350.00 |
| 06/17/2011 JWL | Protective Order #ECF 744; exhibit documents review with The Exhibit Company; send letter to 7 MDL attorneys regarding status; Trantham status letter. | | 350.00 | 3.00 | 1,050.00 |
| 06/20/2011 JWL | Pull Blume exhibits; letter Bross-Garrison; message Trimble regarding exhibits and travel; Brooks regarding 10-fold increase; telephone conference with The Exhibit Company. | | 350.00 | 2.00 | 700.00 |

Page: 6
April 17, 2013
Account No: 8497-MDL2011M
Statement No: 1816

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 06/21/2011 | JWL | Blume exhibits (2.0); telephone conference with Cheffo regarding Teater (.25); buy drive for Teater; transfer documents/letter (1.0) | 350.00 | 3.25 | 1,137.50 |
| 06/22/2011 | JWL | Message Trimble regarding exhibits; letter to Cheffo; prepare copy of all documents; send to Teater, copy to Cheffo; Blume Exhibit from Smith Testimony; Letter to Teresa Teater enclosing peripheral drive of documents disclosed to PPLG, and Amended Stipulated Protective Order (ECF #744). | 350.00 | 3.50 | 1,225.00 |
| 06/27/2011 | JWL | Gene Brooks regarding Taylor, scheduling; Kelly Casey re Blume exhibits; telephone conference with Keith Altman regarding challenge-dechallenge NDA documents; message regarding new article in STEPS; begin Blume exhibits from report. | 350.00 | 3.00 | 1,050.00 |
| 06/28/2011 | JWL | Review Trimble PowerPoint with Trimble and exhibit questions (1.0); review Brooks articles on suicide charts; send timeline to Trimble, Brooks (2.0); review exhibits on MOA, Feltner, Blume exhibits from report (pp to 172) (3.0); Ben Menachim; Dooley (1.0). | 350.00 | 3.50 | 1,225.00 |
| 07/05/2011 | JWL | PPX of plaintiffs theory slides a and b, forward to Brooks and Trimble; begin review of Blume 2007 report and supplements for Blume exhibits, conference with TEC for Blume review | 350.00 | 3.00 | 1,050.00 |
| 07/06/2011 | JWL | Review Taylor depo and exhibits, send to Brooks, confer with Trimble re slides, arrange tele appointment, revise Petroff graph per Kusnieski article, first selection of Blume exhibits from reports, confer with Brooks re revised slides | 350.00 | 3.50 | 1,225.00 |
| 07/07/2011 | JWL | Revise timeline exhibit, PDF warnings sections, confer Trey Stegall about CMMS / CMMS notes, screen shots for deposing sales reps; Blume R 26 disclosures for sourcing exhibits | 350.00 | 5.00 | 1,750.00 |
| 07/08/2011 | JWL | Communication with Dr. Blume re exhibits, correcting PRR table. | 350.00 | 2.00 | 700.00 |
| 07/09/2011 | JWL | Blume exhibits review. | 350.00 | 1.00 | 350.00 |
| 07/10/2011 | JWL | Download TEC exhibits for Trimble with revised PDR, timeline, graph, 4 a and b opinion cascade | 350.00 | 0.50 | 175.00 |

Page: 7
April 17, 2013
Account No: 8497-MDL2011M
Statement No: 1816

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/11/2011 | JWL | Revise slides, forward to Trimble and Brooks, review Hauben for Blume and exhibits, msg Brooks re Taylor depo and exhibits; all source documents to Trimble from slides, | 350.00 | 3.00 | 1,050.00 |
| 07/12/2011 | JWL | Confer with Dr. Trimble re slides, confer with TEC re his revisions; review Gibbons attack on Greenland epidemiology in Smith, confer with Altman, make revisions, revise Rule 26, correct source list of slides | 350.00 | 3.00 | 1,050.00 |
| 07/14/2011 | JWL | Communication with Altman re Greenland report and study; draft R 26 for final to Cheffo with exhibits. | 350.00 | 2.00 | 700.00 |
| 07/15/2011 | JWL | Prepare final Trimble exhibits, Rule 26 to Cheffo and PPLG, meeting plans for Trimble in NYC for deposition preparation; communication with Gene Brooks re discovery, locate and send challenge / dechallenge exhibits to Trimble, communication with Altman re specific Greenland comments in Smith and Gibbons attack on them; review Blume report / Smith case. | 350.00 | 8.00 | 2,800.00 |
| 07/18/2011 | JWL | Review Blume PSUR compilations, NDA tables, Hauben excerpts, appointment with Cheffo re depositions, create list of exhibits in the Blume reports by type, begin to source them. | 350.00 | 6.00 | 2,100.00 |
| 07/19/2011 | JWL | Arrange for conference room in NYC, review Blume list and report for exhibits, forward depositions to Brooks re core discovery, confer withTrimble re documents for NYC and preparation. | 350.00 | 2.00 | 700.00 |
| 07/20/2011 | JWL | Locate Kusniecki article on MRI, review Glanzman for Brooks, criminal records for Brooks, locate Taylor slides that Dr. Trimble had used in exhibits from his disclosure in 2007, conference with Cheffo over deposition process, meeting with Jack Harang. | 350.00 | 6.00 | 2,100.00 |
| 07/21/2011 | JWL | Meet TEC for Blume exhibits, go over source, images, sequence, cuts and foregrounds, begin Trimble outline from report, supplement, depositions, and Smith testimony. | 350.00 | 3.00 | 1,050.00 |
| 07/22/2011 | JWL | continue Trimble outline, review depositions, NB exhibits, review book Trimble co-authored with Schmitz, correct a Trimble slide for him and for use as a Blume slide. | 350.00 | 4.00 | 1,400.00 |

