UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
In re:  NEURONTIN MARKETING,                   : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS       :
        LIABILITY LITIGATION                            : Master File No. 04-10981
---------------------------------------------------------- x
                                                                       : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                       :
                                                                       : Magistrate Judge Leo T.
                                                                       : Sorokin
PLAINTIFFS' PRODUCTS LIABILITY GROUP    :
                                                                       :

## DECLARATION OF ARCHIE CARL PIERCE

    My name is Archie Carl Pierce. I am a licensed attorney in the State of Texas. I have been licensed since 1974. I am board certified in personal injury trial law.

    I am attorney of record for Plaintiff Irene Barlow. I was asked to assist in the preservation deposition of Dr. David Franklin, Ph.D.

    Attached hereto and incorporated herein for all purposes, is the time and billing entries for myself, associate attorney Chris A. Shuley and legal assistant Sandra L. Bodisch with regards to the preparation for and taking the deposition of Dr. Franklin. The time entries are true and correct. The charges are reasonable and appropriate for attorneys and legal assistants in Austin, Travis County, Texas practicing in Federal Court.

    I declare under the penalty of perjury the forgoing is true and correct.

    Executed this __17__ day of April, 2013.

                                                                      _____
                                                                      Archie Carl Pierce

Time & Billing - Slips List
Period: September 6, 2011 thru October 20, 2011
Wright & Greenhill, P.C.

| Date | Biller | Hours/Qty | Rate/Each | SubTotal | Description |
|---|---|---|---|---|---|
| 09/06/11 | ACP | 0.30 | $ 350.00 | $ 105.00 | TCW Jack London re: Delegation of duties on needed preservation deposition of Dr. Franklin. |
| 10/03/11 | ACP | 4.00 | $ 350.00 | $ 1,400.00 | Meet with Jack London and work on identifying Franklin exhibits for use in upcoming deposition. |
| 10/10/11 | SLB | 0.70 | $ 85.00 | $ 59.50 | Telephone conference with Boston court reporter regarding new time and location for deposition (.10); forward to court reporter amended Notice of deposition (.30); receipt and review confirmation from court reporter (.10); forward to attorneys Jack London and Carl Pierce (.20) |
| 10/12/11 | ACP | 8.00 | $ 350.00 | $ 2,800.00 | Franklin deposition preparation, including review of previous depositions and declarations of Dr Fincham and attached exhibits; review of criminal information and meeting with Jack London (2.50) |
| 10/13/11 | CAS | 1.20 | $ 175.00 | $ 210.00 | Per Mr. Pierce, review concordance database and find key documents related to the upcoming deposition of the whistleblower in this case. Specifically locate and download relevant documents for use at the same. |
| 10/14/11 | ACP | 4.00 | $ 350.00 | $ 1,400.00 | Continue preparation for deposition of David Franklin, including outlining areas of cross-examination. |
| 10/17/13 | ACP | 0.50 | $ 350.00 | $ 175.00 | Meet w/Jack London on results of his final review of potential depo exhibits. |
| 10/17/11 | SLB | 1.90 | $ 85.00 | $ 161.50 | Assist with organization of documents to be used as Exhibits during Franklin deposition, prepare travel set for Carl Pierce and overnight ship exhibits to Embassy Suites in Boston (1.90) |
| 10/18/11 | ACP | 5.00 | $ 175.00 | $ 875.00 | Travel to Boston for deposition of whistleblower David Franklin. |
| 10/18/11 | ACP | 3.00 | $ 350.00 | $ 1,050.00 | Final Preparation for deposition of David Franklin. |
| 10/19/11 | ACP | 8.00 | $ 350.00 | $ 2,800.00 | Depose Dr. David Franklin and post-depo analysis with co-counsel. |
| 10/20/11 | ACP | 5.00 | $ 175.00 | $ 875.00 | Return to Austin, Texas. |
| | | 41.60 | | $ 11,911.00 | |

Billing Summary:

| Initials | Timekeeper | Hours | Hourly Rate | Total Billing |
|---|---|---|---|---|
| ACP | Archie Carl Pierce (Attorney) | 27.80 | 350.00 | $ 9,730.00 |
| | | 10.00 | 175.00 | 1,750.00 |
| CAS | Chris Shuley (Attorney) | 1.20 | 175.00 | 210.00 |
| SLB | Sandra Cooke (Legal Assistant) | 2.60 | 85.00 | 221.00 |
| | | 41.60 | | $ 11,911.00 |