UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------------X
In re:  NEURONTIN MARKETING,            :  MDL Docket No. 1629
        SALES PRACTICES, AND            :
        PRODUCTS LIABILITY LITIGATION   :  Master File No. 04-10981
                                        :
-------------------------------------------------------------------X  Judge Patti B. Saris
                                        :
THIS DOCUMENT RELATES TO:               :  Magistrate Judge Leo T. Sorokin
                                        :
PLAINTIFFS' PRODUCTS LIABILITY GROUP    :
-------------------------------------------------------------------X
```

**DECLARATION OF EUGENE C. BROOKS, IV. IN SUPPORT
OF APPLICATION OF JACK W. LONDON, ARCHIE CARL PIERCE, and EUGENE
BROOKS, IV FOR AWARD OF ATTORNEY FEES  FROM COMMON BENEFIT
FUND**

I, Eugene C. Brooks, IV depose and state as follows:

I am an attorney with the law firm of Brooks Law Firm.  I am the principal in this law

office and have practiced law since 1982.  I am a member of both the State Bars of Georgia and

North Carolina and a past President of the Georgia Trial Lawyers Association.

I have been certified by the National Board of Trial Advocacy as a specialist in civil trial

law since 1994.  I have been admitted to practice in all U.S. District Courts in Georgia, the 11th

Circuit Court of Appeals, and the U.S. Supreme Court.

The statements of fact regarding the work I performed for the plaintiffs that are recited in

the Memorandum in Support of Application of Jack W. London, Archie Carl Pierce, and Eugene

Brooks for Award of Attorney Fees from the Common Benefit Fund are true and correct based

on my personal knowledge.

Attached hereto is a copy of my time records for the work I performed on behalf of the

product liability plaintiffs in this MDL between 2011 and the present.  I did not bill for my legal

assistant's time and am not making a claim for it.  The records reflect that my travel time was recorded at one-half my hourly rate.    Based on my experience and knowledge the rate of $350.00 per hour is conservative and more than reasonable for the legal services that I have performed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    April 17, 2013                                      Respectfully submitted,

                                                              BROOKS LAW FIRM
                                                              313 West York Street
                                                              Savannah, GA  31401
                                                              T-912-233-9696
                                                              F-912-232-8620

                                                              By:    /s Eugene C. Brooks, IV
                                                                     Eugene C. Brooks, IV
                                                                     Georgia State Bar No. 084750

**Eugene C. Brooks, IV, P.C.**
313 W. York Street
Savannah, Ga 31401

**Time for Neurontin**

| | |
|---|---|
| Attorney Time | 202.3 hours |
| Fee | $350.00 |

$ 70,805.00

| | |
|---|---|
| Travel Time | 38 hours |
| Fee | $175.00 |

$  6,650.00

**TOTAL**        **$ 77,455.00**

```
                    Gene Brooks Law
                    Brooks Law Office
         Files > Facts > Time Spent > My Time
```

*Printed by: Gene Brooks-1*

| Date | Duration | Description |
|------|----------|-------------|
| 08/29/2011 | 0.30 | Call with J. London |
| 08/22/2011 | 0.20 | Email with London |
| 08/19/2011 | 5.00 | Travel back from Tampa to Savannah |
| 08/18/2011 | 15.50 | Blume depo. Arrived at 8 a.m. for set-up and work with videographer; Depo. Start at 9 a.m, completed at 12:30 a.m. Following morning. |
| 08/17/2011 | 10.00 | Work with Dr. Blume and Jack London to prepare for depo. 9 am- 7 pm. |
| 08/16/2011 | 4.00 | travel to Tampa |
| 08/16/2011 | 4.00 | Prep for Blume cross exam., |
| 08/15/2011 | 8.00 | Prep for Blume depo. Summary of entire opinion, Calls with Jack London. Emails with London, |
| 08/11/2011 | 4.00 | Review Blume opinion statement. Emails with London on approach in direct |
| 08/10/2011 | 5.50 | Integration of Defense expert's contentions into Blume cross, call and emails w J. London. |
| 08/09/2011 | 4.30 | Review of defendant's experts statments with exhibits. Marked up for cross |
| 08/09/2011 | 1.00 | Work on cross exam |
| 08/09/2011 | 2.50 | Reading of Blume daubert testimony |
| 08/08/2011 | 6.00 | Work on Blume depo.; Read Blume's initial opinion report |
