UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
In re:  NEURONTIN MARKETING,            :  MDL Docket No. 1629
        SALES PRACTICES, AND            :
        PRODUCTS LIABILITY LITIGATION   :  Master File No. 04-10981
                                        :
------------------------------------------------------------X  Judge Patti B. Saris
                                        :
THIS DOCUMENT RELATES TO:               :  Magistrate Judge Leo T. Sorokin
                                        :
PLAINTIFFS' PRODUCTS LIABILITY GROUP    :
------------------------------------------------------------X

## APPLICATION OF JACK W. LONDON and ARCHIE CARL PIERCE FOR AWARD OF EXPENSES FROM COMMON BENEFIT FUND

To the Honorable Court:

Jack W. London, a member of the Plaintiffs' Products Liability Steering Committee herein, and Archie Carl Pierce, each of whom has paid approximately fifty percent of the expenses for which reimbursement is sought, make application to the Court for expenses incurred and paid by them for expert witnesses whose work has benefited MDL and remanded plaintiffs in the past (both pro se and represented plaintiffs) or will in the future.

The expenses made the subject of this motion, together with the evidence and authorities in support of this Application, are set out in the accompanying memorandum, declarations, and exhibits.

### Certificate of Consultation

Your Applicant believes that this motion is unopposed. Your Applicant has consulted with the attorneys and parties whose interests are affected by this Application and as of the date of filing this Application it is unopposed.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on April 25, 2014.

Dated: 4-25-14

By: _____
Jack W. London, Esq.