EXHIBIT B

**CURRICULUM VITAE**

**JACK E. FINCHAM**

Professor
The University of Missouri – Kansas City
School of Pharmacy
Division of Pharmacy Practice and Administration
University of Missouri - Kansas City
4246 Health Sciences Building
2464 Charlotte Street
Kansas City, Missouri 64108
e-mail: finchamj@umkc.edu
web site: http://pharmacy.umkc.edu/faculty-directory/jack-fincham/
(816) 235-5909 – Direct Line
(816) 235-6008 - Facsimile
&
Adjunct Professor Public Affairs & Admin.
The University of Missouri Kansas City
Henry W. Bloch School of Management
Kansas City, Missouri

**EDUCATION**

The University of Nebraska
B.S., Pharmacy                                          Graduation: 1975

The University of Minnesota
Ph.D., Social and Administrative Pharmacy              Graduation: 1983

The University of Aberdeen
Health Economics Research Unit (HERU)
Aberdeen, Scotland
Postgraduate Certificate Degree in Health Economics    Graduation: 2006

Oxford University
Health Economics Research Centre
Advanced Methods of Cost Effectiveness Analyses
Oxford, UK                                             July 2008

## ACADEMIC EXPERIENCE

| | | |
|---|---|---|
| Kellogg Fellow | Kellogg Pharmaceutical<br>Clinical Scientist Program<br>Department of Social and Administrative Pharmacy<br>University of Minnesota<br>College of Pharmacy<br>Minneapolis, Minnesota | 1980-1983 |
| Assistant Professor | Pharmacy Care Administration<br>College of Pharmacy<br>Athens, Georgia | 1983-1986 |
| Lilly Foundation<br>Teaching Fellow | University of Georgia<br>Athens, Georgia | 1984-1985 |
| Member,<br>Gerontology Faculty | University of Georgia<br>Athens, Georgia | 1983-1986<br>2005-present |
| Assistant Professor | Health Care Administration<br>School of Pharmacy<br>University of Mississippi<br>University, Mississippi | 1986-1988 |
| Assistant Research<br>Professor | Research Institute of the<br>Pharmaceutical Sciences<br>School of Pharmacy<br>University of Mississippi<br>University, Mississippi | 1986-1988 |
| Associate Professor | Health Care Administration<br>School of Pharmacy<br>University of Mississippi<br>University, Mississippi<br>Tenured | 1988-1989 |
| Associate Research<br>Professor | Research Institute of the<br>Pharmaceutical Sciences<br>School of Pharmacy<br>University of  Mississippi<br>University, Mississippi | 1988-1989 |
| Project Coordinator | Mississippi State Adverse Drug<br>Reaction Surveillance Project<br>The U. S. Food and Drug Administration<br>School of Pharmacy | 1986-1989 |

|  |  |  |
|---|---|---|
|  | University of Mississippi<br>University, Mississippi |  |
| Associate Professor | Samford University<br>School of Pharmacy<br>Birmingham, Alabama<br>Tenured | 1989-1991 |
| Associate Dean for<br>Academic Affairs | Samford University<br>School of Pharmacy<br>Birmingham, Alabama | 1989-1991 |
| Acting Dean | Samford University<br>School of Pharmacy<br>Birmingham, Alabama | 1990-1991 |
| Member,<br>Board of Directors | Samford University Foundation<br>Samford University<br>Birmingham, Alabama | 1990-1995 |
| Member, Executive<br>Committee | Samford University Foundation<br>Samford University<br>Birmingham, Alabama | 1990-1995 |
| Professor | Samford University<br>School of Pharmacy<br>Birmingham, Alabama<br>Tenured | 1991 |
| Professor | Creighton University<br>School of Pharmacy<br>and Allied Health<br>Omaha, Nebraska<br>Tenured | 1991-1994 |
| Associate Dean | Creighton University<br>School of Pharmacy<br>and Allied Health<br>Omaha, Nebraska | 1991-1994 |
| Member,<br>Graduate Faculty | Creighton University<br>Graduate School<br>Omaha, Nebraska | 1992-1994 |
| Dean | The University of Kansas<br>School of Pharmacy<br>Lawrence, Kansas | 1994-2004 |
| Professor of Pharmacy<br>Practice | The University of Kansas<br>School of Pharmacy<br>Lawrence, Kansas<br>Tenured | 1994-2004 |

| | | |
|---|---|---|
| Member,<br>Graduate Faculty | The University of Kansas<br>Graduate School Faculty | 1994-2004 |
| Faculty, Management<br>Institute | National Community Pharmacists<br>Association | 1996- |
| Member | Intersearch Committee<br>The University of Kansas<br>School of Pharmacy, and<br>The Victorian College of Pharmacy<br>Monash University<br>Melbourne, Australia | 1994-2004 |
| Professor of Pharmacy<br>Practice | The Victorian College of Pharmacy<br>Monash University<br>Melbourne, Victoria, Australia | 1994- |
| Doctoral Thesis<br>Examiner | Monash University<br>Melbourne, Victoria, Australia | 1996- |
| Research Mentor | McNair Scholars Minority Undergraduate<br>Research Program<br>The University of Kansas | 1997 |
| Mentor | Upward Bound Program<br>Math and Science Center<br>Disadvantaged Minority Program<br>The University of Kansas | 1998 |
| Member, Board<br>of Trustees | The Kansas University Center for Research<br>The University of Kansas | 2000-2004 |
| Member | National Community Pharmacists<br>Association Foundation, Board of<br>Directors Foundation Advisory Committee | 2003-2004 |
| Albert W. Jowdy Professor | The University of Georgia<br>Department of Clinical<br>    and Administrative Pharmacy<br>The University of Georgia<br>College of Pharmacy<br>Tenured | 2004-2007 |
| Full Research Member | The University of Georgia<br>Biomedical and Health Sciences Institute | 2004-2007 |
| Faculty | Institute of Gerontology<br>College of Public Health | 2004-2007 |

| | | |
|---|---|---|
| Adjunct Professor | Department of Health Policy and Management<br>The University of Georgia<br>College of Public Health | 2005- |
| Mentor | Lilly Foundation Teaching Fellows Program<br>University of Georgia | 2006-07 |
| Member | The University of Georgia Teaching Academy<br>(Invited, selective nomination and selection) | 2006 |
| Professor | Department of Pharmacy Practice<br>The University of Missouri-Kansas City<br>Kansas City, Missouri | 2007- |
| Doctoral Faculty | The Bloch School<br>School of Business<br>The University of Missouri – Kansas City<br>Kansas City, Missouri | 2007- |

## FEDERAL GOVERNMENT SERVICE (National)

| | | |
|---|---|---|
| Consultant for<br>Medicare Drug Benefit | Centers for Medicare and  Medicaid Services<br>Washington, DC | 2000-2006 |
| Appointed Member | Nonprescription Drug Advisory Committee<br>United States Food and Drug Administration | 2003-2009 |
| Special Emphasis Panel | Agency for Healthcare Research and Quality<br>Centers for Education and Research<br>on Therapeutics (CERTS) | 2005 |
| Special Emphasis Panel | Agency for Healthcare Research and Quality<br>Centers for Education and Research<br>on Therapeutics (CERTS) | 2007 |
| Expert Consultant | United States Department of Justice | 2009-11 |
| Expert Consultant | U.S. Centers for Medicare and Medicaid Services | 2009-10 |
| Health Services Research<br>Study Section | Agency for Healthcare Research and Quality<br>Centers for Education and Research | 2010 |

## GOVERNMENT SERVICE (International)

| | | |
|---|---|---|
| Invited Study Section<br>Panel Member | Canadian Institutes of Health Research<br>(Drug Safety Evaluation Network) | 2010-2011 |

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Community Pharmacist | Fincham Pharmacy<br>Pharmacy Manager<br>Co-owner<br>Montrose, Colorado | 1975-1980 |
| Long-Term Care Pharmacist | Evergreen Care Center, Ltd.<br>Montrose, Colorado | 1975-1980 |
| | San Juan Living Center<br>Montrose, Colorado | 1975-1980 |

## PROFESSIONAL, SERVICE, OR COMMUNITY-RELATED ACTIVITIES

| | | |
|---|---|---|
| Secretary - Treasurer | Colorado Western Slope<br>Pharmacal Association | 1977-1978 |
| Vice-President | Colorado Western Slope<br>Pharmacal Association | 1978-1979 |
| Member, Legislative<br>Committee | Colorado Pharmacal Association<br>Denver, Colorado | 1978-1980 |
| Member, Board of<br>Directors | Montrose County, Colorado<br>Handicapped Association | 1977-1978 |
| Charter Member, Member<br>Board of Directors | Black Canyon Kiwanis Club<br>Montrose, Colorado | 1975-1980 |
| President | Black Canyon Kiwanis Club<br>Montrose, Colorado | 1977-1978 |
| Secretary-Treasurer | Black Canyon Kiwanis Club<br>Montrose, Colorado | 1979-1980 |
| Committee Member | American Pharmaceutical Association<br>Policy Committee on Educational Affairs | 1985-1986 |
| House of Delegates<br>Member from Georgia | American Pharmaceutical<br>Association | 1986 |
| Committee Member | Instructional Advisory Committee<br>University of Georgia<br>Office of Instructional Development | 1985-1986 |
| Faculty Delegate | University of Georgia<br>College of Pharmacy, Representative to the American<br>Association of Colleges of Pharmacy<br>Council of Faculties | 1985-1986 |
| Faculty Senate<br>Chair, Committee<br>on Academic Support<br>Affairs | University of Mississippi<br>University of Mississippi<br>Faculty Senate | 1987-1989<br>1987-1989 |

Jack E. Fincham                           Page 7                              31 July 2012

| | | |
|---|---|---|
| Admissions, Orientation and Advising Committee | University of Mississippi | 1987-1989 |
| Petitions Committee | University of Mississippi | 1987-1988 |
| Chair, Select Committee on Student Advising | University of Mississippi | 1988-1989 |
| Student/Faculty Relations Committee School of Pharmacy | University of Mississippi | 1988-1989 |
| Pharmacy Services Administrative Organization Committee | Mississippi Pharmacists Association | 1987-1988 |
| Faculty Delegate | University of Mississippi School of Pharmacy Representative to the American Association of Colleges of Pharmacy Council of Faculties | 1988-1989 |
| House of Delegates Member from Mississippi | American Pharmaceutical Association | 1988 |
| Educational Affairs Committee Member | American Pharmaceutical Association | 1988-1989 |
| House of Delegates Member from Mississippi | American Pharmaceutical Association | 1989 |
| Member, Reference Committee | American Pharmaceutical Association Policy Committee on Educational Affairs | 1989 |
| Chair | American Pharmaceutical Association Policy Committee on Educational Affairs | 1989-1990 |
| Education Committee | Alabama Pharmaceutical Association | 1989-1991 |
| Administrative Delegate | Samford University School of Pharmacy American Association of Colleges of Pharmacy Council of Deans | 1989-1990 |
| Faculty Advisor | Academy of Students of Pharmacy | 1992-1994 |

Jack E. Fincham                           Page 8                          31 July 2012

APhA, Creighton University Chapter

| | | |
|---|---|---|
| House of Delegates Representative from Nebraska | American Pharmaceutical Association | 1993 |
| Chair, Reference Committee | American Pharmaceutical Association Policy Committee on Scientific Affairs | 1993-1994 |
| Chair | American Pharmaceutical Association Policy Committee on Scientific Affairs | 1993-1994 |
| House of Delegates Member from Nebraska | American Pharmaceutical Association | 1994 |
| Member, Alumni Advisory Board | University of Nebraska Medical Center College of Pharmacy Alumni Association | 1993-1997 |
| Chair, Alumni Advisory Board | University of Nebraska Medical Center College of Pharmacy Alumni Association | 1993-1994 |
| *Ex-officio* Member, Board of Trustees | Kansas Pharmacists Association | 1994-2004 |
| Site Evaluation Team Member | The American Council on Pharmaceutical Education (ACPE) | 1994- |
| Member | Kansas Pharmacists Association Kansas Pharmacy Medicaid Initiative | 1995-1997 |
| House of Delegates Member from Kansas | American Pharmaceutical Association | 1995 |
| Field Reviewer | The American Council on Pharmaceutical Education (ACPE) | 1995 |
| House of Delegates Member from Kansas | American Pharmaceutical Association | 1996 |
| Faculty Member | National Community Pharmacists Association Management Institute | 1996 |
| Member | Hypertension Committee American Heart Association Overland Park, Kansas | 1996-1998 |
| Member, Education Committee | National Institute for Pharmacist Care Outcomes | 1996-1998 |
| Member, Taskforce B | University of Kansas | 1997 |

Jack E. Fincham                        Page 9                        31 July 2012

| | | |
|---|---|---|
| Organizational Structure Committee | Creation of the Center for Research Incorporated | |
| Chair, Regents Center Dean Search Committee | University of Kansas | 1997 |
| Member, Human Rights Committee | Community Living Opportunities Developmentally Disabled Advocacy Group Lawrence, Kansas | 1997-1999 |
| Member | Data and Outcomes Committee Kansas Coalition for Quality Asthma Care | 1997-98 |
| Vice-Chair | United Way Campaign The University of Kansas | 1997-98 |
| Member, Nominating Committee | The American Association of Colleges of Pharmacy | 1997-98 |
| Committee Member | Interdisciplinary Advisory Committee The University of Kansas Medical Center Office of Primary Care Kansas City, Kansas | 1998 |
| Grant Review Committee | Interdisciplinary Advisory Committee The University of Kansas Medical Center Office of Primary Care Kansas City, Kansas | 1998 |
| Member, Nominations Committee | Council of Deans The American Association of Colleges of Pharmacy | 1998-99 |
| Chair-Elect Council of Deans | The American Association of Colleges of Pharmacy | 1998-99 |
| Chair | United Way Campaign The University of Kansas | 1998-99 |
| Chair Council of Deans | The American Association of Colleges of Pharmacy | 1999-2000 |
| House of Delegates | American Pharmaceutical Association (Appointed Representative from The American Pharmaceutical Association Academy of Pharmaceutical Research and Science) | 1998 |
| Member | Governor's Public Health Improvement Commission, Electronic Information Systems, State of Kansas | 1998 |

| Meeting Facilitator Planner, and Coordinator | Midwest Drug Utilization Review Conference University of Kansas School of Pharmacy and University of Kansas Division of Continuing Education | 1998 |
|---|---|---|
| House of Delegates Member from Kansas | American Pharmaceutical Association | 1999 |
| Proposal Reviewer Consultant | State of Louisiana Board of Regents Health Education Fund 150 Third Street Baton Rouge, Louisiana | 2000 |
| Member, Deans Executive Committee | The University of Kansas | 2000-2003 |
| University Review Committee (Health Sciences Promotion and Tenure) | The University of Georgia | 2004- |
| Conflicts of Interest Administrator | The University of Georgia | 2004- |
| College of Pharmacy Liason | The University of Georgia Public Health Initiative | 2004- |
| Member, Graduate Faculty | The University of Georgia Graduate School | 2005- |
| American Association of Colleges of Pharmacy Appointed Representative | Pharmacy Quality Alliance | 2006-2009 |
| School Representative | Decision Theater Committee UMKC Provost Office | 2008 |
| School Representative | UMKC Promotion and Tenure Committee Campus – wide UMKC | 2008-2011 |
| Department Representative | UMKC School of Pharmacy Performance Review Committee UMKC | 2008- |
| Department Representative | UMKC School of Pharmacy Graduate Studies Committee UMKC | 2008- |

| Faculty Senate | UMKC<br>School of Pharmacy Elected Senator | 2009-2011 |
| UMKC Representative | University of Missouri System<br>Faculty Grievance Mediation Committee | 2009- |
| School of Pharmacy<br>Representative (elected) | UMKC Campus Promotion and Tenure<br>Committee | 2008- |

