# EXHIBIT C

# Jack E. Fincham, Ph.D.

7311 West 145th Terrace
Overland Park, KS 66223-2196
Phone 913-530-0218

TO:
Mr. Jack W. London
3701 Bee Cave Road, Suite 200
Austin, TX 78746

FOR:
Barlow Case

INVOICE
DATE: MARCH, 2012

| DESCRIPTION | HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| 3/3/2012, Materials Review | 5 | 350 | 1,750.00 |
| 3/8/2012, Materials Review | 2.5 | 350 | 750.00 |
| 3/20/2012, Materials Review | 1.5 | 350 | 525.00 |
| 3/23/2012, Materials Review | 8.5 | 350 | 2,975.00 |
| 3/24/2012, Materials Review | 1.5 | 350 | 525.00 |
| 3/25/2012, Materials Review | 4 | 350 | 1,400.00 |
| 3/26/2012, Materials Review | 6 | 350 | 2,100.00 |
| 3/27/2012, Materials Review | 10 | 350 | 3,500.00 |
| 3/28-3/29, Materials Review with Mr. London and Mr. Pearce | 20 | 350 | 7,000.00 |
| 3/30/2012, Materials Review & Literature Search | 2 | 350 | 700.00 |
| 3/31/2012, Materials Review | 4 | 350 | 1,400.00 |
| Total Hours | 65 hours | 350.00 | $22,750.00 |
| | | TOTAL | $22,750.00 |

Thank you!

*Jack Fincham*
*4/4/2012*

# Jack E. Fincham, Ph.D.

7311 West 145th Terrace
Overland Park, KS 66223-2196
Phone 913-530-0218

TO:
Mr. Jack W. London
3701 Bee Cave Road, Suite 200
Austin, TX 78746

FOR:
Barlow Case

# INVOICE

INVOICE
DATE: MAY 31, 2012

| DESCRIPTION | HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| 4/3-4/10/2012, Materials Review | 4.0 | 350.00 | 1,400.00 |
| 5/6/2012, Materials Review | 2.5 | 350.00 | 875.00 |
| 5/14-5/19 Materials Review | 4.5 | 350.00 | 1,575.00 |
| 5/29-5/31/2012, Materials Review | 3.0 | 350.00 | 1,050.00 |
| Total Hours | 14 hours | 350.00 | $4,900.00 |
| | | TOTAL | $4,900.00 |

Thank you!

*Jack Fincham*
5/31/2012

# Jack E. Fincham, Ph.D.

# INVOICE

7311 West 145th Terrace
Overland Park, KS 66223-2196
Phone 913-530-0218

INVOICE
DATE: JULY 31, 2012

.TO:
Mr. Jack W. London
3701 Bee Cave Road, Suite 200
Austin, TX 78746

.FOR:
Barlow Case

| DESCRIPTION | HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| July Materials Review, Report Preparation | 57.2 | 350.00 | 20,000.00 |
| Total Hours | 14 hours | 350.00 | $20,000.00 |
| | | TOTAL | $20,000.00 |

Thank you!

CLIENT # _____
MATTER # 36767
ATTORNEY ACP
APPROVED $10,000 - WJG

# Jack E. Fincham, Ph.D.

# INVOICE

7311 West 145th Terrace
Overland Park, KS 66223-2196
Phone 913-530-0218

INVOICE
DATE: OCTOBER 1, 2012

TO:
Mr. Jack W. London
3701 Bee Cave Road, Suite 200
Austin, TX 78746

FOR:
Barlow Case

| DESCRIPTION | HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Materials Review September 2012, Deposition Preparation | 8.0 | 350.00 | 2,800.00 |
| Total Hours | 14 hours | 350.00 | $2,800.00 |
| | | TOTAL | $2,800.00 |

Thank you!

Jack Fincham
10/1/2012

# Jack E. Fincham, Ph.D.

# INVOICE

7311 West 145th Terrace
Overland Park, KS 66223-2196
Phone 913-530-0218

INVOICE
DATE: NOVEMBER 1, 2012

TO:
Mr. Jack W. London
3701 Bee Cave Road, Suite 200
Austin, TX 78746

FOR:
Barlow Case

| DESCRIPTION | HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Deposition preparation October 5-22, 2012 | 68.5 | 350.00 | 23,975.00 |
| Deposition Testimony, October 23, 2012 | 9.0 | 350.00 | 3,150.00 |
| Total Hours | 77.5 hours | 350.00 | $27,125.00 |
| | | TOTAL | $27,125.00 |

Thank you!

# Jack E. Fincham, Ph.D.

# INVOICE

7311 West 145th Terrace  
Overland Park, KS 66223-2196  
Phone 913-530-0218

INVOICE  
DATE: DECEMBER 3, 2012

TO:  
Mr. Jack W. London  
3701 Bee Cave Road, Suite 200  
Austin, TX 78746

FOR:  
Barlow Case

| DESCRIPTION | HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| December 3 & 4, 2012 Deposition accuracy review | 2.0 | 350.00 | 700.00 |
| Notary service charge, UPS, Price quoted is the cost for notary service | | | 5.00 |
| Parcel received 12/3/2012 late afternoon after being sent from Austin on 11/29/2012 | | | |
| Total Hours & associated costs | Total Amount | | 705.00 |
| | | TOTAL | $705.00 |

Thank you!

**Please note that payment must be provided to Dr. Fincham prior to the required document being signed and notarized and then finally sent to Mr. London. The material will be promptly provided after payment received.**

## Jack E. Fincham, Ph.D.

7311 West 145th Terrace
Overland Park, KS 66223-2196
Phone 913-530-0218

TO:
Mr. Jack W. London
3701 Bee Cave Road, Suite 200
Austin, TX 78746

Archie Carl Pierce
Wright & Greenhill, P.C.
221 W. 6th St. Suite 1800
Austin, Texas 78701

FOR:
Barlow Case

INVOICE
DATE: MARCH 21, 2013

| DESCRIPTION | HOURS | RATE PER HOUR | AMOUNT |
|---|---|---|---|
| Trial preparation Early March – March 21, 2013; Phone call, research, material collection and review, deposition review and research | 15 | 350.00 | 5,250.00 |
| Total Hours | 15 hours | 350.00 | $5,250.00 |
| | | TOTAL | $5,250.00 |

Thank you!

*Jack E. Fincham*

22 March 2013