EXHIBIT E

**CURRICULUM VITAE**

**MICHAEL D. FREEMAN Ph.D., M.P.H., D.C.**

Updated 1-13

**ADDRESS**
425 NW 10th Avenue, Suite 306
Portland, Oregon 97209
Tel 971-255-1008 Fax 971-255-1046
e-mail: forensictrauma@gmail.com, freemami@ohsu.edu

**EDUCATION**
UMEÅ UNIVERSITY, Faculty of Medicine, Section of Forensic Medicine – Med.Dr. (c)
(2013 projected completion)
OREGON STATE UNIVERSITY - Ph.D. Public Health (Epidemiology)
OREGON STATE UNIVERSITY - M.P.H. (Epidemiology and Biostatistics)
UNIVERSITY of WESTERN STATES – D.C.
UNIVERSITY OF OREGON – B.S. (General Science)

**ACADEMIC POSITIONS**
Affiliate Professor of Epidemiology – 2010 to present
 Department of Public Health and Preventive Medicine
 School of Medicine, Oregon Health & Science University
 Portland, Oregon
Affiliate Professor of Psychiatry – 2011 to present
 Department of Psychiatry
 School of Medicine, Oregon Health & Science University
 Portland, Oregon
Clinical/Affiliate Associate Professor – 2005-10
 Department of Public Health and Preventive Medicine
 School of Medicine, Oregon Health & Science University
 Portland, Oregon
Clinical Assistant Professor – 1997-2005
 Department of Public Health and Preventive Medicine
 School of Medicine, Oregon Health & Science University
 Portland, Oregon
Adjunct/Honorary Professor of Forensic Epidemiology and Traumatology – 2012-17
 Department of Forensic Medicine
 Faculty of Health Sciences, Aarhus University
 Aarhus, Denmark
Adjunct/Honorary Associate Professor of Epidemiology and Traumatology – 2012-17
 Department of Forensic Medicine
 Faculty of Health Sciences, Aarhus University
 Aarhus, Denmark
Adjunct Associate Professor of Forensic Medicine and Epidemiology – 2005-12

Institute of Forensic Medicine
Faculty of Health Sciences, Aarhus University
Aarhus, Denmark

**EDITORIAL ACTIVITIES**
Associate Editor, *J of Forensic Biomechanics*, 2010-present
Associate Editor, *The Spine Journal* 2007-present
Associate Editor, *PM&R*, official scientific journal of the American Academy of Physical
      Medicine and Rehabilitation 2008-present
Associate Editor, *Scandinavian Journal of Forensic Medicine*
Editorial Board Member, *Egyptian Journal of Forensic Sciences* 2010-present
Co-Editor in Chief, *Journal of Whiplash-Related Disorders* 1999-2006
Advisory Editorial Board Member, *The Spine Journal* 2004-present
Editorial Committee Member, *Spineline* 2004-2009
Manuscript reviewer for *Orthopedics, Spine, The Spine Journal, Lancet, Annals of
      Biomechanical Engineering, Journal of the American Board of Family Medicine,
      Journal of Forensic and Legal Medicine, Acta Neurologica Scandanavica, Medical
      Science Monitor, Pain Research & Management, Journal of Back and
      Musculoskeletal Rehabilitation, American Society for Testing and Materials
      (ASTM), inter alia*

**COURSES TAUGHT**
PHPM 574 Forensic & Trauma Epidemiology
      Department of Public Health and Preventive Medicine
      Oregon Health & Science University School of Medicine
      Portland, Oregon 2006-present
Principles of Forensic Epidemiology
      Forensic Psychiatry Fellowship
      Department of Psychiatry
      Oregon Health & Science University School of Medicine
      Portland, Oregon – 2011 to present
PHPM 503 Thesis Advising
      Department of Public Health and Preventive Medicine
      Oregon Health & Science University School of Medicine
      Portland, Oregon 2005-present
PHPM 507 Injury and Trauma Epidemiology
      Department of Public Health and Preventive Medicine
      Oregon Health & Science University School of Medicine
      Portland, Oregon 1999 – 2005

**ACTIVITIES and HONORS**
Reviewer, National Aeronautical Space Administration (NASA) 2011
Past president, International Cellular Medicine Society, 2009 to 2012
Founding member, International Cellular Medicine Society, 2009
Member, Research Planning Committee, North American Spine Society 2007-2009
Member, Complementary Medicine Committee, North American Spine Society 2007-
2009

Special Deputy Sheriff (Forensics), Vehicular Homicide Investigator, Clackamas County, Oregon, 2007-present
Member, Crash Reconstruction and Forensic Technology (CRAFT) multidisciplinary law enforcement fatal crash investigation team, Clackamas County, Oregon, 2002-present

Consultant Forensic Trauma Epidemiologist to the Medical Examiner Division of the Oregon Department of State Police – Occupant Kinematics, 1999-2006
Deputy Medical Examiner, Marion County, Oregon. 2000-2005
Moderator, Engineering sciences section, American Academy of Forensic Sciences 62nd Annual Meeting, Seattle, WA 2010
Co-Chair, International Whiplash Trauma Congress V, Lund, Sweden. 2011
Co-Chair, International Whiplash Trauma Congress IV, Miami, FL. October 2007.
Co-Chair, International Whiplash Trauma Congress III, Portland, OR. June 2006.
Co-Chair, International Whiplash Trauma Congress II, Breckenridge, CO. February 2005.
Co-Chair, International Whiplash Trauma Congress I, Denver, CO. October, 2003
Co-Chair, Forensic Section, International Traffic Medicine Association. Budapest, Hungary. September, 2003
Member, Blue Ribbon Panel Congressional Task Force on roller coaster-induced brain injury
    Funded by a grant from the National Institute of Child Health and Human Development
    2002-2003
President, Spinal Injury Foundation. Denver, CO 2002-2009
Member, Marion-Polk County C.R.A.S.H. Team - Occupant Kinematics Consultant 1999-2004
Scientific Chair, North American Whiplash Trauma Congress. Victoria, British Columbia 1999

**BOARD CERTIFICATION AND ORGANIZATIONS**
ACTAR Accredited Crash Reconstructionist, Accreditation Commission for Traffic Accident Reconstruction, #1581
American Academy of Forensic Science, Pathology/ Biology section
Fellow, International College of Chiropractic
Diplomate, American Academy of Pain Management
Certification in basic and advanced crash reconstruction - Northwestern University
Member, American College of Epidemiology
Member, Association for the Advancement of Automotive Medicine
Member, Sigma Xi Scientific Honor Society
Member, International Traffic Medicine Association
Member, North American Spine Society
Member, Forensic Accident Reconstructionists of Oregon
Member, Society of Automotive Engineers

**GRANTS**

**2012-2013 Michael J. Fox Foundation** - Precision Image-Guided Correction (PIC) With The Use Of Upright CINE Phase- Contrast MRI (FONAR) For The Identification and Treatment of CSF Outflow Abnormalities And Improvement of Parkinson's Disease Symptoms - $75,000. Co-PI. (in revision)

**2011-2015 World Health Organization** – research grant for Rwandan study of relationship between genocide and suicide and homicide victimization and offending. $200,000 over 4 years.

