EXHIBIT F

# Statement

| Date |
|---|
| 4/2/13 |



**FORENSIC RESEARCH & ANALYSIS**
Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| To: |
|---|
| Jack W. London & Associates |
| Jack London |
| 3701 Bee Cave Rd, Ste 200 |
| Austin, TX  78746 |

| Amount Due | Amount Enc. |
|---|---|
| $1,437.50 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 05/31/11 | Balance forward | | 0.00 |
| | Neurontin- | | |
| 06/27/11 | PMT #3255. Law Offices of Jack London | -11,000.00 | -11,000.00 |
| 12/20/11 | INV #3329. Due 12/20/11. | 22,087.50 | 11,087.50 |
| | --- Doc Rev, 15 @ $575.00 = 8,625.00 | | |
| | --- Consulting $6,000.00 | | |
| | --- Dr. Sean Kohles: meeting and ancillary document review $2,000.00 | | |
| | --- conf/meeting, 7 @ $575.00 = 4,025.00 | | |
| | --- conf/meeting, 2.5 @ $575.00 = 1,437.50 | | |
| 01/17/12 | PMT #3304. Law Offices of Jack London & Associates | -11,087.50 | 0.00 |
| 02/08/12 | INV #3463. Due 02/08/12. | 6,450.00 | 6,450.00 |
| | --- Consulting $3,000.00 | | |
| | --- Consulting, 6 @ $575.00 = 3,450.00 | | |
| 03/05/12 | PMT #3320. Law Offices of Jack London & Associates | -6,450.00 | 0.00 |
| 07/03/12 | INV #4062. Due 07/03/12. | 7,475.00 | 7,475.00 |
| | --- Doc Rev, 3 @ $575.00 = 1,725.00 | | |
| | --- Doc Rev, 6 @ $575.00 = 3,450.00 | | |
| | --- conf/meeting, 4 @ $575.00 = 2,300.00 | | |
| 07/23/12 | PMT #3380. Law Offices of Jack W London & Associates | -7,475.00 | 0.00 |
| 10/01/12 | PMT #3416. Law Offices of Jack W London-depo deposit | -2,450.00 | -2,450.00 |
| 10/01/12 | INV #4211. Due 10/01/12. | 14,125.00 | 11,675.00 |
| | --- Consulting $5,500.00 | | |
| | --- Doc Rev, 12 @ $575.00 = 6,900.00 | | |
| | --- Consulting, 3 @ $575.00 = 1,725.00 | | |
| 10/29/12 | PMT #3421. Law offices of Jack London & Associates | -14,125.00 | -2,450.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 1,437.50 | 0.00 | $1,437.50 |

Page 1

# Statement

| Date |
|---|
| 4/2/13 |



**FORENSIC RESEARCH & ANALYSIS**
Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| To: |
|---|
| Jack W. London & Associates<br>Jack London<br>3701 Bee Cave Rd, Ste 200<br>Austin, TX  78746 |

| Amount Due | Amount Enc. |
|---|---|
| $1,437.50 |  |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 11/05/12 | INV #4267. Due 11/05/12.<br>--- In office depo, 7 @ $700.00 = 4,900.00 | 4,900.00 | 2,450.00 |
| 11/12/12 | PMT #3444. Law Offices of Jack London | -2,450.00 | 0.00 |
| 01/09/13 | INV #4355. Due 01/09/13.<br>--- Doc Rev, 6 @ $575.00 = 3,450.00<br>--- Research $2,000.00 | 5,450.00 | 5,450.00 |
| 01/22/13 | INV #4368. Due 01/22/13.<br>--- Doc Rev, 2.5 @ $575.00 = 1,437.50 | 1,437.50 | 6,887.50 |
| 02/06/13 | INV #4395. Due 02/06/13.<br>--- In office depo, 2.5 @ $700.00 = 1,750.00<br>--- Prep Depo, 12 @ $575.00 = 6,900.00 | 8,650.00 | 15,537.50 |
| 02/08/13 | PMT #3480. Law Offices of Jack London & Associates | -5,450.00 | 10,087.50 |
| 03/14/13 | PMT #3496. Law Offices of Jack W London & Associates | -8,650.00 | 1,437.50 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 1,437.50 | 0.00 | $1,437.50 |

