# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------X
In re: NEURONTIN MARKETING,                          : MDL Docket No. 1629
       SALES PRACTICES, AND                          :
       PRODUCTS LIABILITY LITIGATION          : Master File No. 04-10981
                                                                               :
------------------------------------------------------------------------X  Judge Patti B. Saris
                                                                               :
THIS DOCUMENT RELATES TO:                           : Magistrate Judge Leo T. Sorokin
                                                                               :
PLAINTIFFS' PRODUCTS LIABILITY GROUP         :
------------------------------------------------------------------------X

### DECLARATION OF JACK W. LONDON, ESQ., IN SUPPORT OF APPLICATION OF JACK W. LONDON and ARCHIE CARL PIERCE FOR AWARD OF EXPENSES FROM COMMON BENEFIT FUND

I, Jack W. London, depose and state as follows:

I am an attorney with the law firm of Law Offices of Jack W. London & Associates, P.C., and a member of the Plaintiffs' Products Liability Steering Committee. This declaration is submitted in support of the Application of Jack W. London and Archie Carl Pierce for Award of Expenses from the Common Benefit Fund. The statements of fact recited in the Memorandum in Support of Application of Jack W. London and Archie Carl Pierce for Award of Expenses from the Common Benefit Fund are true and correct based on my personal knowledge.

Attached hereto is a copy of my own flight itinerary to New York for the preservation deposition of Professor Trimble. It accurately reflects that I arrived in New York on Monday, August 1, and returned to Austin on Friday, August 5. I, and Gene Brooks, met with Professor Trimble in New York on August 2 and on August 3, as set out in the Memorandum, for the sole purpose of preparing him and us for his preservation deposition. I had no other business in New York and, I believe, Professor Trimble had no other business in New York on that visit; we were there solely to prepare for and to conduct his preservation deposition. It is my opinion that the

subject matter of his deposition was extremely specialized within the field of biological psychiatry and that such preparation was necessary to competently perform my duties to the plaintiffs and plaintiffs' attorneys in product liability cases in MDL 1626, *In Re Neurontin*.

I further state that Archie Carl Pierce and myself incurred and paid the bills submitted by Dr. Fincham and Dr. Freeman and that I personally paid the unpaid portion of the bills and expenses by Professor Trimble that are set out in the Application and Memorandum.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 25, 2013__              Respectfully submitted,

                                        LAW OFFICES OF JACK W. LONDON
                                        3701 Bee Cave Rd., Suite 200
                                        Austin, TX 78746
                                        512-478-5858 9telephone
                                        512-479-5934 (facsimile)

                                        By: _____
                                            Jack W. London
                                            State Bar No. 12512500

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3  April 24, 2013.

By: _____
Jack W. London, Esquire

## Jack London

| | |
|---|---|
| **From:** | American Airlines@aa.com [notify@aa.globalnotifications.com] |
| **Sent:** | Thursday, July 21, 2011 3:46 AM |
| **To:** | Jack London |
| **Subject:** | E-Ticket Confirmation-LVCPPB  01AUG |



Date of Issue: 20JUL11

Jack W London:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: LVCPPB**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

  



Record Locator: LVCPPB

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code | |
|---|---|---|---|---|---|---|---|
| American Airlines | 1168 | AUSTIN | MON 01AUG 12:25 PM | DALLAS FT WORTH | 1:30 PM | G | |
| | | Jack London | FF#: JU31718 GLD | Economy | Seat 21B | | |
| American Airlines | 732 | DALLAS FT WORTH | MON 01AUG 2:15 PM | NEW YORK LGA | 6:50 PM | G | |
| | | Jack London | FF#: JU31718 GLD | Economy | Seat 23D | | Food For Purchase |
| | 773 | NEW YORK LGA | FRI 05AUG 5:30 PM | DALLAS FT WORTH | 8:30 PM | V | |

1

| American Airlines | | Jack London | FF#: JU31718 GLD | Economy | Seat 20D | Food For Purchase |
|---|---|---|---|---|---|---|
| | 1731 | DALLAS FT WORTH | FRI 05AUG 9:30 PM | AUSTIN | 10:20 PM | V |
| American Airlines | | Jack London | FF#: JU31718 GLD | Economy | Seat 19B | |

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| JACK LONDON | 0012343000514 | 471.62 | 78.18 | 549.80 |

Payment Type: American Express XXXXXXXXXXX5003                Total: $549.80

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location.  In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.



NRID: 5262135656422102400102700

2