IN CLE*FII*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: ) ) PRODUCTS LIABILITY CASES ) ) ) | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

## PLAINTIFF CERTIFICATION

I, **George Lemacks**, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: **George Lemacks**
**168 Pacific Ave**
**Chapin SC 29036**

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: **4/24**, 2013
By: *George Lemacks*

7