26 April 2013

I Lester Collins Carr JR
object to My Case No. 06-11024 Being
Dropped. I wish to Continue My Case
without an Attorney.

Sincerely

[signature]

MDL Docket No. 1629

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br>PRODUCTS LIABILITY CASES | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## PLAINTIFF CERTIFICATION

I, *Lester Collins Carr Jr*, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: *10 Claude McKnight Rd. Newbern TN. 38059*

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: *April 26*, 2013

By: *Lester C. Carr Jr*

7