April 22 2013

To whom it may concern:

    I Helen Wine have a contract with Jack W. Harang Esq. regarding my pending Neurontin claim. I have never been advised that he is no longer going to represent me in my claim. I wish Mr. Harang would continue to represent me because I object to my case being dismissed by the defendants. Please contact me in regards to this issue.

Thank You
Helen Susan Wine
204 Monongah Hts
Fairmont WV 26554
304-534-4480

Helen S. Wine