UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:  NEURONTIN MARKETING,  : MDL Docket No. 1629
       SALES PRACTICES AND :
       PRODUCTS LIABILITY LITIGATION  : Master File No. 04-10981
------------------------------------------------x
:
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
MONTGOMERY V. PFIZER INC. : Magistrate Judge Leo T.
Individual Case No. 06-10110 : Sorokin
:
:

### STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any part.

Dated: May 3, 2013

| | |
|---|---|
| /s/ Kenneth B. Fromson | /s/ Katherine Armstrong |
| Kenneth B. Fromson, Esq. | Katherine Armstrong, Esq. |
| FINKELSTEIN & PARTNERS, LLP | SKADDEN, ARPS, SLATE, |
| 1279 Route 300, P.O. Box 1111 |    MEAGHER & FLOM LLP |
| Newburgh, NY 12551 | Four Times Square |
| (800) 634-1212 | New York, New York 10036 |
| kfromson@lawampm.com | (212) 735-3000 |
| | Katherine.Armstrong@skadden.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 3, 2013.

Dated: May 3, 2013

                                                /s/ Katherine Armstrong
                                                Katherine Armstrong