Case 1:04-cv-10981-PBS   Document 4058   Filed 12/12/12   Page 7 of 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>PRODUCTS LIABILITY CASES | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

PLAINTIFF CERTIFICATION

I, _Betty Thurmond_, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: _10928 Spring Lake Cr, Des Arc AR 72040_

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: _4-18_, 2013

By: _Betty Thurmond_

7