*Office of Clerk*
*U.S. District Court*
*1 Courthouse Way, Boston, MA 02210*
*Atty Maria Simone*

███████████████████████

**Mrs. Caryl Taylor**
6812 Pinehurst Dr
Spring Hill, FL 34606-5636

FILED
IN CLERKS OFFICE

2013 MAY -3  A 11: 03

U.S. DIST™
DIST™

Plaintiff Certification

*apr. 29, 2013*

TO WHOM IT MAY CONCERN:

MAG. Judge Sorkin

I would like to represent myself in the Neurontin Multidistrict Litigation - Pro Se Plaintiffs.
I would like to remain in this case (i.e. and do not want my case to be dismissed with prejudice), and object
with specificity the portion of the proposed findings, recommendation or report to which objection is made
and the basis for such objections.
The Law Offices of Newton B. Schwartz, SR. has represented me since November 2, 2004. In my opinion
they have █ had unethical and unprofessional behavior when it came to representing me.

Sincerely,
Caryl Taylor
6812 Pinehurst Drive
Spring Hill, FL 34606
Ph. # 352/684-4604
MDL Docket # 1629
Master File NO. 04-10981

P.S. Attn: MS. Simone - I called you +
left messages on your answer mch. 2 x's
to talk with you - you did not return my ca,