UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>PRODUCTS LIABILITY CASES | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## PLAINTIFF CERTIFICATION

I, _____, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: 1010 WOLFE ST

Apt 714 Little Rock, Arkansas

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: 6 | 10 , 2013

By: _____

7