# United States Court of Appeals
## For the First Circuit

No. 11-1595

IN RE: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

-------------------------------------------------------------------------------

AETNA, INC.

Plaintiff - Appellant

v.

PFIZER, INC.; WARNER-LAMBERT COMPANY, LLC

Defendants - Appellees

**MANDATE**

Entered: May 28, 2013

    In accordance with the judgment of April 3, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Katherine Anne Armstrong
Mark S. Cheffo
Richard W. Cohen
James R. Dugan II
Gerald Lawrence
Douglas Robert Plymale
Theodore Populis
Peter Dexter St. Phillip Jr.