# United States Court of Appeals
## For the First Circuit

Nos. 11-1904; 11-2096

IN RE: NEURONTIN MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

---

KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN OF COLORADO; KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC.; KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC.; KAISER FOUNDATION HEALTH PLAN OF NORTHWEST; KAISER FOUNDATION HEALTH PLAN OF OHIO

Plaintiffs - Appellees

v.

PFIZER, INC.; WARNER-LAMBERT COMPANY, LLC

Defendants - Appellants

### MANDATE

Entered: May 28, 2013

In accordance with the judgment of April 3, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Katherine Anne Armstrong
Scott Kelly Attaway
Lisa Schiavo Blatt
Mark S. Cheffo
David Charles Frederick

Caitlin Sinclair Hall
William Joss Nichols
Theodore Populis
Kathleen M. Sullivan