# United States Court of Appeals
## For the First Circuit

No. 11-1806

IN RE: NEURONTIN MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------------------

HARDEN MANUFACTURING CORPORATION, individually and on behalf of itself and all others similarly situated; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a Blue Cross Blue Shield of Louisiana

Plaintiffs - Appellants

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND, on behalf of herself and all others similarly situated; LORRAINE KOPA, on behalf of herself and all others similarly situated; GERALD SMITH, on behalf of herself and all others similarly situated; JEANNE RAMSEY, on behalf of herself and all others similarly situated; CAROLYN HOLLAWAY, on behalf of herself and all others similarly situated; GARY VARNAM, on behalf of herself and all others similarly situated; JAN FRANK WITYK, on behalf of herself and all others similarly situated

Plaintiffs

v.

PFIZER, INC.; WARNER-LAMBERT COMPANY LLC

Defendants - Appellees

**MANDATE**

Entered: May 28, 2013

In accordance with the judgment of April 3, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk

cc:
Katherine Anne Armstrong
Don Barrett
John H. Beisner
Elizabeth J. Cabraser
Mark S. Cheffo
James R. Dugan II
Thomas M. Greene
Ryan Patrick Morrison
Douglas Robert Plymale
Theodore Populis
Daniel Edward Seltz
Thomas M. Sobol
Michael A. Tabb