UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF MICHAEL TABB

Please enter the appearance of Michael Tabb of the law firm Greene LLP, One Liberty Square, Suite 1200, Boston, MA 02109, as counsel for the Members of the Class Plaintiffs.

Respectfully Submitted,

Dated: May 29, 2013

/s/ *Michael Tabb*
Michael Tabb (BBO # 491310)
matabb@greenellp.com
GREENELLP
One Liberty Square, Suite 1200
Boston, MA 02109
(617) 261-0040

*On Behalf of Class Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Michael Tabb, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on May 29, 2013.

Dated: May 29, 2013                        /s/ *Michael Tabb*
                                                            Michael Tabb