UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO: | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| PRODUCTS LIABILITY CASES | |

## PLAINTIFF CERTIFICATION

I, __Christine Dozier__, hereby certify that I intend to proceed with my claims, without attorney representation and as a pro se litigant. I further acknowledge that following remand of this case to the Court in which it was originally filed, proceeding with my claims will require case-specific expert evidence.

The mailing address to which the Court should direct all correspondence and pleadings related to my case is: __958 Via Fedora__
__Santa Maria CA 93455__

I swear under the pains and penalties of perjury that the above is true and accurate.

Dated: __May 14__, 2013
By: __Christine M. Dozier__

7