UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL MARKETING AND SALES PRACTICES ACTIONS | Judge Patti B. Saris<br><br>Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**

On April 3, 2013, the Court of Appeals for the First Circuit reversed the grant of summary judgment previously entered against Harden Manufacturing Corporation, Louisiana Health Service Indemnity Co. d/b/a Blue Cross/Blue Shield of Louisiana and ASEA/AFSCME Local 52 Health Benefits Trust (collectively, the "Class Plaintiffs"), and vacated the denial of their motions for class certification. In addition, the Court of Appeals reversed summary judgment in the Aetna, Inc. v. Pfizer, Inc. et al case, and affirmed this Court's decision in the Kaiser Foundation Health Plan, et al v. Pfizer, Inc., et al case. The Court of Appeals mandate has now been issued in all three cases and jurisdiction has been returned to the District Court.

Accordingly, the Class Plaintiffs respectfully request the Court to schedule a status conference in this matter at its earliest convenience. The principal matters that need to be addressed as to the Class Plaintiffs are: (1) whether the Court requires any additional briefing to decide the Plaintiffs' Motion for Class Certification; and (2) which issues remain to be decided at the trial of this action, in light of this Court's findings of

fact in the Kaiser trial (which were also affirmed by the Court of Appeals on April 3, 2013).

The Class Plaintiffs also suggest that the Court may wish to combine the requested conference with a conference in the other two cases, Aetna and Kaiser, that have also been recently remanded back to this Court. Issues in the individual cases could affect the Court's management of the remaining Sales and Marketing Practices cases in this MDL proceeding.

WHEREFORE, for the reasons set forth above, the Class Plaintiffs request that the Court schedule a status conference at its earliest convenience.

Dated: May 31, 2013                                  Respectfully Submitted,

                                                     By:

                                                     */s/ Thomas M. Greene*
                                                     Thomas M. Greene, BBO # 210020
                                                     Greene LLP
                                                     One Liberty Square, 12th Floor
                                                     Boston, MA 02109
                                                     tgreene@greenellp.com


                                                     */s/ Don Barrett*
                                                     Don Barrett
                                                     Barrett Law Office
                                                     404 Court Square North
                                                     P.O. Box 987
                                                     Lexington, MS 39095

/s/ Daniel Becnel
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
 Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

/s/ James Dugan
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131

/s/ Thomas M. Sobol
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
tom@hbsslaw.com

*Members of the Class Plaintiffs'
Steering Committee*

**CERTIFICATE OF SERVICE**

I, Thomas M. Greene, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on May 31, 2013.

Dated: May 31, 2013            /s/ Thomas M. Greene
                               Thomas M. Greene