UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,   :
        SALES PRACTICES AND   :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
FINKELSTEIN & PARTNERS CASES   :
:
------------------------------------------------------------x

# FINKELSTEIN & PARTNERS PRODUCTS LIABILITY PLAINTIFFS' AND PFIZER DEFENDANTS' JOINT MOTION FOR ANOTHER NINETY (90) DAY EXTENSION OF THE DEADLINE IMPOSED IN THIS COURT'S SETTLEMENT ORDER OF DISMISSAL

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants hereby move by Joint Motion for an Order granting another[1] ninety (90) day extension of this Court's February 17, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), to extend the deadline, which is presently June 11, 2013, to September 11, 2013.

---

[1] On May 18, 2011, the parties filed a Joint Motion to Extend this Court's February 18, 2011 Settlement Order of Dismissal for a period of ninety (90) days to September 17, 2011 (ECF Doc. # 3471), which was granted by Magistrate Judge Leo T. Sorokin by electronic order on May 23, 2011. On August 22, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3591), and Magistrate Judge Sorokin granted an extension to December 12, 2011, by electronic order on August 29, 2011. On November 29, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3723) and Magistrate Judge Sorokin granted an extension to March 11, 2012, by electronic order on November 30, 2011. On March 7, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days ( ECF Doc. # 3803), and Magistrate Judge Sorokin granted an extension to June 11, 2012, by electronic order on March 8, 2012. On June 6, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3981), and Magistrate Judge Sorokin granted an extension to September 11, 2012, by electronic order on June 7, 2012. On September 4, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 4021), and Magistrate Judge Sorokin granted an extension to December 11, 2012, by electronic order on September 5, 2012; the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 4057) on December 6, 2012, and Magistrate Judge Sorokin granted an extension to March 11, 2013, by electronic order on January 3, 2013; the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc # 4073) on March 5, 2013, and Magistrate Judge Sorokin granted an extension to June 11, 2013, by electronic order on March 6, 2013.

Although the parties have continued to diligently work on the resolution of these actions, the settlement process has been delayed in order to complete the unavoidable arduous administrative hurdles involved in the settlement process. Plaintiffs' counsel has had to apply to the various surrogate courts to obtain the appointment of Administrators or Executors with the appropriate powers to settle the cases, and in some cases obtain probate court approval. Plaintiffs' counsel is still working on obtaining pertinent documents to conclude the settlement in Scott v. Pfizer, et al., No. 06-cv-10253. Moreover, in Wolosonowich v. Pfizer, et al., No. 06-cv-11395, Finkelstein & Partners has been unable to complete the process of establishing an estate because irreconcilable differences have arisen with the potential Administratrix. Defense counsel intends to file, pursuant to F.R.C.P. Rule 25, a statement of death in Wolosonowich, in the near future. We request an additional 90 days in order to complete said tasks.

## CONCLUSION

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants respectfully request that this Court issue an Order extending the deadline imposed by this Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), for another period of ninety (90) days to September 11, 2013, in regard to the above case which is still in the settlement process, and for the Wolosonowich case, where defense counsel will be filing a statement of death.

Dated: June 7, 2013                                Respectfully submitted,

                                                            FINKELSTEIN & PARTNERS, LLP
                                                            Attorneys for Plaintiffs

                                By:    **/s/ Andrew G. Finkelstein**
                                         Andrew G. Finkelstein, Esquire
                                         1279 Route 300, P.O. Box 1111
                                         Newburgh, NY  12551
                                         (800) 634-1212

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company, LLC

By:    **/s/ Mark S. Cheffo**
       Mark S. Cheffo, Esquire
       51 Madison Avenue, 22nd Floor
       New York, NY  10010
       (212) 849-7000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 7, 2013.

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire