UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## ASSENTED-TO MOTION FOR
## ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Justin J. Wolosz, a member in good standing of the bar of this Court whose appearance in this action has been filed, respectfully moves for an order granting Sheila L. Birnbaum of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, leave to appear and practice on behalf of defendants. As set forth in the attached declaration, Ms. Birnbaum is a member in good standing of the bar of each jurisdiction in which she has been admitted to practice, no disciplinary proceedings are pending against her, and she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Counsel for plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Ms. Birnbaum be granted leave to appear and represent defendants in this matter.

Dated: June 12, 2013

/s/ Justin J. Wolosz
Justin J. Wolosz
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199−3600
Phone: (617) 951-7000
Fax: (617) 951-7050
justin.wolosz@ropesgray.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/ Justin J. Wolosz
Justin J. Wolosz

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that counsel for the defendants has conferred with counsel for plaintiffs, and that plaintiffs do not oppose this motion.

Dated:  June 12, 2013                              By:  /s/ Justin J. Wolosz
                                                                Justin J. Wolosz (BBO # 643543)