# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**DECLARATION OF SHEILA L. BIRNBAUM**

I, Sheila L. Birnbaum, state, under the penalties of perjury, as follows:

1. I am a member of the firm of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, New York, NY 10010. My telephone number is (212) 849-7075, and my email address is SheilaBirnbaum@quinnemanuel.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above captioned matter.

3. I am a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS ___ DAY JUNE 2013.

_____