UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, ) <br> SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> _____) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br> PRODUCTS LIABILITY CASES ) <br> _____) | MDL Docket No. 1629 <br><br> Civil Action No. 04-cv-10981 <br><br> Judge Patti B. Saris |

**JOINT REPORT PURSUANT TO MAY 29, 2013 ORDER (DOC. 4117) REGARDING
CASES REMAINING AS OF JUNE 13, 2013**

Pursuant to this Court's May 29, 2013 Order, the undersigned counsel for Defendants and Representative of the Plaintiffs' Products Liability Steering Committee hereby submit the attached list of individual products liability cases now pending in the MDL, divided into those the parties believe are ready for remand and those that are awaiting completion of settlement.

Dated: June 13, 2013

/s/ Jack W. London
Jack W. London
LAW OFFICES OF JACK W. LONDON
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
Tel.: (512) 478-5858
jack@jackwlondon.com

*Representative of Plaintiffs' Products Liability
Steering Committee*

Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
QUINN EMANUEL
   URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Tel.: (212) 849-7000
MarkCheffo@quinnemanuel.com


/s/ Justin J. Wolosz
Justin J. Wolosz
BBO #643543
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Justin.Wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 13, 2013.

                                                /s/ Justin J. Wolosz
                                                Justin J. Wolosz

IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, Civil Action No. 04-cv-10981

PRODUCTS LIABILITY CASES READY FOR REMAND

|  | Case Name | Case No. | Transferor Docket No. | Plaintiff(s) | |
|---|---|---|---|---|---|
| 1. | Burroughs, Frieda v. Pfizer, Inc. et al. | 05-11260 (D. Mass.) | 7:05-cv-00074 (N.D. Ala.) | 1.<br>2. | Frieda Burroughs<br>Emory M. Burroughs (Deceased) |
| 2. | Carr, Lester C. v. Pfizer Inc. et al.<br>(Anderson et al v. Pfizer Inc. et al.) | 06-11024 (D. Mass.) | 3:06-cv-01271 (D.S.C.) | 3. | Lester C. Carr |
| 3. | Dozier, Christine M. v. Pfizer, Inc. et al.<br>(Girard et al. v. Pfizer, Inc. et al.) | 06-11023 (D. Mass.) | 2:06-cv-01742 (E.D. Pa.) | 4. | Christine M. Dozier |
| 4. | Johnson, Daniel v. v. Pfizer, Inc. et al. | 06-11882 (D. Mass.) | 6:06-cv-01311 (M.D. Fla.) | 5.<br>6. | Daniel Johnson<br>Susan Johnson |
| 5. | Johnson, Elroy L. v. Pfizer Inc. et al.<br>(Accettullo et al. v. Pfizer Inc. et al.) | 06-10912 (D. Mass.) | 4:06-cv-00341 (E.D. Ark.) | 7. | Elroy L. Johnson |
| 6. | Lemacks, George B. v. Pfizer Inc. et al.<br>(Anderson et al v. Pfizer Inc. et al.) | 06-11024 (D. Mass.) | 3:06-cv-01271 (D.S.C.) | 8. | George B. Lemacks |
| 7. | Logan, Sandra M. v. Pfizer Inc. et al.<br>(Brewster et al v. Pfizer Inc. et al) | 06-11022 (D. Mass.) | 2:06-cv-00529 (D. Nev.) | 9. | Sandra M. Logan |
| 8. | Lytle, Freddie B. v Pfizer, Inc. et al.<br>(Girard et al v. Pfizer, Inc. et al.) | 06-11023 (D. Mass.) | 2:06-01742 (E.D. Pa.) | 10. | Freddie B. Lytle |
| 9. | Parker, Earnestine v. Pfizer Inc. et al.<br>(Anderson et al v. Pfizer Inc. et al.) | 06-11024 (D. Mass.) | 3:06-cv-01271 (D.S.C.) | 11. | Earnestine Parker |
| 10. | Pastine, Sherry v. Pfizer, Inc. et al.<br>(Girard et al v. Pfizer, Inc. et al.) | 06-11023 (D. Mass.) | 2:06-cv-01742 (E.D. Pa.) | 12.<br>13. | Sherry Pastine<br>Samuel Pastine (Deceased) |
| 11. | Putnam, Deanna Lisa v. Pfizer Inc. et al. | 06-11393 (D. Mass.) | 2:06-cv-01144 (E.D. Cal.) | 14. | Deanna Lisa Putnam |
| 12. | Saenz, Monica L. v. Pfizer Inc. et al.<br>(Brewster et al. v. Pfizer Inc. et al) | 06-11022 (D. Mass.) | 2:06-cv-00529 (D. Nev.) | 15. | Monica L. Cull (Saenz) |
| 13. | Santos, Ann v. Pfizer, Inc. et al. | 10-11205 (D. Mass.) | 1:10-cv-04207 (S.D.N.Y.) | 16. | Ann Santos |
| 14. | Taggart, Jeffrey v. Pfizer Inc. et al.<br>(Accettullo et al v. Pfizer Inc. et al.) | 06-10912 (D. Mass.) | 4:06-cv-00341 (E.D. Ark.) | 17. | Jeffrey Taggart |
| 15. | Taylor, Caryl A. v. Pfizer Inc. et al.<br>(Girard et al. v. Pfizer, Inc. et al.) | 06-11023 (D. Mass.) | 2:06-cv-01742 (E.D. Pa.) | 18. | Caryl A. Taylor |

