UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>IN RE: NEURONTIN )<br>MARKETING, SALES PRACTICES )<br>AND PRODUCTS LIABILITY )<br>LITIGATION )<br>_____ )<br> )<br>THIS ORDER RELATES TO: )<br> )<br>PRODUCTS LIABILITY CASES )<br>_____ _____ ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |

ORDER OF DISMISSAL

SARIS, D.J.

     In accordance with the Endorsed Order issued on May 29, 2013 adopting the Report and Recommendation and dismissing the remaining pro-se plaintiffs who failed to file objections or certifications (Document No. 4117), it is hereby ORDERED that the attached cases be and hereby are DISMISSED WITH PREJUDICE.

                                By the Court,


                                /s/ Jennifer Anderson
                                Deputy Clerk

June 18, 2013

To: All Counsel

## Schedule of Plaintiffs

| Plaintiff Name | Case No. | Former Counsel |
| --- | --- | --- |
| Agee, Sheila | 06-11381 | Henninger Garrison Davis, LLC |
| Barkley, Melissa | 06-11024 | Law Offices of Newton B. Schwartz |
| Bellino, Beth A. | 06-11024 | Law Offices of Newton B. Schwartz |
| Bolton, Carmen L. | 06-11024 | Law Offices of Newton B. Schwartz |
| Brazell, Susan L. | 06-11024 | Law Offices of Newton B. Schwartz |
| Brockman, Patricia, L. | 06-11024 | Law Offices of Newton B. Schwartz |
| Bunch, Carson | 06-10912 | Law Offices of Newton B. Schwartz |
| Bundoff, James; Bundoff, Robin | 06-10955 | Stephen N. Leuchtman |
| Byrum-Hill, Gwenna J. | 06-10912 | Law Offices of Newton B. Schwartz |
| Calvert, Pamela | 06-11024 | Law Offices of Newton B. Schwartz |
| Carpenter, Felisha | 06-11023 | Law Offices of Newton B. Schwartz |
| Colley, Vera | 06-10912 | Law Offices of Newton B. Schwartz |
| Conyers, Daisy | 06-11024 | Law Offices of Newton B. Schwartz |
| Day, David A. | 06-11024 | Law Offices of Newton B. Schwartz |
| Deleon, Kelly | 06-10912 | Law Offices of Newton B. Schwartz |
| Eaddy, Leisa | 06-11385 | Henninger Garrison Davis, LLC |
| Emmons, Sharon K. | 06-11024 | Law Offices of Newton B. Schwartz |
| Falk, Corrine M. | 06-11022 | Law Offices of Newton B. Schwartz |
| Floyd, (S)Haron Y. | 06-11024 | Law Offices of Newton B. Schwartz |
| Girard, Charles, D., Sr. | 06-11023 | Law Offices of Newton B. Schwartz |

| | | |
|---|---|---|
| Gross, Kenneth | 06-10912 | Law Offices of Newton B. Schwartz |
| Hargett, Janet | 06-11023 | Law Offices of Newton B. Schwartz |
| Huff, Teresa | 06-11023 | Law Offices of Newton B. Schwartz |
| James, Tommy D. | 06-10912 | Law Offices of Newton B. Schwartz |
| Johnson, Daniel; Johnson, Susan | 06-11882 | Finkelstein & Partners |
| Jones, Carla | 06-10912 | Law Offices of Newton B. Schwartz |
| Knowlton, Barbara A. | 06-11023 | Law Offices of Newton B. Schwartz |
| Larkin, Ann E. | 06-11022 | Law Offices of Newton B. Schwartz |
| Lee, Dexter K. | 06-11024 | Law Offices of Newton B. Schwartz |
| Leger, Debra F. | 06-11023 | Law Offices of Newton B. Schwartz |
| Leu, Michael | 09-10422 | Finkelstein & Partners |
| Lowe, Stephanie, A. | 06-11024 | Law Offices of Newton B. Schwartz |
| Luttrell, Leslie | 06-10912 | Law Offices of Newton B. Schwartz |
| McIntyre, Marlene K. | 06-11023 | Law Offices of Newton B. Schwartz |
| McMahon-Lough, Sandra D. | 06-11023 | Law Offices of Newton B. Schwartz |
| Mitchell, Isiah E., Sr. | 06-11024 | Law Offices of Newton B. Schwartz |
| Monsue, Ann | 08-11533 | Finkelstein & Partners |
| Napoli-Branson, Jennifer | 06-11023 | Law Offices of Newton B. Schwartz |
| Pettit, David W. | 06-11024 | Law Offices of Newton B. Schwartz |
| Pickett, Mary J. | 06-11024 | Law Offices of Newton B. Schwartz |
| Shakoor, Tuwanda V. | 06-11023 | Law Offices of Newton B. Schwartz |
| Smith, Doris J. | 06-10912 | Law Offices of Newton B. Schwartz |

| | | |
|---|---|---|
| St. Hilaire, Robert N. | 06-11024 | Law Offices of Newton B. Schwartz |
| Stephens, Jana | 06-10912 | Law Offices of Newton B. Schwartz |
| Valentino, Diane M. | 06-11022 | Law Offices of Newton B. Schwartz |
| Vice, Melissa L. | 06-11023 | Law Offices of Newton B. Schwartz |
| Williams, Dexter | 06-10912 | Law Offices of Newton B. Schwartz |
| Williams, Theresa | 06-11023 | Law Offices of Newton B. Schwartz |