UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### [PROPOSED] STIPULATED AMENDMENT TO STIPULATED ORDER RE: SATISFACTION OF JUDGMENT SUBJECT TO RESERVATION OF RIGHTS

WHEREAS, Plaintiffs and Judgment Creditors Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively "Kaiser"), and Defendants and Judgment Debtors Pfizer, Inc. and Warner-Lambert Company (collectively "Pfizer") (collectively, with Kaiser, the "Parties"), agreed to, and jointly filed, a "[PROPOSED] STIPULATED ORDER RE: SATISFACTION OF JUDGMENT SUBJECT TO RESERVATION OF RIGHTS," on June 18, 2013, (Dkt. 4127), which has now been Ordered by the Court, (Dkt. 4129) ("Original Stipulation");

WHEREAS, by the Original Stipulation, the Parties agreed and jointly requested that the Court order that "Pfizer shall remit to Kaiser or its agent $143,050,714.66 on June 21, 2013, by wire transfer to such account and in such manner as agreed to by the Parties ("Payment")";

WHEREAS, on June 20, 2013, Pfizer informed Kaiser that because the Original Stipulation was not finalized until June 18, 2013, there had not been enough time for processing the Payment, given the amount of the payment, in time for Pfizer to make the Payment of $143,050,714.66 to Kaiser by wire transfer on June 21, 2013;

WHEREAS, the Parties seek to amend the Original Stipulation, only to the extent provided herein;

**WHEREFORE, THE PARTIES DO HEREBY AGREE AND STIPULATE:**

1. Pfizer shall remit to Kaiser or its agent $143,050,714.66 on June 28, 2013, by wire transfer to such account and in such manner as agreed to by the Parties ("First Actual Payment").

2. Pfizer also shall remit to Kaiser, or its agent, additional post-judgment interest in the stipulated amount of $7,955.97 on June 28, 2013, by wire transfer to such account and in such manner as agreed to by the Parties ("Second Actual Payment").

3. Judgment on the RICO Treble Damages Award and the RICO Post-Judgment Interest, as those terms are defined in the Original Stipulation, shall not be satisfied until after both the First Actual Payment and the Second Actual Payment are made by Pfizer, in accordance with Paragraphs 1 and 2, herein.

4. Kaiser shall not be obligated to file any Notice of Satisfaction of Judgment until ten (10) business days after both the First Actual Payment and the Second Actual Payment are actually made by Pfizer, in accordance with Paragraphs 1 and 2, herein. Any such Notice of Satisfaction of Judgment shall be in substantially the amended form attached hereto as Exhibit AA.

5. Nothing herein shall bar Kaiser from applying for, being awarded, or collecting the costs of suit, including reasonable attorney's fees, under RICO, subsequent to the date of the First Actual Payment, the Second Actual Payment, or Kaiser's filing of a Notice of Satisfaction of Judgment.

6. Nothing herein shall be construed to waive, prejudice, or otherwise impair the ability of Pfizer to petition the United States Supreme Court for *certiorari* review and reversal of the Judgment of the First Circuit Court Appeals.

Date: June 21, 2013

Respectfully Submitted.

By: */s/ Linda P. Nussbaum*
Linda P. Nussbaum *(pro hac vice)*
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel. 646-722-8500
Fax. 646-722-8501
lnussbaum@gelaw.com

*Attorney for Plaintiffs and Judgment Creditors Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

By: */s/ Mark S. Cheffo*
Mark S. Cheffo *(pro hac vice)*
Katherine Armstrong *(pro hac vice)*
QUINN EMANUEL URUQHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com

*Attorneys for Defendants and Judgment Debtors Pfizer Inc. and Warner-Lambert Company LLC*

**IT IS SO ORDERED.**

Date: 6/24/13

By: [signature]

CHIEF JUDGE PATTI B. SARIS
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS