Please note This is Second Mailing Plus calls To your office about M.D.L. Still Waiting To Hear From Newton Schwartz for All Transcripts and Doc Promised Many Time But Have not Recieved. Please assist me in my Endevor I have work This case Since Katrina

Sincerely,

Janet Hargett

727-582-9304
I will call you with my cell number