

| New York | Pennsylvania |
|---|---|
| White Plains Plaza | Four Tower Bridge |
| One North Broadway | 200 Barr Harbor Drive, Suite 400 |
| White Plains, NY 10601-2310 | West Conshohocken, PA 19428-2977 |
| 914-997-0500 Telephone | 610-941-2760 Telephone |
| 914-997-0035 Fax | 610-862-9777 Fax |
| www.lowey.com | |

July 1, 2013

**Via ECF**

Honorable Patti B. Saris
Chief United States District Judge
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2500
Boston, MA 02210

> **Re:**   *Aetna, Inc. v. Pfizer, Inc., et al.*, **No. 1:04-cv-10981-PBS**

Dear Chief Judge Saris:

We represent Plaintiff Aetna, Inc. ("Aetna") in the referenced case.

Pursuant to the Court's request at the June 13, 2013 Status Conference, counsel for the parties have conferred with counsel for Pfizer and have agreed to the following briefing schedule for Plaintiff's Issue Preclusion/Collateral Estoppel Motion.

| Aetna's Opening Brief | September 13, 2013 |
|---|---|
| Pfizer's Opposition | October 15, 2013 |
| Aetna's Reply | November 7, 2013 |
| Pfizer's Reply | November 25, 2013 |

The parties have tried to frame the schedule so not to conflict with the briefing before the U.S. Supreme Court for and against Pfizer's petitions for certiorari.  If such conflicts do occur, each party has agreed in advance not to oppose the other's modest requests for alteration of this proposed schedule.

Respectfully submitted,

Richard W. Cohen

Enclosures

cc:     All Counsel of Record (via email)

118102