UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS/BLUE SHIELD OF LOUISIANA; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; JAN FRANK WITYK; and GARY VARNAM, on behalf of themselves and all others similarly situated, <br><br>      Plaintiffs, <br><br> v. <br><br> PFIZER INC. and WARNER-LAMBERT COMPANY, <br>      Defendants. | Judge Patti B. Saris <br><br> Mag. Judge Leo T. Sorokin |

## CLASS PLAINTIFFS' PROPOSAL ON SUPPLEMENTAL BRIEFING ON CLASS CERTIFICATION

At the June 13, 2013, status conference in this matter the Court asked the parties to submit a proposed briefing schedule with regard to supplemental briefing on the Plaintiffs' Motion for Class Certification.  The parties have been unable to reach an agreement on a proposed schedule and accordingly Harden Manufacturing Corporation, Louisiana Health Service Indemnity Co. d/b/a Blue Cross/Blue Shield of Louisiana and ASEA/AFSCME Local 52 Health Benefits Trust (collectively, the "Class

Plaintiffs"), submit the following proposed schedule along with requested page limits for briefing.

| Document | Page Limit | Due Date |
|---|---|---|
| Class Memorandum In Support of Class Certification | 25 | Friday, August 02, 2013 |
| Pfizer Opposition In Opposition to Class Certification | 25 | Friday, August 30, 2013 |
| Class Reply Memorandum | 15 | Friday, September 20, 2013 |
| Pfizer Sur-Reply Memorandum | 15 | Friday, October 11, 2013 |

The Class Plaintiffs understand that Pfizer seeks to commence the briefing schedule several weeks later due to possible conflicts with briefing its petition for certiorari to the United State Supreme Court and in order to take additional discovery. The petition for certiorari is currently due on Friday August 30, 2013, and the Class Plaintiffs do not object to moving the proposed schedule back one month[1] so Pfizer will not be responding to the Class Plaintiffs' Memorandum at the same time it is preparing its certiorari petition.

Class Plaintiffs do object, however, to any further delay based on any need by Pfizer to take discovery.  Pfizer had several years to take class discovery and the deadline for discovery has long passed.  Pfizer is not entitled to take any additional discovery without a court order.  Nor are there any valid grounds to reopen discovery.

---

[1] If this suggestion is accepted, the Class Plaintiffs' principal memorandum will be due on September 3, 2013, because September 2, 2013 is Labor Day, a federal holiday.  Moving the rest of the dates back one month would result in a September 30, 2013 due date for Pfizer's opposition, an October 21, 2013 due date for the Class Plantiffs' reply, and a November 12 due date for Pfizer's sur-reply.

WHEREFORE, for the reasons set forth above, the Class Plaintiffs request that the Court enter the proposed schedule for supplemental briefing on class certification.

Dated:  July 3, 2013         Respectfully Submitted,

By:

*/s/ Thomas M. Greene*
Thomas M. Greene, BBO # 210020
Greene LLP
One Liberty Square, 12th Floor
Boston, MA 02109
tgreene@greenellp.com


*/s/ Don Barrett*
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095


*/s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
 Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

/s/ James Dugan
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131

/s/ Thomas M. Sobol
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
tom@hbsslaw.com

*Members of the Class Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I, Thomas M. Greene, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on July 3, 2013.

Dated: July 3, 2013            /s/ Thomas M. Greene
                               Thomas M. Greene