UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**[PROPOSED] ORDER RE: SCHEDULE FOR KAISER'S FORTHCOMING MOTION FOR ATTORNEY'S FEES AND COSTS**

Proceedings on Kaiser's forthcoming motion for attorney's fees and costs shall proceed under the following schedule:

        Kaiser's Motion:        August 1, 2013

        Pfizer's Response:        August 22, 2013 [+21 days]

        Kaiser's Reply:        September 12, 2013 [+21 days]

All supporting, opposing, and reply memoranda shall not exceed 20 pages each. LR, D. Mass. 7.1 (b)(4). No sur-reply shall be allowed absent leave of the Court. *Id.*, 7.1(b)(3).

**IT IS SO ORDERED.**

Date: _____        By: _____

                                                                CHIEF JUDGE PATTI B. SARIS
                                                                UNITED STATES DISTRICT COURT FOR
                                                                 THE DISTRICT OF MASSACHUSETTS