

7/9/13 I allow the proposed schedule with the one month delay (see footnote 1). There is no need for coordinated discovery, as there was an extensive opportunity for class certification discovery prior to the appeal.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS/BLUE SHIELD OF LOUISIANA; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; JAN FRANK WITYK; and GARY VARNAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>Defendants. | Judge Patti B. Saris<br><br>Mag. Judge Leo T. Sorokin |

## CLASS PLAINTIFFS' PROPOSAL ON SUPPLEMENTAL BRIEFING ON CLASS CERTIFICATION

At the June 13, 2013, status conference in this matter the Court asked the parties to submit a proposed briefing schedule with regard to supplemental briefing on the Plaintiffs' Motion for Class Certification. The parties have been unable to reach an agreement on a proposed schedule and accordingly Harden Manufacturing Corporation, Louisiana Health Service Indemnity Co. d/b/a Blue Cross/Blue Shield of Louisiana and ASEA/AFSCME Local 52 Health Benefits Trust (collectively, the "Class