UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>NEWBERRY V. PFIZER INC.<br>Individual Case No. 07-11499 | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any part.

Dated: July 2, 2013

/s/ Derek T. Braslow
Derek T. Braslow
POGUST & BRASLOW LLC
161 Washington Street
Suite 1520
Conshohocken, PA 19428
Phone: 610-941-4204
Fax: 610-941-4245
dbraslow@pbmattorneys.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo, Esq.
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: 212-849-7000
Fax: 212-849-7100
MarkCheffo@quinnemanuel.com

/s/ Justin J. Wolosz
Justin J. Wolosz
BBO #643543
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: (617) 951-7000
Justin.Wolosz@ropesgray.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 10, 2013.

Dated: July 10, 2013

                                                            /s/ Justin J. Wolosz
                                                            Justin J. Wolosz
                                                            BBO #643543