# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### NOTICE OF SATISFACTION OF JUDGMENT

**Judgment Creditors:**  Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Kaiser Foundation Health Plan of Colorado, Kaiser Foundation Health Plan of Georgia, Inc., Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Northwest, and Kaiser Foundation Health Plan of Ohio

**Judgment Debtors:**  Pfizer Inc. and Warner-Lambert Company, LLC

WHEREAS, Judgment was entered in the above action on the 22nd day of February, 2011, in favor of Judgment Creditors and against Judgment Debtors in the amount of $142,089,276, plus Post-Judgment Interest, and costs, including reasonable attorney's fees, under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964 ("RICO") (Dkt. 3326);

WHEREAS, Post-Judgment Interest on the Judgment is the sum of $961,438.66 and $7,955.97, totaling $969,394.63;

WHEREAS, on June 28, 2013, in accordance with the Court's Order of June 19, 2013 (Dkt. 4129), as amended on June 24, 2013 (Dkt. 4131), Judgment Debtors paid to Judgment Creditors a total of $143,058,670.63, in two payments of $143,050,714.66 and $7,955.97;

WHEREAS, it is certified that there are no outstanding executions with any Sheriff or Marshall;

WHEREAS, RICO provides that prevailing plaintiffs "shall recover . . . the cost of the suit, including a reasonable attorney's fee," 18 U.S.C. § 1964(c), and Judgment Creditors shall apply to the Court for an award of costs, including reasonable attorney's fees, in accordance with RICO and the Orders of the Court, at a time subsequent to the entry of this Notice;

THEREFORE, satisfaction of said Judgment is hereby acknowledged, except as to any costs, including reasonable attorney's fees, such as may be awarded to Judgment Creditors under RICO by the Court, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said Judgment, except as to costs, including reasonable attorney's fees, such as may be awarded to Judgment Creditors under RICO.

Dated: July 11, 2013.

By: _____

Linda P. Nussbaum *(pro hac vice)*
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel. 646-722-8500
Fax. 646-722-8501
lnussbaum@gelaw.com

*Attorney for Plaintiffs and Judgment Creditors*

STATE OF NEW YORK          )
                                                  )   ss.:
COUNTY OF NEW YORK )

On the 15th day of July, 2013, before me personally came Linda P. Nussbaum to me known and known to be a member of the firm of Grant & Eisenhofer, PA, attorneys for Judgment Creditors in the above-entitled action, and to be the same person described, and who executed the above, and acknowledged to me that she executed the same.

Dated: 7-15-13          *Catherine Ercole*
                                      Notary Public

CATHERINE ERCOLE
Notary Public, State of New York
No. 01ER6214008
Qualified in New York County
Commission Expires November 23, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused this document to be filed through the Court's CM/ECF system, the operation of which will electronically transmit the foregoing to the registered CM/ECF participants in this matter, as identified on the Notice of Electronic Filing (NEF).

Dated: July ___, 2013

By:_____

Linda P. Nussbaum *(pro hac vice)*
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel. 646-722-8500
Fax. 646-722-8501
lnussbaum@gelaw.com

*Attorney for Plaintiffs and Judgment Creditors*