```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|   |   |   |
|---|---|---|
| **IN RE NEURONTIN MARKETING,** | ) | |
| **SALES PRACTICES, & PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | MDL NO. 1629 |
|   | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | CIVIL ACTION NO 04-10981-PBS |
| ALL PRODUCTS LIABILITY ACTIONS | ) | |

## SUGGESTION OF REMAND ORDER

July 18, 2013

Saris, C.U.S.D.J.

In accordance with the Endorsed Order issued on May 29, 2013 adopting the report and recommendation of the Magistrate Judge (Doc. No. 4117) and pursuant to Rule 10.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order in the cases listed in Attachment A.

The Clerk is **ORDERED** to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

```
                        /s/ PATTI B. SARIS
                        PATTI B. SARIS
                        Chief United States District Judge
```

## ATTACHMENT A

| PLAINTIFF | D. MASS. DOCKET NO. | TRANSFEROR COURT/ DOCKET NO. |
|---|---|---|
| Burroughs, Emory M. (Deceased) | 05-11260 | Northern District of Alabama; Case Number 7:05-cv-00074 |
| Burroughs, Frieda | 05-11260 | Northern District of Alabama; Case Number 7:05-cv-00074 |
| Carr, Lester C. | 06-11024 | District of South Carolina; Case Number 3:06-cv-01271 |
| Cull (Saenz), Monica L. | 06-11022 | District of Nevada; Case Number 2:06-cv-00529 |
| Dozier, Christine M. | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Johnson, Daniel | 06-11882 | Middle District of Florida; Case Number 6:06-cv-01311 |
| Johnson, Elroy L. | 06-10912 | Eastern District of Arkansas; Case Number 4:06-cv-00341 |
| Johnson, Susan | 06-11882 | Middle District of Florida; Case Number 6:06-cv-01311 |
| Lemacks, George B. | 06-11024 | District of South Carolina; Case Number 3:06-cv-01271 |
| Lytle, Freddie B. | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Logan, Sandra M. | 06-11022 | District of Nevada; Case Number 2:06-cv-00529 |
| Parker, Earnestine | 06-11024 | District of South Carolina; Case Number 3:06-cv-01271 |
| Pastine, Samuel (Deceased) | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Pastine, Sherry | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |

| PLAINTIFF | D. MASS. DOCKET NO. | TRANSFEROR COURT/ DOCKET NO. |
|---|---|---|
| Putnam, Deanna Lisa | 06-11393 | Eastern District of California; Case Number 2:06-cv-01144 |
| Santos, Ann | 10-11205 | Southern District of New York; Case Number 1:10-cv-04207 |
| Taggart, Jeffrey | 06-10912 | Eastern District of Arkansas; Case Number 4:06-cv-00341 |
| Taylor, Caryl A. | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Telles, Gloria | 07-11156 | Western District of Texas; Case Number 3:07-cv-00161 |
| Telles, Jacob (a Minor) | 07-11156 | Western District of Texas; Case Number 3:07-cv-00161 |
| Thurmond, Betty | 06-10912 | Eastern District of Arkansas; Case Number 4:06-cv-00341 |
| Wilhelm, John W. | 06-11022 | District of Nevada; Case Number 2:06-cv-00529 |
| Wine, Helen | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Young, Brent D. | 06-11446 | Eastern District of Pennsylvania; Case Number 2:06-cv-01308 |
| Young, Jodie | 06-11446 | Eastern District of Pennsylvania; Case Number 2:06-cv-01308 |