From Janet Hargett

To: U.S. Magistrate
Judge Leo Sorkin
To: Chief Magistrate
Pattie Saris

Your Honors Please
Re is Tate My Case. I spoke
with your office 7/17/2013. I think
I have Just come out of a seizure
so things are a bit scrambled.
On July 10th in the Evening I recieved a
Large Box of Documents. Inclosed was
a Letter from Newton B. Schwartz
I have Learned Just This Week
How Badly I was Miss handled.
And I would never Miss Tate
To you anything Knowingly.

Veyt Page
P.S. STILL no DVD of Deposition

From Sanet Hargett

On Wed I spoke to your office (I think) Your Honors I have worked this case for about a decade. I am very Ill according to Morton Plant as of 7/19/2013 / Since My fall in Sept 2012 There has been 3 ER Visits, 15 proceedures / nuclear medicine cat scans Ect. + Heart STRESS tests + 5 weeks Heart monitor approx. Plus cardio Rehab Plus Doctors. I am Sendinding you a small sample of what I recieved In the last 10 days or So. If I have not been prompt or as acurate I should Have Been It has Been with good course I sincerly beg your indulgence in This matter

Sincerly Janet Harget

Janet Hergett

7/19/2013