**LAW OFFICES OF**
**NEWTON B. SCHWARTZ, SR.**
1911 Southwest Freeway
Houston, Texas 77098

Office: 713-630-0708
Toll Free: 1-800-536-6006

Fax: 713-630-0789
E-mail: nbs@nbslawyers.com

July 5, 2013

Ms. Janet Hargett
100 Bluff View Dr. #409A
Belleaire Bluffs, FL 33770

*via Federal Express* 448216210007098

Dear Ms. Hargett:

Enclosed in this package are your medical records, your (Plaintiff's) discovery responses to Defendants, Defendants' discovery responses to you (Plaintiff). The documents labeled MRC at the beginning of the document list are the documents Defendant (Pfizer) requested from the providers.

You misrepresented to the Court in your filing on June 27, 2013 [Document 4134] by stating "...still waiting to hear from Newton Schwartz for all transcripts and doc promised many time but have not received...". The only item you previously requested was your deposition, which we complied and sent to you in DVD format in June 2012. You never requested any other documents other than the deposition. We only found out about your request for other documents for the first time from document 4134 which you filed on June 27, 2013.

Attached in this package includes all your medical records in our possession, Janet Hargett's discovery responses to Defendants (including Plaintiff Janet Hargett's disclosure; Plaintiff Janet Hargett's Objections and Responses to Defendants' Interrogatories; Plaintiff Janet Hargett's Responses to Defendants' Request for Production; Plaintiff Janet Hargett's Supplemental Objections and Responses to Defendants' Interrogatories; and Plaintiff Janet Hargett's Supplemental Responses to Defendants' Request for Production; and Defendants' Responses to Plaintiff Janet Hargett's Interrogatories; and Defendants' Responses to Plaintiff Janet Hargett's Request for Production).

Please note that all the records and documents contain confidential information. The documents Defendants produced to you are confidential, and you can only use such information for conducting this litigation. Defendants may hold you liable if you utilize and/or release such confidential information outside of your litigation process.

The enclosed documents (Tab 1 to Tab 36) sent in this package are listed in attachments below.

Very Truly Yours,
The Law Offices of Newton B. Schwartz, Sr.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.

Attachments:  Tab 1-Tab 36

| | |
|---|---|
| Tab 1 | Morton Plant Hospital |
| Tab 2 | Dr. Thomas Austin Billing |
| Tab 3 | Dr. Luis Herrero Billing |
| Tab 4 | Dr. Thomas Austin Medical |
| Tab 5 | Dr Luis Herrero Records |
| Tab 6 | Dr. Thomas Austin Billing |
| Tab 7 | Verification (Interrogatories) |
| Tab 8 | Morton Plant Hospital Billing |
| Tab 9 | Dr. Thomas Austin Medical |
| Tab 10 | Disclosures |
| Tab 11 | Interrogatories |
| Tab 12 | Production |
| Tab 13 | Defendants' Response and Objection to Plaintiff's Interrogatories |
| Tab 14 | Defendants' Response and Objection to Plaintiff's Request of Production for Documents and Things |
| Tab 15 | Neurontin Bottle Pictures |
| Tab 16 | Supplemental Response to Request for Production |
| Tab 17 | B.Ferguson Sales Rep Info |
| Tab 18 | K.Bilgicer Sales Rep Info |
| Tab 19 | MRC Clearwater Cardiovascular and Interventional Consultants Medical |
| Tab 20 | MRC Diagnostic Clinic Medical |
| Tab 21 | MRC Dr. Thomas Austin Medical |
| Tab 22 | MRC Morton PlantNeuroscience Clinic Medical |
| Tab 23 | MRC Largo Police Department Police Report |
| Tab 24 | MRC Largo Medical Center Medical |
| Tab 25 | MRC Dr. Stuart Sinoff Medical |
| Tab 26 | MRC Dr. Knaus Medical |

