# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**                                MDL No. 1629

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Massachusetts.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 29, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

MDL No. 1629

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| MA | 1 | 05–11260 | ALN | 7 | 05–00074 | Burroughs v. Pfizer, Inc. et al |
| MA | 1 | 06–10912 | ARE | 4 | 06–00341 | Accettullo et al v. Pfizer Inc. et al |
| MA | 1 | 06–11393 | CAE | 2 | 06–01144 | Putnam v. Pfizer Inc. et al |
| MA | 1 | 06–11882 | FLM | 6 | 06–01311 | Johnson et al v. Pfizer Inc. et al |
| MA | 1 | 06–11022 | NV | 2 | 06–00529 | Brewster et al v. Pfizer Inc. et al |
| MA | 1 | 10–11205 | NYS | 1 | 10–04207 | Santos v. Pfizer, Inc. et al |
| MA | 1 | 06–11446 | PAE | 2 | 06–01308 | Young et al v. Pfizer Inc. et al |
| MA | 1 | 06–11023 | PAE | 2 | 06–01742 | Girard et al v. Pfizer, Inc. et al |
| MA | 1 | 06–11024 | SC | 3 | 06–01271 | Anderson et al v. Pfizer Inc. et al |
| MA | 1 | 07–11156 | TXW | 3 | 07–00161 | Telles v. Pfizer Inc. |

* – denotes that the civil action has been severed.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————  )
                                                 )
**IN RE NEURONTIN MARKETING,**      )
**SALES PRACTICES, & PRODUCTS**     )
**LIABILITY LITIGATION**                )           MDL NO. 1629
———————————————————  )
                                                 )
**THIS DOCUMENT RELATES TO:**       ) CIVIL ACTION NO 04-10981-PBS
ALL PRODUCTS LIABILITY ACTIONS   )
———————————————————  )

**SUGGESTION OF REMAND ORDER**

July 18, 2013

Saris, C.U.S.D.J.

In accordance with the Endorsed Order issued on May 29, 2013

adopting the report and recommendation of the Magistrate Judge

(Doc. No. 4117) and pursuant to Rule 10.1 of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation, the

Court issues its Suggestion of Remand Order in the cases listed

in Attachment A.

The Clerk is **ORDERED** to provide copies of this Order to the

Clerk of the Judicial Panel on Multidistrict Litigation and to

the clerks of the transferor district courts.

                         /s/ PATTI B. SARIS
                         PATTI B. SARIS
                         Chief United States District Judge

**ATTACHMENT A**

| PLAINTIFF | D. MASS. DOCKET NO. | TRANSFEROR COURT/ DOCKET NO. |
|---|---|---|
| Burroughs, Emory M. (Deceased) | 05-11260 | Northern District of Alabama; Case Number 7:05-cv-00074 |
| Burroughs, Frieda | 05-11260 | Northern District of Alabama; Case Number 7:05-cv-00074 |
| Carr, Lester C. | 06-11024 | District of South Carolina; Case Number 3:06-cv-01271 |
| Cull (Saenz), Monica L. | 06-11022 | District of Nevada; Case Number 2:06-cv-00529 |
| Dozier, Christine M. | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Johnson, Daniel | 06-11882 | Middle District of Florida; Case Number 6:06-cv-01311 |
| Johnson, Elroy L. | 06-10912 | Eastern District of Arkansas; Case Number 4:06-cv-00341 |
| Johnson, Susan | 06-11882 | Middle District of Florida; Case Number 6:06-cv-01311 |
| Lemacks, George B. | 06-11024 | District of South Carolina; Case Number 3:06-cv-01271 |
| Lytle, Freddie B. | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Logan, Sandra M. | 06-11022 | District of Nevada; Case Number 2:06-cv-00529 |
| Parker, Earnestine | 06-11024 | District of South Carolina; Case Number 3:06-cv-01271 |
| Pastine, Samuel (Deceased) | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Pastine, Sherry | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |

| PLAINTIFF | D. MASS. DOCKET NO. | TRANSFEROR COURT/ DOCKET NO. |
|---|---|---|
| Putnam, Deanna Lisa | 06-11393 | Eastern District of California; Case Number 2:06-cv-01144 |
| Santos, Ann | 10-11205 | Southern District of New York; Case Number 1:10-cv-04207 |
| Taggart, Jeffrey | 06-10912 | Eastern District of Arkansas; Case Number 4:06-cv-00341 |
| Taylor, Caryl A. | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Telles, Gloria | 07-11156 | Western District of Texas; Case Number 3:07-cv-00161 |
| Telles, Jacob (a Minor) | 07-11156 | Western District of Texas; Case Number 3:07-cv-00161 |
| Thurmond, Betty | 06-10912 | Eastern District of Arkansas; Case Number 4:06-cv-00341 |
| Wilhelm, John W. | 06-11022 | District of Nevada; Case Number 2:06-cv-00529 |
| Wine, Helen | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Young, Brent D. | 06-11446 | Eastern District of Pennsylvania; Case Number 2:06-cv-01308 |
| Young, Jodie | 06-11446 | Eastern District of Pennsylvania; Case Number 2:06-cv-01308 |