UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *Wolosonowich v. Pfizer Inc., et al.*, No. 1:06-cv-11395-PBS | |

## SUGGESTION OF PLAINTIFF'S DEATH

Defendants Pfizer Inc. and Warner-Lambert Company LLC, by and through their attorneys and in accordance with Federal Rule of Civil Procedure 25(a), suggest upon the record the death during the pendency of this action of Plaintiff Dennis Wolosonowich, who passed away on October 13, 2007. Attached hereto as Exhibit A is a Certificate of Death.

Dated: August 2, 2013

/s/ Mark S. Cheffo
Mark S. Cheffo
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
MarkCheffo@quinnemanuel.com

/s/ Justin J. Wolosz
Justin J. Wolosz, BBO #643543
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199−3600
Phone: (617) 951-7000
Fax: (617) 951-7050
justin.wolosz@ropesgray.com

*Counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document has been served pursuant to Case Management Order No. 3 on August 2, 2013.

                                                  /s/ Justin J. Wolosz
                                                  Justin J. Wolosz