# Exhibit A

# CERTIFICATION OF VITAL RECORD
## CITY OF HOUSTON, TEXAS, USA

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER**

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED (First, Middle, Last) | Dennis J. Wolosonovich |
| 2. DATE OF DEATH - ACTUAL OR PRESUMED | 10-13-2007 |
| 3. SEX | Male |
| 4. DATE OF BIRTH | Redacted - PI 1947 |
| 5. AGE-Last Birthday (Years) | 60 |
| 6. BIRTHPLACE (City & State or Foreign Country) | Chicago, IL |
| 7. SOCIAL SECURITY NUMBER | Redacted - PI 0269 |
| 8. MARITAL STATUS AT TIME OF DEATH | X Divorced |
| 9. SURVIVING SPOUSE | |
| 10a. RESIDENCE STREET ADDRESS | 1000 Country Place Drive |
| 10b. APT NO. | 149 |
| 10c. CITY OR TOWN | Houston |
| 10d. COUNTY | Harris |
| 10e. STATE | Texas |
| 10f. ZIP CODE | 77079 |
| 10g. INSIDE CITY LIMITS? | X Yes |
| 11. FATHER'S NAME | Chester H. Wolosonovich |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | Zelma J. McLeod |
| 14. COUNTY OF DEATH | Harris |
| 15. CITY/TOWN, ZIP | Houston, 77079 |
| 16. FACILITY NAME | 1000 Country Place Drive |
| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | Kimberly Pickett - Sister |
| 18. MAILING ADDRESS OF INFORMANT | 1000 Country Place Dr. Houston, TX 77079 |
| 19. METHOD OF DISPOSITION | X Cremation |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | Rylan Scott #112089 |
| 22. PLACE OF DISPOSITION | Cremate, Texas |
| 23. LOCATION (City/Town and State) | South Houston, TX |
| 24. NAME OF FUNERAL FACILITY | Rylan C. Scott Funeral Services |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 1250 Texas Parkway Ste A-1 Stafford, TX 77477 |
| 26. CERTIFIER | X Certifying Physician |
| 27. SIGNATURE OF CERTIFIER | M.D. |
| 28. DATE CERTIFIED (Mo/Day/Yr) | 10/23/2007 |
| 29. LICENSE NUMBER | CK1096 |
| 30. TIME OF DEATH | 12:00 pm |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | THAKKAR HARISHEN Chee Houston TX |
| 32. TITLE OF CERTIFIER | |

**33. PART 1. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS – THAT DIRECTLY CAUSED THE DEATH.**

| | Cause | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE | Possible Myocardial Infarction | |
| Due to (or as a consequence of): | Coronary Artery Disease | |
| Due to (or as a consequence of): | Atherosclerotic Cardiovascular Disease | |

**PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1.**
Hypothyroidism, Tobacco, COPD

| Field | Value |
|---|---|
| 34. WAS AN AUTOPSY PERFORMED? | X No |
| 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | No |
| 36. MANNER OF DEATH | X Natural |
| 37. DID TOBACCO CONTRIBUTE TO DEATH? | Yes |
| 38. IF FEMALE | |
| 42a. REGISTRAR FILE NO. | 02-16547 |
| 42b. DATE RECEIVED BY LOCAL REGISTRAR | Oct 26, 2007 |
| 42c. REGISTRAR | Lisa Akheirueme |



Lisa Akheirueme, Registrar
BUREAU OF VITAL STATISTICS

VS-112 REV 1/2006

DATE ISSUED OCT 29 2007
This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code of Texas. This copy not valid without engraved border displaying seal and signature of the Registrar.





1 01468531

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

