**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION**                                                    MDL No. 1629

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial
proceedings in the action(s) on this conditional remand order have been completed and that remand
to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to
its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States
Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for
filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with
the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the
Panel. This order does not become effective until it is filed in the office of the Clerk for the United
States District Court for the District of Massachusetts.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for
the District of Massachusetts with a stipulation or designation of the contents of the record to be
remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

> Inasmuch as no objection is
> pending at this time, the
> stay is lifted.
>
> **Jul 29, 2013**
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

I hereby certify on 9/10/13 that the
foregoing document is true and correct copy
☐ electronic docket in the captioned
☒ electronically filed original filed on
☒ original filed in my office on
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By:
Deputy Clerk

**IN RE: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION**

MDL No. 1629

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| MA | 1 | 05−11260 | ALN | 7 | 05−00074 | Burroughs v. Pfizer, Inc. et al |
| MA | 1 | 06−10912 | ARE | 4 | 06−00341 | Accettullo et al v. Pfizer Inc. et al |
| MA | 1 | 06−11393 | CAE | 2 | 06−01144 | Putnam v. Pfizer Inc. et al |
| MA | 1 | 06−11882 | FLM | 6 | 06−01311 | Johnson et al v. Pfizer Inc. et al |
| MA | 1 | 06−11022 | NV | 2 | 06−00529 | Brewster et al v. Pfizer Inc. et al |
| MA | 1 | 10−11205 | NYS | 1 | 10−04207 | Santos v. Pfizer, Inc. et al · |
| MA | 1 | 06−11446 | PAE | 2 | 06−01308 | Young et al v. Pfizer Inc. et al |
| MA | 1 | 06−11023 | PAE | 2 | 06−01742 | Girard et al v. Pfizer, Inc. et al |
| MA | 1 | 06−11024 | SC | 3 | 06−01271 | Anderson et al v. Pfizer Inc. et al |
| MA | 1 | 07−11156 | TXW | 3 | 07−00161 | Telles v. Pfizer Inc. |

\* − denotes that the civil action has been severed.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
**IN RE NEURONTIN MARKETING,**           )
**SALES PRACTICES, & PRODUCTS**          )
**LIABILITY LITIGATION**                 )        MDL NO. 1629
                                         )
                                         )
**THIS DOCUMENT RELATES TO:**            ) CIVIL ACTION NO 04-10981-PBS
ALL PRODUCTS LIABILITY ACTIONS           )
                                         )

**SUGGESTION OF REMAND ORDER**

July 18, 2013

Saris, C.U.S.D.J.

In accordance with the Endorsed Order issued on May 29, 2013
adopting the report and recommendation of the Magistrate Judge
(Doc. No. 4117) and pursuant to Rule 10.1 of the Rules of
Procedure of the Judicial Panel on Multidistrict Litigation, the
Court issues its Suggestion of Remand Order in the cases listed
in Attachment A.

The Clerk is **ORDERED** to provide copies of this Order to the
Clerk of the Judicial Panel on Multidistrict Litigation and to
the clerks of the transferor district courts.

                        /s/ PATTI B. SARIS
                        PATTI B. SARIS
                        Chief United States District Judge

## ATTACHMENT A

| PLAINTIFF | D. MASS.<br>DOCKET NO. | TRANSFEROR COURT/ DOCKET<br>NO. |
|---|---|---|
| Burroughs, Emory M.<br>(Deceased) | 05-11260 | Northern District of Alabama; Case<br>Number 7:05-cv-00074 |
| Burroughs, Frieda | 05-11260 | Northern District of Alabama; Case<br>Number 7:05-cv-00074 |
| Carr, Lester C. | 06-11024 | District of South Carolina; Case Number<br>3:06-cv-01271 |
| Cull (Saenz), Monica L. | 06-11022 | District of Nevada; Case Number 2:06-cv-<br>00529 |
| Dozier, Christine M. | 06-11023 | Eastern District of Pennsylvania; Case<br>Number 2:06-cv-01742 |
| Johnson, Daniel | 06-11882 | Middle District of Florida; Case Number<br>6:06-cv-01311 |
| Johnson, Elroy L. | 06-10912 | Eastern District of Arkansas; Case Number<br>4:06-cv-00341 |
| Johnson, Susan | 06-11882 | Middle District of Florida; Case Number<br>6:06-cv-01311 |
| Lemacks, George B. | 06-11024 | District of South Carolina; Case Number<br>3:06-cv-01271 |
| Lytle, Freddie B. | 06-11023 | Eastern District of Pennsylvania; Case<br>Number 2:06-cv-01742 |
| Logan, Sandra M. | 06-11022 | District of Nevada; Case Number 2:06-cv-<br>00529 |
| Parker, Earnestine | 06-11024 | District of South Carolina; Case Number<br>3:06-cv-01271 |
| Pastine, Samuel (Deceased) | 06-11023 | Eastern District of Pennsylvania; Case<br>Number 2:06-cv-01742 |
| Pastine, Sherry | 06-11023 | Eastern District of Pennsylvania; Case<br>Number 2:06-cv-01742 |

| PLAINTIFF | D. MASS. DOCKET NO. | TRANSFEROR COURT/ DOCKET NO. |
|-----------|---------------------|------------------------------|
| Putnam, Deanna Lisa | 06-11393 | Eastern District of California; Case Number 2:06-cv-01144 |
| Santos, Ann | 10-11205 | Southern District of New York; Case Number 1:10-cv-04207 |
| Taggart, Jeffrey | 06-10912 | Eastern District of Arkansas; Case Number 4:06-cv-00341 |
| Taylor, Caryl A. | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Telles, Gloria | 07-11156 | Western District of Texas; Case Number 3:07-cv-00161 |
| Telles, Jacob (a Minor) | 07-11156 | Western District of Texas; Case Number 3:07-cv-00161 |
| Thurmond, Betty | 06-10912 | Eastern District of Arkansas; Case Number 4:06-cv-00341 |
| Wilhelm, John W. | 06-11022 | District of Nevada; Case Number 2:06-cv-00529 |
| Wine, Helen | 06-11023 | Eastern District of Pennsylvania; Case Number 2:06-cv-01742 |
| Young, Brent D. | 06-11446 | Eastern District of Pennsylvania; Case Number 2:06-cv-01308 |
| Young, Jodie | 06-11446 | Eastern District of Pennsylvania; Case Number 2:06-cv-01308 |