# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 4, 2013

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

  Re: Pfizer Inc., et al.
    v. Kaiser Foundation Health Plan, Inc., et al.
    No. 13-289
    (Your No. 11-1904, 11-2096; 11-1806; 11-1595)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on August 30, 2013 and placed on the docket September 4, 2013 as No. 13-289.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Redmond K. Barnes
      Case Analyst