UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :    Judge Patti B. Saris
------------------------------------------------------------x
                                                            :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
FINKELSTEIN & PARTNERS CASES                                :
                                                            :
------------------------------------------------------------x
```

**FINKELSTEIN & PARTNERS PRODUCTS LIABILITY PLAINTIFFS'
AND PFIZER DEFENDANTS' JOINT MOTION FOR ANOTHER
NINETY (90) DAY EXTENSION OF THE DEADLINE IMPOSED
IN THIS COURT'S SETTLEMENT ORDER OF DISMISSAL**

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants hereby move

by Joint Motion for an Order granting another[1] ninety (90) day extension of this Court's

---

[1] On May 18, 2011, the parties filed a Joint Motion to Extend this Court's February 18, 2011 Settlement Order of Dismissal for a period of ninety (90) days to September 17, 2011 (ECF Doc. # 3471), which was granted by Magistrate Judge Leo T. Sorokin by electronic order on May 23, 2011. On August 22, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3591), and Magistrate Judge Sorokin granted an extension to December 12, 2011, by electronic order on August 29, 2011. On November 29, 2011, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3723) and Magistrate Judge Sorokin granted an extension to March 11, 2012, by electronic order on November 30, 2011. On March 7, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days ( ECF Doc. # 3803), and Magistrate Judge Sorokin granted an extension to June 11, 2012, by electronic order on March 8, 2012. On June 6, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 3981), and Magistrate Judge Sorokin granted an extension to September 11, 2012, by electronic order on June 7, 2012. On September 4, 2012, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 4021), and Magistrate Judge Sorokin granted an extension to December 11, 2012, by electronic order on September 5, 2012; the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 4057) on December 6, 2012, and Magistrate Judge Sorokin granted an extension to March 11, 2013, by electronic order on January 3, 2013; the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc # 4073) on March 5, 2013, and Magistrate Judge Sorokin granted an extension to June 11, 2013, by electronic order on March 6, 2013; on June 7, 2013, the parties filed a Joint Motion to Extend the Settlement Order for Another Ninety (90) days (ECF Doc. # 4122), and Magistrate Judge Sorokin granted an extension to September 11, 2013, by electronic order on June 11, 2012.

February 17, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), to extend the deadline, which is presently September 11, 2013, to December 11, 2013.

Although the parties have continued to diligently work on the resolution of these actions, the settlement process has been delayed in order to complete the unavoidable arduous administrative hurdles involved in the settlement process.  Plaintiffs' counsel has had to apply to the various surrogate courts to obtain the appointment of Administrators or Executors with the appropriate powers to settle the cases, and in some cases obtain probate court approval.  The settlement in Scott v. Pfizer, et al., No. 06-cv-10253 is almost concluded and Plaintiffs are waiting for receipt of the funds.  In Wolosonowich v. Pfizer, et al., No. 06-cv-11395, on August 2, 2013, Defense counsel filed, pursuant to Fed. R. Civ. P. Rule 25, a statement of death in Wolosonowich.  ECF Doc. # 4151.  We request an additional 90 days in order to complete said tasks and afford the heirs of Wolosonowich the ninety days required by Rule 25 in which to file a motion to substitute as a successor or representative of the decedent.

## CONCLUSION

Finkelstein & Partners Products Liability Plaintiffs and Pfizer Defendants respectfully request that this Court issue an Order extending the deadline imposed by this Court's February 18, 2011 Settlement Order of Dismissal (ECF Doc. # 3307), for another period of ninety (90) days to September 11, 2013, in regard to the above case for which settlement is almost concluded, and for the Wolosonowich case, where defense counsel will be filing a statement of death.

Dated: September 11, 2013       Respectfully submitted,

                                  FINKELSTEIN & PARTNERS, LLP
                                  Attorneys for Plaintiffs

                         By:    **/s/ Andrew G. Finkelstein**
                                  Andrew G. Finkelstein, Esquire
                                  1279 Route 300, P.O. Box 1111
                                  Newburgh, NY  12551
                                  (800) 634-1212

                                  QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
                                  Attorneys for Defendants Pfizer Inc. and
                                  Warner-Lambert Company, LLC

                         By:    **/s/ Mark S. Cheffo**
                                  Mark S. Cheffo, Esquire
                                  51 Madison Avenue, 22nd Floor
                                  New York, NY  10010
                                  (212) 849-7000

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 11, 2013.

                                        **/s/ Andrew G. Finkelstein**
                                           Andrew G. Finkelstein, Esquire