UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITAL'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT AND SUPPORTING DOCUMENTS**

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Kaiser") respectfully submit this motion to file under seal the following documents:

1. Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act;

2. Memorandum of Law In Support of Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act;

3. Declaration of Linda P. Nussbaum in Support of Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act; and

4. Exhibits A through Q to the Declaration of Linda P. Nussbaum in Support of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act; and

5. Proposed Order re: Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act.

As grounds for filing these documents under seal, Kaiser states as follows:

Kaiser is a direct action plaintiff. The documents listed above relate exclusively to Kaiser's Motion for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act relating to its direct action case.

In order to provide the Court with detailed information upon which to evaluate the claim for such fees and expenses, counsel has provided detailed information concerning the time and expenses incurred on behalf of Kaiser in its motion papers, including records that reflect each attorney's time and expenses.

Detailed time records of individual attorneys may evidence privileged communications or work product. In some instances, supporting expense records include copies of receipts, checks evidencing bank account numbers, and other items that reflect personal and/or confidential

information. These records, as well as references to the time and expenses of counsel set forth in the motion and memorandum, are of a sensitive nature to private non-class Plaintiff Kaiser.

Plaintiffs respectfully request that the Court allow them to be sealed pursuant to the applicable Protective Order entered in this case.

Dated: September 13, 2013                                Respectfully submitted.


                                                         By:/s/  Linda P. Nussbaum
                                                             Linda P. Nussbaum *(pro hac vice)*
                                                             GRANT & EISENHOFER P.A.
                                                             485 Lexington Avenue
                                                             New York, NY 10017
                                                             Tel.  646-722-8500
                                                             Fax.  646-722-8501
                                                             lnussbaum@gelaw.com

                                                             *Attorney for Plaintiffs Kaiser Foundation*
                                                             *Health Plan, Inc. and Kaiser Foundation*
                                                             *Hospitals*


I, Linda P. Nussbaum, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 13, 2013.

Dated:  September 13, 2013                    */s/ Linda P. Nussbaum*
                                              Linda P. Nussbaum