**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET No. 1629 |
| | MASTER FILE No. 04-10981-PBS |
| THIS DOCUMENT RELATES TO: | THE HONORABLE PATTI B. SARIS |
| AETNA, INC., | |
| Plaintiff, | **AETNA INC.'S MOTION TO PRECLUDE RELITIGATION OF ISSUES AND FACTS DETERMINED BY THE *KAISER* TRIERS OF FACT AT TRIAL** |
| -vs- | |
| PFIZER, INC. and WARNER LAMBERT CO., LLC. | |
| Defendants. | |

Aetna, Inc. ("Aetna") respectfully moves the Honorable Court for a collateral estoppel order to preclude relitigation of issues and facts determined by the finders of fact at the trial of *Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, et al.*, No. 04-10739-PBS ("Kaiser Trial").

The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Aetna respectfully requests that the Court grant its motion for preclusion of issues and facts determined by the triers of fact at the Kaiser Trial, as outlined in its accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Aetna believes that oral argument will assist the Court. Accordingly, Aetna respectfully request oral argument on this motion.

Dated:  September 13, 2013
White Plains, New York

                         LOWEY DANNENBERG COHEN
                           & HART, P.C.

BY:   **/s/ Richard W. Cohen**
      Richard W. Cohen
      Peter D. St. Phillip
      Gerald Lawrence
      Uriel Rabinovitz
      One North Broadway
      White Plains, NY  10601
      (914) 997-0500
      rcohen@lowey.com

      ***Attorneys for Aetna, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I certify this document filed through the ECF system has been served pursuant to Case

Management #3 on September 13, 2013.


                                                      /s/ Peter St. Phillip