# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**NOTICE OF FILING OF KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITAL'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT AND SUPPORTING DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE, that Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals have filed under seal the following documents:

1. Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act;

2. Memorandum of Law In Support of Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act;

3. Declaration of Linda P. Nussbaum in Support of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act;

4. Exhibits A through Q to the Declaration of Linda P. Nussbaum in Support of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act; and

5. Proposed Order re: Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act

Dated: September 13, 2013             Respectfully submitted.

By:/s/ *Linda P. Nussbaum*
　　Linda P. Nussbaum *(pro hac vice)*
　　GRANT & EISENHOFER P.A.
　　485 Lexington Avenue
　　New York, NY 10017
　　Tel.  646-722-8500
　　Fax.  646-722-8501
　　lnussbaum@gelaw.com

　　*Attorney for Plaintiffs Kaiser Foundation*
　　*Health Plan, Inc. and Kaiser Foundation*
　　*Hospitals*

I, Linda P. Nussbaum, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 13, 2013.

Dated:  September 13, 2013             /s/ *Linda P. Nussbaum*
                                        Linda P. Nussbaum

2