# EXHIBIT A

| VARYING DAMAGES AWARDS | | | |
|---|---|---|---|
| | Hartman's Estimate[1] | Court's UCL Award[2] | Jury's RICO Award[3] |
| Bipolar | **$17,822,647** | **$18,541,526**<br>(>100% of Hartman's Estimate) | **$14,962,055**<br>(83.95% of Hartman's Estimate) |

| VARYING FINDINGS Re: PERCENTAGES OF PRESCRIPTIONS CAUSED BY PROMOTION | | | |
|---|---|---|---|
| | Rosenthal's Estimate[4] | Court's Finding[5] | Jury's Finding<br>(derived from damages award) |
| Bipolar | **99.4%** | **99.4%**<br>(100% of Rosenthal's Estimate) | **83.45%**<br>(83.95% of Rosenthal's Estimate) |

---

[1] *Amended Findings*, 2011 WL 3852254, at *34; *see also id.* at *33 (stating that Dr. Hartman "convert[ed] Dr. Rosenthal's percentages into dollar amounts").

[2] *Amended Findings*, 2011 WL 3852254, at *59 ("Based on Dr. Hartman's calculations, the Court will award the following restitution . . . bipolar disorder: $18,541,526.").

[3] Verdict [2760].

[4] *Amended Findings*, 2011 WL 3852254, at *33.

[5] *Amended Findings*, 2011 WL 3852254, at *58 ("[T]he Court accepts Dr. Rosenthal's analysis of the percentage of Neurontin prescriptions caused by defendants' off-label promotion.").