UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br>      Plaintiffs,<br>v.<br>PFIZER INC. et al.,<br>      Defendants. | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**NOTICE OF FILING UNDER SEAL OF DEFENDANTS' UNREDACTED MEMORANDUM OF LAW AND SUPPORTING DOCUMENTS IN OPPOSITION TO KAISER'S MOTION FOR ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE, that Defendants Pfizer Inc. and Warner-Lambert Company, LLC ("Pfizer") have filed under seal the following documents:

1. Unredacted Memorandum of Law in Opposition to Kaiser's Motion for Attorneys' Fees and Costs;

2. Declaration of Mark S. Cheffo in Opposition to Kaiser's Motion for Attorneys' Fees and Costs;

3. Exhibits A through Q to the Declaration of Mark S. Cheffo.

Dated: October 15, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By: /s/ Mark S. Cheffo
     Mark S. Cheffo

51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Email: markcheffo@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

2

**CERTIFICATE OF SERVICE**

I, Mark S. Cheffo, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on October 15, 2013.

Dated: October 15, 2013                    /s/ Mark S. Cheffo
                                           Mark S. Cheffo