**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br>    Plaintiffs,<br>v.<br>PFIZER INC. et al.,<br>    Defendants. | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED MEMORANDUM OF LAW AND SUPPORTING DOCUMENTS IN OPPOSITION TO KAISER'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Defendants Pfizer Inc. and Warner-Lambert Company, LLC ("Pfizer") request leave to file under seal their unredacted memorandum of law and supporting documents in opposition to Kaiser's Motion for Attorneys' Fees and Costs.

As grounds for filing these documents under seal, Pfizer states as follows:

1. Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Kaiser") moved for leave to file under seal their motion for attorneys' fees and costs, as well as all supporting documents, on the ground that they contained and/or referenced: "[d]etailed time records of individual attorneys [that] may evidence privileged communications or work product;" and expense records "that reflect personal and/or confidential information." (Pl. Mot. for Leave to File Under Seal [4161] at 2-3.) Although the Court has not yet ruled on the issue, Kaiser's sealed filings have been docketed. (*See* Dkts. 4165, 4166, 4167.)

2. Pfizer's unredacted memorandum of law and supporting documents in opposition to Kaiser's motion for attorneys' fees and costs address many of the same time and expense records that Kaiser asserts are privileged and/or confidential. Accordingly, in an abundance of caution, Pfizer submits that these materials should also be filed under seal pending the Court's ruling on this issue. Pfizer reserves the right to request that these documents be unsealed in the future.

WHEREFORE, for the reasons set forth above, Pfizer requests leave to file the following materials under seal: (a) Unredacted Memorandum of Law in Opposition to Kaiser's Motion for Attorneys' Fees and Costs; (b) Declaration of Mark S. Cheffo in Opposition to Kaiser's Motion for Attorneys' Fees and Costs; (c) Exhibits A through Q to the Declaration of Mark S. Cheffo.

2

Dated:  October 15, 2013                    Respectfully submitted,

                                                         QUINN EMANUEL URQUHART
                                                           & SULLIVAN, LLP

                                                       By: <u>/s/ Mark S. Cheffo</u>
                                                             Mark S. Cheffo

                                                       51 Madison Avenue, 22nd Floor
                                                       New York, NY  10010
                                                       (212) 849-7000
                                                       Email:  markcheffo@quinnemanuel.com

                                                       *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

     I, Mark S. Cheffo, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on October 15, 2013.

Dated:  October 15, 2013                        <u>/s/ Mark S. Cheffo</u>
                                                    Mark S. Cheffo