## Declaration of Gary J. Brenner, M.D., Ph.D.

My name is Gary J. Brenner. I am presently an attending physician on the staff of the Massachusetts General Hospital (MGH) Department of Anesthesia, Critical Care & Pain Medicine where I am the Program Director of the MGH Pain Medicine Fellowship. I also have an appointment at Harvard Medical School as an Assistant Professor. My responsibilities include clinical care, research, and teaching. **I am submitting this declaration in support of Pfizer's opposition to Aetna, Inc.'s motion to preclude re-litigation of issues and facts as determined in Kaiser.**

I previously submitted a report dated 12/15/2008 focusing primarily on the efficacy and clinical utility of gabapentin for the treatment of persistent, pathological pain. My *curriculum vitae* was contained within the appendix to that document. In addition, I testified as an expert witness in the Kaiser trial that took place February through March 2010 in Boston, Massachusetts.

Since March of 2010 there have been multiple publications in the peer-review medical literature that address the potential efficacy of gabapentin for the treatment of forms of neuropathic pain other than post-herpetic neuralgia. The types of publications addressing this question include:

- clinical trials,
- systematic reviews/meta-analyses,
- expert consensus statements, and
- review articles.

This below list of published manuscripts does not represent a comprehensive review of all data related to gabapentin and pain that has been generated since March 2010, but rather a compilation of evidence that supports the hypothesis that gabapentin has efficacy for the treatment of forms of neuropathic pain other than post-herpetic neuralgia. Further, these studies taken as a group highlight the general acceptance by the medical community of the likely value of gabapentin for treatment of forms of neuropathic pain - though not necessarily all - in addition to that associated with post-herpetic neuralgia.

Of particular significance, in 2011 an update of the Cochrane Database Systematic Review, "Gabapentin for chronic neuropathic pain and fibromyalgia in adults" was issued. This meta-analysis represents an important revision of the authors' prior work as it included additional unpublished clinical trial data addressing gabapentin's efficacy for the treatment of neuropathic pain. In the revised analysis, there was further attempt to control for publication bias, as well as, to account for any unpublished data released subsequent to the authors' prior analysis. Even after consideration of biases not accounted for in their prior analysis, the authors concluded that the current evidence supports the efficacy of gabapentin for the treatment of neuropathic pain.

If called to provide further expert testimony related to efficacy of gabapentin for the treatment of neuropathic pain, my opinions would be based on the following publications in addition to those relied upon for my prior expert report and testimony, as well as any other pertinent materials.

**Categorized List of Published Manuscripts Considered for this Opinion (with summary notes)**

**Clinical trials:**

Sandercock D, Cramer M, Biton V, Cowles VE. Diabetes Res Clin Pract. 2012 Sep;97(3):438-45. A gastroretentive gabapentin formulation for the treatment of painful diabetic peripheral neuropathy: efficacy and tolerability in a double-blind, randomized, controlled clinical trial.

- Randomized, double-blind, placebo-controlled study on gabapentin for treatment of painful diabetic peripheral neuropathy.
- There was a significant effect of gabapentin treatment demonstrating reduction in pain.
- Approximately 38% of patients treated with gabapentin experienced a 50% or greater reduction in pain.

Pérez C, Navarro A, Saldaña MT, Masramón X, Rejas J.Clin Ther. 2010 Jul;32(7):1357-70. Pregabalin and gabapentin in matched patients with peripheral neuropathic pain in routine medical practice in a primary care setting: Findings from a cost-consequences analysis in a nested case-control study.

- Prospective, head-to-head comparison study of the efficacy of gabapentin vs. pregabalin for the treatment of neuropathic pain.
- Subjects' neuropathic pain was due to diabetic neuropathy, postherpetic or trigeminal neuralgias, or cervical or lumbosacral radiculopathies.
- Treatment with gabapentin resulted in an approximately 40% reduction of pain (change in group average pain) with approximately 40% of gabapentin-treated individuals experiencing a 50% or greater reduction in their overall pain.

Mishra S, Bhatnagar S, Goyal GN, Rana SP, Upadhya SP. Am J Hosp Palliat Care. 2012 May;29(3):177-82. doi: 10.1177/1049909111412539. Epub 2011 Jul 10. A comparative efficacy of amitriptyline, gabapentin, and pregabalin in neuropathic cancer pain: a prospective randomized double-blind placebo-controlled study.

