# EXHIBIT A

DIABETES RESEARCH AND CLINICAL PRACTICE 97 (2012) 438–445



Contents available at Sciverse ScienceDirect

Diabetes Research and Clinical Practice





journal homepage: www.elsevier.com/locate/diabres

# A gastroretentive gabapentin formulation for the treatment of painful diabetic peripheral neuropathy: Efficacy and tolerability in a double-blind, randomized, controlled clinical trial[☆,☆☆]

David Sandercock [a], Marilou Cramer [b], Victor Biton [c], Verne E. Cowles [b],*

[a] North San Antonio Healthcare, San Antonio, TX, United States
[b] Depomed, Inc., Menlo Park, CA, United States
[c] Clinical Trials, Inc., Little Rock, AR, United States

ARTICLE INFO

Article history:
Received 22 February 2012
Accepted 15 March 2012
Published on line 11 April 2012

Keywords:
Gastroretentive
Gabapentin
Once daily
Diabetic peripheral neuropathy

ABSTRACT

*Aims:* A randomized, double-blind, placebo-controlled study was conducted in 147 patients to determine the efficacy and safety of a gastroretentive formulation of gabapentin (G-GR) in treating painful diabetic peripheral neuropathy (DPN).
*Methods:* Diabetic patients with symmetrical painful symptoms in distal extremities for 1–5 years and a baseline average daily pain (ADP) score of ≥4 received G-GR 3000 mg, as a single evening daily dose (G-GR-QD) or a divided dose (G-GR-DD, 1200 mg AM/1800 mg PM), or placebo for 4 weeks. G-GR was titrated from 300 to 3000 mg/day over 2 weeks, followed by 2 additional weeks at 3000 mg/day. Efficacy measures included changes from baseline to Week 4 in ADP score and average daily sleep interference score (SIS).
*Results:* A significantly larger decrease in ADP score was observed in the G-GR-QD dose group compared with placebo (−2.50 versus −1.30; $p$ = 0.002). A ≥50% reduction in ADP score was achieved in 34.8% of G-GR-QD recipients compared with 7.8% of placebo recipients ($p$ = 0.001). Similar results were observed for changes in SIS. The incidences of dizziness and somnolence, commonly associated with gabapentin, were low.
*Conclusions:* Once-daily G-GR was effective and well tolerated for the treatment of pain due to DPN.

© 2012 Elsevier Ireland Ltd. All rights reserved.

## 1. Introduction

Diabetic peripheral neuropathy (DPN) is among the most common long-term complications of diabetes mellitus, affecting between 20% and 50% of all patients. The pain due to DPN can affect the feet and ankles, the lower extremities above the knees, and the upper extremities. If inadequately treated the pain can be severe, and is frequently associated with mood and sleep disturbances [1,2].

Improved glycemic control is the most important factor in modifying the onset and progression of diabetic neuropathy

---

[☆] Some data from this manuscript have been published as an Online Letter: Diabetes Care 32(2):e20, 2009. Poster was presented at 67th Annual Scientific Sessions of the American Diabetes Association, Chicago, June 2007. Abstract was published online at: http://professional.diabetes.org/Abstracts_Display.aspx?TYP=1&CID=54331.
[☆☆] Clinicaltrials.gov identifier: NCT00712439.
 * Corresponding author at: Depomed, Inc., 1360 O'Brien Drive, Menlo Park, CA 94025, United States. Tel.: +1 650 462 5900; fax: +1 650 462 9993.
    E-mail address: vcowles@depomed.com (V.E. Cowles).
0168-8227/$ – see front matter © 2012 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.diabres.2012.03.010

[3]. Various medications (e.g., tricyclic antidepressants, anticonvulsants, opioids, and lidocaine) have been used to treat painful DPN [4–6]. The anticonvulsant drugs gabapentin and pregabalin have also demonstrated efficacy in clinical trials in patients with painful DPN. While gabapentin and pregabalin have a more favorable adverse event profile than the tricyclic antidepressants, they also have a relatively high incidence of somnolence and dizziness at efficacious doses for the treatment of painful DPN [7–11].

