# EXHIBIT B

Clinical Therapeutics/Volume 32, Number 7, 2010

# Pregabalin and Gabapentin in Matched Patients With Peripheral Neuropathic Pain in Routine Medical Practice in a Primary Care Setting: Findings From a Cost-Consequences Analysis in a Nested Case–Control Study

Concepción Pérez, MD, PhD[1]; Ana Navarro, MD, PhD[2]; María T. Saldaña, MD, PhD[3]; Xavier Masramón, BSc[4]; and Javier Rejas, MD, PhD[5]

[1]Pain Clinic, Hospital Universitario de la Princesa, Madrid, Spain; [2]Primary Care Health Centre Puerta del Ángel, Madrid, Spain; [3]Primary Care Health Centre Raíces, Castrillón, Asturias, Spain; [4]Department of Biometrics, European Biometrics Institute, Barcelona, Spain; and [5]Health Outcomes Research Department, Medical Unit, Pfizer España, Alcobendas, Spain

## ABSTRACT

**Background:** Pregabalin and gabapentin are marketed to treat peripheral neuropathic pain, but head-to-head comparison is lacking.

**Objectives:** The aims of this work were to compare the effects of pregabalin and gabapentin on different patient-reported health outcomes and to analyze health care and nonhealth-care resource consumption and their related costs among patients treated for peripheral neuropathic pain in primary medical care.

**Methods:** A cost-consequences comparison in subjects with refractory (suboptimal response to ≥1 previous analgesic treatment for >6 months) chronic peripheral neuropathic pain was carried out using data extracted from two 12-week, observational, prospective studies in primary medical care. Patients were eligible if they were aged ≥18 years, had a score of ≥4 on the Douleur Neuropathique 4 questionnaire, and were able to complete health questionnaires written in Spanish. A nested-paired case–control design was chosen to perform the comparison with 2 controls (pregabalin) per case (gabapentin) matched by age, sex, peripheral neuropathic pain condition, time since diagnosis, number of previous treatments, pain intensity, depressive and anxiety symptom scores, and health state. Adult subjects with refractory chronic pain because of diabetic neuropathy, postherpetic or trigeminal neuralgias, or cervical or lumbosacral radiculopathies were included. Epidemiologic statistical methods were applied for comparing health effects (pain intensity, sleep, anxiety and depressive symptoms, disability, and health state), resources utilization, and related cost variations after 12 weeks. Indirect costs were measured by means of lost-workday equivalent calculations multiplied by the mean national daily salary.

**Results:** Analysis included 44 patients treated with gabapentin (cases) and 88 patients treated with pregabalin (controls) who were matched for age, sex, and other parameters. The mean (SD) gabapentin and pregabalin doses were 1263 (540) and 202 (119) mg/d, respectively. Although there was a greater reduction in last-week mean pain intensity with pregabalin (visual analog scale: 39.1 [22.5] vs 28.0 [22.2] mm; $P = 0.008$), as well as more patients with a ≥50% reduction in pain rate (60.9% vs 40.5%; $P = 0.029$), there were no significant differences between groups for sensory, affective, total, or present pain intensity. The significantly higher drug cost associated with pregabalin was offset by a greater reduction in productivity costs compared with gabapentin, yielding similar cost reduction (–€1254 [1479] vs –€1384 [2874], respectively; $P = $ NS).

**Conclusion:** Pregabalin appeared to be associated with greater reduction in mean weekly intensity of pain, but there were no significant differences in cost. (*Clin Ther.* 2010;32:1357–1370) © 2010 Excerpta Medica Inc.

**Key words:** pregabalin, gabapentin, head-to-head comparison, neuropathic pain, costs, patient-reported outcomes, therapeutic dose.

*Accepted for publication May 26, 2010.*
doi:10.1016/j.clinthera.2010.07.014
0149-2918/$ - see front matter

© 2010 Excerpta Medica Inc. All rights reserved.

## INTRODUCTION

Neuropathic pain is induced by lesions or conditions that affect the somatosensory pathways within the peripheral or central nervous system at a central level (ie, central pain) or a peripheral level (ie, peripheral neuropathic pain).[1] It is estimated that neuropathic pain affects 3% of the population.[2] Such pain has a negative impact on both the individual and society; chronic, severe pain is frequently associated with other pain-generating conditions, anxiety, mood disorders, and sleep disorders, with which pain seems to have a mutually exacerbating relationship.[2–9] Neuropathic pain is associated with a seriously impaired quality of life, disability, decreased productivity, and high health care resource utilization.[3,10–16] Health care costs for payers vary greatly from country to country, depending on the national health system.[3,16]

Neuropathic pain is a difficult-to-treat condition, and many patients complain of untreatable severe pain that does not respond to conventional analgesics.[17,18] Currently available treatments include antidepressants, tramadol, opiates, and a number of anticonvulsants. Among the latter, gabapentin and pregabalin are considered to be first-choice treatments of peripheral neuropathic pain.[19–21] Although gabapentin, as an anticonvulsant drug, was initially synthesized to mimic the chemical structure of the neurotransmitter γ-aminobutyric acid, it is not believed to act on the same brain receptors. Its therapeutic action on neuropathic pain is thought to involve voltage-gated $N$-type calcium ion channels. It is thought to bind to the $\alpha_2\delta$-1 and $\alpha_2\delta$-2 subunits of the voltage-dependent calcium channel in the central nervous system, similar to the mechanism of action of pregabalin that also acts as ligands of the $\alpha_2\delta$ subunits, and it has been reported to be effective in randomized clinical trials to treat pain associated with diabetic neuropathy, postherpetic neuralgia, and other neuropathic pain syndromes.[22–24] Both gabapentin and pregabalin seem to have a positive impact on sleep and affective symptoms, and to have similar tolerability profiles, with somnolence, dizziness, ataxia, and peripheral edema as the most frequently reported adverse events.[22] The greatest difference between the 2 drugs seems to be their pharmacokinetics; pregabalin has linear absorption regardless of dose and a narrower therapeutic dosing range than gabapentin (150–600 mg/d and 1800–3600 mg/d, respectively), although both drugs undergo negligible metabolism in humans and are cleared unchanged by renal route.[23]

However, no prospective head-to-head trials have been published that could demonstrate clinical differences between gabapentin and pregabalin. Two studies assessed the doses prescribed of these 2 drugs and the concomitant use of other analgesics in patients with postherpetic neuralgia, finding that treatment initiation with gabapentin led to increased use of opiates, which was reduced with pregabalin.[25,26] A meta-analysis of results of 62 studies of analgesic treatments for postherpetic neuralgia projected that it was necessary to treat 4.39 patients with gabapentin at a dose of 1200 to 3600 mg/d to achieve a 50% reduction in pain intensity[26]; at a dose of 600 mg/d of pregabalin, the number needed to treat ranged from 3.9 for postherpetic neuralgia to 5.6 for central neuropathic pain.[27] Several indirect cost-effectiveness comparisons of gabapentin and pregabalin produced contradictory results.[28–30]

The objectives of the present analysis were to compare the effects of pregabalin and gabapentin on different patient-reported health outcomes and to analyze health care and nonhealth-care resource consumption and their related costs among patients treated for peripheral neuropathic pain in primary medical care.

