# EXHIBIT C

# A Comparative Efficacy of Amitriptyline, Gabapentin, and Pregabalin in Neuropathic Cancer Pain: A Prospective Randomized Double-Blind Placebo-Controlled Study

American Journal of Hospice
& Palliative Medicine®
29(3) 177-182
© The Author(s) 2012
Reprints and permission:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/1049909111412539
http://ajhpm.sagepub.com

Seema Mishra, MD[1], Sushma Bhatnagar, MD[1],
Gaurav Nirvani Goyal, MD[1], Shiv Pratap Singh Rana, MD[1], and
Surjya Prasad Upadhya, MD[1]

## Abstract

Neuropathic pain is difficult to diagnose and difficult to treat with certainty. So the aim of the study was to evaluate comparative clinical efficacy of pregabaline with amitriptyline and gabapentin in neuropathic cancer pain. A total of 120 patients with cancer having severe neuropathic cancer pain were enrolled in the study after taking approval from Institutional Ethics Committee and divided in to 4 groups: group AT—amitriptyline, group GB—gabapentin, group PG—pregabalin, and group PL—placebo. Oral morphine was used for rescue analgesic for continued pain. Pain score (Visual Analogue scale) and secondary outcome measures such as intensity of lancinating, dysesthesia, and burning on numerical rating scale, Global satisfaction score (GSS), Eastern Co-operative Oncology Group scoring (ECOG), and adverse effects were assessed. At the end of study there was significant decrease in pain score in group PG as compared to the other groups; group AT ($P = .003$), group GB ($P = .042$), and group PL ($P = .024$). Percentage of patients with lancinating pain and dysesthesia were significantly less in group PG as compared to groups GB and PL. All the patients in group PL needed rescue morphine. After 4 visits, maximum improvement in ECOG scoring and GSS scoring was observed in group PG patients. Our results suggested that all antineuropathic drugs are effective in relieving cancer-related neuropathic pain. There was statistically and clinically significant morphine sparing effect of pregabaline in relieving neuropathic cancer pain and neuropathic symptoms as compared to other antineuropathic drugs.

## Keywords

neuropathic pain, pregabalin, anticonvulsants, cancer pain, opioids

## Introduction

Neuropathic pain is a common cause of chronic pain. According to the International Association for the study of pain (ISAP), neuropathic pain is defined as pain following a primary lesion or dysfunction of the nervous system.[1] Neuropathic pain is a challenge to clinicians because of its nonspecific clinical characteristics. Pharmacotherapy including antiepileptic, antidepressants, and opioids forms the main stay of treatment.[2] But their use may be limited by side effects. Tricyclic antidepressants have been the first choice therapy for neuropathic pain. There are several studies available in literature where the analgesic efficacy of gabapentin has been established in nonmalignant neuropathic pain,[3-8] and in few studies it was effective in cancer-related neuropathic pain.[9,10] Pregabalin is an a-2-delta ligand that has analgesic, anxiolytic, and anticonvulsant activity. It is 6 times more potent than gabapentin. Efficacy of pregabalin has been found in the treatment of diabetic neuropathy and post herpetic neuralgia.[11,12]

We did not find any study use of these drugs in cancer-related neuropathic pain. The present study had been designed to know the efficacy of pregabalin in neuropathic cancer pain and its comparative clinical efficacy with amitriptyline and gabapentin in neuropathic cancer pain.

## Materials and Methods

A double-blind, randomized, placebo-controlled was conducted. A computerized random list was prepared and the patients were randomized into 4 groups. Approval for the study was obtained

[1] Unit of Anaesthesiology, Dr. B. R. Ambedkar, Institute Rotary Cancer Hospital, All India Institute of Medical Sciences, New Delhi

**Corresponding Author:**
Seema Mishra, E-85, AIIMS Residential Campus (East), Ansari Nagar, New Delhi 110029, India
Email: mseema17@yahoo.co.in

