# EXHIBIT D

**NEPHROLOGY**

Nephrology 17 (2012) 710–717

Original Article

# Pregabalin versus gabapentin in the treatment of neuropathic pruritus in maintenance haemodialysis patients: A prospective, crossover study

YALCIN SOLAK,[1] ZEYNEP BIYIK,[1] HUSEYIN ATALAY,[1] ABDUZHAPPAR GAIPOV,[1] FIGEN GUNEY,[2] SULEYMAN TURK,[1] ADRIAN COVIC,[4] DAVID GOLDSMITH[5] and MEHMET KANBAY[3]

[1]Division of Nephrology, Department of Internal Medicine, [2]Department of Neurology, Meram School of Medicine, Konya University, Meram, Konya, [3]Department of Medicine, Division of Nephrology, Kayseri Training and Research Hospital, Kayseri, Turkey, [4]Nephrology Clinic, Dialysis and Renal Transplant Center, 'C.I. PARHON' University Hospital, 'Gr. T. Popa' University of Medicine and Pharmacy, Iasi, Romania; and [5]Renal Unit at Guy's and St Thomas' NHS Foundation Hospital, London, UK

**KEY WORDS:**
gabapentin, haemodialysis, itch, peripheral neuropathy, pregabalin, pruritus.

**Correspondence:**
Dr Yalcin Solak, Konya Universitesi, Meram Tip Fakultesi, Hemodiyaliz Sekreterligi, Meram, Konya, Turkey. Email: yalcinsolakmd@gmail.com

Accepted for publication 13 August 2012.
Accepted manuscript online 22 August 2012.

doi:10.1111/j.1440-1797.2012.01655.x

Conflict of Interest: All authors declared no competing interests and all authors had access to the data and played a role in writing this manuscript.

**SUMMARY AT A GLANCE**

This paper examines the complex relationship betwen peripheral neuropathy and itch in patients receiving haemodialysis and considers whether treatment with gabapentin or pregabalin provides effective therapy. Either treatment was useful for modification of both pruritus and neuropathic pain. Further trials are required to explore this in greater detail.

**ABSTRACT:**

*Aim:*  Pruritus is common in dialysis patients. Peripheral neuropathy is also prevalent in this patient population. However, the role of neuropathy in the genesis of uraemic itch has not been adequately studied to date. Therefore, we aimed to investigate the effects of gabapentin and pregabalin on uraemic pruritus along with neuropathic pain in patients receiving haemodialysis.
*Methods:*  This is a 14 week long randomized, prospective, cross-over trial. Haemodialysis patients with established neuropathy and/or neuropathic pain were included. Fifty patients were randomly assigned to gabapentin 300 mg after each haemodialysis session and pregabalin 75 mg daily. After 6 weeks of treatment, cross-over was performed and patients received the other drug for another 6 weeks. Short Form of McGill Pain Questionnaire and Visual Analogue Scale were used to evaluate pain and pruritus, respectively. At each week's visit, patients were interrogated in terms of adverse effects of study drugs. Baseline laboratory data and demographic characteristics were recorded from patient charts.
*Results:*  Forty (12 males, 28 females) out of 50 patients completed the study. Mean age was 58.2 ± 13.7. Overall, 29 out of 40 patients (72.5%) had pruritus symptoms at baseline evaluation. Fifteen patients (37.5%) were diabetic. Thirty-one out of 40 patients (77.5%) had electromyography (EMG)-proven peripheral neuropathy. Twenty three patients (57.5%) had both EMG-proven neuropathy and pruritus. Gabapentin and pregabalin improved both neuropathic pain and pruritus significantly. There was no difference between the study drugs in terms of efficacy against pain and pruritus.
*Conclusion:*  Treatment of neuropathic pain with either pregabalin or gabapentin effectively ameliorates uraemic itch.

## INTRODUCTION

Pruritus is a common and sometimes debilitating symptom experienced by patients undergoing maintenance haemodialysis.[1] At least 50% of patients on maintenance haemodialysis suffer from chronic pruritus.[2] It compromises overall quality of life, affects sleep quality and interferes with work.[3]

Despite advances in many aspects of end-stage renal disease (ESRD) related complications, pruritus still remains one of the most challenging clinical problems for both clinicians and patients. Although the association of uraemia with pruritus has been recognized for decades, the precise mechanism of uraemic pruritus is yet to be fully elucidated. A number of factors have been supposed to be related to pruritus in

© 2012 The Authors
Nephrology © 2012 Asian Pacific Society of Nephrology

uraemic patients. These factors can be grouped into uraemia related (uraemic itching, xerosis, anaemia of chronic kidney disease, secondary hyperparathyroidism) and uraemia unrelated (drug related reactions, senility, hepatitis, hypercalcaemia, diabetes mellitus) factors.[1] A number of hypotheses have been supposed to explain the pathophysiology of uraemic pruritus. Neuropathic hypothesis is among these and supposes that neuropathy, a common finding in uraemic patients, alters the perception of peripheral stimuli and facilitates sensation of itch with stimulants that would not lead to itch under normal conditions.[4]

