# EXHIBIT E

Pain Physician 2010; 13:245-249 • ISSN 1533-3159

Randomized Trial

# Multi-Day Low Dose Ketamine Infusion as Adjuvant to Oral Gabapentin in Spinal Cord Injury Related Chronic Pain: A Prospective, Randomized, Double Blind Trial

Yasser Mohamed Amr, MD

From: Tanta University Hospital, Tanta, Egypt

Dr. Amr is with the Department of Anesthesia, Tanta University Hospital, Tanta University, Tanta, Egypt.

Address correspondence:
Yasser Mohamed Amr, MD
Anesthesia Department
Tanta University Hospital
Tanta University
Tanta, Egypt, 31527
E-mail: yasser.amr@gmail.com

Disclaimer: This study was done after approval by the hospital ethics committee and written informed consent.
Conflict of interest: None.

Manuscript received:
12/18/2009
Revised manuscript received:
02/09/2010
Accepted for publication:
04/05/2010

Free full manuscript:
www.painphysicianjournal.com

**Background:** Severe, intractable, chronic pain is a significant management problem for those involved in the long-term care of spinal cord injury (SCI) patients. Gabapentin, an anticonvulsant, is widely used for treating chronic pain. Ketamine, an NMDA receptor antagonist, has been available in clinical practice for 35 years. Its usefulness in pathological pain states is known. Despite this, no formal research on its effectiveness in treating neuropathic SCI pain exists.

**Objectives:** This double-blind study sought to determine the safety and efficacy of adding a multi-day low dose ketamine infusion to oral gabapentin for treating chronic pain related to post spinal cord injury.

**Study Design:** Randomized, controlled, double blind trial

**Setting:** Hospital, in-patient setting.

**Methods:** Forty patients diagnosed with neuropathic pain secondary to spinal cord injury were randomized into 2 equal groups. Group I received an 80 mg intravenous ketamine infusion diluted in 500 cc normal saline over a 5 hour period daily for one week and 300 mg of gabapentin 3 times daily. Group II received a placebo infusion and 300 mg of gabapentin 3 times daily (continued) after 300 mg of gabapentin 3 times daily. Using the visual analogue scale, pain was assessed prior to treatment, daily following ketamine or placebo infusions for 7 days, and then weekly for one month after infusion termination. Side effects, specifically those related to ketamine or gabapentin, were reported.

**Results:** Both groups demonstrated significantly reduced pain scores compared with pre-treatment values ($P < 0.05$). Group I showed significant pain score improvements over Group II at all measurements ($P < 0.0001$) during infusion and 2 weeks after infusion termination. There was no statistical difference between the groups at 3 weeks and 4 weeks after infusion termination ($P = 0.54$ and $P = 0.25$ respectively). Both drugs were tolerated by all patients; no side effects required intervention.

**Conclusion:** Multi-day low dose ketamine infusion as adjuvant to gabapentin in post-spinal cord injury related chronic pain is safe and efficacious in reducing pain, but the effect compared to placebo ceased 2 weeks after infusion termination.

**Limitations:** Study size limited to 40 patients.

**Key words:** Ketamine, Gabapentin, Spinal, Pain, injury, chronic

**Pain Physician 2010; 13:245-249**

Pain Physician: May/June 2010; 13:245-249

Severe, intractable, chronic pain is a significant management problem for those involved in the long-term care of spinal cord injury (SCI) patients (1). Neuropathic pain's mechanism after SCI remains conjectural. An important factor to determine pain's potential mechanism following spinal injury relates to understanding the cascade of pathological, biochemical, and molecular events initiated by ischemic or traumatic insult to the cord (2).

Several mechanisms have been proposed. Among them are: spinal inhibitory loss mechanisms (3); synaptic plasticity (4); spinal and supraspinal microglia activation (5); changes in cell-signaling pathways at spinal and supraspinal sites (6,7); and transient elevation in the excitatory amino acids glutamate and aspartate, which act at the N-methyl-D-aspartate (NMDA) receptors. These are speculated to contribute to central sensitization or the permanent hyper-excitability of neurons in pain pathways (8).

Neuropathic SCI pain is difficult to treat, but evidence supports a treatment algorithm similar to what is proposed for peripheral neuropathic pain (9).

