# EXHIBIT H

## ORIGINAL ARTICLE

# An Open-Label Comparison of Nabilone and Gabapentin as Adjuvant Therapy or Monotherapy in the Management of Neuropathic Pain in Patients with Peripheral Neuropathy

Jennifer A. Bestard, MSc, MD; Cory C. Toth, MD

*Department of Clinical Neurosciences, University of Calgary, Calgary, Alberta, Canada*

■ **Abstract:** Neuropathic pain (NeP) is prevalent in patients with peripheral neuropathy (PN), regardless of etiology. We sought to compare the efficacy of the cannabinoid nabilone as either monotherapy or adjuvant therapy with a first-line medication for NeP, gabapentin, in a patient population with PN-NeP. Patients diagnosed with PN-NeP were permitted to initiate monotherapy (nabilone or gabapentin) or add one of these two medications (adjuvant therapy) to their existing NeP treatment regimen in a non-randomized open-label nature. Baseline data collected included a primary outcome (visual analog scores [VAS] of pain) and secondary outcomes (quality of life [EuroQol 5 Domains and Short-Form 36] assessments and assessments of sleep [Medical Outcomes Sleep Study Scale {MOSSS}], anxiety and depression [Hospital Anxiety and Depression Scale], and pain [Brief Pain Inventory]). Reassessment and modulation of dosing and/or medications occurred at 3- and 6-month intervals. Medication adverse effects and drug efficacy, as well as questionnaires, were assessed at 6 months. Matched analysis of variance testing was performed to compare 3- and 6-month scores with baseline, as well as to compare therapies at equal time points. Significant improvements in pain VAS were seen in all treatment groups at 6 months. Numerous sleep parameters within MOSSS, Brief Pain Inventory, and Short-Form 36 improved in patients receiving nabilone or gabapentin either as monotherapy or adjuvant treatment. Hospital Anxiety and Depression Scale-A scores were significantly improved in all treatment groups. Sleep adequacy and the sleep problems index within the MOSSS improved in nabilone monotherapy patients in particular. The benefits of monotherapy or adjuvant therapy with nabilone appear comparable to gabapentin for management of NeP. We advocate for head-to-head randomized, double-blind studies for current therapies for NeP in order to determine potential advantages beneficial in this patient population. ■

**Key Words:** nabilone, gabapentin, neuropathic pain, peripheral neuropathy, cannabinoid

Address correspondence and reprint requests to: Cory Toth, BSc, MD, FRCPC, HMRB Room 155, Department of Clinical Neurosciences, University of Calgary, 3330 Hospital Drive NW, Calgary, Alberta T2N 4N1, Canada. E-mail: corytoth@shaw.ca.

Disclosure: This study was supported by unrestricted grants through the University of Calgary, Pfizer Canada, and Valeant Canada. Dr. Bestard was a Neuropathic Pain Fellow during the time of this research, with his position funded by an unrestricted grant from Pfizer Canada. Dr. Toth receives salary support from the Alberta Heritage Foundation for Medical Research. Dr. Toth has performed medical education seminars and served on advisory boards for Pfizer Canada, Valeant Canada, and Boerhinger-Ingelheim Canada.

Submitted: July 22, 2010; Accepted: September 7, 2010
DOI. 10.1111/j.1533-2500.2010.00427.x

© 2010 The Authors
Pain Practice © 2010 World Institute of Pain, 1530-7085/11/$15.00
Pain Practice, Volume 11, Issue 4, 2011 353–368

## INTRODUCTION

Neuropathic pain (NeP) refers to pain of peripheral or central nervous system origin, and can be because of a wide variety of etiologies. NeP is characterized by dysesthesias and can be continuous or paroxysmal.[1] Patients often describe burning, shooting, or stabbing electrical sensations, and allodynia and hyperalgesia may also occur.[2] Chronic NeP negatively impacts upon quality of life in several domains, and concomitant mood and sleep disorders often occur.[3–6]

NeP can be difficult to manage, even with available pharmacological therapies. Medications useful for the treatment of nocioceptive (non-NeP) pain demonstrate little benefit in the NeP population. Often, patients require combination therapy to help alleviate their symptoms.[7] Current guidelines exist that help the clinician select from a variety of medications.[8] However, selection of the individual medication or of an adjuvant medication can be difficult, as there are very few head-to-head studies available to assist in management decisions. Such studies are expensive, time consuming, and may not be applicable to the entire population of NeP patients.

Most current NeP medications act upon ion channels or receptors involved in the pain signaling pathway. In the last decades, a new group of receptors important in the neuroscience of pain has emerged: the endocannabinoid and cannabinoid (CB) receptors. Two subtypes of the CB receptor exist, CB1 and CB2[9]. Whereas the CB2 receptor is important within the immune system, the CB1 receptor is expressed in neurons and plays a more direct role in neuronal sensitivity and presence of pain.[10]

Although basic science research has repeatedly demonstrated beneficial effects of CBs in NeP states,[11–13] clinical research has demonstrated conflicting evidence for the use of CBs to treat painful conditions. Submucosal delivery of a combination of tetrahydrocannabis and cannabidiol[14,15] has been effective in management of NeP because of multiple sclerosis. However, a systematic review evaluating numerous pain states concluded that CBs were no better than codeine in controlling pain and had unwanted side effects.[16] A randomized comparison of the oral CB nabilone (CB1 agonist) and tetrahydrocodeine[17] also failed to demonstrate any greater benefit of the CB, although nabilone was likely underdosed. Other studies have also been positive or conflicting.[18–21] This controversy has led to uncertainty in the use of CBs for the management of NeP and its associated symptoms.

At present, the CB nabilone, a synthesized predominantly CB1 receptor agonist, is being used for the management of NeP based upon anecdotal evidence and uncontrolled case series.[22,23] There is recent evidence that nabilone is effective in management of fibromyalgia, a condition that may exist within or at least overlap with NeP.[24] Nabilone is also effective in management of insomnia in patients with fibromyalgia when compared with a commonly used tricyclic antidepressant amitryptyline.[25] With high bioavailability, rapid redistribution, metabolism, and excretion, nabilone also has a long half-life of approximately 20 hours with active metabolites, potentially further prolonging its action.[26] In addition, its side effect profile is favorable when compared with other medications used for NeP.

The aim of this study was to compare the efficacy of nabilone as either monotherapy or adjuvant treatment for NeP with a commonly used first-line medication for NeP, gabapentin, in the treatment of NeP. We chose to study these medications in a common condition, peripheral neuropathy (PN), where NeP is present in up to 50% of cases.[27] We hypothesized that both treatments would better improve pain and associated features as compared with a nontreatment group but further postulated that nabilone may be of greater efficacy for associated sleep disorders in a population of patients with PN-associated NeP.

## MATERIALS AND METHODS

### Patient Assessment

We prospectively evaluated patients with PN-related NeP in a tertiary care neuromuscular clinic in Calgary. While patients were identified in a prospective manner, this investigation was not designed as a randomized study or a prospective cohort examination, but rather as a part of their clinical care. All patients enrolled within these clinics provided informed consent for ethically approved assessment of their clinical outcomes during all management, studies examining their general well-being at regular follow-up visits, and completion of questionnaires conducted at these clinics. Ethical approval was provided by the Centre for Advancement of Health, University of Calgary. There was no specific consent obtained for use of gabapentin or nabilone, which was considered as standard medical care. Patients with PN and associated NeP were asked, "Do you have pain or discomfort over your feet and legs on a near-daily basis for more than 6 months?" All patients who responded positively with a clinical picture consistent

with NeP and presence of PN were deemed to have NeP as a complicating feature of their PN. The douleur neuropathique en 4 questionnaire, with good sensitivity (83%) and specificity (90%), was used to identify clinical likelihood of NeP presence—only those patients with a score of ≥ 4 were considered eligible.

