# EXHIBIT J

Neurol Med Chir (Tokyo) 50, 1070∼1073, 2010

# Efficacy of Gabapentin for Radiculopathy Caused by Lumbar Spinal Stenosis and Lumbar Disk Hernia

Omur KASIMCAN and Hulagu KAPTAN*

*Department of Neurosurgery, Kirikkale University, Faculty of Medicine, Kırıkkale, Turkey;*
*\*Department of Neurosurgery, Selcuk University, Selcuklu Medical Faculty, Konya, Turkey*

## Abstract

The efficacy of gabapentin monotherapy was investigated against both acute or chronic radicular pain caused by lumbar disk hernia (LDH) or lumbar spinal stenosis (LSS). Seventy-eight patients with radicular pain, 10 males and 68 females aged 23 to 76 years (mean 49.4 years), caused by LSS in 45 patients or LDH in 33 patients were treated with oral administration of gabapentin and were followed up for 3 months. The evaluation included neurological examination, Odom's criteria, visual analog pain scale (VAS), and walking distance. Gabapentin treatment resulted in decreased VAS scores in both groups. Odom's criteria scores had improved to excellent or good in 36 patients with LSS and 28 patients with LDH. Furthermore, walking distance was significantly longer at the 3rd month of the treatment protocol. Eight patients discontinued gabapentin therapy because of the side effects. Gabapentin could be an option in the conservative management of acute or chronic radicular pain.

Key words: gabapentin, radiculopathy, lumbar spinal stenosis, lumbar disk hernia

## Introduction

Lumbar radiculopathy caused by compression or irritation of the nerve roots due to lumbar disk hernia (LDH) or lumbar spinal stenosis (LSS) is a common problem that diminishes the patient's quality of life. Neurogenic intermittent claudication (NIC) is more common than radiculopathy in patients with LSS. Both radiculopathy and NIC can be bothersome and limit the patient's daily activities. Sometimes elective lumbar surgery cannot be performed in patients with high risks or systemic diseases such as chronic congestive heart disease and chronic lung disease, or who do not prefer surgical treatment. Conservative management may be the only treatment choice for these patients.

Gabapentin is an analog of the neurotransmitter γ-aminobutyric acid with anticonvulsant and analgesic properties,[12] and is widely used to treat neuropathic pain. The exact mechanism of action is unknown, but the therapeutic action on neuropathic pain is thought to involve voltage-gated N-type calcium ion channels. Gabapentin is thought to bind to the α2δ subunit of the voltage-dependent calcium channel in the central nervous system.[2] Gabapentin is efficacious against various pain syndromes such as neuropathic pain, chronic pain, and postoperative pain.[4,6-9,12,13] Gabapentin monotherapy is recommended to provide pain relief and to increase the overall quality of life in patients with chronic radicular pain,[14] but the evidence for efficacy against acute pain is limited.[1,2,12]

This prospective study analyzed the effects of gabapentin on reduction of the severity of radicular pain, and improvement of the quality of life in patients with LDH and/or LSS over a relatively short period.

## Materials and Methods

This study included patients considered to be candidates for treatment with gabapentin under diagnoses of acute or chronic radiculopathy (LDH, LSS), no previous medication, still symptomatic, and no history of treatment with gabapentin. On admission, lumbar pathology was identified by radiography and lumbar magnetic resonance imaging, and the patient's neurological status was recorded. Exclusion criteria consisted of previous treatment with gabapentin for any disease, epilepsy, pregnancy, psychiatric disorders, renal failure, and other contraindications to gabapentin. Other exclusion criteria were previous spinal surgery, drop foot, cauda equina syndrome, spinal tumors, and spinal frac-

Received   March 9, 2010;   Accepted   July 26, 2010

tures or infection. No patient underwent surgical treatment during the study period.

