# EXHIBIT L

REVIEW ARTICLE

CNS Drugs 2011; 25 (12): 1023-1034
1172-7047/11/0012-1023/$49.95/0

© 2011 Adis Data Information BV. All rights reserved.

# Combination Therapy for Neuropathic Pain
## A Review of Current Evidence

*Yakov Vorobeychik*,[1] *Vitaly Gordin*,[1] *Jianren Mao*[2] and *Lucy Chen*[2]

1   Penn State Milton S. Hershey Medical Center, Department of Anesthesiology, Penn State College of Medicine, Hershey, PA, USA
2   MGH Center for Translational Pain Research, Department of Anesthesia, Critical Care and Pain Medicine, Massachusetts General Hospital, Harvard Medical School, Boston, MA, USA

## Contents

| | |
|---|---|
| Abstract................................................................. | 1023 |
| 1. Combination Therapy for Non-Cancer-Related Neuropathic Pain ........................ | 1025 |
|    1.1  Combination Therapy with Gabapentin ............................................. | 1025 |
|    1.2  Combination Therapy with Pregabalin............................................... | 1025 |
|    1.3  Combination Therapy with Topical Agents ........................................... | 1028 |
|    1.4  Combination Therapy with Other Neuropathic Pain Medications ...................... | 1029 |
|    1.5  Summary....................................................................... | 1029 |
| 2. Combination Therapy for Cancer-Related Neuropathic Pain............................. | 1030 |
|    2.1  Combination Therapy with Antidepressants and Opioids .............................. | 1030 |
|    2.2  Combination Therapy with Flupirtine, Ketamine or Baclofen .......................... | 1031 |
|    2.3  Combination Therapy with Gabapentin ............................................. | 1031 |
|    2.4  Summary....................................................................... | 1031 |
| 3. Conclusions and Future Directions...................................................... | 1032 |

**Abstract**

Neuropathic pain is a debilitating chronic condition that remains very difficult to treat. Recently, a number of clinical studies have compared the effectiveness of combination drug therapy with monotherapy for neuropathic pain treatment. In this article, we summarize up-to-date clinical studies of combination therapy for the treatment of both cancer- and non-cancer-related neuropathic pain. Despite a relatively small number of clinical studies on this topic, several positive indications have emerged. First, clinical studies using gabapentin (five positive trials) and pregabalin (five positive trials and one negative trial) in combination with an opioid, cyclo-oxygenase-2 inhibitor or antidepressant have shown positive responses greater than the respective monotherapies for pain related to diabetic neuropathy and postherpetic neuropathy. Second, high-concentration (8%) topical capsaicin and a 5% lidocaine patch seem to be effective add-on therapies (a modality of combination therapy) for various neuropathic pain conditions. Third, combination therapy for cancer-related neuropathic pain has yielded only limited success based on a number of small-scale clinical studies.

> While there are benefits of using combination therapy for neuropathic pain treatment, including better pain relief and reduced adverse effects, more clinical studies are required in order to (i) make head-to-head comparisons between combination and single-drug therapies, (ii) identify symptom-specific combination therapies for distinctive clinical neuropathic pain conditions, (iii) explore combination therapies that include non-drug modalities such as physical therapy, psychological coping and biofeedback to facilitate functional restoration and (iv) develop new and objective evaluation tools for clinical outcome assessment.

Neuropathic pain is defined as "pain arising as a direct consequence of a lesion or disease affecting the somatosensory system."[1] Over the last several decades, basic science research has explored the peripheral and central mechanisms of neuropathic pain. Pre-clinical evidence suggests a role of neuroplasticity in the mechanisms of neuropathic pain, which includes, but is not limited to, (i) sensitization of peripheral nociceptors,[2-5] (ii) expansion of peripheral receptive fields of nociceptors,[5-8] (iii) excitation of nociceptive transmission[9-16] and (iv) descending inhibition or facilitation of the spinal nociceptive pathways.[17-19] Moreover, a large body of information has demonstrated a critical role for second messengers and intracellular regulators in the molecular mechanisms of neuropathic pain.[20-24]

The advancement of our knowledge on the pathophysiology of neuropathic pain raises the possibility that improving clinical symptoms of neuropathic pain might be achieved by targeting multiple mechanisms with different drugs. For example, antiepileptic drugs and antidepressants may have analgesic and/or antihyperalgesic effects by blocking voltage-gated ion channels, facilitating chloride channel opening, increasing GABA activity and regulating receptors such as the NMDA receptor. Many current neuropathic pain medications such as selective serotonin reuptake inhibitors (SSRIs) and/or serotonin noradrenaline (norepinephrine) reuptake inhibitors (SNRIs) are also effective in the treatment of other clinical conditions such as depression.[25,26] Moreover, there is a significant increase in the use of opioid analgesics for neuropathic pain treatment along with innovative drug delivery systems.[27-35] While the treatment of neuropathic pain using single-drug therapy has been improved, this approach remains inadequate due to adverse effects and/or a lack of efficacy. Recognizing the existing challenges in neuropathic pain treatment, many clinicians have considered combination therapy as an alternative approach to achieving better neuropathic pain relief.

In this article, we provide a summary of the current data on combination therapy for neuropathic pain treatment. The following search terms were used in PubMed and Cochrane Library databases for a review of existing literature from January 1980 to May 2011: 'therapy' and 'neuropathic pain'; 'treatment' and 'neuropathic pain'; 'combination therapy' and 'neuropathic pain'; 'combination treatment' and 'neuropathic pain'; 'combination therapy' and 'mixed pain'; 'combination treatment' and 'mixed pain'; 'combination therapy' and 'cancer pain'; 'combination treatment' and 'cancer pain'. In addition, we examined references in the bibliographies of the original studies and review articles published in English.

Because a relatively small number of clinical studies were retrieved from our literature search and only a few made direct comparisons between different combination therapies, this article is not intended to be an analytic review but a summary of relevant information on this topic. These data will be divided into non-cancer- and cancer-related neuropathic pain treatment using combination therapy. Among the studies included in this article, several well conducted clinical trials are emphasized. In addition, the need for future clinical studies is discussed in order to provide information on both the current status and future

directions of combination therapy for neuropathic pain treatment.

