# EXHIBIT M

REVIEW ARTICLE (META-ANALYSIS)

# A Systematic Review of Pharmacologic Treatments of Pain After Spinal Cord Injury

*Robert W. Teasell, MD, FRCPC, Swati Mehta, HBSc, Jo-Anne L. Aubut, BA, Brianne Foulon, HBA, Dalton L. Wolfe, PhD, Jane T.C. Hsieh, MSc, Andrea F. Townson, MD, FRCPC, Christine Short, MD, FRCPC, the Spinal Cord Injury Rehabilitation Evidence Research Team*

**ABSTRACT.** Teasell RW, Mehta S, Aubut JL, Foulon B, Wolfe DL, Hsieh JTC, Townson AF, Short C, the Spinal Cord Injury Rehabilitation Evidence Research Team. A systematic review of pharmacologic treatments of pain after spinal cord injury. Arch Phys Med Rehabil 2010;91:816-31.

**Objective:** To conduct a systematic review of published research on the pharmacologic treatment of pain after spinal cord injury (SCI).

**Data Sources:** MEDLINE, CINAHL, EMBASE, and PsycINFO databases were searched for articles published 1980 to June 2009 addressing the treatment of pain post SCI. Randomized controlled trials (RCTs) were assessed for methodologic quality using the Physiotherapy Evidence Database (PEDro) assessment scale, whereas non-RCTs were assessed by using the Downs and Black (D&B) evaluation tool. A level of evidence was assigned to each intervention by using a modified Sackett scale.

**Study Selection:** The review included RCTs and non-RCTs, which included prospective controlled trials, cohort, case series, case-control, pre-post studies, and post studies. Case studies were included only when there were no other studies found.

**Data Extraction:** Data extracted included the PEDro or D&B score, the type of study, a brief summary of intervention outcomes, the type of pain, the type of pain scale, and the study findings.

**Data Synthesis:** Articles selected for this particular review evaluated different interventions in the pharmacologic management of pain after SCI. Twenty-eight studies met inclusion criteria; there were 21 randomized controlled trials; of these, 19 had level 1 evidence. Treatments were divided into 5 categories: anticonvulsants, antidepressants, analgesics, cannabinoids, and antispasticity medications.

**Conclusions:** Most studies did not specify participants' types of pain, making it difficult to identify the type of pain being targeted by the treatment. Anticonvulsant and analgesic drugs had the highest levels of evidence and were the drugs most often studied. Gabapentin and pregabalin had strong evidence (5 level 1 RCTs) for effectiveness in treating post-SCI neuropathic pain as did intravenous analgesics (lidocaine, ketamine, and morphine), but the latter only had short-term benefits. Tricyclic antidepressants only showed benefit for neuropathic pain in depressed persons. Intrathecal baclofen reduced musculoskeletal pain associated with spasticity; however, there was conflicting evidence for the reduction in neuropathic pain. Studies assessing the effectiveness of opioids were limited and revealed only small benefits. Cannabinoids showed conflicting evidence in improving spasticity-related pain. Clonidine and morphine when given together had a significant synergistic neuropathic pain-relieving effect.

**Key Words:** Pain; Paraplegia; Quadriplegia; Rehabilitation; Spinal cord injuries.

© 2010 by the American Congress of Rehabilitation Medicine

PAIN IS A FREQUENT complication of SCI. Studies examining pain prevalence have noted on average that two thirds of people with SCI report some form of pain and nearly one third rate their pain as severe. These estimates have been confirmed in at least 2 studies,[1,2] with several recent studies[3-7] reporting estimates of prevalence as high as 77% to 86%. However, it is notable that individual reports of incidence and prevalence vary widely because of differences in methodology and/or the populations being studied.[8,9]

Pain has often been reported as an important factor in decreased quality of life and has been shown to adversely impact function and participation in a variety of activities (eg, sleep, activities of daily living, community reintegration) in persons with SCI.[3,10-13] Nepomuceno et al[10] noted that 23% of persons with cervical or high thoracic SCI and 37% of those with low thoracic or lumbosacral SCI reported being willing to sacrifice sexual and/or bowel and bladder function as well as the hypo-

From the Department of Physical Medicine and Rehabilitation, Schulich School of Medicine and Dentistry (Teasell), and the Faculty of Health Sciences (Wolfe), University of Western Ontario, London, ON; Aging, Rehabilitation and Geriatric Care Program, Lawson Health Research Institute, London, ON (Teasell, Mehta, Aubut, Foulon, Wolfe, Hsieh); Division of Physical Medicine & Rehabilitation, University of British Columbia, Vancouver, BC (Townson); and Queen Elizabeth II Health Sciences Center & Division of Physical Medicine and Rehabilitation, Dalhousie University, Halifax, NS, (Short) Canada.

Supported by Ontario Neurotrauma Fund (grant no. 2007-SCI-SCIRE-528), Rick Hansen Man in Motion Foundation (grant no. Rick Hansen 2008-13), and SCI Solutions Network (grant no. 2010-01).

No commercial party having a direct financial interest in the results of the research supporting this article has or will confer a benefit on the authors or on any organization with which the authors are associated.

Reprint requests to Robert W. Teasell, MD, FRCPC, Dept of Physical Medicine and Rehabilitation, Parkwood Hospital, Hobbins Building, Suite 404, 801 Commissioners Rd E, London, ON, N6C 5J1, Canada, e-mail: *Robert.Teasell@sjhc.london.on.ca*.

0003-9993/10/9105-00790$36.00/0

doi:10.1016/j.apmr.2010.01.022

### List of Abbreviations

| | |
|---|---|
| CESD-SF | Center for Epidemiologic Studies Depression Scale-Short Form |
| CNS | central nervous system |
| D&B | Downs and Black |
| GABA | gamma-aminobutyric acid |
| MOR | mu-opioid receptor |
| NMDA | N-methyl-D-aspartic acid |
| PEDro | Physiotherapy Evidence Database |
| RCT | randomized controlled trial |
| SCI | spinal cord injury |
| SCIRE | spinal cord injury rehabilitation evidence |
| THC | tetrahydrocannabinol |
| VAS | visual analog scale |

thetic possibility of a cure for their SCI in exchange for pain relief.

The Task Force on Pain Following SCI, sponsored by the International Association for the Study of Pain, introduced a taxonomy based on expert consensus of presumed etiology[14]; this classification scheme has been widely accepted.[15] In this schema, SCI-related pain is classified as either pain caused by the activation of nociceptors, which are primary sensory neurons for pain (nociceptive), or pain caused by damage to the sensory system itself (neuropathic). Nociceptive pain can originate from the skin or musculoskeletal system or visceral organs, whereas neuropathic pain can involve the peripheral nervous system or in the case of spinal cord injury, the central nervous system. The majority of persons complaining of chronic pain report pain onset within the first 6 months of their injury, irrespective of the type of pain.[5,10,16-18] Some studies[5,18] have reported more delayed pain onset with visceral pain. Preliminary longitudinal studies[19] have shown relatively stable pain patterns over time in persons with chronic SCI, with few persons reporting dramatic changes in pain location, type, or intensity.

Despite impressive gains in limiting bladder, skin, cardiovascular, and respiratory complications after SCI, chronic pain after SCI has proven to be largely refractory to medical management.[20-22] This lack of treatment efficacy has been complicated by an incomplete understanding of pain in persons with SCIs and, until recently, the lack of a standardized framework on which to classify SCI-related pain.[21] Currently, the International Association for the Study of Pain taxonomy subcommittee is in the process of reviewing the pain classification after SCI.

Pharmacologic interventions remain the mainstay of treatment for SCI-related pain. Not unexpectedly, Widerstrom-Noga and Turk[23] found that SCI patients with more severe pain were more likely to use pain treatments. The use of simple nonopioid analgesics, nonsteroidal anti-inflammatory drugs, acetaminophen, and nonopioid "muscle relaxants" is common clinical practice in treating SCI pain. Unfortunately, these medications often are ineffective in providing consistent significant pain relief for neuropathic pain and have potential risks, such as gastrointestinal, renal, and hepatic toxicity, with prolonged heavy use. For neuropathic or "central" pain observed after SCI, anticonvulsants and psychotropic drugs (ie, antidepressants) are reportedly the most commonly used.[24] However, despite increasing popularity, few of these drugs have regulatory approval for use in neuropathic pain, and their use in patients is largely based on anecdotal evidence of off-label use. This systematic review was conducted to assess the research evidence of treatment approaches currently used in the pharmacologic management of pain in persons with SCI. This study is part of the SCIRE project (http://www.scireproject.com),[25] an evidence-based review of the literature assessing rehabilitation interventions in SCI patients. SCIRE was first available in 2006 and is currently in its second edition.

## METHODS

### Literature Search Strategy

A systematic review of all relevant literature, published from 1980 to June 2009, was conducted by using multiple databases (MEDLINE, CINAHL, EMBASE, PsycINFO). Key words included the following: pain, pain treatment, pharmacology, pain management, secondary complications, anticonvulsants, cannabinoids, antidepressants, medications, anesthetic, analgesic, and antispastic. Retrieved references were scanned for relevant citations that might have been missed by the searches of the various databases.

### Study Selection

Studies were included for analysis if they met the following criteria based on the previously established SCIRE methodology.[26] Studies were only included for analysis if at least 50% of subjects had an SCI, there were at least 3 subjects with an SCI, and there was a definable intervention being studied. Only studies published in the English language were included. For the following review of pharmacologic interventions for pain after SCI, 28 of 814 studies met the inclusion criteria. Studies examining all types of pain after SCI (nocioceptive, neuropathic, mixed) were examined.

### Study Appraisal

A methodologic quality assessment was conducted for each article by 2 reviewers by using either the PEDro scoring[27] system for RCTs or the D&B tool[28] for non-randomized studies. Scoring discrepancies were resolved by a third blind reviewer.

The PEDro was originally developed for assessing RCTs and systematic reviews in physiotherapy. Individual item level and total PEDro scores have been shown to have good agreement between raters.[29] The PEDro assessment consists of 11 questions with a maximum score of 10. External validity is measured by the first item, whereas the other 10 items relate to the study's internal validity. Foley et al[29] have arbitrarily defined the following criteria for rating the methodologic quality of a study: 9 to 10, excellent; 6 to 8, good; 4 to 5, fair; and <4, poor.

In an evaluation of 194 different tools, the D&B tool was 1 of only 6 tools identified as suitable for use in systematic reviews[30] for assessing the methodologic quality in nonrandomized studies. In an analysis of 18 tools, the D&B tool was found to be the best to assess the quality of nonrandomized trials because of its reliability and validity.[31] The D&B tool contains 27 items assessing reporting, external validity, internal validity (bias), internal validity (confounding) with a maximum score of 28.

