# EXHIBIT N

# Pharmacologic interventions for treating phantom limb pain (Review)

Alviar MJM, Hale T, Dungca M



**THE COCHRANE
COLLABORATION**®

This is a reprint of a Cochrane review, prepared and maintained by The Cochrane Collaboration and published in *The Cochrane Library*
2012, Issue 2

http://www.thecochranelibrary.com



# T A B L E   O F   C O N T E N T S

HEADER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
ABSTRACT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PLAIN LANGUAGE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
OBJECTIVES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Figure 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Figure 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
AUTHORS' CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
ACKNOWLEDGEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
CHARACTERISTICS OF STUDIES . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
DATA AND ANALYSES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
    Analysis 1.1. Comparison 1 memantine vs. placebo, Outcome 1 change in pain intensity. . . . 38
    Analysis 2.1. Comparison 2 gabapentin vs. placebo, Outcome 1 change in pain intensity. . . . 39
ADDITIONAL TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
APPENDICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
WHAT'S NEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
HISTORY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
CONTRIBUTIONS OF AUTHORS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
DECLARATIONS OF INTEREST . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
DIFFERENCES BETWEEN PROTOCOL AND REVIEW . . . . . . . . . . . . . . . . . . . 54
INDEX TERMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

[Intervention Review]

# Pharmacologic interventions for treating phantom limb pain

Maria Jenelyn M Alviar[1], Tom Hale[2], Monalisa Dungca[3]

[1]University of Melbourne-Royal Melbourne Hospital, Melbourne, Australia. [2]Rehabilitation Medicine, Epworth Hospital, Richmond, Australia. [3]Department of Rehabilitation Medicine, University of the Philippines College of Medicine, Manila, Philippines

Contact address: Maria Jenelyn M Alviar, University of Melbourne-Royal Melbourne Hospital, Grattan St, Melbourne, Victoria, 3010, Australia. m.alviar@pgrad.unimelb.edu.au. jen.alviar@mh.org.au.

**Editorial group:** Cochrane Pain, Palliative and Supportive Care Group.
**Publication status and date:** Edited (no change to conclusions), published in Issue 2, 2012.
**Review content assessed as up-to-date:** 1 October 2011.

**Citation:** Alviar MJM, Hale T, Dungca M. Pharmacologic interventions for treating phantom limb pain. *Cochrane Database of Systematic Reviews* 2011, Issue 12. Art. No.: CD006380. DOI: 10.1002/14651858.CD006380.pub2.

Copyright © 2012 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

## A B S T R A C T

### Background

Phantom limb pain (PLP) is pain that arises in the missing limb after amputation and can be severe, intractable and disabling. Various medications have been studied in the treatment of phantom pain. Presently there is uncertainty in the optimal pharmacologic management of PLP.

### Objectives

This review aims to summarize the evidence of effectiveness of pharmacologic interventions in treating PLP.

### Search methods

We searched the Cochrane Pain, Palliative and Supportive Care Review Group (PaPaS) Trials Register, the Cochrane Controlled Trials Register (CENTRAL, *The Cochrane Library*), MEDLINE and EMBASE up to September 2011 for randomised and quasi-randomised trials comparing pharmacologic treatment with placebo, another active treatment, or no treatment.

### Selection criteria

We included randomised and quasi-randomised trials studying the effectiveness of pharmacologic interventions in patients with established PLP. The outcomes considered were change in pain intensity, function, mood, sleep, quality of life, satisfaction and adverse effects.

### Data collection and analysis

Three review authors independently assessed the methodologic quality of the studies and extracted the data. We reported continuous and dichotomous data on change in pain intensity, function, mood/depression scores, sleep, quality of life, satisfaction for each study, where available. Because of the wide variability in the studies, we did not perform a meta-analysis for all the interventions and outcomes but we attempted to pool the results of some studies where possible. We prepared a qualitative description and narrative summary of results and described adverse effects. We assessed clinical heterogeneity by making qualitative comparisons in terms of the populations, interventions, outcomes/outcome measures and methods.

**Main results**

From 583 references/publications, we selected 13 studies involving 255 participants. Six groups of medications were reviewed, namely, N-methyl D-aspartate (NMDA) receptor antagonists, antidepressants, anticonvulsants, anaesthetics, opioids, and calcitonin. Ten studies were of high quality and three were of moderate quality based on both Jadad and Van Tulder criteria. Because of the wide variation (heterogeneity) in the pharmacologic interventions, outcome measures, analyses, reporting of results, duration of follow-ups and study designs, it was not possible to pool the results for most of the interventions and outcomes. Morphine (oral and intravenous) was effective in decreasing pain intensity in the short-term with reported adverse effects being constipation, sedation, tiredness, dizziness, sweating, voiding difficulty, vertigo, itching, and respiratory problems. The NMDA receptor antagonists, ketamine and dextromethorphan but not memantine, had analgesic effects. The adverse effects of ketamine were more serious and included loss of consciousness, sedation, hallucinations, hearing and position impairment, and insobriety. The results for gabapentin in terms of pain relief were conflicting but combining the results showed a trend towards benefit. Gabapentin, however, did not improve function, depression score and sleep quality. Side effects experienced were somnolence, dizziness, headache and nausea. Amitriptyline was not effective in PLP with dry mouth and dizziness as side effects based on one study. The findings for calcitonin and anaesthetics were variable. Adverse effects of calcitonin were headache, vertigo, drowsiness, nausea, vomiting, and hot and cold flushes. Most of the studies were limited by their small sample sizes.

**Authors' conclusions**

The short- and long-term effectiveness of opioids, NMDA receptor antagonists, anticonvulsants, antidepressants, calcitonins, and anaesthetics for clinically relevant outcomes that include pain, function, mood, sleep, quality of life, satisfaction and adverse effects remains unclear. Morphine, gabapentin and ketamine demonstrate trends towards short-term analgesic efficacy. Memantine and amitriptyline were ineffective for PLP. Results, however, are to be interpreted with caution as these were based mostly on a small number of studies with limited sample sizes that varied considerably and also lacked long-term efficacy and safety outcomes. The direction of efficacy of calcitonin, anaesthetics and dextromethorphan need further clarification. Larger and more rigorous randomised controlled trials are needed to make stronger recommendations about which medications would be useful for clinical practice.

## P L A I N   L A N G U A G E   S U M M A R Y

**Drugs to treat phantom limb pain in those with missing limbs**

Various medications have been tried in phantom limb pain but good treatment continues to be unsatisfactory. Whether opioids, N-methyl D-aspartate (NMDA) receptor antagonists (e.g. ketamine, memantine, dextromethorphan), anticonvulsants, antidepressants, calcitonin and anaesthetics are effective in improving outcomes that include pain, function, mood sleep, quality of life, satisfaction and safety, in the short- and long-term, remains uncertain. Morphine, gabapentin, and ketamine provided short-term pain relief but the findings were based mostly on small studies. The results for calcitonin and anaesthetics were variable. Considerable differences in the drugs, methods, designs, outcomes, outcome measures, follow-ups, analyses, and reporting/presenting of findings made it difficult to combine results for the interventions and outcomes. Results must be interpreted with caution as these relied on a few studies with small numbers of study participants and lacked long-term efficacy and safety data. Good quality studies with sufficient sample size, longer follow-ups and with outcomes that are important to patients are needed to make firmer recommendations to enable good advice on the best pain relief for this patient population.

## B A C K G R O U N D

### Description of the condition

Phantom limb pain (PLP) is pain in the missing limb and is a well-recognized phenomenon after amputation. It is a major cause of morbidity and has a profound impact on patients' functioning and well-being. Phantom pain is present in about 80% of amputees (Ephraim 2005). It can occur as early as within a week following

amputation in 72% of patients. Its incidence at six months and two years is not considerably different from that at onset at 65% and 59% respectively (Jensen 1985). Phantom limb pain has been described as cramping, burning, tingling, sharp shooting to mixed burning-tingling or burning-cramping (Jensen 1983).

The aetiology and pathogenesis of PLP is complex and not well understood although there is agreement that peripheral and central mechanisms are involved. A cascade of changes at several levels of the nervous system occur, from the injured afferent fibers that exhibit spontaneous and abnormal evoked activity to the heightened activity in the spinal dorsal horn and then to more central relays in the thalamus and cortex (Jensen 2000). Phantom limb pain is often considered neuropathic pain because of the changes that involve the central and peripheral nervous systems.

The negative effects of PLP on activity and quality of life (QOL) have been described (Ehde 2000; Nikolajsen 2001; Pezzin 2000). In half of amputees based in the community, severe pain impedes lifestyle for about one week per month and more than 25% feel pain over fifteen hours per day (Sherman 1984). Chronic PLP negatively correlates with employment (Ephraim 2005; Millstein 1985; Whyte 2002). Of 75% of patients in employment before the amputation, only 43% returned to work (Whyte 2002). Those who remained in employment had some modifications in occupational classifications (Whyte 2002).

### Description of the intervention

Unfortunately, the optimal treatment for PLP is far from satisfactory and remains a challenge up to this day as the pathomechanism is still unclear. The rationale for the use of various pharmacologic agents lies in the multifactorial theorized origins of phantom pain, chronic and neuropathic pain, as well as the awareness of the affective, cognitive and biologic triggers of PLP/chronic pain. Pharmacologic interventions that have been studied for PLP include beta-blockers, calcitonins, anticonvulsants, antidepressants, selective serotonin-reuptake inhibitors (SSRI), anaesthetics, opioids, tramadol, analgesics, N-methyl D-aspartate (NMDA) receptor antagonists, non-steroidal anti-inflammatory drugs (NSAIDs), muscle relaxants and nerve blocks. Pre-emptive and preventive therapies have been shown not to work in postamputation pain that may include phantom pain and stump pain (Jensen 2000; Ypsilantis 2010).

### Why it is important to do this review

Presently, there are no standard guidelines in the pharmacologic management of PLP and therefore, a review of all available literature is called for.

# OBJECTIVES

The objective of this review was to assess the effectiveness of pharmacologic interventions (e.g. beta-blockers, calcitonins, anticonvulsants, antidepressants, SSRIs, anaesthetics, opioids, tramadol, analgesics, NMDA receptor antagonists, NSAID drugs, muscle relaxants and nerve blocks) in the treatment of established PLP from randomised and quasi-randomised trials in terms of change in pain intensity, function, sleep, mood/depression, quality of life, satisfaction and adverse events.

# METHODS

## Criteria for considering studies for this review

### Types of studies

We considered randomised and quasi-randomised studies on pharmacologic agents for treating PLP compared with placebo, another active treatment or no treatment. We excluded studies with sample sizes of five or less.

### Types of participants

We included studies that involved participants of any age with established PLP. We excluded studies in which participants had stump/residual limb pain (RLP) alone, or post-amputation pain that was not phantom pain, or where phantom pain was mixed with other neuropathic pains. We also excluded studies in which participants with phantom pain were mixed with participants with other post-amputation pains if no separate or subgroup analyses were reported for phantom pain.

### Types of interventions

Pharmacologic agents (beta-blockers, calcitonins, analgesics, anticonvulsants, antidepressants, SSRIs, anaesthetics, NSAIDs, opioids, tramadol, topical analgesics, NMDA receptor antagonists, muscle relaxants, nerve blocks) given singly or in combination, in any dose, by any route were eligible. Pre-operative, pre-emptive, intra-operative and peri-operative pharmacologic interventions aiming to prevent PLP were not eligible.

### Types of outcome measures

#### Primary outcomes

The primary outcome was change in pain intensity (from start of treatment - pre-treatment to follow-up points after treatment - post-treatment) on any standard scale.

**Secondary outcomes**

1. Sleep: changes in sleep as measured on any standard sleep scale.

2. Depression/Mood: changes in depression/mood scores as measured on any standard depression/mood scale.

3. Function: changes in function as measured on any standard function scale.

4. Quality of life: changes in quality of life scores as measured on any standard quality of life scale.

5. Adverse effects.

6. Satisfaction.

7. Withdrawals from the study.

We considered short-term (≤ 3 months) and long-term (> 3 months) outcomes.

## Search methods for identification of studies

### Electronic searches

We identified studies for inclusion in the review by searching the Cochrane Pain, Palliative and Supportive Care Review Group (PaPaS) Trials Register, the Cochrane Central Register of Controlled Trials (CENTRAL, *The Cochrane Library*, Issue 9, 2011), MEDLINE and EMBASE (*see* Appendix 1; Appendix 2 and Appendix 3) up to September 2011.

### Searching other resources

We reviewed the bibliographies of the randomised trials, quasi-randomised trials, and clinical trials identified.

### Data collection and analysis

Initially, we (MJA,TAH, MD) independently reviewed the titles and abstracts of all the articles identified by the literature search for relevance to the research question. From the titles and abstracts, we assessed if the study satisfied the inclusion criteria regarding the design, participants, diagnosis, and interventions. We then retrieved the full text of relevant titles and abstracts and the non-English articles were translated. Next, we independently performed a final selection of the studies to be included in the review using a pre-designed study eligibility form. Any disagreement was resolved by discussion. For clarifications and missing information, we contacted authors of the selected studies.

### Quality review

We (MJA, TAH, MD) independently appraised the quality of the selected studies using the Oxford Quality Scale tool devised by Jadad and the Oxford Pain Relief Unit (Jadad 1996) and the

van Tulder criteria (Van Tulder 2003). We included studies that were graded medium to high quality studies in both criteria in the analysis. We resolved disagreements by discussion.

### The Jadad et al. 1996 Criteria

1a. Was the study described as randomised? (Score 1 if yes)

1b and 1c. Was the method of randomisation described and appropriate to conceal allocation (Score 1 if appropriate and -1 if not appropriate);

2a. Was the study described as double-blinded? (Score 1 if yes);

2b and 2c. Was the method of double blinding described and appropriate to maintain double blinding (Score 1 if appropriate and -1 if not appropriate);

3. Was there a description of how withdrawals and drop-outs were handled? (Score 1 if yes)

Studies with scores of 3/5 and above are considered unlikely to be subject to major systematic bias (Khan 1996).

### The van Tulder et al. 2003 Criteria (Score: 1 if yes, 0 if no, or don't know)

A. Was the method of randomisation adequate?

B. Was the treatment allocation concealed?

C. Were the groups similar at baseline regarding the most important prognostic indicators?

D. Was the patient blinded to the intervention?

E. Was the care provider blinded to the intervention?

F. Was the outcome assessor blinded to the intervention?

G. Were co-interventions avoided or similar?

H. Was the compliance acceptable in all groups?

I. Was the withdrawal/drop-out rate described and acceptable?

J. Was the timing of the outcome assessment in all groups similar?

K. Did the analysis include an intention-to-treat analysis?

Interpretation: low quality - 1 to 4; moderate quality - 5 to 7; high quality - 8 to 11.

### Data extraction

We (MJA, TAH) independently extracted the data from the studies that satisfied the inclusion criteria and quality standard. Data extraction included study name, design, sample size, study duration (including follow-up period); participant characteristics (demographic and clinical); intervention including dosage, route, and treatment duration; comparator/control interventions; and secondary outcome measures; short- and long-term outcome measures; and number of patients analysed and drop-outs/withdrawals in the different treatment groups and duration of follow-up. We extracted data onto a specially designed data extraction form. We resolved differences in data interpretation between review authors through discussion.

## Statistical methods

We initially intended to analyse the continuous outcomes using mean differences (MD) in the outcome measures with standard deviations (SDs) to quantify the effects of the pharmacologic intervention (change in pain intensity, sleep, mood/depression, function, quality of life, satisfaction); and the dichotomous outcomes using risk ratio (RR) and number needed to treat (NNT) for 50% pain relief. However, due to the extensive variation in the outcomes/outcome measures, analyses, follow-ups, study designs, interventions and the reporting of the results in the 13 studies included in the review, pooling of the results into a fully satisfactory meta-analysis was not possible. For some outcomes in a few studies, we combined results where possible. For most of the studies, we prepared a qualitative description or narrative summary of the results. We grouped the studies by drug class, namely, NMDA receptor antagonists, anticonvulsants, antidepressants, calcitonins, opioids, and anaesthetics. We also initially intended to assess the amount of statistical heterogeneity among the studies by computing the $I^2$ statistic. However, this was not possible for all studies and outcomes due to the differences in the methods and reporting and presenting of outcomes and results which could not be combined and analysed. We therefore, assessed clinical heterogeneity by making qualitative comparisons in terms of the populations, interventions, outcomes/outcome measures and methods.

# R E S U L T S

## Description of studies

See: Characteristics of included studies; Characteristics of excluded studies.

