# EXHIBIT O

European Journal of Neurology 2010, 17: 1113–1123                                              doi:10.1111/j.1468-1331.2010.02999.x

**EFNS GUIDELINES**

# EFNS guidelines on the pharmacological treatment of neuropathic pain: 2010 revision

N. Attal[a,b], G. Cruccu[a,c], R. Baron[a,d], M. Haanpää[a,e], P. Hansson[a,f], T. S. Jensen[a,g]
and T. Nurmikko[a,h]

[a]EFNS Panel Neuropathic Pain; [b]INSERM U987, Centre d'Evaluation et de Traitement de la Douleur, Hôpital Ambroise Paré, APHP,
Boulogne-Billancourt, and Université Versailles-Saint-Quentin,Versailles, France; [c]Department of Neurological Sciences, La Sapienza
University, Rome, Italy; [d]Division of Neurological Pain Research and Therapy, Department of Neurology, Universitatsklinikum Schleswig-
Holstein, Kiel, Germany; [e]Rehabilitation ORTON and Department of Neurosurgery, Helsinki University Hospital, Helsinki, Finland;
[f]Department of Molecular Medicine and Surgery, Clinical Pain Research and Pain Center, Department of Neurosurgery, Karolinska
Institutet/University Hospital, Stockholm, Sweden; [g]Departmen of Neurology and Danish Pain Research Center, Aarhus University Hospital,
Aarhus, Denmark; and [h]Pain Research Institute, Neuroscience Research Unit, School of Clinical Sciences, University of Liverpool, Liverpool,
UK

**Keywords:**
neuropathic pain, painful
diabetic polyneuropathy,
post-herpetic neuralgia,
trigeminal neuralgia,
central neuropathic pain,
evidence-based
recommendations,
pharmacological
treatment, randomized
clinical trials

Received 13 October 2009
Accepted 2 February 2010

**Background and objectives:** This second European Federation of Neurological Societies Task Force aimed at updating the existing evidence about the pharmacological treatment of neuropathic pain since 2005.
**Methods:** Studies were identified using the Cochrane Database and Medline. Trials were classified according to the aetiological condition. All class I and II randomized controlled trials (RCTs) were assessed; lower class studies were considered only in conditions that had no top-level studies. Treatments administered using repeated or single administrations were considered, provided they are feasible in an outpatient setting.
**Results:** Most large RCTs included patients with diabetic polyneuropathies and post-herpetic neuralgia, while an increasing number of smaller studies explored other conditions. Drugs generally have similar efficacy in various conditions, except in trigeminal neuralgia, chronic radiculopathy and HIV neuropathy, with level A evidence in support of tricyclic antidepressants (TCA), pregabalin, gabapentin, tramadol and opioids (in various conditions), duloxetine, venlafaxine, topical lidocaine and capsaicin patches (in restricted conditions). Combination therapy appears useful for TCA-gabapentin and gabapentin-opioids (level A).
**Conclusions:** There are still too few large-scale comparative studies. For future trials, we recommend to assess comorbidities, quality of life, symptoms and signs with standardized tools and attempt to better define responder profiles to specific drug treatments.

## Background and objectives

Neuropathic pain (NP) may be caused by a lesion or a disease of the somatosensory system [1] and is estimated to afflict as high as 7–8% of the general population in Europe [2,3]. The management of NP is challenging because the response to most drugs remains unpredictable [4] despite attempts to develop a more rationale therapeutic approach [5,6]. In 2006, the European Federation of Neurological Societies (EFNS) produced the first guidelines on pharmacological treatment of NP [7]. Since 2006, new randomized controlled trials (RCTs) have appeared in various NP conditions, justifying an update.

The objectives of our revised Task Force were (i) to examine all the RCTs performed in various NP conditions since 2005, (ii) to propose recommendations aiming at helping clinicians in their treatment choice for most NP conditions, and (iii) to propose studies that may clarify unresolved issues.

## Methods

We conducted an initial search of the Cochrane Library from 2005. Whenever the Cochrane search failed to

Correspondence: N. Attal, INSERM U 987, Centre d'Evaluation
et de Traitement de la Douleur, Hôpital Ambroise Paré, APHP,
Boulogne-Billancourt, France (tel.: +0033149095946;
fax: 0033149094435; e-mail: nadine.attal@apr.aphp.fr).

© 2010 The Author(s)
European Journal of Neurology © 2010 EFNS

identify top-level study for a given NP condition or a potentially effective drug, we expanded the search to Medline and other electronic databases including Web results from major unpublished company trials (January 2005–September 2009). As in the first guidelines, we produced individual chapters and guidelines based on aetiological conditions. Each chapter was assigned to two or more Task Force participants. Classification of evidence and recommendation grading adhered to the EFNS standards [8].

Inclusion criteria were the following: controlled class I or II trials (lower class studies were evaluated in conditions in which no higher level studies were available); trials including patients with probable or definite NP [1] or trigeminal neuralgia; chronic NP (≥3 months); pain considered as the primary outcome (e.g. studies in which dysesthesia were the primary outcome, as in chemotherapy-induced neuropathy, were excluded); minimum sample of 10 patients; treatment duration and follow-up specified; treatment feasible in an outpatient setting; studies evaluating currently used drugs or drugs under clinical phase-III development: full paper citations in English.

Exclusion criteria included duplicated patient series, conditions with no evidence of lesion in the somatosensory system (e.g. CRPS I, fibromyalgia, low-back pain), studies using non-validated primary outcome measures, disease modifying treatments (i.e., alphalipoic acid for diabetes) and pre-emptive treatments.

We extracted information regarding the efficacy on pain, symptoms/signs, quality of life, sleep and mood and side effects (see Appendices 1 and 2).

## Results

Our search strategy identified 64 RCTs since January 2005 using placebo or active drugs as comparators and three subgroup or post hoc analyses of prior RCTs.

### Painful polyneuropathy

Painful polyneuropathy (PPN) is a common NP condition. Diabetic and non-diabetic PPN are similar in symptomatology and with respect to treatment response, with the exception of HIV-induced neuropathy.

*Antidepressants*
The efficacy of tricyclic antidepressants (TCA) is largely established in PPN (notably diabetic), although mainly based on single centre class I or II trials [7,9,10]. Three RCTs reported the efficacy of venlafaxine ER in PPN, although this seems lower than imipramine on responders and quality of life in a comparative trial [7,11]. Side effects are mainly gastrointestinal, but

elevated blood pressure and clinically significant ECG changes were reported in 5% of patients. The efficacy of duloxetine is established by three large-scale trials in diabetic PPN [12], with similar efficacy to that of gabapentin/pregabalin based on one industry-funded meta-analysis [13], although direct comparisons are lacking; the effect is reported to persist for one year [14]. Frequent adverse events are nausea, somnolence, dry mouth, constipation, diarrhoea, hyperhidrosis and dizziness; discontinuation rates are 15–20% [15,16]. Duloxetine induces no/little cardiovascular side effects, but rare cases of hepatotoxicity have been reported [15]. Selective serotonin reuptake inhibitor (SSRI) or mianserin provides little or no pain relief [7,17].

*Antiepileptics*
Gabapentin and pregabalin are effective in diabetic PPN [18,19], with dose-dependent effects for pregabalin (several negative studies for 150 mg/day, mainly positive studies for 300–600 mg/day) [19] and similar efficacy between gabapentin and the TCA nortriptyline in a recent class I study [20]. Side effects include dizziness, somnolence, peripheral oedema, weight gain, asthenia, headache and dry mouth. In a recent comparative trial, only two side effects differentiated gabapentin and nortriptyline: dry mouth (more frequent with nortriptyline) and concentration disorders (more frequent with gabapentin) [20]. Discontinuation rates for pregabalin range from 0 (150 mg/day) to 20% (600 mg/day) [19,21]. All the other trialled antiepileptics show variable and sometimes discrepant results. Smaller class III trials (carbamazepine) suggest efficacy [7], while larger placebo-controlled studies usually show no or limited benefit (Table 1) [7,22–29]. One reason for this variability could be a large placebo effect [30].

*Opioids*
Oxycodone, tramadol [31,32] and tramadol/acetaminophen combination [33] reduce pain in diabetic PPN. Side effects include mainly nausea and constipation, but long-term use of opioids may be associated with misuse (2.6% in a recent 3-year registry study of oxycodone in mainly diabetic NP, although higher rates were also reported) [4,34]. Tramadol should be used with caution in elderly patients because of risk of confusion and is not recommended with drugs acting on serotonin reuptake such as SSRIs [7,32]. The tramadol/acetaminophen combination appears better tolerated [33].

*Others*
Recent studies reported efficacy of botulinum toxin type A [35], nitrate derivatives [36,37] and a new nicotinic

**Table 1** Classification of evidence for drug treatments in commonly studied neuropathic pain (NP) conditions and recommendations for use. Treatments are presented in alphabetical order. Only drugs used at repeated dosages are shown here (with the exception of treatments with long-lasting effects such as capsaicin patches). Drugs marked with an asterisk were found effective in single class II or III studies and are generally not recommended. Drugs marked with two asterisks are not yet available for use.

| Aetiology | Level A rating for efficacy | Level B rating for efficacy | Level C rating for efficacy | Level A/B rating for inefficacy or discrepant results | Recommendations for first line | Recommendations for second or third line |
|---|---|---|---|---|---|---|
| Diabetic NP[a] | Duloxetine Gabapentin-morphine TCA Gabapentin Nicotine agonist** Nitrate derivatives** Oxycodone Pregabalin TCA[b] Tramadol alone or with acetaminophen Venlafaxine ER | Botulinum toxin* Dextromethorphan Gabapentin/venlafaxine* Levodopa* | Carbamazepine Phenytoin | Capsaicin cream Lacosamide Lamotrigine Memantine Mexiletine Mianserin NK1 antagonist** Oxcarbazepine SSRI Topical clonidine Topiramate Valproate Zonisamide | Duloxetine Gabapentin Pregabalin TCA Venlafaxine ER | Opioids Tramadol[c] |
| PHN | Capsaicin 8% patch** Gabapentin Gabapentin ER** Lidocaine plasters Opioids (morphine, oxycodone, methadone) Pregabalin TCA[b] | Capsaicin cream Valproate* | | Benzydamide topical Dextromethorphan Fluphenazine Memantine Lorazepam Mexiletine COX-2 inhibitor** Tramadol | Gabapentin Pregabalin TCA Lidocaine plasters[d] | Capsaicin Opioids |
| Classical trigeminal neuralgia | Carbamazepine | Oxcarbazepine | Baclofen* Lamotrigine* Pimozide* Tizanidine* | | Carbamazepine Oxcarbazepine | Surgery |
| Central pain[e] | Cannabinoids (oro-mucosal **, oral) (MS) Pregabalin (SCI) | Lamotrigine (CPSP) TCA (SCI, CPSP) Tramadol (SCI)* Opioids | | Carbamazepine Gabapentin Lamotrigine (SCI) Levetiracetam Mexiletine S-ketamine iont. Valproate | Gabapentin Pregabalin TCA | Cannabinoids (MS) Lamotrigine Opioids Tramadol (SCI) |

[a]Diabetic neuropathy was the most studied. Only TCA, tramadol and venlafaxine were studied in non-diabetic neuropathies. [b]Amitriptyline, clomipramine (diabetic neuropathy), nortriptyline, desipramine, imipramine. [c]Tramadol may be considered first line in patients with acute exacerbations of pain especially for the tramadol/acetaminophen combination. [d]Lidocaine is recommended in elderly patients (see section 2). [e]Cannabinoids (positive effects in MS) and lamotrigine (positive effects in CPSP but negative results in MS and SCI except in patients with incomplete lesion and brush-induced allodynia in one study based on post hoc analysis) are proposed for refractory cases. iont., iontophoresis; CPSP, central post-stroke pain; ER, extended release; MS, multiple sclerosis; PHN, post-herpetic neuralgia; SCI, spinal cord injury; TCA, tricyclic antidepressants; SSRI, Selective serotonin reuptake inhibitor.

agonist [38]. Of the other drugs trialled in PPN, one reported a positive outcome (levodopa), another showed discrepant results (NMDA antagonists), while the rest had limited or no efficacy (Table 1) [10,39].

*Combination*

Three class I studies found a superiority of the gabapentin-opioids (morphine, oxycodone) and gabapentin/nortriptyline combinations compared to each drug alone in patients with diabetic PN including Post-

Herpetic Neuralgia (PHN) in two studies [20,40,41], while a small study suggested superiority of the gabapentin/venlafaxine combination compared with gabapentin and placebo [7].

*HIV neuropathy*

Most initial trials of HIV neuropathy were negative (Table 1) [7,42]. Only lamotrigine was moderately effective in patients receiving antiretroviral treatment [43]. Recent RCTs found efficacy of smoked cannabis

(1–8% tetrahydrocannabinol for 5 days) on pain intensity but not mood or functioning [44,45]. A one-off application of high concentration (8%) capsaicin patch applied to the feet for 30, 60 or 90 min was superior to low concentration (0.04%) in the 30- and 90-minute group from weeks 2 to 12 without detectable changes in sensory thresholds [46]. However, another study reported in a systematic review [47] was negative on the primary outcome.

*Recommendation.* We recommend TCA, gabapentin, pregabalin and SNRI (duloxetine, venlafaxine) as first-line treatment in PPN (notably related to diabetes) (level A). Tramadol (level A) is recommended second line except for patients with exacerbations of pain (for the tramadol/acetaminophen combination) or those with predominant coexisting non-neuropathic pain (in view of its largely established efficacy in nociceptive pain). Third-line therapy includes strong opioids because of concerns regarding their long-term safety including addiction potential and misuse, which warrants further RCTs [4,48]. Treatments with drug with no or equivocal effect are listed in Table 1. In HIV-associated polyneuropathy, only lamotrigine (in patients receiving antiretroviral treatment) (level B), smoking cannabis (level A) and capsaicin patches (level A) were found moderately useful.

### Post-herpetic neuralgia

Post-herpetic neuralgia is a common aftermath of herpes zoster in the elderly.

*Antidepressants*
Systematic reviews concur that TCA are effective in PHN [9,49] with superiority over SSRI [7,50]. No studies were found on the efficacy of SNRI.

*Antiepileptics*
Gabapentin and pregabalin have established efficacy in PHN with no difference shown between gabapentin and nortriptyline in a further comparative study [20,49] An extended release formulation of gabapentin was more effective than placebo [51]. Good efficacy was reported with divalproex sodium in a small RCT, but only results from completers were reported [52].

*Opioids*
Oxycodone, morphine and methadone are effective in PHN [49] and have similar or slightly better efficacy compared to TCA in one comparative trial but are associated with more frequent discontinuation due to side effects [7,49]. Tramadol was negative on the primary outcome in one class I trial [7].

*Topical agents*
Lidocaine plasters (5%) are effective based on 5 class I or II RCTs in PHN with brush-induced allodynia, but the therapeutic gain is modest against placebo, and the level of evidence is lower than for systemic agents [7,53]. The largest recent trial including patients with or without allodynia (with enriched enrolment design) was negative on the primary outcome (time-to-exit), but the groups were not balanced at baseline, and many patients withdrew prematurely from the study [54]. In an enriched-design open-label trial, lidocaine plaster was better tolerated than pregabalin [55]. Lidocaine plasters are safe because of their low systemic absorption and well tolerated with local adverse effects only (mild skin reactions) [54–56].

Randomized controlled trials have reported benefit from topical capsaicin 0.075% [7], but as a result of the burning effect of capsaicin, blinding was probably compromised. A one-off application of high concentration (8%) capsaicin patch applied to the skin for 60 min was more effective than a low concentration patch (0.04%) during 12 weeks [57]. Although a post hoc analysis suggests that blinding was successful, patient randomized to the high concentration patch required more rescue medication immediately after application. Adverse effects were primarily attributable to local capsaicin-related reactions at the application site (pain, erythema). Efficacy of capsaicin patches was demonstrated in two other studies reported in a systematic review [47].

*Others*
NMDA antagonists, lorazepam and a selective Cox2 inhibitor do not provide pain relief in PHN (Table 1) [7,58].

*Recommendation*
We recommend TCA or gabapentin/pregabalin as first-line treatment in PHN (level A). Topical lidocaine (level A, less consistent results) with its excellent tolerability may be considered first line in the elderly, especially if there are concerns regarding the CNS side effects of oral medications. In such cases, a trial of 2–4 weeks before starting other therapy is justified [54]. Strong opioids (level A) and capsaicin cream are recommended as second choice (see section 1). Capsaicin patches are promising (level A), but the long-term effects of repeated applications particularly on sensation are not clarified.

### Trigeminal neuralgia

Trigeminal neuralgia (TN) typically presents with very brief attacks of pain (electric shocks) and is divided into 'classic' when secondary to vascular compression of the

trigeminal nerve in the cerebellopontine angle or when no cause is found, or 'symptomatic' when secondary in particular to cerebellopontine angle masses or multiple sclerosis [59].

*Carbamazepine, oxcarbazepine*
Carbamazepine is the drug of choice in TN, but its efficacy may be compromised by poor tolerability and pharmacokinetic interactions. Two class II RCTs found similar effects of oxcarbazepine compared to carbamazepine on the number of attacks and global assessment [60,61].

*Others*
Several drugs (i.e., lamotrigine, baclofen) have been reported efficacious in TN based on small single trials each [61,62] (Table 1), but a Cochrane review [63] concludes that there is insufficient evidence to recommend them in TN. Small open-label studies also suggested therapeutic benefit from botulinum toxin A and some antiepileptics [62,64,65] (Table 1).

*Symptomatic TN*
There are only small open-label class IV studies in symptomatic TN associated with multiple sclerosis [62].

*Recommendation*
In agreement with previous guidelines [7,61,62], carbamazepine (level A) and oxcarbazepine (level B) are confirmed first line for classical TN. Oxcarbazepine may be preferred because of decreased potential for drug interactions. Patients with intolerable side effects may be prescribed lamotrigine (level C) but should also be considered for a surgical intervention. We deplore the persistent lack of RCTs in symptomatic TN.

