# EXHIBIT Q

**REVIEW ARTICLE**

Drugs 2011; 71 (5): 557-589
0012-6667/11/0005-0557/$55.55/0

© 2011 Adis Data Information BV. All rights reserved.

# Pharmacological Treatment of Diabetic Neuropathic Pain

*Howard S. Smith*[1] and *Charles E. Argoff*[2]

1   Albany Medical College, Department of Anesthesiology, Albany, New York, USA
2   Comprehensive Pain Center, Albany Medical College, Albany, New York, USA

## Contents

Abstract. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 558
1. Epidemiology of Painful Diabetic Peripheral Neuropathy (PDPN) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 559
2. Quality-of-Life Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 560
3. Diagnostic Assessment of PDPN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 561
4. Pathways Potentially Involved in PDPN Pathophysiology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 563
    4.1  Polyol Pathway. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 563
    4.2  Hexosamine Pathway . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 563
    4.3  Protein Kinase C Pathway . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 564
    4.4  Poly (Adenosine Diphosphate-Ribose) Polymerase Pathway . . . . . . . . . . . . . . . . . . . . . . . . . . . . 564
    4.5  The Receptor for Advanced Glycation End Product (RAGE) Pathway . . . . . . . . . . . . . . . . . . . 564
    4.6  Potential Consequences of Hyperglycaemia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 564
    4.7  Hypoinsulinaemia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 565
5. Therapies Directed at PDPN Pathophysiology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 565
    5.1  Insulin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 565
    5.2  C-Peptide and Acetyl-L-Carnitine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 565
    5.3  Aldose Reductase Inhibitors. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 566
    5.4  Benfotiamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 566
    5.5  Inhibition of AGE Formation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 567
    5.6  α-Lipoic Acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 567
    5.7  Resveratrol and Other Botanical Compounds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 567
6. Pharmacological Agents for Analgesia in PDPN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 568
    6.1  Antidepressants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 568
        6.1.1  Tricyclic Antidepressents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 568
        6.1.2  Serotonin-Norepinephrine Reuptake Inhibitors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 569
    6.2  Antiepileptic Drugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 570
        6.2.1  The α2δ Ligands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 570
        6.2.2  Carbamazepine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 572
        6.2.3  Lamotrigine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 572
        6.2.4  Topiramate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 572
    6.3  Opioids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 573
        6.3.1  Oxycodone Controlled Release . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 573
        6.3.2  Tramadol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 573
    6.4  NMDA Receptor Antagonists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 573
    6.5  Topical Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 574
        6.5.1  Topical Capsaicin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 574
        6.5.2  Topical Lidocaine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 574
7. Recommendations for Implementing Therapies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 575
8. Recommendations for Modifying Therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 575

9.  Contrasting Various Isolated Agents and Combinations of Agents for Analgesic Effects in the
    Treatment of PDPN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 576
10. Potential Future Analgesic Agents for the Treatment of PDNP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 577
    10.1   Lacosamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 577
    10.2   Neuronal Nicotinic Acetylcholine Receptor Agonists. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 578
    10.3   TRPV1 Antagonists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 578
    10.4   TRPA1 Antagonists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 578
    10.5   Purinergic Receptor Modulators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 579
    10.6   Adenosine Receptor Modulators. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 579
    10.7   Endocannabinoid Modulators. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 579
    10.8   Tocotrienols. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 580
    10.9   Vascular Endothelial Growth Factor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 580
    10.10  Botulinum Toxin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 581
    10.11  Miscellaneous Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 581
11. Conclusion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 581

**Abstract**
          Neuropathic pain continues to be a difficult and challenging clinical issue
to deal with effectively. Painful diabetic polyneuropathy is a complex pain
condition that occurs with reasonable frequency in the population and it may
be extremely difficult for clinicians to provide patients with effective analge-
sia. Chronic neuropathic pain may occur in approximately one of every four
diabetic patients. The pain may be described as burning or a deep-seated ache
with sporadic paroxysms of lacinating painful exacerbations. The pain is
often constant, moderate to severe in intensity, usually primarily involves the
feet and generally tends to worsen at night. Treatment may be multimodal
but largely involves pharmacological approaches. Pharmacological ther-
apeutic options include antidepressants (tricyclic antidepressants, serotonin-
norepinephrine reuptake inhibitors), $\alpha 2\delta$ ligands and topical (5%) lidocaine
patch. Other agents may be different antiepileptic drugs (carbamazepine, la-
motrigine, topiramate), topical capsaicin, tramadol and other opioids.
          Progress continues with respect to understanding various mechanisms that
may contribute to painful diabetic neuropathy. Agents that may hold some
promise include neurotrophic factors, growth factors, immunomdoulators,
gene therapy and poly (adenosine diphosphate-ribose) polymerase inhibitors.
It is hoped that in the future clinicians will be able to assess patient patho-
physiology, which may help them to match optimal therapeutic agents to
target individual patient aberrant mechanisms.

Painful diabetic peripheral neuropathy (PDPN) is often an extremely debilitating condition, which may result in significant suffering. Patients with PDPN may be unable to cover themselves with sheets at night due to severe mechanical allodynia. Diabetic neuropathy is a general term referring to a spectrum of clinical and subclinical syndromes affecting the nervous system with different distributions and phenomena secondary to the effects of diabetes mellitus. Diabetic neuropathies may be classified into five major categories (see table I):

1.  distal symmetric polyneuropathy;
2.  acute sensory diabetic neuropathy;
3.  autonomic neuropathy;
4.  compressive focal neuropathies;
5.  noncompressive focal and multifocal neuropathies.

© 2011 Adis Data Information BV. All rights reserved.

**Table I.** Classification of diabetic neuropathies

| |
|---|
| **Generalized or diffuse neuropathy** |
| Distal symmetric polyneuropathy (e.g. chronic sensorimotor neuropathy) |
|    large fibre |
|    small fibre |
|    mixed fibre |
|    subclinical neuropathy |
| Acute sensory diabetic neuropathy |
|    acute sensory neuropathy variants |
|    hyperglycaemic neuropathy |
| Autonomic neuropathy |
| **Focal or multifocal** |
| Compressive focal neuropathies (e.g. Carpal tunnel syndrome, tasal tunnel syndrome, ulnar neuropathy, peroneal neuropathy) |
| Noncompressive focal and multifocal neuropathies |
|    cranial neuropathies |
|    mononeuritis multiplex |
|    diabetic amyotrophy |
|    truncal/lower extremity neuropathies (e.g. thoracolumbar radiculoneuropathies) |
|    plexopathies (e.g. lumbo sacral radiculoplexus) |
|    mononeuropathies (e.g. femoral, sciatic) |

Approximately 75% of all diabetic neuropathies are distal symmetrical peripheral polyneuropathies and are referred to in this review as diabetic polyneuropathies (DPNs), which when painful is referred to as painful diabetic polyneuropathy or PDPN. Please note that the authors recognize that other terms such as diabetic peripheral neuropathic pain are also used to describe the identical clinical condition; in this review, we use PDPN.

The average annual cost of pain medication per patient with PDPN is approximately $US1000, and patients who take two or more medications, as most do, have average annual medication costs of almost $US1600 (2005 values).[1] Overall, patients with painful neuropathies have annual healthcare costs almost three times higher than the costs for matched control populations.[2]

## 1. Epidemiology of Painful Diabetic Peripheral Neuropathy (PDPN)

A study that assessed symptoms of neuropathy in 350 patients with diabetes, using the Michigan Neuropathy Screening Instrument (MNSI), found that nearly one-third of those with type 1 and more than half of those with type 2 diabetes had at least one neuropathic symptom.[3] Patients with type 2 diabetes were significantly more likely to have paraesthesia and/or burning pain (p < 0.05).[3] Gregg et al.[4] found that in US adults older than 40 years with diabetes, 28.5% had evidence of DPN on the basis of neurological examination but only 10.9% of all patients with diabetes (38% of those with DPN) were symptomatic. Although DPN may be present in up to 10% of patients with type 2 diabetes at diagnosis,[5] the prevalence of neuropathic symptoms increases with duration of disease,[6] with the highest rates of neuropathy found among patients who have had diabetes for at least 25 years.[7]

One review estimated that PDPN affects 20–24% of all patients with diabetes,[8] whereas the Rochester Diabetic Neuropathy Study found that 20% of patients with diabetes have some degree of symptoms, but only 6% of patients with type 1 diabetes and 1% of patients with type 2 diabetes have severe symptoms.[9] A recent review suggests that between 10% and 20% of patients with diabetes will have PDPN with symptoms severe enough to require treatment.[5] Older studies found that the prevalence of PDPN ranged from 11% in insulin-treated diabetic patients older than 60 years[10] to 21% among patients with type 2 diabetes for more than 10 years.[6] It remains underappreciated that painful neuropathy may be the presenting symptom and may antedate diabetes onset by up to 4 years.[11-13]

An association between hyperglycaemia and DPN is well established.[14-17] Whether glycaemic control plays a crucial role in the risk of developing PDPN is not entirely certain, with one study finding an association[18] and another finding no connection among patients with type 2 diabetes.[6] However, it is generally accepted that tight glycaemic control is prudent and may reduce and/or delay the development or progression of PDPN, and/or ameliorate the severity of PDPN.[14-17] Furthermore, evidence published by Wiggin and colleagues[19] supports the evolving concept that hyperlipidaemia is instrumental in the progression of diabetic neuropathy.

© 2011 Adis Data Information BV. All rights reserved.

Van Acker and colleagues[20] conducted a cross-sectional study that included 1111 patients (767 type 2 and 344 type 1 diabetic patients) followed up in diabetic outpatients clinics with DPN and PDPN. The prevalence of DPN was 43% (95% CI 40.1, 45.9), and was higher in type 2 (50.8%) than in type 1 (25.6%) diabetic patients. The prevalence of PDPN was 14% (95% CI 12.1, 16.2), which, again, was higher in type 2 (17.9%) than in type 1 (5.8%) diabetic patients.[20] Physical and mental components of quality of life were significantly altered by PDPN, but not DPN. Only half of the PDPN patients were using analgesic treatment, while 28% were using antiepileptic drugs (AEDs) or antidepressants.[20]

Estimating the prevalence, incidence and risk of DPN depends on the criteria employed to identify the syndrome. The American Academy of Neurology, the American Association of Electrodiagnostic Medicine, and the American Academy of Physical Medicine and Rehabilitation published a consensus definition in 2005. Important points in the case definition include the following: (i) the combination of neuropathic symptoms, signs and abnormal electrodiagnostic studies is the strongest predictor of DPN; (ii) symptoms alone are a poor predictor of disease; and (iii) electrodiagnostic studies are not required for the clinical definition of DPN but are recommended to monitor disease in clinical research protocols.[21] According to a recent statement by the American Diabetes Association, DPN is defined as "the presence of symptoms and/or signs of peripheral nerve dysfunction in people with diabetes after the exclusion of other causes".[22] The diagnosis requires a careful history and clinical examination of the feet.

It appears that (i) DPN is highly prevalent in patients with diabetes; (ii) its prevalence increases with the duration of diabetes; and (iii) strict glycaemic control reduces the incidence and progression of DPN.[23] The prevalence of DPN increases with age, and tends to be more common in patients with type 2 diabetes than in those with type 1 diabetes;[23] in the Rochester Diabetic Neuropathy Study,[9] of a total of 380 patients, 102 (26.8%) had type 1 diabetes and 278 (73.2%) had type 2 diabetes.

Subjects with diabetes (n = 195) and controls were matched for age and sex (n = 198) from the population-based MONICA/KORA (MONItoring trends and determinants in CArdiovascular/ Cooperative Research in the Region of Augsburg) Surveys S2 and S3 and were aged 25–74 years. Among the controls, 46 (23.2%) had impaired glucose tolerance (IGT) [either isolated or combined with impaired fasting glucose (IFG)], 71 (35.9%) had isolated IFG, and 81 had normal glucose tolerance (NGT). The prevalence (95% CI) of neuropathic pain was 13.3% (8.9, 18.9) in the diabetic subjects, 8.7% (2.4, 20.0) in those with IGT, 4.2% (0.9, 11.9) in those with IFG and 1.2% (0.03, 6.7) in those with NGT (overall p = 0.003). The prevalence of neuropathic pain is increased 2- to 3-fold in subjects with IGT and diabetes compared with those with isolated IFG. Apart from diabetes, the predominant risk factors are age, obesity and peripheral arterial disease (PAD).[24]

Oral glucose tolerance tests (OGTTs) were carried out in the morning (7:00–11:00am) according to the WHO protocol.[25] Participants were asked to fast for 10 hours overnight, to avoid heavy physical activity on the day before examination, and to refrain from smoking before and during the test. Fasting venous blood glucose was sampled, and 75 g of anhydrous glucose was given (Dextro OGT®, Boehringer, Mannheim, Germany). IFG and IGT were defined using cutpoints for fasting plasma glucose of 100–125 mg/dL and for 2-hour plasma glucose of 140–199 mg/dL in the OGTT, respectively, according to the current American Diabetes Association criteria.[26]

## 2. Quality-of-Life Issues

Like all chronic pain, PDPN takes a toll on patients' quality of life. One small study found that quality of life was significantly (p < 0.01) more impaired among patients with PDPN than among diabetic patients without neuropathy.[27] Patients with PDPN had more impairment on measures of emotional reactions, energy, pain, physical mobility and sleep.[27] Another study of 105 patients with PDPN reported high levels of interference with sleep and enjoyment of life, and moderate

© 2011 Adis Data Information BV. All rights reserved.

interference with mobility, employment, and recreational and social activities.[28]

## 3. Diagnostic Assessment of PDPN

All PDPN patients require a comprehensive history and physical examination as well as appropriate blood work, imaging and ancillary testing. In assessing neuropathic pain, the use of an instrument specifically designed for neuropathic pain can provide important insight into patients' pain experience and is recommended.[29] The Leeds Assessment of Neuropathic Symptoms and Signs and the Neuropathic Pain Questionnaire are designed to differentiate neuropathic from nonneuropathic pain types.[30,31] The Neuropathic Pain Scale is designed to assess pain qualities that are distinct to neuropathic pain.[32] The first two instruments may be helpful in determining a neuropathic aetiology for the pain, whereas the latter can help to define the pain characteristics of the individual patient and to monitor the effect of pain treatments.

In addition to these screening questionnaires, several other simple questionnaires may be valuable to use in the clinic. These include the 15-item MNSI, the Brief Pain Inventory (BPI), and basic visual analogue or verbal descriptor scales.[33] The MNSI was developed at the University of Michigan (Ann Arbor, MI, USA) and is designed for use in outpatient primary care settings to screen for the presence of DPN.[34] The MNSI questionnaire consists of 15 questions about sensation, general asthenia and peripheral vascular disease. A positive response on seven or more of the questions is compatible with diagnosis of DPN. The MNSI questionnaire is followed by a simple 8-point clinical examination involving inspection of the foot, assessment of ankle reflexes and semiquantitative determination of vibration.

The presence or absence of neuropathic pain may also potentially be determined by using question 2 ("Do you have burning pain or pain at rest in your lower legs and/or feet?") and question 6 ("Is it painful when the bed covers touch your skin?") of the MNSI. A clinical examination using a score cutpoint >2, as previously suggested,[34] was recently validated as indicative of

neuropathy.[35] Neuropathic pain (painful neuropathy) was defined as the positive answer to questions 2 and 6 in presence of an MNSI score >2. The clinical examination portion of the MNSI takes into account the inspection of the feet (deformities, dry skin, callus, infection), presence or absence of foot ulceration, ankle reflexes and vibration perception threshold at the great toe, generally measured by the calibrated Rydel Seiffer tuning fork.[35]

The BPI, which was developed to assess cancer pain, includes a body map on which patients can indicate the location of their pain, and questions that assess pain severity and the effect of pain on quality of life and interference with daily activities.[33] A version of the BPI modified specifically for use in assessing PDPN (BPI-DPN) was recently validated.[36] The BPI-DPN uses four questions to assess pain severity (worst pain, least pain, average pain and pain now) and seven items to assess interference with daily life (general activity, mood, walking ability, normal work, relations with others, sleep and enjoyment of life). Each question uses an 11-point scale (0 indicating no pain or effect to 10 indicating worst pain imaginable or completely interferes) and asks patients specifically about pain related to their diabetes during the past 24 hours.[37] Item scores from 0 to 3 suggest mild pain or interference, whereas scores from 4 to 6 suggest moderate effect and those 7 or higher suggest severe pain or interference.[37]

In contrast to acute sensory neuropathies, PDPN is insidious in onset and usually characterized by burning-type pain, paraesthesia and numbness of mild to moderate severity.[5] Commonly, DPN first affects the feet and lower limbs, with the hands affected later.[22] Symptoms occur symmetrically in a 'stocking and glove' pattern.[38] The toes are often affected first since the longest nerves are most vulnerable. Subsequently, the next longest fibres may become involved (e.g. calves). Patients may lose vibration and proprioceptive sensation, temperature sensitivity and eventually pain sensation.[39] Loss of proprioception can lead to impaired gait and falls.

The classic presentation of PDPN is pain or tingling in the feet that can be described not only as 'burning' or 'shooting' but also as severe aching

© 2011 Adis Data Information BV. All rights reserved.

pain.[39] Less commonly, patients may describe the pain as itching, tearing or like a toothache. The pain may be accompanied by allodynia and hyperalgesia and an absence of symptoms, such as numbness or feeling 'dead'.[39] Symptoms tend to be worse at night.[39] Pronounced motor signs or asymmetrical distribution of symptoms should suggest a nondiabetic origin of the neuropathy.[38]

The Rochester Diabetic Neuropathy Study found a highly significant association between patients with DPN and retinopathy ($p < 0.001$) and nephropathy ($p = 0.003$).[9] Other neuropathies were not associated with co-morbid retinopathy or nephropathy.[9] Co-morbidities associated with PDPN include those commonly associated with chronic pain, such as sleep disruption, depression and interference with activities of daily living,[27] as well as those associated with diabetes.

Screening laboratory tests may be considered for all patients with polyneuropathy (level C). Those tests that provide the highest yield of abnormality are blood glucose, serum vitamin $B_{12}$ with metabolites (methylmalonic acid with or without homocysteine) and serum protein immunofixation electrophoresis (level C). If there is no definite evidence of diabetes by routine testing of blood glucose, testing for IGT may be considered in distal symmetric sensory polyneuropathy (level C).[40]

Studies utilizing electromyography/nerve conduction velocities (NCV) may be beneficial in the evaluation and/or follow-up of certain mononeuropathies, radiculopathies, etc., but are generally not helpful for PDPN, which is a small-fibre neuropathy. Quantitative sensory testing may be worthwhile but is not practical in most primary care settings.

