# EXHIBIT R

European Journal of Neurology 2011, **18**: 726–730

doi:10.1111/j.1468-1331.2010.03261.x

# Gabapentin for the treatment of carpal tunnel syndrome: a randomized controlled trial

A. C. F. Hui, S. M. Wong, H. W. Leung, B. L. Man, E. Yu and L. K. S. Wong

*Department of Medicine, Electrodiagnostic Unit, Prince of Wales Hospital, Chinese University of Hong Kong, Shatin, Hong Kong*

**Keywords:**
carpal tunnel syndrome, clinical and diagnostic, clinical neurophysiology, investigations, neurological disorders, neuromuscular diseases, neuropathic pain, pain, peripheral neuropathies, randomized clinical trial

Received 5 July 2010
Accepted 11 October 2010

**Objective:** Based on its efficacy in treating neuropathic pain, gabapentin may be effective for the treatment of carpal tunnel syndrome (CTS). The purpose of this study was to evaluate the efficacy of gabapentin for symptom relief in CTS.
**Methods:** We conducted a randomized, double-blinded, placebo-controlled trial recruiting patients with newly diagnosed idiopathic CTS of more than a period of three months. Diagnosis was based on characteristic symptoms with electrophysiological confirmation. Patients were randomly assigned to an active group receiving gabapentin (starting dose 300 mg once daily to a target of 900 mg daily) or a placebo group. Primary end-point was the global symptom score (GSS), which was measured at baseline, two, and eight weeks.
**Results:** There was no significant difference in baseline variables between the two treatment groups. Hundred and forty patients were enrolled in the study, of whom 71 were randomly assigned to gabapentin group and 69 assigned to placebo group. Both gabapentin and placebo produced significant improvement in symptoms at two and eight weeks. The GSS at 2 and 8 weeks was 16.4 (SD 9.4) and 13.4 (SD 9.7), respectively, in the active group versus 14.9 (SD 9.0) and 12.5 (SD 8.9) in the control group ($P < 0.01$). But by eight weeks, the mean reduction in symptom severity of patients on gabapentin [−10.4 (SD 10.8)] was not significant when compared with placebo [−8.7 (SD 8.1), $P < 0.39$]. Adverse events were not severe and included dizziness, somnolence, and headache.
**Conclusions:** Gabapentin did not produce a significant reduction in symptom severity compared with placebo over an eight-week period.

## Introduction

The treatment of carpal tunnel syndrome (CTS) includes splinting, oral drugs, steroid injections, and decompressive surgery, but there is no agreement as to first-line therapy of choice [1–4]. Previous studies have confirmed the effect of gabapentin (1-[aminomethyl]-cyclohexaneacetic acid; Neurontin, Pfizer) in relieving neuropathic pain syndromes such as trigeminal neuralgia, diabetic neuropathy, reflex sympathetic dystrophy, multiple sclerosis, and post-herpetic neuralgia [5–8]. The objective of this study was to evaluate the safety and efficacy of gabapentin in the treatment of idiopathic CTS.

## Methods

This randomized, double-blinded, controlled trial was performed to determine the effectiveness of gabapentin compared with placebo for CTS. The study enrolled consecutive patients with newly diagnosed idiopathic CTS for more than three months and was conducted at a single center, The Prince of Wales Hospital, Hong Kong, China. Diagnosis was based on characteristic symptoms and electrophysiological study (EPS) confirmation in keeping with standard guidelines [9]. Motor and sensory nerve conduction studies were performed in median and ulnar nerves using standard techniques of supramaximal stimulation and surface electrodes. Compound muscle action potentials, distal motor latencies (DML), nerve conduction velocities, and sensory nerve action potentials were measured. All participants provided written informed consent before entry, and the trial had been approved by the university and hospital ethics committees. The study conformed to

Correspondence: A. C. F. Hui, Department of Medicine, Electrodiagnostic Unit, Prince of Wales Hospital, Chinese University of Hong Kong, Shatin, Hong Kong (tel.: (852) 23661888; fax: (852) 23664555; e-mail: neurologycare@yahoo.com).

© 2010 The Author(s)
European Journal of Neurology © 2010 EFNS

the Declaration of Helsinki and Good Clinical Practice guidelines. The trial was registered at ClinicalTrial.gov with the identification number NCT 00137735.

The following inclusion and exclusion criteria applied:

### Inclusion criteria

Sensory symptoms over median nerve distribution for more than three months.

Confirmatory electrophysiological results defined as prolonged median nerve DML > 4 ms or median-ulnar palmer sensory latency difference > 0.5 ms.

