UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>AETNA, INC.,<br>       Plaintiff,<br>v.<br>PFIZER INC. et al.,<br>       Defendants. | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN OPPOSITION TO
AETNA'S MOTION TO PRECLUDE RELITIGATION OF ISSUES AND FACTS**

I, Mark S. Cheffo, declare and state as follow:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a chart explaining how the *Kaiser* jury's findings regarding percentages of prescriptions caused by promotion can be derived from the jury's damages award.

3. Attached as Exhibit B are true and correct copies of relevant pages from Aetna's website.

4. Attached as Exhibit C is a true and correct copy of the following publication: S. Zain et al., *Comparison of efficacy and safety of topiramate with gabapentin in migraine prophylaxis: randomized open label control trial*, 63(1) Journal of Pakistan Medical Association, Jan. 31, 2013.

5. Attached as Exhibit D is a true and correct copy of the following publication: A. Astaneh & O. Rezaei, *Adjunctive treatment with gabapentin in bipolar patients during acute mania*, 43(3) Int'l J. Psychiatry in Med., 2012.

2

Signed under the penalties of perjury this 15th day of October 2013.

Dated:  October 15, 2013  /s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I, Mark S. Cheffo, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on October 15, 2013.

Dated:  October 15, 2013  /s/ Mark S. Cheffo
Mark S. Cheffo