# EXHIBIT A

| | VARYING DAMAGES AWARDS | | |
|---|---|---|---|
| | Hartman's Estimate[1] | Court's UCL Award[2] | Jury's RICO Award[3] |
| Bipolar | $17,822,647 | $18,541,526 (>100% of Hartman's Estimate) | $14,962,055 (83.95% of Hartman's Estimate) |
| Neuropathic | $39,774,623 | $41,579,607 (>100% of Hartman's Estimate) | $28,644,865 (72.02% of Hartman's Estimate) |
| Migraine | $1,260,464 | $1,288,141 (>100% of Hartman's Estimate) | $893,462 (70.88% of Hartman's Estimate) |
| Doses | $3,599,348 | $4,009,145 (>100% of Hartman's Estimate) | $2,862,710 (79.53% of Hartman's Estimate) |

| | VARYING FINDINGS Re: PERCENTAGES OF PRESCRIPTIONS CAUSED BY PROMOTION | | |
|---|---|---|---|
| | Rosenthal's Estimate[4] | Court's Finding[5] | Jury's Finding (derived from damages award) |
| Bipolar | 99.4% | 99.4% (100% of Rosenthal's Estimate) | 83.45% (83.95% of Rosenthal's Estimate) |
| Neuropathic | 70% | 70% (100% of Rosenthal's Estimate) | 50.41% (72.02% of Rosenthal's Estimate) |
| Migraine | 27.9% | 27.9% (100% of Rosenthal's Estimate) | 19.78% (70.88% of Rosenthal's Estimate) |
| Doses | 37.5% | 37.5% (100% of Rosenthal's Estimate) | 29.82% (79.53% of Rosenthal's Estimate) |

---

[1] *Amended Findings*, 2011 WL 3852254, at *34; *see also id.* at *33 (stating that Dr. Hartman "convert[ed] Dr. Rosenthal's percentages into dollar amounts").

[2] *Amended Findings*, 2011 WL 3852254, at *59 ("Based on Dr. Hartman's calculations, the Court will award the following restitution . . . bipolar disorder: $18,541,526.").

[3] Verdict [2760].

[4] *Amended Findings*, 2011 WL 3852254, at *33.

[5] *Amended Findings*, 2011 WL 3852254, at *58 ("[T]he Court accepts Dr. Rosenthal's analysis of the percentage of Neurontin prescriptions caused by defendants' off-label promotion.").