# EXHIBIT B

Home   Individuals & Families   Employers & Organizations   Health Care Professionals   Producers   About Us

Enter search term(s)   **GO**

Frequently Asked Questions



## Gabapentin for Hot Flashes

Provided by: 

**Examples**

**Brand Name** **Generic Name**
Neurontin

**How It Works**

Gabapentin is an antiseizure (anticonvulsive) medicine that is approved by the U.S. Food and Drug Administration (FDA) for controlling epilepsy. How it works to improve hot flashes is not fully understood.

**Why It Is Used**

Gabapentin may be used to treat hot flashes.

In addition to seizure control, gabapentin is also commonly used to treat chronic pain, migraine headache, panic disorder, and social phobia.

**How Well It Works**

Gabapentin may lower the number of hot flashes each day and the intensity of hot flashes.[1]

**Side Effects**

Side effects from gabapentin include:

- Fatigue or drowsiness.
- Dizziness and lightheadedness, especially during the first couple of weeks of treatment.
- Swelling of the hands and feet.
- Rash.
- Nausea.

Side effects are less likely when the dose is gradually increased and when medicine is taken with meals or at bedtime.

The U.S. Food and Drug Administration (FDA) has issued a warning on antiseizure medicines and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take antiseizure medicine should be watched closely for warning signs of suicide. People who take antiseizure medicine and who are worried about this side effect should talk to a doctor.

See Drug Reference for a full list of side effects. (Drug Reference is not available in all systems.)

**What To Think About**

Use of gabapentin for hot flashes is an off-label use.

The long-term risks or benefits of gabapentin are unknown.

**Complete the new medication information form (PDF)** 📝 (What is a PDF document?) to help you understand this medication.

**References**

  **Citations**

  1. Fritz MA, Speroff L (2011). Postmenopausal hormone therapy. In Clinical Gynecologic Endocrinology and Infertility, 8th ed., pp. 749–857. Philadelphia: Lippincott Williams and Wilkins.

  **Credits**

  **By**                              Healthwise Staff
  **Primary Medical Reviewer**        Anne C. Poinier, MD - Internal Medicine
  **Specialist Medical Reviewer**     Carla J. Herman, MD, MPH - Geriatric Medicine
  **Last Revised**                    April 26, 2012

This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make based on this information. For more information, click here.

**Trouble Viewing This Page?**

**Third Party Disclaimer**
Links to third party content and websites are provided for your convenience and for informational purposes only. This information is not intended to be a substitute for medical care provided by a physician. Aetna Inc. does not control and assumes no responsibility for information appearing on any linked website.

- Print
- Bookmark/Share

- Investors
- News
- Careers

**Aetna.com**

- Site Map
- Frequently Asked Questions
- Glossary
- Member Services
- Rights & Resources
- Legal Notices
- Web Privacy Statement

**About Us**

- Investor Information
- Careers
- News Hub
- Contact Us
- Diversity
- Aetna Foundation
- Health Care Reform

**Tools**

- Find a Doctor or Hospital
- Look Up a Drug
- Member Tools

**Plans and Services**

- Buy Health Insurance
- Buy Dental Insurance
- Federal Employees
- Medicare Insurance
- Aetna International
- All Plans & Benefits

Log In / Register

- Home
- Privacy Information
- Legal Statement
- Program Provisions
- Member Disclosure
- Aetna Companies: State Directory

Copyright © 2001-2013 Aetna Inc.

- 中文
- Español



**InteliHealth**
*The Trusted Source®*

Enter Search Term(s)    GO

Home
Health Commentaries
Dental Health
Drug Resource Center
Ask The Expert
Interactive Tools
Today's News
InteliHealth Policies
Site Map

Diseases & Conditions | Healthy Lifestyle | Your Health | Look It Up

Look It Up

## Health A To Z

Medical Content Reviewed by the Faculty of the **Harvard Medical School**

### Diabetic Neuropathies

*Our Content Partner*

HARVARD MEDICAL SCHOOL

Advertisement



Start your
personal
health
journey
today with
CarePass.

GET STARTED



Advertisement
2013105    disclaimer

- What Is It?
- Symptoms
- Diagnosis
- Expected Duration
- Prevention
- Treatment
- When to Call a Professional
- Prognosis
- Additional Info

**What Is It?**

Diabetic neuropathies are nerve disorders that affect people with diabetes. They occur more often in people with persistently high blood sugar levels.

There are several different diabetic neuropathies. They include:

- **Peripheral neuropathy.** This is the most common type. It affects the longest nerves in the body. These nerves are part of the peripheral nervous system. This is the network of nerves that carry signals from your brain and spinal cord to the rest of your body and back.

The most common symptoms of peripheral neuropathy are numbness or pain in the feet and lower legs.

- **Autonomic neuropathy.** This neuropathy damages collections of nerves that control your unconscious body functions. It may affect your digestion, your circulation and your sexual function.

- **Localized nerve failures (focal neuropathy).** A nerve that controls a single muscle can lose its function. For example, focal neuropathy may cause problems with eye movement that result in double vision. Or it may cause drooping of one cheek.

Diabetic neuropathies occur in both type 1 and type 2 diabetes. They are most common in people whose blood glucose (blood sugar) levels are not well controlled.

Diabetic neuropathies can occur in people who have had diabetes for a short time. But they are most likely to affect those who have had the disease for more than a decade. It is also more common in people older than 40. Diabetics who smoke are especially at risk.

Diabetic neuropathy results from several changes in the nerves. But the specific cause of neuropathy is not completely understood. A persistently high concentration of blood sugar surrounding nerve cells definitely plays a role. The nerve cells must adjust their internal sugar content to be in balance with their surroundings. To do so, nerve cells make and store the sugar sorbitol. Sorbitol can gradually damage nerve cells.

Damage to blood vessels also contributes to diabetic neuropathy. When blood vessels that feed nerve cells are damaged, the nerves may not get enough oxygen and nourishment.

**Symptoms**

Most people who have had diabetes for 25 years have some form of neuropathy. Symptoms depend on the specific type of neuropathy.

- **Peripheral neuropathy.** This form of neuropathy causes symptoms in the limbs, especially the lower legs and feet. Symptoms can include:

  - Numbness

  - Tingling

  - Sharp or burning pain

- Hypersensitivity to touch

- Problems in balance or coordination

If your feet are numb, you may not be aware when shoes don't fit properly. This can lead to the formation of a callus.

These thickened skin areas can break down over time. They can change into an open sore (ulcer) that may become infected.

- **Autonomic neuropathy.** The symptoms of autonomic neuropathy vary. They depend on which of your automatic body functions have lost their normal nerve control. Any of the following problems can occur:

  - **Incomplete bladder emptying.** This can cause you to urinate more often. Urinary infections can be a problem. So can loss of bladder control.

  - **Sexual function problems.** Problems with erection, ejaculation and sexual drive are common.

  - **Stomach and bowel problems.** Slow emptying of the stomach can cause nausea, vomiting or bloating. The normal rhythmic squeezing of the small and large intestines can be slow or irregular, causing constipation or diarrhea. Swallowing may become difficult. Loss of control over bowel movements is possible.

  - **Dizziness when standing.** Normally, your heart gears up to pump a little faster and harder when you are standing up. Arteries help to keep your blood pressure steady by adjusting the squeeze of their muscular walls. Both your heart and arteries rely on nerve signals to know when to make these adjustments.

    These signals can fail in diabetes, causing your low blood pressure to drop when you stand up. This is called orthostatic hypotension. The main symptom is lightheadedness with standing. You could faint if you did not sit or lie down when lightheadedness occurs.

- **Focal neuropathy.** The symptoms will vary, depending upon which nerve is affected. For example, you would have:

  - Double vision -- if it is one of the nerves that controls movements of muscles attached to the eye

  - Drooping of a cheek and inability to close an eye on the same side of the face (Bell's palsy) -- if it is the facial nerve (cranial nerve number seven)

  - Sudden weakness in the ankle (foot drop) -- if it is the peroneal nerve (a branch of the sciatic nerve that controls foot movement).

- **Radiculopathy.** Damage to a nerve that begins in the spinal cord and tracks out between the vertebrae (the bones that surround and protect the spinal cord) is called radiculopathy. It can cause pain in any part of the body. When the damaged nerve is one that goes to an arm or leg, it can cause muscle weakness in the affected extremity.

## Diagnosis

Your doctor usually can diagnose diabetic neuropathy based on your:

- Medical history

- Symptoms

- Physical examination

When necessary, more specialized testing may be done, such as:

- Nerve conduction studies check whether nerve impulses in the arms and legs are normal. Electromyography tests to see how well arm and leg muscles move in response to nerve signals.

  These two tests usually are done together. They involve a series of momentary minor electric shocks through small needles or pads on the skin.

- Ultrasound of the bladder performed right after you have passed urine is used to see if your bladder is functioning properly. Normally there should be very little urine in the bladder after using the bathroom.

- Gastric (stomach) emptying study tests how quickly food moves through your stomach. In this test, you eat food that contains a small amount of radioactive material. A series of pictures is taken by a machine that detects the radioactive signal. The inability to empty your stomach because damaged nerves can't tell the muscles to contract is called gastroparesis.

  Your doctor may also want to do endoscopy to make sure nothing else is causing the gastroparesis. In endoscopy, the doctor threads a flexible tube with a camera on the

end through your mouth and advances it to look inside the stomach.

- Nerve biopsy involves taking a small sample of a nerve to be examined in a laboratory. This is rarely needed.

## Expected Duration

Peripheral and autonomic neuropathies are usually long-term problems. Focal neuropathy may last a few months, but usually the symptoms resolve.

## Prevention

Diabetic neuropathy is caused by abnormally high levels of blood glucose. Therefore, diabetics can help to prevent neuropathy by keeping blood sugar levels under good control.

In addition, avoiding smoking can help to prevent or delay neuropathies.

## Treatment

Treatment of diabetic neuropathy focuses on:

- Tighter control of blood glucose

- Pain relief

- A regular exercise program to burn glucose and build muscle strength

- Avoiding smoking

- Medications to treat autonomic problems and prevent bladder infections

- Physical therapy

- Meticulous care of the feet

Healthy eating and regular exercise can keep blood sugar under control in some people with diabetes. For others, treatment with one or more medication or with insulin may be needed.

To relieve the pain of peripheral neuropathy, your doctor may first prescribe acetaminophen (Tylenol) or a non-steroidal anti-inflammatory drug (NSAID), such as ibuprofen or naproxen. There are many other medications available to reduce nerve pain. These include:

- Low doses of tricyclic antidepressant medications, such as

  - amitriptyline (Elavil)

  - nortriptyline (Aventyl, Pamelor)

  - desipramine (Norpramin)

- Gabapentin (Neurontin)

- Pregabalin (Lyrica)

- Duloxetine (Cymbalta)

- Carbamazepine (Tegretol)

Your doctor may also recommend that you rub on a pain-relieving cream containing capsaicin. In more severe cases, doctors may prescribe narcotic medicines.

If you have gastroparesis, eating small, frequent meals low in fat and fiber. Your doctor may prescribe metoclopramide (Reglan) to help the stomach empty.

There are many available treatments for constipation and diarrhea.

To help relieve constipation, drink plenty of fluids and exercise regularly. You also can take:

- fiber

- stool bulking and softening agents such as:

  - psyllium (Metamucil, Konsyl)

  - methylcellulose (Citrucel)

- stool lubricants such as:

  - docusate sodium (Colace)

- enemas

Use laxatives sparingly. Overuse may lead to dependence and make constipation worse.

Case 1:04-cv-10981-PBS    Document 4173-2    Filed 10/15/13    Page 8 of 46

For diarrhea, your doctor may prescribe:

- fiber

- bulking agents (which help to change liquid stool into a soft solid stool)

- loperamide (Imodium)

If you have poor emptying of the urinary bladder, your doctor will help you minimize medicines that could contribute to the problem of incomplete bladder emptying. Catheters can be used to empty the bladder when neuropathy is severe. Bladder infections requiring antibiotics commonly occur in people with abnormal bladder function.

For erectile dysfunction (impotence), your doctor may prescribe:

- sildenafil (Viagra)

- vardenafil (Levitra)

- tadalafil (Cialis)

Other possible treatments for erectile dysfunction include:

- A vacuum cylinder with a hand pump

- Injections into the penis of a drug that promotes erections

- A penile implant.

Dizziness when standing can be treated by drinking more fluids. Medicines that increase your body salt and water can also help.

If peripheral neuropathy affects your feet, you should:

- Wash your feet every day and make sure you dry between the toes.

- Carefully check your feet for any cuts, sores or swellings.

- Wear soft, clean socks and well-fitting shoes.

- Never go barefoot.

- Cut your toenails straight across to avoid ingrown toenails.

- Never try to remove calluses or warts yourself. Always show them to your doctor.

## When to Call a Professional

See your doctor if you develop new or worsening symptoms of neuropathy.

Call your doctor whenever you have a cut or sore that isn't healing or looks like it is infected. It is extremely important to react promptly to injuries and infections, however minor.

## Prognosis

In most cases of focal neuropathy, muscle weakness and/or pain subsides within a few months.

Peripheral neuropathies are persistent problems. The pain can last for years. Some people find that symptoms are easier to tolerate if the painful areas lose sensation and become numb. However, complete loss of feeling increases the risk of foot ulcers.

## Additional Info

**National Institute of Diabetes and Digestive and Kidney Disorders**
Office of Communications and Public Liaison
Building 31, Room 9A06
31 Center Drive, MSC 2560
Bethesda, MD 20892-2560
Phone: 301-496-4000
http://www.niddk.nih.gov/

**American Diabetes Association**
ATTN: National Call Center
1701 N. Beauregard St.
Alexandria, VA 22311
Toll-Free: 1-800-342-2383
http://www.diabetes.org/

**National Diabetes Information Clearinghouse**
1 Information Way
Bethesda, MD 20892-3560
Phone: 301-654-3327
Toll-Free: 1-800-860-8747
TTY: 1-866-569-1162

Fax: 703-738-4929
http://diabetes.niddk.nih.gov/

Last updated October 19, 2012

 Printer-friendly format        Send this page to a friend

 This site complies with the HONcode standard for trustworthy health information:

verify here.

Help | About Us | Privacy Policy | Editorial Policy | Advertising Policy | Contact Us | Register
Change Profile

1996-2013. Aetna Inc. All rights reserved. All information is intended for your general knowledge only and is not a substitute for medical advice
or treatment for specific medical conditions. You should seek prompt medical care for any specific health issues and consult your physician
before starting a new fitness regimen. Use of this online service is subject to the disclaimer and the terms and conditions. External website
links provided on this site are meant for convenience and for informational purposes only; they do not constitute an endorsement. These
external links open in a different window. The Aetna InteliHealth website subscribes to the HONcode principles of the Health On the Net
Foundation. "InteliHealth" and "The Trusted Source" are trademarks of Aetna Inc.

