# EXHIBIT D

INT'L. J. PSYCHIATRY IN MEDICINE, Vol. 43(3) 261-271, 2012

# ADJUNCTIVE TREATMENT WITH GABAPENTIN IN BIPOLAR PATIENTS DURING ACUTE MANIA

ALI NAZERI ASTANEH, MD

OMID REZAEI, MD

*University of Social Welfare and Rehabilitation Sciences, Tehran, Iran*

## ABSTRACT

*Objective*: In this clinical trial, we studied the effects of adjunctive treatment with gabapentin in controlling the symptoms of acute mania in patients admitted with bipolar disorder. *Method*: Sixty patients with bipolar disorder (30 men and 30 women) admitted in the acute phase of mania were categorized as case and control groups, each holding 30 patients. Both groups were treated with lithium for 6 weeks and the case group received an adjunctive treatment with 900 mg gabapentin simultaneously. All patients were evaluated at the beginning and the end of the trial using Young's Mania Rating Scale (YMRS), and two groups were compared for improvement in acute symptoms. *Findings*: The final score of YMRS was significantly improved in the case group compared to the control group ($p = 0.00$). The improvement of YMRS score was not significantly different between men and women and between different age groups. *Conclusion*: Adjunctive treatment with gabapentin is effective for controlling symptoms of acute mania.

(*Int'l. J. Psychiatry in Medicine* 2012;43:261-271)

**Key Words**: adjunctive treatment with gabapentin, acute mania, bipolar disorder

© 2012, Baywood Publishing Co., Inc.
doi: http://dx.doi.org/10.2190/PM.43.3.e
http://baywood.com

## INTRODUCTION

The lifetime prevalence of bipolar disorder is about 1%, similar to that of schizophrenia. It is equally prevalent in men and women. The course of mood disorders is often prolonged with frequent recurrences. The prognosis of bipolar disorder is worse than major depression. About 40%-50% of patients may experience their second episode of mania within 2 years of their first episode. Preventive therapy with lithium improves the course and prognosis; however, symptoms will be relieved in only 50%-60% of patients.

The symptoms do not recur in about 7% of patients, 45% of patients experience more than one episode, and in 40% of cases, the disorder becomes chronic. Long-term follow-up has revealed that 15% of all patients are in an acceptable condition, 45% experience repeated recurrences, 30% have partial remission and 10% are chronically afflicted. One third of patients suffer from chronic symptoms with obvious social degradation [1].

Considering the prevalence and the ominous course of bipolar disorder, its treatment and prevention of recurrence are of great value. Lithium, sodium valproate, and olanzapine constitute the standard medications for the manic phase of the disorder. Gabapentin and lamotrigine are promising medications for refractory cases or patients who do not tolerate other therapies. Patients who do not respond adequately to standard therapy may benefit from a combination of these medications. Response to lithium is diminished in cases such as severe disorder, schizoaffective disorder, and mixed mania and depression symptoms. In addition, gabapentin is the only medication with antidepressant, antimanic, and mood stabilizing properties; it does not interact with other medications, its dosage may be adjusted rapidly and aggressively, and response to it has been reported at 300-360 mg [2]. Considering the probable effect of gabapentin in treating bipolar disorder in combination with standard first-line medications such as lithium, it is essential to conduct clinical trials with gabapentin used as adjunctive therapy to yield faster control of symptoms or relieving symptoms that do not respond to single medication therapy.

As our knowledge of limitations of lithium therapy expands, anticonvulsant drugs gain increasing popularity in treatment of bipolar disorders. A review was published on 40 studies from 2000 onwards in which gabapentin was used singularly or in combination for treatment of bipolar disorders. This review suggested that gabapentin may be beneficial, especially when the patient is suffering from concurrent anxiety disorder or substance abuse, while it does not seem to affect cases of refractory bipolar disorder [3].

A study on 22 bipolar patients indicated that gabapentin is useful as adjunctive therapy in patients who responded poorly to other mood stabilizing agents [4]. Another study on 77 bipolar patients added gabapentin to the main therapy over a period of 6 months to observe a significant decline in symptoms of mania and depression [5]. Another study used gabapentin as single or combined therapy

in patients with non-refractory bipolar disorder only to conclude that it has little effect on depression symptoms in either case [6].

A study conducted on patients whose symptoms of acute mania were controlled using adjunctive therapy with gabapentin indicated that gabapentin may be effective as an adjunctive agent in maintenance therapy for some patients with bipolar disorder [7].

