# EXHIBIT C

| Firm | Biller Name | Timekeeper Code | Stated or Apparent Position | Adjusted Rank |
|---|---|---|---|---|
| Barrett LG | Charles Barrett | CB | Associate | A |
| Barrett LG | Don Barrett | DB | Partner | P |
| Barrett LG | David McMullan | DMJ | Associate | A |
| Barrett LG | Sally Williamson | SW | Associate | A |
| C. Barrett | Charles Barrett | Charles Barrett | Partner | P |
| Cohen | Jill Soroka | Soroka, Jill | Paralegal | PL |
| Cohen | Kanchana Wangkeo Leung | Wangkeo Leung, Kanchana | Associate | A |
| Cohen | Sharon Robertson | Robertson, Sharon | Associate | A |
| Cohen | William Butterfield | Butterfield, William | Partner | P |
| Cohen | Jordana Goldstein | Goldstein, Jordana | Paralegal | PL |
| Cohen | Shuba Chandra | Chandra, Shuba | Paralegal | PL |
| Cohen | Daniel Small | Small, Daniel | Partner | P |
| Cohen | Robert Eisler | Eisler, Robert | Partner | P |
| Cohen | Marcia Liu | Liu, Marcia | Paralegal | PL |
| Cohen | Steig Olson | Olson, Steig | Associate | A |
| Cohen | Justin Cambria | Cambria, Justin | Paralegal | PL |
| Cohen | Pamela Macker | Macker, Pamela | Paralegal | PL |
| Cohen | Kimberly Humphrey | Humphrey, Kimberly | Paralegal | PL |
| Cohen | Jason Burns | Burns, Jason | Paralegal | PL |
| Cohen | Daniel Sigelman | Sigelman, Daniel | Of Counsel | A |
| Cohen | Marlen Gibbons | Gibbons, Marlene | Of Counsel | A |
| Cohen | Linda Nussbaum | Nussbaum, Linda | Partner | P |
| Cohen | Justine Kaiser | Kaiser, Justine | Associate | A |
| G & E | Alexandra Carpio | AC | Paralegal | PL |
| G & E | Anna M. Yusupova | AMY | Paralegal | PL |
| G & E | Adam Steinfeld | AS | Associate | A |
| G & E | Bradley DeMuth | BD | Associate | A |
| G & E | Beatrice Smith | BS | Paralegal | PL |
| G & E | Carolynn A. Nevers | CAN | Paralegal | PL |
| G & E | Christian Keeney | CK | Associate | A |
| G & E | Daniel L. Berger | DLB | Director | P |
| G & E | Josh Alpert | JA | Staff Attorney | PL |
| G & E | John D. Radice | JDR | Senior Counsel | A |
| G & E | Justin Victor | JV | Associate | A |
| G & E | Keith Fleischamn | KF | Director | P |
| G & E | Kyle McGee | KM | Associate | A |
| G & E | Laura Chirico | LC | Paralegal | PL |
| G & E | Linda Nussbaum | LN | Director/Partner | P |
| G & E | Matthew Hartman | MEH | Paralegal | PL |
| G & E | Matthew Moore | MM | Associate | A |
| G & E | Paige Alderson | PA | Paralegal | PL |

