# EXHIBIT E

Exhibit E - Pfizer's Unsuccessful Contentions Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Greene | 165 | 20 | 11/27/2009 | IJR | P | Searched Concordance for documents relating to Carol Janney for purposes of deciding whether we want to depose her | 4.50 | 0.00 | 1913 | 0 | Janney Deposition. |
| Greene | 181 | 21 | 11/30/2009 | IJR | P | Phone conference with Elana Katcher re: reasons we want to depose Carol Janney and Dr. Robert Gerner | 0.10 | 0.04 | 43 | 14 | Legitimate Work, Janney Deposition |
| Greene | 182 | 21 | 11/30/2009 | IJR | P | Reviewed draft letter to Pfizer re: our position on deposition and drafting argument supporting deposition of Carol Janney and Dr. Robert Gerner | 0.50 | 0.20 | 213 | 70 | Legitimate Work, Janney Deposition |
| Greene | 184 | 22 | 11/30/2009 | IJR | P | Searched Concordance for documents relating to Dr. Robert Gerner and Carol Janney for purposes of deciding whether we want to depose them | 3.20 | 1.27 | 1360 | 446 | Legitimate Work, Janney Deposition |
| Greene | 262 | 28 | 12/8/2009 | IJR | P | Conference with Palko Goldman to discuss and edit Schedule A of C Janney subpoena | 0.30 | 0.00 | 128 | 0 | Janney Deposition. |
| Greene | 265 | 28 | 12/8/2009 | IJR | P | Office conference with Tom Greene re: Janney deposition | 0.40 | 0.00 | 170 | 0 | Janney Deposition. |
| Greene | 268 | 28 | 12/8/2009 | TMG | P | conference with Ilyas Rona re: Janney deposition | 0.40 | 0.00 | 260 | 0 | Janney Deposition. |
| Greene | 288 | 30 | 12/14/2009 | PG | NL | Phone call with Elana Katcher and Ilyas Rona re: depositions | 0.30 | 0.00 | 98 | 0 | Janney Deposition, Conferencing. |
| Greene | 290 | 30 | 12/14/2009 | PG | NL | Review motion to quash subpoena of Carol Janney | 0.10 | 0.00 | 33 | 0 | Janney Deposition. |
| Greene | 291 | 30 | 12/14/2009 | PG | NL | Meeting with Ilyas Rona to discuss motion to quash subpoena of Carol Janney and response | 1.00 | 0.00 | 325 | 0 | Janney Deposition. |
| Greene | 295 | 30 | 12/14/2009 | PG | NL | Phone conference with Ilyas Rona, Linda Nussbaum, Elana Katcher and Barry Himmelstein to discuss responding to objection to Janney subpoena | 0.30 | 0.00 | 98 | 0 | Janney Deposition. |
| Greene | 296 | 30 | 12/14/2009 | IJR | P | Phone conversation with John Williams re: the subpoena of Carol Janney | 0.30 | 0.00 | 128 | 0 | Janney Deposition. |
| Greene | 297 | 30 | 12/14/2009 | IJR | P | Phone conference with Linda Nussbaum, Elana Katcher, Barry Himmelstein, and Palko Goldman to discuss responding to objection to subpoena of Carol Janney | 0.30 | 0.00 | 128 | 0 | Janney Deposition. |
| Greene | 298 | 31 | 12/14/2009 | IJR | P | Left voicemail message for Tom Fox of Skadden re: deposition of Carol Janney | 0.10 | 0.00 | 43 | 0 | Janney Deposition. |

Exhibit E - Pfizer's Unsuccessful Contentions Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|----------------|
| Greene | 300 | 31 | 12/14/2009 | IJR | P | Meeting with Palko Goldman to discuss motion to quash subpoena of Carol Janney and response | 1.00 | 0.00 | 425 | 0 | Janney Deposition. |
| Greene | 310 | 31 | 12/15/2009 | PG | NL | Meeting with Ilyas Rona to discuss deposition of Carol Janney | 0.50 | 0.00 | 163 | 0 | Janney Deposition. |
| Greene | 313 | 32 | 12/15/2009 | PG | NL | Meeting with Ilyas Rona and Tom Greene to discuss depositions of Kaiser witnesses | 0.50 | 0.00 | 163 | 0 | Janney Deposition, Conferencing. |
| Greene | 316 | 32 | 12/15/2009 | IJR | P | Phone conversation with Tom Fox re: deposition of Carol Janney | 0.30 | 0.00 | 128 | 0 | Janney Deposition. |
| Greene | 317 | 32 | 12/15/2009 | IJR | P | Phone conversation with John Williams re: our intention to file motion compelling Carol Janney to appear at deposition to be filed in Boston | 0.20 | 0.00 | 85 | 0 | Janney Deposition. |
| Greene | 318 | 32 | 12/15/2009 | IJR | P | Meeting with Tom Greene and Palko Goldman re: deposition designations | 0.50 | 0.13 | 213 | 46 | Janney Deposition, Conferencing. |
| Greene | 319 | 32 | 12/15/2009 | IJR | P | Meeting with Palko Goldman to discuss deposition of Carol Janney | 0.50 | 0.00 | 213 | 0 | Janney Deposition. |
| Greene | 320 | 32 | 12/15/2009 | IJR | P | Meeting with Tom Greene and Palko Goldman to discuss Kaiser witness depos. | 0.50 | 0.13 | 213 | 46 | Janney Deposition, Conferencing. |
| Greene | 323 | 32 | 12/15/2009 | TMG | P | office conference with Ilyas Rona and Palko Goldman re: deposition designation assignments with attorneys that are in my office and Janney deposition | 0.50 | 0.13 | 325 | 46 | Janney Deposition, Conferencing. |
| Greene | 324 | 33 | 12/15/2009 | TMG | P | telephone conference with Gerry Lawrence re: past expenses and other issues | 0.50 | 0.13 | 325 | 46 | Janney Deposition, Conferencing. |
| Greene | 325 | 33 | 12/15/2009 | TMG | P | telephone conference with Don Barrett re past expenses and depositions in California | 0.50 | 0.13 | 325 | 46 | Janney Deposition, Conferencing. |
| Greene | 329 | 33 | 12/15/2009 | TMG | P | Meeting with Ilyas Rona and Palko Goldman to discuss Kaiser witness depos. | 0.50 | 0.13 | 325 | 46 | Janney Deposition, Conferencing. |
| Greene | 332 | 33 | 12/16/2009 | IJR | P | Drafting motion to compel deposition of Carol Janney | 3.80 | 0.00 | 1615 | 0 | Janney Deposition. |
| Dugan | 14 | 5 | 12/17/2009 | James R. Dugan, II | P | Receipt and review of Emergency Motion/Memo to Compel Deposition of Carol Janney | 0.25 | 0.00 | | 0 | Janney Deposition, ECF Review , Trial Work. |
| Dugan | 207 | 15 | 12/17/2009 | Douglas R. Plymale, Ph.D. | P | Receipt and review of Emergency Motion/Memo to Compel Deposition of Carol Janney | 0.25 | 0.00 | | 0 | Janney Deposition, ECF Review , Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|----------------|
| Greene | 336 | 33 | 12/17/2009 | PG | NL | Meeting with Tom Greene and Ilyas Rona re: progress of deposition designations | 0.50 | 0.00 | 163 | 0 | Janney Deposition, Conferencing. |
| Greene | 337 | 33 | 12/17/2009 | PG | NL | Review, draft and edit Emergency Motion to Compel Deposition Testimony of Carol Janney | 0.90 | 0.00 | 293 | 0 | Janney Deposition. |
| Greene | 338 | 34 | 12/17/2009 | PG | NL | Call with Mitch Cohen, Linda Nussbaum, Elana Katcher re: depositions, meeting with Kaiser witnesses and motion to compel deposition testimony of Carol Janney | 0.50 | 0.00 | 163 | 0 | Legitimate Work, Janney Deposition |
| Greene | 344 | 34 | 12/17/2009 | IJR | P | Editing and revising motion to compel deposition of Carol Janney, memorandum and declaration | 4.70 | 0.00 | 1998 | 0 | Janney Deposition. |
| Greene | 345 | 34 | 12/17/2009 | IJR | P | Prepared exhibits and final pdfs for filing of motion to compel deposition of Carol Janney and forwarded to Elana Katcher for ECF filing of same | 0.70 | 0.28 | 298 | 97 | Legitimate Work, Janney Deposition |
| Greene | 346 | 34 | 12/17/2009 | IJR | P | Left voicemail message for John Williams re: motion to compel deposition of Carol Janney | 0.10 | 0.00 | 43 | 0 | Janney Deposition. |
| Greene | 347 | 34 | 12/17/2009 | IJR | P | Reviewed voicemail message from John Williams re: deposition of Carol Janney | 0.10 | 0.00 | 43 | 0 | Janney Deposition. |
| Greene | 348 | 34 | 12/17/2009 | IJR | P | Drafted proposal for deferred deposition of Carol Janney to John Williams, and reviewed his response to same | 0.40 | 0.16 | 170 | 56 | Legitimate Work, Janney Deposition |
