# EXHIBIT F

Exhibit F - Pfizer's Settlement and Mediation Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cohen | 397 | 15 | 10/19/2006 | Nussbaum, Linda | P | Follow up re: client affidavit and mediation letter' | 0.75 | 0.30 | 480 | 104 | Legitimate Work, Settlement and Mediation |
| Kaplan | 1450 | 88 | 9/21/2009 | LN | P | Work regarding possible mediation | 1.25 | 0.00 | | 0 | Settlement and Mediation. |
| Barrett LG | 14 | 7 | 12/1/2009 | DB | P | Review email from Danny Becnel and Tom Greene re settlement and fees | 0.20 | 0.00 | 125 | 0 | Client Relations, Settlement and Mediation, Trial Work. |
| Barrett LG | 16 | 7 | 12/4/2009 | DB | P | Review several emails t/f James Dugan, Doug Plymale , Tom Greene, Tom Sobol; re Kaiser Trial ; Phone call with Tom Greene re settlement issues and finances. | 1.40 | 0.20 | 875 | 69 | Client Relations, Settlement and Mediation, Conferencing, Trial Work. |
| Barrett LG | 154 | 19 | 3/9/2010 | DB | P | Memo to Mitchell Cohen re settlement issues and status of trial. | 0.50 | 0.16 | 313 | 56 | Legitimate Work, Settlement and Mediation, Trial Work |
| Nussbaum | 3 | 5 | 6/11/2010 | JDR | P | Research mediators; calls with same; multiple emails re same; research re fee briefing; letters re: case status and lit fund; call with Rueben re Glenn McDermott and facts of case Lyrica case and re Ntn | 3.50 | 2.01 | 2188 | 704 | Legitimate Work, Settlement and Mediation, Fee Petition, Non-Core |
| Nussbaum | 44 | 6 | 6/11/2010 | LPN | P | Speak with Cheffo; attend to posting of bond; attend to mediations; research various mediators | 0.50 | 0.20 | 413 | 70 | Legitimate Work, Settlement and Mediation |
| Nussbaum | 4 | 5 | 6/12/2010 | JDR | P | Research re fee application; final judgment; meidators; multiple emials regarding same | 2.75 | 1.46 | 1719 | 511 | Legitimate Work, Settlement and Mediation, Fee Petition |
| Nussbaum | 45 | 6 | 6/12/2010 | LPN | P | Attend to possible mediator; mediator candidate, etc | 2.00 | 0.00 | 1650 | 0 | Settlement and Mediation. |
| Nussbaum | 6 | 5 | 6/14/2010 | JDR | P | Emails with Cheffo re mediator; continuing research re same; discuss with Linda; followup re T&E and fee briefing | 2.25 | 0.60 | 1406 | 209 | Settlement and Mediation, Fee Petition. |
| Nussbaum | 15 | 5 | 6/28/2010 | JDR | P | Dismiss mediation strategy with Linda; time review; alt damages/award scenarios; research re same | 2.25 | 0.80 | 1406 | 278 | Settlement and Mediation, Conferencing, Fee Petition. |
| Nussbaum | 57 | 6 | 6/29/2010 | LPN | P | Attend to Vioxx decision; attend to bond issue;s speak with Cheffo; attend to mediation | 2.50 | 0.99 | 2063 | 348 | Legitimate Work, UCL, Settlement and Mediation |
| Nussbaum | 69 | 6 | 7/30/2010 | LPN | P | Speak with Mitch; followups re bond; deps of Kaiser doctors and mediation | 3.25 | 1.29 | 2681 | 452 | Legitimate Work, Settlement and Mediation |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nussbaum | 29 | 5 | 8/4/2010 | JDR | P | Continue dealing with time and expense issues; mediation sceduling | 2.25 | 0.60 | 1406 | 209 | Settlement and Mediation, Fee Petition. |
| Nussbaum | 74 | 6 | 8/11/2010 | LPN | P | Speak Cheffo; attend to fraud, mediations; receitp law issues | 2.25 | 0.90 | 1856 | 313 | Legitimate Work, Settlement and Mediation |
| Barrett LG | 255 | 27 | 9/29/2010 | DB | P | Conf call with Tom Greene, Linaris Casillas, Tom Sobol re status of invoices and settlement- fees etc. | 1.00 | 0.35 | 625 | 124 | Settlement and Mediation, Conferencing, Fee Petition. |
| Barrett LG | 256 | 27 | 10/1/2010 | DB | P | Phone call with Tom Sobol/Tom Greene re status of settlement; Review email from Linda Nussbaum re withdrawal notices. | 1.10 | 0.00 | 688 | 0 | Client Relations, Settlement and Mediation. |
| Barrett LG | 262 | 28 | 10/22/2010 | DB | P | Phone call from Tom Greene re finances and settlement issues. | 0.30 | 0.12 | 188 | 42 | Legitimate Work, Settlement and Mediation |
