# EXHIBIT G

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shapiro | 71 | 24 | 11/8/2004 | Shapiro, Thomas | P | telephone conference with Eigerman; telephone conference with Nussbaum | 0.60 | 0.16 | 510 | 56 | Other Matters, Conferencing. |
| Shapiro | 72 | 24 | 11/10/2004 | Shapiro, Thomas | P | e-mail from Eigerman | 0.30 | 0.00 | 255 | 0 | Other Matters. |
| Shapiro | 73 | 24 | 11/11/2004 | Shapiro, Thomas | P | e-mail from Eigerman | 0.30 | 0.00 | 255 | 0 | Other Matters. |
| Shapiro | 76 | 24 | 11/19/2004 | Shapiro, Thomas | P | e-mail to Nussbaum; telephone conference with Eigerman | 0.40 | 0.07 | 340 | 25 | Other Matters, ECF Review , Conferencing. |
| Shapiro | 79 | 24 | 11/30/2004 | Shapiro, Thomas | P | study correspondence from Eigerman | 0.40 | 0.00 | 340 | 0 | Other Matters. |
| Cohen | 175 | 10 | 1/6/2005 | Sigelman, Daniel | A | Reviewed e-mails from Coren regarding allergenicity of palladium. | 0.25 | 0.00 | 125 | 0 | Other Matters. |
| Shapiro | 80 | 24 | 1/21/2005 | Shapiro, Thomas | P | study pleading filed by Tennessee counsel; e-mail to Nussbaum; study docket; e-mail from Nussbaum | 0.70 | 0.19 | 595 | 65 | Other Matters, Conferencing. |
| Shapiro | 81 | 24 | 1/28/2005 | Shapiro, Thomas | P | study correspondence received from Eigerman; e-mail to Eigerman | 0.30 | 0.05 | 255 | 19 | Other Matters, ECF Review , Conferencing. |
| Cohen | 287 | 13 | 2/10/2005 | Nussbaum, Linda | P | Speak w/Gibbons, Bemporad; work re outline. | 1.00 | 0.18 | 620 | 62 | Other Matters, Vague, Conferencing. |
| Shapiro | 84 | 24 | 2/17/2005 | Shapiro, Thomas | P | telephone conference with Nussbaum; telephone conference with Bemporad; study docket | 0.90 | 0.16 | 765 | 56 | Other Matters, ECF Review , Conferencing. |
| Shapiro | 86 | 25 | 2/22/2005 | Shapiro, Thomas | P | study motions and proposed CMOs; sent to co-counsel; telephone conference with Kaiser; telephone conference with Bemporad | 1.20 | 0.42 | 1020 | 149 | Other Matters, Conferencing, Non-Core. |
| Shapiro | 4 | 19 | 3/11/2005 | Hess-Mahan, Ted | A | e-mail correspondence; review class certification files | 0.80 | 0.21 | 520 | 53 | Other Matters, Conferencing. |
| Cohen | 298 | 13 | 3/21/2005 | Nussbaum, Linda | P | Work w/tolling agreement, etc. | 1.50 | 0.60 | 930 | 209 | Legitimate Work, Other Matters |
| Cohen | 300 | 13 | 3/28/2005 | Nussbaum, Linda | P | Speak w/Bemporad; conf. call w/steering comm. re brief; work, speak Sobol, Hummel | 3.25 | 1.72 | 2015 | 603 | Legitimate Work, Other Matters, Conferencing |
| Shapiro | 101 | 25 | 5/23/2005 | Shapiro, Thomas | P | study court order | 0.30 | 0.00 | 255 | 0 | Other Matters, ECF Review , Vague. |

Exhibit G - Pfizer's Other Matters Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shapiro | 102 | 25 | 5/26/2005 | Shapiro, Thomas | P | study court order | 0.30 | 0.00 | 255 | 0 | Other Matters, ECF Review , Vague. |
| Cohen | 507 | 17 | 7/11/2005 | Kaiser , Justine | A | Send documents to R. Bemporad in prep. for motion to dismiss hearing. | 0.75 | 0.27 | 221 | 66 | Other Matters, Conferencing, Non-Core. |
| Shapiro | 118 | 26 | 8/9/2005 | Shapiro, Thomas | P | study class certification pleadings and pleadings re request for admission; study magistrate's order | 0.70 | 0.00 | 595 | 0 | Other Matters, ECF Review . |
