# EXHIBIT H

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cohen | 271 | 13 | 12/3/2004 | Nussbaum, Linda | P | Speak w/Fischer, Lewis, Mitch Cohen, Don Barrett; work w/agmt. | 2.50 | 0.99 | 1500 | 348 | Legitimate Work, Client Relations |
| Cohen | 272 | 13 | 12/6/2004 | Nussbaum, Linda | P | Rev revised Kaiser retainer. | 1.75 | 0.00 | 1050 | 0 | Client Relations. |
| Cohen | 320 | 14 | 6/4/2005 | Nussbaum, Linda | P | Attorney to client data and information. | 1.00 | 0.00 | 620 | 0 | Vague, Client Relations. |
| Cohen | 575 | 19 | 1/10/2006 | Kaiser, Justine | A | Call with SO & KW re transition. | 0.50 | 0.13 | 148 | 33 | Client Relations, Conferencing. |
| Cohen | 236 | 12 | 1/12/2006 | Wangkeo Leung, Kanchana | A | Travel and and from DC: meeting with Justine Kaiser re: status of case and motion to compel; review background materials. | 11.00 | 1.94 | 3080 | 486 | Travel, Client Relations, Conferencing. |
| Cohen | 576 | 19 | 1/12/2006 | Kaiser, Justine | A | transition case; organize files | 5.00 | 1.33 | 1475 | 332 | Client Relations, Non-Core. |
| Cohen | 237 | 12 | 1/13/2006 | Wangkeo Leung, Kanchana | A | Review background materials; discussions with LPN; phone calls to Ron Aranoff re: discovery; outline agreements | 3.00 | 1.19 | 840 | 298 | Legitimate Work, Client Relations |
| Cohen | 128 | 9 | 10/2/2006 | Olson, Steig | A | Review status of discovery; client issues | 1.50 | 0.60 | 450 | 149 | Legitimate Work, Vague, Client Relations |
| Cohen | 133 | 9 | 12/6/2006 | Olson, Steig | A | Pro Hac papers; prepare for conference and review recent filings,d iscovery orders | 3.00 | 1.59 | 900 | 398 | Legitimate Work, Client Relations, Non-Core |
| Shapiro | 49 | 22 | 1/5/2007 | Hess-Mahan, Ted | A | file notice of withdrawal | 0.30 | 0.00 | 195 | 0 | Client Relations. |
| Cohen | 145 | 10 | 2/21/2007 | Olson, Steig | A | Assemble Kaiser files for transition. | 1.50 | 0.40 | 473 | 99 | Client Relations, Non-Core. |
| Cohen | 146 | 10 | 2/22/2007 | Olson, Steig | A | Assemble, update file; Kaiser production issues. | 2.50 | 0.66 | 788 | 166 | Client Relations, Non-Core. |
| Cohen | 147 | 10 | 2/23/2007 | Olson, Steig | A | Assemble files; prepare transition. | 1.25 | 0.33 | 394 | 83 | Client Relations, Non-Core. |
| Kaplan | 10 | 9 | 3/1/2007 | MM | PL | RESEARCH DOCKET & CHANGE LPN INFO REGISTER RJK, RNK FOR ECF | 1.00 | 0.00 | | 0 | Client Relations. |
| Kaplan | 33 | 10 | 3/15/2007 | WG | PL | CALLING MASSACHUSSETS CLERK'S OFFICE TO FIND OUT INFO ON FILING NOTICES OF APPEARANCE. | 0.50 | 0.00 | | 0 | Client Relations. |
| Cohen | 149 | 10 | 3/16/2007 | Olson, Steig | A | Collect materials for transition, correbrate w/ KFK. | 1.50 | 0.40 | 473 | 99 | Client Relations, Non-Core. |
| Kaplan | 41 | 11 | 3/19/2007 | WG | PL | REGISTERING LINDA NUSSBAUM FOR ECF LOGIN IN MASSACHUSETTS | 1.00 | 0.00 | | 0 | Client Relations. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 553 | 39 | 8/23/2007 | WG | PL | LOADING CONCORDANCE DATABASE; PERFORMING SEARCHES FOR DOCS IN DATABASE | 2.50 | 0.99 | | 99 | Legitimate Work, Client Relations |
| Kaplan | 1176 | 74 | 11/11/2008 | MM | PL | UPDATE DBASE | 0.50 | 0.00 | | 0 | Client Relations. |
| Kaplan | 1190 | 74 | 12/4/2008 | JR | A | CALL W/ED & SCOTT; EMAILS RE SAME RE CONTRIBUTIONS TO LIT FUND; REVIEW EDS MEMO RE SAME; REVIEW PAST REQUESTS FOR PAYMENTS. | 2.00 | 0.53 | | 133 | Client Relations, Conferencing. |
