# EXHIBIT I

Exhibit I - Pfizer's Non-Contemporaneous Billing Spreadsheet

| Firm | Biller | Total Entries | Flat-Hour and Half-Hour Entries | Percentage of Flat-Hour and Half-Hour Entries |
|---|---|---|---|---|
| Barrett LG | DMJ | 10 | 10 | 100% |
| Barrett LG | CB | 54 | 53 | 98% |
| Becnel | Salvadore | 15 | 15 | 100% |
| Becnel | Darryl Becnel | 12 | 12 | 100% |
| C. Barrett | Charles Barrett | 58 | 56 | 97% |
| Cohen | Cambria, Justin | 6 | 6 | 100% |
| G & E | AS | 5 | 5 | 100% |
| G & E | KM | 34 | 27 | 79% |
| Hagens | TMS | 121 | 101 | 83% |
| Hagens | AJV | 12 | 12 | 100% |
| Hagens | AMA | 31 | 31 | 100% |
| Hagens | KJP | 154 | 136 | 88% |
| Kaplan | TG | 115 | 111 | 97% |
| Kaplan | DR | 37 | 31 | 84% |
| Kaplan | SS | 48 | 41 | 85% |
| Kaplan | ACP | 211 | 204 | 97% |
| Kaplan | EK | 407 | 355 | 87% |
| Kaplan | HN | 33 | 33 | 100% |
| Kaplan | KMC | 47 | 47 | 100% |
| Kaplan | KW | 5 | 5 | 100% |
| Kaplan | LDK | 7 | 6 | 86% |
| Kaplan | LG | 5 | 5 | 100% |
| Kaplan | LK | 100 | 99 | 99% |
| Kellogg | AKS | 18 | 14 | 78% |
| Kellogg | WJN | 143 | 141 | 99% |
| Kellogg | DCF | 69 | 58 | 84% |
| Lieff | Kirti Dugar | 9 | 9 | 100% |
| Lieff | Remuszka | 9 | 8 | 89% |
| Lovelace | Peet | 7 | 7 | 100% |
| Thrash | T. Thrash | 18 | 15 | 83% |