# EXHIBIT K

Exhibit K - Pfizer's Vague Billing Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shapiro | 74 | 24 | 11/12/2004 | Shapiro, Thomas | P | correspondence | 0.30 | 0.00 | 255 | 0 | Vague. |
| Cohen | 414 | 16 | 12/21/2004 | Kaiser , Justine | A | Review corresp. re: Neurontin; discuss with MFG; case management | 1.50 | 0.86 | 413 | 215 | Legitimate Work, Vague, Conferencing, Non-Core |
| Cohen | 422 | 16 | 1/5/2005 | Kaiser , Justine | A | Call with M. Cohen re: Neurontin. | 1.00 | 0.00 | 295 | 0 | Vague. |
| Cohen | 430 | 16 | 1/17/2005 | Kaiser , Justine | A | Amended Complaint. | 9.50 | 0.00 | 2803 | 0 | Vague. |
| Cohen | 17 | 7 | 1/30/2005 | Gibbons, Marlene | A | Review materials provided by M. Cohen - article and memo. | 0.75 | 0.00 | 319 | 0 | Vague. |
| Cohen | 438 | 16 | 1/30/2005 | Kaiser , Justine | A | Amended complaint. | 7.00 | 0.00 | 2065 | 0 | Vague. |
| Shapiro | 3 | 19 | 2/1/2005 | Hess-Mahan, Ted | A | conference with paralegal | 0.30 | 0.00 | 195 | 0 | Vague. |
| Cohen | 285 | 13 | 2/2/2005 | Nussbaum, Linda | P | Meet w/Mitch Cohen and Justine; follow ups. | 2.00 | 0.53 | 1240 | 186 | Vague, Conferencing. |
| Cohen | 287 | 13 | 2/10/2005 | Nussbaum, Linda | P | Speak w/Gibbons, Bemporad; work re outline. | 1.00 | 0.18 | 620 | 62 | Other Matters, Vague, Conferencing. |
| Cohen | 251 | 12 | 3/9/2005 | Gibbons, Marlene | A | Neurontin power point. | 0.25 | 0.00 | 106 | 0 | Vague. |
| Shapiro | 90 | 25 | 3/14/2005 | Shapiro, Thomas | P | study motion | 0.30 | 0.00 | 255 | 0 | Vague. |
| Cohen | 299 | 13 | 3/22/2005 | Nussbaum, Linda | P | Attend meeting in BOCA | 12.00 | 0.00 | 7440 | 0 | Travel, Vague. |
| Shapiro | 94 | 25 | 4/13/2005 | Shapiro, Thomas | P | study court order | 0.30 | 0.00 | 255 | 0 | ECF Review , Vague. |
| Shapiro | 6 | 19 | 4/29/2005 | Hess-Mahan, Ted | A | study court papers | 0.50 | 0.00 | 325 | 0 | ECF Review , Vague. |
| Shapiro | 96 | 25 | 5/2/2005 | Shapiro, Thomas | P | study court order and notice of appearance | 0.30 | 0.00 | 255 | 0 | ECF Review , Vague. |
| Shapiro | 97 | 25 | 5/10/2005 | Shapiro, Thomas | P | study procedural order | 0.30 | 0.00 | 255 | 0 | ECF Review , Vague. |

Exhibit K - Pfizer's Vague Billing Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shapiro | 101 | 25 | 5/23/2005 | Shapiro, Thomas | P | study court order | 0.30 | 0.00 | 255 | 0 | Other Matters, ECF Review, Vague. |
| Shapiro | 102 | 25 | 5/26/2005 | Shapiro, Thomas | P | study court order | 0.30 | 0.00 | 255 | 0 | Other Matters, ECF Review, Vague. |
| Cohen | 318 | 14 | 5/27/2005 | Nussbaum, Linda | P | Lengthy call with ____ re: Remand issues, initial disclosures, experts, etc. | 2.50 | 0.99 | 1550 | 348 | Legitimate Work, Vague |
| Shapiro | 104 | 26 | 5/31/2005 | Shapiro, Thomas | P | study court order and court notice | 0.30 | 0.00 | 255 | 0 | ECF Review, Vague. |
| Cohen | 320 | 14 | 6/4/2005 | Nussbaum, Linda | P | Attorney to client data and information. | 1.00 | 0.00 | 620 | 0 | Vague, Client Relations. |
| Shapiro | 105 | 26 | 6/10/2005 | Shapiro, Thomas | P | study Magistrate's order | 0.30 | 0.00 | 255 | 0 | ECF Review, Vague. |
| Cohen | 493 | 17 | 6/14/2005 | Kaiser, Justine | A | Review Kaiser documents; draft memo; prep for meeting. | 4.50 | 0.00 | 1328 | 0 | Vague. |
| Cohen | 264 | 13 | 6/15/2005 | Gibbons, Marlene | A | Compile materials for Kaiser meetings. | 0.50 | 0.13 | 213 | 33 | Vague, Non-Core. |
| Cohen | 265 | 13 | 6/15/2005 | Gibbons, Marlene | A | Review Kaiser docs pre-meeting. | 0.50 | 0.13 | 213 | 33 | Vague, Non-Core. |
| Cohen | 494 | 17 | 6/15/2005 | Kaiser, Justine | A | Review Kaiser documents; prep for meeting. | 2.25 | 0.00 | 664 | 0 | Vague. |
| Cohen | 322 | 14 | 6/16/2005 | Nussbaum, Linda | P | Work re: Keiser issues, conference with Rhouchdah; work re: Discovery. | 2.25 | 1.19 | 1395 | 418 | Legitimate Work, Vague, Conferencing |
| Cohen | 328 | 14 | 7/5/2005 | Nussbaum, Linda | P | Attention to document issues. | 0.75 | 0.00 | 465 | 0 | Vague. |
