# EXHIBIT O

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kellogg | 204 | 77 | 5/22/2012 | SKA | A | Research missing trial exhibits and exchange e-mails with J. Radice and team; meet with J. Nichols and B. Christenson concerning designation of Kaiser's exhibits; research and draft appellees' brief. | 4.80 | 0.85 | | 212 | Missing Exhibits, Conferencing, Appellate Work. |
| Radice | 1 | 5 | 5/22/2012 | JDR | P | Multiple emails with Linda, Scott A, David F re exhibits and appendix, call w Kristin re same | 2.25 | 0.00 | 1406 | 0 | Missing Exhibits. |
| Kellogg | 207 | 77 | 5/23/2012 | SKA | A | Conference call concerning missing trial exhibits and exchange e-mails with J. Radice and team; research and draft appellees' brief. | 2.50 | 0.44 | | 111 | Missing Exhibits, Conferencing, Appellate Work. |
| Radice | 2 | 5 | 5/23/2012 | JDR | P | multiple calls and emails w appellate counsel and Linda and Kristen re exhibits and closings and other appellate issues, work on same | 4.50 | 1.19 | 2813 | 418 | Missing Exhibits, Conferencing. |
| Kellogg | 209 | 77 | 5/24/2012 | SKA | A | Review exhibits and exchange e-mails with L. Nussbaum and J. Radice in pursuit of a complete set of exhibits admitted by the trial court. | 3.80 | 0.67 | | 168 | Missing Exhibits, Non-Core, Appellate Work. |
| Radice | 3 | 5 | 5/24/2012 | JDR | P | continuing work on exhibits, compare production and missing, many emails re same, discuss with Linda, call to Skadden re same | 3.25 | 0.00 | 2031 | 0 | Missing Exhibits. |
| Radice | 4 | 5 | 5/25/2012 | JDR | P | call w Tom, multiple emails w Linda and Kristen re exhibit issue, work on same | 1.75 | 0.00 | 1094 | 0 | Missing Exhibits. |
| G & E | 513 | 31 | 6/7/2012 | RF | PL | Review e-mail from J. Radice research for documents requested by counsel | 1.60 | 0.00 | | 0 | Missing Exhibits. |
| Kellogg | 232 | 84 | 6/7/2012 | SKA | A | Review and locate trial exhibits; exchange e-mails with J. Radice and B. Christensen; research for brief. | 2.50 | 0.66 | | 166 | Legitimate Work, Missing Exhibits, Appellate Work |
| Kellogg | 235 | 83 | 6/7/2012 | BMC1 | PL | Identify problems with sealed exhibits provided to KHHTE by co-counsel; correspond with co-counsel (J. Radice) regarding those problems; and further ensure that the joint appendix letter to opposing counsel includes the exhibits KHHTE desires to designate for appeal under Fed. R. App. P. 30. | 8.90 | 0.00 | | 0 | Missing Exhibits, Appellate Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kellogg | 237 | 84 | 6/8/2012 | SKA | A | Research, edit, and finalize letter to Pfizer setting out Kaiser's counter-designations for the joint appendix; review and locate trial exhibits; exchange e-mails with J. Radice and B. Christensen; research for brief. | 3.30 | 1.75 | | 438 | Legitimate Work, Missing Exhibits, Conferencing |
| Kellogg | 238 | 84 | 6/8/2012 | WJN | A | Review RICO case law; review docket for missing documents related to Pfizer's summary judgment motion. | 0.50 | 0.12 | | 30 | Legitimate Work, Missing Exhibits, Non-Contemporaneous, Appellate Work |
| Kellogg | 239 | 84 | 6/8/2012 | BMC1 | PL | Revise letter counter-designating exhibits for joint appendix; telephone call to District of Massachusetts regarding exhibits; related telephone calls with S. Attaway and S. Laudone; draft cover letters to send CDs including counter-designated exhibits-- minus yet-missing exhibits--to opposing counsel and co-counsel. | 5.70 | 1.51 | | 151 | Legitimate Work, Missing Exhibits, Appellate Work |
| Radice | 6 | 5 | 6/8/2012 | JDR | P | multiple emails re exhibits, continuing work on same | 1.50 | 0.00 | 938 | 0 | Missing Exhibits. |
| Kellogg | 241 | 85 | 6/11/2012 | SKA | A | Review and locate trial exhibits; exchange e-mails with J. Radice and B. Christensen; research for brief. | 2.00 | 0.71 | | 177 | Legitimate Work, Missing Exhibits, Conferencing, Appellate Work |
