# EXHIBIT P

Exhibit P - Pfizer's Travel Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 500 | 36 | 8/7/2007 | ACP | A | TRAVEL TO/FROM BUFFALO FOR DEPOSITION | 1.50 | 0.00 | | 0 | Travel, Non-Contemporaneous. |
| Kaplan | 706 | 46 | 9/25/2007 | ACP | A | TRAVELED TO LOS ANGELES & PREP FOR MAIZELS DEPOSITION | 10.00 | 3.58 | | 895 | Legitimate Work, Travel, Non-Contemporaneous |
| Kaplan | 713 | 47 | 9/26/2007 | ACP | A | TRAVELED TO SAN DIEGO & PREP FOR MCCARBEY DEPOSITION | 4.00 | 1.43 | | 358 | Legitimate Work, Travel, Non-Contemporaneous |
| Lieff | 131 | 17 | 1/26/2010 | ALAMEDA, SCOTT | NL | Go to data center to install backup hard drive for Summation repository. | 2.00 | 0.00 | | 0 | Legitimate Work, Travel, Trial Work |
| Barrett LG | 26 | 8 | 12/13/2009 | CB | A | Travel to Boston for meeting at Greene LLP | 6.00 | 0.00 | 2250 | 0 | Travel, Non-Contemporaneous, Trial Work. |
| Barrett LG | 36 | 9 | 12/16/2009 | CB | A | Summarize depos and designate trial testimony ; Travel to Nashville, TN | 10.00 | 2.86 | 3750 | 716 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Barrett LG | 115 | 16 | 2/15/2010 | CB | A | Travel to Boston for meeting and confer regarding Kaiser trial list | 8.00 | 2.29 | 3000 | 573 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Barrett LG | 188 | 22 | 4/5/2010 | CB | A | Travel to NYC for meeting with co-counsel. | 10.00 | 2.39 | 3750 | 597 | Travel, Conferencing, Non-Contemporaneous. |
| C. Barrett | 2 | 5 | 12/13/2009 | Charles Barrett | P | travel to Boston for meeting and training at Greene LLP re: trial deposition designations | 6.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. |
| C. Barrett | 6 | 5 | 12/16/2009 | Charles Barrett | P | travel to Nashville, TN following deposition project in Boston, MA | 4.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. |
| C. Barrett | 26 | 6 | 2/15/2010 | Charles Barrett | P | travel to Boston, MA for "meet and confer" conference regarding Kaiser's trial exhibit list and Pfizer's trial exhibit list with defense counsel; attend meeting with Kaiser co-counsel re: next day's meet and confer conference with opposing Counsel | 8.00 | 2.29 | | 802 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Barrett | 29 | 6 | 2/17/2010 | Charles Barrett | P | travel from Boston, MA to Nashville, TN | 3.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. |
| C. Barrett | 51 | 7 | 4/5/2010 | Charles Barrett | P | travel to NYC for meeting with co-counsel; attend meeting of lead trial counsel re: litigation strategy | 10.00 | 2.39 | | 835 | Travel, Conferencing, Non-Contemporaneous. |
| Becnel LLP | 1 | 31 | 12/8/2009 | Daniel E. Becnel, Jr. | P | Making travel arrangements for Darryl Becnel and Sal Christina to go to Boston to deposition review in preparation Of the Kaiser trial; discussions with Darryl Becnel and Sal Christinia in reference to the status of the case and arrangements For Boston | 2.00 | 0.42 | | 149 | Travel, Conferencing, Trial Work. |
| Becnel LLP | 3 | 31 | 12/12/2009 | Daniel E. Becnel, Jr. | P | Making hotel arrangements for Darryl Becnel and Sal Christina for trip to Boston | 0.75 | 0.00 | | 0 | Travel, Trial Work. |
| Becnel LLP | 5 | 31 | 12/15/2009 | Daniel E. Becnel, Jr. | P | Review of additional information from Don Barrett for the Deposition of Vickie Travis; Trip to airport for flight to L.A. For the deposition; overnight in Dallas | 8.75 | 0.00 | | 0 | Travel, Trial Work. |
