# EXHIBIT Q

| EXPERT FEES | | | UNSUPPORTED HAGENS BERMAN EXPENSES | |
|---|---|---|---|---|
| Firm Name | Amount | Citation | Total Claimed: | 63641.75 |
| Grant & Eisenhofer | 15509.75 | A-7, A-57 (includes $6485 mediation fe | Total Documented: | 34960.98 |
| Kellogg Huber | 5000 | B-153 (moot court charge) | Total Undocumented: | 28680.77 |
| Kaplan Fox | 388401.4 | D-140 | | |
| PSC | 570103.9 | Q-4 | ADJUSTED REDUCTION: | 28680.77 |
| TOTAL: | 979015 | | | |
| ADJUSTED REDUCTION: | 979015 | | | |

TRAVEL EXPENSES

**1. Gratuitous Travel Expenses**

| Firm Name | Amount | Description | Biller | Citation |
|---|---|---|---|---|
| Kellogg Huber | 185 | Dinner: David Frederick/J Nichols | David Frederick | B-160, 175 |
| Kellogg Huber | 711.8 | First Class: Scott Attaway | Scott Attaway | B-160, 169 |
| Cohen Milstein | 767.4 | First Class: Justine Kaiser | Justine Kaiser | C-91 |
| Kaplan Fox | 108.02 | Dinner: Louis Kaplan | Linda Nussbaum | D-242 |
| Kaplan Fox | 206.86 | Meal: Louis Kaplan | Linda Nussbaum | D-248 |
| Kaplan Fox | 116.28 | Meal: Louis Kaplan | Linda Nussbaum | D-248 |
| Kaplan Fox | 2930.4 | Business Class | Linda Nussbaum | D-299 |
| Kaplan Fox | 936.4 | First Class | Linda Nussbaum | D-299 |
| Kaplan Fox | 948.4 | First Class | Linda Nussbaum | D-318 |
| Kaplan Fox | 993.4 | First Class | Linda Nussbaum | D-319 |
| Kaplan Fox | 903.4 | First Class | Linda Nussbaum | D-319 |
| Kaplan Fox | 1264.4 | Business Class | Linda Nussbaum | D-320 |
| Barrett Law | 63.43 | Sea Grille Beverage | Don Barrett | J-51 |
| Barrett Law | 130 | Manicure | Don Barrett | J-51 |
| Barrett Law | 365 | Sightseeing Tour | Don Barrett | J-54 |
| Barrett Law | 31.68 | Roews Wharf Bar Beverage | Don Barrett | J-54 |
| Barrett Law | 108.32 | Roews Wharf Bar Beverage | Don Barrett | J-55 |

| Barrett Law | 13.64 | Movies | Don Barrett | J-55 |
|---|---|---|---|---|
| Barrett Law | 56.01 | Roews Wharf Bar Beverage | Don Barrett | J-59 |
| Barrett Law | 97 | Gift Shop Merchandise | Don Barrett | J-60 |
| Barrett Law | 12.59 | TV | Charles Barrett | J-62 |
| Barrett Law | 16.79 | Movies | Charles Barrett | J-63 |
| Barrett Law | 14.69 | Movies | Charles Barrett | J-65 |
| Dugan Firm | 138 | Meal | Unclear | M-34 |

**TOTAL:** 11118.91

**2. General Travel Expenses**

| Firm Name | Amount | Citation |
|---|---|---|
| Grant & Eisenhofer | 4830.98 | A-7, A-135 |
| Kellogg Huber | 4163.65 | B-5 |
| Cohen Milstein | 9546.85 | C-32 |
| Kaplan Fox | 75311.71 | D-140 |
| Shapiro Haber | 20 | G-30 |
| Greene LLP | 4356.54 | H-168-172 |
| Hagens Berman | 4017.89 | I-84-95 |
| Barrett Law | 32287.68 | J-48-50 |
| Becnel Law | 2301.17 | K-12-14 |
| Dugan Firm | 5922.53 | M-33 |
| Lieff Cabraser | 13048.41 | N-61 |
| Thrash Law | 1438 | P-22 |

**TOTAL:** 157245.4

**ADJUSTED REDUCTION:** 73063.25

**OVERHEAD EXPENSES**

| Firm Name | Amount | Description | Citation | | |
|---|---|---|---|---|---|
| Grant & Eisenhofer | 99 | Telephone | A-136-137 | | |
| Grant & Eisenhofer | 3532 | In-house duplication | A-138-151 | | |
| Kellogg, Huber | 282.32 | Duplication | B-5 | | |
| Kellogg, Huber | 86.4 | Telephone | B-5 | | |
| Cohen Milstein | 2048 | In-house duplication | C-32 | | |
| Cohen Milstein | 1152.66 | Telephone | C-32 | | |
| Cohen Milstein | 1181.54 | Local transportation | C-32 | | |
| Cohen Milstein | 37.2 | Overtime Meals | C-32 | | |
| Cohen Milstein | 51.37 | Business Meals | C-32 | | |
| Kaplan Fox | 34510.4 | In-house duplication | D-140, 144 | | |
| Kaplan Fox | 34 | Fax | D-140 | | |
| Kaplan Fox | 190.55 | Telephone | D-140 | | |
| Shapiro Haber | 22.5 | Fax | G-30-33 | | |
| Shapiro Haber | 150.9 | In-house duplication | G-30-33 | | |
| Greene LLP | 287.63 | Non-travel Taxis | H-168-172 | | |
| Greene LLP | 284.5 | Non-travel Parking | H-168-172 | | |
| Greene LLP | 666.42 | Telephone | H-168-172 | | |
| Hagens Berman | 250 | Parking | I-84-95 | | |
| Hagens Berman | 287.81 | Meals | I-84-95 | | |
| Hagens Berman | 892 | Transportation | I-84-95 | | |
| Hagens Berman | 507.73 | Supplies | I-84-95 | | |
| Hagens Berman | 1050 | HVAC Overtime | I-88 | | |
| Lieff Cabraser | 174 | In-house duplication | N-32 | | |
| Lieff Cabraser | 12 | Fax | N-34 | | |
| Lieff Cabraser | 1796.37 | Telephone | N-41 | | |
| Lieff Cabraser | 3417 | Printing | N-60 | | |
| Thrash Law | 247.4 | In-house duplication | P-22, 24 | **SUMMARY** | |
| | | | | | |
| **TOTAL:** | 53251.7 | | | **TOTAL CLAIMED:** | 1536892 |
| | | | | **TOTAL REDUCTION:** | 1134011 |
| **ADJUSTED REDUCTION:** | 53251.7 | | | **TOTAL ALLOWABLE:** | 402880.7 |