UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

REPORT AND RECOMMENDATION ON PLAINTIFF HARGETT'S
MOTION TO RECONSIDER

October 21, 2013

SOROKIN, C.M.J.

On May 29, 2013, Judge Saris adopted the undersigned's Report and Recommendations resulting in the dismissal of Plaintiff Janet Hargett's pro se Complaint, among others, as a result of her failure to file a required certification.  See, Docket #s 4077, 4117.

On June 18, 2013, Judge Saris entered an Order of Dismissal.  Docket #4128.  On July 23, 2013, Hargett filed a Motion for Reconsideration, which was referred to the undersigned on September 3, 2013.  Docket #s 4149, 4152.  On September 4, 2013, the Court ordered the Defendants to respond to Hargett's motion within fourteen days.  Docket # 4155.  The deadline for the Defendants to respond to the motion has long since passed, yet they have filed no opposition.

Accordingly, I RECOMMEND that the Court ALLOW Plaintiff Hargett's Motion for Reconsideration as unopposed.  Moreover, the seizure and medical treatment described by

1

Hargett within her motion suffice to justify relief from the Court's Order of Dismissal pursuant to Fed. R. Civ. P. 60(b)(6).[1]

    /s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge

---

[1] The Parties are hereby advised that any party who objects to these proposed findings and recommendations must file a written objection thereto within 14 days of receipt of this Report and Recommendation.  The written objections must identify with specificity the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections.  See Fed. R. Civ. P. 72 and Habeas Corpus Rule 8(b).  The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation.  See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir.1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir.1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir.1980); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir.1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir.1983); see also Thomas v. Arn, 474 U.S. 140, 106 S.Ct. 466 (1985).