UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>AETNA, INC.,<br>　　　　　　　　　　　Plaintiff,<br>　　-vs-<br><br>PFIZER, INC. and WARNER LAMBERT CO., LLC.<br>　　　　　　　　　　　Defendants. | MDL DOCKET No. 1629<br><br>MASTER FILE No. 04-10981-PBS<br><br>THE HONORABLE PATTI B. SARIS |

**STIPULATION AND (PROPOSED) ORDER**

Plaintiff Aetna, Inc. ("Plaintiff") and Defendants Pfizer, Inc. and Warner Lambert Co., LLC (collectively, "Defendants") state:

A. On July 2, 2013, the Court entered a briefing schedule order for Plaintiff's Motion to Preclude Relitigation of Issues and Facts Determined by the *Kaiser* Triers of Fact at Trial. Dkt. No. 4136.

B. On September 13, 2013, Plaintiff filed its Opening Brief. Dkt. No. 4163.

C. On October 15, 2013, Defendants filed their Opposition Brief. Dkt. No. 4171.

D. Plaintiff's Reply Brief is due on or before November 7, 2013.

E. Defendants' Sur-reply Brief is due on or before November 25, 2013.

F. Plaintiff requests a 14-day extension of the deadline for its Reply Brief.

G. Defendants do not oppose Plaintiff's request provided that Defendants are allowed a comparable period of time to prepare their Sur-reply Brief.

**WHEREFORE,** subject to the Court's approval, Plaintiff and Defendants hereby stipulate:

a) Plaintiff's Reply Brief will be due on or before November 21, 2013.

b) Defendants' Sur-reply Brief will be due on or before December 20, 2013.

Dated: October 29, 2013

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **LOWEY DANNENBERG COHEN & HART, P.C.** |
| By: /s/ Mark S. Cheffo<br>Mark S. Cheffo<br>51 Madison Avenue 22nd Floor<br>(212) 849-7000<br>Email: markcheffo@quinnemanuel.com<br><br>*Attorney for Defendants* | By: /s/ Richard W. Cohen<br>Richard W. Cohen<br>White Plains Plaza<br>One North Broadway, Suite 509<br>White Plains, NY 10601-2310<br>(914) 733-7239<br>Email: rcohen@lowey.com<br><br>*Attorney for Plaintiffs* |

SO ORDERED.

October 31, 2013

_____
HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT
JUDGE

{1825 / STIP / 00119462.DOCX v2}

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I filed and served through the Court's ECF system a true and correct copy of the foregoing document. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of this Court's electronic filing system.

/s/ Peter St. Phillip