UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL Docket No. 1629 |
| ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) *Wolosonowich v. Pfizer Inc. et al.*, ) No. 1:06-cv-11395-PBS ) ) | Judge Patti B. Saris |

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 25(a)(1)**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Defendants file this Motion to Dismiss for failure to substitute a deceased and would show as follows:

1. During the pendency of this action, on October 13, 2007, Plaintiff Dennis Wolsonowich died.

2. On August 2, 2013, Defendants accordingly filed a Suggestion of Death as to Plaintiff Dennis Wolsonowich.

3. No party filed a motion for substitution within the 90-day period established by Rule 25(a)(1).

4. Pursuant to the express language of Rule 25(a)(1), where no party files a motion for substitution within 90 days of the suggestion of death, the action must be dismissed.

WHEREFORE Defendants respectfully request that this Court dismiss this action with prejudice due to failure to move for substitution as required by Rule 25(a)(1).

Dated: November 4, 2013                          Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Email: markcheffo@quinnemanuel.com

/s/ Justin J. Wolosz
Justin J. Wolosz (BBO # 643543)
BBO # 643543
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199−3600
Phone: (617) 951-7000
Fax: (617) 951-7050
justin.wolosz@ropesgray.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

### CERTIFICATE OF CONSULTATION

I certify that my co-counsel has conferred with counsel for Plaintiff Dennis Wolsonowich, and this motion is unopposed.

/s/ Justin Wolosz
Justin Wolosz

### CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, this document was served via the Court's ECF system pursuant to Case Management Order No. 3.

/s/ Justin Wolosz
Justin Wolosz