UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, ) <br> SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) | MDL Docket No. 1629 |
| ) | Master File No. 04-10981 |
| ) <br> THIS DOCUMENT RELATES TO: ) <br> *Wolosonowich v. Pfizer Inc. et al.*, ) <br> No. 1:06-cv-11395-PBS ) <br> ) | Judge Patti B. Saris |

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 25(a)(1)

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Defendants file this Motion to Dismiss for failure to substitute a deceased and would show as follows:

1. During the pendency of this action, on October 13, 2007, Plaintiff Dennis Wolsonowich died.

2. On August 2, 2013, Defendants accordingly filed a Suggestion of Death as to Plaintiff Dennis Wolsonowich.

3. No party filed a motion for substitution within the 90-day period established by Rule 25(a)(1).

4. Pursuant to the express language of Rule 25(a)(1), where no party files a motion for substitution within 90 days of the suggestion of death, the action must be dismissed.

11/5/13

allowed as unopposed

Patti Saris