# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**NOTICE OF FILING OF KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITAL'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT AND SUPPORTING DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE, that Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals have filed under seal the following documents:

1. Reply Memorandum of Law In Support of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals Motion for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act;

2. Third Declaration of Linda P. Nussbaum in Support of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals Memorandum of Law in Support of its Motion for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act;

3. Exhibits R through BB to the Third Declaration of Linda P. Nussbaum in Support of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals Memorandum of Law in Support of its Motion for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act; and

4. Amended Proposed Order.

Dated: November 7, 2013                     Respectfully submitted.


                                      By:/s/  *Linda P. Nussbaum*
                                          Linda P. Nussbaum *(pro hac vice)*
                                          GRANT & EISENHOFER P.A.
                                          485 Lexington Avenue
                                          New York, NY 10017
                                          Tel.  646-722-8500
                                          Fax.  646-722-8501
                                          lnussbaum@gelaw.com

                                          *Attorney for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*


I, Linda P. Nussbaum, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 7, 2013.

Dated:  November 7, 2013                    /s/ *Linda P. Nussbaum*
                                                                  Linda P. Nussbaum