**FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## [AMENDED PROPOSED] ORDER

The Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act, is hereby GRANTED.

Kaiser is hereby awarded $10,612,322 in reasonable attorney's fees, and $1,534,068 in reasonable reimbursable expenses, totaling $12,146,390.

Dated: _____

_____
Chief Judge Patti B. Saris
United States District Court
District of Massachusetts

**FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing document filed under seal to be served by e-mail and by U.S. Mail, postage pre-paid upon the following counsel of record:

Mark S. Cheffo
Katherine Armstrong
Kathleen Sullivan
David S. Weinraub
QUINN EMANUEL URUQHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
kathleensullivan@quinnemanuel.com
davidweinraub@quinnemanuel.com


Dated: November 7, 2013

By:/s/  *Linda P. Nussbaum*
Linda P. Nussbaum *(pro hac vice)*
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel.  646-722-8500
Fax.  646-722-8501
lnussbaum@gelaw.com

*Attorney for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*