**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Dkt. No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**THIRD DECLARATION OF LINDA P. NUSSBAUM IN SUPPORT OF PLAINTIFFS KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITALS MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT**

I, LINDA P. NUSSBAUM, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a director of Grant & Eisenhofer P.A. ("G&E"), counsel for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in Kaiser's direct action case against Pfizer in this multidistrict litigation, ("Kaiser case").

2. I stand by my declaration of September 13, 2013 to the extent not amended herein.

3. Kaiser is not submitting at this time any requests for the substantial attorneys' fees and expenses reasonably incurred from August 31, 2013 forward, including fees and expenses reasonably incurred in preparing its Opposition to Pfizer's Petition for Certiorari. Kaiser intends to supplement its request for attorneys' fees and costs to include a request for such fees and costs, after the Supreme Court renders its decision on Pfizer's Petition for Certiorari, which is expected by mid-December.

4. For the reasons set forth in Mr. Barrett's declaration appended hereto as Exhibit S, Kaiser revises its request for expenses downward, in the amount of $865.08.

5. For the reasons set forth in Mr. Barrett's declaration appended hereto as Exhibit S, Kaiser revises its request for attorneys' fees downward, in the amount of $156,975.00.

6. For the reasons set forth in Ms. Cabraser's declaration appended hereto as Exhibit AA, Kaiser revises its request for attorneys' fees downward, in the amount of $7,532.00.

7. For the reasons set forth in Mr. Sobol's declaration appended hereto as Exhibit X, Kaiser revises its request for expenses downward, in the amount of $1,957.84.

8. As hereby amended, Kaiser requests attorneys' fees and costs under RICO in the following amounts:

| Reasonable Attorneys' Fees | $10,612,322 |
| --- | --- |
| Reasonable Expenses | $1,534,068 |
| Total Request | $12,146,390 |

9. Attached hereto as Exhibit R,[1] are true and correct copies of correspondence between myself and Mark S. Cheffo.

10. Attached hereto as Exhibit S, is a true and correct copy of the Corrected Declaration of John W. (Don) Barrett of Barrett Law Group, P.A., dated October 22, 2013, regarding certain fees and expenses incurred in this matter.

11. Attached hereto as Exhibit T, is a true and correct copy of the Second Declaration of Scott K. Attaway in Support of Kaiser's Motion for Attorney's Fees and Costs, dated November 7, 2013, regarding certain fees and expenses incurred in connection with this matter.

12. Attached hereto as Exhibit U, is a true and correct copy of the Declaration of Cohen Milstein Sellers & Toll PLLC in support of Kaiser's Reply to Defendants' Objections to Motion for Attorneys' Fees and Costs, dated November 7, 2013, regarding certain fees and expenses incurred in connection with this matter.

13. Attached hereto as Exhibit V, is a true and correct copy of the Supplemental Declaration of Richard J. Kilsheimer in Support of Kaiser's Motion for Attorney's Fees and Costs, dated November 6, 2013, regarding fees and expenses incurred in connection with this matter.

14. Attached hereto as Exhibit W, is a true and correct copy of the Supplemental Declaration of Thomas Greene of Greene LLP in Support of Kaiser's Motion for Attorney's Fees and Costs, dated October 29, 2013, regarding certain fees and expenses incurred in connection with this matter.

---

[1] My first declaration of September 13, 2013, submitted in support of this Motion, attached Exhibits A through Q. For ease of reference, this declaration attaches exhibits beginning with the letter R and continuing through BB.

3

15. Attached hereto as Exhibit X, is a true and correct copy of the Declaration of Thomas M. Sobol of Hagens Berman Sobol Shapiro LLP, dated November 7, 2013, regarding certain fees and expenses incurred in connection with this matter.

16. Attached hereto as Exhibit Y is a true and correct copy of the Declaration of Kristen Johnson Parker on Behalf of Hagens Berman Sobol Shapiro LLP, dated November 5, 2013, regarding certain fees and expenses incurred in connection with this matter.

17. Attached hereto as Exhibit Z, is a true and correct copy of the Second Declaration of James R. Dugan, II and the Dugan Law Firm in Support of Kaiser's Motion for Attorney's Fees and Costs, dated November 5, 2013, regarding certain fees and expenses incurred in connection with this matter.

18. Attached hereto as Exhibit AA, is a true and correct copy of the Reply Declaration of Elizabeth J. Cabraser in Support of Plaintiff's Application for Attorney's Fees and Reimbursement of Costs, of Leiff, Cabraser, Heimann & Bernstein LLP, regarding certain fees and expenses incurred in connection with this matter.

19. To err on the side of conservatism, Kaiser hereby deducts from its fee request $129,172.50, corresponding to 42 billing entries, to account for arguably travel-only time. An exhibit reflecting the entries withdrawn is attached hereto as Exhibit BB.

Done this 7th day of November, 2013.

                                                                     */s/ Linda P. Nussbaum*
                                                                       LINDA P. NUSSBAUM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing document filed under seal to be served by electronic means and by U.S. Mail, postage pre-paid upon the following:

Mark S. Cheffo
Katherine Armstrong
Kathleen Sullivan
David S. Weinraub
QUINN EMANUEL URUQHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
kathleensullivan@quinnemanuel.com
davidweinraub@quinnemanuel.com

Dated: November 7, 2013

By:/s/  *Linda P. Nussbaum*
Linda P. Nussbaum *(pro hac vice)*
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel.  646-722-8500
Fax.  646-722-8501
lnussbaum@gelaw.com

*Attorney for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*