**EXHIBIT T**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### SECOND DECLARATION OF SCOTT K. ATTAWAY IN SUPPORT OF KAISER'S MOTION FOR ATTORNEY'S FEES AND COSTS

I, Scott Kelly Attaway, Esq., declare under penalty of perjury that the following is true and correct:

1.   I am a member in good standing of the bars of the District of Columbia and Massachusetts.  I am of counsel at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. ("Kellogg Huber Hansen"), in Washington, D.C.  I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, I could and would testify to them.  I submit this declaration in support of Kaiser's[*] Motion for Attorney's Fees and Costs.

2.   My firm successfully represented Kaiser in opposing Pfizer's appeal to the First Circuit, which affirmed this Court's final judgment in favor of Kaiser.  We continue to represent Kaiser in opposing Pfizer's petition for certiorari filed recently on August 30, 2013.

3.   I stand by my prior declaration submitted in support of Kaiser's motion for attorneys' fees and costs, dated September 11, 2013.

4.   Kellogg Huber Hansen performed extensive work in successfully defending against Pfizer's vigorously litigated appeal, which was taken from a 22-day jury trial on an extremely voluminous record.  Pfizer initially designated 46 issues in its Amended Statement

---

[*] "Kaiser" refers collectively to the seven affiliated plaintiffs in this action:  Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation Health Plan of Ohio.

**EXHIBIT T**

of Issues on Appeal (ECF Docket No. 3645).  The joint appendix, comprised of materials largely designated at the outset by Pfizer, consisted of 16,245 pages in 24 volumes.

5. Kellogg Huber Hansen has continued to perform extensive work for Kaiser in opposing Pfizer's petition for certiorari in the United States Supreme Court.  Substantial attorneys' fees and costs have been and continue to be incurred by Kaiser in connection with this representation.

6. We filed Kaiser's brief in opposition to certiorari on November 4, 2013.  Under the current schedule, the Court might be expected to decide whether to grant or deny Pfizer's petition sometime in December 2013.

7. I did not seek reimbursement for the costs of any First Class airfares from Kaiser.  I purchased and submitted a request for reimbursement for an Economy round-trip ticket on US Airways to attend the First Circuit oral argument on February 6, 2013, and received a complimentary upgrade based on my frequent flyer status, at no additional cost.

8. This concludes my declaration.

Dated:  November 7, 2013                                   _____
                                                                                               Scott K. Attaway