# EXHIBIT W

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**SUPPLEMENTAL DECLARATION OF THOMAS M. GREENE IN SUPPORT OF KAISER'S MOTION FOR ATTORNEY'S FEES AND COSTS**

1. I am the Managing Partner of Greene LLP, and I make this supplemental declaration in support of Kaiser's fee petition.

2. At all times that my firm, Greene LLP, acted as counsel for Kaiser, Palko Goldman, M.D. was a full time, salaried employee. He was not hired by my firm to act as a medical expert, and he worked on other cases for our firm besides Neurontin and Kaiser.

3. During the time Greene LLP acted as counsel for Kaiser, Dr. Goldman was never paid and never acted as a testifying or consulting expert, and we never billed him out as one.

Dated: October 29, 2013

_____
Thomas M. Greene