# EXHIBIT X

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al. v. PFIZER INC., et al., 04-cv-10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF THOMAS M. SOBOL
## ON BEHALF OF HAGENS BERMAN SOBOL SHAPIRO LLP

I, Thomas M. Sobol, state as follows under penalty of perjury:

1.      I am the Managing Partner of the Boston office of Hagens Berman Sobol Shapiro LLP ("HBSS") and have been since 2002.

2.      A complete and correct copy of the attorneys' fees and expenses incurred by my firm between November 13, 2009 and the present ("HBSS Billing Summary") has been previously submitted to the Court.  HBSS incurred $1,137,907.00 in time and $62,198.24 in expenses associated with the *Kaiser* trial held between February 22, 2010 and March 24, 2010.

3.      At the outset of the litigation, I was appointed to serve as Co-Lead Class Counsel in MDL No. 1629: *In re. Neurontin Marketing, Sales Practices, and Products Liability Litigation* in this district.

4.      In November 2010, my firm and I were asked to join the trial team for *Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.*

5.      From that time on, my firm made a strategic decision to staff the *Kaiser* matter as leanly as possible.  HBSS assigned only one senior partner (me), one associate (Ms. Kristen

Johnson Parker), and one senior paralegal (Ms. Corinne Reed) to handle the day-to-day litigation this matter.

6.     I presented or cross examined many witnesses during trial, and presented much of the closing argument. Ms. Parker helped prepare the examinations of each witness, including identifying and coordinating exhibits and demonstratives. She also contributed significantly to briefs filed by *Kaiser* during trial, drawing on her knowledge of what had happened in the courtroom to date. Ms. Parker's attendance at trial was crucial to HBSS's ability to effectively present Kaiser's case at trial.

7.     Ms. Reed was responsible for running the trial laptop and organizing as well as presenting all exhibits at trial. She fulfilled that role for all plaintiffs' firms, not just HBSS. Ms. Reed's presence in the courtroom was vital.

8.     Together, Ms. Parker, Ms. Reed, and I worked 2,545.05 of the 3,776.63 total hours submitted by HBSS – approximately 70% of HBSS's total submitted time.

9.     I anticipate that Ms. Parker will attest to the accuracy of her own time records, but I note that the hours she reported track with my recollection of the time she actually expended on this matter during trial.

10.     In a few discrete instances, during trial, HBSS brought on additional attorneys and staff to work round the clock to tackle specific projects. For example: Mr. Greg Comeau was asked to contribute to discrete briefing projects. Another example: when it became clear that Pfizer did not intend to bring a corporate representative or employee to testify at trial, HBSS marshaled all available attorneys and staff in the Boston office to create binders of documents substantiating each RICO enterprise and brief the admissibility of these documents in the

absence of a Pfizer witness. These binders were introduced into evidence at trial and presented to the jury during closing arguments.

11.     This full court press on the RICO binders spanned the very chilly weekend of March 5-7, 2010. In that instance, and others, HBSS incurred HVAC costs for providing heat late into the evenings and on weekends. This was done for the benefit of HBSS attorneys as well as other trial attorneys using HBSS's office to prepare.

12.     As I have previously attested, charges for weekend, holiday, and/or overnight HVAC are not part of HBSS's regular overhead.

13.     As I have previously attested, all attorneys and support staff whose time is reflected in the HBSS Billing Summary kept accurate and contemporaneous time records.

14.     As I have previously attested, the rates reflected in the HBSS Billing Summary are the normal and customary rates charged by HBSS for each attorney and member of the support staff.

15.     I have practiced law for over 30 years and have been based in Boston during that entire period. During the first 17 years of my practice, I worked at Brown Rudnick Freed & Gesmer P.C. At the time of my departure in 2000, I was a partner who was billed out at the rate of $500 per hour and sometimes more. My practice was in complex criminal and civil litigation, my work was typically hourly based fees and my rate and payments were consistent with Boston rates at the time. Since leaving Brown Rudnick, I have practiced class action litigation. At the time of the Neurontin trial in 2010, ten years had passed. Yet my billing rate had only gone up to $600 an hour (an increase of 20% over 10 years). I am accordingly of the opinion that my hourly billing rate for the Neurontin trial was fair and reasonable, and consistent with the Boston market for similar services.

16.     As to associate billing rates, candidly my experience over the past 13 years is only in practicing national litigation.  I therefore do not personally have familiarity with "Boston" rates for associates.  However, I do have substantial experience in reviewing rates of associates that are charged in complex federal court cases throughout the country.  Almost invariably, I have noticed that the rates of my firm, Hagens Berman Sobol Shapiro LLP, are markedly lower than rates charged for similarly experienced associates in matters handled on a national level.

17.     HBSS incurred $ 2,700.26 in printing costs, meaning costs incurred when an attorney (HBSS attorneys and other trial attorneys) clicked print from a computer connected to the HBSS network.  These printing charges were incurred for, among other things, courtesy copies of briefs and exhibits submitted to the Court and Pfizer, in connection with the preparation of examinations of witnesses, drafts of briefs, etc. HBSS's accounting system is not capable of generating invoice-level receipts for each of these printing charges.  All of these charges are, however, itemized by day and dollar amount in HBSS's previous expense submission.

18.     HBSS's previous expense back up inadvertently omitted receipts for some expenses.  A supplemental production of invoice-level back up is attached hereto as Exhibit A.

19.     We withdraw our request for reimbursement of $1,957.84 worth of expenses.  While we believe these expenses to have been legitimately incurred in the litigation of the case, we are unable to provide invoice level back up and therefore withdraw our request for reimbursement of these expenses.  The total amount of expenses for which HBSS now seeks reimbursement is $61,683.91.

20.     In my previous declaration in support of Kaiser's motion for fees and expenses, I explained that included in the PSC's request for reimbursement were expenses associated with

the work of Greylock McKinnon Associates ("GMA"), the litigation consulting firm with which the Plaintiffs' economic experts Professor Meredith Rosenthal and Dr. Raymond Hartman are associated, for work performed in 2009.  From inception of the class case in 2004 through 2008, the PSC incurred expenses associated with Prof. Rosenthal and Dr. Hartman's opinion well in excess of $1 million.  Much of this pre-2009 work, as well as work with other non-economist experts during this time, related to general questions and issues applicable to all plaintiffs' cases, including Kaiser's.  However, the PSC is not seeking reimbursement for these expenses.

21.     As I explained in my previous declaration, the work performed in 2009 included the implementation of the regression model used to estimate the number of prescriptions attributable to Pfizer's off-label marketing scheme and the model used by Dr. Hartman to monetize those prescriptions in order to calculated damages – including damages to Kaiser.  This and other work was performed in support of the opposition to Pfizer's motion for summary judgment filed by the Class as well as the coordinated plaintiffs, including Kaiser.  In 2009 Professor Rosenthal and Dr. Hartman were deposed by Pfizer on the basis of their respective models – models that were utilized in their presentation to the jury at Kaiser's trial.  In 2009 both Professor Rosenthal and Dr. Hartman also performed work associated directly with implementation of Kaiser's damage model such as Kaiser's "least expensive alternative" analysis.

22.     I believe the amount requested by the PCS for reimbursement of expenses attributable to the Kaiser case to be very conservative.  It accounts for no-pre 2009 expenses for economic experts (or experts of any kind) prior to 2009 that were used at Kaiser's trial and includes expenses for economic analysis done in 2009 that was done directly for Kaiser or that inured directly to Kaiser's benefit at trial.

23.     Finally, I address Pfizer's contention that there is overlap between the amount of expert expenses requested by the PSC and those requested by Kaplan Fox, Kaiser's counsel at the time.  There is in fact no overlap between the two requests.  The PSC's request for reimbursement of expert expenses does not include any contribution to the common litigation fund made by Kaiser's counsel.  Any payments by Kaplan Fox to the PSC's common litigation fund in the period for which the PSC is seeking reimbursement were subtracted from the PSC's request to account for the fact that Kaplan Fox would be seeking reimbursement of its expenses separate from the PSC.

Dated: November 7, 2013

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP

**EXHIBIT X**

# EXHIBIT A

| DATE | EXPENSE DESCRIPTION | AMOUNT PAID | AMOUNT FOR WHICH RECEIPT IS AVAILABLE | PAGE NO. |
|---|---|---|---|---|
| 2/26/2010 | MEALS: Nov-09 AMEX (Sobol) - Meals, 11/17 - 11/18/09 | $118.56 | $13.89 | 1 |
| | | | $45.39 | 2 |
| | | | $59.28 | 3 |
| | | TOTAL | $118.56 | 1 |
| 2/26/2010 | PARKING: Nov-09 AMEX (Sobol) - Parking 11/20/09 | $36.00 | $36.00 | 2 |
| 3/18/2010 | AIRFARE: Jan-10 AMEX (Sobol) - Airfare, SFO-BOS, 01/22/10 | $610.50 | $603.50 | 3 |
| 3/18/2010 | FEDERAL EXPRESS: Jan 10 AMEX (Sobol) FedEx, 01/13/10 | $201.32 | $109.73 | |
| | | | $91.59 | |
| | | TOTAL | $201.32 | 4 |
| 3/18/2010 | HOTEL: Jan-10 AMEX (Sobol) - Hotel, Los Angeles, 01/10 - 01/12/10 | $1,287.94 | $1,287.94 | 5 |
| 3/18/2010 | LEGAL RESEARCH Jan-10 AMEX (Sobol) Airfare and Mutliple Change Fees, BOS-LAX-BOS 01/10 - 01/13/10 | $2,996.50 | $270.00 | 6a |
| | | | $7.00 | 6a |
| | | | $7.00 | 6a |
| | | | $7.00 | 6b |
| | | | $49.00 | 6b |
| | | | $650.00 | 6b |
| | | | $454.10 | 6c |
| | | TOTAL | $1,444.10 | |
| 3/18/2010 | MEALS: Jan-10 AMEX (Sobol) - Meals, 12/28/09 | $17.81 | $17.81 | 7 |
| 3/18/2010 | MEALS: Jan-10 AMEX (Sobol) - Meals, 01/07/10 | $148.98 | $148.98 | 8 |
| 3/18/2010 | MEALS: Jan-10 AMEX (Sobol) - Meals, Los Angeles, 01/10 - 10/13/10 | $136.53 | $49.66 | |
| | | | $55.55 | |
| | | | $31.32 | |
| | | TOTAL | $136.53 | 9 |
| 3/18/2010 | MEALS: Jan-10 AMEX (Sobol) - Meals, 01/27/10 | $47.62 | $47.62 | 10 |
| 3/18/2010 | TRANSPORTATION: Jan-10 AMEX (Sobol) - Car Service, SFO to Hotel, 1/11/10 | $149.48 | $149.48 | 11 |

| DATE | EXPENSE DESCRIPTION | AMOUNT PAID | AMOUNT FOR WHICH RECEIPT IS AVAILABLE | PAGE NO. |
|---|---|---|---|---|
| 3/18/2010 | TRANSPORTATION: Jan-10 AMEX (Sobol) - Car Service, Hotel to LAX, 1/12/10 | $135.68 | $135.68 | 5 |
| 3/18/2010 | PARKING: Jan-10 AMEX (Sobol) - Parking, 01/07 - 01/08/10 | $59.00 | NO RECEIPT | |
| 3/18/2010 | PARKING: Jan-10 AMEX (Sobol) - Parking, 01/10 - 01/13/10 | $72.00 | $72.00 | 11 |
| 3/18/2010 | CONVERSION DIRECT EXPENSE Jan-10 AMEX (Sobol) - Car Service, Panorama City to Pasadena, 01/11/10 | $252.72 | $252.72 | 5 |
| 3/18/2010 | CONVERSION DIRECT EXPENSE Jan-10 AMEX (Sobol) - Car Service, Hotel to Panorama City, 01/11/10 | $252.72 | $252.72 | 6b |
| 3/18/2010 | CONVERSION DIRECT EXPENSE Jan-10 AMEX (Sobol) - Car Service, Pasadena to Hotel, 01/11/10 | $294.84 | $294.84 | 6b |
| 3/22/2010 | FILING FEE: Feb-10 AMEX (Sobol) - USDC Filing Fee, 02/19/10 | $50.00 | $50.00 | 12 |
| 3/22/2010 | HOTEL: Feb-10 AMEX (Sobol) - Hotel, Cambridge, 02/22 - | $1,776.45 | $1,769.45 | 13 |
| 3/22/2010 | MEALS: Feb-10 AMEX (Sobol) - Meals, 01/28 - 01/29/10 | $818.72 | $194.75 | 14 |
| | | | $155.40 | 14 |
| | | | $231.56 | 14 |
| | | | $168.13 | 14 |
| | | | $68.88 | 14 |
| | | TOTAL | $818.72 | |
| 3/22/2010 | MEALS: Feb-10 AMEX (Sobol) - Meals, 02/08/10 | $41.25 | $42.25 | 15 |
| 3/22/2010 | MEALS: Feb-10 AMEX (Sobol) - Meals, 02/16 - 02/26/10 | $1,300.25 | $47.59 | 16a |
| | | | $431.47 | 16a |
| | | | $141.22 | 16a |
| | | | $24.74 | 16b |
| | | | $48.32 | 16b |
| | | | $38.63 | 16b |
| | | | $108.95 | 16b |
| | | | $114.53 | 16b |
| | | | $73.99 | 16b |
| | | | $68.57 | 16b |
| | | | $130.22 | 16b |

