# EXHIBIT Y

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al. v. PFIZER INC., et al., 04-cv-10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF KRISTEN JOHNSON PARKER ON BEHALF OF HAGENS BERMAN SOBOL SHAPIRO LLP

I, Kristen Johnson Parker, state as follows under penalty of perjury:

1. I am an associate in the Boston office of Hagens Berman Sobol Shapiro LLP ("HBSS"), where I have worked since March 2007.

2. Hagens Berman Sobol Shapiro LLP ("HBSS") designated me as the sole associate assigned to the day-to-day litigation of the Kaiser trial. From November 2009 through the conclusion of trial, my primary – and almost exclusive – professional responsibility was litigating the Kaiser matter.

3. I have reviewed my time records, submitted to the Court previously with the Declaration of Thomas M. Sobol. They are accurate and were kept contemporaneously.

4. If my time records suffer from any flaw, it is a young associates' naïve under-billing during her very first trial.

Dated: November 5, 2013

Kristen Johnson Parker
Hagens Berman Sobol Shapiro LLP

-1-