# EXHIBIT Z

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### SECOND DECLARATION OF JAMES R. DUGAN, II AND THE DUGAN LAW FIRM IN SUPPORT OF KAISER'S MOTION FOR ATTORNEY'S FEES AND COSTS

I, JAMES R. DUGAN, under penalty of perjury declare the following is true and correct:

1. I adopt and confirm my previous declaration of September 11, 2013.

2. I further state that I have been working on class-action cases for over 16 years and have submitted billing in time for my work in many cases over the years.

3. I always submit my time in increments of .25.

4. No court has ever reduced or questioned my billing in increments of .25.

5. In Mr. Cheffo's declaration he questions the addition of my time of 88 or 81 hours. The correct time is 88 hours. After further review, it was discovered that a time entry from February 23, 2013 did not include seven hours that was expended from travel from Boston to New Orleans. I have attached the revised time entry as exhibit A to this declaration.

6. My firm did not unreasonably expend time for any routine ECF monitoring, as Pfizer and its counsel suggest. Rather, the time entries referenced by

Pfizer and its counsel relate to the substantive review of court papers with which the firm had been served via ECF.

7. I further state that the Dugan Law Firm's most significant contribution to the Kaiser trial was in work with Dr. David Kessler. I attached as exhibit B invoices and canceled checks to further document our association.

8. Dr. Kessler was the first witness taken in the trial.

9. After the verdict, several jurors commented to the media that Dr. Kessler's testimony persuaded them to render a verdict for Kaiser.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct, and that this declaration was executed this 5th day of November, 2013 in New Orleans, Louisiana.

_____
James R. Dugan, II

**Neurontin MDL 1657 – Kaiser Trial Time**
**DUGAN LAW FIRM**
**James R. Dugan, II**

Billing Rate:   $675/hr
Total Time:   **88.00 hrs**
Lodestar:   **$59,400.00**

| Date | Description | Hours |
|---|---|---|
| 11/12/2009 | Receipt and review of Procedural Order setting Final Pretrial Conference and Jury Trial | 0.25 |
| 11/23/2009 | Receipt and review of Plaintiff's Witness List To Be Presented At Trial | 0.25 |
| 11/23/2009 | Receipt and review of Defendants' Expected Trial Witness List | 0.25 |
| 11/25/2009 | Receipt and review of Motion/Memo to Compel Identification of Names and Addresses of Potential Trial Witnesses | 0.25 |
| 12/4/2009 | Receipt and review of Defendants' Motion/Memo To Transfer Venue | 0.50 |
| 12/4/2009 | Emails from/to Tom Greene & Tom Sobol re assignment in Boston | 0.25 |
| 12/7/2009 | Receipt and review of Notice by Pfizer, Inc. of Supplemental Authority in Support of Summary Judgment | 0.25 |
| 12/7/2009 | Receipt and review of Defendants' Motion/Memo To Transfer Venue (Corrected Caption) | 0.25 |
| 12/9/2009 | Receipt and review of Opposition re Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses | 0.25 |
| 12/10/2009 | Receipt and review of Emergency Motion/Memo to Compel Depositions of Kaiser Witnesses | 0.25 |
| 12/14/2009 | Receipt and review of Minute entry re Emergency Motion to Compel Depositions of Kaiser Witnesses | 0.25 |
| 12/16/2009 | Receipt and review of Motion to Seal Document | 0.25 |
| 12/16/2009 | Receipt and review of Opposition re Emergency Motion to Compel Depositions of Kaiser Witnesses | 0.25 |
| 12/17/2009 | Receipt and review of Emergency Motion/Memo to Compel Deposition of Carol Janney | 0.25 |
| 12/17/2009 | Travel – BOS-MSY | 5.00 |
| 12/18/2009 | Receipt and review of Minute Entry re Emergency Motion/Memo to Compel Deposition of Carol Janney | 0.25 |
| 12/18/2009 | Receipt and review of Memorandum in Opposition re Motion to Transfer Case -- Defendants Motion To Transfer Venue Pursuant To 28 U.S.C. 1404 (Corrected Caption) | 0.50 |
| 12/21/2009 | Receipt and review of Motion for Leave to File Reply Brief in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 | 0.25 |
| 12/22/2009 | Receipt and review of Memorandum in Opposition re Emergency Motion to Compel Deposition of Carol Janney | 0.25 |

