# EXHIBIT AA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## REPLY DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS

I, Elizabeth J. Cabraser, declare:

1.      I am a partner of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB").  Since November 2009, LCHB has been of counsel to Kaiser Foundation Health Plans and Kaiser Foundation Hospitals (hereinafter "Kaiser") and was previously appointed to serve on the Class Plaintiffs' Steering Committee in these MDL Proceedings.  Except as specifically noted, I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2.      I submit this Reply Declaration in further support of Kaiser's motion for attorneys' fees and reimbursement of costs.

3.      In connection with Kaiser's motion for attorneys' fees, I submitted a declaration that described the work that LCHB performed for Kaiser in connection with this matter, explained the basis for the hourly rates shown for LCHB personnel who have worked on this matter and the unreimbursed costs that LCHB has expended in connection with its

representation of Kaiser.  *See* Exh. N to Declaration of Linda Nussbaum, filed on September 13, 2013 ("Cabraser Decl.").  I also attached, as Exhibits A-E to my declaration, summary and itemized reports that documented the specific tasks that LCHB personnel performed and the specific expenses my firm incurred.

4.      In its opposition to Kaiser's motion for attorneys' fees, Pfizer referenced a number of the entries included in the reports that I attached to my declaration.  The majority of the entries to which Pfizer objected involve issues that are common to all of Kaiser's counsel (such as work on Kaiser's claim for violation of California's Unfair Competition Law).  Upon review of entries that are specific to LCHB, I have directed that two time entries that relate to LCHB's service on the Class Plaintiffs' Steering Committee and that were inadvertently allocated to the Kaiser case be removed, and also removed three entries that are insufficiently detailed.

5.      Upon review of the remainder of Pfizer's LCHB-specific objections, I do not believe any other revisions are necessary.  For example, Pfizer objects to several dozen entries of "Check login and database" by our litigation support personnel.  *See* Exh. K to Cheffo Decl.  As I explained in my declaration, LCHB hosted and maintained the document repository in this case, which allowed Kaiser and its counsel to save money on outside vendors.  Litigation support personnel daily checked that this database was functional so that all of Kaiser's counsel could access documents and deposition transcripts before, during, and immediately after trial.

6.      Pfizer also objected that another LCHB entry lacked a narrative description.  *See* Exh. K to Cheffo Decl (referencing 2/23/10 billing line).  This is inaccurate. *See* Exh. C to Cabraser Decl.

7.      With the five entries described in Paragraph 4 removed, through the filing of the fee application, LCHB's lodestar, using current rates, is $522,900, and using historical

- 2 -

rates, it is $473,580.  Summary reports showing these amounts are attached as Exhibits A and B, and a revised itemized report, showing, by date, the amount of time spent and specific tasks performed by each attorney and paralegal of my firm who worked on this litigation is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 5th day of November, 2013, at Washington, D.C.


By:      */s/ Elizabeth J. Cabraser*_____
Elizabeth J. Cabraser

# EXHIBIT A

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on    10/31/2013 02:41:57 PM

| | From | Inception |
|---|---|---|
| | To | 9/9/2013 |

**Matter Number: 9082-0004**　　　**NEURONTIN - NEURONTIN - KAISER**

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ELIZABETH CABRASER | 4.60 | 925.00 | 4,255.00 |
| BARRY HIMMELSTEIN | 216.50 | 700.00 | 151,550.00 |
| DANIEL SELTZ | 450.80 | 530.00 | 238,924.00 |
| | **671.90** | | **394,729.00** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| SARAH LONDON | 11.00 | 395.00 | 4,345.00 |
| DANIEL SELTZ | 80.00 | 430.00 | 34,400.00 |
| | **91.00** | | **38,745.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| TODD CARNAM | 26.70 | 295.00 | 7,876.50 |
| FLORENCIA CUDOS | 7.00 | 295.00 | 2,065.00 |
| JOHN DIDDAY | 4.50 | 225.00 | 1,012.50 |
| JULIANA REMUSZKA | 53.30 | 285.00 | 15,190.50 |
| JENNIFER RUDNICK | 49.20 | 285.00 | 14,022.00 |
| KIRTI DUGAR | 16.00 | 400.00 | 6,400.00 |
| | **156.70** | | **46,566.50** |

### OTHER

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| SCOTT ALAMEDA | 76.90 | 260.00 | 19,994.00 |
| MAJOR MUGRAGE | 29.20 | 310.00 | 9,052.00 |
| RENEE MUKHERJI | 1.10 | 260.00 | 286.00 |
| ANTHONY GRANT | 11.00 | 310.00 | 3,410.00 |
| SAT KRIYA KHALSA | 35.50 | 285.00 | 10,117.50 |
| | **153.70** | | **42,859.50** |

| | MATTER TOTALS | **1,073.30** | | **522,900.00** |

# EXHIBIT B

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 10/31/2013 02:50:42 PM | | From | Inception |
| --- | --- | --- | --- | --- |
| | | | To | 9/9/2013 |

**Matter Number: 9082-0004**       **NEURONTIN - NEURONTIN - KAISER**

### PARTNER

| NAME | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| ELIZABETH CABRASER | 0.50 | 825.00 | 412.50 |
| ELIZABETH CABRASER | 3.40 | 850.00 | 2,890.00 |
| ELIZABETH CABRASER | 0.70 | 925.00 | 647.50 |
| BARRY HIMMELSTEIN | 46.80 | 650.00 | 30,420.00 |
| BARRY HIMMELSTEIN | 169.70 | 675.00 | 114,547.50 |
| DANIEL SELTZ | 351.70 | 455.00 | 160,023.50 |
| DANIEL SELTZ | 65.80 | 480.00 | 31,584.00 |
| DANIEL SELTZ | 33.30 | 530.00 | 17,649.00 |
| | **671.90** | | **358,174.00** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| SARAH LONDON | 11.00 | 300.00 | 3,300.00 |
| DANIEL SELTZ | 80.00 | 430.00 | 34,400.00 |
| | **91.00** | | **37,700.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| TODD CARNAM | 26.70 | 225.00 | 6,007.50 |
| FLORENCIA CUDOS | 7.00 | 250.00 | 1,750.00 |
| JOHN DIDDAY | 4.50 | 190.00 | 855.00 |
| JULIANA REMUSZKA | 53.30 | 235.00 | 12,525.50 |
| JENNIFER RUDNICK | 14.40 | 215.00 | 3,096.00 |
| JENNIFER RUDNICK | 34.80 | 235.00 | 8,178.00 |
| KIRTI DUGAR | 16.00 | 345.00 | 5,520.00 |
| | **156.70** | | **37,932.00** |

### OTHER

| NAME | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| SCOTT ALAMEDA | 2.80 | 250.00 | 700.00 |
| SCOTT ALAMEDA | 74.10 | 260.00 | 19,266.00 |
| MAJOR MUGRAGE | 7.00 | 250.00 | 1,750.00 |
| MAJOR MUGRAGE | 22.20 | 260.00 | 5,772.00 |
| RENEE MUKHERJI | 0.50 | 210.00 | 105.00 |

| | | | |
|---|---|---|---|
| RENEE MUKHERJI | 0.60 | 260.00 | 156.00 |
| ANTHONY GRANT | 11.00 | 260.00 | 2,860.00 |
| SAT KRIYA KHALSA | 6.50 | 250.00 | 1,625.00 |
| SAT KRIYA KHALSA | 29.00 | 260.00 | 7,540.00 |
| | **153.70** | | **39,774.00** |
| **MATTER TOTAL** | **1,073.30** | | **473,580.00** |