Page: 8
April 17, 2013
Account No: 8497-MDL2011M
Statement No: 1816

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/25/2011 | JWL | Replace original Trimble slide 4 medical stat review, resequence and download all slides, memo re organization of a Neurontin trial, draft new disclosure with corrected slides, publication and case list, revise sourcing, continue outline, depo transcripts and Kaiser transcripts to Brooks, research Reckless article, Kaiser trial transcripts re suppression of negative research. Resume dividing Trimble documents and reports into opinion categories vs science categories, cross-reference page and source document. | 350.00 | 8.00 | 2,800.00 |
| 07/26/2011 | JWL | First draft of exhibits to Dr. Blume, message to Cheffo about our agreement for the depositions, request current CV and list for Blume Rule 26; communication With F&P re Blume and Trimble bills | 350.00 | 3.00 | 1,050.00 |
| 07/27/2011 | JWL | Complete working version of Trimble deposition outline with index to exhibits and sources, review Brooks article on gabapentin and serotonin, send all Blume exhibits to Blume, telephone conference with Blume, telephone conference with Trimble. | 350.00 | 8.00 | 2,800.00 |
| 07/28/2011 | JWL | Review outline for Trimble following conference. | 350.00 | 6.00 | 2,100.00 |
| 07/29/2011 | JWL | Complete outline, create source list for exhibits, transpose page line data onto work product exhibits, draft Blume Rule 26 disclosure of exhibits, CV, publications, case list, telephone conference Blume, long memo to Brooks re procedure of deposition, send final source list to Gene Brooks, locate CMO 3 re end of discovery, communication with Blume re review of exhibits, communication with PPLG re retainer for Blume. | 350.00 | 6.00 | 2,100.00 |
| 07/30/2011 | JWL | Telephone conference with Blume reviewing exhibits, revise exhibits per her direction, send to TEC, complete Rule 26 disclosure subject to completion of exhibits. | 350.00 | 1.50 | 525.00 |
| 08/01/2011 | JWL | Travel to NYC (1/2 time). | 175.00 | 4.00 | 700.00 |
| 08/02/2011 | JWL | Meet with Professor Trimble, Gene from 9 a.m. to 5 pm; 1 hour Rule 26 disclosure of Blume exhibits. | 350.00 | 8.00 | 2,800.00 |
| 08/03/2011 | JWL | Meet with Professor Trimble, Gene, revise slides, revise outline. After completion, exhibits, go to Kinko's to reprint. | 350.00 | 8.00 | 2,800.00 |
| 08/04/2011 | JWL | 9 hour deposition of Professor Trimble, post deposition | | | |

|  |  |  | Page: 9 |
|---|---|---|---|
|  |  |  | April 17, 2013 |
|  |  | Account No: | 8497-MDL2011M |
|  |  | Statement No: | 1816 |