| 08/07/2011 | 4.00 | Review Blume's Smith opinin and part discovery depo; sketch suggested beginning to depo. ; notes on cross |
| 08/05/2011 | 1.00 | Scheduling calls and emails re: Blume depo. |
| 08/05/2011 | 5.00 | Travel back from NYC- Trimble depo. |
| 08/04/2011 | 9.00 | Trimble preservation depo.; Assist London; post-depo breakdown, prepare materials to mail back |
| 08/03/2011 | 8.00 | Work with Trimble and London |
| 08/02/2011 | 8.00 | Work with Trimble and London |
| 08/01/2011 | 6.00 | travel to NYC; flight delays, arrive at room at 4:15 a.m. |
| 08/01/2011 | 6.00 | Review additional Trimble depos. (smith case) on specific causation, review outline, call to J. London |
| 07/31/2011 | 4.00 | Review trimble depos on epi. Paterno and Olsen studies reliance, and another depo specific to FDA alert |
| 07/29/2011 | 8.00 | Prep for Trimble depo. |
| 07/28/2011 | 2.50 | Prep. For Trimble cross |
| 07/27/2011 | 2.50 | Reviewing Taylor video depo. and transcript. Work on Trimble cross |
| 07/26/2011 | 1.20 | Reviewing Taylor video. depo. |
| 07/25/2011 | 3.00 | Review of Taylor depo. And of articles to prep. For Trimble cross |
| 07/11/2011 | 1.80 | Beginning review of Taylor video. Depo. Emails with London |
| 07/07/2011 | 2.20 | Review Gibbons article, and Taylor article, summarize, review Trimble's text on Biological Psychiatry for info. On gabapentin and GABA; order brain model |
| 07/06/2011 | 0.50 | Review of additional exhibits and slides, comments to London, |
| 07/06/2011 | 1.00 | Review exhibits for Trimble depo.; reply with comments to London; review emails from London; order additional med articles. |
| 06/30/2011 | 4.00 | Review medical articles, work on Trimble cross exam. |
| 06/29/2011 | 0.50 | Begin Trimble cross prep |
| 06/28/2011 | 1.50 | Begn review of requested medical articles on serotonin and suicide risk, email charts to London |
| 06/20/2011 | 2.00 | Research on serotonin and suicide risk; Search for chart, diagrams, literature |
| 06/17/2011 | 1.00 | Organizing Trimble exhibits |
| 06/16/2011 | 1.00 | Review GABA article on call with Jack on exhibits in afternoon Review exhibits from Jack London and emails to London in morning |

| 06/15/2011 | 3.00 | Review notes, emails with London, research for images and exhibits, work on PPT slides; purchase of medical articles cited by Taylor. |
|---|---|---|
| 06/14/2011 | 0.50 | Response to London's emails; review of proposed exhibits |
| 06/13/2011 | 2.00 | Meeting with Trimble |
| 06/13/2011 | 8.00 | Travel back from London and Trimble meeting |
| 06/10/2011 | 8.00 | Meeting with Jack London and Dr. Trimble to discuss testimony |
| 06/09/2011 | 8.00 | Meeting with Jack London and with Dr. Trimble |
| 06/08/2011 | 10.00 | Travel to London to meet with Dr. Trimble, review of Daubert transcript. |
| 06/07/2011 | 10.00 | Prep to meet with Trimble in London |
| 06/05/2011 | 2.00 | Prep of expanded PPT; Reviewing Trimble Depo. To take to London. Copying and collection of medical lit. Emails to Jack London |
| 06/04/2011 | 5.00 | Reading and notes on FDA transcript on AED, including Neurontin; stetching expanded PPT slides |
| 05/27/2011 | 1.50 | review of Trimble expert statement in Smith case |
| 05/26/2011 | 1.50 | Reviewing Daubert depo. Transcript to end |
| 05/25/2011 | 2.00 | Review of Dooley article, Taylor draft, Eroglu articles, beginning of Daubert hearing. Emails with London |
| 05/25/2011 | 4.00 | Review of Jacobs, Gibbons written opinions with exhibits. More notes on Taylor's opinion and writing of summary. Send to London. "does Trimble need to address before we go?" |
| 05/24/2011 | 2.50 | Emails with London on trip. Review Pfizer expert witness statement of Charles Taylor. |
| 05/17/2011 | 0.50 | Call with Fromson and email to Kelly for focus group info. ; Calls and emails with London for Trimble depo. |
| 05/13/2011 | 0.20 | Emails on trip, and receipt of transcript |
| 05/12/2011 | 0.50 | Emails with London over last two days trying to set time to meet with Trimble |
| 05/10/2011 | 0.60 | Review email from London on Trimble with attachement; emails to London, call with Greg Cusimano |
| 04/04/2011 | 2.00 | Review Chapters 2 and part of 3 in Trimble's text book, 3rd ed. |
| 04/04/2011 | 1.00 | Review of Trimble's book, Bio. Phys. Chapter 1. |
| 03/29/2011 | 0.50 | Complete direct exam outline Trimble and change to powerpoint, emails. |
| 03/25/2011 | 4.00 | Review of Trimble depo Oct. 07, reading of exhibits, work on direct exam outline |
| 03/24/2011 | 7.00 | Review Trimble deposition and exhibits |
| 03/23/2011 | 2.00 | Review of Blume report, search for Blume exhibits. Begin review of Trimble's depos. |