## HONORS

| Bristol Award | University of Nebraska<br>Medical Center College of Pharmacy | 1975 |
| Distinguished<br>President's Award | Kiwanis International | 1977-1978 |
| Fellow, Kellogg<br>Pharmaceutical<br>Clinical Scientist Program | University of Minnesota<br>College of Pharmacy | 1980-1983 |
| Clinical Scientist<br>Achievement Award | Kellogg Pharmaceutical<br>Clinical Scientist Program | 1982 |
| Faculty Member of the<br>Year - Kappa Psi<br>Pharmaceutical Fraternity | University of Mississippi<br>School of Pharmacy | 1988-1989 |
| Manuscript Award<br>American Association -<br>of Diabetes Educators<br>Carole Sinicki/The *Diabetes Educator*<br>Award for Outstanding Contributions | American Association of Diabetes<br>Educators | 1990 |
| Fellow | American Society of<br>Consultant Pharmacists | 1994- |
| National Pharmacy<br>Spokesperson | The American Cancer Society<br>Great American Smokeout | 1996- 2000 |
| Who's Who Among<br>America's Teachers | | 1997 |
| Deans Award for<br>Sustained Contributions<br>to Community Pharmacy Practice | American College of Apothecaries | 1997 |
| Special Projects Support<br>Appreciation Award | Kansas Employee Pharmacists<br>Council Kansas Pharmacists Association | 1997 |

| | | |
|---|---|---|
| Faculty Excellence in Pharmacy Administration Award for Research | National Community Pharmacists Association Foundation | 1997 |
| Recognition | Top 50 Most Influential Pharmacists In America for 1998 ***Drug Topics*** | 1998 |
| National Pharmacy Spokesperson | World No Tobacco Day | 2000-2002 |
| Inductee, Beatrice Nebraska High School Hall of Fame | Beatrice, Nebraska Education Foundation | 2003 |
| Member | University of Georgia Teaching Academy | 2006 |
| Community Pharmacy Great Communicator Award | National Association of Chain Drug Stores | 2007 |
| Pharmacy Academy | National Academies of Practice | 2008 |
| Inductee | Marquis Who's Who in America | 2009 |

## INVITED LECTURES

| | | |
|---|---|---|
| 18th 2003 Kenneth L. Waters Memorial  Lecture (Presenter) | The University of Georgia | August 21, 2003 |

## MEMBERSHIPS, ASSOCIATIONS

Academy of Pharmaceutical Sciences
American Association of Colleges of Pharmacy
American Pharmacists Association
Federation Internationale Pharmaceutique (FIP)
Missouri Pharmacists Association

## MEMBERSHIPS, HONOR SOCIETIES

Phi Beta Delta Honor Society for International Scholars
Phi Kappa Phi Honor Society
Phi Lambda Sigma Pharmacy Leadership Society
Rho Chi Honor Society

## PHARMACY LICENSES
Alabama, **Colorado (#10305)\*,** Georgia, **Kansas(#12588)**, Minnesota, Mississippi, and Nebraska (**\*Currently Active**)

## MEDICARE PROVIDER NUMBER
NPI - 1316940273

**<u>TEACHING EXPERIENCE - COURSES TAUGHT</u>**
Independent Study
      (University of Missouri – Kansas City, Undergraduate)
Practice Management
      (University of Missouri – Kansas City, Undergraduate)
Pharmaceutical and Health Care Services Delivery
      (University of Georgia, Undergraduate)
Health Care Problems
      (University of Georgia, Graduate)
Communication in Pharmacy Practice
      (University of Mississippi, Undergraduate)
Introduction to Research Design
      (University of Mississippi, Graduate)
Design and Analysis of Experiments
      (University of Mississippi, Graduate)
Health Care Administration I
      (University of Mississippi, Undergraduate)
Pharmacy and Health Care
      (Samford University, Undergraduate)
Public Health Pharmacy
      (Samford University, Undergraduate)
Biostatistics and Research Design
      (Creighton University, Undergraduate)
Health Care Systems
      (Creighton University, Undergraduate)
Pharmacy Orientation
      (University of Kansas, Undergraduate)
Health Care Systems
      (University of Kansas, Undergraduate)
University Freshman Honors Colloquium
      (University of Kansas, Undergraduate)
Pharmacy Management
      (University of Georgia)
Health Policy and Management
      (University of Georgia Masters in Public Health Curriculum)
Public Health Pharmacy Elective
      (University of Georgia)
Public Health and Health Professions Elective
      (University of Georgia)
International Comparisons of Pharmacy Services and Health Care Delivery
      (University of Georgia) Vietnam, Maymester, 2006, 2007
Discrete Choice Experiments
      (University of Georgia)
Introduction to Public Health
      (University of Georgia) Vietnam, Maymester, 2006,2007
Taking Your Medicine
      (University of Georgia) Learning in Retirement, Fall, 2006
        Volunteer, Service to the Community
Introduction to Public Health
      (University of Georgia, Undergraduate) Spring Semester, 2007
Pharmacy Practice Management

(University of Missouri, Kansas City) Spring Semester, 2009, 2010

## EDITORSHIP ACTIVITIES

| | | |
|---|---|---|
| **Founding Editor** | *Journal of Public Health Pharmacy* | 2007-2008 |
| **Founding Editor** | *Preventive Education Resource Center*<br>Association for Prevention Teaching and Research | 2007-2010 |
| **Associate Editor** | *American Journal of Pharmaceutical Education* | 2005- |
| **Associate Editor** | *International Journal of Pharmacy Practice* | 2010- |

**Manuscript Reviewer**
*Annals of Epidemiology; Drug Intelligence and Clinical Pharmacy; American Journal of Hospital Pharmacy; Clinical Pharmacy; International Journal of Pharmacy Practice; Journal of the Minnesota Pharmaceutical Association; Journal of Clinical Psychiatry; Journal of Geriatric Drug Therapy; Journal of Health Care Marketing; Journal of Pharmaceutical Management and Marketing; Journal of Research in Pharmaceutical Economics; Journal of Pharmaceutical Finance, Economics and Policy; Journal of Pharmaceutical Health Services Research; Journal of Pharmacy Teaching; Journal of Pharmacoepidemiology; Journal of Social and Administrative Pharmacy; Journal of the American Pharmaceutical Association; American Pharmacy; American Journal of Pharmaceutical Education; The Annals of Pharmacotherapy; The Gerontologist; Drugs & Aging; Drug Benefit Trends; Journal of Managed Pharmaceutical Care; Preventing Chronic Disease; Research in Social & Administrative Pharmacy; and Journal of Public Health Management & Practice, Tobacco Control, Pharmacoepidemiology and Drug Safety.*

| | | |
|---|---|---|
| **Editorial Board Member** | *Journal of Geriatric Drug Therapy* | 1986 to 2000 |
| | *Journal of Managed Pharmaceutical Care* | 2000 - 2003 |
| | *Journal of Pharmaceutical Finance, Economics and Policy* | 2002 - |
| | *International Journal of Pharmaceutical Education* | 2002 - 2005 |
| | *The Annals of Pharmacotherapy* | 2003 – |
| | *Journal of the American Pharmaceutical Association* | 2007 – 2010 |
| | *American Health and Drug Benefits* | 2008- |
| **Founding Editor** | *Journal of Pharmacoepidemiology* | 1989 – 1999 |
| **Founding Editor** | *Journal of Public Health Pharmacy* | 2007- |
| **Associate Editor** | *Journal of Pharmacy Teaching* | 1989 - 1999 |
| **Editorial Advisory Board** | *Journal of Pharmaceutical Care* | 1996 - 2002 |
| | *OTC Handbook, Eleventh Edition* | 1996 - 1998 |
| | *OTC Handbook, Twelfth Edition* | 1998 - 2000 |
| | *OTC Handbook, Thirteenth Edition* | 2002 |

| | |
|---|---|
| *Journal of Managed Pharmaceutical Care* | 2000 - 2003 |
| *Effective Pharmacy Management Advisory Board* | 2002 – 2003 |
| *Prentice Hall Nurse's Drug Guide 2007* | 2006 |

## BOOKS AUTHORED- Forthcoming

1. Fincham, J.E. Public Health in Pharmacy Practice, Chicago, IL; McGraw Hill Professional, Contract ID#:FIN-90248 (In Press).

2. Smith, M.I, Wertheimer, A.I., Fincham, J.E. <u>Pharmacy and the US Health Care System, Fourth Edition</u>, London, UK: Royal Pharmaceutical Society of Great Britain (In Press).

## BOOKS AUTHORED- Published

1. Fincham, J.E. Health Policy and Ethics, London, UK: Pharmaceutical Press, Royal Pharmaceutical Society of Great Britain, 2011(June), **ISBN-13**: 978-0853698388.

2. Fincham, J.E. <u>e-Prescribing: The Electronic Transformation of Medicine,</u> Boston, MA: Jones and Bartlett Publishers, 2009, **ISBN-13:** 9780763754013.

3. Fincham, J.E. <u>Everyday Guide to Managing Your Medicines</u>, Boston, MA: Jones and Bartlett Publishers, 2007, **ISBN 13:** 9780763751012.

4. Fincham, J.E. <u>The Medicare Part D Drug Program: Making the most of the benefits</u>, Boston, MA: Jones and Bartlett Publishers, 2007, **ISBN:** 0763749672, Sudbury, MA: Jones & Bartlett Publishers.

5. Fincham, J.E. <u>Patient Compliance with Medications: Issues and Opportunities,</u> Binghamton, NY: Pharmaceutical Products Press, 2007.

6. Fincham, J.E. <u>Taking Your Medicine: A Guide to Medication Regimens and Compliance for Patients and Caregivers,</u> Binghamton, NY: The Haworth Press, 2005

7. Smith, M.I., Wertheimer, A. I, Fincham, J.E.. <u>Pharmacy and the U. S. Health Care System, Third Edition,</u> Binghamton, NY:  The Haworth Press, 2005.

8. Fincham, J. E., Wertheimer, A. I. <u>Pharmacy and the U. S. Health Care System, Second Edition,</u> Binghamton, NY:  The Haworth Press, 1998, (0-86656-849-2 and 1-56024-097-9).

9. Fincham, J.E., Editor <u>Advancing Prescription Medicine Compliance: New Paradigms, New Practices,</u> Binghamton, NY: Pharmaceutical Products Press, Inc., 1995.

10. Fincham, J.E. <u>The importance of outcomes research for pharmacy</u> , Washington, DC: American Pharmaceutical Association, 1993, Series ISSN**:** 0160-3450.

11. Fincham, J.E., Wertheimer, A.I. <u>Pharmacy and the U.S. Health Care System</u>, Binghamton, NY: The Haworth Press, 1991, (0-86656-849-2 and 1-56024-097-0).

## THESIS, DISSERTATION ADVISOR (MAIN) GRADUATE STUDENTS

1. Coy B. Lane, M.S. Pharmacy Care Administration, The University of Georgia, An analysis of staffing in selected pharmacy outpatient and intravenous additive services provided by three groups of naval hospitals, 1985.
2. Patrick J. Sweeney, Ph.D. Health Care Administration, The University of Mississippi, A comparison of low birthweight, perinatal mortality, and infant mortality between first and second births to women seventeen years of age or under, 1987.
3. Robert E. Northern, M.S. Health Care Administration, The University of Mississippi, An analysis of trends in resource utilization by primary care physicians for selected DRGs under the prospective payment system, 1988.
4. Katherine E. Burdenheide, M.S. Health Care Administration, The University of Kansas, A comparison on documentation activities occurring in independent and chain community pharmacies, 1998.
5. Mary P. Reeg-Dhingra, M.S. Health Care Administration, The University of Kansas, A Multicenter Study of Pharmacist Directed Interventions in Dyslipidemia Therapy, 2000.
6. Mary P. Reeg-Dhingra, M.S. Health Care Administration, The University of Kansas, A Multicenter Study of Pharmacist Directed Interventions in Dyslipidemia Therapy, 2000.
7. Tammy S. Cohen, M.S. Health Care Administration, The University of Kansas, PILLS: Pharmacist intervention in lipid lowering study, 2001.
8. Kirti J. Manjrekar, M.S. Pharmacy Care Administration, The University of Georgia, Influence of regional differences and hospital characteristics on health outcomes for inpatient hospitalization of venous thromboembolism patients in the United States, 2006

## PUBLICATIONS

1. Fincham, J.E. "The Addition of a Drug Component to an Ambulatory Risk Management Program," *Journal of Social and Administrative Pharmacy, Vol.* 1, No. 1, 29-33 (1983).

2. Fincham, J.E. and Wertheimer, A.I., "Using the Health Belief Model to Predict Initial Drug Therapy Defaulting," *Social Science and Medicine,* Vol. 20, No. 1, 101-105 (1985).

3. Fincham, J.E., "The Use of Specialized Patient Medication Information Sheets with End Stage Renal Disease Patients: A Pilot Study," *Patient Education and Counseling,* Vol. 7, 23-38 (1985).

4. Fincham, J.E. and Wertheimer, A.I., "Identifying the Initial Drug-Therapy Defaulter," *Patient Counseling and Community Pharmacy,* Vol. 3, No. 3, 12-14 (1985).

5. Fincham, J.E., "Prescriptive Authority: The Physician Assistants' Views," *Journal of The Georgia Medical Association,* Vol. 74, No. 2, 81-83 (1985).

6. Fincham, J.E., "Practice-Related Factors, Practice Satisfaction, and the Health Care System Physician Assistants' Views," *Evaluation and the Health Professions,* Vol. 8, No. 1, 23-38 (1985).

7. Fincham, J.E. and Wertheimer, A.I., "Correlates and Predictors of Self-Medication Attitudes of Initial Drug Therapy Defaulters," *Journal of Social and Administrative Pharmacy,* Vol. 3, No. 1, 10-17 (1985).

8. Fincham, J.E., "Commentary: Drug-related Problems in Nursing Home Patients," *Journal of Geriatric Drug Therapy, Vol.* 1, No. 1, 73-74 (1986).

9.    Fincham, J.E. and Wertheimer, A.I., "Initial Drug Noncompliance in the Elderly," *Journal of Geriatric Drug Therapy, Vol.* 1, No. 1, 19-29 (1986).

10.   Fincham, J.E., "Over-the-Counter Drug Use and Misuse by the Ambulatory Elderly: A Review of the Literature," *Journal of Geriatric Drug Therapy, Vol.* 1, No. 2, 3-22 (1986).

11.   Fincham, J.E. and Wertheimer, A.I., "Predictors of Patient Satisfaction in a Health Maintenance Organization," *Journal of Health Care Marketing,* Vol. 6, No. 3, 5-11 (1986).

12.   Fincham, J.E. "How Pharmacists are Rated as a Source of Drug Information by Physician Assistants," *Drug Intelligence and Clinical Pharmacy,* Vol. 20, No. 5, 379-383 (1986).

13.   Carroll, N.V., Siridhara, C. and Fincham, J.E., "Factors Affecting Market Acceptance of Generic Drug Products: An Examination of Inherent Risk, Price, and Maximum Allowable Cost Coverage," *Akron Business and Economic Review,* Vol. 18, No. 1, 11-18 (1987).

14.   Carroll, N.V., Siridhara, C. and Fincham, J.E., "Perceived Risks and Pharmacists' Generic Substitution Behavior," *Journal of Consumer Affairs,* Vol. 20, No. 1, 36-47 (1986).

15.   Fincham, J.E., Garner, D.D., Brown, T.R., and Lohrisch, D.N. "Monitoring Adverse Drug Reactions in Mississippi," *Bulletin of the Bureau of Pharmaceutical Services,* Vol. 22, No. 6, 1-4, (1986)

16.   Fincham, J.E., "Indirect Counseling via Telephone-Some Considerations," *Patient Counseling and Community Pharmacy, Vol.* 5, No. 1, 9-12 (1987).

17.   Fincham, J.E., "The Impact of Advertising on the Pharmacist-Patient Relationship," in: **A Casebook in Social and Behavioral Pharmacy,** A.I. Wertheimer and M.C. Smith, Editors, Cincinnati, Ohio: Harvey Whitney Books, Chapter V., Case 2, pp. 138-141 (1987).

18.   Fincham, J.E. "Reimbursement for Counseling: The Time is Now," *Merck Minutes,* Vol. 4, No. 2 (May) 1987.

19.   Erwin, W.G., Fincham, J.E., and Miller, M.J., "Ethics Coursework at Colleges of Pharmacy: Differentiation by Practice Degrees Awarded," *American Journal of Pharmaceutical Education,* Vol. 51, No. I (Spring) 24-27 (1987).