**2010-2011 Centers for Disease Control** (Administered by National University of Rwanda and OHSU) SPH/CDC $200,000 over 4 years.

**2002-2003 National Institute of Child Health and Human Development** – Blue Ribbon Task Force on Roller Coaster Associated Brain Injury. $75,000.

**DISSERTATION SUPERVISION/MENTORING**

Frank Franklin Ph.D., J.D. candidate, Earle Mack School of Law, Drexel University
Bonnie Colville-Ebeling MD – PhD candidate (University of Copenhagen, Faculty of Health Sciences, Department of Forensic Medicine)
Dimitrios Papadakis BSc, MRes, Dr.rer.nat (mentoring)
Wendy Leith MS – MPH candidate (2013)
Konrad Dobbertin – MPH 2011
Apostolo Alexandridis – MPH 2011
Wilson Rubanzana MD – PhD candidate (National University of Rwanda, School of Public Health)
Catherine Maddux-Gonzalez – MPH 2009
Laura Criddle MS, RN – PhD 2008
Peter Harmer PhD – MPH 2006


**PUBLICATIONS**

**Peer-reviewed journal articles**

**Freeman MD**, Eriksson A, Leith W. Head and neck injury patterns in fatal falls: epidemiologic and biomechanical considerations. *Forensic Sci Int* (submitted)

Colville-Ebeling B, **Freeman MD**, Banner J, Lynnerup N. Autopsy practice in forensic pathology – evidence-based or experience-based? A review of autopsies performed in a case of multiple, simultaneous deaths. *Int J Leg Med* (submitted)

**Freeman MD**, Eriksson A, Dobbertin K, Cogswell K. An evaluation of the association between seatbelt failure and outboard upper extremity injury in rollover crash related ejections. (submitted)

Dobbertin K, **Freeman MD**, Lambert W, Laserev M, Kohles S. The Relationship between Vehicle Roof Crush and Head, Neck and Spine Injury Risk in Rollover Crashes. *Acc Analysis & Prevention* (in revision)

Centeno CJ, Schultz JR, Cheever M, **Freeman M**, Faulkner S, Robinson S. A Case Series of Percutaneous Treatment of Non-Union Fractures with Autologous, Culture Expanded, Bone Marrow Derived, Mesenchymal Stem Cells and Platelet Lysate. *J Bioengineer & Biomedical Sci S2:007* doi:10.4172/2155- 9538.S2-007

Woodham M, Woodham A, Skeate JG, **Freeman MD**. Long-Term Lumbar Multifidus Muscle Atrophy Changes Documented With Magnetic Resonance Imaging; A Case Series. *J Radiol Case Rep* (submitted)

Wendlova J, **Freeman MD**. The Slovak Regression Model of Fall-Related Femoral Neck Fracture Risk. *Journal of Forensic Biomechanics* (in review)

**Freeman MD**, Dobbertin K, Kohles SS, Uhrenholt L, Eriksson A. Serious head and neck injury as a predictor of occupant position in fatal rollover crashes. *Forensic Sci Int* 2012;222:228–33.

**Freeman MD,** Kohles SS. An examination of the threshold criteria for the evaluation of specific causation of mesothelioma following a history of significant exposure to chrysotile asbestos-containing brake dust, *Int J Occ Env Hlth* 2012;18(4):329-36.

**Freeman MD,** Fuerst M. Does the FDA have regulatory authority over adult autologous stem cell therapies? FDCA 21 CFR 1271 and the Emperor's New Clothes. *J Transl Med.* 2012 Mar 26;10(1):60.

**Freeman MD,** Everson T, Kohles SS. Forensic epidemiologic and biomechanical analysis of a pelvic cavity blowout injury associated with ejection from a personal watercraft (jet-ski). *J Forens Sci* 2012 doi: 10.1111/j.1556-4029.2012.02250.x

**Freeman MD,** Kohles SS. Polychorinated Biphenyls (PCB), Non-Hodgkin Lymphoma, and Causation. *Journal of Environmental and Public Health*, vol. 2012, Article ID 258981, 15 pages, 2012. doi:10.1155/2012/258981.

Centeno CJ, Fuerst M, Faulkner SJ, **Freeman MD**. Is cosmetic platelet-rich plasma a drug to be regulated by the Food and Drug Administration? *J Cosm Derm* 2011;10:171–3.

Centeno CJ, Schultz JR, Cheever M, **Freeman M,** Faulkner S, Robinson S, Hanson R. Safety and Complications Reporting Update on the Re-Implantation of Culture-Expanded Mesenchymal Stem Cells Using Autologous Platelet Lysate Technique. *Cur Stem Cell Res & Ther* 2011;6(4):XX

Centeno CJ, **Freeman MD**, Schultz J, Cheever M, Hanson R, Kohles S. A Prospective Controlled Outcome Study of Adult Autologous, Culture Expanded Mesenchymal Stem Cell Treatment for Symptomatic Osteoarthritic Hip and Knee Joints. *PM R* (in press)

**Freeman MD,** Kohles SS. Application of the Hill Criteria to the Causal Association of Post-Traumatic Headache and Assault. *Egypt J Forensic Sci* 2011;1:35-40.

**Freeman MD,** Kohles SS. Application of the Bradford-Hill Criteria for Assessing Specific Causation in Post-Traumatic Headache. *Brain Inj Prof* 2011;8(1):26-8.