# Invoice

| Date | Invoice # |
|---|---|
| 2/6/13 | 4395 |



**FORENSIC RESEARCH & ANALYSIS**

Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| Bill To |
|---|
| Jack W. London & Associates |
| Jack London |
| 3701 Bee Cave Rd, Ste 200 |
| Austin, TX  78746 |

| Customer Fax | 512-479-5934 |
|---|---|

| Due Date | Terms |
|---|---|
| Due on receipt | 2/6/13 |

| Case Name | Neurontin |
|---|---|

| Hours | Description of Service | Rate | Date of Service | Amount |
|---|---|---|---|---|
| 2.5 | overtime of 2.5 hours on deposition that was supposed to conclude by 4 pm but ended at 6:30 pm | 700.00 | 2/5/13 | 1,750.00 |
| 12 | Review of materials and preparation for deposition, including meeting with attorney | 575.00 | 2/5/13 | 6,900.00 |

Notes/Comments:
We appreciate your prompt payment.

| Invoice Total | $8,650.00 |
|---|---|
| Payment/Credit Applied | $-8,650.00 |
| **Balance Due** | **$0.00** |

***Make checks payable to: Forensic Research & Analysis***

# Invoice

| Date | Invoice # |
|---|---|
| 1/22/13 | 4368 |



**FORENSIC RESEARCH & ANALYSIS**

Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| Bill To |
|---|
| Jack W. London & Associates<br>Jack London<br>3701 Bee Cave Rd, Ste 200<br>Austin, TX 78746 |

| Customer Fax | 512-479-5934 |
|---|---|

| Case Name | Neurontin |
|---|---|

| Due Date | Terms |
|---|---|
| Due on receipt | 1/22/13 |

| Hours | Description of Service | Rate | Date of Service | Amount |
|---|---|---|---|---|
| 2.5 | Additional review of documents and consultation with attorney | 575.00 | 1/22/13 | 1,437.50 |

Notes/Comments:
We appreciate your prompt payment.

| Invoice Total | $1,437.50 |
|---|---|
| Payment/Credit Applied | $0.00 |
| **Balance Due** | **$1,437.50** |

*Make checks payable to: Forensic Research & Analysis*

# Invoice

| Date | Invoice # |
|---|---|
| 1/9/13 | 4355 |



**FORENSIC RESEARCH & ANALYSIS**

Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| Bill To |
|---|
| Jack W. London & Associates<br>Jack London<br>3701 Bee Cave Rd, Ste 200<br>Austin, TX 78746 |

| Customer Fax | 512-479-5934 |
|---|---|

| Due Date | Terms |
|---|---|
| Due on receipt | 1/9/13 |

| Case Name | Neurontin |
|---|---|

| Hours | Description of Service | Rate | Date of Service | Amount |
|---|---|---|---|---|
| 6 | Review of newest materials sent, research, response and statistical review by MDF | 575.00 | 1/9/13 | 3,450.00 |
|  | Statistical analysis-flat fee | 2,000.00 | 1/9/13 | 2,000.00 |

Notes/Comments:
We appreciate your prompt payment.

| Invoice Total | $5,450.00 |
|---|---|
| Payment/Credit Applied | $-5,450.00 |
| **Balance Due** | **$0.00** |

*Make checks payable to: Forensic Research & Analysis*

# Invoice

| Date | Invoice # |
|---|---|
| 11/5/12 | 4267 |



**FORENSIC RESEARCH & ANALYSIS**

Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| Bill To |
|---|
| Jack W. London & Associates<br>Jack London<br>3701 Bee Cave Rd, Ste 200<br>Austin, TX 78746 |
| Customer Fax: 512-479-5934 |

| Case Name | Neurontin |
|---|---|

| Due Date | Terms |
|---|---|
| Prior to Event | 11/5/12 |

| Hours | Description of Service | Rate | Date of Service | Amount |
|---|---|---|---|---|
| 7 | Deposition in office, scheduled from 9 am until 4 pm pacific time, per attorney request. Please note balance of payment is due in our office no later than Friday, November 9th to avoid cancellation from Dr. Freeman's calendar. Full payment of depo fee has now been transferred to the newly scheduled deposition date of February 5, 2013, per approval of Dr. Freeman | 700.00 | 11/13/12 | 4,900.00 |

Notes/Comments:

This is a revised invoice!

| Invoice Total | $4,900.00 |
|---|---|
| Payment/Credit Applied | $-4,900.00 |
| **Balance Due** | **$0.00** |

*Make checks payable to: Forensic Research & Analysis*

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/12 | 4211 |



**FORENSIC RESEARCH & ANALYSIS**

Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| Bill To |
|---|
| Jack W. London & Associates<br>Jack London<br>3701 Bee Cave Rd, Ste 200<br>Austin, TX 78746 |

| Customer Fax | 512-479-5934 |
|---|---|

| Due Date | Terms |
|---|---|
| Due on receipt | 10/1/12 |

| Case Name | Neurontin |
|---|---|

| Hours | Description of Service | Rate | Date of Service | Amount |
|---|---|---|---|---|
|    | Statistical review and analyses -flat fee | 5,500.00 | 9/30/12 | 5,500.00 |
| 12 | Review of documents, analysis and preparation of report | 575.00 | 9/30/12 | 6,900.00 |
| 3  | revision and development of charts by MDF | 575.00 | 10/1/12 | 1,725.00 |