|     | Case Name | Case No. | Transferor Docket No. | Plaintiff(s) | |
| --- | --- | --- | --- | --- | --- |
| 16. | Telles, Gloria v. Pfizer Inc. | 07-11156 (D. Mass.) | 3:07-cv-00161 (W.D. Tex.) | 19.<br>20. | Gloria Telles<br>Jacob Telles (a Minor) |
| 17. | Thurmond, Betty v. Pfizer Inc. et al.<br>    (Accettullo et al. v. Pfizer Inc. et al.) | 06-10912 (D. Mass.) | 4:06-cv-00341 (E.D. Ark.) | 21. | Betty Thurmond |
| 18. | Wilhelm, John W. v. Pfizer Inc. et al.<br>    (Brewster et al. v. Pfizer Inc. et al) | 06-11022 (D. Mass.) | 2:06-cv-00529 (D. Nev.) | 22. | John W. Wilhelm |
| 19. | Wine, Helen v. Pfizer, Inc. et al.<br>    (Girard et al. v. Pfizer, Inc. et al.) | 06-11023 (D. Mass.) | 2:06-cv-01742 (E.D. Pa.) | 23. | Helen Wine |
| 20. | Young, Brent v. Pfizer Inc. et al. | 06-11446 (D. Mass.) | 2:06-cv-01308 (E.D. Pa.) | 24.<br>25. | Brent D. Young<br>Jodie Young |

### SETTLED PRODUCTS LIABILITY CASES AWAITING COMPLETION OF SETTLEMENT[1]

|     | Case Name | Case No. | Transferor Docket No. | Plaintiff(s) | |
| --- | --- | --- | --- | --- | --- |
| 1. | Almeida, Monica v. Pfizer, Inc. | 05-11264 (D. Mass.) | 2:04-cv-01694 (D. Nev.) | 26. | Monica Almeida |
| 2. | Bonner, Hilda v. Pfizer, Inc. et al. | 07-10324 (D. Mass.) | 1:06-cv-01198 (S.D. Miss.) | 27.<br>28. | Hilda Bonner<br>Edwin L. Bonner, Jr. (Deceased) |
| 3. | Chappell, Troy v. Pfizer Inc. | 06-11384 (D. Mass.) | 2:06-cv-01111 (N.D. Ala.) | 29.<br>30. | Troy Chappell<br>Glenda Sue Chappell |
| 4. | Colton, Peggy Ann v. Pfizer Inc. et al | 05-11996 (D. Mass.) | 1:05-cv-06271 (S.D.N.Y.) | 31.<br>32. | Peggy Ann Colton<br>Franklin J. Colton (Deceased) |
| 5. | Crone, Nicole et al. v. Pfizer Inc. et al. | 09-11694 (D. Mass.) | 4:09-cv-01908 (N.D. Cal.) | 33.<br>34.<br>35.<br>36. | Nicolette Crone<br>Cassie Marie Crone<br>Benjamin Jonathan Crone<br>Rick Arthur Crone (Deceased) |
| 6. | McPherson, Harold J. v. Pfizer Inc. et al. | 05-12076 (D. Mass.) | 5:05-cv-01962 (N.D. Ohio) | 37. | Harold J. McPherson |
| 7. | Scott, Kim E. v. Pfizer Inc. et al. | 06-10253 (D. Mass.) | 1:05-cv-09350 (S.D.N.Y.) | 38.<br>39. | Kim E. Scott<br>Glenda Lorie Scott (Deceased) |

---

[1] In addition to the cases set forth in this chart, the following two cases have been settled and stipulations of dismissal will be submitted shortly: *De La Garza*, 07-10567 (D. Mass.) (5:07-cv-00013 (W.D. Tex.)), and *Fonseca*, 06-10311 (D. Mass.) (7:05-cv-00312 (S.D. Tex.)). In addition, settlement with certain plaintiffs represented by attorney Levi Boone, whose appeal before the First Circuit remains pending and stayed, is ongoing and releases remain outstanding in several cases. Pfizer expects these cases to be resolved or dismissed. Finally, Pfizer believes that the *Newberry* case, No. 07-11499 (D. Mass.) (1:07-cv-00110 (M.D. Ga.)), should have been previously dismissed. The parties are conferring and Pfizer expects it will be dismissed shortly.

| 8. | St. Hilaire, Robert N. v. Pfizer Inc. et al. (Anderson et al. v. Pfizer Inc. et al.) | 06-11024 (D. Mass.) | 3:06-cv-01271 (D.S.C.) | 40. | Robert N. St Hilaire |