Tab 27      MRC Publix Supermarkets Pharmacy
Tab 28      MRC Turley Family Health Center Medical
Tab 29      MRC Dr. Luis Herrero c/o Jackie Herrero Medical
Tab 30      MRC Sunstar EMS Medical
Tab 31      MRC Morton Plant Hospital Medical
Tab 32      MRC WalMart Pharmacy
Tab 33      Dr. Thomas Austin Sales Rep Spreadsheet
Tab 34      Dr. Thomas Austin Sales Rep Visit
Tab 35      Dr. Luis Herrero Sales Rep Spreadsheet
Tab 36      Dr. Luis Herrero Sales Rep Visit

LAW OFFICES OF
NEWTON B. SCHWARTZ, SR.
1911 Southwest Freeway
Houston, Texas 77098

Office: 713-630-0708
Toll Free: 1-800-536-6006

Fax: 713-630-0789
E-mail: nbs@nbslawyers.com

July 2, 2013

Ms. Janet Hargett
100 Bluff View Dr. #409A
Belleaire Bluffs, FL 33770

*via US Mail and CMRRR 7002 3150 0005 1796 2893*

Dear Ms. Hargett:

The Law Offices of Newton B. Schwartz, Sr. no longer represent you in your case since Judge Leo T. Sorokin granted and signed the Order On Newton Schwartz Firm Motions To Withdraw on December 12, 2012 (see attached Document 4059). which refers to Document 3994, filed June 25, 2012, attached. This letter only serves as a courtesy to inform you that due to your late filing of your Plaintiff Certification on June 27, 2013 (even though you dated it as April 30, 2013; attached Document 4134) to inform the Court that you wished to be a pro se litigant. Judge Saris has signed an Order of Dismissal on June 18, 2013 (see attached Document 4128) and your case is Dismissed With Prejudice.

On April 17, 2013, we sent you a letter via Federal Express and attached a Scheduling Order Governing Pro Se Cases (with Plaintiff Certification), and the Court's Report and Recommendation on Pending Motions to inform you that if you wished to be a pro se litigant, you needed to file the Plaintiff Certification with the Court immediately (see attached letter).

On April 23, 2013, you spoke with Kathleen Womack to inform her that you had received the letter we sent on April 17, 2013. You also requested for a stamped envelope addressed to the Court to be sent to you via Certified Mail Return Receipt for Merchandise (CMRRM). We complied with your request and mailed you the envelope on April 23, 2013, which you did not pick up until June 4, 2013, over five weeks after the notice was left at your address (see attached letter, track and confirm, signature card and envelope sent April 23, 2013).

Since your case has been dismissed with prejudice, you may attempt to ask the Court to reinstate your case, even though the chance the Court will reinstate your case is not high. If you decide to do so, you must act immediately.

Very Truly Yours,
The Law Offices of Newton B. Schwartz, Sr.

*/s/ Newton B. Schwartz, Sr.*
Newton B. Schwartz, Sr.

Attachments:  April 17, 2013 Letter
April 23, 2013 Letter, Envelope, Track and Confirm, CMRRR with signature
Document No. 4059
Document No. 3994
Document No. 4134
Document No. 4128

# JWL
## JACK W. LONDON AND ASSOCIATES, P.C.
3701 Bee Cave Rd., Suite 200 | Austin, TX 78746
(512) 478-5858 | (512) 479-5934 Fax

JACK W. LONDON
BOARD CERTIFIED-PERSONAL INJURY TRIAL LAW

www.jackwlondon.com
jack@jackwlondon.com

July 2, 2013

Ms. Janet Hargett
1100 Bluff View Dr. #409A
Belleaire Bluffs, FL 33770
***Via Federal Express***

Dear Ms. Hargett:

Thank you very much for calling my office last night and again today.

I have to repeat what I said again:

I am NOT your attorney. I will not give legal advice in your case or prepare or file documents for you. I do not know anything about your filings or about Mr. Schwartz beyond the documents that I sent to you.

If you wish to seek a reinstatement of your case you must file your motion or hire a lawyer to do so. I will not be able to help you in that respect.

I do wish you the best of success in your efforts.

With best regards,

Jack W. London

JWL:mlp