- Randomized, prospective, double blind, placebo controlled study assessing efficacy of gabapentin, pregabalin and amitriptyline for treatment of cancer-associated neuropathic pain.
- Patients receiving gabapentin experienced a significant reduction in pain during course of the study.

Solak Y, Biyik Z, Atalay H, Gaipov A, Guney F, Turk S, Covic A, Goldsmith D, Kanbay M. Nephrology. 2012 Nov;17(8):710-7. Pregabalin versus gabapentin in the treatment of neuropathic pruritus in maintenance haemodialysis patients: a prospective, crossover study.

- This is a 14 week long randomized, prospective, cross-over trial. Haemodialysis patients with established neuropathy and/or neuropathic pain were included in the study.
- Patients receiving gabapentin (as well as those receiving pregabalin) significantly improved both neuropathic pain and pruritus .
- Gabapentin decreased VAS (visual analogue scale) by approximately 50%.

Amr YM. Pain Physician. 2010 May-Jun;13(3):245-9. Multi-day low dose ketamine infusion as adjuvant to oral gabapentin in spinal cord injury related chronic pain: a prospective, randomized, double blind trial.

- Randomized, controlled double blind trial comparing gabapentin alone to gabapentin with ketamine infusion.
- Patients receiving oral gabapentin alone (i.e., no ketamine group) experienced an approximately 50% reduction in VAS (visual analogue scale) during study.

Singh PM, Dehran M, Mohan VK, Trikha A, Kaur M. Pain Med. 2013 Jan;14(1):93-102. Analgesic efficacy and safety of medical therapy alone vs combined medical therapy and extraoral glossopharyngeal nerve block in glossopharyngeal neuralgia.

- The study was designed to compare nerve block to medical therapy, not efficacy of medical therapy per se.
- Individuals receiving gabapentin as part of combination medical therapy (also including tramadol and methylcobalamin) had significantly lower pain intensities, improved pain relief, and reduced pain interference with QOL (quality of life).

Lee SK, Yang DS, Lee JW, Choy WS. Orthopedics. 2012 Jun;35(6):e834-42. Four treatment strategies for complex regional pain syndrome type 1.

- Retrospective study design investigating efficacy of four treatment strategies – including oral gabapentin – for the treatment of complex regional pain syndrome type 1 (CRPS type 1).
- Patients receiving oral gabapentin experienced a significant reduction in pain associated with CRPS type 1.

Bestard JA, Toth CC. Pain Pract. 2011 Jul-Aug;11(4):353-68. An open-label comparison of nabilone and gabapentin as adjuvant therapy or monotherapy in the management of neuropathic pain in patients with peripheral neuropathy.

3

- Study indicated benefit of gabapentin monotherapy for treatment of peripheral neuropathy associated pain.

Eardley W, Toth C. J Pain Res. 2010 Apr 1;3:33-49. An open-label, non-randomized comparison of venlafaxine and gabapentin as monotherapy or adjuvant therapy in the management of neuropathic pain in patients with peripheral neuropathy.

- Open label study.
- Indicated benefit of gabapentin monotherapy for treatment of peripheral neuropathy associated pain.

Kasimcan O, Kaptan H. Neurol Med Chir (Tokyo). 2010;50(12):1070-3. Efficacy of gabapentin for radiculopathy caused by lumbar spinal stenosis and lumbar disk hernia.

- Open label study.
- Patients with lumbar radiculitis due either to spinal stenosis or disc herniation experienced decreased pain and improved function (longer walking distance) associated with gabapentin treatment.

**Systematic reviews/meta-analyses:**

Moore RA, Wiffen PJ, Derry S, McQuay HJ. Cochrane Database Syst Rev. 2011 Mar 16;(3):CD007938. Gabapentin for chronic neuropathic pain and fibromyalgia in adults.

- After conducting an even more stringent analysis compared to their earlier work, the authors concluded that approximately 1/3 of patients treated with gabapentin for neuropathic pain obtain significant benefit.

Vorobeychik Y, Gordin V, Mao J, Chen L. CNS Drugs. 2011 Dec 1;25(12):1023-34. Combination therapy for neuropathic pain: a review of current evidence.

- Authors concluded that the existing clinical studies using gabapentin (five positive trials) in combination with an opioid, cyclo-oxygenase-2 inhibitor or antidepressant demonstrated positive responses greater than the respective mono-therapies for pain due to diabetic neuropathy and postherpetic neuropathy.