The current study examines a gastroretentive formulation of gabapentin (G-GR) for the treatment of painful DPN. G-GR employs a polymer based technology [12,13] allowing the tablets to swell to a size that promotes gastric retention in the fed state while gradually releasing the drug over approximately 10 h to the upper gastrointestinal tract where gabapentin is best absorbed [14]. This slow release of drug attenuates the saturation of the transport mechanism of gabapentin which is responsible for the lack of dose proportionality observed with gabapentin [14]. This enables the drug to be administered once- or twice daily while providing equivalent or improved bioavailability compared to immediate release (IR) gabapentin administered three or more times daily [15,16].

The study involved administering 3000 mg of G-GR as either a single dose (QD) with the evening meal or as an asymmetric divided dosing (DD) regimen with the larger dose given in the evening (1800 mg PM; 1200 mg AM). It was hypothesized that this would provide maximum pain relief at night, when it is most needed, and that the commonly observed adverse events (AEs) of dizziness and somnolence would be less burdensome as the highest plasma concentrations would occur in the late evening or when the patient is asleep.

## 2. Research design and methods

This was a randomized, double-blind, placebo-controlled, fixed-dose, multicenter clinical trial conducted at 24 United States sites between March and November of 2006 (Clinicaltrials.gov identifier: NCT00712439). The protocol was approved by a central institutional review board, and the study was conducted in accordance with the International Conference on Harmonization Guidelines for Good Clinical Practice. Written informed consent was obtained from each patient or a legal representative prior to undergoing any study-related procedures.

### 2.1. Patients

The trial enrolled male and female patients ≥18 years of age, with type 1 or type 2 diabetes, who had reported symmetrical painful symptoms attributable to sensorimotor DPN in distal extremities for 1–5 years prior to enrollment. Key inclusion criteria were an average daily pain (ADP) score ≥ 4 on a 0 (no pain) to 10 (worst possible pain) numerical rating scale (NRS) at screening and baseline, a stable regimen of antidiabetic medication prior to enrollment, hemoglobin A1C ≤ 11%, fasting plasma glucose ≤ 310 mg/dL, and creatinine clearance ≥ 60 mL/min at screening. A negative urine pregnancy test at screening and randomization, and use of a medically acceptable method of birth control were required from all female patients of childbearing potential. For ethical reasons, patients were excluded from the study if they had previously not responded to gabapentin doses ≥ 1200 mg/day, had experienced dose-limiting AEs, or were hypersensitive to gabapentin. Patients who were immunocompromised, or who had hepatic or renal insufficiency, significant hematological disease, severe pain from causes other than DPN, gastrointestinal disease or symptoms, or clinically significant abnormal laboratory results were also excluded.

Patients taking stable doses of the following medications for ≥30 days prior to screening were allowed to continue the medications without change during the study: selective serotonin reuptake inhibitors (SSRIs); tricyclic antidepressants; acetaminophen up to 4 g/day; non-steroidal anti-inflammatory drugs (NSAIDs) including cyclo-oxygenase 2 (COX-2) inhibitors; and aspirin for myocardial infarction or transient ischemic attack prophylaxis up to 325 mg/day. Patients were required to undergo washout of at least 5 times the half-life of other pain medications, including benzodiazepines, skeletal muscle relaxants, oral steroids, capsaicin, mexiletine, centrally acting analgesics, opiates, topical lidocaine, anticonvulsants, and serotonin-norepinephrine re-uptake inhibitors.

### 2.2. Study design

Following screening and washout of other pain medications, patients who met the required ADP score of ≥4 on the NRS during a 1-week baseline period were randomly assigned in a 1:1:1 ratio to treatment with G-GR-QD, 3000 mg as a single PM dose, G-GR-DD as an asymmetric divided dose (1200 mg AM and 1800 mg PM), or placebo. Patients were titrated from 300 mg/day to 3000 mg/day over 2 weeks, remained at 3000 mg/day for an additional 2 weeks, and then were tapered off of G-GR over a 1-week period. All patients received an appropriate combination of active and placebo tablets to achieve the required dosing and maintain the study blind. All tablets were taken with a meal (not specified).

Patients were evaluated at: screening, the end of the baseline week, the end of Weeks 2 and 4 of treatment, and the end of the study. ADP scores and daily sleep interference scores (SISs) rated for the previous 24 h using the NRS were recorded each morning using an electronic diary (DiaryPRO, invivodata, Pittsburgh, PA) from the beginning of the baseline week to the end of the efficacy treatment period (Week 4). The NRS is an 11-point scale (0–10) with 0 indicating ''no pain'' or ''pain does not interfere with sleep'' and 10 indicating ''worst possible pain'' or ''pain completely interferes with sleep'' for ADP and SIS, respectively [17]. The patient global impression of change (PGIC) and the clinical global impression of change (CGIC) were completed at the end of Week 4 [17,18].