## METHODS

### Study Design

This was a post hoc analysis of 2 multicenter, 12-week, observational, prospective cohort studies conducted to determine the cost of neuropathic pain in primary care under real-life conditions: the LIDO study, focusing on peripheral neuropathic pain secondary to diabetic neuropathy, postherpetic neuralgia, or trigeminal neuralgia[31]; and the LIRA study, in which patients with pain secondary to radiculopathy at axial rotation were evaluated.[32] Except for the condition that induced neuropathic pain, both studies had identical designs and characteristics. Both were performed between September 2005 and April 2006 by primary care physicians randomly selected by shares according to regional population sizes in Spain. These were nonintervention studies in which the analgesic treatment given to patients was determined by the responsible physicians, who could replace the existing treatment by ≥1 drug or add another drug to the current treatment. In compliance with Spanish recommendations for this type of study, both studies were evaluated and approved by the ethics committee of the Hospital Universitario de la Princesa (Madrid, Spain) and conducted according to the principles of the Declaration of Helsinki for studies involving human

subjects. Informed written consent was obtained from all patients before inclusion in the study.

The comparative analysis in this study was performed using a nested case–control design in which the cases were the patients in the cohort receiving gabapentin. The controls (2 per case) were patients receiving pregabalin and were selected according to matching criteria.

### Study Population

Patients of either sex, aged ≥18 years, with chronic pain (secondary to one of the specified conditions) refractory to previous analgesic treatment with ≥1 drug for >6 months were included in the studies. Patients had to have a score of ≥4 on the Douleur Neuropathique 4 (DN4) neuropathic pain diagnostic questionnaire,[33,34] as well as a level of education suitable to complete health questionnaires written in Spanish.

The sample size of the studies was determined by their primary end point (ie, determining costs and cost evolution after 12 weeks of follow-up in routine medical practice in a primary care setting). The 12-week follow-up period was selected because it is the routine practice when treating this type of condition, and because it is aligned with regulatory body recommendations for checking the effectiveness of pain drugs for neuropathic pain. No sample size was predetermined for the post hoc analysis. Instead, the ratio of 2 controls to each case was used.

The study samples were selected according to the following procedure (**Figure 1**): in the first phase, patients previously exposed to gabapentin or pregabalin before study initiation were excluded; in the second phase, patients who met the selection criteria and received gabapentin for their neuropathic pain at the baseline visit were included. On identification of gabapentin-treated patients, 2 pregabalin-treated controls were matched with each gabapentin-treated patient according to the following criteria: age ( ± 5 years), sex, neuropathic pain–inducing condition, time since diagnosis ( ± 6 months), number of previous neuropathic pain treatments received at the time of inclusion, pain intensity according to the Short-Form McGill Pain Questionnaire (SF-MPQ) visual analog scale (VAS) score ( ± 10 mm), scores in the subscales of depression and anxiety of the Hospital Anxiety and Depression Scale (HADS) ( ± 3 points in each), and health state according to the EQ-5D Questionnaire VAS (EQ-50 VAS) ( ± 10 mm).[35–37]

### Clinical Evaluations and Measuring Instruments

Patients were followed up for 12 weeks and evaluated twice (at baseline and at the end of the study). The baseline visit included completing the DN4, checking screening criteria and collecting patients' sociodemographic data, duration of disease and treatment thereof, as well as data on the use of health care and nonhealthcare resources during the 12 weeks before enrollment in the study, as evidenced by the patient's medical record and in-person interview. Both at the baseline visit and at the end of the 12-week follow-up period, patients had to complete the Spanish versions of SF-MPQ,[35] the Sheehan Disability Inventory (SDI),[38] the sleep scale from the Medical Outcomes Study (MOS-sleep),[39] HADS,[36] and the EQ-5D Health State Questionnaire.[37] In addition, patients had to complete a diary in which pain intensity (VAS in the SF-MPQ) and health state (EQ-5D VAS) were recorded on a weekly basis.

The DN4 consists of 10 items that describe several pain characteristics and allows discrimination between the presence and absence of a neuropathic component of pain.[40] Patients scoring ≥4 of the 10 possible points were considered to have neuropathic pain.[40,41]

The main component of the SF-MPQ consists of 15 descriptors (11 sensory; 4 affective) rated on an intensity scale (0 = none, 3 = severe).[35] Three pain scores (sensory, affective, and total) are derived from the sum of the intensity rank values. The second part of the SF-MPQ includes a 100-mm VAS to assess the intensity of pain felt by the patients during the preceding week. The third part measures pain intensity at the time of evaluation and uses a 6-item scale (0 = no pain, 5 = unbearable pain).

The Sheehan Disability Inventory (SDS) is a simple tool frequently used to evaluate the patient's functional impairment in 3 domains: work, family life/home responsibilities, and social/leisure activities.[38] Each domain is evaluated using an 11-point scale (0 = not at all impaired, 10 = very severely impaired). This tool contains 2 additional items to assess perceived stress and social support (0% = no support, 100% = ideal support). This inventory provides 3 scores: the disability score (ie, the sum of the scores of the first 3 items, which ranges from 0 to 30); the score of the fourth item (ie, perceived stress, which ranges from 0 to 10); and the score of the fifth item (ie, social support, which, unlike the previous 4 items, has to be reversed).

The MOS-sleep scale is a patient-reported questionnaire for assessing key sleep constructs.[39] It consists of 12 items that form 6 subscales: sleep disturbance; snoring; awakening with shortness of breath or headache;



Figure 1. Patient distribution in 2 clinical studies included in a post hoc cost-consequences analysis of gaba-pentin and pregabalin for peripheral neuropathic pain.[31,32] *Patients who had previously received gabapentin or pregabalin were excluded. See text for matching criteria used to select controls treat-ed with pregabalin. †Some patients included in the post hoc analysis of the clinical trial received neither pregabalin nor gabapentin; these patients were not included in the post hoc analysis of the present study.

adequacy of sleep; daily somnolence; and sleep quan-tity. In addition, the MOS-sleep scale provides a sum-mary index of sleep problems; the higher the score, the worse the sleep. This scale has shown good psycho-metric properties in studies with neuropathic pain patients.[41]

The HADS is also a patient-reported, 14-item instru-ment with 7 items that measure depression and 7 that measure anxiety.[36] Each item is scored 0 through 3 (0 = no symptom, 3 = most severe or frequent symp-tom). Two scores are obtained by adding the 7 items of each subscale, 1 for depression and 1 for anxiety (HADS-D and HADS-A, respectively), with a scoring range of 0 through 21 for each.