Case 1:04-cv-10981-PBS   Document 4172-3   Filed 10/15/13   Page 3 of 7

**Table 1.** Demographic Presentation of all the 4 Groups[a]

|  | Group AT | Group GB | Group PG | Group PL | P value |
| --- | --- | --- | --- | --- | --- |
| LANSS (Mean ± SD) | 14.4 (± 2.1) | 14.7 (± 2.2) | 15.0 (± 2.1) | 14.8 (± 2.0) | 0.721 |
| VAS-1 | 7.77 | 7.5 | 7.77 | 7.47 | 0.491 |
| Burning | 4.7 | 4.0 | 4.87 | 4.17 | 0.756 |
| Allodynia | 2.10 | 2.47 | 2.80 | 2.60 | 0.803 |
| Lancinating pain | 73.3 | 66.7 | 70.0 | 70.0 | 0.885 |
| ECOG | 2.07 | 2.90 | 2.77 | 2.43 | 0.680 |

Abbreviations: VAS, Visual Analogue scale; ECOG, Eastern Co-operative Oncology Group; SD, standard deviation.
[a]Baseline characteristics of the patients in the first visit. All Values are mean values.

from the local Institutional Ethics Committee. Written informed consent was taken from all patients before participation.

### Patient Selection

The present study was conducted by the Unit of Anesthesiology and Pain and palliative care; Institute Rotary Cancer hospital, All India Institute of Medical Sciences, New Delhi, India. Patients with cancer having neuropathic pain were enrolled in the study. Patients with unstable cardiovascular, respiratory, hepatic or hematological disease or psychological disorder, and drug abuse were excluded from the study.

### Procedure

Patients from group AT (amitriptyline) were given amitriptyline 50 mg/d for 1 week. There was weekly increase in dose as fixed dose schedule: 75 mg/d (2nd week), 100 mg/d (3rd week) at bed time.

Patients from group GB (gabapentin) were given gabapentin 900 mg/d for 1 week in divided doses then there was weekly increase in dose as fixed dose schedule, that is 1200mg/d (2nd week); 1800 mg/d (3rd week) in 3 divided doses.

Patients from group PG (pregabalin) were given pregabalin (Lyrica) 150 mg/day for one week. Then there was weekly increase in dose as fixed dose schedule, that is 300 mg/d (2nd week), 600 mg/d (3rd week) for one week in two divided doses.

Patients from group PL (placebo) were given Placebo Capsules. All drugs (amitriptyline, gabapentine, pregablin, and for placebo sugar powder) were placed in gelatin capsules prepared by pharmacist to maintain the blindness. In the subsequent visit, irrespective of the neuropathic symptoms, if the patient had a Visual Analogue scale (VAS) >3, immediate release morphine was given orally for rescue analgesia. Total study period was 4 weeks.

### Assessment

Patients were asked to rate their global intensity of pain on 100-mm VAS[13] (VAS: 0 mm, no pain; 100 mm, unbearable pain) daily and maintained a pain diary. Ratings were averaged over 7 days.

Secondary outcome measures were intensity of burning, shooting/lancinating, and dysesthesia on numerical rating scale (0 *no pain* to 10 *maximum pain*). Adverse effects were also enquired and depending upon the intensity these were categorized as *mild* (score 1), *moderate* (score 2), and *severe* (score 3). Patient functional capacity was evaluated according to Eastern Co-operative Oncology Group (ECOG)[14] scoring (0 = *fully active*, 1 = *capable of light activity*, 2 = *in bed for less than 50% of the time*, 3 = *in bed for more than 50% of the time*, and 4 = *completely bed ridden*). Maximum tolerated dose of study drugs were also measured. Global satisfaction was based on a 5-point Verbal Ratinng Scale [VRS] (1, *very satisfied*; 2 *satisfied*; 3, *indifferent*; 4, *dissatisfied*; and 5, *very dissatisfied*) at the end of the study.

### Statistical Methods

The exploratory analysis was performed to decide the appropriate distribution for each of the covariates. The normal continuous covariates were presented as mean + standard deviation (SD) and other categorical variables were presented in the form of proportion and number. Further, nonnormal covariates were shown as median and interquartile range. Repeated measure analysis of variance was used to find out the effect of time as well as drug on continuous normal variable with bonferroni post hoc analysis. Chi-square/Fisher exact test was used for identifying the association of categorical variables. Other biostatistical tools were used for observing the effect of variables on outcome per requirements. The *P* values less than 5% level of significance was considered significant.