Neuropathic itch has been defined as an itch initiated or caused by a primary lesion or dysfunction at any point along the afferent pathway of the nervous system.[5] Neurological disorders of the central and peripheral nervous system that lead to nervous tissue damage are often associated with sensory abnormalities. Neuropathic itch could arise as a consequence of a microscopic or macroscopic lesion affecting the peripheral or central somatosensory neurons that transduce, transmit and process itch signals.[4] Neuropathic itch can be encountered in a number of disease states including postherpetic neuralgia,[6] polyneuropathies related to chemotherapy induced, HIV-induced and fabry disease, nerve entrapment or root compression,[7] and central nervous system (CNS) injury such as multiple sclerosis, stroke or brain tumors.[8] Interestingly, despite increasing epidemic of ESRD and common co-occurrence of chronic pruritus and neuropathic pain in these patients, the presence and nature of neuropathic itch in patients with haemodialysis has not been studied to date. Akhyani et al.[9] found that pruritus was found in 41.9% of 167 haemodialysis patients. Neuropathy was significantly more common in the pruritic group (63.8% versus 42.1%).

Gabapentin, a GABAergic drug, has been found to be effective in the treatment of uraemic pruritus.[10,11] This relatively high efficacy on pruritus by a neuropathic painkiller lends support to the contribution of neuropathy in the pathogenesis of UP. Despite frequent co-occurrence of chronic pruritus and peripheral neuropathy in the same dialysis patient and preliminary observations[12] of close interrelationship of neuropathy and pruritus, surprisingly few studies have investigated the role of medications that are used for neuropathy in the treatment of uraemic pruritus. Despite the presence of studies showing beneficial effects of pregabalin on neuropathic pain, there is only one recent study,[13] which showed relief of chronic UP with pregabalin treatment. However, this study did not specifically look at neuropathic pruritus and neuropathy was not objectively demonstrated. When the scope of the problem is considered, the available research regarding neuropathic pruritus is at its infancy currently. Thus, we aimed to evaluate the effects of GABAergic drugs, gabapentin and pregabalin, on pruritus in the context of peripheral neuropathy in a prospective cross-over trial, in haemodialysis patients.

## METHODS

### Study design

This is a 14 week long, open-label, prospective, randomized crossover study that was conducted at a private haemodialysis centre. The study was approved by the Local Ethics Committee. The study was carried out in accordance with the principles contained in the Declaration of Helsinki. All patients gave informed consent before taking part in this study. This study was conducted as part of a wider hypothesis, which aimed to investigate the effects of pregabalin and gabapentin on pain intensity, quality of life, depression, sleep quality and pruritus. The neuropathic pruritus hypothesis was generated retrospectively after collection of the data. The primary end point of the study was to determine the frequency of neuropathic pruritus and to compare the effects of gabapentin and pregabalin on pruritic symptoms in haemodialysis patients with peripheral neuropathy. All patients in a private haemodialysis centre were screened for eligibility. Originally patients with neuropathic pain symptoms and/or diagnosis were planned to be recruited in the study. We included patients with neuropathic pain regardless of pruritus symptoms. The presence of neuropathic pain and/or current treatment with a painkiller medication were prerequisites for the inclusion. Then pruritus was evaluated in these neuropathic patients. Criteria for inclusion in the study were as follows: prior diagnosis of peripheral neuropathy or being on drug treatment for peripheral neuropathy for at least 3 months, minimum 40 mm pain score in the Short Form of McGill Pain Questionnaire, undergoing haemodialysis for at least 6 months, achievement of dialysis adequacy (Kt/V > 1.2), and age >18 years. Exclusion criteria were as follows: the presence of hepatic, cardiopulmonary and uncontrolled psychiatric disease, pain syndromes other than peripheral neuropathy, specific dermatologic disease, which may cause pain and/or pruritus, abnormal blood counts (white blood cells < 2500/mm$^3$ and platelet count < 10 × 10$^3$/mm$^3$), presence of active malignancy, untreated hypothyroidism and patients with extremity amputation. Patients under gabapentin treatment before enrolment underwent washout for 6 weeks before randomization. All patients were instructed to complete the Short Form of McGill Pain Questionnaire (SF-MPQ) for assessment of pain and visual analogue scale (VAS) for assessment of pruritus at the baseline evaluation. The same questionnaires were repeated after each treatment phase. In addition, all patients underwent electromyography (EMG) performed by an experienced neurologist at the outset. However, electromyographic proof of peripheral neuropathy was not necessary for inclusion. We only used EMG results as an objective test to demonstrate peripheral nerve damage, if any. Patients were randomized into either gabapentin (25 patients) or pregabalin (25 patients) treatment arms using computer generated random numbers. After a 6 week treatment period, patients underwent a 2 week washout. Then we performed a crossover and reversed treatment groups for another 6 week period. The flow-diagram of the study protocol is depicted in Figure 1. The term 'neuropathic pruritus' was used to describe the patients who were shown to have electromyographic evidence of neuropathy and/or neuropathic pain along with complaints of chronic pruritus, which was caused by neuropathic processes other than an obvious dermatologic or systemic disease (at least for 6 weeks). Gabapentin (Neurontin, Pfizer İlaçları Şti., Istanbul, Turkey) was administered at a dose of 300 mg after each haemodialysis session (thrice weekly) and

Y Solak *et al*.