Many approaches have been used for treating neuropathic SCI pain—with varying degrees of success. Among them are: simple analgesics, tricyclic antidepressants (10), anticonvulsants (10,11), systemically administered local anesthetics or their congeners (12,13), and spinal cord stimulation (14).

Gabapentin, an anticonvulsant, is widely used for treating chronic pain (15). It has a high binding affinity for the $\alpha 2\delta$ subunit of the pre-synaptic voltage-gated calcium channels (16), which inhibit calcium influx and the subsequent release of excitatory neurotransmitters in pain pathways.

Ketamine, an NMDA receptor antagonist, has been available in clinical practice for 35 years. Its usefulness in pathological pain states is known. Despite this, no formal research on its effectiveness in treating neuropathic SCI pain exists. This study was designed to evaluate the efficacy and safety of adding multi-day low dose ketamine infusion to oral gabapentin for treating post spinal cord injury related chronic pain.

## Methods

Before conducting the study, hospital ethics committee approval and written informed consent were obtained. The study comprised 40 patients diagnosed with post spinal cord injury neuropathic pain. All patients had been exhibiting these symptoms for over 6

Table 1. *Patient characteristics in both groups, data are means ± SD, range or number .*

|  | Group I | Group II |
|---|---|---|
| Age (years) : Mean (SD) | 48.6±10.1 | 48.7 ± 9.7 |
| Height Cm : Mean (SD) | 165 ± 8 | 166 ± 9 |
| Weight Kg : Mean (SD) | 70 ± 13 | 73 ± 12 |
| Male / Female | 16/4 | 17/3 |
| Duration of pain (months) : Mean (range) | 8 (6 – 17) | 9 (7- 18 ) |
| **Level of injury** | | |
| C5-C8 | 2 | 1 |
| T1-T12 | 6 | 5 |
| L1-L5 | 10 | 12 |
| S1-S5 | 2 | 2 |
| **Injury status** | | |
| Complete | 8 | 6 |
| Incomplete | 12 | 14 |
| **Cause of SCI** | | |
| Motor vehicle accident | 4 | 6 |
| Fall | 15 | 14 |
| Sport accident | 1 | - |

months. A physical examination determined if sensory disturbance was present, including loss, reduction, or increased responsiveness in sensation to pinprick and light touch. The study's inclusion process continued until the requested number of patients was reached. Patients who had SCI at or above the C-4 level were excluded because of the risk of respiratory arrest. Other exclusion factors were: preexisting hypertension, angina, congestive cardiac failure, hepatic impairment, renal impairment, and an allergy to any drugs used in the study. Table 1 illustrates that the study groups showed no statistically significant differences regarding age, weight, height, gender, pain duration, injury level, injury status, and injury causes ($P > 0.05$).

The study followed a double-blind design. The patients were randomized into 2 equal groups. Forty envelopes were prepared; 20 were coded as Group I and 20 were coded as Group II. The sealed envelopes were opened by a blinded chief nurse not participating in the study or data collection for the patients to indicate the group in which they were assigned. The envelopes, infusion bottles containing either ketamine or placebo, and coding of these materials were prepared by an anesthesiologist in cooperation with the hospital's pharmacy. This anesthesiologist did not participate in the study, evaluate the patients or the data, or report the findings. No other medical or nursing staff were aware of the treatment administered to each patient. Group I received an 80 mg ketamine infusion diluted with 500

Table 2. *VAS for pain before treatment, daily for 7 days and weekly for one month after stopping infusion in Group I and Group II.*

| Time of measurements | Group I | Group II |
|---|---|---|
| Pre treatment | 84.25±10.92 | 83.75±11.22 |
| 1st day of infusion | 27.3 ± 8.9* | 72.3±5.4§‡ |
| 2nd day of infusion | 26.25±6.4* | 65.4±6.2*‡ |
| 3rd day of infusion | 23.3±3.8* | 60.6±3.9*‡ |
| 4th day of infusion | 21.2±1.9* | 44.7±5.3*‡ |
| 5th day of infusion | 21.5±4.9* | 40.2±2.8*‡ |
| 6th day of infusion | 18.4±3.2* | 42.3±1.9*‡ |
| 7th day of infusion | 14.0 ±5.6* | 42.5±14.5*‡ |
| 1 week after stopping of infusion | 21.50±6.39* | 43.00±4.05*‡ |
| 2 week after stopping of infusion | 22.4±7.54* | 44.00±4.61*‡ |
| 3 weeks after stopping of infusion | 43.4±5.6* | 42.5±3.2* |
| 4 weeks after stopping of infusion | 42.2±4.4* | 43.5±2.3* |