PN severity was assessed using the Toronto Clinical Neuropathy Score (TCNS), which is based upon history and examination, and emphasizes sensory deficits as compared with other measures of PN severity.[28] It is a validated method for evaluation of PN with higher scores associated with greater sural nerve pathology on biopsy.[28,29] The TCNS includes one score for presence of pain[28] but is otherwise a measure of PN severity, not pain severity. Previous studies have shown that pain severity can be higher in some forms of PN, even with milder forms of PN.[27] During the assessment of their PN, the most likely etiology of the neuropathy was also determined based upon laboratory investigations and clinical information. These investigations included complete blood count, electrolytes, urea, creatinine, alanine aminotransferase, aspartate aminotransferase, gamma-glutamyltranspeptidase, alkaline phosphatase, albumin, total bilirubin, international normalized ratio, thyroid-stimulating hormone, fasting glucose, hemoglobin A1C, cobalamin, erythrocyte sedimentation rate, antinuclear antibody, extracted nuclear antibody testing, serum protein electrophoresis, rheumatoid factor, vitamin B12 levels, fasting methylmalonic acid, and fasting homocysteine levels. Other testing was completed if a specific cause was suspected. All patients had electrophysiological testing as part of their regular care. Patients were excluded if they had an alternative diagnosis that could explain their symptoms or if an alternative source of pain made it impossible for the patients to differentiate their NeP from other causes of pain.

### Pharmacotherapy: Nabilone or Gabapentin Monotherapy or Adjuvant Treatment

It was permitted to have attempted prior therapy for NeP in the past or present. Those patients taking no medications for pain in the prior 30 days before assessment and initiating therapy were considered as receiving monotherapy. Those patients taking other medications for pain relief at the time of initial visit were considered as receiving adjuvant therapy. Patients were not enrolled in the study if they discontinued or modified the dose of medications used in the 30 days before study initiation; these patients were asked to return after 30 days from last pain medication modification, at which time their previous medication use was considered stable. In addition to monitoring those patients receiving pharmacotherapy, patients were also monitored when no pharmacotherapy was desired or selected (control group).

Following their assessment, patients were offered pharmacotherapy as part of their pain management protocol. Careful recording of their current NeP medications prior to initiation of therapy was performed. Patients were initiated on nabilone or gabapentin as monotherapy or adjuvant therapy. The decision to begin a specific pharmacotherapy was made by the neurologist and patient in concert, and attempts to emphasize using any one particular medication were avoided—the only physicians involved in the decision to start medication are the authors of this study. Flexible dosing was used for all patients, with initiation doses for nabilone and gabapentin variable; in all cases, however, medication doses were titrated up in slow fashion. In addition to monitoring those patients receiving pharmacotherapy, patients were also monitored when no pharmacotherapy was desired, and we treated this as a control group. Although randomization to different therapy groups would be desirable, financial limitations to perform a regulated study of this nature were present.

All patients were contacted via telephone 1 week after starting monotherapy or adjuvant therapy to assess any adverse effects. Additional clinical follow-ups occurred at 3- and 6-month intervals to perform studies related to the primary and secondary objectives. Adverse events were also obtained at 3- and 6-month visits. Clinical follow-up visits consisted of patients completing questionnaires for the first 15 to 30 minutes, followed by a 30-minute assessment with registered nurse and physician. If patients were tolerating the medication well at the 3-month follow-up, they were given the opportunity to modulate the dose for the remaining 3 months. Patients with benefits but with tolerable adverse events were permitted to reduce the dose of the medication being used. All attempts were made to ensure that concomitant medications were not altered in the adjuvant therapy group. Patients were advised to contact the prescribing clinic in the case of all possible adverse effects or clinical difficulties with pain or therapies during the time course of the study.

### Primary Outcome Measure

At each visit, the primary outcome measure, the degree of NeP (quantity and quality), was evaluated using a visual analog scale (VAS) provided by a line bisection score with an unmarked 10-cm line between anchors of

no pain on the left (0) and worst possible pain on the right (10). The marked score was asked to reflect the patient's average PN-related NeP severity over the past 24 hours. The VAS was scored by line measurement in each case. The last available data points were used for calculation of VAS in the case of drop out from the study. Data for pain quantity were collected at 0-, 3- and 6-month intervals for all patients.

### Secondary Outcome Measures

Secondary outcomes consisted of health status and quality of life assessments. The Brief Pain Inventory (BPI), EuroQol 5 Domains (EQ-5D), Medical Outcomes Sleep Study Scale (MOSSS), Hospital Anxiety and Depression Scale (HADS), and Short-Form 36 Health Survey (SF-36) were determined at study entry and after 6 months. The BPI provides information on the intensity of pain as well as the degree to which pain interferes with function, and inquires about pain relief, pain quality, and the patient's perception of the cause of pain.[30] The EQ-5D has two sections—the first section examines the health state in 5 dimensions: mobility, self-care, usual activities, pain/complaints, and anxiety/depression. The health status profile received from these 5 dimensions is converted into a single utility score using a scoring algorithm based upon interviews performed with general public members from a U.K. population with utility scores ranging from –0.594, indicating serious problems in all dimensions, to 1, indicating no problems at all.[31] The second section of the EQ-5D is the EQ-5D VAS, which measures the perception of the patient for their overall health on a 100-mm VAS, with 0 indicating worst health and 100 representing their best imaginable health. The MOSSS is a 12-item self-report sleep measure that can be used to assess important aspects of sleep perceived by adults;[32] domains within the MOSSS permit analysis between time points. The HADS is another self-assessment scale that has been found to be a reliable instrument for detecting states of depression and anxiety in the setting of an outpatient clinic. Its subscales are also valid measures of severity of the emotional disorder.[33] The SF-36 Health Survey is a 36-item generic measure of health status that can be subdivided into domains of physical and mental health.[34]

Medication adverse effects were documented during the telephone interview at 1 week after medication initiation, as well as at 3- and 6-month study visits.

To gauge global improvement, the Patient Global Impression of Change scale (PGIC) was administered at the 6-month end point visit. Both scales were analyzed using modified ridit transformation with the Cochran–Mantel–Haenszel procedure, with adjustment for center.

### Tolerability and Adverse Events

An adverse event was defined as any noxious, unintended, or unexpected response suspected to have a causal relationship with the medication used. Identification of intolerable side effects at the time of follow-up visit or leading to discontinuation of medication prior to the follow-up visit was determined at the multiple follow-up points. A serious adverse event was defined as any life-threatening reaction to medication requiring hospitalization, additional urgent physician assessment, or resulting in persistent or significant disability. Patients were also asked to identify any tolerable side effects felt to be related to the medication. Side effects were accumulative throughout the study, such that a side effect experienced in the first 3 months but not the next 3 months was still recorded as a side effect for both 3-month and 6-month time follow-ups. Both side effects and intolerability leading to discontinuation were recorded in an accumulative manner. In patients receiving adjuvant therapy, the side effects reported represented those experienced at the time of questioning and do not necessarily represent new side effects because of the adjuvant pharmacotherapy.

### Data Analysis

All patients enrolled in the NeP clinic provided informed consent to have their longitudinal data analyzed. Data were analyzed using unmatched analysis of variance testing between intervention groups and between time points. Data were separated to analyze patients receiving monotherapy and adjuvant therapy. The baseline pain VAS score was used for comparison to later pain scores, and the 3-month VAS pain score was compared with the 6-month VAS pain score also. Change in pain scores during the study period were compared between treatment groups and the control cohort. An intention to treat analysis was performed once patients were seen for follow-up, with the last observations carried forward in the case of lost follow-up or discontinuation. Missing data were treated using the last observation carried forward in all cases.

### RESULTS

After initial screening, a total of 101 NeP patients initiated monotherapy: 49 with nabilone and 52 with gabapentin. A total of 119 patients were already on NeP



**Figure 1.** Summary of patient flow throughout the study. NeP, neuropathic pain; PN, peripheral neuropathy.

pharmacotherapy at first assessment and were initiated on adjuvant therapy: 55 with nabilone and 64 with gabapentin (Figure 1). A cohort group of 29 patients with PN-related NeP that did not receive pharmacological treatment after first assessment were monitored in an identical fashion for the 6-month follow-up period and considered a control group (Figure 1).

Patients in each treatment group and in the control group were similar with respect to age, sex, and severity of the neuropathy prior to the study initiation (Table 1). Severity of PN was similar between all groups. There were no definite differences in terms of duration of NeP or the age at which first NeP therapy was attempted. In adjuvant therapy patients, there were no definite differences between the concomitant medications used. Control patients, however, had significantly lower VAS scores at baseline than each of the treatment groups. There was no significant difference in baseline VAS scores within treatment groups, however.

After initial titration periods, nabilone and gabapentin dosing varied between individual patients (Tables 2 to 5) but was slightly higher for each therapy in monotherapy-treated patients as compared with adjuvant therapy patients (Tables 2–5). In monotherapy patients, the mean dose of nabilone was just over 3 mg daily after 3 and 6 months. In patients receiving monotherapy gabapentin, the mean dose was just under 2,400 mg daily after 3 and 6 months. In adjuvant therapy patients, the mean dose of nabilone was just under 3 mg daily after 3 months and just over 3 mg daily after 6 months. In patients receiving monotherapy gabapentin, the mean dose was just under 2,300 mg daily after 3 and 6 months (Table 2).