All patients were treated with oral administration of gabapentin (Neurontin® 800 mg; Pfizer Inc., Gödecke GmbH, Freiburg, Germany). No patient received physical therapy exercises (lumbar flexion, pelvic traction, and strengthening abdominal muscles), or lumbo-sacral corset with steel bracing; or pharmacologic treatment with nonsteroidal anti-inflammatory drug and/or myelorelaxant agent. A dose escalation protocol was used; 1st day 400 mg once a day, 2nd day 400 mg twice a day, 3rd day 400 mg three times a day, and thereafter increasing by 400 mg per day for 10 days (maximum dose 2400 mg/day).

The follow-up control examination was scheduled after 3 months of treatment. The neurological outcomes were scored by a neurosurgeon (H.K.) according to the Odom's criteria (Table 1),[5] visual analog pain scale (VAS) (scores 0 [no pain] to 10 [the worst pain]), and "walking distance" scale (Table 2). Pre- and post-treatment severity of the patient's radicular pain was established by VAS score.

The study results consisted of Odom's criteria score, VAS score, and walking distance score that are normally distributed with homogeneous variation between all groups. Therefore, pre- and post-treatment outcome score results were statistically analyzed by the paired samples $t$ test. The determination of the statistical differences (Post-hoc evaluation) between the groups used the Student's $t$ test. p Values lower than 0.05 were considered to be significant. All data were analyzed using SPSS 11.5 software (SPSS Inc., Chicago, Ill., U.S.A.).

## Results

Seventy-eight patients with radicular pain due to LSS or LDH were included in this study, 10 males and 68 females aged 23 to 76 years (mean 49.4 years). Forty-five patients had LSS (LSS group) aged 30 to 73 years (mean 55.6 years), and 33 patients had LDH (LDH group) aged 23 to 67 years (mean 40.9 years). The demographic data are shown in Table 3. Eight patients experienced side effects, minimal somnolence in 3 and dizziness and drowsiness in 4. Five of these 8 patients were in the LSS group (mean age 56 years) and 3 patients in the LDH group (mean age 33.6 years). These patients had no tolerance against the side effects and had to leave the study. No other patient left the study.

Mean VAS scores were 7 pre-treatment and 2.1 post-treatment in the LSS group ($p < 0.001$), and 6.5 pre-treatment and 1.7 post-treatment in the LDH group ($p < 0.001$). Therefore, gabapentin treatment resulted in lower VAS scores showing improvement in the symptoms in both groups. VAS scores were not statistically different between the LSS and LDH groups both pre-treatment ($p = 0.145$) and post-

Table 3  Demographic data of the groups

| Group | Sex | No. of patients | Age, mean ± SD (yrs) |
|---|---|---|---|
| Lumbar spinal stenosis | male | 5 | 54.80 ± 6.22 |
|  | female | 39 | 55.75 ± 10.30 |
| Lumbar disk hernia | male | 4 | 45.50 ± 16.27 |
|  | female | 30 | 40.28 ± 6.60 |

SD: standard deviation.

Table 1  Rating protocol of Odom's criteria

| Rate | Description | Criteria |
|---|---|---|
| 1 | excellent | completely relieved of symptoms, and daily lives and occupations not impaired |
| 2 | good | intermittent discomfort, but no interference in occupational activities |
| 3 | fair | subjective improvement, but physical activities still significantly limited |
| 4 | poor | no improvement, or symptoms had deteriorated |

Table 2  Rating protocol of walking distance

| Rate | Walking distance (m) |
|---|---|
| 1 | 0–100 |
| 2 | 100–500 |
| 3 | 500–1000 |
| 4 | >1000 |



Fig. 1  Evaluation of visual analog pain scale (VAS) scores for lumbar disk hernia (LDH) and lumbar spinal stenosis (LSS) groups.  ▨: Pretreatment, ■: posttreatment 1st month, □: posttreatment 3rd month.