## 1. Combination Therapy for Non-Cancer-Related Neuropathic Pain

Although effective in some cases, monotherapies often fail to provide sufficient pain relief even when administered at their maximum tolerable dose,[36] because a single drug is unlikely to effectively modify the complex cellular and molecular mechanisms implicated in the ascending and descending pathways within the nervous system underlying chronic neuropathic pain conditions.[37] Therefore, it is logical to target different pain mechanisms using more than one medication, thereby avoiding adverse effects caused by using a single medication at its maximum recommended dose.

As summarized by Gilron and Max[38] in their review article, "potential benefits of combination pharmacotherapy include greater analgesic efficacy, fewer adverse effects and lower doses of each drug." There is little doubt that certain pathophysiological mechanisms are shared by several pain syndromes, and that central sensitization plays an important role in the pathogenesis of neuropathic pain.[39] In many clinical trials of combination therapy, at least one medication with its efficacy attributed to targeting central components of pain was included in the combination. A list of clinical studies of combination therapy for non-cancer-related neuropathic pain is given in table I and several representative trials are discussed in detail in sections 1.1–1.4.

### 1.1 Combination Therapy with Gabapentin

Combination therapy, consisting of maximally titrated, centrally acting drugs such as gabapentin and nortriptyline, has been proven to be superior to monotherapy for providing pain relief to patients with diabetic neuropathy.[40] Interestingly, the incidence of adverse effects during combination therapy with gabapentin plus nortriptyline was not increased as compared with monotherapy doses of either medication. Furthermore, a small 8-week trial (n = 11) comparing the combination of gabapentin plus venlafaxine (active combination therapy) with gabapentin plus placebo (placebo combination therapy) demonstrated the superiority of active combination therapy over placebo combination therapy for treating pain and improving quality of life in patients with diabetic neuropathy.[41]

The combined effect of gabapentin with an opioid analgesic was examined in two recent, well conducted studies. In a randomized, double-blind, placebo-controlled trial, extended-release oxycodone was added to existing treatment with the maximum tolerated dose of gabapentin in diabetic neuropathy patients.[42] The authors found a greater effect with active combination therapy than with gabapentin plus placebo combination therapy or gabapentin monotherapy. Another high-quality, randomized, controlled trial compared the efficacy of gabapentin with sustained-release morphine in treating patients with diabetic neuropathy or postherpetic neuralgia by comparing combination therapy with monotherapy with either medication, as well as monotherapy versus active placebos that mimic the respective adverse effects of each of the monotherapies.[43] This well designed study included a four-period crossover design that allowed each patient to receive all treatments in sequence, thereby reducing the influence of confounding covariates. Those subjects receiving active combination therapy achieved better pain control than those receiving monotherapy or placebo. In addition, gabapentin or placebo was used as an add-on therapy in postherpetic neuralgia patients who continued taking their pre-study tricyclic antidepressants (TCAs) and/or opioid analgesic medications.[44] The active drug decreased pain intensity and sleep interference and improved mood and quality of life as compared with placebo. However, adverse effects were more frequent in patients receiving gabapentin.[44]

Overall, these studies demonstrate an improvement in the effectiveness of pain relief when gabapentin is used in combination with an opioid or antidepressant for the treatment of neuropathic pain.

### 1.2 Combination Therapy with Pregabalin

The efficacy of a newer gabapentinoid, pregabalin, combined with controlled-release oxycodone,

© 2011 Adis Data Information BV. All rights reserved.

**Table I.** Summary of studies of combination therapy (CT) for non-cancer-related chronic neuropathic pain

| Drug combinations | Pain type | Study type | Trial design | No. of patients | Primary outcome | Adverse effects | Reference |
|---|---|---|---|---|---|---|---|
| Gabapentin vs nortriptyline vs combination | DPN and PN | CT vs monotherapies | 6-week, randomized, double-blind, double-dummy, crossover | 56 | Better pain control with CT | Less with CT | 40 |
| Gabapentin + venlafaxine vs gabapentin + placebo | DPN | Add-on | 8-week, randomized, double-blind, placebo-controlled | 60 | Better pain relief with add-on venlafaxine | Similar in both groups | 41 |
| Gabapentin + oxycodone vs gabapentin + placebo | DPN | Add-on | 12-week, randomized, double-blind, placebo-controlled | 338 | Better pain relief with add-on oxycodone | Commonly seen opioid-induced adverse effects were not exacerbated by CT | 42 |
| Gabapentin vs morphine vs combination vs placebo | DPN and PN | CT vs monotherapies | 5-week, randomized, double-blind, four-period crossover, placebo-controlled | 57 | Better pain control with CT | More with CT | 43 |
| Gabapentin vs placebo | PN | Add-on | 8-week, randomized, double-blind, parallel-group, placebo-controlled, multicentre | 229 | Better pain control with gabapentin added to pre-existing therapy | More frequent in gabapentin group | 44 |
| Pregabalin vs oxycodone vs combination | PN, DPN, SS, FBSS and R | CT vs monotherapies | 90-day, open-label, prospective, multicentre | 409 | CT more effective in improving quality of life. CT and oxycodone groups had better pain control than gabapentin group | Less with CT | 45 |
| Pregabalin vs celecoxib vs combination | LBP | CT vs monotherapies | 4-week, prospective, randomized, single-blind | 36 | Better pain control with CT | Similar in all groups | 46 |
| Pregabalin vs placebo | PN | Add-on | 8-week, randomized, double-blind, parallel-group, placebo-controlled, multicentre | 178 | Better pain control with pregabalin added to pre-existing therapy | More in pregabalin group | 47 |
| Pregabalin vs placebo | PN | Add-on | 8-week, randomized, double-blind, placebo-controlled, multicentre | 238 | Better pain control with pregabalin added to pre-existing therapy | More with pregabalin | 48 |
| Pregabalin vs pregabalin + oxycodone | DPN and PN | CT vs pregabalin monotherapy | 4-week, randomized, double-blind, parallel-group, placebo-controlled | 62 | No better pain control with CT | Generally comparable between groups | 49 |