The higher methodologic quality for each study was determined by a higher score on either tool. In the present methodology, a PEDro score of 5 or lower was used to designate "poor" quality RCTs, which corresponds to a marginally lower score than the approximate mean value over all RCTs in the PEDro database conducted over the latest reported time periods (ie, 1995–2002).[29]

### Data Synthesis

Investigations involving similar interventions were grouped and tabulated. Tables containing summaries of each study included the PEDro or D&B score, the type of study, a brief summary of intervention outcomes, the type of pain, the type of pain scale, and the study findings. A modified Sackett scale,

Table 1: Modified Sackett's Levels of Evidence

| Levels | Evidence |
| --- | --- |
| Level 1 | RCTs with a PEDro score ≥6 |
| Level 2 | RCTs with a PEDro score <6, cohort and non-RCTs |
| Level 3 | Case-control studies |
| Level 4 | Pre-post or post interventions and case series |
| Level 5 | Case reports, clinical consensus, or observational studies |

Data from Straus et al.[32]

with 5 levels of evidence, was used to determine the strength of evidence for each intervention[32] (table 1). The modified scale was created to simplify the 10 subcategories present in the Sackett scale into a system with 5 levels. Level 1 included RCTs with a PEDro score of greater than or equal to 6, whereas RCTs with scores lower than 6 were given level 2 evidence. Prospective controlled trials and cohort studies were also included in level 2 evidence. Level 3 evidence consisted only of case control trials. Pre-post studies, posttest, and case series were considered level 4 evidence. Lastly, level 5 evidence consisted of observational studies, clinical consensus, and case reports.

## RESULTS

Most pharmacologic interventional studies that met our inclusion criteria were supported by strong levels of evidence. Twenty-one of 28 studies were RCTs of which 19 provided level 1 evidence. When indicated, most studies specifically examined persons with neuropathic pain after SCI; however, many studies did not distinguish between neuropathic and musculoskeletal pain. Although studies used a varying array of pain-assessment tools, the 2 most commonly used scales were the VAS (n=17) and the McGill Pain Questionnaire (n=8).

### Anticonvulsants in SCI Pain

Anticonvulsant medications often are used in the treatment of neuropathic pain after SCI as well as a number of other medical conditions (table 2). Gabapentinoids (gabapentin and pregabalin) are now considered to be first-line treatment for post-SCI neuropathic pain.[33] Gabapentinoids mimic the neurotransmitter GABA; however, unlike baclofen, they do not act directly with the GABA receptor. Instead, therapeutic effectiveness for neuropathic pain is believed to be through interaction with voltage gated N-type calcium ion channels at the $\alpha_2\delta$ subunit and also indirectly with the NMDA receptor. Both of these drugs have been shown to increase the activity of inhibitory neurons resulting in a decrease in transmission of nociceptive signals.[34,35]

Rintala et al[36] conducted an RCT comparing the effects of gabapentin, amitriptyline, and an active control (diphenhydramine) on pain intensity after SCI in persons with neuropathic pain. At 8 weeks, gabapentin, when compared with amitriptyline or diphenhydramine, was not more effective in reducing pain intensity in participants scoring high ($\geq10$) or low ($<10$) baseline scores on the CESD-SF.

In an RCT conducted by Siddall et al,[37] those in the treatment group (n=70) receiving 150 to 600mg daily (twice a day) of pregabalin experienced a significantly greater improvement in pain and sleep than those in the control group (n=67). In an RCT conducted by Vranken et al,[38] patients in the treatment group received escalating doses of pregabalin (150–600mg daily), whereas those in the control group received a placebo. Subjects in the treatment group reported a significant decrease in pain ($P<.01$) and improvements in the Euro QoL 5-dimensional VAS and utility scores ($P<.01$) and the Bodily Pain subscale of the Medical Outcomes Study 36-Item Short-Form Health Survey ($P<.05$) relative to the control group.

Levendoglu et al,[39] in a cross-over study involving 20 subjects with neuropathic pain for more than 6 months, found that gabapentin was more effective ($P<.05$) than placebo at reducing neuropathic pain. Tai et al[40] studied the impact of gabapentin on pain in a small RCT involving only 7 patients. There was a significant reduction in "unpleasant feelings" with gabapentin versus placebo ($P=.028$), whereas the reduction in "pain intensity" and "burning pain" only trended toward significance ($P=.094$ and .065, respectively). No differences were detected for other pain descriptors, such as "sharp," "dull," "cold," "sensitive," "itchy," "deep," or "surface."

To et al[41] studied the impact of gabapentin in a case series of 44 SCI patients with neuropathic pain and reported a significant decrease in pain ($P<.001$) as measured by the VAS in 76% of subjects. Ahn et al,[33] in a before-and-after trial of SCI patients with pain, found that gabapentin was effective ($P<.05$) in decreasing neuropathic pain refractory to conventional analgesics. The impact was greater among those patients whose pain had been present for less than 6 months. Putzke et al[42] found that among the 21 patients who answered their questionnaire 67% (n=14) reported a reduction in pain while on gabapentin.

Lamotrigine is a voltage-gated $Na^+$ channel acting anticonvulsant. It was used by Finnerup et al[43] in a 9-week RCT to treat neuropathic pain after SCI in 22 patients. This study found no significant improvement in overall pain after SCI; however, a subgroup of patients with incomplete SCI reported a significant reduction in their at- or below-level neuropathic pain.

Valproic acid is a broad-spectrum anticonvulsant sometimes used in the treatment of pain. Studies indicate it works directly on voltage-gated $Na^+$ channels, resulting in the suppression of high-frequency firing neurons. It also indirectly increases GABA concentrations in the brain.[44] In a double-blind crossover study (n=20), Drewes et al[45] examined the effects of a 3-week treatment course of valproic acid on chronic central pain in persons who had sustained an SCI. Overall, they found no significant differences between the control and treatment groups; however, there was a trend toward improvement in the treatment group.

Levetiracetam is an oral anticonvulsant, with a structure and mechanism unrelated to other anticonvulsants. It has multiple analgesic mechanisms of action such as the inhibition of N-type voltage-gated calcium channels and acts as a $GABA_A$ agonist.[46] Finnerup et al[46] conducted a randomized, double-blind, crossover trial of levetiracetam in SCI persons with pain. Participants were either placed in the levetiracetam or placebo group for 5 weeks and then crossed over after a 1-week washout period. The study found no significant difference between the levetiracetam and the placebo treatment group in improving pain intensity ($P=.46$).

*Conclusions on anticonvulsants in SCI pain.* There is level 1 evidence that gabapentin and pregabalin improve neuropathic pain after SCI. There is level 4 evidence that gabapentin is more effective when SCI pain has been present for less than 6 months versus greater than 6 months. There is level 2 evidence that lamotrigine is effective in reducing neuropathic pain in persons with incomplete SCI. There is level 1 evidence that valproic acid does not significantly relieve neuropathic pain after SCI; however, a nonsignificant trend toward improvement in pain was seen. This warrants further study. One level 1 study showed that levetiracetam is not more effective in reducing neuropathic pain after SCI than placebo.

### Antidepressants for Post-SCI Pain

Both trazodone and amitriptyline are commonly used antidepressants, which act on adrenergic and $5HT_{2A}$ receptors, respectively, resulting in increased serotonin and/or norepinephrine concentrations in the central nervous system.[47] Sandford et al[48] have speculated that tricyclic antidepressants exert an analgesic effect by increasing serotonin in the CNS, thereby potentiating the inhibition of afferent pain signals. These properties have resulted in significant pain reduction in a number of clinical conditions.

Amitriptyline is a tricyclic antidepressant that is thought to modulate pain by inhibiting the synaptic reuptake of norepi-

Table 2: Anticonvulsants for SCI Pain

| Author/Reference Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| **Gabapentin/Pregabalin** | | | |
| Rintala et al[36] US RCT PEDro=10 | Type of pain: Persons (N=22) with neuropathic pain | **Treatment:** Patients were randomized into 1 of 6 groups: (1) gabapentin-amitriptyline-diphenhydramine (n=7), (2) gabapentin-diphenhydramine-amitriptyline (n=6), (3) amitriptyline-gabapentin-diphenhydramine (n=6), (4) amitriptyline-diphenhydramine-gabapentin (n=6), (5) diphenhydramine-gabapentin-amitriptyline (n=7), (6) diphenhydramine-amitriptyline-gabapentin (n=6). Each drug was administered for 9 wks with 1 washout week before and after each drug treatment for a total of 31 weeks. The maximum doses were 50mg, 3×/d for amitriptyline; 1200mg, 3×/d for gabapentin; 25mg, 3×/d, diphenhydramine (control). **Pain Scale:** VAS, NRS. | 1. In subjects with high ($\geq$10) baseline CESD-SF scores at 8 weeks:<br>  a. Amitriptyline was significantly more effective in reducing pain intensity than diphenhydramine ($P$=.035) but not gapapentin ($P$=.61).<br>  b. No significant difference in pain intensity was seen in effectiveness of gabapentin over diphenhydramine ($P$=.97).<br>2. Subjects with low ($<$10) baseline CESD-SF scores showed no significant difference among the medications. |
| Siddall et al[37] Australia RCT PEDro=9 | Type of pain: Persons (N=137) with neuropathic pain | **Treatment:** Those in treatment group (n=70) received 150 to 600 mg/d of pregabalin, whereas those in control group (n=67) received a placebo. **Pain Scale:** VAS, SFMPQ | 1. Those in treatment group, once dose stabilized, averaged 460 mg/d at end of 3rd week.<br>2. Pregabalin more effective than placebo at reducing pain by end of study ($P<$.001).<br>3. Pain reduction noted both with incomplete ($P<$.001) and complete SCI ($P<$.05).<br>4. The number who reported either a $\geq$30% or $\geq$50% reduction in pain from baseline to final assessment were more likely to be in the pregabalin group ($P<$.001 and $P<$.05, respectively).<br>5. Those in pregabalin group also noted reduction in sleep problems ($P<$.021) and an improvement in sleep quality ($P<$.05) compared with the control group. |
| Vranken et al[38] Netherlands RCT PEDro=9 | Type of pain: Persons (N=40) with neuropathic pain | **Treatment:** Those in treatment group received escalating doses of pregabalin (150, 300, or 600 mg/d), whereas control group received placebo. **Pain Scale:** VAS, PDI | 1. 82.5% of subjects completed the study.<br>2. Those in the treatment group experienced a decrease in pain ($P<$.01) compared with control group.<br>3. With respect to health status and quality of life, treatment group experienced a statistically significant improvement, in particular on the EQ-5D VAS and EQ-5D utility scores ($P<$.01).<br>4. Scores on the SF-36 showed significant improvement in the bodily pain domain ($P<$.009) for the treatment group but not in other domains. |
| Levendoglu et al[39] Turkey RCT PEDro=9 | Type of pain: Persons (N=20) with neuropathic pain | **Treatment:** Subjects randomized to gabapentin or placebo for a 4-week titration period. After this 4-week period, subjects continued to receive maximum tolerated doses. After 2-week washout period, treatments were switched in a crossover design. **Pain Scale:** VAS, NPS | 1. Placebo and gabapentin improved pain scores for the following: intensity ($P<$.000), shape ($P<$.000), hot ($P<$.001), unpleasantness ($P<$.000), and deep and surface pain ($P<$.001) at 4th week and again at 8th week of administration.<br>2. Intensity of pain decreased significantly for gabapentin groups during treatment ($P<$.001) and intensity of pain differed between 2 groups at all time points ($P<$.001). |