## Results of the search

Electronic database searches identified 583 titles and abstracts. After initial screening, we selected 123 studies for closer scrutiny. We excluded 86 as these were case series, case reports, reviews, descriptions of programs for phantom pain, comments, conference proceedings, and pre-emptive/pre-operative/preventative interventions, leaving 37 studies. We performed the final selection using a pre-designed study eligibility form and were left with 15 studies. After completing quality assessment, we classified 13 studies as having moderate to high quality in both the Jadad 1996 and Van Tulder 2003 criteria and these were then selected for final inclusion in the review. Table 3 and Table 4 show the quality scores of the studies.

## Included studies

We included 13 studies (Abraham 2003; Bone 2002; Casale 2009; Eichenberger 2008; Huse 2001; Jaeger 1992; Maier 2003; Nikolajsen 1996; Robinson 2004; Schwenkreis 2003; Smith 2005; Wieck 2004; Wu 2002) in this review.

Ten studies were cross-over sequences (Abraham 2003; Bone 2002; Casale 2009; Eichenberger 2008; Huse 2001; Jaeger 1992; Nikolajsen 1996; Smith 2005; Wieck 2004; Wu 2002) and three were parallel (Maier 2003; Robinson 2004; Schwenkreis 2003). Three studies had both blind and open phases (Abraham 2003; Huse 2001; Jaeger 1992). Eleven studies compared the intervention with placebo alone (Abraham 2003; Bone 2002; Casale 2009; Huse 2001; Jaeger 1992; Maier 2003; Nikolajsen 1996; Robinson 2004; Schwenkreis 2003; Smith 2005; Wieck 2004). Three studies had more than two treatment arms (Abraham 2003; Eichenberger 2008; Wu 2002). Eight studies studied oral medications (Abraham 2003; Bone 2002; Huse 2001; Maier 2003; Robinson 2004; Schwenkreis 2003; Smith 2005; Wieck 2004); four investigated intravenous drugs (Eichenberger 2008; Jaeger 1992; Nikolajsen 1996; Wu 2002) and one examined myofascial injections (Casale 2009). All studies measured pain relief with visual and numerical analog scales; number of persons with ≥ 30% or > 50% pain relief; number needed to treat to benefit (NNT) for 30%/50% pain relief; and with pain questionnaires. Four studies assessed the change in function or disability (Bone 2002; Maier 2003; Robinson 2004; Smith 2005). Five studies examined the change in mood or depression scores (Bone 2002; Huse 2001; Maier 2003; Robinson 2004; Smith 2005). One study looked at change in sleep quality (Bone 2002). Three studies measured satisfaction (Robinson 2004; Smith 2005; Wu 2002). Three studies included basal sensory assessments (Eichenberger 2008; Huse 2001; Nikolajsen 1996). Two studies evaluated parameters of cortical reorganization (Huse 2001; Schwenkreis 2003). Eleven studies described the adverse events associated with the intervention (Abraham 2003; Bone 2002; Casale 2009; Eichenberger 2008; Huse 2001; Jaeger 1992; Maier 2003; Nikolajsen 1996; Robinson 2004; Wieck 2004; Wu 2002).

Assessment points following application of interventions in the double-blind phase ranged from 30 minutes to six weeks. A full description of the studies is shown in Table 1. The studies were grouped into drug classes, namely, NMDA receptor antagonists, antiepileptic drugs, antidepressants, calcitonins, opioids, and anaesthetics to facilitate descriptions and comparisons.

There were 255 participants and the ages ranged from 19 to 81 years. The number of participants per study was from eight to 36. The reasons for the amputations were traumatic, vascular, neoplastic, infectious and chronic pain syndromes (reflex sympathetic dystrophy). Of these, trauma was the most common cause. The time since amputation varied from within a week to 57 years while the duration of the PLP ranged from less than a week to 49 years. The baseline pain intensity varied from mild to severe.

## Risk of bias in included studies

We used 'Risk of bias' tables (see the 'Characteristics of included studies' tables) to assess the likely impact of various study characteristics on the strength of the evidence. We also scored the quality of each study using the Jadad 1996 (Table 3) and the Van Tulder 2003 (Table 4) criteria. The quality scores for each study are reported in the notes section of the 'Characteristics of included studies' table and Table 1. We considered ten studies to be of high quality and the remainder of medium quality. See also review authors' judgement of 'Risk of bias' items (Figure 1) and 'Risk of bias' summary for each study (Figure 2).

**Figure 1.   Risk of bias graph: review authors' judgements about each risk of bias item presented as percentages across all included studies.**



**Figure 2.   Risk of bias summary: review authors' judgements about each risk of bias item for each included study.**

## Effects of interventions

Table 2 contains a summary of the results for the effects of interventions. Analysis 1.1 and Analysis 2.1 show results for the outcome change in pain intensity for memantine and gabapentin, respectively.

### 1. NMDA receptor antagonists

Six studies investigated the effectiveness of NMDA receptor antagonists in established PLP: memantine versus placebo (Maier 2003; Schwenkreis 2003; Wieck 2004); dextromethorphan versus placebo (Abraham 2003); ketamine versus placebo (Nikolajsen 1996); and ketamine versus calcitonin, combination ketamine and calcitonin, and placebo (Eichenberger 2008) in treating phantom pain.

Pain intensity was not significantly decreased with 30 mg/day of memantine for three to four weeks in traumatic amputees with chronic pain (Maier 2003; Schwenkreis 2003; Wieck 2004). Combining the results of two memantine studies (Maier 2003; Wieck 2004) for the outcome, change in pain intensity, showed a standardised mean difference (SMD) = 0.24 (95% confidence interval (CI): -0.31 to 0.79), which is an over-all effect of no difference between treatment and control groups. In so doing, however, a unit of analysis error was incurred. The cross-over study (Wieck 2004) was treated as though it was a parallel study by taking all measurements from memantine periods and all measurements from placebo periods and analysing these data as in a parallel study comparing memantine versus placebo.

In the dextromethorphan study, four participants on 120 mg dextromethorphan/day and one participant on 180 mg/day reported 50% pain relief compared with placebo (P = 0.01) after 10 days of treatment in the double-blind phase (Abraham 2003).

Ketamine at 0.5 mg.kg given once as intravenous infusion significantly reduced the pain intensity in a population of 11 participants with chronic phantom pain of mostly malignant in aetiology (P < 0.05) compared with placebo. Pain rating indices in the McGill Pain Inventory decreased from 17.4 to 6.4 (P = 0.006) (Nikolajsen 1996). In another study, pain intensity was significantly decreased in ketamine alone at 0.4 mg/kg and combination ketamine-calcitonin after infusion compared with placebo (P < 0.05) in a group of 20 participants with chronic phantom pain of various aetiologies. Ketamine alone and its combination with calcitonin had significant pain reduction of > 50% versus placebo (Eichenberger 2008).

Change in mood (depression scores and feelings of well-being scores) was assessed in two studies (Abraham 2003; Maier 2003). These could not be combined because of the differences in the interventions and outcome measures. One study showed that there was no significant difference in the change in depression scale score between memantine and placebo (Maier 2003). On the other

hand, the scores of feelings of well-being were significantly better in the dextromethorphan group compared with placebo (P = 0.025) (Abraham 2003). Change in function/disability was assessed in only one study where the pain disability index (recreation, social activity, family/home responsibilities, sexual behavior, occupation, life support) did not change significantly in either group (Maier 2003).

With ketamine, severe adverse effect such as loss of consciousness and other mild/moderate effects such as light sedation, light visual hallucination, hearing impairment and position impairment were reported in one study (Eichenberger 2008). Insobriety, discomfort and mood elevation were described in another (Nikolajsen 1996). The adverse effects such as nausea, fatigue/ tiredness, dizziness/ vertigo, agitation/restlessness, and headaches were observed with memantine (Maier 2003; Wieck 2004). No side effects were observed in any of the participants during dextromethorphan treatment and at one month follow-up (Abraham 2003). No dropouts/withdrawals were reported in the reviewed NMDA antagonists studies except in one study (Maier 2003) where two participants dropped out in the memantine group due to side effects and three from the placebo group due to insufficient analgesia.

### 2. Anticonvulsants

Two studies examined the effectiveness of gabapentin in treating phantom pain in placebo-controlled cross-over trials of six weeks duration (Bone 2002; Smith 2005). In the first study, pain intensity difference on the VAS (mean (SD)) was significantly higher with gabapentin at 2.4 g/day at the end of six weeks compared with placebo in a population of 19 participants with chronic phantom pain (3.2 (2.1) versus 1.6 (0.7), P = 0.03) ((Bone 2002). In the second study of 24 participants with chronic phantom and stump pain following amputation of various aetiologies, average phantom pain intensity differences on the 0 to 10 numerical rating scale (mean (SD)) in the gabapentin phase was not significantly different from placebo (0.94 (1.98) versus 0.49 (2.20); t = 0.70) (Smith 2005). Combining the results of these two studies using generic inverse variance method for the outcome change in pain intensity showed a mean difference = -1.16 (95%CI: -1.94 to -0.38) (P = 0.004), favouring gabapentin.

Change in mood/depression and function were evaluated using different outcome scales so the results could not be combined. The end of treatment median (interquartile range) Hospital Anxiety and Depression Scale (HADS), Barthel Index (BI) and Sleep Interference Scale (SIS) were not significantly different between gabapentin and placebo (12 (4 to 22) versus 14 (5 to 25); 85 (70 to 105) versus 87 (65 to 105); 3 (1 to 5) versus 4 (1 to 5) (Bone 2002). Average scores for Center Epidemiologic Studies Depression Scale (CES-D) (mean (SD)) were not significantly different

from placebo (4.22 (9.20) versus 3.78 (10.13); t = -0.11). Craig Handicap Assessment and Reporting Technique (CHART) and satisfaction with life scale (SWLS) change scores were not significant (no values shown) (Smith 2005).

Somnolence (n = seven), dizziness (n = two), headache (n = two) and nausea (n = one) reported in the gabapentin group were not significantly different from control group (Bone 2002). Adverse events were not described in the other study. Five dropped out, two from gabapentin as first treatment (one due to non-completion and another due to protocol violation) and three from placebo as first treatment (two due to non-completion and another consent withdrawal) (Bone 2002). No drop-outs or withdrawals were described in the Smith 2005 study.

### 3. Antidepressants

Only one study in this drug class was included in this review. This study determined the effectiveness of a tricyclic antidepressant, amitriptyline, in treating phantom pain versus an active control (benztropine mesylate) given for six weeks among 39 participants with at least three months of phantom or residual limb pain after amputations for various causes (Robinson 2004).

For the primary outcome, the average PLP on the zero to 10 NRS (mean (SD)) was not significantly different in the amitriptyline and active placebo groups at the end of six weeks (3.1 (2.7) versus 3.1 (2.9). For the secondary outcomes, the CES-D, Functional Independence Measuare (FIM), CHART and SWLS scores (mean (SD)) were not significantly different between amitriptyline and placebo (12.9 (8.5) versus 16.1 (13.1); 74.5 (18.8) versus 79.1(3.3); 360 (142) versus 417 (75); 21.2 (6.4) versus 21.8 (8.7). Mouth dryness, drowsiness, blurred vision, constipation, dizziness, altered sleep, nausea/vomiting, urinary retention, diarrhoea, tinnitus were reported in the amitriptyline group. Mouth dryness was significantly more severe in the amitriptyline group than in the placebo group. Two participants in the amitriptyline group withdrew from study due to side effects (Robinson 2004).

### 4. Calcitonins

Two studies examined the effectiveness of s-calcitonin infusion in treating phantom pain (Eichenberger 2008; Jaeger 1992). One compared it to saline placebo in a group of 21 participants with severe phantom pain developing within a week after amputations of various aetiologies (Jaeger 1992). Another compared it to ketamine, combination ketamine and calcitonin and placebo in 20 participants with chronic phantom pain (Eichenberger 2008). Due to differences in the populations, study design (two-arm study versus multiple-arm study) outcome/outcome scales used, combining the results in a meta-analysis was not possible.

In terms of change in pain intensity, median pain intensity on zero to 10 NAS was significantly reduced 24 hours after 200 IU calcitonin infusion (P < 0.001) (Jaeger 1992). Four participants in

the calcitonin first group did not require a second infusion as they had NAS of < 3. Phantom pain attacks were also reported to be decreased. In the other study, pain intensity on the 10-cm VAS did not significantly decrease with 200 IU calcitonin infusion compared with placebo at 48 hours. Also, the number of responders (≥ 50% pain relief) to calcitonin did not differ significantly from placebo (2 of 20 versus 1 of 19) (Eichenberger 2008). Neither study investigated any of the secondary outcomes of the review. With calcitonin, two had facial flushing, five had nausea, one had sedation and one had dizziness (Eichenberger 2008). Twelve of 21 participants experienced one or more of the following side effects: headache (n = two), vertigo (n = two), nausea (n = six), vomiting (n = five), augmentation of phantom sensation (n = four), drowsiness (n = two) and hot/cold flushes (n = four) (Jaeger 1992). No participants withdrew during the double-blind phase in the two-arm study (Jaeger 1992). Drop-outs were not described in the calcitonin group in the multi-arm study (Eichenberger 2008).

### 5. Opioids

Two cross-over studies investigated the effectiveness of morphine in treating phantom pain (Huse 2001; Wu 2002). One compared oral morphine with placebo (Huse 2001) and another one compared morphine infusion with lidocaine and placebo (Wu 2002). Because of the differences in interventions (oral versus intravenous), study design (two-arm study versus three-arm study), outcomes/outcome scales and assessment time points (after four weeks of treatment versus 30 minutes after infusion), pooling of results was not possible.

In terms of pain outcomes, the pain intensity (mean (SD)) on a zero-100 VAS was significantly reduced during the oral morphine phase compared with placebo phase (P = 0.036) at four weeks (3.26 (1.59) versus 3.99 (1.23). About 42% of participants experienced ≥ 50% pain relief (considered responders in study) with morphine versus one participant in placebo (P < 0.05). Long-term follow-up outcomes at six months and 12 months were only available for the open-phase morphine group for those who responded (n = nine) to it during double-blind phase (Huse 2001).

Significantly lower pain intensity was also seen with intravenous morphine compared to placebo (P < 0.01) in the other study (Wu 2002). Furthermore, subjective self-reported percentage pain relief was significantly higher with morphine. The NNT for 30% pain relief for morphine in this study was two (Wu 2002). In terms of secondary outcomes, scores on self-rating depression scale (SDS), West Haven-Yale Multidimensional Pain Inventory (WHYMPI), Brief Stress Scale did not have significant association with pain reduction (Huse 2001). Treatment satisfaction scores (mean (SD)) were significantly higher in morphine group compared with placebo (45.9 (35.5) versus 9.6 (21); P < 0.01) (Wu 2002).

Side effects were classified moderate and significantly more frequent with morphine. These were tiredness, dizziness, sweat-

ing, constipation, micturition difficulties, nausea, vertigo, itching, short of respiration but the difference between treatment and placebo groups was only found for constipation (Huse 2001). No significant differences were found for sedation in treatment and placebo groups (Wu 2002). One participant dropped out due to absence of pain before start of treatment (Wu 2002).

### 6. Anaesthetics

Two studies examined the effectiveness of anaesthetics in treating phantom pain. Bupivacaine at 0.25%, 1 ml, as contralateral myofascial injection given once was compared with placebo (0.9 % saline) in a randomised cross-over trial (Casale 2009). Lidocaine at 4 mg/kg given as intravenous infusion over 40 minutes was compared with morphine (intravenous infusion) and placebo (diphenhydramine) (Wu 2002).

Contralateral myofascial injection of bupivacaine given once to eight participants with chronic phantom pain following amputations of various aetiologies afforded significantly greater pain reduction (mean (SD)) versus placebo one hour after the injection (-5.3 (1.4) versus -1.5 (1.3), P = 0.003) (Casale 2009). Phantom pain relief with lidocaine was not significantly different from placebo (P > 0.05) in 31 participants with chronic phantom pain (Wu 2002). There were no reported cardiovascular, respiratory side effects as well as stinging sensation after the injection (Casale 2009). The sedation scores in the morphine, lidocaine and placebo groups were not significant (Wu 2002).

See Table 2 for summary of the results.

# DISCUSSION

## Summary of main results

The review has two main findings. First, the short- and long-term effectiveness of most pharmacologic interventions in established PLP remains unresolved for clinically relevant outcomes that include pain, function, psychosocial, sleep, quality of life, satisfaction and safety. Of the six drug classes reviewed, the opioids (morphine) demonstrated short-term analgesic efficacy in PLP. The various NMDA receptor antagonists had differential efficacy in that ketamine and dextromethorphan provided pain relief and memantine did not. The results for gabapentin in terms of pain relief were contradicting but combining the results showed a trend towards benefit. The studies on calcitonin and anaesthetics had conflicting results. Second, there is extensive variation in the methods, interventions, outcomes, outcome measures/scales, follow-ups, data analyses, and reporting and presenting of results. This limited the pooling of results for interventions and outcomes. While all studies assessed pain relief, only a few studies examined other outcomes that are meaningful to patients such as function/disability, sleep,

mood, and quality of life, satisfaction and safety and tolerability. Nearly all of the studies had small sample sizes. This review also extends the findings of a previous systematic review where pre-operative, intra-operative, early and late post-operative interventions for phantom pain were examined (Halbert 2002).