**Central neuropathic pain**

The most frequent central neuropathic pain (CP) states are caused by stroke (central post-stroke pain, CPSP), spinal cord injury (SCI) or multiple sclerosis (MS).

*Antidepressants*
The beneficial effects of TCA were suggested in CPSP, but one large-scale study was negative in SCI pain probably because of low doses and lack of specific evaluation of NP [7,66]. A recent RCT in SCI pain showed that high doses of amitriptyline (150 mg/day) relieved pain more effectively than diphenhydramine and gabapentin (3600 mg) in depressed patients [67]. Despite its limitations (small study, high dose of amitriptyline), it suggests that TCA can justifiably be considered for SCI patients particularly those with depression. No RCT has evaluated the efficacy of SNRI in CP.

*Antiepileptics*
The efficacy of pregabalin was demonstrated in a multicentre study of traumatic SCI pain [68] and confirmed in various CP conditions in a single centre study [20,69]. Discrepant results were reported with gabapentin and lamotrigine [7,43,67,70]. Negative results were obtained with other antiepileptics (Table 1) [7,71].

*Opioids*
Evidence for efficacy of opioids in CP is based on only one study comparing high and low doses of levorphanol in which patients with peripheral or central NP participated [72]. A recent RCT showed beneficial effect of tramadol on pain intensity, but not pain affect but many side effects were observed and caused attrition in 43% of cases (17% for the placebo) [73].

*Cannabinoids*
Cannabinoids (tetrahydrocannabinol, oromucosal sprays 2.7 mg delta-9-tetrahydrocannabinol/2.5 mg cannabidiol) were effective in MS-associated pain in two class I trials [7]. Adverse events (dizziness, dry mouth, sedation, fatigue, gastrointestinal effects, oral discomfort) were reported by 90% of patients in long-term extension study (up to 3 years), but no tolerance was observed [74].

*Others*
Negative results were obtained with low-dose mexiletine in SCI pain and S-ketamine iontophoretic transdermal in CP [7,75].

*Recommendation*
We recommend pregabalin (level A), amitriptyline (level B, level A in other NP conditions) or gabapentin (level A in other NP conditions) as first line in CP (Table 1). Tramadol (level B) may be considered second line. Strong opioids (level B) are recommended second or third line if chronic treatment is not an issue. Lamotrigine may be considered in CPSP or SCI pain with incomplete cord lesion and brush-induced allodynia (level B) and cannabinoids in MS (level A) only if all other treatments fail.

**Other NP conditions**

The level of evidence for drugs in other NP conditions is reported in Table 2.

*Cancer NP*: There is level A evidence for the efficacy of gabapentin (one study), level B for TCA and tramadol and inefficacy of valproate [7,76,77]. *Traumatic NP*: Gabapentin was reported to be ineffective

**Table 2** Classification of evidence for drug treatments in less commonly studied neuropathic pain (NP) conditions. Treatments are presented in alphabetical order. Drugs marked with an asterisk were found effective in single class II studies

| Aetiology of NP | Level A rating for efficacy | Level B rating for efficacy | Level A/B rating for inefficacy/poor efficacy or discrepant results |
|---|---|---|---|
| HIV neuropathy | Capsaicin 8% patch Smoked cannabis | Lamotrigine | Amitriptyline Capsaicin cream Gabapentin Lidocaine plasters Memantine |
| Post-traumatic or post-surgical NP | | Amitriptyline* Botulinum toxin-A* | Cannabinoids Capsaicin Gabapentin Levetiracetam Propranolol Venlafaxine ER |
| Chronic radiculo-pathy | | | Morphine* Nortriptyline* Nortriptyline-morphine * Pregabalin (unpublished) Topiramate |
| Cancer NP | Gabapentin | Amitriptyline* Tramadol* | Valproate |
| Phantom pain | Morphine Tramadol | | Amitriptyline Gabapentin Memantine Mexiletine |
| Multi-aetiology NP | Bupropion Cannabinoids (oromucosal, synthetic analogue) Levorphanol | Methadone TCA (nortriptyline, clomipramine) | Amitriptyline/ketamine topical CCK2 antagonists Dextromethorphan Dihydrocodeine Gabapentin[a] Venlafaxine ER[a] Lidocaine plasters Lamotrigine Lidocaine plasters Mexiletine[a] Nabilone Riluzole |

[a]These drugs were found effective in some spontaneous NP symptoms (gabapentin) or only on brush-induced or static mechanical allodynia (mexiletine, venlafaxine) in single trials. ER, extended release; TCA, tricyclic antidepressants.

on the primary outcome in a large multicentre trial but improved several secondary outcomes and may be beneficial in a subgroup of patients (level A) although predictors of the response need to be identified [78]; antidepressants have level B evidence, good results were reported for botulinum toxin A, and discrepant or negative results were obtained with other drugs [79,80]. *Radiculopathy*: Pregabalin (level A), TCA and opioids and their combination (level B) are ineffective or slightly effective (the combination TCA/opioids was effective on maximal pain only in one study) [81–83]. *Phantom pain*: Efficacy of tramadol and morphine was reported (level A), while gabapentin induced discrepant results [84,85]. Results in *multi-aetiology NP* are positive mainly for antidepressants (bupropion, TCA),

opioids (levorphanol, methadone) and cannabinoids [7,86–92].

**Effects on pain symptoms and signs and predictors of the response**

Randomized controlled trials increasingly assess symptoms and signs [60] and suggest that drugs (gabapentin, oxycodone, topical lidocaine, cannabinoids) have differential effects on the quality of NP (i.e., burning, deep, paroxysmal) [7,93,94] and that some may alleviate brush-induced and/or static mechanical allodynia based on single trials (TCA, pregabalin, cannabinoids, topical lidocaine, venlafaxine, NMDA antagonists but not lamotrigine) [7,50,87,88,95].

Although predictors of response to some drugs (e.g., opioids, lidocaine plasters) were identified in post hoc analyses [79,96,97], no RCT has yet been designed to detect predictive factors of the response based on baseline phenotypic profile (level C).

### Effects on Quality of Life (QoL), sleep and mood

Quality of Life, sleep and mood are frequently impaired in patients with NP [98,99]. Generally, the effects on pain are related to improvement in QoL [100; however see 75]. Beneficial effects of duloxetine, pregabalin and gabapentin were reported on these outcomes in class I trials [7,40,99,101]. However, the most consistent effects were observed with pregabalin and gabapentin on sleep quality [40,98], and poor results were reported with pregabalin on QoL or mood in 6 trials. Three trials reported the efficacy TCA on QoL [40,99,102]. Opioids and tramadol improve pain impact on sleep but have discrepant effects on QoL [99], cannabinoids alleviate QoL or sleep [44,45,87], but these drugs generally do not improve mood [32,72,73,76,87].

### Final recommendations and issues for future trials

The present revised EFNS guidelines confirm TCA (25–150 mg/day), gabapentin (1200–3600 mg/day) and pregabalin (150–600 mg/day) as first line for various NP conditions (except for trigeminal neuralgia, section 3) and lidocaine plasters (up to 3 plasters/day) first line in PHN particularly in the elderly (section 2). We now are able to recommend SNRI (duloxetine 60–120 mg/day, venlafaxine 150–225 mg/day) first line in painful diabetic polyneuropathies based on their more established efficacy. TCA raise safety issues at high doses and in the elderly, they are not more effective than gabapentin based on one comparative trial [20], but they are less costly [98]. Pregabalin has pharmacokinetic advantages compared to gabapentin (bid dosing, dose-dependent efficacy) but has similar efficacy and tolerability based on meta-analyses. Second-line treatments include tramadol (200–400 mg/day) except in select conditions (section 1) and capsaicin cream in PHN. Strong opioids are recommended as second/third line despite established efficacy in neuropathic non-cancer pain because of potential risk for abuse on long-term use, as there are still too few long-term safety trials in neuropathic pain [48] Capsaicin patches are promising for painful HIV neuropathies or PHN (level A). Cannabinoids (level A in MS and peripheral NP) are proposed for refractory cases. Combination therapy (level A for gabapentin combined with opioids or TCA) is recommended for patients who show partial response to drugs administered alone.

To date, the choice between these different treatments is mainly in their ratio efficacy/safety and in the patients' clinical condition (e.g. comorbidities, contra-indications, concomitant treatments). However, in a recent study investigating more than 2000 patients with neuropathic pain caused by diabetic neuropathy and post-herpetic neuralgia, Baron and colleagues [103] found that patients with these conditions could be subgrouped according to specific sensory profiles. A classification per sensory profiles rather than based merely on aetiology could contribute to minimize pathophysiological heterogeneity within study groups and increase the positive treatment responses [104,105].

We propose the following strategy for future trials: (i) Efficacy should be based on standardized end-points [60]; in establishing such efficacy, symptoms/signs and QoL in addition to overall pain should be identified; (ii) Identification of responder profiles based on a detailed characterization of symptoms and signs using sensory examination and specific pain questionnaires should contribute to more successful neuropathic pain management; (iii) Identical criteria for assessing harmful events should be obtained; (iv) Large-scale comparative trials of drugs should be conducted; (v) More large-scale trials are needed to determine the value of combination therapy.

## Conflicts of interest

The following authors (initials) did trials or have been consultants for the following pharmaceutical companies:

NA: Grunenthal, Novartis, Pfizer, Eli Lilly/Boehringer, Pierre Fabre, Sanofi-Pasteur Mérieux. RB: Pfizer, Genzyme, Grünenthal, Mundipharma, Allergan, Sanofi Pasteur, Medtronic, Eisai, UCB, Lilly. GC: Boehringer Ingelheim, Eli Lilly, Medtronic, Pfizer. MH: Boehringer-Ingelheim, Janssen-Cilag, GlaxoSmithKline, EMEA, Merck, Mundipharma, Orion, Pfizer, Sanof-Pasteur. PH: Bioschwartz, GlaxoSmithKline, Eli Lilly/Boehringer Ingelheim, Grunenthal, Lundbeck, Neurosearch, Pfizer. TSJ: Eli Lilly, GlaxoSmithKline, Grunenthal, Pierre Fabre Takeda Pfizer. TN: Allergan, AstraZeneca, GlaxoSmithKline, GWPharma, Napp, Novartis, Pfizer, Renovis, SchwarzPharma.

## References

1. Treede RD, Jensen TS, Campbell JN, et al. Neuropathic pain: redefinition and a grading system for clinical and research purposes. Neurology 2008; **70:** 1630–1635.
2. Bouhassira D, Lantéri-Minet M, Attal N, Laurent B, Touboul C. Prevalence of chronic pain with neuropathic characteristics in the general population. Pain 2008; **136:** 380–387.

3. Torrance N, Smith BH, Bennett MI, Lee AJ. The epidemiology of chronic pain of predominantly neuropathic origin. Results from a general population survey. *J Pain* 2006; **7:** 281–289.

4. Dworkin RH, O'Connor AB, Backonja M, *et al*. Pharmacologic management of neuropathic pain: evidence based recommendations. *Pain* 2007; **132:** 237–251. (class I SR).

5. Finnerup NB, Jensen TS. Mechanisms of disease: mechanism-based classification of neuropathic pain–a critical analysis. *Nat Clin Pract Neurol* 2006; **2:** 107–115. (class I SR).

6. Baron R. Mechanisms of disease: neuropathic pain: a clinical perspective. *Nat Clin Pract Neurol*, 2006; **2:** 95–106. (class I SR).

7. Attal N, Cruccu G, Haanpää M, *et al*. EFNS Task Force. EFNS guidelines on pharmacological treatment of neuropathic pain. *Eur J Neurol* 2006; **13:** 1153–1169. (class I SR).

8. Brainin M, Barnes M, Baron JC, *et al*. Guidance for the preparation of neurological management guidelines by EFNS scientific task forces–revised recommendations. *Eur J Neurol* 2004; **11:** 577–581.

9. Saarto T, Wiffen PJ. Antidepressants for neuropathic pain. *Cochrane Database Syst Rev*. 2007; **4:** CD005454. (class I SR).

10. Finnerup NB, Otto M, McQuay HJ, Jensen TS, Sindrup SH. Algorithm for neuropathic pain treatment: an evidence based proposal. *Pain* 2005; **118:** 289–305. (class I SR).

11. Kadiroglu AK, Sit D, Kayabasi H, Tuzcu AK, Tasdemir N, Yilmaz ME. The effect of venlafaxine HCl on painful peripheral diabetic neuropathy in patients with type 2 diabetes mellitus. *J Diabetes Complications* 2008; **22:** 241–245. (class II).

12. Kajdasz DK, Iyengar S, Desaiah D, *et al*. Duloxetine for the management of diabetic peripheral neuropathic pain: evidence-based findings from post hoc analysis of three multicenter, randomized, double-blind, placebo-controlled, parallel-group studies. *Clin Ther* 2007; **29**(Suppl)**:** 2536–2546, (class I SR).

13. Quilici S, Chancellor J, Löthgren M, *et al*. Meta-analysis of duloxetine versus pregabalin and gabapentin in the treatment of diabetic peripheral neuropathic pain. *BMC Neurology*, 2009; **9:** 6. class I SR).

14. Skljarevski V, Desaiah D, Zhang Q, *et al*. Evaluating the maintenance of effect of duloxetine in patients with diabetic peripheral neuropathic pain. *Diab. Met. Res. Rev* 2009; **25:** 623–631. (class IV).

15. Gahimer J, Wernicke J, Yalcin I, Ossanna MJ, Wulster-Radcliffe M, Viktrup L. A retrospective pooled analysis of duloxetine safety in 23983 subjects. *Curr Med Res Opin* 2007; **23:** 175–184. (class I SR).

16. Sultan A, Gaskell H, Derry S, Moore RA. Duloxetine for painful diabetic neuropathy and fibromyalgia pain: systematic review of randomised trials. *BMC Neurology* 2008; **8:** 29. class I SR).

17. Otto M, Bach FW, Jensen TS, Brøsen K, Sindrup SH. Escitalopram in painful polyneuropathy: a randomized, placebo-controlled, cross-over trial. *Pain* 2008; **139:** 275–283. (class I).

18. Wiffen P, McQuay H, Edwards J, Moore RA. Gabapentin for acute and chronic pain. *Cochrane Database Syst Rev* 2005; **20:** CD005452, (class I SR).

19. Freeman R, Durso-Decruz E, Emir B. Efficacy, safety and tolerability of pregabalin treatment for painful diabetic peripheral neuropathy: findings from seven randomized controlled trials across a range of doses. *Diabetes Care* 2008; **31:** 1448–1454. (class I SR).

20. Gilron I, Baley JM, Tu D, Holdern DR, Jackson AC, Houlden RL. Nortriptyline and gabapentin, alone and in combination for neuropathic pain : a double-blind, randomised controlled crossover trial. *Lancet* 2009; **374:** 1252–1261.

21. Moore RA, Straube S, Wiffen PJ, Derry S, McQuay HJ. Pregabalin for acute and chronic pain in adults. *Cochrane Database Syst Rev* 2009; **3:** CD007076. (class I SR)

22. Rauck RL, Shaibani A, Biton V, Simpson J, Koch B. Lacosamide in painful diabetic peripheral neuropathy : a phase 2 double-blind placebo-controlled study. *Clin J Pain* 2007; **23:** 150–158. (class I).

23. Wymer JP, Simpson J, Sen J, Bongardt S. Efficacy and safety of lacosamide in diabetic neuropathic pain : a 18 weeks double blind placebo controlled trial of fixed doses regimens. *Clin J Pain* 2009; **25:** 376–385. (class I).

24. Dogra S, Beydoun S, Mazzola J, Hopwood M, Wan Y. Oxcarbazepine in painful diabetic neuropathy: a randomized, placebo-controlled study. *Eur J Pain* 2005; **9:** 543–554. (class I).

25. Grosskopf J, Mazzola J, Wan Y, Hopwood M. A randomized, placebo-controlled study of oxcarbazepine in painful diabetic neuropathy. *Acta Neurol Scand* 2006; **114:** 177–180. (class I).

26. Beydoun A, Shaibani A, Hopwood M, Wan Y. Oxcarbazepine in painful diabetic neuropathy: results of a dose-ranging study. *Acta Neurol Scand* 2006; **113:** 395–404. (class I).

27. Vinik AI, Tuchman M, Safirstein B, *et al*. Lamotrigine for treatment of pain associated with diabetic neuropathy: results of two randomized, double-blind, placebo-controlled studies. *Pain* 2007; **128:** 169–179. (class I).

28. Atli A, Dogra S. Zonisamide in the treatment of painful diabetic neuropathy: a randomized, double-blind, placebo-controlled pilot study. *Pain Med* 2005; **6:** 225–234. (class II).

29. Shaibani A, Fares S, Selam JL, *et al*. Lacosamide in painful diabetic neuropathy: an 18-week double-blind placebo-controlled trial. *J Pain* 2009; **10:** 818–828. (class I).

30. Katz J, Finnerup NB, Dworkin RH. Clinical outcome in neuropathic pain : relationship to study characteristics. *Neurology* 2008; **28:** 263–272. (class I SR).

31. Eisenberg E, McNicol ED, Carr DB. Efficacy of mu-opioid agonists in the treatment of evoked neuropathic pain: systematic review of randomized controlled trials. *Eur J Pain*. 2006; **10:** 667–676. (class I SR).

32. Hollingshead J, Dühmke RM, Cornblath DR. Tramadol for neuropathic pain. *Cochrane Database Syst Rev* 2006; **3:** CD003726. (class I SR).

33. Freeman R, Raskin P, Hewitt DJ, *et al*. Randomized study of tramadol/acetaminophen versus placebo in painful diabetic peripheral neuropathy. *Curr Med Res Opin* 2007; **23:** 147–161. (class I).