The Contact Heat-Evoked Potential Stimulator (CHEPS) measures the ability to perceive cutaneous Aδ- and C-fibre stimulation via heat application.[41,42] An electroencephalogram machine records the cerebral response to a heat stimulus applied to the skin through a thermode, and positive and negative latencies, amplitudes and conduction velocities are recorded.[43] Patients with neuropathic pain have reduced amplitude and prolonged latencies.[42] Nerve conduction studies are generally utilized to demonstrate signal transduction abnormalities of peripheral motor and sensory nerves.[44] Nerve conduction studies only measure activity at large-diameter or heavily myelinated axons and, thus, tend to be insensitive to diabetic small-fibre neuropathy.[45] Skin biopsy is an invasive procedure that may be used to supplement traditional diagnostic methods/techniques in the diagnosis of small-fibre neuropathy.

Skin biopsy is a validated technique for determining intraepidermal nerve fibre (IENF) density and may be considered for the diagnosis of distal sensory neuropathy (DSP), particularly small-fibre sensory neuropathy (level C).[46] There is a need for additional prospective studies to define more exact guidelines for the evaluation of polyneuropathy.[46]

Skin biopsies have shown that patients with neuropathy have fewer IENFs than nondiabetic controls.[47] A direct, positive correlation exists between IENF and maximal dendritic length (MDL) in patients only at the distal leg. In control subjects there was no significant correlation between IENF and MDL. IENF was significantly greater in patients with diabetes of <5 years' duration ($37.4 \pm 7.1$ fibres/mm tissue) than in those with >5 years' duration ($7.8 \pm 7.1$ fibres/mm tissue; $p < 0.01$) where IENF was not different from control subjects ($34.0 \pm 6.0$ fibres/mm tissue).[48] MDL showed a linear decrease with increasing duration of diabetes. Distal leg IENF showed significant negative correlations with warm ($p < 0.02$) and cold ($p < 0.05$) thermal threshold, heat pain ($p < 0.05$), pressure sense ($p < 0.05$), and neurological disability score total sensory ($p < 0.03$) and total neuropathy ($p < 0.03$) values.[48] The diagnostic efficiency of skin biopsy is about 88%.[47,49] For diagnosing small-fibre neuropathy, it is more sensitive than quantitative sensory testing[47,50] and more sensitive and less invasive than sural nerve biopsy[51]

Ørstavik et al.[52] recorded a total of 163 C-fibres from patients with DPN and compared them with a control material of 77 C-fibres from healthy age-matched controls. The most prominent finding was a clear change in the distribution of fibres in the neuropathy patients compared with healthy controls. The proportions of fibres were reversed so that the ratio of afferent mechano-

© 2011 Adis Data Information BV. All rights reserved.

responsive fibres/afferent mechano-insensitive fibres (CM/CMi) was changed from approximately 2:1 in the healthy controls to 1:2 in the patients with DPN. This tendency was apparent both in the DPN patients with pain and in those without pain. Also, the distribution of sympathetic fibres was changed with a relative preservation of such fibres in the patients with pain and significantly fewer sympathetic C-fibres in the patients without pain compared with healthy controls (p = 0.004, Fisher exact).[52] Also found was a large number of abnormal C-fibres that could not be classified according to our standard criteria. These fibres had only moderate activity-dependent slowing, but were negative to mechanical stimuli. An afferent response to heat stimuli was not observed in these fibres. A total of 19 such fibres were found in the two patient groups together, while two such fibres were observed in the healthy elderly controls, giving a significantly higher incidence of such fibres in the diabetic patients (p = 0.007, Fisher exact).[52]

## 4. Pathways Potentially Involved in PDPN Pathophysiology

The pathophysiology of PDPN may affect multiple pathways related to the metabolic and/or redox state of the cell. Pathways that are mainly driven by metabolism are glucose flux through the polyol pathway; the hexosamine pathway; excess/inappropriate activation of protein kinase C (PKC) isoforms; and accumulation of advanced glycation end products (AGEs).[53]

Hyperglycaemia has been reported to result in increased polyol pathway activity, oxidative stress, AGE formation, increased activation of PKC, nerve hypoxia/ischaemia and impaired nerve growth factor (NGF) support,[54] and all these pathways contribute to the development of DPN.

While each pathway may lead to insult by itself, together they cause an imbalance in the mitochondrial redox state of the cell and lead to excessive formation of reactive oxygen species (ROS).[55,56] Increased oxidative stress within the cell may lead to activation of the poly (adenosine diphosphate [ADP]-ribose) polymerase (PARP) pathway, regulating the expression of genes in-

volved in promoting inflammatory reactions and neuronal dysfunction.[53]

### 4.1 Polyol Pathway

The enzyme aldose reductase (AR) reduces glucose to sorbitol. Hyperglycaemia activates the AR pathway primarily by mass action: increased flux through the AR pathway causes increased intracellular sorbitol, a relative intracellular hypertonic state, and compensatory efflux of other osmolytes such as myo-inositol (important in signal transduction) and taurine (an antioxidant).[57,58] Secondary depletion of myo-inositol with reduced phosphoinositides may result in low concentrations of diacylglycerol (DAG), which serves as a second messenger for stimulation of Na-K adenosine triphosphatase (ATPase). Na-K ATPase depletion may contribute to axonal degeneration and/or demyelination.

The second step in the polyol pathway oxidizes sorbitol to fructose via sorbitol dehydrogenase.[59] Formation of fructose promotes glycation as well as depleting nicotinamide adenine dinucleotide phosphate (NADPH), further augmenting redox imbalance. Activation of AR may also increase formation of DAG, which activates the deleterious PKC pathway.[60,61]

### 4.2 Hexosamine Pathway

During glucose metabolism some fructose-6 phosphate is shunted from the glycolytic pathway to the hexosamine pathway. Here fructose-6 phosphate is converted to glucosamine-6 phosphate by glutamine fructose-6 phosphate amidotransferase.[62] Glucosamine-6 phosphate is then converted to uridine diphosphate-N-acetyl glucosamine (UDPGlcNAc), a molecule that attaches to the serine and threonine residues of transcription factors.[63] Hyperglycaemic conditions create additional flux through the hexosamine pathway, ultimately resulting in excess UDPGlcNAc and abnormal modification of gene expression.[63-65]

Hyperglycaemic conditions and excess UDPGlcNAc cause increased activation of Sp1, a transcription factor responsible for the expression of many glucose-induced 'housekeeping' genes including transforming growth factor (TGF)-β1

© 2011 Adis Data Information BV. All rights reserved.

and plasminogen activator inhibitor-1 (PAI-1).[63,66] Overexpression of TGF-β1 leads to increased collagen matrix production, which promotes endothelial fibrosis and decreases proliferation in mesangial cells.[65,67]

### 4.3 Protein Kinase C Pathway

The PKC pathway is an additional mechanism by which hyperglycaemia causes injury in complication-prone tissues. Elevated glucose levels stimulate DAG, which in turn activates PKC. Increased production of the PKC-β-isoform in particular has been implicated in overexpression of the angiogenic protein vascular endothelial growth factor (VEGF), PAI-1, nuclear factor (NF)-κB and TGF-β.[57]

### 4.4 Poly (Adenosine Diphosphate-Ribose) Polymerase Pathway

PARP found in Schwann cells, endothelial cells and sensory neurons is also implicated in glucotoxicity. PARP is a nuclear enzyme closely associated with oxidative-nitrosative stress: free radicals and oxidants stimulate PARP activation and may both cause and be activated by oxidative stress.[68] PARP acts by cleaving nicotinamide adenine dinucleotide (NAD+) to nicotinamide and ADP-ribose residues attached to nuclear proteins and may lead to altered gene expression.[69]

Data suggests that the hyperglycaemic environment coupled with a compromised blood supply overloads the metabolic capacity of the mitochondria, producing oxidative stress.[63] This oxidative stress leads to mitochondrial damage followed by axonal degeneration and death.[23]

### 4.5 The Receptor for Advanced Glycation End Product (RAGE) Pathway

AGEs are the products of a nonenzymatic reaction of glucose, α-oxoaldehydes and other saccharide derivates with proteins, lipids and nucleotides.[70] AGE formation and deposition is enhanced with concomitant hyperglycaemia, oxidant stress, carbonyl stress and a delayed macromolecular turnover.[70] Diabetic patients show extensive intracellular and extracellular accumulation of AGEs in perineurial basal laminae, axons, Schwann cells, and endoneurial and epineurial microvessels, as well as the perineurium.[71-74]

The cellular activation is a consequence of binding of AGE-modified macromolecules to several cell surface receptors, namely the scavenger receptor, galectin-3 and RAGE, which is currently the best characterized AGE receptor.[75-77] RAGE is a multiligand member of the immunoglobulin superfamily of cell surface receptors with specificity for 3-dimensional structures (e.g. β-sheets and fibrils) rather than for specific oligomere sequences.[75-78]

Upon engagement of ligands, RAGE triggers intracellular signalling pathways via phosphatidylinositol-3 kinase (PI3K), Ki-Ras and mitogen-activated protein kinases (MAPK), the Erk1 and Erk2.19–24. Those pathways culminate in the activation of the transcription factor NF-κB, likely at least partly from increased levels of *de novo* synthesized NF-κB subunit p65 and subsequent transcription of a number of genes, including those for endothelin-1, tissue factor, interleukin (IL)-1, IL-6 and tumour necrosis factor (TNF)-α.[75,78-80] RAGE-dependent activation of NADPH oxidases, with a resultant burst of ROS, and activation of the apoptotic cascade might be a scenario of neurodestruction.[81]

### 4.6 Potential Consequences of Hyperglycaemia

Hyperglycaemia may lead to significant consequences with altered cell signalling. Increased glucose drives the tricarboxylic acid cycle, leading to increased levels of NADH and reduced flavin adenine dinucleotide (FADH2) in the mitochondrial matrix. This generates a high mitochondrial membrane potential by pumping protons across the mitochondrial inner membrane. The increased potential inhibits electron transport at complex III and, therefore, increases the half-life of free-radical intermediates of coenzyme Q. This increases reduction of $O_2$ to superoxide. Hence, increased mitochondrial glucose content drives the production of superoxide.[63] Oxidative stress with increased ROS may affect neurotrophic support as well as MAPK activation.

© 2011 Adis Data Information BV. All rights reserved.

Oxidative stress may lead to defective neurotrophic support in experimental diabetes with dysfunction of both NGF[82] and neurotrophin 3 (NT-3).[83] Treatment of diabetic rats with recombinant neurotrophins prevents or reverses aberrations of structure or function that are characteristic of experimental diabetic neuropathy and, in some cases, of clinical diabetic neuropathies. Again, this is true for NGF, with normalization of neuropeptide expression[84] and function[85-87] in C-fibres and, for NT-3, with normalization of sensory NCV,[88] Ca$^{2+}$ homeostasis,[89] maintenance of neurofilaments[90] and mitochondrial function.[91]

Additionally, oxidative stress may lead to MAPK activation, which may result in altered gene expression and phenotype and/or ion channel phosphorylation.[92] Diabetic rats show marked phosphorylation and nuclear migration of p38 MAPK in sensory neurones of the dorsal root ganglia (DRG);[93] these processes are prevented by treatment of the rats with a reportedly specific p38 inhibitor. Interestingly, the AR inhibitor (ARI) fidarestat also inhibited activation of p38 MAPK in the DRG of diabetic rats. The p38 inhibitor also prevented the reduced sensory NCV characteristic of uncontrolled diabetes in rats.[93] This study implicated the sorbitol pathway in the activation of p38 MAPK, and implicated p38 activation in the NCV deficit.[93]

Activation of p38 MAPK also phosphorylates some extranuclear targets, and of particular interest is the sodium channel Nav1.6.[94] This is the main voltage-activated channel at the node of Ranvier in myelinated fibres. The same study showed that p38-induced phosphorylation of the channel protein resulted in decreased current density on activation, which would be expected to reduce conduction velocity.[94] p38-induced phosphorylation of the channel protein resulted in decreased current density on activation, which would be expected to reduce conduction velocity.[94]

Increased spontaneous activity and hypersensitivity of C-fibres have been well documented in the streptozotocin model of diabetes in rodents.[95,96] Changes in sodium channel expression, and possibly modulation, contribute to the hyperexcitability of primary afferents in this model of PDNP.[97,98]

### 4.7 Hypoinsulinaemia

It appears that hyperglycaemia does not account for the whole story of the pathophysiology of DPN. A deficiency of insulin may independently contribute to mechanisms involved in DPN. Treatment of streptozotocin-induced diabetic rats with low-dose insulin normalized behavioural test results (e.g. mechanical sensitivity and allodynia) in 37 days, while severe hyperglycaemia persisted, suggesting that an insulin deficit with impaired insulin signalling and neurotrophic support, rather than hyperglycaemia, plays an essential role in the pathophysiology of PDPN.[99]

## 5. Therapies Directed at PDPN Pathophysiology

Early recognition is important to the optimal treatment of PDPN. Sections 5.1–5.7 discuss various therapies directed at DPN pathophysiology.

### 5.1 Insulin

Of course, insulin combats multiple hyperglycaemic effects by lowering blood glucose levels; however, insulin may also be involved in other activities via signalling actions, including long-chain polyunsaturated fatty acids, inhibition of TNF and Ras signalling with potential effects on GABA.[100] Of note is that ROS and/or reactive nitrogen species may actually possess inherent analgesic properties.[101]

### 5.2 C-Peptide and Acetyl-L-Carnitine

C-Peptide is a 31 amino acid peptide connecting the A and B chains of proinsulin, and its administration may improve peripheral nerve conduction and nociception in diabetic rats[102] and diabetic humans.[103] Available evidence suggests that C-peptide binds to a cell membrane receptor that is coupled to a pertussis toxin (PTX)-sensitive G-protein. Activation of this G-protein-coupled receptor stimulates both phospholipase C (PLC) and PI3K. PLC activation evokes an increase in

© 2011 Adis Data Information BV. All rights reserved.

intracellular $Ca^{2+}$ [$Ca^{2+}$]i, resulting in the concomitant activation of both endothelial nitric oxide synthase (eNOS) and PKC, the latter of which, together with increased *de novo* synthesis of DAG, stimulates the activation of $Na^+/K^+$ ATPase via PKCα translocation to the cell membrane. Stimulation of the MAPK pathway also results in both increased $Na^+/K^+$ ATPase activity and activation of various transcription factors. Together with the elevated PI3K levels, MAPK-induced transcription factor expression is increased, and effects including reduced apoptosis and increased eNOS and CD36 levels are observed.[103,104] Acetyl-L-carnitine (levacecarnine) replacement normalizes the acute $Na^+/K^+$-ATPase defect with consequent correction of the acute NCV defect.[105,106]

In human DPN, replenishment with C-peptide in type 1 diabetes patients results in significant improvement in C-fibre and myelinated fibre functions.[103] Similarly, treatment with acetyl-L-carnitine significantly improved PDPN in a large multicentre trial in 1346 patients.[107] There is also recent evidence to suggest that acetyl-L-carnitine may prevent neuropathic pain prospectively.[108] These effects are most likely related to the effects of acetyl-L-carnitine on the expression of neurotrophic factors and nociceptive neuropeptides.[107] Among the 294 patients with impaired electrophysiological parameters at baseline, those treated with acetyl-L-carnitine showed a statistically significant improvement in mean NCV and amplitude compared with placebo ($p < 0.01$). The greatest changes in NCV (at 12 months) were observed in the sensory sural nerve (+7 m/sec in the acetyl-L-carnitine group vs +1.0 m/sec in the placebo group), sensory ulnar nerve (+2.9 vs +0.1 m/sec) and motor peroneal nerve (+2.7 vs −0.2 m/sec), whereas the greatest changes in amplitude were recorded in the motor peroneal nerve (+2.2 vs +0.1 mV). After 12 months of treatment, mean visual analogue scale (VAS) scores for pain were significantly reduced from baseline by 39% in acetyl-L-carnitine recipients ($p < 0.0$ vs baseline) compared with 8% in placebo recipients. Acetyl-L-carnitine was well tolerated over the 1-year study period.[109] Early initiation of acetyl-L-carnitine may be a reasonable first-line option for therapy in PDPN from type 1 diabetes due to its extremely favourable adverse effect profile.[110] It appears that in states of insulin deficiency (e.g. type 1 diabetes, advanced type 2 diabetes), replacing both insulin and C-peptide may be advantageous over insulin alone.[111]

### 5.3 Aldose Reductase Inhibitors

ARIs have historically been the primary target of diabetic neuropathy treatment, due largely to their success in reducing cataract-forming osmotic stress associated with polyol accumulation in the diabetic lens.[112,113] Additionally, most studies of the human AR gene (*AKR1B1*) and its polymorphisms in diabetic patients indicate that the 'high AR expression' genotype is correlated with elevated diabetic vascular complications and early diabetic neuropathy indicators, whereas the 'low AR expression' genotype is correlated with diminished complications and indicators.[114-116] Furthermore, ARIs have been successful in preventing and reversing nerve deterioration in rodent models.[117-119]

Multiple ARIs including sorbinil, tolrestat, ponalrestat, zopolrestat, zenarestat, lidorestat, fidarestat, rainrestat (AS-3201) and epalrestat have been studied. The 'metabolic flux hypothesis' suggests that much higher (~20- to 30-fold) doses of ARIs are needed to effectively decrease the rate of cofactor turnover and thereby alleviate common DPN symptoms.[120]

### 5.4 Benfotiamine

Benfotiamine is a fat-soluble analogue of thiamine/vitamin $B_1$ that activates transketolase, an enzyme converting fructose-6 phosphate into pentose-5 phosphates. The reduced fructose-6 phosphate input decreases flux through the hexosamine pathway (as well as flux through the AGE and DAG-PKC pathways).[121] Benfotiamine has successfully inhibited these pathways and prevented diabetic retinopathy in animal models.[121] Benfotiamine has been shown to improve pain associated with DPN and to improve NCV in conjunction with vitamins $B_6$ and $B_{12}$.[122-124] Stracke et al.[125] performed a double-blind, placebo-controlled, phase-III study in

© 2011 Adis Data Information BV. All rights reserved.