### Exclusion criteria

Patients with severe CTS: clinical examination showing wastage of the thenar muscles or EPS evidence of very severe disease. (These patients were referred for surgical decompression on presentation.)

Clinical or electrophysiological evidence of accompanying conditions that could mimic CTS or interfere with its evaluation, such as proximal median neuropathy, cervical radiculopathy, or polyneuropathy.

Patients who require anticonvulsants for other conditions, e.g., epilepsy, trigeminal neuralgia.

Patients who have received previous steroid injection or oral steroid therapy for CTS.

### Pregnant individuals

Patients were randomly assigned to one of two groups: the active group received oral gabapentin (titration schedule: 300 mg once daily for 1 week, 300 mg twice daily for 1 week, and from then on three times daily), and the control group received oral placebo. The placebo tablets were identical in appearance to the gabapentin ones and distributed according to a preset randomization protocol. Randomization was performed by a computer-generated list of numbers. The following were recorded at baseline: demographic characteristics, nerve conduction parameters, and functional assessment, in the form of grip strength measurements performed by a trained occupational therapist, using a JAMAR hydraulic hand dynamometer (Sammons Preston Inc, Illinois).

### Outcome measure

A research assistant (EY) who was masked as to the allocation of treatment assessed the global symptom score (GSS) of all patients at baseline, 2, and 8 weeks to assess the response to treatment [10–12]. This is a scoring system first devised by Herskovitz [10], which rates symptoms on a scale of 0 (no symptoms) to 10 (severe) in five categories: pain, numbness, paraesthesia, weakness/clumsiness, and nocturnal awakening. The patient was asked to give a score corresponding to his or her subjective assessment in each of these categories, and the sum of the scores in each category was the global symptom score, so that the highest possible score is 50.

### Statistical analyses

The sample size was calculated based on results from previous trials in CTS. Considering 25% as a conservative estimate of placebo response, a gabapentin response of 50% on the clinical severity score would be considered a clinically important finding. A sample size of 65 patients per group would provide 80% power to detect a difference of 30%, assuming α = 0.05. After the performance of normality test to justify their use, differences from baseline values were compared by paired Students $t$-test, and comparisons of change were made by analysis of variance (one-way ANOVA). The null hypothesis was that we expected no difference in mean GSS between the two. $P$-values < 0.05 were regarded as significant. The intent-to-treat population was defined as the population of all patients who were randomized and treated with at least one dose of study medication.

## Results

Patient recruitment began in January 2004 and was completed December 2007. Of the 169 patients screened, nine had diabetes mellitus, eight had other co-existing peripheral neuropathy/radiculopathy, and 12 decided not to participate. Therefore, they were not included in the analysis. A total of 140 patients were eligible and agreed to participate, of which 71 were randomly assigned to gabapentin group and 69 to control group. The flow of patient participation is depicted in Fig. 1, and the baseline characteristics are illustrated in Table 1. There was no significant difference in variables such as age and functional status and in the severity of electrophysiological parameters distal motor latency and sensory nerve conduction velocity between the two treatment groups. No patients were lost to follow up, as this was a short trial, but nine withdraw from the gabapentin and eight from the placebo groups by completion. Both gabapentin and placebo produced significant reduction in symptoms at two and 8 weeks; the GSS at 2 and 8 weeks was 16.4 (SD 9.4) and 13.4 (SD 9.7) respectively in the active group versus 14.9 (SD 9.0) and 12.5 (SD 8.9) in the control ($P$ < 0.01), Table 2 and Fig. 2. However, the mean reduction in symptom severity in the gabapentin was not significant when compared with placebo at both time points, Table 3.

© 2010 The Author(s)

728    A. C. F. Hui *et al.*



**Figure 1** Patient flow chart.

**Table 1** Baseline characteristics of study participants

|  | Gabapentin | Placebo |
|---|---|---|
| Features | *n*/Mean (SD) | *n*/Mean (SD) |
| Patient numbers | 71 | 69 |
| Mean age in years | 52.3 (10.6) | 51.0 (8.3) |
| Sex (Female/Male) | 59/12 | 55/14 |
| Baseline mean GSS | 23.8 (9.6) | 21.2 (8.6) |
| Location CTS |  |  |
| Right | 19 | 18 |
| Left | 12 | 11 |
| Bilateral | 40 | 40 |
| Grip strength | 25.0 kg (7.0) | 24.4 kg (8.4) |
| Distal motor latency | 5.68 ms (1.45) | 5.80 ms (1.70) |
| Sensory nerve conduction velocity | 37.5 m/s (5.3) | 36.3 m/s (5.6) |



**Figure 2** Symptom severity after treatment in both groups.

**Table 2** Mean GSS at baseline and different timepoints

|  | Gabapentin | Placebo |
|---|---|---|
| Time of assessment | Mean (SD) | Mean (SD) |
| Baseline | 23.8 (9.6) | 21.2 (8.6) |
| Two weeks | 16.4 (9.4) | 14.9 (0.0) |
| Eight weeks | 13.4 (9.7) | 12.5 (8.9) |

GSS, Global Symptom Score.