# Aetna Clinical Policy Bulletins. Electrical Stimulation for Pain, # 0011. February 22, 2005

Important Note

This Clinical Policy Bulletin expresses Aetna's determination of whether certain services or supplies are medically necessary, experimental and investigational, or cosmetic. Aetna has reached these conclusions based upon a review of currently available clinical information (including clinical outcome studies in the peer-reviewed published medical literature, regulatory status of the technology, evidence-based guidelines of public health and health research agencies, evidence-based guidelines and positions of leading national health professional organizations, views of physicians practicing in relevant clinical areas, and other relevant factors). Aetna makes no representations and accepts no liability with respect to the content of any external information cited or relied upon in this Bulletin. The discussion, analysis, conclusions and positions reflected in this Bulletin, including any reference to a specific provider, product, process or service by name, trademark, manufacturer, constitute Aetna's opinion and are made without any intent to defame. Aetna expressly reserves the right to revise these conclusions as clinical information changes, and welcomes further relevant information including correction of any factual error. *Each benefit plan defines which services are covered, which are excluded, and which are subject to dollar caps or other limits. Members and their providers will need to consult the member's benefit plan to determine if there are any exclusions or other benefit limitations applicable to this service or supply.* The conclusion that a particular service or supply is medically necessary does not constitute a representation or warranty that this service or supply is covered (i.e., will be paid for by Aetna) for a particular member. The member's benefit plan determines coverage. Some plans exclude coverage for services or supplies that Aetna considers medically necessary. If there is a discrepancy between this policy and a member's plan of benefits, the benefits plan will govern. In addition, coverage may be mandated by applicable legal requirements of a State, the Federal government or CMS for Medicare and Medicaid members. CMS's Coverage Issues Manual can be found on the following website: http://cms.hhs.gov/manuals/pub06pdf/pub06pdf.asp.

Policy

  I.    Aetna considers transcutaneous electrical nerve stimulators (TENS) medically necessary durable medical equipment (DME) when used as an adjunct or as an alternative to the use of drugs in the treatment of acute post-operative pain in the first 30 days after surgery, or chronic, intractable pain not responsive to other methods of treatment. However, acute and chronic headaches, deep abdominal pain, pelvic pain and temporomandibular joint (TMJ) pain are not eligible for coverage of TENS because there is inadequate scientific evidence to support its efficacy for these specific types of pain.

        Note: When TENS is used for acute post-operative or chronic intractable pain, Aetna considers use of the device medically necessary initially for a 1-month trial. After this 1-month trial period, continued TENS treatment may be considered medically necessary if the treatment significantly alleviates pain and if the attending doctor or physical therapist documents that the patient is likely to derive significant therapeutic benefit from continuous use of the unit over a long period of time. If the TENS unit produces incomplete relief, further evaluation with percutaneous electrical nerve stimulation (PENS) may be indicated. This coverage policy is consistent with CMS's guidelines.

  II.   Aetna considers form-fitting conductive garment medically necessary DME only when it has been approved for marketing by the FDA, has been prescribed by a doctor for use in delivering covered

TENS, and *any* of the following criteria is met:

- The member cannot manage without the conductive garment due to the large area or the large number of sites to be stimulated, and the stimulation would have to be delivered so frequently that it is not feasible to use conventional electrodes, adhesive tapes, and lead wires; or

- The member has a skin problem or other medical conditions that precludes the application of conventional electrodes, adhesive tapes, and lead wires; or

- The member requires electrical stimulation beneath a cast to treat disuse atrophy, where the nerve supply to the muscle is intact; or

- The member has a medical need for rehabilitation strengthening following an injury where the nerve supply to the muscle is intact.

III. Aetna considers stellate ganglion blockade using TENS experimental and investigational because its clinical value has not been established.

IV. Aetna considers interferential stimulation (e.g., RS-4i Sequential Stimulator) experimental and investigational for the reduction of pain and edema because its effectiveness for these indications has not been established.

V. Aetna considers percutaneous electrical nerve stimulation (PENS) (also known as percutaneous neuromodulation) medically necessary DME for up to a 30-day period for the treatment of members with chronic low back pain secondary to degenerative disc disease when PENS is used as part of a multi-modality rehabilitation program that includes exercise.

VI. Aetna considers peripherally implanted nerve stimulators medically necessary DME for treatment of members with intractable neurogenic pain when *all* of the following criteria are met:

- Member has chronic intractable pain, refractory to other methods of treatment (e.g., analgesics, physical therapy, local injection, surgery), and

- There is objective evidence of pathology (e.g., electromyography), and

- There is no psychological contraindication to peripheral nerve stimulation, and

- Member is not addicted to drugs (per ASAM guidelines), and

- A trial of transcutaneous stimulation was successful (resulting in at least a 50 % reduction in pain).

Note: Peripheral nerve stimulation has not been shown to be effective in treating post-herpetic neuralgia and is *not* covered for this indication.

VII. Aetna considers H-WAVE ® type stimulators medically necessary DME for members who have failed to adequately respond to conventional treatments of diabetic peripheral neuropathy.

Note: Conventional therapies of diabetic peripheral neuropathy include analgesics, topical capsaicin cream, tricyclic anti-depressants, selective serotonin re-uptake inhibitors, anti-seizure

medications such as carbamazepine (Tegretol), gabapentin (Neurontin), mexiletine (Mexitil), as well as normalization of blood glucose.

VIII.   Aetna considers H-WAVE ® type stimulators experimental and investigational for *any* of the following indications because their effectiveness for these indications has not been established.

- To reduce pain from causes other than chronic diabetic peripheral neuropathy; *or*

- To reduce edema; *or*

- To accelerate healing; *or*

- To treat chronic pain due to ischemia.

IX.   Aetna considers intramuscular stimulation experimental and investigational for the management of members with soft-tissue or neuropathic pain because its effectiveness has not been established.

X.   Aetna considers sympathetic therapy (Dynatronics Corporation, Salt Lake City, UT) experimental and investigational since its effectiveness has not been established.

XI.   Aetna considers electroceutical therapy (also known as bioelectric nerve block) experimental and investigational for the treatment of acute pain or chronic pain (e.g., back pain, diabetic pain, joint pain, fibromyalgia, headache, and reflex sympathetic dystrophy) because there is a lack of scientific evidence regarding the effectiveness of this technology.

Note: Other terms used to refer to electroceutical therapy devices include "non-invasive neuron blockade" devices, "electroceutical neuron blockade" devices, and "bioelectric treatment systems."

XII.   Aetna considers BioniCare (pulsed electrical stimulation) experimental and investigational for the treatment of osteoarthritis because its effectiveness has not been established.

XIII.   Aetna considers the Electro-Acuscope Myopulse Therapy System for the treatment of pain and tissue damage experimental and investigational because its effectiveness has not been demonstrated in the peer-reviewed scientific literature.

Note: Below is a list of CPBs that addresses other types of electrical stimulation:
175 - High Frequency Pulsed Electromagnetic Stimulation (Diapulse and SofPulse)
191 - Vagus Nerve Stimulation
194 - Dorsal Column Stimulation
208 - Deep Brain Stimulation
223 - Urinary Incontinence Treatments
302 - Electrical Stimulation (Salitron System) for Xerostomia
327 - Infertility (discusses electroejaculation)
343 - Bone Growth Stimulators
398 - Idiopathic Scoliosis Treatments (discusses surface electrical muscle stimulation)
406 - Tinnitus Treatments (discusses the use of TENS)
469 - Transcranial Magnetic Stimulation and Cranial Electrical Stimulation
676 - Electrical Stimulation for Nausea, Vomiting, and Motion Sickness (ReliefBand)
677 - Functional Electrical Stimulation and Neuromuscular Electrical Stimulation (for spinal cord injury, stroke, diaphragmatic pacing, neurogenic bladder, cerebral palsy, and Bell's palsy)
678 - Gastric Pacing / Gastric Electrical Stimulation
679 - Electrical Stimulation for Levator Syndrome
680 - Electrical Stimulation for Chronic Ulcers.

**Background**

The following are brief descriptions of various types of electrical stimulation discussed in this CPB:

*Transcutaneous Electrical Nerve Stimulation* (TENS) is characterized by biphasic current and selectable parameters such as pulse rate and pulse width. In theory, TENS stimulates sensory nerves to block pain signals; it also stimulates endorphin production to help normalize sympathetic function. Most TENS units produce current of 1 to 80 microampere (mA), 9 V (average), 2 to 1000 Hz, with a pulse width of 250 to 400 microseconds (mS).

*Interferential Stimulation* (IFS) is characterized by two alternating-current sine waves of differing frequencies that "work" together to produce an interferential current that is also known as a beat pulse or alternating modulation frequency. One of the two currents is usually held at 4000 Hz, and the other can be held constant or varied over a range of 4001 to 4100 Hz. Interferential currents reportedly can stimulate sensory, motor, and pain fibers. Because of the frequency, the interferential wave meets low impedance when crossing the skin to enter the underlying tissue. This deep tissue penetration can be adjusted to stimulate parasympathetic nerve fibers for increased blood flow. According to proponents, interferential stimulation differs from TENS because it allows a deeper penetration of the tissue with more comfort (compliance) and increased circulation.

*Percutaneous Electrical Nerve Stimulation* (PENS) (also known as percutaneous neuromodulation) uses acupuncture-like needles as electrodes. These needles are placed in the soft tissues or muscles at dermatomal levels corresponding to local pathology (needles are usually inserted above and below and into the central area of pain). A 5-Hz frequency with a pulse width of 0.5 mS is usually used. If relief is not attained within 15 minutes, the frequency may be lowered to 1 Hz. According to PENS proponents, the main advantage of PENS over TENS is that it bypasses the local skin resistance and delivers electrical stimuli at the precisely desired level in close proximity to the nerve endings located in soft tissue, muscle, or periosteum of the involved dermatomes.

*Peripherally Implanted Nerve Stimulation* entails the placement of electrodes around a selected peripheral nerve. The stimulating electrode is connected by an insulated lead to a receiver unit that is inserted subcutaneously at a depth not greater than half an inch. Stimulation is elicited by a generator that is connected to an antenna that is attached to the skin surface over the receiver unit. Sciatic and ulnar nerves are often the sites of such an implantation.

*H-Wave Stimulation* delivers electrical stimulation in the form of milliamperage. H-wave stimulation is intended to emulate the H waveform found in nerve signals (Hoffman Reflex) and therefore enables greater and deeper penetration of a low frequency current, while using significantly less power than other machines. This allegedly makes H-Wave stimulation much safer, less painful and more effective than other forms of electrotherapy to date. The H-wave signal is a bipolar, exponential decaying waveform that overcomes the disadvantages of other electrotherapy machines. It allows the therapist to apply two treatments at the same time: (i) low-frequency muscle stimulation and (ii) high-frequency deep analgesic pain control (a "TENS" effect). <u>Note</u>: H-wave stimulation must be distinguished from the H-waves that are a component of electromyography.

<u>TENS</u>:

Transcutaneous electrical nerve stimulation has been widely used in the treatment of various types of pain. It has been shown that TENS is highly effective in alleviating pain and reducing analgesic medications following cesarean section, orthopedic and thoracic operations as well as mixed surgical procedures (AHCPR 1992). Moreover, TENS has been found to be beneficial also to those who suffer from acute musculoskeletal pain (Long 1991). On the other hand, the use of TENS in the treatment of chronic malignant pain is sparse and its effectiveness remains unproven. Studies by Ventafridda and colleagues (1979) reported that of the 159 cancer patients who experienced short-term pain relief with TENS therapy, 58 % of them found the treatment ineffective by day 10, and only 35 % of these subjects continued its use after 1 month. In another group of 37 patients, pain was markedly reduced in 96 % of them during the first 10 days of TENS treatment. However, pain reduction was found only in 33 % of the subjects during the second 10 days, and to only 11 % during the third 10 days. Physical mobility was improved initially in 76 % of patients, but dropped to 19 % by the end of 1 month (Ventafridda et al,

1979). The Canadian Coordinating Office for Health Technology Assessment evaluated the clinical value of TENS in pain management and concluded that there is little evidence of the effectiveness of TENS in treating chronic pain (1995).

Interferential Stimulation:

It has been claimed that IFS is highly effective in reducing (i) pain and use of pain medications, (ii) edema and inflammation, (iii) healing time, as well as in improving (i) range of motion, (ii) activity levels, and (iii) quality of life. However, there are very few well designed studies such as randomized, double blind, controlled clinical trials that support such claims. Low (1988) stated that in spite of widespread agreement among physiotherapists that IFS has a marked pain relieving effect, there is a paucity of objective investigations into this analgesic effect. He claimed that both the therapeutic and physiological effects of interferential currents require further investigation. This notion is echoed by Goats (1990) who reported that evidence supporting the use of IFS in the control of edema appears mainly anecdotal. Reitman and Esses (1995) noted that there were no controlled studies proving the effectiveness of IFS. Indergand and Morgan (1995) reported that interferential current applied over the stellate ganglion did not change forearm hemodynamics in asymptomatic individuals. The authors stated that these findings challenged the concept that IFS can block sympathetic vasoconstrictor impulses in peripheral nerves.

In a randomised placebo controlled study, Van Der Heijden et al (1999) evaluated the effectiveness of bipolar interferential electrotherapy (ET) and pulsed ultrasound (US) as adjuvants to exercise therapy for soft tissue shoulder disorders (n = 180). Patients with shoulder pain and/or restricted shoulder mobility, because of soft tissue impairment without underlying specific or generalized condition, were randomised to receive (i) active ET plus active US; (ii) active ET plus dummy US; (iii) dummy ET plus active US; (iv) dummy ET plus dummy US; or (v) no adjuvants. Additionally, they received a maximum of 12 sessions of exercise therapy in 6 weeks. Measurements at baseline, 6 weeks and 3, 6, 9, and 12 months later were blinded for treatment. Outcome measures: recovery, functional status, chief complaint, pain, clinical status, and range of motion. At the 6th-week, 7 patients (20 %) without adjuvants reported very large improvement (including complete recovery), 17 (23 %) and 16 (22 %) with active and dummy ET, and 19 (26 %) and 14 (19 %) with active and dummy US. These proportions increased to about 40 % at the 3rd-months, but remained virtually stable thereafter. The authors concluded that neither ET nor US proved to be effective as adjuvants to exercise therapy for soft tissue shoulder disorders.

H-Wave Stimulation:

The H-wave stimulator (Electronic Waveform Lab, Inc., Huntington Beach, CA) is an electrostimulation device that has been used to reduce pain and swelling associated with a variety of diseases and conditions. In a single-blinded clinical study, Kumar and Marshall (1997) evaluated the effectiveness of H-wave stimulation for the treatment of chronic (greater than 2 months) pain associated with diabetic (type 2) peripheral neuropathy (n = 31). Patients were randomly assigned to (i) H-wave stimulation, or (ii) sham treatment. The authors reported that H-wave treated patients exhibited greater symptomatic relief than their sham-treated counterparts. Moreover, it has also been shown that H-wave stimulation may be a useful adjunctive modality when combined with pharmacotherapy (e.g., amitriptyline) to augment symptomatic relief in patients with diabetic peripheral neuropathy (Julka et al, 1998; McDowell et al, 1999).