A study by Wang et al. in Stanford University addressed the effect of gabapentin in treatment of refractory cycling and mania in bipolar disorder. They administered 900-2700 mg daily gabapentin as adjunctive therapy in 13 outpatient depression cases over a period of 12 weeks. Hamilton's depression scale was used for evaluation. In that study, no patient developed mania or any unusual physical complications and dosage of the main mood stabilizer did not require any change. Age, sex, marital status, and type of bipolar disorder did not affect the response to therapy. The authors concluded that gabapentin is effective for treating bipolar depression [8].

Another study used gabapentin as adjunctive medication for acute phase of mania, and as main mood stabilizer for prevention of bipolar disorder. In that study, 50 patients diagnosed with bipolar disorder according to DSM-IV criteria were treated with gabapentin for a period of 24 weeks. Severity of symptoms were evaluated using clinical global impression (CGI) and brief psychiatric rating scale (BPRS), and the preventive impact was classified as complete, partial, or without response. The mean dose of gabapentin was 900 mg and the only complication was somnolence, which diminished in time.

The findings of the previous studies suggest that gabapentin is effective for both acute and maintenance phases of therapy. They suggested that gabapentin may be used as a rapid acting drug for the mania phase as well as a mood stabilizer [9].

## METHODS

### Participants and Procedures

Our clinical trial was conducted in teaching wards of Canon and Sina at Razi Psychiatric Hospital, Tehran, from July 2009 through October 2010. Sixty patients with a diagnosis of bipolar disorder who were admitted in the acute mania phase were distributed equally in two groups (case and control) and treated with lithium for a period of 6 weeks. Once informed consent was obtained from families of patients in the case group, adjunctive therapy with 900 mg gabapentin was also administered to the case group. Each patient was evaluated at the beginning and the end of therapy by a trained psychiatric resident in charge of the patient, using Young Mania Rating Scale (YMRS). At the end of the therapy period, improvement of symptoms was compared between the two groups. Razi Psychiatric Hospital, where the present study was conducted, has separate wards for men (five wards) and women (three wards) with acute disorders. For the present study, we selected one ward for men (Sina 1) and one ward for women

(Canon 2) and 10 patients were selected from each ward. After admission and discharge of patients, 10 more patients were selected from each ward. Once the intervention was performed again, 10 more patients were selected from each ward, yielding a total of 30 patients from each ward. In this case, taking into account a number of patients which may quit the study for any reason, the final number of patients in the study would be about 50 patients, which is the sample size calculated for our study.

Data collection was conducted in such a way as to include 10 patients from each ward at a time (5 in the case group and 5 in the control group); in this way, undesired variables such as changing seasons or weather and admission conditions were controlled as much as possible.

Furthermore, sufficient supervision was applied during intervention for both case and control groups to prevent unrelated physical conditions such as common cold.

We randomly selected one ward (Canon 2) out of three acute wards assigned to women in Razi Hospital. Similarly, one ward (Sina 1) was selected out of five acute wards assigned to men. In each ward, 10 patients were randomly selected under supervision of the attending psychiatrist. Through simple randomization, five patients were assigned to the control group and five were assigned to the case (intervention) group. In time and with discharge of certain patients, newly admitted patients were randomly assigned to either group. In order to prevent any bias during the process of patient categorization, we started by assuming 30 patients, each assigned a number from 1 through 30, and using these numbers to determine their respective group. As new patients were admitted, this numbering would be used to distribute them between the case and control groups.

Despite the difference between men's and women's wards in terms of the number of patients admitted, since the psychiatrist was responsible for only 10 patients in each ward, the total number of 60 patients (without loss) was achieved in time and the difference was thus circumvented.

Our inclusion criteria were mania phase of bipolar disorder according to DSM-IT-TR. The exclusion criteria were concurrent substance dependency. Also, if a complication occurred which contraindicated the medical therapy, the patient would be excluded from the study.

## Measures

Young Mania Rating Scale (YMRS) is a tool with 98.4% sensitivity and 98.4% specificity and its concurrent validity with the international diagnostic questionnaire is 87% [10]. (See Appendix 1.)

The scale uses 11 items which are scored according to patient's report of his/her conditions during the last 48 hours. Complementary data are obtained through

observations made during the interview. Items are formed based on the main symptoms of mania. Four items are scored 0 to 8 in even numbers, and the rest are scored 0 to 4.

The first four items are irritability, speech, thought content, and aggressive behavior. The remaining seven items are elevated mood, increased motor activity, sexual interest, sleep, language-thought disorder, appearance, and insight.

The scale takes about 15-30 minutes for completion.