| Firm | Biller Name | Timekeeper Code | Stated or Apparent Position | Adjusted Rank |
|---|---|---|---|---|
| G & E | Peter Barile | PB | Senior Counsel | A |
| G & E | Peter Andrews | PBA | Associate | A |
| G & E | Ronald E. Wittman | REW | Paralegal | PL |
| G & E | Robyn Finnimore-Pierce | RF | Paralegal | PL |
| G & E | Ralph Sianni | RS | Associate | A |
| G & E | Sara Haggerty | SH | Paralegal | PL |
| G & E | Susan Schwaiger | SS | Associate | A |
| G & E | Valisity Beal | VB | Paralegal | PL |
| Greene | Expense | EXP | Expense | NL |
| Greene | Ilyas J. Rona | IJR | Partner | P |
| Greene | Jamie Murray | JM | Paralegal | PL |
| Greene | Michael Tabb | MT | Partner | P |
| Greene | Palko Goldman | PG | Doctor | NL |
| Greene | Ryan P. Morrison | RPM | Law Clerk | PL |
| Greene | Thomas M. Greene | TMG | Partner | P |
| Hagens | A J Devries | AJD | Paralegal | PL |
| Hagens | Andrew J Vasicek | AJV | Contract Attorney | PL |
| Hagens | Adam M Aramati | AMA | Paralegal | PL |
| Hagens | Cameron B Bruns | CBB | Paralegal | PL |
| Hagens | Corinne Reed | CR | Law Clerk | PL |
| Hagens | Edward Notargiacomo | EN | Partner | P |
| Hagens | Greg Comeau | GC | Contract Attorney | PL |
| Hagens | Kristen Johnson | KJP | Associate | PL |
| Hagens | Linaris Casillas | LC | Assistant | NL |
| Hagens | Lauren G Barnes | LGB | Partner | P |
| Hagens | Steve W Berman | SWB | Partner | P |
| Hagens | Michael C Barker | MCB | Paralegal | PL |
| Hagens | Robert McGill | RMG | Associate | A |
| Hagens | Robert N Haegele | RNH | Paralegal | PL |
| Hagens | Thomas M Sobel | TMS | Partner | P |
| Kaplan | A Bailey | AB | Paralegal | PL |
| Kaplan | AJ Cohen-Pierson | ACP | Associate | A |
| Kaplan | D Rynn | DR | Associate | A |
| Kaplan | E Katcher | EK | Associate | A |
| Kaplan | G Nelson | GNC | Associate | A |
| Kaplan | HS Nam | HN | Partner | P |
| Kaplan | I Kobylovsky | IK | Associate | A |
| Kaplan | J Radice | JR | Associate | A |
| Kaplan | J Serby | JS | Paralegal | PL |
| Kaplan | KM Cosgrove | KMC | Investigator | NL |
| Kaplan | K Weiland | KW | Paralegal | PL |

Exhibit C - Pfizer's Billing Rates Spreadsheet

| Firm | Biller Name | Timekeeper Code | Stated or Apparent Position | Adjusted Rank |
|---|---|---|---|---|
| Kaplan | LD King | LDK | Partner | P |
| Kaplan | L Gharib | LG | Paralegal | PL |
| Kaplan | L Kessler | LK | Associate | A |
| Kaplan | L Fong | LMF | Of Counsel | A |
| Kaplan | Linda Nussbaum | LN | Partner | P |
| Kaplan | LS Brody | LSB | Associate | A |
| Kaplan | M Moonsammy | MM | Paralegal | PL |
| Kaplan | MM Ng | MMN | Paralegal | PL |
| Kaplan | N Rudnick | NR | Associate | A |
| Kaplan | PA Darko | PAD | Paralegal | PL |
| Kaplan | RJ Kilsheimer | RJK | Partner | P |
| Kaplan | RN Kaplan | RNK | Partner | P |
| Kaplan | Susan Schwaiger | SS | Associate | A |
| Kaplan | T Gayle | TG | Paralegal | PL |
| Kaplan | TN Harvey | TNH | Paralegal | PL |
| Kaplan | W Gomes | WG | Paralegal | PL |
| Kellogg | Amaresh K. Sirkanthan | AKS | Research Analyst | NL |
| Kellogg | Alexander S. Edelson | ASE | Associate | A |
| Kellogg | Brian F. O'Toole | BFO | Research Analyst | NL |
| Kellogg | Brendan J. Crimmins | BJC | Partner | P |
| Kellogg | Brian M. Christensen | BMC1 | Staff Attorney | PL |
| Kellogg | Bernadette M. Murphy | BMM | Paralegal | PL |
| Kellogg | Christopher J. Walker | CJW2 | Associate | A |
| Kellogg | Caitlin S. Hall | CSH | Associate | A |
| Kellogg | David C. Frederick | DCF | Partner | P |
| Kellogg | Darrin D. Leverette | DDL | Paralegal | PL |
| Kellogg | David M. Burke | DMB | Paralegal | PL |
| Kellogg | Dana S. Watters | DSW | Research Analyst | NL |
| Kellogg | Derek T. Ho | DTH | Partner | P |
| Kellogg | Gregory G. Rapaway | GGR | Partner | P |
| Kellogg | Jonathan A. Rabkin | JAR | Paralegal | PL |
| Kellogg | Michael C. Greene | MCG | Paralegal | PL |
| Kellogg | Mary Ann K. Endo | MKE | Director | PL |
| Kellogg | Scott K. Attaway | SKA | Of Counsel | A |
| Kellogg | W. Joss Nichols | WJN | Associate | A |
| Lieff | Scott Alemeda | ALEMEDA, SCOTT | IT Staff | NL |
| Lieff | Elizabeth Cabraser | CABRASER, ELIZABETH | Partner | P |
| Lieff | Todd Carnam | CARNAM, TODD | Paralegal | PL |
| Lieff | Florencia Cudos | CUDOS, FLORENCIA | Paralegal | PL |
| Lieff | John Didday | DIDDAY, JOHN | Paralegal | PL |