| Kaplan | 1597 | 96 | 12/17/2009 | TG | PL | WITNESS RESEARCH & FILING FOR JANNEY DEP. | 3.00 | 0.00 | | 0 | Janney Deposition, Non-Contemporaneous, Trial Work. |
| Dugan | 19 | 5 | 12/22/2009 | James R. Dugan, II | P | Receipt and review of Memorandum in Opposition re Emergency Motion to Compel Deposition of Carol Janney | 0.25 | 0.00 | | 0 | Janney Deposition, ECF Review , Trial Work. |
| Dugan | 20 | 6 | 12/22/2009 | James R. Dugan, II | P | Receipt and review of Third Party Opposition re Emergency Motion to Compel Deposition of Carol Janney | 0.25 | 0.00 | | 0 | Janney Deposition, ECF Review , Trial Work. |
| Dugan | 216 | 16 | 12/22/2009 | Douglas R. Plymale, Ph.D. | P | Receipt and review of Memorandum in Opposition re Emergency Motion to Compel Deposition of Carol Janney | 0.25 | 0.00 | | 0 | Janney Deposition, ECF Review , Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|----------------|
| Dugan | 217 | 16 | 12/22/2009 | Douglas R. Plymale, Ph.D. | P | Receipt and review of Memorandum in Opposition re Emergency Motion to Compel Deposition of Carol Janney | 0.25 | 0.00 | | 0 | Janney Deposition, ECF Review , Trial Work. |
| Greene | 382 | 37 | 12/22/2009 | IJR | P | Reviewed emails re: Carol Janney's attorney and forwarded notice of Sorokin's order to said attorney | 0.20 | 0.00 | 85 | 0 | Janney Deposition. |
| Greene | 383 | 37 | 12/22/2009 | IJR | P | Phone conference with John Williams re: Sorokin's order re: Carol Janney | 0.10 | 0.00 | 43 | 0 | Janney Deposition. |
| Barrett LG | 87 | 13 | 1/26/2010 | DB | P | Review Memo in Opposition re Emergency Motion to Compel Deposition of Carol Janney, ; Opposition and Affidavit of Katherine Armstrong in Opposition re MIL to Exclude Testimony of Dr. Alan Rapoport and Dr. Andrew Slaby ; Dr. McClean; ; Dr. Shawn Bird, Declaration re Opposition to Motion Declaration of Katherine Armstrong in Support of Defendants' Opposition to Plaintiffs' MIL to Exclude Testimony of Dr. McLean; Assented to Motion or Leave to file Excess Pages Brief in Response to Class Plaintiffs' Motion or Reconsideration by Pfizer with exhibits. | 1.20 | 0.38 | 750 | 134 | Legitimate Work, Janney Deposition, Trial Work |
| Lieff | 142 | 17 | 2/1/2010 | HIMMELSTEIN, BARRY | P | Review email from Ilyas Rona re need to file response to court order re Carol Janney subpoena. | 0.10 | 0.00 | | 0 | Janney Deposition, Trial Work. |
| Greene | 793 | 66 | 2/4/2010 | IJR | P | Reviewed filings by Carol Janney's PA counsel and forwarded same to Barry Himmelstein and Dan Seltz | 0.30 | 0.00 | 128 | 0 | Janney Deposition. |
| Hagens | 177 | 23 | 2/15/2010 | GC | PL | Draft and Revise Reply to Defendants' Opposition to Motion for Leave to Response on Wieder Filing; Meet with Rosenthal, Hartman, and Conti regarding their damages analysis; E-mail to Firm regarding Calculation of Prejudgment Interest | 7.70 | 2.45 | 2310 | 245 | Legitimate Work, Pre-judgment Interest, Trial Work |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hagens | 181 | 23 | 2/16/2010 | GC | PL | Revise Response to Defendants' Opposition to Motion for Leave to Reply on Wieder Filing; Draft Motion for Leave to File Reply to Opposition; Meet with Dr. Abramson regarding his testimony; E-mail template for slides to Dr. Abramson; Begin Researching RICO pre-judgment interest | 9.00 | 2.86 | 2700 | 286 | Legitimate Work, Pre-judgment Interest, Trial Work |
| Hagens | 185 | 23 | 2/17/2010 | GC | PL | E-mail Mr. Vasicek regarding RICO pre-judgment interest issue; Prepare Slides for Dr. Abramson's Direct Examination | 8.80 | 0.00 | 2640 | 0 | Pre-judgment Interest, Trial Work. |
| Hagens | 244 | 28 | 3/1/2010 | AJV | PL | Research on prejudgment interest - RICO and designation of depositions. | 8.00 | 2.29 | 2400 | 229 | Legitimate Work, Pre-judgment Interest, Non-Contemporaneous, Trial Work |
| Hagens | 250 | 28 | 3/2/2010 | AJV | PL | Research on prejudgment interest - UCL. | 8.00 | 0.00 | 2400 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous, Trial Work. |
| Lieff | 274 | 22 | 3/13/2010 | SELTZ, DANIEL | P | Research prejudgment interest, Directed Verdict standard; review trial transcripts. | 2.50 | 0.80 | | 278 | Legitimate Work, Pre-judgment Interest, Trial Work |
| Lieff | 282 | 23 | 3/17/2010 | HIMMELSTEIN, BARRY | P | Work on directed verdict oppositions, prejudgment interest briefing. | 8.00 | 2.55 | | 891 | Legitimate Work, Pre-judgment Interest, Trial Work |
| Hagens | 368 | 38 | 3/18/2010 | GC | PL | Revise Damages Brief based on Mr. Sobol's Edits; Add Inserts to Damages Brief; E-mails with Mr. Barrett and Mr. Sobol regarding Pre-judgment Interest; Revise Bench Memorandum on Pre-judgment Interest and File Same; Locate Documents for Preparation of Bird Cross-Examination; Draft Bench Memorandum on Field Testimony | 10.90 | 3.47 | 3270 | 347 | Legitimate Work, Pre-judgment Interest, Trial Work |
| Lieff | 285 | 23 | 3/18/2010 | HIMMELSTEIN, BARRY | P | Work on directed verdict oppositions, prejudgment interest briefing. | 8.00 | 2.55 | | 891 | Legitimate Work, Pre-judgment Interest, Trial Work |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Barrett LG | 178 | 21 | 3/29/2010 | DB | P | Phone call with co-counsel re attorney fees and interest. | 1.00 | 0.35 | 625 | 124 | Pre-judgment Interest, Conferencing, Fee Petition. |
| Barrett LG | 179 | 21 | 3/30/2010 | DB | P | Phone call from Tom Greene re today's conf. call and atty fees (.3); 2 Conf Calls with Linda Nussbaum, Tom Sobol, Barry Himmelstein, Tom Greene, Charles Barrett re post trial strategy, (2.5); Email from Linda Nussbaum, Kristen Johnson, re Damages chart and calculating interest(.2); Review email from Mark Cheffo re demonstratives before closings(.2); Email from Kristen Johnson Parker re conf. call today; phone call from Kristine re interest; Study Memo on Amgen case(.7) | 3.90 | 1.38 | 2438 | 483 | Pre-judgment Interest, Conferencing, Fee Petition. |
| Barrett LG | 181 | 21 | 4/1/2010 | DB | P | Review Analysis of NY State Common Law Fraud and Consumer Protection Act.& State Law Brief( assignments); Telephone conf. with Barry Himmelstein, Charles Barrett, Tom Sobol re UCL issues and research on UCL issues. Conf call with Brian Himmelstein; Study plaintiffs' roof on damages and verdicts, for figuring interest owed ; 2 Phone calls with Linda Nussbaum re Submissions for Proposed Findings of Facts and Conclusions | 8.20 | 1.45 | 5125 | 507 | UCL, Pre-judgment Interest, Conferencing. |
| Barrett LG | 187 | 22 | 4/5/2010 | DB | P | Travel to NYC to meet with Tom Greene, Tom Sobol, Linda Nussbaum, Charles Barrett, Kristen Parker re prejudgment interest and damages. Return home. | 13.50 | 2.39 | 8438 | 835 | Pre-judgment Interest, Travel, Conferencing. |
| Barrett LG | 192 | 22 | 4/8/2010 | CB | A | Research CA law pertaining to interest & UCL/draft memo of law | 8.00 | 0.00 | 3000 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous. |
| Barrett LG | 193 | 22 | 4/9/2010 | DB | P | Review email from Tom Greene re Restitution and Prejudgment Interest under the UCL; Review email from Tom Sobol re fee petition.; Review agenda for scheduling conf. tomorrow; Phone call from Tom Greene re fee petition; Phone call to Linda Nussbaum re Findings of Fact Outline and prejudgment interest under the UCL; phone call to Tom Greene re same. | 1.60 | 0.42 | 1000 | 149 | UCL, Pre-judgment Interest, Conferencing, Fee Petition. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 2016 | 120 | 4/9/2010 | JR | A | CALLS/E-MAILS RE DAMAGES, INTEREST, MITIGATION | 2.25 | 1.19 | | 298 | Legitimate Work, Pre-judgment Interest, Conferencing |