| G & E | 15 | 8 | 10/22/2010 | JDR | A | Discuss damages analysis project with Matt. | 0.40 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 17 | 8 | 10/23/2010 | MM | A | Reviewed filings and trial testimony. Developed damages models for settlement discussions. | 9.00 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 20 | 9 | 10/24/2010 | MM | A | Reviewed filings and trial testimony. Developed damages models for settlement discussions. | 8.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 21 | 9 | 10/25/2010 | MM | A | Reviewed filings and trial testimony. Developed damages models for settlement discussions. | 7.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 22 | 9 | 10/25/2010 | LN | P | Work with damages issues; read appellate decision | 1.70 | 0.68 | | 237 | Legitimate Work, Settlement and Mediation |
| G & E | 23 | 9 | 10/26/2010 | MM | A | Met with John Radice to discuss damages model for settlement discussions. | 0.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 24 | 9 | 10/26/2010 | JDR | A | Work through damages model; discuss with expert Ray Hartman. | 1.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 26 | 9 | 10/27/2010 | JDR | A | Review damages analysis; prepare for meeting tomorrow. | 1.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 30 | 9 | 11/2/2010 | JDR | A | Review and work on damages spreadsheet; call with Mitch Cohen regarding same and other settlement ideas; follow up regarding same | 2.60 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 31 | 9 | 11/2/2010 | MM | A | Prepared damages spreadsheet. | 0.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 32 | 9 | 11/3/2010 | MM | A | Prepared damages comparison spreadsheet. | 3.50 | 0.00 | | 0 | Settlement and Mediation. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 57 | 10 | 11/9/2010 | MM | A | Created a spreadsheet to attempt to replicate damages numbers awarded by Judge Saris and started a memorandum regarding same. | 6.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 60 | 11 | 11/10/2010 | LN | P | Various calls with Mark Cheffo, Mitch Cohen; Judge Politan; Tom Sobel, Hartman and experts; work regarding analysis of court opinion; interest issues; mediation | 4.70 | 2.18 | | 763 | Legitimate Work, UCL, Pre-judgment Interest, Settlement and Mediation, Conferencing |
| G & E | 62 | 11 | 11/10/2010 | MM | A | Completed memorandum and spreadsheet regarding damages; performed legal research regarding interest awarded under RICO and disaggregation of lump-sum damages. | 9.80 | 0.00 | | 0 | Pre-judgment Interest, Settlement and Mediation. |
| G & E | 68 | 11 | 11/11/2010 | JDR | A | Revisions to schedule; circulate to defendants; calls and emails regarding same; emails regarding pre-judgment briefing and mediation. | 3.30 | 1.31 | | 328 | Legitimate Work, Pre-judgment Interest, Settlement and Mediation |
| G & E | 71 | 11 | 11/12/2010 | SS | A | Draft case description | 0.40 | 0.00 | | 0 | Settlement and Mediation, Non-Contemporaneous. |
| G & E | 72 | 11 | 11/12/2010 | LN | P | Attention to mediation and revised schedule for court | 3.20 | 0.85 | | 297 | Settlement and Mediation, Non-Core. |
| G & E | 73 | 11 | 11/12/2010 | RS | A | Draft confidential mediation statement; additional legal research re enhancement of lodestar in fee-shifting cases | 8.20 | 2.17 | | 544 | Settlement and Mediation, Fee Petition. |
| G & E | 74 | 11 | 11/12/2010 | KF | P | Meeting with L. Nussbaum re: mediation | 0.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 76 | 11 | 11/13/2010 | LN | P | Read major opinions in case and class certification material in preparation for mediation. | 4.20 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 78 | 12 | 11/14/2010 | JDR | A | Work on database and mediation issues; read cases regarding same. | 2.70 | 0.00 | | 0 | Settlement and Mediation. |
| Barrett LG | 271 | 28 | 11/15/2010 | DB | P | Review email from Kenneth Fromson re Conf. call . re settlement and mediaiton | 0.10 | 0.00 | 63 | 0 | Settlement and Mediation. |
| G & E | 81 | 12 | 11/15/2010 | LN | P | Attention to damages issues; call with Mitch Cohen | 2.10 | 0.84 | | 292 | Legitimate Work, Settlement and Mediation |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 82 | 12 | 11/15/2010 | RS | A | Draft and revise confidential mediation statement; calls to/from J. Radice, J. Victor re same; review memoranda from T. Sobol re same | 5.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 84 | 12 | 11/16/2010 | LN | P | Prepare for call with Kaiser; call regarding same; attention to interest issues and mediation statement. | 3.10 | 1.23 | | 432 | Legitimate Work, Pre-judgment Interest, Settlement and Mediation |