| Cohen | 343 | 14 | 12/20/2005 | Nussbaum, Linda | P | Attend to Hardin responses | 0.75 | 0.00 | 465 | 0 | Other Matters. |
| Cohen | 346 | 14 | 2/3/2006 | Nussbaum, Linda | P | Call with other opt-outs and the class counsel | 1.25 | 0.66 | 800 | 232 | Legitimate Work, Other Matters, Conferencing |
| Shapiro | 121 | 26 | 2/23/2006 | Shapiro, Thomas | P | e-mail from/to Olson & Bemporad re pending motion | 0.50 | 0.00 | 425 | 0 | UCL, Other Matters. |
| Shapiro | 124 | 27 | 3/1/2006 | Shapiro, Thomas | P | study e-mail re; filing brief and appendix; study draft brief; e-mails from/to Bemporad | 0.90 | 0.32 | 765 | 111 | Other Matters, Conferencing, Non-Core. |
| Shapiro | 127 | 27 | 3/6/2006 | Shapiro, Thomas | P | e-mail from T. Hess-Mahan; study CM03; e-mail to Reese and Bemporad | 0.40 | 0.07 | 340 | 25 | Other Matters, ECF Review , Conferencing. |
| Cohen | 599 | 19 | 4/4/2006 | Butterfield, William | P | Review and respond to L. Berger e-mail regarding TN stipulation. | 0.25 | 0.00 | 125 | 0 | Other Matters. |
| Cohen | 596 | 19 | 4/6/2006 | Wangkeo Leung, Kanchana | A | Review draft of class brief -- circulate comments | 1.00 | 0.40 | 280 | 99 | Legitimate Work, Other Matters |
| Cohen | 370 | 15 | 7/10/2006 | Nussbaum, Linda | P | Conf call w/Bemporad, Tessmahan, attn to Mtn to Compel | 1.75 | 0.93 | 1120 | 325 | Legitimate Work, Other Matters, Conferencing |
| Shapiro | 24 | 20 | 7/10/2006 | Hess-Mahan, Ted | A | telephone conference with Bemporad and Nussbaum; telephone conference with Green; study second amended coordinated complaint | 1.30 | 0.69 | 845 | 172 | Legitimate Work, Other Matters, Conferencing |
| Shapiro | 25 | 20 | 7/11/2006 | Hess-Mahan, Ted | A | e-mail correspondence; telephone conference with Bemporad; prepare for motion hearing; study motion papers; attend motion; conference with T. Shapiro | 4.30 | 2.28 | 2795 | 570 | Legitimate Work, Other Matters, Conferencing |
| Shapiro | 27 | 21 | 7/27/2006 | Hess-Mahan, Ted | A | read motion papers | 0.80 | 0.00 | 520 | 0 | Other Matters, Vague. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shapiro | 30 | 21 | 8/24/2006 | Hess-Mahan, Ted | A | telephone conference with Bemporad re opposition to motion to dismiss; conference with Allison Newman re preparing redlined amended coordinated complaint; e-mail correspondence re redlined amended coordinated complaint | 1.00 | 0.27 | 650 | 66 | Other Matters, Conferencing. |
| Cohen | 118 | 9 | 8/28/2006 | Olson, Steig | A | Research discovery issues; research discovery of absent class members | 3.00 | 1.19 | 900 | 298 | Legitimate Work, Other Matters |
| Shapiro | 35 | 21 | 9/25/2006 | Hess-Mahan, Ted | A | conference call with plaintiffs' counsel re motion to dismiss hearing | 1.30 | 0.34 | 845 | 86 | Other Matters, Conferencing. |
| Shapiro | 47 | 22 | 12/22/2006 | Hess-Mahan, Ted | A | e-mail correspondence re third amended complaint; telephone conference with Bemporad; review and prepare amended complaint for ecf filing | 0.80 | 0.28 | 520 | 71 | Other Matters, Conferencing, Non-Core. |
| Cohen | 138 | 9 | 12/29/2006 | Olson, Steig | A | Review class papers; amended complaint | 1.25 | 0.00 | 375 | 0 | Other Matters. |