| Kaplan | 1372 | 84 | 6/3/2009 | JR | A | CALL W/CO-COUNSEL RE SJ OPPN; FOLLOW-UP EMAILS & CALLS W/ED BARRY & LINDA RE BILLS | 1.25 | 0.33 | | 83 | Client Relations, Conferencing. |
| Kaplan | 1410 | 86 | 6/19/2009 | EK | A | ATTENTION TO AMENDED EXPERT DECLARATION ISSUES; ISSUES PERTAINING TO PARALEGAL TRANSITION | 1.50 | 0.54 | | 134 | Legitimate Work, Client Relations, Non-Contemporaneous |
| Kaplan | 1411 | 86 | 6/22/2009 | WG | PL | PREPARING TRANSITION MEMO; ORGANIZING DOCS FOR TRANSITION | 2.00 | 0.00 | | 0 | Client Relations. |
| Barrett LG | 1 | 6 | 11/2/2009 | DB | P | Review email from Tom Sobol re finances; Phone call to Tom Greene re finances. | 0.40 | 0.08 | 250 | 30 | Client Relations, Fee Petition, Trial Work. |
| Barrett LG | 5 | 6 | 11/17/2009 | DB | P | Phone conf with Tom Greene re fee splits; Another call with Tom Sobol re same; Review email from Tom Greene re Sobol , Fee Splits | 1.40 | 0.00 | 875 | 0 | Client Relations, Trial Work. |
| Greene | 85 | 14 | 11/20/2009 | TMG | P | drafting agreement between PSC and Linda Nussbaum and email memos to PSC re: agreement | 1.00 | 0.00 | 650 | 0 | Client Relations. |
| Barrett LG | 9 | 6 | 11/24/2009 | DB | P | Review agreement between PSC and Linda's firm. Email from Danny Becnel re finances | 0.30 | 0.00 | 188 | 0 | Client Relations, Trial Work. |
| Barrett LG | 14 | 7 | 12/1/2009 | DB | P | Review email from Danny Becnel and Tom Greene re settlement and fees | 0.20 | 0.00 | 125 | 0 | Client Relations, Settlement and Mediation, Trial Work. |
| Barrett LG | 15 | 7 | 12/3/2009 | DB | P | Review email from Tom Greene re cash call(.2) ; 2 Emails to Tom Greene re same. (.3); Email from Barry Himmelstein and Tom Greene re Kaiser Trial (.3) | 0.80 | 0.17 | 500 | 59 | Client Relations, Conferencing, Trial Work. |
| Barrett LG | 16 | 7 | 12/4/2009 | DB | P | Review several emails t/f James Dugan, Doug Plymale , Tom Greene, Tom Sobol; re Kaiser Trial ; Phone call with Tom Greene re settlement issues and finances. | 1.40 | 0.20 | 875 | 69 | Client Relations, Settlement and Mediation, Conferencing, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 24 | 8 | 12/13/2009 | DB | P | Review email from Tom Greene re article for your review " Attorney Fee Awards and the Common Fund Doctrine Hands in the plaintiffs pocket."; Call with Tom re same. ; Review email from Linda Nussbaum, Barry Himmelstein, Tom Sobol re litigation fund.; Review email from Tricia M. Neesen re Trial; Review additional information re Travis, Kaiser, with exhibits. ; Email from Tom Fox re depositon of Travis; Email to Tom Fox re same(.3); Email to Linda Nussbaum re Dr. Phillips; Email from Elana Katcher re Deposition locations; Email from Mitchell Cohen re Phillips Rx for Neurontin | 3.20 | 1.47 | 2000 | 515 | Legitimate Work, Client Relations, Conferencing, Fee Petition, Trial Work |
| Barrett LG | 31 | 9 | 12/15/2009 | DB | P | Travel to Fresno, CA for depositions(9.0); Review invoices for GMA, Rosenthal, Conti, Summary of invoices and payments. | 10.60 | 1.50 | 6625 | 525 | |
| Barrett LG | 110 | 15 | 2/10/2010 | DB | P | Memo to Tom Greene re retainer ; Memo and Order re Kaiser Foundation -Daubert motions in limine; email to Elana Katcher re meet and confer on Monday- pretrial schedule and stipulation ; Review emails to/ from Elana Katcher, Charles Barrett re Objections to Pfizer's Exhibit list | 0.90 | 0.29 | 563 | 100 | Legitimate Work, Client Relations, Trial Work |