| Cohen | 504 | 17 | 7/5/2005 | Kaiser, Justine | A | Document production issues - Kaiser. | 0.50 | 0.13 | 148 | 33 | Vague, Non-Core. |
| Shapiro | 109 | 26 | 7/7/2005 | Shapiro, Thomas | P | study court notice | 0.30 | 0.00 | 255 | 0 | ECF Review, Vague. |
| Shapiro | 110 | 26 | 7/13/2005 | Shapiro, Thomas | P | study court order | 0.30 | 0.00 | 255 | 0 | ECF Review, Vague. |
| Shapiro | 9 | 20 | 7/15/2005 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shapiro | 112 | 26 | 7/20/2005 | Shapiro, Thomas | P | study consolidation order | 0.30 | 0.00 | 255 | 0 | ECF Review , Vague. |
| Shapiro | 113 | 26 | 7/21/2005 | Shapiro, Thomas | P | study notice from court | 0.30 | 0.00 | 255 | 0 | ECF Review , Vague. |
| Cohen | 516 | 18 | 7/28/2005 | Kaiser , Justine | A | Review Med Impact subpoena; document review. | 1.50 | 0.60 | 443 | 149 | Legitimate Work, Vague |
| Shapiro | 11 | 20 | 7/28/2005 | Hess-Mahan, Ted | A | study court orders | 0.30 | 0.00 | 195 | 0 | ECF Review , Vague. |
| Shapiro | 114 | 26 | 7/28/2005 | Shapiro, Thomas | P | study court order | 0.30 | 0.00 | 255 | 0 | ECF Review , Vague. |
| Shapiro | 115 | 26 | 7/29/2005 | Shapiro, Thomas | P | study court orders | 0.30 | 0.00 | 255 | 0 | ECF Review , Vague. |
| Shapiro | 13 | 20 | 8/19/2005 | Hess-Mahan, Ted | A | read court order | 0.30 | 0.00 | 195 | 0 | ECF Review , Vague. |
| Cohen | 532 | 18 | 8/22/2005 | Kaiser , Justine | A | Kaiser discovery issues. | 1.00 | 0.00 | 295 | 0 | Vague. |
| Cohen | 568 | 19 | 12/9/2005 | Kaiser , Justine | A | Kaiser discovery issues. | 1.75 | 0.46 | 516 | 116 | Vague, Non-Core. |
| Cohen | 152 | 10 | 2/8/2006 | Cambria, Justin | PL | Respond to requests per LPN, KW re approval status, draft memo | 7.00 | 0.00 | 1225 | 0 | Vague, Non-Contemporaneous. |
| Cohen | 153 | 10 | 2/9/2006 | Cambria, Justin | PL | Respond to LPN, KW's request re approvla status, prepare & draft memo | 6.00 | 0.00 | 1050 | 0 | Vague, Non-Contemporaneous. |
| Shapiro | 17 | 20 | 2/23/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Shapiro | 18 | 20 | 2/24/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Shapiro | 19 | 20 | 2/28/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Shapiro | 125 | 27 | 3/2/2006 | Shapiro, Thomas | P | e-mails re  filing brief | 0.30 | 0.11 | 255 | 37 | Vague, Conferencing, Non-Core. |
| Shapiro | 126 | 27 | 3/3/2006 | Shapiro, Thomas | P | e-mails re  service requirement | 0.30 | 0.11 | 255 | 37 | Vague, Conferencing, Non-Core. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shapiro | 20 | 20 | 3/6/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Shapiro | 21 | 20 | 5/12/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Shapiro | 27 | 21 | 7/27/2006 | Hess-Mahan, Ted | A | read motion papers | 0.80 | 0.00 | 520 | 0 | Other Matters, Vague. |
| Cohen | 377 | 15 | 8/4/2006 | Nussbaum, Linda | P | Attend to brief | 1.00 | 0.00 | 640 | 0 | Vague. |
| Shapiro | 28 | 21 | 8/21/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Shapiro | 29 | 21 | 8/22/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Shapiro | 31 | 21 | 8/28/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Cohen | 383 | 15 | 9/5/2006 | Nussbaum, Linda | P | Speak with Mitch Cohen | 0.75 | 0.30 | 480 | 104 | Legitimate Work, Vague |
| Shapiro | 37 | 21 | 9/27/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Cohen | 128 | 9 | 10/2/2006 | Olson, Steig | A | Review status of discovery; client issues | 1.50 | 0.60 | 450 | 149 | Legitimate Work, Vague, Client Relations |
| Cohen | 1 | 7 | 10/12/2006 | Chandra, Shuba | PL | becoming familiar with the case | 0.50 | 0.00 | 88 | 0 | Vague. |
| Shapiro | 38 | 21 | 10/13/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Cohen | 132 | 9 | 12/5/2006 | Olson, Steig | A | Coordiante; prepare for CM | 0.75 | 0.00 | 225 | 0 | Vague. |
| Cohen | 400 | 15 | 12/14/2006 | Nussbaum, Linda | P | Attend to Kaiser issues; prep re: discovery meeting | 1.75 | 0.70 | 1120 | 244 | Legitimate Work, Vague |
| Shapiro | 45 | 22 | 12/15/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |
| Shapiro | 46 | 22 | 12/21/2006 | Hess-Mahan, Ted | A | e-mail correspondence | 0.30 | 0.00 | 195 | 0 | Vague. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cohen | 402 | 15 | 1/23/2007 | Nussbaum, Linda | P | Attend meeting | 3.75 | 0.99 | 2438 | 348 | Vague, Conferencing. |
| Cohen | 403 | 15 | 1/24/2007 | Nussbaum, Linda | P | Follow-up from meeting - call with Shook Hardy | 1.25 | 0.33 | 813 | 116 | Vague, Conferencing. |
| Cohen | 407 | 15 | 2/12/2007 | Nussbaum, Linda | P | Attend to Kaiser discovery issues | 1.00 | 0.27 | 650 | 93 | Vague, Non-Core. |
| Cohen | 142 | 10 | 2/13/2007 | Olson, Steig | A | Client discovery issues | 1.00 | 0.27 | 315 | 66 | Vague, Non-Core. |
| Cohen | 408 | 15 | 2/13/2007 | Nussbaum, Linda | P | Attend to Kaiser discovery issues | 1.00 | 0.27 | 650 | 93 | Vague, Non-Core. |
| Cohen | 144 | 10 | 2/15/2007 | Olson, Steig | A | Kaiser document discovery issues. | 1.00 | 0.27 | 315 | 66 | Vague, Non-Core. |
| Kaplan | 3 | 8 | 2/23/2007 | RJK | P | 0/C LPN - REVISE HR RE NOT APP - T/C LPN - SEND LTR TO M. COHEN | 1.25 | 0.50 |  | 174 | Legitimate Work, Vague |
| Kaplan | 106 | 15 | 5/15/2007 | MM | PL | RESEARCH FOR ACP | 1.50 | 0.00 |  | 0 | Vague. |
| Kaplan | 142 | 17 | 6/4/2007 | LN | P | Attention to discovery and Kaiser issues | 0.75 | 0.00 |  | 0 | Vague. |
| Kaplan | 168 | 18 | 6/7/2007 | LN | P | Attention to discovery; various calls | 2.75 | 1.46 |  | 511 | Legitimate Work, Vague, Conferencing |
| Kaplan | 314 | 26 | 6/26/2007 | LDK | P | CONF CALL W/KF TEAM; FOLLOW UP RE: SAME | 1.00 | 0.24 |  | 84 | Vague, Conferencing, Non-Contemporaneous. |
| Kaplan | 323 | 26 | 6/27/2007 | LN | P | Attend to discovery, various calls | 1.00 | 0.27 |  | 93 | Vague, Conferencing. |
| Kaplan | 333 | 27 | 6/28/2007 | LN | P | Speak with Ravkind, and co-counsel; misc material issues | 2.50 | 0.66 |  | 232 | Vague, Conferencing. |
| Kaplan | 471 | 34 | 7/27/2007 | LDK | P | T/C'S E/M'S RE: MISC. | 0.50 | 0.00 |  | 0 | Vague, Non-Contemporaneous. |
| Kaplan | 521 | 37 | 8/13/2007 | LN | P | Attend to Kaiser issues | 0.50 | 0.00 |  | 0 | Vague. |
| Kaplan | 527 | 37 | 8/14/2007 | LN | P | Group call; attend to Kaiser issues | 1.25 | 0.33 |  | 116 | Vague, Conferencing. |
| Kaplan | 537 | 38 | 8/16/2007 | LN | P | Work re: Kaiser issues | 0.50 | 0.00 |  | 0 | Vague. |
| Kaplan | 552 | 39 | 8/23/2007 | LK | A | KAISER REVIEW | 5.00 | 0.00 |  | 0 | Vague, Non-Contemporaneous. |
| Kaplan | 589 | 40 | 8/28/2007 | LN | P | Various calls; attend to Kaiser issues | 1.25 | 0.33 |  | 116 | Vague, Conferencing. |
| Kaplan | 613 | 41 | 9/5/2007 | LN | P | Call; work with Kaiser issues; read court order | 0.50 | 0.27 |  | 93 | Legitimate Work, Vague, Conferencing |
| Kaplan | 629 | 42 | 9/10/2007 | MM | PL | MISC. PROJECTS FOR AVIAH | 1.00 | 0.00 |  | 0 | Vague. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 670 | 44 | 9/19/2007 | LMF | A | RESEARCH & CONF CALL W/LDK | 2.75 | 0.73 | | 182 | Vague, Conferencing. |
| Kaplan | 931 | 60 | 12/20/2007 | LN | P | Conf call; work re: Kaiser | 0.50 | 0.13 | | 46 | Vague, Conferencing. |
| Kaplan | 998 | 64 | 2/19/2008 | EK | A | ATTENTION TO DISCOVERY ISSUES | 1.00 | 0.00 | | 0 | Vague, Non-Contemporaneous. |
| Kaplan | 1000 | 64 | 2/22/2008 | EK | A | ATTENTION TO TO DISCOVERY ISSUES | 2.00 | 0.00 | | 0 | Vague, Non-Contemporaneous. |
| Kaplan | 1081 | 68 | 6/13/2008 | LN | P | Meeting and calls | 1.75 | 0.46 | | 162 | Vague, Conferencing. |
| Kaplan | 1226 | 76 | 1/21/2009 | LN | P | Various calls | 0.50 | 0.13 | | 46 | Vague, Conferencing. |
| Kaplan | 1242 | 77 | 3/5/2009 | LN | P | Various calls | 0.50 | 0.13 | | 46 | Vague, Conferencing. |
| Kaplan | 1498 | 90 | 11/13/2009 | LN | P | Various calls | 0.50 | 0.11 | | 37 | Vague, Conferencing, Trial Work. |
| Kaplan | 1509 | 91 | 11/19/2009 | LN | P | Work re: trial preparation | 1.75 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1512 | 91 | 11/20/2009 | LN | P | Travel to Boston; trial preparation | 8.00 | 0.00 | | 0 | Travel, Vague, Trial Work. |