| Kellogg | 242 | 85 | 6/11/2012 | BMC1 | PL | Review docket to locate documents related to particular issues; draft summary of elements of California Unfair Competition Law and RICO claim and most important cases. | 5.40 | 0.64 | | 64 | UCL, Missing Exhibits, Conferencing, Appellate Work. |
| Kellogg | 243 | 85 | 6/12/2012 | SKA | A | Exchange e-mails with B. Christensen concerning additional trial exhibits to be located; review correspondence from counsel for Pfizer. | 1.80 | 0.48 | | 119 | Legitimate Work, Missing Exhibits, Appellate Work |
| Kellogg | 244 | 85 | 6/12/2012 | BMC1 | PL | Identify missing trial exhibits that counsel needs to designate in joint appendix letter. | 5.00 | 0.00 | | 0 | Missing Exhibits, Appellate Work. |
| Radice | 7 | 5 | 6/12/2012 | JDR | P | multiple emails re RICO original exhibits | 0.50 | 0.00 | 313 | 0 | Missing Exhibits. |
| G & E | 515 | 31 | 6/13/2012 | RF | PL | Review e-mails re binders from trial; teleconference with J. Murray re same | 0.40 | 0.00 | | 0 | Missing Exhibits. |
| Radice | 8 | 5 | 6/13/2012 | JDR | P | emails with Ilyas and Robyn re RICO binders and retrevial of same from the court | 0.50 | 0.00 | 313 | 0 | Missing Exhibits. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G & E | 517 | 31 | 6/15/2012 | RF | PL | Review e-mail from J. Murray re status of binders | 0.20 | 0.00 |  | 0 | Missing Exhibits. |
| Greene | 2036 | 155 | 6/15/2012 | JM | PL | Teleconference with Jennifer Anderson regarding the Kaiser trial exhibits and e-mail to Ilyas Rona regarding instructions on how to retrieve them for the Appeal | 0.25 | 0.00 | 19 | 0 | Missing Exhibits. |
| Kellogg | 249 | 85 | 6/18/2012 | BMC1 | PL | Review documents and exhibits received from opposing counsel and trial counsel in order to identify missing trial exhibits and pleadings needed for appeal; review trial transcript and look for arguments concerning jury instruction about statute of limitations under RICO for purposes of appeal. | 5.70 | 1.51 |  | 151 | Legitimate Work, Missing Exhibits, Appellate Work |
| G & E | 519 | 32 | 6/19/2012 | RF | PL | Review e-mails re binders of exhibits in District of Massachusetts matter | 0.60 | 0.00 |  | 0 | Missing Exhibits. |
| Greene | 2037 | 155 | 6/19/2012 | JM | PL | E-mail to Robyn Finnimore regarding the Neurontin Kaiser Trial Exhibits being held at the MA USDC | 0.10 | 0.00 | 8 | 0 | Missing Exhibits. |
| Kellogg | 252 | 86 | 6/19/2012 | BMC1 | PL | Review documents received from opposing counsel and co-counsel to identify trial exhibits and unsealed pleadings that are still missing. | 2.50 | 0.00 |  | 0 | Missing Exhibits, Appellate Work. |
| G & E | 521 | 32 | 6/20/2012 | RF | PL | Review e-mails re unredacted versions of documents filed; research re same | 1.20 | 0.00 |  | 0 | Missing Exhibits. |
| Kellogg | 253 | 86 | 6/20/2012 | SKA | A | Review exhibits; continue efforts to locate missing exhibits; exchange e-mails with B. Christensen. | 0.50 | 0.00 |  | 0 | Missing Exhibits, Appellate Work. |
| Kellogg | 254 | 86 | 6/20/2012 | BMC1 | PL | Review materials received from opposing counsel and co-counsel to identify missing trial exhibits and pleadings. Correspond through email with co-counsel J. Radice regarding that issue. | 1.50 | 0.00 |  | 0 | Missing Exhibits, Appellate Work. |
| Kellogg | 255 | 86 | 6/20/2012 | BMM | PL | Confer with B. Christensen regarding filing confidential pleadings and documents under seal with the court. | 0.50 | 0.00 |  | 0 | Missing Exhibits, Appellate Work. |
| Radice | 9 | 5 | 6/20/2012 | JDR | P | continuing emails re exhibits | 0.25 | 0.00 | 156 | 0 | Missing Exhibits. |
| Kellogg | 256 | 86 | 6/21/2012 | SKA | A | Research for appellees' brief; review exhibits; continue efforts to locate missing exhibits; exchange e-mails with J. Radice and B. Christensen. | 2.50 | 0.66 |  | 166 | Legitimate Work, Missing Exhibits, Appellate Work |