| Becnel LLP | 6 | 31 | 12/16/2009 | Daniel E. Becnel, Jr. | P | Trip to Dallas to L.A. for the deposition of Vickie Travis; preparing for the deposition; review of emails concerning the Status of the deposition. | 10.50 | 3.34 | | 1170 | Legitimate Work, Travel, Trial Work |
| Becnel LLP | 7 | 31 | 12/17/2009 | Daniel E. Becnel, Jr. | P | Deposition cancelled; return trip to Louisiana | 7.50 | 0.00 | | 0 | Travel, Trial Work. |
| Becnel LLP | 36 | 38 | 12/13/2009 | Darryl Becnel | A | Travel to Boston with Sal Christina to do depo review and designations | 6.50 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. |
| Becnel LLP | 39 | 38 | 12/16/2009 | Darryl Becnel | A | Travel back to New Orleans from Boston | 6.50 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. |
| Barrett LG | 31 | 9 | 12/15/2009 | DB | P | Travel to Fresno, CA for depositions(9.0); Review invoices for GMA, Rosenthal, Conti, Summary of invoices and payments. | 10.60 | 1.50 | 6625 | 525 | |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 35 | 9 | 12/16/2009 | DB | P | Continue Prep for deposition of Dr. Phillips, Dr Buchfuhrer, and Travis; Review Dr. Buchfuhrer depo and initial disclosures and Travis Subpoena ; Email from Barry Himmelstein re same. Take depositions travel home | 15.30 | 6.49 | 9563 | 2272 | Legitimate Work, Travel, Conferencing, Trial Work |
| Barrett LG | 114 | 16 | 2/15/2010 | DB | P | Travel to Boston for meet and confer re depositions and witness list; prep for meetings ; Attend meetings | 10.40 | 3.31 | 6500 | 1158 | Legitimate Work, Travel, Trial Work |
| Barrett LG | 158 | 19 | 3/11/2010 | DB | P | Pre trial prep(2.5); Attend trial(5.0); review trial notes and transcripts(1.0) ; 3 phone calls with Tom Greene re strategy and tactics (.5); Fly from Boston to Aspen(3.0) | 12.00 | 5.09 | 7500 | 1782 | Legitimate Work, Travel, Conferencing, Trial Work |
| Barrett LG | 170 | 20 | 3/21/2010 | DB | P | Fly back to Boston; Working on final argument; finishing the synopsizing of our live witnesses ; reviewing notes | 14.60 | 4.65 | 9125 | 1626 | Legitimate Work, Travel, Trial Work |
| Barrett LG | 175 | 21 | 3/25/2010 | DB | P | Fly back from Boston, MA to Memphis ; drive home | 6.50 | 0.00 | 4063 | 0 | Travel, Trial Work. |
| Barrett LG | 187 | 22 | 4/5/2010 | DB | P | Travel to NYC to meet with Tom Greene, Tom Sobol, Linda Nussbaum, Charles Barrett, Kristen Parker re prejudgment interest and damages. Return home. | 13.50 | 2.39 | 8438 | 835 | Pre-judgment Interest, Travel, Conferencing. |
| Barrett LG | 202 | 23 | 4/20/2010 | DB | P | Travel to California (9.0) to meet with Mitch Cohen re fees and expenses and interest.; meeting with Tom Greene, Tom Sobol re tomorrow's meeting with Mitch Cohen(3.5) | 12.50 | 2.21 | 7813 | 774 | Pre-judgment Interest, Travel, Fee Petition. |
| Barrett LG | 205 | 23 | 4/22/2010 | DB | P | Travel from California to Jackson then to Lexington | 9.70 | 0.00 | 6063 | 0 | Travel. |
| Barrett LG | 238 | 26 | 8/5/2010 | DB | P | Travel from Virginia to MA to meet with Tom Sobol; Return to Lexington, MS | 6.20 | 1.64 | 3875 | 575 | Travel, Conferencing. |
| Barrett LG | 275 | 29 | 11/29/2010 | DB | P | Travel to New York for mediation with Linda Nussbaum, Mark Cheffo, et al re Kaiser; Review email from Tom Sobol re fees issues | 4.20 | 0.74 | 2625 | 260 | Travel, Settlement and Mediation, Fee Petition. |