| DATE | EXPENSE DESCRIPTION | AMOUNT PAID | AMOUNT FOR WHICH RECEIPT IS AVAILABLE | PAGE NO. |
|---|---|---|---|---|
| | | | $26.40 | 16b |
| | | | $44.00 | 16c |
| | | **TOTAL** | **$1,298.63** | |
| 3/22/2010 | PARKING: Feb-10 AMEX (Sobol) - Parking, 01/28/10 | $48.00 | **$48.00** | 17 |
| 3/22/2010 | PARKING: Feb-10 AMEX (Sobol) - Parking, 02/08/10 | $27.00 | **$27.00** | 15 |
| 3/22/2010 | PARKING: Feb-10 AMEX (Sobol) - Parking, 02/17/10 | $12.00 | **$12.00** | 18 |
| 3/22/2010 | PARKING: Feb-10 AMEX (Sobol) - Parking, 02/22 - 02/26/10 | $112.00 | **NO RECEIPT** | |
| 5/12/2010 | FAX - SEATTLE | $40.00 | **NO RECEIPT** | |
| 5/26/2010 | AIRFARE: Apr-10 AMEX (Parker) - Airfare, BOS-LGA-BOS, 04/05 - 04/06/10 | $553.40 | **$553.40** | 33a-33d |
| 5/26/2010 | SUPPLIES: Mar-10  AMEX (Parker) - FedEx Office, 03/05/10 | $11.21 | **$11.21** | 34 |
| 5/26/2010 | SUPPLIES: Feb-10 AMEX (Parker) - Staples, 02/27/10 | $169.95 | **$169.95** | 35 |
| 5/26/2010 | HOTEL: Apr-10 AMEX (Parker) - Hotel, New York, 04/05 - 04/06/2010 | $369.55 | **$369.55** | 36 |
| 5/26/2010 | ON-LINE SERVICES: Apr-10 AMEX (Parker) - Internet Access, 04/06/10 | $7.99 | **$7.99** | 37 |
| 5/26/2010 | ON-LINE SERVICES: Feb-10 AMEX (Parker) - Courtroom Connect, 02/25/10 | $50.00 | **$50.00** | 38a-38c |
| 5/26/2010 | MEALS: Apr-10 AMEX (Parker) - Meals, New York, 04/05 - 04/06/10 | $59.90 | **$59.90** | 37 |
| 5/26/2010 | MEALS: Mar-10 AMEX (Parker) - Meals, 03/01 - 03/22/10 | $761.91 | $9.53 | 39a |
| | | | $217.00 | 39a |
| | | | $20.05 | 39b |
| | | | $26.40 | 39b |
| | | | $108.09 | 39c |
| | | | $116.00 | 39c |
| | | | $134.80 | 39d |
| | | | $130.54 | 39d |
| | | **TOTAL** | **$762.41** | |
| 5/26/2010 | MEALS: Feb-10  AMEX (Parker) - Meals, 02/16 - 02/26/10 | $260.76 | **$260.76** | 40 |

| DATE | EXPENSE DESCRIPTION | AMOUNT PAID | AMOUNT FOR WHICH RECEIPT IS AVAILABLE | PAGE NO. |
|---|---|---|---|---|
| 5/26/2010 | TRANSPORTATION: Feb-10 AMEX (Parker) - Taxi, 02/26/2010 | $12.80 | $12.80 | 41 |
| 5/26/2010 | PARKING: Dec-09 AMEX (Parker) - Parking, 12/15/09 | $36.00 | $36.00 | 42 |
| 5/26/2010 | PARKING: Apr-10 AMEX (Parker) - Parking, 03/30/10 | $12.00 | $12.00 | 43 |
| 5/26/2010 | PARKING: Apr-10 AMEX (Parker) - Parking 04/05 - 04/06/10 | $36.00 | $36.00 | 44 |
| 5/26/2010 | PARKING: Mar-10 AMEX (Parker) - Parking, 03/01 - 03/24/10 | $178.00 | $108.00 | 45a-45b |
| 5/26/2010 | PARKING: Feb-10 AMEX (Parker) - Parking, 01/28 - 02/27/10 | $110.00 | $144.00 | 46a-46b |
| 6/3/2010 | AIRFARE: Apr-10 AMEX (Sobol) - Airfare, BOS-LGA-BOS, 04/05 - 04/06/2010 | $604.40 | $399.40 | 19a |
| | | | $7.00 | 19b |
| | | | $22.00 | 19b |
| | | | $22.00 | 19b |
| | | | $75.00 | 19c |
| | | | $79.00 | 19d |
| | | TOTAL | $604.40 | |
| 6/3/2010 | AIRFARE: Apr-10 AMEX (Sobol) - Airfare, LAX-OAKm 04/20/2010 | $171.70 | $154.70 | 19d |
| | | | $17.00 | 19e |
| | | TOTAL | $171.70 | |
| 6/3/2010 | HOTEL: Mar-10 AMEX (Sobol) - Hotel, Boston, 02/28 - 03/05/10 | $2,694.80 | $2,687.80 | 20 |
| 6/3/2010 | HOTEL: Mar-10 AMEX (Sobol) - Hotel, Boston, 03/14 - 03/20/10 | $2,144.53 | $2,137.53 | 21a-21b |
| 6/3/2010 | HOTEL: Mar-10 AMEX (Sobol) - Hotel, Boston, 03/25 - 03/26/2010 | $524.11 | $524.11 | 22 |
| 6/3/2010 | HOTEL: Apr-10 AMEX (Sobol) - Hotel, New York, 04/05 - 04/06/2010 | $243.97 | $243.97 | 19c |
| 6/3/2010 | HOTEL: Apr-10 AMEX (Sobol) - Hotel, Berkeley, 04/20 - 04/22/10 | $821.29 | $821.29 | 19f |

| DATE | EXPENSE DESCRIPTION | AMOUNT PAID | AMOUNT FOR WHICH RECEIPT IS AVAILABLE | PAGE NO. |
|---|---|---|---|---|
| 6/3/2010 | ON-LINE SERVICES: Apr-10 AMEX (Sobol) - Airport Wireles, 04/06/10 | $37.18 | NO RECEIPT | |
| 6/3/2010 | MEALS: Mar-10 AMEX (Sobol) - Meals, 03/01 - 03/25/10 | $3,550.82 | $102.60 | 23a |
| | | | $93.04 | 23a |
| | | | $17.30 | 23a |
| | | | $80.71 | 230b |
| | | | $398.43 | 23b |
| | | | $28.00 | 23c |
| | | | $83.97 | 23d |
| | | | $87.37 | 23d |
| | | | $399.94 | 23e |
| | | | $31.34 | 23e |
| | | | $53.94 | 23e |
| | | | $390.65 | 23f |
| | | | $250.85 | 23f |
| | | | $40.95 | 23f |
| | | | $21.15 | 23g |
| | | | $47.59 | 23g |
| | | | $130.07 | 23g |
| | | | $87.56 | 23g |
| | | | $974.69 | 23h |
| | | | $230.57 | 23h |
| | | TOTAL | $3,550.72 | |
| 6/3/2010 | MEALS: Apr-10 AMEX (Sobol) - Meals, New York, 04/05 - 04/06/10 | $290.66 | $290.66 | 24 |
| 6/3/2010 | TRANSPORTATION: Apr-10 AMEX (Sobol) - Boston Coach, Hotel to SFO, 04/22/10 | $256.16 | $256.16 | 25 |
| 6/3/2010 | TRANSPORTATION: Apr-10 AMEX (Sobol) - Boston Coach, Hotel to LGA, 04/20/10 | $148.12 | $148.12 | 26 |
| 6/3/2010 | TRANSPORTATION: Apr-10 AMEX (Sobol) - Boston Coach, OAK to Hotel, 04/20/10 | $194.30 | $194.30 | 27 |

| DATE | EXPENSE DESCRIPTION | AMOUNT PAID | AMOUNT FOR WHICH RECEIPT IS AVAILABLE | PAGE NO. |
|---|---|---|---|---|
| 6/3/2010 | PARKING: Mar-10 AMEX (Sobol) - Parking, 03/01 - 03/25/10 | $213.00 | $216.00 | 28a-28c |
| 6/3/2010 | PARKING: Apr-10 AMEX (Sobol) - Parking, 04/05 - 04/06/10 | $36.00 | $36.00 | 29 |
| 6/3/2010 | CONVERSION DIRECT EXPENSE: Apr-10 AMEX (Sobol) - Boston Coach, Office Bldg to Hotel, 04/21/2010 | $174.04 | $174.04 | 30 |
| 6/3/2010 | CONVERSION DIRECT EXPENSE: Apr-10 AMEX (Sobol) - Boston Coach, LGA to Office Bldg, 04/05/10 | $169.79 | $169.79 | 31 |
| 7/21/2010 | AIRFARE: Apr-11 AMEX (Barnes) - Airfare, LGA to OAK, 04/20/2010 | $156.70 | $156.70 | 32 |
| 6/13/2011 | ON-LINE SERVICES: Apr-11 AMEX (Parker) - Internet Access, 04/14/11 | $7.95 | NO RECEIPT | |
| | TOTALS | $26,112.86 | $24,155.02 | |
| | AMOUNT TO BE DEDUCTED FROM ORIGINAL REQUEST | $1,957.84 | | |

Neurontin

## Au Bon Pain
Au Bon Pain 525

Office Catering Specialists 800-765-4227

STORE #000525

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

## Ticket #463
2009-11-17                          12:45:57
      000525 2 64 463

2 - TURK CLUB                           12.98

TO GO                                   12.98
Tax                                       .91
Amount Due                             $13.89

CREDIT                                 $13.89
Change                                   $.00

---

Neurontin

JOE'S AMERICAN BAR & GRILL
NORTHSHORE MALL
PEABODY, MA
(978) 532-9500

TRANS:        8665
GST TRNID:    TOM
SERVER:       714 Matty
DATE:         NOV18'09  8:04PM
CARD TYPE:    AMEX
ACCT #:       XXXXXXXXXX1003
EXP DATE:     XX/XX
AUTH CODE:    581980
RESEARCH:     000000000000

SUBTOTAL:             36.39

GRATUITY_____ 9 —

TOTAL_____ 45.39

SIGNATURE

---

BLACK COW
BAR                          Neurontin
16 BAY ROAD
HAMILTON, MA 01936
(978)-468-1166
------------------------------
CHECK:        332
TABLE:        5 / 1
SERVER:       106 PM BAR
DATE:         NOV25'09  7:16PM
CARD TYPE:    AMEX
ACCT #:       XXXXXXXXXX1003
EXP DATE:     XX/X\
AUTH CODE:    549965
RESEARCH:     000000000000

SUBTOTAL:             47.28

GRATUITY_____._____

TOTAL_____ 59.28

SIGNATURE_____

PLEASE TOTAL, SIGN BOTH COPIES &
RETAIN ONE COPY FOR YOUR RECORDS

①



**RECEIPT**

Standard Parking®

75 STATE STREET PARKING

166778

SOUTHLAND PRINTING – SHREVEPORT, LA.
812018

7742  11/20  09:52  11/20  13:53  $36.00  1003

Neurontin



**Linaris Casillas**

| | |
|---|---|
| **From:** | PNR-Notification@getthere.com |
| **Sent:** | Thursday, January 07, 2010 12:35 PM |
| **To:** | Linaris Casillas; Thomas Sobol |
| **Subject:** | Booking Confirmation Thomas M Sobol -- Boston, Jan 22 |

Thank you for using American Express One Interactive Business Travel.  To cancel or change your reservation, please call 888-863-7366 24 hours 7 days..

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIRMATION NUMBERS
SABRE Record Locator #: BHZQPK
Airline Record Locator #1 AA-BHZQPK (American Airlines)

Travel arranged by: Linaris Casillas
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Name(s) of people Traveling
Name:  Thomas M Sobol
Meal: standard

Fare Details: SFO AA BOS551.44KA0P/SBTASP USD551.44END ZPSFO XFSFO4.5

Penalty: VALIDATING CARRIER - AA CORP ID/ACCNT CODE USED: TON17

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ITINERARY

AIR
Flight/Equip.: American Airlines 150   Boeing 757-200
Depart: San Francisco(SFO) Friday, Jan 22 23:00
Arrive: Boston(BOS) Saturday, Jan 23 07:40
Stops: non-stop;    Miles: 2701
Class: Coach
Status: Confirmed
Seats Requested: 14D

Total Airfare (including taxes and/or applicable fees)  603.50 USD
Total Airfare (per person)  603.50 USD
Flight segments must be ticketed by close of business on Friday, Jan 8, 2010

Penalty: VALIDATING CARRIER - AA CORP ID/ACCNT CODE USED: TON17

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
AGENCY INFORMATION
Agency: American Express One Interactive (Attention: RezPort Support)
     Phoenix, AZ, United States

③

1

# Cardmember Activity

**CARDMEMBER STATEMENT DATED:**
**12/29/2009 through 01/28/2010**

**THOMAS SOBOL**
**HAGENS BERMAN**

As of   Tue Feb 16 15:02:12 MST 2010 Total Balance is $22,382.30

Total balance includes all unpaid transactions (billed and unbilled).

## Balance Summary

| Opening Balance | Total Credits | Total Debits | Closing Balance |
|---|---|---|---|
| | | | |

## Billing Details

| | | |
|---|---|---|
| 01/13/2010 | Neurontin 1615.13 | $109.73 |
| FEDEX# 866054627340 MEMPHIS TN REF# 86605462734 1-800-622-1147 | | |
| 01/13/2010 | Neurontin 1615.13 | $91.59 |
| FEDEX# 866054627330 MEMPHIS TN REF# 86605462733 1-800-622-1147 | | |
| 01/13/2010 | Neurontin 1615.13 | $454.10 |
| AMERICAN AIRLINES PHOENIX AZ TKT# 0017729486168 01/13 | | |



01/14/2010    *Neurontin  1615.13*    $1,287.94
Hilton Checkers Los Los Angeles CA FOL# 0000426470 LODGING

01/15/2010    *Neurontin  1615.13*    $135.68
BOSTON COACH CORP - BOSTON MA 6078791-2 16078791-2 02110

01/15/2010    *Neurontin  1615.13*    $252.72
BOSTON COACH CORP - BOSTON MA 6083180-2 16083180-2 02110



# Cardmember Activity

CARDMEMBER STATEMENT DATED:
12/29/2009 through 01/28/2010

THOMAS SOBOL
HAGENS BERMAN

Total balance includes all <u>unpaid</u> transactions (billed and unbilled).