1



| | | |
|---|---|---|
| 12/22/2009 | Receipt and review of Third Party Opposition re Emergency Motion to Compel Deposition of Carol Janney | 0.25 |
| 12/23/2009 | Receipt and review of Objection by Pfizer, Inc. to Magistrate Judge's Order Denying Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses | 0.25 |
| 1/6/2010 | Receipt and review of Plaintiff Kaiser's Response by Kaiser Foundation Health Plan, Kaiser Foundation Hospitals to Objection To Magistrate Judge's Order Denying Motion to Compel | 0.25 |
| 1/8/2010 | Defendants' Motion in Limine to Exclude The Testimony of David Franklin and Related Evidence | 0.25 |
| 1/8/2010 | Read Order on Kaiser MSJ | 0.75 |
| 1/8/2010 | Receipt and review of Motion/Memo in Limine To Exclude All Evidence of or References To Conduct Unrelated to Neurontin | 0.25 |
| 1/8/2010 | Receipt and review of Motion/Memo in Limine to Exclude All Evidence of or References to Warner-Lambert Company LLC's Guilty Plea or any Related Government Investigations or Agreements | 0.25 |
| 1/8/2010 | Receipt and review of Motion/Memo Defendants' Motion in Limine to Exclude the Testimony of Kay Dickersin, Ph.D. | 0.25 |
| 1/8/2010 | Receipt and review of Motion/Memo Defendants' Motion in Limine to Exclude the Testimony of John Abramson, M.D. | 0.25 |
| 1/8/2010 | Receipt and review of Motion/Memo in Limine to Exclude the Testimony of Dr. Rena Conti and Dr. Curt Furberg | 0.25 |
| 1/8/2010 | Receipt and review of Defendants' Motion/Memo in Limine to Preclude Plaintiffs from Presenting the Live Testimony of Permanente Physicians Unless and Until Plaintiffs Make Permanente Physicians Available to Defendants for Live Testimony | 0.25 |
| 1/8/2010 | Receipt and review of Defendants' Motion/Memo in Limine to Exclude the Testimony of and Charts Prepared by Joshua Peteet | 0.25 |
| 1/8/2010 | Receipt and review of Motion/Memo in Limine To Preclude Defendants From Any Reference to Treble Damages, Attorneys' Fees, or Potential Harm to Pfizer's Business or Share Prices Resulting From a Jury Award by Kaiser Foundation Health Plan | 0.25 |
| 1/8/2010 | Receipt and review of Motion/Memo in Limine To Exclude Cross-Examination On Dr. Hartman's Medication | 0.25 |
| 1/8/2010 | Receipt and review of Motion in Limine To Exclude Dr. Arrowsmith-Lowe's Testimony on Foreign Regulatory Actions and Absence of U.S. Regulatory Actions | 0.25 |
| 1/8/2010 | Receipt and review of MOTION in Limine To Exclude Hearsay Testimony of Drs. Field and Rothschild | 0.25 |
| 1/8/2010 | Receipt and review of Motion in Limine To Exclude Testimony of Charles Phillips M.D. As Irrelevant, Prejudicial and Inflammatory | 0.25 |