# EXHIBIT C

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| | | |
|---|---|---|
| **Report created on**   10/31/2013 02:40:46 PM | **From** | **Inception** |
| **Timekeeper: ALL** | **To** | **9/9/2013** |

## 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 11/2/2009 | SELTZ, DANIEL | Review defendants' response to trial plan. | 0.30 | |
| 11/12/2009 | CABRASER, ELIZABETH | Correspondence with B. Himmelstein; Review NEJM clinical research articles | 0.50 | |
| 11/12/2009 | HIMMELSTEIN, BARRY | Correspond with E. Cabraser. | 0.10 | |
| 11/12/2009 | HIMMELSTEIN, BARRY | Telephone conference with Mike Tabb, et al., re order and trial preparation. | 0.50 | |
| 11/12/2009 | HIMMELSTEIN, BARRY | Telephone conference with Palko Goldman, Tom Sobol, Linda Nussbaum, Ilyas Rona, Elana Katcher, Mark Sandmann and Gerry Lawrence re Kaiser trial. | 0.40 | |
| 11/12/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Green, Ilyas Rona, Palko Goldman and Mike Tabb re Judge Saris' order. | 0.20 | |
| 11/16/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re Judge Serono decision. | 0.60 | |
| 11/16/2009 | SELTZ, DANIEL | Research re RICO jury instructions. | 1.00 | |
| 11/17/2009 | HIMMELSTEIN, BARRY | Telephone conferences with Tom Greene re trial preparation, trial witnesses and Kaiser trial; draft memoranda re same, jury instructions; legal research re 17200 claim; emails re same. | 3.50 | |
| 11/17/2009 | SELTZ, DANIEL | Research RICO jury instructions. | 4.50 | |
| 11/18/2009 | SELTZ, DANIEL | Research re jury instructions. | 1.50 | |
| 11/19/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene and Mike Tabb re Cal. Gov. Code 17200 damages and jury trial rights. | 0.30 | |
| 11/19/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene and Mike Tabb re RICO and California statute for Kaiser's claims, and deposition transcripts. | 0.30 | |
| 11/19/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re RICO proof. | 0.30 | |
| 11/19/2009 | SELTZ, DANIEL | Research for trial plan. | 2.00 | |
| 11/20/2009 | SELTZ, DANIEL | Deposition review for witness lists. | 6.10 | |
| 11/22/2009 | SELTZ, DANIEL | Deposition review for trial witness list. | 7.50 | |
| 11/23/2009 | SELTZ, DANIEL | Finish deposition review for witness list. | 1.50 | |
| 11/24/2009 | ALAMEDA, SCOTT | Go to Staples to purchase hard drive; begin duplication backup hard drive of Neurontin database. | 1.00 | |
| 11/24/2009 | HIMMELSTEIN, BARRY | Telephone conference with Palko Goldman, Tom Greene, Ilyas Rona re database access and trial exhibits. | 0.40 | |
| 11/24/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene, Ilyas Rona and Palko Goldman re request for admissions re authenticity of exhibits and business records. | 0.40 | |
| 11/24/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re motion to exclude physicians not identified on expert list, and request for admission re authenticity and business records. | 0.80 | |
| 11/24/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re motion to exclude physician witnesses relying on "clinical experience" identified for the first time in defendants' trial witness list. | 0.50 | |
| 11/25/2009 | ALAMEDA, SCOTT | Finish working on backing up hard drive of Neurontin databases for Tom Sobol. | 1.40 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| | | | |
|---|---|---|---|
| **Report created on**   10/31/2013 02:40:46 PM | | **From** | **Inception** |
| **Timekeeper:** ALL | | **To** | **9/9/2013** |

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 11/30/2009 | CUDOS, FLORENCIA | Confer with D. Seltz and J. Didday about work done previously in this case and exhibits included in statement of fact. | 0.40 | |
| 11/30/2009 | DIDDAY, JOHN | Speak with D. Seltz and answer his questions about Neurontin statement of facts highlighting project. | 0.50 | |
| 11/30/2009 | HIMMELSTEIN, BARRY | Telephone conference with D. Seltz re requests for admission; telephone conferences with Ilyas Rona, Tom Greene re opposition to motion to compel names of Kaiser physicians and insureds, trial strategy; telephone conferences with Tom Greene re same; telephone conference with Elana Katcher re Kaiser production; work on opposition to motion to compel. | 3.50 | |
| 11/30/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re meeting on 12/3/09 and tasks to be undertaken by LCHB. | 0.50 | |
| 11/30/2009 | SELTZ, DANIEL | Draft requests for admissions. | 3.50 | |
| 12/1/2009 | CUDOS, FLORENCIA | Read and respond correspondence and confer with D. Seltz and J. Didday about exhibits produced with statement of fact. Review exhibits and draft correspondence about the same. | 5.00 | |
| 12/1/2009 | DIDDAY, JOHN | Work with F. Cudos on project under D. Seltz direction to prepare to file request for admission. | 4.00 | |
| 12/1/2009 | SELTZ, DANIEL | Draft requests for admissions. | 4.20 | |
| 12/2/2009 | CUDOS, FLORENCIA | Review exhibits and draft correspondence about the same. | 1.60 | |
| 12/2/2009 | SELTZ, DANIEL | Prepare requests for admissions and authenticity and business records. | 3.00 | |
| 12/3/2009 | HIMMELSTEIN, BARRY | Conference calls with trial team, defendants, Kaiser re trial preparation. | 7.80 | |
| 12/3/2009 | KHALSA, SAT KRIYA | Meeting regarding setting up the document repository. | 1.10 | |
| 12/3/2009 | MUGRAGE, MAJOR | Prepare equipment and plans for reinstallation of document database. | 1.50 | |
| 12/3/2009 | SELTZ, DANIEL | Revise requests for admissions re authenticity and business records. | 0.30 | |
| 12/4/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re deposition designations. | 0.30 | |
| 12/4/2009 | KHALSA, SAT KRIYA | Meeting regarding setting up the repository again for upcoming trial. | 0.80 | |
| 12/4/2009 | RUDNICK, JENNIFER | Edit exhibit list. Compare to previous list and remove duplicates. | 1.70 | |
| 12/4/2009 | SELTZ, DANIEL | Emails re requests for admissions. | 2.00 | |
| 12/7/2009 | ALAMEDA, SCOTT | Load documents onto server per T. Silva. | 0.40 | |
| 12/7/2009 | SELTZ, DANIEL | Research for remand and discovery motion. | 5.00 | |
| 12/8/2009 | SELTZ, DANIEL | Research - discovery motion. | 4.00 | |
| 12/9/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re memo in opposition to Pfizer's motion to compel physician names. | 0.40 | |
| 12/9/2009 | KHALSA, SAT KRIYA | Print and build binder of selected deposition transcripts. | 1.20 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 10/31/2013 02:40:46 PM | From | Inception |
|---|---|---|---|
| Timekeeper: ALL | | To | 9/9/2013 |