MDL - Track One Cases/Steering Committee/PPLG

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
|  | debrief. | 350.00 | 9.00 | 3,150.00 |
| 08/05/2011 JWL | Travel day (1/2 time). | 175.00 | 4.00 | 700.00 |
| 08/08/2011 JWL | Review Brooks suggestions for outline for Blume; review Blume original report and depositions. | 350.00 | 2.00 | 700.00 |
| 08/09/2011 JWL | Conference with Blume staff re fees, location.  Review Blume analysis of adverse event reports, cumulative PSURs, non-cumulative Pfizer database events, non-cumulative FDA SRS /AER database. | 350.00 | 2.00 | 700.00 |
| 08/10/2011 JWL | Revise outline, review Smith testimony, document search for exhibits for source records for challenge/ dechallenge, post-marketing datasets, FDA review of Pfizer submission of June 2006.   Review Judge Sorokin order for status re core discovery and remand, message to PPLG to get me the information. | 350.00 | 4.00 | 1,400.00 |
| 08/11/2011 JWL | Exchange with defense counsel re 'many concerns' over demonstrative exhibits; resequence slides to match outline, revise four slides per captions.   Revise new outline and index Blume original report. | 350.00 | 3.00 | 1,050.00 |
| 08/12/2011 JWL | Final outline, submit slides to exhibit company for completion, make appointment with Napolitano re Blume's Daubert orders from West Virginia and Florida in HT cases, go over defense experts in Smith reply to Blume opinions. | 350.00 | 4.00 | 1,400.00 |
| 08/13/2011 JWL | Telephone conference with  Napolitano; telephone conference with Dr. Blume. | 350.00 | 1.00 | 350.00 |
| 08/15/2011 JWL | Preparation of exhibits, outlines, for Blume deposition. | 350.00 | 4.00 | 1,400.00 |
| 08/16/2011 JWL | Travel to Florida (1/2 time). | 175.00 | 3.00 | 525.00 |
| JWL | Meet with Gene Brooks and deposition preparation; 1 hour for Blume deposition. | 350.00 | 1.00 | 350.00 |
| 08/17/2011 JWL | 8 am to 8 pm deposition preparation. Meet with Dr. Blume, review report, Rule 26 exhibits, categories of tools and terms, | 350.00 | 12.00 | 4,200.00 |
| 08/18/2011 JWL | 9 am to 1 am for Blume deposition and aftermath. | 350.00 | 16.00 | 5,600.00 |

Page: 10
April 17, 2013
Account No: 8497-MDL2011M
Statement No: 1816

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 08/19/2011 | JWL | Travel to Austin (1/2 time). | 175.00 | 3.00 | 525.00 |
| 08/24/2011 | JWL | Communication with PPLG re Judge Sorokin's status order, gather information about status of cases. | 350.00 | 2.00 | 700.00 |
| 08/25/2011 | JWL | Confer with Pierce re Franklin dates; review Franklin for exhibits, trial testimony. | 350.00 | 1.00 | 350.00 |
| 08/26/2011 | JWL | Communication with JAMS re billing error for April mediation; message to Cheffo re October 20 for Franklin deposition; review exhibits and 2020 for Franklin recorded message to violate the law; the 'snake oil' slide deck, and the decile lists that reflect off-label cold calls; review the Franklin line page cuts I made for use in Shearer trial; telephone call with Fromson re funding for preservation depositions. | 350.00 | 2.00 | 700.00 |
| 08/29/2011 | JWL | Message to present and past PPLG to collect remaining data from PPLG re case status, communication with Trantham, Bross, Stubbs, Brooks, Womack (Schwartz firm), Christina, Boyaki, re core discovery status, review to allocate cases among those ready for remand, those with core discovery in progress, those settled, those in which motion to withdraw in progress, those dismissed, pro se, file with court [3596]; message to Kelly Casey re Hauben exhibit of 15 suicides; file report with Court. | 350.00 | 2.00 | 700.00 |
| 08/31/2011 | JWL | Franklin deposition review, review and forward Judge Saris FF/CL 3602. | 350.00 | 3.00 | 1,050.00 |
| 09/01/2011 | JWL | Group call regarding Blume, Funding; review Briggs motion | 350.00 | 0.50 | 175.00 |
| 09/06/2011 | JWL | Communication with Carl Pierce re Franklin deposition, message to Cheffo re schedule for Franklin; 1st review of Franklin depositions and exhibits for preservation deposition; Lisa Kellett deposition; individual letters to PPLG re telephone call re funding of preservation depositions | 350.00 | 2.00 | 700.00 |
| 09/07/2011 | JWL | Telephone conference with Schartz Harang; Telephone conference with Ann Trantham; locate Franklin home address; review of Pfizer detective memo and affidavit re Judge Saris ordering them to stay away from Franklin (address); locate Franklin school; review Blume deposition for material useful to Ann Trantham | 350.00 | 3.50 | 1,225.00 |

|  |  |  | Page: 11 |
|---|---|---|---|
|  |  |  | April 17, 2013 |
|  |  | Account No: | 8497-MDL2011M |
|  |  | Statement No: | 1816 |