20.   Fincham, J.E., "Pilot Projects to Stimulate Adverse Drug Reaction Reporting," *Journal of Clinical Pharmacy and Therapeutics,* Vol. 12, No. 4, 243-247 (1987).

21.   Fincham, J.E. "Educating Your Patients: How to do it Effectively," *American Druggist,* Continuing Education Insert-Managing Your Pharmacy, Vol. 195, No. 6, Spring 1987.

22.   Carroll, N.V., Fincham, J.E., and Cox, F.M., "The Effects of Differences in State Drug Product Selection Laws on Pharmacists' Substitution Behavior," *Medical Care,* Vol. 25, No. 11, 10691077 (1987).

23.   Fincham, J.E. "What do Patients Want From Managed Care?" *Merck Minutes,* Vol. 4, No. 4 (November) 1987.

24.   Perri, M., Kotzan, J., Carroll, N., and Fincham, J.E. "Attitudes About Physician Dispensing Among Pharmacists, Physicians, and Patients," *American Pharmacy,* Vol. NS27, No. 10, 701-705 (1987).

25.   Kotzan, J.A., Carroll, N.V., Perri, M., and Fincham, J.E., "The Prescription to Nonprescription Switch: Consumer Awareness, Purchases, Information Sources, and the Pharmacist," *Journal of Pharmaceutical Marketing and Management,* Vol. 2, No. 1, 43-61 (1987).

26.   Carroll, N.V., Perri, M., Eve, E.E., Kotzan, J.A., Fincham, J.E., "Estimating Demand for Health Information: Pharmacy Counseling Services," *Journal of Health Care Marketing,* Vol. 7, No. 4, 33-40 (1987).

27.   Smith, M.C., Benowitz, N.L., Fincham, J.E., McCollum H. "The Role of the Pharmacist in Smoking Cessation," *Today's Therapeutic Trends,* Vol. 6, Supplement 1, 1-26 (1988).

28.   Fincham, J.E. "Drug Testing of Pharmacy Graduates: An Idea Whose Time Should Not Come," *American Pharmacy,* Vol. NS28, No. 2, 12-13, February (I 988).

29.   Fincham, J.E., and Lohrisch, D.N. "Reporting of Adverse Drug Reactions: A Matter of Health," *Mississippi Morbidity Report* December, Vol. 6, No. 6, 1-2 (1987).

30.   Fincham, J.E. and Wertheimer, A.I., "Predictors of Patient Satisfaction with HMO Pharmacy Services," *Journal of Pharmaceutical Marketing and Management,* Vol. 2, No. 2, 73-88 (1987).

31.   Fincham, J. E., Garner, D. D., Brown, T. R., "Occurrence and Reporting of Adverse Drug Reactions in Mississippi Nursing Homes," *Consultant Pharmacist,* Vol. 3, No. 3, 267-270 (1988).

32.   Fincham, J.E., Brown, T.R., Garner, D.D. "Reporting of Adverse Drug and Biologic  Reactions in Mississippi Hospitals," *Hospital Pharmacy,* Vol. 23, No. 3, 248-251 (1988).

33.   Fincham, J.E. and Smith, M.C., "Phannacists'Beliefs About Health Promotion Practices,"  *Journal of Community Health.* Vol. 13, No. 2,115-123 (1988).

34.   Smith, M.C., O'Quin J.A., Ladner, K.E. and Fincham, J.E., "Older Patient's Opinions About Pharmacy Services in Mississippi," *Mississippi Pharmacist.* Vol. 14, No. 5, 28-31 (1988).

35.   Fincham, J.E. "Hospital Adverse Drug Reaction Reporting," *Journal of Pharmacy Technology.* Vol. 4, No. 5, 179-181 (1988).

36.   Fincham, J.E. "Pharmacy in Sweden: A Commentary," *Welcome Trends in Pharmacy, Vol.* 10. No. 10, 13-14,(1988).

37.   Fincham, J.E. "Patient Compliance in the Ambulatory Elderly: A Review of the Literature," *Journal of Geriatric Drug Therapy,* Vol. 2., No. 4, 31-52, (1988).

38.   Fincham, J.E., and Wertheimer, A.I. "Elderly Patient Initial Noncompliance: The Drugs and the Reasons," *Journal of Geriatric Drug Therapy,* Vol. 2., No. 4, 53-62, (1988).

39.   Fincham, J.E., and Wertheimer, A.I. "Factors Affecting Self-medication Attitudes of Initial Noncompliant Patients in a Health Maintenance Organization," *Social Pharmacology,* Vol. 2, No. 45, 309-326, (1988).

40.   Fincham, J.E. "The Aging of America-How to Deal with the Geriatric Patient in the Community Pharmacy," Coker, S. (Ed.) **Proceedings of the Annual Meeting of National Association of Boards of Pharmacy and the American Association of Colleges of Pharmacy of the Third District.** Auburn, Alabama: Auburn University Press, 36-49, (1988).

41.   Fincham, J.E. "Anaphylactic Reaction Secondary to a Medication Administration Error in a Patient Receiving Intravenous Antibiotics, *Hospital Pharmacy,* Vol. 23, No. 10, 895-896, (1988).

42.    Fincham, J.E. "Therapeutic Failure With Generic Clonidine in an Elderly Female: A Case Report," *Journal of Geriatric Drug Therapy,* Vol. 3, No. 1, 83-87 (1988).

43.    Fincham, J.E. "The Health Environment," in: **Pharmacy Practice Social and Behavioral Aspects,** A.I. Wertheimer and M.C. Smith, Editors, Cincinnati, Baltimore: Williams and Wilkins, Chapter 10, 303-327 (1989).

44.    Fincham, J.E.  "Cardiopulmonary Arrest and Subsequent Death after Administration of Buprenorphine in an Elderly Female: A Case Report," *Journal of Geriatric Drug Therapy,* Vol. 3, No. 3, 103-105 (1989).

45.    Fincham, J.E. "Adverse Drug Reaction Reporting and Pharmacists," *Journal of Clinical Pharmacy and Therapeutics,* Vol. 14, 79-81 (1989).

46.    Fincham, J.E., and Smith, M.C. "The Role of the Pharmacist in Smoking Cessation Counseling," *Drug Topics,* June 19, 1989, A Continuing Education Supplement, 1-24 (1989).

47.    Fincham, J.E. "Exacerbation of Glaucoma in an Elderly Female Taking Naproxen Sodium: A Case Report," *Journal of Geriatric Drug Therapy,* Vol. 3, No. 4, 139-143 (1989).

48.    Smith, M.C., Fincham, J.E., Ladner, K., O'Quin, J., "Mississippi Pharmacists' Performance on Questions from the Geriatric Curriculum," *American Journal of Pharmaceutical Education, Vol.* 535 145-151 (1989).

49.    Fincham, J.E., "A Statewide Program to Stimulate Reporting of Adverse Drug Reactions," *Journal of Pharmacy Practice, Vol.* 11, No. 4, 239-244 (1989).

50.    Fincham, J.E. "Negative Patient Outcomes after Self-medication with Prescription and Over-the-counter Drugs," *Social Pharmacology,* Vol. 3, No. 1/2, 37-53 (1989).

51.    Fincham, J.E. "The Aging of America-How to Deal with the Geriatric Patient in the Community Pharmacy," *Journal of Geriatric Drug Therapy.,* Vol. 4, No. 1, 33-49 (1989).

52.    Smith, M.C., Fincham, J.E., Ladner, K., O'Quin, J. "Mississippi Pharmacists' Scores on the Facts on Aging Quiz," *Journal of Geriatric Drug Therapy,* Vol. 4, No. 1, 91-98 (1989).

53.    Fincham ,J.E. *"The Journal of Pharmacoepidemiology:* Reasons for Existence, "Journal of *Pharmacoepidemiology,* Vol. 1, No. 1, 3-5 (1990).

54.    Fincham, J.E. "Health Care in the United States," in **Comprehensive Medicinal Chemistry,** P.D. Kennewell, Editor, Elmsford, NY: Pergamon Press, Chapter 4.5 (1990).

55.    Nagasawa, M., Smith, M.C., Barnes, J.H., Fincham, J.E. "Meta-analysis of Correlates of Diabetes Patients' Compliance With Prescribed Medications," *The Diabetes Educator,* Vol. 16, No. 3, 192200 (1990).

56.    Fincham, J.E., Szeinbach, S. "The Mississippi Adverse Drug Reaction Reporting Program," *Clinical Research Practices and Drug Regulatory Affairs,* Vol. 8, No. 1, 45-63 (1990).

57.    Fincham, J.E., "Interpretation and Reporting of Research Findings," in: **Health Research, Design, and Methodology,** E.N. Okolo, Editor, Boca Raton, FL: CRC Press, Inc., Chapter 5, 229-252 (1990).

58.    Fincham, J.E., "The Kellogg Pharmaceutical Clinical Scientist Program: A Student's Perspective," *Journal of Pharmacy Teaching, Vol.* 1, No. 2, 57-64 (1990).

59.    Fincham, J.E. "Hospital and Nursing Home Pharmacists' Attitudes Toward Adverse Drug Reaction Reporting," *Journal of Social and Administrative Pharmacy,* Vol. 7, No. 3, 117-122 (1990).

60.    Fincham, J.E., "Adverse Drug Reaction Occurrence in Elderly Patients," *Journal of Pharmacoepidemiology,* Vol. 1, No. 2, 55-66 (1990).

61.    Smith, M.C., Fincham, J.E., Messer, S.C. "A Longitudinal Study of Attitude Change in Pharmacy Students During School and Post Graduation," *American Journal of Pharmaceutical Education,* Vol. 55, No. 1, 30-35 (1991).

62.    Szeinbach, S.L., Fincham, J.E., Garner, D.D., Brown, T.R. "Adverse Drug Reaction Monitoring in Mississippi Home Health Care Agencies," *Home Health Care Services Quarterly,* Vol. 12, No. 1, 47-55 (1991).

63.    Fincham, J.E. "An Overview of Adverse Drug Reactions," *American Pharmacy,* Vol. NS3 1, No. 6, 47-53 (1991).

64.    Fincham, J.E. "Ageing Communities," in: **Proceedings of The Pharmaceutical Society of Australia Annual Pharmacy Refresher Course,** J. Thomas, Editor, Sydney, Australia: The Pharmaceutical Society of Australia Ltd., 124-143 (1991).

65.    Fincham, J.E. "Drug and Over-the-Counter Misuse by the Elderly," In: **Proceedings of The Pharmaceutical Society of Australia Annual Pharmacy Refresher Course,** J. Thomas, Editor, Sydney, Australia: The Pharmaceutical Society of Australia Ltd., 146-167 (1991).

66.    Fincham, J.E. "Marketing to the Elderly," in: **Proceedings of The Pharmaceutical Society of Australia Annual Pharmacy Refresher Course,** J. Thomas, Editor, Sydney, Australia: The Pharmaceutical Society of Australia Ltd., 170-180 (1991).

67.    Fincham, J.E. "Communication With the Elderly," in: **Proceedings of The Pharmaceutical Society of Australia Annual Pharmacy Refresher Course, J.** Thomas, Editor, Sydney, Australia: The Pharmaceutical Society of Australia Ltd., 184-195 (1991).

68.    Fincham, J.E. "The Role of the Australian Pharmacist in Smoking Cessation," in: **Proceedings of The Pharmaceutical Society of Australia Annual Pharmacy Refresher Course,** J. Thomas, Editor, Sydney, Australia: The Pharmaceutical Society of Australia Ltd., 198-219 (1991).

69.    Fincham, J.E. "Therapeutic Failure with Generic Hydrochlorothiazide-Triamterene in an Elderly Female: A Case Report," *Journal of Geriatric Drug Therapy,* Vol. 5, No. 4, 85-89 (1991).

70.    Fincham, J.E., Nissenbaum, R.S. "Polypharmacy: A Real Life Example," *Journal of Pharmacoepidemiology,* Vol. 2, No. 1, 79-85 (1991).

71.    Fincham, J.E. "Adverse Drug Reaction Occurrence in Elderly Patients," *Journal of Geriatric Drug Therapy,* Vol. 5, No. 4, 39-50 (1991).

72.    Fincham, J.E. "Therapeutic Failure with Generic Hydrochlorothiazide-Triamterene in an Elderly Female:  A Case Report," *Journal of Pharmacoepidemiology,* Vol. 2, No. 1, 61-66 (1991).

73.    Fincham, J.E. "Preface," in: **Pharmacy and the U.S. Health Care System,** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press xv-xvii (1991).

74.    Fincham, J.E. "Introduction," Chapter 1, in: **Pharmacy and the U.S. Health Care System,** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press, 1-7 (1991).

75.   Fincham, J.E. "Drug Distribution," Chapter 12, in: **Pharmacy and the U.S. Health Care System,** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press, 308-324 (1991).

76.   Fincham, J.E. "The Drug Use Process," Chapter 14, in: **Pharmacy and the U.S. Health Care Care System,** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press, 397-438 (1991).

77.   Fincham, J.E. "Provision of Pharmaceutical Services to Subpopulations," Chapter 15, in: **Pharmacy and the U.S. Health Care System,** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press, 439-461 (1991).

78.   Fincham, J.E. "Conclusion," Chapter 17, in: **Pharmacy and the U.S. Health Care System,** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press, 522-536) (1991).

79.   Fincham, J.E., Smith, M.C. "A Comparison of Pharmacists' Attitudes Toward the Benefits of Smoking Cessation," *Journal of Pharmacy Teaching,* Vol. 2, No. 2, 33-43 (1991).

80.   Fincham, J.E. "Adverse Drug Reaction Occurrence in Elderly Women," *Journal of Women & Aging,* Vol. 3, No. 2, 85-94 (1991).

81.   Fincham, J.E. "Book Review: The Complete Drug Reference," United States Pharmacopeial Convention Inc., 1991 *Journal of Pharmacoepidemiology,* Vol. 2, No. 2, 71-72 (1991).

82.   Prisant L.M., Spruill W.J., Wade W.E., Fincham J.E., Carr A.A., Adams M. "Detection of Antihypertensive Drug-Induced Depression," *Journal of Clinical Pharmacology,* Vol. 31, 850 (1991).

83.   Prisant L.M., Spruill W.J., Fincham J.E., Wade W.E., Carr A.A., Adams M. "Depression Associated with Antihypertensive Drugs," *The Journal of Family Practice,* Vol. 33, No. 5, 481 485 (1991).

84.   Fincham, J.E. "Monitoring and Managing Adverse Drug Reactions," *American Pharmacy, Vol.* NS32, No. 2, 74-82 (1992).

85.   Fincham, J.E. "Developing New Profit Centers," *U.S Pharmacist,* Vol. 17, No. 2, 49-52 (1992).

86.   Fincham, J.E. Nissenbaum, R.S. "Polyphannacy: An Example of Hypercompliance and Inappropriate Drug Therapy," *Journal of Pharmacoepidemiology,* Vol. 2, No. 3, 33-39 (1991).

87.   Fincham, J.E. "How Can the Pharmacist Counsel Smokers to Stop?" *Drug Store News for the Pharmacist,* Vol. 2, No. 3, 49-54 (1992).

88.   Fincham, J.E. "Smoking Cessation: Treatment Options and the Pharmacist's Role," *American Pharmacy,* NS32, No. 5, 62-71 (1992).

89.   Carroll, N.V., Fincham, J.E. "Elderly Consumers' Views of Community and Mail Order Pharmacies," *Journal of Pharmaceutical Marketing and Management,* Vol 6., No. 3, 3-20, (1992).

90.   Fincham, J.E. "Perioperative Implications of Tobacco Use," *AORN Journal,* Vol. 56, No. 3, 53 1 538 (1992).

91.   Fincham, J.E. and Wertheimer, A.I. "Factors Influencing Satisfaction Among HMO Patrons," Chapter 22, in: **Marketing Pharmaceutical Services,** H.A. Smith and S.J. Coons, Editors, Binghamton, NY: Haworth Press, 319-333 (1992).