**Freeman MD**, Kohles SS. An Evaluation of Applied Biomechanics as an adjunct to systematic specific causation in forensic medicine. *Wien Med Wochenschr* 2011;161:1-11.

**Freeman MD**, Centeno CJ, Fuerst M, Kohles SS. Should the FDA regulate adult autologous stem cell therapy? A public health perspective. *J Epi Pub Hlths* (in review)

Uhrenholt L, **Freeman MD**, Jurik AG, Jensen LJ, Gregersen M, Boel LW, Kohles SS, Thomsen AH. Esophageal injury in fatal rear-impact collisions. *Forensic Sci Int* 2010 Oct 5. [Epub ahead of print] PubMed PMID: 20932695.

**Freeman MD**. A Bayesian assessment of unexplained fracture as a forensic test of child abuse; quantification of uncertainty using the Error Odds approach. Acta Medicinae Legalis et Socialis 2010:179-84.

Nystrom NA, Champagne LP, **Freeman MD**, Blix E. Surgical fasciectomy of the trapezius muscle combined with neurolysis of the spinal accessory nerve; results and long-term follow-up in 30 consecutive cases of refractory chronic whiplash syndrome. *J Brachial Plexus and Peripheral Nerve Injury* 2010:5;7.

Centeno CJ, Schultz J, Cheever M, Robinson B, **Freeman MD**, Marasco W. Safety of autologous MSC transplantation: an in vivo MRI study of transplanted MSCs culture-expanded using a novel, platelet-lysate technique. *Cur Stem Cell Res & Ther* 2010;5:81-93.

Dagenais S, Gay RE, Tricco A, Mayer, JM, **Freeman MD**. North American Spine Society Contemporary Concepts in Spine Care: Spinal Manipulation Therapy for Acute Low Back Pain *Spine J* 2010 Oct;10(10):918-40.

Uhrenholt L, Schumacher B, **Freeman MD**. Road traffic fatalities in Aarhus Police District in 2000-2004 - medical investigations and legal consequences. *Ugeskr Laeger*. 2010 Sep 27;172(39):2683-2687. Danish

**Freeman MD**, Woodham M, Woodham A. The role of the lumbar multifidus in chronic low back pain; a review. *PM R* 2010 Feb;2(2):142-6.

**Freeman MD**, Centeno CJ, Kohles SS. A systematic approach to clinical determinations of causation in symptomatic spinal disc injury following motor vehicle crash trauma. *PM R* 2009;1(10):951-6.

**Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett R, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and head/neck (whiplash) trauma. *Brain Injury* 2010;24(7-8):988-94.

**Freeman MD**, Kohles SS. Applications and limitation of forensic biomechanics; a Bayesian perspective. *J Forensic Legal Med* 2010;17:67-77.

**Freeman MD**, Nystrom A, Centeno C, Hand M. Chronic whiplash and central sensitization; do a trigger points play an important role in pain modulation? *J Brachial Plex Peripher Nerve Inj* 2009 Apr 23;4:2.

**Freeman MD**, Hand ML, Rossignol AM. Applied Forensic Epidemiology: A Bayesian evaluation of forensic evidence in a vehicular homicide investigation. *J Forensic Legal Med* 2009 Feb;16(2):83-92. Epub 2008 Oct 21

Centeno CJ, Busse D, Kisiday J, Keohan C, **Freeman M**, Karli D Regeneration of meniscus cartilage in a knee treated with percutaneously implanted autologous mesenchymal stem cells. *Med Hypothese*. 2008 Dec;71(6):900-8.

Centeno CJ, Schultz J, **Freeman M**. Sclerotherapy of Baker's cyst with imaging confirmation of resolution. *Pain Physician* 2008 Mar-Apr;11(2):257-61.

Centeno CJ, Busse D, Kisiday J, Keohan C, **Freeman M**, Karli D. Increased knee cartilage volume in degenerative joint disease using percutaneously implanted, autologous mesenchymal stem cells. *Pain Physician* 2008 May;11(3):343-53.

**Freeman MD**, Centeno CJ. A fatal case of secondary gain; a cautionary tale. *Amer J Case Reports* 2008;9:97-103.

Centeno CJ, Elkins W, **Freeman M**, Elliott J, Sterling M, Katz E. Total Cervical Translation as a Function of Impact Vector as Measured by Flexion-Extension Radiography *Pain Physician* 2007 Sep;10(5):667-71.

**Freeman MD**, Rossignol AC, Hand M. Forensic Epidemiology: A systematic approach to probabilistic determinations in disputed matters. *J Forensic Legal Med* 2008;15(5):281-90.

Centeno CJ, Kisiday J, **Freeman MD**, Shultz JR. Partial regeneration of the human hip via autologous bone marrow nucleated cell transfer: a case study. *Pain Physician* 2006;9:135-7.

Croft AC, **Freeman MD**. Correlating crash severity with injury risk, injury severity, and long-term symptoms in low velocity motor vehicle collisions. *Med Sci Monit* 2005 Oct;11(10):RA316-21. Epub 2005 Sep 26.

**Freeman MD**, Croft AC, Nicodemus CN, Centeno CJ, Welkins WL. Significant spinal injury resulting from low-level accelerations: A case series of roller coaster injuries. *Arch Phys Med Rehab* November 2005;86:2126-30.

**Freeman MD**, Croft AC, Rossignol AC, Elkins W. Chronic neck pain and whiplash: a case/control study of the relationship between acute whiplash injuries and chronic neck pain. *Pain Res Manag* 2006;11(2):79-83.

Centeno CJ, **Freeman MD**, Welkins WL. A review of the literature refuting the concept of minor impact soft tissue injury. *Pain Res Manag* 2005;10(2):71-4.

Centeno C, Elliot J, Elkins W, **Freeman M**. A prospective case series of fluoroscopically guided cervical prolotherapy for instability with blinded pre and post radiographic reading. *Pain Physician* 2005;8(1):

Centeno CJ, Elkins WL, **Freeman M**. Waddell's signs revisited? *Spine* 2004 Jul 1;29(13):1392

**Freeman MD**, Olson D. Hemifacial tic following a low-speed motor vehicle crash. *J Whiplash Rel Dis* 2004;3(1).

**Freeman MD**, Nelson C. Injury pattern analysis as a means of driver identification in a vehicular homicide; a case study. *Forensic Examiner* Spring 2004;13(1):24-8.