Notes/Comments:
We appreciate your prompt payment.

| Invoice Total | $14,125.00 |
|---|---|
| Payment/Credit Applied | $-14,125.00 |
| **Balance Due** | **$0.00** |

*Make checks payable to: Forensic Research & Analysis*

# Invoice

| Date | Invoice # |
|---|---|
| 7/3/12 | 4062 |



**FORENSIC RESEARCH & ANALYSIS**

Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| Bill To |
|---|
| Jack W. London & Associates |
| Jack London |
| 3701 Bee Cave Rd, Ste 200 |
| Austin, TX  78746 |

| Customer Fax | 512-479-5934 |
|---|---|

| Due Date | Terms |
|---|---|
| Due on receipt | 7/3/12 |

| Case Name | Neurontin |
|---|---|

| Hours | Description of Service | Rate | Date of Service | Amount |
|---|---|---|---|---|
| 3 | Preparation for meeting with attorneys | 575.00 | 7/2/12 | 1,725.00 |
| 6 | Review of new materials sent, going back to May 2012 | 575.00 | 7/2/12 | 3,450.00 |
| 4 | Meeting with attorneys Jack London and his associate in office | 575.00 | 7/2/12 | 2,300.00 |

**Notes/Comments:**
We appreciate your prompt payment.

| Invoice Total | $7,475.00 |
|---|---|
| Payment/Credit Applied | $-7,475.00 |
| **Balance Due** | **$0.00** |

*Make checks payable to: Forensic Research & Analysis*

# Invoice

| Date | Invoice # |
|---|---|
| 2/8/12 | 3463 |



**FORENSIC RESEARCH & ANALYSIS**

Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| Bill To |
|---|
| Jack W. London & Associates |
| Jack London |
| 3701 Bee Cave Rd, Ste 200 |
| Austin, TX 78746 |

| Customer Fax | 512-479-5934 |
|---|---|

| Due Date | Terms |
|---|---|
| Due on receipt | 2/8/12 |

| Case Name | Neurontin |
|---|---|

| Hours | Description of Service | Rate | Date of Service | Amount |
|---|---|---|---|---|
|  | Consulting-statistical review (flat fee) | 3,000.00 | 2/3/12 | 3,000.00 |
| 6 | Consulting-statistical review by MDF as well conference time with attorney | 575.00 | 2/3/12 | 3,450.00 |

Notes/Comments:
We appreciate your prompt payment.

| Invoice Total | $6,450.00 |
|---|---|
| Payment/Credit Applied | $-6,450.00 |
| **Balance Due** | **$0.00** |

*Make checks payable to: Forensic Research & Analysis*

# Invoice

| Date | Invoice # |
|---|---|
| 12/20/11 | 3329 |



**FORENSIC RESEARCH & ANALYSIS**

Michael D. Freeman, PhD MPH
425 NW 10th Avenue #306
Portland, OR 97209
Tel: 971-255-1008
EIN: #68-0551731

| Bill To |
|---|
| Jack W. London & Associates<br>Jack London<br>3701 Bee Cave Rd, Ste 200<br>Austin, TX  78746 |

| Customer Fax | 512-479-5934 |
|---|---|

| Due Date | Terms |
|---|---|
| Due on receipt | 12/20/11 |

| Case Name | Neurontin |
|---|---|

| Hours | Description of Service | Rate | Date of Service | Amount |
|---|---|---|---|---|
| 15 | document review, research and statistical consulting by Dr. Freeman | 575.00 | 12/14/11 | 8,625.00 |
|  | Consulting: statistical analysis through end of November | 6,000.00 | 12/14/11 | 6,000.00 |
| 8 | Dr. Sean Kohles: meeting and ancillary document review | 250.00 | 12/14/11 | 2,000.00 |
| 7 | personal meeting time with attorney by Dr. Freeman | 575.00 | 12/14/11 | 4,025.00 |
| 2.5 | phone conference with attorney | 575.00 | 12/14/11 | 1,437.50 |

Notes/Comments:
We appreciate your prompt payment.

| Invoice Total | $22,087.50 |
|---|---|
| Payment/Credit Applied | $-22,087.50 |
| **Balance Due** | **$0.00** |

*Make checks payable to: Forensic Research & Analysis*