Teasell RW, Mehta S, Aubut JA, Foulon B, Wolfe DL, Hsieh JT, Townson AF, Short C; Spinal Cord Injury Rehabilitation Evidence Research Team. Arch Phys Med Rehabil. 2010 May;91(5):816-31. A systematic review of pharmacologic treatments of pain after spinal cord injury.

- The authors concluded that the medical literature provides strong evidence for efficacy of gabapentin in treating spinal cord injury related pain.

Alviar MJ, Hale T, Dungca M. Cochrane Database Syst Rev. 2011 Dec 7;(12):CD006380. Pharmacologic interventions for treating phantom limb pain.

- The authors concluded that the clinical trials investigating efficacy of gabapentin in the treatment of phantom limb pain, while conflicting, indicated "a trend towards benefit."

**Expert consensus guidelines:**

Attal N, Cruccu G, Baron R, Haanpää M, Hansson P, Jensen TS, Nurmikko T; European Federation of Neurological Societies. Eur J Neurol. 2010 Sep;17(9):1113-e88. EFNS guidelines on the pharmacological treatment of neuropathic pain: 2010 revision.

- The authors concluded that there is level I evidence to support use of gabapentin (as well as several other agents) for the treatment of neuropathic pain.

Dworkin RH, O'Connor AB, Audette J, Baron R, Gourlay GK, Haanpää ML, Kent JL, Krane EJ, Lebel AA, Levy RM, Mackey SC, Mayer J, Miaskowski C, Raja SN, Rice AS, Schmader KE, Stacey B, Stanos S, Treede RD, Turk DC, Walco GA, Wells CD. Mayo Clin Proc. 2010 Mar;85(3 Suppl):S3-14. Recommendations for the pharmacological management of neuropathic pain: an overview and literature update.

- This consensus statement recommended gabapentin as a first line agent for the treatment of neuropathic pain.

**Review article:**

Smith HS, Argoff CE. Drugs. 2011 Mar 26;71(5):557-89. Pharmacological treatment of diabetic neuropathic pain.

- The authors recommend use of gabapentin, as well as, other agents for treatment of pain associated with diabetic peripheral neuropathy.

**Work published since March 2010 not supporting efficacy of gabapentin for treatment of forms of neuropathic pain:**

In searching the peer-reviewed medical literature with publication dates following March 2010, I have found one clinical trial which did not support efficacy of gabapentin for the control of pain that may be neuropathic in nature (Hui et al 2011). This work, when considered as part of all relevant peer-reviewed publications issued since March 2010 and related to gabapentin's efficacy for the control of neuropathic pain (other than that associated with postherpetic neuralgia) does not alter my overriding contention that there exists further support - i.e., issued since the 2010 Pfizer trial - for the efficacy of gabapentin in the treatment of neuropathic pain.

Hui AC, Wong SM, Leung HW, Man BL, Yu E, Wong LK. Eur J Neurol. 2011 May;18(5):726-30. Gabapentin for the treatment of carpal tunnel syndrome: a randomized controlled trial.

- Randomized control trial.
- This study did not find evidence for efficacy of gabapentin for relief of pain associated with carpal tunnel syndrome.

There may be other publications (clinical trials, systematic reviews, consensus statements, etc) which also have concluded that gabapentin is not effective for the treatment of forms of neuropathic pain. There are systematic reviews not listed above which have concluded that there is insufficient evidence to conclude that gabapentin does or does not have efficacy for the pain problem studied; I did not include such studies as they are inconclusive and do not weigh the evidence in either direction. The above study is not meant as an exhaustive list, rather documentation of what I have found in my literature search and subsequently reviewed.

**My personal practice of pain medicine:**

As noted above, I am a practicing pain medicine physician and am program director of an ACGME-accredited pain medicine training program. Further, I have leadership positions in two national organizations - The Association of Pain Program Directors (I am president) and The Society of Academic Anesthesia Associations (I am president of the subspecialty fellowship directors component) - focused on pain medicine education. In my clinical practice I regularly utilize gabapentin as a first-line agent for the treatment of a variety of forms of neuropathic pain, and teach resident- and fellow-level trainees of the value of gabapentin for this indication.

I declare under penalty of perjury that this declaration is true and correct.

Gary J Brenner, MD, PhD          Date: 14 October 2013

**Note: attached to this document are complete copies of the published materials referenced above in the order in which they were referenced.**