The primary efficacy endpoint was the change in least square (LS) mean ADP score from baseline to Week 4. Secondary efficacy variables included the percent change in ADP score from baseline to Week 4, the proportion of responders (patients with at least 50% decrease in pain score from baseline to Week 4), changes from baseline to Week 4 in average daily SIS, and Week 4 assessment of CGIC and PGIC.

Adverse events were recorded throughout the study.

### 2.3. Statistical analysis

The primary null hypothesis tested in this study was that there was no treatment difference in the LS mean change in the baseline observation carried forward (BOCF) ADP score from baseline week to Week 4 between each G-GR treatment group and the placebo group. Assuming a 90% study completion rate and a significance level of $\alpha = 0.025$ for two pairwise comparisons (primary endpoint), it was determined that a sample size of 150 patients (50 per treatment arm) would have 80% power to detect a difference of 0.8 in the LS mean change in ADP score from baseline to Week 4 between each G-GR group and the placebo group. For analysis of demographics and baseline characteristics, data were pooled for all study centers, a one-way analysis of variance (ANOVA) model including the treatment factor was used to analyze the numeric data and the Fisher's exact test was used to analyze the categorical data.

Efficacy analyses were performed on the intent-to-treat (ITT) population (all randomized patients who received study medication). The BOCF or last observation carried forward (LOCF) methods were used to impute missing data. For the primary efficacy outcome the LS mean baseline values were estimated from an ANOVA model that included treatment and center, and treatment by center interaction factors. For the Week 4 ADP score and the change in ADP score from baseline to Week 4 an analysis of covariance (ANCOVA) parallel lines model that included treatment and center factors, and baseline ADP score as covariates was used. Calculations included the LS estimate of the mean change in ADP score with each treatment and its 95% confidence interval (CI) as well as a 95% CI of the pairwise difference between each treatment group and placebo (treatment minus placebo) for the mean change in ADP score.

For analyses of the change in daily SIS, the same procedure as outlined above for the primary endpoint was used. When a review of the data suggested a gender-related difference in pain response, a post hoc ANCOVA analysis on the primary endpoint data was conducted which included treatment and gender factors, and baseline values as a covariate.

For the analysis of the proportion of responders, the Cochran–Mantel–Haenszel test stratified by the baseline pain score category (ADP score < 8 versus ≥8) was used for the overall comparison. For the analysis of ordinal categorical data (CGIC and PGIC), a two-sided Fisher's exact test was used to test the difference in the proportion of patients feeling "much" or "very much improved" with the CGIC and PGIC between each G-GR treatment group and placebo. The statistical tests for the analysis of the primary efficacy parameter were performed at the $\alpha = 0.025$ significance level due to two pairwise comparisons between each G-GR treatment groups and the placebo group. The statistical tests used for the analysis of baseline variables and secondary efficacy parameters were performed at the $\alpha = 0.05$ significance level. All tests were two-sided.

The safety population included all patients who received at least one dose of study medication. Adverse events (AEs) were coded using the Medical Dictionary for Regulatory Activities (MedDRA; Version 9.0). The number and percentage of patients reporting one or more AEs were categorized by AE preferred term and AE system organ class and summarized by treatment group.

## 3. Results

A total of 182 patients were screened; 35 withdrew during the baseline period. Thus, 147 patients were randomized, received study drug, and were included in the ITT and safety populations (Fig. 1). Nine patients (6.1%) ($n = 4$ in the G-GR-QD group; $n = 3$ in the G-GR-DD group; and $n = 2$ in the placebo group) prematurely discontinued study medication due to: adverse events (6 patients; $n = 2$ in each treatment group), protocol violation ($n = 1$ in G-GR-DD group), and withdrawal of consent ($n = 2$ in G-GR-QD group). The AEs leading to discontinuation of study medication (blurred vision, dizziness, headache, somnolence, and tremor in the G-GR-QD group; dizziness and hypoesthesia in the G-GR-DD group; fall, muscular weakness, and urinary incontinence in the placebo group) were mild or moderate in severity, and resolved without additional treatment.