The EQ-5D questionnaire evaluates the self-perceived health state.[37] In this 5-item generic measurement of the health state, the degree of impairment is assessed in 5 domains: mobility, self-care, daily activities, pain/discomfort, and anxiety/depression. The scores of the 5 items may be used to calculate a utility index ranging from −0.6 to 1.0, with higher scores representing a bet-ter health state. This instrument also includes a 20-cm

VAS (EQ-5D-VAS; 0 = worst imaginable health state, 100 = best imaginable health state).

## Use of Health Care Resources and Labor Productivity

Information regarding health care resources used during the last 12 weeks (drug and nondrug treatments, medical visits, hospitalizations, and complementary tests carried out because of pain) was obtained in the 2 study visits from the patient and from medical records. Also, patients were interviewed about the impact of pain on their productivity at work during the last 12 weeks, and information was collected relative to the number of days patients did not work because of pain, days working with pain, and the self-perceived labor productivity they had on these occasions (determined as 0% to 100% productivity). From these data, calculations were made on the number of lost-workday equivalents (LWDEs), through the application of the following formula: LWDE = W1 + W2 (1 – P); where *W1* is the number of days unable to work or conduct daily activities because of pain in the last 12 weeks; *W2* is the number of days working with pain in the same period; *(1 – P)* is the percentage of labor disability at work; and *P* is the percentage of effectiveness at work.[42]

## Estimation of Costs

Calculation of the total cost per patient included direct health care costs and indirect costs derived from LWDE. Drug costs were obtained from the *Spanish Pharmaceutical Drug Catalogue* from year 2006,[43] matching the public sales prices + value-added tax of the cheapest generic medications, or the least expensive branded medication if no generic equivalent or a reference price was available. For gabapentin, the reference price was used because it was the cost covered by the National Health System. For pregabalin, we used the price corresponding to the only existing brand currently available in Spain, as published in the *Spanish Pharmaceutical Drug Catalogue*.* Costs of nonpharmacologic treatments, medical visits, hospitalizations, and complementary tests were obtained from the Soikos health care cost database for the year 2005 (updated to year 2006 according to 2005 inflation index).[44] Finally, the human capital method was applied to determine the cost of LWDE, and total wages per worker and month (first quarter 2006) divided by 30 days were obtained from the National Institute of Statistics.[45]

---

*Trademark: Lyrica® (Pfizer Inc, New York, New York).

## Statistical Analysis

Baseline patient characteristics are described using mean (SD) values for quantitative variables; absolute and relative frequency distributions were used for qualitative variables. The Kolmogorov-Smirnov test was used to test for normal distribution. The *t* test, Mann-Whitney test, $\chi^2$ test, and Fisher exact test were used to assess the baseline homogeneity of the studied groups. The proportion of patients with a reduction of ≥50% in pain intensity (based on pain VAS ratings) was calculated; such an outcome was defined as *treatment response*. The cumulative number of days with no pain or mild pain was calculated (<40 mm on the SF-MPQ VAS). Also, changes from baseline in the previously mentioned scale and subscale scores, including pain intensity VAS, were used as assessment variables. Intergroup comparison of quantitative variable changes from baseline (pain and domains of pain, all patient-reported outcomes, health resources utilization, LWDE, cost and quality-adjusted life-years [QALYs]) was performed by ANCOVA adjusted for the baseline score in each scale and for matching variables, to control possible selection bias induced by matching. Changes from baseline values in categoric variables (percentage of responders and the categoric items from the EQ-5D) were evaluated by a logistic regression model adjusted for the baseline score and for matching variables, to control matching-induced bias. Statistical significance resulting from intergroup comparisons was adjusted by Tukey's multiple-comparison method. Intragroup comparison of the percentage reduction in the use of concomitant pain treatments (drug and nondrug treatments) at 12 weeks was performed with the McNemar test.[46] All statistical tests were 2-tailed tests with a significance level set at $P < 0.05$.

The number of QALYs gained after 12 weeks of follow-up was calculated from the patients' weekly EQ-5D VAS scores. The direct score in VAS, divided by 100, was used as utility value estimator (range of 0–1, where 0 = death and 1 = perfect health). A trapezoidal method was used for this calculation, with baseline and weekly utility values used as reference values.[47]

## RESULTS

### Patient Distribution

The analysis included only patients meeting the specified selection criteria and who had not received treatment with gabapentin or pregabalin before the initiation of the study. Of the total of 2705 patients

included in both cohorts, 44 patients treated with gabapentin for the first time (cases) and 88 patients receiving pregabalin also for the first time (controls) were thus screened (**Figure 1**). Thirty-nine (88.6%) of the 44 patients receiving gabapentin completed the 12-week treatment period, compared with 86 (97.7%) of the 88 patients receiving pregabalin (**Figure 1**).

### Baseline Demographic and Clinical Characteristics

The sample included middle-aged patients of either sex, most of them (62.9% [83/132]) occupationally inactive (**Table I**). The majority of patients (77.3% [102/132]) had neuropathic pain secondary to diabetic neuropathy, trigeminal neuralgia, or postherpetic neu-

Table I. Demographic and clinical characteristics in 2 clinical studies of gabapentin and pregabalin to treat peripheral neuropathic pain, included in a post hoc cost-consequences analysis.

| Characteristic | Gabapentin Group (n = 44)* | Pregabalin Group (n = 88)* | P |
|---|---|---|---|
| Sex, no. (%) | | | 0.895 |
|   Male | 24 (54.5) | 45 (51.1) | |
|   Female | 20 (45.5) | 43 (48.9) | |
| Age, mean (SD), y | 58.5 (11.5) | 59.4 (11.5) | 0.642 |
| Body mass index, mean (SD), kg/m$^2$ | 27.4 (2.8) | 27.3 (3.6) | 0.934 |
| Marital status, no. (%) | | | 0.244 |
|   Married or in civil partnership | 32 (72.7) | 55 (62.5) | |
|   Unmarried | 12 (27.3) | 33 (37.5) | |
| Employment status, no. (%) | | | 0.087 |
|   Actively employed | 14 (31.8) | 35 (39.8) | |
|   Homemaker | 7 (15.9) | 8 (9.1) | |
|   Sick leave | 3 (6.8) | 8 (9.1) | |
|   Unemployed | 0 | 4 (4.5) | |
|   Retired | 17 (38.6) | 29 (33.7) | |
|   No information | 3 (6.8) | 2 (2.3) | |
| Duration of pain, mean (SD), y | 1.9 (2.4) | 1.8 (2.6) | 0.894 |
| Diagnosis, no. (%) | | | |
|   Neuropathic pain† | 34 (77.3) | 68 (77.3) | 1.000 |
|   Radicular pain | 10 (22.7) | 20 (22.7) | 1.000 |
| Previous treatments | | | |
|   Mean (SD), no. | 1.7 (1.2) | 1.7 (1.2) | 1.000 |
|   No. of treatments, no. (%) | | | 1.000 |
|     0 | 9 (20.5) | 18 (20.5) | |
|     1 | 10 (22.7) | 20 (22.7) | |
|     2 | 14 (31.8) | 28 (31.8) | |
|     3 | 9 (20.5) | 18 (20.5) | |
|     ≥4 | 2 (4.5) | 4 (4.5) | |

*Total number of patients analyzed; some patients had incomplete data.
†Fifty-five percent had diabetic neuropathy, 34% had postherpetic neuralgia, and 11% had trigeminal neuralgia.

ralgia for ~2 years (mean [SD] duration of 2.1 [3.8], 1.8 [3.1], and 2.8 [4.0] years, respectively), and more than half (56.8% [75/132]) were undergoing polytherapy (**Table I**). No significant differences were apparent between gabapentin- and pregabalin-treated patients for these characteristics.