### Results

We included 120 patients with neuropathic pain and categorized the patients into 4 groups of 30 each. Three different kinds of antineuropathic pain medication was given to patients of group AT, GB, and PG and placebo was given to group PL. It was a double-blind, prospective study and data were compared.

Demographic data and baseline data were described in the Table 1. In the first visit, all groups were comparable regarding the characteristics of patients. Patients were comparable regarding ECOG scoring, Leeds Assessment of Neuropathic Symptoms and Signs (LANSS) scoring, level of pain (VAS), burning, allodynia, dysesthesia, and lancinating pain (Table 1). Patient characteristics were studied for the next 4 weeks.

There was significant decrease in VAS value in all the 4 groups as compared to baseline (Figure 1). Over the period



**Figure 1.** Comparison of pain score in different groups at different time periods



**Figure 2.** Comparison of percentage of patients who required rescue morphine doses in the subsequent visits



**Figure 3.** Comparison of percentage of patients with allodynia among the 4 groups over the time periods of 4 weeks

of 4 weeks, in group AT the mean VAS decreased from 7.77 ($\pm 1.0$) to 3.23 ($\pm 0.70$), in group GB from 7.5 ($\pm 1.1$) to 3.07 ($\pm 0.80$), in group PG from 7.77 ($\pm 0.81$) to 2.5($\pm 0.70$), in group PL from 7.47 ($\pm 1.0$) to 3.4($\pm 0.66$; Figure 1).

In all the 4 groups, over the time period of 4 weeks, VAS was significantly less in every visit as compared to previous visit (Figure 1). In the third visit, the mean VAS in group PG was significantly less than mean VAS in group AT(*P* value = .003) as well as group 4 (*P* value = .024). In the fourth visit, the mean VAS in group PG was significantly less than VAS in group GB (*P* value = .042).

In the second visit, only 30% patients required extra morphine as rescue drug in group AT, but all the patients in group PL required extra dose of morphine after 1 week of treatment. In the third visit, the number of patients increased in all the 4 groups who required extra dose of morphine that is 46.7%, 23.3%, 16.7%, and 100% patients in group AT, GB, PG, and PL, respectively. In the third visit, none of the patient in group 3 required further increment in morphine doses. Percentage of patients requiring rescue morphine were 56.7, 33.3, 16.7, and 100 in group AT, GB, PG, and PL, respectively, in the fourth visit. Based on our findings regarding the requirement for extra morphine doses in all groups, it can be clearly stated that all the study drugs had morphine-sparing effect. Moreover requirement of morphine increment was minimum in group PG. So morphine-sparing effect is statistically and clinically significant with pregabalin (Figure 2).

As far as lancinating pain is concerned, percentage of patients with lancinating pain 73.3, 66.75, 70.05, and 70.05 were decreased to 56.7, 26.7, 3.3, and 43.3, respectively, in groups AT, GB, PG, and PL, respectively. In the fourth visit, the patients with lancinating pain were significantly less in group PG as compared to group GB (*P* value = .026), group PL (*P* value = .004), and group AT (*P* value = .009). Similarly the percentage of patients with lancinating pain was significantly less in group GB as compared to group AT (*P* value = .018) and group PL (*P* value = .095).

As far as dysesthesia is concerned, all groups were comparable initially except group PL because the percentage of patients with dysesthesia was significantly less in group PL (66.7) as compared to group AT (93.3%) and group GB (93.3%) in the first visit. In the second visit, patients with dysesthesia were decreased in group GB as compared to groups AT and PL. There were significantly less number of patients with dysesthesia in group PG (6.7%) as compared to group GB (33.3%; *P* value = .021) and group PL (*P* value = .014) after the 4 visits. Other group differences were insignificant.

The percentage of patients with allodynia was comparable in the first visit in all the 4 groups, although decrease in percentage of patients with allodynia was maximum in group GB. The percentage of patients with allodynia decreased to 1.10, 0.97, 1.13, and 1.87, respectively, in groups AT, GB, PG, and PL (Figure 3).