**Fig. 1** Flow diagram of study design.

pregabalin (Lyrica, Pfizer) at a dose of 75 mg per day. These doses were determined based on recommendations of manufacturers of the respective medications. Both gabapentin and pregabalin were administered at the maximally allowed doses. Patients were asked not to use benzodiazepines, muscle relaxants, opioid analgesics or nonsteroidal anti-inflammatory drugs, tricyclic antidepressants and antiepileptic drugs without informing the investigator physicians.

## Subjects

All patients have been receiving maintenance haemodialysis for at least 6 months. Haemodialysis was performed for 4 h thrice weekly via a polysulphone high-flux dialyser using bicarbonate containing dialysate containing 138 mmol/L sodium, 1.5 mmol/L calcium, and 34 mmol/L bicarbonate. None of the patients had concomitant dermatological, liver or metabolic diseases, which may be associated with pruritus. All patients who complained of persistent pruritus had been already on antihistamines and/or emollients.

## Electromyography

Nerve conduction studies were performed using a Nihon Kohden electromyography (EMG) machine (MEB-7102 K), with a filter setting of 20 Hz to 3 kHz, using an analysis time of 50 ms. For the recordings Medtronic 9013S0401 surface recording electrodes were used. Studies were performed in a warm room, with extremity skin temperature of 32°C or above, at the side where nerve conduction velocity measurement was done. Median motor and sensory nerve conduction velocities were performed in one upper extremity and posterior tibial, peroneal motor conduction velocities in one lower

© 2012 The Authors
Nephrology © 2012 Asian Pacific Society of Nephrology

extremity were performed by the method described by Oh.[14] Abnormality was defined as slowed velocity or absent response in at least two nerves.

### Efficacy and safety assessments

All patients with complaints of neuropathic pain and/or previous neuropathy diagnosis were asked to complete the Short Form of McGill Pain Questionnaire (SF-MPQ) and visual analogue scale (VAS). The patients were asked to record the severity of their pruritus on a VAS. The scale consisted of a 10 cm horizontal line marked from 0 (denoting no itch) to 10 (denoting worst possible imaginable itch). SF-MPQ was used to assess intensity of neuropathic pain. This form is made up of three parts: The main component of the SF-MPQ consists of 15 descriptors (11 sensory; four affective) which are rated on an intensity scale as 0 = none, 1 = mild, 2 = moderate or 3 = severe. Three pain scores are derived from the sum of the intensity rank values of the words chosen for sensory, affective and total descriptors. The SF-MPQ also includes the present pain intensity (PPI) index of the standard MPQ and a visual analogue scale.[15] The validity and reliability of this questionnaire has also been shown in a Turkish population.[16] Pre-dialysis blood samples were drawn for haematocrit, serum calcium, phosphate, albumin and parathyroid hormone levels. The patients were monitored for drug-related adverse events at each week's midweek haemodialysis session.

### Statistical analysis

The data were evaluated using the SPSS 15 (Statistical Package for the Social Sciences, Chicago, IL, USA) statistical program. Categorical variables are presented as absolute number and percentage (in parentheses), continuous variables as mean ± SD. For statistical analysis, the nonparametric Mann–Whitney $U$-test was used for continuous and the $\chi^2$ test for categorical variables. Compartment of variables before and after treatment were analyzed by nonparametric Wilcoxon Signed Ranks test. In all analyses, a $P$-value <0.05 was accepted as statistically significant.

## RESULTS

Basic laboratory data and socio-demographic characteristics of the entire study population are depicted in Table 1. A total of 80 patients out of 180 screened haemodialysis patients were evaluated in terms of eligibility. Thirty patients were excluded for various reasons as described in the study flowchart figure (Fig. 1). Fifty patients who fulfilled inclusion criteria and agreed to participate in the study were enrolled. Forty out of 50 patients completed the entire study period. Ten patients were dropped because of various reasons (Fig. 1). Overall, 29 out of 40 patients (72.5%) had self-reported pruritus symptoms at baseline evaluation. Mean VAS score at baseline was 5.84 ± 1.38 (range 4–9). Fifteen patients (37.5%) were diabetic. EMG showed the following results: sensorimotor neuropathy in 26 patients, motor neuropathy in four patients and isolated sensorial neuropathy in one patient. Overall, 31 out of 40 patients (77.5%) had EMG-proven peripheral neuropathy. Twenty-three patients (57.5%) had both EMG-proven neuropathy and pruritus. Gabapentin and pregabalin improved both neuropathic pain and pruritus significantly. There was no difference between the study drugs in terms of efficacy against pain (percent difference after treatment −8.9 ± 4.1 (47.7%) for gabapentin and −9.3 ± 4.0 (49.9%) for pregabalin, respectively. $P$ = 0,576). There was no difference between gabapentin and pregabalin in terms of improvement in pruritus (difference in VAS score and percent of difference in parentheses after treatment: −4.41 ± 1.78 (77.9%) for gabapentin and −4.43 ± 2.1 (79.2%) for pregabalin, respectively, $P$ = 0.844) (Table 2). When patients with and without pruritus were compared, there was no difference in terms of intensity of neuropathic pain (Table 1). Various adverse events were observed with the use of gabapentin and pregabalin (Table 3). There was no significant difference with regards to the frequency of adverse events between gabapentin and pregabalin despite a trend of more frequent observations in gabapentin treatment.