\* significant difference in comparison to pre-treatment , *P* value <0.0001.
§ significant difference within group II 1st day value in comparison to pre-treatment p=0.0002.
‡ significant difference between groups, *P* value <0.0001.
No significant difference between groups in 3rd, 4th week values *P*=0.54 , 0.25 respectively.

cc of normal saline over a 5-hour period daily for 7 days and 300 mg of gabapentin 3 times daily (continued). Group II received a placebo infusion of isotonic saline 0.9% over 5 hours daily for 7 days and 300 mg of gabapentin 3 times daily (continued).

Each patient received 2-5 mg of midazolam prior to infusion to avoid hypertensive response and muscle pain. During infusion, each patient was monitored with pulse oximetry, non-invasive blood pressure measurement, and ECG. Throughout the week of infusion, patients were monitored for ketamine side effects, including hypertension, tachycardia, hallucinations, nightmares, and headaches. Patients were asked to report any gabapentin side effects, including dizziness, drowsiness, and peripheral edema (swelling of extremities).

### Statistical Analysis

Data were presented in the form of mean ± S.D. Comparison of data parameters regarding patient characteristics was performed by Student's t-test. The Mann-Whitney-U test was used to compare the two groups' pain scores. Power of significance was considered significant if ($P < 0.05$).

### Results

There was no statistically significant difference in pre-treatment pain scores between the groups. As Table 2 illustrates, at all time periods examined, pain scores in both groups were significantly lower compared with pre-treatment values ($P < 0.05$). Pain scores decreased significantly in Group I as opposed to Group II at all time measurements ($P <0.0001$); however, there was no statistically significant difference between the groups at the third and fourth weeks after infusion termination ($P = 0.54$ and $P = 0.25$ respectively). After infusion termination, Group I, the group receiving ketamine as adjuvant, saw pain scores increase; at 3 weeks after infusion termination ($P < 0.0001$ in comparison to its values at 2 week ), Group I's pain scores were equal with Group II, which received gabapentin only.

Three patients in the ketamine group showed short-lasting delusions soon after ketamine infusion; 2 patients exhibited a 15% increase in base line heart rate during infusion. Gabapentin side effects occurred soon after its ingestion; 2 patients, one in each group, exhibited dizziness; 2 patients in Group I and one patient in Group II complained of feeling tired as well as a lack of coordination. None of these side effects required intervention.

### Discussion

Gabapentin's analgesic effects in patients with several neuropathic conditions is well-established. Two prospective studies (17,18) and one retrospective study (19) suggest gabapentin's efficacy for traumatic spinal cord pain.

In the present study, pain relief gained by using multi-day low dose ketamine infusion as adjuvant to

oral gabapentin for 7 days was superior to gabapentin alone. Further, the analgesic effect of ketamine infusion was sustained for 2 weeks after infusion termination. This improvement might suggest that continued treatment (longer than 7 days) or repeated treatments every 2 or 3 weeks might produce a more significant response. This agrees with Christoph et al's (20) findings, which implied that a short block of NMDA receptors in the spinal cord can lead to a long-lasting down-regulation of central hyperexcitability triggered by nerve injury. The effect is a common feature of different classes of NMDA antagonists.

A block of NMDA receptors might lead to unwanted psychotomimetic and hemodynamic effects, thus limiting the use of high doses (21). In this study, a low dose of ketamine was administered over a 5 hour period. The infusion rate, 16 mg/hour, is below doses reported to be associated with psychomimetic effects (22). Ketamine side effects during this study were mild and well tolerated; only 3 patients in the ketamine group exhibited short-duration delusions starting soon after infusion commencement.

Goldberg et al (23), in a study carried out on patients with complex regional pain syndrome, found that a 4-hour ketamine infusion that escalated over 10 days can result in significantly reducing pain while also improving mobility. Interestingly, Schwartzman et al (24) used ketamine infusion for 4 hours daily for 10 days at a rate of 0.35 mg/kg/h. The ketamine-treated group demonstrated consistent decreases for all pain parameters that lasted for the 12 week post-treatment evaluation period.