The control cohort group data are presented in Table 6. Control group patients had less significant pain at baseline—this may have contributed to their selection not to receive an intervention. The control group also had better sleep and functioning parameter results than seen in the intervention groups.

Follow-up for all patients in this study, regardless of discontinuation of medication, is provided in the tables, with a dosage of 0 supplied for those patients discontinuing the medication of initial choice.

Table 1. Clinical Features and Baseline Characteristics of Patients and Control Subjects Studied

| Clinical Features | Monotherapy | | | Adjuvant Therapy | | Control Group (No Therapy) (n = 29) |
|---|---|---|---|---|---|---|
| | Nabilone (n = 49) | Gabapentin (n = 52) | Nabilone (n = 55) | Gabapentin (n = 64) | | |
| Age (mean ± SD) | 61 ± 13 | 61 ± 9 | 60 ± 12 | 62 ± 12 | | 62 ± 9 |
| Female sex (%) | 26 (53%) | 33 (64%) | 34 (62%) | 37 (58%) | | 17 (59%) |
| Age of onset of NeP symptoms (years), mean ± SD | 58 ± 14 | 58 ± 13 | 59 ± 13 | 58 ± 15 | | 59 ± 16 |
| Age of initiation of NeP therapy initiation (years), mean ± SD | 59 ± 15 | 59 ± 14 | 59 ± 12 | 60 ± 14 | | 60 ± 15 |
| Etiology of PN | | | | | | |
| Idiopathic | 7 | 8 | 9 | 12 | | 5 |
| Diabetic | 12 | 16 | 17 | 17 | | 8 |
| Vit B12 | 11 | 11 | 7 | 7 | | 3 |
| MGUS | 4 | 2 | 3 | 5 | | 3 |
| Alcoholic | 3 | 4 | 5 | 9 | | 1 |
| Immune | 3 | 4 | 3 | 6 | | 3 |
| Hereditary | 2 | 3 | 2 | 2 | | 1 |
| Other | 7 | 4 | 9 | 6 | | 5 |
| TCNS | 12.7 ± 4.1 | 12.0 ± 3.8 | 12.0 ± 3.8 | 13.2 ± 3.5 | | 12.5 ± 4.0 |
| Preexisting NeP therapies, number of patients using and average dose | N/A | N/A | Amitriptyline (n = 20), 17.6 ± 12.8 mg/day<br>Nortriptyline (n = 3), 41.7 ± 14.4 mg/day<br>Carbamazepine (n = 2), 300 ± 141 mg/day<br>Valproic acid (n = 1), 750 mg/day<br>Phenytoin (n = 2), 300 mg/day<br>Venlafaxine (n = 4), 150 ± 61 mg/day<br>Morphine (n = 17), 45 ± 24 mg/day<br>Fentanyl (n = 1), 50 μg/day<br>Oxycodone (n = 9), 36 ± 15 mg/day<br>Acetaminophen (n = 4), 682 ± 335 mg/day<br>Codeine (n = 2), 120 ± 86 mg/day | Amitriptyline (n = 22), 18.3 ± 12.9 mg/day<br>Nortriptyline (n = 2), 25 ± 0 mg/day<br>Carbamazepine (n = 5), 380 ± 148 mg/day<br>Phenytoin (n = 2), 250 ± 70 mg/day<br>Venlafaxine (n = 3), 150 mg/day<br>Morphine (n = 20), 48 ± 23 mg/day<br>Fentanyl (n = 2), 63 ± 18 μg/day<br>Oxycodone (n = 13), 39 ± 18 mg/day<br>Acetaminophen (n = 2), 650 ± 168 mg/day<br>Codeine (n = 4), 141 ± 77 mg/day | | N/A |
| Preexisting side effects of NeP therapies | | | | | | |
| Sedation | | | 12 (22%) | 17 (26%) | | |
| Dizziness (lightheadedness) | | | 12 (22%) | 16 (25%) | | |
| Peripheral edema | | | 2 (4%) | 1 (2%) | | |
| Fatigue | | | 14 (25%) | 12 (19%) | | |
| Dry mouth | | | 3 (5%) | 5 (8%) | | |
| Headache | | | 4 (7%) | 4 (6%) | | |
| Other | | | 12 (22%) | 20 (31%) | | |
| Total responses of adverse effects | | | 69 | 75 | | |
| Number of patients with adverse effects prior to initiation of studied therapies | | | 19 (35%) | 25 (39%) | | |
| Duration of time using NeP therapy prior to initiation of studied therapies (months) | | | 13.7 ± 4.8 | 14.6 ± 6.1 | | |

Data are presented as mean ± standard deviation (SD) or as an absolute number. ANOVA tests were performed to compare groups receiving monotherapy as well as the two groups receiving adjuvant therapy. There were no significant differences with ANOVA testing when the intervention group was compared with the control group.
ANOVA, analysis of variance; MGUS, monoclonal gammopathy of uncertain significance; N/A, not applicable; NeP, neuropathic pain; PN, peripheral neuropathy; TCNS, Toronto Clinical Neuropathy Score.

Case 1:04-cv-10981-PBS   Document 4172-8   Filed 10/15/13   Page 8 of 17

*Nabilone and Gabapentin in NeP* • 359

Table 2. Dosing Schedules, Pain Severities, Side Effects, and Discontinuations for Monotherapy Groups at Baseline, 3 Months, and 6 Months After Initiation of Treatment

| | Nabilone (n = 49) | | | Gabapentin (n = 52) | | |
|---|---|---|---|---|---|---|
| | Baseline | 3 Months | 6 Months | Baseline | 3 Month | 6 Month |
| Initiated/modified/achieved mean and actual doses at each time point | 1.96 ± 0.82 mg/day<br>1 mg bid (n = 40)<br>0.5 mg bid (n = 5)<br>0.5 mg qhs (n = 2)<br>2 mg bid (n = 2) | 3.15 ± 1.27 mg/day<br>2 mg bid (n = 21)<br>1.5/2 mg (n = 7)<br>1.5 mg bid (n = 5)<br>1 mg bid (n = 4)<br>0.5 mg bid (n = 2)<br>0.5 mg qhs (n = 1)<br>0 mg (n = 9) | 3.05 ± 1.35 mg/day<br>2 mg bid (n = 19)<br>1.5/2 mg/day (n = 7)<br>1.5 mg bid (n = 4)<br>1 mg bid (n = 3)<br>0.5 mg bid (n = 2)<br>0 mg (n = 14) | 1,684.6 ± 412.2 mg/day<br>600 mg po tid (n = 34)<br>600 mg po bid (n = 12)<br>300/600/600 mg (n = 2)<br>600/600/900 mg (n = 2)<br>600/900/900 mg (n = 2) | 2,372.4 ± 561.4 mg/day<br>1,200 mg po tid (n = 4)<br>900 mg po tid (n = 14)<br>600 mg po tid (n = 12)<br>600 mg po bid (n = 4)<br>600/600/900/900 mg (n = 2)<br>0 (n = 16) | 2,295.5 ± 508.6 mg/day<br>1,200 mg po tid (n = 2)<br>900 mg po tid (n = 14)<br>600 mg po tid (n = 10)<br>600 mg po bid (n = 4)<br>600/600/900/900 mg (n = 2)<br>0 (n = 20) |
| VAS | 45.8 ± 11.3 | 37.2 ± 12.8* | 28.0 ± 10.5*† | 50.2 ± 13.5 | 41.5 ± 13.2* | 33.8 ± 11.6*† |
| Absolute and % improvement in VAS since initiation | | 8.2 ± 4.5 (18.8%)‡ | 17.8 ± 8.2 (38.9%)‡ | | 8.7 ± 5.1 (17.3%)‡ | 16.4 ± 9.1 (32.7%)‡ |
| Side effects of NeP monotherapies | | | | | | |
| Sedation | | 15 (31%) | 17 (35%) | | 28 (54%) | 31 (60%) |
| Dizziness/lightheadedness | | 12 (25%) | 16 (33%) | | 17 (33%) | 20 (39%) |
| Peripheral edema | | 0 (0%) | 1 (2%) | | 2 (4%) | 4 (8%) |
| Fatigue | | 9 (18%) | 12 (25%) | | 14 (27%) | 16 (33%) |
| Dry mouth | | 1 (2%) | 2 (4%) | | 8 (15%) | 8 (15%) |
| Headache | | 2 (4%) | 2 (4%) | | 3 (6%) | 3 (6%) |
| Other | | 14 (29%) | 17 (35%) | | 8 (15%) | 10 (19%) |
| Total responses of adverse effects | | 53 | 67 | | 79 | 90 |
| Number of patients with adverse effects | | 19 (35%) | 21 (38%) | | 30 (47%) | 31 (48%) |
| Number of patients discontinuing (accumulative) | | Intolerant (n = 5)<br>Ineffective (n = 4) | Intolerant (n = 5)<br>Ineffective (n = 9) | | Intolerant (n = 12)<br>Ineffective (n = 4) | Intolerant (n = 12)<br>Ineffective (n = 8) |
| Reasons for discontinuing (accumulative) | | | | | | |
| Sedation | | 3 (6%) | 3 (6%) | | 8 (15%) | 8 (15%) |
| Dizziness/lightheadedness | | 2 (4%) | 2 (4%) | | 4 (8%) | 4 (8%) |
| Inefficacy | | 4 (8%) | 9 (18%) | | 4 (8%) | 8 (15%) |