Table 4  Comparison of the groups

| Group | | Mean ± SD | | t Value | p Value* |
|---|---|---|---|---|---|
| | | Pretreatment | Posttreatment 3rd month | | |
| Lumbar disk hernia (n = 33) | VAS score | 6.58 ± 0.83 | 1.79 ± 0.85 | 27.71 | 0.001 |
| | Odom's criteria score | 3.64 ± 0.48 | 1.79 ± 0.78 | 11.72 | 0.001 |
| | Walking distance | 1.15 ± 0.44 | 3.73 ± 0.45 | −22.32 | 0.001 |
| Lumbar spinal stenosis (n = 45) | VAS score | 7.00 ± 0.87 | 2.13 ± 1.50 | 20.91 | 0.001 |
| | Odom's criteria score | 3.56 ± 0.50 | 1.78 ± 0.79 | 13.22 | 0.001 |
| | Walking distance | 1.42 ± 0.62 | 3.84 ± 0.36 | −23.53 | 0.001 |

*By Student's t test. n: Number of patients, SD: standard deviation, t: t-statistic, VAS: visual analog pain scale.



Fig. 2  Walking distance for lumbar disk hernia (*left*) and lumbar spinal stenosis (*right*) groups during the treatment. ▨: Pretreatment, ■: posttreatment 1st month, □: posttreatment 3rd month.

treatment (p = 0.149) (Fig. 1, Table 4).

Odom's criteria scores were excellent or good in 36 patients, but only moderate or poor in 9 patients with LSS; and good or excellent in 28 patients, but moderate or poor in 5 patients with LDH.

Pre-treatment walking distance was 0–100 meters in 29 patients with LSS, but post-treatment distance was up to 1000 meters in 38 patients. Pre-treatment walking distance was 0–100 meters in 29 patients with LDH, but post-treatment distance was up to 1000 meters in 24 patients (Fig. 2). The walking distance was significantly longer in both groups at the 3rd month (p < 0.001). There was no statistically significant variation in the post-treatment walking distance between the LDH and LSS groups (p = 0.211) (Table 4).

## Discussion

The present study showed that gabapentin treatment could decrease VAS scores in patients with LSS and LDH within 3 months. Therefore, gabapentin could significantly reduce the pain intensity from baseline, and was tolerated well by almost all patients.

Gabapentin can improve walking distance and decrease the intensity of low back and/or leg pain on movement in patients with LSS, suggesting that gabapentin could be of therapeutic use in patients with LSS.[12] Our study showed that the walking distance of the patients had increased significantly after 3 months of gabapentin treatment. In addition, Odom's criteria scores at the 3rd month showed good or excellent results in 36 patients (82.6%) with LSS and 28 patients (82.3%) with LDH.

Most efficacy data has suggested that gabapentin usage escalated to maximum dose 2400 mg/day is effective against chronic neuropathic pain.[4,10] The most frequent adverse effects reported with gabapentin include dizziness, somnolence, confusion, ataxia, nausea, vomiting, and headache,[3,4,10,11] occurring in 8.8% of patients in a previous study,[10] and 8 patients (9.3%) in the present study.

This study has several deficiencies. First, this study included only a small number of subjects to

evaluate the role of gabapentin in the management of acute or chronic radicular pain. *Second*, this study could not describe further patient strategy more than 3 months after the treatment, and evaluation continued for a rather short period. *Third*, the study evaluated the effectiveness of gabapentin in patients with various pain types, rather than focusing on one pain disorder or syndrome. *Fourth*, the placebo effect has not been entirely eliminated. However, our study has demonstrated that gabapentin can manage and reduce acute or chronic radicular pain, and can increase the walking distance score in patients with LDH and LSS. This study featured an open label design, with none of the participants (patient, independent observer) unaware of the medication. Double blind, placebo-controlled trials with larger numbers of subjects should be undertaken to better evaluate and observe the role of gabapentin in the management of acute or chronic radicular pain in the short and long term. Additionally, this study can be adopted for the conservative management of the patients with cervical radicular pain.