Continued next page

**Table I.** Contd

| Drug combinations | Pain type | Study type | Trial design | No. of patients | Primary outcome | Adverse effects | Reference |
|---|---|---|---|---|---|---|---|
| Pregabalin vs 5% lidocaine patch vs combination | DPN and PN | Add-on (pregabalin added to the pre-existing 5% lidocaine patch; 5% lidocaine patch added to the pre-existing pregabalin) | 8-week, prospective, open-label, multicentre | 229 | Better pain control with CT | Fewer with 5% lidocaine patch monotherapy | 50 |
| 8% capsaicin vs 0.04% capsaicin (topical) | PN | Add-on | 12-week, randomized, double-blind, parallel-group, multicentre | 402 | Better pain control with 8% capsaicin added to pre-existing therapy | Less frequent and severe in the subjects receiving 0.04% capsaicin | 51 |
| 8% capsaicin vs 0.04% capsaicin (topical) | HIV neuropathy | Add-on | 12-week, randomized, double-blind, controlled, multicentre | 307 | Better pain control with 8% capsaicin added to pre-existing therapy | 8% capsaicin was well tolerated | 52 |
| 0.025% capsaicin vs 3.3% doxepin vs combination vs placebo (topical) | Mixed | CT vs monotherapies | 4-week, randomized, double-blind, placebo-controlled | 200 | No better pain control with CT | Minor | 53 |
| Morphine + memantine vs morphine + placebo | CRPS | Add-on | 7-week, randomized, double-blind, placebo-controlled | 20 | Better pain relief with add-on memantine | Similar in both groups | 54 |
| Morphine vs clonidine vs combination (intrathecal) | Spinal cord injury | CT vs monotherapies | Randomized, double-blind, controlled | 15 | Better pain control with CT | CT did not result in a marked reduction of adverse effects | 55 |
| Sodium valproate vs nitroglycerin (glyceryl trinitrate) spray (topical) vs combination vs placebo | DPN | CT vs monotherapies | 3-month, prospective, randomized, double-blind, placebo-controlled | 87 | Better pain control with CT | Negligible number in all groups | 56 |
| Morphine vs nortriptyline vs combination vs benzatropine 'active' placebo | Lumbar R | CT vs monotherapies | 9-week, randomized, double-blind, crossover, placebo-controlled | 49 | No better pain control with CT | Comparable in all active treatment groups | 57 |
| Lamotrigine vs placebo | DPN, PN, nerve injury, spinal cord injury, TN, MS, or HIV neuropathy | Add-on | 14-week, randomized, double-blind, placebo-controlled | 220 | No better pain control with lamotrigine added to pre-existing therapy | More with lamotrigine | 58 |
| Calcitonin vs ketamine vs combination vs placebo | PLP | CT vs monotherapies | Randomized, double-blind, crossover, placebo-controlled | 20 | No better pain control with CT vs ketamine monotherapy | More in ketamine groups | 59 |
| 2% amitriptyline vs 1% ketamine vs combination vs placebo (topical) | DPN, PN, post-surgical neuropathy | Add-on | 3-week, randomized, double-blind, placebo-controlled | 92 | No better pain control with add-on drug | Minimal encountered | 60 |

**CRPS** = complex regional pain syndrome; **DPN** = diabetic neuropathy; **FBSS** = failed back surgery syndrome; **LBP** = lower back pain; **MS** = multiple sclerosis; **PLP** = phantom limb pain; **PN** = postherpetic neuralgia; **R** = radiculopathy; **SS** = spinal stenosis; **TN** = trigeminal neuralgia.

© 2011 Adis Data Information BV. All rights reserved.

was evaluated in a recent open-label, prospective, multicentre study.[45] The study included subjects with various neuropathic pain syndromes including postherpetic neuralgia, diabetic neuropathy, spinal stenosis, failed back surgery syndrome and radiculopathy. The authors reported not only a greater improvement in quality of life among subjects in the combination therapy group than in those receiving a respective monotherapy, but also demonstrated that combination therapy allowed a dose reduction of both medications as compared with the respective effective doses required for monotherapy. Although combination therapy resulted in a faster and more profound decrease in pain intensity as compared with pregabalin monotherapy, it did not show a statistical difference when compared with oxycodone monotherapy. However, a safety analysis of this trial revealed that combination therapy had the lowest rate of adverse events of the three studied groups.[45]

In a small, single-blind, prospective trial, subjects with chronic lower back pain were randomized into three groups as follows: pregabalin plus placebo, celecoxib plus placebo, and pregabalin plus celecoxib.[46] At the end of the evaluation period, combination therapy was more effective in decreasing pain intensity than either of the monotherapies. Adverse effects of combination therapy were similar to those of both monotherapy groups, but combination therapy was associated with reduced drug consumption. However, the confounding factor in this study was the inclusion of patients with both mechanical and neuropathic lower back pain and the absence of a separate analysis of the results based on pain aetiology. For example, the aetiology of patients with spinal stenosis is more likely to be neuropathic pain and more responsive to pregabalin, whereas those with mostly mechanical nociceptive pain caused by spondylosis may achieve greater relief of pain by taking a cyclo-oxygenase-2 inhibitor.