Table 2 (Cont'd): Anticonvulsants for SCI Pain

| Author/Reference Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| | | | 3. VAS scores indicated significant pain relief, which began at week 2 and continued until week 6 ($P<.001$).<br>4. There was a significant difference between the VAS scores for the 2 groups at the end of the stable dosing periods ($P<.001$).<br>5. More subjects had side effects in the treatment group than in the placebo group ($P<.05$). |
| Tai et al[40]<br>US<br>RCT<br>PEDro=6 | **Type of pain:** Persons (N=7) with neuropathic pain | **Treatment:** SCI subjects with neuropathic pain were treated with gabapentin or placebo.<br>**Pain Scale:** NPS | 1. Significant reduction in "unpleasant feeling" with gabapentin vs placebo ($P=.028$).<br>2. Trend towards reductions with gabapentin vs placebo for "pain intensity" ($P=.094$) and "burning sensation" ($P=.065$).<br>3. No other differences for any other pain descriptors including "sharp," "dull," "cold," "sensitive," "itchy," "deep," "surface." |
| To et al[41]<br>Australia<br>Case series<br>D&B=18 | **Type of pain:** Persons (N=44) with neuropathic pain | **Treatment:** SCI patients were treated with gabapentin for neuropathic pain.<br>**Pain Scale:** VAS | 1. 76% of subjects reported improvement in pain after taking gabapentin.<br>2. The VAS decreased from 8.86 pretreatment to 4.13 posttreatment (6mo later) ($P<.001$), with a significant curvilinear trend ($P=.001$). |
| Ahn et al[33]<br>Korea<br>Pre-post<br>D&B=17 | **Type of pain:** Persons (N=31) with neuropathic pain | **Treatment:** SCI patients were started on 300mg of gabapentin, which was increased over 18 days to 1500mg, followed by a 5-week maintenance period. If pain score did not decrease over this time period, medications were increased to 2400–3600 mg/d. Group 1 had <6 mo of pain; group 2 >6 mo.<br>**Pain Scale:** VAS | 1. Both groups (1 & 2) experienced lower mean scores for pain and sleep interference ($P<.05$).<br>2. Mean pain score decreased more for group 1 than group 2 ($P<.05$).<br>3. Mean pain score decreased more for group 1 during weeks 2–8 than for group 2 ($P<.05$).<br>4. Mean sleep interference score decreased more for group 1 than group 2 ($P<.05$). |
| Putzke et al[42]<br>US<br>Observational<br>D&B=8 | **Type of pain:** Not stated (N=21) | **Treatment:** Participants were asked to complete a survey (or interview).<br>**Pain Scale:** NRS | 1. 67% of patients reported having had a favorable response to gabapentin.<br>2. Among those reporting a favorable response, side effects were forgetfulness and sedation.<br>3. Among those interviewed a second time, most who reported a favorable response were using other medications and gabapentin for pain.<br>4. Side effects like sedation and forgetfulness were common. |
| **Lamotrigine**<br>Finnerup et al[43]<br>Denmark<br>RCT<br>PEDro=9 | **Type of pain:** Persons (N=22) with neuropathic pain | **Treatment:** After a 1-week baseline period, two 9-week treatment periods, consisting of either lamotrigine or placebo. Once the first 9-week period ended, a 2-week washout period began, followed by a second 9-week treatment phase. For those on lamotrigine, subjects were started on 25 or 100mg, and this was increased gradually to 400mg/d. Dose was decreased if the patient could not tolerate the 400mg/d; dose not allowed to drop below 200mg/d.<br>**Pain Scale:** MPQ. | 1. No significant effect on pain intensity across total sample ($P=.11$).<br>2. For incomplete lesions, lamotrigine reduced pain ($P=.002$) when compared with placebo; however, medication had no effect on those with a complete injury. Lamotrigine did not change any of the secondary endpoints. No differences were noted on the SF-36 or MPQ. |

Table 2 (Cont'd): Anticonvulsants for SCI Pain

| Author/Reference Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| **Levetiracetam**<br>Finnerup et al[46]<br>Denmark<br>RCT<br>PEDro=7 | **Type of pain:** Persons (N=24) with neuropathic pain | **Treatment:** Patients were randomized and blinded into two 5-week treatment groups receiving either levetiracetam or placebo tablets. After a 1-week washout period, subjects were crossed over to the 2nd group. Patients received 500mg ×2/d for the first week and 1000mg ×2/d for the second week, 1500mg ×2/d for the 3rd-5th week. Patients were assessed at baseline, at the end of each treatment, and at 6-month follow-up.<br>**Pain Scale:** NPSI, NRS. | 1. No significant difference was seen between levetiracetam and placebo treatment in the median pain intensity ($P=.46$) or in secondary outcome measures.<br>2. Patients treated with concomitant pain medication and patients without concomitant pain medication found no difference in pain reduction.<br>3. No difference in pain reduction was seen between patients treated with gabapentin and/or pregabalin and patients without gabapentin/pregabalin treatment ($P=.95$).<br>4. There was a trend toward greater adverse events in patients during levetiracetam treatment rather than the placebo treatment; however, no significant difference was seen ($P>.075$). |
| **Valproate**<br>Drewes et al[45]<br>Denmark<br>RCT<br>PEDro=5 | **Type of pain:** Persons (N=20) with neuropathic pain | **Treatment:** Subjects were administered 600mg of valproate or placebo twice daily. Daily dose of valproate was increased (on an individual basis) if pain persisted and no side effects were reported. First treatment phase lasted 3 weeks, followed by a 2-week washout period, followed by 3 weeks of crossover treatment.<br>**Pain Scale:** MPQ | 1. A trend toward improvement was noted among those in the valproate group; however, differences between the 2 groups were not significant. |

Abbreviations: EQ, EuroQoL; MPQ, McGill Pain Questionnaire; NPS, Neuropathic Pain Scale; NPSI, Neuropathic Pain Symptom Inventory; NRS, 11-point numeric rating scale; PDI, Pain Disability Index; SF-36, Medical Outcomes Study 36-Item Short-Form Health Survey; SFMPQ, Short Form McGill Pain Questionnaire.

nephrine and serotonin in the CNS. Therefore, amitriptyline has effects on both the adrenergic and 5HT receptor signal transduction pathway. Rintala et al[36] conducted an RCT comparing the effects of amitriptyline, gabapentin, or an active control (diphenhydramine) in the treatment of neuropathic pain after SCI. At 8 weeks, pain intensity in the amitriptyline group was significantly lower than in the gabapentin ($P=.03$) and diphenhydramine groups ($P=.012$). The study found that amitriptyline was significantly more effective in treating neuropathic pain in subjects with a high ($\geq 10$) baseline score of CESD-SF when compared with the active placebo ($P=.035$); however, no such difference was seen when compared to gabapentin ($P=.61$). Furthermore, no significant improvement in pain intensity was seen in participants with low ($<10$) baseline CESD-SF scores. In an earlier RCT, Cardenas et al[49] compared amitriptyline's efficacy against an inactive control in a mixed group of SCI patients with either neuropathic or nociceptic pain. The study found no significant difference in SCI patients randomized to receive either amitriptyline or placebo given 1 to 2 hours before bedtime for a period of 6 weeks.

Trazodone is reported to selectively inhibit serotonin and norepinephrine reuptake in a ratio of 25:1 and is thought to produce greater analgesia and less anticholinergic side effects than more nonselective agents like amitriptyline. Davidoff et al[50] found in a 6-week double-blind placebo-controlled trial that trazodone was ineffective at relieving pain in 18 SCI patients with chronic neuropathic pain (table 3).

Heilporn,[51] using combinations of melitracin (a previously available antidepressant) and transcutaneous electrical nerve stimulation, reported relief of pain in 8 of 11 SCI patients with neuropathic pain.

***Conclusions on antidepressants in SCI pain.*** There is level 1 evidence that the tricyclic antidepressant trazodone does not reduce post-SCI neuropathic pain more than placebo. There is level 1 evidence that amitriptyline is effective in the treatment of post-SCI pain but only in depressed persons.

**Analgesics for SCI Pain**

Given the severity and intractability of post-SCI pain, treatments such as lumbar epidural and subarachnoid infusions of analgesics have been studied. Loubser and Donovan[52] conducted a within-subject RCT involving 21 patients, administering a placebo and 5% lidocaine injection in a randomized sequence (table 4). After the lidocaine injections, 13 patients reported a significant mean reduction in pain from baseline averaging 2 hours when compared with placebo ($P<.01$). Attal et al[53] reported on 15 patients who received lidocaine intravenously and experienced a greater reduction in pain than those who received placebo, with an effect lasting up to 45 minutes after injection and a reduction in the intensity of brush-induced allodynia and mechanical hyperalgesia. In an RCT study per-

Table 3: Antidepressants in Post-SCI Pain

| Author Year Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| **Trazadone** Davidoff et al[50] US RCT PEDro=6 | **Type of pain:** Persons (N=18) with neuropathic pain | **Treatment:** Subjects underwent a 2-week placebo lead-in period with a 6-week randomization to 150 mg trazadone per day or placebo. **Pain Scale**: MPQ, SPI; PAD | 1. No significant differences were noted between groups on MPQ, SPI, or PAD. 2. More subjects reported side effects in experimental group ($P<.05$). 3. More subjects in placebo group completed the 8-week study ($P<.01$). |
| **Amitriptyline** Rintala et al[36] US RCT PEDro=10 | **Type of pain:** Persons (N=22) with neuropathic pain | **Treatment:** Patients were randomized into 1 of 6 groups: (1) gabapentin-amitriptyline-diphenhydramine (n=7), (2) gabapentin-diphenhydramine-amitriptyline (n=6), (3) amitriptyline-gabapentin-diphenhydramine (n=6), (4) amitriptyline-diphenhydramine-gabapentin (n=6), (5) diphenhydramine-gabapentin-amitriptyline (n=7), (6) diphenhydramine-amitriptyline-gabapentin (n=6). Each drug was administered for 9wk with 1 washout week before and after each drug treatment, for a total of 31 weeks. The maximum doses were 50mg, 3×/d for amitriptyline; 1200mg, 3×/day for gabapentin; 25mg, 3×/d, diphenhydramine (control). **Pain Scale**: VAS, NRS | 1. In subjects with high (≥10) baseline CESD-SF scores at 8 weeks: a. Amitriptyline was significantly more effective in reducing pain intensity than diphenhydramine ($P=.035$) but not gabapentin ($P=.61$). b. No significant difference in pain intensity was seen in effectiveness of gabapentin over diphenhydramine ($P=.97$). 2. Subjects with low (<10) baseline CESD-SF scores showed no significant difference among the medications. |
| Cardenas et al[49] US RCT PEDro=9 | **Type of pain:** Mixed group (N=84) | **Treatment:** Subjects were randomized to either amitriptyline or placebo group for a period of 6 weeks. **Pain Scale:** SFMPQ, BPI | 1. There were no significant differences between the 2 groups at baseline or at 6 weeks for any measure except satisfaction with life, with higher scores noted in the placebo group ($P=.004$). 2. Among those who remained on 2 medications, those on amitriptyline rated spasticity significantly higher ($P=.005$) than controls. |

Abbreviations: BPI, Brief Pain Inventory; MPQ, McGill Pain Questionnaire; NRS, 11-point numeric rating scale; PAD, Zurg Pain and Distress Index; SFMPQ, Short Form McGill Pain Questionnaire; SPI, Steinback Pain Intensity.

formed by Finnerup et al,[54] patients who received lidocaine intravenously (n=24) in 2 treatment sessions 6 days apart reported significantly less pain than those who did not receive lidocaine.