## Overall completeness and applicability of evidence

Opioids, namely oral morphine (up to 300 mg/day) and intravenous morphine (0.2 mg/kg), significantly reduced pain intensity at four weeks and at 30 minutes, respectively. In one study, 42% of participants had 50% pain relief after one month of up to 300 mg a day of oral morphine (Huse 2001). This is comparable with results (46%) obtained with up to 180 mg/day of morphine for eight weeks in postamputation pains (Wu 2008). With a single intravenous infusion at 0.2 mg/kg, two participants need to be treated to obtain 30% pain relief 30 minutes after end of treatment (Wu 2002). In a related latter study on oral morphine of up to 180 mg, NNT for 33% and 50% pain relief were 4.5 and 5.6 respectively suggesting less analgesic efficacy for oral morphine compared with the intravenous route (Wu 2008). Affective (e.g. depression and stress), operant (activity level, social support), cognitive (coping), treatment (expectations) outcomes did not correlate with pain reduction (Huse 2001). On the other hand, treatment satisfaction scores were significantly higher in the morphine group compared with the placebo group (Wu 2002).

The rationale for the use of opioids in PLP stems from the observed efficacy of these medications in neuropathic pain states. As with neuropathic pain, peripheral and central neural mechanisms have been implicated in the pathogenesis of PLP. Also, reviews investigating the effectiveness of opioids in neuropathic pain conditions (e.g. diabetic neuropathic pain, postherpetic neuralgia) included evidence from PLP trials (Eisenberg 2009; Furlan 2006; Kalso 2004). The reasons why opioids might work in phantom pain are not well-understood. Peripherally and at the spinal level, opioids act via presynaptic nerve terminals and postsynaptic neurons involved in pain transmission. Centrally, these drugs may decrease cortical reorganization, which is a phenomenon where the topographic representation of lost extremity is shifted to other areas of the cortex and taken over by sensory input from other areas of the body leading to perceptual remapping following the amputation (Birbaumer 1997; Elbert 1994; Flor 1995; Ramachandran 1992). The extent of cortical reorganization was also shown to be highly positively correlated with the intensity of phantom pain (Flor 1995). In this review, cortical reorganization was assessed in three participants and two showed reduced cortical reorganization with oral morphine alongside decreased pain intensity after treatment (Huse 2001).

Side effects were classified as moderate and significantly more frequent with morphine. These were tiredness, dizziness, sweating, constipation, micturition difficulties, nausea, vertigo, itching,

shortness of respiration, sedation but the difference between treatment and placebo groups was only found for constipation (Huse 2001). A study of morphine versus mexiletine in post amputation pains reported the same side effects (Wu 2008). Reviews on opioids on chronic non cancer pain also found constipation, along with nausea, dry mouth and drowsiness (Furlan 2006; Moore 2005) as the most common and significant side effects.

The results for the NMDA receptor antagonists as a group were at best equivocal. Among the NMDA receptor antagonists, dextromethorphan and ketamine had short-term analgesic effects compared with placebo but based on underpowered studies. Ketamine infusion at 0.4 to 0.5 mg/kg decreased pain intensity following the treatment up to 48 hours (Eichenberger 2008; Nikolajsen 1996). In addition, it significantly increased pressure-pain thresholds and reduced wind-up-like pain (Nikolajsen 1996). Similarly, those receiving dextromethorphan at 120 mg/day and 180 mg/day experienced more than 50% pain relief and better sense of well-being at the end of the 10-day treatment (Abraham 2003). By blocking NMDA receptor sites, dextromethorphan and ketamine minimised phantom pain by reducing central hyperexcitability and wind-up phenomenon. Memantine, up to 30 mg/day, on the other hand, did not lessen pain intensity at the end of three to four weeks of treatment (Maier 2003; Wieck 2004). The issues raised were low drug dosage, short run-in period, other probable mechanisms that maintain phantom pain aside from the NMDA receptor activation (Maier 2003), time-dependent effect of memantine on neural transmission via NMDA receptor pain maintenance and the differential affinity of the various NMDA receptor antagonists (Wieck 2004). Yet, in another negative study on memantine in chronic neuropathic pain after amputation or surgery, it was considered to be unlikely that memantine is less responsive to manifestations of central sensitization compared with ketamine and dextromethorphan as all are non-competitive of NMDA receptors (Nikolajsen 2000). Participants included in the NMDA studies had chronic PLP from amputations of various aetiologies but mostly trauma, except for the dextromethorphan study where the majority had malignant amputations with a relatively shorter history of phantom pain and were simultaneously on an analgesic ladder for pain control.

The differences in the results for ketamine and memantine are not easily explained. First, the type of neuropathic pain involved could be a factor. Ketamine significantly decreased pain evoked by mechanical stimulation and increased pressure pain thresholds (Nikolajsen 1996). Conversely, memantine in neuropathic pain after amputation, surgery and postherpetic neuralgia neither decreased mechanical and cold allodynia, mechanical hyperalgesia, and wind-up-like pain nor increased thresholds to mechanical pressure (Eisenberg 1998; Nikolajsen 2000). In the included memantine studies, however, the detailed characteristics of the neuropathic pain were not explicit nor were there outcomes on allodynia, hyperalgesia, wind-up-like pain and pressure pain thresholds. Second, the timing of the intervention might be important.

Memantine given in combination with brachial plexus blockade in the early post operative stage significantly decreased the intensity and prevalence of PLP at four weeks and at six months (Schley 2007). On the other hand, memantine, in the current review, given in established PLP led to negative findings. Continuous pre-existing pain of at least 12 months was a characteristic of the populations. Pre-existing pain results in the formation of a somatosensory "pain memory" that indicates long-term changes in the central nervous system (Katz 1990). When this pain memory is in place, functional and structural changes in nociceptive structures have already occurred (Lei 2004). It would seem that NMDA antagonism might no longer be useful in long-standing phantom pain where the neuroplastic changes are already fixed. Third, the route of administration might also be an issue. In this review, intravenous ketamine during the chronic phase of phantom pain altered the pain intensity favourably. On the other hand, all three memantine studies used the oral preparation and demonstrated consistent negative findings. Then again, giving ketamine intravenously (Hayes 2004) or epidurally (Wilson 2008) during the peri-operative stage did not improve pain intensity. This suggests that timing might be more crucial than route of administration.

Adverse effects for ketamine were more severe compared with those reported for memantine and included loss of consciousness, sedation, visual hallucination, hearing impairment, position impairment, insobriety, and elevation of mood. For memantine, these were dizziness, tiredness, headaches, restlessness, and nausea. There were no reported side effects for dextromethorphan.

The results for the analgesic efficacy of gabapentin, titrated up to 2.4 g to 3.6 g/ day for six weeks, were contradictory. An earlier study (Bone 2002) indicated positive findings in favour of gabapentin while a latter study (Smith 2005) showed otherwise. It was recognized that the participants in the earlier study attended a multidisciplinary clinic and had higher baseline pain intensity ratings (moderate to severe) compared with the latter study and might have had more room for improvement (Smith 2005). Meanwhile another study which aimed to pre-empt postamputation pain with gabapentin led to negative results due to low sample size, slow titration schedule of a low dose gabapentin (2.4 g/day) and low postamputation pain intensity which made it difficult to detect between group differences (Nikolajsen 2006).

Combining the results of the two studies (Bone 2002; Smith 2005) entailed estimating certain parameters that include the treatment effect and its standard error (SE) from each study. We approximated the SE in one study given the SDs of the pain intensity differences and n for treatment and placebo (Bone 2002). In the latter study, we computed the SE by dividing the MD between placebo and treatment by the given value of the t statistic (Smith 2005). We performed the generic inverse variance method for pooled analysis. The pooled estimate suggests a trend favouring gabapentin but this should be interpreted with caution for reasons mentioned above. In another review, gabapentin was better than

placebo in chronic neuropathic pain including phantom pain in nearly half of the studies (Moore 2011). Forty three per cent have at least moderate benefit (at least 30% pain relief) and 31% have substantial benefit (at least 50% pain relief) with gabapentin and NNT for moderate benefit is 5.8 (4.8 to 7.2) and for substantial benefit is 6.8 (5.6 to 8.7) (Moore 2011). Most of the studies included in this review, however, were on diabetic neuropathy and postherpetic neuralgia.

As for secondary outcomes, gabapentin did not improve mood/depression scores, function, sleep, quality of life, handicap and satisfaction in both studies. Adverse effects such as sedation, dizziness, headache and nausea reported in the gabapentin group were not significantly different from the control group (Bone 2002). However, in a recent review on chronic neuropathic pain, side effects that included dizziness, somnolence, peripheral oedema and gait disturbance were significantly more frequent with gabapentin, but tolerable (Moore 2011).

The only eligible study on antidepressants in treating established PLP showed that amitriptyline up to a maximum of 125 mg/day for six weeks was not better than placebo in patients with chronic phantom pain in terms of change in pain intensity, mood, function, handicap and satisfaction. Adverse effects such as mouth dryness, drowsiness, blurred vision, constipation, dizziness, altered sleep, nausea/vomiting, urinary retention, diarrhoea, tinnitus were reported in the amitriptyline group. The negative results were attributed to the fact that the study might have missed a small treatment effect, insufficient duration of treatment (six weeks), and the type of participants included. Participants in the study might have been refractory to various medications that have been tried previously (Robinson 2004). Alternatively, in an open-phase study, amitriptyline up to 75 mg/day for one month decreased phantom pain in treatment-naive patients (Wilder-Smith 2005).

Like the anticonvulsants, antidepressants have been used in phantom pain due to their efficacy in neuropathic pain states. Approximately 30% of patients with neuropathic pain had at least moderate pain relief with antidepressants (e.g. amitriptyline), however, the conditions dealt with were mainly diabetic neuropathy and herpetic neuralgia (Saarto 2007). In a randomised controlled trial of chlorimipramine and nortriptyline in participants with central pain conditions that included phantom pain, the antidepressants were superior to placebo in terms of analgesia. Between the two, chlorimipramine was significantly better than nortriptyline (Panerai 1990).

The findings on the analgesic action of calcitonin, at 200 IU at 24 to 48 hours following infusion, were in contrast. The earlier study involved participants with acute phantom pain (developing within seven days after amputation) (Jaeger 1992) whereas, the latter study had participants with phantom pain with years of history of phantom pain (Eichenberger 2008). It would seem that calcitonin might only be effective during the acute phase as there might be different mechanisms that are working in phantom pain in the acute and in the chronic stages. The mechanism involved

in the analgesic action of calcitonin is unclear although its direct central action is likely the main mechanism as suggested by its inhibitory effect on the neuronal firing in response to peripheral stimulation and the finding of its receptors in the central nervous system structures (Azria 2002). The ineffectiveness of calcitonin in one study was attributed to its possible lack of effect on central sensitization processes which are important in phantom pain pathophysiology (Eichenberger 2008). Adverse effects with calcitonin reported by both studies included light sedation/drowsiness, nausea and facial flushing/hot/cold flushes. Other adverse effects were dizziness (Eichenberger 2008), headache, vertigo, vomiting, and augmentation of phantom sensation (Jaeger 1992).

The results for the anaesthetics (lidocaine, bupivacaine) were variable. While both are sodium channel blockers, these were administered via different routes. Lidocaine at 4 mg/kg was administered systemically as an infusion whereas bupivacaine at 2.5 mg was given locally as an injection. Lidocaine infusion was ineffective in PLP (but effective in stump pain) at 30 minutes following the infusion as the mechanisms responsible for PLP are primarily considered central although peripheral inputs are important in maintaining pain. Lidocaine is considered to act for the most part in the periphery by decreasing ectopic discharge following peripheral nerve injury (Wu 2002). Conversely, bupivacaine injection to contralateral myofascial hyperalgesic areas decreased phantom pain intensity at 60 minutes after the injection (Casale 2009). The mechanism of pain relief from local anaesthetic contralateral injection is not clear. In animal experiments, blocking afferent inputs on the contralateral side can decrease the spontaneous hyperactivity and after discharges following noxious evoked responses in the wide dynamic response neurons in the ipsilateral (injured) side (Bileviciute-Ljungara 2001). There were no reported cardiovascular, respiratory side effects or stinging sensation after the injection (Casale 2009). The sedation scores in the morphine, lidocaine and placebo groups were not significant (Wu 2002). Most studies on anaesthetics in PLP were done with the aim to pre-empt or prevent PLP and these were not covered in this review.

Aside from the type of medication, another issue of clinical importance that can impact on applicability of evidence is the dosing and route/ease of administration. While some of the drugs were given for a period of days to weeks (oral medications), others were administered as a single dose via relatively more invasive manner (e.g. infusion, injection) such as ketamine, calcitonin, IV morphine and bupivacaine injection. Thus far, outcome assessment, including adverse effects, for these single-dose drugs given intravenously or as injections, have been within short time frames (e.g. at the end of infusion, within 30 minutes to 48 hours). Also, the duration of their analgesic effects has not been documented. This may put some degree of uncertainty on the clinical value of such drugs, at this stage, for this type of pain that is generally considered chronic.

Within each drug group, chronicity was almost always a feature in the included studies, as stated in their inclusion criteria, ex-

cept for the calcitonin group where one study dealt with acute phantom pain. On the whole, only four presented the history of phantom pain with PLP duration averages ranging from four months to 12 years. The majority of studies included populations with mixed aetiologies although predominantly traumatic except for two small NMDA receptor antagonists studies (dextromethorphan, ketamine) with predominantly malignant amputations. The latter studies showed trends towards analgesic efficacy when compared with the other NMDA receptor blocker studies (memantine). The reasons for possible differences were discussed earlier. The limited and heterogeneous data precluded doing subgroup analysis in this review. Within the studies, stratified and subgroup analyses to explore relationship between treatment response and PLP and amputation characteristics were also not done as the studies were limited in their sizes. It was therefore not possible to determine with certainty whether there is a relationship between phantom pain chronicity and treatment response. Although, in general, patients with chronic pain usually have a more protracted course during treatment as there are other associated problems such as mood and sleep disorders. While studies have been done examining the relationship between pain and amputation aetiology, and also between chronic pain and pre-amputation pain, the association between characteristics of the phantom pain and response to particular drugs needs further investigations. In all studies, documentation was missing with regards to whether phantom pain was early onset or late onset, as well as whether there was pain before the amputation. Nearly all of the studies did not describe the detailed characteristics of the phantom pain.

The second main finding relates to heterogeneity. The study populations varied from acute PLP to chronic phantom pain although most were the chronic type. Some studies involved participants with postamputation pains that included phantom, residual limb/stump, and post-operative pain. Studies that had separate analyses for the phantom pain were included. Six groups of interventions examining nine individual drugs of dissimilar doses (e.g. gabapentin at 2.4 g/day or 3.6 g/day; single IV morphine infusion), of differing routes (e.g. oral morphine versus morphine infusion; intravenous lidocaine versus myofascial injection of bupivacaine), and of variable duration of administration (minutes versus weeks) were studied. While all studies focused on pain as the primary outcome, a wide range of pain scales and measures, e.g. 11-point Numerical Rating Scale, zero to 100 VAS, zero to 100% numeric scale, number of participants with ≥ 50% pain relief, NNT for 30% or 50% pain relief, McGill Pain Questionnaire were used. Only six of 13 studies examined secondary outcomes such as change in function, mood/depression, sleep, satisfaction, and quality of life. A variety of scales were used as well, e.g. Functional Independence Measure or Barthel Index for function; the Hospital Anxiety Depression Scale or Center for Epidemiologic Studies-Depression Scale for depression. Outcomes were measured at different time points ranging from 30 minutes to 45 days. Other outcomes were used in some studies such as cortical reorganiza-

tion, intracortical inhibition and facilitation, basal sensory assessments and mirror displacement in healthy limbs. The majority had a cross-over design that differed in number of treatment arms, phases (blinded and open) and analyses of the data. The results for outcomes were reported and presented in various ways. The diverse populations, interventions, outcomes and outcome measures, methods and reporting of findings in the included studies in this review precluded pooling of results into quantitative analyses. Several reviews have identified and discussed various modalities of treatment in phantom pain but without firm recommendations on which is the best for clinical use (Halbert 2002; Manchikanti 2004; Sherman 1980). Pre-emptive analgesia has also been reviewed which did not show promising results (Jensen 2000; Ypsilantis 2010). A recent comprehensive review revisited phantom pain mechanism, diagnosis, physical examination and presented treatment options from conservative (drug) to interventional (e.g. epidural anaesthesia, blocks, pulsed radiofrequency treatment, spinal cord stimulation). The paper recommended that the first line of management is drug therapy that includes amitriptyline, tramadol, carbamazepine, ketamine and morphine, and that pulsed radiofrequency treatment and spinal cord stimulation could be considered but confined within an experimental framework (Wolff 2011). On the other hand, this current Cochrane review systematically examined and summarized the available evidence to date from quasi-randomised and randomised trials specifically of drug treatments in established PLP. Further quantitative analyses for gabapentin and memantine studies were attempted. Results from studies of drugs belonging to the different groups were compared and discussed. This present review did not include the study on tramadol and amitriptyline (Wilder-Smith 2005) due to study-design issues and other reasons mentioned in the Characteristics of excluded studies. Also, carbamazepine was not covered as there were no studies fitting the study-design inclusion criteria.