34. Portenoy RK, Farrar JT, Backonja MM, *et al*. Long-term use of controlled-release oxycodone for noncancer pain: results of a 3-year registry study. *Clin J Pain* 2007; **23:** 287–299. (class IV).

35. Yuan RY, Sheu JJ, Yu JM, et al. Botulinum toxin for diabetic neuropathic pain: a randomized double-blind crossover trial. Neurology 2009; 72: 1473–1478. (class II).

36. Yuen KC, Baker NR, Rayman G. Treatment of chronic painful diabetic neuropathy with isosorbide dinitrate spray: a double-blind placebo-controlled cross-over study. Diabetes Care 2002; 25: 1699–1703. (class I).

37. Agrawal RP, Choudhary R, Sharma P, et al. Glyceryl trinitrate spray in the management of painful diabetic neuropathy: a randomized double blind placebo controlled cross-over study. Diabetes Res Clin Pract 2007; 77: 161–167. (class I).

38. Rowbotham MC, RachelDuan W, Thomas J, Nothaft W, Backonja MM. A randomized, double-blind, placebo-controlled trial evaluating the efficacy and safety of ABT-594 in patients with diabetic peripheral neuropathic pain. Pain 2009; 146: 245–252. (class I).

39. Sindrup SH, Graf A, Sfikas N. The NK1-receptor antagonist TKA731 in painful diabetic neuropathy: a randomised, controlled trial. Eur J Pain 2006; 10: 567–571. (class I).

40. Gilron I, Bailey JM, Tu D, Holden RR, Weaver DF, Houlden RL. Morphine, gabapentin, or their combination for neuropathic pain. N Engl J Med 2005; 352: 1324–1334. (class I).

41. Hanna M, O'Brien C, Wilson MC. Prolonged-release oxycodone enhances the effects of existing gabapentin therapy in painful diabetic neuropathy patients. Eur J Pain 2008; 12: 804–813. (class I).

42. Schifitto G, Yiannoutsos CT, Simpson DM, et al. A placebo-controlled study of memantine for the treatment of human immunodeficiency virus-associated sensory neuropathy. J Neurovirol 2006; 12: 328–331. (class II).

43. Wiffen PJ, Rees J. Lamotrigine for acute and chronic pain. Cochrane Database Syst Rev. 2007; 2: CD006044. (class I SR).

44. Abrams DI, Jay CA, Shade SB, et al. Cannabis in painful HIV-associated sensory neuropathy: a randomized placebo-controlled trial. Neurology 2007; 68: 515–521. (class I).

45. Ellis RJ, Toperoff W, Vaida F, et al. Smoked medicinal cannabis for neuropathic pain in HIV: a randomized, crossover clinical trial. Neuropsychopharmacology 2009; 34: 672–680. (class II).

46. Simpson DM, Brown S, Tobias J, NGX-4010 C107 Study Group. Controlled trial of high-concentration capsaicin patch for treatment of painful HIV neuropathy. Neurology 2008; 70: 2305–2313. (class I).

47. Noto C, Pappagallo M, Szallasi A. NGX-4010, a high-concentration capsaicin dermal patch for lasting relief of peripheral neuropathic pain. Curr Opin Investig Drugs 2009; 10: 702–710. (class I SR).

48. Eisenberg E, McNicol ED, Carr DB. Efficacy and safety of opioid agonists in the treatment of neuropathic pain of nonmalignant origin: systematic review and meta-analysis of randomized controlled trials. JAMA 2005; 293: 3043–3052. (class I SR).

49. Hempenstall K, Nurmikko TJ, Johnson RW, A'Hern RP, Rice AS. Analgesic therapy in postherpetic neuralgia: a quantitative systematic review. PLOS medicine 2005; 2: e164. class I SR).

50. Rowbotham MC, Reisner LA, Davies PS, Fields HL. Treatment response in antidepressant-naive postherpetic neuralgia patients: double-blind, randomized trial. J Pain 2005; 6: 741–746. (class I).

51. Irving G, Jensen M, Cramer M, et al. Efficacy and tolerability of gastric-retentive gabapentin for the treatment of postherpetic neuralgia. Clin J Pain 2009; 25: 185–192. (class I).

52. Chandra K, Shafiq N, Pandhi P, Gupta S, Malhotra S. Gabapentin versus nortriptyline in post-herpetic neuralgia patients: a randomized, double-blind clinical trial-the GONIP Trial. Int J Clin Pharmacol Ther 2006; 44: 358–363. (class II).

53. Khaliq W, Alam S, Puri N. Topical lidocaine for the treatment of postherpetic neuralgia. Cochrane Database Syst Rev 2007; 18: CD004846. (class I SR).

54. Binder A, Bruxelle J, Rogers P, Hans G, Böster I, Baron R. Topical 5% lidocaine (lignocaine) medicated plaster treatment for post-herpetic neuralgia. Clin Drug Investig 2009; 29: 393–408. (class II).

55. Baron R, Mayoral V, Leijon G, Binder A, Stergelwald I, Serpell M. 5% lidocaine medicated plaster versus pregabalin in post-herpetic neuralgia and diabetic polyneuropathy: an open-label, non-inferiority two-stage RCT study. Curr Med Res Op 2009; 27: 1663–1676. (class IV).

56. Hans G, Sabatowski R, Binder A, Boesl I, Rogers P, Baron R. Efficacy and tolerability of a 5% lidocaine medicated plaster for the topical treatment of post-herpetic neuralgia: results of a long-term study. Curr Med Res Opin 2009; 25: 1295–1305. (class IV).

57. Backonja M, Wallace MS, Blonsky ER, et al. NGX-4010, a high concentration capsaicin patch, for the treatment of postherpetic neuralgia: a randomised, double-blind study. Lancet Neurology 2009; 7: 1106–1112. (class I).

58. Shackelford S, Rauck R, Quessy S, Blum D, Hodge R, Philipson R. A randomized, double-blind, placebo controlled trial of a selective COX2 inhibitor GW406381 in patients with postherpetic neuralgia. J Pain 2009; 10: 654–660. (class I).

59. Cruccu G, Truini A. Trigeminal neuralgia and orofacial pains. In: Pappagallo M, ed. The Neurological Basis of Pain. New York: McGraw Hill, 2005: 401–414.

60. Cruccu G, Sommer C, Anand P, et al. EFNS guidelines on neuropathic pain assessment revised 2009. Eur J Neurol 2010; doi: 10.1111/j.1468-1331.2010.02969.x [Epub ahead of print].

61. Gronseth G, Cruccu G, Alksne J, et al. Practice parameter: the diagnostic evaluation and treatment of trigeminal neuralgia (an evidence-based review): report of the Quality Standards Subcommittee of the American Academy of Neurology and the European Federation of Neurological Societies. Neurology 2008; 71: 1183–1190. (class I SR).

62. Cruccu G, Gronseth G, Alksne J, et al. AAN-EFNS guidelines on trigeminal neuralgia management. Eur J Neurol 2008; 15: 1013–1028. (class I SR).

63. He L, Wu B, Zhou M. Non-antiepileptic drugs for trigeminal neuralgia. Cochrane Database Syst Rev 2006; 3: CD004029. (class I SR).

64. Nurmikko T, Cruccu G. Botulinum toxin for trigeminal neuralgia. Eur J Neurol 2009; 16: e104.

65. Lemos L, Flores S, Oliveira P, Almeida A. Gabapentin supplemented with ropivacaine block of trigger points improves pain control and quality of life in trigeminal neuralgia patients when compared with gabapentin alone. Clin J Pain 2008; 24: 64–75. (class IV).

66. Klit H, Finnerup NB, Jensen TS. Central post-stroke pain: clinical characteristics, pathophysiology, and management. *Lancet Neurol* 2009; **9**: 857–868. (class I SR).

67. Siddall PJ, Cousins MJ, Otte A, Griesing T, Chambers R, Murphy TK. Pregabalin in central neuropathic pain associated with spinal cord injury: a placebo-controlled trial. *Neurology* 2006; **67**: 1792–1800. (class I).

68. Vranken JH, Dijkgraaf MG, Kruis MR, Van der Vegt MH, Hollmann MW, Heesen M. Pregabalin in patients with central neuropathic pain: a randomized, double-blind, placebo-controlled trial of a flexible-dose regimen. *Pain* 2008; **136**: 150–157. (class I).

69. Rintala DH, Holmes SA, Courtade D, Fiess RN, Tastard LV, Loubser PG. Comparison of the effectiveness of amitriptyline and gabapentin on chronic neuropathic pain in persons with spinal cord injury. *Arch Phys Med Rehab* 2007; **88**: 1547–1560. (class III).

70. Breuer B, Pappagallo M, Knotkova H, Guleyupoglu N, Wallenstein S, Portenoy RK. A randomized, double-blind, placebo-controlled, two-period, crossover, pilot trial of lamotrigine in patients with central pain due to multiple sclerosis. *Clin Ther* 2007; **29**: 2022–2030. (class II).

71. Finnerup NB, Grydehoj J, Bong J, *et al.* Levetiracetam in spinal cord injury pain: a randomized controlled trial. *Spinal cord* 2009; **47**: 861–867. (class I).

72. Rowbotham MC, Twilling L, Davies PS, Reisner L, Taylor K, Mohr D. Oral opioid therapy for chronic peripheral and central neuropathic pain. *New Engl J Med* 2003; **348**: 1223–1232. (class I).

73. Norrbrink C, Lundeberg T. Tramadol in neuropathic pain after spinal cord injury: a randomized double blind placebo-controlled trial. *Clin J Pain*, 2009; **25**: 177–184. (class II).

74. Rog DJ, Nurmikko TJ, Young CA. Oromucosal delta9-tetrahydro cannabinol cannabidiol for neuropathic pain associated with multiple sclerosis: an uncontrolled, open-label, 2-year extension trial. *Clin Ther* 2007; **29**: 2068–2079. (class IV).

75. Vranken JH, Dijkgraaf MG, Kruis MR, Van Dasselaar NT, Van derVegt MH. Iontophoretic administration of S(+)-ketamine in patients with intractable central pain: a placebo-controlled trial. *Pain* 2005; **118**: 224–231. (class II).

76. Arbaiza D, Vidal O. Tramadol in the treatment of neuropathic cancer pain: a double-blind, placebo-controlled study. *Clin Drug Investig* 2007; **27**: 75–83. (class I).

77. Hardy JR, Rees EA, Gwilliam B, Ling J, Broadley K, A'Hern R. A phase II study to establish the efficacy and toxicity of sodium valproate in patients with cancer-related neuropathic pain. *J Pain Symptom Manage* 2001; **21**: 204–209. (class II).

78. Gordh TE, Stubhaug A, Jensen TS, *et al.* Gabapentin in traumatic nerve injury pain: a randomized, double-blind, placebo-controlled, cross-over, multi-center study. *Pain* 2008; **138**: 255–266. (class I).

79. Ranoux D, Attal N, Morain F, Bouhassira D. Botulinum toxin a induces direct analgesic effects in neuropathic pain: a double blind placebo controlled study. *Ann Neurol* 2008; **64**: 274–283. (class I).

80. Vilholm OJ, Cold S, Rasmussen L, Sindrup SH. Effect of levetiracetam on the postmastectomy pain syndrome. *Eur J Neurol* 2008; **15**: 851–857. (class I).

81. Khoromi S, Patsalides A, Parada S, Salehi V, Meegan JM, Max MB. Topiramate in chronic lumbar radicular pain. *J Pain* 2005; **6**: 829–836. (class II).

82. Khoromi S, Cui L, Nackers L, Max MB. Morphine, nortriptyline and their combination vs. placebo in patients with chronic lumbar root pain. *Pain* 2007; **130**: 66–75. (class II).

83. pdf.clinicalstudyresults.org/documents/company-study 4268.

84. Wu CL, Agarwal S, Tella PK, *et al.* Morphine versus mexiletine for treatment of postamputation pain: a randomized, placebo-controlled, crossover trial. *Anesthesiology* 2008; **109**: 289–296. (class I).

85. Wilder-Smith CH, Hill LT, Laurent S. Postamputation pain and sensory changes in treatment-naive patients: characteristics and responses to treatment with tramadol, amitriptyline, and placebo. *Anesthesiology* 2005; **103**: 619–628. (class II).

86. Karst M, Salim K, Burstein S, Conrad I, Hoy L, Schneider U. Analgesic effect of the synthetic cannabinoid CT-3 on chronic neuropathic pain: a randomized controlled trial. *JAMA* 2003; **290**: 1757–1762. (class I).

87. Nurmikko TJ, Serpell MG, Hoggart B, Toomey PJ, Morlion BJ, Haines D. Sativex successfully treats neuropathic pain characterised by allodynia: a randomised, double-blind, placebo-controlled clinical trial. *Pain* 2007; **133**: 210–220. (class I).

88. Yucel A, Ozyalcin S, Koknel Talu G, *et al.* The effect of venlafaxine on ongoing and experimentally induced pain in neuropathic pain patients: a double blind, placebo controlled study. *Eur J Pain* 2005; **9**: 407–416. (class II).

89. Frank B, Serpell MG, Hughes J, Matthews JN, Kapur D. Comparison of analgesic effects and patient tolerability of nabilone and dihydrocodeine for chronic neuropathic pain: randomised, crossover, double blind study. *BMJ* 2008; **336**: 199–201. (class I).

90. Ho KY, Huh BK, White WD, Yeh CC, Miller EJ. Topical amitriptyline versus lidocaine in the treatment of neuropathic pain. *Clin J Pain* 2008; **24**: 51–55. (class II).

91. Silver M, Blum D, Grainger J. Double blind placebo-controlled trial of lamotrigine in combination with other medications for neuropathic pain. *J Pain Symptom Manage* 2007; **34**: 446–454. (class I).

92. Yelland MJ, Poulos CJ, Pillans PI, *et al.* N-of-1 randomized trials to assess the efficacy of gabapentin for chronic neuropathic pain. *Pain Med.* 2009; **10**: 754–761.

93. Jensen MP, Friedman M, Bonzo D, Richards P. The validity of the neuropathic pain scale for assessing diabetic neuropathic pain in a clinical trial. *Clin J Pain* 2006; **22**: 97–103. (class II).

94. Jensen MP, Chiang Y-K, Wu J. Assessment of pain quality in a clinical trial of gabapentin extended release for postherpetic neuralgia. *Clin J Pain* 2009; **25**: 286–292. (class II).

95. Stacey BR, Barrett JA, Whalen E, Phillips KF, Rowbotham MC. Pregabalin for postherpetic neuralgia: placebo-controlled trial of fixed and flexible dosing regimens on allodynia and time to onset of pain relief. *J Pain* 2008; **9**: 1006–1017. (class I).

96. Edwards RR, Haythornthwaite JA, Tella P, Max MB, Raja S. Basal heat pain thresholds predict opioid anal-

gesia in patients with postherpetic neuralgia. *Anesthesiology* 2006; **104:** 1243–1248. (class II).

97. Wasner G, Kleinert A, Binder A, Schattschneider J, Baron R. Postherpetic neuralgia: topical lidocaine is effective in nociceptor deprived skin. *J Neurol* 2005; **252:** 677–686. (class II).

98. Jensen MP, Chodroff MJ, Dworkin RH. The impact of neuropathic pain on health-related quality of life: review and implications. *Neurology* 2007; **68:** 1178–1182.

99. O'Connor AB. Neuropathic pain. Quality-of-life impact, costs and cost effectiveness of therapy. *Pharmacoeconomics* 2009; **27:** 95–112.

100. Deshpande MA, Holden RR, Gilron I. The impact of therapy on quality of life and mood in neuropathic pain: what is the effect of pain reduction? *Anesth Analg* 2006; **102:** 1473–1479.

101. Armstrong DG, Chappell AS, Le TK, *et al*. Duloxetine for the management of diabetic peripheral neuropathic pain: evaluation of functional outcomes. *Pain Med* 2007; **8:** 410–418.

102. Otto M, Bach FW, Jensen TS, Sindrup SH. Health-related quality of life and its predictive role for analgesic effect in patients with painful polyneuropathy. *Eur J Pain* 2007; **11:** 572–578.

103. Baron R, Tölle TR, Gockel U, Brosz M, Freynhagen R. A cross-sectional cohort survey in 2100 patients with painful diabetic neuropathy and postherpetic neuralgia: differences in demographic data and sensory symptoms. *Pain* 2009; **146:** 34–40.

104. Cruccu G, Truini A. Sensory profiles: a new strategy for selecting patients in treatment trials for neuropathic pain. *Pain* 2009; **146:** 5–6.