which 165 patients with symmetrical, distal DPN were randomized to one of three treatment groups: benfotiamine 600 mg/day (n = 47 [intent-to-treat]/43 [per protocol]), benfotiamine 300 mg/day (n = 45/42) or placebo (n = 41/39). After 6 weeks of treatment, the primary outcome parameter Neuropathy Symptom Score differed significantly between the treatment groups (p = 0.033) in the per protocol population.[125] In the Total Symptom Score (TSS), best results were obtained for the symptom 'pain'.[125]

### 5.5 Inhibition of AGE Formation

Aspirin reduces glycation *in vitro* and in animal experiments potentially by acetylation of amino groups.[126] Alternatively, it is possible that aspirin does not directly alter glycation, but inhibits glycoxidation and AGE cross-link formation; therefore, its effects may be due to its antioxidant capacity.[127] Aminoguanidine (also called pimagedine) is a nucleophilic hydrazine compound and has received the most attention as a potential anti-glycation drug.[128]

N-phenacylthiazolium bromide (PTB) can cleave AGE cross-links by a mechanism that is still unclear. PTB has been used to cleave AGE cross-links between albumin and collagen *in vitro* and recent studies in diabetic rats have shown that PTB can prevent or reverse the accumulation of AGEs in blood vessels.[129]

RAGE can be blocked by usage of soluble RAGE, which is the extracellular ligand-binding domain of RAGE, or by use of antibodies capable of reacting with RAGE. PARP inhibitors such as 1,5-isoquinolinediol and 3-aminobenzamide have successfully improved these PARP-mediated dysfunctions in streptozotocin-induced diabetic rats.[68,130,131] Additionally, nicotinamide (vitamin $B_3$) has been shown to act as both a PARP inhibitor and antioxidant in rodents, improving the complications of early diabetic peripheral neuropathy.[132]

### 5.6 α-Lipoic Acid

α-Lipoic acid, also termed thioctic acid, is an antioxidant that is available for treatment of DPN. At least seven randomized controlled clinical trials of thioctic acid in patients with DPN have been completed (ALADIN I–III [Alpha-Lipoic Acid in Diabetic Neuropathy], DEKAN [Deutsche Kardiale Autonome Neuropathie], ORPIL [Oral Pilot], SYDNEY [Symptomatic Diabetic Neuropathy] and NATHAN [Neurological Assessment of Thioctic Acid in Neuropathy] II) using different study designs, durations of treatment, doses, sample sizes and patient populations.[133]

Ziegler et al.[134] performed a meta-analysis on four trials (ALADIN I, ALADIN III, SYDNEY and NATHAN II); 1258 patients (α-lipoic acid, n = 716; placebo, n = 542) met the eligibility criteria and were included in the meta-analysis based on the intention-to-treat (ITT) principle. The ALADIN I[135] and ALADIN III studies[136] were multicentre trials that included outpatients from 38 diabetes centres and 71 general practitioners in Germany. The SYDNEY study[137] was a monocentre trial including inpatients from a hospital in Moscow, Russia. The NATHAN II study[138] was a multicentre trial including outpatients from 33 diabetes centres in the US, Canada and Europe. The results of the NATHAN II study have not been published. The ITT population in the individual trials and in total in the groups treated with α-lipoic acid or placebo were as follows: ALADIN I, n = 77/81; ALADIN III, n = 338/165; SYDNEY, n = 60/60; NATHAN II, n = 241/236. This meta-analysis demonstrates that treatment with intravenous α-lipoic acid 600 mg/day for 3 weeks improves the chief symptoms of PDPN to a clinically meaningful degree. A statistically significant difference in the TSS between α-lipoic acid and placebo was observed from the second week of treatment onward and continuously increased until the end of treatment.[134]

### 5.7 Resveratrol and Other Botanical Compounds

The most widely assessed botanical compound is resveratrol, which is extracted from red grapes. Studies in streptozotocin-treated rats demonstrated attenuation of thermal hyperalgesia and cold allodynia as well as decreases in oxidative stress DNA damage and nerve conduction deficits.[139,140]

© 2011 Adis Data Information BV. All rights reserved.

Daily treatment with resveratrol (5, 10 and 20 mg/kg bodyweight orally) for 4 weeks starting from the fourth week of streptozotocin injection significantly attenuated thermal hyperalgesia. Resveratrol also decreased the serum TNFα levels and whole brain nitric oxide (NO) release in a dose-dependent manner, suggesting the potential of resveratrol in attenuating diabetic neuropathic pain.[141]

Lycopene (1, 2 and 4 mg/kg bodyweight orally) treatment, from the fourth to eighth week after streptozotocin injection, significantly attenuated thermal hyperalgesia and hotplate latencies.[142] Lycopene also inhibited the TNFα and NO release in a dose-dependent manner. These results indicate an antinociceptive activity of lycopene, possibly through its inhibitory action on NO and TNFα release, and point towards its potential to attenuate PDPN.[142]

Chronic treatment with curcumin (15, 30 and 60 mg/kg bodyweight orally) for 4 weeks starting from the fourth week of streptozotocin injection significantly attenuated thermal hyperalgesia and hotplate latencies.[139] Curcumin also inhibited the TNFα and NO release in a dose-dependent manner. These results indicate an antinociceptive activity of curcumin, possibly through its inhibitory action on NO and TNFα release, and point towards its potential to attenuate diabetic neuropathic pain.[139]

Sulfasalazine completely blocked the development of tactile allodynia in diabetic rats, whereas relatively minor effects were observed with other salicylates and PJ34.[143] Additionally, sciatic nerves and DRG from sulfasalazine-treated diabetic rats showed a decrease in NF-κB p50 expression compared with untreated diabetic animals.[143] The absence of tactile allodynia in diabetic NF-κB p50(–/–) mice supported a role for NF-κB in diabetic neuropathy. Sulfasalazine treatment also increased inosine levels in sciatic nerves of diabetic rats.[143]

# 6. Pharmacological Agents for Analgesia in PDPN

At present, the only agents approved by the US FDA for the treatment of PDPN are dulox-etine and pregabalin; however, many other agents have been evaluated in formal clinical trials and several of these are reviewed in sections 6.1–6.5.[144]

## 6.1 Antidepressants

### *6.1.1 Tricyclic Antidepressents*

There is likely no difference in efficacy among the various kinds of tricyclic antidepressants (TCAs), with a number needed to treat (NNT) of 3 (95% CI 2.4, 4.0) for improvement of pain from baseline of 50% or more.[145] Few studies of TCAs for treatment of PDNP have been published in the interim, but in a 2005 Cochrane Collaborative analysis of five PDPN trials of antidepressants the NNT for the effectiveness of amitriptyline was 1.3 (95% CI 1.2, 1.5; relative risk [RR] 12.4, 95% CI 5.2, 29.2).[145] TCAs have a considerable adverse event burden and are less well tolerated than serotonin-norepinephrine reuptake inhibitors (SNRIs) or selective serotonin reuptake inhibitors (SSRIs).

Amitriptyline was compared with placebo for treatment of PDPN in patients with or without depressed mood.[146] Although this was a small crossover study with 29 patients, it helped to establish the efficacy of amitriptyline and the independence of its analgesic properties from mood. Patients were randomly assigned to treatment with amitriptyline for 6 weeks followed by placebo (n = 16) or placebo for 6 weeks followed by amitriptyline (n = 13). The dosage of amitriptyline was between 25 and 150 mg/day; patients who could tolerate the higher doses reported greater relief of pain. Beginning at week 3 (p < 0.05) and continuing through week 6 (p < 0.01), patients treated with amitriptyline had significantly less pain than patients receiving placebo.

Desipramine was compared with placebo and in a head-to-head comparison with amitriptyline.[147,148] In a small (n = 20) crossover study, desipramine at a mean dosage of 201 mg/day provided moderate relief of PDPN for 11 patients compared with two patients who reported improvement with placebo. Significant (p < 0.05) improvement was noted at approximately week 5 of treatment.[147] Desipramine was compared with

© 2011 Adis Data Information BV. All rights reserved.

amitriptyline for treatment of PDPN in another small crossover trial (n = 38).[148] Mean dosages of each drug were 105 mg/day for amitriptyline and 111 mg/day for desipramine. Moderate or greater relief of pain was reported by 28 (74%) of 38 patients during treatment with amitriptyline and 23 (61%) of 38 patients during treatment with desipramine. The difference between the two treatments was not significant, and desipramine was better tolerated.

### 6.1.2 Serotonin-Norepinephrine Reuptake Inhibitors

#### Duloxetine

Duloxetine has been studied in several randomized, double-blind, placebo-controlled trials for relief of pain in patients with PDPN and is approved by the FDA for treatment of PDPN at total dosages of 60 and 120 mg/day, with the recommended dosage being 60 mg/day.[149] In the first published trial, 457 patients with type 1 or type 2 diabetes and pain were randomly assigned to receive either placebo or treatment with duloxetine 20, 60 or 120 mg once daily for 12 weeks.[150] The primary efficacy endpoint was change in the weekly mean score of the 24-hour average pain score (APS), an 11-point Likert scale (0 indicating no pain to 10 indicating worst possible pain). Secondary endpoints included assessments of safety, worst pain severity and mood. Beginning at week 1 and continuing throughout the study, patients receiving duloxetine 60 or 120 mg showed significantly greater reductions in weekly mean APS. In addition, significantly more patients in the 60 and 120 mg treatment groups achieved ≥50% reduction in pain. The group of patients who received duloxetine 20 mg/day did not differ from the placebo group on the weekly mean APS, but significantly (p < 0.05) more of that group had a ≥50% improvement. Duloxetine 60 and 120 mg also significantly (p < 0.05) improved night pain scores, BPI severity and interference scores, Clinical Global Impression severity scores, Patient Global Impression scores, McGill Pain Questionnaire total score, and Medical Outcomes Study 36-Item Short-Form Health Survey (SF-36) measures of bodily pain and mental health. Patients receiving duloxetine 120 mg also saw a statistically significant (p ≤ 0.01) improvement in SF-36 mental and general health perception domains.

All doses of duloxetine were generally well tolerated. Adverse events that were reported more often in the duloxetine groups than in the placebo group were somnolence and constipation with 60 mg/day and nausea, somnolence, dizziness, constipation, dry mouth, sweating, increased appetite, anorexia and weakness with 120 mg/day. Adverse events in the group treated with 60 mg/day were mild or moderate. Overall, 10.7% of patients treated with duloxetine withdrew from the study because of adverse events, including 19.5% of patients in the group treated with duloxetine 120 mg/day.

In another trial, patients with PDPN were randomly assigned to placebo (n = 116) or treatment with duloxetine 60 mg daily (n = 116) or 60 mg twice daily (n = 116).[151] The primary efficacy endpoint of this study was again change in weekly mean score of the 24-hour APS. Beginning at week 1 and continuing throughout the 12-week study, patients receiving duloxetine had statistically significant (p ≤ 0.01) improvements in the primary endpoint and secondary endpoints of worst pain severity and night pain scores. Patients treated with duloxetine also had improvement in scores on the severity and interference scales of the BPI, McGill Pain Questionnaire and other secondary measures. Statistically significantly (p ≤ 0.05) more nausea, somnolence, hyperhidrosis and anorexia was reported by patients treated with duloxetine than placebo-treated patients, and the 60 mg twice daily group also had more vomiting and constipation. Overall, 2.6%, 4.3% and 12.1% of patients in the placebo, duloxetine 60 mg/day and duloxetine 60 mg twice daily groups, respectively, discontinued participation in the study because of adverse events, with a statistically significant difference (p = 0.01) between the duloxetine 60 mg twice daily and placebo groups.

Duloxetine appears to be safe for older patients (≥65 years)[152] and patients with co-morbid hypertension, gastro-oesophageal reflux disease, erectile dysfunction, and hyperlipidaemia or hypercholesterolaemia. Duloxetine is contraindicated for patients with uncontrolled narrow-angle glaucoma and for patients being treated with

© 2011 Adis Data Information BV. All rights reserved.

monoamine oxidase inhibitors.[149] Taken together, these trials established the efficacy and safety of duloxetine 60 mg daily for treatment of PDPN.

With the 60 mg/day dosage, mild to moderate adverse events of somnolence and constipation may occur in approximately 20% and 14%, respectively, of patients.[150]

### Venlafaxine

Another SNRI, venlafaxine, has been studied for treatment of PDPN in one randomized trial in patients with PDPN[153] and another trial that compared venlafaxine with imipramine for treatment of painful neuropathies.[154] In a randomized, placebo-controlled trial, venlafaxine extended release (ER) at two dosages (75 or 150–225 mg/day) was compared with placebo for treatment of PDPN.[153] Patients with a 3-month or longer history of PDPN (at least moderate in intensity) and without co-morbid depression were randomly assigned to treatment with venlafaxine ER 75 mg/day (n = 80) or 150–225 mg/day (n = 82) or placebo (n = 80). The primary efficacy endpoints for this study were changes from baseline on the 100-mm VAS subscales of pain intensity and pain relief. After a 3-week double-blind titration phase, patients received full-dose medication or placebo for a 3-week treatment trial. A 2-week tapering-off period and 4- to 10-day post-study period followed. The final visit was conducted at that time. Results for the primary endpoint of pain intensity on the VAS showed that the higher dose of venlafaxine ER significantly reduced pain intensity compared with placebo and also compared with venlafaxine ER 75 mg/day, at week 6.[153] Results with the lower dose were not different from those with placebo. The most common adverse events in the venlafaxine groups were nausea (>10%) and somnolence (>10%). In the group treated with 150–225 mg/day, dyspepsia, insomnia and sweating also occurred in more than 10% of patients.[153] Sindrup et al.[154] conducted a randomized, double-blind, placebo-controlled crossover study in which 29 patients (approximately half of whom had PDPN) completed all three study periods (4 weeks of venlafaxine, imipramine and placebo). The sum of the individual pain scores during treatment was statistically significantly lower on venlafaxine and imipramine than placebo without any significant difference between venlafaxine and imipramine.[154]

Kadiroglu et al.[155] conducted a controlled trial to evaluate the efficacy of venlafaxine in the symptomatic treatment of PDPN among patients with type 2 diabetes. At the end of 2 months, there was a significant difference in severity of pain between the groups. In patients receiving venlafaxine, scores were $8.5 \pm 5.2$ and $3.1 \pm 1.6$ in the Short-Form McGill Pain Questionnaire and numerical analogue scale, respectively; in the control group who received a combination of vitamins $B_1$ and $B_6$ tablets, these were $20.5 \pm 7.0$ and $5.5 \pm 1.6$, respectively (p < 0.001).[155]

## 6.2 Antiepileptic Drugs

### 6.2.1 The α2δ Ligands

#### Gabapentin

Gabapentin is an AED by design expected to mimic the action of the neurotransmitter GABA. However, its principal proposed mechanism of action is the interaction with the α2δ subunit of L-type voltage-regulated calcium channels.[156]

In diabetic rats the number of microglial cells significantly increased in the dorsal horns (from $3.1 \pm 0.5$ to $5.4 \pm 0.6$ cells/$10^4$ μm$^2$).[157] Furthermore, a change in morphology, as described in other studies,[158,159] from 'quiescent' to 'activated' was observed. Microglial cells in naïve spinal cords showed a small soma with very thin and long processes, whereas in diabetic spinal cords treated with gabapentin/saline the size of the soma is increased and processes are thick and short. Importantly, in gabapentin-treated diabetic rats the number of microglial cells in the dorsal horn returned to control values ($3.2 \pm 0.5$ cells/$10^4$ μm$^2$).[157] In addition, a qualitative scale[160] used to confirm the microglial activation state shows resting morphology in naïve sections, whereas sections from diabetic animals treated with saline show a mild to moderate activation. This response is decreased to only mild responses in diabetic sections from gabapentin-treated diabetic animals.[157] These results in diabetic rats

© 2011 Adis Data Information BV. All rights reserved.

may translate to diabetic humans where gabapentin may ameliorate glial activation.

Patients with a 1- to 5-year history of PDPN were randomly assigned to treatment with gabapentin (n = 84) or placebo (n = 81).[161] Gabapentin was initiated at a dosage of 300 mg three times daily and increased during a period of 4 weeks in increments of 300 mg (from 900 to a maximum of 3600 mg/day). The primary efficacy endpoint in this study was daily pain severity measured on an 11-point Likert scale. Secondary endpoints included sleep interference scores, Short-Form McGill Pain Questionnaire scores, and patient Global Impression of Change and Clinical Global Impression of Change scores. At study end, patients who were treated with gabapentin showed significant improvement on all endpoints compared with those who received placebo. Beginning at week 2 and continuing throughout the trial, patients treated with gabapentin showed statistically significant (p < 0.01) improvement in pain scores compared with those who received placebo. Mean baseline pain scores were 6.4 in the gabapentin group and 6.5 in the placebo group. At study end, mean pain scores were 3.9 in the gabapentin group and 5.1 in the placebo group. Patients who were treated with gabapentin also had statistically significantly (p = 0.001) better overall impressions of their treatment, with 47 of 79 reporting that they were much or moderately improved and 30 of 70 saying they were minimally improved or had no change, compared with only 25 of 76 who received placebo saying they were much or moderately improved and 13 of 76 saying they were worse than at the beginning of the study.

A randomized, double-blind, placebo-controlled study was conducted in 147 patients to determine the efficacy and safety of gabapentin ER in treating pain associated with DPN. Patients with a clinical diagnosis of DPN were queried about symmetrical painful symptoms in distal extremities (minimum 1–5 years) and baseline average daily pain score (≥4) using a questionnaire. Randomized patients received gabapentin ER 3000 mg, as either a single evening daily dose or a divided dose (1200 mg in the morning and 1800 mg in the evening), or placebo for 4 weeks.[162] A significant

decrease in average daily pain score was observed in the gabapentin ER single-dose group (−2.76; p = 0.001) versus the placebo group (−1.38). There were significantly more responders (≥50% decrease in average daily pain scores) in the gabapentin ER single-dose group (41.3%; p = 0.001) than in the placebo group (11.8%). Sandercock et al.[162] concluded that gabapentin ER 3000 mg taken once daily was effective and well tolerated for the treatment of PDPN.

### Pregabalin

Like gabapentin, pregabalin binds to the α2δ subunit of the voltage-dependent calcium channel. Pregabalin has been studied in three randomized, double-blind, placebo-controlled trials for treatment of PDPN. In one 6-week study, 246 patients with PDNP were randomly assigned treatment with pregabalin 150 or 600 mg/day or placebo.[163] In this study a primary efficacy endpoint was the mean change in pain score at the end of treatment. Pregabalin 600 mg/day significantly decreased the mean pain score to 4.3 compared with 5.6 for placebo (p < 0.001) and increased the proportion of patients who had a 50% or greater decrease from baseline pain (39% vs 15% for placebo; p = 0.002). Pregabalin also reduced sleep interference, pain intensity, sensory and affective pain scores, and bodily pain and decreased by 50% or more the number of patients who described their pain as "gnawing, sickening, fearful" or "punishing-cruel". The most common adverse effect associated with pregabalin 600 mg/day was dizziness.