**Table 3** Mean reduction of GSS from baseline in both groups

| GSS (weeks) | Gabapentin | Placebo | *P*-value |
|---|---|---|---|
| 2 | −7.4 ± 10.0 | −6.3 ± 7.6 | 0.51 |
| 8 | −10.4 ± 10.8 | −8.7 ± 8.1 | 0.39 |

GSS, Global Symptom Score.

**Table 4** Most frequently occurring adverse events according to treatment groups

| Features | Gabapentin | Placebo |
| --- | --- | --- |
| | $n$ | $n$ |
| Dizziness | 28 | 19 |
| Somnolence | 15 | 12 |
| Fatigue | 10 | 8 |
| Paraesthesia | 8 | 4 |
| Headache | 8 | 7 |
| Nausea | 7 | 4 |
| Anorexia | 5 | 2 |

A similar proportion of patients in both groups experienced side effects such as dizziness and somnolence which are listed in Table 4.

## Discussion

The only oral drug that has been convincingly shown to be effective for CTS is oral steroid, but its efficacy is short term [10–13]. Steroids relieve local ischaemia and reduce synovial swelling in the carpal tunnel. In view of the mostly chronic nature of this disorder, there is a need for a safer alternative. The anti-epileptic drug gabapentin is a promising choice as there are similarities in the pathophysiologic and biochemical mechanisms underlying epilepsy and neuropathic pain. Based on its efficacy in other neuropathies, gabapentin is widely used for pain relief, but its effectiveness in CTS is uncertain. In this trial, although both gabapentin and placebo produced significant reduction in symptom relief, no difference was detected between groups.

Previous evaluations of this drug in CTS have shown beneficial effects, but none had used RCT methodology, and compared with these other studies, the current trial used a larger sample size [14–17]. In the first study published in abstract form that had addressed this issue, five patients were treated with gabapentin (mean dose of 1150 mg/day) and another five with carbamazepine; both groups reported moderate symptomatic improvement [14]. Duman reported reduced symptoms in an observational trial of 21 patients using the drug at an average dose of 648 mg/day, and in another open label trial, Erdemoglu reported that symptoms and functional status improved with gabapentin at a higher median dosage of 1800 mg/day [16,17]. But as we saw in this study, placebo alone produces a substantial reduction in symptoms.

Would we have obtained a positive result if a higher dose had been used? Given the percentage of patients with side effects from anti-epileptic drugs and as this was the first large trial to evaluate gabapentin efficacy in this population, a lower dose was chosen to minimize adverse effects and to enhance tolerability. In the report from Taverner [15] which had used a higher dose of gabapentin (1800 mg/day), 28% of patients stopped taking the active medication because of this problem. Prior studies suggest that symptom relief occurred during the titration period even before the maximal dose was achieved. Therefore, we think that higher doses would not produce better results, but would cause more adverse reactions. Another question is whether the active group would fare better if the trial was longer. From the experience of studies on CTS and neuropathic pain using gabapentin, an effect is commonly evident by 2–4 weeks. The results of trials in the management CTS commonly show a rapid onset of action; the main concern is whether the beneficial effect is sustained long term.

Carpal tunnel syndrome is caused by compression of the median nerve within the carpal tunnel, and to date the most effective therapy is targeted at reducing the swelling through the injection of steroid or division of the flexor retinaculum [18–22]. As gabapentin appears to have limited efficacy and would be required to be taken for a long time (because the majority of patients' symptoms persist if left untreated [23,24]), current evidence does not support its routine use for CTS.

## Acknowledgements

This study was funded in part by an investigator-initiated grant from Pfizer, Inc. The study was designed and conducted independently by the authors. Collection of data, analyses, and interpretation of the data were performed by the authors, and the manuscript was prepared without review by Pfizer.

## Disclosure of conflict of interest

The authors declare no financial or other conflict of interests.