On the other hand, H-wave stimulators have not been shown to be effective in reducing pain from causes other than chronic diabetic peripheral neuropathy, or in reducing edema or swelling. In particular, H-wave stimulation has not been demonstrated to be effective in treating chronic pain due to ischemia. In the study by Kumar and Marshall, patients with significant peripheral vascular disease were excluded from the trial. Furthermore, in a randomized controlled study (n = 112), McDowell et al (1995) reported that H-wave stimulation was not effective in reducing experimental ischemic pain.

Intramuscular Stimulation:

Intramuscular stimulation can be considered as a variation of acupuncture. It has been claimed to promote long-term relief in chronic neuropathic pain. Intramuscular stimulation utilizes the same sized needles as in acupuncture; they are inserted into the part of a shortened muscle where a nerve may be

entrapped. This most often causes some local pain as the needle is reinserted several times to release the nerve and lengthen the muscle. In general, treatments are administered once or twice weekly for 3 to 6 weeks. However, the clinical value of this invasive procedure has not been validated by randomized controlled studies.

Sympathetic Therapy (Dynatron):

Many chronic pain syndromes/conditions (e.g., peripheral neuropathies and reflex sympathetic dystrophy) are "sympathetically biased" and have no identifiable underlying cause(s). Sympathetic Therapy is a non-invasive treatment protocol advocated for the symptomatic relief of patients with chronic pain. It is a patented method of delivering electrostimulation via peripheral nerves to create a "special" form of stimulation of the sympathetic nervous system. It incorporates dual interfering waveforms with specific electrode placement on the upper and lower extremities (8 electrodes/treatment). Electrodes are placed bilaterally over dermatomes, thus accessing the autonomic nervous system via the peripheral nervous system.

The treatment plan for Sympathetic Therapy includes clinical treatments followed by home therapy. Electrostimulation is administered by means of the Dynatron STS (a clinical unit) or the Dynatron STS Rx (a home unit). A software program is included with the clinical Dynatron unit to help doctors with electrode placement and to record patient progress. According to the manufacturer, electrostimulation delivered by the Dynatron is different from that provided by TENS. The key difference is in its application -- Dynatron applied within the Sympathetic Therapy protocol supposedly treats systemically while TENS treats transcutaneously at or near the primary pain location. Daily therapy sessions are needed to establish effectiveness of the treatment and to ascertain the most effective protocol for individual patients (20 or more sessions may be needed to complete this process). Each treatment session lasts about 60 minutes. If the patient responds to treatment and the optimal protocol has been established, a home Dynatron unit may be prescribed to facilitate treatments over an extended period of time and, in most cases, indefinitely. If necessary, the patient may return to the clinic periodically for a follow-up visit to adjust the protocol or receive additional guidance in administering home therapy. Guido (2002) reported on the effects of Sympathetic Therapy on 20 patients with chronic pain and peripheral neuropathies. Subjects were treated daily with the Dynatron STS for 28 days. At the beginning of the study, 11 of 15 patients reported being in moderate to severe pain, whereas by the end of treatment, 5 of 15 patients defined their pain as being moderate to severe. For these 15 patients, mean cumulative visual analog scores for multiple locations of pain decreased significantly, from 107.8 to 45.3. (The authors stated, without further explanation, that self-reports of pain severity were unavailable for 5 of the 20 patients.) However, because the study did not include a randomized masked control group, placebo effects and other biases could affect results. In addition, the lack of data on pain severity in a quarter of the patients included in this study may have significantly biased the results. There are no published randomized controlled clinical trials of the effectiveness of Sympathetic Therapy in the management of patients with chronic intractable pain. Randomized controlled trials are needed to ascertain the clinical benefits of this treatment protocol in these patients.

A recent assessment (2003) conducted by the Washington State Department of Labor and Industries concluded that insufficient evidence exists to determine Dynatron STS' effectiveness in the treatment of chronic pain.

Electroceutical Therapy:

Electroceutical medicine entails the use of various electrical modalities. While certain "low-strength" electrical treatments such as transcutaneous electrical nerve stimulation (TENS) units may be safely used at home, electroceutical treatments use much higher electrical frequencies than TENS units (ranging from 1 to 20,000 Hz compared to 0.5 to 100 Hz used in TENS) and may only be prescribed and administered under the supervision of a healthcare provider experienced in this method of treatment. Electroceutical therapy, also known as bioelectric nerve block, involves blockade of axonal transmissions. Electroceutical therapy has been used in the management of neuropathic pain (non-malignant pain) as well as pain associated with cancer (malignant pain). According to a manufacturer of an electroceutical nerve block device, the electroceutical treatment approach is based on the non-

invasive application of controlled, specific parameter bioelectric impulses. Electrical current is altered via special step-down transformers into bioelectric impulses, which are designed to mimic the human bioelectric system. Currently, there are two distinctive electroceutical classifications: (i) stimulatory class in which repetitive action potentials are induced in excitable cells (depolarization and repolarization activity), and (ii) multi-facilitory class that produces biophysical effects without repetitive action potential propagation. The proper electroceutical class, dosage, regimen duration and anatomical placement of electrodes are determined by the individual patient's diagnosis.

Proponents of electroceutical therapy claim that its use has resulted in significant relief of pain and elimination or drastic reductions in patients' pain medication requirements, such that patients are able to resume their daily activities. However, there is a lack of scientific evidence to substantiate these claims. Well-designed, randomized controlled clinical studies are needed to determine the usefulness of electroceutical therapy in the treatment of patients with acute or chronic pain.

BioniCare (Pulsed Electrical Stimulation):

Zizic, et al. (1995) evaluated the safety and effectiveness of pulsed electrical stimulation for the treatment of osteoarthritis (OA) of the knee (n = 78). Patients were treated 6 hours per day for four weeks. The investigators reported that patients treated with the active devices showed significantly greater improvement than the placebo group for all primary efficacy variables in comparisons of mean change from baseline to the end of treatment. Improvement of greater or equal to 50% from baseline was shown in at least one primary efficacy variable in 50% of the active device group, in 2 variables in 32 %, and in all 3 variables in 24%. In the placebo group improvement of greater or equal to 50% occurred in 36% for one, 6% for 2, and 6% for 3 variables. Mean morning stiffness decreased 20 minutes in the active device group and increased 2 minutes in the placebo group (p < 0.05). No statistically significant differences were observed for tenderness, swelling, or walking time. The authors concluded that improvements in clinical measures for pain and function found in this study suggest that pulsed electrical stimulation is effective for treating OA of the knee. The investigators noted, however, that studies of the durability of results are warranted.

In a Cochrane review on pulsed electric stimulation for the treatment of OA (Hulme et al, 2002), the authors stated that current evidence suggests that electrical stimulation therapy may provide significant improvements for knee OA, but further studies are required to confirm whether the statistically significant results shown in these trials confer clinically significant and durable benefits.

Electro-Acuscope Myopulse:

The Electro-Acuscope Myopulse Therapy System is an electronic device that has been used for a wide range of neuromuscular conditions. The Acuscope uses electricity to treat pain by stimulating the nervous system without puncturing the skin. The Myopulse, a companion instrument to the Acuscope, stimulates muscles, tendons and ligaments, reducing spasm, inflammation and strengthening tissue damaged by traumatic injury. This form of therapy purportedly helps the body heal itself by stimulating the supply of blood and oxygen to the involved area. The Electro-Acuscope Myopulse Therapy System has been used in the treatment of pain and many types of tissue damage including swelling, inflammation, and soreness. However there is insufficient scientific evidence to support its effectiveness.


Transcutaneous Electrical Nerve Stimulators (TENS)
CPT Codes
Other CPT Codes related to the CPB:
64510
64550


HCPCS Codes
HCPCS Codes covered if selection criteria are met:
A4595          Electrical stimulator supplies, 2 lead, per month, (e.g. TENS, NMES)
E0720  TENS, two lead, localized stimulation

E0730  TENS devices, four or more leads, for multiple nerve stimulation

ICD-9 Codes
ICD-9 Codes not covered for indications listed in the CPB:
346.00 - 346.91        Migraine
524.60 - 524.69        Temporomandibular joint disorders
625.0 - 625.9          Pain and other symptoms associated with female genital organs
784.0          Headache
789.00 - 789.09        Abdominal pain

Form-fitting Conductive Garment
HCPCS Codes covered if selection criteria are met:
E0731  Form-fitting conductive garment for delivery of TENS or NMES (with conductive fibers separated from the patient's skin by layers of fabric)
ICD-9 Codes covered if selection criteria are met:
728.2          Muscular wasting and disuse atrophy, not elsewhere classified
V57.1  Other physical therapy
V57.89          Other specified rehabilitation procedure
Other ICD-9 Codes related to the CPB:
680.0 - 709.9          Diseases of skin and subcutaneous tissue

Percutaneous Electrical Nerve Stimulation (PENS)
CPT Codes covered if selection criteria are met:
97781
97810
97811
97813
97814
ICD-9 Codes covered if selection criteria are met:
722.4          Degeneration of thoracic or lumbar intervertebral disc
722.73          Intervertebral disc disorder with myelopathy, lumbar region
722.83          Postlaminectomy syndrome, lumbar region
724.2          Lumbago
724.3  Sciatica
724.4          Thoracic or lumbosacral neuritis or radiculitis, unspecified
V57.1  Other physical therapy
V57.89          Other specified rehabilitation procedure

Peripheral Nerve Stimulation
CPT Codes covered if selection criteria are met:
64555
64575
64585
64590
64595
ICD-9 Codes covered if selection criteria are met:
337.20 - 337.29 Reflex sympathetic dystrophy
354.0 - 355.9          Mononeuritis
907.2 - 907.5          Late effect of spinal cord injury, injury to nerve root(s), spinal plexus(s), and other nerves of trunk, injury to peripheral nerve of shoulder girdle and upper limb, or injury to peripheral nerve of pelvic girdle and lower limb

953.0 - 956.9        Injury to nerve roots and spinal plexus, injury to other nerve(s) of trunk, excluding shoulder and pelvic girdles, injury to peripheral nerve(s) of shoulder girdle and upper limb, or injury to peripheral nerve(s) of pelvic girdle and lower limb

ICD-9 Codes not covered for indications listed in the CPB:

053.13        Postherpetic polyneuropathy

301.0 - 304.93        Drug dependence

Other ICD-9 Codes related to the CPB:

250.60 - 250.63        Diabetes with neurological manifestations

337.1        Peripheral autonomic neuropathy in disorders classified elsewhere

729.1  Myalgia and myositis, unspecified

729.2        Neuralgia, neuritis, and radiculitis, unspecified

729.5        Extremity pain

**The above policy is based on the following references:**
TENS/PENS:

1.  Ventafridda V, et al. Transcutaneous stimulation in cancer pain. In: Advances in Pain Research and Therapy. Vol. 2. JJ Bonica, V Ventafridda, eds. New York, NY: Raven Press; 1979:509-515.

2.  Deyo RA, Walsh NE, Martin DC, et al. A controlled trial of transcutaneous electrical nerve stimulation (TENS) and exercise for chronic low back pain. N Engl J Med. 1990;322(23):1627-1634.

3.  Long DM. Fifteen years of transcutaneous electrical nerve stimulation for pain control. Stereotact Funct Neurosurg. 1991;56(1):2-19.

4.  Agency for Healthcare Policy and Research (AHCPR), Acute Pain Management Guideline Panel. Acute pain management: Operative or medical procedures and trauma. Clinical Practice Guideline No. 1. AHCPR Publication No. 92-0032. Rockville, MD: AHCPR; February 1992.

5.  Lander J, Fowler-Kerry S. TENS for children's procedural pain. Pain. 1993;52(2):209-216.

6.  Jacox A, Carr DB, Payne R, et al. Management of cancer pain. Clinical Practice Guideline No. 9. AHCPR Publication No. 94-0592. Rockville, MD: Agency for Health Care Policy and Research; March 1994.

7.  Bigos S, Bowyer O, Braen G, et al. Acute low back problems in adults. Clinical Practice Guideline, No. 14. AHCPR Publication No. 95-0642. Rockville, MD: Agency for Health Care Policy and Research (AHCPR); December 1994.

8.  Herman E, Williams R, Stratford P, et al. A randomized controlled trial of transcutaneous electrical nerve stimulation (CODETRON) to determine its benefits in a rehabilitation program for acute occupational low back pain. Spine. 1994;19(5):561-568.

9.  Forster EL, Kramer JF, Lucy SD, et al. Effect of TENS on pain, medications, and pulmonary function following coronary artery bypass graft surgery. Chest. 1994;106(5):1343-1348.

10. Harvey M, Elliott M. Transcutaneous electrical nerve stimulation (TENS) for pain management during cavity preparations in pediatric patients. ASDC J Dent Child. 1995;62(1):49-51.

11. Canadian Coordinating Office for Health Technology Assessment (CCOHTA). Transcutaneous electrical nerve stimulation (TENS) and pain management. Ottawa, ON: CCOHTA; April 1995. Available at: http://www.ccohta.ca/pubs/index.html. Accessed March 22, 2000.

12. U.S. Department of Health and Human Services, Health Care Financing Administration (HCFA). Technology Assessment Committee (TAC) minutes. November 5- 6, 1996. Baltimore, MD: HCFA; 1996. Available at: http://www.hcfa.gov/events/1196tmin.htm. Accessed March 22, 2000.

13. Carroll D, Tramèr M, McQuay H, et al. Randomization is important in studies with pain outcomes: Systematic review of transcutaneous electrical nerve stimulation in acute postoperative pain. Br J Anaesth. 1996;77(6):798-803.

14. Reeve J, Menon D, Corabian P. Transcutaneous electrical nerve stimulation (TENS): A technology assessment. Int J Tech Assess Health Care. 1996;12(2):299-324.

15. Carroll D, Tramèr M, McQuay H, et al. Transcutaneous electrical nerve stimulation in labour pain: A systematic review. Br J Obstet Gynaecol. 1997;104(2):169-175.

16. Brodsky JB, Mark JB. Postthoracoscopy pain: Is TENS the answer? Ann Thorac Surg. 1997;63 (3):608-610.

17. Benedetti F, Amanzio M, Casadio C, et al. Control of postoperative pain by transcutaneous electrical nerve stimulation after thoracic operations. Ann Thorac Surg. 1997;63(3):773-776.

18. McQuay HJ, Moore RA, Eccleston C, et al. Systematic review of outpatient services for chronic pain control. Health Technol Assess. 1997;1(6):i-iv, 1-135.

19. Moore SR, Shurman J. Combined neuromuscular electrical stimulation and transcutaneous electrical nerve stimulation for treatment of chronic back pain: A double-blind, repeated measures comparison. Arch Phys Med Rehabil. 1997;78(1):55-60.