**Analysis**

With assumption of normal nature for the population under study in terms of index calculation, and considering the fact that the two groups are independent and the data are quantitative, the differences between the case and control groups may be compared using parametric *t*-test—in case of using a nonparametric test, the Mann-Whitney test may be applied.

## RESULTS

Since each group holds 30 patients, independent parametric test or one-way analysis of variance may be used. As Tables 1 and 2 demonstrate, the significant level of difference (0.000 and 0.027) between the groups rejects the hypothesis of similarity of the groups in terms of initial and final scores.

In other words, adjunctive therapy with gabapentin and lithium is effective on acute mania symptoms in bipolar disorder. As the diagrams suggest, adjunctive therapy with gabapentin and lithium controls the acute mania symptoms in bipolar disorder (Figures 1 and 2).

Table 1. ANOVA

|  | Sum of squares | df | Mean square | F | Sig. |
|---|---|---|---|---|---|
| Score_S |  |  |  |  |  |
| Between groups | 666.667 | 1 | 666.667 | 20.480 | .000 |
| Within groups | 1888.067 | 58 | 32.553 |  |  |
| Total | 2554.733 | 59 |  |  |  |
| Score_F |  |  |  |  |  |
| Between groups | 60.000 | 1 | 60.000 | 5.141 | .027 |
| Within groups | 676.933 | 58 | 11.671 |  |  |
| Total | 736.933 | 59 |  |  |  |

Table 2. ANOVA D_Scores

|  | Sum of squares | df | Mean square | F | Sig. |
|---|---|---|---|---|---|
| Between groups | 1126.667 | 1 | 1126.667 | 29.498 | .000 |
| Within groups | 2215.267 | 58 | 38.194 |  |  |
| Total | 3341.933 | 59 |  |  |  |

**Ranks**

| Age_4 | N | Mean rank |
|---|---|---|
| Score_S |  |  |
| 1 | 18 | 26.75 |
| 2 | 16 | 35.31 |
| 3 | 14 | 26.25 |
| 4 | 12 | 34.67 |
| Total | 60 |  |
| Score_F |  |  |
| 1 | 18 | 27.33 |
| 2 | 16 | 26.44 |
| 3 | 14 | 38.43 |
| 4 | 12 | 31.42 |
| Total | 60 |  |

Patients were distributed in four age groups of 30 years and younger, 31-40 years, 41-50 years, and 51 years and older. The groups were compared using non-parametric Kruskal-Wallis test. As Table 3 suggests, the hypothesis of similarity of these groups is not rejected, indicating that with adjunctive therapy of gabapentin and lithium, patient's age does not influence the control of acute mania symptoms.

As Table 4 indicates, the hypothesis of similarity of initial or final scores between men and women is not rejected; that is, patient's sex does not influence the control of acute mania symptoms in bipolar disorder with adjunctive gabapentin and lithium therapy.

## DISCUSSION

In the present study, we investigated the effects of adjunctive therapy with gabapentin on control of acute mania symptoms. Our findings indicate that gabapentin may exert a significant effect on controlling acute mania symptoms.



Figure 1. Concomitant diagram of initial and final scores for the case and control groups.

This is similar to findings of previous studies [3-7], particularly with concomitant anxiety disorder or substance abuse [3]. In the present study, we did not find a significant role for patient's sex and age on gabapentin's effects, which is in line with previous studies [8].

Previous studies did not find a significant effect for gabapentin in treatment of chronic bipolar disorder [3]. Since we did not address this issue in our present study, it is recommended that the therapy should be evaluated over longer periods (6 months to a year) in future studies.

In some studies, the effects of gabapentin were investigated after failure of other mood stabilizers [3], while in the present study we did not investigate the simultaneous effects.

On the other hand, some studies have suggested a role for gabapentin in maintenance therapy [7]. We recommend that the therapy protocol utilized in the present study should be continued for at least 6 months in future studies. In conclusion, the present study corroborates the role of adjunctive gabapentin in treatment of acute mania regardless of patient's age and sex, while it did not address the issue of gabapentin's effects in depression symptoms. We recommend future studies to deal with large sample sizes and over longer durations of follow-up to investigate the effects of gabapentin on both mania and depression



Figure 2. Diagram of mean difference between initial and final scores for the case and control groups.

Table 3. Test Statistics[a,b]

|   | Score_S | Score_F |
|---|---|---|
| Chi-square | 3.571 | 4.436 |
| df | 3 | 3 |
| Asymp. Sig. | .312 | .218 |

[a]Kruskal-Wallis Test
[b]Grouping variable: Age_4

symptoms in bipolar patients, as well as the accompanying conditions which may alter the efficacy of gabapentin. Other limitations of our present study is the possible discrepancy in function of psychiatric residents, as well as the fact that we did not separate pure mania from dysphoric mania, which should be considered in future studies.