Exhibit C - Pfizer's Billing Rates Spreadsheet

| Firm | Biller Name | Timekeeper Code | Stated or Apparent Position | Adjusted Rank |
|---|---|---|---|---|
| Lieff | Kirti Dugar | DUGAR, KIRTI | Paralegal | PL |
| Lieff | Anthony Grant | GRANT, ANTHONY | IT Staff | NL |
| Lieff | Barry Himmelstein | HIMMELSTEIN, BARRY | Partner | P |
| Lieff | Sat Kriya Khalsa | KHALSA, SAT KRIYA | IT Staff | NL |
| Lieff | Sarah London | LONDON, SARAH | Associate | A |
| Lieff | Major Mugrage | MUGRAGE, MAJOR | IT Staff | NL |
| Lieff | Renee Mukherji | MUKHERJI, RENEE | IT Staff | NL |
| Lieff | Juliana Remuszka | REMUSZKA, JULIANA | Paralegal | PL |
| Lieff | Jennifer Rudnick | RUDNICK, JENNIFER | Paralegal | PL |
| Lieff | Daniel Seltz | SELTZ, DANIEL | Partner | P |
| Lovelace | Alex Peet | Peet | Associate | A |
| Nussbaum | John Radice | JDR | Partner | P |
| Nussbaum | Linda Nussbaum | LPN | Partner | P |
| Nussbaum | Unknown | SRS | Of Counsel | A |
| Nussbaum | Unknown | TJG | Paralegal | PL |
| Radice | John Radice | JDR | Partner | P |
| Shapiro | Rose Alappat | Alappat, Rose | Paralegal | PL |
| Shapiro | Theodore Hess-Mahan | Hess-Mahan, Ted | Associate | A |
| Shapiro | Todd Heyman | Heyman, Todd | Partner | P |
| Shapiro | Sophie Horowitz | Horowitz, Sophie | Paralegal | PL |
| Shapiro | Carmen Iouina | Iouina, Carmen | Paralegal | PL |
| Shapiro | Alyssa Petroff | Petroff, Alyssa | Paralegal | PL |
| Shapiro | Rumya Putcha | Putcha, Rumya | Paralegal | PL |
| Shapiro | Thomas Shapiro | Shapiro, Thomas | Partner | P |
| Shapiro | Adam Stewart | Stewart, Adam | Associate | A |
| Becnel | Daniel E. Becnel, Jr. | Daniel E. Becnel, Jr. | Partner | P |
| Becnel | Darryl Becnel | Darryl Becnel | Associate | A |
| Becnel | Salvadore Christina, Jr | Salvadore Christina, Jr | Associate | A |
| Becnel | Douglas R. Plymale | Douglas R. Plymale | Partner | P |
| Becnel | James R. Dugan | James R. Dugan | Partner | P |
| Thrash | Thomas P. Thrash | T. Thrash | Partner | P |