| Barrett LG | 194 | 23 | 4/11/2010 | DB | P | 2 phone calls with Tom Greene, Tom Sobol, Linda Nussbaum, re interest and attorney's fees. | 1.00 | 0.35 | 625 | 124 | Pre-judgment Interest, Conferencing, Fee Petition. |
| Hagens | 446 | 43 | 4/14/2010 | TMS | P | Work on findings of fact and analysis of interest issues. | 1.00 | 0.00 | 600 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous. |
| Hagens | 448 | 43 | 4/15/2010 | TMS | P | Work on findings of fact and analysis of interest issues. | 1.00 | 0.00 | 600 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous. |
| Hagens | 451 | 44 | 4/16/2010 | TMS | P | Work on findings of fact and analysis of interest issues. | 1.00 | 0.00 | 600 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous. |
| Hagens | 453 | 44 | 4/19/2010 | KJP | A | Research interest under RICO. | 7.50 | 0.00 | 1875 | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| Barrett LG | 202 | 23 | 4/20/2010 | DB | P | Travel to California (9.0) to meet with Mitch Cohen re fees and expenses and interest.; meeting with Tom Greene, Tom Sobol re tomorrow's meeting with Mitch Cohen(3.5) | 12.50 | 2.21 | 7813 | 774 | Pre-judgment Interest, Travel, Fee Petition. |
| Barrett LG | 208 | 24 | 4/24/2010 | DB | P | Phone call to Linda Nussbaum re Facts of Findings and fee interests; Review email from Linda Nussbaum re draft of facts of findings. Study finances and fees; Review Nicholas Jewell Travel Receipts | 1.50 | 0.27 | 938 | 93 | UCL, Pre-judgment Interest, Fee Petition. |
| Hagens | 463 | 44 | 4/24/2010 | TMS | P | Review and editing of proposed findings of fact; analysis of interest issues. | 3.50 | 0.00 | 2100 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous. |
| Hagens | 471 | 45 | 4/29/2010 | KJP | A | Finalize proposed findings of fact and law; finalize Hartman's revised damages charts. | 10.25 | 0.00 | 2563 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous. |
| Hagens | 478 | 45 | 5/6/2010 | KJP | A | Call with Defense counsel regarding admitting revised damages charts into evidence; respond to proposed findings of fact; emails with co-counsel regarding proposed scheduling order; review proposed amended exhibit list; emails with co=-counsel regarding amended exhibit list. | 8.00 | 1.91 | 2000 | 477 | Pre-judgment Interest, Conferencing, Non-Contemporaneous. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 219 | 24 | 5/7/2010 | DB | P | Phone call with Linda Nussbaum re Facts of Findings and Interest | 0.40 | 0.00 | 250 | 0 | UCL, Pre-judgment Interest. |
| Kaplan | 2107 | 125 | 5/24/2010 | LN | P | ATTENTION TO FEES AND INTEREST RESEARCH  CALL | 1.50 | 0.53 | | 186 | Pre-judgment Interest, Conferencing, Fee Petition. |
| Nussbaum | 41 | 6 | 5/31/2010 | LPN | P | Read memos regarding attorneys fees and interest; attend to substitution issues | 2.00 | 0.35 | 1650 | 124 | Pre-judgment Interest, Client Relations, Fee Petition. |
| Barrett LG | 227 | 25 | 6/2/2010 | DB | P | Conf. call wth Tom Greene and Linda Nussbaum re fees, interest and contract. | 0.60 | 0.16 | 375 | 56 | Pre-judgment Interest, Client Relations, Conferencing, Fee Petition. |
| Nussbaum | 1 | 5 | 6/2/2010 | JDR | P | Review, revise and send letter; research re damages; interest issue | 1.25 | 0.50 | 781 | 174 | Legitimate Work, Pre-judgment Interest |
| Nussbaum | 42 | 6 | 6/8/2010 | LPN | P | Various emails; attend to interest and fee shifting | 2.75 | 0.49 | 2269 | 170 | Pre-judgment Interest, Vague, Fee Petition. |
| Nussbaum | 43 | 6 | 6/9/2010 | LPN | P | Speak with Barrett; correspondence; attend to interests and fee issues | 1.50 | 0.27 | 1238 | 93 | Pre-judgment Interest, Client Relations, Fee Petition. |
| Barrett LG | 232 | 25 | 6/15/2010 | DB | P | Phone call with Tom Green, Tom Sobol, Linda Nussbaum re fees; Phone call from Linda Nussbaum re fees interest and contract | 1.30 | 0.34 | 813 | 121 | Pre-judgment Interest, Client Relations, Conferencing, Fee Petition. |
| Greene | 1951 | 149 | 6/15/2010 | IJR | P | Reviewed and made edits to motion to submit revised estimate of damages interest | 0.40 | 0.00 | 170 | 0 | Pre-judgment Interest. |
| Hagens | 502 | 47 | 6/15/2010 | KJP | A | Draft Motion to admit revised damages charts. | 2.50 | 0.00 | 625 | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| Hagens | 503 | 47 | 6/16/2010 | CR | PL | Provide KJP with requested info regarding court's statements re interest. | 0.50 | 0.00 | 75 | 0 | Pre-judgment Interest. |
| Nussbaum | 48 | 6 | 6/16/2010 | LPN | P | Attend to fee issues; attend to 17200 and fees which Calif law; attend to Harrtman additional filings | 3.75 | 0.66 | 3094 | 232 | UCL, Pre-judgment Interest, Fee Petition. |
| Hagens | 505 | 47 | 6/17/2010 | KJP | A | Call with GMA re revised Hartman Declaration. | 1.00 | 0.00 | 250 | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| Hagens | 507 | 48 | 6/18/2010 | KJP | A | Revise Hartman Declaration; Draft Motion. | 6.00 | 0.00 | 1500 | 0 | Pre-judgment Interest, Non-Contemporaneous. |

Exhibit E - Pfizer's Unsuccessful Contentions Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|
| Nussbaum | 9 | 5 | 6/18/2010 | JDR | P | Emails and calls with Linda re brief and fees issues; claims; research re same; review final Hartman declarations; emails re same | 3.50 | 0.93 | 2188 | 325 | Pre-judgment Interest, Fee Petition. |
| Hagens | 509 | 48 | 6/21/2010 | KJP | A | Draft motion to admit revised damages charts into evidence. | 9.00 | 0.00 | 2250 | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| Lieff | 364 | 26 | 7/6/2010 | SELTZ, DANIEL | P | Review/file submissions on supplemental authority (Vioxx) - prejudgment interest. | 0.50 | 0.00 | | 0 | UCL, Pre-judgment Interest. |
| Nussbaum | 19 | 5 | 7/6/2010 | JDR | P | Reivew contents of boxes from KFK; final details on transport of same; review defendants filings re interest calcs; review website re supp filing issues | 2.25 | 0.60 | 1406 | 209 | Pre-judgment Interest, Non-Core. |
| Nussbaum | 61 | 6 | 7/6/2010 | LPN | P | Speak with Sobol; attend to defendants opposition to Harman filing; email with Mitch | 1.75 | 0.93 | 1444 | 325 | Legitimate Work, Pre-judgment Interest, Conferencing |
| Hagens | 527 | 49 | 7/15/2010 | KJP | A | Research Reply to Defedant's interest briefing. | 3.00 | 0.00 | 750 | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 29 | 9 | 11/2/2010 | LN | P | Attend to interest and fees issues | 0.40 | 0.11 | | 37 | Pre-judgment Interest, Fee Petition. |
| G & E | 37 | 9 | 11/4/2010 | CK | A | Call with L. Nussbaum and J. Radice regarding Neurontin case; researched and reviewed district opinion and order; California's RICO statutes and case law regarding attorneys fees and pre-judgment interest | 4.50 | 1.19 | | 298 | UCL, Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 39 | 9 | 11/4/2010 | LN | P | Attention to Judge Saris' opinion; various calls; attention to judgment and fee shifting. | 3.70 | 1.80 | | 630 | Legitimate Work, UCL, Pre-judgment Interest, Fee Petition |