| G & E | 86 | 12 | 11/16/2010 | JDR | A | Call with Mitch Cohen; work on damages analysis for mediation; discuss with L. Nussbaum. | 3.00 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 87 | 12 | 11/17/2010 | JDR | A | Revisions to mediation statement; fax same. | 1.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 88 | 12 | 11/17/2010 | LN | P | Work with mediation statement | 1.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 89 | 12 | 11/18/2010 | LN | P | Work with mediation statement | 3.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 90 | 12 | 11/18/2010 | JDR | A | Revisions to mediation statement. | 2.30 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 92 | 12 | 11/18/2010 | RS | A | Revise mediation statement, extensive review of filings in case; calls to/from L. Nussbaum, J. Radice re same | 5.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 93 | 12 | 11/19/2010 | RS | A | Revise mediation statement; calls to/from J. Radice re same | 2.80 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 96 | 12 | 11/19/2010 | JDR | A | Continuing drafting and revisions to mediation statement; calls with team regarding same. | 4.40 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 97 | 12 | 11/19/2010 | LN | P | Attention to mediation statement; memo regarding interest. | 3.40 | 0.00 | | 0 | Pre-judgment Interest, Settlement and Mediation. |
| G & E | 98 | 12 | 11/20/2010 | JDR | A | Drafting and revisions regarding mediation statement; emails regarding projects regarding same. | 5.60 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 99 | 12 | 11/21/2010 | JDR | A | Continuing work on mediation statement and research regarding same. | 3.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 100 | 13 | 11/21/2010 | LN | P | Work on draft mediation statement and memo for Mitch Cohen. | 4.30 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 102 | 13 | 11/22/2010 | KM | A | Drafted text for footnote 5 in mediation statement on attorneys' fees under the UCL; drafted main body insert on Kaiser's argument for attorneys' fees under the UCL for mediation statement; began legal research on lodestar adjustment in 1st Circuit for mediation statement. | 5.00 | 0.00 | | 0 | UCL, Settlement and Mediation, Non-Contemporaneous. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 103 | 13 | 11/22/2010 | PBA | A | Research re post judgment interest; began drafting insert for mediation re post judgment interest; reviewed memorandum re UCL attorney fee request; reviewed updated mediation brief/memorandum | 7.90 | 0.00 | | 0 | UCL, Pre-judgment Interest, Settlement and Mediation. |
| G & E | 105 | 13 | 11/22/2010 | LN | P | Work on mediation statement; select exhibits for mediation statement | 4.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 106 | 13 | 11/22/2010 | JDR | A | Continuing work on mediation statement; calls and emails with Mitch regarding same; research regarding same. | 5.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 107 | 13 | 11/23/2010 | JDR | A | Drafting, editing, and finalize mediation statement; call with defendants regarding same. | 4.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 108 | 13 | 11/23/2010 | LN | P | Finalize mediation statement and exhibits | 3.70 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 109 | 13 | 11/23/2010 | PBA | A | Reviewed draft mediation statement and emailed suggested changes to J. Radice; additional research re post judgment interest | 4.10 | 0.00 | | 0 | Pre-judgment Interest, Settlement and Mediation. |
| G & E | 110 | 13 | 11/23/2010 | KM | A | Proofread and made comments on draft of mediation statement; legal research on lodestar adjustment analyses. | 2.50 | 0.60 | | 149 | Settlement and Mediation, Fee Petition, Non-Contemporaneous. |
| G & E | 111 | 13 | 11/23/2010 | BS | PL | Cite-checked and proofread mediation statement | 4.50 | 0.00 | | 0 | Settlement and Mediation. |