| Cohen | 404 | 15 | 2/2/2007 | Nussbaum, Linda | P | Attend to discovery issues, expert coordination with class | 2.00 | 1.06 | 1300 | 371 | Legitimate Work, Other Matters, Conferencing |
| Kaplan | 129 | 16 | 5/30/2007 | ACP | A | DISCUSS 30(B)(6) DEPOSITION NOTICES SERVED BY PRODUCTS PLAINTIFFS; DISCUSS DATABASE ISSUES W/COORDINATED PLAINTIFFS (DEFENDANTS DOCUMENTS) | 2.00 | 0.64 | | 159 | Other Matters, Conferencing, Non-Core, Non-Contemporaneous. |
| Kaplan | 159 | 18 | 6/6/2007 | LN | P | Call with class plaintiffs; work regarding depositions | 1.50 | 0.80 | | 278 | Legitimate Work, Other Matters, Conferencing |
| Shapiro | 145 | 28 | 7/4/2007 | Shapiro, Thomas | P | study class certification opinion | 0.60 | 0.00 | 510 | 0 | Other Matters. |
| Kaplan | 610 | 41 | 9/4/2007 | ACP | A | CONFERENCE CALL W/CLASS PLAINTIFFS; SERVE SUPPLEMENTAL INTERROGATORY RESPONSES ON PFIZER | 1.50 | 0.48 | | 119 | Other Matters, Conferencing, Non-Core, Non-Contemporaneous. |
| Kaplan | 661 | 44 | 9/17/2007 | EK | A | ATTENTION SUBPOENAS TO FORMER CLINE DAVIS EMPLOYEES; AND FALLON MEDICA; RESEARCH RE JURISDICTIONAL ISSUES FOR MOTION TO COMPEL REPLY; REVIEW AND COMMENT ON GIBSON BRIEF | 2.00 | 0.72 | | 179 | Legitimate Work, Other Matters, Non-Contemporaneous |
| Kaplan | 723 | 47 | 9/28/2007 | LN | P | Conf. call with class, etc. | 2.25 | 0.60 | | 209 | Other Matters, Conferencing. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1091 | 69 | 6/23/2008 | JR | A | CALLS W/HAL SINGER, E-MAIL W/ED, REVIEW COMPL & EXISTING CLASS REPORTS | 3.50 | 1.86 | | 464 | Legitimate Work, Other Matters, Conferencing |
| Kaplan | 1093 | 69 | 6/26/2008 | JR | A | LISTEN IN ON RAY'S DEPO IN PA CASE | 3.50 | 0.00 | | 0 | Other Matters. |
| Kaplan | 1164 | 73 | 10/18/2008 | JR | A | E-MAILS RE CLASS ROGG RESPONSES; REVIEW SAME; CALL W[LINDA | 0.75 | 0.27 | | 66 | Other Matters, Conferencing, Non-Core. |
| Shapiro | 153 | 28 | 5/22/2009 | Shapiro, Thomas | P | Study documents on class certification | 0.60 | 0.00 | 510 | 0 | Other Matters. |
| Kaplan | 1488 | 90 | 10/27/2009 | LN | P | Conference call with class; speak with co-counsel | 0.75 | 0.20 | | 70 | Other Matters, Conferencing. |
| Barrett LG | 39 | 9 | 12/18/2009 | DB | P | Email from Tricia Neesen re Information for Phillips deposition ; Review Motion for Amendment of Order to Include Statement Certifying an Interlocutory Appeal by Teva Pharmaceuticals USA. w/exh.; Review Motion and Memo and Opposition to Motion to Compel Depo of Kaiser Witnesses filed by Foundation Health Plan and Elana Katcher's Declaration to Motion; Motion to Seal Document by Kaiser with Attachments; | 1.20 | 0.51 | 750 | 178 | Legitimate Work, Other Matters, Conferencing, Trial Work |
| Barrett LG | 89 | 13 | 1/28/2010 | DB | P | Review email from Lauren Barnes James Dugan and T.G.re Class Issues. :reconsideration of class certification denial; Review Buchfuhrer deposition; Review Motion , Memo in Support, Declaration MTD Claims of Plaintiff Allan Huberman by Mark Cheffo w/attachments. | 1.40 | 0.45 | 875 | 156 | Legitimate Work, Other Matters, Trial Work |