| Hagens | 193 | 24 | 2/19/2010 | AMA | PL | Prepare and file Pro Hac Vice Motions for KJP and John D. Radice. | 1.50 | 0.00 | 225 | 0 | Client Relations, Non-Contemporaneous, Trial Work. |
| Hagens | 227 | 26 | 2/25/2010 | KJP | A | Attend trial; Prepare cross of Field & Arrowsmith-Lowe | 12.50 | 0.00 | 3125 | 0 | Client Relations, Non-Contemporaneous, Trial Work. |
| Lieff | 248 | 21 | 3/3/2010 | KHALSA, SAT KRIYA | NL | Load Brian Alldredge deposition into trial software. | 0.60 | 0.00 | | 0 | Client Relations, Trial Work. |
| Greene | 1817 | 139 | 3/23/2010 | TMG | P | waiting for verdict and meetings with counsel | 4.00 | 1.06 | 2600 | 371 | Client Relations, Conferencing. |
| Greene | 1818 | 139 | 3/23/2010 | TMG | P | waiting for verdict, meeting with counsel | 8.00 | 2.12 | 5200 | 743 | Client Relations, Conferencing. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Greene | 1821 | 139 | 3/24/2010 | TMG | P | attendance at trial, jury questions, meeting with counsel and waiting for verdict | 7.00 | 1.86 | 4550 | 650 | Client Relations, Conferencing. |
| Barrett LG | 191 | 22 | 4/8/2010 | DB | P | Memol to Tom Sobol re finances ; email to Richard Kilsheimer re third party vendors; Review agemda and scheduling conf. set for 4/30/10; Email from Linda Nussbaum, Kristen Parker re Findings of Fact Outline ; Call with Kristin re same. ; Review email from Richard Kilsheimer re third party vendors for certain expenses.; Review invoice from Tom Greene for testimony of Kay Dickerson . | 3.50 | 0.93 | 2188 | 325 | UCL, Client Relations, Conferencing, Fee Petition. |
| Barrett LG | 218 | 24 | 5/5/2010 | DB | P | Review invoices from Finkelstein & Partners re past due invoices. | 0.30 | 0.00 | 188 | 0 | Client Relations. |
| Barrett LG | 223 | 25 | 5/22/2010 | DB | P | Review Contingency Fee Contract; Effect of Noncompliance; | 0.20 | 0.00 | 125 | 0 | Client Relations. |
| Barrett LG | 225 | 25 | 5/25/2010 | DB | P | Review several emails t/f Tom Greene/Tom Sobol /Marie Thomas re unpaid.; Memo t/f Tom Greene/Marie Thomas re same. | 0.50 | 0.00 | 313 | 0 | Client Relations. |
| Barrett LG | 226 | 25 | 5/27/2010 | DB | P | Review email from Tom Greene re latest draft of fees/expenses : Email from Ed Notargiacomo re GMA bills | 0.20 | 0.07 | 125 | 25 | Client Relations, Conferencing, Fee Petition. |
| Nussbaum | 91 | 7 | 5/27/2010 | TJG | PL | Change of Firm Affilliation and Appearance papers | 1.00 | 0.00 | 175 | 0 | Client Relations. |
| Nussbaum | 41 | 6 | 5/31/2010 | LPN | P | Read memos regarding attorneys fees and interest; attend to substitution issues | 2.00 | 0.35 | 1650 | 124 | Pre-judgment Interest, Client Relations, Fee Petition. |
| Nussbaum | 92 | 7 | 6/1/2010 | TJG | PL | Completed status check of filed notices | 1.00 | 0.00 | 175 | 0 | Client Relations. |
| Barrett LG | 227 | 25 | 6/2/2010 | DB | P | Conf. call wth Tom Greene and Linda Nussbaum re fees, interest and contract. | 0.60 | 0.16 | 375 | 56 | Pre-judgment Interest, Client Relations, Conferencing, Fee Petition. |
| Kaplan | 2112 | 125 | 6/2/2010 | RJK | P | REV M. COHEN LTR RE SUB. OF COUNSEL & SEND TO RNK & FSF | 0.75 | 0.00 |  | 0 | Client Relations. |