| Kaplan | 1515 | 91 | 11/21/2009 | LN | P | Trial preparations | 3.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1517 | 91 | 11/22/2009 | LN | P | Trial preparation | 3.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1520 | 92 | 11/23/2009 | LN | P | Attend to trial preparation | 6.75 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1522 | 92 | 11/24/2009 | LN | P | Work on trial prepration | 1.75 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1527 | 92 | 11/27/2009 | LN | P | Work on trial preparations | 1.25 | 0.00 | | 0 | Vague, Trial Work. |
| Hagens | 20 | 8 | 11/29/2009 | TMS | P | Work on Kaiser trial issues and work assignments in connection with the same. | 6.00 | 0.00 | 3600 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1541 | 93 | 12/4/2009 | LN | P | Pretrial preparation | 2.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1542 | 93 | 12/4/2009 | TG | PL | DOCUMENT PRODUCTION | 0.50 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1545 | 93 | 12/5/2009 | LN | P | Various matters regarding trial preparation | 3.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1546 | 93 | 12/6/2009 | LN | P | Trial prepration | 1.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1548 | 93 | 12/7/2009 | LN | P | Work re trial preparation | 2.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1554 | 93 | 12/8/2009 | LN | P | Trial preparation | 1.50 | 0.00 | | 0 | Vague, Trial Work. |
| Hagens | 29 | 9 | 12/9/2009 | TMS | P | Further preparation for trial. | 3.50 | 0.00 | 2100 | 0 | Vague, Non-Contemporaneous, Trial Work. |

Exhibit K - Pfizer's Vague Billing Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1560 | 94 | 12/9/2009 | LN | P | Trial preparations | 0.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1561 | 94 | 12/9/2009 | MM | PL | TRIAL PREP | 1.50 | 0.00 | | 0 | Vague, Trial Work. |
| Hagens | 33 | 9 | 12/10/2009 | TMS | P | Addressing various pre-trial matters. | 1.50 | 0.00 | 900 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1573 | 95 | 12/11/2009 | LN | P | Pretrial work | 2.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1579 | 95 | 12/12/2009 | LN | P | Trial preparation | 2.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1618 | 97 | 12/23/2009 | LN | P | Trial preparation | 4.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1622 | 97 | 12/24/2009 | LN | P | Trial preparation work | 2.00 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1657 | 99 | 1/6/2010 | LN | P | Trial preparation | 2.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1681 | 100 | 1/14/2010 | LN | P | Trial preparation | 2.25 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 94 | 15 | 1/14/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.30 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 101 | 16 | 1/15/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1691 | 101 | 1/17/2010 | LN | P | Trial preparation | 3.00 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1693 | 101 | 1/18/2010 | LN | P | Trial preparation | 4.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1696 | 101 | 1/19/2010 | LN | P | Trial preparation | 0.50 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 115 | 16 | 1/19/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.20 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 120 | 16 | 1/20/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.20 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 123 | 17 | 1/21/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.20 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 125 | 17 | 1/22/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.20 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1714 | 102 | 1/23/2010 | LN | P | Work on trial motions | 3.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1716 | 102 | 1/24/2010 | LN | P | Work regarding trial motions | 2.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1718 | 102 | 1/25/2010 | LN | P | Work with trial motions | 3.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1723 | 103 | 1/25/2010 | EK | A | ATTENTION TO MISCELLANOUS TRIAL PREP MATTERS | 4.25 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lieff | 130 | 17 | 1/26/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.20 | 0.00 | | 0 | Vague, Trial Work. |