| Radice | 10 | 5 | 6/21/2012 | JDR | P | Emails w Ds re exhibits from D Ct, followup re same | 0.50 | 0.00 | 313 | 0 | Missing Exhibits. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kellogg | 258 | 87 | 6/22/2012 | SKA | A | Review materials concerning RICO enterprise and draft factual background for brief for appellees; exchange e-mails with J. Radice, B. Christensen, and others concerning exhibits and joint appendix. | 3.00 | 0.80 | | 199 | Legitimate Work, Missing Exhibits, Appellate Work |
| Kellogg | 260 | 87 | 6/22/2012 | BMC1 | PL | Correspond with S. Attaway regarding our efforts to identify and locate missing trial exhibits; research trial transcript to determine whether court reporter transcribed video depositions played at trial into the record. | 0.40 | 0.00 | | 0 | Missing Exhibits, Appellate Work. |
| G & E | 525 | 32 | 6/26/2012 | RF | PL | Review several e-mails re exhibit binders and documents; teleconference with docket clerk re same; research re additional documents | 0.80 | 0.00 | | 0 | Missing Exhibits. |
| Kellogg | 261 | 87 | 6/26/2012 | SKA | A | Research and draft appellees' brief; work on locating remaining missing exhibits and designations for the joint appendix; exchange e-mails with J. Radice and opposing counsel; exchange e-mails with J. Nichols and review research on RICO enterprise and causation issues. | 6.50 | 2.30 | | 575 | Legitimate Work, Missing Exhibits, Conferencing, Appellate Work |
| Kellogg | 263 | 87 | 6/26/2012 | BMC1 | PL | Coordinate with co-counsel to obtain missing trial exhibits for purposes of designation in joint appendix. | 4.30 | 0.00 | | 0 | Missing Exhibits, Appellate Work. |
| Radice | 11 | 5 | 6/26/2012 | JDR | P | multiple emails re exhibits and retrieving same from court | 0.50 | 0.00 | 313 | 0 | Missing Exhibits. |
| G & E | 526 | 32 | 6/27/2012 | RF | PL | Review several e-mails re documents for appeal; research re same; follow up with clerk of court re exhibit binders and sealed documents | 0.90 | 0.00 | | 0 | Missing Exhibits. |
| Greene | 2038 | 155 | 6/27/2012 | IJR | P | Left voicemail message for Jennifer Anderson re: Kaiser exhibits | 0.10 | 0.00 | 43 | 0 | Missing Exhibits. |
| Greene | 2039 | 156 | 6/27/2012 | IJR | P | Reviewed email from Grant & Eisenhofer re: Kaiser binders | 0.10 | 0.00 | 43 | 0 | Missing Exhibits. |
| Greene | 2040 | 156 | 6/27/2012 | IJR | P | Phone conversation with Jennifer Anderson re: Kaiser exhibits | 0.20 | 0.00 | 85 | 0 | Missing Exhibits. |

Exhibit O - Pfizer's Missing Exhibits Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kellogg | 264 | 88 | 6/27/2012 | SKA | A | Research and draft appellees' brief; work on locating remaining missing exhibits and designations for the joint appendix; exchange e-mails with J. Radice and opposing counsel; exchange e-mails with J. Nichols and review research on RICO enterprise and causation issues. | 7.00 | 2.48 | | 619 | Legitimate Work, Missing Exhibits, Conferencing, Appellate Work |
| Kellogg | 266 | 88 | 6/27/2012 | BMC1 | PL | Coordinate with co-counsel regarding efforts to locate missing trial exhibits for possible designation in joint appendix. | 3.70 | 0.00 | | 0 | Missing Exhibits, Appellate Work. |
| Radice | 12 | 5 | 6/27/2012 | JDR | P | continuing work to get official copies of exhibits, transcripts of depos played in court | 0.75 | 0.00 | 469 | 0 | Missing Exhibits. |
| G & E | 528 | 32 | 6/28/2012 | RF | PL | Review e-mails re documents for appeal; perform additional research | 0.90 | 0.00 | | 0 | Missing Exhibits. |
| Greene | 2042 | 156 | 6/28/2012 | IJR | P | Sending Kaiser trial exhibits to Kellogg firm for inclusion in appendix | 0.40 | 0.00 | 170 | 0 | Missing Exhibits. |
| Kellogg | 267 | 88 | 6/28/2012 | SKA | A | Review exhibits; conference calls and exchange e-mails with J. Radice, I. Rona, and others concerning locating final set of missing exhibits; research for appellees' brief. | 8.50 | 3.01 | | 751 | Legitimate Work, Missing Exhibits, Conferencing, Appellate Work |