| Barrett LG | 277 | 29 | 12/1/2010 | DB | P | Travel home from New York - Kaiser mediation | 4.00 | 1.59 | 3000 | 557 | Legitimate Work, Travel |
| Barrett LG | 309 | 31 | 9/19/2011 | DB | P | Travel to Boston for meetings to discuss experts, case strategy and settlement issues. | 9.20 | 3.66 | 6900 | 1281 | Legitimate Work, Travel, Settlement and Mediation |
| Barrett LG | 312 | 31 | 9/21/2011 | DB | P | Travel from Boston from Jackson(Commercial) | 9.00 | 0.00 | 6750 | 0 | Travel. |
| Kellogg | 651 | 158 | 2/6/2013 | DCF | P | Prepare for and conduct oral argument; post-mortem with clients; return to D.C. | 11.00 | 2.63 |  | 919 | Legitimate Work, Travel, Non-Contemporaneous, Appellate Work |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 25 | 8 | 12/13/2009 | DMJ | A | Travel to Boston to meet with Tom Greene and designate depositions for trial | 6.50 | 0.00 | 2600 | 0 | Travel, Non-Contemporaneous, Trial Work. |
| Barrett LG | 34 | 9 | 12/16/2009 | DMJ | A | Continue deposition designations for Yoder- return travel | 12.50 | 3.58 | 5000 | 895 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Dugan | 202 | 15 | 12/14/2009 | Douglas R. Plymale, Ph.D. | P | Travel — Houma - BTR-DFW-BOS for deposition designation project | 9.00 | 0.00 | | 0 | Travel, Trial Work. |
| Dugan | 209 | 15 | 12/17/2009 | Douglas R. Plymale, Ph.D. | P | Travel — BOS-DFW-BTR - Houma 1 | 11.00 | 0.00 | | 0 | Travel, Trial Work. |
| Dugan | 355 | 23 | 2/21/2010 | Douglas R. Plymale, Ph.D. | P | Telephone call with Dr. Kessler re travel arrangements | 0.25 | 0.00 | | 0 | Travel, Trial Work. |
| Kaplan | 1046 | 66 | 4/16/2008 | EK | A | PREPARE FOR ORAL ARGUMENT AND TRAVEL TO BOSTON | 9.50 | 3.40 | | 850 | Legitimate Work, Travel, Non-Contemporaneous |
| Kaplan | 1048 | 66 | 4/17/2008 | EK | A | PREPARE FOR ORAL ARGUMENT ON MOTION TO COMPEL; ATTEND SAME; TRAVEL TIME BACK TO NEW YORK | 11.00 | 3.94 | | 985 | Legitimate Work, Travel, Non-Contemporaneous |
| Kaplan | 1436 | 87 | 9/11/2009 | EK | A | TRAVEL TO AND FROM AND ATTEND MEETING ON SJ ORAL ARGUMENT IN PHILADELPHIA | 9.00 | 3.22 | | 806 | Legitimate Work, Travel, Non-Contemporaneous |
| Kaplan | 1449 | 88 | 9/18/2009 | EK | A | TRAVEL TO AND FROM BOSTON FOR ORAL ARGUMENT ON SJ MOTION; ATTEND PREP MEETING; ATTEND ARGUMENT | 9.50 | 3.40 | | 850 | Legitimate Work, Travel, Non-Contemporaneous |
| Kaplan | 1514 | 91 | 11/20/2009 | EK | A | TRAVEL TO AND FROM BOSTON; PARTICIPATE IN TEAM MEETINGS; MULTIPLE CALLS; FOLLOW-UP COMMUNICATIONS | 11.00 | 2.10 | | 525 | Travel, Conferencing, Non-Contemporaneous, Trial Work. |
| Kaplan | 1837 | 108 | 2/21/2010 | EK | A | TRIAL PREP AND TRAVEL TO BOSTON FOR TRIAL | 5.00 | 0.00 | | 0 | Travel, Vague, Non-Contemporaneous, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1890 | 111 | 3/5/2010 | EK | A | TRIAL/TRIAL SUPPORT IN BOSTON; RETURN TRAVEL | 9.00 | 0.00 |  | 0 | Travel, Vague, Non-Contemporaneous, Trial Work. |
| Hagens | 30 | 9 | 12/10/2009 | EN | P | Prepare for and travel to NYC to meet with Kaiser counsel to discuss alternative damage theories. Follow up on same. | 8.60 | 3.65 | 4085 | 1277 | Legitimate Work, Travel, Conferencing, Trial Work |
| Greene | 1266 | 99 | 3/2/2010 | IJR | P | Reviewed, organized and highlighted RICO documents relating to CDM and MAC at HBSS, including travel to and from | 7.20 | 2.86 | 3060 | 1002 | Legitimate Work, Travel |