**Balance Summary**

**Billing Details**

| | | |
|---|---|---|
| 01/10/2010 *Neurontin 1615.13* | | $270.00 |
| AMERICAN AIRLINES BOSTON MA TKT# 0010619937475 01/10 | | |

| | | |
|---|---|---|
| 01/13/2010 *Neurontin 1615.13* | | $7.00 |
| AMERICAN EXPRESS INTERACTIVE REFUND FEE SOBOL/THOMAS M TKT# 0017725957275 | | |

| | | |
|---|---|---|
| 01/13/2010 *Neurontin 1615.13* | | $7.00 |
| AMERICAN EXPRESS INTERACTIVE REFUND FEE SOBOL/THOMAS M TKT# 0017725957275 | | |

*(6a)*

| | | |
|---|---|---|
| 01/13/2010 | *Neurontin 1615.13* | $7.00 |
| AMERICAN EXPRESS INTERACTIVE REFUND FEE SOBOL/THOMAS M TKT# 0017726987269 | | ✓ |
| 01/12/2010 | *Neurontin 1615.13* | $49.00 |
| UNITED AIRLINES LOS ANGELES CA TKT# 0164061214005 01/12 | | ✓ |
| 01/13/2010 | *Neurontin 1615.13* | $650.00 |
| UNITED AIRLINES ROSEMONT IL TKT# 0164073135740 01/13 | | ✓ |

| | | |
|---|---|---|
| 01/14/2010 | *Neurontin 1615.13* | $252.72 ✓ |
| BOSTON COACH CORP - BOSTON MA 16083180 16083180 02110 | | |
| 01/14/2010 | *Neurontin 1615.13* | $294.84 ✓ |
| BOSTON COACH CORP - BOSTON MA 16089728 16089728 02110 | | |

*(eb)*

# Cardmember Activity

**CARDMEMBER STATEMENT DATED:**
**12/29/2009 through 01/28/2010**

**THOMAS SOBOL**
**HAGENS BERMAN**

As of   Tue Feb 16 15:02:12 MST 2010 Total Balance is $22,382.30
Total balance includes all <u>unpaid</u> transactions (billed and unbilled).

## Balance Summary

| Opening Balance | Total Credits | Total Debits | Closing Balance |
|---|---|---|---|

## Billing Details

| | | |
|---|---|---|
| 01/13/2010 | Neurontin 1615.13 | $454.10 ✓ |
| AMERICAN AIRLINES PHOENIX AZ TKT# 0017729486168 01/13 | | |

****************************************
DATE 12/28/09            TIME 9:23PM
MID 000799000006              2202414181

BRENDEN CROCKER WILDHORSE
WILD HORSE CAFE 
Beverly, MA
1-978-922-6868

AMEX     XXXXXXXXXXXXXX1003 S
AUTH 500250    B9        CHECK    182505
PURCHASE            BAR          SEAN


AMOUNT                        13.00
TAX                            0.81
                    -------------------
SUBTOTAL $          13.81

    TIP $ . . . . 4.—

TOTAL $ . . . . . 17.81

            =============

CUSTOMER COPY
****************************************



*Never tip*

```
       SMITH & WOLLENSKY
        101 ARLINGTON ST
        BOSTON, MA 02116
          (617) 423-1112
CHECK:        2005
GST CHKID:  END
SERVER:     3 1ST BAR-DINNER
DATE:       JAN07'10  7:24PM
CARD TYPE:  American Express
ACCT #:     XXXXXXXXXX1003
EXP DATE:   XX/XX
AUTH CODE:  568419
RESEARCH:   100107192415
            T SOBOL


SUBTOTAL:      121.98

TIP_____27___

TOTAL_____148.98


       ------------------------
            Signature


Your Email:_____
```

8

*Neurontin*



Casey's Irish Bar and Grill
Downstairs Downtown
613 South Grand Ave
Los Angeles, CA 90017
213-629-2353

Server: Kacie                DOB: 01/11/2010
07:27 PM                          01/11/2010
117/1                                  5/50016

AMEX                               5242897
Card #XXXXXXXXXXX1003
Magnetic card present: SOBOL T
Approval: 524042

        Amount:            45.55

    + Gratuity:            10

      = Total:            55.55

X_____

    Wednesdays - Team Trivia

*Newton*

Cisco Brew Pub
of Nantucket
Terminal B
Logan Airport
617 561 8782

Server: Chuck               DOB: 01/10/2010
07:07 PM                          01/10/2010
Table 10/1                         1/10098

AMEX                               1048668
Card #XXXXXXXXXXX1003
Magnetic card present: SOBOL T
Approval: 523655

        Amount:            40.66

        + Tip:            9

      = Total:            49.66

X_____

        Customer's Copy

*Neurontin*

HMSHost
Karl Strauss T7
Los Angeles Int'l Airport
CHECK:        7980
TABLE:        5 / 1
SERVER:     4166 Joe
DATE:         JAN12'10  9:53PM
CARD TYPE:  AMEX    A3 37*
ACCT #:      XXXXXXXXXXX1003
EXP DATE:    XX/XX
AUTH CODE:   567523

SUBTOTAL:           26.32
                             5

Tip    ---------------    31.32

(9)

*Neentu/K* **

```
** TGI FRIDAY'S #0203 **
          DANVERS
      WWW.FRIDAYS.COM
  LOOK FOR US ON FACEBOOK AND
    BECOME OUR NEWEST FAN!
Date:        Jan27'10 07:25PM
Card Type:   AMEX
Acct #:      XXXXXXXXXX1003
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   DID000318722550
Auth Code:   563570
Check:       4439
Table:       602/1
Server:      19 SARAH G

 Subtotal:        39.62

 TIP          $_____8_____

 TOTAL        $___47-62____

 _____
                           S

        ** GUEST COPY **
```

10

0
P

01/13/2010     *Neurontin 1615.13*                    $149.48 ✓
BOSTON COACH CORP - BOSTON MA 16078791 16078791 02110

0017729486168

01/13/2010     *Neurontin 1615.13*                    $72.00
PORT AUTHORITY BOSTON MA REF# 00000000000 GOVERNMENT SERVI

**Linaris Casillas**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, February 18, 2010 1:06 PM |
| **To:** | Linaris Casillas |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: MAD CM ECF
Pay.gov Tracking ID: 250DCV51
Agency Tracking ID: 01010000000002787428

Account Holder Name: Thomas Sobol
Transaction Type: Sale
Transaction Amount: $50.00
Billing Address: 1918 Eighth Avenue Suite 3300
City: Seattle
State/Province: WA
Zip/Postal Code: 98101
Country: USA
Card Type: American Express
Card Number: **********1003
Transaction Date: Feb 18, 2010 1:06:03 PM

Neurontin. MDL
    1615.12          ##

1

INTERCONTINENTAL BOS BOSTON MA REF# 101365106 617-747-1000

| | | |
|---|---|---|
| 02/25/2010 | Neurontin 1615.13. | $44.00 |
| Boston Harbor HTL F& Boston MA REF# 0000008543 (617)439-7000 | | |
| 02/26/2010 | Neurontin 1615.13 | $12.00 |
| LAZ PARKING 874 4980 BOSTON MA REF# 26100417 617-799-9972 | | |
| 02/26/2010 | Neurontin 1615.13 | $45.72 |
| BLACK COW TAP & GRIL SO HAMILTON MA REF# 760000039 9784681166 | | |
| 02/26/2010 | Neurontin 1615.13 | $1,769.45 |
| HOTEL MARLOWE 227031 CAMBRIDGE MA REF# 35640015 617-868-8000 | | |
| 02/27/2010 | Neurontin 1615.13 | $20.00 |
| MILLINEUM PLACE # 65 BOSTON MA REF# 001000211 5 6175421549 | | |

13

Page 1 of 3

# Cardmember Activity

**CARDMEMBER STATEMENT DATED:**
**01/29/2010 through 02/28/2010**

**THOMAS SOBOL**
**HAGENS BERMAN**

Total balance includes all <u>unpaid</u> transactions (billed and unbilled).

## Balance Summary

| Opening Balance | Total Credits | Total Debits | Closing Balance |
|---|---|---|---|
| $ | | | |

## Billing Details

| | | |
|---|---|---|
| 01/28/2010 | Neurontin 1615.13 | $194.75 |
| FLMINGS PRM STKHS #3 BOSTON MA REF# 162000046 6172920808 | | |
| 01 | | |
| 75 | | |
| 01/28/2010 | Neurontin 1615.13 | $155.40 |
| DANTE RESTAURANT 650 CAMBRIDGE MA REF# 10156320100 6174974200 | | |
| 01/29/2010 | Neurontin 1615.3 | $231.56 |
| ROYAL SONESTA BOSTON CAMBRIDGE MA REF# 150966010 617-806-4007 | | |
| 01/29/2010 | Neurontin 1615.13 | $168.13 |
| ROYAL SONESTA BOSTON CAMBRIDGE MA REF# 150966011 617-806-4007 | | |
| 01/29/2010 | Neurontin 1615.13 | $68.88 |
| ROYAL SONESTA BOSTON CAMBRIDGE MA REF# 150966012 617-806-4007 | | |

(14)

| 02/08/2010 | Neurontin 1615.13 | $27.00 | ✓ |
| ONE MEMORIAL DRIVE P CAMBRIDGE MA REF# 000023831 3122742000 | | | |
| 02/08/2010 | Neurontin 1615.13 | $41.25 | ✓ |
| DANTE RESTAURANT 650 CAMBRIDGE MA REF# 10156320100 6174974200 | | | |
| 02 | | | |
| PE | | | |

15

# Cardmember Activity

**CARDMEMBER STATEMENT DATED:**
**01/29/2010 through 02/28/2010**

**THOMAS SOBOL**
**HAGENS BERMAN**

Total balance includes all <u>unpaid</u> transactions (billed and unbilled).

## Balance Summary

| Opening Balance | Total Credits | Total Debits | Closing Balance |
|---|---|---|---|
| | | | |

## Billing Details

0017736104652

| Date | Description | Amount | |
|---|---|---|---|
| 02/16/2010 | SEL DE LA TERRE BOSTON MA 588731 FOOD-BEV | $47.59 | Neurontin 1615.13 ✓ |
| 02/16/2010 | SEL DE LA TERRE BOSTON MA 505175 FOOD-BEV | $431.47 | Neurontin 1615.13 ✓ |
| 02/16/2010 | Boston Harbor HTL F& Boston MA REF# 0000005034 (617)439-7000 | $141.22 | Neurontin 1615.13 ✓ |

Lea

| | | |
|---|---|---|
| 02/18/2010 *Neurontin 1615,13* | $24.74 | ✓ |
| CHEESECAKE CAMBRIDGE CAMBRIDGE MA REF# 005008819 617-252-3810 | | |
| 02/18/2010 *Neurontin 1615,13* | $48.32 | ✓ |
| CHEESECAKE CAMBRIDGE CAMBRIDGE MA REF# 005008820 617-252-3810 | | |
| 02/19/2010 *Neurontin 1615,13* | $38.63 | ✓ |
| DANTE RESTAURANT 650 CAMBRIDGE MA REF# 10156320100 6174974200 | | |
| 02/22/2010 *Neurontin 1615,13* | $108.95 | ✓ |
| ROYAL SONESTA BOSTON CAMBRIDGE MA REF# 150990005 617-806-4007 | | |
| 02/23/2010 *Neurontin 1615,13* | $114.43 | ✓ |
| ROYAL SONESTA BOSTON CAMBRIDGE MA REF# 150991009 617-806-4007 | | |
| 02/23/2010 *Neurontin 1615.13* | $73.99 | ✓ |
| BAMBARA RESTAURANT C CAMBRIDGE MA REF# 89980035 617-868-8000 | | |
| 02/24/2010 *Neurontin 1615.13* | $68.57 | ✓ |
| DANTE RESTAURANT 650 CAMBRIDGE MA REF# 10156320100 6174974200 | | |
| 02/25/2010 *Neurontin 1615.13* | $130.22 | ✓ |
| MRDOOLEYSBOSTON TRVNBOSTON MA 002252120 01 FOOD/BEVGE | | |
| 02/25/2010 *Neurontin 1615.13* | $26.40 | ✓ |

(1ub)

INTERCONTINENTAL BOS BOSTON MA REF# 101365106 617-747-1000

02/25/2010     Neurontin   1615.13.                    $44.00  ✓
Boston Harbor HTL F& Boston MA REF# 0000008543 (617)439-7000

02/26/2010        Neurontin  1615.13               $1,769.45
HOTEL MARLOWE 227031 CAMBRIDGE MA REF# 35640015 617-868-8000

```
        ╱▔▔▔▔▔▔╲
       ╱   INSERT  ╲
      ╱ THIS END UP  ╲

     TRANSPARK
     RECEIPT      A3
     ENTRY TIME:
     02/17/10    13:4
     EXIT TIME:
     02/17/10    15:1
     PARK-DUR.: HRS:MI
                0:01:3

     AMOUNT:
              $ 12.0
     KIND OF PAYMENT:
     AMERICA EXPRESS
     XXXXXXXXXX1003
              XXXXX 091
     AUTH. CODE 563780
```

```
        ╱▔▔▔▔▔▔╲
       ╱   INSERT  ╲
      ╱ THIS END UP  ╲

     TRANSPARK
     RECEIPT      A3
     ENTRY TIME:
     02/22/10    08:2
     EXIT TIME:
     02/22/10    16:2
     PARK-DUR.: HRS:MI
                0:07:5

     AMOUNT:
              $ 12.0
     KIND OF PAYMENT:
     AMERICA EXPRESS
     XXXXXXXXXX1003
              XXXXX 091
     AUTH. CODE 509412
```

```
        ╱▔▔▔▔▔▔╲
       ╱   INSERT  ╲
      ╱ THIS END UP  ╲

     TRANSPARK
     RECEIPT      A3
     ENTRY TIME:
     02/23/10    07:3
     EXIT TIME:
     02/23/10    14:3
     PARK-DUR.: HRS:MI
                0:07:0

     AMOUNT:
              $ 12.0
     KIND OF PAYMENT:
     AMERICA EXPRESS
     XXXXXXXXXX1003
              XXXXX 091
     AUTH. CODE 524101
```

```
        ╱▔▔▔▔▔▔╲
       ╱   INSERT  ╲
      ╱ THIS END UP  ╲

     TRANSPARK
     RECEIPT      A3
     ENTRY TIME:
     02/24/10    07:4
     EXIT TIME:
     02/24/10    14:2
     PARK-DUR.: HRS:MI
                0:06:3

     AMOUNT:
              $ 12.0
     KIND OF PAYMENT:
     AMERICA EXPRESS
     XXXXXXXXXX1003
              XXXXX 091
     AUTH. CODE 521338
```



```
TRANSPARK
RECEIPT        A3
ENTRY TIME:
02/26/10      08:0
EXIT TIME:
02/26/10      13:2
PARK-DUR.: HRS:MI
              0:05:2
AMOUNT:
          $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXXX1003
      XXXXX 091
AUTH. CODE 505558
```

18

# Cardmember Activity

**CARDMEMBER STATEMENT DATED:**
**03/31/2010 through 04/29/2010**

**This is not a Billing Statement.**

**3794-906949-31003**   Active
**THOMAS SOBOL**
**HAGENS BERMAN**

As of   Wed May 19 12:40:01 MST 2010 Total Balance is $8,615.73
Total balance includes all unpaid transactions (billed and unbilled).