2

| | | |
|---|---|---|
| 1/8/2010 | Receipt and review of Motion in Limine To Strike Non-Rebuttal Testimony of Dr. Rothschild | 0.25 |
| 1/8/2010 | Receipt and review of Motion in Limine to Exclude Testimony of Defendants Retained Efficacy Experts | 0.25 |
| 1/8/2010 | Receipt and review of Motion in Limine To Exclude Testimony of Pfizer's Non-Retained Experts | 0.25 |
| 1/10/2010 | Receipt and review of Defendants' Emergency Motion To Strike Kaiser's Motion In Limine To Exclude The Testimony Of Pfizer's Retained Efficacy Experts And For Expedited Consideration | 0.25 |
| 1/12/2010 | Receipt and review of Defendants' Emergency Motion To Strike Kaiser's Motion In Limine To Exclude The Testimony Of Pfizer's Retained Efficacy Experts And For Expedited Consideration | 0.25 |
| 1/12/2010 | Receipt and review of Defendants' Opposition to Plaintiff Kaiser's Counter-Motion for Leave to Re-File Their Motion In Limine to Exclude Testimony of Defendants' Retained Efficacy Experts | 0.25 |
| 1/14/2010 | Receipt and review of Motion in Limine to Exclude the Testimony of Meredith Rosenthal | 0.25 |
| 1/14/2010 | Receipt and review of Motion in Limine to Exclude the Testimony of Raymond S. Hartman | 0.25 |
| 1/14/2010 | Receipt and review of Emergency Motion/Memo for Order Requiring Continued Deposition Of Nicholas Wieder | 0.25 |
| 1/18/2010 | Receipt and review of Defendants' Motion To Unseal Motion For Continued Deposition Of Nicholas Wieder And Additional Relief | 0.25 |
| 1/19/2010 | Receipt and review of Order re MIL | 0.25 |
| 1/20/2010 | Receipt and review of Motion in Limine to Exclude Testimony of Dr. Alan Rapoport | 0.25 |
| 1/20/2010 | Receipt and review of Motion in Limine to Exclude Testimony of Dr. Shawn Bird | 0.25 |
| 1/20/2010 | Receipt and review of Motion in Limine to Exclude Testimony of Dr. Gary Brenner | 0.25 |
| 1/20/2010 | Receipt and review of Motion in Limine to Exclude Testimony of Dr. Andrew Slaby | 0.25 |
| 1/20/2010 | Receipt and review of Motion in Limine to Exclude Testimony of Dr. Michael McLean | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine To Exclude Dr. Arrowsmith-Lowe's Testimony on Foreign Regulatory Actions and Absence of U.S. Regulatory Actions | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine Defendants' Motion in Limine to Preclude Plaintiffs from Presenting the Live Testimony of Permanente Physicians Unless and Until Plaintiffs Make Permanente Physicians Available to Defendants for Live Testimony Redacted Version | 0.25 |

| | | |
|---|---|---|
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine To Exclude Hearsay Testimony of Drs. Field and Rothschild | 0.25 |
| 1/22/2010 | Receipt and review of Declaration re Memorandum in Opposition to Motion, Elana Katcher | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine To Strike Non-Rebuttal Testimony of Dr. Rothschild | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine To Exclude Testimony of Charles Phillips M.D. As Irrelevant, Prejudicial and Inflammatory | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Emergency Order Requiring Continued Deposition of Nicholas Wieder | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine Defendants' Motion in Limine to Exclude The Testimony of David Franklin and Related Evidence | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine Defendants' Motion in Limine to Exclude The Testimony of John Abramson, M.D | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine To Exclude Testimony of Pfizer's Non-Retained Experts | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine Defendants' Motion in Limine to Exclude the Testimony of Dr. Rena Conti and Dr. Curt Furberg | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine Defendants' Motion in Limine to Exclude the Testimony of Kay Dickersin, Ph.D | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine to Exclude All Evidence of or References to Warner-Lambert Company LLC's Guilty Plea or any Related Government Investigations or Agreements | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine To Exclude All Evidence of or References To Conduct Unrelated to Neurontin | 0.25 |
| 1/22/2010 | Receipt and review of Memorandum in Opposition re Motion in Limine Defendants' Motion in Limine to Exclude The Testimony of Raymond S. Hartman, Motion in Limine Defendants' Motion in Limine to Exclude The Testimony of Meredith Rosenthal | 0.25 |
| 1/24/2010 | Receipt and review of Defendants' Motion for Leave to File Reply Brief in Support of Motion for Continued Deposition of Nicholas Wieder and Additional Relief | 0.25 |
| 1/25/2010 | Receipt and review of Memorandum in Opposition re Emergency Motion to Compel Deposition of Carol Janney | 0.25 |
| 1/25/2010 | Receipt and review of various minute entries | 0.25 |
| 1/25/2010 | Receipt and review of Defendants' Motion for Leave to Supplement the Record in Support of Defendants' Emergency Motion for Continued Deposition of Nicholas Wieder and Additional Relief | 0.25 |