## 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 12/10/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene, Tom Sobol and Linda Nussbaum re various tasks for Kaiser trial. | 0.70 | |
| 12/10/2009 | KHALSA, SAT KRIYA | Test out new repository system and fix the kinks. | 2.60 | |
| 12/10/2009 | MUGRAGE, MAJOR | Install database servers at off-site document repository. | 5.00 | |
| 12/10/2009 | SELTZ, DANIEL | Draft requests for admissions. | 0.20 | |
| 12/11/2009 | HIMMELSTEIN, BARRY | Telephone conference with Ilyas Rona re whether Pfizer can disclose experts who did not serve a report. | 0.50 | |
| 12/11/2009 | KHALSA, SAT KRIYA | Respond to email about rebuilding the repository. | 0.80 | |
| 12/11/2009 | SELTZ, DANIEL | Review depositions for trial designations. | 1.50 | |
| 12/13/2009 | SELTZ, DANIEL | Deposition designations. | 2.00 | |
| 12/15/2009 | HIMMELSTEIN, BARRY | Draft opposition to motion to compel Kaiser witness depositions; emails re miscellaneous depositions and trial preparation issues. | 13.00 | |
| 12/15/2009 | SELTZ, DANIEL | Deposition designations. | 2.00 | |
| 12/16/2009 | SELTZ, DANIEL | Deposition designations. | 5.20 | |
| 12/17/2009 | SELTZ, DANIEL | Deposition designations; research for remand opposition. | 6.50 | |
| 12/18/2009 | HIMMELSTEIN, BARRY | Telephone conference with Ilyas Rona, Tom Sobol and Linda Nussbaum re planned motions in limine and Daubert motions. | 1.30 | |
| 12/18/2009 | SELTZ, DANIEL | Research for remand motion. | 6.00 | |
| 12/19/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re motions in limine and exclusion of physician expert opinion of effectiveness based on patient experience. | 0.50 | |
| 12/21/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene and Ilyas Rona re designation of trial exhibits and moving for requests for admission. | 0.70 | |
| 12/21/2009 | SELTZ, DANIEL | Deposition designations. | 3.20 | |
| 12/22/2009 | HIMMELSTEIN, BARRY | Conference with D. Seltz re requests for admissions. | 0.30 | |
| 12/22/2009 | HIMMELSTEIN, BARRY | Review Tom Greene's memo re tasks for trial, damages. | 0.10 | |
| 12/22/2009 | MUGRAGE, MAJOR | Reconcile costs for off-site data repository. | 0.50 | |
| 12/22/2009 | RUDNICK, JENNIFER | Create and exhibit list. Revise same to ensure that there are no duplicate entries. | 2.00 | |
| 12/22/2009 | SELTZ, DANIEL | Deposition designations; talk to B. Himmelstein re requests for admissions. | 3.00 | |
| 12/23/2009 | RUDNICK, JENNIFER | Create and exhibit list. Revise same to ensure that there are no duplicate entries. | 5.60 | |
| 12/23/2009 | SELTZ, DANIEL | Deposition designations. | 4.00 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on   10/31/2013 02:40:46 PM

Timekeeper: ALL

From

To

Inception

9/9/2013

## 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|------|-----------|-----------|-------|-----------|
| 12/24/2009 | RUDNICK, JENNIFER | Create and exhibit list. Revise same to ensure that there are no duplicate entries. | 3.40 | |
| 12/28/2009 | HIMMELSTEIN, BARRY | Work on exhibit list, motions in limine, emails; telephone conference with Tom Greene re same. | 7.50 | |
| 12/28/2009 | RUDNICK, JENNIFER | Revise exhibit list. | 1.70 | |
| 12/30/2009 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene, Tom Sobol, Linda Nussbaum, Elana Katcher and Palko Goldman re motions in limine. | 1.40 | |
| 1/2/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re motions in limine. | 0.50 | |
| 1/3/2010 | SELTZ, DANIEL | Deposition designations - add summaries. | 4.30 | |
| 1/4/2010 | HIMMELSTEIN, BARRY | Work on motions in limine; telephone conferences and emails with Tom Greene, Tom Sobol, Ilyas Rona re motions in limine. | 12.40 | |
| 1/4/2010 | SELTZ, DANIEL | Research for motions in limine. | 3.40 | |
| 1/5/2010 | SELTZ, DANIEL | Research for in limines motions. | 1.00 | |
| 1/6/2010 | SELTZ, DANIEL | Research for in limine motion. | 1.30 | |
| 1/7/2010 | HIMMELSTEIN, BARRY | Telephone conference with Palko Goldman re Daubert motions. | 0.70 | |
| 1/7/2010 | SELTZ, DANIEL | Research for motions in limine. | 3.30 | |
| 1/8/2010 | SELTZ, DANIEL | Research for in limine motions. | 11.00 | |
| 1/10/2010 | HIMMELSTEIN, BARRY | Emails re emergency motion; review same, motions in limine. | 1.50 | |
| 1/10/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re Judge Saris' order and proving causation through Kaiser witnesses. | 1.00 | |
| 1/11/2010 | HIMMELSTEIN, BARRY | Draft opposition to emergency motion to strike motions in limine; research re same; emails, conference call re same; draft memorandum re motion for summary judgment ruling. | 11.00 | |
| 1/11/2010 | RUDNICK, JENNIFER | Print motions in limine pleadings, create index, and assemble all of same in a binder. Send to Services for copying. | 3.10 | |
| 1/11/2010 | SELTZ, DANIEL | Respond to motion to strike; telephone conference with co-counsel re same; George Cavic deposition designations. | 3.60 | |
| 1/12/2010 | ALAMEDA, SCOTT | Search database and server for requested documents per D. Seltz; organize documents and send to New York. | 0.60 | |
| 1/12/2010 | RUDNICK, JENNIFER | Print documents from PACER and send to D. Seltz. | 0.50 | |
| 1/12/2010 | SELTZ, DANIEL | Complete George Cavic designations; begin responses to two motions in limine. | 4.10 | |
| 1/13/2010 | SELTZ, DANIEL | Prepare responses to motions in limine. | 0.70 | |
| 1/14/2010 | ALAMEDA, SCOTT | Check login and database. | 0.30 | |
| 1/14/2010 | ALAMEDA, SCOTT | Create new user accounts and passwords for off-site repository. | 0.60 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| | | |
|---|---|---|
| Report created on   10/31/2013 02:40:46 PM | From | Inception |
| Timekeeper: ALL | To | 9/9/2013 |