MDL - Track One Cases/Steering Committee/PPLG

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 09/12/2011 | JWL | Telephone conference with Peter Stubbs re preservation depositions; payment of Veritext invoices; communication with Blume's office re exhibits and re read and sign or not; review notice and subpoena for Dr. Franklin, revise | 350.00 | 2.00 | 700.00 |
| 09/14/2011 | JWL | Communication with PPLG re Blume read and sign; communication with Blume. Review exhibits for epidemiology, Franklin; Review order ECF 3631 re withdrawals that leave plaintiffs pro se, order to review all withdrawals and send new status report | 350.00 | 1.50 | 525.00 |
| 09/15/2011 | JWL | Advise PPLG of steps to comply with 3631; memo re process server re Franklin | 350.00 | 0.50 | 175.00 |
| 09/22/2011 | JWL | Subpoena served; consult PPLG re Blume / Trimble / court reporter bills; Sal Christina consult. | 350.00 | 1.00 | 350.00 |
| 09/23/2011 | JWL | review Franklin affidavit; review Franklin disclosure for exhibits, telephone recordings of off-label marketing; communication with Bill Bross re withdrawal from representation of Henninger clients, deposition notice. | 350.00 | 2.00 | 700.00 |
| 09/26/2011 | JWL | Service on Franklin; telephone call Tom Greene | 350.00 | 1.00 | 350.00 |
| 09/27/2011 | JWL | Copy of deposition to Dell Cross for his sales representative deposition; deposition notice ECF; Telephone conference with Tom Greene | 350.00 | 1.00 | 350.00 |
| 09/28/2011 | JWL | Communication to all PPLG for status report, create table, check with ELP and Schwartz, correct | 350.00 | 2.50 | 875.00 |
| 09/29/2011 | JWL | Tom Greene, Jaime Murray, sent me Franklin Kaiser transcript; revise status chart for Pro Se and motions; I sent Franklin Shearer trial testimony and deposition to Tom; arrange wire transfer for Trimble fee payment; spread sheet of status (pro se) per Judge Sorokin's order, sent to Cheffo for review( no reply) | 350.00 | 3.50 | 1,225.00 |
| 10/02/2011 | JWL | Research orders re withdrawals of attorneys, memo to Jack Harang | 350.00 | 2.00 | 700.00 |
| 10/03/2011 | JWL | Meet with Pierce re Franklin exhibits, outline, select for disclosure, review Franklin disclosure exhibit 2020 for excerpts; Communicate with Debra Alsberg re role of PPLG. | 350.00 | 4.25 | 1,487.50 |

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/04/2011 | JWL | Identify, Concordance legal research, 15 exhibits for Franklin | 350.00 | 3.50 | 1,225.00 |
| 10/05/2011 | JWL | Prepare R 26 of Franklin exhibits, revise, file, send to Cheffo and Tom Greene. Telephone conference with Tom Greene re his telephone conference with Cheffo re start time; meet Keith Altman | 350.00 | 1.50 | 525.00 |
| 10/07/2011 | JWL | Amend Franklin deposition notice, correspondence to Cheffo; memo to Greene re exhibits for Dr. Franklin to review | 350.00 | 2.00 | 700.00 |
| 10/11/2011 | JWL | Review ECF, Alsberge motions | 350.00 | 1.00 | 350.00 |
| 10/12/2011 | JWL | Meet with Carl Pierce 2 to 4:30 re deposition outline and parse exhibits; voice mail from Cheffo | 350.00 | 3.00 | 1,050.00 |
| 10/13/2011 | JWL | Return Cheffo call re Franklin depo; research re original hearing to see if Cheffo made same arguments in August 2010 re premature, settlement, etc., re opposing Franklin deposition; excerpts, send to Tom Greene; legal research re motion to quash deposition notice; locate Concordance two additional Franklin exhibits | 350.00 | 5.00 | 1,750.00 |
| 10/14/2011 | JWL | Telephone conference with Cheffo re delay of Franklin deposition, asked him to not file motion. Draft brief in opposition to Motion to Quash; prepare and file Supplemental Rule 26 exhibits for Franklin deposition; memo to Cheffo re R 26 and to not file his motion; memo to PPLG re Franklin deposition, Cheffo threat of a delay | 350.00 | 2.00 | 700.00 |
| 10/17/2011 | JWL | Meet with Carl Pierce re final depo exhibits, review Alsberge responses; received Motion to Quash; completed research, revised response and declaration and exhibits, filed reply; memo PPLG; after 8:00 pm defendants filed leave for reply and response to my reply | 350.00 | 2.00 | 700.00 |
| 10/18/2011 | JWL | Received and forwarded order denying motion to quash; meeting Pierce re final exhibits, outline; review Schwartz memo re settlement talks with Cheffo | 350.00 | 1.50 | 525.00 |
| | JWL | flight to Boston (1/2 time). | 175.00 | 5.00 | 875.00 |
| 10/19/2011 | JWL | Deposition of Dr. Franklin; post-deposition analysis. | 350.00 | 8.00 | 2,800.00 |