92.  Prisant, L.M., Spruill, W.J., Wade, W.E., Fincham, J.E. "Assessment of Drug-induced Depression in Young and Elderly Hypertensive Patients," *Journal of Clinical Pharmacology,* Vol. 32, 765 (1992).

93.  Stohs, S.J., Fincham, J.E. "Commentary on Mail Order Pharmacy," *Nebraska Mortar and Pestle,* Vol. 55, No. 9, 11 (1993).

94.  Fincham, J.E. "The Etiology and Pathogenesis of Detrimental Health Effects in Elderly Smokers," *Journal of Geriatric Drug Therapy,* Vol. 7, No. 1, 5-21 (1993).

95.  Fincham, J.E. "Use of Transdermal Nicotine Patches in Long-term Care Facility Residents," *Consultant Pharmacist.* Vol. 8, No. 3, 23 8-242 (1993).

96.  Fincham, J.E. "Patient Counseling and OBRA and Transdermal Drug Delivery Systems: What Do Patients Need to Know?" *US. Pharmacist,* Vol. 18, No. 5, 84,87,88,98,100 (1993).

97.  Fincham, J.E. "The Importance of Outcomes Research for Pharmacy", *American Pharmacy,* Vol.NS33, No.12, Supplement, S3-S4 (1993).

98.  Carroll, N.V., Fincham, J.E. "Elderly Consumers' Perceptions of the Risks of Mail-order Pharmacies. *Journal of Social and Administrative Pharmacy, Vol.* 10, No. 3, 123-129 (1993).

99.  Fincham, J.E. Makoid, M.C. "Concomitant Use of Nonsteroidal Anti-inflammatory Drugs and H2 Antagonists in an Ambulatory Elderly Population," *Journal of Geriatric Drug Therapy,* Vol. 7, No. 4, 73-83 (1993).

100.  Fincham, J.E. "The Role of Nicotine Replacement in Smoking Cessation Therapy," *Drug Topics,* March 1994 Supplement, 3-13.

101.  Fincham, J.E. "Patient Counseling and Derm Therapy," *U.S. Pharmacist,* Vol. 19, No. 4, 56,57,61,62,66,71,7274,77,78 (1994).

102.  Fincham, J.E., Shaffer, C. "Description of a Geriatric Assessment Team Incorporating a Clinical Pharmacist and Other Health Professionals," *Journal of Geriatric Drug Therapy,* Vol. 8., No. 3, 83-94 (1994).

103.  Feldhaus, J.B., Garner, D.D., Banahan, B.F., Fincham, J.E., Vitell, S.J. "The Perception of Customer Service at the Drug Wholesaler-Independent Retail Pharmacist Interface," *Journal of Pharmaceutical Marketing and Management,* Vol. 8, No. 1, 141-160 (1994).

104.  Fincham, J.E. "Differential Aspects of the Various HMG CoA Reductase Inhibitors Used in the Treatment of Hypercholesterolemia," *Drug Topics,* June 1994 Supplement, 3-11 (1994).

105.  Boynton, P.R., Fincham, J.E. "Geriatric Assessment Team Case Studies: An Elderly Patient Requiring Extensive Care and Scrutiny to Avoid Drug Misadventuring," *Journal of Geriatric Drug Therapy,* Vol. 9, No. 2, 69-75 (1994).

106.  Fincham, J.E. "Educating for Managed Competition Environments," Coker, S. (Ed.) **Proceedings of the Annual Meeting of National Association of Boards of Pharmacy and the American Association of Colleges of Pharmacy of the Third District.** Auburn, Alabama: Auburn University Press, 81-90 (1994).

107.  Fincham, J.E. "Health Care and Changes Ahead," *Journal of Pharmacoepidemiology,* Vol. 3, No. 1, 1-2, (1994).

108.  Fincham, J.E., Hospodka, R.J., Scott, D.M. "The True Value of Pharmacist Care," *NARD Journal.* Vol. 117, No.3, 29-31 (1995).

109.   Fincham, J.E. "Pharmacoepidemiology, a Basic Bibliography," *Hospital Pharmacy,* Vol. 30, No.5, 429-430 (1995).

110.   Fincham, J.E. "Introduction: The Issue of Compliance," In **Advancing Medication Compliance: New Paradigms, New Practices,** (ed.  Jack E. Fincham) Binghamton, NY: Pharmaceutical Products Press, Inc., 1995, 1-2.

111.   Makoid, M.C., Fincham, J.E. "An Analysis of Pharmacy Billing Discrepancies in a Drug  Benefit Plan," *Journal of Pharmacoepidemiology,* Vol. 4, No. 1, 31-39 (1995).

112.   Fincham, J.E. "Health Care Change," *Journal of Pharmacoepidemiology,* Vol. 4, No. 1, 1-2 (1995).

113.   Fincham, J.E. "Medication Compliance and the Elderly" *Journal of Pharmacoepidemiology,* Vol. 4, No. 2, 7-14 (1995).

114.   Fincham, J.E. "The Benefits of Database Access" *Journal of Pharmacoepidemiology,* Vol. 4, No.2, 1-2 (1995).

115.   Fincham, J.E. "Christian Pharmacists' Interactions with Patients Terminally Ill with Cancer,"*Christianity and Pharmacy, Vol.* 1, No. 1, 21-24, 5 7-5 8 (1996).

116.   Fincham, J.E. "Smoking Cessation Products," Chapter 36 in **Handbook of Nonprescription Drugs, 11th Edition** (ed.  T. Covington), Washington, D. C.: American Pharmaceutical  Association, 715-723 (1996).

117.   Fincham, J.E., Hunter, J.B. "Documenting the Worth of Pharmacist Care," *NARD Journal*, Vol.118, No. 4, 29-3 2 (1996).

118.   Fincham, J.E. "Book Review: Prescription Drug Abuse: The Hidden Epidemic," by Rod Colvin, Addicus Books, Inc. 1994.  *Journal of Pharmacoepidemiology,* Vol. 5, No. 1, 51 (1996).

119.   Fincham, J.E. "Ambulatory Elderly," Chapter 20 in **Social and Behavioral Aspects of Pharmaceutical Care,** (eds.  M.C. Smith and A.I. Wertheimer), Pharmaceutical Products Press, Inc. 515-536 (1996).

120.   Fincham, J.E. "Ambulatory Elderly," Chapter 20 in *Instructor's Manual,* Social and Behavioral **Aspects of Pharmaceutical Care,** (eds.  M.C. Smith and A.I. Wertheimer), Pharmaceutical Products Press, Inc. 61-63 (1996).

121.   Fincham, J.E., Lender, D., Hughes, J., Shiffman, S. **New Product Bulletin on NicoDerm CQ.** American Pharmaceutical Association, Washington, DC 1-10 (1996).

122.   Fincham, J. E., "The Role and Economic Impact of Pharmacist Care" *Journal of Pharmaceutical Care,* Vol. 1, No. 1, 1-12 (1997).

123.   Fincham, J.E., Gottlob, A. "The Kansas Report" *America's Pharmacist, Vol.*  II 9, No. 5, (1997).

124.   Fincham, J.E. "The Emergence of Pharmacoepidemiology as a Discipline," *Journal of Faculty of Pharmacy Ankara University,* Vol. 76, 268-283 (1997).

125.   Fincham, J.E. "Health Care Costs: The Influence of Managed Care." *Journal of Pharmacoepidemiology,* Vol. 6, No. 1, 1-3 (1997).

126.   Fincham, J.E. "Preface," in: **Pharmacy and the U.S. Health Care System, Second Edition.** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press, *xix-xxi* (1998).

127.   Fincham, J.E. "Introduction," Chapter 1, in: **Pharmacy and the U.S. Health Care System, Second Edition** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press, 17 (1998).

128.   Fincham, J.E. "The Drug Use Process," Chapter 15, in: **Pharmacy and the U.S. Health Care System, Second Edition** J.E. Fincham and A.I. Wertheimer, Editors, Binghamton, NY: Haworth Press, 395-438 (1998).

129.   Fincham, J.E., Hunter, J.B. "Documentation of Pharmacists' Interventions in the Ambulatory Setting: Results with Geriatric Patients," *Journal of Geriatric Drug Therapy, Vol.* 11, No. 4,  27-42 (1996).

130.   Fincham, J.E., Hunter, J.B. "Documentation of Pharmacists' Interventions in the Ambulatory Setting: Results with Geriatric Patients," in **Geriatric Drug Therapy Interventions** James W. Cooper, Jr., Editor, Binghamton, NY: Haworth Press, 27-42 (1998).

131.   Fincham, J.E., Lofholm, P.W. "Pharmacist Care for Diabetes Patients" *America's Pharmacist,* Vol. 120, No. 3, 49-52 (1998).

132.   Howard, P.A., Henry, D.W., Fincham, J.E. "Assessment of Graduate Outcomes: Focus on Professional and Community Activities, " *American Journal of Pharmaceutical Education,* Vol. 62, No. 1, 31-36 (1998).

133.   Fincham, J.E. "Pharmaceutical Care Studies: A Review and Update," *Drug Benefit Trends, Vol.* 10, No. 6, 41-45 (1998).

134.   Fincham, J.E, "The Continuing Epidemic of Cigarette Consumption and Sequelae," *Journal of Pharmacoepidemiology,* Vol. 7, No. 1, 3-9 (1998).

135.   Fincham, J.E, "Bibliography of the Drug Interaction Influence of Smoking, a Thirty Year Literature Retrospective," *Journal of Pharmacoepidemiology,* Vol. 7, No. 1, 43-68 (1998).

136.   Fincham, J.E. Book Review: Detection of new adverse drug reactions fourth edition.  Edited by M.D.B. Stephens, J.C.C. Talbot, and P.A. Routledge.  *London: MacMillan reference LTD, 1998, Journal of Pharmacoepidemiology,* Vol. 8, No. 1, 67-68 (1999).

137.   Fincham, J.E. Book Review: Pharmacoepidemiology, an introduction, third edition.  Edited by Abraham G. Hartzema, Miquel S. Porta, and Hugh T. Tilson*, Journal of Pharmacoepidemiology,*  Vol. 8, No. 1, 68-69 (2000).

138.   Fincham, J.E., Hunter, J.B. "Medication, Medication Effectiveness, and Pharmacist Documentation", Abstracts in Social Gerontology, Vol. 42, No. 1, 22-23, #0040, (1999)

139.   Fincham, J.E., Wallace I. "Ticlopidine Compliance Enhancement: A Community Pharmacy Based Study", *Journal of Pharmacoepidemiology,*Vol 8, No. 1, 51-66, (2000)

140.   Fincham, J.E. "Change, Chaos, and Leadership", *American Journal of Pharmaceutical Education*, Vol 63 (Winter): 457, (2000).

141.   Fincham, J.E. "A School of Pharmacy Without Walls – Virtual? Reality??, *American Journal of Pharmaceutical Education*, Vol 64 (Spring): 101, (2000).

142.   Fincham, J.E. "Nicotine Addiction," Chapter 36 in **Handbook of Nonprescription Drugs, 12th Edition** (ed.  N. Popovich), Washington, D. C.: American Pharmaceutical Association, 899-913 (2000).

143.  Fincham, J.E. "Who is in Charge Here?", *American Journal of Pharmaceutical Education*, Vol 64 (Summer): 212, (2000).

144.  Fincham, J.E., Burton D.L., Knoer, S.J., Burenheide K., Le, T. "The CIGNA HealthCare Quality Improvement and Patient Satisfaction Project," *Journal of Managed Care Pharmacy*, Vol. 6, No. 4, 312-315, (2000).

145.  Fincham, J.E., Braman, K.S., McNees, GE. "Smoking Cessation Success Rates with Drug Therapy in a Sample of Medicaid Patients," [Published Abstract] *Value in Health*, Vol. 3, No.2, 60, (2000).

146.  Fincham, J.E. "Participate in the Leadership of Your Organization", *American Journal of Pharmaceutical Education* Vol. 64, (Fall): 328, (2000).

147.  Reeg-Dhingra, M.P., Howard, P.A., Fincham, J.E. "A Multicenter Study of Pharmacist Directed Interventions in Dyslipidemia Therapy", [Published Abstract] *Value in Health*, Vol. 3, No.5, 299, (2000).

148.  Fincham, J.E. "Chair Report of the Council of Deans", *American Journal of Pharmaceutical Education* Vol. 64, (Winter Supplement): 31S, (2000).

149.  Fincham, J.E. "Differing Levels of Patient Satisfaction with Pharmacy Services in a Managed Care Organization", [Published Abstract] *Value in Health*, Vol. 3, No.5, 369, (2000).

150.  Howard, P.A., Shireman,T.I., Dhingra, A., Ellerbeck, E.F., Fincham, J.E. "ACE Inhibitor Patterns of Use in Elderly Medicaid Patients with Heart Failure", [Published Abstract] *American Journal of Geriatric Cardiology*, Vol. 10, No. 2, 118, (2001).

151.  Fincham, J.E. "Smoking Cessation Products," Chapter 44 in **Handbook of Nonprescription Drugs, 13th Edition**, Washington, D. C.: American Pharmaceutical  Association, 1997-1014 (2002).

152.  Howard, P.A., Shireman, T.I., Dhingra, A., Ellerbeck, E.F., Fincham , J.E. "Patterns of ACE Inhibitor Use in Elderly Medicaid Patients with Heart Failure," *American Journal of Geriatric Cardiology*, 11:287-294 (2002).

153.  Fincham, J.E. "Basic Bibliographies: Pharmacoepidemiology," *Hospital Pharmacy*, 37(5): 684-689, 696 (2002).

154.  Fincham, J.E. "Basic Management Principles" Chapter 2 in **Effective Pharmacy Management, Ninth Edition**, Alexandria, VA: National Community Pharmacists Association (2003).

155.  Fincham, J.E. "The Drug Use Process" Chapter 15 in **Pharmacy and the U.S. Health Care System, Third Edition** M. I. Smith**,** A.I. Wertheimer, and J.E. Fincham, Editors, Binghamton, NY: Haworth Press, In Press, (2003).

156. Fincham, J.E. "The 2003 Kenneth L. Waters Memorial Lecture, the University of Georgia" *International Journal of Pharmaceutical Education*, Fall 2003, Issue 2, http://www.samford.edu/schools/pharmacy/ijpe/203.htm#fincham (2004).

157.  Fincham, J.E., "Book Review: Forced Exit, Wesley J. Smith," *The Annals of Pharmacotherapy*, 38: 907-a - 908 (2004).

158.  Fincham, J.E., "The Structure of the U.S. Health Care Delivery System" Chapter 1 in Grauer DW, Lee J, Odom TD, et al, eds. **Pharmacoeconomics and Outcomes: Applications for Patient Care, Case Studies**. Kansas City: American College of Clinical Pharmacy, 1-17  (2003).

159. Fincham, J.E., Harris, C.E., Fawcett, W.E., Richards, W. "Issues and controversy surrounding the over-the-counter availability of Plan B® emergency contraception: further discussion and commentary," *The Annals of Pharmacotherapy*, 39(2): 346-351, Published online 4 Jan 2005, www.theannals.com, DOI 10.1345/aph.1E649 (2005).

160. Setter S.M., Iltz J.L., Fincham, J.E., Campbell R.K., Baker D.E. "Phosphodiesterase 5 Inhibitors for Erectile Dysfunction" Published Online, 7 Jun 2005, *www.theannals.com* DOI 10.1345/aph.1E487.

161. Fincham, Jack E. "Pharmacy Curricula and Bellwether Changes in Payment for Pharmacy Practice Services.", *The American Journal of Pharmaceutical Education*, 69(3): 392-393 (2005).

162. Fincham JE. "Book Review: Bioethics: A Primer for Christians, 2nd Edition. *The Annals of Pharmacotherapy*. Published Online, 15 November 2005, *www.theannals.com*, DOI 10.1345/aph.1G364.(2005)

163. Chen H, Kennedy K, Fincham J, Dorfman J, Reeves J, Martin B. "Prevalence and Factors Associated with the Offlabel Use of Antidepressant, Anticonvulsant and Antipsychotic Medications Among Georgia Medicaid Eligibles in 2001." *Journal of Clinical Psychiatry*2006;67:972-982

164. Fincham, Jack E. "Global Public Health and the Academia," *American Journal of Pharmaceutical Education*, Volume 70(1): 2-3. (2006).