Croft AC, Haneline MT, **Freeman MD**. Low speed frontal crashes and low speed rear crashes: is there a differential risk for injury? *Annu Proc Assoc Adv Automot Med.* 2002;46:79-91.

Croft AC, Herring P, **Freeman MD**, Haneline MT: The neck injury criterion (NIC): future considerations. *Accid Anal Prev* 2002;34(2):247-55.

**Freeman MD**, Croft AC, Rossignol AM. A critical evaluation of the methodology of a low back pain clinical trial *J Manipulative Physio Ther* 2000; 23(5):363-4.

**Freeman MD**, Croft AC, Rossignol AM, Weaver DS, Reiser M. A review and methodologic critique of the literature refuting whiplash syndrome. *Spine* 1999;24(1):86-98.

**Freeman MD**, Croft AC, Rossignol AM. Whiplash Associated Disorders (WAD) -Redefining Whiplash and its Management" by the Quebec Task Force: A Critical Evaluation. *Spine* 1998;23(9):1043-9.

**Freeman MD**, Fox DD, Richards TR. The superior intracapsular ligament of the sacroiliac joint: confirmation of Illi's ligament. *J Manipulative Physiol Ther* 1990;13(7):374-90.

**Non-peer-reviewed publications**

**Freeman MD**. The problem with probability. *Trial* March 2006, 58-61.

Croft AC, **Freeman MD**. Auto insurers and their new role in whiplash prevention—new rules, new risks, new tests. *Forum* 35(3):9-13, 2005.

**Freeman MD**, Nelson C. Injury Pattern Analysis as a means of driver identification, *Laboratory Medicine* Aug 2004

O'Shanick G, Varney N, **Freeman MD**, et al. Blue Ribbon Panel Review of the Correlation Between Brain Injury and Roller Coaster Rides (Report to US Congress, Funded by the National Institute of Child Health and Human Development). February 25, 2003.

Croft AC, Herring P, **Freeman MD**, Centeno C, Haneline MT, Baric JJ: Late (chronic) whiplash injury. Public health perspectives amidst a controversial literature. JACA 40(8):26-32, 2003.

**Freeman MD**. Don't fall for defense fallacies. *Trial* 2000.

Seroussi R, **Freeman MD**. A review of original research by Brault et al. "Clinical response of human subjects to rear-end automobile collisions" *Injury Forum* 2000;2(5):49-50.

**Freeman MD**. The epidemiology of acute and chronic whiplash injury in the U.S. Proceedings of HWS-Distorsion (Schleudertrauma) & Leichte Traumatische, Hirnverletzung. Invaliditat und Berufliche Reintegration.  Basel, Switzerland. June 29-30, 2000.

**Freeman MD**. Meta-analysis of whiplash prognosis studies. Proceedings of Whiplash 2000, Bath, England. May 16-18, 2000. pp 102-24.

9

**Freeman MD**, Croft AC, Reiser M. [reprint of A review and methodologic critique of the literature refuting whiplash syndrome] *Trial* March 1999

Croft AC, **Freeman MD**. From railway spine to whiplash. *Topics in Clinical Chiropractic* (Trauma) 1998;5(3):54-61.

**Freeman MD**, Croft AC, Reiser M.  Die epidemiologie des Schleudertraumas - wo liegt die Schelle Zur Verletzung? (The epidemiology of whiplash - is there a reliable threshold for whiplash injury?) *HWS-Distortion (Schleudetrauma) & Leichte Traumatische, Hirnverletzung*. Edited by Ettlin TM and Mürner J. June 25-6, 1998:99-118.

**Freeman MD**. The first CIREN conference: motor vehicle crash-related trauma and biomechanical engineering. *JACA* 1998;35(4):54-61.


**Thesis**

**Freeman MD**. A study of chronic neck pain and whiplash injuries. *UMI Dissertation services*, Ann Arbor, MI. 1998:9820108.


**Books**

Nordhoff L, **Freeman MD**, Siegmund GP. Human Subject Crash Testing: Innovations and Advances. Society of Automotive Engineers, Detroit MI 2007

Berardinelli D, **Freeman MD**, DeShaw A. From Good Hands to Boxing Gloves; How Allstate Changed Casualty Insurance in America. Trial Guides 2008

**Freeman MD**. Litigating Major Auto Injury and Death Cases; Forensic Science (volume 2 of Litigating Major Auto Injury and Death Cases, Koehler K, Freeman MD). ThomsonWest:2006

**Freeman MD**. Litigating Minor Impact Soft Tissue Cases; Forensic Medicine (volume 2 of Litigating Minor Impact Soft Tissue Cases, Koehler K and Freeman MD). ThomsonWest:2001

**Chapters**

**Freeman MD**, Haneline M. Unintentional and Intentional Injuries. Chapter 7, in *An Introduction to Public Health in Chiropractic*, Jones & Bartlett.

**Freeman MD**, Centeno CJ, Kornel E. Acute cervical spine trauma. British Medical Journal, *BMJ in Practice*. Available online at https://online.epocrates.com/noFrame/showPage.do?method=diseases&MonographId=944

Hunter OK, **Freeman MD**. Cervical Sprain and Strain. eMedicine from WebMD. Updated July 15, 2009. Available at: http://emedicine.medscape.com/article/306176-overview.

**Freeman MD**. Forensic considerations in the mild traumatic brain injury case. In: Mild Traumatic Brain Injury; Onset, Consequences, & Outcomes Eds. O'Shanick G, Varney N. Springer (in press)

**Freeman MD**. The epidemiologist as forensic scientist pp 178-9. In: Principles and Practice of Epidemiology: An Engaged Approach, Rossignol AM. McGraw-Hill, NY, NY 2007

**Freeman MD**, Nordoff LS. Crash Injury Thresholds, (Ch. 14) in Nordhoff LS. Motor vehicle collision injuries: Biomechanics, diagnosis & management. Jones and Bartlett Publishing, Boston MA 2005.

Murphy D, **Freeman MD**. Management of neck pain and related disorders. In Principles of Chiropractic Text, Haldeman S, Editor in Chief. Third Edition, 2004: 969-998.