Additionally, four patients received non-randomized treatment. For the efficacy evaluation they were included in the group in which they were originally randomized to, while for the safety evaluation they were assigned to actual medication received (Fig. 1).

Characteristics of the study population are presented in Table 1. Most patients (92.2–97.8%) were diagnosed with type 2 diabetes. Demographics and baseline characteristics were similar between treatment groups except that there were approximately twice as many female patients in the G-GR-QD group compared to the G-GR-DD and placebo groups.

### 3.1. Efficacy

The primary BOCF LS mean change in ADP score from baseline to Week 4 demonstrated that G-GR-QD was significantly more effective than placebo ($p = 0.002$) (Table 2). In contrast, G-GR-DD was not superior to placebo. Upon further examination of the study data, male patients, in general, reported smaller changes in ADP scores than female patients. This was noted in both the G-GR groups and the placebo group. Given the difference in response between males and females and the fact that the G-GR-QD group had a higher proportion of female patients (63% versus 36% for the G-GR-DD group and 37% for the placebo group), post hoc analyses using a gender-stratified ANCOVA model were performed to investigate whether this gender imbalance had influenced the results. The results of the gender-stratified analysis were similar to the primary analysis (Table 2).

Change in BOCF LS average daily SIS from baseline to Week 4 demonstrated that the G-GR-QD group was significantly more effective than placebo ($p = 0.010$), while the G-GR-DD group was not ($p = 0.146$) (Table 2). LOCF analyses of these endpoints yielded similar results (Table 2).

At each week, the LS mean change in ADP score (Fig. 2A) and the LS mean change in average daily SIS (Fig. 2B) were significantly different from placebo for the G-GR-QD group but not for G-GR-DD group.



Fig. 1 – Patient disposition. G-GR-QD = gastroretentive gabapentin tablets once daily (3000 mg PM); G-GR-DD = gastroretentive gabapentin tablets divided dose (1200 mg AM, 1800 PM).

| Table 1 – Patient demographics and baseline characteristics. | | | |
|---|---|---|---|
| Parameter | G-GR-QD 3000 mg PM ($n = 46$) | G-GR-DD 1200 mg AM/1800 mg PM ($n = 50$) | Placebo ($n = 51$) |
| Age [years (mean ± SD)] | 58 ± 8.0 | 60 ± 7.5 | 58 ± 9.1 |
| Male [n (%)] | 17 (37.0)[a] | 32 (64.0) | 32 (62.7) |
| Race [n (%)] | | | |
|   Caucasian | 26 (60.9) | 38 (76.0) | 35 (68.6) |
|   Black | 7 (15.2) | 3 (6.0) | 8 (15.7) |
|   Asian | 1 (2.2) | 1 (2.0) | 0 (0) |
|   Hispanic | 10 (21.7) | 7 (14.0) | 7 (13.7) |
|   Other | 0 (0) | 1 (2.0) | 1 (2.0) |
| Weight [kg (mean ± SD)] | 98.3 ± 19.6 | 100.4 ± 22 | 97.2 ± 25.6 |
| BMI [kg/m$^2$ (mean ± SD)] | 34.2 ± 6.7 | 34.3 ± 7.2 | 33.4 ± 8.2 |
| Diabetes characteristics (%) | | | |
|   Type 1 | 2.2 | 4.0 | 7.8 |
|   Type 2 | 97.8 | 96.0 | 92.2 |
| Duration of diabetes: [years (mean ± SD)] | 11.0 ± 11.7 | 9.2 ± 6.6 | 10.3 ± 7.4 |
| Glycosylated hemoglobin [% (mean ± SD)] | 7.58 ± 1.40 | 6.99 ± 1.53 | 7.11 ± 1.40 |
| Blood glucose [mg/dL (mean ± SD)] | 158.7 ± 47.5 | 137.0 ± 46.9 | 142.4 ± 44.7 |
| Diabetes treatment | | | |
|   Oral classes [n (%)] | | | |
|     Metformin and metformin combination | 30 (65.2) | 38 (76.0) | 23 (45.0) |
|     Sulfonylureas | 21 (45.7) | 18 (36.1) | 20 (39.2) |
|     Other | 3 (6.5) | 0 (0) | 0 (0) |
|     Insulin | 10 (21.7%) | 9 (17.8%) | 19 (36.6%) |
| Baseline average daily pain score[b] [mean ± SD] | 6.71 ± 1.34 | 6.44 ± 1.51 | 6.74 ± 1.37 |