Patients had moderate or intense pain at the baseline visit, as reflected by the SF-MPQ VAS scores, with moderate sleep disturbances and moderate disability (**Tables II** and **III**). Although most patients (72.0% [95/132]) had anxiety or depression symptoms according to the results of the EQ-5D, these symptoms were generally mild, according to HADS scores (**Table III**). Except for a slightly but significantly higher stress score in the SDI disability scale among pregabalin-treated patients (–2.6 vs –1.6; $P = 0.048$), both groups were homogeneous regarding clinical outcomes (**Table III**).

### Treatments During the Study

Mean (SD) doses of 1263 (540) mg/d of gabapentin and 202 (119) mg/d of pregabalin were administered. Before initiating treatment with these drugs, the most frequently used analgesics included NSAIDs, acetamin-ophen, and opiates (**Table IV**). The relative reduction in concomitant NSAID use was 29% in the gabapentin group ($P = $ NS) and 69% in the pregabalin group ($P < 0.001$ vs baseline within group and $P < 0.05$ vs gaba-pentin). The relative reduction in concomitant opiate use was 61% in the pregabalin group ($P < 0.01$ vs baseline within group and vs gabapentin); in contrast, a 17% relative increase in concomitant opiate use was seen in the gabapentin group ($P = $ NS; **Table IV**). Reductions in the use of acetaminophen (60% decrease, $P < 0.001$ vs baseline within group and vs gabapentin) and tricyclic antidepressants (90% decrease, $P < 0.05$ vs baseline within group and vs gabapentin) were also seen during the 12-week follow-up period, although they were only significant in the pregabalin group (**Table IV**).

Nondrug treatment alternatives were less commonly used; physiotherapy was the most frequent nonpharmacotherapeutic intervention, noted in 14.4% of subjects (19/132). The use of nondrug options decreased during the course of the study, but this reduction was only statistically significant for physiotherapy in the pregabalin group, from 39.5% to 17.1% (n = 13) of patients ($P < 0.01$; **Table IV**).

Table II. Baseline values and change on the Short-Form McGill Pain Questionnaire (SF-MPQ) at the end of 12 weeks of treatment with gabapentin or pregabalin for peripheral neuropathic pain in 2 clinical studies included in a post hoc cost-consequences analysis. Values other than *P* values are expressed as mean (SD), unless otherwise noted.

| SF-MPQ Item | Gabapentin Group (n = 44)* | | Pregabalin Group (n = 88)* | | *P* | |
|---|---|---|---|---|---|---|
| | Baseline | Change | Baseline | Change | Baseline | Change |
| Sensory | 14.9 (5.9) | –6.3 (5.8) | 15.2 (5.1) | –8.1 (5.6) | 0.728 | 0.075 |
| Affective | 4.9 (3.2) | –2.6 (2.5) | 4.1 (2.8) | –2.6 (2.7) | 0.184 | 0.322 |
| Total | 19.7 (8.2) | –8.9 (7.4) | 19.3 (7.0) | –10.7 (7.4) | 0.785 | 0.107 |
| PPI | 2.6 (0.8) | –1.2 (1.0) | 2.5 (0.7) | –1.4 (0.9) | 0.424 | 0.071 |
| VAS, mm | 68.7 (15.8) | –28.0 (22.2) | 70.3 (14.3) | –39.1 (22.5) | 0.552 | 0.008 |
| Reduction, % | – | –42.6 (27.1) | – | –54.6 (27.2) | – | 0.020 |
| Responders, no. (%)† | – | 53 (40.5) | – | 17 (60.9) | – | 0.029 |
| Cumulative days with no pain/ mild pain (VAS <40 mm) | – | 27.3 (33.8) | – | 36.2 (31.0) | – | 0.139 |

PPI = present pain intensity (range: 0–5); VAS = visual analog scale (range: 0–100 mm).
*Total number of patients analyzed; some patients had incomplete data.
†Patients with reduction of ≥50% in pain intensity evaluated by SF-MPQ VAS.

Table III. Baseline values and changes in patient-reported outcomes after 12 weeks of treatment with gabapentin or pregabalin for peripheral neuropathic pain in 2 clinical studies included in a post hoc cost-consequences analysis. Values are expressed as mean (SD), unless otherwise noted.