Similarly, the percentage of patients with burning decreased from 4.70, 4.00, 4.87, and 4.17 to 2.47, 1.47, 1.37, and 2.87, respectively, in groups AT, GB, PG, and PL (Figure 4).

Functional capacity was comparable among all the 4 groups in the first and second visit. After 4 visits maximum improvement in ECOG scoring was found in PG group patients, and this



**Figure 4.** Comparison of percentage of patients with burning among the groups over the time period of 4 weeks



**Figure 5.** Comparison of severity of adverse effects in all study groups at different time periods

improvement was statistically significant as compared to all the other 3 groups AT, GB, and PL ($P$ value < .001).

Satisfaction level of the patients was comparable among all the groups in the second visit that is 1 week after the start of the treatment. In the third visit, satisfaction level grossly dropped in group PL. In group PL, the number of patients in the category Global satisfaction score 2 (GSS-2) was significantly less as compared to all the 3 groups AT, GB, and PG ($P$ values < .001). Similarly, group PL had maximum number of very dissatisfied patients and the difference was statistically significant as compared to groups AT, GB, and PL ($P$ values < .001). In the fourth visit, the number of satisfied (GSS-2) patients was significantly less in group PL as compared to group GB. Only in group PG none of the patients belonged to category GSS-5 or -4 (ie, very dissatisfied or dissatisfied patients). Group GB also had significantly less number of very dissatisfied patients as compared to group PL.

The most common adverse events in our study were somnolence, dizziness, and dryness of mouth, nausea, and constipation. There was gradual increase in adverse effects in all the groups. In group PG, the maximum number of patients had only mild adverse (score 1) effects as compared to other groups where the maximum number of patients had either mild (score 2) or moderate (score 3) adverse effects. Patients with moderate side effects were maximum in group PL and significantly high as compared to all the 3 groups AT, GB, and PG (Figure 5).

## Discussion

Recent advances in pain research indicate multiple mechanisms underlying the initiation and maintenance of neuropathic pain. The available therapies shown to be effective in managing neuropathic pain include anticonvulsants, tricyclicantidepressants, opioids, topical lidocaine, and so on. Pregabalin, like gabapentin, is an amino acid derivative of γ-amino butyric acid (GABA analogue) and has a similar pharmacological profile to gabapentin. It also binds with high affinity to α2δ subunits of voltage-activated calcium channels, blocks $Ca^{2+}$ influx into nerve terminals, and decreases transmitter release.[15,16] In our study, we have shown that pregabalin has better efficacy in neuropathic cancer pain management.

In the present study, VAS was significantly less in every visit as compared to previous visit in all the 4 groups over the time period of 4 weeks. The findings were similar to the study done by Lesser et al and found that pregabalin at 300 and 600 mg/d was safe and effective for the treatment of neuropathic pain associated with diabetic peripheral neuropathy (DPN).[17] In this study, 46% and 48% of patients in the 300 and 600 mg/d groups achieved a >50% reduction in mean score from study baseline to end point, 27% of patients in the 600 mg/d groups achieved a >70% reduction in score compared with 16% in the 300 mg/d groups. Similar findings were also observed by Rainer Sabatowski et al.[18] In their study also there was statistically and clinically significant improvements in mean pain score of patients receiving 150 or 300 mg/d pregabalin compared with placebo group. The first randomized, double-blind, placebo-controlled clinical trial in 165 patients in United States showed that gabapentin (up to 3600 mg/d) significantly reduced pain caused by diabetic neuropathy.[4] Similar findings were observed in our study.

It is important to clarify significant reduction in VAS score in all the groups over the time in spite of getting different medication. Although the study drug was different, as specified previously patients received extra doses of morphine based on requirement for rescue analgesia in all the groups. So keeping ethics in mind we observed changes in occurrence of neuropathic symptoms in relation to the drug given and simultaneously could keep the VAS score as low as possible.