## DISCUSSION

The principal finding of this study was that pruritus was very common among maintenance haemodialysis patients with peripheral neuropathy. When only self-reported symptoms or previous drug use based on symptoms were taken into consideration, prevalence of pruritus was much higher in self-reported neuropathic patients compared with patients with EMG-proven neuropathy. Both pregabalin and gabapentin reduced severity of the pruritus in neuropathic haemodialysis patients. Both drugs were tolerated well and there was no difference between pregabalin and gabapentin with respect to efficacy against itch. This study is the first to report effectiveness of pregabalin in the setting of neuropathic pruritus.

Itch is defined as an unpleasant cutaneous sensation that provokes the desire to scratch.[4] Generally itch can be considered in two main types: pruritoceptive (peripheral, arising from skin) and neurogenic (neuropathic). Uraemic pruritus (UP) is a common symptom in patients requiring dialysis although the prevalence of UP has decreased by more than half with the advent of improved dialysis technology.[17] Renal transplantation is the only known cure for uraemic pruritus; however, this is not available for every ESRD patient. Various treatment modalities have been tried to date to relieve itch in haemodialysis patients. Antihistamines and emollients constitute the mainstay of treatment. However 30–50% of pruritic patients do not respond to these first-line treatment options.[18,19]

Many factors seem responsible for generation of pruritus in uraemic patients. Xerosis, accumulation of pruritogenic substances that cannot be removed by dialysis, elevated concentrations of divalent ions (calcium and phosphorus), hyperparathyroidism are among potential contributors.[20] In addition, Fantini et al.[21] showed a reduction in the total

Y Solak *et al*.

Table 1  Demographic characteristics and baseline laboratory data of entire study population

| Parameters | Total, n = 40 | Patients with pruritus (n = 29) | Patients without pruritus (n = 11) | *P-value |
|---|---|---|---|---|
| Age (years) | 58.2 ± 13.7 | 57.9 ± 14.9 | 59.1 ± 10.6 | 0.90 |
| Gender M : F | 12:28 | 8:21 | 4:7 | – |
| Haemodialysis vintage (months) | 55.1 ± 35.4 | 55 ± 35.4 | 55.5 ± 37.3 | 0.81 |
| Aetiology of renal failure: | | | | |
|    Diabetes mellitus | 15 (37.5%) | 10 (34.5%) | 5 (45.4%) | 0.38 |
|    Polycystic kidney disease | 6 (15%) | 3 (10.3%) | 3 (27.2%) | 0.19 |
|    Hypertensive nephrosclerosis | 2 (5%) | 1 (3.4%) | 1 (9%) | 0.48 |
|    Amyloidosis | 2 (5%) | 1 (3.4%) | 1 (9%) | 0.48 |
|    Glomerulonephritides | 1 (2.5%) | 1 (3.4%) | 0 | 0.72 |
|    Urologic causes | 1 (2.5%) | 1 (3.4%) | 0 | 0.72 |
|    Other | 2 (5%) | 2 (6.8%) | 0 | 0.52 |
|    Unknown | 11 (27.5%) | 10 (34.5%) | 1 (9%) | 0.11 |
| Duration of diabetes mellitus (months) | 249.4 ± 91.5 | 91.8 ± 142.2 | 97.8 ± 115.7 | 0.78 |
| Duration of neuropathic pain (months) | 59.2 ± 53.6 | 66.5 ± 57.3 | 39.9 ± 37.9 | 0.21 |
| Haemoglobin (gr/dL) | 11.3 ± 1.4 | 11.4 ± 1.4 | 11.4 ± 1.7 | 0.85 |
| Albumin (gr/dL) | 4.0 ± 0.3 | 4.1 ± 0.4 | 4 ± 0.3 | 0.27 |
| Urea (mg/dL) | 119 ± 23 | 119.6 ± 23.8 | 124.9 ± 20.6 | 0.71 |
| Creatinine (mg/dL) | 7.8 ± 1.9 | 7.8 ± 1.9 | 7.6 ± 1.1 | 0.68 |
| Potassium before RRT | 5.48 ± 0.70 | 5.47 ± 0.79 | 5.51 ± 0.44 | 0.87 |
| Potassium after RRT | 3.68 ± 0.40 | 3.68 ± 0.46 | 3.66 ± 1.91 | 0.32 |
| Calcium (mg/dL) | 9.3 ± 0.7 | 9.3 ± 0.7 | 9.5 ± 0.9 | 0.26 |
| Phosphorus (mg/dL) | 4.6 ± 1.3 | 4.5 ± 1.3 | 5.2 ± 1.2 | 0.052 |
| Ca × P product | 43.8 ± 13,7 | 41.5 ± 13.4 | 50.2 ± 13.5 | 0.028 |
| Intact parathyroid hormone (pg/ml) | 282.1 ± 233.0 | 308 ± 248.3 | 214 ± 179.4 | 0.17 |
| ALP (U/L) | 116.6 ± 57.9 | 122.2 ± 59.8 | 101.9 ± 52.2 | 0.12 |
| Kt/V | 1.5 ± 0.2 | 1.5 ± 0.2 | 1.4 ± 0.2 | 0.23 |
| Ferritin (ng/mL) | 699.9 ± 281.0 | 702.8 ± 296.2 | 692.5 ± 249.7 | 0.63 |
| CRP (mg/L) | 11.7 ± 17.1 | 12.7 ± 19 | 9 ± 10.4 | 0.45 |
| Pruritis VAS Score | 58.4 ± 13.8 | 58.4 ± 13.8 | – | – |
| SF-MPQ Total | 18.6 ± 4.1 | 18.9 ± 3.9 | 18.2 ± 4.7 | 0.52 |
| SF-MPQ VAS | 68.3 ± 12.9 | 68.6 ± 12.5 | 67.7 ± 14.7 | 0.75 |
| SF-MPQ PPI | 2.7 ± 0.8 | 2.9 ± 0.9 | 2.5 ± 0.8 | 0.12 |
| EMG-proven neuropathy | 31 (77.5%) | 23 (79.3%) | 8 (72.7%) | 0.68 |
| Type of peripheral neuropathy: | | | | |
|    Sensory-motor neuropathy | 26 (65%) | 19 (65.5%) | 7 (63.6%) | 0.59 |
|    Motor neuropathy | 4 (10%) | 4 (13.7%) | 0 | 0.26 |
|    Sensorial neuropathy | 1 (4%) | 0 | 1 (9%) | 0.27 |