Another study done by Backonja et al (25) found that administering a single slow intravenous push of ketamine at 250 mcg/kg in patients with chronic neuropathic pain resulted in decreased pain scores. Sotar-Katzenschler et al (26) reported successful treatment of non-malignant pain with intrathecal S(+)-ketamine. Although the evidence for the treatment of chronic pain is moderate to weak, ketamine has been successfully used in patients when standard analgesic options have failed (27).

Benrath and colleagues (28) concluded that intravenous application of low dose S(+) ketamine did not affect the maintenance of established long-term potentiation when used without opioids in rats. This finding reflects clinical situations where using NMDA receptors antagonist for treating some forms of chronic pain has been unsatisfying (29). However, Burton et al (30) have reported that mechanical allodynia is reduced after administering intrathecal ketamine in a rat, possibly by preventing spinal cord sensitization. They further suggested that this effect was sustained for at least 2 weeks, but diminished after one month.

Neuropathic pain after spinal cord injury is very difficult to adequately control using currently available techniques. The clinical study documented here presents a new way of treating SCI pain by combining gabapentin with intravenous ketamine. While useful, this treatment often resulted in exhaustion for the patients; some patients required a hospital stay or daily visits for 7 days during the infusion period. Are there newer options with fewer side effects that afford longer pain relief durations? It is hoped that this study will stimulate interest for further research especially since even after 4 weeks of stopping the infusions both groups were still experiencing significant reductions in their VAS pain scores compared to pretreatment scores.

## Conclusion

Even though multi-day low dose ketamine infusion as adjuvant to oral gabapentin in spinal cord injury-related chronic pain was safe and efficacious, its effect was limited to 2 weeks after infusion termination.

## References

1. Loubser PG, Akman NM. Effects of intrathecal baclofen chronic spinal cord injury pain. *Journal of Pain and Symptom Management* 1996; 12:241-247.
2. Yezierski PR. Spinal cord injury pain: Spinal and supraspinal mechanisms. *JRRD* 2009; 46:95-108.
3. Wiesenfeld-Hallin Z, Hao JX, Aldskogius H, Seiger Å, Xu XJ. Allodynia-like symptoms in rats after spinal cord ischemia: An animal model of central pain. In: Boivie J, Hansson P, Lindblom U, eds. *Touch, Temperature, and Pain in Health and Disease: Mechanisms and Assessments*. Vol 4, Progress in Pain Research and Management. IASP Press, Seattle, 1994 pp 455-472.
4. Yezierski RP. Pain following spinal cord injury: Pathophysiology and central mechanisms. In: Sandkuler J, Broom B, Gebhart GF, eds. *Nervous System Plasticity and Chronic pain*. Vol. 129, Progress in Brain Research. Elsevier Science Pub Co, Amsterdam, 2000 pp 429-449.
5. Hains BC, Waxman SG. Activated microglia contribute to the maintenance of chronic pain after spinal cord injury. *J Neurosci*. 2006; 26:4308-4317.
6. Yu CG, Yezierski RP. Activation of the ERJ 1/2 signaling cascade by excitotoxic spinal cord injury. *Mol Brain Res*. 2005; 138:244-255.
7. Crown ED, Ye Z, Johnson KM, Xu GY, McAdoo DJ, Hulsebosch CE. Increases in the activated forms of ERK 1/2, p38 MAPK, and CREB are correlated with

the expression of at-level mechanical allodynia following spinal cord injury. *Exp Neurol* 2006; 199:397-407.

8. Regan R, Choi DW. Excitoxicity and central nervous system trauma. In: Salzman SK, Faden AL, eds. *The Neurobiology of Central Nervous System Trauma*. Oxford Press, New York, 1994 pp 173-181.

9. Finnerupa NB, Baastrupa C, Jensenab TS. Neuropathic pain following spinal cord injury pain: Mechanisms and treatment. *Scandinavian Journal of Pain* 2009; 1:S3-S11.

10. Sandford PR, Lindblom LB, Haddox JD. Amitriptyline and carbamazepine in the treatment of dysesthetic pain in spinal cord injury. *Arch Phys Med Rehabil* 1992; 73:300-301.

11. Drewes AM, Andreasen A, Poulsen LH. Valproate for treatment of chronic central pain after spinal cord injury: A double-blind cross-over study. *Paraplegia* 1994; 32:565-569.