Data are presented as mean ± standard deviation. ANOVA tests were performed to compare groups receiving monotherapy at the same time points.
* Indicates a significant difference with ANOVA testing when the time point data are compared with baseline data.
† Indicates a significant difference when 6-month data are compared with 3-month data.
‡ Indicates a significant difference when the intervention is compared with the control group at the identical time point (Table 6).
ANOVA, analysis of variance; NeP, neuropathic pain; VAS, visual analog scale.

Table 3. Parameters for Pain, Quality of Life, Sleep, and Mood/Anxiety Measured for Monotherapy Groups at Baseline, 3 Months, and 6 Months After Initiation of Treatment

| | Nabilone (n = 49) | | | Gabapentin (n = 52) | | |
|---|---|---|---|---|---|---|
| | Baseline | 3 Months | 6 Months | Baseline | 3 Months | 6 Months |
| EQ-5D index score | 0.60 ± 0.19 | | 0.65 ± 0.18 | 0.56 ± 0.17 | | 0.61 ± 0.20 |
| EQ-5D VAS | 62.7 ± 16.4 | | 65.4 ± 17.2 | 63.3 ± 16.9 | | 67.2 ± 16.4 |
| MOSSS sleep problems index | 32.2 ± 12.0 | | 22.1 ± 11.0* | 33.1 ± 11.5 | | 25.2 ± 11.6 |
| HADS (total) | 12.2 ± 9.9 | | 10.4 ± 6.4 | 11.7 ± 9.7 | | 10.0 ± 7.2 |
| HADS-A | 8.2 ± 4.1 | | 5.2 ± 6.4* | 8.0 ± 5.1 | | 5.4 ± 6.8* |
| HADS-D | 4.0 ± 4.7 | | 5.2 ± 3.8 | 3.7 ± 4.6 | | 4.6 ± 3.5 |
| SF-36 domains | | | | | | |
| Physical functioning | 38.8 ± 26.3 | | 48.3 ± 27.2* | 36.1 ± 24.0 | | 46.5 ± 25.1* |
| Role physical | 26.2 ± 12.2† | | 32.4 ± 12.0 | 22.2 ± 10.9† | | 30.2 ± 12.3 |
| Bodily pain | 28.6 ± 22.1† | | 38.7 ± 14.1* | 26.9 ± 21.2† | | 37.5 ± 20.0* |
| General health | 46.3 ± 22.1 | | 52.1 ± 22.4 | 45.2 ± 21.4 | | 51.3 ± 21.9 |
| Vitality | 22.0 ± 13.6† | | 31.1 ± 17.2* | 19.8 ± 15.1† | | 30.1 ± 15.0* |
| Social functioning | 38.5 ± 27.2 | | 46.6 ± 24.1 | 40.1 ± 24.4 | | 45.2 ± 24.2 |
| Role emotional | 27.0 ± 22.7 | | 35.1 ± 28.0 | 26.2 ± 25.1 | | 30.4 ± 25.3 |
| Mental health | 52.5 ± 24.6 | | 60.5 ± 23.6 | 51.2 ± 22.0 | | 58.0 ± 22.4 |
| BPI—pain severity | | | | | | |
| Worst pain | 6.1 ± 2.8 | | 6.3 ± 2.0 | 6.2 ± 3.0 | | 6.2 ± 2.8 |
| Average pain | 4.7 ± 2.3 | | 4.1 ± 1.9* | 4.8 ± 2.4 | | 4.2 ± 2.0* |
| Least pain | 2.6 ± 1.9† | | 2.8 ± 1.6 | 2.4 ± 2.0 | | 2.6 ± 2.0 |
| Pain now | 4.5 ± 2.2 | | 4.3 ± 1.8 | 4.6 ± 2.4 | | 4.4 ± 1.7 |
| Mean severity | 4.7 ± 2.1 | | 4.4 ± 2.0 | 4.8 ± 2.2 | | 4.5 ± 2.0 |
| BPI—pain-related interference | | | | | | |
| General activity | 5.1 ± 2.4† | | 4.6 ± 1.7* | 5.2 ± 2.5† | | 4.8 ± 2.4 |
| Mood | 4.9 ± 2.5 | | 4.6 ± 1.8 | 5.0 ± 2.4 | | 4.7 ± 2.4 |
| Walking ability | 5.0 ± 2.5 | | 4.6 ± 1.8 | 5.1 ± 2.4 | | 4.5 ± 2.1 |
| Normal work | 5.0 ± 2.4 | | 4.7 ± 1.7 | 5.0 ± 2.3 | | 4.6 ± 2.1 |
| Relations with others | 4.0 ± 2.4 | | 3.6 ± 1.7 | 4.2 ± 2.1 | | 3.8 ± 2.1 |
| Sleep | 5.5 ± 2.7† | | 4.7 ± 1.8* | 5.6 ± 2.5† | | 4.9 ± 2.2* |
| Enjoyment of life | 5.1 ± 2.4 | | 4.7 ± 1.8 | 5.2 ± 2.4 | | 4.9 ± 2.2 |
| Mean interference | 4.9 ± 2.4† | | 4.5 ± 2.3 | 5.0 ± 2.5† | | 4.6 ± 2.2 |

Data are presented as mean ± standard deviation. ANOVA tests were performed to compare groups receiving monotherapy at the same time points.
* Indicates a significant difference with ANOVA testing when the time point data are compared with baseline data.
† Indicates a significant difference when the intervention is compared with the control group at the identical time point (Table 6).
ANOVA, analysis of variance; BPI, Brief Pain Inventory; EQ-5D, EuroQol 5 Domains; HADS, Hospital Anxiety and Depression Scale; MOSSS, Medical Outcomes Sleep Study Scale; SF-36, Short-Form 36; VAS, visual analog scale.

### Primary Outcome Measures

*Monotherapy.* For patients treated with nabilone or gabapentin as monotherapy, there was a significant improvement in VAS pain scores after 3 and 6 months of treatment when compared with baseline VAS pain scores. There was also a significant improvement in scores at 6 months vs. 3 months for both nabilone and gabapentin treatment groups (Table 2). Both treatment groups had greater relative improvement in VAS pain scores when compared with control patients at 3- and 6-month follow-up visits.

*Adjuvant Therapy.* There were significant improvements in VAS pain scores for those patients treated with nabilone adjuvant therapy at 3 and 6 months when compared with baseline VAS pain scores. Nabilone adjuvant therapy was also associated with a significant improvement in VAS pain scores at 6-month visits vs. 3-month visits. In the gabapentin adjuvant group, there was significant improvement in VAS scores only after 6 months of treatment and not after the 3-month visit (Table 4). All patients treated with adjuvant therapy had greater relative improvement in VAS scores when compared with control patients over the same periods of time.