This study suggests that gabapentin monotherapy can reduce pain and increase walking distance significantly in patients with LDH or LSS. Gabapentin could also be an option for conservative treatment, especially in older patients with systemic complications such as severe cardiac failure or chronic obstructive lung disease, as well as patients who reject surgical treatment.

## References

1) Backonja M, Beydoun A, Edwards KR, Schwartz SL, Fonseca V, Hes M, LaMoreaux L, Garofalo E: Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. *JAMA* 280: 1831–1836, 1998
2) Davies A, Hendrich J, Van Minh AT, Wratten J, Douglas L, Dolphin AC: Functional biology of the alpha(2)delta subunits of voltage-gated calcium channels. *Trends Pharmacol Sci* 28: 220–228, 2007
3) Erdemoglu AK: The efficacy and safety of gabapentin in carpal tunnel patients: open label trial. *Neurol India* 57: 300–303, 2009
4) Mellegers MA, Furlan AD, Mailis A: Gabapentin for neuropathic pain: systematic review of controlled and uncontrolled literature. *Clin J Pain* 17: 284–295, 2001
5) Odom GL, Finney W, Woodhall B: Cervical disk lesions. *JAMA* 166: 23–28, 1958
6) Pandey CK, Navkar DV, Giri PJ, Raza M, Behari S, Singh RB, Singh U, Singh PK: Evaluation of the optimal preemptive dose of gabapentin for postoperative pain relief after lumbar diskectomy: A randomized, double-blinf, placebo-controlled study. *J Neurosurg Anesthesiol* 17: 65–68, 2005
7) Pandey CK, Priye S, Singh S, Singh U, Singh RB, Singh PK: Preemptive use of gabapentin significantly decreases postoperative pain and rescue analgesic requirements in laparoscopic cholecystectomy: A randomized, double-blind, placebo controlled study. *Can J Anaesth* 51: 358–363, 2004
8) Rice AS, Maton S; Postherpetic Neuralgia Study Group: Gabapentin in postherpetic neuralgia: A randomized, double blind, placebo controlled study. *Pain* 94: 215–224, 2001
9) Srivastava U, Kumar A, Saxena S, Mishra AR, Saraswat N, Mishra S: Effect of preoperative gabapentin on postoperative pain and tramadol consumption after minilap open cholecystectomy: a randomized double-blind, placebo-controlled trial. *Eur J Anaesthesiol* 27: 331–335, 2010
10) Todorov AA, Kolchev CB, Todorov AB: Tiagabine and gabapentin for the management of chronic pain. *Clin J Pain* 21: 358–361, 2005
11) Van Elstraete AC, Tirault M, Lebrun T, Sandefo I, Bernard JC, Polin B, Vally P, Mazoit JX: The median effective dose of preemptive gabapentin on postoperative morphine consumption after posterior lumbar spinal fusion. *Anesth Analg* 106: 305–308, 2008
12) Yaksi A, Ozgonenel L, Ozgonenel B: The efficiency of gabapentin therapy in patients with lumbar spinal stenosis. *Spine* 32: 939–942, 2007
13) Yildirim K, Deniz O, Gureser G, Karatay S, Ugur M, Erdal A, Senel K: Gabapentin monotherapy in patients with chronic radiculopathy: The efficacy and impact on life quality. *J Back Musculoskelet Rehabil* 22: 17–20, 2009
14) Yildirim K, Sisecioglu M, Karatay S, Erdal A. Levent A, Uğur M, Şenel K: The effectiveness of gabapentin in patients with chronic radiculopathy. *The Pain Clinic* 15: 213–218, 2003

Address reprint requests to: M. Omur Kasimcan, M.D., Department of Neurosurgery, Kirikkale University, Faculty of Medicine, 71100–Kirikkale, Turkey.
e-mail: kasımcanomur@yahoo.com