Two recent studies investigated add-on therapy with pregabalin versus placebo in postherpetic neuralgia. In the first study, the active drug or placebo was added to the treatment regimen in patients who were permitted to continue their pre-randomization medications, such as opioid and non-opioid analgesics, nonsteroidal anti-inflammatory drugs (NSAIDs), aspirin and antidepressants including SSRIs.[47] Pain and secondary outcome measures improved significantly in the pregabalin group as compared with the placebo group. The second study found a superiority of different doses of pregabalin over placebo, both of which were added to the existing treatment regimen.[48]

Unlike other studies of combination therapy with pregabalin, a recent randomized, controlled trial failed to demonstrate any benefit from the pregabalin/oxycodone combination as compared with the pregabalin/placebo combination in mitigating pain related to diabetic neuropathy and postherpetic neuralgia.[49] Furthermore, at the end of this 4-week trial there were no differences between the two groups in any secondary efficacy measures as evaluated by sleep interference scores, neuropathic pain scales, profiles of mood state and most of the Short Form-36 domains. While the adverse-effect profile was generally comparable between groups, patients in the pregabalin/oxycodone group did experience more adverse effects, resulting in 15% withdrawal from the study, whereas none of the patients in the pregabalin/placebo group discontinued treatment due to adverse effects.[49]

### 1.3 Combination Therapy with Topical Agents

Peripheral sensitization of primary afferents, as well as ectopic discharges along the injured nerve or in dorsal root ganglion neurons, may contribute to the development and maintenance of many neuropathic pain symptoms.[61] By applying an agent targeting a putative 'peripheral' component, investigators have tried to treat neuropathic pain with a combination of a centrally acting drug and a topical agent. In patients with diabetic neuropathy or postherpetic neuralgia,[50] pregabalin was added to patients already using a 5% lidocaine patch; conversely, a 5% lidocaine patch was added to patients already taking pregabalin who had not achieved satisfactory pain control while on monotherapy with either drug. As a study control, those patients with adequate response to

© 2011 Adis Data Information BV. All rights reserved.

Case 1:04-cv-10981-PBS   Document 4172-12   Filed 10/15/13   Page 8 of 13

monotherapy continued to take their respective medications. Comparison among these groups revealed a greater reduction in pain scores and increased patient satisfaction with combination therapy than that in either monotherapy group.

The transient receptor potential cation channel subfamily V member 1 (TRPV1) agonist capsaicin is another topical agent used for the treatment of pain associated with postherpetic neuralgia. In a randomized, double-blind, parallel-group, controlled trial, the efficacy of 8% capsaicin application was compared with a low-concentration capsaicin control patch.[51] Both formulations of this topical drug were added to existing stable drug therapy. Those subjects who received the 8% capsaicin application achieved greater pain control without significant adverse effects as compared with those patients using the low-concentration control patch. A similar randomized controlled trial evaluated the benefits of add-on therapy with an 8% capsaicin application versus a low-concentration capsaicin patch to pre-existing medication regimens for patients with painful HIV neuropathy and demonstrated the effectiveness and safety of 8% capsaicin application.[52] In another trial, combination topical therapy with 0.025% capsaicin and 3.3% doxepin provided the same amount of neuropathic pain reduction as did the monotherapy, although combination therapy produced a more rapid response.[53] A major pitfall of this study is that the aetiology of the patients' neuropathic pain was not specified. It seems that topical agents are more effective in alleviating pain in postherpetic neuralgia when used as combination therapy instead of monotherapy.[62]

### 1.4 Combination Therapy with Other Neuropathic Pain Medications

Mixed results have emerged from several studies evaluating combination therapy for the treatment of different types of neuropathic pain. A recent high-quality, randomized controlled trial investigated a combination of the NMDA antagonist memantine with morphine in the treatment of complex regional pain syndrome.[54] This study showed that combination therapy was more effective than morphine plus placebo for treating neuropathic pain syndrome. Moreover, the increased effect on pain relief in the combination therapy group was associated with decreased activation in the contralateral primary somatosensory and secondary somatosensory cortex in functional MRI studies.[54] In addition, more profound relief of neuropathic pain was demonstrated when using combination therapy consisting of intrathecal morphine and clonidine after spinal cord injury as compared with using either medication alone.[55] In yet another randomized, double-blind, controlled trial, the authors investigated the GABA agonist sodium valproate plus nitroglycerin (glyceryl trinitrate) spray in the treatment of diabetic neuropathy pain, showing that combination therapy was more effective in pain reduction than using either drug plus placebo.[56]

It should be pointed out that several studies reported negative outcomes of combination therapy. First, one small study compared the efficacy of morphine, nortriptyline and their combination with benzatropine 'active' placebo in the treatment of chronic lumbar radicular pain.[57] Neither monotherapy nor combination therapy was shown to be superior to placebo for the treatment of lumbar radicular pain. Second, lamotrigine was added to gabapentin or a non-opioid analgesic monotherapy in patients whose mixed neuropathic pain was inadequately controlled with a single drug.[58] No differences between lamotrigine and placebo were reported for pain control or secondary efficacy assessments. Third, chronic phantom limb pain responded equally to treatment with ketamine alone or in combination with calcitonin,[59] while calcitonin as a monotherapy also failed to decrease pain intensity in this study.[59] Fourth, a combination of two topical agents, 2% amitriptyline and 1% ketamine, did not provide additional pain relief as compared with the respective monotherapies in diabetic neuropathy, postherpetic neuralgia and postsurgical/post-traumatic neuropathy.[60]

### 1.5 Summary

Collectively, the above-discussed clinical studies indicate that the effectiveness of combination therapy is largely dependent on the type of neuropathic

pain condition as well as dose regimens. However, the current data do indicate that the combination of gabapentin with an opioid analgesic as well as the combination of a centrally acting agent with a topical agent are the most effective and produce fewer adverse effects than their respective monotherapies.

## 2. Combination Therapy for Cancer-Related Neuropathic Pain

Cancer patients experience a complex pain syndrome that carries characteristics of both nociceptive and neuropathic pain. Since the WHO introduced guidelines for the treatment of cancer-related pain in 1986, opioids have become widely accepted medications for these patients.[63] However, up to 20% of patients receiving opioid therapy fail to achieve adequate pain relief.[64,65] In addition, opioids have well known adverse effects that adversely affect quality of life for cancer patients.[66] One reason cancer-related pain is poorly controlled is the component of neuropathic pain secondary to adverse effects produced by chemotherapy or radiation, tumour invasion or compression of the neural structures, and/or surgical procedures. Therefore, when opioids fail to provide relief from neuropathic pain, the addition of adjuvant medications is often recommended.[67,68] As listed in table II, several studies have investigated the effect of adding a medication to a pre-existing treatment regimen with opioid analgesics in cancer pain and found mixed results with this modality of combination therapy.