Chiou-Tan et al[55] provided 15 SCI persons with either oral mexiletine (an orally administered derivative of lidocaine) or placebo (150mg 3×daily) in a double-blind cross-over RCT. There was no appreciable improvement in pain severity, as measured either on a VAS or using the McGill Pain Questionnaire, within either group.

Ketamine is an NMDA receptor antagonist sometimes used to treat neuropathic pain. Two studies have looked at the effect of ketamine on post-SCI pain. In 1 RCT of 10 subjects, Kvarnstrom et al[56] found that ketamine was successful in reducing spontaneous neuropathic pain after SCI. Eide et al[57] in another small RCT (n=9) compared intravenous ketamine hydrochloride (an NMDA receptor antagonist), alfentanil (a μ-opioid receptor agonist), and placebo as either a combination bolus or continuous intravenous infusion. The bolus dose was administered for 60 seconds, and the continuous intravenous infusion was started simultaneously for 17 to 21 minutes during testing. A significant reduction in allodynia was noted for the ketamine and alfentanil treatments relative to placebo. Alfentanil and ketamine reportedly reduced wind-up pain when compared with placebo but not when compared with each other. Wind-up pain is produced by repeated stimulation of c-nociceptive afferents, resulting in temporal summation of pain perception.[57] There was a high correlation between the serum concentration of ketamine and the degree of reduction in continuous and wind-up pain.

Morphine is an opium-derived analgesic that acts directly on the CNS to relieve pain by binding and activating the MOR.[58] There are many endogenous opioids including endorphins, endomorphins, and nociceptin produced naturally within the human CNS and even more opioids manufactured as analgesics. The MOR is often targeted pharmacologically for its analgesic effects because the MOR reduces the presynaptic release of GABA.[59] The antinociceptive effects of clonidine are thought to be mediated via inhibitory interaction with pre- and postsynaptic primary afferent nociceptive projections in

Table 4: Analgesic Medication for Post-SCI Pain

| Author Year Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| **Lidocaine** | | | |
| Finnerup et al[54] Denmark RCT PEDro=10 | **Type of pain:** Persons (N=24) with neuropathic pain | **Treatment:** SCI patients participated. Subjects initially divided into two groups: those with and without evoked pain. In this cross-over design, each group then was subdivided (experimental vs controls) with experimental group receiving 5 mg of lidocaine infused over 30 min; controls received placebo. **Pain Scale:** MPQ | 1. In the total sample of patients, lidocaine reduced pain vs placebo ($P<.01$). 2. Assessing those with and without evoked, lidocaine still superior to placebo at reducing pain ($P<.01$ and $P<.048$, respectively). 3. More patients reported pain relief with at level and below-level pain while receiving lidocaine vs placebo. |
| Attal et al[53] France RCT PEDro=10 | **Type of pain:** Persons (N=16) with neuropathic pain | **Treatment:** Patients participated, 6 who had had a stroke and 10 post SCI. Subjects given 5mg of lidocaine or saline over a 30-min period. Treatments given in separate sessions, 3 weeks apart. Order of sessions randomized. **Pain Scale:** VAS, MPQ | 1. Effects of lidocaine on pain were greater than effects of placebo, starting at end of injection, and lasting for up to 45 minutes after injection ($P<.05$). 2. More people received pain relief with lidocaine than with placebo; however, relief waned by 60 minutes after injection. 3. Lidocaine reduced pain in 11 patients, and, in 6 of 12 patients, burning pain totally or partially relieved. 4. For those with brush-induced allodynia (n=8), lidocaine produced a reduction in intensity of allodynia 15 minutes after injection, and this lasted up to 30 minutes post injection. |
| Kvarnstrom et al[56] Sweden RCT PEDro=10 | **Type of pain:** Persons (N=10) with neuropathic pain | **Treatment:** SCI patients were recruited for participation. Ketamine (0.4mg/kg) vs lidocaine (2.5mg/kg) vs saline placebo administered intravenously over 40 min. **Pain Scale:** VAS | 1. VAS scores were significantly reduced in ketamine vs the placebo group ($P<.01$). 2. Comparing lidocaine and placebo group, no significant difference noted ($P=.60$). 3. Pain relief was not linked to altered temperature thresholds or other changes in sensory function. |
| Loubser & Donovan[52] US RCT PEDro=8 | **Type of pain:** Not stated (N=21) | **Treatment:** SCI patients with pain received 2 separate injections (placebo vs 5% lidocaine in dextrose) through a lumbar subarachnoid catheter. **Pain Scale:** VAS | 1. All 21 patients tolerated injections (anesthetics and placebo) well. 2. Negative placebo response was noted in 17 patients. After lidocaine (n=13), patients showed a mean reduction in pain ($P<.01$) for an average of 123.1±95.3 minutes. 3. Pain reduction after injection significant ($P<.01$) for the treatment group only. |
| **Ketamine** | | | |
| Kvarnstrom et al[56] Sweden RCT PEDro=10 | **Type of pain:** Persons (N=10) with neuropathic pain | **Treatment:** SCI patients were recruited for participation. Ketamine (0.4mg/kg) vs lidocaine (2.5mg/kg) vs saline placebo administered intravenously over 40 min. **Pain Scale:** VAS | 1. VAS scores were significantly reduced in ketamine vs the placebo group ($P<.01$). 2. Comparing lidocaine and placebo group, no significant difference noted ($P=.60$). 3. Pain relief was not linked to altered temperature thresholds or other changes in sensory function. |
| Eide et al[57] Norway RCT PEDro=7 | **Type of pain:** Persons (N=9) with neuropathic pain | **Treatment:** SCI patients were given ketamine hydrochloride, alfentanil or a placebo as combination of bolus and continuous IV infusions. Bolus dose was administered for 60 seconds and the continuous intravenous infusion started simultaneously for 17 to 21 minutes while testing was performed. **Pain Scale:** VAS | 1. Freidmann 2-way analysis by ranks revealed differences between various treatments ($P=.005$). 2. Alfentanil and ketamine were significantly better than placebo ($P<.01$ and $P<.04$, respectively). 3. No significant differences were noted between ketamine and alfentanil (Wilcoxon $P=.19$). 4. Significant differences were noted between the treatment groups ($P=.008$). Allodynia was not changed more with ketamine vs alfentanil (Wilcoxon $P=.93$). |

Table 4 (Cont'd): Analgesic Medication for Post-SCI Pain

| Author Year Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| | | | 5. Alfentanil reduced wind-up-like pain ($P=.014$) compared with placebo. On ketamine, wind-up-like pain was not significantly reduced ($P=.07$). |
| | | | 6. A high correlation between the serum concentration of ketamine and the size of reduction in continuous pain ($r=.78$, $P<.002$) and reduction in wind-up-like pain ($r=.83$, $P<.002$) was noted. |
| **Alfentanil**<br>Eide et al[57]<br>Norway<br>RCT<br>PEDro=7 | **Type of pain:** Persons (N=9) with neuropathic pain | **Treatment:** SCI patients were given ketamine hydrochloride, alfentanil or a placebo as combination of bolus and continuous IV infusions. Bolus dose was administered for 60 seconds and the continuous intravenous infusion started simultaneously for 17 to 21 minutes while testing was performed.<br>**Pain Scale:** VAS | 1. Freidmann 2-way analysis by ranks revealed differences between various treatments ($P=.005$).<br>2. Alfentanil and ketamine were significantly better than placebo ($P<.01$ and $P<.04$, respectively).<br>3. No significant differences were noted between ketamine and alfentanil (Wilcoxon $P=.19$).<br>4. Significant differences were noted between the treatment groups ($P=.008$). Allodynia was not changed more with ketamine vs alfentanil (Wilcoxon $P=.93$).<br>5. Alfentanil reduced wind-up-like pain ($P=.014$) compared to placebo. On ketamine, wind-up-like pain was not significantly reduced ($P=.07$).<br>6. A high correlation between the serum concentration of ketamine and the size of reduction in continuous pain ($r=.78$, $P<.002$) and reduction in wind-up-like pain ($r=.83$, $P<.002$) was noted. |
| **Clonidine/morphine**<br>Siddal et al[63]<br>Australia<br>RCT<br>PEDro=8 | **Type of pain:** Persons (N=8) with neuropathic pain | **Treatment:** Placebo, morphine, or clonidine was delivered via catheter into lumbar intrathecal space in 8 SCI patients. Each was first given either: 0.2-1mg of morphine, 50 to 100$\mu$g of clonidine or placebo; dosage increased if the subject had no side effects and no pain relief. Patients could receive up to 1.5-times the initial drug dosage if necessary. Once each received satisfactory pain relief (or developed side effects from drug they were on), he or she was given a mixture of morphine and clonidine.<br>**Pain Scale:** NPRS, VPR | 1. The administration of morphine or clonidine resulted in a mean reduction in pain levels; however, this was not statistically significant compared with the effects of placebo.<br>2. When mixture of morphine and clonidine was administered, there was a significant reduction in pain vs that achieved on placebo ($P=.008$). |
| Uhle et al[64]<br>Germany<br>Prospective Controlled Trial<br>D&B=9 | **Type of pain:** Mixed group (N=10) | **Treatment:** Subjects were implanted with an intrathecal pump, originally were given 3ml saline followed by 1ml morphine; this was followed by a second dose of morphine (0.02mg) provided that no side effects or benefits had been noted. This was followed by clonidine (30ug in 1ml); then, depending on side effects, a final dose of clonidine (50ug in 1ml).<br>**Pain Scale:** VAS | 1. Subjects reported good to excellent pain reduction after clonidine administration.<br>2. After clonidine bolus, subjects experienced the optimum pain reduction. Average initial dose of clonidine was 53$\mu$g/d; this decreased (or stabilized) to 44$\mu$g/d. |