The review has several limitations. First, we did not include studies where populations included patients with a diagnosis of postamputation pains with analyses that did not distinguish PLP from the other pains (post-operative pain, stump pain, etc.). One study found oral morphine more effective than placebo and mexiletine in improving pain but not function in patients with postamputation pains (Wu 2008). The exclusion of such a study might have led to an underestimation of the analgesic effect of oral morphine in this review. A negative study of gabapentin on postamputation pain was also excluded (Nikolajsen 2006) because of the pre-emptive approach. Second, we were not able to do a full satisfactory meta-analysis due to the variability in designs, outcomes and outcome measures, and analyses and reporting of the results. For example, for the opioid and anaesthetic studies, different routes of administration were studied. By combining the results of the memantine studies (Maier 2003; Wieck 2004), we incurred a unit of analysis error as we treated the cross-over study (Wieck 2004) as though it was a parallel study by taking all measurements from memantine

periods and all measurements from placebo periods and analysing these data as in a parallel study. The analysis assumed that this study had 16 patients when in reality it only had eight. Thus, we see in the forest plot that the CI is very wide and that the study has very little weight. But to start with, the trial has a very small sample size so the presentation of forest plot here does not in fact add more to what the individual results show. The strategy of combining the two gabapentin studies is also not without shortcomings. Ideally, the estimates of the treatment effect with their SEs are available in the study but in this case, they were not. So, imputations were performed. We noted, however, that the SE estimate of the positive study with the smaller sample (Bone 2002) was slightly smaller and hence the weight was larger compared with that of the study with a slightly bigger sample size. It is possible that there was a little more variability in measurement in the other study (Smith 2005). These pooled results, therefore, should be taken with caution. Third, as the majority of the studies had a cross-over design, the possibility of carry-over effects could not be entirely discounted. Evaluation of carry-over effects is not straightforward as statistical techniques to analyse such are far from satisfactory and so it relies for the most part on judgment (Higgins 2011). To reduce the risk of carry-over effects, most of the studies seem to have sufficient wash-out periods between treatment periods except the dextromethorphan study, which did not report any. Some studies also reported no significant differences in the baseline pain intensity levels between the start of each treatment period. Fourth, the majority of the studies had small sample sizes and made it problematic to make generalizations and conclusions. Fifth, while we recognize that the spectrum of holistic management of conditions includes the preventative and the curative aspects, we did not include pre-emptive and preventative interventions and deliberately so, because another listed protocol aimed to do this.

In summary, six different classes of medications have been reviewed for their effectiveness in established PLP. Only morphine consistently demonstrated short-term analgesia (based on two studies) although only one study was adequately powered. The results for the NMDA antagonists were not in agreement with one another, with pain relief observed with ketamine and dextromethorphan and nil with memantine. A trend towards benefit was observed for gabapentin but the pooled results should be interpreted with caution as computations were based on approximations. The findings for calcitonin and anaesthetics were variable. A wide range of outcomes and outcome scales, but mostly focusing on pain, were used in the studies and, for the large part, were measured in the short-term. Other clinically relevant outcomes that include function, activity, mood, sleep, quality of life, and satisfaction were missed in the majority of the studies.

# AUTHORS' CONCLUSIONS

## Implications for practice

The data from the studies included in this review are not sufficient to support any particular medication for established PLP. The short- and long-term effectiveness of opioids, NMDA receptor antagonists, anticonvulsants, antidepressants, calcitonins, and anaesthetics for clinically relevant outcomes that include pain, function, mood, sleep, quality of life, satisfaction and adverse effects remains unclear. Morphine, gabapentin and ketamine demonstrate trends towards short-term analgesic efficacy with the caveat that these results were based mostly on small studies that varied considerably and also lacked long-term efficacy and safety outcomes. More data are needed to clarify the direction of efficacy of calcitonins, dextromethorphan, anaesthetics and other types of antidepressants. Larger and more rigorous randomised controlled trials are needed to make stronger recommendations about which medications would be useful for clinical practice.

## Implications for research

Research directions that would help in studies on pharmacologic interventions in PLP:

1. Assessment of outcomes, to include function, mood, sleep, quality of life, satisfaction, safety and tolerability, in longer time frames.

2. Use of more adequate sample sizes for various clinically-relevant outcomes.

3. Clinical trials on other anticonvulsants and antidepressants that have been found effective in other neuropathic pain states.

4. Larger clinical trials clarifying the effectiveness of calcitonins, dextromethorphan and anaesthetics.

5. Evaluation of combination pharmacologic interventions.

# ACKNOWLEDGEMENTS

We would like to thank Dr Irina Churilov, Dr Julia Degtiareva, Mr Stefano Schnugg, Yenal Dundar for the translations of some foreign articles; Dr John Plummer for statistical advice and the Cochrane Pain, Palliative and Supportive Care Review Group, Jessica Thomas, Caroline Struthers, and Jane Hayes for the literature searches and foreign literature translations, technical support, and review coordination.

# REFERENCES

## References to studies included in this review

**Abraham 2003**  *{published data only}*
Abraham R, Marouani N, Weinbroum A.
Dextromethorphan mitigates phantom pain in cancer
amputees. *Annals of Surgical Oncology* 2003;**10**(3):268–74.

**Bone 2002**  *{published data only}*
Bone M, Critchley P, Buggy D. Gabapentin in
postamputation phantom limb pain: a randomized, double-
blind, placebo-controlled, cross-over study. *Regional
Anesthesia and Pain Medicine* 2002;**27**(5):481–6.

**Casale 2009**  *{published data only}*
Casale R, Ceccherelli F, Labeeb A, Biella G. Phantom limb
pain relief by contralateral myofascial injection with local
anaesthetic in a placebo-controlled study: preliminary
results. *Journal of Rehabilitation Medicine* 2009;**41**(6):
418–22.

**Eichenberger 2008**  *{published data only}*
Eichenberger U, Neff F, Sveticic G, Bjorgo S, Petersen-Felix
S, Arendt-Nielsen L, et al.Chronic phantom limb pain: the
effects of calcitonin, ketamine, and their combination on
pain and sensory thresholds. *Anesthesia & Analgesia* 2008;
**106**(4):1265–73.

**Huse 2001**  *{published data only}*
Huse E, Larbig W, Flor H, Birbaumer N. The effect
of opioids on phantom limb pain and cortical reorganization.
*Pain* 2001;**90**(1-2):47–55.

**Jaeger 1992**  *{published data only}*
Jaeger H, Maier C. Calcitonin in phantom limb pain:a
double-blind study. *Pain* 1992;**48**(1):21–7.

**Maier 2003**  *{published data only}*
Maier C, Dertwinkel R, Mansourian N, Hosbach I,
Schwenkreis P, Senne I, et al.Efficacy of the NMDA-
receptor antagonist memantine in patients with chronic
phantom limb pain-results of a randomized double-blinded,
placebo-controlled trial. *Pain* 2003;**103**(3):277–83.

**Nikolajsen 1996**  *{published data only}*
Nikolajsen L, Hansen C, Nielsen J, Keller J, Arendt-Nielsen
L, Jensen T. The effect of ketamine on phantom pain:
a central neuropathic disorder maintained by peripheral
input. *Pain* 1996;**67**(1):69–77.

**Robinson 2004**  *{published data only}*
Robinson L, Czerniecki J, Ehde D, Edwards T, Judish D,
Goldberg M, et al.Trial of amitriptyline for relief of pain in
amputees:results of a randomized controlled study. *Archives
of Physical Medicine and Rehabilitation* 2004;**85**(1):1–6.

**Schwenkreis 2003**  *{published data only}*
Schwenkreis P, Maier C, Pleger B, Mansourian N,
Dertwinkel R, Malin J-P, et al.NMDA-mediated
mechanisms in cortical excitability changes after limb
amputation. *Acta Neurologica Scandinavica* 2003;**108**(3):
179–84.

**Smith 2005**  *{published data only}*
Smith D, Ehde D, Hanley M, Campbell K, Jensen M,
Hoffman A, et al.Efficacy of gabapentin in treating
chronic phantom limb and residual limb pain. *Journal of
Rehabilitation Research & Development* 2005;**42**(5):645–54.

**Wieck 2004**  *{published data only}*
Wiech K, Kiefer RT, Topfner S, Preissl H, Braun C, Unertl
K, et al.A placebo-controlled randomized crossover trial
of the N-methyl-D-aspartic acid receptor antagonist,
memantine, in patients with chronic phantom limb pain.
*Anesthesia & Analgesia* 2004;**98**(2):408–13.

**Wu 2002**  *{published data only}*
Wu C, Tella P, Staats P, Vaslav R, Kazim D, Wesselmann U,
et al.Analgesic effects of intravenous lidocaine and morphine
on postamputation pain. *Anesthesiology* 2002;**96**(2):841–8.

## References to studies excluded from this review

**Abraham 2002**  *{published data only}*
Abraham R, Marouani N, Kollender Y, Meller I, Weinbroum
A. Dextromethorphan for phantom pain attenuation in
cancer amputees: a double-blind crossover trial involving
three patients. *The Clinical Journal of Pain* 2002;**18**(5):
282–5.

**Atesalp 2000**  *{published data only}*
Ateş alp AS, Özkan Y, Kömürcü M, Erler K, I
ş ı mer A, Güret E. The effects of capsaicin in
phantom limb pain [Fantom ekstremite ağ n ı s
ı nda kapsaisinin etkileri]. *Agri* 2000;**12**(2):30–3.

**Borghi 2010**  *{published data only}*
Borghi B, D'Addabbo M, White PF, Gallerani P, Toccaceli
L, Raffaeli W, et al.The use of prolonged peripheral neural
blockade after lower extremity amputation: The effect
on symptoms associated with phantom limb syndrome.
*Anesthesia and Analgesia* 2010;**111**(5):1308–15.

**Cohen 2011**  *{published data only}*
Cohen SP, Gambel JM, Raja SN, Galvagno S. The
contribution of sympathetic mechanisms to postamputation
phantom and residual limb pain: A pilot study. *Journal of
Pain* 2011;**12**(8):859–67.

**Elizaga 1994**  *{published data only}*
Elizaga AM, Smith DG, Sharar SR, Edwards WT, Hansen
ST Jr. Continuous regional analgesia by intraneural block:
effect on postoperative opioid requirements and phantom
limb pain following amputation. *Journal of Rehabilitation
and Development* 1994;**31**(3):179–87.

**Elrazek 2005**  *{published data only}*
Elrazek EA. The analgesic effects of epidural diamorphine
and levobupivacaine on established lower limb post-
amputation stump pain--a comparative study. *Middle East
Journal of Anesthesiology* 2005;**18**(1):149–60.

**Grant 2008** *{published data only}*

Grant AJ, Wood C. The effect of intra-neural local anaesthetic infusion on pain following major lower limb amputation. *Scottish Medical Journal* 2008;**53**(1):4–6.

**Jacobson 1989** *{published data only}*

Jacobson L, Chabala C, Brody M. Relief of persistent postamputation stump and phantom limb pain with intrathecal fentanyl. *Pain* 1989;**37**(3):317–22.

**Jacobson 1990** *{published data only}*

Jacobson L, Chabal C, Brody MC, Mariano AJ, Chaney EF. A comparison of the effects of intrathecal fentanyl and lidocaine on established postamputation stump pain. *Pain* 190;**40**(2):137–41.

**Jaeger 1988** *{published data only}*

Jaeger H, Maier C, Wawersik J. [Postoperative treatment of phantom pain and causalgias with calcitonin]. [German]. *Anaesthesist* 1988;**37**(2):71–7.

**Jin 2009** *{published data only}*

Jin L, Kollewe K, Krampfl K, Dengler R, Mohammadi B. Treatment of phantom limb pain with botulinum toxin type A. *Pain Medicine* 2009;**10**(2):300–3.

**Karanikolas 2011** *{published data only}*

Karanikolas M, Aretha D, Tsolakis I, Monantera G, Kiekkas P, Papadoulas S, et al.Optimized perioperative analgesia reduces chronic phantom limb pain intensity, prevalence, and frequency: a prospective, randomized, clinical trial. *Anesthesiology* 2011;**114**(5):1144–54.

**Kessel 1987** *{published data only}*

Kessel C, Wörz R. Immediate response of phantom limb pain to calcitonin. *Pain* 1987;**30**(1):79–87.

**Kukushkin 1996** *{published data only}*

Kukushkin ML, Ivanova AF, Ovechkin AM, Gnezdilov AV, Reshetniak VK. [Differential combined drug therapy of phantom pain syndrome after amputation of extremity] [Russian]. *Anesteziologiia i Reanimatologiia* 1996;**4**:39–42.

**Nikolajsen 1997** *{published data only}*

Nikolajsen L, Hansen PO, Jensen TS. Oral ketamine therapy in the treatment of postamputation stump pain. *Acta Anaesthesiologica Scandinavica* 1997;**41**(3):427–9.

**Nikolajsen 2006** *{published data only}*

Nikolajsen L, Finnerup NB, Kramp S, Vimtrup AS, Keller J, Jensen TS. A randomized study of the effects of gabapentin on postamputation pain. *Anesthesiology* 2006;**105**(5):1008–15.

**Panerai 1990** *{published data only}*

Panerai AE, Monza G, Movilia P, Bianchi M, Francucci BM, Tiengo M. A randomized, within-patient, cross-over, placebo-controlled trial on the efficacy and tolerability of the tricyclic antidepressants chlorimipramine and nortriptyline in central pain.. *Acta Neurologica Scandinavica* 1990;**82**(1):34–8.

**PInzur 1996** *{published data only}*

Pinzur MS, Garla PG, Pluth T, Vrbos L. Continuous postoperative infusion of a regional anesthetic after an amputation of the lower extremity. A randomized clinical

trial. *The Journal of Bone and Joint Surgery. American volume* 1996;**78**(10):1501–5.

**Rogers 1989** *{published data only}*

Rogers AG. Use of amitriptyline (Elavil) for phantom limb pain in younger children. *Journal of Pain & Symptom Management* 1989;**4**(2):96.

**Sato 2008** *{published data only}*

Sato K, Higuchi H, Hishikawa Y. Management of phantom limb pain and sensation with milnacipran. *Journal of Neuropsychiatry & Clinical Neurosciences* 2008;**20**(3):368.

**Scadding 1982** *{published data only}*

Scadding JW, Wall PD, Parry CB, Brooks DM. Clinical trial of propranolol in post-traumatic neuralgia. *Pain* 1982;**14**(3):283–92.

**Vorobeichik 1997** *{published data only}*

Vorobeĭchik IaM, Kukushkin ML, Reshetniak VK, Ovechkin AM, Gnezdilov AV. [The treatment of the phantom pain syndrome with tizanidine]. [Russian]. *Zh Nevrol Psikhiatr Im S S Korsakova* 1997;**97**(3):36–9.

**Wilder-Smith 2005** *{published data only}*

Wilder-Smith CH, Hill LT, Laurent S. Postamputation pain and sensory changes in treatment-naive patients: characteristics and responses to treatment with tramadol, amitriptyline, and placebo. *Anesthesiology* 2005;**103**(3):619–28.

**Wu 2008** *{published data only}*

Wu CL, Agarwal S, Tella PK, Klick B, Clark MR, Haythornthwaite JA, et al.Morphine versus mexiletine for treatment of postamputation pain: a randomized, placebo-controlled, crossover trial. *Anesthesiology* 2008;**109**(2):289–96.

## Additional references

**Azria 2002**

Azria M. Possible mechanisms of the analgesic action of calcitonin. *Bone* 2002;**30**(5):80S–83S.

**Bileviciute-Ljungara 2001**

Bileviciute-Ljungara I, Biellab G, Bellomib P, Sotgiub M. Contralateral treatment with lidocaine reduces spinal neuronal activity in mononeuropathic rat. *Neuroscience Letters* 2001;**311**:157–60.

**Birbaumer 1997**

BIrbaumer N, Lutzenberger W, Montoya P, Larbig W, Unertl K, Topfner S, et al.Effects of regional anesthesia on phantom limb pain are mirrored in changes in cortical reorganization. *The Journal of Neuroscience* 1997;**17**(14):5503–8.