105. Attal N, Fermanian C, Fermanian J, Lanteri-Minet M, Alchaar H, Bouhassira D. Neuropathic pain: are there distinct subtypes depending on the aetiology or anatomical lesion? *Pain* 2008; **138:** 343–353.

e67   N. Attal *et al.*

## Appendix 1

| Treatments | Authors | Methods | Main results | Primary outcomes | Secondary outcomes | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| **Diabetic Neuropathy** | | | | | | | |
| *Antidepressants* | | | | | | | |
| Duloxetine 60 mg QD or BID vs. placebo | Raskin et al. 2005 | Parallel groups 12 weeks, n = 348 | Duloxetine QD or BID > placebo | NRS pain intensity (average) (diary) baseline to endpoint | Worst pain, night pain, PGIC, CGIC, BPI, SF-MPQ sensory, dynamic allodynia (examination) | All outcome measures similarly improved except allodynia (weak at baseline) but modest difference/placebo (0.87–0.9) 10 on average pain intensity) | I |
| Duloxetine 20, 60, 120 mg vs. placebo | Goldstein et al. 2005 | Parallel groups, 12 weeks, n = 457 | Duloxetine > placebo for 60 and 120 mg | NRS pain intensity (average) (diary) baseline to endpoint | Analgesic use, worst pain, night pain, PGIC, CGIC, BPI, SF-MPQ sensory, dynamic allodynia | All outcome measures similarly improved except allodynia (weak at baseline) | I |
| Duloxetine 60 BID or QD mg vs. placebo | Wernicke et al. 2006 | Parallel groups 12 weeks, n = 334 | Duloxetine > placebo | NRS pain intensity (average) (diary) baseline to endpoint | Analgesic use, worst pain, night pain, PGIC, CGIC, BPI, SF-MPQ sensory, dynamic allodynia | All outcome measures similarly improved except allodynia (weak at baseline) | I |
| Meta-analyses of 3 duloxetine trials | Kajdasz et al. 2007 | N = 1139 patients (800 duloxetine, 339 placebo) 12 weeks | NNT 5.2 (3.8–8.3) for 60 mg/day NNT 4.9 (3.6–7.6) for 120 mg/day | NNT 50% pain relief LOCF and BOCF; NNH based on discontinuation | | | SR class I |
| Venlafaxine ER 75–150 mg (flexible) vs. vitamin combination (B1B6) | Kadiroglu et al. 2008 | Parallel groups, 8 weeks, n = 60 | Venlafaxine > placebo | VAS pain intensity at visits (SFMPQ); NRS pain intensity; SFMPQ Categorical response | No specification of primary and secondary outcomes | Significant effects on all outcome measures | II |
| Escitalopram 20 mg vs. placebo | Otto et al. 2008 | Cross over, 5 weeks per treatment n = 48 (37 completers) | Escitalopram > placebo | 6 point categorical Pain relief | NRS of total and NP symptoms; paracetamol use; QST, SF36, MDI, NNT, sleep | Symptoms equally improved but not analgesic use and sleep, SF36 and MDI | I |
| *Antiepileptics* | | | | | | | |
| Meta-analysis of gabapentin trials in NP including diabetic NP (Cochrane) | Wiffen et al. 2009 | 4 placebo controlled studies and 3 active controlled studies | Gabapentin > placebo NNT 2.9 (CI 2.2–4.3) | NNT 50% pain relief Relative risk | | | SR class I |
| Treatments (diabetic neuropathy) | Authors | Method | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | EFNS Class |
| Oxcarbazepine (OXC) 1200 mg vs. placebo | Grosskopf et al. 2006 | Parallel groups 12 weeks, n = 141 | OXC = placebo | VAS pain intensity (average) (electronic diary) | Global assessment of therapeutic effects, sleep, SF36, POMS | Only one measure of pain No effect on any measure | I |

**Appendix 1** (Continued)

| Treatments | Authors | Methods | Main results | Primary outcomes | Secondary outcomes | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| Oxcarbazepine 300–1800 mg vs. placebo | Dogra et al. 2005 | Parallel groups 12 weeks, $n = 146$ | OXC > placebo | VAS pain intensity (average) (electronic diary) NNT | Global assessment of therapeutic effects (GATE), sleep, SF36, POMS | VAS, GATE similar effects; sleep improved but not SF36 | I |
| Pregabalin, 150, 600 mg vs. placebo | Richter et al. 2005 | Parallel groups 6 weeks, $n = 246$ | Pregabalin > placebo | NRS pain intensity (average) (diary) NNT (50% pain relief) | Sleep, SF-MPQ (sensory, affective total), VAS pain intensity, PPI(MPQ),SF36, POMS, CGI | All measures improved except SF36 less sensitive (1 domain improved only) | I |
| Pregabalin 600 mg/day vs. placebo | Arezzo et al. 2008 | Parallel groups 13 weeks, $n = 167$ | Pregabalin > placebo | NRS pain intensity (average) (diary) at endpoint + weekly pain scores, responders | Sleep interference (NRS), SFMPQ, VAS and PPI (SFMQP) PGIC, CGIC, + safety parameters (Nerve conduction) | Significant effects on all outcome measures No effect on nerve conduction | I |
| Pregabalin 150, 300, 600 mg/day vs. placebo | Tölle et al. 2008 | Parallel groups 12 weeks, $n = 396$ | Pregabalin > placebo (highest dosage) | NRS pain intensity (average) (diary) (endpoint, weekly, 8 weeks) | Sleep interference (NRS), PGIC, CGIC, EQ-5D, NNT | Effects on all outcomes of the highest dosage only except EQ-5D more sensitive to all dosages; centre effect | I |
| Pregabalin flexible 150–600 mg vs. fixed 600 mg vs. placebo (including PHN patients) | Freynhagen et al. 2005 | Parallel groups 12 weeks, $n = 338$ | Pregabalin (fixed, flexible) > placebo | NRS pain intensity (average) (diary) NNT: 30%, 50% | MOS-sleep, PGIC | All measures equally sensitive | I |
| Meta-analysis of 7 pregabalin trials in diabetic PN | Freeman et al. 2008 | $N = 1510$ (ITT population, 7 studies) | Reduction in endpoint least squares mean pain scores | Pregabalin > placebo all doses -correlation with doses; 150 mg not effective in single trials but effective in pooled analysis | PGIC, safety measures, time to onset of pain relief, NNT 30–50% pain relief, proportion of responders, sleep | Discontinuation rates: absent (150 mg) to 20% (600 mg); other outcome measures improved, Side effects dose-dependent | SR class I |
| Lamotrigine, 200, 300, 400 mg (2 RCTs) vs. placebo | Vinik et al. 2007 | Parallel groups, 19 weeks, $n = 360$ per study | Lamotrigine = placebo (LOCF) > placebo (observed scores) | NRS pain intensity (average) (diary) Responders (30%, 50%); Large placebo effect | Sleep, pain intensity (walking) SF-MPQ, Neuropathic pain scale (NPS), CGI, Rescue analgesics | End of trt (observed scores): PGIC, walking pain intensity, NPS significant for some doses; No effect on other outcomes | I |
| Lamotrigine up to 200 mg vs. amitriptyline up to 75 mg | Jose et al. 2007 | Cross over, 6 weeks per trt, $n = 53$ | Lamotrigine = amitriptyline | Pain relief, overall improvement | McGill pain question-naire, Likert pain scale | No difference in secondary outcome but lamotrigine had less side effects (43% vs. 75%) | II |

© 2010 The Author(s)

e69   N. Attal et al.

**Appendix 1** (Continued)

| Treatments | Authors | Methods | Main results | Primary outcomes | Secondary outcomes | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| Lacosamide 400 mg vs. placebo | Rauck et al. 2007 | Parallel groups, 10 weeks, n = 119 (94 completers) | Lacosamide > placebo | NRS pain intensity (average) (diary) Effect size | SF-MPQ including VAS-PPI, NPS, sleep (NRS), SF36, POMS, pain free days, CGI | Measures of pain equally improved; No effect on POMS; SF36 only 2 domains improved including pain | I |
| Lacosamide 200, 400 and 600 mg vs. placebo | Wymer et al. 2009 | Parallel groups 18 weeks, n = 370 (64% completers) | Lacosamide 400 mg > placebo; 600 mg > placebo observed cases | NRS pain intensity last 4 weeks (diary) | Sleep NRS), PGIC, activity (diary) | 40% discontinuation in the 600 mg group for adverse effects; 23% in the 400 mg (9% placebo) | I |
| Lacosamide 200, 400 and 600 mg vs. placebo | Shaibani et al. 2009 | Parallel groups, 12 weeks, n = 468 | Lacosamide 400 mg approached significance; 600 mg ns | NRS pain intensity last 4 weeks (diary) | PGIC, responders (50% and 30% pain relief), pain free days | Responders ns improvement; no significant effect on sleep | I |
| Zonisamide 540 mg vs. placebo | Atli and Dogra 2005 | Parallel groups, 12 weeks, n = 25 | Zonisamide = placebo | VAS/NRS pain intensity (average) (diary)-responders | Sleep, daily functioning, pain interference | No effect on any outcome measures | II |
| *Opioids and tramadol* | | | | | | | |
| CR Oxycodone, mean 37 mg (10–99) vs. placebo | Gimbel et al. 2003 Jensen et al. 2006 (post hoc analysis of NPS) | Parallel groups, 6 weeks, n = 159 | Oxycodone > placebo | NRS pain intensity (average) (diary) | NRS current/worst pain (diary), satisfaction, sleep scale, BPI interference, Rand Mental Health Inventory, SIP, SF 36, NPS, discontinuation, time to mild pain, days of mild pain | Effective on all measures of pain but only 2 items of BPI interference and no effect on SF36, Rand, SIP except ambulation NPS;effects on deep, sharp, dull not sensitive | I |
| CR Oxyocodone (Oxy) 10–80 mg + gabapentin (gaba) (100–3600 mg) vs. placebo+gabapentin | Hanna et al. 2008 | Parallel groups, 12 weeks, n = 338 | Oxy-gaba > gabapentin-placebo | NRS pain intensity (box scale) at each visit | Rescue analgesics, sleep (n of disturbed night sleeps, quality of sleep), SF- BPI, SF-MPQ, EuroQol | All measures of pain equally improved; Sleep disturbance improved but not quality of sleep-No statistics for EuroQol | I |
| Tramadol 37.5 acetaminophen 325 vs. placebo (up to 1–2 tablets 4 times daily) | Freeman et al. 2009 | Parallel groups, 8 weeks, n = 311 | Tramadol/APAP > placebo | NRS pain intensity (average) (diary) from baseline to final week | Sleep interference, PGIC, QoL, mood | All outcome measures significantly improved Nausea:the only adverse effect; similar discontinuation rates (8.1% for active; 6.5% for placebo) | I |
| *Other treatments* | | | | | | | |
| SC Botulinum toxin-A (max 300 U) vs. saline | Yuan et al. 2009 | Cross over, 12 weeks, n = 20 (18 completers) | BTX-A > placebo | VAS pain intensity, Pittsburgh sleep quality index, SF36 | | No primary outcome specified; effects on VAS and sleep (4 weeks) but not SF36 | II |

**Appendix 1** (Continued)

| Treatments | Authors | Methods | Main results | Primary outcomes | Secondary outcomes | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| Glyceryl trinitrate spray (feet) vs. placebo | Agrawal et al. 2007 | Cross over, 4 weeks per trt, n = 48 (43 completers) | GTN spray > placebo | VAS pain intensity at visits | SFMPQ (total score) NRS pain intensity, PPI, NNT for pain relief | All outcome measures equally sensitive | II |
| NK-1 receptor antagonist TKA731 vs. placebo | Sindrup et al. 2006 | Parallel groups 2 weeks, n = 87 | TKA = placebo | VAS pain intensity (average) (diary) | CGI, rescue medication, sleep questionnaire, VAS for neuropathic symptoms | No effect on any outcome measure | I |
| ABT-594 (150, 225, 300 mg BID) vs. placebo | Rowbotham et al. 2009 | Parallel groups, 7 weeks (1 week titration) | ABT > placebo for all dosages without dose response | NRS pain intensity final week (diary) | NRS pain intensity each week, Proportion of responders, NPS score and symptoms, SF36, rescue medication | Responders improved but too many side effects and dropouts (up to 66%) NPS ns; SF36 only physical subscore improved but mental component deteriorated | I |
| *Combination (in diabetic PN and PHN)* | | | | | | | |
| Gabapentin, 2207 mg vs. morphine 45 mg vs. combination (morphine 34 mg + gaba 1705 mg) vs. placebo | Gilron et al. 2005 | Cross over 5 weeks per trt, n = 57 (41 completers) | Gabapentin = placebo Morphine > placebo Combination > mor > gaba And > pbo | NRS pain intensity (average) (diary) | SF-MPQ (sensory affective total, VAS-PPI), BDI, BPI (interference), SF36, MMSE, global pain relief, blinding | SFMPQ, BPI, SF36, BDI significant for gabapentin, morphine and combination; NRS less sensitive to gabapentin | I |
| Gabapentin 2433 mg vs. nortriptyline 61.6 mg vs. combination 2180 + 50.1 | Gilron et al. 2009 | Cross over, 6 weeks per trt, n = 56 (45 completers) | Combination > gabapentin or nor Gabapentin > placeboNor > placebo | NRS pain intensity (average) (diary) | BPI, SF-MPQ, blinding, SF36 | Better effects of the combination on BPI, BPI interference with sleep, mood (↑nor), SFMPQ, SF36; dry mouth > with nor and weight gain > for gabapentin | I |

© 2010 The Author(s)

e71   N. Attal *et al.*

Appendix 1 (Continued)

| Treatments | Authors | Method | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| **Post-Herpetic Neuralgia (PHN)** | | | | | | | |
| *Antidepressants* | | | | | | | |
| Fluoxetine 60 mg vs. imipramine 150 mg vs. amitriptyline 150 mg | Rowbotham et al. 2005 | Parallel groups, 6 weeks, n = 38 | Similar effects of the 3 drugs | VAS pain intensity (average) at visits | Pain relief scale (6 items) BDI, QST (allodynia to brush) | VAS and pain relief scale similarly improved Allodynia sensitive to TCAs | I |
| Nortriptyline 25–100 mg vs. gabapentin 300–1200 mg vs. placebo | Chandra et al. 2006 | Parallel groups, 8 weeks, n = 76 (70 as intent to treat) | Nortriptyline = Gabapentin | NRS pain intensity (diary) from baseline to end of study | VAS sleep, VAS pain SF-MPQ, disability (categorical scale) pain categorical (0–5) CGI (0–4); proportion responders (50%) | No difference in outcome measure between active treatments Categorical scales not commonly used (some not validated) | II |
| *Antiepileptics* | | | | | | | |
| Meta-analysis of gabapentin in NP including PHN (Cochrane) | Wiffen et al. 2009 | 2 RCTs of gabapentin vs. placebo | Gabapentin > placebo NNT 3.9 (95% CI 3–5.7) | NNT Relative risk | | | SR class I |
| Gabapentin ER 1800 mg/day twice daily or once daily vs. placebo | Irving et al. 2009 Jensen et al. 2009 (posthoc analysis of NPS) | Parallel groups, n = 158, 4 weeks Enrichment design | Gabapentin ER > placebo for twice daily administration only | NRS pain intensity (diary) from baseline to endpoint | Sleep interference score NPS | Effects on sleep for twice daily and once daily administration; dizziness and somnolence most common AE Differential effects of gabapentin on NP symptoms (hot, cold, deep) | I |
| Pregabalin 150, 300, 600 mg vs. placebo | Van Seventer et al. 2006 | Parallel groups, 13 weeks, n = 370 | Pregabalin > placebo | NRS pain intensity (average) (diary) NNT 30–50% relief | Sleep CGI (patient) | All measures equally sensitive | I |
| Pregabalin 150–600 vs. 300 mg vs. placebo | Stacey et al. 2008 | Parallel groups 4 weeks, n = 269 | Pregabalin > placebo | NRS pain intensity (diary) (criteria:time to onset of pain relief) | % responders (≥30% or 50%); PGIC; VAS (SFMPQ; anxiety); VAS allodynia to brush Daily interference scores | Pain/allodynia correlated; more severe baseline allodynia:less response to PGB; odds ratio for ≥50% PR: 1.30 (0.71–2.36) | I |

© 2010 The Author(s)

**Appendix 1** (Continued)

| Treatments (PHS) | Authors | Method | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| Meta-analysis of pregabalin studies in PHN (Cochrane) | Moore et al. 2009 | 5 RCTs, n = 1417 | NNT 50% PR:6.9 (4.8–13) for 150 mg; 5.5 (3.8–8.1) for 300 mg and 4.0 (3.1–5.5) for 600 mg | NNT 50% PR, NNH | | | SR class I |
| Valproate 1000 mg vs. placebo | Kochar et al. 2005 | Parallel groups 8 weeks, n = 45 | Valproate > placebo | SF-MPQ, VAS (PPI), NRS, NNT | CGI (patient) | All measures equally sensitive | II (only results from completers) |
| *Opioids vs. antidepressants* | | | | | | | |
| Morphine 91 mg or methadone 15 mg vs. nortriptyline 89 mg or desipramine 63 mg vs. placebo | Raja et al. 2002 Edwards et al. 2006 (predictors for response) | Cross over, 8 weeks per trt, n = 76 (44 completers of 3 periods) | Opioids = tricyclics > placebo | NRS pain intensity Pain relief† (0%–100%) Cognitive function | Preference with treatment; MPI (physical, sleep) Beck; Treatment preference; NNT (50% PR), QST | All pain measures improved; effects on sleep and preference with trts. Predictors for response:higher heat pain thresholds at baseline, higher baseline pain, younger age | I |
| *Topical agents* | | | | | | | |
| Lidocaine patch, 5% (max 3/day) vs. placebo in PHN patients | Binder et al. 2009 | Parallel groups, enriched enrolment, 2 weeks per trt after 8 weeks open label run-in phase, n = 265 (71 randomized) | No difference in the full analysis set in the primary outcome but only in perprotocol population (n = 34) | Time to exit | Allodynia to brush, pain relief, SF-MPQ, mean pain intensity | Significant in the perprotocol population; no direct statistical comparisons of secondary endpoints between lidocaine and placebo;only 2.8% adverse events in the double blind phase (13.8% for lidocaine in the study including run in period) | II (groups not balanced, many early withdrawals) |
| High concentration capsaicin patch NGX-4010 (8%) vs. low concentrations (0.04%) 60 min in PHN | Backonja et al. 2008 | Parallel groups, Assessment up to 12 weeks N = 402 | NGX-4010 > placebo | NRS average pain intensity (diary) from week 2–8 | Proportion of responders (38% pain relief); Gracely pain scale, SFMPQ, PGIC, CGIC; BPI; SF36, Self assessment of treatment (SAT); concomitant treatments | Effects on pain, PGIC, SAT but no significant effects on BPI, SFMPQ, SF36, ≥50% reduction pain (not shown); no effect on rescue medication – blinding perhaps compromised due to more initial pain in the high concentration patch | I |
| *Others* | | | | | | | |
| COX-2 inhibitor (GW4038J) 25 or 50 mg vs. placebo | Shackelford et al. 2009 | Parallel groups, 3 weeks N = 209 | COX-2 = placebo but duration of trial may be too short | NRS average pain intensity (diary) from baseline to last week | NPS; allodynic severity (brush) SF-MPQ, PGIC; CGIC; PR score; discontinuation due to lack of effect:rescue medication | No statistical effect on primary and secondary endpoints except for the NPS in the 25 mg group | II |
| Meta-analysis of drug treatments | Hempstall et al. 2005 | 25 analysable RCTs | NNT for TCA combined 2.64 (2.43–7.99); NNT for gabapentin 4.39 (3.34–6.07) NNT for opioids 2.67 (2.07–3.77); NNT for tramadol 4.76 (2.61–26.97) | NNT, NNH, ratio NNT/NNH | | | SR class I |