Lesser et al.[164] assessed the efficacy of pregabalin 75, 300 or 600 mg/day for treatment of PDPN in 338 patients. Pregabalin or placebo was administered on a three times daily schedule (e.g. 100 or 200 mg three times daily). The 600 mg dose was titrated over 6 days, and the lower doses were initiated on day 1. The primary efficacy measure was change in mean pain score from baseline, using an 11-point Likert scale. Beginning at week 1 and continuing throughout the 5-week trial, treatment with 300 or 600 mg/day resulted in statistically significantly (p < 0.001) lower mean pain scores than placebo. These doses of pregabalin also statistically significantly (p < 0.001) improved

© 2011 Adis Data Information BV. All rights reserved.

sleep beginning at 1 week and throughout the study. Statistically significant ($p < 0.001$) improvements in Short-Form McGill Pain Questionnaire scores, VAS scores and present pain intensity were observed for both the 300 and 600 mg/day dosages.

Rosenstock and colleagues[165] compared oral pregabalin (100 mg three times daily [300 mg/day]) with placebo. Patients with PDPN were randomly assigned to receive pregabalin (n = 76) or placebo (n = 70) for 8 weeks. The primary efficacy endpoint was change in the mean pain score (11-point Likert scale) from baseline. At baseline, the mean pain score was 6.1 in the placebo group and 6.5 in the pregabalin group. Beginning at week 1 and continuing throughout the study, the mean pain score improved significantly more in patients in the pregabalin group than those in the placebo group. At study end, the mean pain score for the patients treated with pregabalin was 3.99 compared with 5.46 for patients in the placebo group ($p < 0.001$). Patients treated with pregabalin also saw significant improvements in mean sleep interference score ($p < 0.001$), Short-Form McGill Pain Questionnaire total ($p = 0.003$), VAS ($p < 0.001$) and present pain intensity ($p < 0.04$) scores, and SF-36 bodily pain score ($p < 0.03$).

Arezzo and colleagues[166] conducted a randomized, double-blind, placebo-controlled trial of pregabalin 600 mg/day (300 mg twice daily; n = 82) versus placebo (n = 85) for relieving PDPN where the primary efficacy measure was mean pain score based on daily pain diaries (11-point scale). Patients had had diabetes for a mean of 10 years and PDPN for approximately 5 years. Pregabalin-treated patients had a lower mean pain score than controls (mean difference −1.28; $p < 0.001$). The authors concluded that pregabalin 600 mg/day effectively reduced pain, was well tolerated, and had no statistically significant or clinically meaningful effect on nerve conduction in patients with PDPN.[166]

### 6.2.2 Carbamazepine

Carbamazepine was one of the first AEDs studied for treatment of PDPN. It has been examined in several small clinical trials. Two small placebo-controlled studies found that carbama-zepine effectively reduced pain. In a crossover study, 28 of 30 patients reported pain relief when treated with carbamazepine 600 mg/day; adverse events were mild but led to study discontinuation for two patients.[167] In another study with 40 patients, those treated with carbamazepine 200 mg three times daily had statistically significantly ($p < 0.05$) less pain on days 10 and 14 than those who received placebo.[168]

### 6.2.3 Lamotrigine

Lamotrigine has been studied in a randomized placebo-controlled trial that enrolled 59 patients with PDPN.[169] Although a significant decrease in pain on the Numerical Pain Scale was noted in the patients taking lamotrigine, no significant differences were seen on the secondary endpoints of change in the Beck Depression Inventory, McGill Pain Questionnaire or Pain Disability Index. Lamotrigine appeared to be effective at a dosage of 200–400 mg/day. The most common adverse events in both groups were nausea, epigastric pain, headache, drowsiness and dizziness.

### 6.2.4 Topiramate

Topiramate is a sulfamate-substituted monosaccharide. Electrophysiological and biochemical studies show it to be associated with voltage-dependent $Na^+$ and $Ca^{2+}$ channel blockade, increased GABA activity and inhibition of α-amino-3-hydroxy-5-methyl-4-isoxazole propionic acid (AMPA) glutamate receptors.[170] Topiramate (80 mg/kg) administered orally to mice causes antinociception in the first and second phases of a formalin test, while in doses of 20 and 40 mg/kg it was only effective in the second phase.[171] Oral topiramate 80 mg/kg also exhibited antinociceptive action in the hotplate test; however, it did not have an effect in the capsaicin test in mice, nor in the model of neuropathic pain in diabetic rats. The antinociceptive effect caused by topiramate 80 mg/kg given orally in the formalin test was reversed by prior treatment with naloxone (opioid antagonist), but not with glibenclamide (antagonist of the potassium channel), ondansetron (antagonist of the serotonin 5-HT$_3$ receptor) or cyproheptadine (antagonist of the 5-HT$_{2A}$ receptor).[171]

© 2011 Adis Data Information BV. All rights reserved.

Of agents not approved for PDPN, the AED topiramate has the largest positive trial in PDPN,[172] but this evidence must be weighed against three smaller negative trials that were published in the same year.[173]

### 6.3 Opioids

#### 6.3.1 Oxycodone Controlled Release

Long-acting oxycodone controlled release (CR) has been studied in two randomized controlled trials for relief of pain in patients with PDPN.[174,175] In both trials, treatment with oxycodone CR decreased pain measured by VAS or APS. A parallel-group, placebo-controlled trial randomly assigned patients to treatment with oxycodone CR (beginning at 10 mg every 12 hours to a maximum dose of 60 mg every 12 hours) [n = 82] or placebo (n = 77) for a 6-week study.[174] At an average dosage of 37 mg/day, treatment with oxycodone CR significantly reduced average pain intensity (p < 0.001), worst pain (p = 0.001) and present pain (p = 0.002) compared with placebo. Average pain intensity scores recorded in daily diaries from days 28 to 42 were reduced by 2.0 from baseline with the use of oxycodone CR compared with 1.0 from baseline with placebo (p < 0.001). Adverse events led to seven withdrawals in the oxycodone CR group and four in the placebo group. Constipation (42%), somnolence (40%), nausea (36%), dizziness (32%), pruritus (24%), vomiting (21%) and dry mouth (16%) all were reported by statistically significantly (p ≤ 0.005) more patients taking oxycodone CR than by patients taking placebo.[174] Watson et al.[175] enrolled 45 patients with PDNP and randomly assigned them to oxycodone CR 10–40 mg every 12 hours or an active control (benztropine 0.25 mg/day) for 4 weeks followed by crossover to the opposite treatment without an intervening washout period. Patients receiving oxycodone CR had significantly lower scores on the 100-mm VAS for mean daily pain intensity (21.8 vs 48.6 for placebo; p < 0.001). Statistically significant (p < 0.05) improvements were also seen in measures on the Pain and Disability Indicator.[175]

Oxycodone CR resulted in significantly lower (p = 0.0001) mean daily pain (21.8 ± 20.7 vs 48.6 ± 26.6 mm VAS), steady pain (23.5 ± 23.0 vs 47.6 ± 30.7 mm VAS), brief pain (21.8 ± 23.5 vs 46.7 ± 30.8 mm VAS), skin pain (14.3 ± 20.4 vs 43.2 ± 31.3 mm VAS), and total pain and disability (16.8 ± 15.6 vs 25.2 ± 16.7 mm VAS; p = 0.004). Scores from six of the eight SF-36 domains and both summary scales, Standardized Physical Component (p = 0.0002) and Standardized Mental Component (p = 0.0338), were significantly better during oxycodone CR treatment. The NNT to obtain one patient with at least 50% pain relief is 2.6 and clinical effectiveness scores favoured treatment with oxycodone CR over placebo (p = 0.0001).[175]

#### 6.3.2 Tramadol

Tramadol is a centrally acting analgesic with unique properties as a weak inhibitor of norepinephrine and serotonin reuptake and low-affinity binding to μ-opioid receptors. In a randomized, double-blind, placebo-controlled, 6-week trial, tramadol (average dosage 210 mg/day) significantly improved pain and physical and social functioning for patients with PDPN.[176] However, tramadol treatment did not improve sleep disturbance. Patients were randomly assigned to treatment with tramadol (n = 65) or placebo (n = 66). Tramadol was titrated from 50 to 200 mg/day over 10 days; afterwards, patients could increase their dosage up to 400 mg/day. The starting dose was administered as 12.5 mg four times daily, and four times daily dosing was used throughout the study. On days 14, 28 and 42, those treated with tramadol reported more relief than with placebo, but the difference was only statistically significant (p < 0.001) at the final visit. The most common adverse events associated with tramadol treatment were nausea (23.1%), constipation (21.5%), headache (16.9%) and somnolence (12.3%). Approximately 14% of patients in the tramadol group discontinued the study because of adverse events.

### 6.4 NMDA Receptor Antagonists

Although the mechanism of PDPN is still unclear, the persistent increase in nociceptive glutamatergic input seems to play a key role.[177,178]

© 2011 Adis Data Information BV. All rights reserved.

Also, blocking of NMDA receptors can reduce PDPN in animal models and in patients.[179-182]

Chen et al.[183] suggest that long-term administration of neramexane reversed allodynia and hyperalgesia in a rat model of PDPN. At therapeutically relevant doses, the time course and magnitude of the antinociceptive effects of neramexane were similar to those produced by memantine and gabapentin.[183]

Sang et al.[184] conducted efficacy (crossover design trials) and dose-response trials of dextromethorphan and memantine in PDPN and postherpetic neuralgia (PHN). In the efficacy trial, among patients with PDPN, dextromethorphan reduced pain intensity by a mean of 33% from baseline, memantine reduced pain intensity by a mean of 17%, and lorazepam reduced pain intensity by a mean of 16%; the proportions of subjects achieving greater than moderate pain relief were 68% with dextromethorphan, 47% with memantine and 37% with lorazepam (an active placebo). In the ten PDPN subjects who responded to dextromethorphan, there was a significant dose-response effect on pain intensity (p=0.035), with the highest dose significantly better than that of lorazepam (p=0.03). These authors concluded that dextromethorphan is effective in a dose-related manner in selected patients with PDPN.[184]

### 6.5 Topical Agents

#### 6.5.1 Topical Capsaicin

In clinical studies of patients with PDPN, adjunctive therapy with topical capsaicin achieved better relief than its inactive vehicle comparator.[185-187] Topical capsaicin is not associated with any severe systemic adverse effects. However, stinging and burning, particularly during the first week of therapy, are reported by many patients.

The Capsaicin Study Group evaluated the use of capsaicin for treatment of PDPN in a randomized trial.[185,186] Patients (n=277) with PDPN and/or radiculopathy were randomly assigned to treatment with 0.075% capsaicin or vehicle creams four times daily, in an 8-week, double-blind, vehicle-controlled study. Participants were unresponsive or intolerant to conventional therapy and were experiencing pain that interfered with functional activities and/or sleep. Pain intensity and relief were recorded at 2-week intervals using the Physician's Global Evaluation and a VAS. Analysis at the final visit for 252 patients significantly favoured capsaicin compared with vehicle for pain improvement on the Physician's Global Evaluation (69.5% vs 53.4%, respectively; p≤0.01), decrease in pain intensity (38.1% vs 27.4%) and improvement in pain relief (58.4% vs 45.3%). Significant differences in favour of capsaicin versus vehicle also were observed for functional measures, including improvement in walking (26.1% vs 14.6%, respectively; p<0.03), improvement in working (18.3% vs 9.2%; p<0.02), improvement in sleeping (29.5% vs 20.3%; p<0.04) and improvement in participating in recreational activities (22.8% vs 12.1%; p<0.04).

#### 6.5.2 Topical Lidocaine

Evidence from small randomized or open-label trials supports the efficacy of topical lidocaine for relief of PDPN, with minimal adverse events.[188-190] In an open-label study of patients with neuropathic pain, 5% lidocaine patches significantly (p<0.001) improved four composite measures of the Neuropathic Pain Scale in patients with PDPN (n=41), with only mild to moderate adverse events reported.[189] Systemic effects of lidocaine treatment were reported in 5% of patients and included a single case each of headache, elevated aspartate aminotransferase levels, elevated blood pressure, burning sensation, muscle spasms and tingling sensation.

In another open-label study, 56 patients with PDPN of at least 3 months' duration were instructed to use four or fewer 5% lidocaine patches for up to 18 hours per day.[190] As measured by patient pain diaries, use of the lidocaine patch improved pain during the 3-week study. Significant improvements in quality-of-life measures were also seen. Among patients who continued the therapy for 5 more weeks, some tapering of other analgesics was possible.

Baron et al.[191] compared 5% lidocaine medicated plaster treatment with pregabalin in patients with PHN and patients with PDPN. A

© 2011 Adis Data Information BV. All rights reserved.

maximum of three or four plasters were applied for up to 12 hours within each 24-hour period. Pregabalin capsules were administered orally, twice daily with the dose titrated to effect: all patients received 150 mg/day in the first week and 300 mg/day in the second week of treatment, and after 1 week at 300 mg/day, the dose of pregabalin was further increased to 600 mg/day in patients with high pain intensity scores. Overall, 65.3% of patients treated with the 5% lidocaine medicated plaster and 62.0% receiving pregabalin responded to treatment with respect to the primary endpoint of pain intensity. A higher proportion of PHN patients responded to plaster treatment than to pregabalin (63.0% vs 37.5%), whereas in the larger PDPN group treatments were comparable. Both treatments also improved NPSI scores and reduced allodynia severity. Lidocaine plaster was associated with fewer drug-related adverse events (3.9% vs 39.2%) and substantially fewer discontinuations due to drug-related adverse events (1.3% vs 20.3%).[191]

## 7. Recommendations for Implementing Therapies

Table II[192] presents the Diabetic Peripheral Neuropathic Pain Consensus Treatment Guidelines Advisory Board's recommendations for first- and second-tier agents to treat PDPN based on the level of evidence available from clinical trials and the committee's clinical experience. These recommendations were developed by consensus after reviewing clinical trial evidence, the strengths and weaknesses of various clinical trials, their own experience of accepted primary care practice and their own clinical experience.

Evidence-based medicine can provide a way to compare treatments across differing clinical trials by calculating, for example, the NNT to improve one patient who would otherwise not have improved without treatment. A meta-analysis of 16 studies (n = 491 patients) comparing antidepressants (TCAs, SSRIs) with placebo for treatment of PDPN arrived at an NNT to achieve at least 50% pain relief of 3.4 (95% CI 2.6, 4.7) for the class.[193] Data from three studies (n = 321 patients) comparing AEDs with placebo for treatment of PDPN led to an NNT of 2.7 (95% CI 2.2, 3.8) for that class.[193] Interpretation of these data is limited by the inclusion of relatively ineffective SSRIs (NNT = 6.7 in another review).[194]

## 8. Recommendations for Modifying Therapy

If patients do not respond adequately to first-line treatment or experience adverse events, it may be necessary to modify their treatment. The recommended next steps are as follows:

- Change to another first-line agent: use mechanism of action to guide switch (e.g. choose an agent with a different mechanism).
- Change to second-line agent: use mechanism of action to guide switch.
- Add a different first or second agent (table III): use principles of rational polypharmacy (e.g. complementary mechanisms of action; avoid additive adverse events; consider possible synergies).

**Table II.** Recommendations for first- and second-tier agents for painful diabetic peripheral neuropathy (PDPN) [reproduced from Argoff et al.,[192] with permission]

| Agent type | Reason for recommendation | Agent names |
|---|---|---|
| First tier | ≥2 RCTs in DPN | Duloxetine, oxycodone CR, pregabalin, TCAs |
| Second tier | 1 RCT in DPN; ≥1 in other painful neuropathies | Carbamazepine, gabapentin, lamotrigine, tramadol, venlafaxine ER |
| Topical | Mechanism of action | Capsaicin, lidocaine |
| Other | ≥1 RCTs in other painful neuropathies or other evidence | Bupropion, citalopram, methadone, paroxetine, phenytoin, topiramate |

**CR** = controlled release; **DPN** = diabetic peripheral neuropathy; **ER** = extended release; **RCT** = randomized controlled trial; **TCAs** = tricyclic antidepressants.

© 2011 Adis Data Information BV. All rights reserved.

**Table III.** Rational polypharmacy for painful diabetic peripheral neuropathy[a]

| First-tier agent[b] | Add-on therapy | Avoid |
|---|---|---|
| SNRIs | α2δ ligands, opioids, topical agents | Other SNRIs, TCAs, tramadol |
| α2δ ligands | SNRIs, TCAs, opioids, tramadol, topicals | Other α2δ ligands |
| TCAs | α2δ ligands, opioids, topicals | SNRIs, tramadol |
| Opioids | SNRIs, α2δ ligands, TCAs, topicals | Other opioids |
| Tramadol | α2δ ligands, opioids, topicals | SNRIs, TCAs |
| Topical agents | SNRIs, α2δ ligands, TCAs, opioids, tramadol, other topicals | None |

a   Rationale for polypharmacy includes the ability to decrease toxicity, address treatment failures, take advantage of complementary mechanisms of action and decrease drug-drug interactions.

b   See package inserts of each medication for full prescribing information.

**SNRIs** = serotonin-norepinephrine reuptake inhibitors; **TCAs** = tricyclic antidepressants.

## 9. Contrasting Various Isolated Agents and Combinations of Agents for Analgesic Effects in the Treatment of PDPN

There is not much literature comparing the analgesic effects of different pharmacological agents (or their combinations) for the treatment of PDPN. Gabapentin was compared with amitriptyline for treatment of PDPN in a crossover study with 25 patients.[195] A mean dosage of 1565 mg/day was equivalent to a mean dosage of amitriptyline 59 mg/day in terms of changes on mean daily score and the percentage of patients who achieved moderate or greater pain relief.