## References

1. Scholten RJ, de Krom MC, Bertelsmann FW, Bouter LM. Variation in the treatment of carpal tunnel syndrome. *Muscle Nerve* 1997; **20:** 1334–1335.
2. Pal B, Morris J, Keenan J, Mangion P. Management of idiopathic carpal tunnel syndrome (ICTS): a survey of rheumatologists' practice and proposed guidelines. *Br J Rheumatol* 1997; **36:** 1328–1330.
3. Hui AC, Wong SM. Treatment options for carpal tunnel syndrome. *Therapy* 2005; **2:** 455–463.
4. Bland JD. Carpal tunnel syndrome. *BMJ* 2007; **335:** 343–346.
5. Mercadante S. Gabapentin in spinal cord injury pain. *Pain Clinic* 1998; **10:** 203–206.

6. Backonja M, Beydoun A, Edwards KR, *et al.* Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. *JAMA* 1998; **280:** 1831–1836.

7. Rowbottom M, Harden N, Stacey B, *et al.* Gabapentin for the treatment of post-herpetic neuralgia: a multicenter, double blind, placebo-controlled study. *JAMA* 1998; **280:** 1837–1842.

8. Nicholson B. Gabapentin use in neuropathic pain syndromes. *Acta Neurol Scand* 2000; **101:** 359–371.

9. Quality Standards Subcommittee of the American Academy of Neurology. Practice parameter for carpal tunnel syndrome (summary statement). *Neurology* 1993;**43:**2406–2409.

10. Herskovitz S, Bergre AR, Lipton RB. Low-dose, short-term oral prednisone in the treatment of carpal tunnel syndrome. *Neurology* 1995; **45:** 1923–1925.

11. Chang MH, Chiang HT, Lee SS, Ger LP, Lo YK. Oral drug of choice in carpal tunnel syndrome. *Neurology* 1998; **51:** 390–393.

12. Hui AC, Wong SM, Wong KS, *et al.* Oral steroid in the treatment of carpal tunnel syndrome. *Ann Rheum Dis* 2001; **60:** 813–814.

13. Chang MH, Ger LP, Hsieh PF, Huang SY. A randomised clinical trial of oral steroids in the treatment of carpal tunnel syndrome: a long term follow up. *J Neurol Neurosurg Psychiatry* 2002; **73:** 710–714.

14. Facchetti D, Chiroli S, Bascelli C, Sasanelli F. Gabapentin versus carbamazepine in conservative management of carpal tunnel syndrome. *Neurology* 1999; **52:** S2.

15. Taverner D, Lisbona MP, Segalés N, *et al.* Efficacy of gabapentin in the treatment of carpal tunnel syndrome. *Med Clin (Barc)* 2008; **22:** 130.

16. Duman I, Aydemir K, Ozgul A, Kalyon TA. Assessment of the efficacy of gabapentin in carpal tunnel syndrome. *J Clin Rheumatol* 2008; **143:** 175–177.

17. Erdemoglu AK. The efficacy and safety of gabapentin in carpal tunnel patients: open label trial. *Neurol India* 2009; **57:** 300–303.

18. Girlanda P, Dattola R, Venuto C, *et al.* Local steroid treatment in idiopathic carpal tunnel: short-and long-term efficacy. *J Neurol* 1993; **240:** 187–190.

19. Dammers JW, Veering M, Vermeulen M. Injection with methylprednisolone proximal to the carpal tunnel: randomized double blind trial. *BMJ* 1999; **319:** 884–886.

20. Graham RG, Hudson DA, Solomons M, Singer M. A prospective study to assess the outcome of steroid injections and wrist splinting for the treatment of carpal tunnel syndrome. *Plast Reconstr Surg* 2004; **113:** 550–556.

21. Gerritsen AA, de Vet H, Sholten RJ, Bertlesmann FW, de Krom MC, Bouter LM. Splinting vs surgery in the treatment of carpal tunnel syndrome. *JAMA* 2002; **288:** 1245–1251.

22. Hui AC, Wong S, Leung CH, *et al.* A randomized controlled trial of surgery vs steroid injection for carpal tunnel syndrome. *Neurology* 2005; **64:** 2074–2078.

23. Padua L, Padua R, Aprile I, Pasqualetti P, Tonali P. Multiperspective follow-up of untreated carpal tunnel syndrome: a multicenter study. *Neurology* 2001; **56:** 1459–1466.

24. Hui AC, Wong SM, Tang A, Mok VCT, Hung LK, Wong LK. Long-term outcome of carpal tunnel syndrome after conservative treatment. *Int J Clin Pract* 2004; **58:** 337–339.