20. Lampl C, Kreczi T, Klingler D. Transcutaneous electrical nerve stimulation in the treatment of chronic pain: Predictive factors and evaluation of the method. Clin J Pain. 1998;14(2):134-142.

21. Chabal C, Fishbain DA, Weaver M, Heine LW. Long-term transcutaneous electrical nerve stimulation (TENS) use: Impact on medication utilization and physical therapy costs. Clin J Pain. 1998;14(1):66-73.

22. Ghoname EA, Craig WF, White PF, et al. Percutaneous electrical nerve stimulation for low back pain: A randomized crossover study. JAMA. 1999;281(9):818-823.

23. Kaye V, Brandstater ME. Transcutaneous electrical nerve stimulation. eMedicine J. 2002;3(1).

Interferential Current Therapy:

1. Taylor K, Newton RA, Personius WJ, Bush FM. Effects of interferential current stimulation for treatment of subjects with recurrent jaw pain. Phys Ther. 1987;67(3):346-350.

2. Low JL. Shortwave diathermy, microwave, ultrasound and interferential therapy. In: Pain

Management in Physical Therapy. PE Wells, et al., eds. Stamford, CT: Appleton & Lange; 1988; Ch. 11: 113-168.

3.  Goats GC. Interferential current therapy. Br J Sports Med. 1990;24(2):87-92.

4.  Shafshak TS, el-Sheshai AM, Soltan HE. Personality traits in the mechanisms of interferential therapy for osteoarthritic knee pain. Arch Phys Med Rehabil. 1991;72(8):579-581.

5.  Latzanich CM, Gilmore R, Burke HB. Interferential current therapy for post-operative pain management. Contemp Pod Phys. November 1991, pp 7-9.

6.  Agency for Healthcare Policy and Research (AHCPR), Acute Pain Management Guideline Panel. Acute pain management: Operative or medical procedures and trauma. Clinical Practice Guideline. Rockville, MD: AHCPR; February 1992.

7.  Turner JA, Deyo RA, Loeser JD, et al. The importance of placebo effects in pain treatment and research. JAMA. 1994;271(20):1609-1614.

8.  Reitman C, Esses SI. Conservative options in the management of spinal disorders, Part I. Bed rest, mechanical and energy-transfer therapies. Am J Orthop. 1995;24(2):109-116.

9.  Indergand HJ, Morgan BJ. Effect of interference current on forearm vascular resistance in asymptomatic humans. Phys Ther. 1995;75(4):306-312.

10. Van Der Heijden GJ, Leffers P, Wolters PJ, et al. No effect of bipolar interferential electrotherapy and pulsed ultrasound for soft tissue shoulder disorders: A randomised controlled trial. Ann Rheum Dis. 1999;58(9):530-540.

11. Palmer ST, Martin DJ, Steedman WM, Ravey J. Effects of electric stimulation on C and A delta fiber-mediated thermal perception thresholds. Arch Phys Med Rehabil. 2004;85(1):119-128.

H-WAVE[®] Type Stimulators:

1.  Flatt DW. Resolution of a double crush syndrome. J Manipulative Physiol Ther. 1994;17(6):395-397.

2.  McDowell BC, Lowe AS, Walsh DM, et al. The lack of hypoalgesic efficacy of H-wave therapy on experimental ischemic pain. Pain. 1995;61(1):27-32.

3.  Kumar D, Marshall HJ. Diabetic peripheral neuropathy: Amelioration of pain with transcutaneous electrostimulation. Diabetes Care. 1997;20(11):1702-1705.

4.  Kumar D, Alvaro MS, Julka IS, Marshall HJ. Diabetic peripheral neuropathy. Effectiveness of electrotherapy and amitriptyline for symptomatic relief. Diabetes Care. 1998;21(8):1322-1325.

5.  Julka IS, Alvaro M, Kumar D. Beneficial effects of electrical stimulation on neuropathic symptoms in diabetes patients. J Foot Ankle Surg. 1998;37(3):191-194.

6.  McDowell BC, McCormack K, Walsh DM, et al. Comparative analgesic effects of H-wave therapy and transcutaneous electrical nerve stimulation on pain threshold in humans. Arch Phys

Med Rehabil. 1999;80(9):1001-1004.

Peripheral Nerve Stimulation:

1.  Cauthen JC, Renner EJ. Transcutaneous and peripheral nerve stimulator for chronic pain states. Surg Neurol. 1975;4(1):102-104.

2.  Meyerson BA, Hakansson J. Alleviation of atypical trigeminal pain by stimulation of the Gasserian ganglion via an implanted electrode. Acta Neurochir Suppl (Wien). 1980;30:303-309.

3.  Racz GB, Browne T, Lewis R Jr. Peripheral stimulator implant for treatment of causalgia caused by electrical burns. Tex Med. 1988;84(11):45-50.

4.  Leak WD, Ansel AE. Neural stimulation: Spinal cord and peripheral nerve stimulation. In: Pain Medicine. A Comprehensive Review. PP Raj, ed. St. Louis, MO: Mosby; 1996; Ch. 32: 327-333.

5.  Taub E, Munz M, Tasker RR. Chronic electrical stimulation of the gasserian ganglion for the relief of pain. J Neurosurg. 1997;86(2):197-202.

6.  American Society of Addiction Medicine (ASAM). Definitions related to the use of opoids for the treatment of pain. Public Policy of ASAM. Chevy Chase, MD: ASAM; February 2001. Available at: http://www.asam.org/ppol/paindef.htm. Accessed September 9, 2004.

Intramuscular Stimulation:

1.  Chu J. Twitch-obtaining intramuscular stimulation (TOIMS) in acute partial radial nerve palsy. Electromyogr Clin Neurophysiol. 1999;39(4):221-226.

2.  Chu J. The role of the monopolar electromyographic pin in myofascial pain therapy: Automated twitch-obtaining intramuscular stimulation (ATOIMS) and electrical twitch-obtaining intramuscular stimulation (ETOIMS). Electromyogr Clin Neurophysiol. 1999;39(8):503-511.

3.  Chu J. Early observations in radiculopathic pain control using electrodiagnostically derived new treatment techniques: Automated twitch-obtaining intramuscular stimulation (ATOIMS) and electrical twitch-obtaining intramuscular stimulation (ETOIMS). Electromyogr Clin Neurophysiol. 2000;40(4):195-204.

4.  Chu J, Gozon BS, Schwartz I. Twitch-obtaining intramuscular stimulation in reflex sympathetic dystrophy. Electromyogr Clin Neurophysiol. 2002;42(5):259-266.

Sympathetic Therapy (Dynatron):

1.  Dynatronics Corp. Dynatron Sympathetic Therapy System (STS): Revolutionary Breakthrough in the Treatment of Pain [website]. Salt Lake City, UT: Dynatronics; 2001. Available at: http://www.chronicpainrx.com/dynatron/. Accessed January 14, 2002.

2.  Rajala Rehab Products. Sympathetic Therapy System [website]. Pleasanton, CA: Rajala; 2001. Available at: http://www.rajala.com/cgi/catalog.pl?Electrotherapy. Accessed January 14, 2001.

3.  Guido EH. Effects of sympathetic therapy on chronic pain in peripheral neuropathy subjects. Am

J Pain Mgmt. 2002;12:31-34.

4. Hord ED, Oaklander AL. Complex regional pain syndrome: A review of evidence-supported treatment options. Curr Pain Headache Rep. 2003;7(3):188-196.

5. Washington State Department of Labor and Industries, Office of the Medical Director. Dynatron STS. Technology Assessment. Olympia, WA: Washington State Department of Labor and Industries; updated April 30, 2002. Available at: http://www.lni.wa.gov/omd/PdfDoc/DYNATRON.pdf. Accessed August 17, 2003.

Electroceutical Therapy:

1. Benchmark Integrative Medicine, LLC. Clinical electroceutical medicine [website]. Fayetteville, GA: Benchmark; 2002. Available at: http://www.benchmarkpain.com/page4.html. Accessed May 10, 2002.

2. Robertson M. Electroceutical nerve block [abstract]. Chronic Pain Solutions, Fall 1998. Available at: http://www.chronicpainsolutions.com/nerveblock.htm. Accessed May 22, 2002.

3. Empire Medicare Services NJ. Facet joint nerve block. Medical Policy Bulletin Freedom of Information. Medicare News Brief - New Jersey (Part B). MNB-NJ-2001-2. New York, NY: Empire; April 2001. Available at: http://www.empiremedicare.com/NJBULL/njb2001-2/s129.htm. Accessed May 22, 2002.

4. Empire Medicare Services. Nerve blocks: paravertebral nerve blocks. Medicare Part B Medical Policy. Policy No. YPF# 180, Ysurg #43. New York, NY: Empire; May 1, 1999. Available at: http://www.empiremedicare.com/Newypolicy/policy/YSRG43r2.htm. Accessed May 22, 2002.

5. GHI Medicare Division. Nerve blocks/ paravertebral nerve blocks. Local Medical Necessity Policy. Policy No. SUR-1233. New York, NY: GHI Medicare; July 30, 1999. Available at: http://www.ghimedicare.com/lmrp2/sur-1233.html. Accessed May 22, 2002.

6. Lake Michigan Medical, Inc. Matrix Biokinetics, Inc. PROGeneSys System Electroceutical Treatment [website]. Chicago, IL: Lake Michigan Medical; 2002. Available at: http://lakemichiganmedical.com.control.interliant.com/Pain_Management9.html. Accessed May 10, 2002.

BioniCare (Pulsed Electrical Stimulation):

1. Zizic TM, Hoffman KC, Holt PA, et al. The treatment of osteoarthritis of the knee with pulsed electrical stimulation. J Rheumatol. 1995;22(9):1757-1761.

2. Hulme J, Robinson V, DeBie R, et al. Electromagnetic fields for the treatment of osteoarthritis. Cochrane Database Syst Rev. 2002;(1):CD003523.

Property of Aetna Inc. All rights reserved. Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not

Case 1:04-cv-10981-PBS    Document 4173-2    Filed 10/15/13    Page 24 of 46

constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

CPT only copyright 2004 American Medical Association. All Rights Reserved.

 Close Window



Search [              ] Go

# Clinical Policy Bulletin: Calcitonin

**Number: 0803**

## Policy

Aetna considers calcitonin-salmon injection (Miacalcin injection) medically necessary for treatment of the following conditions:

- Hypercalcemia
- Individuals who present with an osteoporotic spinal compression fracture on imaging with correlating clinical signs and symptoms suggesting an acute injury (0 to 5 days after identifiable event or onset of symptoms) and who are neurologically intact.  (Note: Calcitonin treatment is considered medically necessary for 4 weeks for this indication).
- Paget's disease of bone (osteitis deformans)

Aetna considers calcitonin-salmon experimental and investigational for all other indications including the following (not an all inclusive list) because its effectiveness for these indications has not been established:

- Prevention and treatment of glucocorticoid-induced osteoporosis
- Prevention and treatment of postmenaupasal osteoporosis
- Prevention and treatment of osteoarthritis
- Prevention of osteoporosis including after organ or bone marrow transplantation
- Treatment of Behcet's disease
- Treatment of bone pain due to malignancy
- Treatment of complex regional pain syndrome
- Treatment of diabetic neuropathy
- Treatment of osteogenic sarcoma
- Treatment of renal osteodystrophy
- Treatment of spinal stenosis.

See also CPB 0524 - Zoledronic Acid, CPB 0666 - Teriparatide (Forteo), CPB 0672 - Pamidronate (Aredia), CPB 0727 - Ibandronate Sodium (Boniva) Injection, and CPB 0804 - Denosumab (Prolia and Xgeva).

## Background

The National Osteoporosis Foundation Consensus Development Conference (2003) defined osteoporosis as a disease characterized by low bone mass and micro-architectural deterioration of bone tissue, leading to enhanced bone fragility and increased risk of hip, spine, and wrist fractures.  Osteoporosis is the most common bone disease in humans.  Approximately 10 million Americans (80 % of them women) suffer from osteoporosis.  For post-menopausal women, age, Asian or Hispanic heritage, cortisone use, family or personal history of fracture, as well as smoking have been associated with significantly increased likelihood of osteoporosis; while African American heritage, estrogen or diuretic use, exercise, as well as higher body mass index (BMI) have been associated with significantly decreased likelihood of osteoporosis (Siris et al, 2001).  Furthermore, Wu and colleagues (2002) reported that any fracture (unrelated to motor vehicle accidents) sustained between the ages of 20 and 50 years is associated with increased risk of fractures after the age of 50 years in men.  Although osteoporosis is usually considered a disease of women, up to 20 % of vertebral fractures and 30 % of hip fractures occur in men.  Risk factors for osteoporotic fractures in men include corticosteroid therapy, diseases that predispose to low bone mass, high alcohol consumption, low BMI, physical inactivity, and smoking (Eastell et al, 1998).  However, the exact mechanism of bone loss remains unknown in primary male osteoporosis (Legrand et al, 2001).

Calcitonin is a 32-amino acid peptide hormone secreted by the para-follicular cells of the thyroid gland in mammals and by the ultimo-branchial gland of birds and fishes.  Its direct actions on the osteoclast are responsible for its physiological effects as a hypocalcemic agent and a potent inhibitor of bone resorption.

A joint meeting of the FDA's Reproductive Health Drugs and the Drug Safety Committee and its Risk Management Advisory Committee concluded that calcitonin salmon should no longer be used by women because there is little evidence it works and it may actually increase the risk of cancer.  The committee members voted 12-9 that the risks of calcitonin exceed the benefits when used to treat osteoporosis.  The combined FDA advisory panel also voted 20-1 that companies developing biotech versions of the salmon hormone must conduct trials to substantiate that their calcitonin products reduce the risk of fracture.  The committees' concerns about safety and efficacy were based on data detailed in a that FDA reviewers released as background material for the meeting.  The briefing document stated: "Intervention to reduce the risk of fracture is the standard for treatment of postmenopausal osteoporosis.  Despite three fracture trials conducted, there remain significant questions regarding calcitonin salmon's effectiveness in reducing fractures in postmenopausal women.  This lack of effectiveness when combined with the potential for a cancer risk associated with calcitonin salmon therapy raises concerns about the overall risk and benefit assessment for calcitonin salmon products in the treatment of postmenopausal osteoporosis.

In 2012, the European Medicines Agency recommended against using calcitonin salmon long-term, after a research review showed a slight higher increase of cancer among patients who had used the drug for an extensive length of time to treat osteoporosis.  Health Canada issued a statement warning of an increased risk of cancer with long-term use of calcitonin salmon products.

Lewiecki (2009) stated that adequate intake of calcium and vitamin D is recommended as baseline therapy for osteoporosis prevention and treatment.  Available pharmacological agents for the management of post-menopausal osteoporosis include oral bisphosphonates, which are generally considered first-line therapy for patients with osteoporosis, but their use may be limited by gastrointestinal side effects.  Other agents include calcitonin-salmon, hormone therapy, human recombinant parathyroid hormone (PTH) teriparatide (1-34 PTH), the selective estrogen-receptor modulator (SERM) raloxifene, and strontium ranelate, and rank ligand inhibitors (e.g., denosumab)..  Emerging therapies for post-menopausal osteoporosis include novel SERMs (e.g., arzoxifene, bazedoxifene, lasofoxifene, ospemifene).