Table 4. Test of Homogeneity of Variances

|  | Levene statistic | df1 | df2 | Sig. |
|---|---|---|---|---|
| Score_S | 3.704 | 1 | 58 | .059 |
| Score_F | .744 | 1 | 58 | .392 |

ANOVA

|  | Sum of squares | df | Mean square | F | Sig. |
|---|---|---|---|---|---|
| Score_S |  |  |  |  |  |
|   Between groups | .267 | 1 | .267 | .006 | .938 |
|   Within groups | 2554.467 | 58 | 44.043 |  |  |
|   Total | 2554.733 | 59 |  |  |  |
| Score_F |  |  |  |  |  |
|   Between groups | 1.067 | 1 | 1.067 | .084 | .773 |
|   Within groups | 735.867 | 58 | 12.687 |  |  |
|   Total | 736.933 | 59 |  |  |  |

## ACKNOWLEDGMENTS

The authors wish to express their gratitude to the personnel of Canon and Sina Wards, the psychiatric residents who contributed to this study, and the families of our patients who helped us greatly with this research.

## APPENDIX 1:
## Young Mania Rating Scale (YMRS)

The scale uses 11 items which are scored according to patient's report of his/her conditions during the last 48 hours. Complementary data are obtained through observations made during the interview. Items are formed based on the main symptoms of mania. Four items are scored 0 to 8 in even numbers, and the rest are scored 0 to 4.

The first four items are irritability, speech, thought content, and aggressive behavior. The remaining seven items are elevated mood, increased motor activity, sexual interest, sleep, language-thought disorder, appearance and insight.

The scale takes about 15-30 minutes for completion.

270  /  ASTANEH AND REZAEI

| Young Mania Rating Scale | | |
|---|---|---|
| Number | Items | Score |
| 1 | Elevated Mood | |
| 2 | Increased Motor Activity – Energy | |
| 3 | Sexual Interest | |
| 4 | Sleep | |
| 5 | Irritability | |
| 6 | Speech (Rate and Amount) | |
| 7 | Language-Thought Disorder | |
| 8 | Thought Content | |
| 9 | Disruptive – Aggressive Behavior | |
| 10 | Appearance | |
| 11 | Insight | |

### REFERENCES

1. Kaplan HI, Sadock BJ. *Synopsis of psychiatry* (11th ed.), Lippincott Williams and Wilkins, Philadelphia, 2007.
2. Sadock VA, Sadock BJ. *Comprehensive text book of psychiatry* (8th ed.), Lippincott Williams and Wilkins, Philadelphia, 2004.
3. Carta M-G, Hardoy MC, Hardoy MJ. The clinical use of gabapentin in bipolar spectrum disorders. *Journal of Affective Disorders* 2003;75:83-91.
4. Vieta E, Martinez-Aran A, Nieto E. Adjunctive gabapentin treatment of bipolar disorder. *European Psychiatry* 2000;15:433-437.
5. Young LT, Robb JC, Hasey GM. Gabapentin as an adjunctive treatment in bipolar disorder. *Journal of Affective Disorders* 1999;55:73-77.
6. Ghasemi SN, Googwin FK, Gabapentin treatment of the non-refractory bipolar spectrum: An open case series. *Journal of Affective Disorders* 2001;65:167-171.
7. Schaffer CB, Schaffer LC. Open maintenance treatment of bipolar disorder spectrum patients who responded to gabapentin augmentation in the acute phase of treatment. *Journal of Affective Disorders* 1999;55:237-224.
8. Wang PW, Winsberg ME, Santosa CM. Open adjunctive gabapentin effective in bipolar depression. *Biology and Psychiatry* 2000;47:15-173.
9. Cabras PL, Hardoy J, Hardoy C. Clinical experience with gabapentin in patients with bipolar disorder: Results of on open label study. *European Psychiatry* 1998;13(Suppl4):2445-2455(2).

10. BareKatain M, Tavakoli M, Molavi H. Standardization, reliability, and validity of Young Mania Rating Scale. *Journal of Psychology* 2007;11(2):150-166.

Direct reprint requests to:

Omid Rezaei, MD
Assistant Professor of Psychiatry
University of Social Welfare & Rehabilitation Sciences
Psychiatry Ward
Koodakyar Ave., Daneshjoo Blvd.
Evin, Tehran 1985713834, Iran
e-mail:  rena1390@yahoo.com