| G & E | 42 | 10 | 11/5/2010 | LN | P | Attention to finalizing briefs on interest, judgment and fees; conference call with Kaiser re same; conference call with cocounsel regarding brief; speak with Dan Berger | 4.70 | 1.66 | | 582 | Pre-judgment Interest, Conferencing, Fee Petition. |
| Hagens | 572 | 52 | 11/5/2010 | KJP | A | Call with John Radice to discuss up coming briefing due dates; review and circulate previous memos on attorneys fees and interest; various emails with co-counsel regarding same. | 3.00 | 0.95 | 750 | 239 | Pre-judgment Interest, Conferencing, Fee Petition, Non-Contemporaneous. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|----------------|
| G & E | 46 | 10 | 11/6/2010 | JDR | A | Research and emails regarding fee briefing and related work; calls regarding same. | 2.40 | 0.85 | | 212 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 50 | 10 | 11/8/2010 | JDR | A | Drafting and research on fees briefing; work on interest and other issues. | 4.90 | 1.30 | | 325 | Pre-judgment Interest, Fee Petition. |
| Hagens | 574 | 53 | 11/8/2010 | LGB | P | Review memos and research on recovery of attorneys fees and pre-judgment interest. | 0.50 | 0.13 | 175 | 46 | Pre-judgment Interest, Fee Petition. |
| Barrett LG | 268 | 28 | 11/9/2010 | DB | P | Phone call from Tom Greene/Tom Sobol re interest/damages in RICO. | 0.60 | 0.21 | 375 | 74 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 58 | 10 | 11/9/2010 | JDR | A | Calls with GMA; multiple calls with defendants and with co-counsel and G&E team regarding fees and interest briefing; work regarding same. | 4.60 | 1.63 | | 407 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 56 | 10 | 11/9/2010 | JV | A | Discussed with Ralph Sianni and John Radice fee research assignment; researched areas of law relating and wrote draft for recovery of entire legal services even if one claim fails, sent to Ralph; reassigned to focus on interest issue; read background memo on interest issues for tomorrow. | 4.50 | 1.19 | | 298 | Pre-judgment Interest, Fee Petition. |
| G & E | 54 | 10 | 11/9/2010 | CK | A | Researched and reviewed case law regarding prejudgment interest; drafted outline of prejudgment interest section of brief | 3.50 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 59 | 11 | 11/9/2010 | LN | P | Attention to law regarding fee shifting; 17200; work regarding application; research regarding interest | 3.10 | 0.55 | | 192 | UCL, Pre-judgment Interest, Fee Petition. |
| Hagens | 575 | 53 | 11/9/2010 | KJP | A | Call with John Radice regarding upcoming briefing schedule; find and circulate memos on interest and trebling; conversation with Lauren Barnes regarding prior briefing and status. | 1.50 | 0.72 | 375 | 179 | Legitimate Work, Pre-judgment Interest, Conferencing, Non-Contemporaneous |
| G & E | 60 | 11 | 11/10/2010 | LN | P | Various calls with Mark Cheffo, Mitch Cohen; Judge Politan; Tom Sobel, Hartman and experts; work regarding analysis of court opinion; interest issues; mediation | 4.70 | 2.18 | | 763 | Legitimate Work, UCL, Pre-judgment Interest, Settlement and Mediation, Conferencing |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|----------------|
| G & E | 64 | 11 | 11/10/2010 | RS | A | Legal research and review of case law re recovery of prejudgment interest, post-judgment interest, time value of money under Rico; draft and revise memorandum in support of interest; numerous calls to/from L. Nussbaum, C. Keeney, J. Victor re same | 9.60 | 3.39 | | 849 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 63 | 11 | 11/10/2010 | JV | A | Worked with Ralph Sianni and Christian Keeney on research for on fees pursuant to post and prejudgment interest. | 8.00 | 2.12 | | 530 | Pre-judgment Interest, Fee Petition. |
| G & E | 61 | 11 | 11/10/2010 | JDR | A | Emails and calls with co-counsel and GMA regarding interest and fees issues. | 2.60 | 0.69 | | 172 | Pre-judgment Interest, Fee Petition. |
| G & E | 62 | 11 | 11/10/2010 | MM | A | Completed memorandum and spreadsheet regarding damages; performed legal research regarding interest awarded under RICO and disaggregation of lump-sum damages. | 9.80 | 0.00 | | 0 | Pre-judgment Interest, Settlement and Mediation. |
| Hagens | 576 | 53 | 11/10/2010 | LGB | P | Discussion with TMS re. research to be done regarding fees and prejudgment interest; draft, revise, and finalize HBSS declaration re. fees; research on prejudgment interest under RICO | 5.50 | 1.94 | 1925 | 681 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 65 | 11 | 11/11/2010 | RS | A | Legal research re awards of pre and post judgment interest in Rico cases; trebling of interest in Rico cases; revise memorandum in support of interest award; numerous calls to/from J. Radice, C. Keeney, J. Victor re same | 9.40 | 3.32 | | 831 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 68 | 11 | 11/11/2010 | JDR | A | Revisions to schedule; circulate to defendants; calls and emails regarding same; emails regarding pre-judgment briefing and mediation. | 3.30 | 1.31 | | 328 | Legitimate Work, Pre-judgment Interest, Settlement and Mediation |
| G & E | 67 | 11 | 11/11/2010 | JV | A | Composed list of cases for prejudgment interest and trebling. Worked with Ralph Sianni trying to add cases to support  brief. | 7.10 | 0.00 | | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|
| Hagens | 577 | 53 | 11/11/2010 | LGB | P | Complete review of HBSS billing summary for submission with fee petition; finalize HBSS declaration re. same; review cases and draft research memo regarding availability of prejudgment interest under RICO. | 8.50 | 2.25 | 2975 | 789 | Pre-judgment Interest, Fee Petition. |
| Barrett LG | 270 | 28 | 11/12/2010 | DB | P | Review email from Tom Sobol re our analysis on Chase interest in RICO interest; Telephone call with Tom Greene re same. ; Review Opposition re Motion for Entry of Judgment under Rule 54b; Declaration re Response | 0.80 | 0.46 | 500 | 161 | Legitimate Work, Pre-judgment Interest, Conferencing, Fee Petition |
| G & E | 69 | 11 | 11/12/2010 | JDR | A | Calls, emails, work on fee and interest issues, scheduling issues regarding same. | 3.60 | 1.27 | | 318 | Pre-judgment Interest, Conferencing, Fee Petition. |
| Hagens | 578 | 53 | 11/12/2010 | LGB | P | Discussion with TMS re. memo on prejudgment interest and revise accordingly. | 1.25 | 0.00 | 438 | 0 | Pre-judgment Interest. |
| Lieff | 378 | 26 | 11/12/2010 | SELTZ, DANIEL | P | Edits to fees declaration; calls re same; review research re prejudgment interest. | 1.00 | 0.35 | | 124 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 79 | 12 | 11/15/2010 | JDR | A | Review interest calculations; additional memos regarding same and regarding fees; continuing working on same issues. | 3.40 | 0.90 | | 225 | Pre-judgment Interest, Fee Petition. |
| G & E | 84 | 12 | 11/16/2010 | LN | P | Prepare for call with Kaiser; call regarding same; attention to interest issues and mediation statement. | 3.10 | 1.23 | | 432 | Legitimate Work, Pre-judgment Interest, Settlement and Mediation |
| Greene | 1963 | 150 | 11/17/2010 | RPM | PL | research on annotated RICO statute regarding awards of prejudgment interest on treble damages | 1.20 | 0.00 | 210 | 0 | Pre-judgment Interest. |
| Greene | 1964 | 150 | 11/17/2010 | RPM | PL | retrieve and review prejudgment interest cases, including Bingham v Zolt, Tri-Component | 0.80 | 0.00 | 140 | 0 | Pre-judgment Interest. |