| G & E | 113 | 13 | 11/24/2010 | RS | A | Review of mediation statement; calls to /from J. Radice re same; review recent Seventh Circuit decision re attorneys' fees | 2.80 | 0.74 | | 186 | Settlement and Mediation, Fee Petition. |
| G & E | 115 | 13 | 11/26/2010 | LN | P | Read memo regarding interest and trebling; attention to preparation for mediation; emails regarding Barrett | 2.70 | 0.48 | | 167 | Pre-judgment Interest, Settlement and Mediation, Conferencing. |
| G & E | 116 | 13 | 11/27/2010 | JDR | A | Call with Linda; emails with Mitch and Don; prepare for mediation. | 1.80 | 0.95 | | 239 | Legitimate Work, Settlement and Mediation, Conferencing |
| Barrett LG | 275 | 29 | 11/29/2010 | DB | P | Travel to New York for mediation with Linda Nussbaum, Mark Cheffo, et al re Kaiser; Review email from Tom Sobol re fees issues | 4.20 | 0.74 | 2625 | 260 | Travel, Settlement and Mediation, Fee Petition. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 121 | 14 | 11/29/2010 | JDR | A | Discuss mediation with L. Nussbaum and with J. Eisenhofer; prepare for same. | 1.70 | 0.00 |  | 0 | Settlement and Mediation. |
| Barrett LG | 276 | 29 | 11/30/2010 | DB | P | Prep for and attend mediation re Kaiser with LN and MC . | 8.60 | 0.00 | 5375 | 0 | Settlement and Mediation. |
| G & E | 122 | 14 | 11/30/2010 | JDR | A | Mediation with J Politan; prepare and follow-up regarding same. | 8.00 | 0.00 |  | 0 | Settlement and Mediation. |
| G & E | 123 | 14 | 11/30/2010 | LN | P | Preparation for and attend mediation | 8.50 | 0.00 |  | 0 | Settlement and Mediation. |
| Barrett LG | 280 | 29 | 12/19/2010 | DB | P | Discuss settlement issues and Fee petition with Tom Sobol and Linda Nussbaum; call with Tom Sobol and Tom Greene re same. | 0.80 | 0.28 | 600 | 99 | Settlement and Mediation, Conferencing, Fee Petition. |
| Barrett LG | 294 | 30 | 4/19/2011 | DB | P | Phone call to Tom Greene re same settlement | 0.40 | 0.00 | 300 | 0 | Settlement and Mediation. |
| Barrett LG | 297 | 30 | 5/6/2011 | DB | P | Call to Tom Greene re Kaiser settlement ; 2 calls with Tom Sobol re same; Review several emails from Tom Greene, Tom Sobol, John Radice re fees, interests and expenses-Kaiser | 1.00 | 0.27 | 750 | 93 | Pre-judgment Interest, Settlement and Mediation, Conferencing, Fee Petition. |
| Barrett LG | 309 | 31 | 9/19/2011 | DB | P | Travel to Boston for meetings to discuss experts, case strategy and settlement issues. | 9.20 | 3.66 | 6900 | 1281 | Legitimate Work, Travel, Settlement and Mediation |
| Barrett LG | 311 | 31 | 9/20/2011 | DB | P | Meet with Mike Tabb and Tom Sobol re settlement issues and strategy going forward | 2.00 | 0.53 | 1500 | 186 | Settlement and Mediation, Conferencing. |
| G & E | 539 | 32 | 8/1/2012 | LN | P | Prepare for conference call and participate in conference call with Kellogg Huber. | 2.30 | 0.00 |  | 0 | Settlement and Mediation. |
| Kellogg | 362 | 106 | 8/1/2012 | DCF | P | Confer with L. Nussbaum; confer with A. Deibert, re: settlement. | 1.30 | 0.00 |  | 0 | Settlement and Mediation, Non-Contemporaneous. |
| Radice | 19 | 5 | 8/1/2012 | JDR | P | various emails from David F about possible settlement discussion w Cheffo | 0.25 | 0.00 | 156 | 0 | Settlement and Mediation. |
| Barrett LG | 319 | 32 | 3/8/2013 | DB | P | Various TC with Tom Sobol, Tom Greene, and Elizabeth Cabraser re settlement | 1.50 | 0.00 | 1125 | 0 | Settlement and Mediation. |
| Barrett LG | 321 | 32 | 3/12/2013 | DB | P | Review Transcript of Aetna argument; Phone call with Tom Sobol re settlement issues. | 0.60 | 0.24 | 450 | 84 | Legitimate Work, Other Matters, Settlement and Mediation |
| Barrett LG | 342 | 34 | 5/23/2013 | DB | P | Prep and participate in a Conf. call with Tom Sobol, Tom Greene Linaris Casillas re fee issues and strategy for possible future settlement in this case. | 0.60 | 0.21 | 450 | 74 | Settlement and Mediation, Conferencing, Fee Petition. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 343 | 34 | 5/29/2013 | DB | P | Review and edit draft re; fee application; Discuss settlement strategy; Call with Tom Greene, Elizabeth Cabraser re same. | 0.90 | 0.24 | 675 | 84 | Settlement and Mediation, Fee Petition. |
| Totals | | | | | | | 265.95 | 28.17 | | 9282 | |