| Barrett LG | 90 | 13 | 1/29/2010 | DB | P | Review email from James Dugan re class Issues Reply Memo in Support of Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification Review several emails from Ilyas Rona, Elana Katcher, Linda Nussbaum, Peter Cambs, Ben Barnow, re Kaiser Culled Exhibits, NY Non Party Subpoenas, Review efile re Motions terminated: Motion to Seal Document Corrected filed by Kaiser; Review email from Ilyas Rona re Defendants Objections and Counters; Depo Summary Template | 1.60 | 0.34 | 1000 | 119 | Other Matters, Conferencing, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 96 | 14 | 2/3/2010 | DB | P | Review documents for pretrial prep ; research documents in prep for strategy on class issues; Review email from Tom Greene re Adffidavit in Support of Motions for Summary Judgment.; 2 Conf. call with Tom Greene, Tom Sobol, Charles Barrett, Tom Thrash re document objections, pretrial prep, and strategic decisions on class issues and Def. Exhibit List; Telephone calls from Katherine Armstrong( Barry Himmelstein; Tom Greene re same.; Review email from Elan Katcher re Kaiser Trial ; Objections to Plaintiffs' Counter Designations and Exhibit List for Kaiser trial | 6.30 | 2.67 | 3938 | 936 | Legitimate Work, Other Matters, Conferencing, Trial Work |
| Kaplan | 1899 | 112 | 3/7/2010 | EK | A | TRIAL/DRAFT BRIEF; DRAFT SUICIDES STIPULATION; DRAFT TIMELINE. | 8.50 | 2.43 | | 609 | Legitimate Work, Other Matters, Non-Contemporaneous, Trial Work |
| Barrett LG | 153 | 19 | 3/8/2010 | DB | P | Pre trial prep;(4.1) Attend trial (6.5); Post trial disucssions- strategy, class certification and summary judgment (4.0) | 14.60 | 4.65 | 9125 | 1626 | Legitimate Work, Other Matters, Trial Work |
| Barrett LG | 207 | 23 | 4/23/2010 | DB | P | Review email from David Sorensen re Team Meeting to discuss new class rep and case management going forward. | 0.20 | 0.00 | 125 | 0 | Other Matters. |
| Barrett LG | 215 | 24 | 4/30/2010 | DB | P | Review Status Report Joint Status Report by PSC with exhibits. ; Proposed documents submitted by Kaiser ; Proposed Findings of Fact by Kaiser; Declaration of Mark Cheffo in Support of Motion Summary Judgment by Pfizer | 0.90 | 0.36 | 563 | 125 | Legitimate Work, UCL, Other Matters |
| Barrett LG | 222 | 25 | 5/20/2010 | DB | P | Review Motion for Extension of Time to Respond to Motion for Summary Judgment ; Email from Tom Greene re letter to Linda Nussbaum. ; Call from Tom Greene re Motion for Summary Judgment | 0.80 | 0.00 | 500 | 0 | Other Matters. |
| Kaplan | 2106 | 125 | 5/23/2010 | LN | P | ATTENTION TO JUDGMENT ISSUES & SUICIDE CASE  IN NW REGION | 1.25 | 0.50 | | 174 | Legitimate Work, Other Matters |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nussbaum | 5 | 5 | 6/14/2010 | JDR | P | Review docket for recent filings; sumamrize same; continuing research info; draft FOIA requests; ciruclate same | 2.50 | 0.99 | 1563 | 348 | Legitimate Work, Other Matters, ECF Review |
| Shapiro | 157 | 28 | 7/2/2010 | Shapiro, Thomas | P | Email correspondence with Eigerman | 0.30 | 0.08 | 255 | 28 | Other Matters, Conferencing. |
| Shapiro | 158 | 28 | 7/7/2010 | Shapiro, Thomas | P | Email correspondence with Eigerman | 0.30 | 0.08 | 255 | 28 | Other Matters, Conferencing. |