| Barrett LG | 228 | 25 | 6/4/2010 | DB | P | Phone call with Richard Kilsheimer re Linda Nussbaum finances. | 1.10 | 0.00 | 688 | 0 | Client Relations. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 229 | 25 | 6/8/2010 | DB | P | Several emails t/f Linda Nussbaum, Tom Sobol, Linaris Casillas, Tom Greene, re expenses and invoices; Phone call from Tom Sobol re my conversation with Linda Nussbaum today. | 1.30 | 0.46 | 813 | 161 | Client Relations, Conferencing, Fee Petition. |
| Hagens | 501 | 47 | 6/8/2010 | KJP | A | Draft email re outstanding trial expenses. | 1.00 | 0.00 | 250 | 0 | Client Relations, Non-Contemporaneous. |
| Barrett LG | 230 | 25 | 6/9/2010 | DB | P | Review and edit Recovery Services Retainer Agreement between Kaiser and Cohen Milstein, Hausfeld ; | 1.00 | 0.00 | 625 | 0 | Client Relations. |
| Nussbaum | 43 | 6 | 6/9/2010 | LPN | P | Speak with Barrett; correspondence; attend to interests and fee issues | 1.50 | 0.27 | 1238 | 93 | Pre-judgment Interest, Client Relations, Fee Petition. |
| Barrett LG | 231 | 25 | 6/10/2010 | DB | P | Phone call to Tom Greene re Linda Nussbaum call to me re contract and fee agreement. | 0.30 | 0.00 | 188 | 0 | Client Relations. |
| Barrett LG | 232 | 25 | 6/15/2010 | DB | P | Phone call with Tom Green, Tom Sobol, Linda Nussbaum re fees; Phone call from Linda Nussbaum re fees interest and contract | 1.30 | 0.34 | 813 | 121 | Pre-judgment Interest, Client Relations, Conferencing, Fee Petition. |
| Cohen | 31 | 7 | 6/15/2010 | Small, Daniel | P | Email to Wentworth for research on case status | 0.25 | 0.00 | 170 | 0 | Client Relations. |
| Nussbaum | 8 | 5 | 6/17/2010 | JDR | P | Review and begin researching response to supp auth motion, emails with Mitch re same; organize transfer of files from KFK; review stip re bond and revise same | 4.75 | 1.89 | 2969 | 661 | Legitimate Work, UCL, Client Relations |
| Cohen | 32 | 7 | 6/22/2010 | Small, Daniel | P | Teleconference with Nussbaum re co-counsel arrangement; teleconference with Toll re same; email to Pierson re same; email to EC re same | 1.50 | 0.00 | 1020 | 0 | Client Relations. |
| Cohen | 33 | 7 | 6/24/2010 | Small, Daniel | P | Email to Nussbaum re proposed co-counsel arrangement | 0.25 | 0.00 | 170 | 0 | Client Relations. |
| Cohen | 34 | 7 | 6/28/2010 | Small, Daniel | P | Teleconference with Nussbaum re co-counsel arrangement | 0.25 | 0.00 | 170 | 0 | Client Relations. |
| Cohen | 35 | 7 | 6/28/2010 | Small, Daniel | P | Email to Koffman re staffing; meeting with Young re same; email to Nussbaum re same | 0.50 | 0.00 | 340 | 0 | Client Relations. |
| Nussbaum | 17 | 5 | 6/30/2010 | JDR | P | Finalize and final transfer; multiple calls and emails re same | 0.75 | 0.00 | 469 | 0 | Client Relations. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 234 | 25 | 7/9/2010 | DB | P | Meet with Marie Thomas to get update of finances.; Memo to Danny Becnel re expenes and time in Kaiser trial | 0.80 | 0.21 | 500 | 74 | Client Relations, Fee Petition. |
| G & E | 2 | 8 | 9/7/2010 | CAN | PL | Arrange for downloading of documents for file | 0.20 | 0.00 | | 0 | Client Relations. |
| Barrett LG | 252 | 27 | 9/8/2010 | DB | P | Phone call from Tom Sobol and Tom Greene re fee agreement. | 0.40 | 0.14 | 250 | 50 | Client Relations, Conferencing, Fee Petition. |
| G & E | 4 | 8 | 9/24/2010 | JDR | A | Work on veritext payment; box transfer. | 1.20 | 0.00 | | 0 | Client Relations. |