| Hagens | 135 | 18 | 1/27/2010 | TMS | P | Trial preparation. | 6.50 | 0.00 | 3900 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1730 | 103 | 1/27/2010 | LN | P | Trial preparation | 4.50 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 134 | 17 | 1/27/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.20 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 138 | 17 | 1/28/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1737 | 103 | 1/29/2010 | LN | P | Trial preparation | 3.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1743 | 104 | 1/31/2010 | LN | P | Trial preparations | 3.00 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1745 | 104 | 2/1/2010 | LN | P | Witness prep call; trial preparation | 6.25 | 1.33 | | 464 | Vague, Conferencing, Trial Work. |
| Hagens | 147 | 19 | 2/2/2010 | KJP | A | Trial prep; calls regarding damages witnesses. | 8.50 | 1.62 | 2125 | 406 | Vague, Conferencing, Non-Contemporaneous, Trial Work. |
| Kaplan | 1755 | 104 | 2/3/2010 | LN | P | Trial preparation | 2.25 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1762 | 105 | 2/5/2010 | LN | P | Trial preparation | 4.00 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 173 | 19 | 2/8/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1777 | 105 | 2/9/2010 | LN | P | Trial preparation | 7.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1781 | 106 | 2/9/2010 | NR | A | RESEARCH | 1.75 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 178 | 19 | 2/9/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 181 | 19 | 2/10/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1787 | 106 | 2/11/2010 | LN | P | Trial preparation | 7.75 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 187 | 19 | 2/11/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1791 | 106 | 2/12/2010 | LN | P | Trial preparation | 7.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1794 | 106 | 2/12/2010 | JR | A | TRIAL PREP | 7.75 | 0.00 | | 0 | Vague, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1795 | 106 | 2/12/2010 | EK | A | TRIAL PREPARATION | 9.00 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 190 | 19 | 2/12/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1798 | 106 | 2/13/2010 | JR | A | TRIAL PREP | 4.75 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1799 | 106 | 2/13/2010 | EK | A | TRIAL PREPARATION | 4.50 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1800 | 106 | 2/14/2010 | LN | P | Pre-trial work | 6.75 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1802 | 106 | 2/14/2010 | JR | A | TRIAL PREP, CONT. | 6.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1805 | 107 | 2/15/2010 | LN | P | Trial preparation | 8.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1809 | 107 | 2/15/2010 | JR | A | CONT. TRIAL PREP | 9.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1811 | 107 | 2/16/2010 | LN | P | Trial preparation | 8.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1813 | 107 | 2/16/2010 | JR | A | CONT. TRIAL PREP | 10.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1814 | 107 | 2/16/2010 | EK | A | TRIAL PREPARATION | 8.50 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 197 | 20 | 2/16/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 198 | 20 | 2/16/2010 | HIMMELSTEIN, BARRY | P | Miscellaneous emails. | 1.50 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1819 | 107 | 2/17/2010 | JR | A | TRIAL PREP CONT. | 11.50 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 201 | 20 | 2/17/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1826 | 108 | 2/18/2010 | JR | A | TRIAL PREP | 11.50 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 203 | 20 | 2/18/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 204 | 20 | 2/18/2010 | HIMMELSTEIN, BARRY | P | Conference call. | 1.00 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1833 | 108 | 2/19/2010 | JR | A | TRIAL PREP | 11.25 | 0.00 | | 0 | Vague, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1834 | 108 | 2/19/2010 | EK | A | TRIAL PREPARATION | 8.00 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 207 | 20 | 2/19/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 210 | 20 | 2/20/2010 | HIMMELSTEIN, BARRY | P | Prepare for trip to Boston. | 8.00 | 0.00 | | 0 | Vague, Trial Work. |