| Kellogg | 268 | 88 | 6/28/2012 | BMC1 | PL | Continue to review trial exhibits and coordinating with co-counsel to locate missing trial exhibits needed for appeal and joint appendix. | 3.70 | 0.00 | | 0 | Missing Exhibits, Appellate Work. |
| Radice | 13 | 5 | 6/28/2012 | JDR | P | continuing emails re exhibit and depo work, multiple calls with Ilyas and Scott A and team re same | 1.50 | 0.00 | 938 | 0 | Missing Exhibits. |
| Kellogg | 269 | 89 | 6/29/2012 | SKA | A | Review exhibits; draft and send e-mail to opposing counsel concerning outstanding exhibit issues for the joint appendix; exchange e-mails with J. Radice and L. Nussbaum concerning exhibits; research for appellees' brief. | 7.80 | 2.07 | | 517 | Legitimate Work, Missing Exhibits, Appellate Work |
| Kellogg | 270 | 88 | 6/29/2012 | BMC1 | PL | Continue to review trial exhibits; coordinate with co-counsel to locate missing trial exhibits needed for appeal and joint appendix. | 0.50 | 0.13 | | 13 | Legitimate Work, Missing Exhibits, Appellate Work |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kellogg | 279 | 93 | 7/3/2012 | BMC1 | PL | Review district court's findings of fact and conclusions of law; correspond with trial counsel to locate sealed pleadings so that they may be analyzed for issues on appeal; review draft letter to send to opposing counsel regarding trial exhibit designations. | 7.90 | 2.10 | | 210 | Legitimate Work, Missing Exhibits, Appellate Work |
| Greene | 2045 | 156 | 7/5/2012 | IJR | P | Reviewing email from clerk regarding exhibits and circulating to Kaiser's counsel | 0.10 | 0.00 | 43 | 0 | Missing Exhibits. |
| Radice | 15 | 5 | 7/5/2012 | JDR | P | Call with Ilyas, emails with Scott A and team re exhibits | 0.50 | 0.00 | 313 | 0 | Missing Exhibits. |
| Greene | 2046 | 156 | 7/6/2012 | IJR | P | Round trip to courthouse to retrieve RICO binders to ship to Kaiser's appellate counsel | 0.80 | 0.00 | 340 | 0 | Travel, Missing Exhibits. |
| Greene | 2047 | 156 | 7/6/2012 | IJR | P | Revisions to letter to clerk regarding letter to obtain RICO binders for Kaiser's appellate counsel | 0.40 | 0.00 | 170 | 0 | Missing Exhibits. |
| Greene | 2048 | 156 | 7/6/2012 | IJR | P | Drafting email circulating copies of letter to clerk re: getting RICO binders to sent to Kaiser | 0.10 | 0.00 | 43 | 0 | Missing Exhibits. |
| Greene | 2049 | 156 | 7/6/2012 | IJR | P | Exchanging emails with clerk to arrange for pickup of RICO binders to send to Kaiser's appellate counsel | 0.20 | 0.00 | 85 | 0 | Missing Exhibits. |
| Greene | 2050 | 156 | 7/6/2012 | IJR | P | Reviewing and boxing up RICO binders to send to Kaiser's appellate counsel | 0.20 | 0.00 | 85 | 0 | Missing Exhibits. |
| Greene | 2051 | 156 | 7/6/2012 | JM | PL | Prepared RICO binder exhibits for overnight mail to Attorney Attaway along with written correspondence via email enclosing the boxes Fees & Expenses by Matter & Timekeeper with Codes Page 151 | 0.85 | 0.23 | 64 | 23 | Missing Exhibits, Fee Petition. |
| Radice | 16 | 5 | 7/6/2012 | JDR | P | futher emails re exhibits | 0.25 | 0.00 | 156 | 0 | Missing Exhibits. |
| G & E | 535 | 32 | 7/27/2012 | RF | PL | Review e-mails re payment for retrieval of documents from the District of Massachusetts | 0.40 | 0.00 | | 0 | Missing Exhibits. |
| Greene | 2053 | 156 | 7/27/2012 | JM | PL | Prepared email to Ilyas Rona attaching the FedEx invoice and the expense reimbursement form for him to forward to Scott Atwood for reimbursement regarding the Kaiser trial binders | 0.20 | 0.05 | 15 | 5 | Missing Exhibits, Fee Petition. |
| G & E | 536 | 32 | 7/30/2012 | RF | PL | Review e-mails re expenses for binder retrieval from District Court | 0.20 | 0.00 | | 0 | Missing Exhibits. |
| Totals | | | | | | | 142.40 | 24.35 | | 5281 | |