| Greene | 1284 | 101 | 3/3/2010 | IJR | P | Reviewed, organized and highlighted MAC documents for RICO Binder #2 at HBSS, including travel to and from | 2.40 | 0.95 | 1020 | 334 | Legitimate Work, Travel |
| Greene | 1307 | 102 | 3/4/2010 | IJR | P | Reviewed and added to collection of miscellaneous RICO documents for inclusion in RICO binder #3 and HBSS, including travel to and from | 3.80 | 1.51 | 1615 | 529 | Legitimate Work, Travel |
| Greene | 1804 | 138 | 3/22/2010 | IJR | P | Traveled to HBSS and revised RICO powerpoint slides with Kristen Johnson Parker | 12.80 | 5.09 | 5440 | 1782 | Legitimate Work, Travel |
| Greene | 1825 | 139 | 3/25/2010 | IJR | P | Travel to court to assist in answering jury question re: study dates | 1.80 | 0.72 | 765 | 251 | Legitimate Work, Travel |
| Greene | 1826 | 139 | 3/25/2010 | IJR | P | Travel to court to assist in answering questioning about damages | 1.10 | 0.44 | 468 | 153 | Legitimate Work, Travel |
| Greene | 2046 | 156 | 7/6/2012 | IJR | P | Round trip to courthouse to retrieve RICO binders to ship to Kaiser's appellate counsel | 0.80 | 0.00 | 340 | 0 | Travel, Missing Exhibits. |
| Dugan | 15 | 5 | 12/17/2009 | James R. Dugan, II | P | Travel — BOS-MSY | 5.00 | 0.00 |  | 0 | Travel, Trial Work. |
| Dugan | 117 | 11 | 2/21/2010 | James R. Dugan, II | P | Travel —MSY-BOS for trial | 5.00 | 0.00 |  | 0 | Travel, Trial Work. |
| Kaplan | 1209 | 75 | 1/9/2009 | JR | A | TRAVEL TO/FROM BOSTON; PREP M. ROSENTHAL FOR DEPO ON TUES & WED; DISCUSS DEPOS W/JOSH  CGMA | 9.00 | 3.58 |  | 895 | Legitimate Work, Travel |
| Kaplan | 1215 | 76 | 1/13/2009 | JR | A | TRAVEL TO BOSTON, DEFEND ROSENTHAL DEPOSITION | 11.50 | 4.57 |  | 1144 | Legitimate Work, Travel |
| Kaplan | 1217 | 76 | 1/14/2009 | JR | A | DEFEND 2ND DAY OF ROSENTHAL DEPO; RETURN TO NYC | 9.00 | 3.58 |  | 895 | Legitimate Work, Travel |
| Kaplan | 1231 | 77 | 1/26/2009 | JR | A | TRAVEL TO BOSTON; PREP HARTMAN FOR DEPO TOMMORROW | 6.00 | 2.39 |  | 597 | Legitimate Work, Travel |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1845 | 109 | 2/23/2010 | JR | A | TRAVEL TO BOSTON, PREP AMBROSE FOR TESTIMONY, MEET W/TOM ED & LINDA RE DAMAGES | 11.75 | 4.99 | | 1246 | Legitimate Work, Travel, Conferencing, Trial Work |
| Cohen | 445 | 16 | 2/22/2005 | Kaiser, Justine | A | Travel arrangements for 2/24 hearing; review submissions; calls with co-counsel. | 2.00 | 1.06 | 590 | 265 | Legitimate Work, Travel, Conferencing |
| Hagens | 430 | 42 | 4/5/2010 | KJP | A | Travel to New York for meeting with co-counsel; meeting with co-counsel; draft proposed findings of fact. | 15.00 | 2.39 | 3750 | 597 | UCL, Travel, Conferencing, Non-Contemporaneous. |
| Hagens | 433 | 42 | 4/6/2010 | KJP | A | Travel to Boston; draft outline for proposed findings of fact; draft studies chart for proposed findings of fact. | 10.25 | 0.00 | 2563 | 0 | UCL, Travel, Non-Contemporaneous. |
| Kaplan | 727 | 48 | 9/28/2007 | LMF | A | TRAVEL TO, FROM & ATTEND DEPOSITION; REVIEW PRIOR DEPO; CONFER W/A. COHEN | 8.50 | 4.51 | | 1127 | Legitimate Work, Travel, Conferencing |
| Kaplan | 822 | 53 | 10/19/2007 | LMF | A | CONFER W/R. SKIBELL RE DEPOSITIONS; MAKE TRAVEL ARRANGEMENTS FOR DEPOSITIONS | 1.00 | 0.35 | | 88 | Travel, Conferencing, Non-Core. |
| Kaplan | 838 | 54 | 10/29/2007 | LMF | A | PREPARE FOR DEPOSITION; TRAVEL TO S. CAL | 7.00 | 2.78 | | 696 | Legitimate Work, Travel |