## Balance Summary

| Opening Balance | Total Credits | Total Debits | Closing Balance |
|---|---|---|---|
| $19,323.88 | -$20,030.58 | $29,062.12 | $28,355.42 |

## Billing Details

| | | |
|---|---|---|
| 04/02/2010 | Neurontin / Kaiser  1615.13 | $399.40 ✓ |
| US AIRWAYS PHOENIX AZ TKT# 0377878434071 04/02 | | |
| 04/03/2010 | | $19,323.88 |

19a

CORPORATE REMITTANCE RECEIVED 04/03

04/05/2010     *Neurontin / Kaiser   1615.13*          $7 00
AMERICAN EXPRESS INTERACTIVE NO TOUCH SOBOL/THOMAS M TKT#
0377878434071


0167878434078


AMERICAN EXPRESS INTERACTIVE CAR/HOTEL SOBOL/THOMAS M
NOTOUCH

04/05/2010     *Neurontin / Kaiser   1615.13*         $22.00
AMERICAN EXPRESS INTERACTIVE EXCH MANUAL SOBOL/THOMAS M TKT#
0377878434112

04/06/2010     *Neurontin / Kaiser   1615.13*         $22.00
AMERICAN EXPRESS INTERACTIVE EXCH MANUAL SOBOL/THOMAS M TKT#
0377878434161


AMERICAN EXPRESS INTERACTIVE NO TOUCH SOBOL/THOMAS M TKT#

*19b*

0377878434202

NO TOUCH

04/07/2010   1/2  1615.13 (N/k)  and 1/2  1615.12 (N/Class)   $487.95
WHOTELS NEW YORK WHO NEW YORK NY FOL# 4370472 LODGING          $243.97 ✓

04/03/2010   Neurontin/Kaiser 1615.13                          $75.00 ✓
US AIRWAYS PHOENIX AZ TKT# 0377878434112 04/03

MEMORAND

| | | |
|---|---|---|
| 04/14/2010 | Neurontin / Kaiser 1615.13 | $154.70 |
| SOUTHWEST AIRLINES PHOENIX AZ TKT# 5262194415465 04/14 | | |

| | | |
|---|---|---|
| 04/05/2010 | Neurontin / Kaiser 1615.13 | $79.00 |
| US AIRWAYS PHOENIX AZ TKT# 0377876434161 04/05 | | |

04
ST

04/
DA

19d

ROCKAFELLA'S SALEM MA REF# 4280181 RESTAURANT

04/20/2010       Neurontin/kaiser   1615.13       $17.00       ✓ x
SOUTHWEST AIRLINES DALLAS TX TKT# 5262195649620 04/20

19e

| 04/22/2010 | Nauroth /Kaiser Rels. 13. | $821.29 | ✓ |

Claremont Resort & S Berkeley CA FOL# 1464468003 LODGING

Page 2 of 2

25 Edwin H. Land Boulevard
Cambridge, MA 02141
617.868.8000 :Phone
800.825.7140 :Toll Free
617.868.8001 :Fax
www.hotelmarlowe.com

*Marlowe*

OVERLOOKING BOSTON

A KIMPTON HOTEL

SOBOL, THOMAS M
GET ADDRESS

**Room Number:** 520
**Daily Rate:** 292.00
**Room Type:** KGSS
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 02/28/10 | 03/05/10 | XXXXXXXXXXX1003 | AMX | ICNS | 11290267415 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 03/04/10 | 520 | BAMBARA | 520/4004/07:14/BAMBARA | $21.70 |
| 03/04/10 | 520 | BAMBARA | 520/2019/16:26/BAMBARA | $28.01 |
| 03/04/10 | 520 | BAMBARA | 520/4052/20:12/BAMBARA | $91.44 |
| 03/04/10 | 520 | ROOM SERVICE | 520/5019/21:02/ROOM SERVICE | $21.50 |
| 03/04/10 | 520 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($2,008.67) |
| 03/04/10 | 520 | ROOM  CHARGE | #520 SOBOL, THOMAS M | $292.00 |
| 03/04/10 | 520 | TAX - ROOM - STATE | TAX - ROOM - STATE | $16.64 |
| 03/04/10 | 520 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $17.52 |
| 03/04/10 | 520 | TAX - ROOM - CITY | TAX - ROOM - CITY | $8.03 |
| 03/05/10 | 520 | ROOM SERVICE | 520/5001/06:10/ROOM SERVICE | $10.75 |
| 03/05/10 | 520 | LATE DEPARTURE FEE | 6 PM CO | $292.00 |
| 03/05/10 | 520 | TAX - ROOM - STATE | TAX - ROOM - STATE | $16.64 |
| 03/05/10 | 520 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $17.52 |
| 03/05/10 | 520 | TAX - ROOM - CITY | TAX - ROOM - CITY | $8.03 |
| 03/05/10 | 520 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($679.13) |

Neurontin/Kaiser
1615.13.

**TOTAL DUE:**     $0.00

KIMPTON hotels & restaurants

800.KIMPTON • KIMPTONHOTELS.COM

25 Edwin H. Land Boulevard
Cambridge, MA 02141
617.868.8000 :Phone
800.825.7140 :Toll Free
617.868.8001 :Fax
www.hotelmarlowe.com

*Marlowe*

OVERLOOKING BOSTON

A KIMPTON HOTEL

*Neurontin/Kaiser*

*1615.13*

SOBOL, THOMAS M
GET ADDRESS

**Room Number:** 515
**Daily Rate:** 220.00
**Room Type:** KGVW
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 03/14/10 | 03/20/10 | XXXXXXXXXXXX1003 | AMX | ICNS | 11290268876 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 03/14/10 | 515 | BAMBARA | 515/2089/20:29/BAMBARA | $107.74 |
| 03/14/10 | 515 | IN ROOM ENTERTAINMENT | 515/204354/124 | $15.21 |
| 03/14/10 | 515 | OVERNIGHT PARKING | VALET PARKING | $30.00 |
| 03/14/10 | 515 | ROOM CHARGE | #515 SOBOL, THOMAS M | $220.00 |
| 03/14/10 | 515 | TAX - ROOM - STATE | TAX - ROOM - STATE | $12.54 |
| 03/14/10 | 515 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $13.20 |
| 03/14/10 | 515 | TAX - ROOM - CITY | TAX - ROOM - CITY | $6.05 |
| 03/15/10 | 515 | OVERNIGHT PARKING | VALET PARKING | $30.00 |
| 03/15/10 | 515 | ROOM CHARGE | #515 SOBOL, THOMAS M | $220.00 |
| 03/15/10 | 515 | TAX - ROOM - STATE | TAX - ROOM - STATE | $12.54 |
| 03/15/10 | 515 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $13.20 |
| 03/15/10 | 515 | TAX - ROOM - CITY | TAX - ROOM - CITY | $6.05 |
| 03/16/10 | 515 | ROOM SERVICE | CK#5055 FR 3/14 GST SIGNED CK | $13.25 |
| 03/16/10 | 515 | BAMBARA | 515/2070/21:27/BAMBARA | $192.71 |
| 03/16/10 | 515 | OVERNIGHT PARKING | VALET PARKING | $30.00 |
| 03/16/10 | 515 | ROOM CHARGE | #515 SOBOL, THOMAS M | $220.00 |
| 03/16/10 | 515 | TAX - ROOM - STATE | TAX - ROOM - STATE | $12.54 |
| 03/16/10 | 515 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $13.20 |
| 03/16/10 | 515 | TAX - ROOM - CITY | TAX - ROOM - CITY | $6.05 |
| 03/17/10 | 515 | OVERNIGHT PARKING | VALET PARKING | $30.00 |
| 03/17/10 | 515 | ROOM CHARGE | #515 SOBOL, THOMAS M | $220.00 |
| 03/17/10 | 515 | TAX - ROOM - STATE | TAX - ROOM - STATE | $12.54 |
| 03/17/10 | 515 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $13.20 |
| 03/17/10 | 515 | TAX - ROOM - CITY | TAX - ROOM - CITY | $6.05 |
| 03/18/10 | 515 | BAMBARA | 515/3025/20:52/BAMBARA | $115.23 |
| 03/18/10 | 515 | LONG DISTANCE | 515/21:55/2/9783375270 | $8.80 |
| 03/18/10 | 515 | IN ROOM ENTERTAINMENT | 515/210756/167 | $16.30 |
| 03/18/10 | 515 | LONG DISTANCE | 515/22:18/1/9783375270 | $7.55 |
| 03/18/10 | 515 | OVERNIGHT PARKING | VALET PARKING | $30.00 |
| 03/18/10 | 515 | ROOM CHARGE | #515 SOBOL, THOMAS M | $220.00 |
| 03/18/10 | 515 | TAX - ROOM - STATE | TAX - ROOM - STATE | $12.54 |
| 03/18/10 | 515 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $13.20 |
| 03/18/10 | 515 | TAX - ROOM - CITY | TAX - ROOM - CITY | $6.05 |
| 03/19/10 | 515 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($1,885.74) |

**CONTINUED ON NEXT PAGE**

KIMPTON hotels & restaurants

800.KIMPTON • KIMPTONHOTELS.COM

25 Edwin H. Land Boulevard
Cambridge, MA 02141
617.868.8000 :Phone
800.825.7140 :Toll Free
617.868.8001 :Fax
www.hotelmarlowe.com



*Marlowe*

OVERLOOKING BOSTON

A KIMPTON HOTEL

SOBOL, THOMAS M
GET ADDRESS

**Room Number:** 515
**Daily Rate:** 220.00
**Room Type:** KGVW
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 03/14/10 | 03/20/10 | XXXXXXXXXXX1003 | AMX | ICNS | 11290268876 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 03/19/10 | 515 | ROOM CHARGE | #515 SOBOL, THOMAS M | $220.00 |
| 03/19/10 | 515 | TAX - ROOM - STATE | TAX - ROOM - STATE | $12.54 |
| 03/19/10 | 515 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $13.20 |
| 03/19/10 | 515 | TAX - ROOM - CITY | TAX - ROOM - CITY | $6.05 |
| 03/20/10 | 515 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($251.79) |

**CREDIT DUE:** ($0.00)

KIMPTON® hotels & restaurants

800.KIMPTON • KIMPTONHOTELS.COM





Rowes Wharf
Boston, Massachusetts 02110
Telephone: 617-439-7000  Facsimile: 617-330-94
http://www.bhh.com

BOSTON HARBOR HOTEL
AT ROWES WHARF

**Mr. Thomas Sobol**
**44 Burley Street**
**Danvers, MA 01923 US**

| | |
|---|---|
| Room No. | : 0922 |
| Arrival | : 03-25-10 |
| Departure | : 03-26-10 |
| Page No. | : 2 of 2 |
| Folio No. | : 222204 |
| Conf. No. | : 839101 |
| | : |

Membership No.     :

Group Code         :          User ID          :   MJA
Company Name       :

04-20-10

| Date | Text | Charges | Credits |
|------|------|---------|---------|
| | Total | 524.11 | 524.11 |
| | Balance | 0.00 USD | |

Signature:_____

*Nevrothy K*

```
        & & & 401 & & &
   CREDIT CARD VOUCHER
     The Ritz-Carlton
     Boston Common
     Jer Ne Restaurant
CHECK:      8807
TABLE:      33/1
SERVER:     73 ALEK
DATE:       01MAR'10  5:17PM
CARD TYPE:  AMERICAN EXPRESS
ACCT #:     XXXXXXXXXXX1003
EXP DATE:   XX/XX
AUTH CODE:  546631
            T SOBOL


SUBTOTAL:          85.60
                   18 00
GRATUITY $_____$

TOTAL     $_____$102.60

SIGNATURE_____
```

*Nevrothy K*

```
         Au Bon Pain
         Au Bon Pain 525

Office Catering Specialists 800-765-4227

       STORE #000525

     QUESTIONS -- CONCERNS?
  Call us at 1 800 TALK ABP
   Visit us at our website:
   http://WWW.AUBONPAIN.COM


        Ticket #906

                      12:03:2.
      000525 1 21 906

                            9.78
      TUNA                  6.39

      TO GO                16.17
      Tax                   1.13
Amount Due               $17.30

CREDIT                   $17.30
Change                    $.00
```

```
      The Daily Catch
     2 Northern Avenue
    South Boston, MA 02210
      (617) 772-4400
```

*Nevrothy K*

```
Date/Time:      2010-03-01 01:49 PM
Order Number:   22148
Account Type:   CREDIT
DC Tran ID:     6303853
Server:         Pat
Table:          B1
-------------------------------

PURCHASE
APPROVAL

Entry Mode:       Swiped
Card Number:      XXXXXXXXXXX1003
Card Expire:      XX/XX
Card Type:        American Express
Cardholder Name:  T SOBOL
Approval Code:    568078
Reference Number: 178634317


PURCHASE:              $77.04

Gratuity:          $93.04  16.00
```

23a

```
0374
Server: LAURIE L                    Rec:269
03/02/10 21:21, Swiped    T; 997 Term  3

The Cheesecake Factory CB
100 Cambridge Side Place
Cambridge, MA  02141
(617)252-3810
MERCHANT #: 67097870232

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1003
Name: T SOBOL
OO TRANSACTION APPROVED
AUTHORIZATION #: 540809
Reference: 0302010000374
TRANS TYPE: Credit Card SALE
```

CHECK:                  66.71

TIP:                    14.