4

| | | |
|---|---|---|
| 1/26/2010 | Receipt and review of Memorandum in Opposition to Defendants' Motion for Leave to Supplement the Record in Support of Defendants' Emergency Motion for Continued Deposition of Nicholas Wieder and Additional Relief | 0.25 |
| 1/26/2010 | Receipt and review of Opposition re Motion in Limine To Exclude Testimony of Dr. Michael McLean | 0.25 |
| 1/26/2010 | Receipt and review of Motion for Leave to File Reply Brief in Further Support of Defendants' Motion in Limine to Exclude All Evidence of or References to Conduct Unrelated to Neurontin | 0.25 |
| 1/26/2010 | Receipt and review of Opposition re [2383] MOTION in Limine to Exclude Testimony of Dr. Gary Brenner | 0.25 |
| 1/26/2010 | Receipt and review of Opposition re [2379] MOTION in Limine to Exclude Testimony of Dr. Alan Rapoport | 0.25 |
| 1/26/2010 | Receipt and review of Opposition re [2379] MOTION in Limine to Exclude Testimony of Dr. Shawn Bird | 0.25 |
| 1/26/2010 | Receipt and review of Opposition re MOTION in Limine to Exclude Testimony of Dr. Andrew Slaby | 0.25 |
| 1/27/2010 | Receipt and review of Defendants' Motion for Leave to File Reply Brief in Support of Defendants' Motion in Limine to Exclude the Testimony of Kay Dickersin, Ph.D. Opposition re Motion for Leave to File - Defendants' Motion for Leave to File Reply Brief in Support of Defendants' Motion in limine to Exclude the Testimony of Kay Dickersin, Ph.D., re Motion for Leave to File Reply Brief in Further Support of Defendants' Motion in Limine to Exclude All Evidence of or References to Conduct Unrelated to Neurontin - Plaintiffs' Opposition To Defendants' Motion For Leave To File Reply Briefs In Further Support Of Defendants' Motion In Limine | 0.25 |
| 1/27/2010 | Receipt and review of Defendants' Motion For Leave To File Reply Brief In Support Of Defendants' Motions In Limine To Exclude The Testimony Of Meredith Rosenthal And Raymond S. Hartman | 0.25 |
| 1/29/2010 | Receipt and review of Kaiser's Motion to Seal | 0.25 |
| 1/29/2010 | Receipt and review of Reply Memorandum re Emergency Motion for Continued Deposition of Nicholas Wieder and Additional Relief | 0.25 |
| 2/1/2010 | Email from Ilyas Rona re assignments for Objections to Pfizer counter designations | 0.25 |
| 2/1/2010 | Receipt and review of minute entries | 0.25 |
| 2/9/2010 | Receipt and review of Motion for Leave to File Kaiser's Motion for Leave to File Response to Defendants' Objection to Magistrate Judge's Order Denying Motion for Continued Deposition of Dr. Nicholas Wieder and Additional Relief | 0.25 |
| 2/10/2010 | Receipt and review Kaiser trial witness schedule | 0.25 |
| 2/10/2010 | Emails from/to Tom Greene re trial witness schedule and Dr. Kessler | 0.25 |
| 2/10/2010 | Call with Doug Plymale re Dr. Kessler | 0.25 |