### 9082-0004 NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 1/14/2010 | CARNAM, TODD | Familiarize myself with upcoming exhibit list project. | 0.30 | |
| 1/14/2010 | KHALSA, SAT KRIYA | Add new users to the Concordance repository and provide a quick training on accessing and using the database. | 0.70 | |
| 1/14/2010 | RUDNICK, JENNIFER | Discuss coding project with D. Seltz. Email Litigation Support re access to Concordance database. Meeting with S. Khalsa re Concordance basics. | 1.00 | |
| 1/14/2010 | SELTZ, DANIEL | Responses to motions in limine. | 6.50 | |
| 1/14/2010 | SELTZ, DANIEL | Set up exhibit list. | 1.30 | |
| 1/15/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 1/15/2010 | CARNAM, TODD | Work on exhibit spreadsheet. | 8.70 | |
| 1/15/2010 | KHALSA, SAT KRIYA | Troubleshoot issues with the database. Work with users and technical support to resolve the problem. | 1.90 | |
| 1/15/2010 | LONDON, SARAH | Call with D. Seltz re research project for Neurontin. | 0.20 | |
| 1/15/2010 | LONDON, SARAH | Research on Daubert and propriety of experts opining on intent; draft memo to B. Himmelstein. | 2.70 | |
| 1/15/2010 | REMUSZKA, JULIANA | Prepare exhibits list. | 8.30 | |
| 1/15/2010 | SELTZ, DANIEL | Daubert briefing; exhibit list. | 5.70 | |
| 1/16/2010 | CARNAM, TODD | Work on exhibit spreadsheet. | 8.00 | |
| 1/17/2010 | CARNAM, TODD | Work on exhibit spreadsheet. | 3.00 | |
| 1/17/2010 | REMUSZKA, JULIANA | Prepare exhibits list. | 4.00 | |
| 1/17/2010 | SELTZ, DANIEL | Draft Daubert responses. | 6.50 | |
| 1/18/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re various motions in limine motions. | 0.80 | |
| 1/18/2010 | REMUSZKA, JULIANA | Prepare exhibits list. | 3.50 | |
| 1/18/2010 | SELTZ, DANIEL | Conference call with John Abramson; continue Daubert responses. | 10.00 | |
| 1/19/2010 | ALAMEDA, SCOTT | Check login and database. | 0.20 | |
| 1/19/2010 | CARNAM, TODD | Finish work on exhibit spreadsheet. | 2.00 | |
| 1/19/2010 | LONDON, SARAH | Memo to B. Himmelstein re expert witnesses and intent. | 5.80 | |
| 1/19/2010 | REMUSZKA, JULIANA | Prepare exhibit list. | 3.50 | |
| 1/19/2010 | SELTZ, DANIEL | Motions in limine responses, exhibit list finalizing. | 6.80 | |
| 1/20/2010 | ALAMEDA, SCOTT | Check login and database. | 0.20 | |
| 1/20/2010 | LONDON, SARAH | Memo to B. Himmelstein re expert witnesses and intent. | 2.30 | |

| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|

| Report created on | 10/31/2013 02:40:46 PM | From | Inception |
|---|---|---|---|
| Timekeeper: ALL | | To | 9/9/2013 |

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 1/20/2010 | SELTZ, DANIEL | Draft responses to motions in limine. | 6.00 | |
| 1/21/2010 | ALAMEDA, SCOTT | Check login and database. | 0.20 | |
| 1/21/2010 | SELTZ, DANIEL | Motions in limine responses. | 7.20 | |
| 1/22/2010 | ALAMEDA, SCOTT | Check login and database. | 0.20 | |
| 1/22/2010 | CARNAM, TODD | Print, scan into PDF, and send to D. Seltz document from Concordance database. | 0.20 | |
| 1/22/2010 | SELTZ, DANIEL | Motions in limine responses; deposition counter-designations and objections. | 4.70 | |
| 1/24/2010 | SELTZ, DANIEL | Deposition objections and counter-designations. | 3.00 | |
| 1/25/2010 | SELTZ, DANIEL | Finish deposition counter-designations. | 4.60 | |
| 1/26/2010 | ALAMEDA, SCOTT | Check login and database. | 0.20 | |
| 1/26/2010 | ALAMEDA, SCOTT | Go to data center to install backup hard drive for Summation repository. | 2.00 | |
| 1/26/2010 | HIMMELSTEIN, BARRY | Conference call with Ilyas Rona, Tom Sobol, Charles Barnett, Kristen Parker, Elana Katcher re trial exhibits. | 1.10 | |
| 1/27/2010 | ALAMEDA, SCOTT | Assist T. Carnam with large print job per D. Seltz. | 1.50 | |
| 1/27/2010 | ALAMEDA, SCOTT | Check login and database. | 0.20 | |
| 1/27/2010 | ALAMEDA, SCOTT | Troubleshoot problems with Concordance database. | 0.40 | |
| 1/27/2010 | CARNAM, TODD | Print and route to D. Seltz four depositions and the exhibits to two depositions. | 4.20 | |
| 1/27/2010 | SELTZ, DANIEL | Draft opposition to motion for leave to file replies; talk to co-counsel re trial exhibit list. | 2.00 | |
| 1/28/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 1/29/2010 | SELTZ, DANIEL | Exhibit list and deposition designations objections. | 2.50 | |
| 1/31/2010 | SELTZ, DANIEL | Cull exhibit list - medical marketing documents. | 2.50 | |
| 2/1/2010 | DUGAR, KIRTI | Trial preparation; manage database. | 2.00 | |
| 2/1/2010 | HIMMELSTEIN, BARRY | Review email from Ilyas Rona re need to file response to court order re Carol Janney subpoena. | 0.10 | |
| 2/1/2010 | HIMMELSTEIN, BARRY | Review email from Ilyas Rona re videos. | 0.10 | |
| 2/1/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene and Linda Nussbaum re trial memo and certain legal issues. | 0.30 | |
| 2/1/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re various issues in preparation for trial. | 0.60 | |
| 2/1/2010 | REMUSZKA, JULIANA | Update defendant's objections spreadsheet. | 6.00 | |
| 2/1/2010 | RUDNICK, JENNIFER | Prepare chart of deposition designations and objections. | 3.10 | |
| 2/1/2010 | SELTZ, DANIEL | Complete exhibit list - marketing vendor documents. | 2.00 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 10/31/2013 02:40:46 PM | | From | | Inception |
|---|---|---|---|---|---|
| Timekeeper: ALL | | | To | | 9/9/2013 |

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 2/2/2010 | DUGAR, KIRTI | Trial preparation; conference call with B. Himmelstein re same. Calls from co-counsel. Calls to trial presentation vendor. | 3.00 | |
| 2/2/2010 | HIMMELSTEIN, BARRY | Conferences with K. Dugar re trial preparation. | 0.40 | |
| 2/2/2010 | KHALSA, SAT KRIYA | Meet regarding upcoming trial. Work on the Concordance database to prepare for defense exhibit searches. | 2.50 | |
| 2/2/2010 | REMUSZKA, JULIANA | Update defendants' objections spreadsheet. | 6.50 | |
| 2/2/2010 | RUDNICK, JENNIFER | Prepare chart of deposition designations and objections. | 6.40 | |
| 2/2/2010 | SELTZ, DANIEL | Deposition counter-designation objections. | 0.50 | |
| 2/3/2010 | CARNAM, TODD | Answer questions from S. Khalsa re certain basic aspects of the case. | 0.30 | |
| 2/3/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene. | 0.50 | |
| 2/3/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene, Ilyas Rona, Linda Nussbaum, Palko Goldman, Tom Sobol, Elana Katcher and Kristen Parker re trial issues. | 0.70 | |
| 2/3/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene, Linda Nussbaum, Don Barrett, et al., re various trial tasks. | 1.00 | |
| 2/3/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re trial memo and other issues for trial. | 0.70 | |
| 2/3/2010 | KHALSA, SAT KRIYA | Work on defense trial exhibit project, attend conference call, perform user training and help search for documents. | 3.70 | |
| 2/3/2010 | REMUSZKA, JULIANA | Update defendants' objections spreadsheet. | 6.50 | |
| 2/3/2010 | RUDNICK, JENNIFER | Prepare chart of deposition designations and objections. | 3.70 | |
| 2/3/2010 | SELTZ, DANIEL | Finish deposition designation objections. | 0.30 | |
| 2/3/2010 | SELTZ, DANIEL | Work with paralegals re deposition designation project; telephone conference with co-counsel re trial; research re RICO jury instructions; draft response to motion to quash - Western District of Pennsylvania. | 5.50 | |
| 2/4/2010 | KHALSA, SAT KRIYA | Perform database maintenance, create .qry files for searching and finding all bates numbers listed in the deposition index. Coordinate with the vendor on loading the new Kaiser documents. | 4.80 | |
| 2/4/2010 | REMUSZKA, JULIANA | Update defendants' objections spreadsheet. | 8.00 | |
| 2/4/2010 | RUDNICK, JENNIFER | Prepare chart of deposition designations and objections. | 2.80 | |
| 2/4/2010 | SELTZ, DANIEL | Respond to motion to quash; draft response to motion for sanctions; draft jury instructions; finish deposition designation project. | 6.30 | |
| 2/5/2010 | KHALSA, SAT KRIYA | Create backups of the Concordance database. | 1.20 | |
| 2/5/2010 | RUDNICK, JENNIFER | Prepare list of deposition designations and objections. | 5.50 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| | | | | |
|---|---|---|---|---|
| Report created on | 10/31/2013 02:40:46 PM | | From | Inception |
| Timekeeper: ALL | | | To | 9/9/2013 |