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 10/20/2011 | JWL | Return to Austin (1/2 time travel). | 175.00 | 5.00 | 875.00 |
| 11/07/2011 | JWL | Communicate with Alsberg re references to articles question, Mr. Cheffo. | 350.00 | 0.25 | 87.50 |
| 12/08/2011 | JWL | Letter to Donna Adkins regarding Estate of Donald Walker. | 350.00 | 0.50 | 175.00 |
| 12/12/2011 | JWL | Communications with Tom Greene, Gene Brooks re pro se cases. | 350.00 | 0.50 | 175.00 |
| 12/13/2011 | JWL | Letter to Debra Alsberg; letter to Robin Briggs. | 350.00 | 0.75 | 262.50 |
| 12/19/2011 | JWL | Letter to Finkelstein re Confidential Steering Committee Executive Memorandum concerning Common Benefit Fund and preservation depositions. | 350.00 | 0.50 | 175.00 |
| 12/23/2011 | JWL | Communication with Alsberg request for copies of depositions and discovery in MDL. | 350.00 | 0.25 | 87.50 |
| 12/28/2011 | JWL | Research regarding Ann Santos case for Ann Trantham. | 350.00 | 1.50 | 525.00 |
| 01/06/2012 | JWL | Franklin depositions for Alsberg. | 350.00 | 1.00 | 350.00 |
| 01/13/2012 | JWL | Letter to Gene Brooks enclosing transcript and video of Trimble. | 350.00 | 0.25 | 87.50 |
| 02/07/2012 | JWL | Correspondence with Alsberg; refuse to produce documents to anyone who is not bound by confidentiality order; provide copy of protective order. | 350.00 | 1.00 | 350.00 |
| 02/15/2012 | JWL | Communication with Robin Briggs re discovery. | 350.00 | 1.00 | 350.00 |
| 03/25/2012 | JWL | Draft letter to M. Cheffo regarding de la Garza settlement. | 350.00 | 0.25 | 87.50 |
| 07/25/2012 | JWL | Letter to Gene Brooks enclosing preservation depositions of Blume, Trimble, and Franklin. | 350.00 | 0.25 | 87.50 |
| 09/11/2012 | JWL | Review 4026; review, forward final scheduling order to PPLG. | 350.00 | 1.00 | 350.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Page: | 14 |
|  |  |  | April 17, 2013 |  |
|  |  | Account No: | 8497-MDL2011M |  |
|  |  | Statement No: | 1816 |  |

MDL - Track One Cases/Steering Committee/PPLG

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/15/2012 | JWL | Schpak/Teater, provide Trimble reports. | 350.00 | 0.50 | 175.00 |
| 10/18/2012 | JWL | Review of Pfizer's proposal; draft responses to PPLG steering committee; communication with defense counsel. | 350.00 | 1.00 | 350.00 |
| 10/19/2012 | JWL | 4038, draft, submit case management proposal for unrepresented plaintiffs | 350.00 | 1.00 | 350.00 |
| 02/05/2013 | JWL | Telephone conference with Andrew Schpak (Teater) re MSJ, preservation depos; Memo to Schpak, Harang, Cross, Stubbs, Boyaki re status, requirements to remand. | 350.00 | 1.25 | 437.50 |
| 02/06/2013 | JWL | Send preservation depositions to Samuel Hernandez (Teater). | 350.00 | 0.50 | 175.00 |
| 02/08/2013 | JWL | Upload Blume, Trimble and Franklin depositions; email to Harang, Stubbs, and Cross. | 350.00 | 0.50 | 175.00 |
| | | For Current Services Rendered | | 440.75 | 145,162.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Jack W. London | 52.00 | $175.00 | $9,100.00 |
| Jack W. London | 388.75 | 350.00 | 136,062.50 |

Total Current Work                                                                                                145,162.50

Balance Due                                                                                                            $145,162.50

Balance due upon receipt.
Tax Identification No. 74-2862000