165. Harris C, Richards W, Fincham Jack E. "Professional Negligence: When Practice Goes Wrong", *The Annals of Pharmacotherapy*, 2006, Published Online, 27 Jun 2006, *www.theannals.com* DOI 10.1345/aph.1H069.

166. Fincham, Jack E. "Pharmacists, patient drug use and misuse, and necessary evolving professional roles", *Harvard Health Policy Review*, Vol 7, No. 1,  169-179 (2006).

167. Fincham, Jack E. "A Global Perspective on Managed Care and Pharmacy Education," *American Journal of Pharmaceutical Education*, Volume 70(4): Article 86, (2006).

168. Harris C, Richards W, Fincham Jack E. "Professional Negligence: When Practice Goes Wrong" reprinted in MedScape, August 23, 2006; http://www.medscape.com/viewarticle/542575.

169. Fincham, Jack E. "Chapter One, Introduction" in **Pharmacotherapy Principles & Practice** (Ed. Chisholm-Burns, M. et al), New York, NY: McGraw Hill, 3-5, 2007.

170. Fincham, Jack E. "Troublesome Side Effects of Common Drugs", *Bottom Line health*, 20(12): 5-6, (2006).

171. Fincham, Jack E. "Lake Louise, Alberta, Canada, *Journal of the American Pharmacists Association*, 46(6); Cover Photograph, (2006)

172. Fincham, J. The Need to Invest in Community Pharmacy, The *American Journal of Pharmaceutical Education*, Vol. 71 (2), Article 26: 1-3, (2007).

173. Fu, Zhenghong, Jiang, J., Perri M., Fincham, J.E., Reeves, J.   "Potentially Inappropriate Medication Use and Healthcare Expenditures in the US Community-Dwelling Elderly". *Medical Care*, 45(5): 472-476. (2007).

174. Chen H, Kennedy K, Fincham J, Reeves J, Martin B. "The effect of adjunctive mood stabilizers on antipsychotic utilization pattern, total health expenditures, hospitalizations, long term care stays and emergency room visits for Medicaid enrollees with schizophrenia". *Current Medical Research and Opinion*, 23(6): 1351-1365, 2007.

175.   Fincham, J. "Public Health, Pharmacy, and the Prevention Education Resource Center (PERC)." *American Journal of Pharmaceutical Education,* Vol. 72., 2007

176.   Fincham, J. "Deltoid Muscle Fibrosis After Antibiotic Injections: Public Health Pharmacy Considerations.", *Journal of Public Health Pharmacy*, Vol. 1, No. 1, 51-56, 2008.

177.   Fincham, J. "*Journal of Public Health Pharmacy*: a Quarterly Journal: Goals and Objectives." *Journal of Public Health Pharmacy*, Vol. 1, No. 1, 1-2, 2008.

178.   Fincham, J.E. "Response Rates and Responsiveness for Surveys, Standards, and the Journal." *American Journal of Pharmaceutical Education,* Vol. 72 (2), Article 43, 2008

179.   Fincham, J. "The 'Next Dose' Dosage Spoon Circa 1927 as an Aid for Proper Dose Measurement and Enhancement of Medication Compliance", *Pharmacy in History*, 49(4):139-141; 2008.

180.   Fincham, J. "Clinical Prevention and Population Health Enabled Through the Prevention Education Resource Center (PERC)", *Journal of Public Health Management & Practice*, 14(4), 399–402 (2008)

181.   Fincham, J. "An Unfortunate and Avoidable Component of American Pharmacy Leading to Untold Morbidity and Predictable Mortality: Tobacco", *American Journal of Pharmaceutical Education,* Vol. 72 (3), 2008.

182.   Brazeau G.A., DiPiro J.T., Fincham  J.E, Boucher B. A., Tracy T. S."Your Role and Responsibilities in the Manuscript Peer Review Process" *American Journal of Pharmaceutical Education,* Vol. 72 (3), 2008.

183.   Fincham, J.E. "Impacting Patient Medication Compliance and Adherence," *UnitedHealthcare Network Bulletin*, May 2008.

184.   Fincham, J.E. "Compliance is a state of mind: which behavior modification techniques work for CPAP users? ," *Advance for Sleep*, September 19, 2008.

185.   Fincham, Jack E. "Chapter One, Introduction" in **Pharmacotherapy Principles & Practice, 2nd Edition** (Ed. Chisholm-Burns, M. et al), New York, NY: McGraw Hill, In Press, 2009.

186.   Fincham, Jack E. "e-Prescribing, a Move Forward for to Support Appropriate Medication Use." *American Health & Drug Benefits* 2008, 1(9): 6-8.

187.   Fincham, Jack E. "Leaders or Managers for Difficult Times", *American Journal of Pharmaceutical Education*, 2009, 73(2):Article 29.

188.   Fincham, Jack E. "A Three Year Review of Medicare Part D in the Face of Health Care Reform",  *American Journal of Pharmaceutical Education*, 2009, 73(6):Article 112.

189.   Fincham, Jack E. "Balancing Horizontal and Vertical Equity Within Managed Health Plan Drug Benefits." *American Health & Drug Benefits* 2008, 2(6): 250.

190.   Fincham, Jack E. "Book Review: Reid, T.R. The Healing of America: A Global Quest for Better, Cheaper, and Fairer Health Care", *American Journal of Pharmaceutical Education*, 11-11-2009  73(7), Article 127.

191.   Ahmed A., Fincham, J.E. "Physician Office vs. Retail Clinic: Patient Preferences in Careseeking for Minor Illnesses", *Annals of Family Medicine*, Vol. 8(2), pp. 117-123, 2010.

192.   Fincham, J.E. "Financial Realities Affect Political Support for Health Care Reform." *American Journal of Pharmaceutical Education*, Vol. 74 (1) Article 1, pp. 1-3, 2010.

193.   Fincham, J.E. Pharmacotherapy Principles & Practice, 2nd Edition, Chapter 1. "Introduction"   December 2010.

194.   Fincham, Jack E. "Public Health Teaching and Research in the Academy", *American Journal of Pharmaceutical Education*, Vol. 75, Article 93, pp. 1-3, 2010.

195.   Fincham, Jack E. "Special Issue of the International Journal of Pharmacy Practice Devoted to Public Health", *International Journal of Pharmacy Practice*, pp. 1-2, 2010.

196.   Fincham, Jack E. "Poliomyelitis: the ghastly continuation of a global public health menace", *American Journal of Pharmaceutical Education*, 74(9): Article 175, 2010.

197.   Fincham, J. "Marketing of Patent Medicines in the Nineteenth Century via a Corkscrew Medicine Spoon", *Pharmacy in History*, 52(2): 77-81, 2011.

198.   Fincham, J. " An Unusual Personalized Cough Mixture from the Early Twentieth Century",  *Pharmacy in History*, 52(3-4): 151-153, 2011.

199.   Ahmed, A.R., Fincham, J.E.. "Patients' View of Retail Clinics as a Source of Primary Care: Boon for Nurse Practitioners?" *Journal of the American Academy of Nurse Practitioners*, 23(4): 193-199, 2011.

200.   Fincham, J. "Murkiness in the Channels of Distribution of Pharmaceuticals", *American Journal of Pharmaceutical Education*, 73(3): Article 47, 2011.

201.   Cantrell, Ron; Priest J; Cook, C; Fincham, J; Burch, S. "Adherence to Treatment Guidelines and Therapeutic Regimens: A US Claims-Based Benchmark of a Commercial Population", *Population Health Management,* 14(1): 33-41, 2011.

202.   Priest, J; Cantrell, CR; Fincham, JE; Cook, CL; Burch, SP. "Quality of Care Associated with Common Chronic Diseases in a 9-State Medicaid Population Utilizing Claims data: An Evaluation of Medication and Healthcare Use and Costs", *Population Health Management* 14(1): 43-54, 2011.

203.   Fincham, J.E., "Virtual Issue: Public Health", *International Journal of Pharmacy Practice,* 2011, published online: http://onlinelibrary.wiley.com/journal/10.1111/(ISSN)2042-7174/homepage/custom_copy.htm

203.   Fincham, J.E., "The Global and Essential Linkage of Pharmacy Practice and Public Health", *International Journal of Pharmacy Practice,* 2011, 19(3): 143.

204.   Fincham, J.E., "The Expanding Pubic Health Threat of Obesity and Overweight", *International Journal of Pharmacy Practice,* 2011, 19(3): 214-16.

205.   Fincham, J.E., "Impending Federal Budget Cuts and Dramatic Impacts Upon Pharmacy Education', *American Journal of Pharmaceutical Education*, 75(7): Article 127, 2011.

206.   Melchert, RB  and Fincham, Jack. Escalating Medication Shortages: a Public Health and Patient Care Crisis, *Missouri Medicine*, *In Press*, 2012.

## PRESENTATIONS, COLLOQUIUMS, AND INVITED TALKS

\*     Regional, State
\*\*    National
\*\*\* International

\*\*\*An Analysis of Why Patients Default on Newly Prescribed Medications, 13 1 st American Pharmaceutical Association Annual Meeting-Academy of Pharmaceutical Sciences, Montreal, Canada, Jack E. Fincham, Albert 1. Wertheimer, May, 1984.

\*\*The Development of a Patient Education and Health Promotion Course, American Association of Colleges of Pharmacy, 1984 Annual Meeting, Baltimore, Maryland, Jack E. Fincham, July, 1984.

\*\*The Reward Structures Within Academic Institutions, Lilly Post-Doctoral Teaching Awards Conference, Bloomington, Indiana, Jack E. Fincham, November, 1984.

\*\*A Survey of Physician Assistants' Desire to Have the Right to Dispense Drugs, 132nd American Pharmaceutical Association Annual Meeting-Academy of Pharmaceutical Sciences, San Antonio, Texas, Jack E. Fincham, February, 1985.

\*\*Perceived Risks and Pharmacists' Generic Substitution Behavior, 132nd American Pharmaceutical Association Annual Meeting-Academy of Pharmaceutical Sciences, San Antonio, Texas, N.V. Carroll, Jack E. Fincham, C. Siridhara, February, 1985.

\*\*Aminoglycoside Dosing Service Provided by Staff Pharmacists in a Community Hospital, 20th Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, W. Wade, C. McCall, G. Francisco, Jack E. Fincham, December, 1985.

\*\*The Effects of Differences in State Drug Product Selection Laws on Pharmacists' Substitution Behavior, 133rd American Pharmaceutical Association Annual Meeting-Academy of Pharmaceutical Sciences, San Francisco, California, Norman V. Carroll, Jack E. Fincham, March, 1986.

\*\*Prescription to Nonprescription Switch: Consumer Awareness and Sources of Information, 133rd American Pharmaceutical Association Annual Meeting-Academy of Pharmaceutical Sciences, San Francisco, California, Jeffrey A. Kotzan, N.V. Carroll, Jack E. Fincham, Matthew Perri, March, 1986.

\*\*The Rx to OTC Switch: Factors in Product Selection, 133rd American Pharmaceutical Association Annual Meeting-Academy of Pharmaceutical Sciences, San Francisco, California, M. Perri, J.A. Kotzan, Jack E. Fincham, N.V. Carroll, March, 1986.

Drug Product Selection: Another Look at the Issue, 29th Annual Seminar, Georgia Society of Hospital Pharmacists, Jack E. Fincham, Athens, Georgia, October 12, 1986.

The Implications of Elderly Patient Noncompliance for the Consultant Pharmacist.  Mississippi Society of Hospital Pharmacists, Annual Summer Seminar, Jack E. Fincham, Biloxi, Mississippi, August **8,** 1986.

Correlates and Determinants of OTC Misuse in the Elderly, District V Seminar of The Mississippi Pharmacists Association.  September 16, 1986, Jack E. Fincham, Jackson, Mississippi.

Protection Against Malpractice Suits: The Pharmacist's Options, District XI Seminar of The Mississippi Pharmacists Association.  September 18, 1986 -Jack E. Fincham,  Kosciusko, Mississippi.

**Predictors of Patient Satisfaction with HMO Pharmacy Services, 134th American Pharmaceutical Association Annual Meeting-Academy of Pharmaceutical Sciences, Chicago, Illinois, Jack E. Fincham, A.I. Wertheimer, March 30,1987.

The Evolving Structure of Ambulatory Health Care, Pharmacy Management Seminar, The Mississippi Pharmacists Association; Jackson, Mississippi; Jack E. Fincham April 9, 1987.

**Analysis of Drug Induced Depression in Four Hypertensive Treatment Groups: Non-drug Therapy, Diuretics Only, Diuretics Plus Reserpine, and Diuretics Plus Beta-Blockers; National Conference on High Blood Pressure Control: Consensus and Controversy, W.J. Spruill, W.E. Wade, J.E. Fincham, A.A. Carr, and L.M. Prisant.  Las Vegas, Nevada; April 26, 1987.

The Aging of America-How to Deal with the Geriatric Patient in the Community Pharmacy.  National Association of Boards of Pharmacy-American Association of Colleges of Pharmacy District III Annual Meeting, Biloxi, Mississippi; Jack E. Fincham, August 9, 1987.

Protection Against Malpractice Suits: The Pharmacist's Options, District VI Seminar of The Mississippi Pharmacists Association.  September 29, 1987, Jack E. Fincham, Meridian, Mississippi.

**Physician Reporting of Adverse Drug Reactions: Evaluation of a Pilot Project.  American Public Health Association 115th Annual Meeting, Epidemiology Section; Jack E. Fincham, Dewey D. Garner, Thomas R. Brown, David N. Lohrisch; New Orleans, Louisiana; October 21, 1987.

Protection Against Malpractice Suits: The Pharmacist's Options, District VII Seminar of The Mississippi Pharmacists Association.  November 19, 1987, Jack E. Fincham, McComb Mississippi.

Protection Against Malpractice Suits: The Pharmacist's Options, District VII Seminar of The Mississippi Pharmacists Association.  January 28, 1988, Jack E. Fincham, Hattiesburg, Mississippi.

The Role of Communication with the Elderly in Building a Profitable Business, Mississippi Pharmacists Association, 1988 Midwinter meeting, Jack E. Fincham, February 7, 1988, Natchez, Mississippi.

The Role of Communication with the Elderly in Building a Profitable Business, Mississippi Pharmacists Association, 1988 Midwinter meeting, Jack E. Fincham, February 28, 1988, Oxford, Mississippi.

**Post-marketing Surveillance of Adverse Drug Reaction Occurrence on a Statewide Basis, 135th American Pharmaceutical Association Annual Meeting-Policy Contributed Papers, Atlanta, Georgia, Jack E. Fincham, D. Garner, T. Brown.  March 13, 1988.

**Patient Education in a Kidney Dialysis Center, 135th American Pharmaceutical Association Annual Meeting-Poster Presentation, Atlanta, Georgia, Jack E. Fincham.  March 14, 1988.

** A Comparison of Pharmacists' Attitudes Towards the Benefits of Smoking Cessation, 135th American Pharmaceutical Association Annual meeting-Clinical/Community Contributed Papers Podium Session, Atlanta, Georgia, Jack E. Fincham, Mickey Smith.  March 14, 1988.

**Impacting on Geriatric Drug-taking Behavior by Group Behavioral Intervention, 135th American Pharmaceutical Association Annual Meeting-Clinical/Community Contributed Papers Podium Session, Atlanta, Georgia, Jack E. Fincham. March 14, 1988.

The Role of the Pharmacist in Smoking Cessation, Kroger Annual Pharmacy Meeting, Atlanta Region, Callaway Gardens, Georgia, Jack E. Fincham, May 29, 31, 1988.

**Generic Substitution: Current Dilemmas and Future Choices, Mississippi Pharmacists Association Annual Meeting, Jack E. Fincham.  June 27, 1988.

Adverse Drug Reactions: Implications for the Consultant Pharmacist.  Mississippi Society of Hospital Pharmacists, Annual Summer Seminar, Jack E. Fincham, July 28, 1988.

The Role of the Pharmacist in Smoking Cessation, Nebraska Pharmacists Association Midyear    Meeting, Ogallala, Nebraska, Jack E. Fincham, August 5, 1988.