**Freeman MD**, Croft AC. The Controversy over Late Whiplash: Are Chronic Symptoms after Whiplash Real? in: Whiplash Injuries Edited by M. Szpalski and R. Gunzburg. Lippencott-Raven. September 1997

**Scientific and Peer-reviewed Conference Proceedings and Abstracts**

Rubanzana W, **Freeman MD**. Exposure to effects of genocide as a risk factor for intentional death in Rwanda: a forensic epidemiological investigation. *Scand J Forens Med* 2012;18(1):117.

**Freeman MD**, Dobbertin K, Kohles SS, Uhrenholt L, Eriksson A. Serious head and neck injury as a predictor of occupant position in fatal rollover crashes. *Scand J Forens Med* 2012;18(1):34-5.

**Freeman MD**, Uhrenholt L. Self-defense or attempted murder? A combined ballistic and traffic crash reconstruction of a Texas shooting. *Scand J Forens Med* (2012;18(1):51.

**Freeman MD.** Applied forensic epidemiology: the evaluation of individual causation in wrongful death cases using relative risk. *Scand J Forens Med* (2012;18(1):25.

Uhrenholt L, Webb A, Pedersen M, Christensen HW, **Freeman MD**. Does whiplash trauma result in somatic injury. *Scand J Forens Med* (2012;18(1):121

**Freeman M**, Uhrenholt L. Rollover collisions; the effect of restraint use on skull vault fractures. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

Uhrenholt L, **Freeman M**, Jurik AG, Jensen LL, Gregersen MEG, Boel LWT et al. Evidence of somatic injury in rear-impact collisions - esophagus injuries. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

Uhrenholt L, **Freeman M**. How microscopy can explain traffic crash-related cervical spine injury. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

Nystrom NA, **Freeman MD**. "Trigger Point" Surgery for Soft Tissue Pain in Chronic Whiplash Syndrome. *J Rehab Medicine* 2011;Suppl 50:27.

**Freeman MD**, Kohles SS. Scientific and Legal Criteria for Evaluating Injury Causation Following Whiplash Trauma. *J Rehab Medicine* 2011;Suppl 50:20.

Rosa S, **Freeman MD**, Harshfield D. Restoration of Normal Cerebrospinal Fluid Flow in 2 Cases of Confirmed Cerebellar Tonsillar Ectopia with Long-Term Headaches, Following Use of The Atlas Orthogonal Instrumented Manipulation Technique. *J Rehab Medicine* 2011;Suppl 50:14.

**Freeman MD**, Centeno CJ. "Whiplash-Associated Disorders [WAD]" – the persisting lexicon of a failed venture. *J Rehab Medicine* 2011;Suppl 50:6-7

Kohles SS, **Freeman MD**. Mathematical Models Characterizing the Probability of Trigger Event, Ambient-Risk, and Coincidental Influences on Inductive and Abductive Conclusions of Specific Causation. *Annals of Epidemiology* 2010;20(9):713-4.

Centeno MD, **Freeman MD**, Schultz J, Cheever M, Faulkner S, Hanson R, Kohles S. Clinical Percutaneous Implantation of Autologous, Culture-Expanded MSCs into Peripheral Joints. *Orthopedic Research Society*, 2011 Annual Meeting in Long Beach, California, January 13-16.

Kohles SS, **Freeman MD**. Mathematical Models Characterizing the Probability of Trigger Event, Ambient-Risk, and Coincidental Influences on Inductive and Abductive Conclusions of Specific Causation. Proceedings of *American College of Epidemiology Annual Meeting*, San Francisco, CA. September 2010. P64, Annals of Epidemiology

Nystrom A, **Freeman MD**. Central sensitization is a reversible response to focal soft-tissue neck pain in chronic whiplash. *2010 American Academy of Orthopedic Surgeons Annual Meeting* March 9-13, 2010, New Orleans, LA.

**Freeman MD**. The Error Odds method of objectively assessing bioengineering based claims of causation; a Bayesian approach to test validity quantification (Special joint session of Jurisprudence and Engineering Sciences) *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

Nystrom A, **Freeman MD**. Central sensitization is an immediately reversible phenomenon in chronic pain after whiplash. A double blind, placebo controlled study. *XXVIII European Society for Regional Anaesthesia Annual Congress* Salzburg, Austria, September 9-12, 2009

**Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett RM, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and cervical spine trauma. *European Congress of Radiology*, March 4-8, 2010, Vienna, Austria.

Uhrenholt L, **Freeman MD**. The Role of Microscopic Post-Mortem Study in Explaining Traffic-Crash Related Neck Injury; A Review. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences*. Feb 2010, Seattle, Washington.

**Freeman MD**, Uhrenholt L, Newgard C. The effect of restraint use on skull vault fractures in rollover crashes. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

**Freeman MD**, Uhrenholt L, Newgard C. Head injuries in lower speed collinear collisions; an analysis of the National Automotive Sampling System database. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

**Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett RM, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and cervical spine trauma. *XXI Congress of the International Academy of Legal Medicine* May 2009 Lisbon, Portugal

**Freeman MD**. The Error Odds assessment of accuracy for tests in forensic medicine; a simple application of Bayes' Law. *XXI Congress of the International Academy of Legal Medicine* May 2009 Lisbon, Portugal

Uhrenholt L, Schumacher B, **Freeman MD**. A cross-sectional study of road traffic fatalities and vehicular homicide investigation practices in Denmark for 2000-2004. *Proceedings of 61st Annual Meeting of the American Academy of Forensic Sciences.* Feb 2009, Denver, Colorado.

**Freeman MD**, Centeno CJ. Etiologic and demographic characteristics of traffic crash-related disc injuries. *Spine J* doi:10.1016/j.spinee.2008.06.373.

**Freeman MD**. Bayesian analysis of predictive characteristics in suicidal versus homicidal hanging deaths: A case study in forensic epidemiology. *Proceedings of 59th Annual Meeting of the American Academy of Forensic Sciences* February 19-24, 2007, San Antonio, Texas 2007;13:304.

**Freeman MD**. Probability and pathological findings in suicide versus homicidal hanging deaths; a case study. *Proceedings of 16th Nordic Conference on Forensic Medicine* June 15-17, 2006, Turku, Finland 2006:15-6.

**Freeman MD**. Injury Pattern Analysis as a means of driver determination in a vehicular homicide investigation. *Proceedings of 16th Nordic Conference on Forensic Medicine* Turku, Finland June 15-17 2006:38-9.