[a] $p = 0.013$ for overall comparison among treatment groups. There were no significant differences among treatment groups for any other demographic or baseline variables.
[b] Based on a 0–10 numerical rating scale where 0 = no pain and 10 = worst possible pain.

| Table 2 – Efficacy results. | G-GR-QD (n = 46) | G-GR-DD (n = 50) | Placebo (n = 51) | p-Value versus placebo | |
|---|---|---|---|---|---|
| | | | | G-GR-QD | G-GR-DD |
| BOCF average daily pain score[a] | −2.5 (−3.0, −1.9) | −1.8 (−2.3, −1.2) | −1.3 (−1.8, −0.7) | 0.002 | 0.190 |
| LOCF average daily pain score[a] | −2.8 (−3.3, −2.2) | −2.0 (−2.5, −1.4) | −1.4 (−1.9, −0.8) | 0.001 | 0.114 |
| BOCF gender-stratified average daily pain score[a] | −2.5 (−3.1, −1.9) | −1.8 (−2.4, −1.3) | −1.4 (−1.9, −0.8) | 0.005 | 0.220 |
| BOCF average daily sleep interference score[a] | −2.7 (−3.3, −2.1) | −2.2 (−2.8, −1.6) | −1.7 (−2.2, −1.1) | 0.010 | 0.146 |
| LOCF average daily sleep interference score[a] | −3.0 (−3.7, −2.4) | −2.5 (−3.1, −1.9) | −1.79 (−2.4, −1.2) | 0.003 | 0.066 |
| BOCF 50% responder rate[b] | 34.8% | 26.0% | 7.8% | 0.001 | 0.015 |
| LOCF 50% responder rate[b] | 41.3% | 30.0% | 11.8% | <0.001 | 0.024 |
| PGIC (Very much or much improved) | 55.3% | 67.4% | 34.0% | 0.049 | 0.001 |
| CGIC (Very much or much improved) | 47.5% | 55.3% | 36.2% | 0.286 | 0.063 |

G-GR-QD = gastroretentive gabapentin tablets once daily (3000 mg PM); G-GR-DD = gastroretentive gabapentin tablets divided dose (1200 mg AM, 1800 mg PM); BOCF = baseline observation carried forward; LOCF = last observation carried forward; PGIC = patient global impression of change; CGIC = clinical global impression of change.
[a] Change from baseline to Week 4 LS Mean (95% CI).
[b] Percentage of patients with at least a 50% reduction in average daily pain score from baseline to Week 4.



Fig. 2 – (A) Average daily pain score (least square mean) during 4-week treatment with gastroretentive gabapentin tablets once daily (G-GR-QD, 3000 mg PM), gastroretentive gabapentin tablets divided dose (G-GR-DD, 1200 mg AM, 1800 mg PM), or placebo. Pain scores were based on a 0–10 numerical rating scale, where 0 = no pain and 10 = worst possible pain. (B) Average daily sleep interference score (least square mean) during 4-week treatment with gastroretentive gabapentin tablets once daily (G-GR-QD, 3000 mg PM), gastroretentive gabapentin tablets divided dose (G-GR-DD, 1200 mg AM, 1800 mg PM), or placebo. Sleep interference scores were based on a 0–10 numerical rating scale, where 0 = no sleep interference and 10 = worst possible sleep interference. Significant difference between gastroretentive gabapentin tablets and placebo for mean change from baseline: *$p < 0.025$; **$p < 0.01$; ***$p < 0.001$.

| Table 3 – Summary of adverse events. | | | |
|---|---|---|---|
| | G-GR-QD<br>3000 mg PM ($n = 47$) | G-GR-DD<br>1200 mg AM/1800 mg PM ($n = 49$) | Placebo ($n = 51$) |
| Any AE, n (%) | 27 (57.4) | 23 (46.9) | 20 (39.2) |
| AEs occurring in ≥5% patients [n (%)] | | | |
| Nausea | 2 (4.3) | 3 (6.1) | 0 (0) |
| Dizziness | 8 (17.0) | 6 (12.2) | 0 (0) |
| Somnolence | 6 (12.8) | 2 (4.1) | 0 (0) |
| Headache | 2 (4.3) | 3 (6.1) | 2 (3.9) |

Significantly more patients in both G-GR groups had at least a 50% decrease in pain score (responders) than in the placebo group for both BOCF ($p = 0.001$ and $p = 0.015$ for G-GR-QD and G-GR-DD groups, respectively, versus placebo) and LOCF ($p < 0.001$ and $p = 0.024$ for G-GR-QD and G-GR-DD groups, respectively, versus placebo) (Table 2).