| Health Scale | Gabapentin Group (n = 44)* | | Pregabalin Group (n = 88)* | | Between-Group P | |
| --- | --- | --- | --- | --- | --- | --- |
| | Baseline | Change | Baseline | Change | Baseline | Change |
| MOS-sleep† | | | | | | |
|   Summary index | 49.7 (19.1) | −15.1 (14.4) | 46.8 (15.3) | −16.7 (19.6) | 0.365 | 0.290 |
|   Sleep disturbance | 54.8 (20.8) | −16.5 (17.1) | 50.3 (18.4) | −18.8 (22.4) | 0.217 | 0.179 |
|   Snoring | 41.1 (27.5) | −3.2 (20.0) | 40.7 (30.5) | −6.3 (24.1) | 0.956 | 0.449 |
|   Shortness of breath | 34.1 (32.3) | −9.3 (24.5) | 31.9 (23.7) | −17.1 (27.1) | 0.661 | 0.032 |
|   Sleep quantity, h | 6.2 (1.6) | 0.5 (1.3) | 5.7 (1.4) | 0.9 (1.2) | 0.037 | 0.414 |
|   Adequacy of sleep | 43.2 (25.7) | 18.3 (20.7) | 42.1 (23.7) | 18.3 (26.4) | 0.825 | 0.888 |
|   Somnolence | 40.8 (21.5) | −9.9 (18.6) | 40.1 (18.6) | −9.8 (20.9) | 0.844 | 0.939 |
| HADS‡ | | | | | | |
|   Depression | 10.1 (4.6) | −3.1 (3.7) | 9.9 (3.9) | −3.6 (4.1) | 0.734 | 0.288 |
|   Anxiety | 10.4 (3.4) | −3.1 (3.6) | 10.0 (3.4) | −3.8 (3.4) | 0.572 | 0.158 |
| SDI | | | | | | |
|   Disability§ | 16.4 (5.8) | −5.8 (4.9) | 18.0 (4.9) | −7.8 (5.1) | 0.117 | 0.143 |
|   Perceived stress‖ | 5.2 (2.1) | −1.6 (2.0) | 5.9 (1.7) | −2.6 (1.9) | 0.047 | 0.048 |
| EQ-5D | | | | | | |
|   VAS | 49.0 (20.2) | 18.5 (16.6) | 47.7 (18.4) | 24.4 (24) | 0.708 | 0.172 |
|   Mobility impairment, no. (%)¶ | 20 (50.0) | 24 (60.0) | 30 (36.1) | 55 (66.3) | 0.212 | 0.096 |
|   Self-care, no. (%)¶ | 23 (57.5) | 28 (70.0) | 44 (53.7) | 67 (81.7) | 0.995 | 0.054 |
|   Daily activities, no. (%)¶ | 31 (77.5) | 17 (42.5) | 68 (82.9) | 44 (53.7) | 0.476 | 0.101 |
|   Pain or discomfort, no. (%) | 1 (2.5) | 8 (20.0) | 2 (2.4) | 30 (36.6) | 0.220 | 0.034 |
|   Anxiety/depression, no. (%)¶ | 12 (30.0) | 22 (55.0) | 25 (31.3) | 56 (70.0) | 0.311 | 0.130 |
|   QALYs gained | – | 0.30 (0.34) | – | 0.33 (0.39) | – | 0.652 |

MOS = Medical Outcomes Study; HADS = Hospital Anxiety and Depression Scale; SDI = Sheehan Disability Inventory; VAS = visual analog scale; QALYs = quality-adjusted life-years.
*Total number of patients analyzed; some patients had incomplete data.
†Rated on a scale of 0 to 100, except for number of hours.
‡Rated on a scale of 0 to 21.
§Rated on a scale of 0 to 30. Score is the total of all 3 disability items.
‖Rated on a scale of 0 to 10.
¶Patients reporting no problems.

**Patient-Reported Health Outcomes**

Although both groups showed significantly reduced pain intensity in both absolute and relative-to-baseline terms, significantly greater reductions were observed in the pregabalin group than the gabapentin group, in both absolute and relative terms (P < 0.05 in both cases; **Table II**). The percentage of pain reduction was 43% with gabapentin and 55% with pregabalin (P = 0.008), which

was associated with a significantly higher percentage of responders (61% vs 41%; P = 0.03; **Table II**). No other significant differences were noted between the 2 groups.

Except for the snoring item on the MOS-sleep scale and the mobility item on the EQ-5D scale in the gabapentin group, a statistically significant improvement at the end of gabapentin and pregabalin treatment was observed in all patient-reported health outcomes (**Table III**). Com-

Table IV. Frequency of concomitant treatments with analgesic effect before initiation and at the end of 12 weeks of treatment with gabapentin or pregabalin for peripheral neuropathic pain in 2 clinical studies included in a post hoc cost-consequences analysis. Data were not available for all variables for all patients; patients could receive >1 concomitant treatment. Values are shown as number (%) of patients.

| Treatment | Gabapentin Group (n = 44)* | | Pregabalin Group (n = 88)* | |
|---|---|---|---|---|
| | Baseline | Week 12 | Baseline | Week 12 |
| Drug treatments | | | | |
| NSAIDs | 24 (54.5) | 17 (38.6) | 51 (58.0) | 16 (18.2)†‡ |
| Acetaminophen | 14 (31.8) | 9 (20.5) | 35 (39.8) | 14 (15.9)‡ |
| Opiates | 12 (27.3) | 14 (31.8) | 26 (29.5) | 10 (11.4)§‖ |
| Antiepileptic drugs | 4 (9.1) | 2 (4.5) | 4 (4.5) | 0 |
| Tricyclic antidepressants | 6 (13.6) | 5 (11.4) | 9 (10.2) | 1 (1.1)†¶ |
| Other | 7 (15.9) | 7 (15.9) | 3 (3.4)* | 10 (11.4) |
| Nondrug treatments | | | | |
| Physiotherapy | 12 (32.4) | 6 (16.2) | 30 (39.5) | 13 (17.1)‖ |
| Transcutaneous electrical nerve stimulation | 2 (5.9) | 3 (8.8) | 9 (12.7) | 3 (4.2) |
| Infiltrations | 3 (8.8) | 2 (5.9) | 10 (13.7) | 4 (5.5) |
| Electrotherapy | 5 (14.7) | 3 (8.8) | 5 (7.2) | 3 (4.2) |
| Nerve block | 1 (3.0) | 0 | 1 (1.1) | 0 |
| Iontophoresis | 2 (6.1) | 0 | 0 | 0 |
| Spinal cord stimulator | 1 (3.0) | 0 | 0 | 0 |
| Pumps | 1 (3.0) | 0 | 0 | 0 |
| Hydrotherapy | 0 | 0 | 1 (1.1) | 2 (2.3) |
| Magnetotherapy | 1 (2.3) | 2 (4.5) | 1 (1.1) | 0 |

*Total number of patients analyzed; some patients had incomplete data.
† $P < 0.05$ between groups at the same visit.
‡ $P < 0.001$ versus baseline visit within group.
§ $P < 0.01$ between groups at the same visit.
‖ $P < 0.01$ versus baseline visit within group.
¶ $P < 0.05$ versus baseline visit within group.

pared with gabapentin, pregabalin was associated with a significantly greater improvement in awakening with shortness of breath or headache (MOS-sleep), –9.3 versus –17.1 ($P = 0.032$); stress (SDI), –1.6 versus –2.6 ($P = 0.048$); and no present pain (EQ-5D), 20% versus 37% ($P = 0.034$) (Table III). Although the health state improved somewhat more in the pregabalin group, there were no statistically significant changes. Likewise, the difference in QALYs gained was not statistically significant.

**Variations in Productivity, Health Resource Utilization, and Associated Costs**

Both gabapentin and pregabalin were associated with significantly improved labor productivity (Figure 2).

Mean LWDE changes at the end of the trial were, respectively, –15.4 vs –20.4 ($P < 0.001$ and $P < 0.05$, respectively, vs baseline and $P$ = NS between groups). However, the improvement in the number of workdays with symptoms or pain was significantly greater in the pregabalin group than the gabapentin group. Mean changes were, respectively, –17.8 versus –11.2 days ($P < 0.001$ and $P < 0.05$, respectively, vs baseline and $P < 0.05$ between groups; Figure 2).