In the present study, pregabalin provided significantly higher reduction in burning, lancinating pain, and dysesthesia as compared to group GB, AT group, and opioid monotherapy. However, GB group also showed significantly better response in burning and lancinating pain compared to groups AT and PL but not as good as PG group. Although incrementally dosed opioids in group PL also provided clinically meaningful decreases in terms of pain scores compared to baseline, no significant improvement occurred in neuropathic symptoms. Decosterd et al also compared the effects of morphine, gabapentin, amitriptyline, and carbamazepine in 2 distinct neuropathic pain models and showed that both gabapentin and carbamazepine reversed and prevented stimulus-induced progressive tactile hypersensitivity.[19]

Our results showed a reduction in mechanical allodynia in all the 3 groups. Although GB group showed slightly better response than pregabalin, but this difference was statistically insignificant. Thus, the combination of gabapentin and pregabalin provided earlier improvement in allodynia. Anticonvulsants and opioids are 2 major classes of drugs used often in combination for neuropathic pain of both noncancer and cancer origin, for many years.[20] In a recent review, Bennett and Simpson indicated that higher response rates might be observed with gabapentin when administered with opioids because of a synergistic interaction.[21] More recently Gilron et al used a 4-period crossover trial to assess the efficacy of morphine and gabapentin alone, and in combination, and an active placebo (in the form of low-dose lorezepam). They concluded that the trial unequivocally showed that gabapentin significantly enhanced the efficacy of morphine and suggested that further studies of combination drug trials are warranted.[22]

This study was unique in that it examined overall pain scores and scores for individual pain symptoms in patients with cancer; a symptom-based analysis of neuropathic pain is increasingly regarded important in the assessment of disease progression and treatment outcome, and we compared all the 3 drugs that is pregabalin, gabapentin, and amitryptilline.

Serpel et al in their study showed a consistently greater improvement in all 4 symptoms (allodynia, burning pain, shooting pain, and hyperalgesia) in gabapentin-treated patients than in those on placebo.[23] In this study, 66% patients had tried amitryptillin previously. A mean baseline pain score of 7.2 (indicating severe pain) in patients taking amitryptilline suggests that these standard treatments for neuropathic pain were not particularly successful in this population. In the present study, all patients treated with amitriptyline had significantly less improvement in all 4 symptoms (allodynia, burning pain, lancinating pain, and dysesthesia) as compared to patients treated with pregabalin and gabapentin.

In the present study for each pain symptoms, the percentage of responders was higher in the PG group than in the other 3 groups; there was no evidence from this study to indicate that pregabalin is more beneficial in one pain symptom than in another. In a crossover study comparing opioids and tricyclic antidepressant drugs in patients with postherpetic neuralgia, they observed similar reductions in pain intensity with the use of opioids and antidepressant, but patients reported greater satisfaction with opioid therapy.[24] In the second visit, only 30% patients required extra morphine as rescue drug in AT group, but all the patients in the PL group required extra dose of morphine after 1 week of treatment. In the third visit, the number of patients increased in all the 4 groups who required extra dose of morphine that 46.7%, 23.3%, 16.7%, and 100% patients in group AT, GB, PG, and PL, respectively. In the third visit, none of the patients in PG group required further increment in morphine doses. Percentage of patients requiring rescue morphine were 56.7, 33.3, 16.7, and 100 in groups AT, GB, PG, and PL, respectively, in the fourth visit. Based on our findings regarding the requirement of extra morphine doses in all groups, it can be clearly stated that all the study drugs had morphine-sparing effect. Moreover the requirement of morphine increment was minimum in group PG and that to in the second visit only. So the morphine-sparing effect is statistically and clinically significant with pregabalin.