Categorical variables are presented as absolute number and percentage (in parentheses), continuous variables as mean ± SD. *For comparison between group of patients with and without pruritus, the nonparametric Mann–Whitney *U*-test was used for continuous and the $\chi^2$ test for categorical variables. ALP, alkaline phosphatase; CRP, C-reactive protein; EMG, electromyography; PPI, present pain intensity; RRT, renal replacement therapy; SF-MPQ, Short Form of McGill Pain Questionnaire; VAS, visual analogue scale.

Table 2  Changes in Short Form of McGill Pain Questionnaire (SF-MPQ) and visual analogue scale (VAS) with gabapentin and pregabalin treatments in patients with pruritus (29 patients)

| | Before GABA | After GABA | *P value | Before LYRICA | After LYRICA | *P-value |
|---|---|---|---|---|---|---|
| SF-MPQ TOTAL | 19.1 ± 3.9 | 9.2 ± 4.4 | <0.001 | 18.6 ± 3.9 | 9.1 ± 3.5 | <0.001 |
| SF-MPQ VAS | 68.8 ± 11.6 | 32.2 ± 15.6 | <0.001 | 67.4 ± 12.1 | 32.1 ± 14.3 | <0.001 |
| SF-MPQ PPI | 2.9 ± 0.9 | 1.3 ± 0.8 | <0.001 | 2.8 ± 0.8 | 1.4 ± 0.7 | <0.001 |
| Pruritus VAS Score | 5.84 ± 1.38 | 1.43 ± 2.0 | <0.001 | 5.8 ± 1.4 | 1.36 ± 2.32 | <0.001 |

*Compare of difference before and after treatment by nonparametric Wilcoxon Signed Ranks test. See text for percent difference in gabapentin and pregabalin pretreatment and after treatment values. PPI, present pain intensity.

© 2012 The Authors
Nephrology © 2012 Asian Pacific Society of Nephrology

Case 1:04-cv-10981-PBS   Document 4172-4   Filed 10/15/13   Page 7 of 9

Table 3 Adverse events related to gabapentin and pregabalin treatments

| Adverse events | Gabapentin ($n = 40$) | Pregabalin ($n = 40$) |
| --- | --- | --- |
| Dizziness | 6 | 7 |
| Somnolence | 5 | 5 |
| Dry mouth | 3 | 1 |
| Balance disorder | 2 | 1 |
| Myoclonus | 1 | 1 |
| Diarrhoea | 3 | – |
| Nausea | 2 | – |
| Constipation | 2 | – |
| Tremor | 3 | – |
| Insomnia | – | 1 |
| Euphoria | – | 1 |

number of skin nerve terminals in renal failure patients and concluded that skin innervation is nonspecifically altered in most ESRD patients, possibly as a consequence of neuropathy. The common concurrence of chronic pruritus and the neuropathy may lend support to neuropathic hypothesis. This hypothesis assumes that the peripheral nerve damage caused by uraemic neuropathy, which occurs in more than 65% of patients on maintenance haemodialysis, results in a decreased perception threshold.[12] Thus, irritative stimuli or skin disorders such as simple xerosis, while not intense enough to cause pruritus in a healthy person, may lead to itch in uraemic patients.