12. Backonja M, Gombar KA. Response of central pain syndromes to intravenous lidocaine. *J Pain Symptom Manage* 1992; 7:172-178.

13. Chiou-Tan FY, Tuel SM, Johnson JC, Priebe MM, Hirsh DD, Strayer JR. Effect of mexiletine on spinal cord injury dysesthetic pain. *Am J Phys Med Rehabil* 1996; 75:84-87.

14. Cioni B, Meglio M, Pentimalli L, Visocchi M. Spinal cord stimulation in the treatment of paraplegic pain. *J Neurosurg* 1995; 82:35-39.

15. Dirks J, Fredensborg BB, Christensen D, Fomsgaard JS, Flyger H, Dahl JB. A randomized study of the effects of single-dose gabapentin versus placebo on postoperative pain and morphine consumption after mastectomy. *Anesthesiology* 2002; 97:560-564.

16. Lou ZD, Calcutt NA, Higuera ES, Valder CR, Song YH, Svensson CI, Myers RR. Injury type-specific calcium channel alpha2delta-1 subunit up-regulation in rat neuropathic pain models correlates with antiallodynic effects of gabapentin. *J Pharmcol Exp Ther* 2002; 303:1199-1205.

17. Ahn SH, Park HW, Lee BS, Moon HW, Jang SH, Sakong J Bae JH. Gabapentin effect on neuropathic pain compared among patients with spinal cord injury and different durations of symptoms. *Spine(Phila Pa 1976)* 2003; 28:341-346.

18. Putzke JD, Richards JS, Kezar L, Hicken BL, Ness TJ. Long-term use of gabapentin for treatment of pain after traumatic spinal cord injury. *Clin J Pain* 2002; 18:116-121.

19. To TP, Lim TC, Hill ST, Frauman AG, Cooper N, Kirsa SW, Brown DJ. Gabapentin for neuropathic pain following spinal cord injury. *Spinal Cord* 2002; 40:282-285.

20. Christoph T, Klaus Schiene K, Englberger W, Chris G. Parsons CG, Chizh BA. The antiallodynic effect of NMDA antagonists in neuropathic pain outlasts the duration of the in vivo NMDA antagonism. *Neuropharmacology* 2006; 51:12-17.

21. Fisher K, Coderre TJ and Hagen NA. Targeting the N methyl D aspartate receptor for chronic pain management. Preclinical animal studies, recent clinical experience and future research directions. *J Pain Symptom Manage* 2000; 20:358-373.

22. Schmid RL, Sandler AN, Katoz J. Use and efficacy of low dose ketamine in the management of acute postoperative pain: A review of current techniques and outcomes. *Pain* 1999; 82:111-125.

23. Goldberg ME, Domsky R, Scaringe D, Hirsh R, Doston J, Sharaf I, Tojman MC, Schwartzman RJ. Multi-day low dose ketamine infusion for the treatment of complex regional pain syndrome. *Pain Physician* 2005; 8:175-179.

24. Schwartzman RJ, Alexander GM, Grothusen JR, Paylor T, Reichenberger E, Perreault M. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study. *Pain* 2009; 15:147(1-3):107-115.

25. Backonja M, Arndt G, Gombar Ka, Check B and Zimmermann M. Response of chronic neuropathic pain syndromes to Ketamine: A preliminary study. *Pain* 1994; 58:433.

26. Sotar-Katzenschler S, Deusch E, Maier, Spacek A, Kress HG. The long-term antinociceptive effect of intrathecal S(+) ketamine in patient with established morphine tolerance. *Anesth Analg* 2001; 93:1032-1034.

27. Hewtti DJ. The use of NMDA - receptor antagonists in the treatment of chronic pain. *Clin J Pain* 2000; 16:73-79.

28. Benrath J, Brecntel C, Stark J, Sandkuhler J. Low dose of S (+) ketamine prevents long term potentiation in pain pathways under strong opioid analgesia in the rat spinal cord in vivo. *Br J Anaesth* 2005; 95:518-535.

29. Hocking G, Cousins MJ. Ketamine in chronic pain management: An evidence - based review. *Anesth Analg* 2003; 97:1730 - 1739.

30. Burton AW, Lee DH, Saab C, Chung JM. Preemptive intrathecal ketamine injection produces a long lasting decreases in neuropathic pain behaviours in a rat model. *Reg Anesth Pain Med* 1999; 24:208-213.