### Secondary Measures

*Monotherapy.* There were no significant improvements in EQ-5D scores, EQ health status scores, or total HADS scores at 6-month visits vs. baseline for any monotherapy treatment group (Table 3). Patients treated with either nabilone or gabapentin monotherapy for 6 months did demonstrate significant improvement in domains of pain/discomfort within the EQ-5D, however. Both gabapentin and nabilone monotherapy was associated with improvement in sleep disturbance

Table 4. Dosing Schedules, Pain Severities, Side Effects, and Discontinuations Measured for Adjuvant Groups at Baseline, 3 Months, and 6 Months After Initiation of Treatment

| Test | Nabilone (n = 55) | | | Gabapentin (n = 64) | | |
|---|---|---|---|---|---|---|
| | Baseline | 3 Months | 6 Months | Baseline | 3 Months | 6 Months |
| Initiated/modified/achieved mean and actual doses at each time point | 1.75 ± 0.94 mg/day<br>1 mg bid (n = 35)<br>0.5 mg bid (n = 10)<br>0.5 mg qhs (n = 5)<br>2 mg bid (n = 5) | 2.85 ± 1.33 mg/day<br>2 mg bid (n = 13)<br>1.5/2 mg (n = 7)<br>1.5 mg bid (n = 10)<br>1 mg bid (n = 14)<br>0.5 mg bid (n = 1)<br>0.5 mg qhs (n = 1)<br>0 mg (n = 9) | 3.02 ± 1.42 mg/day<br>2 mg bid (n = 11)<br>1.5/2 mg/d (n = 10)<br>1.5 mg bid (n = 12)<br>1 mg bid (n = 6)<br>0.5 mg bid (n = 4)<br>0 mg (n = 12) | 1,435.3 ± 466.3 mg/day<br>600 mg po tid (n = 17)<br>600 mg po bid (n = 26)<br>300 mg po bid (n = 12)<br>300/600/600 mg (n = 3)<br>600/600/900 mg (n = 3)<br>600/900/900 mg (n = 3) | 2,228.6 ± 537.5 mg/day<br>1,200 mg po tid (n = 5)<br>900 mg po tid (n = 16)<br>600 mg po tid (n = 14)<br>600 mg po bid (n = 9)<br>600/600/900/900 mg (n = 4)<br>300/600/600/900 (n = 2)<br>300/300/600/600 (n = 2)<br>0 (n = 12) | 2,253.6 ± 513.4 mg/day<br>1,200 mg po tid (n = 6)<br>900 mg po tid (n = 17)<br>600 mg po tid (n = 12)<br>600 mg po bid (n = 5)<br>600/600/900/900 mg (n = 2)<br>300/600/600/900 (n = 2)<br>300/300/600/600 (n = 2)<br>0 (n = 18) |
| VAS | 53.1 ± 26.8 | 43.6 ± 23.5* | 33.1 ± 20.2*† | 49.9 ± 30.0 | 41.3 ± 26.2* | 33.0 ± 21.2*† |
| % improvement in VAS since initiation | | 9.5 ± 4.9 (17.9%)‡ | 20.0 ± 9.4 (37.7%)‡ | | 8.6 ± 5.3 (17.2%)‡ | 16.9 ± 9.6 (33.9%)‡ |
| Number of patients discontinuing nabilone/gabapentin | | Intolerant (n = 3)<br>Ineffective (n = 6) | Intolerant (n = 5)<br>Ineffective (n = 12) | | Intolerant (n = 9)<br>Ineffective (n = 3) | Intolerant (n = 10)<br>Ineffective (n = 8) |
| Side effects during adjuvant therapies | | | | | | |
| Sedation | | 18 (33%) | 20 (36%) | | 22 (34%) | 22 (34%) |
| Dizziness/lightheadedness | | 16 (29%) | 18 (33%) | | 16 (25%) | 19 (30%) |
| Peripheral edema | | 0 (0%) | 0 (0%) | | 5 (8%) | 7 (11%) |
| Fatigue | | 11 (20%) | 12 (22%) | | 6 (9%) | 11 (17%) |
| Dry mouth | | 1 (2%) | 2 (4%) | | 7 (11%) | 8 (13%) |
| Headache | | 0 (0%) | 2 (4%) | | 1 (1%) | 3 (5%) |
| Other | | 18 (33%) | 24 (44%) | | 14 (22%) | 17 (27%) |
| Total responses of adverse effects | | 64 | 78 | | 71 | 87 |
| Number of patients with adverse effects prior to initiation of studied therapies | | 19 (35%) | 21 (38%) | | 30 (47%) | 31 (48%) |
| Reasons for discontinuing adjuvant therapy | | | | | | |
| Sedation | | 2 (4%) | 3 (6%) | | 7 (11%) | 7 (11%) |
| Dizziness/lightheadedness | | 1 (2%) | 2 (4%) | | 2 (3%) | 3 (5%) |
| Inefficacy | | 6 (11%) | 12 (22%) | | 3 (5%) | 8 (13%) |

Data are presented as mean ± standard deviation. ANOVA tests were performed to compare groups receiving adjuvant therapy at the same time points.
* Indicates a significant difference with ANOVA testing when the time point data are compared with baseline data.
† Indicates a significant difference when 6-month data is compared with 3-month data.
‡ Indicates a significant difference when the intervention is compared with the control group at the identical time point (Table 6).
ANOVA, analysis of variance; VAS, visual analog scale.

Table 5. Parameters for Pain, Quality of Life, Sleep, and Mood/Anxiety Measured for Adjuvant Groups at Baseline, 3 Months, and 6 Months After Initiation of Treatment

| Test | Nabilone (n = 55) | | | Gabapentin (n = 64) | | |
|---|---|---|---|---|---|---|
| | Baseline | 3 Months | 6 Months | Baseline | 3 Months | 6 Months |
| EQ-5D index score | 0.58 ± 0.22 | | 0.60 ± 0.22 | 0.55 ± 0.24 | | 0.57 ± 0.26 |
| EQ-5D VAS | 64.7 ± 17.6 | | 68.6 ± 18.1 | 58.2 ± 26.9 | | 64.5 ± 22.8 |
| MOSSS sleep problems index | 34.5 ± 13.3 | | 29.4 ± 12.3 | 36.7 ± 12.8 | | 30.8 ± 12.6 |
| HADS | 14.4 ± 7.0 | | 11.8 ± 8.0 | 16.9 ± 12.6 | | 14.1 ± 8.7 |
| HADS-A | 9.5 ± 4.6 | | 5.6 ± 7.7* | 11.5 ± 5.5 | | 7.1 ± 7.8* |
| HADS-D | 4.9 ± 5.4 | | 6.2 ± 4.6 | 5.7 ± 5.9 | | 7.0 ± 5.2 |
| SF-36 domains | | | | | | |
| Physical functioning | 35.6 ± 25.5 | | 43.7 ± 26.4* | 35.4 ± 25.4 | | 42.6 ± 23.4* |
| Role physical | 28.4 ± 13.3† | | 31.2 ± 11.6 | 26.3 ± 9.9† | | 29.4 ± 12.0 |
| Bodily pain | 26.9 ± 20.3† | | 39.6 ± 14.4* | 26.2 ± 22.0† | | 38.3 ± 19.1* |
| General health | 45.8 ± 20.9 | | 50.2 ± 21.6 | 44.6 ± 20.2 | | 47.4 ± 19.1 |
| Vitality | 21.5 ± 12.9 | | 28.0 ± 17.5 | 21.3 ± 14.1 | | 28.1 ± 14.2 |
| Social functioning | 37.4 ± 25.1 | | 42.5 ± 22.1 | 38.6 ± 25.4 | | 43.1 ± 20.8 |
| Role emotional | 28.7 ± 21.8 | | 34.0 ± 27.1 | 25.8 ± 24.2 | | 31.1 ± 23.5 |
| Mental health | 54.4 ± 25.1 | | 60.1 ± 22.5 | 52.2 ± 20.7 | | 59.1 ± 22.3 |
| BPI—pain severity | | | | | | |
| Worst pain | 6.2 ± 3.0 | | 6.4 ± 2.1 | 6.3 ± 2.9 | | 6.1 ± 2.8 |
| Average pain | 4.9 ± 2.4 | | 4.3 ± 1.8* | 4.9 ± 2.5 | | 4.2 ± 1.8* |
| Least pain | 2.8 ± 1.8 | | 2.8 ± 1.7 | 2.6 ± 2.0 | | 2.8 ± 1.9 |
| Pain now | 4.7 ± 2.1 | | 4.3 ± 1.7 | 4.8 ± 2.5 | | 4.3 ± 1.9 |
| Mean severity | 4.7 ± 2.2 | | 4.5 ± 2.0 | 4.7 ± 2.3 | | 4.6 ± 1.8 |
| BPI—pain-related interference | | | | | | |
| General activity | 5.2 ± 2.3† | | 4.7 ± 1.8 | 5.3 ± 2.6† | | 4.9 ± 2.3 |
| Mood | 5.0 ± 2.4 | | 4.5 ± 1.9 | 5.1 ± 2.5 | | 4.8 ± 2.2 |
| Walking ability | 5.2 ± 2.6 | | 4.7 ± 1.9 | 5.2 ± 2.5 | | 4.8 ± 2.0 |
| Normal work | 4.8 ± 2.5 | | 4.7 ± 1.8 | 5.1 ± 2.4 | | 4.8 ± 2.0 |
| Relations with others | 4.1 ± 2.3 | | 3.8 ± 1.6 | 4.0 ± 2.0 | | 3.9 ± 2.0 |
| Sleep | 5.6 ± 2.6† | | 4.6 ± 1.9* | 5.8 ± 2.6† | | 4.8 ± 2.1* |
| Enjoyment of life | 5.2 ± 2.5 | | 4.8 ± 1.9 | 5.0 ± 2.5 | | 4.7 ± 2.1 |
| Mean interference | 5.0 ± 2.5† | | 4.5 ± 2.2 | 5.1 ± 2.6† | | 4.6 ± 2.3 |