### 2.1 Combination Therapy with Antidepressants and Opioids

In a randomized, double-blind, crossover, placebo-controlled study in which 16 patients served as their own control, amitriptyline was added to opioids (e.g. morphine) for cancer-related neuropathic pain control.[69] No additional benefits were observed when amitriptyline was compared with placebo except that fewer subjects receiving combination therapy scored in the worst pain category. However, no decrease in the dose requirement for morphine was observed in pa-

**Table II.** Summary of studies of combination therapy (CT) for chronic neuropathic and somatic cancer-related pain

| Drug combination | Study type | Trial design | No. of patients | Primary outcome | Adverse effects | Reference |
|---|---|---|---|---|---|---|
| Amitriptyline + opioid | CT vs placebo | 2-week, randomized, double-blind, crossover, placebo-controlled | 16 | No improvement in pain control with CT, except for the worst pain | More with CT | 69 |
| Flupirtine + opioid | Add-on | 8-day, open-label | 10 | Better pain relief with CT, improved QOL | Slightly less with CT, improved appetite | 70 |
| Oral ketamine + either opioid, amitriptyline, sodium valproate or a combination of these drugs | Add-on | 60-day, open-label | 9 | Reduction in NRS with CT, no reduction in morphine requirement with CT | More with CT | 71 |
| Baclofen + opioid | Add-on (except 4 of 25 patients who were taking only baclofen) | Median 114-day administration period, retrospective | 25 | CT resulted in better pain control | More with CT | 72 |
| Gabapentin + opioid vs opioid monotherapy | Add-on | 2-week, randomized, open-label | 75 | Better pain relief with CT | Lower in CT group | 73 |
| Gabapentin + opioid | Add-on | 15-day, prospective, open-label | 24 | CT resulted in a small reduction in NRS, which was not clinically important | Slightly more with CT | 74 |
| Imipramine + gabapentin + opioid vs imipramine + opioid vs low-dose gabapentin + opioid vs high-dose gabapentin + opioid | Add-on | 1-week, randomized, controlled | 52 | CT resulted in better pain control | Less with CT | 75 |

**NRS** = numeric rating scale; **QOL** = quality of life.

tients receiving combination therapy, while adverse effects such as drowsiness, confusion and dry mouth were more prevalent. Major limitations of this negative outcome study include a small sample size and only 1 week of exposure to amitriptyline.

### 2.2 Combination Therapy with Flupirtine, Ketamine or Baclofen

Flupirtine is a non-opioid, non-steroidal, centrally acting analgesic that also possesses muscle relaxant properties. Its mechanism of action is partially attributed to functional NMDA receptor antagonism.[76] In an open-label, dose-escalation study of ten cancer patients, reduction in pain intensity and improvement in the quality of life were observed when flupirtine was added to an existing pain treatment regimen.[70] However, the main drawbacks of this study are that it had a small sample size, was open-label and non-blinded, without a placebo control. In another small study,[71] patients taking maximally tolerated doses of morphine, amitriptyline, sodium valproate or a combination of these drugs were given oral ketamine (0.5 mg/kg three times a day). Seven of nine patients achieved more than a three-point decrease in their numeric pain score (on a 0–10 scale). However, greater adverse effects were observed with combination therapy. Further, morphine doses needed to achieve a similar decrease in pain score were not reduced after ketamine was added to the medication regimen.

In a retrospective study,[72] baclofen was added to an existing opioid regimen in 21 patients and compared with a group of four patients receiving baclofen as monotherapy. Reduction in pain (>50%) was achieved in 84% of these patients after baclofen was added into the treatment regimen. However, additional adverse effects (sedation, nausea) were reported with combination therapy and patients who benefited from the addition of baclofen also experienced paroxysmal or lancing pain.

Overall, these studies showed a minimal improvement in pain reduction with combination therapy regimens including ketamine, baclofen and/or flupirtine.

### 2.3 Combination Therapy with Gabapentin

In a randomized, single-centre, open-label study,[73] 75 patients with cancer-related nociceptive and neuropathic pain were enrolled. These patients were randomly assigned to two groups as follows: gabapentin as an adjuvant to existing opioid therapy or monotherapy with an opioid. Both treatments provided significant neuropathic pain relief but the decrease in numeric pain score was substantially greater in the combination therapy group than in the opioid monotherapy group. Moreover, the incidence of adverse effects was lower in the combination therapy group.

In a prospective, open-label study of 24 patients with cancer-related neuropathic pain, gabapentin was added to a stable opioid regimen and titrated over a 15-day period.[74] Although a statistically significant reduction in pain score was detected with the addition of gabapentin, the results were considered to be clinically insignificant.[74] In another randomized, controlled trial,[75] combination therapy with low-dose imipramine and low-dose gabapentin was used to treat cancer-related neuropathic pain. Prior to their enrolment, patients were taking opioids and NSAIDs and experiencing either poorly controlled pain or intolerable adverse effects. Fifty-two patients were randomly assigned to one of four groups as follows: gabapentin 400 mg/day plus imipramine 20 mg/day, gabapentin 400 mg/day alone, gabapentin 800 mg/day alone and imipramine 20 mg/day alone. At the end of this trial, patients in the combination therapy group had a greater reduction in their total pain score and the number of paroxysmal pain episodes than did patients in the monotherapy groups. Overall, pain control was inadequate in patients receiving monotherapy.

### 2.4 Summary

To date, the number of clinical studies evaluating combination therapy in cancer-related pain remains limited. The insufficiencies in some of these trials, such as small numbers of patients enrolled, mixed pain conditions and mixed outcomes, suggest that more clinical trials are required before recommendations can be made concerning the clinical effectiveness of using combination

therapy for the treatment of cancer-related neuropathic pain.