Case 1:04-cv-10981-PBS   Document 4172-13   Filed 10/15/13   Page 11 of 17

Table 4 (Cont'd): Analgesic Medication for Post-SCI Pain

| Author Year Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| **Morphine**<br>Attal et al[65]<br>France<br>RCT<br>PEDro=10 | **N:** 15<br>**Type of pain:** Mixed group | **Treatment:** Initially, patients received IV morphine titrated up to the maximal tolerated dosage using successive bolus injections of 2mg morphine every 10 minutes. Double-blind phase began 3 weeks after titration phase. IV morphine or saline was administered.<br>**Pain Scale:** VAS | 1. Spontaneous pain scores decreased immediately after the end of the infusion of morphine and placebo for up to 120 minutes in both group.<br>2. The effects of the morphine did not differ significantly from those who were given the placebo after injection.<br>3. Those who reported pain relief from the treatment was higher (3×) after the morphine than after the placebo was given from 15 to 60 minutes after injection.<br>4. Burning pain was weakened by the morphine in 7 patients and by placebo in 4 patients.<br>5. When looking at the effects of morphine on mechanical allodynia it could be seen that the morphine produced a reduction in intensity. The saline treatment did not have an effect.<br>6. The morphine significantly reduced ($P<.01$) dynamic mechanical allodynia but not other pains. |
| **Tramadol**<br>Norrbrink & Lundeberg[66]<br>Sweden<br>RCT<br>PEDro=8 | **N:** 35<br>**Type of pain:** Persons with neuropathic pain | **Treatment:** Patients were randomized in a 2:1 ratio (tramadol/placebo) and treatment was administered for 4 weeks. Both patients and staff were blind to the treatments. Each patient was given 50mg tramadol or placebo 3 times daily. The daily dose was increased by 1 tablet every 5 days to a max dose of 8 tablets.<br>**Pain Scale:** MPI-S | 1. Significant differences were seen in between group pain ratings ($P<.05$).<br>2. Patient global impression of change rating was significantly higher in the tramadol group than the control group.<br>3. Significant improvements were seen in ratings of anxiety, global life satisfaction, and sleep quality ($P<.05$).<br>4. No significant changes were seen in pain pleasantness, depression, or on the MPI scales pain interference, perceived life control, affective distress, or social support. |
| **Mexiletine**<br>Chiou-Tan et al[55]<br>US<br>RCT<br>PEDro=8 | **Type of pain:** Persons (N=15) with neuropathic pain | **Treatment:** Following a 1-week washout period, SCI subjects given either 150mg of mexiletine or placebo (150mg-3 × daily) followed by another 1-week washout period; subjects then crossed over to opposite treatment.<br>**Pain Scale:** VAS, MPQ | 1. No significant intergroup differences in average pain over preceding week or pain at time of testing.<br>2. No difference in McGill Pain scores.<br>3. No changes in level of function. |
| **Capsaicin**<br>Sandford et al[68]<br>US<br>Case studies<br>D&B=4 | **Type of pain:** Not stated (N=8) | **Treatment:** Charts reviewed for subjects given capsaicin to reduce pain.<br>**Pain Scale:** Not stated | 1. Patients reported a reduction in pain following the administration of capsaicin. |

Abbreviations: D&B, Downs and Black quality assessment scale score[28]; IV, intravenous; MPI-S, Multidimensional Pain Inventory; MPQ, McGill Pain Questionnaire; NPS, Neuropathic Pain Scale; NPSI, Neuropathic Pain Symptom Inventory; NRS, 11-point numeric rating scale; VPR, verbal pain rating.

the dorsal horn[60] and possibly by the inhibition of substance P release.[61,62] Clonidine is a central-acting alpha-2 agonist; Ackerman et al[60] have shown that selective alpha-2 adrenergic antagonists (eg, Yohimbine) can reverse clonidine-induced analgesia.

Siddall et al[63] conducted an RCT/crossover trial of intrathecal morphine, clonidine, or placebo administered at the lumbar level in 20 subjects with post-SCI neuropathic pain. Once a subject achieved satisfactory pain relief or suffered drug side effects with 1 of the 3 treatments, that subject was treated with a mixture of clonidine and morphine. Both morphine and clonidine given alone showed a trend toward pain reduction; however, when the combination of morphine and clonidine was administered, there was a significant reduction in pain. Siddall et al[63] postulated that administering half the effective minimum dose of clonidine and morphine together resulted in a synergistic benefit and reduction in pain.

Uhle et al[64] reported on 10 SCI patients who were given 0.01mg morphine (1mL) followed by clonidine (30$\mu$g) intravenously. If there was no significant reduction in pain, an additional 50$\mu$g of clonidine was administered. When given clonidine, patients reported good to excellent reductions in pain. Eight of the 10 patients had pumps implanted to ensure continuous intrathecal administration of clonidine. The average daily dose of clonidine stabilized at 44$\mu$g. The authors concluded that combining intrathecal clonidine and opioids reduced pain.[64]

Attal et al[65] in an RCT administered either saline or morphine bolus injections in 15 SCI patients. The study found morphine significantly reduced dynamic mechanical allodynia pain for up to 90 minutes ($P<.01$); however, it had no effect on other types of pain. Patients receiving morphine also experienced significantly greater side effects than those receiving the placebo ($P=.005$); however, these adverse effects were mild and reversible.

Tramadol is a low-affinity $\mu$-opioid agonist that also acts as a weak monoamine reuptake inhibitor. Norrbrink and Lundeberg[66] conducted a double-blind RCT to assess the efficacy of tramadol in 35 SCI subjects diagnosed with at- or below-level neuropathic pain. The authors reported significant differences between the 2 group pain ratings ($P<.05$). Tramadol was also found to be effective in improving anxiety, global life satisfaction, and sleep quality in post-SCI patients ($P<.05$). However, no significant improvement was observed in pain unpleasantness and depression levels.

Capsaicin is a vanilloid receptor 1 agonist that has been used for decades to relieve pain. Vanilloid receptors, specifically the vanilloid receptor 1, are neuronal membrane recognition sites that are stimulated by capsaicin, noxious heat ($>43°C$), and low pH; as such, they have been identified as an integrator of chemical and physical stimuli that elicit pain.[67] Capsaicin works by activating distinct sensory neurons (nociceptors), which then transmit nociceptive information back to the CNS and release substance P.[68] The excitation of these neurons is followed by long-lasting desensitization periods caused by the depletion of substance P. In a survey of 8 patients with pain at or just below the level of injury, Sandford and Benes[68] reported that capsaicin topical cream reduced post-SCI radicular pain symptoms in most patients after 6 months.

*Conclusions on analgesics in SCI pain.* There is level 1 evidence that lidocaine delivered through a subarachnoid lumbar catheter provides more short-term neuropathic pain relief than placebo. There is level 1 evidence that either intravenous ketamine or alfentanil significantly reduces neuropathic pain relative to placebo. There is level 1 evidence from 1 RCT and level 2 evidence from a prospective controlled trial that a combination of intrathecal morphine and clonidine results in a significant reduction in neuropathic pain. There is level 1 evidence that intravenous morphine alone significantly improves dynamic mechanical allodynia pain after SCI. There is level 1 evidence that tramadol is effective in reducing neuropathic pain after SCI. There is level 1 evidence that mexiletene does not improve SCI neuropathic pain when compared with placebo. There is level 5 evidence that capsaicin topical cream may reduce post-SCI pain.

**Cannabinoids for SCI Pain**

Cannabinoid receptors bind endogenous ligands such as endocannabinoids and exogenous ligands known as cannabinoids. These receptors modulate a variety of physiologic processes including pain, mood, and memory.[69] Tetrahydrocannabinol, a cannabinoid, is the active compound in cannabis and is one of the most common compounds used to target cannabinoid receptors during drug therapy. THC binds and activates the cannabinoid receptor type 1.[70] It has been anecdotally noted that the use of marijuana provides benefits for central neuropathic pain in some patients.

Hagenbach et al[71] conducted a study primarily examining the effectiveness of THC in improving spasticity and secondarily in improving pain with SCI persons (table 5). In the first

Table 5: Cannabinoids for Post-SCI Pain

| Author Year Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| Hagenbach et al[71] Switzerland RCT (phase 3) PEDro=4 | **Type of pain:** Spastic pain (N=13) | **Treatment:** In a double-blind manner, SCI patients from phase 1 of the study were randomly assigned to either maximum oral THC doses (6 participants) or placebo doses (7 participants) for 6 weeks. **Pain Scale:** Self-ratings | 1. No significant improvement in pain after SCI was seen compared with placebo on day 8 and 43. 2. Subjects in the oral THC group showed no significant difference in mood or attention compared with the placebo group or to baseline. |
| Hagenbach et al[71] Switzerland Pre-post (phase 1) D&B=16 | **Type of pain:** Spastic pain (N=22) | **Treatment:** Patients received 10mg oral THC on day 1. Dose titration began on day 2 until the maximum tolerated dose or treatment aim was achieved and maintained for 6 weeks. **Pain Scale:** Self-ratings | 1. Significant improvement in pain was seen on day 1 compared with baseline measures ($P=.047$). |

Abbreviation: D&B, Downs and Black quality assessment scale score.[28]

phase of the study, 22 subjects received 10mg of oral THC, which was then dose titrated until the maximum tolerance or treatment dose was reached for 6 weeks. The study found a significant reduction in SCI subjects' pain after treatment ($P=.047$). The third phase of the study involved a double-blind RCT trial that included 13 of the previously mentioned subjects receiving either individual maximum treatment dosage previously determined or a placebo dose. In this phase, Hagenbach et al found that subjects in the treatment group had no significant pain reduction compared with those in the placebo group.

*Conclusions on cannabinoids in SCI pain.* There is conflicting evidence for the use of THC in reducing spastic pain in SCI persons.

### Anti-Spasticity Medications for SCI Pain

Baclofen is a $GABA_B$ receptor agonist that acts at the level of the spinal cord to suppress spasticity in SCI patients.[72] GABA is known to be involved in several analgesic pathways,[73] and experimentally induced allodynia can be suppressed by baclofen[74]; however, baclofen appears to be most effective in reducing the musculoskeletal pain associated with spasticity. Continuous intrathecal infusion of baclofen has been shown to further reduce post-SCI spasticity and/or pain (whether it be neuropathic, musculoskeletal, or neuropathic)[75,76] (table 6).

In an RCT, Herman and D'Luzansky[76] found that intrathecal baclofen significantly suppressed neuropathic (burning) pain among 6 of 7 subjects ($P<.001$), whereas only 1 of the 2 patients in the non-RCT group receiving placebo reported that their neuropathic pain was abolished. Intrathecal baclofen appeared to have an impact on post-SCI neuropathic pain in addition to treating spasticity. In contrast, Loubser and Akman[77] performed a before-and-after study of implanted baclofen infusion pumps provided for spasticity. Twelve of the 16 patients who had preexisting chronic pain experienced a reduction on VAS measuring severity of neuropathic pain at 6 and 12 months; however, this difference was not statistically significant ($P=.26$). In contrast to neuropathic pain, there was a significant decrease in musculoskeletal pain at both 6 and 12 months ($P<.005$) after intrathecal baclofen pump insertion.