**Ehde 2000**

Ehde DM, Czerniecki JM, Smith DG, Campbell KM, Edwards WT, Jensen MP, et al.Chronic phantom sensations, phantom pain, residual limb pain, and other regional pain after lower limb amputation. *Archives of Physical Medicine and Rehabilitation* 2000;**81**(8):1039–44.

**Eisenberg 1998**

Eisenberg E, Kleiser A, Dortort A, Haim T, Yarnitsky D. The NMDA (N-methyl-D-aspartate) receptor antagonist

memantine in the treatment of postherpetic neuralgia: a double-blind, placebo-controlled study. *European Journal of Pain* 1998;**2**(4):321–7.

**Eisenberg 2009**
Eisenberg E, McNicol ED, Carr DB. Opioids for neuropathic pain. *Cochrane Database of Systematic Reviews* 2006, Issue 3. [DOI: 10.1002/14651858.CD006146]

**Elbert 1994**
Elbert T, Flor H, Birbaumer N, Knecht S, Hampson S, Larbig W, et al.Extensive reorganization of the somatosensory cortex in adult humans after nervous system injury. *Neuro Report* 1994;**5**(18):2593–7.

**Ephraim 2005**
Ephraim PL, Wegener ST, MacKenzie EJ, Dillingham TR, Pezzin LE. Phantom pain, residual limb pain, and back pain in amputees: results of a national survey. *Archives of Physical Medicine and Rehabilitation* 2005;**86**(10):1910–9.

**Flor 1995**
Flor H, Elbert T, Knecht S, Wienbruch C, Pantev C, Birbaumer N, et al.Phantom limb pain as a perceptual correlate of cortical reorganization following arm amputation. *Nature* 1995;**375**(6531):482–4.

**Furlan 2006**
Furlan A, Sandoval J, Mailis Gagnon A, Tunks E. Opioids for chronic noncancer pain: a meta-analysis of effectiveness and side effects. *Canadian Medical Association Journal* 2006;**174**(11):1589–94.

**Halbert 2002**
Halbert J, Crotty M, Cameron ID. Evidence for the optimal management of acute and chronic phantom pain: a systematic review. *Clinical Journal of Pain* 2002;**18**(2):84–92.

**Hayes 2004**
Hayes C, Armstrong-Brown A, Burstal R. Perioperative intravenous ketamine infusion for the prevention of persistent post-amputation pain:a randomized, controlled trial. *Anaesthesia and Intensive Care* 2004;**32**(3):330–8.

**Higgins 2011**
Higgins JPT, Green S (editors). Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 [updated March 2011]. The Cochrane Collaboration 2011 Available from www.cochrane-handbook.org.

**Jadad 1996**
Jadad AR, Moore RA, Carroll D, Jenkinson C, Reynolds DJM, Gavaghan DJ, et al.Assessing the quality of reports of randomized clinical trials: is blinding necessary?. *Controlled Clinical Trials* 1996;**17**:1–12.

**Jensen 1983**
Jensen TS, Krebs B, Nielsen J, Rasmussen P. Phantom limb, phantom pain and stump pain in amputees during the first 6 months following limb amputation. *Pain* 1983;**17**(3):243–56.

**Jensen 1985**
Jensen TS, Krebs B, NIelsen J, Rasmussen P. Immediate and long-term phantom limb pain in amputees: incidence,

clinical characteristics and relationship to pre-amputation limb pain. *Pain* 1985;**21**(3):267–8.

**Jensen 2000**
Jensen TS, Nikolajsen L. Pre-emptive analgesia in postamputation pain: an update. *Progress in Brain Research* 2000;**129**:493–503.

**Kalso 2004**
Kalso E, Edwards J, Moore A, McQuay H. Opioids in chronic non-cancer pain: systematic review of efficacy and safety. *Pain* 2004;**112**(3):372–80.

**Katz 1990**
Katz, J, Melzack R. Pain "memories" in phantom limbs: review and clinical observations. *Pain* 1990;**43**(3):319–36.

**Khan 1996**
Khan KS, Daya S, Jadad A. The importance of quality of primary studies in producing unbiased systematic reviews. *Archives of Internal Medicine* 1996;**156**(6):661–6.

**Lei 2004**
Lei LG, Sun S, Gao YJ, Zhao ZQ, Zhang YQ. NMDA receptors in the anterior cingulated cortex mediate pain-related aversion. *Experimental Neurology* 2004;**189**(2):413–21.

**Manchikanti 2004**
Manchikanti L, Singh V. Managing phantom pain. *Pain Physician* 2004;**7**(3):365–75.

**Millstein 1985**
Millstein S, Bain D, Hunter GA. A review of employment patterns of industrial amputees--factors influencing rehabilitation. *Prosthetics and Orthotics International* 1985;**9**(2):69–78.

**Moore 2005**
Moore RA, McQuay HJ. Prevalence of opioid adverse events in chronic non-malignant pain: systematic review of randomised trials of oral opioids. *Arthritis Research & Therapy* 2005;**7**(5):R1046–51.

**Moore 2011**
Moore RA, Wiffen PJ, Derry S, McQuay HJ. Gabapentin for chronic neuropathic pain and fibromyalgia in adults. *Cochrane Database of Systematic Reviews* 2011, Issue 3. [DOI: 10.1002/14651858.CD007938.pub2]

**Nikolajsen 2000**
Nikolajsen L, Gottrup H, Kristensen A, Jensen T. Memantine (a *n*-methyl-d-aspartate receptor antagonist) in the treatment of neuropathic pain after amputation or surgery: a randomized, double-blinded, cross-over study. *Anesthesia & Analgesia* 2000;**91**(4):960–6.

**Nikolajsen 2001**
Nikolajsen L, Jensen TS. Phantom limb pain. *British Journal of Anesthesia* 2001;**87**(1):107–16.

**Pezzin 2000**
Pezzin LE, Dillingham TR, MacKenzie EJ. Rehabilitation and the long-term outcomes of persons with trauma-related amputations. *Archives of Physical Medicine and Rehabilitation* 2000;**81**(3):292–300.

**Ramachandran 1992**

Ramachandran VS, Rogers-Ramachandran D, Stewart M. Perceptual correlates of massive cortical reorganization. *Science* 1992;**258**(5085):1159–60.

**Saarto 2007**

Saarto T, Wiffen PJ. Antidepressants for neuropathic pain. *Cochrane Database of Systematic Reviews* 2007, Issue 4. [DOI: 10.1002/14651858.CD005454.pub2]

**Schley 2007**

Schley M, Topfner S, Wiech K, Schaller H, Konrad C, Schmelz M, et al.Continuous brachial plexus blockade in combination with the NMDA receptor antagonist memantine prevents phantom pain in acute traumatic upper limb amputees. *European Journal of Pain* 2007;**11**(3): 299–308.

**Sherman 1980**

Sherman RA. Published treatments of phantom limb pain. *American Journal of Physical Medicine* 1980;**59**(5):232–44.

**Sherman 1984**

Sherman RA, Sherman C, Parker L. Chrononic phantom and stump pain among American veterans:results of a survey. *Pain* 1984;**18**:83–95.

**Van Tulder 2003**

Van Tulder M, Furlan A, Bombardier C, Bouter L, Editorial Board of the Cochrane Collaboration Back Review Group. Updated method guidelines for systematic reviews in the Cochrane Collaboration Back Review Group. *Spine* 2003; **28**(12):1290–9.

**Whyte 2002**

Whyte AS, Carroll LJ. A preliminary examination of the relationship between employment, pain and disability in an amputee population. *Disability and Rehabilitation* 2002;**24** (9):462–70.

**Wilson 2008**

Wilson J, Nimmo A, Fleetwood-Walker S, Colvin L. A randomised double blind trial of the effect of pre-emptive epidural ketamine on persistent pain after lower limb amputation. *Pain* 2008;**135**(1-2):108–18.

**Wolff 2011**

Wolff A, Vanduynhoven E, Van Kleef M, Huygen F, Pope J, Mekhail N. Phantom Pain. *Pain Practice* 2011;**11**(4): 403–13.

**Ypsilantis 2010**

Ypsilantis E, Tang T. Pre-emptive analgesia for chronic limb pain after amputation for peripheral vascular disease: a systematic review. *Annals of Vascular Surgery* 2010;**24**(8): 1139–46.

* *Indicates the major publication for the study*

# C H A R A C T E R I S T I C S   O F   S T U D I E S

## Characteristics of included studies   *[ordered by study ID]*

**Abraham 2003**

| | |
|---|---|
| Methods | Controlled clinical trial; DB followed by open phase, 3-period, cross-over; no wash-out period; non-involved doctor prepared drugs and order of administration |
| Participants | Severe phantom pain for at least one month despite extensive pain therapy; majority of upper and lower extremity amputations of cancer aetiology; rest  due to vascular and trauma; |
| | 10 participants, 5 males; Mean age in yrs (SD): 50 (14); Duration of phantom pain, months: 4.8 |
| Interventions | 1) dextromethorphan 60 mg for 10 days, oral |
| | 2) dextromethorphan 90 mg for 10 days , oral |
| | 3) placebo |
| Outcomes | Number of patients with $\geq$ 50% pain relief on subjective pain intensity score 0 to 100; Feeling of well-being from 0 to 100; Sedation score from 0 to 100; Adverse events; drop-outs/withdrawals |
| | Results: 1) & 2) all patients reported $\geq$ 50% pain relief; Dextromethorphan treatments with significantly better scores for feelings of well-being at P = 0.025; Sedation significantly lower in dextromethorphan groups P = 0.01; no side effects recorded throughout drug treatment; Drop-outs/withdrawals: None |
| Notes | Limitations related to dosing and small sample size |
| | QS: Jadad score 3; Van Tulder score 7 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | not described |
| Allocation concealment (selection bias) | Low risk | physician not involved in study prepared batches of medications and order of administration |
| Blinding (performance bias and detection bias) All outcomes | Low risk | identical capsules; outcomes assessed at the medical centre acute pain service |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | outcomes assessed at the medical centre acute pain service but not clear if blinded |

**Abraham 2003**   *(Continued)*

| | | |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Low risk | complete outcome data for all |
| Selective reporting (reporting bias) | Unclear risk | results in the DB phase reported in graphical form noting level of significance but without numerical results |
| Other bias | High risk | no wash-out period; carry-over effect not addressed |

**Bone 2002**

| | |
|---|---|
| Methods | Randomised, DB, cross-over; 6-weeks each treatment arm; one week wash-out period; computer-generated randomisation |
| Participants | Patients with phantom pain ? 6 months with pain intensity ?40 mm on 100 mm VAS scale; majority with lower limb amputations; time since amputation is 18 months; 19 participants, 15 males; Mean age, yrs (SD): 56.25 (17.5); baseline mean pain intensity (SD) : treatment group 6.1 (1.8); placebo 6.7 (1.9) |
| Interventions | 1) gabapentin titrated in increments of 300 mg up to 2, 400 mg or maximal tolerable dose for 6 weeks; oral 2) placebo |
| Outcomes | Change in pain intensity 100 mm VAS at end of treatment week 6 vs. baseline 1) pre 6.1 (1.8); post 2.9 (2.2) 2) pre 6.7 (1.9); post 5.1 (2.2) Mean Pain intensity difference at end of treatment week 6 (SD) 1) 3.2 (2.1) 2) 1.6 (0.7) Categorical phantom pain intensity (0 = none, 1 = mild pain, 2 = moderate pain, 3 = severe pain) end of treatment to baseline 1) pre 1.5 (0.9); post 1.45 (1) 2) pre 1.8 (0.9); post 1.6 (1.2) Median change in mood on HADS (range) 1) pre 14 (5 to 25); post 12 (4 to 23) 2) pre 15 (5 to 25); post 14 (5 to 25) Median change in function on BI (range) 1) pre 90 (70 to 105); post 85 (70 to 105) 2) pre 85 (65 to 100); post 87 (65 to 105) Median change in sleep on SIS (range) 1) pre 4 (2 to 5); post 3 (1 to 5) 2) pre 4 (2 to 5); post 4 (1 to 5) Other outcomes: number of rescue tablets Adverse events: somnolence, dizziness, headache, nausea Drop-outs/withdrawals: 1) 2 : one did not complete and another one protocol violation 2) 3 : two did not complete and one withdrew consent |

**Bone 2002**   *(Continued)*

| | |
|---|---|
| | Results: Significant mean pain intensity differences between two groups at 6th week in favour of gabapentin; no significant differences in rest of outcomes |
| Notes | For lifestyle indices, sample size may be too small to rule out type 2 error; used between group analysis for comparisons<br>QS: Jadad score 5; Van Tulder score 9 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | computer-generated randomisation |
| Allocation concealment (selection bias) | Low risk | organized remotely (hospital pharmacist) |
| Blinding (performance bias and detection bias)<br>All outcomes | Low risk | "identical coded medication bottles containing identical tablets of gabapentin and placebo" |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | not described who assessed and if blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | "Data from these 19 patients were included in the results presented, using intention-to-treat analysis" |
| Selective reporting (reporting bias) | Low risk | it is likely that the expected outcomes were reported |
| Other bias | Low risk | carry-over effect in cross-over trial but probably low risk because baseline VAS pain score before placebo/gabapentin are not significantly different |

**Casale 2009**

| | |
|---|---|
| Methods | Randomised, DB, cross-over with 72 hours wash-off period; Computer-generated randomisation |
| Participants | Patients with PLP of at least 6 months, lower extremity amputation of traumatic and vascular in aetiology; 8 participants, 6 males; mean age, yrs (SD): 70.1 (7.7); Baseline pain intensity on 0-10 VAS, mean (SD): 7.9 (0.8) in treatment group; 7.6 (0.7) control group |

**Casale 2009**   *(Continued)*

| Interventions | 1) contralateral myofascial injection with local anaesthetic bupivacaine at 2.5 mg/ml, 1 ml, given once<br>2) placebo (saline) |
|---|---|
| Outcomes | Pain intensity on 0 to 10 VAS, (SD)<br>1) pre 7.9 (0.8); post 2.6 (1.2)<br>2) pre 7.6 (0.7); post 6.1 (1.6)<br>Mean difference pain intensity (SD)<br>1) -5.3 (1.4)<br>2) -1.5 (1.3)<br>Adverse effects<br>Drop-outs/withdrawals<br>Other outcomes: phantom sensation, mirror displacement in healthy limbs<br>Results: Significant pain relief with bupivacaine contralateral myofascial injection P = 0.003. Adverse effects: no clinical signs of cardiovascular or respiratory side effects; no subjective reactions reported; no stinging sensation reported; Drop-outs/withdrawals: None |
| Notes | small number of patients; preliminary results<br>QS: Jadad score 4; Van Tulder score 10 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | computer-generated randomisation (confirmed through email correspondence with author) |
| Allocation concealment (selection bias) | Low risk | "saline or local anaesthetic solutions prepared in a separate room by a nurse" |
| Blinding (performance bias and detection bias)<br>All outcomes | Low risk | syringes of same size; an independent physician blinded to contents of syringe performed injections" |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Low risk | "The same physician who performed the basal clinical examination blinded to the treatment, visited the patients collecting number of painful muscle areas present within 1 hr of injection. The intensity of the phantom pain was evaluated before and after treatment by means of the VAS" |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | all patients accounted for |

**Casale 2009**   *(Continued)*

| Selective reporting (reporting bias) | Low risk | it is likely that the expected outcomes were reported |
| --- | --- | --- |
| Other bias | Low risk | carry-over effect in cross-over, but probably low risk as baseline pain intensity during anaesthetic and saline not significantly different |

**Eichenberger 2008**

| | |
| --- | --- |
| Methods | Randomised, DB, cross-over, 1 hr each treatment arm; time between infusions 48 hours; Randomisation by drawing lots by person not involved in study |
| Participants | Patients with chronic phantom pain > 6 months duration; upper and lower extremity amputation of vascular, traumatic, cancer, chronic pain in aetiologies, mean pain intensity $\geq 3$ on 10 cm VAS scale; 20 participants; 15 males; Median age, yrs (range): 57 (19.3 to 72.7); Mean baseline pain intensity on 10 cm VAS: 4.32; Duration of phantom pain, yrs: 12.41 |
| Interventions | 1) ketamine at 0.4 mg/kg, once, one hour intravenous infusion<br>2) calcitonin at 200 IU once, one hour intravenous infusion<br>3) combination ketamine / calcitonin at 200 IE calcitonin and 0.4 mg/kg ketamine once, one hour intravenous infusion<br>4) placebo (saline) |
| Outcomes | Number of patients with > 50% pain reduction on 10 cm VAS<br>1) 6 out of 10<br>2) 2 out of 20<br>3) 12 out of 20<br>4) 1 out of 19<br>Change in pain intensity on 10 cm VAS<br>Adverse effects:<br>Drop-outs/withdrawals<br>Other outcomes: Basal Sensory assessments<br>Results: Ketamine alone and its combination with calcitonin but not calcitonin decreased pain intensity during and after administration of drugs compared to placebo; combination calcitonin and ketamine not superior to ketamine alone; adverse effects with 1) ketamine: severe loss of consciousness; others: light sedation and light visual hallucination/hearing impairment/impairment of position/feeling;<br>2) calcitonin: facial flushing, nausea, light sedation, dizziness; 3) combination ketamine/calcitonin: facial flushing, nausea, light sedation, dizziness, light visual hallucination, hearing impairment, position/feeling impairment; Drop-outs/withdrawals: One from the ketamine alone group did not receive the saline infusion. Two from the placebo group did not get the heat and electrical stimulation |
| Notes | relatively small sample size; wide range duration phantom pain; ketamine alone was given to only 10 participants<br>QS:Jadad score 5; Van Tulder score 9 |