© 2010 The Author(s)

e73    N. Attal *et al.*

**Appendix 1** (Continued)

| Treatments | Authors | Method | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| **Trigeminal Neuralgia** Systematic review and guidelines of diagnosis and treatment including drug treatments in trigeminal neuralgia | Cruccu *et al.* 2009 Gronseth *et al.* 2008 | SR of all treatments in TN including drugs; 12 RCTs analysed | CBZ: NNT = 1.8 (1.3–2.2) one class II and 1 class II trial (*n* = 147); OXC 600–1800 mg similar effect as CBZ on number of attacks and global assessment in 2 class II RCTs (*n* = 130); other drugs have poor efficacy or effective in single trials | Efficacy on number of attacks, paroxysmal pain, brush-evoked pain, and global assessment | Adverse events | | SR class I |
| **Central Pain** Amitriptyline 150 mg vs. gabapentin 3600 mg vs. placebo (diphenhydramine) SCI pain | Rintala *et al.* 2007 | Cross over 8 week per trt *n* = 38 (22 completers) | Amitriptyline > gabapentin Gabapentin = placebo | VAS pain intensity (average) at visits | Proportion responders (30% VAS pain intensity (worst) Rescue analgesics | VAS and proportion responders responsive to trts No effect on rescue trts | II |
| Tramadol 150 mg vs. placebo SCI pain | Norrbrink and Lunderberg 2009 | Cross over, 4 weeks, *n* = 36 (35 analysable) | Tramadol > placebo | NRS pain intensity | Multidimensional Pain Inventory; HAD; sleep questionnaire; PGIC; Brush induced allodynia (tooth-brush); pain unpleasantness, maximal and minimal pain (NRS) | Diff./placebo on pain intensity, PGIC, anxiety, sleep but not mood, pain unpleasantness, pain interference, distress. 43% of withdrawal due to side effects with tramadol vs. 17% placebo | II |
| Pregabalin, 150–600 mg vs. placebo (SCI pain) | Siddal *et al.* 2006 | Parallel groups 8 weeks *n* = 137 | Pregabalin > placebo | NRS pain intensity (average) (diary) | SF-MPQ, % responders (30, 50%), sleep, POMS, CGI | All measures of pain equally sensitive 21% discontinuation for adverse events vs. 13% placebo | I |
| Pregabalin, 150–600 mg vs. placebo (SCI, brain) | Vranken *et al.* 2008 | Parallel groups 4 weeks *n* = 40 | Pregabalin > placebo | VAS pain intensity (average) at weekly visits | SF36, EuroQol, PDI | Only one measure of pain; PDI and SF36 less sensitive than EQD5 (SF36 -pain improved) | I |
| Lamotrigine up to 400 mg vs. placebo (multiple sclerosis) | Breuer *et al.* 2007 | Cross over, 11 weeks per trt *n* = 12 | Lamotrigine = placebo Inclusion criteria 4/10 on any NPS item | NRS pain intensity from the BPI (worst, least, average pain) (diary) Responders from BPI average pain (>30%) | Rescue analgesics, NPS Multiple sclerosis QOL-54 BPI-interference | Pain responses similar but NS; Carryover effect for the item «sensitive» of the NPS; underpowered study | II |

© 2010 The Author(s)

**Appendix 1** (Continued)

| Treatments | Authors | Method | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | Class |
|---|---|---|---|---|---|---|---|
| Levetiracetam 500–3000 mg/day vs. placebo (SCI pain) | Finnerup et al. 2009 | Cross over, 5 weeks per tret, washout 1 week n = 36 (24 completers) | Levetiracetam = placebo | Average pain intensity (NRS) | Pain relief (categorical), MPQ, NPSI, proportion of pain relief (33%), sleep interference, use of rescue analgesics, evoked pain (pinprick, brush, cold evoked), PGIC, spasm (NRS, Penn), Ashworth, blindness | No effect on any outcome measure Possibly underpowered for secondary outcome measures (evoked pain, spasms) | II |
| S-ketamine iontophoretic transdermal 50 and 75 mg vs. placebo (NP screened with LANSS) | Vranken et al. 2005 | Parallel groups 7 days n = 33 | Ketamine = placebo (primary outcome) | VAS pain intensity at each visit | Measures of quality of life and disability-PDI, EuroQol, SF 3 | No effect on pain but effects on all measures of QOL with the high dosage | 1 |
| THC/cannabidiol (CBD) 2.7/2.5 oromucosal vs. placebo max 48 sprays/day | Rog et al. 2005 | Parallel groups 5 weeks n = 64 | THC/CBD > placebo | NRS pain intensity (average) (diary) | Sleep NRS NPS cognitive function HADS-Multiple sclerosis related disability CGI (patient) | Pb with NP screening (some had spasticity) Similar effects on NRS, total score NPS and sleep NPS significant effect for some items (intense, dull, sensitive) | 1 |
| Tramadol 1–1.5 mg/kg per 6 h | Arbaiza et al. 2007 | Parallel groups 6 weeks n = 36 | Tramadol > placebo | NRS pain intensity at each visit | Karnovsky scale, ADL including sleep and appetite (yes/no), Zung depression, Beck anxiety, SEPs, AED use on a scale (0–5) | Non validated scales (AED use, ADL) Similar effects on pain, AED rescue, Karnovski, ADL, but not mood | II |
| **Other Neuropathic Pain Conditions** | | | | | | | |
| *HIV neuropathy* | | | | | | | |
| Memantine 40 mg/ day or max tolerated dose vs. placebo | Schifitto et al. 2006 | Parallel groups 16 weeks n = 45 | Memantine = placebo | VAS pain and paresthesia intensity at 16 weeks | | No effects on pain or paresthesia | II |
| Smoked cannabis (3.56% THC) vs. placebo cigarettes; 1 cig TID | Abrams et al. 2007 | Parallel groups 5 days n = 55 | Smoked cannabis > placebo | VAS pain intensity (average) (diary) | Current pain VAS (immediate effect) NNT 30% pain relief Pain intensity (VAS) induced by 45°C for 1 min; Heat/capsaicin sensitization; POMS | Measures of pain improved No effect on pain induced by heat but attenuation of heat/capsaicin hyperalgesia at day 1 No effect on the POMS | 1 |

e75   N. Attal *et al.*

**Appendix 1** (Continued)

| Treatments | Authors | Method | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | Class |
|---|---|---|---|---|---|---|---|
| Smoked cannabis (1 and 8% THC) vs. placebo | Ellis *et al.* 2009 | Cross over 5 days *n* = 34 | Smoked cannabis > placebo | Pain intensity (Descriptor Differential Scale) | Mood and functioning Proportion of responders (30% pain relief) | Significant effects on pain but no difference on mood and functioning | II |
| High concentration capsaicin patch NGX-4010 (8%) vs. low concentrations (during 30, 60, 90 mm) in HIV neuropathy | Simpson *et al.* 2008 | Parallel groups, Assessment up to 12 weeks *n* = 307 (274 completers) | NGX-4010 > placebo | NRS average pain intensity (diary) from week 2–12 | % change in NRS present, worst pain intensity (diary) % change from baseline of average NRS; proportion responder (30% pain relief); Gracely pain scale, SFMPQ, PGIC, CGIC; BPI composite score; QST | All measures equally sensitive to treatment No effect on sensory function | 1 |
| *Nerve trauma* |  |  |  |  |  |  |  |
| Gabapentin up to 2400 mg vs. placebo | Gordh *et al.* 2008 | Cross over 5 weeks per trt, *n* = 120 VAS ≥ 3 at inclusion | Gabapentin = placebo on the primary outcome Placebo effect superior during the first period | VAS pain intensity (present pain twice a day) (electronic diary) % responders (30%, 50% pain relief) | Pain relief (categorical), sleep interference (VAS electronic diary), SF36, CGI, rescue analgesics | PR and PGIC more improved than VAS; sleep significant; 3 items of the SF36 improved; NNT depends on the measure | 1 |

| Treatments (other conditions) | Authors | Methods | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| Levetiracetam 3000 mg/day vs. placebo | Vilholm *et al.* 2008 | Parallel groups, 4 weeks *n* = 27 (25 completers) | Levetiracetam = Placebo | NRS pain intensity, relief, NP symptoms; rescue analgesics; QST | No specification of primary and secondary endpoints | No effect on any outcome | II |
| SC Botulinum toxin A (BTX-A) (max 200 U) vs. saline in peripheral neuropathic pain (traumatic, PHN) with allodynia | Ranoux *et al.* 2008 | Parallel groups 6 months *n* = 29 | BTX-A > placebo | NRS pain intensity (average) (diary) | NNT 50% pain relief PGIC, % pain relief, NPSI, average pain VAS at each visit, QST(area of allodynia to brush and punctate, thermal testing) BPI-interference, HAD Blinding assessment | Effect on global pain/pain relief and CGI similar Better effect on NPSI symptoms/dimensions (burning, paroxysmal pain, allodynia); Only 2 items of BPI-interference improved Predictors of response based on QST (patients with severe thermal deficits less improved) | 1 |

© 2010 The Author(s)

**Appendix 1** (Continued)

| Treatments (other conditions) | Authors | Methods | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| *Phantom pain* | | | | | | | |
| Gabapentin, 300–3600 mg vs. placebo | Smith et al., 2005 | Cross over, 6 weeks, n = 24 | Gabapentin = placebo | NRS Pain intensity | Categorical pain relief scale, benefit and side effects; BPI; blinding; SF-MPQ, CES-D, FIM; SWLS, CHART | No effect on any outcome measures Categorical scales not validated | II |
| Morphine 112 mg vs. mexiletine 933 mg vs. placebo | Wu et al. 2008 | Cross over 6 weeks per trt wash out 1 week n = 60 | Morphine > placebo and mexiletine | NRS pain intensity (average/diary) throughout the study (stump and phantom mixed) | % pain relief (0–100%) NNT for 50 and 33% pain relief, functional activity (MPI) (general and ntererence scales) | Effects on pain but not on self reported levels of activity | I |
| *Cancer NP* | | | | | | | |
| Gabapentin 600–1800 mg vs. placebo (cancer NP) | Caraceni et al. 2005 | Parallel groups, 10 days n = 121 | Gabapentin > placebo | NRS pain intensity (average) (diary) | Neuropathic symptoms NNT 33% pain relief Allodynia at examination Rescue analgesics | Effects on pain intensity but not on analgesic use or on neuropathic symptom | I |
| *Radiculopathies* | | | | | | | |
| Nortriptyline 25–100 mg vs. morphine 15–90 mg vs. combination vs. placebo | Khoromi et al. 2007 | Cross over 7 weeks per trt n = 55 (28 completers) | No effect of treatments | NRS pain intensity (average and maximal) (diary) | Global pain relief (categorical) Oswestry disability scale BDI, SF-36, NNT (pain relief) Blinding | Average pain: ns–Combination > placebo for worst pain and pain relief/placebo (chance effect?) No blinding | II |
| Topiramate 200 mg vs. diphenhydramine 40 mg | Khoromi et al. 2005 | Cross over 6 weeks per trt n = 41 (29 completers) | Topiramate marginally > placebo (primary outcome) | NRS pain intensity (average) (diary) for leg pain | NRS pain intensity (back, global pain), worst pain, Pain relief (categorical) Oswestry, BDI, SF36 | Average leg pain less improved than global assessment or worst pain | II |
| Pregabalin 150–600 mg vs. placebo | Pfizer, protocol A0081007 -20 may 2008 | Single blind run in phases with placebo then pregabalin, then 5 weeks double blind period, n = 217 (187 completers) | Pregabalin = placebo | Increase in pain over the double blind treatment period in patients randomized to placebo compared to pregabalin | PGIC, sleep interference, HADS, EQ-5D, MOS, pain treatment satisfaction scale, Roland Morris disability | No effect on any outcome measure | II (numerous protocol violations) |
| *Multietiology NP* | | | | | | | |
| Gabapentin 600–1800 mg vs. placebo | Yelland et al. 2009 | N of 1 method, 3 double-blind RCT cross over trials N = 73 (48 completers) | Only 29% patients showed a positive response to gabapentin, 69% no difference | Aggregate measure for: VAS for pain intensity, sleep-VAS, functional limitation VAS, treatment preference, side effects | | | II many withdrawals (35%) |

e77    N. Attal *et al.*

**Appendix 1** (Continued)

| Treatments (other conditions) | Authors | Methods | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| Lamotrigine 200, 300, 400 mg. vs. placebo | Silver et al. 2007 | Parallel group, 14 weeks n = 220 | Lamotrigine = placebo Large placebo effect | NRS pain intensity (average) (diary), responders (30%, 50%) | Sleep interference SF-MPQ, NPS total score Rescue analgesics, CGI | No difference/placebo, No outcome measure more sensitive -No predictors – dizziness, rash, somnolence in > 5% of patients | I |
| Lidocaine patch, 5% (max 4/day) vs. placebo in patients with allodynia (PHN, postsurgical, peripheral neuropathy) | Meier et al. 2003 Wasner et al. 2005 (subgroup analysis) | Cross over 7 days per trt n = 40 | Lidocaine > placebo | VAS spontaneous pain and allodynia intensity (diary) | Descriptors partially derived from the MPQ QOL (how did you sleep) on a 5-point categ scale; NNT for 50% pain relief and allodynia relief; effect size QST and QSART in a subgroup of 18 PHN patients | Short period assessment (7 days)- Non validated scales (symptoms, sleep); Better effect on ongoing pain/allodynia (NNT) - ES 0.4; Reduction in number of symptoms only; sleep ns, Better effects of lidocaine in patients with impairment of nociceptor function | I (II for Wasner et al.) |
| Lidocaine patch 5% vs. topical amitriptyline (ami) 5% vs. placebo | Ho et al. 2008 | Cross over 1 week per trt, n = 35 | Amitriptyline = lidocaine = placebo; Lido-caine > ami | VAS pain intensity at the end of trt period | Daily NRS, MPQ, rescue analgesics, patient satisfaction(categorical), degree of pain relief | Outcome measures equally improved | II |
| Topical amitriptyline 2% vs. topical ketamine 1% vs. combination vs. placebo | Lynch et al. 2005 | Parallel groups 3 weeks n = 92 | Ami = ketamine = combination = placebo | NRS pain intensity (average) (diary) | SF-MPQ, dynamic allodynia, pinprick hyperalgesia, PDI, patient satisfaction | No effect on any outcome measure | I |
| Venlafaxine 75 mg vs. 150 mg vs. placebo | Yucel et al. 2004 | Parallel groups 8 weeks n = 55 | Venlafaxine = placebo | VAS pain intensity (VAS-PI) (average) at visits | Patient satisfaction (categorical) Effect on daily activities Rescue analgesics Global efficacy QST (allodynia) | VAS-PI reduced in the 3 groups (placebo effect); No effect on rescue analgesics- Slight effect on satisfaction and daily activity (75 mg); Effects on brush-induced allodynia (QST) > PI | II |
| Nabilone 2 mg vs. dihydrocodeine 240 mg | Frank et al. 2009 | Cross over, 6 weeks (2 weeks washout) n = 96 (73 available) | Nabilone < Dihydrocodeine | VAS pain intensity | Anxiety and depression (HAD), SF36, sleep (numbers of hours slept each night) | Dihydrocodeine > nabilone on all outcomes but effect moderate in all cases Effect of nabilone on the role physical of SF36 | I |

**Appendix 1** (Continued)

| Treatments (other conditions) | Authors | Methods | Main results | Primary outcome | Secondary outcome | Results on secondary outcomes | EFNS Class |
|---|---|---|---|---|---|---|---|
| THC/CBD oromucosal 2.7/2.5 vs. placebo-max 8 sprays/2 h self-titration (peripheral NP) | Nurmikko et al. 2007 | Parallel groups, 5 weeks, n = 125 | Sativex > placebo | NRS pain intensity (average) (diary) | NPS, PDI, PGIC pain and allodynia, GHQ-12 (mood, anxiety); NRS sleep; Cognitive tests; allodynia (dynamic, punctate); NNT ongoing pain, allodynia | All measures of pain improved – no change in pain threshold but decrease in pain evoked by punctate stimuli No effect on CHG-Q | I |

BDI, Beck depression inventory; BOCF, baseline observation carried forward; BPI, Brief pain inventory; CGIC, clinical global impression of change; HDRS, Hamilton depression rating scale; LANSS, Leeds assessment of neuropathic symptoms and signs; LOCF, last observation carried forward; MDI, major depression inventory; MMSE, mini mental scale examination; MPI, Multidimensional Pain inventory; MPQ, Mc Gill Pain questionnaire; NIS, Neuropathy impairment score; NNT, number needed to treat; NPS, neuropathic pain scale; NPSI, neuropathic pain symptom inventory; NRS, numerical rating scale (or Likert scale); NS, not significant; NWC, number of words chosen; PDI, Pain disability index; PHN, post herpetic neuralgia; PN, polyneuropathy; PGIC, patient clinical global impression; POMS, profile of mood scale; PPI, present pain intensity; PR, pain relief; QOL, quality of life; QST, quantitative sensory testing; RCT, randomized controlled trial; SF-MPQ, short form Mc Gill Pain questionnaire; SIP, Sickness Impact Profile; SF36, Short Form 36 (QoL measure); STAI, Spielberger trait anxiety inventory; Trt, treatment; VAS, visual analogue scale; VRS, Verbal rating scale; vs., versus.