Agrawal et al.[196] conducted a prospective double-blind, randomized, placebo-controlled study evaluating 83 diabetic patients with painful neuropathy given either sodium valproate and gabapentin spray, or placebo drug and gabapentin spray, or sodium valproate and placebo spray, or placebo drug and placebo spray. Quantitative assessment of pain was done by McGill pain questionnaire, VAS and present pain intensity at the beginning of the study and after 3 months along with motor and sensory NCV measurements. All three active treatment groups experienced significant improvement in pain scores versus baseline (p < 0.001 for all groups) along with some of the electrophysiological parameters. The assessment of the magnitude of therapeutic effect of sodium valproate, gabapentin and their combination gave NNTs of 7, 5 and 4, respectively.[196]

Chou and colleagues[197] performed a meta-analysis of head-to-head trials using a random effects model and compared the results to an adjusted indirect analysis of placebo-controlled trials. In three head-to-head trials, there was no difference between gabapentin and TCAs for achieving pain relief (RR 0.99, 95% CI 0.76, 1.29). In adjusted indirect analyses, gabapentin was worse than TCAs for achieving pain relief (RR 0.41, 95% CI 0.23, 0.74) but indirect analyses combining data from different eras may be unreliable. The discrepancy between direct and indirect analyses was statistically significant (p = 0.008).[197]

Desipramine and duloxetine were both more effective and less expensive than gabapentin and pregabalin in the base-case analysis and through a wide range of sensitivity analyses.[198] Duloxetine offered borderline value compared with desipramine in the base case ($US47 700 per quality-adjusted life-year [QALY]), but not when incorporating baseline-observation-carried-forward analyses of the clinical trial data ($US867 000 per QALY; 2008 values). Desipramine (100 mg/day) and duloxetine (60 mg/day) appear to be more cost effective than gabapentin or pregabalin for treating PDPN.[198]

Ruessmann[199] followed a cohort of 443 diabetic patients with chronic PDPN who were treated with oral α-lipoic acid 600 mg daily for a mean period of 5 years. After stopping this treatment, 293 patients were switched to gabapentin (600–2400 mg/day), while 150 patients remained untreated because of no acute symptoms. In the untreated group, 110 (73%) patients developed

© 2011 Adis Data Information BV. All rights reserved.

neuropathic symptoms as soon as 2 weeks after the end of treatment with α-lipoic acid. In the group started on gabapentin, 131 (45%) patients had to stop taking the drug due to intolerable adverse effects. Among the patients treated with gabapentin, 132 (45%) were responders on an average dose of 1200 mg/day, whereas 161 (55%) were non-responders at gabapentin doses up to 2400 mg/day. These patients required an alternative treatment that consisted of pregabalin, carbamazepine, amitriptyline, tramadol or morphine as monotherapy or in combination.[199] The daily costs for α-lipoic acid were considerably lower than those for gabapentin or several frequently used drug combinations.[200] The frequency of outpatient visits was 3.8 times per 3 months during the treatment period with α-lipoic acid, while it increased to 7.9 per 3 months after switching to gabapentin or the other pain medications. Ruessmann[199] concluded that switching from long-term treatment with α-lipoic acid to central analgesic drugs such as gabapentin in PDPN was associated with considerably higher rates of adverse effects, frequencies of outpatient visits and daily costs of treatment.

Most trials of analgesics for neuropathic pain are focused on monotherapy; however, Gilron et al.[201] demonstrated that the combination of gabapentin and nortriptyline seems to be more efficacious than either drug given alone for neuropathic pain.

Talaei et al.[202] conducted a randomized, single-blind clinical trial of 100 patients (50 in each group) comparing the efficacy of parenteral vitamin $B_{12}$ and nortriptyline for symptomatic improvement of pain, paraesthesia, burning, freezing, stabbing and electrical sensation. Changes in nerve conduction parameters of amplitude, duration and latency were also compared. After treatment, the pain score based on a VAS decreased by 3.66 units in the vitamin $B_{12}$ group and 0.84 units in the nortriptyline group (p < 0.001). Similarly, the paraesthesia score decreased by 2.98 units versus 1.06 units (p < 0.001). The decrements of tingling sensation were 3.48 units versus 1.02 units (p < 0.001). Changes in vibration, position, pinprick and nerve conduction parameters were not significant in either group.[202]

## 10. Potential Future Analgesic Agents for the Treatment of PDNP

### 10.1 Lacosamide

The oral AED lacosamide is the R-enantiomer of 2-acetamido-*N*-benzyl-3-methoxypropionamide and it selectively enhances slow inactivation of voltage-gated sodium channels without affecting fast inactivation.[203] Additionally, lacosamide may modulate collapsin-response mediator protein 2 (CRMP-2), a protein that is involved in neuroplastic processes such as neuronal outgrowth and the modulation of NMDA receptor subunit NR2B.[204,205]

Shaibani et al.[200] conducted a phase III, double-blind, randomized, placebo-controlled, 18-week trial of lacosamide (200, 400 and 600 mg/day) in patients with PDPN. Over the treatment period (titration plus maintenance), pain relief was significantly higher with lacosamide 400 (p = 0.02) and 600 mg/day (p = 0.03) than placebo. Lacosamide had an early-onset effect with significant reductions in pain compared with placebo during the titration period. Lacosamide 400 mg/day also showed a favourable safety and tolerability profile and may be suitable for patients with diabetes.

Wymer et al.[206] performed a multicentre, randomized, placebo-controlled, double-blind trial to confirm the efficacy of lacosamide 400 mg daily and to explore the efficacy, safety and tolerability of lacosamide 200 and 600 mg/day in the treatment of PDPN. There was a 2-week run-in period, a 6-week titration phase and a 12-week maintenance phase, during which patients received placebo or fixed doses of lacosamide 200, 400 or 600 mg/day. At the end of treatment, 58% of patients in the lacosamide 400 mg/day treatment group achieved at least a 2-point or 30% reduction in Likert pain score compared with 46% of patients receiving placebo, which was statistically significant. Lacosamide 200 mg/day trended to be different from placebo, but was not statistically significant for any of the primary or secondary outcome measures. Lacosamide 600 mg/day was significantly more efficacious than placebo in the patients still participating in the trial at the time of the clinic visit or during that visit interval, but

© 2011 Adis Data Information BV. All rights reserved.

not in the ITT population. Discontinuations due to adverse events were highest in the 600 mg/day group (40%) with the most common adverse events consisted of dizziness, nausea, tremor, headache and fatigue. The occurrence of somnolence, cognitive and behavioural adverse effects, weight change and oedema was notably low. Safety and efficacy analyses indicated that lacosamide 400 mg/day provided an optimal balance between efficacy and adverse effects in patients with PDPN.[206] Lacosamide is not currently approved for use in the US.

## 10.2 Neuronal Nicotinic Acetylcholine Receptor Agonists

Tebanicline (ABT-594) is a neuronal nicotinic acetylcholine receptor (NNR) agonist that exhibits potent analgesic activity in preclinical models of acute, chronic and neuropathic pain.[207] Rowbotham et al.[207] conducted a phase II, randomized, multicentre, double-blind, placebo-controlled study to evaluate the safety and analgesic efficacy of tebanicline in patients with PDPN. A total of 266 patients were randomized 1 : 1 : 1 : 1 to receive placebo, tebanicline 150, 225 or 300 μg twice daily. The proportion of patients achieving at least a 50% improvement in the average diary-based Pain Rating Scale (PRS) was greater in all three tebanicline treatment groups than in the placebo group. However, adverse event withdrawal rates were significantly higher in all three tebanicline treatment groups (28% for 150 μg twice daily, 46% for 225 μg twice daily and 66% for 300 μg twice daily) than for the placebo group (9%). Consistent with the expected adverse-effect profile of NNR agonists, the most frequently reported adverse events were nausea, dizziness, vomiting, abnormal dreams and asthenia.

## 10.3 TRPV1 Antagonists

NGX-4010 is a rapid-delivery dermal patch containing high (8%) concentrations of trans-capsaicin (a TRPV1 [transient receptor potential vanilloid 1 antagonist]). It can be applied to the painful skin area up to a total surface area of 1120 cm$^2$ for the treatment of peripheral neuropathic pain.[208] NGX-4010 increased the threshold for warmth detection, reduced epidermal sensory nerve fibre density and was well tolerated in phase I trials. In phase II trials, NGX-4010 was effective in reducing pain in patients with PHN, HIV-associated DSP (HIV-DSP) and PDPN. Data from phase III trials in patients with PHN demonstrated that significantly more pain relief was achieved by NGX-4010 (30–32% reduction from baseline) than by a low-concentration capsaicin active control (20–24% reduction); however, only one of two studies involving patients with HIV-DSP met the primary endpoint. NGX-4010 appears to have the potential to be an effective adjunctive or a stand-alone therapy for PHN, as well as potentially for HIV-DSP and PDPN. NGX-4010 has been granted approval by the European Medicines Agency and a new drug application has been approved by the FDA for Qutenza®.[208]

Messinger et al.[209] found that silencing of the T-channel Ca$_V$3.2 isoform using antisense oligonucleotides had a profound and selective anti-hyperalgesic effect in diabetic rats and is accompanied by significant downregulation of T-currents in DRG neurons. Anti-hyperalgesic effects of Ca$_V$3.2 antisense oligonucleotides in diabetic rats were similar in models of rapid and slow onset of hyperglycaemia following intravenous and intraperitoneal injections of streptozotocin, respectively. Furthermore, treatments of diabetic rats with daily insulin injections reversed T-current alterations in DRG neurons in parallel with reversal of thermal and mechanical hypersensitivities *in vivo*.[209]

Type 1 diabetes induced in rats by streptozocin leads to the development of painful DPN, which is manifested as thermal hypersensitivity and mechanical allodynia. DPN is accompanied by significant increases in T-currents and cellular excitability recorded from the medium-sized DRG neurons.[210]

## 10.4 TRPA1 Antagonists

Chembridge-5861528 (CHEM; a TRPA1 [transient receptor potential ankyrin 1] channel antagonist and a derivative of HC-030031) or vehicle was administered acutely or twice daily for 10 days

© 2011 Adis Data Information BV. All rights reserved.

Case 1:04-cv-10981-PBS   Document 4172-17   Filed 10/15/13   Page 24 of 35

in diabetic animals. Administration of CHEM (30 mg/kg twice daily) for a week in the diabetic group attenuated development of mechanical hypersensitivity. Reduction of pain-related behaviour by a lower dose of the TRPA1 antagonist in the diabetic than in the control group suggests that endogenous compounds resulting from diabetes and acting on the TRPA1 channel contribute to diabetic hypersensitivity.[211]

### 10.5 Purinergic Receptor Modulators

P2X receptor antagonists are known to modulate the pain pathway. Migita et al.[212] examined the effect of these antagonists on mechanical hyperalgesia in streptozotocin-induced diabetic mice. The paw withdrawal frequency measured by von Frey filaments began to significantly increase 5 days after streptozotocin injection and was maintained for more than 14 days. Intrathecal administration of P2X receptor antagonists inhibited the mechanical allodynia in diabetic mice.[212] The levels of P2X(2) and P2X(3) receptor messenger RNA (mRNA) were significantly increased in diabetic mice at 14 days after the intravenous injection of streptozotocin. These results suggest that the upregulation of P2X(2), P2X(3) and/or P2X(2/3) receptors in DRG neurons is associated with mechanical allodynia in streptozotocin-induced diabetic mice.

### 10.6 Adenosine Receptor Modulators

Balasubramanyan and Sharma[213] demonstrated that intraperitoneal adenosine (100, 200 and 500 mg/kg) produced significant reversal of hyperalgesic responses to thermal and chemical stimuli in diabetic rats. 8-Cyclopentyl-1, 3-dipropylxanthine (DPCPX 1 mg/kg, intraperitoneally), an adenosine $A_1$-receptor antagonist, but not 3,7-dimethyl-1-propargylxanthine (DMPX 1 mg/kg, intraperitoneally), an adenosine $A_{2A}$-receptor antagonist, reversed the anti-hyperalgesic effects of adenosine. These results suggest that adenosine acting via stimulation of the adenosine $A_1$ receptor is an effective analgesic in a model of diabetic neuropathy.

Diabetic mice exhibited significant hyperalgesia along with increased plasma glucose, decreased bodyweights and reduced cerebral adenosine levels. Administration of duloxetine (5, 10 and 20 mg/kg, intraperitoneally) to these diabetic mice produced dose-dependent antinociceptive effect in both tail-immersion and hotplate assay.[214] Adenosine levels were also significantly and dose-dependently increased by different doses of duloxetine. Kuhad et al.[214] suggested the involvement of adenosinergic pathway in duloxetine-mediated anti-hyperalgesia in diabetic neuropathic pain.

### 10.7 Endocannabinoid Modulators

The endocannabinoid modulators UCM707 and AM404 at doses of 10 and 50 mg/kg reversed chemical hyperalgesia during the formalin test in streptozotocin-induced diabetic rats. UCM707 (10 and 50 mg/kg) caused less intensive nociceptive behaviours during both phases of the test, while AM404 (10 and 50 mg/kg) only affected pain scores during phase I of the formalin test.[215]

Comelli et al.[216] explored the antinociceptive effect of a controlled cannabis extract (eCBD) in attenuating diabetic neuropathic pain. Thermal hypoalgesia and mechanical allodynia were present in diabetic rats treated with vehicle, whereas repeated treatment with eCBD significantly relieved mechanical allodynia and restored the physiological thermal pain perception at the highest dose employed (30 mg/kg). Diabetic rats exhibited a significant depletion of both reduced glutathione (GSH) and oxidized glutathione (GSSG), with a ratio (GSH/GSSG) that decreased more than 2-fold with respect to the physiological value necessary to carry out the GSH-linked defensive activity and the level of malondialdehyde (MDA) was increased markedly, as a sign of free-radical generation. Repeated treatments with eCBD restored the physiological level of GSH and the correct ratio of GSH/GSSG; in addition, treatment with eCBD significantly reduced the MDA level to the control level compatible with a potent antioxidant and antiradical effect of eCBD.[216] Based on these observations, several therapeutic drugs, including antioxidants,[217] selective PKC inhibitors[57] and neurotrophic factors,[218] have been used to treat diabetic neuropathy;

© 2011 Adis Data Information BV. All rights reserved.

however, the magnitude of benefit of the effects in humans has been smaller than expected.[216]

Furthermore, Comelli et al.[216] demonstrated that the NGF concentration was significantly decreased (35%) in the sciatic nerve of diabetic rats compared with controls. This downregulation was completely reversed by eCBD treatment, which brought the NGF to a value no longer statistically different from that of the non-diabetic animals, suggesting a positive effect of eCBD on diabetes-induced impairment of peripheral nerve support by NGF.[216] eCBD counteracted nerve injury-induced neuropathic pain only through the TRPV1.[219]

In an animal model of diabetes, diabetes led to significant hyperalgesia during formalin and tail-flick tests, and URB597, an inhibitor of endocannabinoid metabolism (inhibiting fatty acid amidehydrolase), which enhances endocannabinoid neurotransmission (0.3 and 0.5 mg/kg [but not 0.1 mg/kg]), reversed chemical and thermal hyperalgesia in diabetic rats.[220] URB597 treatment did not affect bodyweight or the plasma glucose level of treated animals compared with nontreated animals. This study shows that increasing endocannabinoid neurotransmission with URB597 is efficacious in chemical and thermal models of diabetic hyperalgesia. It also suggests that URB597 is a promising tool for treatment of PDPN.[220]

### 10.8 Tocotrienols

Natural vitamin E, i.e. tocotrienols, possess powerful neuroprotective, antioxidant, anti-cancer and cholesterol-lowering properties that often differ from the properties of tocopherols.[221-223] The unsaturated side chain of tocotrienol allows for more efficient penetration into tissues that have saturated fatty layers such as the brain and liver.[224] Tocotrienol (25, 50 and 100 mg/kg) administration to diabetic rats produced a dose- and time-dependent increase in pain threshold compared with untreated diabetic rats.[53] The maximum increase in pain threshold was observed with tocotrienol 100 mg/kg in both tail-immersion and hotplate assays. In addition, diabetic rats treated with an insulin-tocotrienol combination showed significantly enhanced pain threshold

compared with rats treated with insulin or tocotrienol alone. Tocotrienol corrected the diabetes-induced decrease in paw-withdrawal thresholds in multiple animal models in response to light touch with flexible von Frey filaments, without affecting these variables in the control group. In diabetic rats treated with the insulin-tocotrienol combination, the withdrawal threshold was enhanced as compared with the insulin or tocotrienol alone groups. Long-term treatment with tocotrienol produced a significant and dose-dependent reduction in thiobarbituric acid-reactive substance levels in streptozotocin-treated rats. However, in diabetic rats the insulin-tocotrienol combination significantly prevented this rise in lipid peroxidation as compared with the insulin or tocotrienol alone groups.[53]

All these pathways converge in the production of oxidative stress and this results in NF-κB,[225,226] TGF-β1[227] and TNFα activation,[142,228] cyclooxygenase (COX)-2 mRNA induction[229,230] and COX-2 gene expression.[231] Excessive local levels of NO during inflammation may damage axons and growth cones.[232] NO combines with superoxide to form peroxynitrite, which rapidly causes protein nitration or nitrosylation, lipid peroxidation, DNA damage and cell death, and has direct toxic effects on the nerve tissue leading to neuropathic pain.[233]

Kuhad and Chopra[53] observed a significant increase in lipid peroxides and reduction in endogenous antioxidant enzyme activity in diabetic rats. Tocotrienol restored various biochemical parameters such as lipid peroxidation, non-protein thiols, superoxide dismutase and catalase activities in sciatic nerves of diabetic rats and attenuated the increase in NO present in diabetic rats.[53]

### 10.9 Vascular Endothelial Growth Factor

Ropper et al.[234] conducted a randomized, double-blinded trial of intramuscular gene transfer using plasmid VEGF to treat DPN. Thirty-nine patients received plasmid VEGF and 11 received placebo. The mean symptom score improved in both legs at 6 months, favouring VEGF over placebo ($-1.2 \pm 0.5$ vs $-0.9 \pm 0.5$; $p < 0.01$, after

© 2011 Adis Data Information BV. All rights reserved.

adjustment for change in the untreated leg) and compared with the untreated leg ($-0.7 \pm 0.5$; p=0.02). The symptom score encompassed five neuropathy-related characteristics in each leg: (i) distal leg weakness; (ii) proximal leg weakness; (iii) numbness; (iv) paraesthesias; and (v) pain (excluding at the site of skin ulceration, pain from vascular claudication or ischaemic rest pain). Each symptom was graded from 0 to 3 (0=none; 1=mild; 2=moderate; 3=severe), with a maximum possible score of 15. The region of sensory loss and VAS for pain improved in the treated group ($-1.5$ vs $-0.5$; p=0.01).