Calcitonin's role as a therapeutic option for glucocorticoid-induced osteoporosis (GIO) has not been established.  Reviews on GIO did not mention calcitonin as a treatment option.  De Nijs (2008) stated that pharmacotherapy for prevention of GIO is needed depending on the age and gender of the patient and sometimes BMI at the start of treatment, dosage of glucocorticoid, and expected duration of glucocorticoid treatment.  Bisphosphonates seem to be the first choice of

Policy History
> Last Review: 06/28/2013
Effective: 07/23/2010
Next Review: 10/24/2013
> Review History
> Definitions

Additional Information
> Clinical Policy Bulletin Notes

pharmacological intervention for prevention and treatment of GIO.  There is no evidence that one specific bisphosphonate is superior to another bisphosphonate due to a lack of head-to-head studies on GIO.  Calcium and vitamin D3 supplementation are considered as important support for prevention and treatment of GIO.  Silverman and Lane (2009) noted that bone loss that accompanies glucocorticoid use is rapid, and early treatment with bone-sparing agents can prevent bone loss and reduce fracture risk.  Several randomized controlled clinical trials have found prevention and treatment of GIO with bisphosphonates, and recently the treatment of GIO with teriparatide, to be effective.  Compston (2010) stated that bisphosphonates are the front-line choice for prevention of fracture in glucocorticoid-treated patients, with teriparatide as the second-line option; calcium and vitamin D supplements should be co-prescribed in the majority of individuals.  Future guidelines for the management of GIO should include recently approved interventions (e.g., teriparatide and zoledronate).

Furthermore, the Spanish Society of Internal Medicine's guidelines for the prevention and treatment of GIO (Sosa Henríquez et al, 2008) stated that treatment must be prescribed to any patient who is receiving glucocorticoids or is going to receive them at doses greater than 7.5 mg/day for more than 3 months and 5 mg/day if the patient is a post-menopausal woman or has suffered from previous fragility fractures.  Alendronate and risedronate are the mainstays for the management of patients with GIO, accompanied with calcium and vitamin D supplements; in very ill patients, PTH can be used.

Calcitonin has also been reported to be beneficial in the treatment of Paget's disease of the bone (osteitis deformans) and hypercalcemia.  Paget disease of the bone is a disorder of uncertain etiology characterized by abnormal and accelerated bone formation and resorption in one or more bones.  In most patients, only small areas of bone are involved, and the disease is asymptomatic.  In a small number of patients, however, the abnormal bone may lead to bone deformity, cranial and spinal nerve entrapment, or spinal cord compression.  Furthermore, the increased vascularity of the abnormal bone may result in high-output congestive heart failure.  The effectiveness of calcitonin has been shown mainly in patients with moderate-to-severe disease characterized by polyostotic involvement with elevated serum alkaline phosphatase and urinary hydroxyproline excretion.  Whyte (2006) noted that medications for Paget's disease include various bisphosphonates and calcitonin-salmon injection.  The use of latter for Paget's disease has been largely supplanted by the use of the former, although treatment with calcitonin-salmon remains an option if bisphosphonates are not tolerated or contraindicated.  Furthermore, Saura (2007) stated that according to the Japanese guidelines for diagnosis and management of Paget's disease of the bone, calcitonin and etidronate are approved therapeutic agents for this condition and surgery is indicated for associated orthopedic problems (e.g., bone deformity, malignant soft-tissue tumor, osteosarcoma, and unstable fractures) in these patients.

Calcitonin injection has also been demonstrated to reduce elevated serum calcium of patients with carcinoma, multiple myeloma or primary hyper-parathyroidism.  In a review on drugs used in pediatric bone and calcium disorders, Cheung (2009) noted that hypercalcemia is treated initially with hyperhydration and diuretics, but may require more specific treatment with either bisphosphones or calcitonin.  Several newer drugs have either recently been introduced or are under consideration.  These include bone morphogenic protein 2, calcimimetics (cinacalcet), calciolytic drugs, cathepsin K inhibitor, rank ligand inhibitors (denusomab and osteoprotegerin), and sclerostin.

Assadi (2009) stated that primary hyperparathyroidism and malignancy are responsible for greater than 90 % of all cases of hypercalcemia.  Compared with the hypercalcemia of malignancy, hyperparathyroidism tends to be associated with lower serum calcium levels (less than 12 mg/dL) and a longer duration of hypercalcemia (more than 6 months).  The hypercalcemic symptoms are usually fewer and subtle.  Hyperparathyroidism tends to cause kidney calculi, hyperchloremic metabolic acidosis, and the characteristics of metabolic bone disease osteitis fibrosa cystica, but no anemia.  In contrast, hypercalcemia of malignancy is typically rapid in onset, with higher serum calcium levels, and more severe symptoms.  Patients so affected show marked anemia, but they never have kidney calculi or metabolic acidosis.  Parathyroid hormone assay is the most useful test for differentiating hyperparathyroidism from malignancy and other causes of hypercalcemia.  In hyperparathyroidism, serum PTH levels will be elevated.  In other cases, high serum calcium concentration usually results in suppression of PTH.  Treatment of hypercalcemia should commence with hydration; loop diuretics may be needed in patients with renal insufficiency or heart failure to prevent fluid over-load.  Calcitonin is administered for the immediate short-term management of severe symptomatic hypercalcemia.  For long-term control of severe or symptomatic hypercalcemia, the addition of bisphosphonates is typically required.  Among intravenous bisphosphonates, pamidronate and zoledronic acid are the agents of choice.

Calcitonin is also being used in the treatment of various conditions/diseases/disorders such as Behcet's disease, bone pain, complex regional pain syndrome, diabetic neuropathy, osteoarthritis, osteogenic sarcoma, renal osteodystrophy, and spinal stenosis, as well as prevention of osteoporosis following organ and bone marrow transplantations.  However, its effectiveness for these indications has not been established.

Calcitonin has been employed, however without much success, in the treatment of osteogenic sarcoma and renal osteodystrophy (AHFS, 2001).  In a Cochrane review, Martinez-Zapata et al (2006) evaluated the effectiveness of calcitonin in controlling metastatic bone pain and reducing bone complications (fractures, hypercalcemia, and nerve compression) in patients with bone metastases.  Electronic searches were performed in Medline (1966 to 2005), Embase (1974 to 2005), the Cochrane Central Register of Controlled Trials (Issue 2, 2005), specialized registers of the Cochrane Cancer Network and of the Cochrane Pain, Palliative and Supportive Care Group.  Registers of clinical trials in progress were also searched.  Studies were included if they were randomized, double-blind, clinical trials of patients with metastatic bone pain, treated with calcitonin, where the major outcome measure was pain, assessed at 4 weeks or longer.  Study selection and data extraction were performed by 2 independent review authors.  Only 2 studies (n = 90) were eligible for inclusion in the review and therefore meta-analysis of the data was not possible.  Intention-to-treat analysis was performed by imputing all missing values as adverse outcomes.  Of the 2 small studies included in the review, 1 study showed a non-significant effect of calcitonin in the number of patients with total pain reduction (relative risk [RR] 2.50; 95 % confidence interval [CI]: 0.55 to 11.41).  The second study provided no evidence that calcitonin reduced analgesia consumption (RR 1.05; 95 % CI: 0.90 to 1.21) in patients with painful bone metastases.  There was no evidence that calcitonin was effective in controlling complications due to bone metastases; and for improving quality of life or patients' survival.  Although not statistically significant, a greater number of adverse effects were observed in the groups given calcitonin in the 2 included studies (RR 3.35, (5 % CI: 0.72 to 15.66).  The authors concluded that the limited evidence currently available does not support the use of calcitonin to control pain from bone metastases.

In a review on diabetic neuropathy, Vinik (1999) stated that no definitive treatment is available for painful diabetic neuropathy.  Several medications have been used, among them antiepileptic drugs, calcitonin, dextromethorphan, local anesthetics, non-steroidal anti-inflammatory drugs, phenothiazines, and tricyclic antidepressants.  Moreover, calcitonin was not mentioned as a therapeutic option in recent reviews on management of neuropathic pain.  Gilron and colleagues (2006) noted that pharmacotherapy includes gabapentin, mixed serotonin-norepinephrine reuptake inhibitors, opioids, pregabalin, topical lidocaine, tramadol, and tricyclic antidepressants.  Baron (2009) stated that the medical management of neuropathic pain consists of 5 main classes of oral medication (anticonvulsants with calcium-modulating actions, anticonvulsants with sodium-blocking action, antidepressants with reuptake blocking effect, opioids, and tramadol) and several categories of topical medications for patients with cutaneous allodynia and hyperalgesia (e.g., capsaicin and local anesthetics).

Vranken (2009) stated that while many options are available for relieving neuropathic pain, there is no consensus on the most appropriate therapy.  However, recommendations can be proposed for first-line, second-line, and third-line pharmacotherapies based on the level of evidence for the different treatment strategies.  Beside opioids, the available therapies shown to be effective in managing neuropathic pain include anticonvulsants, antidepressants, ketamine, and topical treatments (e.g., capsaicin and lidocaine patch).  Tricyclic antidepressants are often the first drugs selected to alleviate neuropathic pain (first-line pharmacological treatment).  Although they are very effective in reducing pain in several neuropathic pain disorders, treatment may be compromised by their side effects.  <mark>In patients with a history of cardiovascular disorders, glaucoma, and urine retention, gabapentine and pregabalin are emerging as first-line treatment for neuropathic pain.  In addition these anti-epileptic drugs have a favorable safety profile with minimal concerns regarding drug interactions and showing no interference with hepatic enzymes.</mark>  Despite the many treatment options available for relieving neuropathic pain, the most appropriate treatment strategy is only able to reduce pain in 70 % of these patients.  In the remaining patients, combination therapies using 2 or more analgesics with different mechanisms of action may also offer adequate pain relief.  Although combination treatment is clinical practice and may result in greater pain relief, trials regarding different combinations of analgesics are lacking.  Additionally, 10 % of patients still experience intractable pain and are refractory to all forms of pharmacotherapy.  If medical treatments fail, invasive therapies such as intrathecal drug administration and neurosurgical interventions may be considered.

Karsdal et al (2007) noted that several lines of evidence suggest direct anabolic effects of calcitonin on articular chondrocytes, resulting in increased proteoglycan synthesis, which may prove calcitonin to be beneficial for the prevention and treatment of osteoarthritis.  Chesnut et al (2008) noted that calcitonin-salmon demonstrates clinical utility in the treatment of such metabolic bone diseases as osteoporosis and Paget's disease, and potentially in the treatment of

osteoarthritis. In a review on non-surgical treatment of osteoarthritis of large joints, Wagner (2009) listed bisphosphonates, calcitonin, and interleukin-1 antagonists as experimental drugs for this condition.

The Institute for Clinical Systems Improvement's guideline on diagnosis and treatment of osteoporosis (ICSI, 2008) stated that studies demonstrate that standard calcium and vitamin D supplementation, with or without calcitonin, are unable to prevent osteoporosis following organ or bone marrow transplantation.  Palmer et al (2005) evaluated the evidence available to guide targeted treatment to reduce bone disease in transplant recipients.  The Cochrane CENTRAL Registry, Medline, and Embase were searched for randomized trials of interventions for bone disease after renal transplantation.  Data were extracted on acute graft rejection, adverse events, bone mineral density (BMD) by means of dual-energy X-ray absorptiometry, and fracture.  Analysis was performed with a random-effects model, and all results are expressed as RR with 95 % CIs. A total of 23 eligible trials (n = 1,209) were identified.  No trial found a reduction in risk for fracture.  Bisphosphonates (7 trials; n = 268; weighted mean difference [WMD], 7.66; 95 % CI: 4.82 to 10.50), vitamin D analogs (2 trials; n = 51; WMD, 6.13; 95 % CI: 4.97 to 7.29), and calcitonin (1 trial; n = 31; WMD, 5.00; 95 % CI: 0.88 to 9.12) favorably affected the percentage of change in BMD at the lumbar spine compared with no treatment.  Bisphosphonates (4 trials; n = 149; WMD, 7.18; 95 % CI: 6.22 to 8.13) and vitamin D analogs (2 trials; n = 51; WMD, 3.73; 95 % CI: 2.71 to 4.75), but not calcitonin (1 trial; n = 31; WMD, -0.30; 95 % CI: -5.00 to 4.40), had a favorable effect on BMD measured at the femoral neck compared with no treatment.  The incidence of reported toxicity was low.  The authors concluded that the trials were inadequately powered to show a reduction in risk for fracture.  Bisphosphonates and vitamin D have a beneficial effect on BMD at the lumbar spine and femoral neck.  With increasing survival after renal transplantation, this study emphasized the importance of randomized controlled trial (RCT) evidence of interventions of bone disease after renal transplantation.

In a randomized, single-blind study, Sahin et al (2009) compared the effectiveness of physical therapy alone and in combination with calcitonin in patients with neurogenic claudication (NC).  Patients with lumbar spinal canal stenosis who were diagnosed by clinical findings and magnetic resonance imaging and having NC were included.  They were observed for 8 weeks and evaluated before and after treatment.  Patients were randomized between the calcitonin-salmon 200 U/day + physical therapy (n = 23; group 1) and paracetamol 1,500 mg/day + physical therapy (n = 22; group 2) treatment groups.  Both groups received the same physical therapy (hot pack + interferential current + short wave diathermy) and exercise protocol.  The association of various clinical and functional parameters was assessed statistically by using paired and unpaired t-tests, Chi-square test and McNemar's test; p < 0.05 indicated statistical significance.  Mean ages of the patients were 57.6 +/- 11.2 years and 2 54.5 +/- 10.6 years for group 1 and group 2, respectively.  Before treatment, there were no significant differences between groups with respect to age, BMI, spinal axial diameter, visual analog scale (VAS), spinal mobility, functional status and walking distance (p > 0.05).  After 8 weeks of treatment, both groups benefited significantly with respect to VAS, functional status and walking distance (p < 0.001).  There was no statistically significant difference between groups (p > 0.05).  The authors concluded that in patients with lumbar spinal stenosis who received 8 weeks of treatment, concomitant use of calcitonin with physical therapy and exercise did not have any beneficial effect on the patient's pain, functional status, lumbar mobility and walking distance.