| Greene | 1960 | 150 | 11/17/2010 | IJR | P | Collected materials forwarded from John Radice relating to issue of prejudgment interest under RICO | 0.70 | 0.00 | 298 | 0 | Pre-judgment Interest. |
| Greene | 1959 | 150 | 11/17/2010 | IJR | P | Reviewed email correspondence from John Radice and Lauren Barnes re: issue of prejudgment interest under RICO | 0.40 | 0.00 | 170 | 0 | Pre-judgment Interest. |
| Greene | 1962 | 150 | 11/17/2010 | IJR | P | Drafting email to John Radice re: availability to work on issue of prejudgment interest under RICO | 0.10 | 0.00 | 43 | 0 | Pre-judgment Interest. |

Exhibit E - Pfizer's Unsuccessful Contentions Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Greene | 1961 | 150 | 11/17/2010 | IJR | P | Drafting email to John Radice re: briefing schedule for issue of prejudgment interest under RICO | 0.10 | 0.00 | 43 | 0 | Pre-judgment Interest. |
| Barrett LG | 273 | 29 | 11/18/2010 | DB | P | Review email from Tom Sobol re Kaiser Interest Calculations update. | 0.20 | 0.00 | 125 | 0 | Pre-judgment Interest. |
| Greene | 1966 | 150 | 11/18/2010 | RPM | PL | research on prejudgment interest in RICO cases, case retrieval, including 1st, 2nd, 7th circuit cases | 3.80 | 0.00 | 665 | 0 | Pre-judgment Interest. |
| Greene | 1965 | 150 | 11/18/2010 | IJR | P | Legal research on issue of prejudgment interest under RICO | 3.20 | 0.00 | 1360 | 0 | Pre-judgment Interest. |
| Greene | 1967 | 150 | 11/18/2010 | RPM | PL | research re: prejudgment interest in RICO cases in district cases within 2nd circuit | 1.20 | 0.00 | 210 | 0 | Pre-judgment Interest. |
| G & E | 97 | 12 | 11/19/2010 | LN | P | Attention to mediation statement; memo regarding interest. | 3.40 | 0.00 | | 0 | Pre-judgment Interest, Settlement and Mediation. |
| Greene | 1968 | 150 | 11/19/2010 | IJR | P | Phone conference with John Radice to discuss motion for entry of judgment and issue of prejudgment interest on RICO | 0.70 | 0.28 | 298 | 97 | Legitimate Work, Pre-judgment Interest |
| Greene | 1969 | 150 | 11/19/2010 | IJR | P | Legal research on prejudgment interest in RICO, and review of cases from 1st, 2d, 7th and 9th Cirs. | 4.50 | 0.00 | 1913 | 0 | Pre-judgment Interest. |
| Greene | 1970 | 150 | 11/19/2010 | IJR | P | Office conference with Ryan Morrison re: issue of prejudgment interest under RICO | 0.30 | 0.00 | 128 | 0 | Pre-judgment Interest. |
| Greene | 1972 | 151 | 11/19/2010 | RPM | PL | research on prejudgment interest determinations in recent Saris decisions | 1.40 | 0.00 | 245 | 0 | Pre-judgment Interest. |
| Greene | 1971 | 151 | 11/19/2010 | RPM | PL | conference with Ilyas Rona on prejudgment interest research and planning | 0.30 | 0.00 | 53 | 0 | Pre-judgment Interest. |
| G & E | 103 | 13 | 11/22/2010 | PBA | A | Research re post judgment interest; began drafting insert for mediation re post judgment interest; reviewed memorandum re UCL attorney fee request; reviewed updated mediation brief/memorandum | 7.90 | 0.00 | | 0 | UCL, Pre-judgment Interest, Settlement and Mediation. |
| Greene | 1973 | 151 | 11/22/2010 | RPM | PL | research on prejudgment interest, compensatory nature of RICO treble damages | 1.60 | 0.00 | 280 | 0 | Pre-judgment Interest. |
| Greene | 1974 | 151 | 11/22/2010 | RPM | PL | review of spring bench memo regarding prejudgment interest | 1.10 | 0.00 | 193 | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|----------------|
| Barrett LG | 274 | 29 | 11/23/2010 | DB | P | Phone call to Linda Nussbaum re fees and interest in the Kaiser trial. | 0.50 | 0.18 | 313 | 62 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 109 | 13 | 11/23/2010 | PBA | A | Reviewed draft mediation statement and emailed suggested changes to J. Radice; additional research re post judgment interest | 4.10 | 0.00 | | 0 | Pre-judgment Interest, Settlement and Mediation. |
| Greene | 1975 | 151 | 11/23/2010 | IJR | P | Performed legal research on prejudgment interest and RICO | 4.80 | 0.00 | 2040 | 0 | Pre-judgment Interest. |
| Greene | 1977 | 151 | 11/24/2010 | RPM | PL | research prejudgment interest in RICO cases, from monographs | 2.40 | 0.00 | 420 | 0 | Pre-judgment Interest. |
| Greene | 1978 | 151 | 11/24/2010 | RPM | PL | research on Supreme Court cases that could have bearing on our prejudgment interest arguments, including PacifiCare | 1.70 | 0.00 | 298 | 0 | Pre-judgment Interest. |
| Greene | 1976 | 151 | 11/24/2010 | RPM | PL | review spring memoranda on prejudgment interest re: RICO treble damages, also memo from Sobol's office on topic | 1.20 | 0.00 | 210 | 0 | Pre-judgment Interest. |
| G & E | 115 | 13 | 11/26/2010 | LN | P | Read memo regarding interest and trebling; attention to preparation for mediation; emails regarding Barrett | 2.70 | 0.48 | | 167 | Pre-judgment Interest, Settlement and Mediation, Conferencing. |
| G & E | 120 | 14 | 11/29/2010 | PBA | A | Research re attorneys' fees and post judgment interest | 3.20 | 0.85 | | 212 | Pre-judgment Interest, Fee Petition. |
| Greene | 1979 | 151 | 11/29/2010 | IJR | P | Drafting motion for prejudgment interest | 5.80 | 0.00 | 2465 | 0 | Pre-judgment Interest. |
| Greene | 1981 | 151 | 11/29/2010 | RPM | PL | meeting with Ilyas Rona regarding bearing of Supreme Court cases on prejudgment interest motion | 0.40 | 0.00 | 70 | 0 | Pre-judgment Interest. |
| Greene | 1980 | 151 | 11/29/2010 | IJR | P | Office conference with Ryan Morrison re: legal research on prejudgment interest under RICO and Supreme Court cases | 0.40 | 0.00 | 170 | 0 | Pre-judgment Interest. |
| G & E | 126 | 14 | 12/2/2010 | JDR | A | Calls regarding and work on interest briefing and appeal issues. | 2.30 | 1.22 | | 305 | Legitimate Work, Pre-judgment Interest, Conferencing |
| Greene | 1982 | 151 | 12/2/2010 | IJR | P | Performed legal research on compensatory nature of RICO | 2.10 | 0.00 | 893 | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|----------------|
| Greene | 1984 | 151 | 12/3/2010 | IJR | P | Editing, revising, and reviewing additional cases for motion for prejudgment interest | 7.30 | 0.00 | 3103 | 0 | Pre-judgment Interest. |
| Greene | 1983 | 151 | 12/3/2010 | IJR | P | Phone conference with John Radice on status of prejudgment interest memo | 0.10 | 0.00 | 43 | 0 | Pre-judgment Interest. |
| Greene | 1987 | 152 | 12/3/2010 | RPM | PL | review, begin editing draft of prejudgmen interest motion | 2.10 | 0.00 | 368 | 0 | Pre-judgment Interest. |
| Greene | 1985 | 152 | 12/3/2010 | IJR | P | Performed legal research on prejudgment interest and RICO | 1.80 | 0.00 | 765 | 0 | Pre-judgment Interest. |
| Greene | 1988 | 152 | 12/3/2010 | RPM | PL | conference with Ilyas Rona regarding review of prejudgment interest motion draft, focus on organization | 0.50 | 0.00 | 88 | 0 | Pre-judgment Interest. |
| Greene | 1986 | 152 | 12/3/2010 | IJR | P | Office conference with Ryan Morrison re: status of draft motion on issue of prejudgment interest under RICO | 0.50 | 0.00 | 213 | 0 | Pre-judgment Interest. |
| Greene | 1989 | 152 | 12/4/2010 | RPM | PL | review, edit draft of prejudgment interest motion, supplemental research | 3.30 | 0.00 | 578 | 0 | Pre-judgment Interest. |
| Greene | 1991 | 152 | 12/5/2010 | RPM | PL | review, edit draft of prejudgment interest motion, supplemental research, draft new section on SCOTUS cases | 5.00 | 0.00 | 875 | 0 | Pre-judgment Interest. |