| Barrett LG | 239 | 26 | 8/6/2010 | DB | P | Reveiw Motion Hearing held on 8/6/10; Motion for Summary Judgment filed by Warner-Lambert | 0.20 | 0.08 | 125 | 28 | Legitimate Work, Other Matters |
| Barrett LG | 240 | 26 | 8/9/2010 | DB | P | Review Motion and Response and Memo in Opposition to Motion to Dismiss For Failure to Comply with July 14, 2010 Order Memo ; Review Status Report for June 9, 2010 Order w/exh.; Review email from Jamie Murray re letters and checks re Expert Payments. | 0.40 | 0.21 | 250 | 74 | Legitimate Work, Other Matters, Conferencing |
| Barrett LG | 241 | 26 | 8/11/2010 | DB | P | Review email from John Abramson and Tom Sobol re invoices and finances ; Email from Kristin Johnson re Clayworth Opinion attached for review; Review Stipulation re Stay of Execution by Kaiser; | 0.60 | 0.32 | 375 | 111 | Legitimate Work, Other Matters, Fee Petition |
| Barrett LG | 242 | 26 | 8/12/2010 | DB | P | Review Response to Motion re Motion to Compel Discovery from Pfizer, Warner Lambert, etc. ; Email from John Radice re summary/notice of supp authority | 0.30 | 0.00 | 188 | 0 | UCL, Other Matters. |
| Nussbaum | 76 | 6 | 8/13/2010 | LPN | P | Email Barrett; attend to supp. Markup supp brief authority; attend to bond issue; attend suicide cawse | 3.25 | 1.29 | 2681 | 452 | Legitimate Work, UCL, Other Matters |
| Barrett LG | 244 | 26 | 8/17/2010 | DB | P | Review motion and memo in support of motion to amend [2287]; Notice in Briggs v. Pfizer | 0.10 | 0.00 | 63 | 0 | Other Matters, ECF Review . |
| Nussbaum | 79 | 6 | 8/17/2010 | LPN | P | Attend to finals of supp briefs and filing with court; speak with cocounsel; attend to suicide case issues | 1.75 | 0.31 | 1444 | 108 | UCL, Other Matters, Conferencing. |
| Nussbaum | 82 | 6 | 8/20/2010 | LPN | P | Attend to everyone's time and expenses; prep of docs re suicide cases etc. | 3.25 | 1.72 | 2681 | 603 | Legitimate Work, Other Matters, Fee Petition |
| Nussbaum | 83 | 6 | 8/23/2010 | LPN | P | Conference call with Mitch Cohen and others; emails with class counsel; attend to issues | 3.25 | 1.29 | 2681 | 452 | Legitimate Work, Other Matters, Vague |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nussbaum | 85 | 6 | 8/25/2010 | LPN | P | Speak with Sobol; attend to research on fee shifting; attend to depositions in suicide cases | 1.75 | 0.62 | 1444 | 217 | Other Matters, Conferencing, Fee Petition. |
| Barrett LG | 248 | 27 | 8/30/2010 | DB | P | Review Motion , Memo , and Declaration in Support re MTD for failure to Comply with Court Order re All Schwartz Products Liability Actions | 0.20 | 0.00 | 125 | 0 | Other Matters. |
| Barrett LG | 259 | 27 | 10/13/2010 | DB | P | Review Order re MTD as a Sanction and Memo in Support of MTD Claims of Plaintiff Feyer and for Other Appropriate Relief - granted ; Review Kaiser Fee Agreement; Phone all with Tom Sobol re same;. | 0.80 | 0.00 | 500 | 0 | Other Matters, Client Relations. |
| Barrett LG | 261 | 28 | 10/22/2010 | DB | P | Review Memo in Opposition re Emergeny Motion for Order to Prohibit Improber Tactics During Fact Witness Depositions and Imposing Sanctions filed by Irene Barlow and PSC ; Motion for Leave to File Reply Memo re same. | 0.40 | 0.00 | 250 | 0 | Other Matters. |