| Barrett LG | 256 | 27 | 10/1/2010 | DB | P | Phone call with Tom Sobol/Tom Greene re status of settlement; Review email from Linda Nussbaum re withdrawal notices. | 1.10 | 0.00 | 688 | 0 | Client Relations, Settlement and Mediation. |
| Barrett LG | 259 | 27 | 10/13/2010 | DB | P | Review Order re MTD as a Sanction and Memo in Support of MTD Claims of Plaintiff Feyer and for Other Appropriate Relief - granted ; Review Kaiser Fee Agreement; Phone all with Tom Sobol re same;. | 0.80 | 0.00 | 500 | 0 | Other Matters, Client Relations. |
| Barrett LG | 260 | 27 | 10/15/2010 | DB | P | Phone from Tom Sobol /Tom Greene re fee agreement | 0.20 | 0.00 | 125 | 0 | Client Relations. |
| G & E | 217 | 18 | 3/8/2011 | LN | P | Attention to revised retainer agreement; speak with Mitch Cohen regarding same | 1.30 | 0.00 | | 0 | Other Matters, Client Relations. |
| G & E | 218 | 18 | 3/9/2011 | LN | P | Attention to retainer; attention to Katherine Armstrong draft. | 1.80 | 0.72 | | 251 | Legitimate Work, Client Relations |
| G & E | 224 | 18 | 3/14/2011 | LN | P | Attention to scheduling and revised retainer | 1.30 | 0.52 | | 181 | Legitimate Work, Client Relations |
| Barrett LG | 290 | 30 | 3/28/2011 | DB | P | Memo to Tom Green and Tom Sobol re proposed agreement and negotiations; phone call with them re same.; draft and send memo to Mitch Cohen re amendment or modification to previous contract. | 1.50 | 0.00 | 1125 | 0 | Client Relations. |
| Barrett LG | 291 | 30 | 3/30/2011 | DB | P | Review and revise letter to Jay Eisenhofer and Stuart Grant re post trial motions ; Email from Linda Nussbaum re PSC agreement with Kaplan Fox ; Review memo from Tom Greene to Linda re fee petition | 1.50 | 0.53 | 1125 | 186 | Post-Judgment Motions, Client Relations, Fee Petition. |
| G & E | 348 | 25 | 5/4/2011 | JDR | A | Review retainer; emails with Linda regarding same; research issues regarding PJ reply. | 2.10 | 0.56 | | 139 | Post-Judgment Motions, Client Relations. |

Exhibit H - Pfizer's Client Relations and Staffing Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 296 | 30 | 5/5/2011 | DB | P | Review email from Tom Sobol, re hearing ; Review email from John Radice re G&E Agreement; | 0.20 | 0.05 | 150 | 19 | Client Relations, Conferencing. |
| G & E | 351 | 25 | 5/5/2011 | JDR | A | Emails regarding retainer; call with client regarding same and regarding hearing and PJ briefing; work on same. | 2.40 | 0.64 | | 159 | Post-Judgment Motions, Client Relations. |
| Cohen | 36 | 7 | 5/24/2011 | Small, Daniel | P | Teleconference with Nussbaum re new retainer agreement with Kaiser | 0.25 | 0.00 | 175 | 0 | Client Relations. |
| Barrett LG | 302 | 31 | 5/26/2011 | DB | P | Review email from Elizabeth Cabraser and Kristne Parker re status of dispute-Kaiser | 0.20 | 0.00 | 150 | 0 | Client Relations. |
| Cohen | 37 | 7 | 5/27/2011 | Small, Daniel | P | Email to Nussbaum re new retainer with Kaiser | 0.25 | 0.00 | 175 | 0 | Client Relations. |
| G & E | 363 | 25 | 5/27/2011 | LN | P | Attention to client issues. | 1.30 | 0.00 | | 0 | Client Relations. |
| G & E | 366 | 25 | 6/1/2011 | LN | P | Work with retainer and related issues | 1.30 | 0.00 | | 0 | Client Relations. |
| G & E | 368 | 25 | 6/2/2011 | LN | P | Work on draft for client. | 1.50 | 0.00 | | 0 | Vague, Client Relations. |
| G & E | 369 | 25 | 6/3/2011 | LN | P | Work regarding draft for client. | 1.50 | 0.00 | | 0 | Vague, Client Relations. |