| Barrett LG | 126 | 17 | 2/21/2010 | CB | A | Trial Preparation | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1836 | 108 | 2/21/2010 | JR | A | TRIAL PREP, CALLS W/CO-COUNSEL, DEMONSTRATE OBJECTIONS, E-MAIL ISSUES | 6.75 | 2.86 | | 716 | Legitimate Work, Vague, Conferencing, Trial Work |
| Kaplan | 1837 | 108 | 2/21/2010 | EK | A | TRIAL PREP AND TRAVEL TO BOSTON FOR TRIAL | 5.00 | 0.00 | | 0 | Travel, Vague, Non-Contemporaneous, Trial Work. |
| Barrett LG | 128 | 17 | 2/22/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Dugan | 120 | 11 | 2/22/2010 | James R. Dugan, II | P | Prepare for and attend trial | 9.00 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1841 | 108 | 2/22/2010 | EK | A | TRIAL | 14.00 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 211 | 20 | 2/22/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Barrett LG | 129 | 17 | 2/23/2010 | DB | P | Trial prep- Attending trial today- document review and discussion of exhibits. | 16.00 | 5.09 | 10000 | 1782 | Legitimate Work, Vague, Trial Work |
| Barrett LG | 130 | 17 | 2/23/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Dugan | 121 | 11 | 2/23/2010 | James R. Dugan, II | P | Prepare for and attend trial | 9.00 | 0.00 | | 0 | Vague, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1846 | 109 | 2/23/2010 | EK | A | TRIAL | 14.00 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 221 | 20 | 2/23/2010 | MUKHERJI, RENEE | NL | [NO NARRATIVE IN BILLING SUBMISSION] | 0.50 | 0.00 | | 0 | Vague, Trial Work. |
| Barrett LG | 131 | 17 | 2/24/2010 | DB | P | Trial prep-(5.5) Attending trial today(6.0)- post trial document review and discussion (8.1). Email to Tom Greene, Tom Sobol, Linda Nussbaum re trial plan schedule(.4) | 20.00 | 6.36 | 12500 | 2228 | Legitimate Work, Vague, Trial Work |
| Barrett LG | 132 | 17 | 2/24/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1849 | 109 | 2/24/2010 | JR | A | CONT. TRIAL PREP | 6.75 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1850 | 109 | 2/24/2010 | EK | A | TRIAL | 13.50 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Barrett LG | 133 | 17 | 2/25/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Barrett LG | 134 | 17 | 2/25/2010 | DB | P | Trial Prep(4.5) In Trial (6.0); post-trial review of schedule and witnesses, discussions and exhibit review for tomorrow's trial(5.6) | 16.20 | 5.16 | 10125 | 1804 | Legitimate Work, Vague, Trial Work |
| Kaplan | 1853 | 109 | 2/25/2010 | EK | A | TRIAL | 14.00 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 226 | 21 | 2/25/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Barrett LG | 135 | 17 | 2/26/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1859 | 109 | 2/26/2010 | EK | A | TRIAL | 12.50 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 230 | 21 | 2/26/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Barrett LG | 137 | 17 | 2/27/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Barrett LG | 139 | 18 | 2/28/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1866 | 110 | 2/28/2010 | EK | A | TRIAL PREP | 12.50 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Barrett LG | 141 | 18 | 3/1/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1871 | 110 | 3/1/2010 | EK | A | TRIAL/TRIAL SUPPORT WORK IN BOSTON | 14.25 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 237 | 21 | 3/1/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Barrett LG | 143 | 18 | 3/2/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1875 | 110 | 3/2/2010 | EK | A | TRIAL/TRIAL SUPPORT WORK IN BOSTON (INCLUDES TIME AFTER MIDNIGHT) | 17.25 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Barrett LG | 144 | 18 | 3/3/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |

Exhibit K - Pfizer's Vague Billing Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hagens | 259 | 29 | 3/3/2010 | AJV | PL | Trial Observation | 8.00 | 0.00 | 2400 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1880 | 111 | 3/3/2010 | EK | A | TRIAL/TRIAL SUPPORT WORK IN BOSTON | 12.50 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 246 | 21 | 3/3/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Barrett LG | 147 | 18 | 3/4/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Hagens | 270 | 30 | 3/4/2010 | KJP | A | Attend trial; prepare for Rosenthal and Hartman; trial prep. | 17.50 | 5.01 | 4375 | 1253 | Legitimate Work, Vague, Non-Contemporaneous, Trial Work |
| Kaplan | 1884 | 111 | 3/4/2010 | EK | A | TRIAL/TRIAL SUPPORT WORK IN BOSTON | 12.00 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 250 | 22 | 3/4/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Barrett LG | 148 | 18 | 3/5/2010 | CB | A | Trial Work | 16.00 | 0.00 | 6000 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Barrett LG | 149 | 18 | 3/5/2010 | DB | P | Pretrial prep (6.0); Attend trial(6.5); post trial work- discuss exhibits and depositions(5.0) | 17.50 | 5.57 | 10938 | 1949 | Legitimate Work, Vague, Trial Work |
| Kaplan | 1890 | 111 | 3/5/2010 | EK | A | TRIAL/TRIAL SUPPORT IN BOSTON; RETURN  TRAVEL | 9.00 | 0.00 | | 0 | Travel, Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 253 | 22 | 3/5/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 256 | 22 | 3/6/2010 | HIMMELSTEIN, BARRY | P | Travel to Boston for trial; (work on plane). | 9.00 | 0.00 | | 0 | Vague, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lieff | 259 | 22 | 3/8/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Hagens | 319 | 34 | 3/10/2010 | TMS | P | Attend trial and trial prep. | 14.00 | 0.00 | 8400 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Lieff | 272 | 22 | 3/12/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1922 | 114 | 3/13/2010 | LN | P | Preparation for third week of trial | 7.00 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1924 | 114 | 3/14/2010 | LN | P | Preparation for thrid week of trial; travel to Boston | 9.00 | 0.00 | | 0 | Travel, Vague, Trial Work. |
| Kaplan | 1925 | 114 | 3/14/2010 | EK | A | TRIAL/TRIAL SUPPORT WORK | 6.50 | 0.00 | | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Hagens | 351 | 36 | 3/15/2010 | TMS | P | Attend trial, cross of Robert Gibbons; trial prep. | 14.50 | 4.15 | 8700 | 1454 | Legitimate Work, Vague, Non-Contemporaneous, Trial Work |
| Kaplan | 1926 | 114 | 3/15/2010 | RJK | P | E-MAIL LPN | 0.50 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 275 | 22 | 3/15/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 279 | 23 | 3/16/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Greene | 1707 | 131 | 3/17/2010 | TMG | P | reviewing and editing legal memos | 2.30 | 0.00 | 1495 | 0 | Vague. |
| Lieff | 284 | 23 | 3/18/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Hagens | 372 | 38 | 3/19/2010 | CR | PL | Attend trial; trial prep work | 9.75 | 0.00 | 1463 | 0 | Vague, Trial Work. |
| Barrett LG | 171 | 20 | 3/22/2010 | DB | P | Trial prep (5.5) ; Review Witnesses list ; summaries of testimonies and designations, etc.(2.1) ; Attend trial (6.5); post trial discussions with cocounsel on closing arguments and strategy for tomorrow's trial(6.0) | 20.10 | 6.40 | 12563 | 2239 | Legitimate Work, Vague, Trial Work |
| Lieff | 294 | 23 | 3/22/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 296 | 23 | 3/23/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hagens | 407 | 40 | 3/24/2010 | TMS | P | Attend trial and trial prep. | 8.00 | 0.00 | 4800 | 0 | Vague, Non-Contemporaneous, Trial Work. |
| Kaplan | 1979 | 118 | 3/24/2010 | LN | P | Trial | 6.00 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 297 | 23 | 3/24/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Lieff | 298 | 23 | 3/25/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague, Trial Work. |