| Kaplan | 865 | 56 | 11/5/2007 | LMF | A | TRAVEL TO S CAL FOR DEPOS | 4.75 | 0.00 | | 0 | Travel. |
| Kaplan | 214 | 21 | 6/12/2007 | LN | P | Travel to Boston to attend court hearing; meeting with T. Green and Lawrence | 7.50 | 3.98 | | 1392 | Legitimate Work, Travel, Conferencing |
| Kaplan | 488 | 35 | 8/3/2007 | LN | P | Fly to Boston; attend meeting with co-counsel | 8.50 | 4.51 | | 1578 | Legitimate Work, Travel, Conferencing |
| Kaplan | 498 | 36 | 8/7/2007 | LN | P | Travel to LA and meet with client | 12.00 | 4.77 | | 1671 | Legitimate Work, Travel |
| Kaplan | 504 | 36 | 8/8/2007 | LN | P | Meet with client; travel from LA | 13.50 | 5.37 | | 1880 | Legitimate Work, Travel |
| Kaplan | 901 | 58 | 11/20/2007 | LN | P | Fly to Boston; court appearance | 6.00 | 2.39 | | 835 | Legitimate Work, Travel |
| Kaplan | 957 | 62 | 1/10/2008 | LN | P | Travel to California regarding Mlrta deposition; defend deposition | 12.00 | 4.77 | | 1671 | Legitimate Work, Travel |
| Kaplan | 1016 | 65 | 3/20/2008 | LN | P | Fly to Boston; attend meeting | 7.25 | 1.92 | | 673 | Travel, Conferencing. |
| Kaplan | 1434 | 87 | 9/11/2009 | LN | P | Travel to Philadelphia; prep for summary judgment | 7.50 | 2.98 | | 1044 | Legitimate Work, Travel |
| Kaplan | 1447 | 88 | 9/18/2009 | LN | P | Travel to Boston; prep for and attend summary judgment motion argument | 10.00 | 3.98 | | 1392 | Legitimate Work, Travel |
| Kaplan | 1477 | 89 | 10/15/2009 | LN | P | Go to Boston; attend court hearing; meet with co-counsel | 7.25 | 3.85 | | 1346 | Legitimate Work, Travel, Conferencing |
| Kaplan | 1512 | 91 | 11/20/2009 | LN | P | Travel to Boston; trial preparation | 8.00 | 0.00 | | 0 | Travel, Vague, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1539 | 93 | 12/3/2009 | LN | P | Travel to Boston; trial preparation meeting; speak with defendants and Kaiser counsel, etc. | 7.50 | 3.18 | | 1114 | Legitimate Work, Travel, Conferencing, Trial Work |
| Kaplan | 1652 | 99 | 1/5/2010 | LN | P | Meet with Tom Greene and Tom Sobol; travel to Boston | 4.50 | 1.91 | | 668 | Legitimate Work, Travel, Conferencing, Trial Work |
| Kaplan | 1671 | 100 | 1/11/2010 | LN | P | Travel to California; meet with client and Drs. Weider and Hyatt | 14.00 | 4.46 | | 1559 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1676 | 100 | 1/12/2010 | LN | P | Deposition of Dr. Wieder; travel from California | 12.00 | 3.82 | | 1337 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1706 | 102 | 1/21/2010 | LN | P | Travel to California; work with witnesses | 11.50 | 3.66 | | 1281 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1710 | 102 | 1/22/2010 | LN | P | Meet with client in California; travel back to NY | 10.25 | 3.26 | | 1142 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1854 | 109 | 2/26/2010 | LN | P | Day Five Neurontin Trial; Jeffrey Barkin witness; conduct direct examination of Kaiser witness Ambrose Carrejo; travel Boston to New York | 15.00 | 4.77 | | 1671 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1864 | 110 | 2/28/2010 | LN | P | Review and edit opposition briefs; review and edit Motion to Quash Trial Subpoena to Dennis Helling; preparation for direct examination of Kaiser witnesses; travel to Boston | 10.00 | 3.18 | | 1114 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1885 | 111 | 3/5/2010 | LN | P | Day Ten Neurontin