TOTAL:                  80.71

Abe & Louie's
Dining Room
793 Boylston Street
Boston, MA. 02116
(617) 536-6300
---------------------------------
```
CHECK:     1517
TABLE:     33/1
SERVER:    4449 Amos
DATE:      MAR05'10  8:42PM
CARD TYPE: American Express
ACCT #:    XXXXXXXXXXXX1003
EXP DATE:  XX/XX
AUTH CODE: 501635
RESEARCH:  000000000000
           T SOBOL
```

SUBTOTAL:       331.43

Tip: _____ 67 00

Total: _____ 398.43

Signature: _____

Print Name:_____

** Please total and sign both
copies, and retain one for your
records.  **

236



```
0371
Server: P.M. BAR P              Rec:218
03/06/10 17:30, Swiped   T: 998 Term:  2

BORDER CAFE - SAUGUS
356 BROADWAY
SAUGUS, MA 01906
(781)233-5308
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1003
Name: T SOBOL
00 TRANSACTION APPROVED
AUTHORIZATION #: 583233
Reference: 0306010000371
TRANS TYPE: Credit Card SALE
```

CHECK:              23.00

TIP:

TOTAL:


X_____

```
PHONE: (     )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer
```

23a

```
0167
Server: JULIANA F          Rec: 70
03/06/10 15:17, Keyed    T: 998 Term: 1

UPPER CRUST PIZZA
20 CHARLES ST                #1615-13
BOSTON, MA 02114
(617)723-9600
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1003
00 TRANSACTION APPROVED
AUTHORIZATION #: 166759
Reference: 0306010000167
TRANS TYPE: Credit Card SALE

CHECK:              78.97

TIP:              5 . 00

TOTAL:          83 . 97



X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
sign & total 1 copy>2nd is your receipt
MANUAL ENTRY, PLEASE IMPRINT BELOW
```

*Neurontin / K*

```
0258
Server  ARLYNY T          Rec:207
03/07/10 15:25, Swiped   T: 990 Term: 1

The Cheesecake Factory CB
100 Cambridge Side Place
Cambridge, MA  02141
(617)252-3810
MERCHANT #: 670973/0232

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1003
Name: T SOBOL
00 TRANSACTION APPROVED
AUTHORIZATION #: 544921
Reference: 0307010000258
TRANS TYPE: Credit Card SALE

CHECK:              87.37

TIP:              _____ . _____

TOTAL:          _____ . _____
```

*Neurontin ] Kaiser*

Club: TOM SOBELL          47519 63



NTN/K

Legal Sea Foods
5 Cambridge Center
Cambridge, MA 02142
617-864-3400

Check # :69325

**Table 510**
Kelly H
20:59:24 03/07/2010          Gst 6
Transaction #:18629

Card Number
***********1003
SOBOL/T

Amount                283.71

18 % Gratuity    47.73

Total                 331.44

Add'l Tip  68.00
$399.44
Final Total  $399.44

X _____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

GUEST COPY

---

38.34  NTN/K

JOE'S AMERICAN BAR & GRILL
NORTHSHORE MALL, PEABODY MA
1 (978) 532-9500

2244 Scott

TRN 8296          TOM
MAR08'10  6:02PM

1 Sav Bl Brancott        7.25
1 Nachos                 7.75
1 Sav Bl Brancott        7.25
1 Sav Bl Brancott        7.25

FOOD SUBTTL             7.75
BEVRGE SUBTT'          21.75
TAX                     1.84
6:52 TOTAL DUE        31.34

---

NTN/K

Dante
Bar
40 Edwin H. Land Blvd.
Cambridge, MA 02142
617.497.4200
www.RestaurantDante.com
Date:          Mar09'10 07:06PM
Card Type:     AMEX
Acct #:        XXXXXXXXXXX1003
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key:     EIE002398135466
Auth Code:     586678
Check:         608
Check ID:      B14
Server:        102 Inside N

Subtotal:              44.94

53.94



Chart House Boston
John Hancock Counting House
60 Long Wharf
Boston, MA 02110
(617) 227-1576

: PAUL                    DOB: 03/10/2010
00.22 PM                        03/10/2010
Table 57/1                      7/7000F

SALE

AMEX                              8388615
Card #XXXXXXXXXXX1003
Magnetic card present: SOBOL T
Card Entry Method:  S

Approval: 542080

Amount:          $ 325.65

390.65

0113
Server: TINA L (#634)
03/12/10 17:12, Swiped   T: 70 T

NOT YOUR AVERAGE JOE'S
45 ENON ST
BEVERLY MA 01915
(978)927-8950
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX1003
Name: T SOBOL
00 TRANSACTION APPROVED
AUTHORIZATION #: 588700
Reference: 0312010000113
TRANS TYPE: Credit Card SALE



BARKING CRAB
RESTAURANT

BOSTON · NEWPORT

THE BARKING CRAB

0111a  Table 13  #Party 8
ROBERT O   SvrCk: 3  5:58p 03/11/10

1 BOWL CHOWDER              8.00
1 TERIYAKI SKEWERS          9.00
2 MUSSELS APP              18.00
1 FRIED CLAM APP           11.00
1 APP FR CALAMARI           9.00
6 IPSWICH DRAFT            30.00
4 CRABBY WHITE ALE         20.00
3 GL CHIANTI               27.00
R 2 KETEL ONE              16.00
e 5 TANQUERAY              35.00
1 CAPTAIN MORGAN            7.00
2 GLASS CUPCAKE SU         14.00

                   Sub Total: 204.00
                   ST & LOCAL :   3.85
03/11 7:25p TOTAL:     207.85

250.85  Thank You  Rob

03/15/10              13:21
SALES DRAFT

Sebastians
One Court House Way
Boston, MA 02210
(617) 261-1911

MERCH ID: 295527
CASHIER: Suge1
TERMINAL: 384   1 Court Hous

American Exp

CHECK:        33.95

TIP:  /          7.00

TOTAL:          40.95

NAME:    SOBOL/T
NUMBER:  XXXXXXXXXXXX379490
AUTH:    562970
AMOUNT:  21.15

CHECK:   3847608
TABLE:

TOTAL:   21.15

**Dante**
Bar
40 Edwin H. Land Blvd.
Cambridge, MA 02142
617.497.4200
www.RestaurantDante.com

Date:         Mar17'10 03:36PM
Card Type:    AMEX
Acct #:       XXXXXXXXXXX1003
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    AIA002943419057
Auth Code:    506079
Check:        994
Check ID:     B16
Server:       102 Inside N

Subtotal:          39.59

TIP_____  8

TOTAL_____  47.59

SIGNATURE
_____
THIS IS MERCHANT COPY

**Dante**
Bar
40 Edwin H. Land Blvd.
Cambridge, MA 02142
617.497.4200
www.RestaurantDante.com

Date:         Mar19'10 05:18PM
Card Type:    AMEX
Acct #:       XXXXXXXXXXX1003
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    AIA002954017931
Auth Code:    581710
Check:        1146
Check ID:     B4
Server:       102 Inside N

Subtotal:          108.07
                    22
TIP_____
                  130.07

California Pizza Kitchen
100 Cambridgeside PL.
Cambridge, MA 02141
617-225-2772

Server: Kenny          DOB: 03/21/2010
03:03 PM                    03/21/2010
Adam Aramati^/1             32/320003

AMEX                       22020101
Card #XXXXXXXXXXX1003
Magnetic card present: SOBOL T
Approval: 521617

Amount:          87.56

+ Tip: _____

X



NTMM/A

Boston Harbor Hotel
Rowes Wharf Bar
70 Rowes Wharf
Boston, MA. 02110
617.439.7000
------------------------------------
CHECK:      3005
TABLE:      108/1
SERVER:     2019 Mary-Ellen N
DATE:       MAR25'10  6:38PM
CARD TYPE:  American Express
ACCT #:     XXXXXXXXXXX1003
EXP DATE:   XX/XX
AUTH CODE:  502534
            T SOBOL


SUBTOTAL:      774.69

Gratuity:_____200_____

Total:_____974.69_____

Signature:_____

Print Name:_____

** Please total and sign both
copies, and retain one for your
records. **

DATE 03/27/10
MID 070801157124
14298

ANEX    XXXXXXXX51003    ^ 11/13
AUTH 504437

EXP DT#: 00354440

SUBTOTAL $   190.57
                    40
TOTAL        230.57

23h

Neurontin /K

SMITH & WOLLENSKY
797 THIRD AVENUE AT 49TH STREET
NEW YORK, NY 10017
(212) 753-1530
CHECK:          1973
TABLE:          110/01
SERVER:         19 RIN
DATE:           APR05'10  9:53PM
CARD TYPE:      American Express
                XXXXXXXXXXX1003
EXP DATE:       XX/X
AUTH CODE:      565066
RESEARCH:       100405215251
                T CAROL

SUBTOTAL:       277.31

53.31

290.00

Page 1 of 2

**Linaris Casillas**

From: Receipt@BostonCoach.com
Sent: Sunday, April 25, 2010 5:02 AM
To: Linaris Casillas
Subject: Ride Receipt for Reservation# 16181074

*Neurontin/Kaiser*
*1615.13.*

# BOSTONCOACH'

# A Receipt
## for your ride.

- Chauffeur-driven transportation and transportation management wherever business takes you.
- Transfers
- Meetings
- Events
- Road Shows
- And more

**Travel Tools**
- At your destination: Pickup information
- After your travel: Receipts

**For Your information**
Our vehicle selection

Our commitment to sustainability

News about BostonCoach

Thank you for traveling with BostonCoach. We hope you were pleased with the services we provided on April 22.

The details and charges for this ride are recorded below.

If you have any questions about your reservation, please call 1-800-672-7676. Please reference reservation number 16181074. When dialing from outside the United States or Canada, be sure to dial the appropriate international calling code, then dial 800-672-7676. Please note that charges may apply when dialing from some countries outside the United States or Canada.

**Reservation details**

Reservation number: 16181074
Pickup date: April 22, 2010
Pickup time: 07:00 (AM)
Pickup Location: CLAREMONT RESORT & SPA BERKELEY CA 94705
Stops:
Waiting time: 0 Hours 34 Mins
Drop Off Location: SFO 120 UA
Vehicle type: Sedan
Passenger name: SOBOL, THOMAS
Profile number: ~ACCT_RESINFO_PROF_ID~
Account number: 35312
Account name: HAGENS BERMAN

Payment method: AMERICAN EXPRESS - 1003

**Charges**

Base fare: $169.00

Waiting time: $57.75
Stop charges: $0.00
Tolls: $4.00
Administrative fees: $5.00
Fuel surcharge: $20.41
Additional fees: $0.00
Discount:
Promotion/Courtesy: $0.00

**Total: $256.16**

We value your feedback: Please tell us how we're doing.

**BostonCoach**
70 Fargo Street

Reservations   Contact Us   Privacy Policy   Terms & Conditions

Copyright © 2009 BostonCoach. All Rights Reserved.

5/21/2010



**Linaris Casillas**

From:    Receipt@BostonCoach.com
Sent:    Thursday, April 08, 2010 5:20 AM
To:      Linaris Casillas
Subject: Ride Receipt for Reservation# 16180189

*Neurontin/Kaiser*
*1615.13*



## BOSTONCOACH® A Receipt for your ride.

Chauffeur-driven transportation and transportation management wherever business takes you.

- Transfers
- Meetings
- Events
- Road Shows
- And more

**Travel Tools**
- At your destination: Pickup Information
- After your travel: Receipts

**For Your Information**
Our vehicle selection

Our commitment to sustainability

News about BostonCoach

Thank you for traveling with BostonCoach. We hope you were pleased with the services we provided on April 06.

The details and charges for this ride are recorded below.

If you have any questions about your reservation, please call 1-800-672-7676. Please reference reservation number 16180189. When dialing from outside the United States or Canada, be sure to dial the appropriate international calling code, then dial 800-672-7676. Please note that charges may apply when dialing from some countries outside the United States or Canada.

**Reservation details**

Reservation number: 16180189
Pickup date: April 06, 2010
Pickup time: 07:15 (AM)
Pickup Location: W HOTEL NEW YORK NEW YORK NY 10022
Stops:
Waiting time: 0 Hours 00 Mins
Drop Off Location: LGA 2120 US
Vehicle type: Sedan
Passenger name: SOBOL, THOMAS
Profile number: ~ACCT_RESINFO_PROF_ID~
Account number: 35312
Account name: HAGENS BERMAN

Payment method: AMERICAN EXPRESS - 1003

**Charges**

Base fare: $110.00

Waiting time:
Stop charges: $0.00
Tolls: $9.14
Administrative fees: $7.00
Fuel surcharge: $9.90
Additional fees: $0.00
Taxes: $12.08
Discount:
Promotion/Courtesy: $0.00

**Total: $148.12**

We value your feedback. Please tell us how we're doing.

BostonCoach

Reservations  Contact Us  Privacy Policy  Terms & Conditions



**Linaris Casillas**

| | |
|---|---|
| **From:** | Receipt@BostonCoach.com |
| **Sent:** | Thursday, April 22, 2010 5:12 AM |
| **To:** | Linaris Casillas |
| **Subject:** | Ride Receipt for Reservation# 16190924-2 |

Neurontin
1615.13

## BOSTONCOACH®

# A Receipt
## for your ride.

*A*

**Chauffeur-driven transportation and transportation management wherever business takes you.**

- Transfers
- Meetings
- Events
- Road Shows
- And more

**Travel Tools**
- At your destination:
  Pickup information
- After your travel:
  Receipts

**For Your Information**
Our vehicle selection

Our commitment to sustainability

News about BostonCoach

Thank you for traveling with BostonCoach. We hope you were pleased with the services we provided on April 20.

The details and charges for this ride are recorded below.

If you have any questions about your reservation, please call 1-800-672-7676. Please reference reservation number 16190924-2. When dialing from outside the United States or Canada, be sure to dial the appropriate international calling code, then dial 800-672-7676. Please note that charges may apply when dialing from some countries outside the United States or Canada.