5

| Date | Description | Hours |
|---|---|---|
| 2/12/2010 | Receipt and review of Order entered. Memorandum And Order, denying without prejudice Motion in Limine to Exclude Testimony of Dr. Gary Brenner filed by Kaiser Foundation Health Plan, Kaiser Foundation Hospitals, Motion in Limine To Exclude Testimony of Dr. Michael McLean filed by Kaiser Foundation Health Plan, Kaiser Foundation Hospitals, Motion in Limine to Exclude Testimony of Dr. Andrew Slaby filed by Kaiser Foundation Health Plan, Kaiser Foundation Hospitals, Motion in Limine to Exclude Testimony of Dr. Alan Rapoport filed by Kaiser Foundation Health Plan, Kaiser Foundation Hospitals, Motion in Limine to Exclude Testimony of Dr. Shawn Bird | 0.25 |
| 2/14/2010 | Receipt and review of Opposition re Motion for Leave to File Kaiser's Motion for Leave to File Response to Defendants' Objection to Magistrate Judge's Order Denying Motion for Continued Deposition of Dr. Nicholas Wieder and Additional Relief | 0.25 |
| 2/15/2010 | Meeting with Doug Plymale re Dr. Kessler and trial scheduling | 0.50 |
| 2/15/2010 | Receipt and review emails to/from Tom Greene re Dr. Kessler | 0.50 |
| 2/15/2010 | Receipt and review of Proposed Jury Instructions by Kaiser Foundation Health Plan | 0.25 |
| 2/15/2010 | Receipt and review of Proposed Voir Dire by Kaiser Foundation Health Plan | 0.25 |
| 2/15/2010 | Receipt and review of Proposed Jury Questions by Kaiser Foundation Health Plan | 0.25 |
| 2/15/2010 | Receipt and review of Pretrial Memorandum by Kaiser Foundation Health Plan, Kaiser Foundation Hospitals, Warner-Lambert Company LLC, Pfizer, Inc.. | 0.75 |
| 2/15/2010 | Receipt and review of Proposed Jury Questions by Warner-Lambert Company LLC | 0.25 |
| 2/15/2010 | Receipt and review of Trial Brief by Warner-Lambert Company LLC | 0.50 |
| 2/15/2010 | Receipt and review of Trial Brief by Kaiser Foundation Health Plan | 0.50 |
| 2/16/2010 | Receipt and review of Statement of facts Established by Pleadings or By Stipulations or Admissions of Counsel | 0.50 |
| 2/18/2010 | Receipt and review of Memorandum And Order, denying Motion in Limine Defendants' Motion in Limine to Exclude The Testimony of Meredith Rosenthal | 0.25 |
| 2/18/2010 | Receipt and review of Letter from Thomas M. Sobol to Judge Saris | 0.25 |
| 2/18/2010 | Receipt and review of Objection by Warner-Lambert Company LLC, Pfizer, Inc. To Plaintiffs' Attempt To Raise Matters By Letter To The Court | 0.25 |
| 2/18/2010 | Receipt and review of Minute Order re Abramson MIL | 0.25 |
| 2/18/2010 | Receipt and review of Emergency Motion To Preclude Plaintiffs' Proffered Expert David A. Kessler From Testifying About Documents Not Identified In His Expert Report | 0.50 |
| 2/18/2010 | Receipt and review of emails from Kristen Parker and Tom Sobol re Kessler emergency motion | 0.25 |

| | | |
|---|---|---|
| 2/19/2010 | Receipt and review of Minute Entry re Letter | 0.25 |
| 2/19/2010 | Receipt and review of Order entered denying Defendants' Motion in Limine to Preclude Plaintiffs from Presenting the Live Testimony of Permanente Physicians Unless and Until Plaintiffs Make Permanente Physicians Available to Defendants for Live Testimony | 0.25 |
| 2/19/2010 | Receipt and review of Order entered denying without prejudice Defendants' Motion in Limine to Exclude The Testimony of Raymond S. Hartman | 0.25 |
| 2/19/2010 | Receipt and review of email and memo from Ilyas Rona re Kessler emergency motion documents | 0.50 |
| 2/19/2010 | Receipt and review of Order re Dr. Kessler emergency motion | 0.25 |
| 2/19/2010 | Receipt and review of Response by Kaiser Foundation Health Plan, Kaiser Foundation Hospitals to Objection | 0.25 |
| 2/19/2010 | Receipt and review of Reply to Response to Motion to Seal Document - Pretrial Memorandum, filed by Kaiser Foundation Health Plan | 0.25 |
| 2/19/2010 | Receipt and review emails to/from Tom Greene re Dr. Kessler | 0.50 |
| 2/19/2010 | Conference call with Tom Greene, Palko Goldman, & Doug Plymale re Dr. Kessler | 0.50 |
| 2/20/2010 | Conference call with Dr. Kessler, Palko Goldman, Tom Greene, & Doug Plymale | 1.25 |
| 2/21/2010 | Travel –MSY-BOS for trial | 5.00 |
| 2/23/2010 | Travel – BOS – MSY from trial | 7.00 |
| 2/22/2010 | Receipt and review of Motion in Limine To Exclude Testimony Of David Franklin And Evidence Of The Franklin Litigation And Other Claims Or Actions Involving Neurontin and Memorandum in Support | 0.25 |
| 2/22/2010 | Receipt and review of Motion in Limine To Exclude All Evidence Of Or References To Conduct Unrelated To Neurontin and Memorandum in Support | 0.25 |
| 2/22/2010 | Prepare for and attend trial | 9.0 |
| 2/23/2010 | Prepare for and attend trial | 9.0 |
| 2/25/2010 | Receipt and review of Motion and Memorandum to Strike The Testimony Of John Abramson | 0.25 |
| 3/1/2010 | Receipt and review of Emergency Motion/Memo to Quash Trial Subpoena Directed to Dennis Helling | 0.25 |
| 3/2/2010 | Receipt and review of Motion/Memo To Exclude The Testimony Of Dr. Curt Furberg | 0.25 |
| 3/3/2010 | Receipt and review of Order re Emergency Motion/Memo to Quash Trial Subpoena Directed to Dennis Helling | 0.25 |
| 3/4/2010 | Receipt and review of Objection by Warner-Lambert Company LLC, Pfizer, Inc. To Plaintiffs' Proffer Of "Free Standing" Exhibits. | 0.25 |
| 3/4/2010 | Receipt and review of Order denying Motion To Exclude The Testimony Of Dr. Curt Furberg | 0.25 |