### 9082-0004 NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 2/5/2010 | SELTZ, DANIEL | Jury instructions - RICO. | 6.00 | |
| 2/7/2010 | SELTZ, DANIEL | Finish jury instructions - RICO conspiracy. | 2.10 | |
| 2/8/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/8/2010 | DUGAR, KIRTI | Follow up on trial preparation; meeting with team re work assignments re video clips. | 2.00 | |
| 2/8/2010 | KHALSA, SAT KRIYA | Attend meeting regarding solutions to hardware failure and restarting repository. Create case backup. | 1.40 | |
| 2/8/2010 | RUDNICK, JENNIFER | Prepare list of deposition designations and objections. | 2.00 | |
| 2/8/2010 | SELTZ, DANIEL | Jury questionnaire and voir dire. | 4.50 | |
| 2/9/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/9/2010 | KHALSA, SAT KRIYA | Create an index of videotaped depositions. | 0.40 | |
| 2/9/2010 | SELTZ, DANIEL | Jury questionnaire, voire dire. | 4.30 | |
| 2/10/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/10/2010 | HIMMELSTEIN, BARRY | Work on pretrial order matters; telephone calls re same. | 6.50 | |
| 2/10/2010 | KHALSA, SAT KRIYA | Create Sanction case and load deposition transcripts and videos into it in preparation for video cuts. | 1.30 | |
| 2/10/2010 | REMUSZKA, JULIANA | Document review and update spreadsheet. | 7.00 | |
| 2/10/2010 | RUDNICK, JENNIFER | Prepare chart of deposition designations. | 4.70 | |
| 2/10/2010 | SELTZ, DANIEL | Jury instructions; stipulated facts; pretrial memo. | 6.50 | |
| 2/11/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/11/2010 | HIMMELSTEIN, BARRY | Draft pretrial order matters; conference calls re same, and re trial brief. | 11.50 | |
| 2/11/2010 | SELTZ, DANIEL | Pretrial memo inserts; deposition designations. | 6.00 | |
| 2/12/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/12/2010 | SELTZ, DANIEL | Jury instructions; trial brief; telephone conference with co-counsel re same. | 3.30 | |
| 2/13/2010 | SELTZ, DANIEL | Trial brief; jury instructions. | 2.50 | |
| 2/14/2010 | HIMMELSTEIN, BARRY | Work on pretrial filings; trial brief. | 4.00 | |
| 2/14/2010 | SELTZ, DANIEL | Trial brief; jury instructions; voir dire; pretrial memorandum. | 10.50 | |
| 2/15/2010 | HIMMELSTEIN, BARRY | Work on pretrial filings, trial brief; telephone conferences re same. | 12.00 | |

| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | | | |
|---|---|---|---|---|

Report created on  10/31/2013 02:40:46 PM

Timekeeper: ALL

From

To

Inception

9/9/2013

## 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 2/15/2010 | SELTZ, DANIEL | Trial brief; pretrial memorandum inserts; jury instructions. | 7.00 | |
| 2/16/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/16/2010 | MUGRAGE, MAJOR | Perform database maintenance. | 1.40 | |
| 2/16/2010 | SELTZ, DANIEL | Review trial brief. | 0.30 | |
| 2/17/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/17/2010 | KHALSA, SAT KRIYA | Index new deposition video and copy it to video hard drive and load into Sanction case. | 1.10 | |
| 2/18/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/18/2010 | MUGRAGE, MAJOR | Meet to discuss trial video preparation work flow and specifications. | 1.30 | |
| 2/18/2010 | SELTZ, DANIEL | Emergency motions to compel appearance at trial of Pfizer representatives. | 5.70 | |
| 2/19/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/19/2010 | KHALSA, SAT KRIYA | Plan for upcoming trial needs, specifically video editing project. | 1.30 | |
| 2/19/2010 | SELTZ, DANIEL | Finalize motion to compel, declaration; arrange service of subpoena; final jury instructions; service material. | 3.50 | |
| 2/22/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/22/2010 | ALAMEDA, SCOTT | Meeting re trial preparation. | 0.50 | |
| 2/22/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 4.00 | |
| 2/22/2010 | DUGAR, KIRTI | Review deposition cuts for trial; conference calls with Ilyas Krona and B. Himmelstein; plan project with team. | 1.50 | |
| 2/22/2010 | HIMMELSTEIN, BARRY | Calls with K. Dugar re trial preparation. | 0.30 | |
| 2/22/2010 | KHALSA, SAT KRIYA | Index new deposition disks, copy to hard drive, load into Sanction case and update hard drives. | 0.90 | |
| 2/22/2010 | MUGRAGE, MAJOR | Load deposition transcripts and exhibits to all three copies of Sanction database. | 1.40 | |
| 2/22/2010 | SELTZ, DANIEL | Deal with service of subpoena. | 1.20 | |
| 2/23/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 7.00 | |
| 2/23/2010 | MUGRAGE, MAJOR | Create deposition video clips and compilation for use at trial. | 5.00 | |
| 2/23/2010 | MUKHERJI, RENEE | Locate address and phone for Lloyd Knapp, for D. Seltz. | 0.50 | |
| 2/23/2010 | SELTZ, DANIEL | Follow-up re service of subpoena; research re statutes re interference of subpoena. | 1.70 | |
| 2/24/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 7.00 | |
| 2/24/2010 | DUGAR, KIRTI | Review deposition video cuts projects for trial; meeting with staff re same; follow up on work flow. | 2.50 | |
| 2/24/2010 | KHALSA, SAT KRIYA | Quality control issues with the video clip project. | 1.70 | |
| 2/25/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| | | |
|---|---|---|
| **Report created on**   10/31/2013 02:40:46 PM | **From** | **Inception** |
| **Timekeeper: ALL** | **To** | **9/9/2013** |