The Role of the Community Pharmacist in Smoking Cessation, Florida Pharmacists Association "Gatherin 88," Sandestin, Florida, Jack E. Fincham, August 15, 1988.

The Role of the Pharmacist in Smoking Cessation, Mt.  Airy District of the North Carolina Pharmacists Association, Mt. Airy, North Carolina, Jack E. Fincham, August 28, 1988.

The Role of the Pharmacist in Smoking Cessation, Alpha Zeta Omega Pharmaceutical Fraternity, Ft. Lauderdale, Florida, Jack E. Fincham, September 25, 1988.

The Role of the Physician Assistant in Smoking Cessation, Oklahoma Academy of Physician Assistants Annual Meeting, Oklahoma City, Oklahoma, Jack E. Fincham, October 28, 1988.

The Role of the Health Professional in Smoking Cessation, Invited Lecture, The University of Oklahoma College of Pharmacy Lecture Series, Jack E. Fincham, Oklahoma City, Oklahoma, October 28, 1988.

The Role of the Pharmacist in Smoking Cessation, Super D Corporation, Memphis, Tennessee, Jack E. Fincham, December 14, 1988.

**Patient Satisfaction in Managed Care-Considerations for Pharmacists, Jack E. Fincham, American Society of Hospital Pharmacists Midyear Clinical Meeting, Dallas, Texas, December, 6, 1988.

The Role of the Pharmacist in Smoking Cessation, Brevard County Pharmacists Association, Melbourne, Florida, Jack E. Fincham, January 19, 1989.

The Role of the Pharmacist in Smoking Cessation, Lincoln Trail Pharmacists Association, Elizabethtown, Kentucky, Jack E. Fincham, March 12, 1989.

The Role of the Pharmacist in Smoking Cessation, Orange County Pharmacists Association, Orlando, Florida, Jack E. Fincham, March 21, 1989.

The Role of the Pharmacist in Smoking Cessation, K-Mart Charlotte District, Charlotte, North Carolina; Jack E. Fincham, March 23, 1989.

Pharmacists' Involvement in Adverse Drug Reaction Reporting, District XI Seminar of The Mississippi Pharmacists Association, March 28, 1989, Jack E. Fincham,  Kosciusko, Mississippi.

Correlates and Determinants of Over-the-counter Drug Misuse in the Elderly, District VI Seminar of The Mississippi Pharmacists Association, March 30, 1989, Jack E. Fincham, Meridian, Mississippi.

The Importance of Smoking Cessation as an Avenue to Increase Public Health, Grand Round Presentation, Talequah Indian Health Service Hospital, Talequah, Oklahoma, Jack E. Fincham, April 14, 1989.

The Role of the Pharmacist in Smoking Cessation, Leon County Pharmacists Association, Tallahassee, Florida, Jack E. Fincham, April 20, 1989.

The Role of the Pharmacist in Smoking Cessation, Blue Ridge Pharmacists Association, Wilkesboro, N.C., Jack E. Fincham, April 30,1989.

The Role of the Pharmacist in Smoking Cessation, Kroger Pharmacies, Houston, Texas, Jack E. Fincham, May 2, 1989.

The Role of the Pharmacist in Smoking Cessation, H-E-B Pharmacies, San Antonio, Texas, Jack E. Fincham, May 3,1989.

The Role of the Pharmacist in Smoking Cessation, Thrifty Corporation, Los Angeles, California, Jack E. Fincham, May 7,1989.

Smoking Cessation, Needs, Roles, and Treatments, The Arkansas Public Health Association Annual Meeting, Hot Springs, Arkansas, Jack E. Fincham, May 18, 1989.

The Role of the Pharmacist in Smoking Cessation, Expo 89, Miami, Florida, Jack E. Fincham, May 20,1989.

The Role of the Pharmacist in Smoking Cessation, Duff Brothers Wholesale Drug Continuing Education Program, Chattanooga, Tennessee, Jack E. Fincham, May 21, 1989.

**Pilot Study of Adverse Drug Reaction Reporting by Physicians-Phase 11, American Society of Hospital Pharmacists Annual Meeting, Nashville, Tennessee, Jack E. Fincham, June 5,

Smoking Cessation, Needs, Roles, and Treatments, The Northwest North Carolina Family Nurse Practitioner Association, Statesville, North Carolina, Jack E. Fincham, June 10, 1989.

The Role of the Pharmacist in Smoking Cessation, Texas Wholesale Drug Company, Ft.  Worth, Texas, Jack E. Fincham, June 11, 1989.

The Role of the Pharmacist in Smoking Cessation, Walgreen's Pharmacies Regional Meeting, Houston, Texas, Jack E. Fincham, June 13, 1989.

The Role of the Pharmacist in Smoking Cessation, Arkansas Pharmacists Association Annual Meeting, Fairfield Bay, Arkansas, Jack E. Fincham, June 17, 1989.

The Role of the Pharmacist in Smoking Cessation, Eckard's Pharmacies, Houston, Texas, Jack E. Fincham, June 27, 1989.

The Role of the Pharmacist in Smoking Cessation, Skaggs-Alpha Beta Corporation, Dallas, Texas, Jack E. Fincham, June 29, 1989.

The Role of the Pharmacist in Smoking Cessation, Thrifty Corporation, Los Angeles, California, Jack E. Fincham, July 9, 1989.

The Role of the Pharmacist in Smoking Cessation, Walker Wholesale Drug Continuing Education Program, Birmingham, Alabama, Jack E. Fincham, July 22-23, 1989.

Smoking Cessation, Needs, Roles, and Treatments; Memorial Hospital of Garland, Family Practice Department, Garland, Texas, Jack E. Fincham, August 7, 1989.

Smoking Cessation, Needs, Roles, and Treatments; The Medical Clinic of Little Rock, Little Rock, Arkansas, Jack E. Fincham, August 9, 1989.

The Role of the Pharmacist in Smoking Cessation, Union County Pharmacists Association, Monroe, North Carolina, Jack E. Fincham, August 13, 1989.

The Role of the Pharmacist in Smoking Cessation, K-Mart Corporation, Raleigh, North Carolina, Jack E. Fincham, September 11, 1989.

The Role of the Pharmacist in Smoking Cessation, K-Mart Corporation, Kemersville, North Carolina, Jack E. Fincham, September 12, 1989.

The Role of the Pharmacist in Smoking Cessation, K-Mart Corporation, Atlanta, Georgia, Jack E. Fincham, September 13, 1989.

The Role of the Pharmacist in Smoking Cessation, K-Mart Corporation, Atlanta, Georgia, Jack E. Fincham, September 14, 1989.

The Role of the Pharmacist in Smoking Cessation, Walgreen Corporation, Albuquerque, New Mexico, Jack E. Fincham, October 10, 1989.

The Health Consequences of the Use of Tobacco, William Beaumont Army Medical Center, Jack E. Fincham, El Paso, Texas, October 11, 1989.

The Role of the Pharmacist in Smoking Cessation, Wal-Mart Pharmacies, Fayetteville, Arkansas, Jack E. Fincham, October 17, 1989.

The Role of the Pharmacist in Smoking Cessation, Wal-Mart Pharmacies, Tulsa, Oklahoma, Jack E. Fincham, October 18, 1989.

The Role of the Pharmacist in Smoking Cessation, Georgia Pharmacists Association, Seventh District, Jack E. Fincham, October 19, 1989.

The Role of the Pharmacist in Smoking Cessation, Eckerd Corporation, Charlotte, North Carolina, Jack E. Fincham, October 30, 1989.

The Role of the Pharmacist in Smoking Cessation, K & B Corporation, Baton Rouge, Louisiana, Jack E. Fincham, November 1, 1989.

The Role of the Pharmacist in Smoking Cessation, K & B. Corporation, New Orleans, Lousiana, Jack E. Fincham, November 2, 1989.

Developing Quality Outcome Indices: How Adverse Drug Reaction Surveillance Relates to the Assessment of Quality of Care, Jack E. Fincham, The 22nd Annual Seminar in Hospital Pharmacy, College of Pharmacy, The University of Toledo, November 4, 1989, Toledo, Ohio.

The Role of the Pharmacist in Smoking Cessation, K & B Corporation, Shreveport, Louisiana, Jack E. Fincham, November 9, 1989.

The Role of the Pharmacist in Smoking Cessation, K & B Corporation, Jackson, Mississippi, Jack E. Fincham, November 21, 1989.

**Use of Timeclocks for Professional Employees in Institutions, 24th Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, M.R. Monk, T.R. Brown, Jack E. Fincham, December, 1989.

The Role of the Pharmacist in Smoking Cessation, Ninth District of the South Carolina Pharmacists Association, Medical University of South Carolina, Jack E. Fincham, December 7, 1989.

The Role of the Pharmacist in Smoking Cessation, Northwest North Carolina Pharmacists Association, Bowman-Gray Medical School of Wake Forest University, Winston-Salem, N.C., Jack E. Fincham, December 10, 1989.

The Role of the Pharmacist in Smoking Cessation, Gulf Coast Pharmacists Association, Ft. Myers, Florida, Jack E. Fincham, December 13, 1989.

The Role of the Pharmacist in Smoking Cessation, Shamrock Pharmaceutical Association, Waxahachie, Texas, Jack E. Fincham, January 9, 1990.

The Role of the Pharmacist in Smoking Cessation, Big Country Pharmaceutical Association, Abilene, Texas, Jack E. Fincham, January 11, 1990.

The Role of the Pharmacist in Smoking Cessation, Tarrant County Pharmaceutical Association, Ft. Worth, Texas, Jack E. Fincham, January 18, 1990.

RX-OTC Movement/Opportunity for Pharmacy, Alabama Pharmaceutical Association, Eighth Annual Mid-winter Conference, Birmingham, Alabama, Jack E. Fincham, January 27, 1990.

The Role of the Pharmacist in Smoking Cessation, North Fulton Pharmaceutical Association; Atlanta, Georgia, Jack E. Fincham, February 1, 1990.

The Role of the Physician Assistant in Smoking Cessation, Florida Academy of Physician Assistants, Tallahassee, Florida, Jack E. Fincham, February 4, 1990.

The Role of the Pharmacist in Smoking Cessation, Lafayette Pharmacists Association, Lafayette, Louisiana, Jack E. Fincham, March 8, 1990.

The Role of the Pharmacist in Smoking Cessation, First District of the Tennessee Pharmacists Association, Johnson City, Tennessee, Jack E. Fincham, March 15, 1990.

The Role of the Pharmacist in Smoking Cessation, Cobb County Pharmacists Association, Marietta, Georgia, Jack E. Fincham, April 4, 1990.

Pharmacist Patient Counseling and Smoking Cessation, Samford University School of Pharmacy, Birmingham, Alabama, Jack E. Fincham, April 17,1990.

The Role of the Pharmacist in Smoking Cessation, Pharmacists for a Smoke Free Society, Xavier University of Louisiana, College of Pharmacy, New Orleans, Louisiana, Jack E. Fincham, April 18, 1990.

**Respiratory Infections in Nursing Home Patients Receiving Pneumococcal and Influenza Vaccines, American Geriatrics Society, Chicago, Illinois, M.R. Morton, W.J. Spruill, J.W. Cooper and J.E. Fincham, May 1990.

***Pharmacy Education: Today's Perspective and the Future, Turkish National Pharmacy Day Program, Izmir, Turkey, Jack E. Fincham, May 14, 1990.

The Role of the Pharmacist in Smoking Cessation, Floyd County Pharmaceutical Association, Rome, Georgia, Jack E. Fincham, June 12, 1990.

The Role of the Pharmacist in Smoking Cessation, Eckerd Corporation, Birmingham, Alabama, Jack E. Fincham, July 25, 1990.

The Role of the Pharmacist in Smoking Cessation, Eckerd Corporation, Birmingham, Alabama, Jack E. Fincham, July 26, 1990.

The Role of the Pharmacist in Smoking Cessation, South Georgia Pharmacists Association, Valdosta, Georgia, Jack E. Fincham, August 9, 1990.

The Role of the Pharmacist in Smoking Cessation, Sixth District of the Georgia Pharmacists Association, Cartersville, Georgia, Jack E. Fincham, August 16, 1990.

The Role of the Pharmacist in Smoking Cessation, North Carolina Area Health Education Center Carolinas Hospital, Charlotte, North Carolina (Mecklenberg County Pharmacists Association), Jack E. Fincham, October 11, 1990.

The Role of the Pharmacist in Smoking Cessation, Hillsborough County Pharmacists Association, Tampa, Florida, Jack E. Fincham, October 18, 1990.

The Role of the Pharmacist in Smoking Cessation, Western Massachusetts Pharmaceutical Association, Springfield, Massachusetts, Jack E. Fincham, November 14, 1990.

The Role of the Pharmacist in Smoking Cessation, Pinellas County Pharmacists Association, St. Petersburg, Florida, Jack E. Fincham, February 21, 1991.

Smoking Cessation Methods, University of Alabama at Birmingham School of Medicine Department of Family and Community Medicine, Faculty and Residents Conference, Birmingham, Alabama, Jack E. Fincham, January 29, 1991.

The Role of the Pharmacist in Smoking Cessation, Pinellas County Pharmacists Association, St. Petersburg, Florida, Jack E. Fincham, February 21, 1991.

Communication With the Elderly Consumer: How it can Increase Your Profits, Samford University Continuing Education Program – Management and Marketing, Birmingham, Alabama, Jack E. Fincham, March 3, 1991.

*Impacts Upon Pharmacists' Smoking Cessation Counseling 13 8th, American Pharmaceutical Association Annual Meeting - Pharmacy Practice and Management Contributed Papers Podium Session, New Orleans, Louisiana, Jack E. Fincham, Mickey C. Smith, March 9, 1991.

**Adverse Drug Reaction Occurrence in Geriatric Patients, 138th American Pharmaceutical Association Annual Meeting - Pharmacy Practice and Management Contributed Papers Podium Session, New Orleans, Louisiana, Jack E. Fincham, March 9, 1991.

**Independent Retail Pharmacists' and Drug Wholesaler Representatives' Perceptions of Satisfaction and Importance of Customer Services, 138th Annual American Pharmaceutical Association Annual Meeting - Economic, Social and Administrative Sciences Contributed Papers Poster Session, J.B. Feldhaus, D.D. Garner, B.F. Banahan, S. Vitell, Jack E. Fincham, New Orleans, Louisiana, March 10, 1991.

The Role of the Physician in Smoking Cessation, Forrest General Hospital Grand Rounds, Hattiesburg, Mississippi, Jack E. Fincham, April 12, 1991.

The Role of the Pharmacist in Smoking Cessation, Dallas County Pharmacists Association, Selma, Alabama, Jack E. Fincham, April 18, 1991.

***Aging Communities, Pharmaceutical Society of Australia, 16th Pharmacy Refresher Course, Sigma Management Series, Vancouver, British Columbia, Canada, Jack E. Fincham, May 26, 1991.

***Communication With the Elderly, Pharmaceutical Society of Australia, 16th Pharmacy Refresher Course, Sigma Management Series, Vancouver, British Columbia, Canada, Jack E. Fincham, May 27,1991.

***How to Market to the Elderly, Pharmaceutical Society of Australia, 16th Pharmacy Refresher Course, Sigma Management Series, Vancouver, British Columbia, Canada, Jack E. Fincham, May 28, 1991.

***Drug and OTC Misuse by the Elderly, Pharmaceutical Society of Australia, 16th Pharmacy Refresher Course, Sigma Management Series, Vancouver, British Columbia, Canada, Jack E. Fincham, May 29, 1991.

***The Role of the Pharmacist in Smoking Cessation, Pharmaceutical Society of Australia, 16th Pharmacy Refresher Course, Sigma Management Series, Vancouver, British Columbia, Canada, Jack E. Fincham, May 30, 1991.

The Role of the Pharmacist in Smoking Cessation, Gadsden Pharmacists Association, Gadsden, Alabama, Jack E. Fincham, June 4, 1999.

Medication-Related Problems and Self-Medication in the Elderly, Louisiana Geriatric Education Center, Drug Therapy Problems in the Elderly: A Pharmacy Workshop, Northeast Louisiana  University, Monroe, Louisiana, Jack E. Fincham, July 3, 1991.