**Freeman MD**. Injury Pattern Analysis in Fatal Traffic Crash Investigation. *Proceedings of 57th Annual Meeting of American Academy of Forensic Sciences* New Orleans, Louisiana. February 24, 2005.

**Freeman MD**, Croft AC, Centeno C. Fatal head injury cases in a rural Oregon county. *Proceedings of the 19th World Congress of the International Traffic Medicine Association* Budapest, Hungary, September 14-17, 2003.

Croft AC, Haneline MT, **Freeman MD**. Differential Occupant Kinematics and Forces Between Frontal and Rear Automobile Impacts at Low Speed: Evidence for a Differential Injury Risk, *International Research Council on the Biomechanics of Impact (IRCOBI)* Munich, Germany September 18-20, 2002:365-6.

Sparr L, **Freeman MD**. The Uses and Abuses of Psychiatric IMEs: An Ethical Dilemma? *American Psychiatric Association Annual Meeting* San Francisco, California May 2003.

Croft AC, Haneline MT, **Freeman MD**. Low speed frontal crashes and low speed rear crashes: is there a differential risk for injury? *Proceedings of the 46th Association for the Advancement of Automotive Medicine (AAAM) Annual Scientific Conference* Tempe, Arizona, September 29-October 2, 2002:79-91.

Croft AC, Lord S, **Freeman MD**. Whiplash Injury: Mechanisms of Injury, Pathophysiology, and Treatment *10th World Congress on Pain, International Association for the Study of Pain* San Diego, August 17-22, 2002:482.

**Freeman MD**, Centeno C, Croft AC, Nicodemus CN: Significant spinal injury resulting from low-level accelerations: a comparison with whiplash. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

Croft AC, Haneline MT, **Freeman MD**. Differential occupant kinematics and head linear acceleration between frontal and rear automobile impacts at low speed: evidence for a differential injury risk. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

Croft AC, Haneline MT, **Freeman MD**. Automobile crash reconstruction in low speed rear impact crashes utilizing a momentum, energy, and restitution (MER) method. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

Centeno C, **Freeman MD**, Croft AC. A comparison of the functional profile of an international cohort of whiplash injured patients and non-patients: an internet study. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

**Freeman MD**, Sapir D, Boutselis A, Gorup J, Tuckman G, Croft AC, Centeno C, Phillips A. Whiplash injury and occult vertebral fracture: a case series of bone SPECT imaging of patients with persisting spine pain following a motor vehicle crash. *Cervical Spine Research Society 29th Annual Meeting* Monterey, CA, Nov 29-Dec 1, 2001.

Johansson BH, **Freeman MD**. The prevalence of symptomatic cervical disc herniation in the Swedish population with asymptomatic degenerative disc disease

[a cross-sectional study]. *International Congress on Whiplash Associated Disorders* March, 2001. Berne, Switzerland.

**Freeman MD**, Centeno C, Croft AC, Nicodemus C. Significant spinal injuries resulting from low-level accelerations: a case series of roller coaster injuries. *Proceedings of Cervical Spine Research Society 28th Annual Meeting*, November 30-December 2, 2000:110-1.

Croft AC, **Freeman MD**. An evaluation of the neck injury criterion; recommendations for future consideration. *Association for the Advancement of Automotive Medicine*, San Antonio, TX October, 2000.

**Freeman MD**, Croft AC, Rossignol AM. The prevalence of whiplash-associated chronic cervical pain among a random sample of patients with chronic spine pain. *Proceedings of 27th Annual Cervical Spine Research Society Annual Meeting*. Seattle, WA December 13-15, 1999.

**Freeman MD**, Croft AC, Rossignol AM. Late whiplash risk factor analysis of a random sample of patients with chronic spine pain. *World Whiplash Associated Disorders Congress*, February 8-10, 1999, Vancouver, British Columbia

### Scientific Commentary/Editorials/Letters

**Freeman MD**. Clinical Practice Guidelines versus Systematic Reviews; which serves as the best basis for evidence based spine medicine? Invited commentary. *Spine J* 2010 Jun;10(6):512-3.

**Freeman MD**, Centeno CJ, Katz E. MR imaging of whiplash injury in the upper cervical spine; controversy or confounding? *Spine J* 2009 Sep;9(9):789-90. Epub 2009 Jun 17

Centeno CJ, **Freeman M**. Re: Are smooth pursuit eye movements altered in chronic whiplash-associated disorders? A cross-sectional study. *Clin Rehabil* 2008 Apr;22(4):377-8.

Centeno CJ, **Freeman MD**. Editorial Submission on Kongsted, A., et al., Are smooth pursuit eye movements altered in chronic whiplash associated disorders? A cross-sectional study. *Clin Rehabil* 2007;21(11):1038-49.

**Freeman MD**. Crash Test Dummy? *New Scientist* June 23, 2007:22-3.

**Freeman MD,** Centeno CJ, Merskey H, Teasell R, Rossignol AM. Greater injury leads to more treatment for whiplash: no surprises here. *Arch Int Med* 2006;166(11):1238-9.

Centeno C, **Freeman MD.** Alberta rodeo riders do not develop late whiplash. *J Rheumatol* 2007 Feb;34(2):451-2.

**Freeman MD,** Centeno C. Alar, Transverse and Apical Ligament Strain due to Head-Turned Rear Impact. *Spine* 2006;31(17):2030.

**Freeman MD.** Cervical disc herniation following motor vehicle crash trauma. Invited commentary. *Spine J* 2005 Nov-Dec;5(6):644.

**Freeman MD,** Centeno C. Whiplash and Peer Review *JWRD* 2003;2(2):1-3.

**Freeman MD,** Centeno C. Whiplash and Secondary Gain *JWRD* 2003;2(1):1-4.

**Freeman MD,** Centeno C. "Placebo" Collisions and Whiplash *JWRD* 2002;1(2):1-8.

**Freeman MD.** Biomechanics of minor automobile accidents. *J South Orthop Assoc* 2001 Summer;10(2):95-6.

**Freeman MD.** Are demolition derby drivers a valid proxy for the population at risk for whiplash injury? *Arch Neurol* 2001 Apr;58(4):680-1.

**Freeman MD,** Rossignol AM. Effect of eliminating compensation for pain and suffering on the outcome of insurance claims. *NEJM* 2000 Oct 12;343 (15):1118-9.