A significantly higher proportion of patients rated themselves as very much or much improved at Week 4 on the PGIC in both G-GR groups (55.3%, $p = 0.049$ in the QD group; 67.4%, $p = 0.001$ in the DD group) compared to the placebo group (34.0%) (Table 2); this finding, however, was not replicated with the CGIC (Table 2).

### 3.2. Safety

A summary of AEs is presented in Table 3. Dizziness, somnolence, nausea, and headache were the most frequent AEs in both G-GR groups (Table 3). There were no serious AEs among patients receiving G-GR. A myocardial infarction SAE was reported in a placebo patient. This SAE was assessed as severe, not related to study drug, and was resolved. No deaths occurred during the study.

## 4. Discussion

The results of this randomized, placebo-controlled trial demonstrate that gastroretentive gabapentin tablets, 3000 mg/day taken once daily with the evening meal, were significantly more effective than placebo in treating pain associated with painful DPN. The 3000 mg/day dose of G-GR used in this study was lower than the 3600 mg/day (1200 mg TID) that was effective in a clinical trial of immediate release (IR) gabapentin in painful DPN [7] and higher than the 2400 mg/day (800 mg TID) of IR gabapentin that did not demonstrate a significant difference from placebo for reduction in pain scores in another study [8].

There were significant improvements in both pain and sleep interference scores over the 4-week efficacy period in the G-GR-QD group compared to the placebo group. At Week 4, the mean change from baseline in ADP score in the G-GR-QD group and the difference in change from baseline between G-GR-QD and placebo were comparable to those reported in other studies of IR gabapentin and pregabalin [7,9]. The difference in the percentage of patients with a 50% or more reduction from baseline between G-GR-QD and placebo was also comparable to those reported for IR gabapentin and placebo, and pregabalin and placebo [8,9]. The magnitude of the reduction in sleep interference scores and the difference from placebo at the end of the study were similar to that observed in a study where IR gabapentin was administered at 1200 mg TID as were the proportions of patients rated much or very much improved on the PGIC and CGIC [7]. Gabapentin GR 3000 mg QD achieved a significant reduction in pain as well as sleep interference scores as early as the first week of treatment.

The administration of the divided dose of G-GR was less effective than that of the single dose and although the decrease in reduction of pain and sleep interference scores were numerically larger than placebo, they were not significantly different. The reasons for this are not readily apparent. Three previous studies investigated single or divided doses of 1800 mg of G-GR in postherpetic neuralgia (PHN) patients. The first (4-week) study [19] showed better efficacy with the divided dose (600 mg AM, 1200 mg PM). However, this was not confirmed in a, longer (10-week) study which showed greater efficacy of G-GR given as a single dose versus a divided dose [20]. Since pain due DPN increases throughout the day and usually reaches a peak in the evening [21,22] taking the full dose of G-GR once daily with the evening meal results in peak gabapentin concentrations when pain may be the greatest. This may ameliorate the evening pain and allow the patients to have a better night's sleep.

The significantly higher female to male ratio in the G-GR-QD group versus the G-GR-DD and placebo groups may have influenced both pain perception and response to the medication [23–25]. However, when a gender factor was included in the ANCOVA, the change of ADP scores for the G-GR-QD group was still significantly different from placebo, while for the G-GR-DD group, it was not.

The apparent difference in effectiveness of G-GR reported with the PGIC versus the CGIC scales may result in part from perception variations between patients and clinicians. Additionally, a higher percentage of patients and clinicians rated the G-GR-DD better than the G-GR-QD. The reason for this disparity from the pain and sleep interference scores where G-GR-QD, but not G-GR-DD, was significantly improved compared to placebo is not readily apparent.

Gabapentin GR was well tolerated at 3000 mg/day, even with a rapid titration schedule, with 94% of patients completing the 4-week treatment period and only 6 patients (4%) discontinuing due to an adverse event. The overall types of AEs were as expected for gabapentin and this patient population. The incidence of AEs typically increases with increasing doses of IR gabapentin and may prevent titration of drug to an effective dose. In a controlled clinical study of IR gabapentin only 67% patients with DPN achieved the target dose of 3600 mg/day [7] and 8% withdrew due to AEs. In the

current study, greater than 90% achieved the target dose and only 2 patients (4%) in each G-GR treatment and placebo group discontinued due to AEs.