The reduction of medical visits was significantly greater among pregabalin-treated patients than gabapentin-treated patients. No significant intergroup differences were found in the number of hospitalizations or the number of diagnostic tests performed throughout



Figure 2. Change in labor productivity after 12 weeks of treatment with gabapentin or pregabalin for peripheral neuropathic pain in 2 clinical studies included in a post hoc cost-consequences analysis. *$P < 0.05$ versus baseline; †$P < 0.001$ versus baseline; ‡$P < 0.05$ versus gabapentin. LWDEs = lost workday equivalents.

the 6 weeks of treatment (data not shown). The incremental cost of pharmacologic treatment was significantly higher among pregabalin-treated patients than gabapentin-treated patients at the end-of-trial visit (increases of €168 and €92, respectively; $P = 0.001$). However, the cost of medical visits and hospitalizations was significantly more reduced with pregabalin than gabapentin (changes of −€230 and −€192, respectively; $P = 0.015$; Table V). This may have been the result of the fact that fewer all-cause medical visits were noted in the pregabalin-treated group over the course of the 12 weeks of the study (mean [SD], 7.4 [7.3] vs 4.9 [3.6] visits for gabapentin and pregabalin, respectively; $P = 0.009$). There were no statistically significant differences in direct and indirect cost reductions between the pregabalin and gabapentin groups (Table V). Mean (SD) cost reductions with gabapentin and pregabalin at the end of treatment were €1384 (2874) and €1254 (1479), respectively ($P = NS$).

## DISCUSSION

To date, this is the first prospective, head-to-head comparison of the clinical results obtained with gabapentin versus pregabalin in patients with peripheral neuropathic pain. The results of this post hoc analysis suggest that both drugs were effective in controlling pain and its associated symptoms (ie, depression, anxiety, and sleep disorders) in these patients with neuropathic pain and improved disability and quality of life. Pregabalin, however, was associated with better health outcomes than gabapentin in the reduction of pain and some related variables, such as pain/discomfort, quality of life, and consumption of other analgesics, particularly opiates. With regard to resource utilization and related costs, the lower direct costs of gabapentin treatment, including drug treatment cost, were offset by the lower indirect costs of pregabalin treatment and by greater reductions in medical-visit costs, with both drugs showing similar reductions in total costs at the end of the 12 weeks of treatment. However, given the design and data sources of the present analysis, it was not possible to determine whether these results were the result of better tolerability or a better pharmacokinetic profile of pregabalin.

Pain control evaluated by SF-MPQ VAS, which was significant versus baseline in both treatment groups, was significantly greater in the pregabalin-treated group than the gabapentin-treated group. Differences in sen-

Table V. Variation in disease-related costs after 12 weeks of treatment with gabapentin or pregabalin for peripheral neuropathic pain in 2 clinical studies included in a post hoc cost-consequences analysis. Costs are expressed in mean (SD) year-2006 euros.*

| Input | Gabapentin Group (n = 44)† | | Pregabalin Group (n = 88)† | | Between-Group P | |
|---|---|---|---|---|---|---|
| | Baseline | Change | Baseline | Change | Baseline | Change |
| Drugs | 52 (74) | 92 (86) | 64 (94) | 168 (132) | 0.479 | 0.001 |
| Nondrug treatments | 446 (228) | –400 (224) | 166 (264) | –105 (249) | 0.256 | 0.398 |
| Office visits and hospitalizations | 554 (799) | –192 (662) | 394 (708) | –230 (749) | 0.246 | 0.015 |
| Tests | 269 (285) | –204 (307) | 229 (254) | –123 (256) | 0.418 | 0.129 |
| Total health care | 1321 (2800) | –704 (2627) | 853 (949) | –290 (951) | 0.159 | 0.915 |
| Indirect costs‡ | 1598 (1512) | –680 (1321) | 1702 (1376) | –964 (1003) | 0.691 | 0.163 |
| Total costs | 2918 (3324) | –1384 (2874) | 2555 (1955) | –1254 (1479) | 0.431 | 0.593 |

*All intragroup changes from baseline were significant ($P < 0.01$), except for total health care ($P = 0.083$) and medical visits per day of hospital stay ($P = 0.061$) in the gabapentin group.
†Total number of patients analyzed; some patients had incomplete data.
‡Salary loss because of lost workdays.

sory, affective, total pain, and present pain intensity did not reach statistical significance, although they were numerically present. However, the sample size for this analysis could have affected the results. Nevertheless, the findings observed in pain questionnaires may be responsible for the greater improvements noted with pregabalin in the pain/discomfort item of the EQ-5D ($P = 0.034$), the lower use of NSAIDs ($P < 0.05$) and opiate analgesics ($P < 0.01$), and the improvement observed in days at work with pain ($P = 0.023$). It was also important to ascertain whether the differences in pain control between gabapentin and pregabalin were clinically relevant. A difference of 20% (41% vs 61%) was found between the 2 drugs when the proportion of responders was evaluated. Thus, a greater improvement in perceived stress was observed among pregabalin-treated patients, as well as a tendency toward a greater improvement in mobility and self-care. Nevertheless, the differences between groups were not significant for health state or QALYs gained. Furthermore, pregabalin-treated patients had a greater reduction in the overall number of medical visits ($P = 0.009$), suggesting the possibility of better control of their condition. Pregabalin-treated patients had a significantly greater reduction in

the consumption of other analgesics, particularly opiates, the use of which was maintained during gabapentin treatment and decreased significantly during pregabalin treatment. In addition to suggesting better control of symptoms with pregabalin, this finding is consistent with the only previously published comparative study of these drugs.[25] Finally, the percentage of patients requiring physiotherapy was also significantly reduced among pregabalin-treated patients ($P < 0.01$).

As previously mentioned, no direct comparative clinical trials between gabapentin and pregabalin have been published; the only published reports have been indirect comparisons included in cost-effectiveness evaluations.[28–30] In the clinical trials conducted with both drugs in diabetic neuropathy and postherpetic neuralgia, pain reduction observed with gabapentin (33%–39%) were similar to those seen with pregabalin (34%–40%).[22] The fact that our analysis obtained greater reductions than those seen in clinical trials, particularly with pregabalin, is not unprecedented. Indeed, better results have been reported in observational studies than clinical trials with other psychoactive drugs, such as antidepressants or antipsychotics, for indications other than pain.[48,49] That such differences may result

from overestimation of treatment effects in observational, uncontrolled trials does not explain the differences between the drugs in the present analysis. One possible explanation for these differences is the doses used in the studies. The mean gabapentin dose used in the studies in this analysis, 1236 mg/d, was lower than the dose range considered to be effective for this drug (ie, 1800–3600 mg/d).[50] By contrast, the pregabalin dose, 202 mg/d, was within the effective dose range (ie, 150–600 mg/d).[27] Although the use of lower than recommended doses for treating pain, including neuropathic pain, has frequently been described in the literature,[51,52] this still does not explain the dose differences found in the study.