The most common adverse events in our study were somnolence, dizziness, and dryness of mouth, nausea, and constipation. Difference in the percentage of patients with mild, moderate, severe, or no adverse effects was insignificant among the 4 groups in the second visit. In group PG, the maximum number of patients had only mild adverse effects as compared to other groups where the maximum number of patients had either mild or moderate adverse effects. Patients with moderate side effects were maximum in the PL group and significantly high as compared to all the 3 groups AT, GB, and PG. In the PL group, 66.6% patients had either moderate adverse effects and this was significantly high as compared to groups GB and PG (which otherwise was comparable). In the fourth visit, PG group had significantly less (3.3% only) number of patients with moderate Adverse Effects (AE) were as compared to AT, GB, and PG groups. None of the patients in our study discontinued treatment because of adverse effects. Our findings were similar to the study done by Lesser et al where higher doses of pregabaline 600 mg/d were well tolerated, and 85% of patients completed the study in each of these groups and almost all elected to continue in the open-label phase of the study.[17] Treatment with pregabalin was not associated with serious adverse effects such as orthostatic hypotension and other risks common in elderly patients and patients with cardiac arrhythmias as associated with some tricyclic antidepressants.[25] In the PHN trial, relatively few pregabalin-treated patients discontinued treatment due to an adverse event, and only 2 patients discontinued treatment because of dizziness and 2 because of somnolence. Otherwise pregabalin was well tolerated; adverse events were generally mild to moderate.[18] The high rate of study completion reflecting both safety and alterability in patients treated with pregabalin may be suggestive of potential advantage in terms of effectiveness over therapeutic options that are not well tolerated.[11] In a study by Serpel et al the most common adverse events that were more frequent in gabapentin-treated patients were dizziness and somnolence.[23] These events were usually mild to moderate in intensity, occurred early during treatment, and tended to resolve with continued treatment. The titration rate for this study was slower than our study, which may partially explain the low rate of withdrawal due to adverse events. In our study 6.7% patients in the GB group had severe adverse effects like dizziness and somnolence and 20% patients in AT group had severe adverse effects. Trindade et al caution that the well-documented Tri Cyclic Antidepressants/ Selective Serotonin Reuptake Inhibitor (TCA/SSRI) adverse effect profile limits their use and effectiveness in the long term and that pain relief is rarely complete.[25]

Pregabalin has been shown in studies to provide equivalent efficacy to gabapentin, however, at much lower doses.[26,27] Because lower dosages can be used to treat neuropathic pain, it is likely that pregabalin will be associated with fewer dose-related adverse events.[26,27] Part of the reason why pregabalin requires lower dosages is that it has a much higher bioavailability (90% vs 33%-66%) and is rapidly absorbed (peak: 1 hour). Also, plasma concentrations increase linearly with increasing dose.[26]

This is not true with gabapentin. Our study in accordance with the above mentioned studies suggests that pain relief with pregabalin may be obtained relatively rapidly and with fewer limiting adverse reactions than other treatment modalities available in chronic pain syndromes, which provides an advantage for patients as compared with frequently used therapies, such as tricyclic antidepressants and anticonvulsants, including gabapentin.

Our results suggested that all antineuropathic drugs are effective in relieving neuropathic pain in patients with cancer. But pregabaline has statistically and clinically significant morphine-sparing effect in relieving neuropathic cancer pain and neuropathic symptoms as compared to other antineuropathic drugs.

### Declaration of Conflicting Interests

The authors disclosed receipt of the following financial support for the research, authorship, and/or publication of this article: We got financial support for the study from Institute Research Grant of All India Institute of Medical Sciences. We did not get any financial support from other funding agency.

### Funding

The authors disclosed receipt of the following financial support for the research, authorship, and/or publication of this article: We got financial support for the study from Institute Research Grant of All India Institute of Medical Sciences. We did not get any financial support from other funding agency.