Zakrzewska-Pniewska et al.[12] analyzed the relationship between somatic neuropathy and pruritus as well as the association between pruritus and dysautonomia in haemodialysis patients. Motor and sensory nerve conduction velocity (NCV), R-R interval variation (reflects parasympathetic function), sympathetic skin response (reflects sympathetic function) and four-item pruritus score were evaluated in chronic haemodialysis patients. Of 51 haemodialysis patients 62.7% had pruritus of various intensities, whereas almost all patients had some symptom or signs of peripheral sensorimotor neuropathy. Clinical symptoms and signs of dysautonomia occurred in as much as 76% of patients. The results of this study showed a statistically significant relationship between the severity of the pruritus and the presence of paresthesia. There was also a tendency toward a relationship between the presence of pruritus and abnormal SSR results. Our results are in agreement with this study. At baseline 72.5% of patients had symptomatic pruritus. All patients had neuropathic symptoms, however, only 77.5% of the entire study population showed electromyographic changes compatible with peripheral neuropathy assessed by EMG.

Gabapentin was first tested as an anticonvulsant drug.[22] During clinical use for epilepsy, it was discovered that gabapentin was effective in the treatment of chronic pain states, especially neuropathic pain.[23] However, none of these treatment modalities offers strong and consistent relief of itch in every patient with UP. A recent systematic review[24] showed insufficient data and efficacy of topical capcaicin in the treatment of UP. The case is not different from the capsaicin for other available treatment options of persistent UP. Therapeutic decision-making in UP is further confounded when favourable findings from many reports (mostly uncontrolled trials and case series) are not validated by larger controlled studies.[25] The lack of benefit of a given anti-pruritic drug may in part be explained by the commonly multifactorial aetiology of UP. For example, in a patient with a predominant skin changes such as xerosis may benefit from emollients. However, taken as a subclass of antipruritic agents, gabapentin provides relief of pruritus in most of the uraemic patients, at higher frequencies compared to use of other single agents. A number of studies have evaluated efficacy and tolerability of gabapentin in the setting of UP. In a small pilot study five haemodialysis patients unresponsive to antihistamines received an initial gabapentin dose of 100 mg after each haemodialysis session for a 4 week period. Mean pruritus scores, assessed by VAS, were decreased with gabapentin treatment.[10] Gunal et al.[11] in a placebo controlled prospective trial evaluated the effect of gabapentin 300 mg after each haemodialysis session (three times per week) for 4 weeks. The authors found a significant improvement in pruritus intensity assessed by VAS compared with the placebo group. Only one patient did not respond to gabapentin treatment. Another double-blind placebo-controlled study found that gabapentin was effective in pruritic haemodialysis patients.[26] More recently Razeghi et al.,[27] in a double blind trial, investigated the effect of gabapentin 100 mg after each haemodialysis session for 4 weeks. When assessed by VAS baseline and after the treatment period, gabapentin treatment significantly improved VAS scores. Although our results are in agreement with these previous studies, some differences should be mentioned. None of these earlier studies investigated the precise aetiology of pruritus, at least neuropathic origin of UP in haemodialysis patients. However, we specifically recruited patients with neuropathic pain symptoms (assessed by SF-MPQ). We also documented the presence and type of peripheral neuropathy objectively, by EMG studies.

Gabapentin and pregabalin suppress presynaptic glutamate release. These two compounds are structurally related and are derivatives of the inhibitory neurotransmitter gamma amino butyric acid (GABA).[28] The principal mechanism of action which explains their pharmacological profile is the inhibition of calcium currents via high-voltage activate channels containing the a2d-1 subunit, leading in turn to reduced neurotransmitter release and attenuation of postsynaptic excitability.[29]

In contrast to gabapentin, there is scarcity of data regarding the role of pregabalin in the treatment of pruritus. Only case reports and small series describing the use of pregabalin in various pruritic states have been reported to date. Pregabalin was found to be effective in unspecified chronic itch,[30] cetuximab-related itch[31] and pruritus related to Brown-Sequard Syndrome.[32] Very recently Aperis et al.[13]

© 2012 The Authors
Nephrology © 2012 Asian Pacific Society of Nephrology

evaluated pregabalin in the treatment of UP. They administered pregabalin 25 mg per day to maintenance haemodialysis patients who complained of persistent itch. There was a statistically significant difference between visual analogue scale values before and after the one month treatment period ($7.44 \pm 2.01$ and $1.7 \pm 1.31$, respectively, $P < 0.0003$). The results of this study are in line with our results. However, there are some differences between the two studies. First, we specifically studied uraemic neuropathic pruritus, which was demonstrated objectively by electromyography, in maintenance haemodialysis patients. However, the study by Aperis *et al*. relied on patients' statements and they did not discriminate the presence of neuropathy along with pruritic symptoms. Second our sample size is larger than theirs. And lastly we compared the effects of pregabalin to those of a more established drug in pruritic symptoms, namely gabapentin. We found equivalent efficacy between the two drugs.