Data are presented as mean ± standard deviation. ANOVA tests were performed to compare groups receiving adjuvant therapy at the same time points.
* Indicates a significant difference with ANOVA testing when the time point data are compared with baseline data.
† Indicates a significant difference when the intervention is compared with the control group at the identical time point (Table 6).
ANOVA, analysis of variance; BPI, Brief Pain Inventory; EQ-5D, EuroQol 5 Domains; HADS, Hospital Anxiety and Depression Scale; MOSSS, Medical Outcomes Sleep Study Scale; SF-36, Short-Form 36; VAS, visual analog scale.

and sleep adequacy within the MOSSS. Nabilone monotherapy was associated with additional improvements in sleep quantity and in the sleep problems index. Within the SF-36 domains, both nabilone and gabapentin monotherapy led to improvements in physical functioning, bodily pain, and vitality. Scales that improved within the BPI with either gabapentin or nabilone monotherapy were average pain and pain-related sleep interference. Nabilone monotherapy additionally assisted with pain-related interference with general activity.

Although the total HADS score demonstrated no change over time, the HADS-A score, indicative of anxiety levels, demonstrated significant improvement in either monotherapy group (Table 3).

*Adjuvant Therapy.* There were no significant improvements in EQ-5D scores, EQ health status scores, or total HADS scores at 6-month visits vs. baseline for any adjuvant therapy treatment group (Table 5). Patients treated with either nabilone or gabapentin adjuvant therapy for 6 months did demonstrate significant improvement in domains of pain/discomfort within the EQ-5D. Both gabapentin and nabilone adjuvant therapy were associated with improvement in sleep disturbance within the MOSSS. Within the BPI, scales that improved with either gabapentin or nabilone adjuvant therapy were average pain and pain-related sleep interference.

As with monotherapy, the total HADS score demonstrated no change over time in adjuvant therapy groups, but the HADS-A score improved in either adjuvant therapy group (Table 2).

*Adverse Events.* In monotherapy patients, sedation was the most common adverse event in patients receiv-

Table 6. Parameters for Pain, Quality of Life, Sleep, and Mood/Anxiety Measured for the Control Group at Baseline, 3 Months, and 6 Months After Initiation of Treatment

|  | Control Group (n = 29) | | |
| --- | --- | --- | --- |
|  | Baseline | 3 Months | 6 Months |
| VAS | 29.6 ± 12.1 | 30.3 ± 12.7 | 30.4 ± 11.5 |
| Absolute and % improvement in VAS since initiation |  | −0.7 ± 6.8 (−2.3%) | −0.8 ± 7.2 (−2.7%) |
| EQ-5D index score | 0.68 ± 0.26 |  | 0.67 ± 0.28 |
| EQ-5D VAS | 69.8 ± 21.5 |  | 69.3 ± 21.2 |
| MOSSS sleep problems index | 23.6 ± 16.7 |  | 24.1 ± 18.2 |
| HADS (total) | 9.4 ± 10.2 |  | 9.2 ± 10.8 |
|   HADS-A | 5.3 ± 11.6 |  | 5.1 ± 11.8 |
|   HADS-D | 4.1 ± 11.9 |  | 4.1 ± 11.6 |
| SF-36 domains |  |  |  |
|   Physical functioning | 48.9 ± 31.3 |  | 49.7 ± 32.0 |
|   Role physical | 36.5 ± 17.8 |  | 35.1 ± 16.5 |
|   Bodily pain | 40.2 ± 19.2 |  | 42.6 ± 15.2 |
|   General health | 59.7 ± 24.7 |  | 54.4 ± 23.8 |
|   Vitality | 37.4 ± 23.5 |  | 39.0 ± 24.1 |
|   Social functioning | 51.2 ± 28.3 |  | 54.7 ± 26.2 |
|   Role emotional | 40.6 ± 29.9 |  | 41.1 ± 28.0 |
|   Mental health | 63.7 ± 27.1 |  | 62.5 ± 24.6 |
| BPI—pain severity |  |  |  |
|   Worst Pain | 5.4 ± 3.5 |  | 5.7 ± 3.4 |
|   Average pain | 4.1 ± 3.3 |  | 4.2 ± 3.2 |
|   Least pain | 1.5 ± 2.9 |  | 1.6 ± 3.1 |
|   Pain now | 4.7 ± 3.2 |  | 4.5 ± 3.0 |
|   Mean severity | 3.9 ± 3.1 |  | 4.0 ± 3.2 |
| BPI—pain-related interference |  |  |  |
|   General activity | 4.1 ± 3.1 |  | 4.0 ± 3.1 |
|   Mood | 3.2 ± 3.2 |  | 3.4 ± 3.1 |
|   Walking ability | 3.5 ± 3.0 |  | 3.7 ± 2.8 |
|   Normal work | 3.0 ± 3.1 |  | 3.0 ± 3.0 |
|   Relations with others | 3.2 ± 2.7 |  | 3.0 ± 2.8 |
|   Sleep | 2.6 ± 3.1 |  | 2.5 ± 3.0 |
|   Enjoyment of life | 4.1 ± 2.8 |  | 3.9 ± 2.7 |
|   Mean interference | 3.4 ± 3.0 |  | 3.4 ± 3.1 |

Data are presented as mean ± standard deviation. ANOVA tests were performed to compare groups receiving monotherapy at the same time points.
ANOVA, analysis of variance; EQ-5D, EuroQol 5 Domains; HADS, Hospital Anxiety and Depression Scale; MOSSS, Medical Outcomes Sleep Study Scale; SF-36, Short-Form 36; VAS, visual analog scale.

ing either nabilone or gabapentin monotherapy. Other common side effects of both monotherapies were dizziness/lightheadedness and fatigue (Table 2). There was a trend toward greater sedation and overall adverse events with gabapentin monotherapy as compared with nabilone monotherapy. There was also a trend toward greater likelihood of discontinuation of gabapentin monotherapy because of either adverse events or inefficacy of monotherapy. Gabapentin monotherapy discontinuation was 31% after 3 months and 38% after 6 months. Discontinuation of nabilone monotherapy was 18% after 3 months and 29% after 6 months. There were no serious adverse events occurring within any monotherapy group.

In adjuvant therapy patients, similar occurrences of adverse effects were identified (Table 4), with sedation, dizziness/lightheadedness, and fatigue occurring most commonly. Gabapentin adjuvant therapy discontinuation was 19% after 3 months and 28% after 6 months. Discontinuation of nabilone monotherapy was 18% after 3 months and 31% after 6 months. In both cases, discontinuations were related to development of intolerable side effects and drug efficacy. There were no serious adverse events occurring within any adjuvant treatment group.

*Patient Assessment.* Global improvement was evaluated with the PGIC. On both the clinician-rated and the patient-rated instruments, there were responses in favor of monotherapy with either nabilone or gabapentin when compared with the control group (no therapy), whereas the adjuvant therapies were associated with less beneficial, but remaining significant, responses (Figure 2).

*Control Group (No Therapy).* The control group was stable over time in their levels of pain, sleep parameters,



**Figure 2.** Patient Global Impression of Change (PGIC) was analyzed using a modified ridit transformation with the Cochran–Mantel–Haenszel procedure, adjusting for center in each case. Patients reported a significant perceived benefit with monotherapy for each of nabilone (A) and gabapentin (B), as well as with adjuvant therapy for each of nabilone (C) and gabapentin (D). In contrast, the control group receiving no therapy had no significant change in PGIC reported (E).

mood and anxiety scale values, and quality and functioning of life parameters (Table 6). None of these patients started other forms of therapy over the 6-month assessment period.