### 3. Conclusions and Future Directions

To date, the number of studies on combination therapy remains relatively small, making it difficult to make definitive recommendations. However, several positive indications have emerged from these studies as follows: (i) clinical studies using gabapentin (five positive trials) and pregabalin (five positive and one negative trial) in combination therapy have shown mainly positive responses over monotherapy for pain related to diabetic neuropathy or postherpetic neuralgia; (ii) high-concentration (8%) topical capsaicin and a 5% lidocaine patch seem to be effective add-on therapies; and (iii) studies of combination therapy for cancer-related neuropathic pain have yielded only limited success based on a number of small-scale clinical studies. Some caution should be observed in interpreting positive outcomes from the studies discussed in this review. For instance, although adding an opioid as a part of combination therapy provided better pain control in the majority of the available short-term trials, clinical studies may need to follow patients long enough to fully evaluate the well known, long-term adverse effects of opioid analgesics.[36] Both short- and long-term safety studies are necessary to evaluate possible adverse effects resulting from the drug combinations used in neuropathic pain treatment.[77,78] Moreover, studies are needed to further evaluate the efficacy of combination therapy, particularly on the following topics.

- Non-drug modalities may be included in combination therapy and their effects should be studied. For example, cognitive behavioural therapy, interventional procedures, physical therapy and rehabilitation may be added to combination therapy for gain of function.
- Future studies need to identify combination therapy regimens appropriate for specific clinical symptoms of neuropathic pain such as allodynia versus hyperalgesia. In this regard, the progress made in basic science research may help in developing new strategies for symptom-specific treatment options.
- Future studies should clearly define the goals of using combination therapy for neuropathic pain treatment. For example, the goals may include (i) pain relief, (ii) reduction in adverse effects, (iii) improvement of treatment compliance, and (iv) restoration of functional status. Accordingly, new and objective tools are needed for improved clinical outcome assessment.
- Future studies need to include head-to-head comparisons of (i) combination therapy regimens and the respective monotherapies, and (ii) different combination therapy regimens for a similar clinical neuropathic pain condition. For example, combination therapy regimens may include the use of (i) drugs from the same class but with different pharmacokinetic characteristics, (ii) drugs from separate classes with distinctive mechanisms of action, and (iii) drugs with unique delivery routes such as topical agents with minimal systemic absorption.

### Acknowledgements

This study was supported by National Institutes of Health (NIH) grants R01DE18214, R01DE18538 and P20DA26002 (to Dr Mao). Dr Vorobeychik has been a speaker bureau member for Eli Lilly and Forest Pharmaceuticals. The remaining authors have no conflicts of interest that are directly relevant to the content of this review.

### References

1. Treede RD, Jensen TS, Campbell JN, et al. Neuropathic pain: redefinition and a grading system for clinical research purposes. Neurology 2008; 70 (18): 1630-5
2. Willis Jr WD. Central nervous system mechanisms for pain modulation. Appl Neurophysiol 1985; 48 (1-6): 153-65
3. Dubner R, Hargreaves KM. The neurobiology of pain and its modulation. Clin J Pain 1989; 5 Suppl. 2: S1-4
4. Woolf CJ, Salter MW. Neuronal plasticity: increasing the gain in pain. Science 2000; 288 (5472): 1765-9
5. Julius D, Basbaum AI. Molecular mechanisms of nociception. Nature 2001; 413 (6852): 203-10
6. Woolf CJ, King AE. Dynamic alterations in the cutaneous mechanoreceptive fields of dorsal horn neurons in the rat spinal cord. J Neurosci 1990; 10: 2717-26
7. Ren K, Hylden JL, Williams GM, et al. The effects of a noncompetitive NMDA receptor antagonist, MK-801, on behavioral hyperalgesia and dorsal horn neuronal activity in rats with unilateral inflammation. Pain 1992; 50 Suppl. 3: 331-44
8. Willis Jr WD. Role of neurotransmitters in sensitization of pain responses. Ann NY Acad Sci 2001; 933: 142-56