Botulinum toxin is a naturally occurring neurotoxin. Many clinicians now use botulinum toxin for the treatment of pain associated with focal spasticity. One study[78] examined the effects of botulinum toxin injection given for spasticity control in SCI persons and reported dramatic improvements in pain after treatment.

*Conclusions on antispastic medications in SCI pain.* There is conflicting evidence (level 1 and a level 4 study) that intrathecal baclofen reduces neuropathic pain after SCI. There

Table 6: Antispastic Medications for Post-SCI Pain

| Author Year Country Score (PEDro/D&B) | Population | Intervention | Results |
|---|---|---|---|
| **Baclofen** | | | |
| Herman et al[76] US RCT PEDro=8 | Type of pain: Mixed group (N=10) | Treatment: Baclofen and placebo were randomly administered into L1-2 interspace of each of 7 SCI patients. In the non-RCT group, only 2 subjects were enrolled in the study. Pain Scale: Not stated | 1. Intrathecal baclofen significantly suppressed neurogenic (burning quality) pain among 6 of the 7 RCT subjects ($P<.001$). 2. Pinch inducted pain was not affected by either placebo or baclofen. |
| Loubser and Akman[77] US Pre-post D&B=13 | Type of pain: Mixed group (N=16) | Treatment: Baclofen infusion pump was implanted into SCI patients. Pain Scale: VAS | 1. 12/16 patients described chronic pain before procedure. 2. No significant differences were noted between VAS at the 6- and 12-month assessments after pump implantation. 3. For those with neuropathic pain symptoms, ANOVA revealed a nonsignificant effect of intrathecal baclofen on pain at both 6 and 12 months ($P=.26$). 4. In 5 of 6 patients with musculoskeletal pain symptoms, pain severity decreased in conjunction with control of spasticity. Musculoskeletal pain responded to baclofen infusion, while neuropathic pain did not. |
| **Botulinum toxin** | | | |
| Marciniak et al[78] US Case series D&B=12 | Type of pain: Mixed group (N=28) | Treatment: Botulinum toxin (BTX) type A injection for focal spasticity control. Pain Scale: Not stated | 1. Improvement was seen after injection in: • Ambulation, 56% • Positioning, 71% • Upper-extremity function, 78% • Hygiene, 66.6% • Pain, 83.3% 2. The effectiveness of the BTX injections was not influenced by early use of BTX injections (less than a year after onset of symptoms) vs late use. 3. Improvement in those with upper arm compared with lower arm injections was similar. Also, level of completeness of the SCI did not effect improvement. |

Abbreviation: D&B, Downs and Black quality assessment document scale score.[28]

Table 7: Treatment Effectiveness Summary

| Treatment | Type of Pain | Effectiveness | Level of Evidence |
|---|---|---|---|
| Gabapentin | Neuropathic | + | 1 |
| Pregabalin | Neuropathic | + | 1 |
| Lamotrigine | Neuropathic | +* | 2 |
| Valproic acid | Neuropathic | − | 1 |
| Levetiracetam | Neuropathic | − | 1 |
| Trazodone | Neuropathic | − | 1 |
| Amitriptyline | Neuropathic | +† | 1 |
| Lidocaine | Neuropathic | +‡ | 1 |
| Intravenous ketamine | Neuropathic | + | 1 |
| Intravenous alfentanil | Neuropathic | + | 1 |
| Intrathecal morphine/clonidine | Neuropathic/Mixed | + | 1/2 |
| Intravenous morphine | Mixed | + | 1 |
| Tramadol | Neuropathic | + | 1 |
| Mexilitene | Neuropathic | − | 1 |
| Capsaicin | Mixed | + | 5 |
| Cannabinoids | Spastic | +/− | 2/4 |
| Intrathecal baclofen | Neuropathic | +/− | 1/4 |
| Intrathecal baclofen | Musculoskeletal/Spastic | + | 4 |
| Botulinum toxin | Spastic | + | 4 |

Abbreviation: +, effective; −, not effective; +/−, conflicting.
*Only in persons with incomplete SCI.
†Only in depressed persons.
‡Short-term.

is level 4 evidence that intrathecal baclofen reduces musculoskeletal pain after SCI in conjunction with spasticity reduction. There is level 4 evidence that botulinum toxin results in the reduction of post-SCI pain associated with spasticity. Oral baclofen has not been studied in the treatment of pain after SCI.

## DISCUSSION

This systematic review assessed the efficacy of pharmacologic treatments on post-SCI pain. Despite the fact that the total number of studies exploring pain management after SCI was small, over 70% of the studies reviewed were RCTs. Pharmacologic interventions tend to lend themselves well to RCTs. Most studies lacked evidence of numbers to treat and effect-size calculations. Most studies assessed pain by using primarily 2 assessment tools: the VAS and the McGill Pain Questionnaire. Both these tools have been shown to be reliable and valid in the assessment of pain, and both are well accepted by pain researchers and clinicians.[79,80] However, neither has been specifically validated for the assessment of post-SCI pain. In the end, a more specific and standardized post-SCI pain scale may be of greater value.

Table 7 summarizes the effectiveness of the treatments with respect to the types of SCI pain. There was strong evidence supporting the use of anticonvulsants in the treatment of pain after SCI, particularly central or neuropathic pain. Gabapentin[33,39-41] and pregabalin[37,38] have both been shown to be effective in reducing such pain after SCI. Siddall et al,[37] in a high-quality level 1 study, found that pregabalin was not only significantly effective in reducing pain after SCI but also in improving sleep and anxiety. These drugs are relatively well tolerated, with few and largely transient side effects.[37] They also have the benefit of limited interactions with other medications and lack organ toxicity.[39]

Several of the studies reviewed were unblinded. One area of concern with unblinded studies is the patients' awareness that they were receiving the active medication, which likely biased their responses to the drug or their reporting of pain after SCI. Although several studies reported gabapentin as effective in pain management, Rintala et al[36] in an RCT found that gabapentin had no significant effect on pain after SCI when compared with an active control. This was a relatively small study, and, with more positive studies in favor of using gabapentin, we did not believe that it negated the usefulness of this agent. However, it does raise the idea that the use of the active control medication makes it more difficult for the patient to distinguish between the interventional medication and the control, thereby reducing bias. Larger studies using active controls may be needed.

Other anticonvulsants that have been studied include lamotrigine, levetiracetam, and valproate. Lamotrigine was found to be effective in the subgroup of incomplete SCI. Levetiracetam and valproate have shown some effect in treating neuropathic pain in other pain populations, but they failed to show an effect in SCI pain. Both of these agents have more negative side effect profiles than either gabapentin or pregabalin,[81] and this makes them a less desirable treatment choice overall. Older but still commonly used anticonvulsants, such as phenytoin (Dilantin) and carbamazepine (Tegretol), have long been used to treat neuropathic pain; however, these drugs have not been studied in post-SCI pain. They have significant side effects, and even in neuropathic pain, they are increasingly being supplanted by gabapentin and pregabalin.[81]

Antidepressants have been used to treat pain in a number of populations[82] and have been shown to have some benefit in conditions such as neuropathic pain and fibromyalgia but not low back pain; however, only a limited number of studies have examined their use in post-SCI pain. Tricyclic antidepressants have been shown to be partially effective in some SCI patients with neuropathic pain although it is still uncertain whether this is because of an antinociceptive effect or whether the diminished reports of pain are related to the antidepressant effect. Sandford et al[48] noted that pain and depression may be linked; depression can lower an individual's pain threshold or pain tolerance, thereby increasing the patient's experience of pain. Rintala[36] found similar results, with amitriptyline being effective in reducing pain in depressed persons but ineffective in treating pain in the general SCI population. Trazodone proved to be ineffective in treating pain in SCI persons. Given the often problematic side effect profile of the tricyclic antidepressants, further research into the use of these medications in post-SCI pain is likely not warranted; however, the use of newer, less toxic antidepressants such as the selective serotonin reuptake inhibitors and serotonin norepinephrine reuptake inhibitors may be helpful.

Lidocaine, an intravenously administered analgesic drug, was shown to be effective in treating post-SCI pain[52-54] with 1 exception.[56] The 1 exception may be caused by the fact the study's authors used only half the dosage seen in the other studies with a small sample size. One important disadvantage of intravenous lidocaine is it is not selective for pain-specific sodium channel subtypes, which may result in a higher risk of adverse effects.[56] The other is that as an intravenous therapy it is not a practical long-term management solution.

Mexiletine was found to be ineffective as a treatment for post-SCI pain. This could have been caused by the use of a relatively smaller dose (450mg/d) than the 750mg/d dose that was shown to be beneficial in patients with chronic non-SCI neuropathic pain.[55]

There was strong evidence that intravenous ketamine is effective in the treatment of post-SCI central or neuropathic pain.[56,57] Ketamine has been shown to be especially effective in treating wind-up pain, which may be caused by the fact that

temporal summation of pain (wind-up pain) is mediated by NMDA receptors. Eide et al[57] provided strong evidence that central pain after SCI is dependent on the activation of NMDA receptors. However, intravenous treatment for chronic pain is not practical, and oral ketamine has not been studied in the SCI population.

Tramadol is a more recent analgesic that has become quite popular. A previous Cochrane review assessed its effectiveness in treating neuropathic pain.[83] This review found 3 trials showing significant overall pain relief when compared with placebo or baseline measures; however, no differences were seen when comparing it with clomipramine or morphine. One RCT[66] examined the effect of tramadol in improving pain after SCI. The study showed that tramadol was not only effective in reducing pain after SCI but also other secondary outcomes such as anxiety, global life satisfaction, and sleep quality.

It is not uncommon when treating any difficult pain state to use more than 1 type of analgesic medication. Two studies[63,64] have shown the synergistic effects of intrathecal morphine and clonidine. Their findings suggest that different subtypes of neuropathic pain may respond differently to pharmacologic interventions; pain localized to the level of the SCI may be more susceptible to drugs directed at the spinal level, whereas pain below the level of the SCI may be associated with changes at the thalamic (central) level.[63] Accordingly, deafferent and dysesthetic neuropathic pain may also respond differently to specific treatments although there are challenges in distinguishing between the 2; moreover, most studies did not specify the type of neuropathic pain, and, hence, effectively evaluating treatments was not possible.