**Eichenberger 2008**   *(Continued)*

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | drawing of lots |
| Allocation concealment (selection bias) | Low risk | person not involved in study randomised and prepared solutions |
| Blinding (performance bias and detection bias) All outcomes | Unclear risk | "neither investigator performing experiment nor the patients were aware of the solutions infused" "In some cases, drug-related side effects occurred which rendered blinding of physician performing the tests and patients questionable" |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | "In some cases, drug-related side effects occurred which rendered blinding of physician performing the tests and patients questionable" |
| Incomplete outcome data (attrition bias) All outcomes | Unclear risk | missing outcome data in one group but not related to outcome |
| Selective reporting (reporting bias) | Unclear risk | added methods (introduction of fourth session) |
| Other bias | Unclear risk | carry-over effect |

**Huse 2001**

| | |
|---|---|
| Methods | Randomised, cross-over, 4-week double blinded phase with 1 to 2 weeks wash-out period; a long-term open phase for responders to intervention; physician with no contact with patients randomised and kept code |
| Participants | Patients with phantom pain, with upper and lower extremity amputations, at least 3 in 10 cm visual analog scale; 12 participants, 10 males; mean age, yrs (SD): 50.58 (14.01); Mean baseline pain intensity on 10 cm VAS (SD): 4.65 (1.06); Time since amputation, years (SD): 16.49 (14.01) |
| Interventions | 1) Morphine sulfate titrated from 70 mg/day up to 300 mg/day / max tolerable dose for 4 weeks, oral 2) placebo |

**Huse 2001**   *(Continued)*

| | |
|---|---|
| Outcomes | Change in pain intensity on 0 to 10 cm VAS (SD)<br>1) pre 4.65 (1.06); post 3.26 (1.59)<br>2) pre 4.65 (1.06); post 3.99 (1.23)<br>Number of patients with pain reduction of > 50% (10 cm VAS)<br>1) 5 out of 12<br>2) 1 out of 12<br>Change in mood /depression on Self-rating Depression Score<br>Long-term outcomes (6 months, 12 months): only with morphine sulfate; n = 9<br>Other outcomes: Pain-related self-assessment scale; active coping and catastrophizing using West-Haven Yale Multidimensional Pain Inventory; Brief stress scale; psychophysical thresholds, 2-point discrimination; attentional performance with d-2 test, magnetoenkephalography<br>Results: significantly lower pain intensity during morphine sulphate compared to the baseline (P = 0.01) and significantly lower compared to the placebo phase (P = 0.036); Significant attentional deficits with morphine sulfate (MST); Adverse effects: tiredness, dizziness, sweating, constipation*, micturition diff, nausea, vertigo, itching, short of respiration. Side effects were moderate and higher for morphine vs. placebo. Significance noted only in constipation; drop-outs/withdrawals: None during DB phase; mood/depression, coping & catastrophizing, stress and the other psychosocial variables with no significant relationship to pain reduction |
| Notes | Small sample size; cortical reorganization results based on 3 participants (open phase)<br>QS: Jadad score 4; Van Tulder score 8 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | not described |
| Allocation concealment (selection bias) | Low risk | physician with no contact with patients randomised and kept code |
| Blinding (performance bias and detection bias)<br>All outcomes | High risk | "the participants as well as treating physicians were able to identify the morphine treatment but not the placebo treatment'; blinding may have been broken |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | it is likely that blinding could have been broken |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | all patients accounted for in analysis of outcomes |
| Selective reporting (reporting bias) | Low risk | it is likely that the expected outcomes were reported |

**Huse 2001**   *(Continued)*

| | | |
|---|---|---|
| Other bias | Low risk | carry-over effect addressed |

**Jaeger 1992**

| | |
|---|---|
| Methods | Controlled clinical trial, cross-over; 2-hours wash-out period; double-blind phase then an open phase with the intervention (s-calcitonin) for longer term assessment; drawing of lots by person not involved in study |
| Participants | Patients with phantom pain 0 to 7 days following amputation; all except one are lower limb amputations of vascular, traumatic malignancy and infectious aetiology, at least 3 on 0 to 10 numerical analog scale; 21 participants, 12 males; Median age yrs (range): 59 (20 to 78) |
| Interventions | 1) s-calcitonin at 200 IU, once, 20 minutes intravenous infusion <br> 2) saline |
| Outcomes | Change in pain intensity on 0 to 10 numeric analog scale, median <br> 1) pre 7; post 4 <br> 2) pre 7; post 7 <br> Number of patients with pain reduction of > 50% <br> Long-term (at 1 yr): number of patients with reduction of > 75% <br> Other outcomes: number of phantom pain attacks, number of patients requiring second infusion for phantom pain recurrence <br> Adverse events <br> Drop-outs/withdrawals <br> Results: significant change in pain intensity in calcitonin phase; 19/21 with pain reduction > 50%; 8/13 surviving patients with pain reduction > 75% at 1 yr; Adverse events: headache, vertigo, nausea, vomiting, augmentation of phantom sensation, drowsiness, hot/cold flushes; Drop-outs/withdrawals: In the long-term follow-up 6 months to 2 years, a total of 8 participants have succumbed |
| Notes | QS: Jadad score 3; Van Tulder score 6 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | "patients with PLP exceeding 3 on NAS were randomly divided into 2 groups" |
| Allocation concealment (selection bias) | Unclear risk | not described |
| Blinding (performance bias and detection bias) <br> All outcomes | Low risk | "double-blind" |

**Jaeger 1992**   *(Continued)*

| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | not described |
|---|---|---|
| Incomplete outcome data (attrition bias)<br>All outcomes | Unclear risk | some missing data as some patients did not have the second infusion, placebo, as their NAS did not exceed 3 |
| Selective reporting (reporting bias) | Unclear risk | numerical results for pain intensity on NAS not reported although out in graphical form and noted significance |
| Other bias | Unclear risk | carry-over effects in cross-over design |

**Maier 2003**

| Methods | Randomised, DB, parallel; computer-generated randomisation |
|---|---|
| Participants | Patients with history of at least 12 months phantom pain of at least 4 on 11-point numeric rating scale; upper and lower extremity amputations of traumatic aetiology in majority; 36 patients; 29 males; Median age in years (range): 62 (28 to 76) in memantine group; 61 (35 to 77) placebo; Baseline average pain intensity on 11-point numeric rating scale (SD): 5.1 (2.13) in memantine group; 5.2 (2.02) placebo |
| Interventions | 1) memantine at 30 mg/day, once a day, for 3 weeks, oral<br>2) placebo |
| Outcomes | Change in pain intensity on 11-point numeric rating scale, mean (SD)<br>1) pre 5.1 (2.1); post 3.8 (2.3)<br>2) pre 5.1 (2); post 3.2 (1.6)<br>Number of participants with > 50% mean pain reduction on 11-point numeric rating scale<br>1) 10/18<br>2) 6/18<br>NNT for 50% pain reduction (95%CI): 4.5 (95%CI 2.1 to 10.6)<br>Mean change in mood / depression score on German validated depression scale (SD)<br>1) 22 (12)<br>2) 31 (18)<br>Mean change in PDI (SD)<br>1) 22.1 (12)<br>2) 17 (7)<br>Adverse events: vertigo, tiredness, headache, nausea, restlessness, excitation, cramps<br>Drop-outs/withdrawals:<br>1) two patients due to side effects<br>2) three patients due to insufficient analgesia<br>Results: No significant difference in change in pain level in two groups; Mean pain relief was similar in both groups; no significant change in depression score; Over-all number in severe events higher in memantine group (P < 0.05) |

**Maier 2003**    *(Continued)*

| Notes | Low powered study; Dosage too low, however, this is the limit of clinical tolerability as seen in studies<br>QS: Jadad score 5; Van Tulder score 9 |
|---|---|

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | computer-generated randomisation |
| Allocation concealment (selection bias) | Low risk | doctor not involved in study prepared randomisation; medications prepared in hospital pharmacy |
| Blinding (performance bias and detection bias)<br>All outcomes | Low risk | "placebo and verum had same colour and size" |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | not described |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | last observation carried forward |
| Selective reporting (reporting bias) | Low risk | it is likely that all expected outcomes were reported |
| Other bias | Unclear risk | baseline characteristics e.g. time since amputation, not similar; Longer time period since amputation in the memantine group but the duration of phantom pain comparable |

**Nikolajsen 1996**

| Methods | Controlled clinical trial, DB, cross-over; 3 days wash-out period; non-involved doctor prepared, sealed, numbered envelope for each patient containing order of drugs |
|---|---|
| Participants | Patients with postamputation stump and phantom pain; upper and lower extremity amputation mostly malignancy in aetiology, rest trauma and infection, reflex dystrophy; 11 participants, 8 male; Mean age, yrs (range): 47 (32 to 78); Baseline pain intensity on 100 mm VAS: 30.2; Median duration of phantom pain, yrs (range): 4 (0.75 to 14) |
| Interventions | 1) ketamine at 0.5 mg/kg once for 45 minutes, intravenous infusion<br>2) placebo (saline) |

**Nikolajsen 1996** *(Continued)*

| Outcomes | Change in pain intensity on 0 to 100 mm VAS<br>Adverse events<br>Drop-outs/withdrawals<br>Other outcomes: McGill pain rating index, pressure pain threshold, wind-up-like pain, thermal stimulus response, temporal summation of heat-induced pain, reaction time<br>Results: All patients with significant decrease in pain intensity in ketamine group vs placebo P = 0.05; Adverse events insobriety, discomfort, elevation of mood; Drop-outs/ withdrawals: None |
|---|---|
| Notes | small sample size<br>QS: Jadad score 3; Van Tulder score 8 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | not described |
| Allocation concealment (selection bias) | Low risk | "doctor not involved in study prepared, sealed and numbered envelope for each patient containing order of ketamine and saline administration" |
| Blinding (performance bias and detection bias)<br>All outcomes | Low risk | double-blind design; ketamine and saline same form (IV) and amount; probably done |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | not described |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | all patients were analysed as to outcomes |
| Selective reporting (reporting bias) | Unclear risk | numerical results for pain intensity in VAS not reported but presented in graph as % of baseline values and noted significance |
| Other bias | Unclear risk | carry-over effects in cross-over design |

**Robinson 2004**

| Methods | Randomised, DB, parallel; randomisation by central pharmacy |
|---|---|
| Participants | Patients with PLP or residual limb pain; upper and lower limb amputation of vascular, traumatic, cancer, infectious aetiologies; amputation at least 6 months, pain at least 3 months, at least 2 on 0 to 10 numerical rating scale; 39 patients, 17 males; Mean age, yrs |

**Robinson 2004**   *(Continued)*

| | (SD): 44.4 (9.4) in amitriptyline group; 45.3 (13.3) in control; time since amputation, yrs (SD): 11.3 (10.9) in amitriptyline; 10.6 (9.1) control; Baseline mean pain intensity on 0 to 10 NRS (SD): 3.6 (2.4) amitriptyline; 3.1 (2.6) in control |
|---|---|
| Interventions | 1) amitriptyline at 10 mg/d titrate each week to max of 125 mg/d, daily for 6 weeks, oral<br>2) benztropine mesylate at 0.5 mg/d, daily for 6 weeks, oral |
| Outcomes | Mean change in pain intensity on 0 to 10 NRS (SD)<br>1) pre 3.6 (2.4); post 3.1 (2.7)<br>2) pre 3.1 (2.6); post 3.1 (2.9)<br>Change in mood / depression on CES-D (SD)<br>1) pre 16.2 (11.9); post 12.9 (8.5)<br>2) pre 16.4 (12.4); post 1.4 (13.1)<br>Change in function on FIM (SD)<br>1) pre 78.4 (3.8); post 74.5 (18.8)<br>2) pre 78.3 (4.2); post 79.1 (3.3)<br>Change in QOL/handicap on CHART<br>1) pre 417 (76); post 360 (142)<br>2) pre 422 (82); post 417 (75)<br>Other outcomes: MPQ, Modified Brief Pain Inventory, satisfaction<br>Adverse effects<br>Drop-outs/withdrawals<br>Results: No significant change in pain intensity, depression scores, function, QOL; Adverse effects: dry mouth*, drowsiness, tiredness/fatigue, BOV, constipation dizziness, heartburn, poor sleep, palpitation, nausea, better sleep, urine retention, diarrhoea, tinnitus, tremor, sweating , headaches; Drop-outs/withdrawals: two due to side effects |
| Notes | sample represents only 18% of eligible and may have only selected those refractory to standard treatment;<br>QS Jadad score 5; Van Tulder score 9 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | randomised by pharmacy investigational drug service; probably appropriate random sequence generation |
| Allocation concealment (selection bias) | Low risk | random assignment and preparation of medication by hospital pharmacy |
| Blinding (performance bias and detection bias)<br>All outcomes | Low risk | "a 7 day supply of medication provided to each participant each week in identical gelatin capsules in plastic holder so that study personnel and participants were blind to medication assignment: |

**Robinson 2004**    *(Continued)*

| Blinding of outcome assessment (detection bias) All outcomes | Low risk | "all pre and post treatments measures were administered by research assistant blinded to the subject assignment |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Unclear risk | not all randomised participants were included in analysis (two (10%) in amitriptyline group excluded) |
| Selective reporting (reporting bias) | Low risk | it is likely to have included the expected outcomes |
| Other bias | Low risk | similar baseline characteristics between 2 groups |

**Schwenkreis 2003**

| Methods | Randomised, DB, parallel, computer-generated randomisation by doctor not involved in study |
|---|---|
| Participants | Patients with chronic PLP of at least 12 months; traumatic upper limb amputations; 16 participants, 14 males; median age 62 (35 to 71) |
| Interventions | 1) memantine titrated up to 30 mg/day x 3 weeks 2) placebo |
| Outcomes | Pain intensity; intracortical inhibition;  intracortical facilitation Results: no significant difference in change of pain intensity in both groups; significantly increased ICI in memantine group; significantly reduced ICF in memantine group; no correlation between changes in pain intensity and neurophysiological parameters |
| Notes | 1 participant in memantine group discontinued in study, excluded from analysis; small number of participants QS: Jadad score 5; Van Tulder 9 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | computer-generated randomisation |
| Allocation concealment (selection bias) | Low risk | doctor not involved in study did randomisation; hospital pharmacy prepared medication |
| Blinding (performance bias and detection bias) All outcomes | Low risk | "the study medication was produced in hospital pharmacy using capsules of same |

**Schwenkreis 2003**   *(Continued)*

| | | |
|---|---|---|
| | | colour and size for placebo and memantine" |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Low risk | the investigator who undertook the TMS and data analysis was blinded to patients' treatment allocation and assessed pain intensity at same time |
| Incomplete outcome data (attrition bias)<br>All outcomes | Unclear risk | one patient in memantine who did not continue with drug due to adverse effects was excluded from study and not included in analysis |
| Selective reporting (reporting bias) | Low risk | likely to have included the expected outcomes |
| Other bias | Low risk | baseline characteristics between two groups similar |

**Smith 2005**

| | |
|---|---|
| Methods | Randomised, DB, cross-over; 6 weeks each treatment arm; wash-out period of 5 weeks; computer-generated randomisation |
| Participants | Patients with PLP and residual limb pain, with upper and lower extremity amputations of vascular, traumatic, cancer, infectious aetiology; time since amputation at least 6 months; with average pain intensity of at least 3 on 0 to 10 numerical rating scale; 24 participants; 18 males; Mean age, yrs (SD): 52.1 (15.5); Baseline mean pain intensity on 0 to 10 numerical rating scale(SD): 4.38 (2.57) |
| Interventions | 1) gabapentin titrated from 300 mg to 3,600 mg per day for 6 weeks, oral<br>2) placebo |
| Outcomes | Mean change in pain intensity on 0 to 10 NRS (SD)<br>1) pre 4.38 (257); post 3.43 (2.45)<br>2) pre 4.09 (2.44); post 3.6 (2.67)<br>Mean change in mood/depression on CES-D (SD)<br>1) pre 17.5 (10.71); post 3.74 (10.17)<br>2) pre 18.58 (12.67); post 14.81 (9.82)<br>Change in function on FIM<br>Change in QOL / handicap on CHART<br>Adverse effects<br>Satisfaction<br>Other outcomes: Participant rating of global improvement; modified brief pain inventory; SF MPQ sensory score; SF MPQ affective score<br>Results: No significant difference in change in pain intensity, mood/depression scores, function, QOL, satisfaction; Adverse effects: not described but benefit of drug outweighed side effects compared with one third of placebo who reported benefit; Drop- |