© 2010 The Author(s)

## Appendix 2

### General references

Baron R. Mechanisms of disease: neuropathic pain-a clinical perspective. Nat Clin Pract Neurol 2006; **2**: 95–106.

Bekelman JE, Li Y, Gross CP. Scope and impact of financial conflicts of interest in biomedical research: a systematic review. JAMA 2003; **289**: 454–465.

Bouhassira D, Lantéri-Minet M, Attal N, Laurent B, Touboul C. Prevalence of chronic pain with neuropathic characteristics in the general population. Pain 2008; **136**: 380–387.

Brainin M, Barnes M, Baron JC, Gilhus NE, Hughes R, Selmaj K, et al. Guideline Standards Subcommittee of the EFNS Scientific Committee. Guidance for the preparation of neurological management guidelines by EFNS scientific task forces – revised recommendations. Eur J Neurol 2004; **11**: 577-581.

Devigili G, Tugnoli V, Penza P, Camozzi F, Lombardi R, Melli G, et al. The diagnostic criteria for small fibre neuropathy: from symptoms to neuropathology. Brain 2008; **131**: 1912–1825.

Farrar JT, Young JP Jr, LaMoreaux L, Werth JL, Poole RM. Clinical importance of changes in chronic pain intensity measured on an 11-point numerical pain rating scale. Pain 2001; **94**: 149–158.

Finnerup NB, Jensen TS. Mechanisms of disease: Mechanism-based classification of neuropathic pain-a critical analysis. Nat Clin Pract Neurol 2006; **2**: 107–115.

Hansson P. Difficulties in stratifying neuropathic pain by mechanisms. Eur J Pain 2003; **7**: 353–357.

Hughes RA, Barnes MP, Baron JC, Brainin M. European Federation of Neurological Societies. Guidance for the preparation of neurological management guidelines by EFNS scientific task forces. Eur J Neurol 2001; **8**: 549–550.

Headache Classification Subcommittee of the International Headache Society. The International Classification of Headache Disorders: 2nd edition. Cephalalgia 2004; 24(Suppl. 1): 9–160.

Jensen TS, Baron R. Translation of symptoms and signs into mechanisms in neuropathic pain. Pain 2003; **102**: 1–8.

Merskey H, Bogduk N. *Classification of Chronic Pain*: *Descriptions of Chronic Pain Syndromes and Definitions of Pain Terms*. Seattle: IASP Press, 1994.

Sismondo S. How pharmaceutical industry funding affects trial outcomes: causal structures and responses. Soc Sci Med 2008; **66**: 1909–1914.

Torrance N, Smith BH, Bennett MI, Lee AJ. The epidemiology of chronic pain of predominantly neuropathic origin. Results from a general population survey. J Pain 2006; **7**: 281–289.

Treede RD, Jensen TS, Campbell JN, Cruccu G, Dostrovsky JO, Griffin JW, et al. Neuropathic pain: redefinition and a grading system for clinical and research purposes. Neurology 2008; **70**: 1630–1635.

Woolf CJ, Max MB. Mechanism-based pain diagnosis: issues for analgesic drug development. Anesthesiology 2001; **95**: 241-249.

### Meta-analyses, guidelines and systematic reviews

Attal N, Cruccu G, Haanpää M, Hansson P, Jensen TS, Nurmikko T, et al. EFNS Task Force. EFNS guidelines on pharmacological treatment of neuropathic pain. Eur J Neurol 2006; **13**: 1153–1169 (class I SR).

Cruccu G, Anand P, Attal N, Garcia-Larrea L, Haanpää M, Jørum E, et al. EFNS guidelines on neuropathic pain assessment. Eur J Neurol 2004; **11**: 153–162 (SR class I).

Degner D, Grohmann R, Kropp S, Ruther E, Bender S, Engel RR, et al. Severe adverse drug reactions of antidepressants: results of the German multicenter drug surveillance program AMSP. Pharmacopsychiatry 2004; 37(Suppl. 1): S39–S45 (class I SR).

Deshpande M, Holden RR, Gilron I. The impact of therapy on quality of life and mood in neuropathic pain: what is the effect of pain reduction? Anesth Analg 2006; **102**: 1473–1479 (class I SR).

Dworkin RH, O'Connor AB, Backonja M, Farrar JT, Finnerup NB, Jensen TS, et al. Pharmacologic management of neuropathic pain: Evidence based recommendations. Pain 2007; **132**: 237–251 (class I SR).

Dworkin RH, Turk DC, Farrar JT, Haythornthwaite JA, Jensen MP, Katz NP, et al Core outcome measures for chronic pain clinical trials: IMMPACT recommendations. Pain 2005; **113**: 9–19.

Eisenberg E, McNicol ED, Carr DB. Efficacy and safety of opioid agonists in the treatment of neuropathic pain of nonmalignant origin: systematic review and meta-analysis of randomized controlled trials. JAMA 2005; **293**: 3043–3052 (class I SR).

Eisenberg E, McNicol ED, Carr DB. Efficacy of mu-opioid agonists in the treatment of evoked neuropathic pain: Systematic review of randomized controlled trials. Eur J Pain 2006; **10**: 667–676 (SR class I).

Finnerup NB, Otto M, McQuay HJ, Jensen TS, Sindrup SH. Algorithm for neuropathic pain treatment: an evidence based proposal. Pain 2005; **118**: 289–305 (class I SR).

Gahimer J, Wernicke J, Yalcin I, Ossanna MJ, Wulster-Radcliffe M, Viktrup L. A retrospective pooled analysis of duloxetine safety in 23,983 subjects. Curr Med Res Opin 2007; **23**: 175–184 (class I SR).

© 2010 The Author(s)

Hardy T, Sachson R, Shen S, Armbruster M, Boulton AJ. Does treatment with duloxetine for neuropathic pain impact glycemic control? Diabetes Care 2007; 30: 21–26.

Hollingshead J, Dühmke RM, Cornblath DR. Tramadol for neuropathic pain. Cochrane Database Syst Rev 2006; 3: CD003726 (class I SR).

Jensen MP, Chodroff MJ, Dworkin RH. The impact of neuropathic pain on health-related quality of life: review and implications. Neurology 2007; 68: 1178–1182 (classs I SR).

Kalso E, Allan L, Dellemijn PL, Faura CC, Ilias WK, Jensen TS, et al. Recommendations for using opioids in chronic non-cancer pain. Eur J Pain 2003; 7: 381–386 (guidelines).

Kutluay E, McCague K, D'Souza J, Beydoun A. Safety and tolerability of oxcarbazepine in elderly patients with epilepsy. Epilepsy Behav 2003; 4: 175–180 (class I SR).

Manzanares J, Julian M, Carrascosa A. Role of the cannabinoid system in pain control and therapeutic implications for the management of acute and chronic pain episodes. Curr Neuropharmacol 2006; 4: 239–257 (class I SR).

Moore RA, McQuay HJ. Prevalence of opioid adverse events in chronic non-malignant pain: systematic review of randomised trials of oral opioids. Arthritis Res Ther 2005; 7: R1046–R1051 (class I SR).

Moore RA, Straube S, Wiffen PJ, Derry S, McQuay HJ. Pregabalin for acute and chronic pain in adults. Cochrane Database of Systematic Reviews 2009; 3: Art. No.: CD007076. DOI: 10.1002/14651858.CD007076.pub2 (class I SR).

Noto C, Pappagallo M, Szallasi A. NGX-4010, a high-concentration capsaicin dermal patch for lasting relief of peripheral neuropathic pain. Curr Opin Investig Drugs 2009; 10: 702–710 (class I SR).

O'Connor AB. Neuropathic pain. Quality-of-life impact, costs and cost effectiveness of therapy. Pharmacoeconomics 2009; 27: 95–112 (class I SR).

Ray WA, Meredith S, Thapa PB, Hall K, Murray KT. Cyclic antidepressants and the risk of sudden cardiac death. Clin Pharmacol Ther 2004; 75: 234–241 (class I SR).

Sindrup SH, Jensen TS. Pharmacologic treatment of pain in polyneuropathy. Neurology 2000; 55: 915–920 (class I SR)

Sindrup SH, Otto M, Finnerup NB, Jensen TS. Antidepressants in the treatment of neuropathic pain. Basic Clin Pharmacol Ther 2005; 96: 399–409 (class I SR).

Wiffen P, Collins S, McQuay H, Carroll D, Jadad A, Moore A. Anticonvulsant drugs for acute and chronic pain. Cochrane Database Syst Rev 2005c; 20: CD001133 (class I SR).

Wiffen P, McQuay H, Rees J, Moore RA. Gabapentin for acute and chronic pain. Cochrane Database Syst Rev 2009; 20: CD005452 (class I SR).

Wiffen P, McQuay H, Moore R. Carbamazepine for acute and chronic pain. Cochrane Database Syst Rev 2005b; 20: CD005451 (class I SR).

Wiffen PJ, Rees J. Lamotrigine for acute and chronic pain. Cochrane Database Syst Rev 2007; 2: CD006044 (class I SR).

### RCTs and meta-analyses in painful polyneuropathies

Abrams DI, Jay CA, Shade SB, Vizoso H, Reda H, Press S, et al. Cannabis in painful HIV-associated sensory neuropathy: a randomized placebo-controlled trial. Neurology 2007; 68: 515–521 (class I).

Agrawal RP, Choudhary R, Sharma P, Sharma S, Beniwal R, Kaswan K, et al. Glyceryl trinitrate spray in the management of painful diabetic neuropathy: a randomized double blind placebo controlled cross-over study. Diabetes Res Clin Pract 2007; 77: 161–167 (class I).

Amin P, Sturrock ND. A pilot study of the beneficial effects of amantadine in the treatment of painful diabetic peripheral neuropathy. Diabet Med 2003; 20: 114–118 (class II).

Backonja M, Beydoun A, Edwards KR, Schwartz SL, Fonseca V, Hes M, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. JAMA 1998; 280: 1831–1836 (class I).

Backonja M, Wallace MS, Blonsky ER, Cutler BJ, Man Jr B, Rauck R, et al. for the NGX-4010 C116 Group. NGX-4010, a high concentration capsaicin patch, for the treatment of postherpetic neuralgia: a randomised, double-blind study. Lancet Neurol 2009; 7: 1106–1102 (class I).

Baron R, Mayoral V, Leijon G, Binder A, Stergelwald I, Serpell M. 5% lidocaine medicated plaster versus pregabalin in post-herpetic neuralgia and diabetic polyneuropathy: an open-label, non-inferiority two-stage RCT study. Curr Med Res Opin 2009; 27: 1663–1676 (class IV).

Beydoun A, Shaibani A, Hopwood M, Wan Y. Oxcarbazepine in painful diabetic neuropathy: results of a dose-ranging study. Acta Neurol Scand 2006; 113: 395–404 (class I).

Dogra S, Beydoun S, Mazzola J, Hopwood M, Wan Y. Oxcarbazepine in painful diabetic neuropathy: a randomized, placebo-controlled study. Eur J Pain 2005; 9: 543–554 (class I).

Eisenberg E, Lurie Y, Braker C, Daoud D, Ishay A. Lamotrigine reduces painful diabetic neuropathy: a randomized, controlled study. Neurology 2001; **57**: 505–509 (class I).

Ellis RJ, Toperoff W, Vaida F, van den Brande G, Gonzales J, Gouaux B, et al. Smoked medicinal cannabis for neuropathic pain in HIV: a randomized, crossover clinical trial. Neuropsychopharmacology 2009; **34**: 672–680 (class II).

Ertas M, Sagduyu A, Arac N, Uludag B, Ertekin C. Use of levodopa to relieve pain from painful symmetrical diabetic polyneuropathy. Pain 1998; **75**: 257–259 (class II).

Estanislao L, Carter K, McArthur J, Olney R, Simpson D. The Lidoderm-HIV Neuropathy Group. A Randomized Controlled Trial of 5% Lidocaine Gel for HIV-Associated Distal Symmetric Polyneuropathy. J Acquir Immune Defic Syndr 2004; **37**: 1584–1586 (class II).

Freynhagen R, Strojek K, Griesing T, Whalen E, Balkenohl M. Efficacy of pregabalin in neuropathic pain evaluated in a 12-week, randomised, double-blind, multicentre, placebo-controlled trial of flexible- and fixed-dose regimens. Pain 2005; **115**: 254–263 (class I).

Freeman R, Raskin P, Hewitt DJ, Vorsanger GJ, Jordan DM, Xiang J, et al. Randomized study of tramadol/acetaminophen versus placebo in painful diabetic peripheral neuropathy. Curr Med Res Opin 2007; **23**: 147–161.

Gilron I, Baley JM, Tu D, Holdern DR, Jackson AC, Houlden RL. Nortriptyline and gabapentin, alone and in combination for neuropathic pain: a double-blind, randomised controlled crossover trial. Lancet 2009; **374**: 1252–1261.

Gilron I, Bailey JM, Tu D, Holden RR, Weaver DF, Houlden RL. Morphine, gabapentin, or their combination for neuropathic pain. N Engl J Med 2005; **352**: 1324–1334 (class I)

Gimbel JS, Richards P, Portenoy RK. Controlled-release oxycodone for pain in diabetic neuropathy. A randomized controlled trial. Neurology 2003; **60**: 927–934 (class I).

Goldstein DJ, Lu Y, Detke MJ, Lee TC, Lyengar S. Duloxetine versus placebo in patients with painful diabetic neuropathy. Pain 116: 109–118 (class I).

Gomez-Perez FJ, Choza R, Rios JM, Reza A, Huerta E, Aguilar CA, et al. Nortriptyline-fluphenazine vs. carbamazepine in the symptomatic treatment of diabetic neuropathy. Arch Med Res 1996; **27**: 525–529 (class II).

Grosskopf J, Mazzola J, Wan Y, Hopwood. M. A randomized, placebo-controlled study of oxcarbazepine in painful diabetic neuropathy. Acta Neurol Scand 2006; **114**: 177–180 (class I).

Hahn K, Arendt G, Braun JS, von Giesen HJ, Husstedt IW, Maschke M, et al. A placebo-controlled trial of gabapentin for painful HIV-associated sensory neuropathies. J Neurol 2004; **251**: 1260–1266 (class II).

Hammack JE, Michalak JC, Loprinzi CL, Sloan JA, Novotny PJ, Soori GS, et al. Phase III evaluation of nortriptyline for alleviation of symptoms of cis-platinum-induced peripheral neuropathy. Pain 2002; **98**: 195–203 (class II).

Hanna M, O'Brien C, Wilson MC. Prolonged-release oxycodone enhances the effects of existing gabapentin therapy in painful diabetic neuropathy patients. Eur J Pain 2008; **12**: 804–813 (class I).

Harati Y, Gooch C, Swenson M, Edelman S, Greene D, Raskin P, et al. Double-blind randomized trial of tramadol for the treatment of diabetic neuropathy. Neurology 1998; **50**: 1842–1846 (class I).

Jensen MP, Friedman M, Bonzo D, Richards P. The validity of the neuropathic pain scale for assessing diabetic neuropathic pain in a clinical trial. Clin J Pain 2006; **22**: 97–103 (class II).

Jose VM, Bhansali A, Hota D, Pandhi P. Randomized double-blind study comparing the efficacy and safety of lamotrigine and amitriptyline in painful diabetic neuropathy. Diabet Med 2007; **24**: 377–383.

Kadiroglu AK, Sit D, Kayabasi H, Tuzcu AK, Tasdemir N, Yilmaz ME. The effect of venlafaxine HCl on painful peripheral diabetic neuropathy in patients with type 2 diabetes mellitus. J Diabetes Complications 2008; **22**: 241–245 (class II).

Kajdasz DK, Lyengar S, Desaiah D, Backonja MM, Farrar JT, Fishbain DA, et al. Duloxetine for the management of diabetic peripheral neuropathic pain: evidence-based findings from post hoc analysis of three multicenter, randomized, double-blind, placebo-controlled, parallel-group studies. Clin Ther 2007; **29**(Suppl.): 2536–2546 (class I SR).

Kemper CA, Kent G, Burton S. Deresinski SC. Mexiletine for HIV-infected patients with painful peripheral neuropathy: a double-blind, placebo-controlled, crossover treatment trial. J Acquir Immune Defic Syndr Hum Retrovirol 1998; **19**: 367–372 (class I).

Kieburtz K, Simpson D, Yiannoutsos C, Max MB, Hall CD, Ellis RJ, et al. A randomized trial of amitriptyline and mexiletine for painful neuropathy in HIV infection. AIDS Clinical Trial Group 242 Protocol Team. Neurology 1998; **51**: 1682–1688 (class I).

Kochar DK, Jain N, Agarwal RP, Srivastava T, Agarwal P, Gupta S. Sodium valproate in the management of painful polyneuropathy in type 2 diabetes – a randomized placebo controlled study. Acta Neurol Scand 2002; **106**: 248–252 (class II).

Kochar DK, Rawat N, Agrawal RP, Vyas A, Beniwal R, Kochar SK, et al. Sodium valproate for painful

diabetic neuropathy: a randomised double-blind placebo-controlled study. QJM 2004; **97**: 33–38 (class II).

Lesser H, Sharma U, LaMoreaux L, Poole RM. Pregabalin relieves symptoms of painful diabetic neuropathy: a randomized controlled trial. Neurology 2004; **63**: 2104–2110 (class I).

Max MB, Kishore-Kumar R, Schafer SC, Meister B, Gracely RH, Smoller B, et al. Efficacy of desipramine in painful diabetic neuropathy: a placebo-controlled trial. Pain 1991; **45**: 3–9 (class I).

Morello CM, Leckband SG, Stoner CP, Moorhouse DF, Szhagian GA. Randomized double-blind study comparing the efficacy of gabapentin with amitriptyline on diabetic peripheral neuropathy pain. Arch Intern Med 1999; **159**: 1931–1937 (class II).