### 10.10 Botulinum Toxin

Botulinum toxin type A (BTX-A) has been postulated to have analgesic effects independent of its action on muscle tone, possibly by acting on neurogenic inflammation or inhibiting the release of neurotransmitters. Ranoux and colleagues[235] investigated 29 patients with focal painful neuropathies and mechanical allodynia using a randomized, double-blind, placebo-controlled design. Patients received a one-time intradermal administration of BTX-A (20–190 units) into the painful area. Relative to placebo, BTX-A treatment was associated with persistent effects on spontaneous pain intensity from 2 weeks after the injection to 14 weeks. These effects correlated with the preservation of thermal sensation at baseline (p<0.05). BTX-A also improved brush-evoked allodynia and decreased pain thresholds to cold, without affecting perception thresholds. These results indicated that BTX-A may induce direct analgesic effects in patients with chronic neuropathic pain independent of its effects on muscle tone.[235]

Yuan et al.[236] conducted a double-blind crossover trial to evaluate the effectiveness of intradermal BTX-A for diabetic neuropathic pain in 18 patients. They found a significant reduction in the VAS measure of pain by $0.83 \pm 1.11$ at 1 week, $2.22 \pm 2.24$ at 4 weeks, $2.33 \pm 2.56$ at 8 weeks and $2.53 \pm 2.48$ at 12 weeks after injection in the BTX-A group compared with the respective findings for a placebo group of $0.39 \pm 1.18$, $-0.11 \pm 2.04$, $0.42 \pm 1.62$ and $0.53 \pm 1.57$ at the same timepoints (p<0.05). Within the BTX-A group, 44.4% of the participants experienced a reduction of VAS $\geq 3$ within 3 weeks. At the 4-week postinjection stage, a transient improvement in sleep quality was seen using the Chinese version of the Pittsburgh Sleep Quality Index.[236]

### 10.11 Miscellaneous Agents

Other agents that may possess therapeutic benefit in the future may include neuropathic factors, immunomodulators, gene therapy and PARP inhibitors.

## 11. Conclusion

PDPN is a relatively common painful condition in patients with diabetes. It is a neuropathic pain disorder that presents multiple treatment challenges. The pathophysiology of PDPN remains uncertain; however, it is likely that multiple mechanisms may contribute to generating diabetic neuropathic pain. Although clinicians may currently not be able to precisely match therapeutic agents to the nociceptive mechanisms at play in a particular individual patient, the armamentarium of pharmacological therapeutic agents continues to broaden. A comprehensive patient evaluation combined with a broad knowledge of pathophysiology and treatment options may help healthcare providers to optimally address the neuropathic pain from diabetes in the present as well as moving into the future. Despite the availability of published treatment guidelines regarding the pharmacological management of this condition, the prescriber must be cognizant of the fact that among all suggested treatments, it is not currently possible to predict how an *individual* patient with PDPN will respond to treatment. Therefore, treatment needs to be individualized to the fullest extent possible.

### Acknowledgements

There was no funding or help from any sources for anything related to the submission of this paper.

The authors have no relevant conflicts of interest that affected the content of manuscript. Disclosures: Pfizer and Lilly:

advisory board/speakers bureau; Endo: grant received; Lilly: grant received; Pfizer: grant pending.

The authors would like to acknowledge Pya Seidner for her help in the preparation of this manuscript.

## References

1. Able SL, Robinson RL, Sterling K, et al. Utilization and costs of pain medications by patients with diabetic neuropathy [poster]. Annual Meeting of the Academy of Managed Care Pharmacy; 2005 Apr 20-25; Denver (CO)

2. Berger A, Dukes EM, Oster G. Clinical characteristics and economic costs of patients with painful neuropathic disorders. J Pain 2004 Apr; 5 (3): 143-9

3. Kastenbauer T, Irsigler P, Sauseng S, et al. The prevalence of symptoms of sensorimotor and autonomic neuropathy in type 1 and type 2 diabetic subjects. J Diabetes Complications 2004 Jan-Feb; 18 (1): 27-31

4. Gregg EW, Sorlie P, Paulose-Ram R, et al. Prevalence of lower-extremity disease in the US adult population ≥40 years of age with and without diabetes: 1999-2000 national health and nutrition examination survey. Diabetes Care 2004 Jul; 27 (7): 1591-7

5. Boulton AJM. Management of diabetic peripheral neuropathy. Clin Diabetes 2005; 23: 9-15

6. Partanen J, Niskanen L, Lehtinen J, et al. Natural history of peripheral neuropathy in patients with non-insulin-dependent diabetes mellitus. N Engl J Med 1995 Jul 13; 333 (2): 89-94

7. National Diabetes Information Clearinghouse. Diabetic neuropathies: the nerve damage of diabetes [online]. Available from URL: http://diabetes.niddk.nih.gov/dm/pubs/neuropathies [Accessed 2006 Feb 7]

8. Schmader KE. Epidemiology and impact on quality of life of postherpetic neuralgia and painful diabetic neuropathy. Clin J Pain 2002 Nov-Dec; 18 (6): 350-4

9. Dyck PJ, Kratz KM, Karnes JL, et al. The prevalence by staged severity of various types of diabetic neuropathy, retinopathy, and nephropathy in a population-based cohort: the Rochester Diabetic Neuropathy Study [published erratum appears in Neurology 1993 Nov; 43 (11): 2345]. Neurology 1993 Apr; 43 (4): 817-24

10. Boulton AJ, Knight G, Drury J, et al. The prevalence of symptomatic, diabetic neuropathy in an insulin-treated population. Diabetes Care 1985 Mar-Apr; 8 (2): 125-8

11. Polydefkis M, Griffin JW, McArthur J. New insights into diabetic polyneuropathy. JAMA 2003 Sep 10; 290 (10): 1371-6

12. Sumner CJ, Sheth S, Griffin JW, et al. The spectrum of neuropathy in diabetes and impaired glucose tolerance. Neurology 2003 Jan 14; 60 (1): 108-11

13. Polydefkis M, Hauer P, Griffin JW, et al. Skin biopsy as a tool to assess distal small fiber innervation in diabetic neuropathy. Diabetes Technol Ther 2001; 3 (1): 23-8

14. Tesfaye S, Chaturvedi N, Eaton SE, et al., EURODIAB Prospective Complications Study Group. Vascular risk factors and diabetic neuropathy. N Engl J Med 2005 Jan 27; 352 (4): 341-50

15. UK Prospective Diabetes Study (UKPDS) Group. Intensive blood-glucose control with sulphonylureas or insulin compared with conventional treatment and risk of complications in patients with type 2 diabetes (UKPDS 33) [published erratum appears in Lancet 1999; 354: 602]. Lancet 1998; 352: 837-53

16. Diabetes Control and Complications Trial Research Group. The effect of intensive treatment of diabetes on the development and progression of longterm complications in insulin-dependent diabetes mellitus. N Engl J Med 1993; 329: 977-86

17. Diabetes Control and Complications Trial Research Group. The effect of intensive diabetes therapy on the development and progression of neuropathy. Ann Intern Med 1995; 122: 561-8

18. Harris M, Eastman R, Cowie C. Symptoms of sensory neuropathy in adults with NIDDM in the U.S. population. Diabetes Care 1993 Nov; 16 (11): 1446-52

19. Wiggin TD, Sullivan KA, Pop-Busui R, et al. Elevated triglycerides correlate with progression of diabetic neuropathy. Diabetes 2009; 58 (7): 1634-40

20. Van Acker K, Bouhassira D, De Bacquer D, et al. Prevalence and impact on quality of life of peripheral neuropathy with or without neuropathic pain in type 1 and type 2 diabetic patients attending hospital outpatients clinics. Diabetes Metab 2009 Jun; 35 (3): 206-13

21. England JD, Gronseth GS, Franklin G, et al. Distal symmetric polyneuropathy: a definition for clinical research: report of the American Academy of Neurology, the American Association of Electrodiagnostic Medicine, and the American Academy of Physical Medicine and Rehabilitation. Neurology 2005; 64 (2): 199-207

22. Boulton AJ, Vinik AI, Arezzo JC, et al. Diabetic neuropathies: a statement by the American Diabetes Association. Diabetes Care 2005; 28 (4): 956-62

23. Edwards JL, Vincent AM, Cheng HT, et al. Diabetic neuropathy: mechanisms to management. Pharmacol Ther 2008 Oct; 120 (1): 1-34

24. Ziegler D, Rathmann W, Dickhaus T, et al. Neuropathic pain in diabetes, prediabetes and normal glucose tolerance: the MONICA/KORA Augsburg Surveys S2 and S3. Pain Med 2009 Mar; 10 (2): 393-400

25. Rathmann W, Haastert B, Icks A, et al. High prevalence of undiagnosed diabetes mellitus in Southern Germany: target populations for efficient screening. The KORA survey 2000. Diabetologia 2003 Feb; 46 (2): 182-9

26. The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Follow-up report on the diagnosis of diabetes mellitus. Diabetes Care 2003; 26: 3160-7

27. Benbow SJ, Wallymahmed ME, MacFarlane IA. Diabetic peripheral neuropathy and quality of life. QJM 1998 Nov; 91 (11): 733-7

28. Galer BS, Gianas A, Jensen MP. Painful diabetic polyneuropathy: epidemiology, pain description, and quality of life. Diabetes Res Clin Pract 2000 Feb; 47 (2): 123-8

29. Backonja MM, Stacey B. Neuropathic pain symptoms relative to overall pain rating. J Pain 2004 Nov; 5 (9): 491-7

30. Bennett M. The LANSS Pain Scale: the Leeds assessment of neuropathic symptoms and signs. Pain 2001; 92: 147-57

31. Krause SJ, Backonja MM. Development of a neuropathic pain questionnaire. Clin J Pain 2003 Sep-Oct; 19 (5): 306-14

© 2011 Adis Data Information BV. All rights reserved.

32. Galer BS, Jensen MP. Development and preliminary validation of a pain measure specific to neuropathic pain: the Neuropathic Pain Scale. Neurology 1997 Feb; 48 (2): 332-8

33. Cleeland CS, Ryan KM. Pain assessment: global use of the Brief Pain Inventory. Ann Acad Med Singapore 1994 Mar; 23 (2): 129-38

34. Feldman EL, Stevens MJ, Thomas PK, et al. A practical two-step quantitative clinical and electrophysiological assessment for the diagnosis and staging of diabetic neuropathy. Diabetes Care 1994 Nov; 17 (11): 1281-9

35. Moghtaderi A, Bakhshipour A, Rashidi H. Validation of Michigan neuropathy screening instrument for diabetic peripheral neuropathy. Clin Neurol Neurosurg 2006 Jul; 108 (5): 477-81

36. Zelman DC, Gore M, Dukes E, et al. Validation of a modified version of the brief pain inventory for painful diabetic peripheral neuropathy. J Pain Symptom Manage 2005 Apr; 29 (4): 401-10

37. Zelman DC, Dukes E, Brandenburg N, et al. Identification of cut-points for mild, moderate and severe pain due to diabetic peripheral neuropathy. Pain 2005 May; 115 (1-2): 29-36

38. Boulton AJ, Malik RA, Arezzo JC, et al. Diabetic somatic neuropathies. Diabetes Care 2004 Jun; 27 (6): 1458-86

39. Barbano R, Hart-Gouleau S, Pennella-Vaughan J, et al. Pharmacotherapy of painful diabetic neuropathy. Curr Pain Headache Rep 2003 Jun; 7 (3): 169-77

40. England JD, Gronseth GS, Franklin G, et al. Evaluation of distal symmetric polyneuropathy: the role of laboratory and genetic testing (an evidence-based review). Muscle Nerve 2009 Jan; 39 (1): 116-25

41. Staud R, Bovee CE, Robinson ME, et al. Cutaneous C-fiber pain abnormalities of fibromyalgia patients are specifically related to temporal summation. Pain 2008; 139 (2): 315-23

42. Chao CC, Hsieh SC, Tseng MT, et al. Patterns of contact heat evoked potentials (CHEP) in neuropathy with skin denervation: correlation of CHEP amplitude with intraepidermal nerve fiber density. Clin Neurophysiol 2008 Mar; 119 (3): 653-61

43. Granovsky Y, Matre D, Sokolik A, et al. Thermoreceptive innervation of human glabrous and hairy skin: a contact heat evoked potential analysis. Pain 2005 Jun; 115 (3): 238-47

44. Report and recommendations of the San Antonio Conference on Diabetic Neuropathy. American Diabetes Association. Muscle Nerve 1998; 11: 661-7

45. Vinik AI, Mehrabyan A. Diabetic neuropathies. Med Clin North Am 2004 Jul; 88 (4): 947-99, xi

46. England JD, Gronseth GS, Franklin G, et al. Practice parameter: evaluation of distal symmetric polyneuropathy: role of autonomic testing, nerve biopsy, and skin biopsy (an evidence-based review). Report of the American Academy of Neurology, American Association of Neuromuscular and Electrodiagnostic Medicine, and American Academy of Physical Medicine and Rehabilitation. Neurology 2009 Jan 13; 72 (2): 177-84

47. Devigili G, Tugnoli V, Penza P, et al. The diagnostic criteria for small fibre neuropathy: from symptoms to neuropathology. Brain 2008 Jul; 131 (Pt 7): 1912-25

48. Pittenger GL, Ray M, Burcus NI, et al. Intraepidermal nerve fibers are indicators of small-fiber neuropathy in both diabetic and nondiabetic patients. Diabetes Care 2004 Aug; 27 (8): 1974-9

49. McArthur JC, Stocks EA, Hauer P, et al. Epidermal nerve fiber density: normative reference range and diagnostic efficiency. Arch Neurol 1998 Dec; 55 (12): 1513-20

50. Polydefkis M, Yiannoutsos CT, Cohen BA, et al. Reduced intraepidermal nerve fiber density in HIV-associated sensory neuropathy. Neurology 2002 Jan 8; 58 (1): 115-9

51. Herrmann DN, Griffin JW, Hauer P, et al. Epidermal nerve fiber density and sural nerve morphometry in peripheral neuropathies. Neurology 1999 Nov 10; 53 (8): 1634-40

52. Ørstavik K, Namer B, Schmidt R, et al. Abnormal function of C-fibers in patients with diabetic neuropathy. J Neurosci 2006 Nov 1; 26 (44): 11287-94

53. Kuhad A, Chopra K. Tocotrienol attenuates oxidative-nitrosative stress and inflammatory cascade in experimental model of diabetic neuropathy. Neuropharmacology 2009 Sep; 57 (4): 456-62

54. Pop-Busui R, Sima A, Stevens M. Diabetic neuropathy and oxidative stress. Diabetes Metab Res Rev 2006 Jul-Aug; 22 (4): 257-73

55. Kong MF, Horowitz M, Jones KL, et al. Natural history of diabetic gastroparesis. Diabetes Care 1999 Mar; 22 (3): 503-7

56. Vinik AI, Maser RE, Mitchell BD, et al. Diabetic autonomic neuropathy. Diabetes Care 2003 May; 26 (5): 1553-79

57. Nakamura J, Kato K, Hamada Y, et al. A protein kinase C-beta-selective inhibitor ameliorates neural dysfunction in streptozotocin-induced diabetic rats. Diabetes 1999 Oct; 48 (10): 2090-5

58. Vincent AM, Russell JW, Low P, et al. Oxidative stress in the pathogenesis of diabetic neuropathy. Endocr Rev 2004 Aug; 25 (4): 612-28

59. Feldman EL, Stevens MJ, Greene DA. Pathogenesis of diabetic neuropathy. Clin Neurosci 1997; 4 (6): 365-70

60. Yamagishi S, Uehara K, Otsuki S, et al. Differential influence of increased polyol pathway on protein kinase C expressions between endoneurial and epineurial tissues in diabetic mice. J Neurochem 2003 Oct; 87 (2): 497-507

61. Uehara K, Yamagishi S, Otsuki S, et al. Effects of polyol pathway hyperactivity on protein kinase C activity, nociceptive peptide expression, and neuronal structure in dorsal root ganglia in diabetic mice. Diabetes 2004 Dec; 53 (12): 3239-47

62. Thornalley PJ. The potential role of thiamine (vitamin B(1)) in diabetic complications. Curr Diabetes Rev 2005; 1 (3): 287-98

63. Brownlee M. Biochemistry and molecular cell biology of diabetic complications. Nature 2001; 414 (6865): 813-20

64. Sayeski PP, Kudlow JE. Glucose metabolism to glucosamine is necessary for glucose stimulation of transforming growth factor-alpha gene transcription. J Biol Chem 1996 Jun 21; 271 (25): 15237-43

65. Kolm-Litty V, Sauer U, Nerlich A, et al. High glucose-induced transforming growth factor beta1 production is mediated by the hexosamine pathway in porcine glomerular mesangial cells. J Clin Invest 1998 Jan 1; 101 (1): 160-9

© 2011 Adis Data Information BV. All rights reserved.