In a systematic review, Coronado-Zarco and colleagues (2009) examined the effectiveness of calcitonin in the treatment of NC in patients with lumbar spinal stenosis.  These investigators performed a search on electronic databases that included Medline and Embase; they recovered 10 original articles, of which only 4 fulfilled the RCT criteria.  These articles were reviewed independently by 6 reviewers to extract data and their assessment using by the criteria of Cochrane Handbook (with maximum score of 1.00 and minimum score of 0.33).  Score quality vary in the 4 articles.  Due to the great heterogeneity observed (doses, duration and frequency of calcitonin, outcome measurements, sample sizes, and selection criteria), these researchers were unable to perform a meta-analysis.  Only 1 of these studies found favorable results for the use of calcitonin compared with placebo; of the 3 remaining trials, none found significant evidence between drug therapy and placebo.  The authors concluded that the present data suggest that calcitonin administration in the treatment for NC has no benefit in patients with lumbar spinal stenosis.  Furthermore, the North American Spine Society's guideline on diagnosis and treatment of degenerative lumbar spinal stenosis (2007) stated that there is little evidence that pharmacotherapies, including intramuscular calcitonin, intranasal calcitonin, intravenous lipo-prostaglandin E1, or methyl-cobalamin provides long-term benefit in patients with lumbar spinal stenosis.

Qin and associates (2009) noted that the treatment of Behcet's disease, a chronic, multi-system inflammatory disorder, continues to be a major therapeutic challenge.  Exogenous calcitonin is thought to cross the blood-brain barrier and to accumulate slowly in the brain, inducing analgesia once sufficient receptors are occupied.  Since calcitonin could antagonize resorptive and analgesic activity by competitively binding to calcitonin receptor and has been considered as a specific antagonist, these researchers postulated that the calcitonin could function as a novel agent to inhibit Behcet's disease.

Tran and associates (2010) reviewed the evidence derived from RCTs pertaining to the treatment of complex regional pain syndrome.  The search criteria yielded 41 RCTs with a mean of 31.7 subjects per study.  Blinded assessment and sample size justification were provided in 70.7 % and 19.5 % of RCTs, respectively.  Only bisphosphonates appear to offer clear benefits for patients with complex regional pain syndrome.  Improvement has been reported with dimethyl sulfoxide, epidural clonidine, intrathecal baclofen, motor imagery programs, spinal cord stimulation, and steroids, but further trials are required.  The available evidence does not support the use of calcitonin, vasodilators, or sympatholytic and neuromodulative intravenous regional blockade.  Clear benefits have not been reported with gabapentin, mannitol, occupational/physical therapy, and lumbar/stellate sympathetic blocks.

The American Academy of Orthopaedic Surgeons' guideline on the treatment of symptomatic osteoporotic spinal compression fractures (AAOS, 2010) recommended that patients who present with an osteoporotic spinal compression fracture on imaging with correlating clinical signs and symptoms suggesting an acute injury (0 to 5 days after identifiable event or onset of symptoms) and who are neurologically intact be treated with calcitonin for 4 weeks.

In a randomized, placebo-controlled, double-blind trial, Pappa et al (2011) examined the safety and effectiveness of intra-nasal calcitonin in improving BMD in young patients with inflammatory bowel disease (IBD) and defined additional factors that impact bone mineral accrual.  A total of 63 subjects, aged 8 to 21 years, with a spinal BMD Z-score less than or equal to -1.0 S.D. measured by dual energy X-ray absorptiometry were included in this study.  Subjects were randomized to 200 IU intra-nasal calcitonin (n = 31) or placebo (n = 32) daily.  All received age-appropriate calcium and vitamin D supplementation.  Subsequent BMD measurements were obtained at 9 and 18 months.  Intra-nasal calcitonin was well-tolerated.  Adverse event frequency was similar in both treatment groups, and such events were primarily minor, reversible, and limited to the upper respiratory tract.  The BMD Z-score change documented at screening and 9 months and screening and 18 months did not differ between the 2 therapeutic arms.  In participants with Crohn's disease, the spinal BMD Z-score improved between screening and 9 months (change in spine BMD Z-score (ΔZSBMD)(9-0)) in the calcitonin group (ΔZSBMD(9-0)(calcitonin) = 0.21 (0.37), ΔZSBMD(9-0) (placebo) = -0.15 (0.5), p = 0.02); however, this was only a secondary subgroup analysis.  Bone mineral accrual rate during the trial did not lead to normalization of BMD Z-score in this cohort.  Factors favoring higher bone mineral accrual rate were lower baseline BMD and higher baseline body mass index Z-score, improvement in height Z-score, higher serum albumin, hematocrit and iron concentration, and more hours of weekly weight-bearing activity.  Factors associated with lower bone mineral accrual rate were more severe disease -- as indicated by elevated inflammatory markers, need for surgery, hospitalization, and the use of immunomodulators -- and higher daily caffeine intake.  The authors concluded that intra-nasal calcitonin is well-tolerated but does not offer a long-term advantage in youth with IBD and decreased BMD.  Bone mineral accrual rate remains compromised in youth with IBD and low BMD raising concerns for long-term bone health outcomes.  Improvement in nutritional status, catch-up linear growth, control of inflammation, increase in weight-bearing activity, and lower daily caffeine intake may be helpful in restoring bone density in children with IBD and low BMD.

**CPT Codes / HCPCS Codes / ICD-9 Codes**

**CPT codes related to the CPB**:

96372

**HCPCS codes covered if selection criteria are met**:

J0630          Injection, calcitonin (salmon), up to 400 mg

**ICD-9 codes covered if selection criteria are met**:

| 275.42 | Hypercalcemia |
| 731.0 | Osteitis deformans without mention of bone tumor [Paget's disease] |
| 733.13 | Pathologic fracture of vertebrae |

**ICD-9 codes not covered for indications listed in the CPB (not an all inclusive list):**

| 136.1 | Behcet's syndrome |
| 170.0 - 170.9 | Malignant neoplasm of bone [osteogenic sarcoma] |
| 337.20 - 337.29 | Reflex sympathetic dystrophy [complex regional pain syndrome] |
| 338.3 | Neoplasm related pain (acute) (chronic) [bone pain due to malignancy] |
| 357.2 | Polyneuropathy in diabetes |
| 555.0 - 555.9 | Regional enteritis |
| 556.0 - 556.9 | Ulcerative colitis |
| 588.0 | Renal osteodystrophy |
| 715.00 - 715.98 | Osteoarthrosis and allied disorders |
| 723.0 | Spinal stenosis of cervical region |
| 724.00 - 724.09 | Spinal stenosis, other than cervical |
| 733.01 | Senile osteoporosis [postmenopausal] |
| 733.09 | Other osteoporosis [glucocorticoid-induced osteoporosis] |
| V42.0 - V42.9 | Organ or tissue replaced by transplant |

**The above policy is based on the following references:**

1. Eastell R, Boyle IT, Compston J, et al. Management of male osteoporosis: Report of the UK Consensus Group. QJM. 1998;91(2):71-92.
2. Vinik AI. Diabetic neuropathy: Pathogenesis and therapy. Am J Med. 1999;107(2B):17S-26S.
3. Siris ES, Miller PD, Barrett-Connor E, et al. Identification and fracture outcomes of undiagnosed low bone mineral density in postmenopausal women: Results from the National Osteoporosis Risk Assessment. JAMA. 2001;286(22):2815-2822.
4. Legrand E, Hedde C, Gallois Y, et al. Osteoporosis in men: A potential role for the sex hormone binding globulin. Bone. 2001;29(1):90-95.
5. No authors listed. Calcitonin. AHFS Drug Information. 2001. American Society of Health-System Pharmacists. 2001, pp. 3051-3053.
6. Wu F, Mason B, Horne A, et al. Fractures between the ages of 20 and 50 years increase women's risk of subsequent fractures. Arch Intern Med. 2002;162(1):33-36.
7. National Osteoporosis Foundation (NOF). Physician's guide to prevention and treatment of osteoporosis. Washington, DC: NOF; 2003. Available at: http://www.nof.org/physguide/impact_and_overview.htm. Accessed May 14, 2010.
8. Palmer SC, Strippoli GF, McGregor DO. Interventions for preventing bone disease in kidney transplant recipients: A systematic review of randomized controlled trials. Am J Kidney Dis. 2005;45(4):638-649.
9. North American Menopause Society. Management of osteoporosis in postmenopausal women: 2006 position statement of The North American Menopause Society. Menopause. 2006;13(3):340-367.
10. Whyte MP. Clinical practice. Paget's disease of bone. N Engl J Med. 2006;355(6):593-600.
11. Martinez-Zapata MJ, Roqué M, Alonso-Coello P, Catalá E. Calcitonin for metastatic bone pain. Cochrane Database Syst Rev. 2006;(3):CD003223.
12. Gilron I, Watson CP, Cahill CM, Moulin DE. Neuropathic pain: A practical guide for the clinician. CMAJ. 2006;175(3):265-275.
13. Saura R. Paget's disease of bone. Clin Calcium. 2007;17(11):1769-1772.
14. Karsdal MA, Sondergaard BC, Arnold M, Christiansen C. Calcitonin affects both bone and cartilage: A dual action treatment for osteoarthritis? Ann N Y Acad Sci. 2007;1117:181-195.
15. North American Spine Society. Diagnosis and treatment of degenerative lumbar spinal stenosis. Burr Ridge, IL: North American Spine Society (NASS); January, 2007.
16. De Nijs RN. Glucocorticoid-induced osteoporosis: A review on pathophysiology and treatment options. Minerva Med. 2008;99(1):23-43.
17. Sosa Henriquez M, Díaz Curiel M, Díez Pérez A, et al; Sociedad Española de Medicina Interna. Guide for the prevention and treatment of glucocorticoid-induced osteoporosis of the Spanish Society of Internal Medicine. Rev Clin Esp. 2008;208(1):33-45.
18. Chesnut CH 3rd, Azria M, Silverman S, et al. Salmon calcitonin: A review of current and future therapeutic indications. Osteoporos Int. 2008;19(4):479-491.
19. Institute for Clinical Systems Improvement (ICSI). Diagnosis and treatment of osteoporosis. Bloomington, MN: Institute for Clinical Systems Improvement (ICSI); September, 2008.
20. Lewiecki EM. Current and emerging pharmacologic therapies for the management of postmenopausal osteoporosis. J Womens Health (Larchmt). 2009;18(10):1615-1626.
21. Dimai HP, Pietschmann P, Resch H, et al; Austrian Society for Bone and Mineral Research (AuSBMR). Austrian guidance for the pharmacological treatment of osteoporosis in postmenopausal women -- update 2009. Wien Med Wochenschr Suppl. 2009;(122):1-34.
22. Silverman SL, Lane NE. Glucocorticoid-induced osteoporosis. Curr Osteoporos Rep. 2009;7(1):23-26.
23. Cheung M. Drugs used in paediatric bone and calcium disorders. Endocr Dev. 2009;16:218-232.
24. Assadi F. Hypercalcemia: An evidence-based approach to clinical cases. Iran J Kidney Dis. 2009;3(2):71-79.
25. Baron R. Neuropathic pain: A clinical perspective. Handb Exp Pharmacol. 2009;(194):3-30.
26. Vranken JH. Mechanisms and treatment of neuropathic pain. Cent Nerv Syst Agents Med Chem. 2009;9(1):71-78.
27. Wagner E. Non-surgical treatment of osteoarthritis of large joints - new aspects. Wien Med Wochenschr. 2009;159(3-4):76-86.
28. Sahin F, Yilmaz F, Kotevoglu N, Kuran B. The efficacy of physical therapy and physical therapy plus calcitonin in the treatment of lumbar spinal stenosis. Yonsei Med J. 2009;50(5):683-688.
29. Coronado-Zarco R, Cruz-Medina E, Arellano-Hernández A, et al. Effectiveness of calcitonin in intermittent claudication treatment of patients with lumbar spinal stenosis: A systematic review. Spine. 2009;34(22):E818-E822.
30. Qin H, Cai J, Xu H, Gong Y. Inhibition of Behcet's disease by calcitonin. Med Hypotheses. 2009;73(1):24-26.
31. Compston J. Management of glucocorticoid-induced osteoporosis. Nat Rev Rheumatol. 2010;6(2):82-88.
32. Tran de QH, Duong S, Bertini P, Finlayson RJ. Treatment of complex regional pain syndrome: A review of the evidence. Can J Anaesth. 2010;57(2):149-166.
33. American Academy of Orthopaedic Surgeons (AAOS). The treatment of symptomatic osteoporotic spinal compression fractures. Rosemont, IL: AAOS; September 24, 2010. Available at: http://www.guideline.gov/content.aspx?id=24798&search=osteoporotic+spinal+compression+fractures. Accessed October 11, 2011.

34. Pappa HM, Saslowsky TM, Filip-Dhima R, et al. Efficacy and harms of nasal calcitonin in improving bone density in young patients with inflammatory bowel disease: A randomized, placebo-controlled, double-blind trial. Am J Gastroenterol. 2011;106(8):1527-1543.

35. U.S. Food and Drug Administration, Center for Drug Evaluation and Research. Background Document for Meeting of Advisory Committee for Reproductive Health Drugs and Drug Safety and Risk Management Advisory Committee. Silver Spring, MD: FDA; March 5, 2013.

36. Joffe HV. Calcitonin salmon for the treatment of postmenopausal osteoporosis. Joint Meeting of the Advisory Committee for Reproductive Health Drugs and the Drug Safety and Risk Management Advisory Committee. Silver Spring, MD: U.S. Food and Drug Administration, Center for Drug Evaluation and Research; March 5, 2013. Available at: http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/ReproductiveHealthDrugsAdvisoryCommittee/UCM343748.pdf. Accessed April 16, 2013.

37. Clarke T. FDA panel advises calcitonin salmon not be used for osteoporosis. Reuters News, March 5, 2013.

38. Health Canada. Calcitonin-containing drugs: Health Canada assessing potential cancer risk with long-term use. Information Update. Identification number:RA-15044. Ottawa, ON: Government of Canada; July 31, 2012.

39. European Medicines Agency. European Medicines Agency recommends limiting long-term use of calcitonin medicines. Intranasal formulation for osteoporosis treatment to be withdrawn; new restriction to indication for injectable use in Paget's disease. Press Release. London, UK: EMA; July 20, 2012.

✉ **Email this Page**          🖶 **Print this Page**

Copyright Aetna Inc. All rights reserved. Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

CPT only copyright 2008 American Medical Association. All Rights Reserved.

Copyright 2001-2013 Aetna Inc. Web Privacy Statement | Legal Statement | Privacy Notices | Member Disclosure

 Close Window



# Clinical Policy Bulletin:
# Botulinum Toxin

**Number: 0113**

| Policy History |
| --- |
| › Last Review: 09/16/2013 |
| Effective: 07/29/1996 |
| Next Review: 01/23/2014 |
| › Review History |
| › Definitions |

**Policy**

| Additional Information |
| --- |
| › Clinical Policy Bulletin Notes |

I. OnabotulinumtoxinA (Botox Brand of Botulinum Toxin Type A): ==Aetna considers onabotulinumtoxinA (Botox) medically necessary for any of the following conditions:==

    A. Strabismus (including gaze palsies accompanying diseases, such as neuromyelitis optica and Schilder's disease), for deviations less than 50 prism diopters.