| Greene | 1990 | 152 | 12/5/2010 | IJR | P | Reviewed and made edits to draft motion for prejudgment interest | 2.50 | 0.00 | 1063 | 0 | Pre-judgment Interest. |
| Greene | 1992 | 152 | 12/6/2010 | IJR | P | Revising and editing motion for prejudgment interest | 6.20 | 0.00 | 2635 | 0 | Pre-judgment Interest. |
| Greene | 1997 | 152 | 12/6/2010 | RPM | PL | review, edit draft of prejudgment motion to send to Radice in concert with Ilyas Rona | 4.40 | 0.00 | 770 | 0 | Pre-judgment Interest. |
| Greene | 1998 | 152 | 12/6/2010 | RPM | PL | draft new section of prejudgment interest motion regarding discretion of federal courts to award prejudgment interest and how federal courts have quantified interest | 0.80 | 0.00 | 140 | 0 | Pre-judgment Interest. |
| Greene | 1996 | 152 | 12/6/2010 | RPM | PL | conference with Ilyas Rona regarding my edits, suggestions re: prejudgment interest motion | 0.30 | 0.00 | 53 | 0 | Pre-judgment Interest. |
| Greene | 1995 | 152 | 12/6/2010 | IJR | P | Office conference with Ryan Morrison re: draft motion for prejdugment interest under RICO | 0.30 | 0.00 | 128 | 0 | Pre-judgment Interest. |
| Greene | 1999 | 153 | 12/6/2010 | RPM | PL | citation checking on prejudgment interest motion | 1.00 | 0.00 | 175 | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 130 | 14 | 12/7/2010 | JDR | A | Work regarding interest briefing; call with GMA regarding same. | 2.60 | 0.00 | | 0 | Pre-judgment Interest. |
| Greene | 2000 | 153 | 12/7/2010 | IJR | P | Further revisions and edits to draft motion for prejudgment interest under RICO | 5.20 | 0.00 | 2210 | 0 | Pre-judgment Interest. |
| Greene | 2002 | 153 | 12/7/2010 | RPM | PL | review, edit prejudgment interest motion, changes to be reconciled with master version | 4.10 | 0.00 | 718 | 0 | Pre-judgment Interest. |
| Greene | 2001 | 153 | 12/7/2010 | RPM | PL | brief review of Porto v Tewksbury and possible import on prejudgment interest motion | 0.30 | 0.00 | 53 | 0 | Pre-judgment Interest. |
| G & E | 131 | 14 | 12/8/2010 | JDR | A | Drafting regarding interest brief; calls and emails regarding same. | 5.80 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 132 | 14 | 12/8/2010 | PBA | A | Research re: interest of RICO claims; revisions to brief in support of motion for treble damages and interest | 5.10 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 133 | 14 | 12/8/2010 | PBA | A | Edits and revisions to brief in support of motion for treble damages and interest | 3.10 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 134 | 14 | 12/8/2010 | RS | A | Review and revise memorandum in support of motion for trebled damages and prejudgment interest; calls to/from J. Radice, P. Andrews re same | 1.20 | 0.00 | | 0 | Pre-judgment Interest. |
| Greene | 2004 | 153 | 12/8/2010 | RPM | PL | reconciliation suggestions for our newer edits to prejudgment interest motion, edit and review other changes | 2.90 | 0.00 | 508 | 0 | Pre-judgment Interest. |
| Greene | 2003 | 153 | 12/8/2010 | IJR | P | Per request of John Radice, made table indicating which cases awarded single interest and which cases awarded treble interest | 2.70 | 0.00 | 1148 | 0 | Pre-judgment Interest. |
| Barrett LG | 279 | 29 | 12/9/2010 | DB | P | Review email from Lauren Barnes, Tom Sobol, John Radice , Ilyas Rona re Neurontin prejudgment interest cases. and MIL in Support of Motion for Trebled Damages and Prejudgment (.2) | 0.20 | 0.00 | 150 | 0 | Pre-judgment Interest. |
| G & E | 138 | 14 | 12/9/2010 | JDR | A | Drafting and revising interest brief; multiple calls and emails regarding same. | 7.50 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 135 | 14 | 12/9/2010 | RS | A | Review and revise memorandum in support of motion for trebled damages and prejudgment interest; numerous calls to/from J. Victor, J. Radice re same | 7.40 | 0.00 | | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------|--------|------|--------|------|-----------|-------|--------|---------|---------|----------------|
| G & E | 136 | 14 | 12/9/2010 | PBA | A | Revisions and edits to brief in support of motion for treble damages; drafted motion and proposed order | 6.20 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 137 | 14 | 12/9/2010 | BS | PL | Cite-checked brief | 4.20 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 139 | 15 | 12/9/2010 | LN | P | Review of final of brief on interest and send to client. | 2.10 | 0.00 | | 0 | Pre-judgment Interest. |
| Greene | 2006 | 153 | 12/9/2010 | IJR | P | Re-reviewed criticized cases and responded to emails of Tom Sobol and Lauren Barnes re: same | 1.80 | 0.00 | 765 | 0 | Pre-judgment Interest. |
| Greene | 2007 | 153 | 12/9/2010 | RPM | PL | brief edit reconciliation with master version of prejudgment interest motion | 1.10 | 0.00 | 193 | 0 | Pre-judgment Interest. |
| Greene | 2005 | 153 | 12/9/2010 | IJR | P | Edits to and reconciliation of competing draft motions for prejudgment interest under RICO | 1.10 | 0.00 | 468 | 0 | Pre-judgment Interest. |
| Greene | 2008 | 153 | 12/9/2010 | RPM | PL | review of objections made by T Sobol to case citations in prejudgment interest motion | 0.60 | 0.00 | 105 | 0 | Pre-judgment Interest. |
| Greene | 2009 | 153 | 12/9/2010 | RPM | PL | review Horborg case for defense of its use in prejudgment interest motion | 0.50 | 0.00 | 88 | 0 | Pre-judgment Interest. |
| Hagens | 580 | 53 | 12/9/2010 | LGB | P | Review cases cited in draft memo for trebling and prejudgment interest for the proposition that courts routinely award prejudgment interest under RICO; draft memo and discuss same with TMS; follow-up review/discussions with co-counsel re. same. | 3.50 | 0.00 | 1225 | 0 | Pre-judgment Interest. |
| G & E | 143 | 15 | 12/10/2010 | CAN | PL | Prepare for and file motion for prejudgment interest | 8.00 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 142 | 15 | 12/10/2010 | PBA | A | Edits and revisions to brief, motion and proposed order; coordinated edits from co-counsel; proofed for filing; assisted with final filing activities | 6.50 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 141 | 15 | 12/10/2010 | JDR | A | Finalize interest brief and declaration for filing. | 5.20 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 140 | 15 | 12/10/2010 | LN | P | Attention to finals regarding interest briefs and edits from Mita Millares. | 1.30 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 144 | 15 | 12/10/2010 | REW | PL | Check tables in brief | 0.50 | 0.00 | | 0 | Pre-judgment Interest. |
| Greene | 2010 | 153 | 12/10/2010 | IJR | P | Reviewed final draft and made final edits to motion for prejudgment interest | 1.70 | 0.00 | 723 | 0 | Pre-judgment Interest. |