| Barrett LG | 263 | 28 | 10/25/2010 | DB | P | Phone call with Tom Sobol re correspondence with Linda Nussbaum ; Review Statement of Counsel re depositions in the Boone and Schwartz cases by Pfizer. | 0.40 | 0.11 | 250 | 37 | Other Matters, Conferencing. |
| Barrett LG | 264 | 28 | 10/29/2010 | DB | P | Review Motion for Sanctions re depo Tactics is Denied without prejudice to objecting to the admission or use of any portion of the depo at trial. | 0.30 | 0.00 | 188 | 0 | Other Matters. |
| Hagens | 573 | 53 | 11/8/2010 | CBB | PL | Created Class Cert Binder for KJP and EN | 4.00 | 0.00 | 600 | 0 | Other Matters, Non-Contemporaneous. |
| Barrett LG | 272 | 28 | 11/16/2010 | DB | P | Review Status Report - Joint Report Re Completion of Initial Fact Discovery | 0.20 | 0.00 | 125 | 0 | Other Matters. |
| Barrett LG | 278 | 29 | 12/6/2010 | DB | P | Review doc. from Katherine Armstrong re Memo of Law in Support of Defendants Motion for S. J. | 0.20 | 0.00 | 150 | 0 | Other Matters. |
| Greene | 2029 | 155 | 2/8/2011 | IJR | P | Phone conference with Dan Seltz to discuss motion to amend the complaint to add Wityk and Varnam | 0.50 | 0.13 | 213 | 46 | Other Matters, Conferencing. |
| G & E | 214 | 18 | 2/24/2011 | LN | P | Work with revised sanctions brief; review additional revisions | 1.30 | 0.52 |  | 181 | Legitimate Work, Other Matters |
| G & E | 217 | 18 | 3/8/2011 | LN | P | Attention to revised retainer agreement; speak with Mitch Cohen regarding same | 1.30 | 0.00 |  | 0 | Other Matters, Client Relations. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 223 | 18 | 3/11/2011 | LN | P | Read opinion on Motion to dismiss; get judgment; work regarding motion for stay of executive | 2.30 | 0.91 | | 320 | Legitimate Work, Other Matters |
| G & E | 346 | 24 | 5/3/2011 | JDR | A | Review Defendants PJ reply briefing; discuss with Linda and prepare packet for argument tomorrow; collect, review, and send fees info to Mitch. | 3.00 | 1.72 | | 431 | Legitimate Work, Post-Judgment Motions, Other Matters, Fee Petition |
| G & E | 349 | 25 | 5/4/2011 | LN | P | Travel to and from Boston; attend court; memo to client. | 12.50 | 0.00 | | 0 | Other Matters, Travel. |
| G & E | 357 | 25 | 5/17/2011 | LN | P | Attention to order and status. | 0.80 | 0.00 | | 0 | Other Matters, Vague. |
| G & E | 359 | 25 | 5/18/2011 | LC | PL | Profiled newly filed court documents | 0.20 | 0.00 | | 0 | Other Matters. |
| G & E | 479 | 30 | 11/17/2011 | RF | PL | Download and profile several more filings in appeal cases | 0.80 | 0.32 | | 32 | Legitimate Work, Other Matters |
| Barrett LG | 321 | 32 | 3/12/2013 | DB | P | Review Transcript of Aetna argument; Phone call with Tom Sobol re settlement issues. | 0.60 | 0.24 | 450 | 84 | Legitimate Work, Other Matters, Settlement and Mediation |
| Barrett LG | 334 | 33 | 4/25/2013 | DB | P | Review Application, Memo in Support of Carl Pierce, Eugene Brooks and Brooks, Jr. and Jack London for Attorneys Fees; call to Tom Sobol re same. | 0.60 | 0.00 | 450 | 0 | Other Matters. |
| Lieff | 415 | 28 | 7/1/2013 | CABRASER, ELIZABETH | P | Legal research re Supreme Court decision, class certification. | 2.20 | 0.00 | | 0 | Other Matters. |
| Totals | | | | | | | 142.75 | 40.92 | | 12839 | |