| G & E | 372 | 25 | 6/8/2011 | LN | P | Attention to status and client draft. | 1.80 | 0.72 | | 251 | Legitimate Work, Vague, Client Relations |
| G & E | 442 | 29 | 8/25/2011 | LN | P | Review letter and status; client contact. | 0.30 | 0.12 | | 42 | Legitimate Work, Client Relations |
| Barrett LG | 307 | 31 | 9/8/2011 | DB | P | Review unpaid GMA invoices - call to Kristin Parker Johnson re same. | 0.30 | 0.00 | 225 | 0 | Client Relations. |
| Barrett LG | 310 | 31 | 9/19/2011 | DB | P | Review and discuss with co-counsel- unpaid GMA invoices | 0.40 | 0.00 | 300 | 0 | Client Relations. |
| Barrett LG | 315 | 32 | 12/29/2011 | DB | P | Meet with Marie Thomas re finances. | 0.30 | 0.00 | 225 | 0 | Client Relations. |
| G & E | 501 | 31 | 5/22/2012 | SH | PL | Drafted notice of withdrawal of counsel for J. Radice | 0.40 | 0.00 | | 0 | Client Relations. |
| G & E | 505 | 31 | 5/24/2012 | SH | PL | Emails with co-counsel relative to filing Notice of Withdrawal for J. Radice Emails with R. Finnimore relative to ECF notifications for L. Nussbaum; telephone calls with R. Finnimore relative to notifications for L. Nussbaum and notice of withdrawal for J. Radice | 0.70 | 0.00 | | 0 | Client Relations. |
| G & E | 506 | 31 | 5/25/2012 | SH | PL | Emails with local counsel and C. Nevers relative to filing of notice of withdrawal of J. Radice | 0.20 | 0.00 | | 0 | Client Relations. |

Exhibit H - Pfizer's Client Relations and Staffing Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 507 | 31 | 5/25/2012 | RF | PL | Download and profile several documents filed with court; update calendar; review e-mails re J. Radice removal | 2.80 | 0.00 | | 0 | Client Relations. |
| G & E | 509 | 31 | 5/30/2012 | RF | PL | Check docket re ECF notices to J. Radice per C. Nevers | 0.30 | 0.00 | | 0 | Client Relations. |
| G & E | 514 | 31 | 6/8/2012 | RF | PL | Review dockets and telephone call with clerk re notice of removal; e-mail to C. Nevers re same; research and download several documents requested by counsel | 2.50 | 0.99 | | 99 | Legitimate Work, Client Relations |
| G & E | 518 | 32 | 6/19/2012 | RF | PL | E-mail from C. Nevers re Radice withdrawal; e-file notice of withdrawal | 0.60 | 0.00 | | 0 | Client Relations. |
| G & E | 520 | 32 | 6/19/2012 | CAN | PL | Follow up with J. Radice withdrawals; emails with L. Nussbaum | 0.40 | 0.11 | | 11 | Client Relations, Conferencing. |
| Kellogg | 359 | 102 | 7/31/2012 | DDL | PL | Proofread and edit motion for withdrawal of C. Walker as counsel for Kaiser regarding First Circuit appeal. | 0.30 | 0.08 | | 8 | Legitimate Work, Client Relations, Appellate Work |
| Kellogg | 414 | 111 | 8/14/2012 | DDL | PL | Review, edit, and finalize notices of appearance and motion for withdrawal of counsel; file electronically in First Circuit. | 1.30 | 0.00 | | 0 | Client Relations, Appellate Work. |
| Barrett LG | 322 | 32 | 3/22/2013 | DB | P | Review correspondence t/f Tom Greene, Tom Sobol and Linda Nussbaum re terms of the fee agreement and Kaiser motions | 0.20 | 0.00 | 150 | 0 | Client Relations. |
| G & E | 659 | 38 | 6/19/2013 | LN | P | Speak with Sobol; attention to expense and time issues; stipulation with Pfizer, etc. | 4.80 | 2.76 | | 965 | Legitimate Work, Client Relations, Conferencing, Fee Petition |
| Totals | | | | | | | 168.85 | 33.32 | | 10001 | |