| Kaplan | 1986 | 118 | 3/26/2010 | LN | P | Post trial work; Various calls; research re: 17200, etc. | 6.25 | 0.00 | | 0 | UCL, Vague, Trial Work. |
| Kaplan | 1987 | 118 | 3/27/2010 | LN | P | Various calls | 1.75 | 0.00 | | 0 | Vague. |
| Lieff | 302 | 23 | 3/29/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Lieff | 303 | 23 | 3/30/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Lieff | 305 | 24 | 3/31/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Barrett LG | 182 | 22 | 4/1/2010 | DB | P | [NO NARRATIVE IN BILLING SUBMISSION] | 0.50 | 0.00 | 313 | 0 | Vague. |
| Lieff | 306 | 24 | 4/1/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Lieff | 308 | 24 | 4/5/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Lieff | 310 | 24 | 4/6/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Lieff | 314 | 24 | 4/8/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Lieff | 317 | 24 | 4/9/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Lieff | 320 | 24 | 4/12/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Lieff | 322 | 24 | 4/13/2010 | ALAMEDA, SCOTT | NL | Check login and database. | 0.10 | 0.00 | | 0 | Vague. |
| Nussbaum | 39 | 6 | 5/25/2010 | LPN | P | Attend to post trial issues and issuing of posting of bond | 2.25 | 0.90 | 1856 | 313 | Legitimate Work, Vague |

Exhibit K - Pfizer's Vague Billing Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nussbaum | 42 | 6 | 6/8/2010 | LPN | P | Various emails; atend to interest and fee shifting | 2.75 | 0.49 | 2269 | 170 | Pre-judgment Interest, Vague, Fee Petition. |
| Nussbaum | 83 | 6 | 8/23/2010 | LPN | P | Conference call with Mitch Cohen and others; emails with class counsel; attend to issues | 3.25 | 1.29 | 2681 | 452 | Legitimate Work, Other Matters, Vague |
| Nussbaum | 84 | 6 | 8/24/2010 | LPN | P | Speak with Sobol; Attend to draft of Kaiser docs; attend to support | 4.00 | 1.06 | 3300 | 371 | Vague, Conferencing. |
| Hagens | 581 | 53 | 12/17/2010 | TMS | P | Follow up on post trial motions. | 3.00 | 0.00 | 1800 | 0 | Vague, Non-Contemporaneous. |
| Hagens | 582 | 53 | 12/29/2010 | TMS | P | Work on post-trial motion practice issues. | 2.50 | 0.00 | 1500 | 0 | Vague, Non-Contemporaneous. |
| G & E | 210 | 18 | 2/17/2011 | JDR | A | Emails and calls | 1.20 | 0.00 | | 0 | Vague. |
| G & E | 262 | 20 | 4/6/2011 | CAN | PL | Follow up with research for J. Radice | 0.50 | 0.00 | | 0 | Vague. |
| G & E | 357 | 25 | 5/17/2011 | LN | P | Attention to order and status. | 0.80 | 0.00 | | 0 | Other Matters, Vague. |
| G & E | 362 | 25 | 5/25/2011 | LN | P | Attention to additional language; memo. | 0.50 | 0.00 | | 0 | Vague. |
| G & E | 368 | 25 | 6/2/2011 | LN | P | Work on draft for client. | 1.50 | 0.00 | | 0 | Vague, Client Relations. |
| G & E | 369 | 25 | 6/3/2011 | LN | P | Work regarding draft for client. | 1.50 | 0.00 | | 0 | Vague, Client Relations. |
| G & E | 372 | 25 | 6/8/2011 | LN | P | Attention to status and client draft. | 1.80 | 0.72 | | 251 | Legitimate Work, Vague, Client Relations |
| G & E | 394 | 26 | 7/23/2011 | LN | P | Off label; read and comment draft. | 2.20 | 0.00 | | 0 | Vague. |
| Kellogg | 120 | 51 | 11/14/2011 | DSW | NL | Search for reports. | 3.00 | 0.00 | | 0 | Vague, Appellate Work. |
| G & E | 480 | 30 | 11/17/2011 | LN | P | Attention to appeal; outline. | 1.30 | 0.00 | | 0 | Vague. |
| Kellogg | 345 | 100 | 7/28/2012 | SKA | A | Research for brief. | 2.00 | 0.00 | | 0 | Vague, Appellate Work. |
| Barrett LG | 329 | 33 | 4/17/2013 | DB | P | [NO NARRATIVE IN BILLING SUBMISSION] | 0.10 | 0.00 | 75 | 0 | Vague. |
| G & E | 601 | 35 | 4/25/2013 | CAN | PL | Make project arrangements | 0.20 | 0.00 | | 0 | Vague. |
| G & E | 637 | 37 | 6/5/2013 | BD | A | Draft Kaiser materials ; emails re same. | 5.50 | 0.00 | | 0 | Vague. |
| G & E | 664 | 38 | 6/22/2013 | LN | P | Review prior reports regarding inconsistencies. | 3.80 | 0.00 | | 0 | Vague. |
| G & E | 678 | 39 | 7/8/2013 | LN | P | Attention to draft memo. | 1.30 | 0.52 | | 181 | Legitimate Work, Vague |
| Totals | | | | | | | 1062.95 | 63.68 | | 20920 | |