Trial; conduct direct examination of Kaiser witness Mirta Millares; Meredith Rosenthal witness; travel Boston to New York | 14.75 | 4.69 | | 1643 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1896 | 112 | 3/7/2010 | LN | P | Preparation for second week of trial and examination of Kaiser witnesses; travel to Boston | 11.00 | 3.50 | | 1225 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1917 | 113 | 3/12/2010 | LN | P | Day Fifteen Neurontin Trial; David Franklin video witness; David Cooper and Robert Glanzman; meeting with cocounsel on preparation for Day Sixteen; travel Boston to New York | 15.50 | 6.58 | | 2302 | Legitimate Work, Travel, Conferencing, Trial Work |
| Kaplan | 1924 | 114 | 3/14/2010 | LN | P | Preparation for thrid week of trial; travel to Boston | 9.00 | 0.00 | | 0 | Travel, Vague, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaplan | 1932 | 114 | 3/16/2010 | LN | P | Day Seventeen Neurontin Trial; video depositions of Robert Glanzman, Morris Maisels; David Chandler, Robert Dea, Bill McCarberg; preparation for summation; meetings with cocounsel on issues in responding to motions for directed verdict; travel to New York | 16.25 | 5.17 | | 1810 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1951 | 116 | 3/19/2010 | LN | P | Day Eighteen Neurontin Trial; Shawn Bird and Andrew Slaby witnesses; motion hearing on directed verdicts motions; travel to New York; work on summation | 13.75 | 4.38 | | 1532 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1962 | 117 | 3/21/2010 | LN | P | Work on summation; preparation for charge conference; work on Bench Memorandum clarifying relationship between Kaiser Health Plan and Kaiser Hospital; work on Bench Memorandum in opposition to provision to the jury of Trial Transcript; travel to Boston | 9.50 | 3.02 | | 1058 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1973 | 117 | 3/23/2010 | LN | P | Day Twenty Neurontin Trial; John Arness deposition; jury charge; deliver summation to jury; jury deliberation begins; travel to New York | 14.50 | 4.61 | | 1615 | Legitimate Work, Travel, Trial Work |
| Kaplan | 1983 | 118 | 3/25/2010 | LN | P | Travel to Boston; attend court; jury comes back with verdict; travel to NY; speak client, others | 14.75 | 4.69 | | 1643 | Legitimate Work, Travel, Trial Work |
| G & E | 349 | 25 | 5/4/2011 | LN | P | Travel to and from Boston; attend court; memo to client. | 12.50 | 0.00 | | 0 | Other Matters, Travel. |
| G & E | 563 | 33 | 2/6/2013 | LN | P | Travel to Boston; attend court of appeals argument; meet with co-counsel. | 10.50 | 5.57 | | 1949 | Legitimate Work, Travel, Conferencing |
| G & E | 648 | 37 | 6/13/2013 | LN | P | Travel to Boston; work with proposed stipulation; appear before court. | 8.30 | 3.30 | | 1156 | Legitimate Work, Travel |
| Nussbaum | 54 | 6 | 6/23/2010 | LPN | P | Travel to Boston; meet with Sobol, etc.; attend to opp to suppl authority | 10.75 | 1.90 | 8869 | 665 | UCL, Travel, Conferencing. |
| Kaplan | 1224 | 76 | 1/20/2009 | LSB | A | TRAVEL TO MENLO PARK FOR KESSLER DEPO; ATTEND KESSLER DEPO; PREP FOR KESSLER DEPO | 9.00 | 3.58 | | 895 | Legitimate Work, Travel |
| Hagens | 357 | 37 | 3/16/2010 | MCB | PL | deliver materials to court, update expert binder | 4.50 | 1.43 | 675 | 143 | Legitimate Work, Travel, Trial Work |