**Reservation details**

| | |
|---|---|
| Reservation number: | 16190924-2 |
| Pickup date: | April 20, 2010 |
| Pickup time: | 07:04 (PM) |
| Pickup Location: | OAK 397 WN |
| Stops: | |
| Waiting time: | 0 Hours 00 Mins |
| Drop Off Location: | CLAREMONT RESORT & SPA BERKELEY CA 94705 |
| Vehicle type: | Sedan |
| Passenger name: | SOBOL, THOMAS |
| Profile number: | ~ACCT_RESINFO_PROF_ID~ |
| Account number: | 35312 |
| Account name: | HAGENS BERMAN |
| | |
| Payment method: | AMERICAN EXPRESS - 1003 |

**Charges**

| | |
|---|---|
| Base fare: | $170.00 |
| Waiting time: | |
| Stop charges: | $0.00 |
| Parking: | $4.00 |
| Administrative fees: | $5.00 |
| Fuel surcharge: | $15.30 |
| Additional fees: | $0.00 |
| Discount: | |
| Promotion/Courtesy: | $0.00 |
| **Total:** | **$194.30** |

We value your feedback: Please tell us how we're doing.

BostonCoach
70 Fargo Street

Reservations  Contact Us  Privacy Policy  Terms & Conditions

Copyright © 2009 BostonCoach. All Rights Reserved.

5/21/2010


27

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/01/10      07:5
EXIT TIME:
03/01/10      14:0
PARK-DUR.: HRS:MI
              0:06:1

AMOUNT:
              $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
              XXXXX 091
AUTH. CODE 585955

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/02/10      08:0
EXIT TIME:
03/02/10      09:1
PARK-DUR.: HRS:MI
              0:01:0

AMOUNT:
              $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
              XXXXX 091
AUTH. CODE 542384

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/03/10      07:5
EXIT TIME:
03/03/10      13:0
PARK-DUR.: HRS:MI
              0:05:0

AMOUNT:
              $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
              XXXXX 091
AUTH. CODE 528030

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/04/10      07:5
EXIT TIME:
03/04/10      14:0
PARK-DUR.: HRS:MI
              0:06:1

AMOUNT:
              $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
              XXXXX 091
AUTH. CODE 564041

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/05/10      08:0
EXIT TIME:
03/05/10      14:1
PARK-DUR.: HRS:MI
              0:06:0

AMOUNT:
              $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
              XXXXX 091
AUTH. CODE 526914

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/08/10      14:3
EXIT TIME:
03/08/10      16:2
PARK-DUR.: HRS:MI
              0:01:5

AMOUNT:
              $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
              XXXXX 091
AUTH. CODE 503075

N/K

282

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/09/10        07:4
EXIT TIME:
03/09/10        11:2
PARK-DUR.: HRS:MI
                0:03:5

AMOUNT:
                $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
            XXXXX 091
AUTH. CODE 569434

---

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/10/10        08:0
EXIT TIME:
03/10/10        13:5
PARK-DUR.: HRS:MI
                0:05:4

AMOUNT:
                $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
            XXXXX 091
AUTH. CODE 546919

---

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/11/10        08:1
EXIT TIME:
03/11/10        09:1
PARK-DUR.: HRS:MI
                0:01:9

AMOUNT:
                $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
            XXXXX 091
AUTH. CODE 587216

---

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/11/10        15:3
EXIT TIME:
03/11/10        19:3
PARK-DUR.: HRS:MI
                0:04:0

AMOUNT:
                $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXXX1009
            XXXX 081
AUTH. CODE 581715

---

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/12/10        08:0
EXIT TIME:
03/12/10        13:3
PARK-DUR.: HRS:MI
                0:05:3

AMOUNT:
                $ 12.9
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
            XXXXX 091
AUTH. CODE 585753

---

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/15/10        07:5
EXIT TIME:
03/15/10        13:5
PARK-DUR.: HRS:MI
                0:05:5

AMOUNT:
                $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
            XXXXX 091
AUTH. CODE 549592

---

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/16/10        07:4
EXIT TIME:
03/16/10        10:4
PARK-DUR.: HRS:MI
                0:03:0

AMOUNT:
                $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
            XXXXX 091
AUTH. CODE 562729

---

INSERT
THIS END UP

TRANSPARK
RECEIPT        A3
ENTRY TIME:
03/19/10        07:5
EXIT TIME:
03/19/10        16:0
PARK-DUR.: HRS:MI
                0:08:1

AMOUNT:
                $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1003
            XXXX 091
AUTH. CODE 56408

28b

```
        INSERT
     THIS END UP

    TRANSPARK
    RECEIPT     A2
    ENTRY TIME:
    03/22/10      07:5
    EXIT TIME:
    03/22/10      16:3
    PARK-DUR.: HRS:MI
                 0:08:3

N/K   AMOUNT:
               $ 12.0

    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXXX1009
          XXXXX 081
    AUTH. CODE 566685
```

```
        INSERT
     THIS END UP

    TRANSPARK
    RECEIPT     A3
    ENTRY TIME:
    03/23/10      07:5
    EXIT TIME:
    03/23/10      16:3
    PARK-DUR.: HRS:MI
                 0:08:4

    AMOUNT:
               $ 12.0

    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXXX1003
          XXXXX 091
    AUTH. CODE 505835
```

```
        INSERT
     THIS END UP

    TRANSPARK
    RECEIPT     A3
    ENTRY TIME:
    03/24/10      08:2
    EXIT TIME:
    03/24/10      09:2
    PARK-DUR.: HRS:MI
                 0:01:0

N/K   AMOUNT:
               $ 12.0
    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXXX1009
          XXXXX 081
    AUTH. CODE 562313
```

```
        INSERT
     THIS END UP

    TRANSPARK
    RECEIPT     A3
    ENTRY TIME:
    03/25/10      10:0
    EXIT TIME:
    03/25/10      16:3
    PARK-DUR.: HRS:MI
                 0:06:3

    AMOUNT:
               $ 12.0
    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXXX1003
          XXXXX 091
    AUTH. CODE 580537
```



```
Receipt

Boston Logan International Airp
1 Harborside Drive,  Suite 200S
East Boston, MA 02128
Phone: (617) 561-1673
Exit Express 201

from:   04/05/10 07:54:00
to:     04/06/10 09:04:28
PAN: 7912011010095284610

Amount to Pay:   $ 36.00

American Express
xxxx xxxxxx xx003
```

N/K

29

**Linaris Casillas**

| | |
|---|---|
| **From:** | Receipt@BostonCoach.com |
| **Sent:** | Saturday, April 24, 2010 5:27 AM |
| **To:** | Linaris Casillas |
| **Subject:** | Ride Receipt for Reservation# 16198350 |



# BOSTONCOACH® A Receipt
## for your ride.

Thank you for traveling with BostonCoach. We hope you were pleased with the services we provided on April 21.

The details and charges for this ride are recorded below.

If you have any questions about your reservation, please call 1-800-672-7676. Please reference reservation number 16198350. When dialing from outside the United States or Canada, be sure to dial the appropriate international calling code, then dial 800-672-7676. Please note that charges may apply when dialing from some countries outside the United States or Canada.

**Chauffeur-driven transportation and transportation management wherever business takes you.**

- Transfers
- Meetings
- Events
- Road Shows
- And more

**Travel Tools**
- At your destination:
  Pickup information

- After your travel:
  Receipts

**For Your information**
Our vehicle selection

Our commitment to sustainability

News about BostonCoach

**Reservation details**

| | |
|---|---|
| Reservation number: | 16198350 |
| Pickup date: | April 21, 2010 |
| Pickup time: | 11:30 (AM) |
| Pickup Location: | 1 KAISER PLZ OAKLAND CA 94612 |
| Stops: | |
| Waiting time: | 0 Hours 00 Mins |
| Drop Off Location: | CLAREMONT RESORT & SPA BERKELEY CA 94705 |
| Vehicle type: | Sedan |
| Passenger name: | SOBOL, THOMAS |
| Profile number: | ~ACCT_RESINFO_PROF_ID~ |
| Account number: | 35312 |
| Account name: | HAGENS BERMAN |

| | |
|---|---|
| Payment method: | AMERICAN EXPRESS - 1003 |

**Charges**

| | |
|---|---|
| Base fare: | $156.00 |
| Waiting time: | |
| Stop charges: | $0.00 |
| Tolls: | $4.00 |
| Fuel surcharge: | $14.04 |
| Additional fees: | $0.00 |
| Discount: | |
| Promotion/Courtesy: | $0.00 |
| **Total:** | **$174.04** |

We value your feedback: Please tell us how we're doing.

1



**Linaris Casillas**

| | |
|---|---|
| **From:** | Receipt@BostonCoach.com |
| **Sent:** | Wednesday, April 07, 2010 5:08 AM |
| **To:** | Linaris Casillas |
| **Subject:** | Ride Receipt for Reservation# 16178272 |

# BOSTONCOACH® A Receipt
## for your ride.

Thank you for traveling with BostonCoach. We hope you were pleased with the services we provided on April 05.

The details and charges for this ride are recorded below.

If you have any questions about your reservation, please call 1-800-672-7676. Please reference reservation number 16178272. When dialing from outside the United States or Canada, be sure to dial the appropriate international calling code, then dial 800-672-7676. Please note that charges may apply when dialing from some countries outside the United States or Canada.

Chauffeur-driven transportation and transportation management wherever business takes you.

- Transfers
- Meetings
- Events
- Road Shows
- And more

**Travel Tools**
- At your destination: Pickup information
- After your travel: Receipts

**For Your information**
Our vehicle selection

Our commitment to sustainability

News about BostonCoach

**Reservation details**

| | |
|---|---|
| Reservation number: | 16178272 |
| Pickup date: | April 05, 2010 |
| Pickup time: | 10:36 (AM) |
| Pickup Location: | LGA 2121 US |
| Stops: | |
| Waiting time: | 0 Hours 00 Mins |
| Drop Off Location: | 850 3RD AVE NEW YORK NY 10001 |
| Vehicle type: | Sedan |
| Passenger name: | SOBOL, THOMAS |
| Profile number: | ~ACCT_RESINFO_PROF_ID~ |
| Account number: | 35312 |
| Account name: | HAGENS BERMAN |
| Payment method: | AMERICAN EXPRESS - 1003 |

**Charges**

| | |
|---|---|
| Base fare: | $120.00 |
| Waiting time: | |
| Stop charges: | $0.00 |
| Tolls: | $9.14 |
| Parking: | $9.00 |
| Administrative fees: | $7.00 |
| Fuel surcharge: | $10.80 |
| Additional fees: | $0.00 |
| Taxes: | $13.85 |
| Discount: | |
| Promotion/Courtesy: | $0.00 |

31



**Total:** $169.79

We value your feedback: Please tell us how we're doing.

Reservations   Contact Us   Privacy Policy   Terms & Conditions

Copyright © 2009 BostonCoach. All Rights Reserved.
You are receiving this email as a follow-up to your reservation with BostonCoach.
To opt out of email, please click reply and send.

2

31

1615.13

 AMERICAN EXPRESS® BUSINESS TRAVEL

Page 1 of 3
Generated: April 15, 2010 10:28 AM

Travel Arrangements for  LAUREN G BARNES

| | | Agent ID: ZG |
|---|---|---|
| Record Locator | NCWHCD | |
| Trip ID | 11412392909 | 15100 NW 67th Ave - Suite 300 - Miami, FL  85034 |
| | LAUREN BARNES/617 482-3700 | Phone1: (888) 863-7366 / Phone2: (305) 913-7277 / |
| | | Fax: (305) 913-7459 |
| | HAGENS BERMAN | |
| | 36 WINTER STREET | |
| | BELMONT MA 02478 | |
| | DEL 16APR | |

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 526 | | |
| Ticket Number | 2745449846 | Invoice | 0032877 |
| Check Digit | 3 | Electronic | Yes |
| Billing Code | 1615.13-MEETING | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 135.81 |
| Ticket Tax Fare | 20.89 |
| Total (USD) Ticket Amount | 156.70 |

Airfare charged to American Express

| | |
|---|---|
| Total | 156.70 |

## Travel Details                    Tuesday  April 20, 2010

SOUTHWEST AIRLINES TICKET PROCESSED. RECORD LOCATOR QUJ6Y7

### Flight Information

| | | | |
|---|---|---|---|
| Airline | SOUTHWEST AIRLINES | Estimated time | 1 hour 15 minutes |
| Flight | 954 | Distance | 337 Miles |
| Origin | Los Angeles, CA | Meal Service | No Meal Service |
| Destination | Oakland, CA | Plane | Boeing 737-300 |
| Departing | 5:00 PM | | |
| Arriving | 6:15 PM | | |
| | | | |
| Departure Terminal | TERMINAL 1 | | |
| Arrival Terminal | TERMINAL 2 | | |
| Seat | Unassigned | | |
| Class | Economy | | |

### Hotel Information

| | |
|---|---|
| Hotel | SYNXIS CORP |
| | THE CLAREMONT HOTEL |
| Hotel Address | 41 TUNNEL ROAD |
| | BERKELEY CA 94705 |
| Confirmation Number | 11015SY072808 |
| Check in Date | 4/20/2010 |
| Check out Date | 4/22/2010 |
| Hotel Rate | 209.00 USD per night |
| Phone Number | 1-510-8433000 |
| Fax Number | 1-510-8486208 |
| | Late Arrival Guarantee - Credit Card |
| Special Info | RQ NON SMK RM— |
| CANCEL 02 DAYS BEFORE ARRIVAL | |

(32)

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™ 

**Kristen Johnson Parker**

| | |
|---|---|
| **From:** | reservations@email-usairways.com |
| **Sent:** | Friday, April 02, 2010 11:33 AM |
| **To:** | Kristen Johnson Parker |
| **Subject:** | Your US Airways flight |

 **US AIRWAYS**
*Fly with US.*

Your reservation

| Book travel | Travel tools | Dividend Miles | Specials | US Airways Vacations |
|---|---|---|---|---|

## Confirmation code:  ETKLVE

Date issued:  Friday, April 02, 2010

• **New baggage policy**

Scan at any US Airways kiosk to check in.

### Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| KRISTEN J PARKER | | 03723840203414 | |

 THE LION KING LAS VEGAS — GET TICKETS NOW!

Get your US Airways Discount — Hertz

### Trip details   **Download to Outlook**

**Depart:**  Boston, MA  (BOS)  ◉  New York, NY (Laguardia)  (LGA)
**Date:** Monday, April 05, 2010

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 2123 | 10:00 AM  BOS | 11:20 AM  LGA | 1h 20m | None | E190 | Coach | |

**Return:**  New York, NY (Laguardia)  (LGA)  ◉  Boston, MA  (BOS)
**Date:** Tuesday, April 06, 2010

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 2122 | 10:00 AM  LGA | 11:14 AM  BOS | 1h 14m | None | E190 | Coach | |
| | US Airways | | | | | | |

33a

5/20/2010

  

Give yourself peace of mind with Trip Insurance ▸

Book your car rental with US & drive away with more miles ▸

We'll get you there, now get a hotel room with US ▸

## Total travel cost (1 passengers)

| | |
|---|---|
| 1 Adult | $351.62 |
| Taxes + fees | $47.78 |

| | | |
|---|---|---|
| Fare total | $399.40 | Refundable |

| | |
|---|---|
| Total | $399.40 |

## Helpful links

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Seated in an exit row? Read about checking in.

↳  Charged to Kristen J. Parker
   ***********1009 American Express
Estimated Dividend Miles earned per member: 1,000 miles



Get away with discount flights & hotels ▸

Get up to
35,000 bonus miles
with qualifying transactions

## Terms & conditions

- Ticket is non-transferable.
- Ticket is refundable.
- Changes can be made to this reservation without penalty. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.

US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1996 - 2010. All rights reserved.

We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.

336

**Kristen Johnson Parker**

| | |
|---|---|
| **From:** | reservations@email-usairways.com |
| **Sent:** | Sunday, April 04, 2010 3:52 PM |
| **To:** | Kristen Johnson Parker |
| **Subject:** | Your updated US Airways flight |



US AIRWAYS
Fly with US                                    Updated reservation

Book travel          Travel tools          Dividend Miles          Specials          US Airways Vacations

## Confirmation code:   ETKLVE

Date issued:  Sunday, April 04, 2010

ⓘ   • New baggage policy

Scan at any US Airways kiosk to check in.

## Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| KRISTEN J PARKER | | 03723842125496 | |



Get the gift that's really going places ▶



US AIRWAYS Club
Treat yourself to a US Airways Club day pass ▶

## Updated trip details

**Depart:**  Boston, MA  (BOS) ◉ New York, NY (Laguardia)  (LGA)

**Date:** Monday, April 05, 2010

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 2119 | 08:00 AM BOS | 09:16 AM LGA | 1h 16m | Snack or Brunch | E190 | Coach | 13C |

**Return:**  New York, NY (Laguardia)  (LGA) ◉ Boston, MA  (BOS)

**Date:** Tuesday, April 06, 2010

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 2122 | 10:00 AM LGA | 11:14 AM BOS | 1h 14m | None | E190 | Coach | |

| | | |
|---|---|---|
| | US Airways | |

5/20/2010

㉝ⓒ





Give yourself peace of mind with Trip Insurance ▶

Book your car rental with US & drive away with more miles ▶

We'll get you there, now get a hotel room with US ▶

## Updated total travel cost (1 passengers)

| | | |
|---|---|---|
| 1 Adult | $494.88 | |
| Taxes + fees | $58.52 | |
| | | |
| New fare total | $553.40 | Refundable |
| Unflown value | $399.40 | Refundable |
| | | |
| **Remaining value** | **$154.00** | |
| Change fee due | $0.00 | |
| | | |
| **Total** | **$154.00** | |

### Helpful links

Check in online

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Seated in an exit row? Read about checking in.

↳ Charged to Kristen J. Parker
**********1009 American Express
Estimated Dividend Miles earned per member: 1,000 miles


Get away with discount flights & hotels ▶


Today's specials - take a *look* ▶

## Terms & conditions

- Ticket is non-transferable.
- Ticket is refundable. Any previous non-refundable funds remain non-refundable.
- Changes can be made to this reservation without penalty. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.



US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1998 - 2010. All rights reserved.

5/20/2010


(33d)



ice.
FedEx Office

Page: 1

Amount

0.75
9.80

.W03
White_Printer 3144

10.55
0.66
11.21

es to pay the Issuer of the charge
with the agreement between the
dholder.

6

os.com
this receipt.

34



**that was easy.**

Low prices. Every item. Every day.
881 Worcester Road Route 9
NATICK, MA 01760
(508) 655-0811

SALE                    1265733 6 001 9225
                        0008 02/27/10 04:0

*******************************************
YOUR OPINION COUNTS AND WILL BE REVIEWED
BY THIS STORE'S MANAGER!

Please take a short survey
and be entered into a monthly drawing
for a $5,000 Staples gift card.
NO PURCHASE NECESSARY.
Log on to www.StaplesCares.com
or call 1-800-881-1723
Your survey code: 0100 9309 0297 6025
See store for rules.
Survey code expires 03/06/2010.
***Tome nuestra encuesta en Español en
la página de Internet o por teléfono.
Consiga las reglas en la tienda.***

*******************************************

QTY SKU                             PRIC

          REWARDS NUMBER 3063747855
5    HEAVY DUTY BINDER
     07771799967       31.990ea    159.95
SUBTOTAL                           159.95

     Standard Tax 6.25%             10.00

TOTAL                             $169.95


American Express                   169.95
Card No.: XXXXXXXXXXX1009 [S]
Auth No.: 640625


        **TOTAL ITEMS   5**

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Save $50 instantly when you recycle

# W

## HOTELS



W NEW YORK
541 Lexington Ave
New York, NY 10022
212-755-1200 / 212-319-8344
http://www.starwoodhotels.com/whotels/prop
erty/overview/index.html?propertyID=97502

Parker, Kristen
29 Worcester Sq Apt 3
Boston, MA 02118-2914

| | | |
|---|---|---|
| Invoice Nbr | 1000013067 |
| Arrive Date | 04-05-2010 |
| Depart Date | 04-06-2010 |

| | |
|---|---|
| Page Number | 2 |
| Guest Number | 4370590 |
| Folio ID | A |
| No. Of Guest | 1 |
| Room Number | 720 |
| Club Account | SPG - C41457156551 |
| Time | 05-21-2010 12:02 |

## Duplicate Invoice

### EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room Charge | Room Tax | Telephone | Telephone Tax | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 04-05-2010 | $369.55 | $53.66 | $0.00 | $0.00 | $0.00 | $0.00 | $423.21 | $-369.55 |
| 04-06-2010 | $0.00 | $6.24 | $0.00 | $0.00 | $0.00 | $0.00 | $6.24 | $-59.90 |
| Total | $369.55 | $59.90 | $0.00 | $0.00 | $0.00 | $0.00 | $429.45 | $-429.45 |

# Cardmember Activity

**CARDMEMBER STATEMENT DATED:**
**03/31/2010 through 04/29/2010**

**This is not a Billing Statement.**

**KRISTEN J PARKER**
**HAGENS BERMAN**

Total balance includes all <u>unpaid</u> transactions (billed and unbilled).

**Balance Summary**

| Opening Balance | Total Credits | Total Debits | Closing Balance |
| --- | --- | --- | --- |
| | | | |

**Billing Details**

| Date | Description | Amount |
| --- | --- | --- |
| 04/07/2010 | WHOTELS NEW YORK WHO NEW YORK NY FOL# 4370590 LODGING | $59.90 |
| 04/09/2010 | TMOBILE*HOTSPOT 800-981-8563 TX REF# T1,13E94A0, WIRELESS INT | $7.99 |

(32)

**Corinne Reed**

**From:**    Martzinek, Carol [cmartzinek@Courtroomconnect.com]
**Sent:**    Wednesday, February 24, 2010 11:25 AM
**To:**      order@courtroomconnect.com; Corinne Reed
**Subject:** RE: Your order no. 5338-7985 has been received

Thank you for signing up for Courtroom Connect's wifi internet service at the courthouse. Your access will be set up within the next 30 minutes.

Your login ID will be your e-mail address, and your password will be: courtroom

As the leading provider of communications services to the legal industry, did you know that Courtroom Connect (CC) provides Realtime Text streaming, Audio and Video streaming, and videoconferencing services throughout litigation, *even on a temporary basis?*

Videoconference in a witness who can't make it to a trial or deposition, or stream the deposition, jury research event, and trial right to your computer, watching live and reviewing on demand.  To learn more about CC's innovative Remote Counsel suite of services, visit http://www.remotecounsel.com.

With over 5,000 hours of video, and over 900 expert witness testimonies, our Courtroom View Network division (CVN) is the industry leader in delivering live and on demand video of high-stakes civil litigation. Users can simultaneously review exhibits and evidence while watching video testimony. All proceedings are shown in full, without commercials or commentary.  Use CVN's Archive for trial preparation, associate development, and expert witness analysis. CVN also works with journalists and educational institutions. To learn more about CVN's products and services, or to suggest a case for us to cover, visit http://www.courtroomview.com.

Carol Martzinek
Client Services Manager

**Courtroom View Network/Courtroom Connect**
75 Maiden Lane - Suite 804 | New York, NY 10038
Phone: (877) 834-8627 ext. 666 | Fax: (877) 834-8627
cmartzinek@courtroomconnect.com | http://www.courtroomview.com | http://www.courtroomconnect.com

**Courtroom View Network -** Trials direct to your desktop.
**Courtroom Connect -** live remote access to trials, hearings and depositions, allowing litigators to achieve better results by deploying their resources more efficiently and effectively.
Follow us on Twitter at http://www.twitter.com/courtroomview
We welcome your referrals for trials you would like covered. CVN's live video is picked up by mainstream media outlets.

---

**From:** order@courtroomconnect.com [mailto:order@courtroomconnect.com]
**Sent:** Wednesday, February 24, 2010 11:23 AM
**To:** corinne@hbsslaw.com
**Subject:** Your order no. 5338-7985 has been received

Dear Corinne Reed,

Thank you for shopping at Courtroom Connect & Courtroom View Network.

---

Your order no. 5338-7985 has been received.

Order Summary:

2/28/2010



| Item | Qty | Description | Options | Rate | A |
|------|-----|-------------|---------|------|---|
| Boston Federal Monthly Subscription | 1 | Individual user internet access for all court visitors in Boston Federal Court. Plan expires 30 days from sign up date. Please contact support at 877-838-9080 with questions. | | $25.00 | $ |

|  |  | Tax |  |
|  |  | **Total** | **$** |

Order Shipping Information:

Order Billing Information:
Kristen Johnson Parker
Hagens Berman
1901 Eighth Avenue Suite 3300
Seattle WA 98101
United States

Thank you for your business.

Courtroom Connect & Courtroom View Network

2/28/2010

38b

**From:** order@courtroomconnect.com [mailto:order@courtroomconnect.com]
**Sent:** Tuesday, February 23, 2010 8:25 AM
**To:** kristenjp@hbsslaw.com
**Subject:** Your order no. 7132-7980 has been received

Dear Kristen Johnson Parker,

Thank you for shopping at Courtroom Connect & Courtroom View Network.

Your order no. 7132-7980 has been received.

Order Summary:

| Item | Qty | Description | Options | Rate | A |
|------|-----|-------------|---------|------|---|
| Boston Federal Monthly Subscription | 1 | Individual user internet access for all court visitors in Boston Federal Court. Plan expires 30 days from sign up date. Please contact support at 877-838-9080 with questions. | | $25.00 | $ |
| | | | | Tax | |
| | | | | **Total** | **$** |

Order Shipping Information:


Order Billing Information:
Kristen Johnson Parker
Hagens Berman
1901 Eighth St Suite 3300
Seattle WA 98101
United States

Thank you for your business.

Courtroom Connect & Courtroom View Network

2/28/2010

380

# CVS

## for all the ways you care™

100 CAMBRIDGESIDE PLACE, CAMBRIDGE, MA
TELEPHONE: 621-0870

REG#05 TRAN#5964 CSHR#739812 STR#1215

**ExtraCare Card #: Courtesy Card**

| 1 ASTN PB&TOAST 7.4Z | 1.79F |
| 1 CHOCO WALLA 2.0Z | 1.29N |
| 1 CHOCO WALLA 2.0Z | 1.29N |
| 1 CHOCOLTE CHIP 2.0Z | 1.29N |
| 1 STRAWBERRY PO 2.0Z | 1.29N |
| 1 SWT & SLTY AL 2.0Z | 1.29N |
| 1 SWT & SLTY PN 2.0Z | 1.29N |

7 ITEMS
**TOTAL** **9.53**
AMEX 9.53
**********1009 MS
CHANGE .00

0185 
Server: F                        Rec
03/05/10 20:26, Swiped  T: 618 Term

SONSIE RESTAURANT
327 NEWBURY STREET
(617)351-2500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1009
Name: KJ PARKER
OO TRANSACTION APPROVED
AUTHORIZATION #: 598796
Reference: 0305010000185
TRANS TYPE: Credit Card SALE

CHECK:              179.

TIP:       _____.

TOTAL:     2⟨7  .