| | | |
|---|---|---|
| 3/5/2010 | Receipt and review of Objection by Warner-Lambert Company LLC, Pfizer, Inc. To Rosenthal And Hartman Exhibits. | 0.25 |
| 3/5/2010 | Receipt and review of Kaiser's Opposition to Defendants' Motion to Strike the Testimony of Dr. Abramson | 0.25 |
| 3/7/2010 | Receipt and review of Motion/Memo Kaiser's Motion for the Admission of Summary Evidence Under Federal Rules of Evidence 1006 and 611(a) | 0.25 |
| 3/8/2010 | Receipt and review of Amended Motion/Memo Kaiser's Motion for the Admission of Summary Evidence Under Federal Rules of Evidence 1006 and 611(a) | 0.25 |
| 3/8/2010 | Receipt and review of Memorandum in Opposition re Kaiser's Motion for the Admission of Summary Evidence Under Federal Rules of Evidence 1006 and 611(a) | 0.25 |
| 3/10/2010 | Receipt and review of Motion to Amend Exhibit List by Kaiser Foundation Health Plan | 0.25 |
| 3/10/2010 | Receipt and review of Brief re Kaiser's RICO Evidence | 0.50 |
| 3/11/2010 | Receipt and review of Kaiser's Second Amended Motion/Memo for the Admission of Summary Evidence Under Federal Rules of Evidence 1006 and 611(a) | 0.25 |
| 3/12/2010 | Receipt and review of Memorandum in Opposition to Kaiser's Second Amended Motion/Memo for the Admission of Summary Evidence Under Federal Rules of Evidence 1006 and 611(a) | 0.25 |
| 3/12/2010 | Receipt and review of Brief Kaiser's RICO Evidence (Amended) | 0.50 |
| 3/14/2010 | Receipt and review of Objection by Warner-Lambert Company LLC, Pfizer, Inc. To Pre-Merger Statements Made By Pfizer Employees | 0.25 |
| 3/14/2010 | Receipt and review of Emergency Motion/Memo for Reconsideration Of Limitation On The Testimony Of Dr. Anthony J. Rothschild | 0.25 |
| 3/14/2010 | Receipt and review of Motion To Admit Wohlberg Document by Kaiser | 0.25 |
| 3/15/2010 | Receipt and review of Opposition re Emergency Motion for Reconsideration Of Limitation On The Testimony Of Dr. Anthony J. Rothschild | 0.25 |
| 3/15/2010 | Receipt and review of Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence To Prove Conduct Of A RICO Enterprise Through A Pattern Of Racketeering Activity | 0.50 |
| 3/15/2010 | Receipt and review of Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence Of Injury Or Causation | 0.50 |
| 3/15/2010 | Receipt and review of Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence To Prove Damages | 0.50 |
| 3/15/2010 | Receipt and review of Motion/Memo for Judgment as a Matter of Law Based Upon RICO Statute of Limitation | 0.25 |
| 3/15/2010 | Receipt and review of Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence To Support State Law Claims | 0.50 |
| 3/15/2010 | Receipt and review of Order entered granting Motion in Limine to Strike Non-Rebuttal Testimony of Dr. Rothschild | 0.25 |