## 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 2/25/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 5.00 | |
| 2/25/2010 | KHALSA, SAT KRIYA | Look into issues with the deposition video clips. Find out the status of the video for Brian Alldredge. | 1.20 | |
| 2/25/2010 | SELTZ, DANIEL | Review trial transcripts and recent filings. | 0.80 | |
| 2/26/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 2/26/2010 | HIMMELSTEIN, BARRY | Review email from Ilyas Rona re obtaining 902 certificate. | 0.10 | |
| 2/28/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 9.00 | |
| 2/28/2010 | DUGAR, KIRTI | Follow up on video deposition cuts for trial; phone call from Charles Barrett, co-counsel re same; emails re same; calls to and from S. Alameda re same. | 2.50 | |
| 2/28/2010 | GRANT, ANTHONY | Assist with preparation of trial video clips. | 4.00 | |
| 2/28/2010 | MUGRAGE, MAJOR | Prepare videotaped deposition selections for use at trial. | 4.00 | |
| 2/28/2010 | SELTZ, DANIEL | Review trial transcripts and motion to quash. | 0.30 | |
| 3/1/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/1/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 1.00 | |
| 3/1/2010 | DUGAR, KIRTI | Follow up on trial needs; meeting with team re late night project scheduling. | 1.00 | |
| 3/1/2010 | MUGRAGE, MAJOR | Review data entry project for accuracy, reformat dates and enter missing information. | 1.90 | |
| 3/1/2010 | SELTZ, DANIEL | Review opposition to motion to quash Lloyd Knapp subpoena, edits. | 0.30 | |
| 3/2/2010 | ALAMEDA, SCOTT | DVD duplications. | 0.80 | |
| 3/2/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 4.60 | |
| 3/2/2010 | GRANT, ANTHONY | Assist with preparation of deposition video testimony. | 7.00 | |
| 3/2/2010 | KHALSA, SAT KRIYA | Create deposition video clips for David Cooper and other trial preparation issues. | 3.30 | |
| 3/3/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/3/2010 | CABRASER, ELIZABETH | Correspondence with Don Barrett re trial. | 0.30 | |
| 3/3/2010 | SELTZ, DANIEL | Review trial transcripts; research for RICO memo. | 1.30 | |
| 3/4/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/4/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 3.00 | |
| 3/4/2010 | SELTZ, DANIEL | Discuss and begin proposed findings of fact. | 2.00 | |
| 3/5/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/5/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 1.50 | |
| 3/5/2010 | SELTZ, DANIEL | Review trial transcripts; prepare findings of fact. | 1.30 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 10/31/2013 02:40:46 PM | From | Inception |
|---|---|---|---|
| Timekeeper: ALL | | To | 9/9/2013 |

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 3/6/2010 | HIMMELSTEIN, BARRY | Travel to Boston for trial; (work on plane). | 9.00 | |
| 3/6/2010 | SELTZ, DANIEL | Exhibit summaries for FRE 1006 submission; read trial transcripts for Directed Verdict motion. | 4.00 | |
| 3/7/2010 | SELTZ, DANIEL | Exhibit summaries; read trial transcripts. | 5.00 | |
| 3/8/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/8/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 10.00 | |
| 3/8/2010 | DUGAR, KIRTI | Follow up with team on video cuts and revisions. | 1.00 | |
| 3/8/2010 | MUGRAGE, MAJOR | Edit videotaped deposition of Atul Pande. | 3.80 | |
| 3/8/2010 | SELTZ, DANIEL | Review trial transcripts; research for Directed Verdict motion opposition. | 1.50 | |
| 3/9/2010 | KHALSA, SAT KRIYA | Create video clips from David Cooper's deposition for use at trial. | 1.60 | |
| 3/9/2010 | RUDNICK, JENNIFER | Search deposition transcripts for specific testimony. Add citations of testimony to chart. | 2.00 | |
| 3/9/2010 | SELTZ, DANIEL | Inserts for RICO brief. | 8.10 | |
| 3/10/2010 | DUGAR, KIRTI | Follow up on trial video cuts projects; plan work flow with team for late night requests and delivery. | 0.50 | |
| 3/10/2010 | SELTZ, DANIEL | Research for trial issues, RICO brief. | 3.00 | |
| 3/11/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 8.00 | |
| 3/11/2010 | MUGRAGE, MAJOR | Review deposition video clips, make final edits, and export. | 2.80 | |
| 3/11/2010 | SELTZ, DANIEL | Research re jury instructions and unjust enrichment and RICO conspiracy claim; review transcripts; telephone conference with co-counsel. | 6.50 | |
| 3/12/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/12/2010 | SELTZ, DANIEL | Edits to RICO brief. | 1.60 | |
| 3/13/2010 | SELTZ, DANIEL | Research prejudgment interest, Directed Verdict standard; review trial transcripts. | 2.50 | |
| 3/15/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/15/2010 | ALAMEDA, SCOTT | Trial preparation: edit deposition cuts. | 0.80 | |
| 3/15/2010 | HIMMELSTEIN, BARRY | Work on directed verdict oppositions. | 8.00 | |
| 3/15/2010 | SELTZ, DANIEL | Telephone conference with co-counsel; review Directed Verdict briefs; begin draft of Directed Verdict opposition. | 5.40 | |
| 3/16/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/16/2010 | HIMMELSTEIN, BARRY | Work on directed verdict oppositions. | 8.00 | |
| 3/16/2010 | SELTZ, DANIEL | Witness summaries; opposition to Directed Verdict motion. | 10.00 | |
| 3/17/2010 | HIMMELSTEIN, BARRY | Work on directed verdict oppositions, prejudgment interest briefing. | 8.00 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| | | | | |
|---|---|---|---|---|
| Report created on | 10/31/2013 02:40:46 PM | | From | Inception |
| Timekeeper: ALL | | | To | 9/9/2013 |

### 9082-0004 NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 3/17/2010 | SELTZ, DANIEL | Telephone conference with co-counsel; opposition to Directed Verdict motion. | 8.30 | |
| 3/18/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/18/2010 | HIMMELSTEIN, BARRY | Work on directed verdict oppositions, prejudgment interest briefing. | 8.00 | |
| 3/18/2010 | SELTZ, DANIEL | Complete and file Directed Verdict motion. | 6.10 | |
| 3/19/2010 | HIMMELSTEIN, BARRY | Conference with co-counsel and D. Seltz re jury instructions and verdict form. | 0.40 | |
| 3/19/2010 | HIMMELSTEIN, BARRY | Work on 17200/preemption briefing. | 8.00 | |
| 3/19/2010 | SELTZ, DANIEL | Review filings - jury instructions and verdict form; talk to B. Himmelstein and co-counsel re same. | 3.00 | |
| 3/19/2010 | SELTZ, DANIEL | Testimony summary - David Franklin. | 1.60 | |
| 3/20/2010 | HIMMELSTEIN, BARRY | Work on 17200/preemption briefing. | 4.00 | |
| 3/21/2010 | HIMMELSTEIN, BARRY | Work on 17200/preemption briefing. | 4.00 | |
| 3/21/2010 | SELTZ, DANIEL | Brief on preemption and UCL. | 8.30 | |
| 3/22/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/22/2010 | SELTZ, DANIEL | Revise preemption brief; travel to Boston. | 3.50 | |
| 3/23/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/24/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/25/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/25/2010 | CABRASER, ELIZABETH | Correspondence with Don Barrett, B. Himmelstein re jury questions, issues, jury verdict, post-verdict issues and strategy. | 1.60 | |
| 3/25/2010 | HIMMELSTEIN, BARRY | Communicate with E. Cabraser, Don Barrett re jury questions, issues, jury verdict, post-verdict issues and strategy. | 1.00 | |
| 3/25/2010 | SELTZ, DANIEL | Review verdict form. | 0.10 | |
| 3/29/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/30/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 3/30/2010 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene, Don Barrett, Linda Nussbaum, Tom Sobol. | 1.30 | |
| 3/31/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 4/1/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 4/1/2010 | SELTZ, DANIEL | Research conclusions of law; talk to co-counsel re same. | 0.70 | |
| 4/5/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on    10/31/2013 02:40:46 PM