The Pharmacists' Role in Smoking Cessation, Florida Pharmacists Association, Marco Island, Florida, Jack E. Fincham, July 26, 1991.

The Role of the Pharmacist in Smoking Cessation, DuVall County Pharmacists Association, Jacksonville, Florida, Jack E. Fincham, July 31, 1991.

Nicotine Reduction Therapy, St. Vincent Hospital Grand Rounds, Jacksonville, Florida, Jack E. Fincham, August 1, 1991.

Overview of Smoking Cessation Techniques, Smoking Cessation Practical Aspects and New  Developments, University of Nebraska Medical Center - Medical, Dental and Pharmacist  Continuing Education, Omaha, Nebraska, Jack E. Fincham, March 20, 1992.

New Modalities of Smoking Cessation, Grand Rounds - Hutchinson Hospital, Hutchinson, Kansas, Jack E. Fincham, May 5, 1992.

Behavioral and Therapeutic Interventions in Smoking Cessation, The Hertzler Foundation and Clinics, Halstead, Kansas, Jack E. Fincham, May 5, 1992.

Smoking Cessation Methods, The St. Louis College of Pharmacy, St. Louis, Missouri, Jack E. Fincham, May 20, 1992.

Smoking Cessation Methods, St. Joseph's Villa, Omaha, Nebraska, Jack E. Fincham, June 15,1992.

Smoking Cessation Methods, Texas Pharmaceutical Association, 1l3th Annual Meeting and Exhibit, Houston, Texas, Jack E. Fincham, June 17, 1992.

** Curriculum Development at Creighton University, American Association of Colleges of Pharmacy, Contributed Poster Session, 1992 Annual Meeting, Washington, D.C., B.W. Shinn, J.E. Fincham, S.J. Stohs, July, 1992.

The Newest Dental Controversy - Nicotine Patches, Oral Aspects of Nicotine Abuse and Techniques for Cessation, Creighton University, School of Dentistry, Continuing Education, Jack E. Fincham, August 21, 1992.

Smoking Cessation, AMI-ST. Joseph's Hospital, Creighton University School of Medicine, Department of Internal Medicine - Grand Rounds, Omaha, Nebraska, Jack E. Fincham, August 28, 1992.

**Assessment of Drug Induced Depression in Young and Elderly Hypertensive Patients, American College of Clinical Pharmacology, L.M. Prisant, W.J. Spruill, W.E. Wade, Jack E. Fincham, A. A. Carr, Atlanta, Georgia, 1992.

Smoking Cessation Methods, Creighton University School of Pharmacy and Allied Health Continuing Education, Omaha, Nebraska, Jack E. Fincham, September 19, 1992.

Pharmacologic Treatment for Smoking Cessation, Linn County Medical Society, Cedar Rapids, Iowa, Jack E. Fincham, September 22, 1992.

Advances in Drug Delivery: Smoking Cessation Methods, Samford University School of Pharmacy Continuing Education Program, Birmingham, Alabama, Jack E. Fincham, November 15, 1992.

DUE-Continuous Quality Improvement: The Challenge for Pharmacy, Creighton University School of Pharmacy and Allied Health, Omaha, Nebraska, Jack E. Fincham, November 21, 1992.

*Pharmacist Intervention: New Directions in Smoking Cessation, Jack E. Fincham, Panel Moderator, American Society of Hospital Pharmacists Midyear Clinical Meeting, Orlando, Florida, December 6, 1992.

**Introduction to Morbidity and Mortality of Smoking and Nicotine Dependence, Pharmacist Intervention: New Directions in Smoking Cessation, Jack E. Fincham, American Society of Hospital Pharmacists Midyear Clinical Meeting, Orlando, Florida, December 6, 1992.

**New Directions in Smoking Cessation - The Pharmacist's Role, Jack E. Fincham, Health Care Network-USA Satellite Broadcast, Medical University of South Carolina, December 8, 1992.

**The Use of the Myers-Briggs Type Inventory to Facilitate Teaching/Learning, Jack E. Fincham, American Association of Colleges of Pharmacy, Council of Deans Meeting, Washington, D.C., March 8, 1993.

***The Pharmacist's Role in Smoking Cessation, Jack E. Fincham, American Pharmaceutical Association 140th Annual Meeting, Dallas, Texas, March 23, 1993.

**Smoking Cessation Methods, Jack E. Fincham, Saint Louis College of Pharmacy, Pharmaceutical Care Workshops, Saint Louis, Missouri, April 18, 1993.

Smoking Cessation Methods, Jack E. Fincham, Richmond Virginia, Caremark Pharmacies, April 21, 1993.

Smoking Cessation Methods, Jack E. Fincham, Omaha, Nebraska, Southwest Iowa Pharmacists Association, June 15, 1993.

Smoking Cessation Methods, Jack E. Fincham, Anderson, South Carolina, Upper Savannah Area Health Education Consortium, June 17, 1993.

***Health Consequences of Smoking and Benefits of Smoking Cessation, Jack E. Fincham, American Society of Hospital Pharmacists Midyear Clinical Meeting, December 4-7, 1993, Atlanta, Georgia.

**Opportunities to Enhance Adverse Drug Reaction Reporting in Schools of Pharmacy, Jack E. Fincham, American Medical Association/MedWatch Drug and Device Induced Disease Conference, January 21-22, 1994, Washington, D.C.

***Enhancing Patient Outcomes via Increased Patient Compliance, Jack E. Fincham, Drug Outcomes Conference, December 5-6, 1994, Boca Raton, Florida.

**Understanding Patient Compliance and Ways to Enhance Compliance, Jack E. Fincham, The Pharmacist's Role in Enhancing Compliance of Anti-Infective Therapy, American  Pharmaceutical Association 142nd Annual Meeting, March 19, 1995, Orlando, Florida.

** What Constitutes an Effective Pharmacy Network: Some Prerequisites, Jack E. Fincham, Maximizing the Performance of the Pharmacy Benefit for Your Health Plan, October 12, 1995, Ellis Management and Marketing Group, Inc., Kansas City, Missouri.

**Implementing Quality/Consistent Performance Standards Among Participating Networks, Jack E. Fincham, Maximizing the Performance of the Pharmacy Benefit for Your Health Plan, October 12, 1995, Ellis Management and Marketing Group, Inc., Kansas City, Missouri.

**Balancing the Cost-Quality Equation in Drug Therapy Selection, Jack E. Fincham, Understanding the Complexities of Managed Care: 1996 and Beyond, February 14, 1996, Ellis Management and Marketing Group, Inc., Kansas City, Missouri.

**Evaluating Quality of Life Issues, Jack E. Fincham, Marketing and Selling to Managed Care: A Moving Target, April 10, 1996, Ellis Management and Marketing Group, Inc., Kansas City,  Missouri.

**Implementing Quality/Consistent Performance Standards Among Participating Networks, Jack E. Fincham, Maximizing the Performance of the Pharmacy Benefit for Your Health Plan, May 16, 1996, Ellis Management and Marketing Group, Inc., Kansas City, Missouri.

**The Role of Pharmaceutical Care in the Outcomes Equation, Jack E. Fincham, Maximizing the Performance of the Pharmacy Benefit for Your Health Plan, May 17, 1996, Ellis Management and Marketing Group, Inc., Kansas City, Missouri.

* Compliance Issues in Epilepsy Management, Jack E. Fincham, Epilepsy: Role of the Community Pharmacist, Walgreens Pharmacies, March 10, 1996, Chicago, Illinois.

*Compliance Issues in Epilepsy Management, Jack E. Fincham, Epilepsy: Role of the Community Pharmacist, Walgreens Pharmacies, March 16, 1996, Chicago, Illinois.

Reimbursement for Cognitive Services, Jack E. Fincham, The University of Kansas School of Pharmacy Field Instructor and Preceptor Conference, April 17, 1996, Lawrence, Kansas.

Focus on Outcomes, Jack E. Fincham, The University of Kansas School of Pharmacy Asthma Management Disease Management Program, April 28, 1996, Lawrence, Kansas.

***The Role and Economic Impact of Pharmacist Care, Jack E. Fincham, Invitational Conference on Pharmacist Care, American College of Apothecaries, May 11, 1996, Philadelphia, Pennsylvania.

***The Impact of Changes in Pharmacy Curricula on Schools of Pharmacy, Jack E. Fincham, Medical Library Association Annual Meeting, June 4, 1996, Kansas City, Missouri.

** Compliance Issues in Today's Healthcare Environment, Jack E. Fincham, Pharmacy Educators' National Forum, July 12, 1996, Reno, Nevada.

***Assessment of Graduate Outcomes: Focus on Professional and Community Activities, P.A. Howard, D.W. Henry, Jack E. Fincham, 97th Annual Meeting, The American Association of Colleges of Pharmacy, July 17, 1996, Reno, Nevada.

**Patient Compliance, Jack E. Fincham, Pharmacy Educators National Forum, 1996, Reno, Nevada, July 12, 1996.

*The Future of Pharmacy, Jack E. Fincham, Dillon Pharmacies Managers Meeting, Wichita, Kansas, August 21, 1996.

**Predictors of Patient Satisfaction with HMO Pharmacy Services, Jack E. Fincham, Lovelace Healthcare Systems National Pharmacy Meeting, Santa Fe, New Mexico, September 7, 1996.

*Compliance Issues in the Managed Care Setting, Jack E. Fincham, Lovelace Healthcare Systems National Pharmacy Meeting, Santa Fe, New Mexico, September 7, 1996.

*The Role and Economic Impact of Pharmaceutical Care, Jack E. Fincham, Texas Pharmacy Association Annual Meeting, Austin, Texas, September 15, 1996.

*The Role and Economic Impact of Pharmaceutical Care, Jack E. Fincham, Louisiana Pharmacists Association Fifth District Meeting, Monroe, Louisiana, September 19, 1996.

***A Pharmacist Care Quality Improvement Program: Tools for Increased Profits, Enhanced Patient Loyalty, and Improved Patient Outcomes, Jack E. Fincham, Tracy A. Portner, Donald Moore, Paul Lofholm, Symposium Presentation, NARD Annual Meeting, New Orleans, Louisiana, October 16, 1996.

*Development of Strategic Formularies, The Impact of Medication Use on the Continuum of Care Symposium, Jack E. Fincham, St. Louis, Missouri, October 30, 1996

**Evaluating Quality of Life Issues, Jack E. Fincham, Marketing and Selling to Managed Care: A Moving Target, November 6, 1996, Ellis Management and Marketing Group, Inc., Kansas City, Missouri.

*Development of Strategic Formularies, The Impact of Medication Use on the Continuum of Care Symposium, Jack E. Fincham, Kansas City, Missouri, November 7, 1996.

*Healthcare Trends Affecting Pharmaceutical Services, Intermountain Health Care, Pharmacy Unit Meeting, Jack E. Fincham, Salt Lake City, Utah, November 8, 1996

*Assessing Outcomes: Applying Research Measurement and Management to the Medication Use Process, Jack E. Fincham, Greater Kansas City Society of Health System Pharmacists, Kansas City, Missouri, November 14, 1996

***Pharmacoeconomics - Outcome Research Issues, Plenary Lecture, Jack E. Fincham, Pharmacy Practice Program, Australasian Pharmaceutical Sciences Association (APSA) Conference, December 5-7, 1996, Melbourne, Victoria, Australia.

***Pharmacy (non-Australian) Models of Experiential and Clinical Teaching, Jack E. Fincham, Pharmacy Practice Program, Australasian Pharmaceutical Sciences Association (APSA) Conference, December 5-7, 1996, Melbourne, Victoria, Australia.

*Over-the-counter Smoking Cessation Therapies, Jack E. Fincham, Joint meeting of Districts 1, 2, and 9, The Kansas Pharmacists Association, December 10, 1996, Lawrence, Kansas.

**Rural Pharmacy Research, Jack E. Fincham, From Research to Practice; A Conference on Rural Mental Health Research, National Institute of Mental Health, April 26, 1997, Oxford, Mississippi.

***The Emergence of Pharmacoepidemiology as a Discipline, Jack E. Fincham, Fifth International Symposium on Pharmaceutical Sciences, June 25, 1997, Ankara, Turkey.

**An Update on Reimbursement for Cognitive Services, Jack E. Fincham, September 14, 1997, Third Party Reimbursement Conference, Tucson, Arizona.

**The Impact of Pharmaceutical Care on Health Benefit Plan Quality and Cost, Jack E. Fincham, Navigating the Health Care Environment, September 20, 1997, Overland Park, Kansas

***The Data Doesn't Lie: Documenting the Value of Diabetes Care.  Jack E. Fincham, Paul Lotholm, Symposium Presentation, NCPA Annual Meeting, Denver, Colorado, October 28, 1997.

***The Importance and Urgency of Pharmacists' Documentation of Cognitive Services, Jack E. Fincham, Today's Practice of Pharmacy: Focus on the Patient. 18th Annual Arnold Schwartz Memorial Program, Arnold and Marie Schwartz College of Pharmacy and Health Sciences, Long Island University, Brooklyn, New York, November 23, 1997.

***Smoking Cessation, Self-Care Counseling Roundtable, Jack E. Fincham, American Pharmaceutical Association 145th Annual Meeting, March 21, 1998, Miami, Florida.

***Effective Slide Presentations, Jack E. Fincham, Presentation Skills Roundtable, American Pharmaceutical Association 145th Annual Meeting, March 21, 1998, Miami, Florida.

*History, Epidemiology, Economic Costs, and Characteristics of Nicotine Dependence, Jack E. Fincham, Smoking Use and Cessation: Role of the Health Care Provider, Wichita State University, Wichita, Kansas, April 26, 1998.

***The Data Do Not Lie: Documenting Pharmacist Care.  Jack E. Fincham, American College of Apothecaries 1998 Midyear Conference, Pittsburgh, Pennsylvania, May 9, 1998.

*Documenting the Range of Pharmacist Care Services Offered in Community Pharmacies. Jack E. Fincham, Missouri Pharmacists Association 1998 Annual Convention, Osage Beach, Missouri, June 12, 1998.

***A Report from a Nationwide Survey Examining Reimbursement Trends for Pharmacist Care Initiatives, Jack E. Fincham, Successful Billing Techniques for Pharmacist Care Services, Symposium Presentation, NCPA Annual Meeting, St. Louis, Missouri, October 19, 1998.

**Pharmaceutical Outcomes, Research and Application. Jack E. Fincham, Conference on Pharmaceutical Care Research and Service, Augusta, Georgia, October 22-23, 1998.

*** Smoking Cessation, Self-Care Counseling Roundtable, Jack E. Fincham, American  Pharmaceutical Association 146th Annual Meeting, March 6, 1999, San Antonio, Texas.

An Overview of Angiotensin II Receptor Blockers --What the Pharmacist Needs to Know,  Jack E. Fincham, Overland Park, Kansas, March 17, 1999.

**Allied Business Perspectives on Y2K, Jack E. Fincham.  What You Need to Know to be Ready for Y2K, Health Care Financing Administration, University of Kansas Medical Center, March 30, 1999.

** Optimizing Patient Counseling to Improve Compliance, Jack E. Fincham, Workshops in Community Pharmacy, Chicago, Illinois, July 17, 1999

***Smoking Cessation Success Rates with Drug Therapy in a Sample of Medicaid Patients, Jack E. Fincham, K.S. Braman, G.E. McNees, International Society for Pharmacoeconomics and Outcomes Research, Arlington, Virginia, May 22, 2000.

***Population Based Pharmaceutical Care, Jack E. Fincham, Strathcylde University School of Pharmacy, Glasgow, Scotland, UK, June 13, 2000.

**NSAID Induced Gastropathy, Jack E. Fincham, Karen Braman, Glenn E. McNees, Western Medicaid Pharmacy Administrators Association Annual Meeting, San Antonio, Texas, October 2, 2000.

***Differing Levels of Patient Satisfaction with Pharmacy Services in a Managed Care Organization, Jack E. Fincham, ISPOR Third Annual European Conference, Antwerpen, Belgium, November 5, 2000.

***A Multicenter Study of Pharmacist Directed Interventions in Dyslipidemia Therapy, Jack E. Fincham, ISPOR Third Annual European Conference, Antwerpen, Belgium, November 5, 2000.