**Freeman MD.** Letter to the editor. *Cranio* 1999;17(3):160-1.

Croft AC, **Freeman MD.** Commentary on "Pain after whiplash: a prospective controlled inception cohort study." *The Back Letter* 1999;14(4):43-5.

**Freeman MD,** Croft AC. Late Whiplash Syndrome, 3rd reply. *Lancet* 1996 Jul 13;348(9020):125

## SCIENTIFIC PRESENTATIONS

Freeman MD. *The relationship between Chiari malformation, trauma, and chronic pain.* Karolinska Institute, September 27, 2012, Stockholm, Sweden.

Freeman MD. *Serious head and neck injury as a predictor of occupant position in fatal rollover crashes.* 18th Nordic Conference on Forensic Medicine, June 13-16, Aarhus Denmark.

Freeman M. *Self-defense or attempted murder? A combined ballistic and traffic crash reconstruction of a Texas shooting.* 18th Nordic Conference on Forensic Medicine, June 13-16, Aarhus Denmark.

Freeman MD. *Applied forensic epidemiology: the evaluation of individual causation in wrongful death cases using relative risk.* 18th Nordic Conference on Forensic Medicine, June 13-16, Aarhus Denmark.

Freeman MD. *Forensic Epidemiologic Investigation of Traffic Crash-Related Homicide* Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

Freeman MD. *Traffic Crash Injuries 1960 to the present; how far we've come.* Keynote address, Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

Freeman MD. *Is there a place for forensic biomechanics in evaluation of Probability of Causation?* 8th International Conference on Forensic Inference and Statistics (ICFIS), July 19-21, 2011; University of Washington, Seattle, Washington.

Freeman MD. *Case studies in forensic epidemiology.* 8th International Conference on Forensic Inference and Statistics (ICFIS), July 19-21, 2011; University of Washington, Seattle, Washington.

Freeman MD. The Error Odds method of objectively assessing bioengineering based claims of causation; a Bayesian approach to test validity quantification. Invited lecture; joint session of Jurisprudence and Engineering Sciences. *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 25, 2010, Seattle, Washington.

Freeman MD, Uhrenholt L, Newgard C. The effect of restraint use on skull vault fractures in rollover crashes. Engineering Sciences section, *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 26, 2010 Seattle, Washington.

Freeman MD, Uhrenholt L, Newgard C. Head injuries in lower speed collinear collisions; an analysis of the National Automotive Sampling System database. Engineering Sciences section, *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 26, 2010 Seattle, Washington.

Freeman MD. The Error Odds assessment of accuracy for tests in forensic medicine; a simple application of Bayes' Law. Invited presentation; *XXI Congress of the International Academy of Legal Medicine* May 2009, Lisbon, Portugal

Freeman MD. Forensic Epidemiology and Traumatic Brain Injury. Invited presentation; *VII World Congress on Brain Injury, International Brain Injury Association* April 2008 Lisbon, Portugal.

Freeman MD, Hand M. Bayesian analysis of predictive characteristics in suicidal versus homicidal hanging deaths: A case study in forensic epidemiology. *59th Annual Meeting of the American Academy of Forensic Sciences* February 19-24, 2007, San Antonio, Texas.

Freeman MD. Probability and pathologic findings in suicidal versus homicidal hanging deaths; a case study *16th Nordic Conference on Forensic Medicine* June 15, 2006, Turku, Finland.

Freeman MD. Injury Pattern Analysis as a means of driver determination in a vehicular homicide investigation *16th Nordic Conference on Forensic Medicine* June 16, 2006, Turku, Finland.

Freeman MD. Probability and pathologic findings in suicidal versus homicidal hangings; a case study. Grand Rounds *Institute of Forensic Medicine, Aarhus University, Aarhus, Denmark.* October 27, 2005.

Freeman MD. Road Traffic Crashes- mechanisms, injuries and analysis. Invited lecture (Keynote address) *Danish Society for Automotive Medicine* Aarhus, Denmark. October 27, 2005.

Freeman MD. The Defense Medical Evaluation: Issues, Ethics and Pitfalls. *2nd Annual International Whiplash Trauma Congress* Breckenridge, Colorado. February 26, 2005.

Freeman MD. Injury Pattern Analysis in Fatal Traffic Crash Investigation *American Academy of Forensic Sciences' 57th Annual Meeting* New Orleans, Louisiana. February 24, 2005.

Freeman MD. Independent Medical Evaluations and secondary gain. Grand Rounds, *Department of Psychiatry, Oregon Health & Science University School of Medicine* November 2, 2004.

Freeman MD. The epidemiology of crash-related trauma. Invited lecture. Grand Rounds *Peace Health Hospital* Longview, Washington. March 30, 2004.

Freeman MD. Injury pattern analysis: the practical application to the investigation of crash related death. Grand Rounds Department of Pathology, *Oregon Health Sciences University* Portland, Oregon. January 21, 2004.

Freeman MD. Literature critique, Whiplash Updates. Invited lecture. *British Columbia Chiropractic Association* Vancouver, British Columbia, Canada. October 23, 2003.

Freeman MD. Catastrophic crash cases and probability. Invited lecture. *Paris American Legal Institute* Florence, Italy. September 22, 2003.

Freeman MD. Injury pattern analysis as a means of driver identification in a vehicular homicide; a case study. *International Traffic Medicine Association Annual Meeting*. Budapest, Hungary. September 17, 2003.

Freeman MD. Fatal head injury crashes in a rural Oregon county, 1990-1999. *International Traffic Medicine Association Annual Meeting*. Budapest, Hungary. September 16, 2003.

Freeman MD. Crash reconstruction and forensic science. Invited lecture. *CRASH 2003* Spine Research Institute of San Diego. San Diego, California. August 22, 2003.

Freeman MD, Sparr L. The uses and abuses of psychiatric IMEs: an ethical dilemma. *American Psychiatric Association Annual Meeting*. San Francisco, California. May 21, 2003.

Freeman MD. Crash-related trauma. Invited lecture. THRI Neuroscience meeting. *Texas Back Institute* St. Mary's Hospital. Plano, Texas. February 28, 2003.

Freeman MD. Whiplash injury and occult spinal fracture. *International Association for the Study of Pain* 10th World Congress on pain. San Diego, California. August 20, 2002.

Freeman MD. Crash Reconstruction and forensic science. *CRASH 2002* Spine Research Institute of San Diego. San Diego, California. August 8, 2002.