The gradual release of gabapentin over 8–10 h along with the evening dosing of G-GR may have contributed to the reduced incidence of somnolence and dizziness in this study. The peak plasma levels of gabapentin occur about ∼8 h after dosing with dinner [15] when the patient is likely to be asleep. Additionally, during the day when the patient needs to be active and pain scores are lower [21] the lower gabapentin plasma levels may be less likely to cause dizziness and/or somnolence.

This study has several limitations. The short, 4-week duration of treatment with only 2 weeks at full dose may have been insufficient to demonstrate a persistent beneficial effect on pain and to observe any additional side effects from G-GR. Both gabapentin and pregabalin are associated with peripheral edema with longer use. The exclusion of patients if they had previously not responded to treatment with gabapentin at doses of $\geq$1200 mg/day or pregabalin at doses $\geq$ 300 mg/day or had experienced dose-limiting adverse effects with gabapentin is a limitation that should be considered when interpreting the results. While this exclusion criterion may have enriched the study population, that was not the intent as it would be unethical to require a patient to enroll in a 4-week study investigating a gastroretentive formulation of gabapentin if they had previously not been able to tolerate gabapentin or previously had not been able to obtain pain relief with gabapentin or pregabalin. The pregabalin DPN clinical trials also excluded patients if they had previously not responded to treatment with gabapentin at doses of $\geq$1200 mg/day [9–11].

In conclusion, the results of this study indicate that once daily dosing of gastroretentive gabapentin at 3000 mg/day is effective and well-tolerated for the treatment of painful DPN.

## Conflict of interest

The authors have a competing interest to declare. David Sandercock and Victor Biton were study investigators. Marilou Cramer was a consultant to Depomed. Verne E Cowles is an employee of Depomed, owns Depomed stock and has Depomed stock options.

## Acknowledgments

The study was funded by Depomed, Inc.

We thank all the individuals with painful DPN who participated in the study, Geertrui F. Vanhove, Mike Sweeney and Rekha Sathyanarayana for reviewing this manuscript and providing editorial comments, Yu-Kun Chiang, Ph.D. for statistical analysis, and Stephanie Kareht and Stella Chao for editing the manuscript.

The authors acknowledge the following investigators who enrolled patients in this clinical trial: Robert Ashley, Jr., Daniel Bell, Sidney Clevinger, Michael Drass, Milton Erman, Yury Furman, Kevin Ganong, Larry Gilderman, Herbert Goodman, Terry Klein, Steven Landgarten, John Liljenquist, Robert Lipetz, Andrew Schreiber, Sherwyn Schwartz, Aziz Shaibani, Lawrence Koehler, James Sullivan, Donald Tamulonis, Philip Levin, Rogers Cain, Larry Reed, William Keating, Mary Stedman, I. Michael Minehart, and Michael Mann.