A retrospective study comparing gabapentin and pregabalin in postherpetic neuralgia yielded similar results.[25] In that study, a greater proportion of pregabalin-treated patients reached the therapeutic dose (ie, ≥150 mg/d), but few gabapentin-treated patients reached therapeutic doses (ie, ≥1800 mg/d). Although that study included a few baseline differences between treatment groups,[25] the treatment groups in the present analysis were homogeneous with respect to most predictors. Because tolerability was not assessed in the original studies, whether these differences were the result of tolerability problems preventing the attainment of therapeutic doses of gabapentin cannot be assessed here, but it seems possible. In fact, significant statistical differences in all-cause withdrawal rates from the studies favored pregabalin: 11% of gabapentin-treated patients withdrew, compared with 2% of pregabalin-treated patients ($P = 0.041$).

The 2 drugs differed considerably in terms of health resource utilization and related costs. In the case of pregabalin, the greater reduction of medical visits and greater improvement in productivity parameters, such as the significant reduction in the number of working days with pain, offset the higher costs of drug and nondrug treatments. Although the cost of pharmacologic treatment with pregabalin was greater because of its higher price, there was also a greater reduction in concomitant treatment with other analgesics. Regarding nondrug treatment costs, the greater absolute reduction obtained with gabapentin was likely due to the fact that, despite the absence of significant differences in the use of nonpharmacologic therapies between both groups, there was a greater utilization of costly nonpharmacologic measures (ie, nerve block, spinal and pump implants) in the gabapentin group that disappeared at the

end of treatment (**Table IV**). We believe that these costly treatments, which might be considered extreme values, biased the cost-reduction results against pregabalin. Nonetheless, differences in cost reduction were not significant between groups at the end of 12 weeks.

This study had several limitations. Aside from the design-related limitation and possible overestimation of treatment effects, selection bias could not be eliminated despite matching (and thus group homogeneity), even though the statistics used minimized this aspect. In addition, our analysis was based on a small sample of patients, which could prevent not only the detection of possibly relevant differences but also a greater generalization of the results, particularly with respect to cost data, because of large SD values. Finally, as previously mentioned, the 2 studies included in this post hoc analysis lacked a systematic assessment of tolerability, which would have been useful to assess possible reasons for failure to achieve therapeutic doses of gabapentin.

## CONCLUSION
Pregabalin appeared to be associated with greater reduction in mean weekly intensity of pain, but there were no significant differences in cost.

## ACKNOWLEDGMENTS
The authors wish to thank Fernando Rico-Villademoros, MD, for his editorial assistance with the preparation of this manuscript, and all of the physicians who participated in the LIDO and LIRA studies for providing the data for this analysis.

The LIDO and LIRA studies, and this analysis, were funded by an unrestricted grant from Pfizer España. Mr. Masramón is employed by European Biometric Institute, an independent company contracted for Pfizer España to assist with data analysis and logistics. The authors have indicated that they have no other conflicts of interest regarding this article.

## REFERENCES
1. Treede RD, Jensen TS, Campbell JN, et al. Neuropathic pain: Redefinition and a grading system for clinical and research purposes. *Neurology*. 2008;70:1630–1635.
2. Gilron I, Watson CP, Cahill CM, Moulin DE. Neuropathic pain: A practical guide for the clinician. *CMAJ*. 2006;175:265–275.
3. Berger A, Dukes EM, Oster G. Clinical characteristics and economic costs of patients with painful neuropathic disorders. *J Pain*. 2004;5:143–149.

4. Lachaine J, Gordon A, Choinière M, et al. Painful neuropathic disorders: An analysis of the Régie de l'Assurance Maladie du Québec database. *Pain Res Manag*. 2007;12:31–37.

5. McWilliams LA, Goodwin RD, Cox BJ. Depression and anxiety associated with three pain conditions: Results from a nationally representative sample. *Pain*. 2004;111:77–83.

6. Gore M, Brandenburg NA, Dukes E, et al. Pain severity in diabetic peripheral neuropathy is associated with patient functioning, symptom levels of anxiety and depression, and sleep. *J Pain Symptom Manage*. 2005;30:374–385.

7. Argoff CE. The coexistence of neuropathic pain, sleep, and psychiatric disorders: A novel treatment approach. *Clin J Pain*. 2007;23:15–22.

8. Gallagher RM, Verma S. Managing pain and comorbid depression: A public health challenge. *Semin Clin Neuropsychiatry*. 1999;4:203–220.

9. Smith MT, Haythornthwaite JA. How do sleep disturbance and chronic pain inter-relate? Insights from the longitudinal and cognitive-behavioral clinical trials literature. *Sleep Med Rev*. 2004;8:119–132.

10. Schmader KE. Epidemiology and impact on quality of life of postherpetic neuralgia and painful diabetic neuropathy. *Clin J Pain*. 2002;18:350–354.

11. Smith BH, Torrance N, Bennett MI, Lee AJ. Health and quality of life associated with chronic pain of predominantly neuropathic origin in the community. *Clin J Pain*. 2007;23:143–149.

12. Gálvez R, Marsal C, Vidal J, et al. Cross-sectional evaluation of patient functioning and health-related quality of life in patients with neuropathic pain under standard care conditions. *Eur J Pain*. 2007;11:244–255.

13. McDermott AM, Toelle TR, Rowbotham DJ, et al. The burden of neuropathic pain: Results from a cross-sectional survey. *Eur J Pain*. 2006;10:127–135.

14. Gore M, Brandenburg NA, Hoffman DL, et al. Burden of illness in painful diabetic peripheral neuropathy: The patients' perspectives. *J Pain*. 2006;7:892–900.

15. Currie CJ, Poole CD, Woehl A, et al. The financial costs of healthcare treatment for people with type 1 or type 2 diabetes in the UK with particular reference to differing severity of peripheral neuropathy. *Diabet Med*. 2007;24:187–194.

16. Rodríguez MJ, García AJ, for the Investigators of Collaborative Study REC. A registry of the aetiology and costs of neuropathic pain in pain clinics: Results of the registry of etiologies and costs (REC) in neuropathic pain disorders study. *Clin Drug Investig*. 2007;27:771–782.

17. Gallagher RM. Neuropathic pain: The global challenge. *Pain Med*. 2004;5(Suppl 1):S1–S2.

18. Harden N, Cohen M. Unmet needs in the management of neuropathic pain. *J Pain Symptom Manage*. 2003; 25(Suppl 5):S12–S17.

19. Attal N, Cruccu G, Haanpää M, et al, for the EFNS Task Force. EFNS guidelines on pharmacological treatment of neuropathic pain. *Eur J Neurol*. 2006;13:1153–1169.

20. Moulin DE, Clark AJ, Gilron I, et al, for the Canadian Pain Society. Pharmacological management of chronic neuropathic pain—consensus statement and guidelines from the Canadian Pain Society. *Pain Res Manag*. 2007;12:13–21.