### References

1. Merskey H, Bugduk M. *Classification of Chronic Pain. Descriptors of Chronic Pain Syndromes and Definitions of Pain Terms*. Seattle, WA: ISAP Press; 1994:209-213.
2. Hempenstall K, Rice ASC. Current options in neuropathic pain. *Drugs*. 2002;3(3):441-448.
3. Morello CM, Leckband SG, Stoner CP, Moorhouse DF, Sahagian GA. Randomized double-blind study comparing the efficacy of gabapentin with amitriptyline on diabetic peripheral neuropathy pain. *Arch Intern Med*. 1999;159(16):1931-1937.
4. Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. *JAMA*. 1998; 280(21):1831-1836.
5. Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L. Gabapentin for the treatment of postherpetic neuralgia: a randomized controlled trial. *JAMA*. 1998;280(5):1837-1842.
6. Dallocchio C, Buffa C, Mazzarello P, Chiroli S. Gabapentin vs. amitriptyline in painful diabetic neuropathy: an open-label pilot study. *J Pain Symptom Manage*. 2000;20(4):280-285.
7. Rice AS, Maton S. Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo controlled study. *Pain*. 2001;94(2):215-224.
8. Backonja M, Glanzman RL. Gabapentin dosing for neuropathic pain: evidence from randomized, placebo-controlled clinical trials. *Clin Ther*. 2003;25(1):81-104.
9. Oneschuk D, al-Shahri MZ. The pattern of gabapentin use in a tertiary palliative care unit. *J Palliat Care*. 2003;19(3):185-187.
10. Caraceni A, Zecca E, Martini C, De Conno F. Gabapentin as an adjuvant to opioid analgesia for neuropathic cancer pain. *J Pain Symptom Manage*. 1999;17(6):441-445.
11. Rosenstock J, Tuchman M, LaMoreaux L, Sharma U. Pregabalin for the treatment of painful diabetic peripheral neuropathy: a double-blind, placebo-controlled trial. *Pain*. 2004;110(3): 628-638.
12. Dworkin RH, Corbin AE, Young JP Jr, et al. Pregabalin for the treatment of postherpetic neuralgia: a randomized, placebo-controlled trial. *Neurology*. 2003;60(8):1274-1283.
13. Roth A, Kolaric K. Analgesic activity of calcitonin in patients with painful osteolytic metastases of breast cancer. *Oncology*. 1986;43(5):283-287.
14. Brown JA, Pilitsis JG. Motor cortex stimulation for central and neuropathic facial pain: a prospective study of 10 patients and observations of enhanced sensory and motor function during stimulation. *Neurosurgery*. 2005;56(2):290-297.
15. Lyrica. *United States Prescribing Information*. New York, NY: Pfizer Inc; 2005.
16. Dooley DJ, Donovan CM, Pugsley TA. Stimulus-dependent modulation of [3H] norepinephrine release from rat neocortical slices by gabapentin and pregabalin. *J Pharmacol Exp Ther*. 2000; 295(3):1086-1093.
17. Lesser H, Sharma U, LaMoreaux L, Poole RM. Pregabalin relives symptom of painful diabetic neuropath. *Neurology*. 2004;63(11): 2104-2110.
18. Sabatowski R, Gálvez R, Cherry DA, et al. Pregabalin reduces pain and improves sleep and mood disturbances in patients with post-herpetic neuralgia. *Pain*. 2004;109(1-2):26-35.
19. Decosterd I, Allchorne A, Woolf CJ. Differential analgesic sensitivity of two distinct neuropathic pain models. *Anesth Analg*. 2004;99(2):457-463.
20. Galluzzi KE. Management of neuropathic pain. *J Am Osteopath Assoc*. 2005;105(9 suppl 4):12-19.
21. Bennett MI, Simpson KH. Gabapentin in the treatment of neuropathic pain. *Palliat Med*. 2004;18(1):5-11.
22. Gilron I, Bailey JM, Tu D, Holden RR, Weaver DF, Houlden RL. Morphine, gabapentin, or their combination for neuropathic pain. *N Engl J Med*. 2005;31;352(13):1324-1334.
23. Serpell MG, Neuropathic Pain Study Group. Gabapentin in neuropathic pain syndromes: a randomized, double-blind, placebo controlled trial. *Pain*. 2002;99(3):557-566.
24. Raja SN, Haythornthwaite JA, Pappagallo M, Clark MR. Opioids versus antidepressants in postherpetic neuralgia: a randomized, placebo-controlled trial. *Neurology*. 2002;59(7): 1015-1021.
25. Guay DRP. Adjunctive agents in the management of chronic pain. *Pharmacotherapy*. 2001;21(9):1070-1081.
26. Tremont-Lukats IW, Megeff C, Backonja M-M. Anticonvulsants for neuropathic pain syndromes: mechanisms of action and place in therapy. *Drugs*. 2000;60(5):1029-1052.
27. Frampton JE, Scott LJ. Pregabalin: in the treatment of painful diabetic peripheral neuropathy. *Drugs*. 2004;64(24):2813-2820.