One can speculate that gabapentin and pregabalin may have affected pruritus through the way they affect neuropathic pain. However, to date no study particularly investigated the nature of pruritus, whether it is accompanied by uraemic or other sorts of neuropathy, in haemodialysis patients. For the first time we showed in this study that in a group of haemodialysis patients with neuropathic pruritus, gabapentin and pregabalin showed beneficial effects in the amelioration of severity of itch. Notably both drugs lessened neuropathic pain significantly in these patients as well.

There are some limitations of this study that deserve mention. First, it was not a placebo-controlled and double-blinded study. Second, we did not assess pruritus on a daily basis. We only reported changes pretreatment and after the each treatment phase. However, patients were interrogated while receiving dialysis in terms of the presence or absence of pruritus by haemodialysis physicians. And these observations were in line with general results of the trial. Second, some of the neuropathic patients had long-standing type 2 diabetes mellitus. Thus, some of the patients may have had uraemic and/or diabetic peripheral neuropathy. Diabetes mellitus is prevalent in the maintenance haemodialysis population. And most of the time diabetic painful polyneuropathy co-exists with diabetic nephropathy induced ESRD. We did not exclude diabetic patients and did not try to make a distinction between diabetic and uraemic neuropathies or the combination of the two. Since a typical dialysis cohort includes many patients with concomitant diabetic neuropathy and gabapentin has been shown to be effective against this as well, we included patients with diabetes mellitus and potential diabetic neuropathy. One may also argue against the neuropathic nature of pruritus in these patients and suggest this may just be a coincidence. However, neuropathy was objectively shown in some patients (not all had EMG-proven neuropathy but had pain) and we excluded other apparent dermatologic causes of uraemic pruritus. All of the patients were also on first-line anti-pruritic treatment before and during the study period. Painful neuropathy is usually attributed to small unmyelinated pain and temperature fibres, with relatively normal EMG and conduction results. The absence of sensory nerve action potential (SNAP) latencies or reduction of amplitude is sometimes the only clue. This may also account for the negative EMG results of some of our patients.

In conclusion, for the first time in the literature, we showed in this study that pregabalin and gabapentin were found to be equally effective in the treatment of uraemic pruritus in haemodialysis patients with documented peripheral neuropathy. Whether patients who had no EMG-proven neuropathy would benefit antipruritic effects of these drugs remains to be elucidated. Especially interrogation of neuropathic symptoms and applying EMG when deemed necessary may help stratify patients with neuropathic pruritus and may enhance the likelihood of benefit from GABAergic drug treatment to both ailments. Based on these results, pregabalin may be a reliable alternative in the treatment of neuropathic pruritus to gabapentin. Extending the results of our study in larger cohorts is a clear requirement considering the scope of the neuropathic itch problem in these patients.

## ACKNOWLEDGEMENTS

Dr. A. Gaipov received grant support from the ERA-EDTA fellowship program. No sources of funding were used to conduct this study or prepare this manuscript.

## REFERENCES

1. Keithi-Reddy SR, Patel TV, Armstrong AW, Singh AK. Uremic pruritus. *Kidney Int.* 2007; **72** (3): 373–7.
2. Pisoni RL, Wikstrom B, Elder SJ *et al*. Pruritus in haemodialysis patients: International results from the Dialysis Outcomes and Practice Patterns Study (DOPPS). *Nephrol. Dial. Transplant.* 2006; **21** (12): 3495–505.
3. Narita I, Alchi B, Omori K *et al*. Etiology and prognostic significance of severe uremic pruritus in chronic hemodialysis patients. *Kidney Int.* 2006; **69** (9): 1626–32.
4. Binder A, Koroschetz J, Baron R. Disease mechanisms in neuropathic itch. *Nat. Clin. Pract. Neurol.* 2008; **4** (6): 329–37.
5. Yosipovitch G, Samuel LS. Neuropathic and psychogenic itch. *Dermatol. Ther.* 2008; **21** (1): 32–41.
6. Oaklander AL, Bowsher D, Galer B, Haanpaa M, Jensen MP. Herpes zoster itch: Preliminary epidemiologic data. *J. Pain* 2003; **4** (6): 338–43.
7. Cohen AD, Masalha R, Medvedovsky E, Vardy DA. Brachioradial pruritus: A symptom of neuropathy. *J. Am. Acad. Dermatol.* 2003; **48** (6): 825–8.
8. Canavero S, Bonicalzi V, Massa-Micon B. Central neurogenic pruritus: A literature review. *Acta Neurol. Belg.* 1997; **97** (4): 244–7.
9. Akhyani M, Ganji MR, Samadi N, Khamesan B, Daneshpazhooh M. Pruritus in hemodialysis patients. *BMC Dermatol.* 2005; **5**: 7.
10. Manenti L, Vaglio A, Costantino E *et al*. Gabapentin in the treatment of uremic itch: An index case and a pilot evaluation. *J. Nephrol.* 2005; **18** (1): 86–91.
11. Gunal AI, Ozalp G, Yoldas TK, Gunal SY, Kirciman E, Celiker H. Gabapentin therapy for pruritus in haemodialysis patients: A