## DISCUSSION

Although guidelines for the management of NeP have listed gabapentin as a first-line therapy, there are

very few head-to-head comparisons between agents considered to be efficacious in NeP management. Previous reports have suggested analgesic benefit in NeP patients using nabilone.[22–24,35] To date, however, there have been very few prospective trials of the efficacy of CBs in the treatment of NeP. The present study suggests that nabilone as monotherapy or adjuvant treatment for NeP has similar benefits upon pain severity, sleep, and anxiety when compared to gabapentin. This suggests that nabilone use can be considered for possible monotherapy or adjuvant therapy in NeP patients. An additional agent in the management of NeP is welcomed, as NeP can be notoriously challenging to manage. Modulation of multiple NeP pathogenic pathways ("rational polytherapy") may be beneficial in numerous patients with NeP.

The most common adverse event with the use of either nabilone or gabapentin was sedation, although the numbers of adverse events were not different between the two therapies assessed. The combination of sedation and lightheadedness/dizziness were the most common adverse events to lead to discontinuation of therapy in all intervention groups. Intolerance rates leading to discontinuation were similar between nabilone and gabapentin, and were comparable with other studies using these pharmacotherapies in forms of NeP.[7,24,36,37] Inefficacy also occurred in 13% to 22% of patients but was not significantly different between forms of intervention. Global benefit assessed with the PGIC found overall beneficial effects within any of the 4 intervention groups, better than witnessed in the control group receiving no pharmacotherapy.

Our results demonstrating efficacy are consistent with two recently published studies examining the use of nabilone in chronic pain states. A randomized, double-blind controlled trial of nabilone in patients with pain related to central nervous system syndromes revealed a reduction in pain severity when compared with placebo intervention.[20] A cross-over trial comparing nabilone and placebo in 30 chronic pain patients over a 4-week period[19] revealed a significant improvement in pain intensity for patients receiving a maximum dose of 1 mg daily when compared with placebo, although there was no difference in average pain intensity between groups; this may have been because of low daily doses of nabilone used in this study. However, a randomized, double-blinded, cross-over study reported similar inefficacy of nabilone and dihydrocodeine for the treatment of various forms of NeP,[17] which may have been impacted by underdosing of nabilone.

Other CBs may also be effective in management of NeP. Two studies of inhaled forms of CBs in patients with chronic NeP revealed benefit when compared with placebo.[21,38] A phase II randomized control study of another synthetic CB analog, ajulemic acid, also suggested efficacy in patients with chronic NeP.[39] An oromucosal cannabis-based spray used in the treatment of central NeP resulting from multiple sclerosis[14] has also provided significant long-term improvement in NeP[15] and has demonstrated benefits in patients with NeP because of peripheral nervous system disease.[40] The side effect profile of oromucosal cannibis-based spray is similar to that of nabilone.

There were some measureable improvements in the scales used to assess pain-related parameters and behaviors among the intervention groups. The EQ-5D domain of pain/discomfort improved significantly in all intervention groups, even though the EQ-5D index and VAS health state scores remained static. The lack of impact upon quality of life in this study may suggest that the studied pharmacotherapies insufficiently address other significant associated problems beyond pain in this patient population. Alternatively, more than simple polypharmacy may be required to improve the status of this patient population, with multidisciplinary clinic approaches needed to provide a holistic approach to patients with NeP. Parameters of sleep improved among patient groups receiving either nabilone or gabapentin.[24,25] Sleep disturbance, which was greater among intervention groups as compared with the control (no therapy) group, improved in all intervention groups as well. Sleep quantity and the sleep problems index also improved in each intervention group. It is believed that these improvements in sleep parameters are because of symptom reduction rather than simply a sedative drug effect.[41] Despite these improvements, sedation in some patients from each intervention group was sufficient enough to warrant discontinuation of therapy. The HADS-A subscale of the HADS scale improved in all intervention groups, perhaps consistent with the known anxiolytic effects of both nabilone and gabapentin.[24,42,43] Within the SF-36, certain functional scales also demonstrated improvement, including physical functioning, bodily pain, and vitality for each intervention; improvements trended to be more notable with monotherapy as compared with adjuvant therapy. It is important to note that for many patients with NeP in this study, visual analog pain scores of < 40/100 were associated with decisions to avoid pharmacotherapy (composing much of the control cohort group), suggesting that scores of

≥ 40/100 are indeed associated with more intolerable symptoms. Finally, measures of both pain and sleep-related pain interference also improved in the BPI scales for each intervention, even though disability in the intervention groups was greater than with the control group at the baseline time point. Overall, these improvements were predictable—improvements in pain, sleep, and, perhaps, anxiety were associated with the introduction of either nabilone or gabapentin therapy. Together, and in combination with the patient-recognized improvements in the PGIC scales, it can be suggested that nabilone and gabapentin have similar levels of efficacy for the management of PN-NeP when dosed adequately in a properly followed patient population.

There are a number of limitations associated with our results. The greatest limitations were a lack of randomization and blinding. An open-label study such as this is not meant to be a replacement for double-blinded, randomized, controlled trials comparing therapies but meant to provide preliminary information that may generate the interest and finances required for these more demanding studies. The flexible dosing and variability in overall dosing performed were analogous to everyday clinical therapy but may certainly limit the direct comparison of the agents considered. There is no optimal control group for comparison—we selected a cohort group who chose to receive no pharmacotherapy, but these patients may have expectations of no improvement over time and had lower baseline VAS scores. In Canada, the use of CBs would be considered as fourth line based upon published guidelines[8]—in this study, we compared its efficacy to an agent considered to be first line. Previous comparisons of third-line agents such as morphine with first-line agents have been performed previously in Canada.[7] It is possible that a selection bias may have occurred that led to some patients being initiated on one form of therapy based upon age, gender, or ethnicity of the patient, or based upon the etiology of their PN or severity of pain. It is extremely difficult to control for such variables without performing a randomized, double-blinded, controlled study, although the expense of such a study with an assumed very large sample size is likely prohibitive. In order to attempt to compensate for the absence of a placebo-treated group of patients, we included a cohort of patients who selected to receive no pharmacotherapy despite identical assessments and therapeutic discussion. This group had less severe pain than the other patient cohort groups, perhaps leading to the refusal of pharmacotherapy, and may not be comparable in other ways with the cohorts

of patients receiving pharmacotherapy. As a result, their later outcome measurements, including the Global Impression of Change, may not be valid for comparison with the other patient groups. Although all patients were encouraged to use conservative measure to assist with NeP relief including aerobic forms of exercise, there was no method to have a control for nonpharmaceutical interventions, nor was there any method to have a control for patients who also used over-the-counter medications for pain relief. Finally, patients referred to our tertiary care clinic may have not been representative of the general population of patients with PN and PN-mediated NeP.

## CONCLUSION

In our patient population with PN-associated NeP, nabilone pharmacotherapy was a safe and useful alternative management strategy, and its use may be of similar efficacy and tolerability as with the first-line agent, gabapentin. Our results support the consideration for use of nabilone and other CBs in the management of NeP related to PN. Both efficacy and tolerability of nabilone were comparable to a first-line agent for NeP, gabapentin. Recently published guidelines for NeP management have included CBs as agents to be considered for both Europe[44] and Canada.[8] We suggest that CBs such as nabilone be considered in the management of NeP in patients requiring pharmacotherapy and that further randomized, controlled, double-blinded comparison studies occur in the management of NeP.

## ACKNOWLEDGEMENTS

This study was supported by unrestricted grants through the University of Calgary, Pfizer Canada, and Valeant Canada.

## REFERENCES

1. Backonja MM, Galer BS. Pain assessment and evaluation of patients who have neuropathic pain. *Neurol Clin.* 1998;16:775–790.

2. Hughes RA. Peripheral neuropathy. *BMJ.* 2002; 324:466–469.

3. Gordon A, Choiniere M, Collet JP. The humanistic burden of neuropathic pain in Canada. *J Outcomes Res.* 2006;2006:23–35.

4. Mauskopf J, Austin R, Dix L, Berzon R. The Nottingham Health Profile as a measure of quality of life in zoster patients: convergent and discriminant validity. *Qual Life Res.* 1994;3:431–435.