9. Mendell LM, Wall PD. Responses of single dorsal cord cells to peripheral cutaneous unmyelinated fibres. Nature 1965; 206: 97-9
10. Price DD, Hayes RL, Ruda M, et al. Neural representation of cutaneous aftersensations by spinothalamic tract neurons. Fed Proc 1978; 37 Suppl. 9: 2237-9
11. Kenshalo Jr DR, Leonard RB, Chung JM, et al. Responses of primate spinothalamic neurons to graded and to repeated noxious heat stimuli. J Neurophysiol 1979; 42: 1370-89
12. Woolf CJ. Evidence for a central component of post-injury pain hypersensitivity. Nature 1983; 306 Suppl. 5944: 686-8
13. Mao J, Mayer DJ, Hayes RL, et al. Spatial patterns of increased spinal cord membrane-bound protein kinase C and their relation to increases in 14C-2-deoxyglucose metabolic activity in rats with painful peripheral mononeuropathy. J Neurophysiol 1993; 70: 470-81
14. Mao J, Mayer DJ, Price DD. Patterns of increased brain activity indicative of pain in a rat model of peripheral mononeuropathy. J Neurosci 1993; 13: 2689-702
15. Zhuo M. Glutamate receptors and persistent pain: targeting forebrain NR2B subunits. Drug Discov Today 2002; 7: 259-67
16. Simone DA, Zhang X, Li J, et al. Comparison of responses of primate spinothalamic tract neurons to pruritic and algogenic stimuli. J Neurophysiol 2004; 91: 213-22
17. Basbaum AI, Fields HL. Endogenous pain control systems: brainstem spinal pathways and endorphin circuitry. Annu Rev Neurosci 1984; 7: 309-38
18. Porreca F, Lai J, Bian D, et al. A comparison of the potential role of the tetrodotoxin-insensitive sodium channels, PN3/SNS and NaN/SNS2, in rat models of chronic pain. Proc Natl Acad Sci U S A 1999; 96 Suppl. 14: 7640-4
19. Gebhart GF. Descending modulation of pain. Neurosci Biobehav Rev 2004; 27: 729-37
20. Sorkin LS, Westlund KN, Sluka KA, et al. Neural changes in acute arthritis in monkeys: IV. Time-course of amino acid release into the lumbar dorsal horn. Brain Res Brain Res Rev 1992; 17: 39-50
21. Porreca F, Ossipov MH, Gebhart GF. Chronic pain and medullary descending facilitation. Trends Neurosci 2002; 25: 319-25
22. Waxman SG, Dib-Hajj S, Cummins TR, et al. Sodium channels and pain. Proc Natl Acad Sci U S A 1999; 96: 7635-9
23. Watkins LR, Maier SF. Glia: a novel drug discovery target for clinical pain. Nat Rev Drug Discov 2003; 2 Suppl. 12: 973-85
24. Sung B, Lim G, Mao J. Altered expression and uptake activity of spinal glutamate transporters after nerve injury contribute to the pathogenesis of neuropathic pain in rats. J Neurosci 2003; 23: 2899-910
25. Saarto T, Wiffen PJ. Antidepressants for neuropathic pain. Cochrane Database Syst Rev 2007; (4): CD005454
26. Malanga G, Reiter RD, Garay E. Update on tizanidine for muscle spasticity and emerging indications. Expert Opin Pharmacother 2008; 9 Suppl. 12: 2209-15
27. Sinatra R. The fentanyl HCl patient-controlled transdermal system (PCTS): an alternative to intravenous patient-controlled analgesia in the postoperative setting. Clin Pharmacokinet 2005; 44 Suppl. 1: 1-6
28. Sittl R. Transdermal buprenorphine in the treatment of chronic pain. Expert Rev Neurother 2005; 5 Suppl. 3: 315-23
29. Kaplan KM, Brose WG. Intrathecal methods. Neurosurg Clin N Am 2004; 15 Suppl. 3: 289-96
30. Simpson Jr RK. Mechanisms of action of intrathecal medications. Neurosurg Clin N Am 2003; 14 Suppl. 3: 353-64
31. Bennett G, Deer T, Du Pen S, et al. Future directions in the management of pain by intraspinal drug delivery. J Pain Symptom Manage 2000; 20 Suppl. 2: S44-50
32. Yaksh TL. Spinal pharmacology of pain and its modulation. Clin Neurosurg 1983; 31: 291-303
33. Yaksh TL. New horizons in our understanding of the spinal physiology and pharmacology of pain processing. Semin Oncol 1993; 20 (2 Suppl. 1): 6-18
34. Yaksh TL. Spinal systems and pain processing: development of novel analgesic drugs with mechanistically defined models. Trends Pharmacol Sci 1999; 20 Suppl. 8: 329-37
35. Coluzzi PH. Sublingual morphine: efficacy reviewed. J Pain Symptom Manage 1998; 16 Suppl. 3: 184-92
36. Dworkin RH, O'Connor AB, Audette J, et al. Recommendations for the pharmacological management of neuropathic pain: an overview and literature update. Mayo Clin Proc 2010; 85 (3 Suppl.): S3-14
37. Mao J, Gold MS, Backonja MM. Combination drug therapy for chronic pain: a call for more clinical studies. J Pain 2011; 12 (2): 157-66
38. Gilron I, Max MB. Combination pharmacotherapy for neuropathic pain: current evidence and future directions. Expert Rev Neurother 2005; 5: 823-30
39. Woolf CJ. Central sensitization: implications for the diagnosis and treatment of pain. Pain 2011; 152 (3 Suppl.): S2-15
40. Gilron I, Bailey JM, Tu D, et al. Nortriptyline and gabapentin, alone and in combination for neuropathic pain: a double-blind, randomised controlled crossover trial. Lancet 2009; 374: 1252-61
41. Simpson DA. Gabapentin and venlafaxine for the treatment of painful diabetic neuropathy. J Clin Neuromuscul Dis 2001; 3 (2): 53-62
42. Hanna M, O'Brien C, Wilson MC. Prolonged-release oxycodone enhances the effects of existing gabapentin therapy in painful diabetic neuropathy patients. Eur J Pain 2008; 12 (6): 804-13
43. Gilron I, Bailey JM, Tu D, et al. Morphine, gabapentin, or their combination for neuropathic pain. N Engl J Med 2005; 352 (13): 1324-34
44. Rowbotham M, Harden N, Stacey B, et al. Gabapentin for the treatment of postherpetic neuralgia: a randomized controlled trial. JAMA 1998; 280: 1837-42
45. Gatti A, Sabato AF, Occhioni R, et al. Controlled-release oxycodone and pregabalin in the treatment of neuropathic pain: results of a multicenter Italian study. Eur Neurol 2009; 61 (3): 129-37
46. Romanò CL, Romanò D, Bonora C, et al. Pregabalin, celecoxib, celecoxib, and their combination for treatment of chronic low back pain. J Orthop Traumatol 2009; 10 (4): 185-91
47. Dworkin RH, Corbin AE, Young Jr JP, et al. Pregabalin for the treatment of postherpetic neuralgia: a randomized, placebo-controlled trial. Neurology 2003; 60: 1274-83
48. Sabatowski R, Gálvez R, Cherry DA, et al., 1008-045 Study Group. Pregabalin reduces pain and improves sleep and

mood disturbances in patients with post-herpetic neuralgia: results of a randomized, placebo-controlled clinical trial. Pain 2004; 109 (1-2): 26-35

49. Zin CS, Nissen LM, O'Callaghan JP, et al. A randomized, controlled trial of oxycodone versus placebo in patients with postherpetic neuralgia and painful diabetic neuropathy treated with pregabalin. J Pain 2010; 11 (5): 462-71

50. Baron R, Mayoral V, Leijon G, et al. Efficacy and safety of combination therapy with 5% lidocaine medicated plaster and pregabalin in post-herpetic neuralgia and diabetic polyneuropathy. Curr Med Res Opin 2009; 25 (7): 1677-87