One concern with opioids is the potential for addiction or opioid abuse, particularly in younger patients with a history of substance abuse, and clinical trials have not yet been designed to evaluate this.[84] Unfortunately, oral opiates have not been studied in the SCI pain setting and therefore cannot be commented on despite their frequent use. Oral clonidine has also not been studied in persons after SCI, however, Remy-Neris et al[85] found that given clonidine's lipophilic nature intrathecal clonidine is not likely to be more effective than the oral or transdermal method of delivery. The use of capsaicin to relieve radicular pain was supported by level 5 evidence; however, more studies need to be conducted using larger sample sizes to fully understand its effectiveness in post-SCI pain.

Cannabinoids have increasingly been used in the management of pain given that they have been shown to be relatively safe.[86,87] Hagenbach et al[71] showed that THC may have some analgesic properties to help SCI patients with spasticity-related pain. Wade et al[88] conducted an RCT of sublingual 2.5mg THC and/or cannabidiol and found that it significantly reduced pain, muscle spasm, spasticity, and sleep difficulties in a group consisting largely of multiple sclerosis patients with neuropathic pain. Unfortunately, only a small number of the patients in this study had an SCI, so it did not meet our inclusion criteria. There is anecdotal evidence that marijuana smoking is not uncommon among patients after SCI and that it may be of some benefit in the management of post-SCI pain; however, there remain social and legal concerns with regard to its use as well as potential medical concerns about smoking as a delivery system. Oral and sublingual cannabinoids are safe and effective in other populations with chronic pain. They should be furthered studied in the SCI setting.

The antispasticity medication baclofen appears to improve chronic post-SCI pain although the actual mechanism behind the pain relief has not been fully established. There is evidence that baclofen infusion pumps may be helpful for both neuropathic and musculoskeletal pain after SCI.[77] However, studies[89,90] have shown that intrathecal baclofen only reduces SCI pain when the pain is related to muscle spasms. There is a need for confirmatory research because of the small sample size and the lack of significant improvement in a later before-and-after trial. Oral baclofen has not been studied as an antinociceptive agent in SCI.

Marciniak et al[78] noted a decrease in pain after botulinum injection in SCI persons. This decrease was likely attributable to a decrease in spasticity caused by botulinum injection; however, boulinum has been shown to inhibit the release of substance P and other pain neuromodulators, and the analgesic effect of botulinum may be more than just the reduction in muscle tone. More research using botulinum in post-SCI pain needs to be conducted to understand its mechanism and effectiveness.

## CONCLUSIONS

There was strong evidence supporting the use of anticonvulsants such as gabapentin or pregabalin for post-SCI neuropathic pain. Other anticonvulsants had limited or lack of evidence for their use with the exception of lamotrigine in the setting of incomplete SCI. Tricyclic antidepressants were supported by limited evidence in those patients with superimposed depression. They have been shown to be effective in other neuropathic pain states; however, the side effects can be quite significant. There was evidence that some local anesthetics, such as lidocaine infused into the lumbar subarachnoid space or ketamine given intravenously, provide pain relief; however, their effect appeared to be short lived and the impracticability of the delivery system was not conducive to long-term community management. Intrathecal baclofen has been shown to reduce neuropathic pain after SCI and to reduce musculoskeletal pain associated with post-SCI spasticity. Opioids are commonly used for both musculoskeletal and neuropathic pain; however, there was only limited research into their intravenous use in persons with post-SCI pain and no research on oral use in SCI. Given the frequency of opioid use in SCI pain, additional research seems warranted. Tramadol is a newer oral analgesic that shows some promise in SCI pain. Intrathecal clonidine appears to work synergistically with morphine for neuropathic or central pain. Cannabinoids have been shown to have some potential for use after SCI, given evidence supporting their use in other neuropathic pain conditions; however, clinical trials in SCI are lacking.

Pain is an important complication of SCI that leads to decreased function and quality of life. There remain large gaps in the evidence for the treatment of both nociceptive and neuropathic pain after SCI. Future research needs to examine the response of specific pain subtypes in spinal cord–injured populations by using larger sample sizes and using SCI-specific pain-assessment tools. Future research should also include a multimodal approach to treating pain after SCI because it is being increasingly recognized as important because of the multifactorial nature of pain after SCI. Nonpharmacologic treatments in these circumstances can be used as an effective adjunct to pharmacologic interventions, enhancing the overall impact of pain-relieving interventions for the SCI patient. Behavioral approaches are also often applied in pain management and can be used alone or in conjunction with pharmacologic and physical therapies.

## References

1. Stormer S, Gerner HJ, Gruninger W, et al. Chronic pain/dysaesthesiae in spinal cord injury patients: results of a multicentre study. Spinal Cord 1997;35:446-55.

2. Fenollosa P, Pallares J, Cervera J, et al. Chronic pain in the spinal cord injured: statistical approach and pharmacological treatment. Paraplegia 1993;31:722-9.
3. Donnelly C, Eng JJ. Pain following spinal cord injury: the impact on community reintegration. Spinal Cord 2005;43:278-82.
4. Cardenas DD, Bryce TN, Shem K, Richards JS, Elhefni H. Gender and minority differences in the pain experience of people with spinal cord injury. Arch Phys Med Rehabil 2004;85:1774-81.
5. Siddall PJ, McClelland JM, Rutkowski SB, Cousins MJ. A longitudinal study of the prevalence and characteristics of pain in the first 5 years following spinal cord injury. Pain 2003;103:249-57.
6. Finnerup NB, Johannesen IL, Sindrup SH, Bach FW, Jensen TS. Pain and dysesthesia in patients with spinal cord injury: a postal survey. Spinal Cord 2001;39:256-62.
7. Ravenscroft A, Ahmed YS, Burnside IG. Chronic pain after SCI. A patient survey. Spinal Cord 2000;38:611-4.
8. Siddall PJ, Loeser JD. Pain following spinal cord injury. Spinal Cord 2001;39:63-73.
9. Bonica JJ. Introduction: semantic, epidemiologic and educational issues. In: Casey KL, editor. Pain and central nervous system disease: the central pain syndromes. New York: Raven Press; 1991. p 13-29.
10. Nepomuceno C, Fine PR, Richards JS, et al. Pain in patients with spinal cord injury. Arch Phys Med Rehabil 1979;60:605-9.
11. Widerstrom-Noga EG, Felipe-Cuervo E, Broton JG, Duncan RC, Yezierski RP. Perceived difficulty in dealing with consequences of spinal cord injury. Arch Phys Med Rehabil 1999;80:580-6.
12. Anke AG, Stenehjem AE, Stanghelle JK. Pain and life quality within 2 years of spinal cord injury. Paraplegia 1995;33:555-9.
13. Murray RF, Asghari A, Egorov DD, et al. Impact of spinal cord injury on self-perceived pre- and postmorbid cognitive, emotional and physical functioning. Spinal Cord 2007;45:429-36.
14. Burchiel KJ, Hsu FP. Pain and spasticity after spinal cord injury: mechanisms and treatment. Spine 2001;26(24 Suppl):S146-60.
15. Bryce TN, Dijkers MP. Assessment of pain after SCI in clinical trials. Top Spinal Cord Inj Rehabil 2006;11:50-68.
16. Cruz-Almeida Y, Martinez-Arizala A, Widerstrom-Noga EG. Chronicity of pain associated with spinal cord injury: a longitudinal analysis. J Rehabil Res Dev 2005;42:585-94.
17. Norrbrink BC, Lund I, Ertzgaard P, et al. Pain in a Swedish spinal cord injury population. Clin Rehabil 2003;17:685-90.
18. Siddall PJ, Taylor DA, McClelland JM, Rutkowski SB, Cousins MJ. Pain report and the relationship of pain to physical factors in the first 6 months following spinal cord injury. Pain 1999;81:187-97.
19. Widerstrom-Noga EG, Felipe-Cuervo E, Yezierski RP. Relationships among clinical characteristics of chronic pain after spinal cord injury. Arch Phys Med Rehabil 2001;82:1191-7.
20. Cardenas DD, Jensen MP. Treatments for chronic pain in persons with spinal cord injury: a survey study. J Spinal Cord Med 2006;29:109-17.
21. Siddall PJ, Middleton JW. A proposed algorithm for the management of pain following spinal cord injury. Spinal Cord 2006;44:67-77.
22. Finnerup NB, Jensen TS. Spinal cord injury pain–mechanisms and treatment. Eur J Neurol 2004;11:73-82.
23. Widerstrom-Noga EG, Turk DC. Types and effectiveness of treatments used by people with chronic pain associated with spinal cord injuries: influence of pain and psychosocial characteristics. Spinal Cord 2003;41(11):600-9.
24. Donovan WH, Dimitrijevic MR, Dahm L, Dimitrijevic M. Neurophysiological approaches to chronic pain following spinal cord injury. Paraplegia 1982;20(3):135-46.
25. Spinal Cord Injury Rehabilitation Evidence. 2nd ed. Vancouver: Lulu; 2008. Available at www.scireproject.com. Accessed April 9, 2010.
26. Eng JJ, Teasell RW, Miller WC, et al. Spinal Cord Injury Rehabilitation Evidence: methods of the SCIRE systematic review. Top Spinal Cord Inj Rehabil 2007;13(1):1-10.
27. Moseley AM, Herbert RD, Sherrington C, Maher CG. Evidence for physiotherapy practice: a survey of the Physiotherapy Evidence Database (PEDro). Aust J Physiother 2002;48(1):43-9.
28. Downs SH, Black N. The feasibility of creating a checklist for the assessment of the methodological quality both of randomised and non-randomised studies of health care interventions. J Epidemiol Community Health 1998;52(6):377-84.
29. Foley NC, Bhogal SK, Teasell RW, Bureau Y, Speechley MR. Estimates of quality and reliability with the physiotherapy evidence-based database scale to assess the methodology of randomized controlled trials of pharmacological and nonpharmacological interventions. Phys Ther 2006;86:817-24.
30. Deeks JJ, Dinnes J, D'Amico R, et al. Evaluating non-randomised intervention studies. Health Technol Assess 2003;7(27):iii-173.
31. Saunders LD, Soomro GM, Buckingham J, Jamtvedt G, Raina P. Assessing the methodological quality of nonrandomized intervention studies. West J Nurs Res 2003;25:223-37.
32. Straus SE, Richardson WS, Glasziou P, Haynes RB. Evidence-Based Medicine: how to practice and teach EBM. 3rd ed. Toronto: Elsevier Churchill Livingstone; 2005.
33. Ahn SH, Park HW, Lee BS, et al. Gabapentin effect on neuropathic pain compared among patients with spinal cord injury and different durations of symptoms. Spine 2003;28(4):341-6.
34. Hendrich J, Van Minh AT, Heblich F, et al. Pharmacological disruption of calcium channel trafficking by the alpha2delta ligand gabapentin. Proc Natl Acad Sci U S A 2008;105(9):3628-33.
35. Gu Y, Huang LY. Gabapentin actions on N-methyl-D-aspartate receptor channels are protein kinase C-dependent. Pain 2001;93(1):85-92.
36. Rintala DH, Holmes SA, Courtade D, Fiess RN, Tastard LV, Loubser PG. Comparison of the effectiveness of amitriptyline and gabapentin on chronic neuropathic pain in persons with spinal cord injury. Arch Phys Med Rehabil 2007;88(12):1547-60.
37. Siddall PJ, Cousins MJ, Otte A, Griesing T, Chambers R, Murphy TK. Pregabalin in central neuropathic pain associated with spinal cord injury: a placebo-controlled trial. Neurology 2006;67(10):1792-1800.
38. Vranken JH, Dijkgraaf MG, Kruis MR, Van der Vegt MH, Hollmann MW, Heesen M. Pregabalin in patients with central neuropathic pain: a randomized, double-blind, placebo-controlled trial of a flexible-dose regimen. Pain 2008;136(1-2):150-7.
39. Levendoglu F, Ogun CO, Ozerbil O, Ogun TC, Ugurlu H. Gabapentin is a first line drug for the treatment of neuropathic pain in spinal cord injury. Spine 2004;29(7):743-51.
40. Tai Q, Kirshblum S, Chen B, Millis S, Johnston M, DeLisa JA. Gabapentin in the treatment of neuropathic pain after spinal cord injury: a prospective, randomized, double-blind, crossover trial. J Spinal Cord Med 2002;25(2):100-5.
41. To T-P, Lim TC, Hill ST, et al. Gabapentin for neuropathic pain following spinal cord injury. Spinal Cord 2002;40(6):282-5.
42. Putzke JD, Richards JS, Kezar L, Hicken BL, Ness TJ. Long-term use of gabapentin for treatment of pain after traumatic spinal cord injury. Clin J Pain 2002;18(2):116-21.
43. Finnerup NB, Sindrup SH, Bach FW, Johannesen IL, Jensen TS. Lamotrigine in spinal cord injury pain: a randomized controlled trial. Pain 2002;96(3):375-83.
44. Johannessen CU. Mechanisms of action of valproate: a commentatory. Neurochem Int 2000;37(2-3):103-10.
45. Drewes AM, Andreasen A, Poulsen LH. Valproate for treatment of chronic central pain after spinal cord injury. A double-blind cross-over study. Paraplegia 1994;32(8):565-9.
46. Finnerup NB, Grydehoj J, Bing J, et al. Levetiracetam in spinal cord injury pain: a randomized controlled trial. Spinal Cord 2009.