**Smith 2005**  *(Continued)*

| | |
|---|---|
| | outs/withdrawals: Not described in paper |
| Notes | underpowered study<br>QS: Jadad score 4; Van Tulder score 7 |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | computer-generated random numbers |
| Allocation concealment (selection bias) | Unclear risk | not described |
| Blinding (performance bias and detection bias)<br>All outcomes | Low risk | "pharmacy compounded gabapentin and placebo capsules that were identical in appearance sot that study investigators and participants could not determine study assignment by the capsules" |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Low risk | research study nurse contacted each participant to assess pain intensity; probably done |
| Incomplete outcome data (attrition bias)<br>All outcomes | Unclear risk | not all randomised patients were included in final analysis |
| Selective reporting (reporting bias) | Low risk | it is likely that the expected outcomes were reported |
| Other bias | Low risk | carry-over effects addressed, within-subject analysis |

**Wieck 2004**

| | |
|---|---|
| Methods | Randomised, DB, cross-over, 4 weeks each treatment arm; 2 weeks wash-out phase; randomisation by central pharmacy |
| Participants | Patients with chronic PLP; all upper extremity amputations of traumatic aetiology; eight participants; seven males; Mean age in years (SD): 45 (12.51); Baseline pain intensity on 0 to 100 VAS endpoints (SD): 46.98 (20.38) |
| Interventions | 1) memantine from 10 mg/day 1st week titrated to 30 mg/day 3rd-4th week, for 4 weeks oral<br>2) placebo |

**Wieck 2004**    *(Continued)*

| Outcomes | Change in pain intensity on 0 to 100 VAS endpoints<br>1) pre 46.98 (20.38); post 51.51 (20.61)<br>2) pre 46.98 (20.38); post 49.46 (21.11)<br>Magnetoenkephalographic recording<br>Pain in residual limb<br>Adverse events<br>Drop-outs/withdrawals<br>Results: No significant differences in change in pain intensity in both groups; No significant differences in cortical reorganization; no significant difference in residual limb pain; adverse events: nausea, fatigue, dizziness, agitation, headaches; Drop-outs/withdrawals: None |
|---|---|
| Notes | small sample size<br>QS: Jadad score 3; Van Tulder score 8 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | "the order of treatment was randomised" but not described |
| Allocation concealment (selection bias) | Low risk | "scientist not involved in study kept a record of treatment assignment" |
| Blinding (performance bias and detection bias)<br>All outcomes | Low risk | member of central pharmacy provided the blinded tablets; placebo substance of identical appearance following same scheme of dosage |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | not described |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | all patients accounted for in analysis |
| Selective reporting (reporting bias) | Low risk | it is likely that the expected outcomes reported |
| Other bias | Low risk | carry-over effects addressed |

**Wu 2002**

| Methods | Randomised, DB, 40 minutes each treatment arm; cross-over with interval of 24 hours for each infusion; block randomisation |
|---|---|
| Participants | Patients with persistent postamputation pains > 6 months, lower and upper extremity amputations; 31 participants, 19 males; Mean age, yrs (SD): 54 (13); Time since amputation in months (SD): 81 (87.4) |
| Interventions | 1) morphine at 0.2 mg/kg, once given over 40 minutes of intravenous infusion<br>2) lidocaine at 4 mg/kg, once given over 40 minutes of intravenous infusion<br>3) placebo (diphenhydramine) |
| Outcomes | Pain intensity on computerised 0 to 100 VAS<br>Subjective self-reported % pain relief on 0% to 100% numeric scale, mean (SD)<br>1) 47.9 (38.2)<br>2) 25.8 (31.2)<br>3) 3.2 (10.1)<br>NNT for 30% PLP pain reduction (95%CI)<br>1) 1.9  (95% CI 1.3 to 3.7)<br>2) 3.8 (95% CI:1.9 to 16.6)<br>Other outcomes: treatment satisfaction scores on 0 to 100 numeric scale, sedation scores<br>Adverse events<br>Drop-outs/ withdrawals<br>Results: Morphine significantly decreases both stump (P < 0.01) and phantom pain (P < 0.001) vs. placebo; Lidocaine significantly decreases stump pain vs. placebo (P < 0.01) but not phantom pain (P > 0.05); Adverse events: sedation with morphine but no significant difference vs. other groups; Drop-outs /withdrawals: 1 dropped out because of absence of pain before start of infusions |
| Notes | Study has a power of 80%; carry-over effects possible but baseline pain scores in both groups similar as well as short duration of action of drugs<br>QS: Jadad score 5; Van Tulder score 9 |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | block randomisation |
| Allocation concealment (selection bias) | Unclear risk | not described |
| Blinding (performance bias and detection bias)<br>All outcomes | Low risk | all study medications were identical in appearance; investigator administering study medication blinded from intervention; subject and research coordinator blinded |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Low risk | "during the infusion, the investigator administering the study medication was blinded from the outcome assessment (pain |

**Wu 2002**   *(Continued)*

| | | and sedation) and the subject and research coordinators were blinded to the exact timing of study medication administration" |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Low risk | One dropped out from study due to absence of pain before start of infusion and was not included in analysis |
| Selective reporting (reporting bias) | Unclear risk | actual numerical VAS values for pain intensity not reported but presented in graph form and noted significance |
| Other bias | Low risk | carry-over effects addressed and discussed; relatively short duration of action of study medications, use of good active placebo and baseline pain and sedation scores did not differ significantly between 3 days of infusion |

BI: Barthel Index; CES-D: Center Epidemiologic Depression Scale; CHART: Craig Handicap Assessment and Reporting Technique; CI: confidence interval; DB: double blind; FIM: Functional Independence Measure; HADS: Hospital Anxiety and Depression Score; ICF: intracortical facilitation; ICI: intracortical inhibition; MPQ: McGill Pain Questionnaire; NNT: number needed to treat; NRS: numerical rating scale; NRS: numerical rating scale; PDI: Pain Disability Index; PLP: phantom limb pain; QOL: quality of life; QS: quality score; SD: standard deviation; SIS: Sleep Interference Scale; TMS: transcranial magnetic stimulation; VAS: visual analog scale; yrs: years

## Characteristics of excluded studies   *[ordered by study ID]*

| Study | Reason for exclusion |
|---|---|
| Abraham 2002 | Sample size of three |
| Atesalp 2000 | Not reported as randomised or quasi-randomised; no mention of treatment allocation; no description of double blinding |
| Borghi 2010 | Not established PLP/pre-emptive therapy |
| Cohen 2011 | Not randomised; interventional |
| Elizaga 1994 | Not established PLP |
| Elrazek 2005 | Population composed of patients with stump pain; none had PLP |
| Grant 2008 | Pre-emptive/preventative therapy |

*(Continued)*

| | |
|---|---|
| Jacobson 1989 | Case series |
| Jacobson 1990 | Not established PLP but stump pain |
| Jaeger 1988 | Mixed group of phantom pain and causalgias; no control |
| Jin 2009 | Case series |
| Karanikolas 2011 | Pre-emptive therapy |
| Kessel 1987 | Non-randomised, open study |
| Kukushkin 1996 | Pre and post study; no control group |
| Nikolajsen 1997 | Case report |
| Nikolajsen 2006 | Pre-emptive therapy |
| Panerai 1990 | Mixed diagnoses for central pain |
| PInzur 1996 | Pre-emptive therapy |
| Rogers 1989 | Case report |
| Sato 2008 | Case report |
| Scadding 1982 | Mixed diagnoses with no separate analyses for phantom pain |
| Vorobeichik 1997 | No description of randomisation, allocation, double blinding, who assessed outcomes, withdrawals / drop-outs |
| Wilder-Smith 2005 | Non-randomised after day 3 where treatment assignment was changed based on response; not all patients were blinded; numerical results for initial responders (first 3 days) not reported |
| Wu 2008 | Included all postamputation pains; phantom pain was not distinguished from other postamputation pains; no separate analysis for phantom pain |

PLP: phantom limb pain

# DATA AND ANALYSES

## Comparison 1.   memantine vs. placebo

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 change in pain intensity | 2 | 52 | Std. Mean Difference (IV, Fixed, 95% CI) | 0.24 [-0.31, 0.79] |

## Comparison 2.   gabapentin vs. placebo

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 change in pain intensity | 2 | | Mean Difference (Fixed, 95% CI) | -1.16 [-1.94, -0.38] |

**Analysis 1.1.   Comparison 1 memantine vs. placebo, Outcome 1 change in pain intensity.**

Review:   Pharmacologic interventions for treating phantom limb pain

Comparison:   1 memantine vs. placebo

Outcome:   1 change in pain intensity



| Study or subgroup | Experimental N | Mean(SD) | Control N | Mean(SD) | Std. Mean Difference IV,Fixed,95% CI | Weight | Std. Mean Difference IV,Fixed,95% CI |
|---|---|---|---|---|---|---|---|
| Maier 2003 | 18 | 3.8 (2.3) | 18 | 3.2 (1.46) | | 69.0 % | 0.30 [ -0.35, 0.96 ] |
| Wieck 2004 | 8 | 51.51 (20.61) | 8 | 49.46 (21.11) | | 31.0 % | 0.09 [ -0.89, 1.07 ] |
| **Total (95% CI)** | **26** | | **26** | | | **100.0 %** | **0.24 [ -0.31, 0.79 ]** |

Heterogeneity: Chi² = 0.12, df = 1 (P = 0.73); I² =0.0%

Test for overall effect: Z = 0.86 (P = 0.39)

Test for subgroup differences: Not applicable

-4     -2     0     2     4

Favours experimental     Favours control

**Analysis 2.1.   Comparison 2 gabapentin vs. placebo, Outcome 1 change in pain intensity.**

Review:   Pharmacologic interventions for treating phantom limb pain

Comparison:   2 gabapentin vs. placebo

Outcome:   1 change in pain intensity



| Study or subgroup | Mean Difference (SE) | Mean Difference IV,Fixed,95% CI | Weight | Mean Difference IV,Fixed,95% CI |
|---|---|---|---|---|
| Bone 2002 | -1.6 (0.508) | | 61.6 % | -1.60 [ -2.60, -0.60 ] |
| Smith 2005 | -0.45 (0.643) | | 38.4 % | -0.45 [ -1.71, 0.81 ] |
| **Total (95% CI)** | | | **100.0 %** | **-1.16 [ -1.94, -0.38 ]** |

Heterogeneity: Chi$^2$ = 1.97, df = 1 (P = 0.16); I$^2$ =49%

Test for overall effect: Z = 2.91 (P = 0.0037)

Test for subgroup differences: Not applicable

-4  -2  0  2  4

Favours experimental       Favours control

# ADDITIONAL TABLES

**Table 1.   Summary of Characteristics of Included Studies**

| Author, yr | Number of patients | Characteristics of population | Methodology | Follow-up | Drop-outs/ withdrawals | Quality score | |
|---|---|---|---|---|---|---|---|
| | | | | | | Jadad | Van Tulder |
| **NMDA antagonists** | | | | | | | |
| **Memantine** | | | | | | | |
| Maier 2003 | 36 | 29 males, median age 62 yrs; majority traumatic upper and lower limb amputation; at least 12 mos PLP history; at least 4 on 11pt NAS | Randomised, DB, parallel; CGR | End of 3 wks | Two in treatment group due to side affects; three in placebo due to insufficient analgesia | 5 | 9 |

**Table 1.  Summary of Characteristics of Included Studies**   *(Continued)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wieck 2004 | 8 | 7 males, mean age 45 yrs; chronic PLP; traumatic upper limb amputations | Randomised, DB, cross-over; 2 wk wash-out; central pharmacy randomisation | End of treatment at 30 days | None | 3 | 8 |
| Schwenkreis 2003 | 16 | 14 males; median age 62 yrs; at least 12 mos PLP; upper limb amputation | Randomised, DB, parallel, CGR | End of treatment at 21 days | One in treatment group due to side effects | 5 | 9 |
| **Dextromethorphan** | | | | | | | |
| Abraham 2003 | 10 | 5 males, mean age 50 yrs; average of 4.8 mos PLP; severe pain at least 1 mo; majority upper, lower limb malignant amputations; others vascular and trauma | Controlled clinical trial; DB cross-over; no wash-out; 3-period, DB, placebo controlled followed by open phase; non-involved physician prepared order of administration | After 10 days of each treatment period (DB phase) | None | 3 | 7 |
| **Ketamine** | | | | | | | |
| Nikolajsen 1996 | 11 | 8 males; mean age 47 yrs; average of 4 yrs PLP; with postamputation and phantom pain; upper, lower limb amputation; mostly malignant others trauma, in- | Randomised, DB, cross-over, 3 days wash-out; non-involved doctor prepared, sealed, numbered envelope for each patient containing order of | At end of infusion: 45 min | None | 3 | 8 |

**Table 1.   Summary of Characteristics of Included Studies**   *(Continued)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | fection, reflex sympathetic dystrophy | drug | | | | |
| Eichenberger 2008 | 20 | 15 males, median age 57 yrs; mean pain intensity 4.32 on 10 cm VAS, average of 12 yrs PLP | Randomised, DB, crossover, time between infusions 48 hours; drawing of lots by person not involved in study | 30,60 min, 48 hrs after infusion | One from ketamine alone group did not get saline; two from placebo did not get heat, electrical stimulation | 5 | 9 |

**Anticonvulsant**

**Gabapentin**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bone 2002 | 19 | 15 males; mean age 56 yrs; PLP ≥ 6 mo; average pain intensity 6 on VAS; majority lower limb amputations; surgical amputations | Randomised, DB, cross-over; 1 wk wash-out; CGR | At 6 wks | Two in treatment group, non-completion and protocol violation; three in placebo, non-completion; consent withdrawal | 5 | 9 |
| Smith 2005 | 24 | 18 males; mean age 52 yrs; average pain intensity four NRS; patients with PLP and RLP; upper, lower limb amputations; vascular, traumatic, cancer, infections; at least 6 mo since amputation | Randomised, DB, cross-over, 5 wk wash-out; CGR | At 6 wks | Not described | 4 | 7 |

**Antidepressant**

**Table 1.   Summary of Characteristics of Included Studies**   *(Continued)*

| Amitripty-line | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robinson 2004 | 39 | 17 males; mean age 44 to 45 yrs; with PLP or RLP; upper, lower limb amputation; vascular, traumatic, cancer, infectious; pain at least 3 mos; pain intensity at 2 NRS | Randomised, DB, parallel Central pharmacy randomisation | At 6 wks | Two due to side effects | 5 | 9 |
| **Calcitonins** | | | | | | | |
| Jaeger 1992 | 21 | 12 males; median age 59 yrs; with severe PLP, 0 to 7 days after surgery; all except one are lower limb amputations; vascular, traumatic, malignant, infectious; pain intensity at least 3 NAS | Controlled clinical trial, cross-over, 2 hr wash-out; DB followed by open phase | Short-term: 24 hr before and after treatment (double blind); long-term: 6 mos, 1 to 2 yrs (open phase) | None in short-term; total of eight patients in long-term (open phase) | 3 | 6 |
| Eichenberger 2008 | 20 | 15 males, median age 57 yrs; mean pain intensity 4.32 on 10 cm VAS, average of 12.41 yrs PLP | Randomised, DB, cross-over, time between infusions 48 hours; drawing of lots by person not involved in study | 30, 60 min, 48 hrs after infusion | One from ketamine alone group did not get saline; two from placebo did not get heat, electrical stimulation | 5 | 9 |
| **Opioids** | | | | | | | |

**Table 1.   Summary of Characteristics of Included Studies**   *(Continued)*

| Morphine | | | | | | | |
|---|---|---|---|---|---|---|---|
| Huse 2001 | 12 | 10 males; mean age 50 yrs; PLP; upper, lower limb amputations, pain intensity at least 3 VAS; average time since amputation 16 yrs | Randomised, cross-over; 4-wk DB phase, 1 to 2 wks wash-out; long-term phase (open) for re-sponders; physician with no contact with patients randomised and kept code | Hourly for pain and side effect; weekly dur-ing 4 weeks of DB phase; long-term 6, 12 mos (open) | None during double blind phase | 4 | 8 |
| Wu 2002 | 31 | 19 males; mean age 54 yrs; patients with persistent post am-putation pains 6 mos; lower, upper limb amputa-tions; time since amputa-tion 81 mos | Ran-domised, DB, cross-over, 24 hrs wash-out; active-placebo con-trolled; block randomisa-tion | 30 min after end of infu-sion | One due to absence of pain before start of infu-sions | 5 | 9 |
| **Anaesthetics** | | | | | | | |
| **Lidocaine** | | | | | | | |
| Wu 2002 | 31 | 19 males; mean age 54 yrs; patients with persistent post amputa-tion pain > 6 mos; lower, upper limb amputa-tions; time since amputa-tion 81 mos | Ran-domised, DB, cross-over, 24 hrs wash-out; active-placebo con-trolled; block randomisa-tion | 30 min after end of infu-sion | One due to absence of pain before start of infu-sions | 5 | 9 |
| **Bupivacaine** | | | | | | | |