Otto M, Bach FW, Jensen TS, Brøsen K, Sindrup SH. Escitalopram in painful polyneuropathy: a randomized, placebo-controlled, cross-over trial. Pain 2008; **139**: 275–283 (class I).

Otto M, Bach FW, Jensen TS, Sindrup SH. Health-related quality of life and its predictive role for analgesic effect in patients with painful polyneuropathy. Eur J Pain 2007; **11**: 572–578 (class I SR).

Otto M, Bach FW, Jensen TS, Sindrup SH. Valproic acid has no effect on pain in polyneuropathy: a randomized, controlled trial. Neurology 2004; **62**: 285–288 (class I).

Paice JA, Ferrans CE, Lashley FR, Shott S, Vizgirda V, Pitrak D. Topical capsaicin in the management of HIV-associated peripheral neuropathy. J Pain Symptom Manage 2000; **19**: 45–52 (class I).

Portenoy RK, Farrar JT, Backonja MM, Cleeland CS, Yang K, Friedman M, et al. Long-term use of controlled-release oxycodone for noncancer pain: results of a 3-year registry study. Clin J Pain 2007; **23**: 287–299 (class IV).

Quilici S, Chancellor J, Löthgren M, Simon D, Said G, Le TK, et al. Meta-analysis of duloxetine vs. pregabalin and gabapentin in the treatment of diabetic peripheral neuropathic pain. BMC Neurology 2009; **9**: 6 (class I SR).

Raskin J, Pritchett YL, Wang F, D'Souza DN, Waninger AL, Lyengar S, et al. A double-blind, randomized multicenter trial comparing duloxetine with placebo in the management of diabetic peripheral neuropathic pain. Pain Med 2005; **6**: 346–356 (class I).

Raskin P, Donofrio PD, Rosenthal NR, Hewitt DJ, Jordan DM, Xiang J, et al. Topiramate vs placebo in painful diabetic polyneuropathy: analgesic and metabolic effects. Neurology 2004; **63**: 865–873 (class I).

Rauck RL, Shaibani A, Biton V, Simpson J, Koch B. Lacosamide in painful diabetic peripheral neuropathy: a phase 2 double-blind placebo-controlled study. Clin J Pain 2007; **23**: 150–158 (class I).

Richter RW, Portenoy R, Sharma U, Lamoreaux L, Bockbrader H, Knapp LE. Relief of painful diabetic peripheral neuropathy with pregabalin: a randomized, placebo-controlled trial. J Pain 2005; **6**: 253–360 (class I).

Rosenstock J, Tuchman M, LaMoreaux L, Sharma U. Pregabalin for the treatment of painful diabetic peripheral neuropathy: a double-blind, placebo-controlled trial. Pain 2004; **110**: 628–638 (class I).

Rowbotham MC, Goli V, Kunz NR, Lei D. Venlafaxine extended release in the treatment of painful diabetic neuropathy: a double-blind, placebo-controlled study. Pain 2004; **110**: 697–706 (class I).

Rowbotham MC, Rachel Duan W, Thomas J, Nothaft W, Backonja MM. A randomized, double-blind, placebo-controlled trial evaluating the efficacy and safety of ABT-594 in patients with diabetic peripheral neuropathic pain. Pain 2009; [Epub ahead of print] (class I).

Rull JA, Quibrera R, Gonzalez-Millan H, Lozano Castaneda O. Symptomatic treatment of peripheral diabetic neuropathy with carbamazepine (Tegretol): double blind crossover trial. Diabetologia 1969; **5**: 215–218 (class I).

Saarto T, Wiffen PJ. Antidepressants for neuropathic pain. Cochrane Database Syst Rev 2007 **4**: Art. No.: CD005454.   DOI:   10.1002/1465858.CD005454.pub2 (class I SR).

Schifitto G, Yiannoutsos CT, Simpson DM, Marra CM, Singer EJ, Kolson DL, et al. Adult AIDS Clinical Trials Group (ACTG) 301 tEAM. A placebo-controlled study of memantine for the treatment of human immunodeficiency virus-associated sensory neuropathy. J Neurovirol 2006; **12**: 328–331 (class II).

Shlay JC, Chaloner K, Max MB, Flaws B, Reichelderfer P, Wentworth D, et al. Acupuncture and amitriptyline for pain due to HIV-related peripheral neuropathy: a randomized controlled trial. Terry Beirn Community Programs for Clinical Research on AIDS. JAMA 1998; **280**: 1590–1595 (class I).

Simpson DA. Gabapentin and venlafaxine for the treatment of painful diabetic neuropathy. J Clin Neuromusc Dis 2001; **3**: 53–62 (class II).

Simpson DM, Brown S, Tobias J, NGX-4010 C107 Study Group. Controlled trial of high-concentration capsaicin patch for treatment of painful HIV neuropathy. Neurology 2008; **70**: 2305–2313 (class I).

Simpson DM, McArthur JC, Olney R, Clifford D, So Y, Ross D, et al. Lamotrigine for HIV-associated painful sensory neuropathies: a placebo-controlled trial. Neurology 2003; **60**: 1508–1514 (class I).

Simpson DM, Olney R, McArthur JC, Khan A, Godbold J, Ebel-Frommer K. A placebo-controlled trial of lamotrigine for painful HIV-associated neuropathy. Neurology 2000; **54**: 2115–2119 (class II).

Sindrup SH, Andersen G, Madsen C, Smith T, Brøsen K, Jensen TS. Tramadol relieves pain and allodynia in polyneuropathy: a randomised, double-blind, controlled trial. Pain 1999; **83**: 85–90 (class I).

Sindrup SH, Bach FW, Madsen C, Gram LF, Jensen TS. Venlafaxine versus imipramine in painful poly-neuropathy: a randomized, controlled trial. Neurology 2003; **60**: 1284–1289 (class I).

Sindrup SH, Graf A, Sfikas N. The NK1-receptor antagonist TKA731 in painful diabetic neuropathy: a randomised, controlled trial. Eur J Pain 2006; **10**: 567–571 (class I).

Sindrup SH, Gram LF, Skjold T, Grodum E, Brosen K, Beck-Nielsen H. Clomipramine vs desipramine vs placebo in the treatment of diabetic neuropathy symp-toms. A double-blind cross-over study. Br J Clin Pharmacol 1990; **30**: 683–691 (class I).

Skljarevski V, Desaiah D, Zhang Q, Chapell AS, Detke MJ, Gross JL, et al. Evaluating the maintenance of effect of duloxetine in patients with diabetic peripheral neuropathic pain. Diab Met Res Rev 2009; (in press).

Sultan A, Gaskell H, Derry S, Moore RA. Duloxe-tine for painful diabetic neuropathy and fibromyalgia pain: systematic review of randomised trials. BMC Neurology 2008; **8**: 29 (class I SR).

Thienel U, Neto W, Schwabe SK, Vijapurkar U. Topiramate in painful diabetic polyneuropathy: find-ings from three double-blind placebo-controlled trials. Acta Neurol Scand 2004; **110**: 221–231 (class I).

Vinik AI, Tuchman M, Safirstein B, Corder C, Kirby L, Wilks K, et al. Lamotrigine for treatment of pain associated with diabetic neuropathy: results of two randomized, double-blind, placebo-controlled studies. Pain 2007; **128**: 169–179 (class I).

Vrethem M, Boivie J, Arnqvist H, Holmgren H, Lindstrom T, Thorell LH. A comparison of amitripty-line and maprotiline in the treatment of painful poly-neuropathy in diabetics and nondiabetics. Clin J Pain 1997; **13**: 313–323 (class I).

Wernicke JF, Pritchett YL, D'Souza DN, Waninger A, Tran P, Lyengar S, et al. A randomized controlled trial of duloxetine in diabetic peripheral neuropathic pain. Neurology 2006; **67**: 1411–1420 (class I).

Wymer JP, Simpson J, Sen J, Bongardt S. Efficacy and safety of lacosamide in diabetic neuropathic pain: a 18 weeks double blind placebo controlled trial of fixed doses regimens. Clin J Pain 2009; **25**: 376–385 (class I).

Yuan RY, Sheu JJ, Yu JM, Chen WT, Tseng IJ, Chang HH, et al. Botulinum toxin for diabetic neuro-pathic pain: a randomized double-blind crossover trial. Neurology 2009; **72**: 1473–1478 (class II).

Yuen KC, Baker NR, Rayman G. Treatment of chronic painful diabetic neuropathy with isosorbide dinitrate spray: a double-blind placebo-controlled cross-over study. Diabetes Care 2002; **25**: 1699–1703 (class I).

**Systematic reviews and RCTs in postherpetic neuralgia**

Arezzo JC, Rosenstock J, La Moreaux L, Pauer L. Efficacy and safety of pregabalin 600 mg/d for treating painful diabetic peripheral neuropathy: a double-blind placebo-controlled trial. BMC Neurulogy 2008; **8**: 33.

Armstrong DG, Chappell AS, Le TK, Kajdasz DK, Backonja M, D'Souza DN, et al. Duloxetine for the management of diabetic peripheral neuropathic pain: evaluation of functional outcomes. Pain Med 2007; **8**: 410–418 (SR class I).

Atli A, Dogra S. Zonisamide in the treatment of painful diabetic neuropathy: a randomized, double-blind, placebo-controlled pilot study. Pain Med 2005; **6**: 225–234 (class II).

Bernstein JE, Korman NJ, Bickers DR, Dahl MV, Millikan LE. Topical capsaicin treatment of chronic postherpetic neuralgia. J Am Acad Dermatol 1989; **21**: 265–270 (class II).

Binder A, Bruxelle J, Rogers P, Hans G, Böster I, Baron R. Topical 5% lidocaine (lignocaine) medicated plaster treatment for post-herpetic neuralgia. Clin Drug Investig 2009; **29**: 393–408 (class I).

Boureau F, Legallicier P, Kabir-Ahmadi M. Tram-adol in post-herpetic neuralgia: a randomized, double-blind, placebo- controlled trial. Pain 2003; **104**: 323–331 (class I).

Chandra K, Shafiq N, Pandhi P, Gupta S, Malhotra S. Gabapentin versus nortriptyline in post-herpetic neuralgia patients: a randomized, double-blind clinical trial – the GONIP Trial. Int J Clin Pharmacol Ther 2006; **44**: 358–363 (class II).

Dworkin RH, Corbin AE, Young JP Jr, Sharma U, LaMoreaux L, Bockbrader H, et al. Pregabalin for the treatment of postherpetic neuralgia: a randomized, placebo-controlled trial. Neurology 2003; **60**: 1274–1283 (class I).

Dubinsky RM, Kabbani H, El-Chami Z, Boutwell C, Ali H. Practice parameter: treatment of postherpetic neuralgia. An evidence-based report of the Quality Standards Committee of the American Academy of Neurology. Neurology 2004; **63**: 959–965 (class I SR).

Edwards RR, Haythornthwaite JA, Tella P, Max MB, Raja S. Basal heat pain thresholds predict opioid analgesia in patients with postherpetic neuralgia. Anesthesiology 2006; **104**: 1243–1248 (class II).

Eisenberg E, Kleiser A, Dortort A, Haim T, Yar-nitsky D. The NMDA (N-methyl-D-aspartate) receptor antagonist memantine in the treatment of postherpetic neuralgia: a double-blind, placebo-controlled study. Eur J Pain 1998; **2**: 321–327 (class II).

Galer BS, Jensen MP, Ma T, Davies PS, Rowbotham MC. The lidocaine patch 5% effectively treats all neuropathic pain qualities: results of a randomized, double-blind, vehicle-controlled, 3-week efficacy study with use of the neuropathic pain scale. Clin J Pain 2002; 18: 297–301 (class II).

Galer BS, Rowbotham MC, Perander J, Friedman E. Topical lidocaine patch relieves postherpetic neuralgia more effectively than a vehicle topical patch: results of an enrichment enrollment study. Pain 1999; 80: 533–538 (class II).

Graff-Radford SB, Shaw LR, Naliboff BN. Amitriptyline and fluphenazine in the treatment of postherpetic neuralgia. Clin J Pain 2000; 16: 188–192 (class III).

Hans G, Sabatowski R, Binder A, Boesl I, Rogers P, Baron R. Efficacy and tolerability of a 5% lidocaine medicated plaster for the topical treatment of postherpetic neuralgia: results of a long-term study. Curr Med Res Opin 2009; 25: 1295–305 (class IV).

Hempenstall K, Nurmikko TJ, Johnson RW, A'Hern RP, Rice AS. Analgesic therapy in postherpetic neuralgia: a quantitative systematic review. PLoS Med 2005; 2: e164 (class I SR).

Irving G, Jensen M, Cramer M, Wu J, Chiang Y-K, Tark M. Efficacy and tolerability of gastric-retentive gabapentin for the treatment of postherpetic neuralgia. Clin J Pain 2009; 25: 185–192 (class I).

Jensen MP, Chiang Y-K, Wu, J. Assessment of pain quality in a clinical trial of gabapentin extended release for postherpetic neuralgia. Clin J Pain 2009; 25: 286–292 (class II).

Khaliq W, Alam S, Puri N. Topical lidocaine for the treatment of postherpetic neuralgia. Cochrane Database Syst Rev 2007; 18: CD004846 (class I SR).

Kishore-Kumar R, Max MB, Schafer SC, Gaughan AM, Smoller B, Gracely RH, et al. Desipramine relieves postherpetic neuralgia. Clin Pharmacol Ther 1990; 47: 305–312 (class II).

Kochar DK, Garg P, Bumb, Kochar SK, Mehta RD, Beniwal R, et al. Divalproex sodium in the management of post-herpetic neuralgia: a randomized double-blind placebo-controlled study. Q J Med 2005; 98: 29–34 (class II).

Max MB, Schafer SC, Culnane M, Smoller B, Dubner R, Gracely RH. Amitriptyline, but not lorazepam, relieves postherpetic neuralgia. Neurology 1988; 38: 1427–1432 (class II).

Raja SN, Haythornthwaite JA, Pappagallo M, Clark MR, Travison TG, Sabeen S, et al. Opioids versus antidepressants in postherpetic neuralgia. Neurology 2002; 59: 1015–1021 (class I).

Rice ACR, Maton S, Postherpetic Neuralgia Study Group. Gabapentin in postherpetic neuralgia: a randomised, double-blind, placebo-controlled study. Pain 2001; 94: 215–224 (class I).

Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L. Gabapentin for the treatment of postherpetic neuralgia: a randomized controlled trial. JAMA 1998; 280: 1837–1842 (class I).

Rowbotham MC, Reisner LA, Davies PS, Fields HL. Treatment response in antidepressant-naive postherpetic neuralgia patients: double-blind, randomized trial. J Pain 2005; 6: 741–746 (class I).

Sabatowski R, Galvez R, Cherry DA, Jacquot F, Vincent E, Maisonobe P, et al. Pregabalin reduces pain and improves sleep and mood disturbances in patients with post-herpetic neuralgia: results of a randomised, placebo-controlled clinical trial. Pain 2004; 109: 26–35 (class I).

Shackelford S, Rauck R, Quessy S, Blum D, Hodge R, Philipson R. A randomized, double-blind, placebo controlled trial of a selective COX2 inhibitor GW406381 in patients with postherpetic neuralgia. J Pain 2009; 10: 654–660 (class I).

Stacey BR, Barrett JA, Whalen E, Phillips KF, Rowbotham MC. Pregabalin for postherpetic neuralgia: placebo-controlled trial of fixed and flexible dosing regimens on allodynia and time to onset of pain relief. J Pain 2008; 9: 1006–1017 (class I).

Van Seventer R, Feister HA, Young JP Jr, Stoker M, Versavel M, Rigaudy L. Efficacy and tolerability of twice-daily pregabalin for treating pain and related sleep interference in postherpetic neuralgia: a 13-week, randomized trial. Curr Med Res Opin 2006; 22: 375–384 (class I).

Wasner G, Kleinert A, Binder A, Schattschneider J, Baron R. Postherpetic neuralgia: topical lidocaine is effective in nociceptor deprived skin. J Neurol 2005; 677–676 (class II).

Watson CP, Babul N. Efficacy of oxycodone in neuropathic pain: a randomized trial in postherpetic neuralgia. Neurology 1998b; 50: 1837–184 (class I).

Watson CP, Chipman M, Reed K, Evans RJ, Birkett N. Amitriptyline versus maprotiline in postherpetic neuralgia: a randomized, double-blind, crossover trial. Pain 1992; 48: 29–36 (class II).

Watson CP, Evans RJ, Reed K, Merskey H, Goldsmith L, Warsh J. Amitryptiline versus placebo in postherpetic neuralgia. Neurology 1982; 32: 671–673 (class II).

Watson CP, Moulin D, Watt-Watson J, Gordon A, Eisenhoffer J. Controlled-release oxycodone relieves neuropathic pain: a randomized controlled trial in painful diabetic neuropathy. Pain 2003; 105: 71–78 (class I).

Watson CP, Tyler KL, Bickers DR, Millikan LE, Smith S, Coleman E. A randomized vehicle-controlled

trial of topical capsaicin in the treatment of postherpetic neuralgia. Clin Ther 1993; **15**: 510–526 (class I).

Watson CP, Vernich L, Chipman M, Reed K. Nortriptyline versus amitriptyline in postherpetic neuralgia: a randomized trial. Neurology 1998a; **51**: 1166–1171 (class II).

**Systematic reviews and RCTs in trigeminal neuralgia**

Campbell FG, Graham JG, and Zilkha KJ. Clinical trial of carbamazepine (tegretol) in trigeminal neuralgia. J Neurol Neurosurg Psychiatry 1966; **29**: 265–267.

Carrazana E, Mikoshiba E. Rationale and evidence for the use of oxcarbazepine in neuropathic pain. J Pain Symptom Manag 2003; **25**: S31–S35.