*Smith & Argoff*

66. Du XL, Edelstein D, Rossetti L, et al. Hyperglycemia-induced mitochondrial superoxide overproduction activates the hexosamine pathway and induces plasminogen activator inhibitor-1 expression by increasing Sp1 glycosylation. Proc Nat Acad Sci U S A 2000 Oct 24; 97 (22): 12222-6

67. Hirakata Y, Kitamura S. Elevated serum transforming growth factor beta 1 level in primary lung cancer patients with finger clubbing. Eur J Clin Investig 1996 Sep; 26 (9): 820-3

68. Obrosova IG, Drel VR, Pacher P, et al. Oxidative–nitrosative stress and poly(ADP-ribose) polymerase (PARP) activation in experimental diabetic neuropathy: the relation is revisited. Diabetes 2005 Dec; 54 (12): 3435-41

69. Southan GJ, Szabo C. Poly(ADP-ribose) polymerase inhibitors. Curr Med Chem 2003 Feb; 10 (4): 321-40

70. Lukic IK, Humpert PM, Nawroth PP, et al. The RAGE pathway: activation and perpetuation in the pathogenesis of diabetic neuropathy. Ann N Y Acad Sci 2008 Apr; 1126: 76-80

71. Bierhaus A, Haslbeck K-M, Humpert PM, et al. Loss of pain perception in diabetes is dependent on a receptor of the immunoglobulin superfamily. J Clin Invest 2004 Dec; 114 (12): 1741-51

72. Haslbeck KM, Neundörfer B, Schlötzer-Schrehardtt U, et al. Activation of the RAGE pathway: a general mechanism in the pathogenesis of polyneuropathies? Neurol Res 2007 Jan; 29 (1): 103-10

73. Wada R, Yagihashi S. Role of advanced glycation end products and their receptors in the development of diabetic neuropathy. Ann N Y Acad Sci 2005 Jun; 1043: 598-604

74. Misur I, Zarkovic K, Barada A, et al. Advanced glycation endproducts in peripheral nerve in type 2 diabetes with neuropathy. Acta Diabetol 2004 Dec; 41 (4): 158-66

75. Bierhaus A, Humpert PM, Morcos M, et al. Understanding RAGE, the receptor for advanced glycation end products. J Mol Med 2005 Nov; 83 (11): 876-86

76. Moser B, Herold KC, Schmidt AM. Receptor for advanced glycation endproducts and its ligands: initiators or amplifiers of joint inflammation – a bit of both? Arthritis Rheum 2006 Jan; 54 (1): 14-8

77. Yan SF, Barile GR, D'Agati V, et al. The biology of RAGE and its ligands: uncovering mechanisms at the heart of diabetes and its complications. Curr Diab Rep 2007 Apr; 7 (2): 146-53

78. Schmidt AM, Stern DM. RAGE: a new target for the prevention and treatment of the vascular and inflammatory complications of diabetes. Trends Endocrinol Metab 2000 Nov; 11 (9): 368-75

79. Quehenberger P, Bierhaus A, Fasching P, et al. Endothelin 1 transcription is controlled by nuclear factor kappaB in AGE-stimulated cultured endothelial cells. 2000 Sep; 49 (9): 1561-70

80. Bierhaus A, Illmer T, Kasper M, et al. Advanced glycation end product (AGE)-mediated induction of tissue factor in cultured endothelial cells is dependent on RAGE. Circulation 1997 Oct 7; 96 (7): 2262-71

81. Vincent AM, Perrone L, Sullivan KA, et al. Receptor for advanced glycation end products activation injures primary sensory neurons via oxidative stress. Endocrinology 2007 Feb; 148 (2): 548-58

82. Hellweg R, Hartung HD. Endogenous levels of nerve growth factor (NGF) are altered in experimental diabetes mellitus: a possible role for NGF in the pathogenesis of diabetic neuropathy. J Neurosci Res 1990 Jun; 26 (2): 258-67

83. Fernyhough P, Diemel LT, Tomlinson DR. Target tissue production and axonal transport of neurotrophin-3 are reduced in streptozocin-diabetic rats. Diabetologia 1998 Mar; 41 (3): 300-6

84. Fernyhough P, Diemel LT, Hardy J, et al. Human recombinant nerve growth factor replaces deficient neurotrophic support in the diabetic rat. Eur J Neurosci 1995 May 1; 7 (5): 1107-10

85. Whitworth IH, Terenghi G, Green CJ, et al. Targeted delivery of nerve growth factor via fibronectin conduits assists nerve regeneration in control and diabetic rats. Eur J Neurosci 1995 Nov 1; 7 (11): 2220-5

86. Malcangio M, Garrett NE, Bowery NG, et al. Effect of 14-day treatment with nerve growth factor (NGF) on the release of substance P-like immunoreactivity from rat isolated spinal cord [abstract]. Br J Pharmacol 1996; 118: 48P

87. Bennett GS, Garrett NE, Diemel LT, et al. Neurogenic cutaneous vasodilatation and plasma extravasation in diabetic rats: effect of insulin and nerve growth factor. Br J Pharmacol 1998 Aug; 124 (7): 1573-9

88. Mizisin AP, Calcutt NA, Tomlinson DR, et al. Neurotrophin-3 reverses nerve conduction velocity deficits in streptozotocin-diabetic rats. J Peripher Nerv Syst 1999; 4 (3-4): 211-21

89. Huang TJ, Sayers NM, Fernyhough P, et al. Diabetes-induced alterations in calcium homeostasis in sensory neurones of streptozotocin-diabetic rats are restricted to lumbar ganglia and are prevented by neurotrophin-3. Diabetologia 2002 Apr; 45 (4): 560-70

90. Sayers NM, Beswick LJ, Middlemas A, et al. Neurotrophin-3 prevents the proximal accumulation of neurofilament proteins in sensory neurons of streptozotocin-induced diabetic rats. Diabetes 2003 Sep; 52 (9): 2372-80

91. Huang TJ, Sayers NM, Verkhratsky A, et al. Neurotrophin-3 prevents mitochondrial dysfunction in sensory neurons of streptozotocin-diabetic rats. Exp Neurol 2005 Jul; 194 (1): 279-83

92. Tomlinson DR, Gardiner NJ. Diabetic neuropathies: components of etiology. J Peripher Nerv Syst 2008 Jun; 13 (2): 112-21

93. Price SA, Agthong S, Middlemas AB, et al. Mitogen-activated protein kinase p38 mediates reduced nerve conduction velocity in experimental diabetic neuropathy: interactions with aldose reductase. Diabetes 2004 Jul; 53 (7): 1851-6

94. Wittmack EK, Rush AM, Hudmon A, et al. Voltage-gated sodium channel Nav1.6 is modulated by p38 mitogen-activated protein kinase. J Neurosci 2005 Jul 13; 25 (28): 6621-30

95. Ahlgren SC, White DM, Levine JD. Increased responsiveness of sensory neurons in the saphenous nerve of the streptozotocin-diabetic rat. J Neurophysiol 1992 Dec; 68 (6): 2077-85

96. Burchiel KJ, Russell LC, Lee RP, et al. Spontaneous activity of primary afferent neurons in diabetic BB/Wistar rats: a possible mechanism of chronic diabetic neuropathic pain. Diabetes 1985 Nov; 34 (11): 1210-3

© 2011 Adis Data Information BV. All rights reserved.

97. Craner MJ, Klein JP, Renganathan M, et al. Changes of sodium channel expression in experimental painful diabetic neuropathy. Ann Neurol 2002 Dec; 52 (6): 786-92

98. Hong S, Morrow TJ, Paulson PE, et al. Early painful diabetic neuropathy is associated with differential changes in tetrodotoxin-sensitive and -resistant sodium channels in dorsal root ganglion neurons in the rat. J Biol Chem 2004 Jul 9; 279 (28): 29341-50

99. Hoybergs YM, Meert TF. The effect of low-dose insulin on mechanical sensitivity and allodynia in type I diabetes neuropathy. Neurosci Lett 2007 May 1; 417 (2): 149-54

100. Smith HS, Sima AAF. Keeping the insulin-like growth factor system in harmony. J Neuropathic Pain Symptom Palliation 2005; 1: 3-6

101. Smith HS. Analgesic Actions of Insulin. J Neuropathic Pain Symptom Palliation 2006; 1: 23-8

102. Kamiya H, Zhang W, Sima AAF. C-peptide prevents nociceptive sensory neuropathy in type 1 diabetes. Ann Neurol 2004 Dec; 56 (6): 827-35

103. Ekberg K, Brismar T, Johansson BL, et al. Amelioration of sensory nerve dysfunction by C-peptide in patients with type 1 diabetes. Diabetes 2003 Feb; 52 (2): 536-41

104. Hills CE, Brunskill NJ. Cellular and physiological effects of C-peptide. Clin Sci (Lond) 2009 Apr; 116 (7): 565-74

105. Sima AAF, Ristic H, Merry A, et al. The primary preventional and secondary interventative effects of acetyl-L-carnitine on diabetic neuropathy in the BB/W-rat. J Clin Invest 1996 Apr 15; 97 (8): 1900-7

106. Stevens MJ, Lattimer SA, Feldman EL, et al. Acetyl-L-L-carnitine deficiency as a course of altered nerve myo-inositol content, Na+ K+-ATPase activity and motor conduction velocity in the streptozotocin diabetic rat. Metabolism 1996 Jul; 45 (7): 865-72

107. Sima AA, Calvani M, Mehra M, et al. Acetyl-L-carnitine improves pain, vibratory perception and nerve morphology in patients with chronic diabetic peripheral neuropathy: an analysis of two randomized, placebo-controlled trials. Diabetes Care 2005 Jan; 28 (1): 89-94

108. Amato A, Sima AA. The protective effect of acetyl-L-carnitine on symptoms, particularly pain, in diabetic neuropathy [abstract]. Diabetes 2006; 55: A506

109. De Grandis D, Minardi C. Acetyl-L-carnitine (levacecarnine) in the treatment of diabetic neuropathy: a long-term, randomised, double-blind, placebo-controlled study. Drugs R D 2002; 3 (4): 223-31

110. Sima AA. Acetyl-L-carnitine in diabetic polyneuropathy: experimental and clinical data. CNS Drugs 2007; 21 Suppl. 1: 13-23

111. Sima AA. Pathological mechanisms involved in diabetic neuropathy: can we slow the process? Curr Opin Investig Drugs 2006; 7 (4): 324-37

112. Kinoshita JH, Dvornik D, Kraml M, et al. The effect of an aldose reductase inhibitor on the galactose-exposed rabbit lens. Biochim Biophys Acta 1968 Jun 24; 158 (3): 472-5

113. Chylack Jr LT, Henriques 3rd HF, Cheng HM, et al. Efficacy of Alrestatin, an aldose reductase inhibitor, in human diabetic and nondiabetic lenses. Ophthalmology 1979 Sep; 86 (9): 1579-85

114. Demaine AG. Polymorphisms of the aldose reductase gene and susceptibility to diabetic microvascular complications. Curr Med Chem 2003; 10 (15): 1389-98

115. Donaghue KC, Margan SH, Chan AK, et al. The association of aldose reductase gene (AKR1B1) polymorphisms with diabetic neuropathy in adolescents. Diabet Med 2005 Oct; 22 (10): 1315-20

116. Thamotharampillai K, Chan AK, Bennetts B, et al. Decline in neurophysiological function after 7 years in an adolescent diabetic cohort and the role of aldose reductase gene polymorphisms. Diabetes Care 2006 Sep; 29 (9): 2053-7

117. Cameron NE, Leonard MB, Ross IS, et al. The effects of sorbinil on peripheral nerve conduction velocity, polyol concentrations and morphology in the streptozotocin-diabetic rat. Diabetologia 1986 Mar; 29 (3): 168-74

118. Yagihashi S, Kamijo M, Ido Y, et al. Effects of long-term aldose reductase inhibition on development of experimental diabetic neuropathy: ultrastructural and morphometric studies of sural nerve in streptozocin-induced diabetic rats. Diabetes 1990 Jun; 39 (6): 690-6

119. Kato N, Mizuno K, Makino M, et al. Effects of 15-month aldose reductase inhibition with fidarestat on the experimental diabetic neuropathy in rats. Diabetes Res Clin Pract 2000 Oct; 50 (2): 77-85

120. Oates PJ. Aldose reductase, still a compelling target for diabetic neuropathy. Curr Drug Targets 2008; 9 (1): 14-36

121. Hammes HP, Du X, Edelstein D, et al. Benfotiamine blocks three major pathways of hyperglycemic damage and prevents experimental diabetic retinopathy. Nat Med 2003 Mar; 9 (3): 294-9

122. Haupt E, Ledermann H, Kopcke W. Benfotiamine in the treatment of diabetic polyneuropathy: a three-week randomized, controlled pilot study (BEDIP study). Int J Clin Pharmacol Ther 2005 Feb; 43 (2): 71-7

123. Stracke H, Lindemann A, Federlin K. A benfotiamine-vitamin B combination in treatment of diabetic polyneuropathy. Exp Clin Endocrinol Diabetes 1996; 104 (4): 311-6

124. Winkler G, Pal B, Nagybeganyi E, et al. Effectiveness of different benfotiamine dosage regimens in the treatment of painful diabetic neuropathy. Arzneimittelforschung 1999 Mar; 49 (3): 220-4

125. Stracke H, Gaus W, Achenbach U, et al. Benfotiamine in diabetic polyneuropathy (BENDIP): results of a randomised, double blind, placebo-controlled clinical study. Exp Clin Endocrinol Diabetes 2008 Nov; 116 (10): 600-5

126. Blakytny R, Harding JJ. Prevention of cataract in diabetic rats by aspirin, paracetamol (acetaminophen) and ibuprofen. Exp Eye Res 1992 Apr; 54 (4): 509-18

127. Fu MX, Thorpe SR, Baynes JW. Effects of aspirin on glycation, glycoxidation and cross-linking of collagen. In: Labuza TP, Reneccius GA, Monnier VM, et al., editors. Maillard reaction in chemistry, food, and health. Cambridge: The Royal Society of Chemistry, 1994: 95-100

128. Thornalley PJ. Use of aminoguanidine (Pimagedine) to prevent the formation of advanced glycation endproducts. Arch Biochem Biophys 2003; 419 (1): 31-40

129. Cooper ME, Thallas V, Forbes J, et al. The cross-link breaker, N-phenacylthiazolium bromide prevents vascular advanced glycation end-product accumulation. Diabetologia 2000 May; 43 (5): 660-4

130. Li F, Drel VR, Szabo C, et al. Low-dose poly(ADPribose) polymerase inhibitor-containing combination therapies reverse early peripheral diabetic neuropathy. Diabetes 2005 May; 54 (5): 1514-22

131. Ilnytska O, Lyzogubov VV, Stevens MJ, et al. Poly(ADP-ribose) polymerase inhibition alleviates experimental diabetic sensory neuropathy. Diabetes 2006 Jun; 55 (6): 1686-94

132. Stevens MJ, Li F, Drel VR, et al. Nicotinamide reverses neurological and neurovascular deficits in streptozotocin diabetic rats. J Pharmacol Exp Ther 2007 Jan; 320 (1): 458-64

133. Ziegler D. Thioctic acid for patients with symptomatic diabetic polyneuropathy: a critical review. Treat Endocrinol 2004; 3 (3): 173-89

134. Ziegler D, Nowak H, Kempler P, et al. Treatment of symptomatic diabetic polyneuropathy with the antioxidant alpha-lipoic acid: a meta-analysis. Diabet Med 2004 Feb; 21 (2): 114-21

135. Ziegler D, Hanefeld M, Ruhnau KJ, et al. Treatment of symptomatic diabetic peripheral neuropathy with the antioxidant α-lipoic acid: a 3-week multicenter randomized controlled trial (ALADIN study). Diabetologia 1995 Dec; 38 (12): 1425-33

136. Ziegler D, Hanefeld M, Ruhnau KJ, et al. Treatment of symptomatic diabetic polyneuropathy with the antioxidant α-lipoic acid: a 7-month multicenter randomized controlled trial (ALADIN III study). Diabetes Care 1999 Aug; 22 (8): 1296-301

137. Ametov A, Barinov A, O'Brien P, et al. The sensory symptoms of diabetic polyneuropathy are improved with α-lipoic acid: the SYDNEY trial. Diabetes Care 2003 Mar; 26 (3): 770-6

138. NATHAN II study. Frankfurt: VIATRIS GmbH, 2003. (Data on file)

139. Sharma S, Kulkarni SK, Chopra K. Resveratrol, a polyphenolic phytoalexin attenuates thermal hyperalgesia and cold allodynia in STZ-induced diabetic rats. Indian J Exp Biol 2006 Jul; 44 (7): 566-9

140. Kumar A, Kaundal RK, Iyer S, et al. Effects of resveratrol on nerve functions, oxidative stress and DNA fragmentation in experimental diabetic neuropathy. Life Sci 2007 Mar 6; 80 (13): 1236-44

141. Sharma S, Kulkarni SK, Chopra K. Effect of resveratrol, a polyphenolic phytoalexin, on thermal hyperalgesia in a mouse model of diabetic neuropathic pain. Fundam Clin Pharmacol 2007 Feb; 21 (1): 89-94

142. Kuhad A, Sharma S, Chopra K. Lycopene attenuates thermal hyperalgesia in a diabetic mouse model of neuropathic pain. Eur J Pain 2008 Jul; 12 (5): 624-32

143. Berti-Mattera LN, Kern TS, Siegel RE, et al. Sulfasalazine blocks the development of tactile allodynia in diabetic rats. Diabetes 2008 Oct; 57 (10): 2801-8

144. Gidal BE. New and emerging treatment options for neuropathic pain. Am J Manag 2006 Jun; 12 (9 Suppl.): S269-78

145. Saarto T, Wiffen PJ. Antidepressants for neuropathic pain. Cochrane Database Syst Rev 2007; (4): CD005454?

146. Max MB, Culnane M, Schafer SC, et al. Amitriptyline relieves diabetic neuropathy pain in patients with normal or depressed mood. Neurology 1987 Apr; 37 (4): 589-96

147. Max MB, Kishore-Kumar R, Schafer SC, et al. Efficacy of desipramine in painful diabetic neuropathy: a placebo-controlled trial. Pain 1991 Apr; 45 (1): 3-9

148. Max MB, Lynch SA, Muir J, et al. Effects of desipramine, amitriptyline, and fluoxetine on pain in diabetic neuropathy. N Engl J Med 1992 May 7; 326 (19): 1250-6

149. Cymbalta [prescribing information]. Indianapolis (IN): Eli Lilly and Company, 2005 Jan

150. Goldstein DJ, Lu Y, Detke MJ, et al. Duloxetine vs. placebo in patients with painful diabetic neuropathy. Pain 2005 Jul; 116 (1-2): 109-18

151. Raskin J, Pritchett YL, Wang F, et al. A double-blind, randomized multicenter trial comparing duloxetine with placebo in the management of diabetic peripheral neuropathic pain. Pain Med 2005 Sep-Oct; 6 (5): 346-56

152. Robinson MJ, Rosen A, Hardy TA, et al. Duloxetine for the management of diabetic peripheral neuropathic pain: comparison of safety data in older (age ≥65) and younger (age <65) patients [abstract]. 2005 Annual Scientific Meeting of the American Geriatrics Society; 2005 May 12; Orlando (FL)

153. Rowbotham MC, Goli V, Kunz NR, et al. Venlafaxine extended release in the treatment of painful diabetic neuropathy: a double-blind, placebo-controlled study [published erratum appears in Pain 2005 Jan; 113 (1-2): 248]. Pain 2004 Aug; 110 (3): 697-706

154. Sindrup SH, Bach FW, Madsen C, et al. Venlafaxine versus imipramine in painful polyneuropathy: a randomized, controlled trial. Neurology 2003 Apr 22; 60 (8): 1284-9

155. Kadiroglu AK, Sit D, Kayabasi H, et al. The effect of venlafaxine HCl on painful peripheral diabetic neuropathy in patients with type 2 diabetes mellitus. J Diabetes Complications 2008 Jul-Aug; 22 (4): 241-5

156. Striano P, Striano S. Gabapentin: a Ca2+ channel alpha s-delta ligand far beyond epilepsy therapy. Drugs Today 2008 May; 44 (5): 353-68

157. Wodarski R, Clark AK, Grist J, et al. Gabapentin reverses microglial activation in the spinal cord of streptozotocin-induced diabetic rats. Eur J Pain 2009 Sep; 13 (8): 807-11

158. Tsuda M, Inoue K, Salter MW. Neuropathic pain and spinal microglia: a big problem from molecules in "small" glia. Trends Neurosci 2005; 28: 101-7

159. Tsuda M, Ueno H, Kataoka A, et al. Activation of dorsal horn microglia contributes to diabetes-induced tactile allodynia via extracellular signal-regulated protein kinase signaling. Glia 2008 Mar; 56 (4): 378-86

160. Colburn RW, DeLeo JA, Rickman AJ, et al. Dissociation of microglial activation and neuropathic pain behaviors following peripheral nerve injury in the rat. J Neuroimmunol 1997 Nov; 79 (2): 163-75

161. Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. JAMA 1998 Dec 2; 280 (21): 1831-6

162. Sandercock D, Cramer M, Wu J, et al. Gabapentin extended release for the treatment of painful diabetic peripheral neuropathy: efficacy and tolerability in a double-blind, randomized, controlled clinical trial [letter]. Diabetes Care 2009 Feb; 32 (2): e20

© 2011 Adis Data Information BV. All rights reserved.