    Note: Strabismus repair is considered cosmetic in adults with uncorrected congenital strabismus and no binocular fusion.

    B. Blepharospasm, characterized by intermittent or sustained closure of the eyelids caused by involuntary contractions of the orbicularis oculi muscle.

    C. Post-facial (7th cranial) nerve palsy synkinesis (hemifacial spasms), characterized by sudden, unilateral, synchronous contractions of muscles innervated by the facial nerve.

    D. Laryngeal spasm.

    E. Cervical dystonia (spasmodic torticollis) of moderate or greater severity when all of the following criteria are met:

        1. There are clonic and/or tonic involuntary contractions of multiple neck muscles (e.g., sternocleidomastoid, splenius, trapezius and/or posterior cervical muscles); *and*

        2. There is sustained head torsion and/or tilt with limited range of motion in the neck; *and*

        3. The duration of the condition is greater than 6 months; *and*

        4. Alternative causes of the member's symptoms have been considered and ruled out, including chronic neuroleptic treatment, contractures, or other neuromuscular disorders.

    F. Focal hand dystonias (i.e., organic writers cramp), when both of the following criteria are met:

        1. Documentation that abnormal muscle tone is causing persistent pain and/or interfering with functional ability, and

        2. Documented failure on conservative medical therapy

    G. Focal dystonias, including:

        ■ Adductor laryngeal dystonia;
        ■ Focal dystonias in corticobasilar degeneration;
        ■ Jaw-closing oromandibular dystonia, characterized by dystonic movements involving the jaw, tongue, and lower facial muscles;
        ■ Lingual dystonia;

        ■ Symptomatic torsion dystonia (but not lumbar torsion dystonia).

H. Limb spasticity, including:

- Equinus varus deformity in children with cerebral palsy
- Hereditary spastic paraplegia;
- Limb spasticity due to multiple sclerosis;
- Limb spasticity due to other demyelinating diseases of the central nervous system (including adductor spasticity and pain control in children undergoing adductor-lengthening surgery as well as children with upper extremity spasticity);
- Spastic hemiplegia, such as due to stroke or brain injury.

When the following criteria are met:

1. Documentation that abnormal muscle tone is either interfering with functional ability, or is expected to result in joint contracture with future growth, *and*
2. Documented failure to standard medical treatments, *and*
3. Surgical intervention is considered to be the last option, *and*

4. Treatment is being requested to enhance function or allow additional therapeutic modalities to be employed

I. Esophageal achalasia, for individuals who have any of the following:

- Are at high risk of complications of pneumatic dilation or surgical myotomy; *or*
- Have failed conventional therapy; *or*
- Have failed a prior myotomy or dilation; *or*
- Have had a previous dilation-induced perforation; *or*

- Have an epiphrenic diverticulum or hiatal hernia, both of which increase the risk of dilation-induced perforation.

J. Chronic anal fissure unresponsive to conservative therapeutic measures (e.g., nitroglycerin ointment, topical diltiazem cream).

K. Intractable, disabling focal primary hyperhydrosis, when all of the following are met:

1. Member is unresponsive or unable to tolerate pharmacotherapy prescribed for excessive sweating (e.g., anticholinergics, beta-blockers, or benzodiazepines) if sweating is episodic; *and*
2. Significant disruption of professional and/or social life has occurred because of excessive sweating; *and*

3. Topical aluminum chloride or other extra-strength antiperspirants are ineffective or result in a severe rash.

L. Ptyalism/sialorrhea (excessive secretion of saliva, drooling) that meets both of the following criteria:

1. Refractory to pharmacotherapy (including anticholinergics); *and*

2. Documentation of medically significant complications of sialorrhea, such as chronic skin maceration or infections that cannot be controlled with topical treatments or hygiene.

M. Facial myokymia and trismus associated with post-radiation myokymia.
N. Hirschsprung's disease with internal sphincter achalasia following endorectal pull-through.
O. Medically refractory upper extremity tremor that interferes with activities of daily living (ADLs).  (Additional botulinum toxin injections are considered medically necessary if response to a trial of botulinum toxin enables ADLs or communication.)
P. Detrusor-sphincter dyssynergia after spinal cord injury.

Q. Neurogenic detrusor (bladder) overactivity resulting from a neurologic condition (e.g., multiple sclerosis or spinal cord injury), when the following criteria are met:

1. Documentation of detrusor overactivity confirmed by urodynamic testing, *and*

2. Documented failure of behavioral therapy, *and*

3. Documented failure/intolerance to at least one adequately titrated anticholinergic medication (e.g. oxybutynin chloride, trospium chloride)

R. Overactive bladder (OAB) with symptoms of urge urinary incontinence, urgency, and frequency, in adults who meet the following criteria:

1. Documented failure of behavioral therapy, and

2. Documented failure/intolerance to at least three adequately titrated overactive bladder medications (e.g. oxybutynin chloride, trospium chloride, Myrbetriq®, Vesicare®)

S. Frey's syndrome.

T. Orofacial tardive dyskinesia when conventional therapies had been tried and failed (e.g., benzodiazepines, clozapine, and tetrabenazine).

U. ==Migraines -- for prevention of chronic (more than 14 days per month with headaches lasting 4 hours a day or longer) migraine headaches (see appendix for diagnostic criteria) in adults who have tried and failed trials of at least 3 classes of migraine headache prophylaxis medications of at least 2 months (60 days) duration for each medication:==

1. Angiotensin-converting enzyme inhibitors/angiotensin II receptor blockers (e.g., losartan, valsartan, lisinopril);

2. Anti-depressants (e.g., amitriptyline, clomipramine, doxepin, mirtazapine, nortryptiline, protriptyline);

3. ==Anti-epileptic drugs (e.g., gabapentin,== topiramate, valproic acid);

4. Beta blockers (e.g., atenolol, metoprolol, nadolol, propranolol, timolol);

5. Calcium channel blockers (e.g., diltiazem, nifedipine, nimodipine, verapamil).

Botulinum toxin is considered experimental and investigational for migraines that do not meet the above-listed criteria.

II. <u>RimabotulinumtoxinB (Myobloc Brand of Botulinum Toxin Type B)</u>: Aetna considers rimabotuninumtoxinB (Myobloc) medically necessary for the treatment of any of the following conditions:

A. Individuals with cervical dystonia (spasmodic torticollis) of moderate or greater severity when the following criteria are met:

1. Alternative causes of the member's symptoms have been considered and ruled out, including chronic neuroleptic treatment, contractures; or other neuromuscular disorders ; *and*

2. There is sustained head torsion and/or tilt with limited range of motion in the neck; *and*

3. The duration of the condition is greater than 6 months; *and*

4. There are clonic and/or tonic involuntary contractions of multiple neck muscles (e.g., sternocleidomastoid, splenius, trapezius and/or posterior cervical muscles.

B. Ptyalism/sialorrhea (excessive secretion of saliva, drooling) that meets the following criteria:

1. Refractory to pharmacotherapy (including anticholinergics); *and*

2. Documentation of medically significant complications of sialorrhea, such as chronic skin maceration or infections that cannot be controlled with topical treatments or hygiene.

C. Intractable, disabling focal primary hyperhydrosis, when all of the following are met:

     1. Member is unresponsive or unable to tolerate pharmacotherapy prescribed for excessive sweating (e.g., anticholinergics, beta-blockers, or benzodiazepines) if sweating is episodic; *and*

     2. Significant disruption of professional and/or social life has occurred because of excessive sweating; *and*

     3. Topical aluminum chloride or other extra-strength antiperspirants are ineffective or result in a severe rash.

III. <u>AbobotulinumtoxinA (Dysport Brand of Botulinum Toxin Type A)</u>: Aetna considers abobotulinumtoxin A (Dysport) medically necessary for the treatment of any of the following indications:

  A. Blepharospasm, characterized by intermittent or sustained closure of the eyelids caused by involuntary contractions of the orbicularis oculi muscle.

  B. Cervical dystonia, (spasmodic torticollis) of moderate or greater severity when all of the following criteria are met:

    1. Alternative causes of the member's symptoms have been considered and ruled out, including chronic neuroleptic treatment, contractures, or other neuromuscular disorders; *and*

    2. There is sustained head torsion and/or tilt with limited range of motion in the neck; *and*

    3. The duration of the condition is greater than 6 months; *and*

    4. There are clonic and/or tonic involuntary contractions of multiple neck muscles (e.g., sternocleidomastoid, splenius, trapezius and/or posterior cervical muscles).

  C. Limb spasticity, including:

    1. Equinus varus deformity in children with cerebral palsy
    2. Hereditary spastic paraplegia;
    3. Limb spasticity due to multiple sclerosis;
    4. Limb spasticity due to other demyelinating diseases of the central nervous system (including adductor spasticity and pain control in children undergoing adductor-lengthening surgery as well as children with upper extremity spasticity);
    5. Spastic hemiplegia, such as due to stroke or brain injury.

  When the following criteria are met:

    1. Documentation that abnormal muscle tone is either interfering with functional ability, or is expected to result in joint contracture with future growth, *and*
    2. Documented failure to standard medical treatments, *and*
    3. Surgical intervention is considered to be the last option, *and*

    4. Treatment is being requested to enhance function *or* allow additional therapeutic modalities to be employed.

  D. <u>IncobotulinumtoxinA (Xeomin Brand of Botulinum Toxin Type A)</u>: Aetna considers incobotulinumtoxinA (Xeomin) medically necessary for the treatment of any of the following indications:

    1. Blepharospasm, characterized by intermittent or sustained closure of the eyelids caused by involuntary contractions of the orbicularis oculi muscle.

    2. Cervical dystonia, (spasmodic torticollis) of moderate or greater severity when all of the following criteria are met:

      a. Alternative causes of the member's symptoms have been considered and ruled out, including chronic neuroleptic treatment, contractures, or other neuromuscular disorders; *and*
      b. There is sustained head torsion and/or tilt with limited range of motion in the neck; *and*

    c.  The duration of the condition is greater than 6 months; *and*

    d.  There are clonic and/or tonic involuntary contractions of multiple neck muscles (e.g., sternocleidomastoid, splenius, trapezius and/or posterior cervical muscles).

  3.  Post-stroke spasticity of the upper limb.

E.  <u>Experimental and Investigational Indications</u>: Aetna considers botulinum toxin (types A or type B) experimental and investigational for all other indications, including any of the following conditions:

- Anal sphincter dysfunction; *or*
- Bell's palsy; *or*
- Benign prostatic hypertrophy; *or*
- Biliary dyskinesia; *or*
- Brachial plexus injury (also known as brachial palsy in newborns and Erb's palsy); *or*
- Bruxism; *or*
- Cervicalgia; or
- Chronic constipation; *or*
- Chronic low back pain; *or*
- Chronic neck pain; *or*
- Chronic pelvic pain; *or*
- Chronic quadratus lumborum strain; *or*
- Clenched fist syndrome; *or*
- Clubfoot; *or*
- Complex regional pain syndrome; *or*
- Congenital hypertonia; *or*
- Cranial/facial pain of unknown etiology; *or*
- Cricopharyngeal/oropharyngeal dysphagia; *or*
- Depression; *or*
- Detrusor-sphincter dyssynergia associated with multiple sclerosis; *or*
- Diabetic neuropathic pain; *or*
- Dyspareunia; *or*
- Dysphagia; *or*
- Esophageal stricture; *or*
- Fibromyositis; *or*
- Focal lower limb dystonia; *or*
- Gastroparesis; *or*
- Graves ophthalmopathy; *or*
- Gustatory sweating; *or*
- Head and voice tremor; *or*
- Headache (non-migraine), including cervicogenic, cluster, or tension-type or chronic daily headache; *or*
- Hyper-lacrimation; *or*
- Injection of the pylorus during esophago-gastrectomy; *or*
- Interstitial cystitis; *or*
- Irritable colon; *or*
- Intra-operative relaxation of the anal sphincter during hemorrhoidectomy; *or*
- Keratoconjunctivitis; *or*
- Knee flexion contracture; *or*
- Lateral epicondylitis (tennis elbow); *or*
- Lumbar torsion dystonia; *or*
- Motor tics; *or*
- Myofascial pain; *or*
- Obturator internus syndrome; *or*
- Orofacial tardive dyskinesia; *or*
- Pain from muscle trigger points; *or*
- Painful cramps; *or*
- Palatal myoclonus; *or*

- Parotitis; *or*
- Pelvic floor tension myalgia (also known as coccygodynia, diaphragma pelvis spastica, levator ani syndrome, levator spasm syndrome, spastic and pelvic floor syndrome), *or*
- Phantom limb pain; or
- Phonic tics; *or*
- Piriformis syndrome; *or*
- Post-hemorrhoidectomy pain; *or*
- Post-herpetic neuralgia; *or*
- Pudendal neuralgia; *or*
- Pylorospasm; *or*
- Raynaud's phenomenon/Raynaud's scleroderma; *or*
- Reduction of mucin secretion; *or*
- Restless legs syndrome; *or*
- Schwalbe-Ziehen-Oppenheim disease; *or*
- Shoulder pain; *or*
- Sciatica; *or*
- Scoliosis; *or*
- Soto's syndrome; *or*
- Spasm of the pectoralis muscle after breast reconstruction; *or*
- Sphincter of Oddi dysfunction (chronic biliary pain); *or*
- Stiff person syndrome; *or*
- Stuttering; *or*
- Temporomandibular joint disorders; *or*
- Tendon contracture; *or*
- Thoracic outlet syndrome; *or*
- Tinnitus; *or*
- Tourette's syndrome; *or*
- Ulcers.

F. <u>Cosmetic Indications</u>: Aetna considers botulinum toxin cosmetic for the following indications:

- Aging neck; *or*
- Blepharoplasty (eyelid lift); *or*
- Glabellar lines; *or*
- Wrinkles, frown lines.

G. <u>Neutralizing Antibodies to Botulinum Toxin</u>: Aetna considers testing for neutralizing antibodies to botulinum toxin experimental and investigational.

See also CPB 0031 - Cosmetic Surgery, CPB 0079 - Benign Prostatic Hypertrophy (BPH) Treatments, CPB 0084 - Ptosis Surgery, CPB 0707 - Headaches: Invasive Procedures, and CPB 0725 - Post-Herpetic Neuralgia.

**Background**

Local injections of onabotulinumtoxinA (Botox) have been approved by the U.S. Food and Drug Administration (FDA) for the treatment of strabismus, essential blepharospasm, and hemifacial spasm. In patients with congenital strabismus who have compromised or absent binocular vision, treatment is cosmetic as ocular realignment is not capable of restoring binocular vision.

Clinical studies indicate that Botox can also provide symptomatic relief in a variety of other conditions characterized by involuntary spasm of certain muscle groups, notably in cervical dystonia (spasmodic torticollis) and spasmodic dysphonia. Ninety percent of spasmodic torticollis patients show some improvement of pain relief, head position, and disability, and botulinum toxin is now the treatment of choice for this condition. Botox has been shown to result in normal or near normal voice in patients with adductor type (strained or strangled voice) laryngeal dystonia and to be of considerable benefit in patients with abductor type (breathy, whispery voice) laryngeal dystonia.