| Greene | 2011 | 154 | 12/10/2010 | RPM | PL | final review of master version of prejudgment interest motion to be filed later in the day | 0.60 | 0.00 | 105 | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 281 | 29 | 12/26/2010 | DB | P | Review several correspondence withTom Sobol, Linda Nussbaum, John Radice re fees, interest and damages.; Discuss RICO fee issues with counsel; call with Tom Sobol and John Radice re same. | 1.00 | 0.35 | 750 | 124 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 153 | 15 | 12/26/2010 | LN | P | Read defendant's opposition to Motion for interest; notes | 1.50 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 155 | 15 | 12/27/2010 | KM | A | Review of Plaintiff Kaiser's motion for trebled damages, prejudgment interest on RICO damages, and prejudgment interest on UCL damages; review of Defendant Pfizer's opposition to Kaiser's motion; legal research on federal court allowance of interest on RICO damages; began composing part of reply brief for Kaiser. | 8.00 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 156 | 15 | 12/28/2010 | KM | A | Legal research on RICO damages, prejudgment interest; composition of reply brief. | 9.00 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 157 | 15 | 12/29/2010 | KM | A | Legal research on RICO damages, prejudgment interest; composition of reply brief. | 8.00 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 159 | 15 | 12/29/2010 | RS | A | Review defendants' memorandum and affidavit in opposition to motion for prejudgment interest; review of case law and related filings re same | 1.90 | 0.00 | | 0 | Pre-judgment Interest. |
| Barrett LG | 282 | 29 | 12/30/2010 | DB | P | Work on strategy for the Reply Brief; Phone call with Tom Sobol re same. ; Review depo transcripts for Wityk Varnum; Review email from Linda Nussbaum and Tom Sobol re reply Brief | 0.80 | 0.00 | 600 | | Pre-judgment Interest. |
| G & E | 160 | 15 | 12/30/2010 | KM | A | Minor revisions to draft of reply brief; emails with co-counsel on factual elements; review of Dr. Hartman's interest calculations. | 2.50 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 161 | 16 | 12/30/2010 | LN | P | Work on reply to interest brief. | 0.80 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 163 | 16 | 1/3/2011 | KM | A | Emails with co-counsel and J. Radice on reply brief project; updated and revised draft of reply brief, incorporating new legal research and composing new segments on interest calculations and expert testimony. | 6.00 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 162 | 16 | 1/3/2011 | JDR | A | Research and drafting regarding reply regarding interest. | 2.40 | 0.00 | | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|----------------|
| Barrett LG | 283 | 29 | 1/4/2011 | DB | P | Conf. call with Tom Sobol and Tom Greene re Linda Nussbaum, attorneys fees, interest. | 0.50 | 0.18 | 375 | 62 | Pre-judgment Interest, Conferencing, Fee Petition. |
| G & E | 164 | 16 | 1/4/2011 | KM | A | Emails with J. Radice on reply brief project. | 0.20 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 165 | 16 | 1/4/2011 | JDR | A | Calls, emails, and work regarding interest reply. | 2.90 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 167 | 16 | 1/5/2011 | KM | A | Substantially overhauled reply brief structure; new legal research to distinguish defendants' cases more clearly; composed new draft of brief; meetings and calls with P. Andrews and J. Radice. | 7.50 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 168 | 16 | 1/5/2011 | PBA | A | Conference call with K. McGee and J. Radice re: reply brief; reviewed defendants response to motion for treble damages; prepare for reply; began research of issues | 3.60 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 169 | 16 | 1/5/2011 | PBA | A | Continued review of defendants cases cited in response to motion for treble damages | 3.10 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 166 | 16 | 1/5/2011 | JDR | A | Calls, emails, and work on reply brief; work with experts regarding same | 2.70 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 172 | 16 | 1/6/2011 | KM | A | Legal research and writing of reply brief, incorporating comments of co-counsel; meetings with P. Andrews on revisions. | 8.00 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 170 | 16 | 1/6/2011 | PBA | A | Research for reply; continued review of defendants case law and new cases discovered in additional research | 3.90 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 171 | 16 | 1/6/2011 | PBA | A | Research for reply; continued review of defendants case law and new cases discovered in additional research | 3.10 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 173 | 16 | 1/7/2011 | KM | A | Meetings with P. Andrews on reply brief status; minor revisions to middle section (II-III) for clarity and accuracy of argument in favor of prejudgment interest on entire RICO award. | 3.50 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 174 | 16 | 1/7/2011 | PBA | A | Revisions and research for reply brief for trebled damages | 7.50 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 175 | 16 | 1/8/2011 | JDR | A | Continuing work on reply interest brief; research and emails regarding same. | 2.80 | 0.00 | | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 177 | 16 | 1/9/2011 | KM | A | Composed segment for reply brief distinguishing every non-RICO damages case defendants cited. | 2.50 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 176 | 16 | 1/9/2011 | JDR | A | Drafting and editing reply brief. | 3.00 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 178 | 16 | 1/10/2011 | KM | A | Proofread reply brief and made grammatical/punctuation changes for clarity; updated missing pincites. | 1.50 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 179 | 16 | 1/10/2011 | JDR | A | Continuing drafting on interest briefing; calls and emails regarding same. | 8.20 | 0.00 | | 0 | Pre-judgment Interest. |
| Greene | 2014 | 154 | 1/10/2011 | IJR | P | Reviewing and editing draft reply in support of motion for prejudgment interest | 2.50 | 0.00 | 1063 | 0 | Pre-judgment Interest. |
| G & E | 180 | 16 | 1/11/2011 | JDR | A | Finalize and file reply brief regarding interest; research regarding same. | 5.90 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 181 | 17 | 1/11/2011 | REW | PL | Paralegalize, prepare and file brief | 5.50 | 0.00 | | 0 | Pre-judgment Interest. |
| Greene | 2017 | 154 | 1/11/2011 | IJR | P | Editing and revising draft reply in support of motion for prejudgment interest | 6.20 | 0.00 | 2635 | 0 | Pre-judgment Interest. |
| Greene | 2019 | 154 | 1/11/2011 | RPM | PL | case research for final draft of reply on RICO interest | 2.30 | 0.00 | 403 | 0 | Pre-judgment Interest. |
| Greene | 2018 | 154 | 1/11/2011 | RPM | PL | phone conference with Ilyas Rona and John Radice re: reply in support of motion for prejudgment interest | 0.40 | 0.00 | 70 | 0 | Pre-judgment Interest. |
| Greene | 2016 | 154 | 1/11/2011 | IJR | P | Phone conference with John Radice and Ryan Morrison re: reply in support of motion for prejudgment interest | 0.40 | 0.00 | 170 | 0 | Pre-judgment Interest. |
| Greene | 2015 | 154 | 1/11/2011 | IJR | P | Phone conference with John Radice re: reply in support of motion for prejudgment interest | 0.10 | 0.00 | 43 | 0 | Pre-judgment Interest. |
| Hagens | 584 | 53 | 1/11/2011 | LGB | P | Review draft reply re. prejudgment interest and trebling and provide feedback. | 1.00 | 0.00 | 350 | 0 | Pre-judgment Interest. |
| Hagens | 585 | 54 | 1/12/2011 | TMS | P | Work on post-verdict motions relating to interest and entry of judgment | 2.25 | 0.81 | 1350 | 282 | Legitimate Work, Pre-judgment Interest, Non-Contemporaneous |
| G & E | 182 | 17 | 1/17/2011 | LN | P | Work with brief; appellate issues. | 1.10 | 0.44 | | 153 | Legitimate Work, Pre-judgment Interest |