| Greene | 712 | 60 | 1/28/2010 | MT | P | Attend hearing on motions in limine, travel to courthouse | 2.20 | 0.88 | 1155 | 306 | Legitimate Work, Travel |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Greene | 1065 | 85 | 2/18/2010 | MT | P | Make arrangements to travel to Baltimore to meet with Dr. Dickersin | 0.40 | 0.00 | 210 | 0 | Travel. |
| Greene | 1172 | 93 | 2/23/2010 | MT | P | Trip to Baltimore to prepare Kay Dickersin for trial testimony | 16.50 | 6.56 | 8663 | 2297 | Legitimate Work, Travel |
| Greene | 1462 | 113 | 3/9/2010 | MT | P | Trip to Courthouse with deposition binders | 0.80 | 0.00 | 420 | 0 | Travel. |
| Greene | 1472 | 114 | 3/9/2010 | MT | P | Review depositions and revise playing time estimates | 0.80 | 0.00 | 420 | 0 | Travel. |
| Greene | 1581 | 122 | 3/12/2010 | MT | P | Pick up deposition binders from Kinkos and deliver to Court | 0.40 | 0.11 | 210 | 37 | Travel, Non-Core. |
| Cohen | 299 | 13 | 3/22/2005 | Nussbaum, Linda | P | Attend meeting in BOCA | 12.00 | 0.00 | 7440 | 0 | Travel, Vague. |
| Cohen | 330 | 14 | 7/14/2005 | Nussbaum, Linda | P | Travel to Boston meeting with co-counsel, attend hearing before J. Soroki. | 10.00 | 3.98 | 6200 | 1392 | Legitimate Work, Travel |
| Cohen | 334 | 14 | 8/1/2005 | Nussbaum, Linda | P | Travel to Boston; hearing befor Magestrate judge Sorkin. | 6.50 | 0.00 | 4030 | 0 | Travel. |
| Cohen | 362 | 14 | 5/3/2006 | Nussbaum, Linda | P | Travel to Boston; attend court hearing | 11.00 | 4.38 | 7040 | 1532 | Legitimate Work, UCL, Travel |
| Cohen | 390 | 15 | 9/27/2006 | Nussbaum, Linda | P | Go to court appearance in Boston; argue discovery motion | 10.00 | 3.98 | 6400 | 1392 | Legitimate Work, Travel |
| Cohen | 135 | 9 | 12/12/2006 | Olson, Steig | A | Travel to, from attend status conference | 12.00 | 4.77 | 3600 | 1193 | Legitimate Work, Travel |
| Greene | 624 | 54 | 1/20/2010 | PG | NL | Travel from Boston to Oakland | 7.50 | 0.00 | 2438 | 0 | Travel. |
| Greene | 632 | 55 | 1/21/2010 | PG | NL | Travel from hotel to Kaiser | 0.20 | 0.00 | 65 | 0 | Travel. |
| Greene | 635 | 55 | 1/21/2010 | PG | NL | Travel from Kaiser to hotel | 0.20 | 0.00 | 65 | 0 | Travel. |
| Greene | 641 | 55 | 1/22/2010 | PG | NL | Travel from San Francisco to Boston | 7.00 | 0.00 | 2275 | 0 | Travel. |
| Greene | 646 | 55 | 1/22/2010 | PG | NL | Travel from hotel to Kaiser | 0.20 | 0.00 | 65 | 0 | Travel. |
| Greene | 732 | 61 | 2/1/2010 | PG | NL | Travel from Boston to Los Angeles | 8.00 | 0.00 | 2600 | 0 | Travel. |
| Greene | 754 | 63 | 2/2/2010 | PG | NL | Travel from hotel to Kaiser | 0.50 | 0.00 | 163 | 0 | Travel. |
| Greene | 756 | 63 | 2/2/2010 | PG | NL | Travel from Los Angeles to Boston | 6.00 | 0.00 | 1950 | 0 | Travel. |
| Becnel LLP | 21 | 35 | 12/13/2009 | Salvadore Christina, Jr | A | Travel to Boston for Kaiser trial depo review | 6.50 | 0.00 |  | 0 | Travel, Non-Contemporaneous, Trial Work. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Becnel LLP | 24 | 35 | 12/16/2009 | Salvadore Christina, Jr | A | Travel to New Orleans from Boston | 6.50 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. |
| Lieff | 295 | 23 | 3/22/2010 | SELTZ, DANIEL | P | Revise preemption brief; travel to Boston. | 3.50 | 0.00 | | 0 | UCL, Travel, Trial Work. |
| Kaplan | 1886 | 111 | 3/5/2010 | SS | A | TRIAL/REVIEW MATERIALS RE: PREPARATION FOR RICO DOCUMENT PROJECT; ARRANGE AND TRAVEL TO BOSTON; RICO DOCUMENT REVIEW WITH ILYAS RONO; RETURN TRAVEL TO NEW YORK | 16.00 | 6.11 | | 1528 | Legitimate Work, Travel, Non-Core, Non-Contemporaneous, Trial Work |