X_____

***Duplicate Copy*

CARDHOLDER WILL PAY CARD ISSUER ABOV
AMOUNT PURSUANT TO CARDHOLDER AGREEM
PLEASE KEEP ONE COPY FOR OUR RECORDS
Please sign one copy>Retain the 2nd

39a

**0051**
Server: CRISTIN S                    Rec: 23
03/14/10 14:03, Keyed    T: 998 Term: 3

UPPER CRUST PIZZA
20 CHARLES ST
BOSTON, MA 02114
(617)723-9600
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX1009
OO TRANSACTION APPROVED
AUTHORIZATION #: 184711
Reference: 0314010000051
TRANS TYPE: Credit Card

CHECK:                  16.05

TIP:            _____ -

TOTAL:          ___ 20.05

x_____

\*\*\*Duplicate Copy\*\*\*

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
sign & total 1 copy2 keep your receipt
MANUAL ENTRY, PLEASE IMPRINT BELOW

Club: TOM,SOBELL          47519 63

Bambara
Hotel Marlowe
DWIN H LAND BLVD.
CAMBRIDGE, MA

                    DOB: 03/14/2010
                         03/14/2010
                          2/20126

                          2097201

XXX1009
present: Yes
i10

        Amount:      21.40
        + Tip:       5.00
        = Total:     26.90

\*\*Guest Copy\*\*

(39b)

*(handwritten)* Ce15-12

**Dante**
Bar
40 Edwin H. Land Blvd.
Cambridge, MA 02142
617.497.4200
www.RestaurantDante.com
Date:        Mar17'10 06:28PM
Card Type:   AMEX
Acct #:      XXXXXXXXXXX1009
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   AIA002944246632
Auth Code:   590097
Check:       1001
Check ID:    B22
Server:      102 Inside N

Subtotal:          93.09

TIP _____      15.00

TOTAL _____   108.09

SIGNATURE _____

THIS IS CUSTOMERS COPY

---

ADAM'S PIZZA
614 MAIN STREET
MEDFORD, MA 0215
7813934442

BATCH: 162
S-A-L-E-S  0-R-A-F-T
:281159
:99000325

REF:    0005
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:   MAR.20, 10  14:10:29

AMOUNT           $91.00*

TIP              25.00

TOTAL           $116.00

ACCT: ***********1009    EXP: **/**
AP: 145261
     **** IMPRINT CARD ****

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY

*(handwritten)* 39c

California Pizza Kitchen
100 Cambridgeside PL.
Cambridge, MA 02141
617-225-2772

Server:                      DOB: 03/22/20
07:51 PM                          03/22/20
Krinn Reed^/1                     32/3200(

AMEX                              220201:
Card #XXXXXXXXXXX1009
Magnetic card present: PARKER KJ
Approval: 508940

            Amount:        134.

            + Tip: _____O_____

            = Total: __134.8__

X_____

            CUSTOMER COPY

---

California Pizza Kitchen
100 Cambridgeside PL.
Cambridge, MA 02141
617-225-2772

Server:                      DOB: 03/01/2010
06:07 PM                          03/01/2010
Krinn Reed^/1                     32/320006

AMEX                              22020112
Card #XXXXXXXXXXX1009
Magnetic card present: PARKER KJ
Approval: 515083

            Amount:        130.54

            + Tip: _____O____

            = Total: __130.59__

X_____

            CUSTOMER COPY

39d

Au Bon Pain
Au Bon Pain 525

Office Catering Specialists 800-765-4221

STORE #000525

QUESTIONS - CONCERNS?
**Call us at 1 800 TALK ABP**
Visit us at our website:
http://WWW.AUBONPAIN.COM

## Ticket #259
2010-02-16                          12:54:52

000525 2 64 259

5 2 Pack Cookie                        10.95

TO GO
Tax                                    10.95
Amount Due                               .76
                                      $11.71

CREDIT                                $11.71
Change                                 $.00

AMERICAN EXPRESS        $87.48

Art Bar/ 1615-13
Sonestor

----------------------------------------

Date: 02/26/10
AMERICAN EXPRESS
Card #: XXXXXXXXXXX1009
Exp Date: 12/99
Merchant #: 0000016832
Authorization #: 506320

Subtotal $   87.48

Tip $   17.00

Total $  104.48

Signature

---

1615-13
Total

**0017**                              Rec: 13
Server: CHRISTINA D
02/23/10 14:19, Swiped   T:  9 Term: 2

THE BARKING CRAB
88 SLEEPER ST
BOSTON, MA 02210
(617)426-2722
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1009
Name: KJ PARKER
00 TRANSACTION APPROVED
AUTHORIZATION #: 549231
Reference: 0223010000017
TRANS TYPE: Credit Card SALE

CHECK:            119.57

TIP:              25.00

TOTAL:           144.57

X _____

(    )
LDER WILL PAY CARD ISSUER ABOVE

40

Page 2 of 2

02/26/2010                                              $12.80
BOS TAXI MED 0025 09 LONG ISLAND C NY REF# 026105199 718-9374444

40



42

```
        INSERT
      THIS END UP

TRANSPARK
RECEIPT       A3
ENTRY TIME:
03/29/10      10:0
EXIT TIME:
03/29/10      10:2
PARK-DUR.: HRS:MI
             0:00:1
AMOUNT:
           $ 12.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX1009
        XXXXX 081
AUTH. CODO-400870
```

43

# Boston Logan Airport

Massport Parking Facilities
Logan International Airport
1 Harborside Drive, Suite 200S
East Boston, MA 02128 (617) 561-1673

Receipt 9724/0658/658   04/06/10 09:04:26
Location of your car: Level: Row:

!!!!! ORIGINAL !!!!!

010100 Pay Parking Ticket$    36.00
 Entered:   04/05/10 06:59
 Paid:      04/06/10 09:04
 Facility:  Central Parking
 Cpan:      7915011750095251920

Total Amount      $   36.00

 Credit Amex       $   36.00

---------------------------------------

American Express

PARKER/KJ
Card No. xxxx xxxxxx x1009
Amount = $ 36.00

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xx           Thank you           xx
xx          Open 24 hours        xx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

44

```
        INSERT
      THIS END UP

  TRANSPARK
  RECEIPT      A3
  ENTRY TIME:
  02/19/10     16:1
  EXIT TIME:
  02/19/10     16:4
  PARK-DUR.: HRS:MI
               0:00:2

  AMOUNT:

            $ 12.0
  KIND OF PAYMENT:
  AMERICA EXPRESS
  XXXXXXXXXXX1009
        XXXXX 081
  AUTH. CODE 562684
```

```
        INSERT
      THIS END UP

  TRANSPARK
  RECEIPT      A3
  ENTRY TIME:
  02/19/10     16:1
  EXIT TIME:
  02/19/10     16:4
  PARK-DUR.: HRS:MI
               0:00:2

  AMOUNT:

            $ 12.0
  KIND OF PAYMENT:
  AMERICA EXPRESS
  XXXXXXXXXXX1009
        XXXXX 081
  AUTH. CODE 562684
```

```
        INSERT
      THIS END UP

  TRANSPARK
  RECEIPT      A3
  ENTRY TIME:
  02/22/10     08:2
  EXIT TIME:
  02/22/10     16:2
  PARK-DUR.: HRS:MI
               0:08:0

  AMOUNT:

            $ 12.0
  KIND OF PAYMENT:
  AMERICA EXPRESS
  XXXXXXXXXXX3005
        XXXXX 101
  AUTH. CODE 500620
```

```
        INSERT
      THIS END UP

  TRANSPARK
  RECEIPT      A3
  ENTRY TIME:
  02/22/10     08:2
  EXIT TIME:
  02/22/10     16:2
  PARK-DUR.: HRS:MI
               0:08:0

  AMOUNT:

            $ 12.0
  KIND OF PAYMENT:
  AMERICA EXPRESS
  XXXXXXXXXXX3005
        XXXXX 101
  AUTH. CODE 500620
```

```
        INSERT
      THIS END UP

  TRANSPARK
  RECEIPT      A3
  ENTRY TIME:
  02/23/10     07:5
  EXIT TIME:
  02/23/10     14:3
  PARK-DUR.: HRS:MI
               0:06:3

  AMOUNT:

            $ 12.0
  KIND OF PAYMENT:
  AMERICA EXPRESS
  XXXXXXXXXXX1009
        XXXXX 081
  AUTH. CODE 584368
```

```
        INSERT
      THIS END UP

  TRANSPARK
  RECEIPT      A3
  ENTRY TIME:
  02/23/10     07:5
  EXIT TIME:
  02/23/10     14:3
  PARK-DUR.: HRS:MI
               0:06:3

  AMOUNT:

            $ 12.0
  KIND OF PAYMENT:
  AMERICA EXPRESS
  XXXXXXXXXXX1009
        XXXXX 081
  AUTH. CODE 584368
```


45a

```
          INSERT
       THIS END UP

  TRANSPARK
  RECEIPT      A3
  ENTRY TIME:
  02/24/10    08:0
  EXIT TIME:
  02/24/10    14:2
  PARK-DUR.: HRS:MI
               0:06:1
  AMOUNT:
              $ 12.0
  KIND OF PAYMENT:
  AMERICA EXPRESS
  XXXXXXXXXX1009
            XXXX 081
  AUTH. CODE 551988
```

```
          INSERT
       THIS END UP

  TRANSPARK
  RECEIPT      A3
  ENTRY TIME:
  02/24/10    08:0
  EXIT TIME:
  02/24/10    14:2
  PARK-DUR.: HRS:MI
               0:06:1
  AMOUNT:
              $ 12.0
  KIND OF PAYMENT:
  AMERICA EXPRESS
  XXXXXXXXXX1009
            XXXX 081
  AUTH. CODE 551988
```

```
        AUDITORIUM GARAGE.
           50 DALTON ST
         BOSTON, MA 02115
         TID: 00000353548

  TIME: 02:21 PM        DATE: 02/27/10

  MERCHANT #: 2200696029
  AMEX
  AX xxxxxxxxxxx1009

  INVOICE:  0000000006
  APPROVAL  CODE:562338
  SEQ: 006

  TOTAL AMOUNT        $30.00
  PARKER/KJ

           CUSTOMER COPY
```

45b

```
          INSERT
       THIS END UP

    TRANSPARK
    RECEIPT      A3
    ENTRY TIME:
    03/01/10      08:0
    EXIT TIME:
    03/01/10      13:1
    PARK-DUR.: HRS:MI
                 0:05:0
    AMOUNT:
                 $ 12.0
    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXX1009
              XXXXX 081
    AUTH. CODE 538129
```

```
          INSERT
       THIS END UP

    TRANSPARK
    RECEIPT
    ENTRY TIME:
    03/02/10
    EXIT TIME:
    03/02/10
    PARK-DUR.: F

    AMOUNT:

    KIND OF PAY
    AMERICA EXP
    XXXXXXXXXX
              XXXX
    AUTH. CODE
```

```
          INSERT
       THIS END UP

    TRANSPARK
    RECEIPT      A3
    ENTRY TIME:
    03/03/10      08:0
    EXIT TIME:
    03/03/10      13:0
    PARK-DUR.: HRS:MI
                 0:05:0
    AMOUNT:
                 $ 12.0
    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXX1009
              XXXXX 081
    AUTH. CODE 560692
```

```
          INSERT
       THIS END UP

    TRANSPARK
    RECEIPT      A3
    ENTRY TIME:
    03/04/10      07:4
    EXIT TIME:
    03/04/10      13:3
    PARK-DUR.: HRS:MI
                 0:05:4
    AMOUNT:
                 $ 12.0
    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXX1009
              XXXXX 081
    AUTH. CODE 503440
```

```
          INSERT
       THIS END UP

    TRANSPARK
    RECEIPT      A3
    ENTRY TIME:
    03/05/10      07:2
    EXIT TIME:
    03/05/10      13:2
    PARK-DUR.: HRS:MI
                 0:06:0
    AMOUNT:
                 $ 12.0
    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXX1009
              XXXXX 081
    AUTH. CODE 597219
```

```
          INSERT
       THIS END UP

    TRANSPARK
    RECEIPT      A3
    ENTRY TIME:
    03/08/10      14:3
    EXIT TIME:
    03/08/10      16:2
    PARK-DUR.: HRS:MI
                 0:01:4
    AMOUNT:
                 $ 12.0
    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXX1009
              XXXXX 081
    AUTH. CODE 564690
```

46a

```
        INSERT
     THIS END UP

   TRANSPARK
   RECEIPT      A3
   ENTRY TIME:
   03/11/10     07:4
   EXIT TIME:
   03/11/10     13:3
   PARK-DUR.: HRS:MI
                0:05:4

   AMOUNT:
              $ 12.0
   KIND OF PAYMENT:
   AMERICA EXPRESS
   XXXXXXXXXX1009
          XXXXX 081
   AUTH. CODE 566422
```

```
        INSERT
     THIS END UP

    TRANSPARK
    RECEIPT     A3
    ENTRY TIME:
    03/09/10    07:2
    EXIT TIME:
    03/09/10    09:3
    PARK-DUR.: HRS:MI
               0:02:0

    AMOUNT:
              $ 12.0
    KIND OF PAYMENT:
    AMERICA EXPRESS
    XXXXXXXXXX1009
          XXXXX 081
    AUTH. CODE 541485
```

```
        INSERT
     THIS END UP

   TRANSPARK
   RECEIPT      A3
   ENTRY TIME:
   03/16/10     10:
   EXIT TIME:
   03/16/10     10:
   PARK-DUR.: HRS:
                0:00:

   AMOUNT:
              $ 12.
   KIND OF PAYMENT:
   AMERICA EXPRESS
   XXXXXXXXXX1009
          XXXXX 08:
   AUTH. CODE 5806!
```

```
        INSERT
     THIS END UP

   TRANSPARK
   RECEIPT      A3
   ENTRY TIME:
   03/19/10     07:5
   EXIT TIME:
   03/19/10     11:1
   PARK-DUR.: HRS:MI
                0:03:1

   AMOUNT:
              $ 12.0
   KIND OF PAYMENT:
   AMERICA EXPRESS
   XXXXXXXXXXX1009
          XXXXX 081
   AUTH. CODE 506384
```

```
        INSERT
     THIS END UP

   TRANSPARK
   RECEIPT      A3
   ENTRY TIME:
   03/19/10     11:5
   EXIT TIME:
   03/19/10     16:0
   PARK-DUR.: HRS:MI
                0:04:0

   AMOUNT:
              $ 12.0
   KIND OF PAYMENT:
   AMERICA EXPRESS
   XXXXXXXXXX1009
          XXXXX 081
   AUTH. CODE 551126
```

```
        INSERT
     THIS END UP

   TRANSPARK
   RECEIPT      A3
   ENTRY TIME:
   03/24/10     08:3
   EXIT TIME:
   03/24/10     09:2
   PARK-DUR.: HRS:MI
                0:00:5

   AMOUNT:
              $ 12.0
   KIND OF PAYMENT:
   AMERICA EXPRESS
   XXXXXXXXXXX1009
          XXXXX 081
   AUTH. CODE 500222
```

4eb