| | | |
|---|---|---|
| 3/18/2010 | Receipt and review of Memorandum in Opposition to Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence Of Injury Or Causation | 0.50 |
| 3/18/2010 | Receipt and review of Memorandum in Opposition to Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence To Prove Damages | 0.50 |
| 3/18/2010 | Receipt and review of Memorandum in Opposition to Motion/Memo for Judgment as a Matter of Law Based Upon RICO Statute of Limitation | 0.25 |
| 3/18/2010 | Receipt and review of Memorandum in Opposition to Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence To Support State Law Claims | 0.50 |
| 3/18/2010 | Receipt and review of Memorandum in Opposition to Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence To Prove Conduct Of A RICO Enterprise Through A Pattern Of Racketeering Activity | 0.50 |
| 3/18/2010 | Receipt and review of Emergency Motion To Preclude Defendants' Use of Atul Pande and Tamela Martin Depositions | 0.25 |
| 3/18/2010 | Receipt and review of Bench Memorandum Requesting Prejudgment Interest | 0.25 |
| 3/18/2010 | Receipt and review of Defendants' Bench Memorandum Regarding The Admission Into Evidence Of Certain Defense Exhibits | 0.25 |
| 3/18/2010 | Receipt and review of Defendants' Bench Memorandum Regarding The Admission Into Evidence Of Certain Exhibits Under FRE 106 | 0.25 |
| 3/18/2010 | Receipt and review of Defendants' Bench Memorandum Regarding The Admission Into Evidence Of Certain Defense Exhibits | 0.25 |
| 3/18/2010 | Receipt and review of Opposition to Emergency Motion To Preclude Defendants' Use of Atul Pande and Tamela Martin Depositions | 0.25 |
| 3/19/2010 | Receipt and review of Defendants' Offer Of Proof Regarding Testimony Of Independent Physicians Regarding Neurontin Use | 0.25 |
| 3/19/2010 | Receipt and review of Defendants' Comments On Court's Proposed Jury Instructions | 0.25 |
| 3/19/2010 | Receipt and review of Defendants' Comments On Court's Proposed Verdict Form | 0.25 |
| 3/19/2010 | Receipt and review of Motion/Memo For Jury Instruction Binding Kaiser To Its Litigation Positions | 0.25 |
| 3/19/2010 | Receipt and review of Proposed Jury Instructions by Kaiser Foundation Health Plan | 0.25 |
| 3/19/2010 | Receipt and review of Plaintiff Kaiser's Bench Memorandum in Opposition to the Admission into Evidence of Certain Defense Exhibits Produced by the Kaiser Plaintiffs | 0.25 |
| 3/19/2010 | Receipt and review of Motion/Memo Curative Instruction by Kaiser Foundation Health Plan | 0.25 |

| | | |
|---|---|---|
| 3/19/2010 | Receipt and review of Proposed Jury Instructions by Kaiser Foundation Health Plan | 0.25 |
| 3/19/2010 | Receipt and review of Proposed Jury Instructions (Supplemental) | 0.25 |
| 3/22/2010 | Receipt and review of Bench Memorandum Clarifying the Relationship Between the Kaiser Plaintiffs | 0.25 |
| 3/22/2010 | Receipt and review of Memorandum in Opposition to Motion/Memo Curative Instruction | 0.25 |
| 3/22/2010 | Receipt and review of Response to Bench Memorandum Requesting Prejudgment Interest | 0.25 |
| 3/22/2010 | Receipt and review of Indication-Specific Suppression Memorandum | 0.25 |
| 3/22/2010 | Receipt and review of Brief by Kaiser Foundation Health Plan, Kaiser Foundation Hospitals Regarding Non-Preemption of Kaiser's Claim Under the Unlawfulness Prong of California's Unfair Competition Law | 0.25 |
| 3/22/2010 | Receipt and review of Bench Memorandum in Opposition to the Provision to the Jury of Transcripts of the Trial Testimony | 0.25 |
| 3/23/2010 | Receipt and review of Bench Memorandum Regarding UCL Claims | 0.25 |
| 3/23/2010 | Receipt and review of Brief by Coordinated Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals | 0.25 |
| 3/23/2010 | Receipt and review of Supplemental Motion/Memo for Judgment as a Matter of Law Based Upon Lack Of Sufficient Evidence Of Injury, Causation Or Damages | 0.25 |
| 3/23/2010 | Receipt and review of Response by Pfizer, Inc., Warner-Lambert Company LLC To Plaintiffs' Bench Memorandum Clarifying Relationship Between The Kaiser Plaintiffs And Memorandum Regarding American Pipe Tolling | 0.25 |
| 3/23/2010 | Receipt and review of Memorandum In Response by Pfizer, Inc., Warner-Lambert Company LLC To Plaintiffs' Opposition To Providing The Jury With The Trial Testimony | 0.25 |
| 3/23/2010 | Receipt and review of Kaiser's Motion/Memo for Inclusion of Additional Language to Proposed Jury Instruction No. 16 | 0.25 |
| 3/23/2010 | Receipt and review of Court's Exhibit List for Jury Trial held from 2/22/10 through 3/25/10 | 0.25 |
| 3/24/2010 | Receipt and review of Motion/Memo for Curative Instruction | 0.25 |
| 3/25/2010 | Receipt and review of Notice of Jury Verdict | 0.25 |
| 3/25/2010 | Receipt and review of Court's Witness List for Jury Trial held from 2/22/10 through 3/25/10 | 0.25 |
| 3/26/2010 | Receipt and review of Note from the Jury, received at 9:44 AM. | 0.25 |
| 3/26/2010 | Receipt and review of Note from the Jury, received at 1:00 PM. | 0.25 |
| 3/26/2010 | Receipt and review of  Jury Verdict | 0.25 |
| 3/29/2010 | Receipt and review of Procedure Order re CA Unfair Competition Law | 0.25 |
| **Total** | | **88.00** |