Timekeeper: ALL

From

To

Inception

9/9/2013

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|------|-----------|-----------|-------|-----------|
| 4/5/2010 | SELTZ, DANIEL | Research for conclusions of law. | 0.40 | |
| 4/6/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 4/6/2010 | SELTZ, DANIEL | Research for UCL conclusions of law. | 1.00 | |
| 4/7/2010 | CABRASER, ELIZABETH | Telephone conference with Charles Barrett re UCL issues and strategy. | 0.50 | |
| 4/7/2010 | SELTZ, DANIEL | Research for 17200 conclusions of law and attorneys' fees; talk to John Radice. | 1.00 | |
| 4/8/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 4/8/2010 | HIMMELSTEIN, BARRY | Conference with D. Seltz re conclusions of law. | 0.20 | |
| 4/8/2010 | SELTZ, DANIEL | Talk to B. Himmelstein re conclusions of law; research attorneys' fees under California UCL. | 1.80 | |
| 4/9/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 4/9/2010 | HIMMELSTEIN, BARRY | Work on 17200 conclusions of law. | 4.00 | |
| 4/10/2010 | SELTZ, DANIEL | Email re conclusions of law. | 0.20 | |
| 4/12/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 4/12/2010 | HIMMELSTEIN, BARRY | Work on 17200 conclusions of law. | 4.00 | |
| 4/13/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 4/13/2010 | ALAMEDA, SCOTT | Make backup of Concordance database. | 1.00 | |
| 4/13/2010 | CABRASER, ELIZABETH | Telephone conference and correspondence with Don Barrett re attorney fees issues and strategy, findings and conclusions. | 1.00 | |
| 4/13/2010 | HIMMELSTEIN, BARRY | Work on 17200 conclusions of law. | 4.00 | |
| 4/14/2010 | ALAMEDA, SCOTT | Check login and database. | 0.10 | |
| 4/14/2010 | HIMMELSTEIN, BARRY | Work on 17200 conclusions of law. | 4.00 | |
| 4/15/2010 | HIMMELSTEIN, BARRY | Work on 17200 conclusions of law. | 4.00 | |
| 4/16/2010 | ALAMEDA, SCOTT | Send all video files used in trial to Kaplan Fox. | 0.50 | |
| 4/19/2010 | HIMMELSTEIN, BARRY | Work on proposed conclusions of law. | 1.00 | |
| 4/20/2010 | HIMMELSTEIN, BARRY | Work on proposed conclusions of law. | 1.00 | |
| 4/21/2010 | SELTZ, DANIEL | Call Linda Nussbaum re conclusions of law. | 0.10 | |
| 4/22/2010 | SELTZ, DANIEL | Talk to B. Himmelstein re fee application; research. | 0.70 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| | | |
|---|---|---|
| **Report created on**   10/31/2013 02:40:46 PM | **From** | **Inception** |
| **Timekeeper: ALL** | **To** | **9/9/2013** |

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 4/23/2010 | SELTZ, DANIEL | Research re fee application under RICO. | 0.50 | |
| 4/26/2010 | SELTZ, DANIEL | Edits to conclusions of law. | 0.60 | |
| 4/27/2010 | SELTZ, DANIEL | Research for proposed conclusions of law. | 1.00 | |
| 4/30/2010 | SELTZ, DANIEL | Read all conclusions of law submissions; research for fee application. | 4.60 | |
| 5/3/2010 | SELTZ, DANIEL | Research for fee application and conclusions of law. | 2.60 | |
| 5/4/2010 | SELTZ, DANIEL | Telephone conference re findings of fact and conclusions of law; research for same. | 3.60 | |
| 5/5/2010 | SELTZ, DANIEL | Research re response to Pfizer's conclusions of law. | 2.60 | |
| 5/6/2010 | SELTZ, DANIEL | Research for conclusions of law response. | 1.00 | |
| 5/7/2010 | SELTZ, DANIEL | Draft response to conclusions of law. | 3.50 | |
| 5/9/2010 | SELTZ, DANIEL | Draft response to conclusions of law. | 3.70 | |
| 5/10/2010 | HIMMELSTEIN, BARRY | Work on reply re 17200 conclusions of law. | 4.00 | |
| 5/10/2010 | MUGRAGE, MAJOR | Initiate deconstruction of server array at off-site data repository. | 0.60 | |
| 5/10/2010 | SELTZ, DANIEL | Talk to co-counsel re conclusions of law response; circulate draft; fees research. | 1.30 | |
| 5/11/2010 | HIMMELSTEIN, BARRY | Work on reply re 17200 conclusions of law. | 4.00 | |
| 5/11/2010 | SELTZ, DANIEL | Research for conclusions of law response. | 0.20 | |
| 5/12/2010 | HIMMELSTEIN, BARRY | Work on reply re 17200 conclusions of law. | 4.00 | |
| 5/12/2010 | SELTZ, DANIEL | Research for proposed conclusions of law draft. | 5.70 | |
| 5/13/2010 | HIMMELSTEIN, BARRY | Work on reply re 17200 conclusions of law. | 4.00 | |
| 5/13/2010 | SELTZ, DANIEL | Edits to proposed conclusions of law, fees research. | 2.30 | |
| 5/14/2010 | SELTZ, DANIEL | Review and edit proposed conclusions of law; research re fees. | 2.70 | |
| 5/17/2010 | SELTZ, DANIEL | Research on RICO attorneys' fees. | 2.00 | |
| 5/18/2010 | SELTZ, DANIEL | Research re attorney fees calculation and award under RICO. | 1.50 | |
| 5/19/2010 | SELTZ, DANIEL | Research re attorney fee application. | 5.70 | |
| 5/20/2010 | SELTZ, DANIEL | Draft memo re attorney fees application. | 4.00 | |
| 5/21/2010 | SELTZ, DANIEL | Draft memo re attorney fees; talk to E. Santacana re same. | 5.00 | |
| 5/24/2010 | SELTZ, DANIEL | Memo re attorneys' fees. | 4.00 | |
| 6/2/2010 | HIMMELSTEIN, BARRY | Review memorandum re fee application; research re same; emails re same. | 3.20 | |
| 6/4/2010 | SELTZ, DANIEL | Finish fees memo; emails with B. Himmelstein re same. | 1.30 | |