**Issues Surrounding a Medicare Drug Benefit, Centers for Medicaid and Medicare Services, Jack E. Fincham, Kansas City, Missouri, August 15, 2002.

*Smoking Cessation Methods, Jack E. Fincham, Douglas County Dental Society, Lawrence, Kansas, February 12, 2003.

** Medicare Drug Benefit, Centers for Medicaid and Medicare Services, Midwest Consortium Managers, Jack E. Fincham, Kansas City, Missouri, September 2, 2003.

** Professional Perspectives on Medicare Prescription Drugs, Medicare Regional Leadership Meeting, Jack E. Fincham, Kansas City, Missouri, September 25, 2003.

** Pharmacy Perspectives, Centers for Medicare and Medicaid Services, Medicare Drug Discount Card Kick Off Conference, Jack E. Fincham, Washington, D.C., April 7, 2004

**Pharmaceutical Industry Overview, Jack E. Fincham, Centers for Medicare and Medicaid Services, Kansas City, Missouri, October 27, 2004.

**Pharmaceutical Industry Overview, Jack E. Fincham, Centers for Medicare and Medicaid Services, Kansas City, Missouri, May 5, 2005.

**e-Prescribing, Jack E. Fincham, Centers for Medicare and Medicaid Services, Kansas City, Missouri, May 5, 2005.

**Key Issues for Pharmacy, Jack E. Fincham, Centers for Medicare and Medicaid Services, Kansas City, Missouri, May 5, 2005.

** Prescription Drugs for Seniors, Jack E. Fincham, Women take charge!! Continuing your journey to wellness: policy, possibilities, progress, Georgia Department of Community Health, Atlanta, GA, May 19, 2005.

**Help with Taking Medicines: Financial and Therapeutic Topics, Central Midlands Council of Government Area Agency on Aging, Jack E. Fincham, Columbia, South Carolina, June 15, 2005.

**Medications Risk Management in Older Adults, 8th Annual Healthy Aging Summit, Georgia Department of Community Health, Jack E. Fincham, Atlanta, Georgia, June 17, 2005.

**Tips to Help Clients with Prescription Medication Assistance Programs, Jack E. Fincham, 29th Annual Summer School of Gerontology, Springmaid Beach, SC, August 24, 2005.

* Medication management for seniors, Georgia DHR-Office on Aging; Wellness Coordinators Meeting , Macon, GA, December 8, 2005.

*** Fincham JE. Consumer willingness to purchase imported prescription drugs: A discrete choice experiment,  Drug Policy and Pharmacy Services Contributed Papers #1 Session number - 3203.0, American Public Health Association Annual Meeting, Philadelphia, PA; December 12, 2005.

Fincham JE. Medicare Part D Panel Discussion. Need Help Making the Medicare Drug Benefit Decision? Mensa in Georgia, Atlanta, GA; January 21, 2006.

*** Patient compliance with medications in the US, Invited Presentation, Jack E. Fincham,  Hanoi School of Pharmacy, Hanoi, Vietnam, May 15, 2006

* Medications & Understanding Medicare Benefits for Diabetes Care Workshop, 9th Annual Healthy Aging Summit, Georgia Department of Community Health, Jack E. Fincham, Augusta, Georgia, June 15, 2006.

***Strategies for enhancing pharmacy participation and collaboration in public health initiatives and strategies. 14th International Social Pharmacy Workshop, Jack E. Fincham, Oxford, England, UK, July 14, 2006.

***Current Public Health Dilemmas in the US Health Care System, 14th International Social Pharmacy Workshop, Jack E. Fincham, Oxford, England, UK, July 14, 2006.

***Globalization and Public Health Issues, 14th International Social Pharmacy Workshop, Jack E. Fincham, Oxford, England, UK, July 14, 2006.

***Public Health Needs, a Vietnam Perspective, 14th International Social Pharmacy Workshop, Jack E. Fincham, Oxford, England, UK, July 14, 2006.

*** Case Example: Colleges of Pharmacy and Public Health Collaboration, 14th International Social Pharmacy Workshop, Jack E. Fincham, Oxford, England, UK, July 14, 2006.

***Using databases for assessment of drug risk outcomes, Institute of Health and Welfare Policy, National Yang-Ming University, Jack E. Fincham, Taipei, Republic of China, November 3, 2006.

***Impact of Medicare Part D on physicians and other providers, Institute of Health and Welfare Policy, National Yang-Ming University, Jack E. Fincham, Taipei, Republic of China, November 3, 2006.

**Economic Aspects of Pay for Performance, National Council on Prescription Drug Program, Educational Program, Jack. E. Fincham, Atlanta, Georgia, February 20, 2007.

** Health Information Technology (HIT) – A New Age for Electronic Processing: The Pharmacy Point of View, National Council on Prescription Drug Program, Educational Program, Jack. E. Fincham, Jacksonville, Florida, February 19, 2008.

** The Prevention Education Resource Center (PERC) www.teachprevention.org, Teach Prevention 2008, American College of Preventive Medicine, Jack E. Fincham, Austin, Texas, February 21, 2008, Poster Presentation.

** How do we teach prevention and public health to health professions students?, Teach Prevention 2008, American College of Preventive Medicine, Jack E. Fincham, Austin, Texas, February 22, 2008.

***Ahmed A., Fincham J.E. "Preferences for Careseeking at Retail Clinics," Society for Medical Decision Making Annual Meeting, Poster Session III, Monday, October 20, 2008.

***Fincham, J.E. "Consumer expectations of success when taking prescription medications while assessing drug risks: A discrete choice experiment" American Public Health Association Annual Meeting, Session 2057.1, Medical Care Poster Session: Drug Policy/Pharmacy & Quality Improvement. October 26, 2008.

## INVITED PARTICIPANT

Colloquium on Teaching by the Case Method, University of Georgia, December 16-18, 1985.

Options in Health Care, Closed Conference, Biomedical Information Corporation; New York, New York; March 3-4, 1986.

Mississippi Society of Hospital Pharmacists, Annual Summer Seminar, August, 1986.

29th Annual Seminar of the Georgia Society of Hospital Pharmacists, The University of Georgia Center for Continuing Education, October 10-12, 1986.

National Association of Boards of Pharmacy-American Association of Colleges of Pharmacy District III Annual Meeting, Biloxi, Mississippi, August 9-11, 1987.

Mississippi Pharmacists Association Annual Meeting, June 1988.

Mississippi Society of Hospital Pharmacists, Annual Summer Seminar, July, 1988.

Arkansas Public Health Association Annual Meeting, May, 1989.

Arkansas Pharmacists Association Annual Meeting, June 15-17, 1989.

The 22nd Annual Seminar in Hospital Pharmacy, College of Pharmacy, The University of Toledo, November 4, 1989, Toledo, Ohio.

Turkish National Pharmacy Day, May 14, 1990; Izmir, Turkey.

New Directions: The Role of Nicotine Reduction Therapy in the 90s, Palo Alto Center for Pulmonary Disease Prevention, December 13-16, 1990, Palm Desert, California.

Sixteenth Pharmacy Refresher Course, Pharmaceutical Society of Australia, Vancouver, British Columbia, May 25-31, 1991.

Pharmacy Leadership Conference, University of Missouri – Kansas City, Miami, Florida, June 21-23, 1991.

Drug Therapy Problems in the Elderly A Pharmacy Workshop, Louisiana Geriatric Education Center, Northeast Louisiana University, Monroe, Louisiana, July 3, 199 1.

Florida Pharmacists Association Annual Meeting, July 24-27, 1991.

Smoking Cessation Practical Aspects and New Developments, University of Nebraska Medical Center - Medical, Dental, and Pharmacist Continuing Education, Omaha, Nebraska, March, 1992.

Texas Pharmaceutical Association 113th Annual Meeting, June, 1992.

Saint Louis College of Pharmacy, Pharmaceutical Care Workshops, April 18, 1993.

NARD Annual Meeting, October 24-27, 1993, Indianapolis, Indiana.

American Society of Hospital Pharmacists Midyear Clinical Meeting, December 4-7, 1993, Atlanta, Georgia.

American Medical Association/MedWatch Drug and Device Induced Disease Conference, January 22, 1994, Washington, D.C.

Drug Outcomes Conference, December 5-6, 1994, Boca Raton, Florida.

Invitational Conference on Pharmacist Care, American College of Apothecaries, May 11, 1996, Collegeville, Pennsylvania.

Medical Library Association Annual Meeting, June 4, 1996, Kansas City, Missouri.

Pharmacy Educators' National Forum, July 12, 1996, Reno, Nevada.

NARD 98th Annual Meeting, October 12-16,1996, New Orleans, Louisiana.

Australasian Pharmaceutical Science Association (APSA) Conference, December 6-7, 1996, Melbourne, Victoria, Australia.

National Institute of Mental Health Rural Mental Health Conference, April 25-27, 1997.

American College of Apothecaries Annual Meeting, May 8-11, 1997

Fifth International Symposium on Pharmaceutical Sciences, June 24-27, 1997, Ankara, Turkey.

NCPA 99th Annual Meeting, October 25 -29, 1997, New Orleans, Louisiana.

18th Annual Arnold Schwartz Memorial Program, Arnold and Marie Schwartz College of Pharmacy and Health Sciences, Long Island University, Brooklyn, New York

American Pharmaceutical Association 145th Annual Meeting, March 20-24,1998, Miami, Florida

American College of Apothecaries Annual Meeting, May 9-11, 1998

Missouri Pharmacists Association Annual Meeting, June 11 - 14, 1998

National Community Pharmacists Association Annual Meeting, October 17-21, 1998, St. Louis, Missouri

Conference on Pharmaceutical Care Research and Service, Augusta, Georgia, October 22-23, 1998

American Pharmaceutical Association 146th Annual Meeting, March 5-9, 1999, San Antonio, Texas

Health Care Financing Administration Conference: What You Need to Know to be Ready for Y2K, University of Kansas Medical Center, March 30, 1999.

Western Medicaid Pharmacy Administrators Association Annual Meeting, San Antonio, Texas, October 2, 2000.

Douglas County Dental Society, Lawrence, Kansas, February 3, 2003.

## GRANTS AND EXTERNAL FUNDING

Fincham, J.E. The University of Georgia, Lilly Foundation Post-Doctoral Teaching Fellowship; October, 1984, $4,000.00.

Fincham, J.E. The University of Georgia, University of Georgia Research Foundation Faculty Research Grants Program, "Ambulatory Geriatric Drug Taking Behavior and Problems," 1985, $29,500.00.

Fincham, J.E. and Carroll, N.V. The University of Georgia, National Science Foundation, Grant No. SES-8420460, "The Effects of Differences in Drug Product Selection Laws on Pharmacists' Substitution Behavior," 1985, $16,628.00.

Spruill, W.J., Wade, W.E. and Fincham, J.E. The University of Georgia, "Evaluation of Depression in Hypertensive Patients Taking Low-Dose Reserpine as Compared to Other Anti-hypertensive and Control Group," 1985, Bristol Laboratories, $7,000.00.

Fincham, J.E., Carroll, N.V., Madden, E. The University of Georgia, NARD/Merck Foundation, "The Impact of Mail Order Pharmacies Upon Consumers and Pharmacists," 1986, $3,446.00.

Fincham, J.E. The University of Mississippi, "Purchase of Computer Peripherals to Enhance the Capabilities of Educational and Research Microcomputers," 1986, University of Mississippi Chancellor's Partners Grant Program, $668.00.

Fincham, J.E. and Smith, M.C. The University of Mississippi, "Study of the Choice of Practice Type by Pharmacy Students," National Association of Chain Drug Stores Faculty Research Grants, 1987, $43,500.00.

Fincham, J.E., Brown, TR., and Garner, D.D. The University of Mississippi, "State Participation in Pilot Testing of Adverse Drug Reaction Surveillance," 1988, United States Department of Health and Human Services Public Health Service Food and Drug Administration Contract No. 223-88-42699 1988 $122,037.00.

Fincham, J.E. The University of Mississippi, "Stimulation of Adverse Drug Reaction Reporting in Mississippi Long Term Care Facilities," University of Mississippi Faculty Research Program, 1988,  $1,000.00.

Smith, M.C. and Fincham, J.E. The University of Mississippi, "Meta-analysis of Research on Medication Use by Diabetic Patients," Diabetes Research and Education Foundation, 1988, $99,250.00.

Fincham, J.E., and Brown, T.R. The University of Mississippi, "Adverse Drug Reaction Surveillance," United States Department of Health and Human Services Public Health Service Food and Drug Administration Contract No. 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, 1989, $331,625.00.

Fincham, J. E.  The University of Mississippi, " The Role of the Pharmacist in Smoking Cessation", Lakside Pharmaceuticals, 1989, $52,000.00.

Fincham, J.E. Samford University, "The Role of the Pharmacist in Smoking Cessation," Merrell Dow Pharmaceuticals, 1990, $5,000.00.

Fincham, J.E. Samford University, "A Survey of Alabama Pharmacists' Attitudes Toward Ethical Issues Confronting the Pharmacy Profession," Samford University Faculty Development Grant, 1991,  $2,000.00.

Fincham, J.E. Creighton University, "New Directions in Smoking Cessation: Pharmacist Intervention," Marion Merrell Dow Inc., 1993, $8,721.31.

Fincham, J.E. Creighton University, "Smoking Cessation Workshops," Marion Merrell Dow Inc., 1993,  $18,000.

Fincham, J.E., Scott, D., Hospodka, R., Jungnickel, P. "Documenting the Worth of Pharmaceutical Services: A Pilot Project, NARD Foundation, 1993, $7,800.

Fincham, J.E., Hunter, J.B. "Documenting the Value of Pharmacy Services Provided in Community Pharmacies." NARD Foundation, 1995, $10,000.

Fincham, J.E. "Pharmaceutical Care Enhancements." American Stores, 1996, $50,000.

Borchardt, R.T. and Fincham, J.E. "Postgraduate Doctoral Fellowships." Upjohn Corporation, 1996, $50,000.

Fincham, J.E. Documenting the Value of Pharmacy Services Provided in Community Pharmacies.  NARD Foundation, 1996, $ 10,000.

Fincham, J.E. CIGNA HealthCare Quality Improvement and Patient Satisfaction Project, Pharmacia and Upjohn, 1997, $8,000.

Fincham, J.E. A Determination of the Extent of Compensation for Pharmacist Care Services Offered by Independent Community Pharmacists, 1997, NCPA Foundation, $10,000.

Fincham, J.E. The Provision of Drug Utilization Review Services and Provision and Maintenance of an Electronic Data Base Reporting and Evaluation System, 1998-2003, Kansas Department of Social and Rehabilitation Services, United States Department of Health and Human Services Health Care Financing Administration Federal Financial Participation, $1,585,040.

Fincham, J.E. Financial Impact of a Medicaid Managed Care Program on Community Pharmacies and an Outcomes Assessment of the Effects Upon Patient Drug and Other Health Care Usage, 1998, NCPA Foundation, $10,000.

Fincham, J.E. Drug Utilization Review Services Facilitation and Execution. 1998-2003, Kansas Department of Social and Rehabilitation Services, United States Department of Health and Human Services Health Care Financing Administration Federal Financial Participation, $70,000.

Fincham, J.E. A Study of Community Based Pharmacist Directed Interventions in Dyslipidemia Therapy. 1999, Parke Davis Inc., $305,520.

Fincham, J.E. Drug Utilization Review Analyses Examining Differences in Mental Health Drug Usage Between Fee-for-service (Title XIX) and HealthWave (Title XXI) HMO Patients, 2000, Kansas Department of Social and Rehabilitation Services, United States Department of Health and Human Services Health Care Financing Administration Federal Financial Participation, $30,000.

Fincham, J.E.  Community Pharmacy Practice Enhancement Projects, 2000, Institute for the Advancement of Community Pharmacy Practice, $85,000.

Fincham, J.E. Drug Utilization Review Research Projects, 2002-2004, Kansas Department of Social and Rehabilitation Services, United States Centers for Medicare and Medicaid Services Federal Financial Participation, $440,992.

Fincham, J.E. Diversity Curriculum Infusion Institute, 2008-09, UMKC Office of the Provost, $1,000.