Freeman MD. Epidemiologic and medical aspects of whiplash injury. *Swedish Orthopedic Society* Stockholm, Sweden. May 17, 2002.

Freeman MD. Epidemiologic considerations of whiplash injuries. Invited lecture. *European Chiropractic Union Annual Congress* Oslo, Norway. May 9, 2002.

Freeman MD. The role of cervical manipulation in neck pain. Invited lecture. *Cervical Spine Research Society 29th Annual Meeting* Instructional Course, Monterey, CA, Nov 29-Dec 1, 2001

Freeman MD. Whiplash injury and occult vertebral fracture: a case series of bone SPECT imaging of patients with persisting spine pain following a motor vehicle crash. *Cervical Spine Research Society 29th Annual Meeting* Monterey, CA, Nov 29-Dec 1, 2001

Freeman MD. Interpreting the medical literature with a focus on bias and confounding/Minimal Damage Crash Reconstruction. Invited lecture. *CRASH 2001* Spine Research Institute of San Diego. San Diego, CA. August 2001.

Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Washington State Patrol* Lacy, WA, June 20, 2001

Freeman MD. Case studies in multidisciplinary spine care. *Chiropractic Association of Oregon* Portland OR, April 28, 2001

Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Washington State Patrol* Vancouver, WA, February 13, 2001

Freeman MD. The role of cervical manipulation in neck pain. Invited lecture. *Cervical Spine Research Society 28th Annual Meeting* Instructional Course. Charleston, South Carolina, December 1, 2000

Freeman MD. Significant spinal injuries resulting from low-level accelerations: a case series of roller coaster injuries. *Cervical Spine Research Society 28th Annual Meeting* Charleston, South Carolina, December 1, 2000

Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Medical Examiner Division, Oregon State Police.* Salem, OR. November 28, 2000

Freeman MD. Minimal damage motor vehicle crash reconstruction. Invited lecture. Spine Research Institute of San Diego. *CRASH 2000* Spine Research Institute of San Diego. San Diego CA. August 11-13, 2000

Freeman MD. Analysis of the whiplash literature with emphasis on research out of Quebec and Saskatchewan. *Saskatchewan Medical Group and Coalition Against No-Fault.* Saskatoon, Saskatchewan. September 2000.

Freeman MD. Forensic applications of crash reconstruction. Invited lecture. *CRASH 2000* Spine Research Institute of San Diego.. San Diego, CA. August 11, 2000.

Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology; practical application in the forensic setting. Washington County CART Team training lecture, on behalf of *Medical Examiner Division, Oregon State Police.* Lake Oswego, Oregon. July 13, 2000.

Freeman MD. The epidemiology of acute and chronic whiplash injury in the U.S. Invited lecture. *HWS-Distorsion (Schleudetrauma) & Leichte Traumatische, Hirnverletzung. Invaliditat und Berufliche Reintegration.* Basel, Switzerland. June 29-30, 2000.

Freeman MD. Whiplash injury risk factors. Invited lecture. *Whiplash 2000.* Bath, England. May 18, 2000.

Freeman MD. How many whiplash injuries could there be? Invited lecture. *Whiplash 2000* Bath, England. May 17, 2000.

Freeman MD. Whiplash injury and occupant kinematics; the results of human volunteer crash testing. Invited lecture. *Society for Road Traffic Injuries (LFT)*. Oslo, Norway. April 3, 2000.

Freeman MD. Epidemiology of Whiplash Injuries. Invited lecture. *Swedish Orthopedic Society* Stockholm, Sweden. March 31, 2000.

Freeman MD. Methodologic pitfalls in epidemiological and clinical research, with examples from whiplash research. Invited lecture. *Arvetsinstitut (Institute for Musculoskeletal Medicine Research) University of Umea* Umea, Sweden. March 30, 2000.

Freeman MD. The prevalence of whiplash-associated chronic cervical pain among a random sample of patients with chronic spine pain. *Cervical Spine Research Society 27th Annual Meeting* Seattle, WA December 13-15, 1999.

Freeman MD. High speed videography of occupant movement during human volunteer crash testing; searching for an injury threshold. *North American Whiplash Trauma Congress* November 12, 1999.

Freeman MD. Scientific Chair Address. *North American Whiplash Trauma Congress* November 12, 1999.

The science of whiplash injuries: common mistakes in the reconstruction of low speed crashes. Invited lecture. *Forensic Accident Reconstructionists of Oregon* Eugene, Oregon, April 1, 1999.

Freeman MD. Late whiplash risk factor analysis of a random sample of patients with chronic spine pain. *Whiplash Associated Disorders World Congress* Vancouver, B.C. February 9, 1999.

Freeman MD. The epidemiology of whiplash injuries; critiquing the literature. Grand rounds, *Department of Public Health and Preventive Medicine, Oregon Health Sciences University* Portland, Oregon. December 17, 1998.

Freeman MD. The scientific appraisal of motor vehicle crash-related injuries. Invited lecture. *Managing the Cost of Auto Injuries.* Orlando, FL. December 8, 1998.

Freeman MD. Risk factors for chronic pain following acute whiplash injury. Invited lecture. *Managing the Cost of Auto Injuries* Orlando, FL. December 7, 1998.

Freeman MD. The epidemiology of whiplash injuries. Current Issues in Public Health, *Department of Public Health and Preventive Medicine, Oregon Health Sciences University* Portland, Oregon. October 7, 1998

Freeman MD. The epidemiology of whiplash - is there a reliable threshold for whiplash injury? Invited lecture. *HWS-Distortion (Schleudetrauma) & Leichte Traumatische Medico-Legal Congress.* Basel, Switzerland, June 26, 1998.

Freeman MD. The Epidemiology of Late Whiplash. Invited lecture. *HWS-Distortion (Schleudetrauma) & Leichte Traumatische Medico-Legal Congress.* Basel, Switzerland, June 25, 1998.

Freeman MD. Methodologic error in the whiplash literature. Invited lecture. *Whiplash '96* Brussels, Belgium, November 15-16, 1996

Freeman MD. Conservative therapy for spinal disorders *St. Francis Hospital*, San Francisco, CA. September 1994

Freeman MD. The history of chiropractic. Invited lecture. *White Plains Hospital*, White Plains, NY. December 1993