## REFERENCES

[1] Boulton AJ. Treatment of symptomatic diabetic neuropathy. Diabetes Metab Res Rev 2003;19(Suppl. 1): S16–21.
[2] Barbano R, Hart-Gouleau S, Pennella-Vaughan J, Dworkin RH. Pharmacotherapy of painful diabetic neuropathy. Curr Pain Headache Rep 2003;7:169–77.
[3] Crofford OB. Diabetes control and complications. Annu Rev Med 1995;46:267–79.
[4] Chen H, Lamer TJ, Rho RH, Marshall KA, Sitzman BT, Ghazi SM, et al. Contemporary management of neuropathic pain for the primary care physician. Mayo Clin Proc 2004;79:1533–45.
[5] Attal N, Cruccu G, Baron R, Haanpaa M, Hansson P, Jensen TS. EFNS guidelines on the pharmacological treatment of neuropathic pain: 2010 revision. Eur J Neurol 2010;17: 1113–23.
[6] Bril V, England J, Franklin GM, Backonja M, Cohen J, Del Toro D. Evidence-based guideline: treatment of painful diabetic neuropathy: report of the American Academy of Neurology, the American Association of Neuromuscular and Electrodiagnostic Medicine, and the American Academy of Physical Medicine and Rehabilitation. PM R 2011;3(4):345–52.
[7] Backonja M, Beydoun A, Edwards KR, Schwartz SL, Fonseca V, Hes M, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. JAMA 1998;280:1831–6.
[8] Backonja M, Glanzman RL. Gabapentin dosing for neuropathic pain: evidence from randomized, placebo-controlled clinical trials. Clin Ther 2003;25:81–104.
[9] Rosenstock J, Tuchman M, LaMoreaux L, Sharma U. Pregabalin for the treatment of painful diabetic peripheral neuropathy: a double-blind, placebo-controlled trial. Pain 2004;110:628–38.
[10] Richter RW, Portenoy R, Sharma U, LaMoreaux L, Bockbrader H, Knapp LE. Relief of painful diabetic peripheral neuropathy with pregabalin: a randomized, placebo-controlled trial. J Pain 2005;6:253–60.
[11] Lesser H, Sharma U, LaMoreaux L, Poole RM. Pregabalin relieves symptoms of painful diabetic neuropathy: a randomized controlled trial. Neurology 2004;63:2104–10.
[12] Schwartz S, Fonseca V, Berner B, Cramer M, Chiang YK, Lewin A. Efficacy, tolerability, and safety of a novel once-daily extended-release metformin in patients with type 2 diabetes. Diabetes Care 2006;29:759–64.
[13] Fourcroy JL, Berner B, Chiang YK, Cramer M, Rowe L, Shore N. Efficacy and safety of a novel once-daily extended-release ciprofloxacin tablet formulation for treatment of uncomplicated urinary tract infection in women. Antimicrob Agents Chemother 2005;49:4137–43.
[14] Stewart BH, Kugler AR, Thompson PR, Bockbrader HN. A saturable transport mechanism in the intestinal absorption of gabapentin is the underlying cause of the lack of proportionality between increasing dose and drug levels in plasma. Pharm Res 1993;10:276–81.
[15] Chen C, Cowles VE, Hou E. Pharmacokinetics of gabapentin in a novel gastric-retentive extended-release formulation: comparison with an immediate-release formulation and the effect of dose escalation and food. J Clin Pharmacol 2010;51:346–58.

[16] Gordi T, Hou E, Kasichayanula S, Berner B. Pharmacokinetics of gabapentin after a single day and at steady state following the administration of gastric-retentive-extended-release and immediate-release tablets: a randomized, open-label, multiple-dose, three-way crossover, exploratory study in healthy subjects. Clin Ther 2008;30:909–16.

[17] Farrar JT, Young Jr JP, LaMorequx L, Werth JL, Poole RM. Clinical importance of changes in chronic pain intensity measured on an 11-point numerical pain rating scale. Pain 2001;94:149–58.

[18] Backonja MM, Galer BS. Pain assessment and evaluation of patients who have neuropathic pain. Neurol Clin 1998;16:775–90.

[19] Irving G, Jensen M, Cramer M, Wu J, Chiang YK, Tark M, et al. Efficacy and tolerability of gastric-retentive gabapentin for the treatment of postherpetic neuralgia: results of a double-blind, randomized, placebo-controlled clinical trial. Clin J Pain 2008;25:185–92.

[20] Wallace MS, Irving G, Cowles VE. Gabapentin extended-release tablets for the treatment of patients with postherpetic neuralgia: a randomized, double-blind, placebo-controlled, multicentre study. Clin Drug Invest 2010;30:765–76.

[21] Belgrade MJ. Following the clues to neuropathic pain. Distribution and other leads reveal the cause and the treatment approach. Postgrad Med 1999;106: 127–40.

[22] Odrcich M, Bailey JM, Cahill CM, Gilron I. Chronobiological characteristics of painful diabetic neuropathy and postherpetic neuralgia: diurnal pain variation and effects of analgesic therapy. Pain 2006;120:207–12.

[23] Unruh AM. Gender variations in clinical pain experience. Pain 1996;65:123–67.

[24] Keefe FJ, Affleck G, France CR, Emery CF, Waters S, Caldwell DS, et al. Gender differences in pain, coping, and mood in individuals having osteoarthritic knee pain: a within-day analysis. Pain 2004;110:571–7.

[25] Fletcher CV, Acosta EP, Strykowski JM. Gender differences in human pharmacokinetics and pharmacodynamics. J Adolesc Health 1994;15:619–29.