21. Finnerup NB, Otto M, McQuay HJ, et al. Algorithm for neuropathic pain treatment: An evidence based proposal. *Pain*. 2005;118:289–305.

22. Gilron I. Gabapentin and pregabalin for chronic neuropathic and early post-surgical pain: Current evidence and future directions. *Curr Opin Anaesthesiol*. 2007;20:456–472.

23. Guay DR. Pregabalin in neuropathic pain: A more "pharmaceutically elegant" gabapentin? *Am J Geriatr Pharmacother*. 2005;3:274–287.

24. Hendrich J, Van Minh AT, Heblich F, et al. Pharmacological disruption of calcium channel trafficking by the alpha2delta ligand gabapentin. *Proc Natl Acad Sci U S A*. 2008;105: 3628–3633.

25. Gore M, Sadosky A, Tai KS, Stacey B. A retrospective evaluation of the use of gabapentin and pregabalin in patients with post-herpetic neuralgia in usual-care settings. *Clin Ther*. 2007;29:1655–1670.

26. Hempenstall K, Nurmikko TJ, Johnson RW, et al. Analgesic therapy in postherpetic neuralgia: A quantitative systematic review. *PLoS Med*. 2005;2:e164.

27. Moore RA, Straube S, Wiffen PJ, et al. Pregabalin for acute and chronic pain in adults. *Cochrane Database Syst Rev*. 2009;(3):CD007076.

28. Tarride JE, Gordon A, Vera-Llonch M, et al. Cost-effectiveness of pregabalin for the management of neuropathic pain associated with diabetic peripheral neuropathy and postherpetic neuralgia: A Canadian perspective. *Clin Ther*. 2006;28:1922–1934.

29. Rodríguez MJ, Díaz S, Vera-Llonch M, et al. Cost-effectiveness analysis of pregabalin versus gabapentin in the management of neuropathic pain due to diabetic polyneuropathy or post-herpetic neuralgia. *Curr Med Res Opin*. 2007;23:2585–2596.

30. O'Connor AB, Noyes K, Holloway RG. A cost-effectiveness comparison of desipramine, gabapentin, and pregabalin for treating postherpetic neuralgia. *J Am Geriatr Soc*. 2007; 55:1176–1184.

31. Navarro A, Saldaña MT, Pérez C, et al. Patient-reported-outcomes in subjects with neuropathic pain receiving pregabalin: Evidence from the medical practice in primary care settings. *Pain Med*. 2010;11:719–731.

32. Saldaña MT, Navarro A, Pérez C, et al. Patient-reported-outcomes in subjects with painful lumbar or cer-

vical radiculopathy treated with pregabalin: Evidence from medical practice in primary care settings. *Rheumatol Int*. 2010;30:1005–1015.

33. Bouhassira D, Attal N, Alchaar H, et al. Comparison of pain syndromes associated with nervous or somatic lesions and development of a new neuropathic pain diagnostic questionnaire (DN4). *Pain*. 2005; 114:29–36.

34. Perez C, Galvez R, Huelves S, et al. Validity and reliability of the Spanish version of the DN4 (Douleur Neuropathique 4 questions) questionnaire for differential diagnosis of pain syndromes associated to a neuropathic or somatic component. *Health Qual Life Outcomes*. 2007;5:66–75.

35. Melzack R. The short-form McGill Pain Questionnaire. *Pain*. 1987;30: 191–197.

36. Zigmond AS, Snaith RP. The hospital anxiety and depression scale. *Acta Psychiatr Scand*. 1983;67:361–370.

37. The EuroQol Group. EuroQol—a new facility for the measurement of health-related quality of life. *Health Policy*. 1990;16:199–208.

38. Sheehan DV, Harnett-Sheehan K, Raj BA. The measurement of disability. *Int Clin Psychopharmacol*. 1996;11 (Suppl 3):S89–S95.

39. Hays RD, Stewart AL. Sleep measures. In: Stewart AL, Ware JE Jr, eds. *Measuring Functioning and Well-Being: The Medical Outcomes Study Approach*. Durham, NC: Duke University Press; 1992:235–259.

40. Bouhassira D, Attal N, Fermanian J, et al. Development and validation of the Neuropathic Pain Symptom Inventory. *Pain*. 2004;108:248–257.

41. Rejas J, Ribera MV, Ruiz M, Masrramón X. Psychometric properties of the MOS (Medical Outcomes Study) Sleep Scale in patients with neuropathic pain. *Eur J Pain*. 2007; 11:329–340.

42. Stewart WF, Lipton RB, Simon D. Work-related disability: Results from the American migraine study.

*Cephalalgia*. 1996;16:231–238; discussion 215.

43. *Spanish Pharmaceutical Drug Catalogue* [in Spanish]. Madrid, Spain: General Council of the Official Pharmaceutical Colleges of Spain; 2006.

44. Centre for studying Health Economics and Social Policy. Health costs database, version 2.2. http://www.soikos.com. Accessed February 10, 2006.

45. National Institute of Statistics. Labour cost quarterly survey. http://www.ine.es/daco/daco42/etcl/etcl0405.pdf. Accessed February 10, 2006.

46. Yates F. Contingency table involving small numbers and the $\chi^2$ test. *Suppl J Royal Stat Soc*.1934;1:217–235.

47. Brooks R. EuroQoL: The current state of play. *Health Policy*. 1996;37:53–72.

48. Lydiard R, Perera P, Batzar E, Clary CM. From the bench to the trench: A comparison of sertraline treatment of major depression in clinical and research patient samples. *Prim Care Companion J Clin Psychiatry*. 1999; 1:154–162.

49. Díaz-Marsá M, Sánchez S, Rico-Villademoros F, for the ZIP-IIG-79 Study Group. Effectiveness and tolerability of oral ziprasidone in psychiatric inpatients with an acute exacerbation of schizophrenia or schizoaffective disorder: A multicenter, prospective, and naturalistic study. *J Clin Psychiatry*. 2009;70:509–517.

50. Backonja M, Glanzman RL. Gabapentin dosing for neuropathic pain: Evidence from randomized, placebo-controlled clinical trials. *Clin Ther*. 2003;25:81–104.

51. van Seventer R, Sadosky A, Lucero M, Dukes E. A cross-sectional survey of health state impairment and treatment patterns in patients with postherpetic neuralgia. *Age Ageing*. 2006;35:132–137.

52. Gore M, Dukes E, Rowbotham DJ, et al. Clinical characteristics and pain management among patients with painful peripheral neuropathic disorders in general practice settings. *Eur J Pain*. 2007;11:652–664.

**Address correspondence to:** Concepción Pérez, MD, PhD, Pain Clinic, Hospital Universitario de la Princesa, C/Diego de León, 62, 28006–Madrid, Spain. E-mail: cperez.hlpr@salud.madrid.org