randomized, placebo-controlled, double-blind trial. *Nephrol. Dial. Transplant.* 2004; **19** (12): 3137–9.
12. Zakrzewska-Pniewska B, Jedras M. Is pruritus in chronic uremic patients related to peripheral somatic and autonomic neuropathy? Study by R-R interval variation test (RRIV) and by sympathetic skin response (SSR). *Neurophysiol. Clin.* 2001; **31** (3): 181–93.
13. Aperis G, Paliouras C, Zervos A, Arvanitis A, Alivanis P. The use of pregabalin in the treatment of uraemic pruritus in haemodialysis patients. *J. Ren. Care* 2010; **36** (4): 180–85.
14. Oh SJ. Anatomical guide for common nerve conduction studies. In: Oh SJ (ed.). *Clinical Electromyography: Nerve Conduction Studies*, 3rd edn. Philadelphia, PA: Lippincott Williams & Wikins, 2003; 202–75.
15. Melzack R. The short-form McGill Pain Questionnaire. *Pain* 1987; **30** (2): 191–7.
16. Kuğuoğlu S, Eti Aslan F, Olgun N. McGill Melzack ağrı soru formunun Türkçe'ye uyarlanması. *Ağr.* 2003; **15**: 47–51.
17. Vila T, Gommer J, Scates AC. Role of gabapentin in the treatment of uremic pruritus. *Ann. Pharmacother.* 2008; **42** (7): 1080–84.
18. Russo GE, Spaziani M, Guidotti C *et al*. [Pruritus in chronic uremic patients in periodic hemodialysis. Treatment with terfenadine (an antagonist of histamine H1 receptors)]. *Minerva Urol. Nefrol.* 1986; **38** (4): 443–7.
19. Morton CA, Lafferty M, Hau C, Henderson I, Jones M, Lowe JG. Pruritus and skin hydration during dialysis. *Nephrol. Dial. Transplant.* 1996; **11** (10): 2031–6.
20. Narita I, Iguchi S, Omori K, Gejyo F. Uremic pruritus in chronic hemodialysis patients. *J. Nephrol.* 2008; **21** (2): 161–5.
21. Fantini F, Baraldi A, Sevignani C, Spattini A, Pincelli C, Giannetti A. Cutaneous innervation in chronic renal failure patients. An immunohistochemical study. *Acta Derm. Venereol.* 1992; **72** (2): 102–5.
22. Bryans JS, Wustrow DJ. 3-substituted GABA analogs with central nervous system activity: A review. *Med. Res. Rev.* 1999; **19** (2): 149–77.
23. Chouinard G. The search for new off-label indications for antidepressant, antianxiety, antipsychotic and anticonvulsant drugs. *J. Psychiatry Neurosci.* 2006; **31** (3): 168–76.
24. Gooding SM, Canter PH, Coelho HF, Boddy K, Ernst E. Systematic review of topical capsaicin in the treatment of pruritus. *Int. J. Dermatol.* 2010; **49** (8): 858–65.
25. Mettang M, Weisshaar E. Pruritus: Control of itch in patients undergoing dialysis. *Skin Therapy Lett.* 2010; **15** (2): 1–5.
26. Naini AE, Harandi AA, Khanbabapour S, Shahidi S, Seirafiyan S, Mohseni M. Gabapentin: A promising drug for the treatment of uremic pruritus. *Saudi J. Kidney Dis. Transpl.* 2007; **18** (3): 378–81.
27. Razeghi E, Eskandari D, Ganji MR, Meysamie AP, Togha M, Khashayar P. Gabapentin and uremic pruritus in hemodialysis patients. *Ren. Fail.* 2009; **31** (2): 85–90.
28. Tzellos TG, Papazisis G, Toulis KA, Sardeli C, Kouvelas D. A2delta ligands gabapentin and pregabalin: Future implications in daily clinical practice. *Hippokratia* 2010; **14** (2): 71–5.
29. Fink K, Dooley DJ, Meder WP *et al*. Inhibition of neuronal Ca(2+) influx by gabapentin and pregabalin in the human neocortex. *Neuropharmacology* 2002; **42** (2): 229–36.
30. Ehrchen J, Stander S. Pregabalin in the treatment of chronic pruritus. *J. Am. Acad. Dermatol.* 2008; **58** (2 Suppl): S36–7.
31. Porzio G, Aielli F, Verna L *et al*. Efficacy of pregabalin in the management of cetuximab-related itch. *J. Pain Symptom Manage.* 2006; **32** (5): 397–8.
32. Thielen AM, Vokatch N, Borradori L. Chronic hemicorporal prurigo related to a posttraumatic Brown-Sequard syndrome. *Dermatology* 2008; **217** (1): 45–7.

© 2012 The Authors
Nephrology © 2012 Asian Pacific Society of Nephrology