Case 1:04-cv-10981-PBS   Document 4172-8   Filed 10/15/13   Page 16 of 17

*Nabilone and Gabapentin in NeP* • 367

5. McDermott AM, Toelle TR, Rowbotham DJ, et al. The burden of neuropathic pain: results from a cross-sectional survey. *Eur J Pain*. 2006;10:127–135.

6. Meyer-Rosberg K, Kvarnstrom A, Kinnman E, et al. Peripheral neuropathic pain—a multidimensional burden for patients. *Eur J Pain*. 2001;5:379–389.

7. Gilron I, Bailey JM, Tu D, et al. Morphine, gabapentin, or their combination for neuropathic pain. *N Engl J Med*. 2005;352:1324–1334.

8. Moulin DE, Clark AJ, Gilron I, et al. Pharmacological management of chronic neuropathic pain—consensus statement and guidelines from the Canadian Pain Society. *Pain Res Manag*. 2007;12:13–21.

9. Di Marzo V, Petrocellis LD. Plant, synthetic, and endogenous cannabinoids in medicine. *Annu Rev Med*. 2006;57:553–574.

10. Hohmann AG, Suplita RL 2nd. Endocannabinoid mechanisms of pain modulation. *AAPS J*. 2006;8:E693–E708.

11. Beltramo M, Bernardini N, Bertorelli R, et al. CB2 receptor-mediated antihyperalgesia: possible direct involvement of neural mechanisms. *Eur J Neurosci*. 2006;23:1530–1538.

12. Bridges D, Ahmad K, Rice AS. The synthetic cannabinoid WIN55,212-2 attenuates hyperalgesia and allodynia in a rat model of neuropathic pain. *Br J Pharmacol*. 2001;133:586–594.

13. Fox A, Kesingland A, Gentry C, et al. The role of central and peripheral cannabinoid1 receptors in the antihyperalgesic activity of cannabinoids in a model of neuropathic pain. *Pain*. 2001;92:91–100.

14. Rog DJ, Nurmikko TJ, Friede T, Young CA. Randomized, controlled trial of cannabis-based medicine in central pain in multiple sclerosis. *Neurology*. 2005;65:812–819.

15. Rog DJ, Nurmikko TJ, Young CA. Oromucosal delta9-tetrahydrocannabinol/cannabidiol for neuropathic pain associated with multiple sclerosis: an uncontrolled, open-label, 2-year extension trial. *Clin Ther*. 2007;29:2068–2079.

16. Campbell FA, Tramer MR, Carroll D, et al. Are cannabinoids an effective and safe treatment option in the management of pain? A qualitative systematic review. *BMJ*. 2001;323:13–16.

17. Frank B, Serpell MG, Hughes J, et al. Comparison of analgesic effects and patient tolerability of nabilone and dihydrocodeine for chronic neuropathic pain: randomised, crossover, double blind study. *BMJ*. 2008;336:199–201.

18. Zajicek JP, Sanders HP, Wright DE, et al. Cannabinoids in multiple sclerosis (CAMS) study: safety and efficacy data for 12 months follow up. *J Neurol Neurosurg Psychiatry*. 2005;76:1664–1669.

19. Pinsger M, Schimetta W, Volc D, et al. Benefits of an adjuvant treatment with synthetic cannabinomimetic nabilone on patients with chronic pain: a randomized controlled trial. *Wien Klin Wochenschr*. 2006;118:327–335.

20. Wissel J, Haydn T, Muller J, et al. Low dose treatment with the synthetic cannabinoid nabilone significantly reduces spasticity-related pain: a double-blind placebo-controlled cross-over trial. *J Neurol*. 2006;253:1337–1341.

21. Abrams DI, Jay CA, Shade SB, et al. Cannabis in painful HIV-associated sensory neuropathy: a randomized placebo-controlled trial. *Neurology*. 2007;68:515–521.

22. Beaulieu P. Effects of nabilone, a synthetic cannabinoid, on postoperative pain. *Can J Anaesth*. 2006;53:769–775.

23. Berlach DM, Shir Y, Ware MA. Experience with the synthetic cannabinoid nabilone in chronic noncancer pain. *Pain Med*. 2006;7:25–29.

24. Skrabek RQ, Galimova L, Ethans K, Perry D. Nabilone for the treatment of pain in fibromyalgia. *J Pain*. 2008;9:164–173.

25. Ware MA, Fitzcharles M-A, Joseph L, et al. The effects of nabilone on sleep in fibromyalgia: results of a randomized controlled trial. *Anesth Analg*. 2010;110:604–610.

26. Rubin A, Lemberger L, Warrick P, et al. Physiologic disposition of nabilone, a cannabinol derivative, in man. *Clin Pharmacol Ther*. 1977;22:85–91.

27. Toth C, Au S. A prospective identification of neuropathic pain in specific chronic polyneuropathy syndromes and response to pharmacological therapy. *Pain*. 2008;138:657–666.

28. Bril V, Perkins BA. Validation of the Toronto Clinical Scoring System for diabetic polyneuropathy. *Diabetes Care*. 2002;25:2048–2052.

29. Perkins BA, Olaleye D, Zinman B, Bril V. Simple screening tests for peripheral neuropathy in the diabetes clinic. *Diabetes Care*. 2001;24:250–256.

30. Zelman DC, Gore M, Dukes E, et al. Validation of a modified version of the brief pain inventory for painful diabetic peripheral neuropathy. *J Pain Symptom Manage*. 2005;29:401–410.

31. Kind P, Dolan P, Gudex C, Williams A. Variations in population health status: results from a United Kingdom national questionnaire survey. *BMJ*. 1998;316:736–741.

32. Hays RD, Stewart AL. Sleep measures. In: Stewart AL, Ware JE, eds. *Measuring Functioning and Well-Being: The Medical Outcomes Study Approach*. Durham, NC: Duke University Press; 1992:235–259.

33. Zigmond AS, Snaith RP. The hospital anxiety and depression scale. *Acta Psychiatr Scand*. 1983;67:361–370.

34. Meyer-Rosberg K, Burckhardt CS, Huizar K, et al. A comparison of the SF-36 and Nottingham Health Profile in patients with chronic neuropathic pain. *Eur J Pain*. 2001;5:391–403.

35. Notcutt W, Price M, Blossfeldt P, et al. Clinical experience of the synthetic cannabinoid nabilone for chronic pain. In: Nahas GG, Sutin KM, Harvey D, Agurell S, Pace N, Cancro R, eds. *Marijuana and Medicine*. Totowa, NJ: Humana Press, Inc.; 1999:567–572.

36. Gilron I, Bailey JM, Tu D, et al. Nortriptyline and gabapentin, alone and in combination for neuropathic pain: a double-blind, randomised controlled crossover trial. *Lancet.* 2009;374:1252–1261.

37. Serpell MG. Gabapentin in neuropathic pain syndromes: a randomised, double-blind, placebo-controlled trial. *Pain.* 2002;99:557–566.

38. Ware M, Wang T, Ducruet T, et al. Smoked cannabis for chronic neuropathic pain: results of a pilot study. *In: 17th Annual Symposium on the Cannabinoids. Saint-Sauveur, Quebec, Canada: International Cannabinoid Research Society*; 2007:31.

39. Karst M, Salim K, Burstein S, et al. Analgesic effect of the synthetic cannabinoid CT-3 on chronic neuropathic pain: a randomized controlled trial. *JAMA.* 2003;290:1757–1762.

40. Nurmikko TJ, Serpell MG, Hoggart B, et al. Sativex successfully treats neuropathic pain characterised by allodynia: a randomised, double-blind, placebo-controlled clinical trial. *Pain.* 2007;133:210–220.

41. Russo EB, Guy GW, Robson PJ. Cannabis, pain, and sleep: lessons from therapeutic clinical trials of Sativex, a cannabis-based medicine. *Chem Biodivers.* 2007;4:1729–1743.

42. Pollack MH, Matthews J, Scott EL. Gabapentin as a potential treatment for anxiety disorders. *Am J Psychiatry.* 1998;155:992–993.

43. Menigaux C, Adam F, Guignard B, et al. Preoperative gabapentin decreases anxiety and improves early functional recovery from knee surgery. *Anesth Analg.* 2005;100:1394–1399.

44. Attal N, Cruccu G, Haanpaa M, et al. EFNS guidelines on pharmacological treatment of neuropathic pain. *Eur J Neurol.* 2006;13:1153–1169.