51. Backonja M, Wallace MS, Blonsky ER, et al., NGX-4010 C116 Study Group. NGX-4010, a high-concentration capsaicin patch, for the treatment of postherpetic neuralgia: a randomised, double-blind study. Lancet Neurol 2008; 7: 1106-12

52. Simpson DM, Brown S, Tobias J. Controlled trial of high-concentration capsaicin patch for treatment of painful HIV neuropathy. Neurology 2008; 70 (24): 2305-13

53. McCleane G. Topical application of doxepin hydrochloride, capsaicin and a combination of both produces analgesia in chronic human neuropathic pain: a randomized, double-blind, placebo-controlled study. Br J Clin Pharmacol 2000; 49: 574-9

54. Gustin SM, Schwarz A, Birbaumer N, et al. NMDA-receptor antagonist and morphine decrease CRPS-pain and cerebral pain representation. Pain 2010; 151 (1): 69-76

55. Siddall PJ, Molloy AR, Walker S, et al. The efficacy of intrathecal morphine and clonidine in the treatment of pain after spinal cord injury. Anesth Analg 2000; 91: 1493-8

56. Agrawal RP, Goswami J, Jain S, et al. Management of diabetic neuropathy by sodium valproate and glyceryl trinitrate spray: a prospective double-blind randomized placebo-controlled study. Diabetes Res Clin Pract 2009; 83 (3): 371-8

57. Khoromi S, Cui L, Nackers L, et al. Morphine, nortriptyline and their combination vs. placebo in patients with chronic lumbar root pain. Pain 2007; 130 (1-2): 66-75

58. Silver M, Blum D, Grainger J, et al. Double-blind, placebo-controlled trial of lamotrigine in combination with other medications for neuropathic pain. J Pain Symptom Manage 2007; 34 (4): 446-54

59. Eichenberger U, Neff F, Sveticic G, et al. Chronic phantom limb pain: the effects of calcitonin, ketamine, and their combination on pain and sensory thresholds. Anesth Analg 2008; 106: 1265-73

60. Lynch ME, Clark AJ, Sawynok J, et al. Topical 2% amitriptyline and 1% ketamine in neuropathic pain syndromes: a randomized, double-blind, placebo-controlled trial. Anesthesiology 2005; 103: 140-6

61. Baron R. Neuropathic pain: a clinical perspective. Handb Exp Pharmacol 2009; (194): 3-30

62. Zin CS, Nissen LM, Smith MT, et al. An update on the pharmacological management of post-herpetic neuralgia and painful diabetic neuropathy. CNS Drugs 2008; 22 (5): 417-42

63. World Health Organization. Cancer pain relief with a guide to opioid availability. 2nd ed. Geneva: World Health Organization, 1996

64. Lussier D, Portenoy RK. Adjuvant analgesics in pain management. In: Doyle D, Hanks G, Cherny NI, et al. Oxford textbook of palliative medicine. 3rd ed. New York (NY): Oxford University Press, 2003: 349-78

65. Zech DFJ, Grond S, Lynch J, et al. Validation of World Health Organization guidelines for cancer pain relief: a 10-year prospective study. Pain 1995; 63: 65-76

66. Portenoy RK, Payne D, Jacobsen P. Breakthrough pain: characteristics and impact in patients with cancer pain. Pain 1999; 81: 129-34

67. Twycross R, Wilcock A. Symptom management in advanced cancer. 3rd ed. Abingdon: Radcliffe Medical Press, 2001

68. Wall PD, Melzack R. Textbook of pain. 5th ed. Philadelphia (PA): Churchill Livingstone, 2005

69. Mercadante S, Arcuri E, Tirelli W, et al. Amitriptyline in neuropathic cancer pain in patients on morphine therapy: a randomized placebo-controlled, double-blind crossover study. Tumori 2002; 88 (3): 239-42

70. Goodchild CS, Nelson J, Cooke I, et al. Combination therapy with flupirtine and opioid: open-label case series in the treatment of neuropathic pain associated with cancer. Pain Med 2008; 9 (7): 939-49

71. Kannan TR, Saxena A, Bhatnagar S, et al. Oral ketamine as an adjuvant to oral morphine for neuropathic pain in cancer patients. J Pain Symptom Manage 2002 Jan; 23 (1): 60-5

72. Yomiya K, Matsuo N, Tomiyasu S, et al. Baclofen as an adjuvant analgesic for cancer pain. Am J Hosp Palliat Care 2009; 26 (2): 112-8

73. Keskinbora K, Pekel AF, Aydinli I. Gabapentin and an opioid combination versus opioid alone for the management of neuropathic cancer pain: a randomized open trial. J Pain Symptom Manage 2007 Aug; 34 (2): 183-9

74. Takahashi H, Shimoyama N. A prospective open-label trial of gabapentin as an adjuvant analgesic with opioids for Japanese patients with neuropathic cancer pain. Int J Clin Oncol 2010 Feb; 15 (1): 46-51

75. Arai YC, Matsubara T, Shimo K, et al. Low-dose gabapentin as useful adjuvant to opioids for neuropathic cancer pain when combined with low-dose imipramine. J Anesth 2010 Jun; 24 (3): 407-10

76. Kornhuber J, Bleich S, Wiltfang J, et al. Flupirtine shows functional NMDA receptor antagonism by enhancing Mg2+ block via activation of voltage independent potassium channels. J Neural Transm 1999; 106 (9-10): 857-67

77. Virani A, Mailis A, Shapiro LE, et al. Drug interactions in human neuropathic pain pharmacotherapy. Pain 1997; 73 (1): 3-13

78. Haanpää ML, Gourlay GK, Kent JL, et al. Treatment considerations for patients with neuropathic pain and other medical comorbidities. Mayo Clin Proc 2010; 85 (3 Suppl.): S15-25

Correspondence: Dr *Lucy Chen*, MGH Center for Translational Pain Research, Department of Anesthesia, Critical Care and Pain Medicine, Massachusetts General Hospital, Harvard Medical School, 15 Parkman Street, Boston, MA 02114, USA.
E-mail: llchen@partners.org