47. Marek GJ, McDougle CJ, Price LH, Seiden LS. A comparison of trazodone and fluoxetine: implications for a serotonergic mechanism of antidepressant action. Psychopharmacology (Berl) 1992; 109(1-2):2-11.
48. Sandford PR, Lindblom LB, Haddox JD. Amitriptyline and carbamazepine in the treatment of dysesthetic pain in spinal cord injury. Arch Phys Med Rehabil 1992;73(3):300-1.
49. Cardenas DD, Warms CA, Turner JA, Marshall H, Brooke MM, Loeser JD. Efficacy of amitriptyline for relief of pain in spinal cord injury: results of a randomized controlled trial. Pain 2002; 96(3):365-73.
50. Davidoff G, Roth E, Guarracini M, Sliwa J, Yarkony G. Function-limiting dysesthetic pain syndrome among traumatic spinal cord injury patients: a cross-sectional study. Pain 1987;29(1):39-48.
51. Heilporn A. Two therapeutic experiments on stubborn pain in spinal cord lesions: coupling melitracen-flupenthixol and the transcutaneous nerve stimulation [proceedings]. Paraplegia 1978; 15(4):368-72.
52. Loubser PG, Donovan WH. Diagnostic spinal anaesthesia in chronic spinal cord injury pain. Paraplegia 1991;29(1):25-36.
53. Attal N, Gaude V, Brasseur L, et al. Intravenous lidocaine in central pain: a double-blind, placebo-controlled, psychophysical study. Neurology 2000;54(3):564-74.
54. Finnerup NB, Biering-Sorensen F, Johannesen IL, et al. Intravenous lidocaine relieves spinal cord injury pain: a randomized controlled trial. Anesthesiology 2005;102(5):1023-30.
55. Chiou-Tan FY, Tuel SM, Johnson JC, Priebe MM, Hirsh DD, Strayer JR. Effect of mexiletine on spinal cord injury dysesthetic pain. Am J Phys Med Rehabil 1996;75(2):84-7.
56. Kvarnstrom A, Karlsten R, Quiding H, Gordh T. The analgesic effect of intravenous ketamine and lidocaine on pain after spinal cord injury. Acta Anaesthesiol Scand 2004;48(4):498-506.
57. Eide PK, Stubhaug A, Stenehjem AE. Central dysesthesia pain after traumatic spinal cord injury is dependent on N-methyl-D-aspartate receptor activation. Neurosurgery 1995;37(6):1080-7.
58. Kilpatrick GJ, Smith TW. Morphine-6-glucuronide: actions and mechanisms. Med Res Rev 2005;25(5):521-44.
59. Tallarida RJ, Stone DJ Jr, McCary JD, Raffa RB. Response surface analysis of synergism between morphine and clonidine. J Pharmacol Exp Ther 1999;289(1):8-13.
60. Ackerman LL, Follett KA, Rosenquist RW. Long-term outcomes during treatment of chronic pain with intrathecal clonidine or clonidine/opioid combinations. J Pain Symptom Manage 2003; 26(1):668-77.
61. Rainov NG, Heidecke V, Burkert W. Long-term intrathecal infusion of drug combinations for chronic back and leg pain. J Pain Symptom Manage 2001;22(4):862-71.
62. Osenbach RK, Harvey S. Neuraxial infusion in patients with chronic intractable cancer and noncancer pain. Curr Pain Headache Rep 2001;5(3):241-9.
63. Siddall PJ, Molloy AR, Walker S, Mather LE, Rutkowski SB, Cousins MJ. The efficacy of intrathecal morphine and clonidine in the treatment of pain after spinal cord injury. Anesth Analg 2000;91(6):1493-98.
64. Uhle EI, Becker R, Gatscher S, Bertalanffy H. Continuous intrathecal clonidine administration for the treatment of neuropathic pain. Stereotact Funct Neurosurg 2000;75(4):167-75.
65. Attal N, Guirimand F, Brasseur L, Gaude V, Chauvin M, Bouhassira D. Effects of IV morphine in central pain: a randomized placebo-controlled study. Neurology 2002;58(4):554-63.
66. Norrbrink C, Lundeberg T. Tramadol in neuropathic pain after spinal cord injury: a randomized, double-blind, placebo-controlled trial. Clinical Journal of Pain 2009;25(3):177-84.
67. Caterina MJ. Transient receptor potential ion channels as participants in thermosensation and thermoregulation. Am J Physiol Regul Integr Comp Physiol 2007;292(1):R64-R76.
68. Sandford PR, Benes PS. Use of capsaicin in the treatment of radicular pain in spinal cord injury. J Spinal Cord Med 2000; 23(4):238-43.
69. Hohmann AG, Herkenham M. Localization of central cannabinoid CB1 receptor messenger RNA in neuronal subpopulations of rat dorsal root ganglia: a double-label in situ hybridization study. Neuroscience 1999;90(3):923-31.
70. Demuth DG, Molleman A. Cannabinoid signalling. Life Sci 2006; 78(6):549-63.
71. Hagenbach U, Luz S, Ghafoor N, et al. The treatment of spasticity with Delta9-tetrahydrocannabinol in persons with spinal cord injury. Spinal Cord 2007;45(8):551-62.
72. Herman RM, D'Luzansky SC, Ippolito R. Intrathecal baclofen suppresses central pain in patients with spinal lesions. A pilot study. Clin J Pain 1992;8(4):338-45.
73. Sawynok J. Gabaergic mechanism of analgesia: an update. Pharm Biochem Behav 1987;26:462-74.
74. Henry JL. Pharmacological studies on the prolonged depressant effects of baclofen on lumbar dorsal horn units in the cat. Neuropharmacology 1982;21(11):1085-93.
75. Penn RD, Kroin JS. Long-term intrathecal baclofen infusion for treatment of spasticity. J Neurosurg 1987;66(2):181-5.
76. Herman RM, D'Luzansky SC. Pharmacological management of spinal spasticity. J Neurol Rehabil 1991;5:515-20.
77. Loubser PG, Akman NM. Effects of intrathecal baclofen on chronic spinal cord injury pain. J Pain Symptom Manage 1996; 12(4):241-7.
78. Marciniak C, Rader L, Gagnon C. The use of botulinum toxin for spasticity after spinal cord injury. Am J Phys Med Rehabil 2008; 87(4):312-7.
79. Pain Measurements: Visual Analogue Pain Rating Scales. (2006) In: McDowell I, editor. Measuring Health: A guide to rating scales and questionnaires. New York: Oxford Univ Pr. p 477-83.
80. Pain Measurements: The McGill Pain Questionnaire. (2006) In: McDowell I, editor. Measuring health: a guide to rating scales and questionnaires. New York: Oxford Univ Pr. p 483-91.
81. Price MJ. Levetiracetam in the treatment of neuropathic pain: three case studies. Clin J Pain 2004;20(1):33-6.
82. Langohr HD, Stohr M, Petruch F. An open and double-blind cross-over study on the efficacy of clomipramine (Anafranil) in patients with painful mono- and polyneuropathies. Eur Neurol 1982;21(5):309-17.
83. Duehmke RM, Hollingshead J, Cornblath DR. Tramadol for neuropathic pain. Cochrane Database of Systematic Reviews 2006.
84. Furlan AD, Sandoval JA, Mailis-Gagnon A, Tunks E. Opioids for chronic noncancer pain: a meta-analysis of effectiveness and side effects. CMAJ 2006;174(11):1589-94.
85. Remy-Neris O, Denys P, Bussel B. Intrathecal clonidine for controlling spastic hypertonia. Phys Med Rehabil Clin N Am 2001;12:939-51.
86. Burns TL, Ineck JR. Cannabinoid analgesia as a potential new therapeutic option in the treatment of chronic pain. Ann Pharmacother 2006;40(2):251-60.
87. Chabal C, Jacobson L, Mariano A, Chaney E, Britell CW. The use of oral mexiletine for the treatment of pain after peripheral nerve injury. Anesthesiology 1992;76(4):513-7.
88. Wade DT, Robson P, House H, Makela P, Aram J. A preliminary controlled study to determine whether whole-plant cannabis extracts can improve intractable neurogenic symptoms. Clin Rehabil 2003;17(1):21-9.
89. Coffee RJ, Cahil D, Steers W, et al. Intrathecal baclofen for intractable spasticity of spinal origin: results of a long-term multicenter study. J Neurosurg 1993;78:226-32.
90. Meythaler JM, Steers WD, Tuel SM, Cross LL, Haworth CS. Continuous intrathecal baclofen in spinal cord spasticity: a prospective study. Am J Phys Med Rehabil 1992;71:321-7.