**Table 1.   Summary of Characteristics of Included Studies**   *(Continued)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Casale 2009 | 8 | 6 males; mean age 70 yrs; PLP at least 6 mos; lower limb amputa-tion; traumatic, vascular; aver-age pain inten-sity 7 | Ran-domised, DB, cross-over, 72 hrs wash-out; CGR | 60 min after injection | none | | 4 | 10 |

DB, double-blind; CGR, computer-generated randomisation; NAS, numerical analog scale; VAS, visual analog scale; NRS, numerical rating scale; PLP, phantom limb pain; RLP, residual limb pain; yr, year; yrs, years; wk, week; wks, weeks; hr, hour; hrs, hours; min, minutes; mo, month; mos, months; pt, point

**Table 2.   Summary of Results**

| Author, yr | Intervention | Treatment Duration | FF-up | Outcomes | Results | Over-all direction of efficacy | Adverse events |
|---|---|---|---|---|---|---|---|
| **NMDA antagonist** | | | | | | | |
| **Memantine** | | | | | | | |
| Maier 2003 | 1) memantine 30 mg/d; oral 2) placebo | 3 weeks | At end of 3 weeks | Pain intensity 11 pt NRS; number of participants with  ≥50% pain reduc-tion;NNT; mood;disability; adverse events | No sig diff in change in pain level, in number of participants with ≥50% pain relief; depres-sion scores; disability indices in 2 grps; over-all number severe events higher in memantine | - | vertigo, tiredness, headache, nausea, restlessness, excitation, cramps |
| Wieck 2004 | 1) memantine titrated up to 30 mg/d;oral | 4 weeks each treatment | At end of 4 weeks | Pain intensity 0-100 VAS; MEG | No sig diff in change in pain intensity, | - | Nausea, fatigue, dizziness, |

**Table 2.   Summary of Results**   *(Continued)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2) placebo | arm | of each arm | recording; adverse events | cortical reorganization in both grps | | agitation, headaches |
| Schwenkreis 2003 | 1) memantine titrated up to 30 mg/d; oral 2) placebo | 3 weeks | At end of 3 weeks | Pain intensity 11 pt NRS; ICI; ICF | No sig diff in pain intensity; enhanced ICI; reduced ICF | - | Not described |
| **Dextro-methorphan** | | | | | | | |
| Abraham 2003 | 1) dex-tromethor-phan 120 mg/d;oral 2) dex-tromethor-phan 180 mg/d;oral 3) placebo | 10 days each treatment arm | At end of 10 days of each arm | Number of patients with ≥50% pain relief; feeling of well-being; sedation score; adverse events | Dex-tromethor-phan grps with ≥50% pain relief; with signi-ficantly better feeling of well-being scores; with significantly lower sedation scores | + | none reported |
| **Ketamine** | | | | | | | |
| Nikolajsen 1996 | 1) ketamine 0.5 mg/kg once, IV infusion 2) placebo | 45 minute each treatment arm | At end of IV infusion | Pain intensity 0-100 mm VAS;adverse events;McGill; pressure pain threshold; wind-up like pain; thermal stimulus response; temporal summation of heat-induced pain;reaction time | Sig dec in pain intensity; in pain-evoked by mechanical stimulation; inc in pressure pain threshold; no alteration in temperature sensitivity in ketamine group | + | insobriety, discomfort, elevation of mood |
| Eichenberger 2008 | 1) ketamine 0.4 mg/kg | 1 hour each | At 30, 60 | Pain intensity; number of | Sig dec pain intensity in | + | loss of conscious- |

**Table 2.  Summary of Results**   *(Continued)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | once, IV infusion 2) calcitonin 200 IU, once, IV infusion 3) combination ketamine/ calcitonin, IV 4) placebo | arm | mins, 48 hours after infusion | patients with ≥50% pain reduction on 10 cm VAS; basal sensory assessment; adverse effects | ketamine alone and combina-tion vs.   placebo and calcitonin; sig inc in number of responders in ketamine alone and combination vs. placebo and calcitonin; sig inc in electri-cal thresholds with combination treatment but no change in pressure or heat thresholds | | ness, light sedation, light visual hallucination, hearing impairment, position / feeling impairment |
| **Anticonvulsant** | | | | | | | |
| **Gabapentin** | | | | | | | |
| Bone 2002 | 1) gabapentin titrated up to 2400 mg or max tolerable dose; oral 2) placebo | 6 weeks each arm | weekly and at end of 6 weeks | Pain intensity 100 mm VAS; pain intensity difference; depression score (HADS) function (BI); sleep (SIS); no. of rescue tabs; adverse events | Significantly greater pain intensity  diff with gabapentin at end of treatment; no sig diff in depression score, function, sleep, no. of rescue tablets with the treatments | +[a] -[b] | somnolence, dizziness, headache, nausea |

**Table 2.  Summary of Results**   *(Continued)*

| Smith 2005 | 1) gabapentin titrated up to 3600 mg/d; oral 2) placebo | 6 weeks | At end of 6 wks of each arm | Pain intensity 0-10 NRS; depression score (CES-D); function (FIM); handicap (CHART); satisfaction; global improvement rating; pain inventory; McGill | No sig group diff on any outcomes at end of treatment | _c | not described |
|---|---|---|---|---|---|---|---|
| **Antidepressants** | | | | | | | |
| **Amitriptyline** | | | | | | | |
| Robinson 2004 | 1) amitriptyline 10 mg/d titrated to max of 125 mg/d; oral 2) benztropine mesylate 0.5 mg/d; oral | 6 weeks | At end of 6 weeks | Pain intensity 0-10 NRS depression score (CES-D); function (FIM); handicap (CHART);pain inventory; McGill; satisfaction | No sig group diff on any outcomes at end of treatment | - | dry mouth (more severe), dizziness |
| **Calcitonins** | | | | | | | |
| Jaeger 1992 | 1) s-calcitonin 200 IU, IV infusion 2) saline | 20 minute IV infusion; once | 24 hours after infusion (DB); long-term; 7-152 days, weekly (open phase) | Pain intensity 0-10 NAS in open phase/ long-term; number of patients with ≥50%,75% pain relief; adverse events | Sig dec in median pain intensity with s-calcitonin at 24 hours after infusion; at 1 yr, 62% of patients | + | headache, vertigo, nausea, vomiting, phantom sensation, drowsiness, hot/cold flushes |

**Table 2.   Summary of Results**   *(Continued)*

| | | | | | with 75% pain reduction | | |
|---|---|---|---|---|---|---|---|
| Eichenberger 2008 | 1) ketamine 0.4 mg/kg, once, IV infusion 2) calcitonin 200 IU, once, IV infusion 3) combination ketamine / calcitonin, IV 4) placebo | 1 hour each arm | At 30, 60 mins, 48 hours after infusion | Pain intensity; number of patients with ≥50% pain relief on 10 cm VAS; basal sensory assessments; adverse effects | No sig dec in pain intensity with calcitonin vs. placebo at 48 hrs; number of responders not significantly different from placebo | _ | drowsiness, nausea, facial flushing, hot/cold flushes, dizziness |
| **Opioids** | | | | | | | |
| **Morphine** | | | | | | | |
| Huse 2001 | 1) Morphine sulfate titrated up to 300 mg/d or max tolerable dose; oral 2) placebo | 4 weeks each arm (DB) | End of each treatment phase of 4 weeks | Pain intensity 10 cm VAS; number of patients with 50% pain reduction; depression score; pain-related self-assessment scale; WHYMPI; BSS; psycho-physical thresholds; 2-point discrimination; attentional performance; MEG | Sig pain reduction during morphine; 42% with >50% pain relief; 8% with 25-50% pain relief during morphine; no sig change in perception and pain thresholds; significantly lower attentional performance during morphine; scores on pain experience scale, depression score, WHYMPI, | + | constipation only sig adverse effect among others e.g. tiredness, dizziness, sweating, micturition difficulty, vertigo, itching, respiration |

**Table 2.   Summary of Results**   *(Continued)*

|  |  |  |  |  | BSS with no sig relationship with pain reduction; 2 of 3 with clear cortical reorganization |  |  |
|---|---|---|---|---|---|---|---|
| Wu 2002 | 1) morphine 0.2 mg/kg, IV infusion 2) lidocaine 4 mg/kg, IV infusion 3) placebo (diphenhydramine) | 40 minutes of IV infusion | 30 minutes after end of infusion | Pain relief 0-100% numeric scale; NNT for 30% pain reduction; satisfaction, sedation scores, adverse events | Sig dec in phantom and stump pain intensity during IV morphine; NNT=2; significantly higher satisfaction with morphine; no sig diff in sedation scores | + | sedation (but no sig diff with other groups) |
| **Anaesthetics** |  |  |  |  |  |  |  |
| **Lidocaine** |  |  |  |  |  |  |  |
| Wu 2002 | 1) morphine 0.2 mg/kg, IV infusion 2) lidocaine 4 mg/kg, IV infusion 3) placebo (diphenhydramine) | 40 minutes of IV infusion | 30 minutes after end of infusion | Pain relief 0-100% numeric scale; NNT for 30% pain reduction; satisfaction; sedation scores; adverse events | No sig dec in PLP vs. placebo; NNT= 3.8; significantly higher satisfaction with lidocaine vs. placebo; no sig diff in sedation scores | - | sedation scores not significantly different from placebo |
| **Bupivacaine** |  |  |  |  |  |  |  |

**Table 2.   Summary of Results**   *(Continued)*

| Casale 2009 | 1) bupivacaine 2.5 mg/ml, 1ml, contralateral myofascial injection 2) placebo (saline) | Injections given once | After one hour | Pain intensity 0-10 VAS; pain intensity difference; phantom sensation; mirror displacement in healthy limbs; adverse effects | Sig pain relief with bupivacaine; reduction in phantom sensation in 6 of 8 patients | + | none |

yr, year; d, day; mins, minutes; NRS, numerical rating scale; NNT, number needed to treat; VAS, visual analog scale; sig, significant; dec, decrease; inc, increase; grps, groups; grp, group; max, maximum; ICI, intracortical inhibition; ICF, intracortical facilitation; IV, intravenous; DB, double-blind; MEG, magnetoencephalography; HADS, Hospital Anxiety and Depression Scale; BI, Barthel Index; NRS, numerical rating scale; CES-D, Center Epidemiologic Depression Scale; FIM, Functional Independence Measure; CHART, Craig Handicap Assessment and Reporting Technique; NAS, numerical analog scale; WHYMPI, West-Haven Yale Multidimensional Inventory; BSS, Brief Stress Scale; [a]pain intensity; [b]mood, sleep, function; [c]pain intensity, mood, function, handicap, satisfaction

**Table 3.   Jadad 1996 Criteria**

| Author, Year | 1a. | 1b. | 1c. | 2a. | 2b. | 2c. | 3. | Total Score |
|---|---|---|---|---|---|---|---|---|
| Abraham 2003 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 3 / 5 |
| Bone 2002 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 5 / 5 |
| Casale 2009 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 4 / 5 |
| Eichen-berger 2008 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 5 / 5 |
| Huse 2001 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 4 / 5 |
| Jaeger 1992 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 3 / 5 |
| Maier 2003 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 5 / 5 |
| Nikolajsen 1996 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 3 / 5 |
| Robinson 2004 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 5 / 5 |

**Table 3.   Jadad 1996 Criteria**   *(Continued)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Schwenkreis 2003 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 5 / 5 |
| Smith 2005 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 4 / 5 |
| Wieck 2004 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 3 / 5 |
| Wu 2002 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 5 / 5 |

**Table 4.   Van Tulder 2003 Criteria**

| Author, Year | A | B | C | D | E | F | G | H | I | J | K | Total Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abraham 2003 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 7 / 11 |
| Bone 2002 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 9 / 11 |
| Casale 2009 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 10 / 11 |
| Eichenberger 2008 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 9 / 11 |
| Huse 2001 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 8 / 11 |
| Jaeger 1992 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 6 / 11 |
| Maier 2003 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 9 / 11 |
| Nikolajsen 1996 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 8 / 11 |
| Robinson 2004 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 9 / 11 |
| Schwenkr 2003 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 9 / 11 |

**Table 4.  Van Tulder 2003 Criteria**   *(Continued)*

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith 2005 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | | 7 / 11 |
| Wieck 2004 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 8 / 11 |
| Wu 2002 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 9 / 11 |

# A P P E N D I C E S

## Appendix 1. COCHRANE LIBRARY (CENTRAL) SEARCH

#1  MeSH descriptor Phantom Limb**,** this term only
#2  phantom or fantom
#3  MeSH descriptor Pain explode all trees
#4  pain* or discomfort* or sensation* or sore* or ache* or tender* or irritat* or feel* or syndrome*
#5  (#1 OR #2)
#6  (#3 OR #4)
#7  stump near/6 pain*
#8  (( #5 AND #6 ) OR #7)

## Appendix 2. MEDLINE OVID

1 Phantom Limb/
2 (phantom or fantom).mp.
3 exp Pain/
4 (pain* or discomfort* or sensation* or sore* or ache* or tender* or irritat* or feel* or syndrome*).mp.
5 or/1-2
6 or/3-4
7 (stump adj6 pain*).mp.
8 (5 and 6) or 7
Key
mp=title, original title, abstract, name of substance word, subject heading word, unique identifier

**Appendix 3. EMBASE OVID**

1  Agnosia/
2  (phantom or fantom).mp.
3  exp Pain/
4  (pain* or discomfort* or sensation* or sore* or ache* or tender* or irritat* or feel* or syndrome*).mp.
5  or/1-2
6  or/3-4
7  (stump adj6 pain*).mp.
8  (5 and 6) or 7
9  random*.mp.
10 factorial.mp.
11 (crossover* or cross over* or cross-over*).mp.
12 placebo*.mp.
13 (double* adj blind*).mp.
14 (single* adj blind*).mp.
15 assign*.mp.
16 allocat*.mp.
17 volunteer*.mp.
18 crossover procedure/
19 double blind procedure/
20 randomized controlled trial/
21 single blind procedure/
22 9 or 10 or 11 or 12 or 13 or 14 or 15 or 16 or 17 or 18 or 19 or 20 or 21
23 8 and 22
key:
mp=title, abstract, subject headings, heading word, drug trade name, original title, device manufacturer, drug manufacturer

# W H A T ' S   N E W

Last assessed as up-to-date: 1 October 2011.

| Date | Event | Description |
|------|-------|-------------|
| 16 December 2011 | Amended | Changes to presentation of Table 1 and Table 2. |

# H I S T O R Y

Protocol first published: Issue 1, 2007

Review first published: Issue 12, 2011

| Date | Event | Description |
|---|---|---|
| 18 February 2009 | Amended | Minor revisions made to the protocol text by the author |
| 29 May 2008 | Amended | Converted to new review format. |

## CONTRIBUTIONS OF AUTHORS

MJA was responsible for the first draft of the protocol. MJA and TAH were responsible for the revisions in the protocol. MJA, MD and TAH examined the studies for eligibility and assessed the quality of the studies. MJA and TAH extracted the data. MJA and TAH analysed the data. MJA wrote the review. TAH and MD independently checked data analysis. MJA and TAH made revisions to the manuscript. MJA, TAH and MD approved the final version. MJA and TAH will be responsible for updating this review.

## DECLARATIONS OF INTEREST

None known

## DIFFERENCES BETWEEN PROTOCOL AND REVIEW

The protocol intended to combine and summarize the outcome measures across the studies into quantitative analyses but due to the variations in study characteristics and reporting and presenting of results, this was not possible. Nevertheless, in the review, attempts were made to pool the results of some studies where possible. For the results that could not be combined, we have provided a qualitative description and narrative summary as stated in the protocol.

## INDEX TERMS
### Medical Subject Headings (MeSH)

Analgesics, Opioid [therapeutic use]; Anesthetics [therapeutic use]; Anticonvulsants [therapeutic use]; Antidepressive Agents [therapeutic use]; Calcitonin [therapeutic use]; Phantom Limb [*drug therapy]; Randomized Controlled Trials as Topic; Receptors, N-Methyl-D-Aspartate [antagonists & inhibitors]

### MeSH check words

Humans