Cruccu G, Gronseth G, Alksne J, Argoff C, Brainin M, Burchiel K, et al. AAN-EFNS guidelines on trigeminal neuralgia management. Eur J Neurol 2008; **15**: 1013–1028 (class I SR).

Cruccu G, Truini A Trigeminal neuralgia and orofacial pains. In: The Neurological Basis of Pain. New York: McGraw Hill, 2005: 401–414, (class I SR).

Gronseth G, Cruccu G, Alksne J, Argoff C, Brainin M, Burchiel K, et al. Practice parameter: the diagnostic evaluation and treatment of trigeminal neuralgia (an evidence-based review): report of the Quality Standards Subcommittee of the American Academy of Neurology and the European Federation of Neurological Societies. Neurology 2008; **71**: 1183–1190 (class I SR).

He L, Wu B, Zhou M. Non-antiepileptic drugs for trigeminal neuralgia. Cochrane Database Syst Rev 2006; **3**: CD004029 (class I SR).

Lemos L, Flores S, Oliveira P, Almeida A. Gabapentin supplemented with ropivacain block of trigger points improves pain control and quality of life in trigeminal neuralgia patients when compared with gabapentin alone. Clin J Pain 2008; **24**: 64–75 (class IV).

Liebel JT, Menger N, Langohr H. Oxcarbazepine in der Behandlung der Trigeminus neuralgie. Nervenheilkunde 2001; **20**: 461–465 (class II).

Nurmikko T, Cruccu G. Botulinum toxin for trigeminal neuralgia. Eur J Neurol 2009; **16**: e104 (comment).

Zakrzewska JM, Chaudhry Z, Nurmikko TJ, Patton DW, Mullens EL. Lamotrigine (lamictal) in refractory trigeminal neuralgia: results from a double-blind placebo controlled crossover trial. Pain 1997; **73**: 223–230 (class III).

**Systematic reviews and RCTs in central pain**

Breuer B, Pappagallo M, Knotkova H, Guleyupoglu N, Wallenstein S, Portenoy RK. A randomized, double-blind, placebo-controlled, two-period, crossover, pilot

trial of lamotrigine in patients with central pain due to multiple sclerosis. Clin Ther 2007; **29**: 2022–2030 (class II).

Cardenas DD, Warms CA, Turner JA, Marshall H, Brooke MM, Loeser JD. Efficacy of amitriptyline for relief of pain in spinal cord injury: results of a randomized controlled trial. Pain 2002; **96**: 365–373 (class II).

Chiou-Tan FY, Tuel SM, Johnson JC, Priebe MM, Hirsh DD, Strayer JR. Effect of mexiletine on spinal cord injury dysesthetic pain. Am J Phys Med Rehabil 1996; **75**: 84–87 (class I).

Djaldetti R, Yust-Katz S, Kolianov V, Melamed E, Dabby R. The effect of duloxetine on primary pain symptoms in Parkinson disease. Clin Neuropharmacol 2007; **30**: 201–205 (class IV).

Drewes AM, Andreasen A, Poulsen LH. Valproate for treatment of chronic central pain after spinal cord injury. A double-blind cross-over study. Paraplegia 1994; **32**: 565–569 (class II).

Finnerup NB, Sindrup SH, Bach FW, Johannesen IL, Jensen TS. Lamotrigine in spinal cord injury pain: a randomized controlled trial. Pain 2002; **96**: 375–383 (class II).

Klit H, Finnerup NB, Jensen TS. Central post-stroke pain: clinical characteristics, pathophysiology, and management. Lancet Neurol 2009; (in press) (class I SR).

Norrbrink C, Lundeberg T Tramadol in neuropathic pain after spinal cord injury: a randomized double blind placebo-controlled trial. Clin J Pain 25: 177–184 (class II).

Leijon G, Boivie J. Central post-stroke pain – a controlled trial of amitriptyline and carbamazepine. Pain 1989; **36**: 27–36 (class II).

Levendoglu F, Ogun CO, Ozerbil O, Ogün TC, Ugurlu H. Gabapentin is a first line drug for the treatment of neuropathic pain in spinal cord injury. Spine 2004; **29**: 743–751 (class II).

Rintala DH, Holmes SA, Courtade D, Fiess RN, Tastard LV, Loubser PG. Comparison of the effectiveness of amitriptyline and gabapentin on chronic neuropathic pain in persons with spinal cord injury. Arch Phys Med Rehab 2007; **88**: 1547–1560 (class II).

Rog DJ, Nurmikko TJ, Friede T, Young CA. Randomized, controlled trial of cannabis-based medicine in central pain in multiple sclerosis. Neurology 2005; **65**: 812–819 (class I).

Rog DJ, Nurmikko TJ, Young CA. Oromucosal delta9-tetrahydrocannabinol/cannabidiol for neuropathic pain associated with multiple sclerosis: an uncontrolled, open-label, 2-year extension trial. Clin Ther 2007; **29**: 2068–2079 (class IV).

Siddall PJ, Cousins MJ, Otte A, Griesing T, Chambers R, Murphy TK. Pregabalin in central neuropathic

pain associated with spinal cord injury: a placebo-controlled trial. Neurology 2006; **67**: 1792–1800 (class I).

Svendsen KB, Jensen TS, Bach FW. Does the cannabinoid dronabinol reduce central pain in multiple sclerosis? Randomised double blind placebo controlled crossover trial. BMJ 2004; **329**: 253 (class I).

Vestergaard K, Andersen G, Gottrup H, Kristensen BT, Jensen TS. Lamotrigine for central poststroke pain: A randomized controlled trial. Neurology 2001; **56**: 184–190 (class I).

Wade DT, Makela P, Robson P, House H, Bateman C. Do cannabis-based medicinal extracts have general or specific effects on symptoms in multiple sclerosis? A double-blind, randomized, placebo-controlled study on 160 patients. Mult Scler 2004; **10**: 434–441 (class II).

Vranken JH, Dijkgraaf MG, Kruis MR, Van Dasselaar NT, Van der Vegt MH. Iontophoretic administration of S(+)-ketamine in patients with intractable central pain: a placebo-controlled trial. Pain 2005; **118**: 224–231 (class II).

Vranken JH, Dijkgraaf MG, Kruis MR, van der Vegt MH, Hollmann MW, Heesen M. Pregabalin in patients with central neuropathic pain: a randomized, double-blind, placebo-controlled trial of a flexible-dose regimen. Pain 2008; **136**: 150–157 (class I).

## RCTs in other NP conditions

Arbaiza D, Vidal O. Tramadol in the treatment of neuropathic cancer pain: a double-blind, placebo-controlled study. Clin Drug Investig 2007; **27**: 75–83 (class I).

Berman JS, Symonds C, Birch R. Efficacy of two cannabis based medicinal extracts for relief of central neuropathic pain from brachial plexus avulsion: results of a randomised controlled trial. Pain 2004; **112**: 299–306 (class II).

Bone M, Critchley P, Buggy DJ. Gabapentin in postamputation phantom limb pain: a randomized, double-blind, placebo-controlled, cross-over study. Reg Anesth Pain Med 2002; **27**: 481–486 (class II).

Caraceni A, Zecca E, Bonezzi C, Arcuri E, Yaya Tur R, Maltoni M. Gabapentin for neuropathic cancer pain: a randomized controlled trial from the Gabapentin Cancer Pain Study Group. J Clin Oncol 2004; **22**: 2909–2917.

Harke H, Gretenkort P, Ladleif HU, Rahman S, Harke G, Martini C, et al. Gabapentin for neuropathic cancer pain: a randomized controlled trial from the Gabapentin Cancer Pain Study Group. J Clin Oncol 2004; **22**: 2909–2917 (class I).

Chabal C, Jacobson L, Mariano A, Chaney E, Britell CW. The use of oral mexiletine for the treatment of

pain after peripheral nerve injury. Anesthesiology 1992; **76**: 513–517 (class I).

Ellison N, Loprinzi CL, Kugler J, Hatfield AK, Miser A, Sloan JA, et al. Phase III placebo-controlled trial of capsaicin cream in the management of surgical neuropathic pain in cancer patients. J Clin Oncol 1997; **15**: 2974–2980 (class I).

Frank B, Serpell MG, Hughes J, Matthews JN, Kapur D. Comparison of analgesic effects and patient tolerability of nabilone and dihydrocodeine for chronic neuropathic pain: randomised, crossover, double blind study. BMJ 2008; **336**: 199–201 (class I).

Gordh TE, Stubhaug A, Jensen TS, Arnèr S, Biber B, Boivie J, et al. Gabapentin in traumatic nerve injury pain: a randomized, double-blind, placebo-controlled, cross-over, multi-center study. Pain 2008; **138**: 255–266 (class I).

Hardy JR, Rees EA, Gwilliam B, Ling J, Broadley K, A'Hern R. A phase II study to establish the efficacy and toxicity of sodium valproate in patients with cancer-O The response of neuropathic pain and pain in complex regional pain syndrome I to carbamazepine and sustained-release morphine in patients pretreated with spinal cord stimulation: a double-blinded randomized study. Anesth Analg 2001; **92**: 488–495 (class II).

Ho KY, Huh BK, White WD, Yeh CC, Miller EJ. Topical amitriptyline versus lidocaine in the treatment of neuropathic pain. Clin J Pain 2008; **24**: 51–55 (class II).

Huse E, Larbig W, Flor H, Birbaumer N. The effect of opioids on phantom limb pain and cortical reorganization. Pain **90**: 47–55. J Clin Oncol 2004; **22**: 2909–2017 (class II).

Kalso E, Tasmuth T, Neuvonen PJ. Amitriptyline effectively relieves neuropathic pain following treatment of breast cancer. Pain 1996; **64**: 293–302 (class II).

Karst M, Salim K, Burstein S, Conrad I, Hoy L, Schneider U. Analgesic effect of the synthetic cannabinoid CT-3 on chronic neuropathic pain: a randomized controlled trial. JAMA 2003; **290**: 1757–1762 (class I).

Khoromi S, Cui L, Nackers L, Max MB. Morphine, nortriptyline and their combination vs. placebo in patients with chronic lumbar root pain. Pain 2007; **130**: 66–75 (class II).

Khoromi S, Patsalides A, Parada S, Salehi V, Meegan JM, Max MB. Topiramate in chronic lumbar radicular pain. J Pain 2005; **6**: 829–836 (class II).

Langohr HD, Stohr M, Petruch F. An open and double-blind cross-over study on the efficacy of clomipramine (Anafranil) in patients with painful mono- and polyneuropathies. Eur Neurol 1982; **21**: 309–317 (class II).

Lynch ME, Clark AJ, Sawynok J. A pilot study examining topical amitriptyline, ketamine, and a com-

bination of both in the treatment of neuropathic pain. Clin J Pain 2003; **19**: 323–328 (class II).

Lynch ME, Clark AJ, Sawynok J, Sullivan MJ. Topical 2% amitriptyline and 1% ketamine in neuropathic pain syndromes: a randomized, double-blind, placebo-controlled trial. Anesthesiology 2005; **103**: 140 (class I).

Maier C, Dertwinkel R, Mansourian N, Hosbach I, Schwenkreis P, Senne I, et al. Efficacy of the NMDA-receptor antagonist memantine in patients with chronic phantom limb pain – results of a randomized double-blinded, placebo-controlled trial. Pain 2003; **103**: 277–283 (class II).

McCleane G. Topical application of doxepin hydrochloride, capsaicin and a combination of both produces analgesia in chronic human neuropathic pain: a randomized, double-blind, placebo-controlled study. Br J Clin Pharmacol 2000; **49**: 574–579 (class II).

McCleane GJ. 200 mg daily of lamotrigine has no analgesic effect in neuropathic pain: a randomised, double-blind, placebo controlled trial. Pain 1999; **83**: 105–107 (class II).

McCleane GJ. A randomised, double blind, placebo controlled crossover study of the cholecystokinin 2 antagonist L-365,260 as an adjunct to strong opioids in chronic human neuropathic pain. Neurosci Lett 2003; **338**: 151–154.

McQuay HJ, Carroll D, Jadad AR, Glynn CJ, Jack T, Moore RA, et al. Dextromethorphan for the treatment of neuropathic pain: a double-blind randomised controlled crossover trial with integral n-of-1 design. Pain 1994; **59**: 127–133 (class II).

Meier T, Wasner G, Faust M, Kuntzer T. Ochsner F, Hueppe M. Efficacy of lidocaine patch 5% in the treatment of focal peripheral neuropathic pain syndromes: a randomized, double-blind, placebo-controlled study. Pain 2003 (class I).

Mercadante S, Arcuri E, Tirelli W, Villari P, Casuccio A. Amitriptyline in neuropathic cancer pain in patients on morphine therapy: a randomized placebo-controlled, double-blind crossover study. Tumori 2002; **88**: 239–242 (class II).

Morley JS, Bridson J, Nash TP, Miles JB, White S, Makin MK. Low-dose methadone has an analgesic effect in neuropathic pain: a double-blind randomized controlled crossover trial. Palliat Med 2003; **17**: 576–587 (class II).

Nelson KA, Park KM, Robinovitz E, Tsigos C, Max MB. High-dose oral dextromethorphan versus placebo in painful diabetic neuropathy and postherpetic neuralgia. Neurology 1997; **48**: 1212–1218 (class II).

Nurmikko TJ, Serpell MG, Hoggart B, Toomey PJ, Morlion BJ, Haines D. Sativex successfully treats neuropathic pain characterised by allodynia: a randomised,

double-blind, placebo-controlled clinical trial. Pain 2007; **133**: 210–220 (class I).

Panerai AE, Monza G, Movilia P, Bianchi M, Francucci BM, Tiengo M. A randomized, within-patient, cross-over, placebo-controlled trial on the efficacy and tolerability of the tricyclic antidepressants chlorimipramine and nortriptyline in central pain. Acta Neurol Scand 1990; **82**: 34–38 (class II).

Ranoux D, Attal N, Morain F, Bouhassira D Botulinum toxin a induces direct analgesic effects in neuropathic pain: a double blind placebo controlled study. Ann Neurol 2008; **64**: 274–283 (class I).

Robinson LR, Czerniecki JM, Ehde DM, Edwards WT, Judish DA, Goldberg ML, et al. Trial of amitriptyline for relief of pain in amputees: results of a randomized controlled study. Arch Phys Med Rehabil 2004; **85**: 1–6 (class II).

Rowbotham MC, Twilling L, Davies PS, Reisner L, Taylor K, Mohr D. Oral opioid therapy for chronic peripheral and central neuropathic pain. New Eng J Med 2003; **348**: 1223–1232 (class I).

Sang CN, Booher S, Gilron I, Parada S, Max MB. Dextromethorphan and memantine in painful diabetic neuropathy and postherpetic neuralgia. Efficacy and dose-response trials. Anesthesiology 2002; **96**: 1053–1061 (class I).

Scadding JW, Wall PD, Parry CB, Brooks DM. Clinical trial of propranolol in post-traumatic neuralgia. Pain 1982; **14**: 283–292 (class II).

Semenchuk MR, Sherman S, Davis B. Double-blind, randomized trial of bupropion SR for the treatment of neuropathic pain. Neurology 2001; **57**: 1583–1588 (class I).

Serpell MG. Gabapentin in neuropathic pain syndromes: a randomised, double-blind, placebo-controlled trial. Pain 2002; **99**: 557–566 (class I).

Silver M, Blum D, Grainger J. Double blind placebo-controlled trial of lamotrigine in combination with other medications for neuropathic pain. J Pain Symptom Manage 2007; **34**: 446–454 (class I).

Smith DG, Ehde DM, Hanley MA, Campbell KM, Jensen MP, Hoffman AJ, et al. Efficacy of gabapentin in treating chronic phantom limb and residual limb pain. J Rehabil Res Dev 2005; **42**: 645–654 (class II).

Tasmuth T, Hartel B, Kalso E. Venlafaxine in neuropathic pain following treatment of breast cancer. Eur J Pain 2002; **6**: 17–24 (class II).

Vilholm OJ, Cold S, Rasmussen L, Sindrup SH. Effect of levetiracetam on the postmastectomy pain syndrome. Eur J Neurol 2008; **15**: 851–857 (class II).

Wallace MS, Magnuson S, Ridgeway B. Efficacy of oral mexiletine for neuropathic pain with allodynia: a double-blind, placebo-controlled, crossover study. Reg Anesth Pain Med 2000; **25**: 459–467 (class I).

Wallace MS, Rowbotham M, Bennett GJ, Jensen TS, Pladna R, Quessy S. A multicenter, double-blind, randomized, placebo-controlled crossover evaluation of a short course of 4030W92 in patients with chronic neuropathic pain. J Pain 2002b; **3**: 227–233 (class II).

Wallace MS, Rowbotham MC, Katz NP, Dworkin RH, Dotson RM, Galer BS, et al. A randomized, double-blind, placebo-controlled trial of a glycine antagonist in neuropathic pain. Neurology 2002a; **59**: 1694–1700 (class I).

Watson CP, Evans RJ. The postmastectomy pain syndrome and topical capsaicin: a randomized trial. Pain 1992; **51**: 375–379 (class II)

Wilder-Smith CH, Hill LT, Laurent S. Postamputation pain and sensory changes in treatment-naive patients: characteristics and responses to treatment with tramadol, amitriptyline, and placebo. Anesthesiology 2005; **103**: 619–628 (class II).

Wu CL, Agarwal S, Tella PK, Klick B, Clark MR, Haythornthwaite JA, et al. Morphine versus mexiletine for treatment of postamputation pain: a randomized, placebo-controlled, crossover trial. Anesthesiology 2008; **109**: 289–296 (class I).

Yucel A, Ozyalcin S, Koknel Talu G, Kiziltan E, Yucel B, Andersen OK, et al. The effect of venlafaxine on ongoing and experimentally induced pain in neuropathic pain patients: a double blind, placebo controlled study. Eur J Pain 2005; **9**: 407–416 (class II).