163. Richter RW, Portenoy R, Sharma U, et al. Relief of painful diabetic peripheral neuropathy with pregabalin: a randomized, placebo-controlled trial. J Pain 2005 Apr; 6 (4): 253-60

164. Lesser H, Sharma U, LaMoreaux L, et al. Pregabalin relieves symptoms of painful diabetic neuropathy: a randomized controlled trial. Neurology 2004 Dec 14; 63 (11): 2104-10

165. Rosenstock J, Tuchman M, LaMoreaux L, et al. Pregabalin for the treatment of painful diabetic peripheral neuropathy: a double-blind, placebo-controlled trial. Pain 2004 Aug; 110 (3): 628-38

166. Arezzo JC, Rosenstock J, Lamoreaux L, et al. Efficacy and safety of pregabalin 600 mg/d for treating painful diabetic peripheral neuropathy: a double-blind placebo-controlled trial. BMC Neurol 2008 Sep 16; 8: 33

167. Rull JA, Quibrera R, Gonzalez-Millan H, et al. Symptomatic treatment of peripheral diabetic neuropathy with carbamazepine (Tegretol): double blind crossover trial. Diabetologia 1969 Aug; 5 (4): 215-8

168. Wilton TD. Tegretol in the treatment of diabetic neuropathy. S Afr Med J 1974; 48: 869-72

169. Eisenberg E, Lurie Y, Braker C, et al. Lamotrigine reduced painful diabetic neuropathy: a randomized, controlled study. Neurology 2001 Aug 14; 57 (3): 505-9

170. Arnone D. Review of the use of topiramate for treatment of psychiatric disorders. Ann Gen Psychiatry 2005; 4 (5): 2-14

171. Lopes LS, Pereira SS, Silva LL, et al. Antinociceptive effect of topiramate in models of acute pain and diabetic neuropathy in rodents. Life Sci 2009 Jan 16; 84 (3-4): 105-10

172. Raskin P, Donofrio PD, Rosenthal NR, et al., CAPSS-141 Study Group. Topiramate vs placebo in painful diabetic neuropathy: analgesic and metabolic effects. Neurology 2004 Sep 14; 63 (5): 865-73

173. Thienel U, Neto W, Schwabe SK, et al. Topiramate in painful diabetic polyneuropathy: findings from three double-blind placebo-controlled trials. Acta Neurol Scand 2004 Oct; 110 (4): 221-31

174. Gimbel JS, Richards P, Portenoy RK. Controlled-release oxycodone for pain in diabetic neuropathy: a randomized controlled trial. Neurology 2003 Mar 25; 60 (6): 927-34

175. Watson CP, Moulin D, Watt-Watson J, et al. Controlled-release oxycodone relieves neuropathic pain: a randomized controlled trial in painful diabetic neuropathy. Pain 2003 Sep; 105 (1-2): 71-8

176. Harati Y, Gooch C, Swenson M, et al. Double-blind randomized trial of tramadol for the treatment of the pain of diabetic neuropathy. Neurology 1998 Jun; 50 (6): 1842-6

177. Daulhac L, Mallet C, Courteix C, et al. Diabetes-induced mechanical hyperalgesia involves spinal mitogen-activated protein kinase activation in neurons and microglia via N-methyl-D-aspartate-dependent mechanisms. Mol Pharmacol 2006 Oct; 70 (4): 1246-54

178. Wang XL, Zhang HM, Chen SR, et al. Altered synaptic input and GABAB receptor function in spinal superficial dorsal horn neurons in rats with diabetic neuropathy. J Physiol 2007 Mar 15; 579 (Pt 3): 849-61

179. Amin P, Sturrock ND. A pilot study of the beneficial effects of amantadine in the treatment of painful diabetic peripheral neuropathy. Diabet Med 2003 Feb; 20 (2): 114-8

180. Begon S, Pickering G, Eschalier A, et al. Magnesium and MK-801 have a similar effect in two experimental models of neuropathic pain. Brain Res 2000 Dec 29; 887 (2): 436-9

181. Calcutt NA, Chaplan SR. Spinal pharmacology of tactile allodynia in diabetic rats. Br J Pharmacol 1997 Dec; 122 (7): 1478-82

182. Carlsson KC, Hoem NO, Moberg ER, et al. Analgesic effect of dextromethorphan in neuropathic pain. Acta Anaesthesiol Scand 2004 Mar; 48 (3): 328-36

183. Chen S-R, Samoriski G, Pan H-L. Antinociceptive effects of chronic administration of uncompetitive NMDA receptor antagonists in a rat model of diabetic neuropathic pain. Neuropharmacology 2009 Aug; 57 (2): 121-6

184. Sang CN, Booher S, Gilron I, et al. Dextromethorphan and memantine in painful diabetic neuropathy and postherpetic neuralgia: efficacy and dose-response trials. Anesthesiology 2002 May; 96 (5): 1053-61

185. Capsaicin Study Group. Effect of treatment with capsaicin on daily activities of patients with painful diabetic neuropathy. Diabetes Care 1992; 15: 159-65

186. Capsaicin Study Group. Treatment of painful diabetic neuropathy with topical capsaicin: a multicenter, double-blind, vehicle-controlled study. Arch Intern Med 1991; 151: 2225-9

187. Tandan R, Lewis GA, Krusinski PB, et al. Topical capsaicin in painful diabetic neuropathy: controlled study with long-term follow-up. Diabetes Care 1992 Jan; 15 (1): 8-14

188. Meier T, Wasner G, Faust M, et al. Efficacy of lidocaine patch 5% in the treatment of focal peripheral neuropathic pain syndromes: a randomized, double-blind, placebo-controlled study. Pain 2003 Nov; 106 (1-2): 151-8

189. Argoff CE, Galer BS, Jensen MP, et al. Effectiveness of the lidocaine patch 5% on pain qualities in three chronic pain states: assessment with the Neuropathic Pain Scale. Curr Med Res Opin 2004; 20 Suppl. 2: S21-8

190. Barbano RL, Herrmann DN, Hart-Gouleau S, et al. Effectiveness, tolerability, and impact on quality of life of the 5% lidocaine patch in diabetic polyneuropathy. Arch Neurol 2004 Jun; 61 (6): 914-8

191. Baron R, Mayoral V, Leijon G, et al. Efficacy and safety of 5% lidocaine (lignocaine) medicated plaster in comparison with pregabalin in patients with postherpetic neuralgia and diabetic polyneuropathy: interim analysis from an open-label, two-stage adaptive, randomized, controlled trial. Clin Drug Investig 2009; 29 (4): 231-41

192. Argoff CE, Backonja MM, Belgrade MJ, et al. Consensus guidelines: treatment planning and options. Diabetic peripheral neuropathic pain. Mayo Clin Proc 2006; 81 (4 Suppl.): S12-25

193. Collins SL, Moore RA, McQuay HJ, et al. Antidepressants and anticonvulsants for diabetic neuropathy and postherpetic neuralgia: a quantitative systematic review. J Pain Symptom Manage 2000; 20: 449-58

194. Sindrup SH, Jensen TS. Efficacy of pharmacological treatments of neuropathic pain: an update and effect related to mechanism of drug action. Pain 1999 Dec; 83 (3): 389-400

195. Morello CM, Leckband SG, Stoner CP, et al. Randomized double-blind study comparing the efficacy of gabapentin

© 2011 Adis Data Information BV. All rights reserved.

*Smith & Argoff*

with amitriptyline on diabetic peripheral neuropathy pain. Arch Intern Med 1999 Sep 13; 159 (16): 1931-7

196. Agrawal RP, Goswami J, Jain S, et al. Management of diabetic neuropathy by sodium valproate and glyceryl trinitrate spray: a prospective double-blind randomized placebo-controlled study. Diabetes Res Clin Pract 2009 Mar; 83 (3): 371-8

197. Chou R, Carson S, Chan BK. Gabapentin versus tricyclic antidepressants for diabetic neuropathy and post-herpetic neuralgia: discrepancies between direct and indirect meta-analyses of randomized controlled trials. J Gen Intern Med 2009 Feb; 24 (2): 178-88

198. O'Connor AB, Noyes K, Holloway RG. A cost-utility comparison of four first-line medications in painful diabetic neuropathy. Pharmacoeconomics 2008; 26 (12): 1045-64

199. Ruessmann HJ, German Society of out patient diabetes centres AND (Arbeitsgemeinschaft niedergelassener diabetologisch tätiger Arzte e.V.). Switching from pathogenetic treatment with alpha-lipoic acid to gabapentin and other analgesics in painful diabetic neuropathy: a real-world study in outpatients. J Diabetes Complications 2009 May-Jun; 23 (3): 174-7

200. Shaibani A, Fares S, Selam JL, et al. Lacosamide in painful diabetic neuropathy: an 18-week double-blind placebo-controlled trial. J Pain 2009 Aug; 10 (8): 818-28

201. Gilron I, Bailey JM, Tu D, et al. Nortriptyline and gabapentin, alone and in combination for neuropathic pain: a double-blind, randomised controlled crossover trial. Lancet 2009 Oct; 374 (9697): 1252-61

202. Talaei A, Siavash M, Majidi H, et al. Vitamin B(12) may be more effective than nortriptyline in improving painful diabetic neuropathy. Int J Food Sci Nutr 2009; 12: 1-6

203. Errington AC, Stohr T, Heers C, et al. The investigational anticonvulsant lacosamide selectively enhances slow inactivation of voltage-gated sodium channels. Mol Pharmacol 2008 Jan; 73 (1): 157-69

204. Beyreuther BK, Freitag J, Heers C, et al. Lacosamide: a review of preclinical properties. CNS Drug Rev 2007 Spring; 13 (1): 21-42

205. Stohr T, Beyreuther B, Freitag J. Lacosamide modulates collapsin response mediator protein 2 (CRMP-2) [poster]. American Epilepsy Society Annual Meeting; 2006 Dec 1-5; San Diego (CA)

206. Wymer JP, Simpson J, Sen D, et al. Efficacy and safety of lacosamide in diabetic neuropathic pain: an 18-week double-blind placebo-controlled trial of fixed-dose regimens. Clin J Pain 2009 Jun; 25 (5): 376-85

207. Rowbotham MC, Duan WR, Thomas J, et al. A randomized, double-blind, placebo-controlled trial evaluating the efficacy and safety of ABT-594 in patients with diabetic peripheral neuropathic pain. Pain 2009 Dec; 146 (3): 245-52

208. Noto C, Pappagallo M, Szallasi A. NGX-4010, a high-concentration capsaicin dermal patch for lasting relief of peripheral neuropathic pain. Curr Opin Investig Drugs 2009 Jul; 10 (7): 702-10

209. Messinger RB, Naik AK, Jagodic MM, et al. In vivo silencing of the Ca$_V$3.2 T-type calcium channels in sensory neurons alleviates hyperalgesia in rats with streptozocin-induced diabetic neuropathy. Pain 2009 Sep; 145 (1-2): 184-95

210. Jagodic MM, Pathirathna S, Joksovic PM, et al. Up-regulation of the T-type calcium current in small rat sensory neurons after chronic constrictive injury of the sciatic nerve. J Neurophysiol 2008 Jun; 99 (6): 3151-6

211. Wei H, Hämäläinen MM, Saarnilehto M, et al. Attenuation of mechanical hypersensitivity by an antagonist of the TRPA1 ion channel in diabetic animals. Anesthesiology 2009 Jul; 111 (1): 147-54

212. Migita K, Moriyama T, Koguchi M, et al. Modulation of P2X receptors in dorsal root ganglion neurons of streptozotocin-induced diabetic neuropathy. Neurosci Lett 2009 Mar 13; 452 (2): 200-3

213. Balasubramanyan S, Sharma SS. Protective effect of adenosine in diabetic neuropathic pain is mediated through adenosine A1-receptors. Indian J Physiol Pharmacol 2008 Jul-Sep; 52 (3): 233-42

214. Kuhad A, Bishnoi M, Chopra K. Anti-nociceptive effect of duloxetine in mouse model of diabetic neuropathic pain. Indian J Exp Biol 2009 Mar; 47 (3): 193-7

215. Hasanein P, Soltani N. Effects of the endocannabinoid transport inhibitors AM404 and UCM707 on an experimental model of diabetic neuropathy. Clin Exp Pharmacol Physiol 2009 Nov; 36 (11): 1127-31

216. Comelli F, Bettoni I, Colleoni M, et al. Beneficial effects of a Cannabis sativa extract treatment on diabetes-induced neuropathy and oxidative stress. Phytother Res 2009 Dec; 23 (12): 1678-84

217. Low PA, Nickander KK, Tritschler HJ. The roles of oxidative stress and antioxidant treatment in experimental diabetic neuropathy. Diabetes 1997 Sep; 46 Suppl. 2: S38-42

218. Tomlinson DR, Fernyhough P, Diemel LT. Role of neurotrophins in diabetic neuropathy and treatment with nerve growth factors. Diabetes 1997 Sep; 46 Suppl. 2: S43-9

219. Comelli F, Giagnoni G, Bettoni I, et al. Antihyperalgesic effect of a Cannabis sativa extract in a rat model of neuropathic pain: mechanisms involved. Phytother Res 2008 Aug; 22 (8): 1017-24

220. Hasanein P, Parviz M, Keshavarz M, et al. URB597, an inhibitor of fatty acid amide hydrolase, reduces hyperalgesia in diabetic rats. Can J Physiol Pharmacol 2009 May; 87 (6): 432-9

221. Sen CK, Khanna S, Roy S. Tocotrienols in health and disease: the other half of the natural vitamin E family. Mol Aspects Med 2007 Oct-Dec; 28 (5-6): 692-728

222. Serbinova E, Kagan V, Han D, et al. Free radical recycling and intramembrane mobility in the antioxidant properties of alpha-tocopherol and alpha-tocotrienol. Free Radic Biol Med 1991; 10 (5): 263-75

223. Serbinova EA, Packer L. Antioxidant properties of alpha-tocopherol and alpha-tocotrienol. Methods Enzymol 1994; 234: 354-66

224. Suzuki YJ, Tsuchiya M, Wassall SR, et al. Structural and dynamic membrane properties of alpha-tocopherol and alpha-tocotrienol: implication to the molecular mechanism of their antioxidant potency. Biochemistry 1993 Oct 12; 32 (40): 10692-9

225. Adderley SR, Fitzgerald DJ. Oxidative damage of cardiomyocytes is limited by extracellular regulated kinases 1/2-mediated induction of cyclooxygenase-2. J Biol Chem 1999 Feb 19; 274 (8): 5038-46

© 2011 Adis Data Information BV. All rights reserved.

226. Faux SP, Howden PJ. Possible role of lipid peroxidation in the induction of NF-kappa B and AP-1 in RFL-6 cells by crocidolite asbestos: evidence following protection by vitamin E. Environ. Health Perspect 1997 Sep; 105 Suppl. 5: 1127-30

227. Anjaneyulu M, Berent-Spillson A, Inoue T, et al. Transforming growth factor-beta induces cellular injury in experimental diabetic neuropathy. Exp Neurol 2008 Jun; 211 (2): 469-79

228. Ignatowski TA, Covey WC, Knight PR, et al. Brain-derived TNFa mediates neuropathic pain. Brain Res 1999 Sep 11; 841 (1-2): 70-7

229. Cosentino F, Eto M, De Paolis P, et al. High glucose causes upregulation of cyclooxygenase-2 and alters prostanoid profile in human endothelial cells: role of protein kinase C and reactive oxygen species. Circulation 2003 Feb 25; 107 (7): 1017-23

230. Kiritoshi S, Nishikawa T, Sonoda K, et al. Reactive oxygen species from mitochondria induce cyclooxygenase-2 gene expression in human mesangial cells: potential role in diabetic nephropathy. Diabetes 2003 Oct; 52 (10): 2570-7

231. Pop-Busui R, Marinescu V, Van Huysen C, et al. Dissection of metabolic, vascular, and nerve conduction interrelationships in experimental diabetic neuropathy by cyclooxygenase inhibition and acetyl-L-carnitine administration. Diabetes 2002 Aug; 51 (8): 2619-28

232. Zochodne DW, Levy D. Nitric oxide in damage, disease and repair of the peripheral nervous system. Cell Mol Biol (Noisy-le-grand) 2005 Sep 5; 51 (3): 255-67

233. Kim JE, Kim AR, Chung HY, et al. In vitro peroxynitrite scavenging activity of diarylheptanoids from Curcuma longa. Phytother Res 2003 May; 17 (5): 481-4

234. Ropper AH, Gorson KC, Gooch CL, et al. Vascular endothelial growth factor gene transfer for diabetic polyneuropathy: a randomized, double-blinded trial. Ann Neurol 2009 Apr; 65 (4): 386-93

235. Ranoux D, Attal N, Morain F, et al. Botulinum toxin type A induces direct analgesic effects in chronic neuropathic pain. Ann Neurol 2008 Sep; 64 (3): 274-83

236. Yuan RY, Sheu JJ, Yu JM, et al. Botulinum toxin for diabetic neuropathic pain: a randomized double-blind crossover trial. Neurology 2009 Apr 28; 72 (17): 1473-8

Correspondence: Dr *Howard S. Smith*, Professor & Academic Director of Pain Management, Albany Medical College, Department of Anesthesiology, 47 New Scotland Avenue, MC-131, Albany, NY 12208, USA.
E-mail: smithh@mail.amc.edu

© 2011 Adis Data Information BV. All rights reserved.

Copyright of Drugs is the property of ADIS International Limited and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.