☒ Close Window



Aetna.com Home    |    Help    |    Contact Us

Search [        ] Go

# Pharmacy Clinical Policy Bulletins Aetna Non-Medicare Prescription Drug Plan

🖶 **Print this Page**

**Subject: Anticonvulsants**

| **Additional Information** |
| --- |
| ❯Clinical Policy Bulletin Notes |

| Status | Drug | PR | PR-QL | PR-AL | ST | M EX‡ |
| --- | --- | --- | --- | --- | --- | --- |
| P | clonazepam | | | | | |
| P | carbamazepine | | | | | |
| P | clorazepate | | | | | |
| P | diazepam | | | | | |
| P | diazepam rectal gel | | | | | |
| P | divalproex DR/ER/sprinkle | | | | | |
| P | ethosuximide | | | | | |
| P | felbamate | | | | | |
| P | gabapentin | | X | | | |
| P | lamotrigine | | | | | |
| P | lamotrigine starter kit | | | | | |
| P | lamotrigine sr | | | | | |
| P | levetiracetam | | | | | |
| P | levetiracetam ER | | | | | |
| P | oxcarbazepine | | | | | |
| P | phenytoin | | | | | |
| P | phenytoin sodium extended | | | | | |
| P | primidone | | | | | |
| P | tiagabine | | X | | | |

*P = Preferred
FE = Formulary Excluded
NP = Nonpreferred
PR = Precertification
QL = Quantity Limits
AL = Age Limits
ST = Step-Therapy
‡M EX = Medical Exception

*The lists above are subject to change. Not all programs - for example step-therapy, precertification, and quantity limits - are available in all service areas.

| | | | | |
|---|---|---|---|---|
| P | *topiramate* | | | |
| P | *valproic acid* | | | |
| P | *zonisamide* | | | |
| P | **Lyrica cap/solution®** *(pregabalin)* | X | | |
| NP | **Celontin®** *(methsuximide)* | | | |
| NP | **Dilantin®** *(phenytoin)* | | | |
| NP | **Gabitril®** *(tiagabine)* | X | | |
| NP | **Klonopin®** *(clonazepam)* | | | |
| NP | **Neurontin®** *(gabapentin)* | X | | |
| NP | **Phenytek®** *(phenytoin sodium extended)* | | | |
| NP | **Tegretol®** *(carbamazepine)* | | | |
| NP | **Tegretol XR®** *(carbamazepine)* | | | |
| NP | **Zarontin®** *(ethosuximide)* | | | |
| NP | **Zonegran®** *(zonisamide)* | | | |
| FE | **Banzel™** *(rufinamide)* | X | | X |
| FE | **Depakote®** *(divalproex DR tab)* | | X | X |
| FE | **Depakote ER®** *(divalproex ER tab)* | | X | X |
| FE | **Depakote® Sprinkles** *(divalproex sprinkle cap)* | | X | X |
| FE | **Diastat® ACDL rectal gel** *(diazepam)* | | | X |
| FE | **Keppra®** *(levetiracetam)* | | X | X |
| FE | **Keppra XR®** *(levetiracetam ER)* | | X | X |
| FE | **Lamictal®** *(lamotrigine)* | | | X |
| FE | **Lamictal® Starter Kit** *(lamotrigine)* | | | X |
| FE | **Lamictal® ODT** *(lamotrigine disintegrating tablet)* | | | X |
| FE | **Lamictal® ODT Kit** *(lamotrigine disintegrating tablet)* | | | X |
| FE | **Lamictal XR®** *(lamotrigine SR)* | | X | X |
| FE | **Lamictal® XR Kit** *(lamotrigine SR)* | | X | X |
| FE | **Onfi®** *(clobazam)* | X | | X |
| FE | **Oxtellar XR™** *(oxcarbazepine sr)* | | | X |

| | | | | | | |
|---|---|---|---|---|---|---|
| **FE** | **Potiga®** *(ezogabine)* | X | X | | | X |
| **FE** | **Sabril®** *(vigabatrin)* | X | | | | X |
| **FE** | **Sabril® powder** *(vigabatrin)* | | | | | X |
| **FE** | **Stavzor™** *(valproic acid delayed release cap)* | | | | | X |
| **FE** | **Topamax® tab/sprinkle** *(topiramate)* | | | | X | X |
| **FE** | **Trileptal®** *(oxcarbazepine)* | | | | | X |
| **FE** | **Vimpat®** *(lacosamide)* | X | X | | | X |

**Policy:**

    I. Precertification Criteria

Under some plans, including plans that use an open or closed formulary, **Banzel**, *gabapentin*, **Gabitril**, **Lyrica, Lyrica Solution, Neurontin, Onfi, Potiga, Sabril,** *tiagabine,* and **Vimpat** are subject to precertification. If precertification requirements apply Aetna considers these medications to be medically necessary for those members who meet the following precertification criteria:

For **Banzel** and **Onfi**
A documented diagnosis of seizures associated with Lennox-Gastaut syndrome or refractory (therapy resistant) epilepsy
**AND**
Concomitant use of an anticonvulsant drug (any drug listed in Class Edit Summary table above)

For **Gabitril** and *tiagabine*
A documented diagnosis of partial-onset seizures
**AND**
Concomitant use of an anticonvulsant drug (any drug listed in Class Edit Summary table above)

For **Potiga** and **Vimpat**
A documented diagnosis of partial-onset seizures
**AND**
Documented concurrent therapy with one of the following: carbamazepine, divalproex dr/er/sprinkle, gabapentin, lamotrigine, levetiracetam/ER, oxcarbazepine, phenytoin, topiramate, valproic acid, or zonisamide

For **Sabril tablets**
A documented diagnosis of refractory complex partial seizures
**AND**
Documented concurrent therapy with one of the following: carbamazepine, divalproex dr/er/sprinkle, gabapentin, lamotrigine, levetiracetam/ER, oxcarbazepine, phenytoin, topiramate, valproic acid, or zonisamide

Quantity limits: According to the manufacturer, *gabapentin*, Potiga, Lyrica, Lyrica Solution, Neurontin, and Vimpat can be dosed up to a maximum daily dose at the interval as indicated in the table below. A quantity of these medications will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits |
|---|---|---|---|
| Neurontin; gabapentin | 3600 mg / in divided doses daily | All strengths | Up to 180 tablets or capsules in 30 days |
| Lyrica | 600mg/ Two or three times daily | 25 mg; 50 mg; 75 mg; 100 mg; 150 mg; 200 mg; | Up to 90 capsules in 30 days |
| Lyrica | 600mg/ Once or twice daily | 225 mg; 300 mg | Up to 60 capsules in 30 days |
| Lyrica solution | 600mg/ Once or twice daily | 20mg/ ml | Up to 900 ml in 30 days |
| Potiga | 1200mg/three times daily | 50 mg | None |
| Potiga | 1200mg/three times daily | 200 mg; 300 mg; 400 mg | Up to 90 tablets in 30 days |
| Vimpat | 400mg/ Twice daily | 50 mg | Up to 180 tablets in 30 days |
| Vimpat | 400mg/ Twice daily | 100 mg; 150 mg; 200 mg | Up to 60 tablets in 30 days |
| Vimpat Solution | 400mg/twice daily | 10 mg/ml | Up to 1200 ml (12,000 mg) in 30 days |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of *gabapentin*, Lyrica (capsules only), Neurontin, Potiga, Sabril and Vimpat for those members who meet the following criterion:

- Member's dose is being titrated by physician (3 month limit) **OR**

- Member is taking a 900mg dose three times daily **gabapentin**, **Neurontin - 300mg tablets/capsules only OR**
- Member has been titrated up to 3600mg and requires additional/higher dosing up to 4800mg due to lack of response **gabapentin, Neurontin-only OR**

II. Step Therapy Criteria

Under some plans, including plans that use an open or closed formulary, **Depakote**, **Depakote ER, Depakote Sprinkles, Keppra , Keppra XR, Lamictal XR/ Kit** and **Topamax tab/sprinkle** are subject to step-therapy.  Aetna considers these drugs to be medically necessary for those members who meet the following step-therapy criterion:

For **Depakote, Depakote ER, Depakote Sprinkles, Keppra, Keppra XR,** and **Topamax tab/sprinkle**

- A documented trial of one month of the drug's preferred generic equivalent

For **Lamictal XR/ Kit**

- A documented trial of one month of the preferred generic *lamotrigine* or *lamotrigine sr*

If it is medically necessary for a member to be treated initially with a medication subject to step-therapy, the member's treating physician, member, or a person appointed to manage the member's care may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III. Medical Exception Criteria

**Depakote, Depakote ER, Depakote Sprinkles, Keppra, Keppra XR, Lamictal XR/ Kit** and **Topamax tab/sprinkle** are currently listed on the Aetna Formulary Exclusion and Step Therapy lists. Therefore, they are excluded from coverage for members enrolled in prescription drug benefit plans that used a closed formulary or that require step-therapy criteria, unless a medical exception is granted. Aetna considers these drugs to be medically necessary for those members who meet the criteria below:

**Banzel, Diastat ACDL rectal gel, Lamictal/ Kit, Lamictal ODT/ Kit, Onfi, Oxtellar XR, Potiga, Sabril, Stavzor, Trileptal,** and **Vimpat** are currently listed on the Aetna Formulary Exclusions List.* Therefore, they are excluded from coverage for members enrolled in prescription drug benefits plans that use a closed formulary, unless a medical exception is granted. Aetna considers these drugs to be medically necessary for those members who meet the following criteria:

For **Banzel, Onfi**

A documented diagnosis of seizures associated with Lennox-Gastaut syndrome or refactory (therapy resistant) epilepsy

**AND**

Concomitant use of an anticonvulsant drug (any drug listed in Class Edit Summary table above)

For **Depakote, Depakote ER, Depakote Sprinkles, Diastat ACDL rectal gel, Topamax tab/sprinkle,** and **Trileptal**

A documented contraindication or intolerance or allergy or failure of an adequate trial of one month of the drug's preferred generic equivalent

**OR**

Member is documented to be currently on or requiring therapy with specific dosage form and strength **- For Trileptal suspension** *only*

**OR**

New Aetna member with documented diagnosis of seizures AND stable on the brand **- For Depakote, Depakote ER, Depakote Sprinkles** *only*

For **Keppra**

A documented contraindication or intolerance or allergy or failure of an adequate trial of one month of the preferred generic equivalent, *levetiracetam*

For **Keppra XR**

A documented contraindication or intolerance or allergy or failure of an adequate trial of one month of the preferred generic equivalent, *levetiracetam er*

For **Lamictal/ Kit** and **Lamictal ODT/ Kit**

A documented contraindication or intolerance or allergy or failure of an adequate trial of one month of the preferred generic alternative, *lamotrigine*

For **Lamictal XR/ Kit**

A documented contraindication or intolerance or allergy or failure of an adequate trial of one month of the preferred generic alternative, *lamotrigine* or *lamotrigine sr*

For **Oxtellar XR**

A documented contraindication or intolerance or allergy or failure of an adequate trial of one month of the preferred generic alternative, *oxcarbazepine*

For **Sabril tablets**

A documented diagnosis of refractory complex partial seizures

**AND**

A documented concurrent therapy with one of the following: *carbamazepine, divalproex dr/er/sprinkle, gabapentin, lamotrigine, levetiracetam/ER, oxcarbazepine, phenytoin, topiramate, valproic acid,* or *zonisamide*

For **Sabril powder**

A documented diagnosis of refractory complex partial seizure and member has trouble swallowing requiring liquid form **AND** a documented concurrent therapy with one of the following: *carbamazepine, divalproex dr/er/sprinkle, gabapentin, lamotrigine, levetiracetam/ER, oxcarbazepine, phenytoin, topiramate, valproic acid, or zonisamide*

**OR**

Member has a documented diagnosis of infantile spasms (West syndrome)

For **Stavzor**

A documented contraindication or intolerance or allergy or failure of an adequate trial of one month of a preferred alternative

For **Potiga** and **Vimpat**

A documented diagnosis of partial-onset seizures **AND** a documented concurrent therapy with one of the following: *carbamazepine, divalproex dr/er/sprinkle, gabapentin, lamotrigine, levetiracetam, oxcarbazepine, phenytoin, topiramate, valproic acid,* or *zonisamide*

**Place of Service:**

Outpatient

**The above policy is based on the following references:**

1. AHFS Drug Information® with AHFSfirstReleases®. ( www.statref.com), American  Society Of Health-System Pharmacists®, Bethesda, MD. Updated periodically.
2. DRUGDEX® System [Internet database]. Greenwood Village, Colo: Thomson  Micromedex. Updated periodically.
3. Drug Facts and Comparisons on-line. (www.drugfacts.com), Wolters Kluwer Health,  St. Louis, MO. Updated periodically.
4. PDR® Electronic Library™ [Internet database]. Greenwood Village, Colo: Thomson Micromedex. Updated periodically.
5. Clinical Pharmacology [Internet database]. Gold Standard Inc. Tampa, FL. Updated periodically.
6. French JA, Kanner AM, Bautista L et al. Efficacy and tolerability of the new

antiepileptic drugs I: Treatment of new onset epilepsy: Report of the Therapeutic and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. Neurology. 2004;62:1252-1260.

7. French JA, Kanner AM, Bautista L et al. Efficacy and tolerability of the new antiepileptic drugs II: Treatment of new onset epilepsy: Report of the Therapeutic and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. Neurology. 2004;62:1261-1273.

8. Arzimanoglou A, French J, Blume W et al. Lennox-Gastaut Syndrome: a consensus approach on diagnosis, assessment, management and trial methodology. Lancet Neurology.2009;8:82-93.

9. Harden CI, Meador KJ, Pennell PB, et al. Practice Parameter update: Management issues for women with epilepsy—Focus on pregnancy (an evidence-based review): Teratogenesis and perinatal outcomes. Report of the Quality Standards Subcommittee and Therapeutics and Technology Assessment Subcommittee of the American Academy of Neurology and American Epilepsy Society. Neurology. 2009;73:133-41.

10. Steering Committee on Quality Improvement and Management, Subcommittee on Febrile Seizures. Febrile Seizures: Clinical proactive guideline for the long-term management of the child with simple febrile seizures. Pediatrics 2008;121:1281-6.

11. Hemming K, Maguire MJ, Hutton JL, Marson AG. Vigabatrin for refractory partial epilepsy. Cochrane Database Syst Rev. 2008 July 16; (3):CD007302.

Copyright Aetna Inc. All rights reserved. Pharmacy Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

March 08, 2013

Email this Page          Print this Page

Company Information  |  Site Map
Web Privacy Statement  |  Legal Statement  |  Privacy Notices  |  Member Disclosure

Aetna.com Home  |  Help  |  Contact Us  |  Search
Copyright © 2001-2013 Aetna Inc.