| G & E | 185 | 17 | 1/18/2011 | KM | A | Reviewed defendants' sur-reply; composed motion to strike defendants' motion for leave to file sur-reply. | 3.50 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|
| G & E | 183 | 17 | 1/18/2011 | JDR | A | Review defendants' surreply; research and drafting regarding the same; multiple revisions; emails regarding same. | 3.80 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 184 | 17 | 1/18/2011 | RS | A | Review motion to file sur reply and related papers | 0.40 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 186 | 17 | 1/18/2011 | LC | PL | Profiled newly filed court filings | 0.10 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 188 | 17 | 1/19/2011 | JDR | A | Draft and revise opposition to surreply; discuss and file same; get fees project started. | 2.10 | 0.56 | | 139 | Pre-judgment Interest, Fee Petition. |
| G & E | 187 | 17 | 1/19/2011 | REW | PL | Proofread and file brief; draft COS; prepare courtesy copy to judge | 0.50 | 0.00 | | 0 | Pre-judgment Interest. |
| Hagens | 586 | 54 | 1/27/2011 | TMS | P | Work on post-verdict motions relating to interest and entry of judgment | 2.25 | 0.81 | 1350 | 282 | Legitimate Work, Pre-judgment Interest, Non-Contemporaneous |
| G & E | 192 | 17 | 1/28/2011 | JDR | A | Review and emails regarding interest order, fees briefing. | 1.60 | 0.42 | | 106 | Pre-judgment Interest, Fee Petition. |
| G & E | 193 | 17 | 1/28/2011 | LN | P | Read court order; e-mails regarding same | 0.80 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 191 | 17 | 1/28/2011 | RS | A | Review order re damages and interest | 0.20 | 0.00 | | 0 | Pre-judgment Interest. |
| Hagens | 587 | 54 | 1/28/2011 | KJP | A | Review order allowing interest under UCL and denying prejudgment interest; discuss next steps and briefing deadlines with co-counsel. | 0.25 | 0.00 | 63 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous. |
| Lieff | 382 | 26 | 1/28/2011 | SELTZ, DANIEL | P | Review order re interest and tolling. | 0.20 | 0.00 | | 0 | Pre-judgment Interest. |
| Shapiro | 160 | 28 | 1/28/2011 | Shapiro, Thomas | P | Study order on treble damages | 0.20 | 0.00 | 170 | 0 | Pre-judgment Interest, ECF Review . |
| G & E | 194 | 17 | 1/31/2011 | LN | P | Attention to issues regarding court order; client memo. | 0.80 | 0.32 | | 111 | Legitimate Work, Pre-judgment Interest |
| G & E | 197 | 17 | 1/31/2011 | JV | A | Proposed judgment: drafted proposed judgment for John Radice | 4.50 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 195 | 17 | 1/31/2011 | JDR | A | Drafting and revisions to proposed judgment; research and emails regarding same. | 1.80 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 196 | 17 | 1/31/2011 | JV | A | Work on proposed order | 0.70 | 0.00 | | 0 | Pre-judgment Interest. |
| Greene | 2021 | 154 | 1/31/2011 | IJR | P | Reviewed Judge Saris decision on predugment interest | 0.10 | 0.00 | 43 | 0 | Pre-judgment Interest. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 198 | 17 | 2/1/2011 | JDR | A | Continuing work on judgment draft; research regarding standing issue and arguments for Hospitals and Health Plan. | 3.80 | 0.00 | | 0 | UCL, Pre-judgment Interest. |
| G & E | 199 | 17 | 2/1/2011 | LN | P | Work with proposed judgment | 1.50 | 0.00 | | 0 | Pre-judgment Interest. |
| Greene | 2022 | 154 | 2/1/2011 | IJR | P | Reviewed and made edits to draft Judgment | 0.40 | 0.00 | 170 | 0 | Pre-judgment Interest. |
| Kellogg | 29 | 22 | 2/1/2011 | DCF | P | Confer with M. Cohen; review form of judgment; multiple emails exchanges with co-counsel regarding form. | 1.25 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| Kellogg | 30 | 22 | 2/1/2011 | CJW2 | A | Review and comment on draft final judgment order. | 0.30 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 201 | 17 | 2/2/2011 | JDR | A | Work on judgment; emails; calls; research regarding same. | 2.80 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 200 | 17 | 2/2/2011 | LN | P | Attention to proposed order; speak with Mitch Cohen regarding same; work regarding judgment. | 2.30 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 203 | 17 | 2/3/2011 | LN | P | Attention to final judgment and research regarding fees; work with draft documents from Skadden Arps | 1.30 | 0.34 | | 121 | Pre-judgment Interest, Fee Petition. |
| G & E | 202 | 17 | 2/3/2011 | JDR | A | Continuing work on judgment; calls with defendants regarding same; research dual cases. | 2.10 | 0.00 | | 0 | Pre-judgment Interest. |
| Kellogg | 31 | 22 | 2/3/2011 | DCF | P | Review final judgment drafts; confer with co-counsel. | 0.50 | 0.00 | | 0 | Pre-judgment Interest, Non-Contemporaneous. |
| G & E | 205 | 17 | 2/4/2011 | JDR | A | Finalize and file proposed judgment; multiple calls and emails regarding same; draft motion for same. | 3.10 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 204 | 17 | 2/4/2011 | LN | P | Work with draft form of judgment; entry of judgment; various drafts of same | 1.50 | 0.00 | | 0 | Pre-judgment Interest. |
| G & E | 216 | 18 | 3/7/2011 | LN | P | Follow-up regarding judgment; read class motion to amend | 3.50 | 1.39 | | 487 | Legitimate Work, Pre-judgment Interest |
| G & E | 222 | 18 | 3/11/2011 | JDR | A | Gather material for Mitch and send same; work with defendants and co-counsel regarding judgment and fees briefing. | 4.80 | 2.55 | | 636 | Legitimate Work, Pre-judgment Interest, Fee Petition |

Exhibit E - Pfizer's Unsuccessful Contentions Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 288 | 30 | 3/24/2011 | DB | P | Review several emails from John Radice, Tom Greene, Tom Sobol, Linda Nussbaum re conf. call schedule to discuss assignments ; Review Motion and Memo in Support of New Trial and to Re-Open Evidence or, to Alter or Amend Judgment ; telephone call with Tom Greene re same.; Memo to John Radice re Kaiser PEC'S contributions Conf. call with Linda Nussbaum re fees and interest | 1.90 | 0.76 | 1425 | 265 | Post-Judgment Motions, Pre-judgment Interest, Conferencing, Fee Petition. |
| Barrett LG | 297 | 30 | 5/6/2011 | DB | P | Call to Tom Greene re Kaiser settlement ; 2 calls with Tom Sobol re same; Review several emails from Tom Greene, Tom Sobol, John Radice re fees, interests and expenses-Kaiser | 1.00 | 0.27 | 750 | 93 | Pre-judgment Interest, Settlement and Mediation, Conferencing, Fee Petition. |
| Barrett LG | 299 | 30 | 5/9/2011 | DB | P | Review Memo in Support re Motion for Interim Award of Common Benefit Expenses.; Phone call with Tom Greene and Tom Sobol re expenses interests and Kaiser Fee Agreement; Review email from Daniel Seltz, Kristin Johnson Parke re proposed Judgment. | 0.70 | 0.19 | 525 | 65 | Pre-judgment Interest, Fee Petition. |
| G & E | 632 | 36 | 6/3/2013 | PB | A | Attention to resolution of matter with respect to payment of judgment, pre-judgment interest; internal and client communications regarding same; attention to fee application; prepare briefing stipulation regarding same; review file regarding same; internal and opposing counsel communications regarding same; prepare fee motion; internal communications regarding same. | 5.70 | 3.02 | | 756 | Legitimate Work, Pre-judgment Interest, Fee Petition |
| Totals | | | | | | | 751.40 | 86.89 | | 24387 | |