| Kaplan | 1897 | 112 | 3/7/2010 | SS | A | TRIAL/TRAVEL TO BOSTON RE: ASSIST W/TRIAL PREPARATION; WORK AT HAGENS BERMAN ON RICO EXHIBITS PREPARATION | 13.00 | 3.72 | | 931 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Kaplan | 1901 | 112 | 3/8/2010 | SS | A | TRIAL/WORK AT HAGENS BERMAN ON RICO EXHIBITS PREPARATION; TRAVEL BOSTON TO NEW YORK | 13.50 | 3.87 | | 967 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Kaplan | 1968 | 117 | 3/22/2010 | SS | A | BEGIN EXHIBIT REVIEW IN COURT MASTER COPY OF TRIAL EXHIBITS; TRAVEL TO BOSTON COURTHOUSE; PARTICIPATE IN FLAGGING EXHIBITS IN COURT ROOM; TRAVEL TO HAGEN'S OFFICE; DRAFTING CHRONOLOGICAL PLAINTIFF TRIAL EXHIBIT LIST. | 15.00 | 4.30 | | 1074 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Kaplan | 1974 | 117 | 3/23/2010 | SS | A | COMPLETE CHRONOLOGICAL INDEX OF PLAINTIFFS TRIAL EXHIBITS AND DELIVER TO COURT ROOM; LISTEN TO CLOSING ARGUMENTS; MEET W/MITCHEL COHEN AND MIRTA MILLARES CLIENTS; TRAVEL BOSTON TO MONTCLAIR. | 13.00 | 3.72 | | 931 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Thrash | 6 | 6 | 12/21/2009 | T. Thrash | P | Travel to Los Angeles; Attend Deposition of Dr. Mark Buchfuhrer. | 20.00 | 5.73 | 10000 | 2005 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Thrash | 7 | 7 | 12/22/2009 | T. Thrash | P | Travel to Little Rock from Los Angeles (Buchfuhrer Deposition) | 10.00 | 0.00 | 5000 | 0 | Travel, Non-Contemporaneous, Trial Work. |
| Greene | 1291 | 101 | 3/3/2010 | TMG | P | meeting with Dr. Furberg and drive to airport | 2.50 | 0.99 | 1625 | 348 | Legitimate Work, Travel |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Greene | 1839 | 140 | 4/5/2010 | TMG | P | travel to New York for meeting with Don Barrett, Linda Nussbaum, Tom Sobol and meeting at Linda Nussbaum's office re: various issues | 9.00 | 3.58 | 5850 | 1253 | Legitimate Work, Travel |
| Greene | 1901 | 145 | 4/20/2010 | TMG | P | travel to California for meeting with Mitch Cohen, Don Barrett, Tom Sobol and Linda Nussbaum (by phone) | 6.25 | 0.00 | 4063 | 0 | Travel. |
| Greene | 1906 | 145 | 4/21/2010 | TMG | P | travel from Oakland to Boston | 5.50 | 0.00 | 3575 | 0 | Travel. |
| Hagens | 96 | 15 | 1/10/2010 | TMS | P | Preparation for meetings with Kaiser physicians; travel from Boston to Los Angeles. | 8.00 | 2.29 | 4800 | 802 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Hagens | 104 | 15 | 1/13/2010 | TMS | P | Post ops from Weider deposition; travel back to Boston. | 8.00 | 2.29 | 4800 | 802 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work |
| Hagens | 431 | 42 | 4/5/2010 | TMS | P | Travel to NY; meeting with co-counsel regarding all post-trial matters. | 9.00 | 2.15 | 5400 | 752 | Travel, Conferencing, Non-Contemporaneous. |
| Hagens | 434 | 43 | 4/6/2010 | TMS | P | Travel back to Boston; | 2.00 | 0.00 | 1200 | 0 | Travel, Non-Contemporaneous. |
| Hagens | 457 | 44 | 4/20/2010 | TMS | P | Travel to Oakland | 3.00 | 0.00 | 1800 | 0 | Travel, Non-Contemporaneous. |
| Cohen | 236 | 12 | 1/12/2006 | Wangkeo Leung, Kanchana | A | Travel and and from DC: meeting with Justine Kaiser re: status of case and motion to compel; review background materials. | 11.00 | 1.94 | 3080 | 486 | Travel, Client Relations, Conferencing. |
| Totals | | | | | | | 1173.45 | 306.52 | | 97481 | |