# The Dugan Law Firm
### A Professional Law Corporation

Please Reply to:

☑ New Orleans Office
☐ Houma Office

Douglas R. Plymale, Ph.D.
Attorney at Law

dplymale@dugan-lawfirm.com

August 4, 2008

**Via Federal Express**

David A. Kessler, MD
2715 Steiner Street
San Francisco, CA 94123

      Re:    In re Neurontin Sales and Marketing Litigation - MDL #1629

Dear Dr. Kessler,

    Please find enclosed my firm's check #5248 in the amount of $37,750.00 in full payment of your August 1, 2008 invoice for expert witness services. I will be in touch regarding the next steps in the case.

    With kind regards, I am

                            Very truly yours,

                            Douglas R. Plymale, Ph.D.

Enclosure

cc:    Tom Greene, Esq. (via email)
        Don Barrett, Esq. (via email)

**EXHIBIT B**

New Orleans Office
650 Poydras St., Suite 2150, New Orleans LA 70130
ph (504) 648-0180 | fx (504) 648-0181 | toll free 1-866-328-7670

Houma Office
1181 West Tunnel Blvd., Suite A, Houma, LA 70360
ph (985) 580-4573 | fx (985) 873-9534 | toll free 1-866-328-7670

www.Dugan-Lawfirm.com

```
                                                                              5248
THE DUGAN LAW FIRM
A PROFESSIONAL LAW CORPORATION        JPMORGAN CHASE BANK, N.A.    8/4/08
      OPERATING ACCOUNT               BATON ROUGE, LOUISIANA 70801
     650 POYDRAS, SUITE 2150                   84-13-654
     NEW ORLEANS, LA 70130
```

PAY TO THE ORDER OF David A. Kessler, M.D.          $ 37,750.00

Ninety-seven thousand seven hundred + fifty                          DOLLARS

MEMO Expert witness services
In re: Neurontin Litigation MDC #1629

⑇005248⑇ ⑇065400137⑇     686153180⑇

INVOICE

February 8, 2009

The Dugan Law Firm
Douglas R. Plymale
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Please remit to:

Dr. David A. Kessler
2715 Steiner Street
San Francsico, CA 94123

The amount of...................................................................................$5,000.00

Re: Neurontin case, deposition by Davis Polk & Wardwell, 11:45 am – 4:45 pm, 1/20/09
5 hours @ $1,000 per hour

Thank you.

*Paid Ch # 5053 4/6/09*

5053

**THE DUGAN LAW FIRM**
A PROFESSIONAL LAW CORPORATION
OPERATING ACCOUNT
650 POYDRAS, SUITE 2150
NEW ORLEANS, LA 70130

JPMORGAN CHASE BANK, N.A.
BATON ROUGE, LOUISIANA 70801
84-13-654

4/6/09

PAY TO THE ORDER OF  Mr. David Kessler      $ 5,000.00

Five thousand ———————————————————— DOLLARS

MEMO  Neurontin Litigation
2/8/09 deposition fee

⑈005053⑈ ⑆065400137⑆ 686153180⑈

THE DUGAN LAW FIRM
A PROFESSIONAL LAW CORPORATION / OPERATING ACCOUNT
5053

THE DUGAN LAW FIRM
A PROFESSIONAL LAW CORPORATION / OPERATING ACCOUNT
5053

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com