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on   10/31/2013 02:40:46 PM

Timekeeper: ALL

From

To

Inception

9/9/2013

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|------|-----------|-----------|-------|-----------|
| 6/14/2010 | SELTZ, DANIEL | Emails re attorney fees research. | 0.20 | |
| 7/1/2010 | HIMMELSTEIN, BARRY | Review notice of supplemental authority; conference call re same; emails re same. | 0.80 | |
| 7/6/2010 | SELTZ, DANIEL | Review/file submissions on supplemental authority (Vioxx) - prejudgment interest. | 0.50 | |
| 7/12/2010 | SELTZ, DANIEL | Review notice of supplemental authority; proof brief; discovery order. | 0.20 | |
| 7/13/2010 | SELTZ, DANIEL | Review response to notice of supplemental authorities. | 0.10 | |
| 8/9/2010 | SELTZ, DANIEL | Review and send various time and costs reports to Linda Nussbaum. | 2.00 | |
| 8/12/2010 | SELTZ, DANIEL | Read overdraft opinion; draft notice of supplemental authority. | 1.00 | |
| 9/13/2010 | SELTZ, DANIEL | Review new notice of supplemental authorities and read Zyprexa decision. | 0.80 | |
| 9/14/2010 | SELTZ, DANIEL | Review Zyprexa decision; research for response to notice of supplemental authority. | 1.50 | |
| 10/2/2010 | SELTZ, DANIEL | Research for notice of supplemental authority and response to Pfizer's last notice of supplemental authority. | 2.00 | |
| 10/3/2010 | SELTZ, DANIEL | Draft response to notice of supplemental authority. | 2.00 | |
| 10/4/2010 | SELTZ, DANIEL | Comments to response to notice of supplemental authority; draft separate notice. | 0.70 | |
| 10/21/2010 | SELTZ, DANIEL | Review Pfizer response to notice of supplemental authority; emails to co-counsel re same. | 0.60 | |
| 11/5/2010 | SELTZ, DANIEL | Send fees memo to co-counsel; final edits; conference with John Radice re fees. | 0.70 | |
| 11/9/2010 | SELTZ, DANIEL | Confer with S. Fineman re fees declaration; prepare materials for fee application; telephone conference with John Radice re same. | 3.00 | |
| 11/10/2010 | SELTZ, DANIEL | Confer with S. Fineman and B. Himmelstein re fees application; draft insert for fees brief, declaration. | 2.00 | |
| 11/12/2010 | SELTZ, DANIEL | Edits to fees declaration; calls re same; review research re prejudgment interest. | 1.00 | |
| 11/16/2010 | SELTZ, DANIEL | Finish and send declaration - supporting materials re fees. | 1.20 | |
| 11/18/2010 | SELTZ, DANIEL | Emails re fees brief. | 0.20 | |
| 11/19/2010 | SELTZ, DANIEL | Emails re fee brief; review refiled stipulation. | 0.50 | |
| 1/28/2011 | SELTZ, DANIEL | Review order re interest and tolling. | 0.20 | |
| 3/22/2011 | SELTZ, DANIEL | Review papers re motion for new trial. | 2.00 | |
| 3/23/2011 | SELTZ, DANIEL | Calls re Kaiser post-judgment briefings; research. | 3.00 | |
| 3/24/2011 | SELTZ, DANIEL | Research; emails re Kaiser post-judgment briefing. | 4.50 | |
| 3/25/2011 | SELTZ, DANIEL | Telephone conference re post-judgment briefing; research and draft re same. | 4.70 | |
| 3/28/2011 | SELTZ, DANIEL | Research; draft pre-judgment motions. | 4.30 | |
| 4/1/2011 | SELTZ, DANIEL | Research and draft post-judgment briefs. | 2.40 | |
| 4/4/2011 | SELTZ, DANIEL | Draft post-judgment brief inserts. | 4.20 | |
| 4/5/2011 | SELTZ, DANIEL | Post-judgment briefs. | 6.00 | |

| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|

Report created on    10/31/2013 02:40:46 PM                                   From              Inception

Timekeeper: ALL                                                              To                9/9/2013

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 4/6/2011 | SELTZ, DANIEL | Gather fee orders for Kaiser. | 1.00 | |
| 4/6/2011 | SELTZ, DANIEL | Post-judgment briefing. | 5.00 | |
| 4/7/2011 | SELTZ, DANIEL | Draft email and send fee orders for Kaiser. | 0.20 | |
| 4/7/2011 | SELTZ, DANIEL | Post-judgment briefing. | 5.00 | |
| 4/8/2011 | SELTZ, DANIEL | Post-judgment briefing. | 4.80 | |
| 4/9/2011 | SELTZ, DANIEL | Post-judgment briefing. | 3.30 | |
| 4/11/2011 | SELTZ, DANIEL | Post-judgment briefings. | 5.80 | |
| 4/12/2011 | SELTZ, DANIEL | Complete and circulate post-judgment briefing. | 4.30 | |
| 4/13/2011 | SELTZ, DANIEL | Edits to full draft of post-judgment briefing. | 2.50 | |
| 4/15/2011 | SELTZ, DANIEL | Review latest draft of post-judgment briefs. | 0.30 | |
| 4/18/2011 | SELTZ, DANIEL | Edits to post judgment briefs. | 1.30 | |
| 4/19/2011 | SELTZ, DANIEL | Edits to post judgment briefs. | 1.00 | |
| 5/30/2013 | SELTZ, DANIEL | Gather time, expense reports and review same. | 1.50 | |
| 5/31/2013 | SELTZ, DANIEL | Fees/costs analysis; send to co-counsel. | 2.10 | |
| 6/10/2013 | SELTZ, DANIEL | Email re fee brief. | 0.20 | |
| 6/11/2013 | SELTZ, DANIEL | Talk to co-counsel re fees brief; begin research. | 1.20 | |
| 6/13/2013 | SELTZ, DANIEL | Research for fees application updating prior memo; emails re briefing schedule. | 2.20 | |
| 6/14/2013 | SELTZ, DANIEL | Draft fee brief. | 2.80 | |
| 6/17/2013 | SELTZ, DANIEL | Fees research for brief. | 1.20 | |
| 6/19/2013 | CABRASER, ELIZABETH | Conference re costs issues, RICO application. | 0.70 | |
| 6/19/2013 | SELTZ, DANIEL | Fees brief. | 0.80 | |
| 6/25/2013 | SELTZ, DANIEL | Call with Pater Barille re fees brief; research re same. | 2.00 | |
| 6/27/2013 | SELTZ, DANIEL | Fees research; outline for brief; telephone conference with Linda Nussbaum and Kristen Parker re same. | 3.00 | |
| 6/28/2013 | SELTZ, DANIEL | Finish outline for fees brief. | 0.70 | |
| 8/21/2013 | SELTZ, DANIEL | Fee brief research; talk to co-counsel re same. | 1.00 | |
| 8/22/2013 | SELTZ, DANIEL | Draft fee application; research re same. | 1.50 | |
| 8/23/2013 | SELTZ, DANIEL | Fee brief. | 2.10 | |
| 8/24/2013 | SELTZ, DANIEL | Fee brief. | 3.00 | |
| 8/26/2013 | SELTZ, DANIEL | Fee brief; declaration in support. | 0.50 | |
| 8/27/2013 | SELTZ, DANIEL | Fee brief. | 1.00 | |

| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|

**Report created on**   10/31/2013 02:40:46 PM                                          **From**              **Inception**

**Timekeeper: ALL**                                                                     **To**               **9/9/2013**

### 9082-0004  NEURONTIN - NEURONTIN - KAISER

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 8/28/2013 | SELTZ, DANIEL | Fee brief - finish draft. | 0.80 | |
| 8/29/2013 | SELTZ, DANIEL | Edits to fee brief; circulate. | 2.50 | |
| 8/30/2013 | SELTZ, DANIEL | Send fee brief to E. Cabraser; edits to same. | 0.20 | |
| 9/5/2013 | MUKHERJI, RENEE | Research legal billing rates in Boston area, for D. Seltz. | 0.60 | |
| 9/5/2013 | SELTZ, DANIEL | Emails re fee application; research re national rates. | 1.00 | |
| 9/6/2013 | SELTZ, DANIEL | Research for edits to fee brief. | 1.00 | |
| 9/8/2013 | SELTZ, DANIEL | Edits to fee brief. | 0.50 | |
| 9/9/2013 | SELTZ, DANIEL | Edit fee brief. | 0.50 | |
| | | Total Hours | 1,073.30 | |