# EXHIBIT BB

**Exhibit BB: Voluntary Travel Dedcutions from Pfizer's Travel Objection Exhibit**

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Lodestar |
|------|-------------|-------------|------|--------|------|-----------|-------|----------|
| Barrett LG | 26 | 8 | 12/13/2009 | CB | A | Travel to Boston for meeting at Greene LLP | 6.00 | $ 2,250.00 |
| Barrett LG | 115 | 16 | 2/15/2010 | CB | A | Travel to Boston for meeting and confer regarding Kaiser trial list | 8.00 | $ 3,000.00 |
| Barrett LG | 188 | 22 | 4/5/2010 | CB | A | Travel to NYC for meeting with co-counsel. | 10.00 | $ 3,750.00 |
| Barrett LG | 31 | 9 | 12/15/2009 | DB | P | Travel to Fresno, CA for depositions(9.0); Review invoices for GMA, Rosenthal, Conti, Summary of invoices and payments. | 9.00 | $ 6,625.00 |
| Barrett LG | 175 | 21 | 3/25/2010 | DB | P | Fly back from Boston, MA to Memphis ; drive home | 6.50 | $ 4,062.50 |
| Barrett LG | 187 | 22 | 4/5/2010 | DB | P | Travel to NYC to meet with Tom Greene, Tom Sobol, Linda Nussbaum, Charles Barrett, Kristen Parker re prejudgment interest and damages. Return home. | 13.50 | $ 8,437.50 |
| Barrett LG | 202 | 23 | 4/20/2010 | DB | P | Travel to California (9.0) to meet with Mitch Cohen re fees and expenses and interest.; meeting with Tom Greene, Tom Sobol re tomorrow's meeting with Mitch Cohen(3.5) | 9.00 | $ 7,812.50 |
| Barrett LG | 205 | 23 | 4/22/2010 | DB | P | Travel from California to Jackson then to Lexington | 9.70 | $ 6,062.50 |
| Barrett LG | 238 | 26 | 8/5/2010 | DB | P | Travel from Virginia to MA to meet with Tom Sobol; Return to Lexington, MS | 6.20 | $ 3,875.00 |
| Barrett LG | 277 | 29 | 12/1/2010 | DB | P | Travel home from New York - Kaiser mediation | 4.00 | $ 3,000.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 309 | 31 | 9/19/2011 | DB | P | Travel to Boston for meetings to discuss experts, case strategy and settlement issues. | 9.20 | $ | 6,900.00 |
| Barrett LG | 312 | 31 | 9/21/2011 | DB | P | Travel from Boston from Jackson(Commercial) | 9.00 | $ | 6,750.00 |
| Becnel LLP | 1 | 31 | 12/8/2009 | Daniel E. Becnel, Jr. | P | Making travel arrangements for Darryl Becnel and Sal Christina to go to Boston to deposition review in preparation Of the Kaiser trial; discussions with Darryl Becnel and Sal Christinia in reference to the status of the case and arrangements For Boston | 2.00 | $ | 1,000.00 |
| Becnel LLP | 3 | 31 | 12/12/2009 | Daniel E. Becnel, Jr. | P | Making hotel arrangements for Darryl Becnel and Sal Christina for trip to Boston | 0.75 | $ | 375.00 |
| Becnel LLP | 5 | 31 | 12/15/2009 | Daniel E. Becnel, Jr. | P | Review of additional information from Don Barrett for the Deposition of Vickie Travis; Trip to airport for flight to L.A. For the deposition; overnight in Dallas | 8.75 | $ | 4,375.00 |
| Becnel LLP | 7 | 31 | 12/17/2009 | Daniel E. Becnel, Jr. | P | Deposition cancelled; return trip to Louisiana | 7.50 | $ | 3,750.00 |
| Becnel LLP | 36 | 38 | 12/13/2009 | Darryl Becnel | A | Travel to Boston with Sal Christina to do depo review and designations | 6.50 | $ | 3,250.00 |
| Becnel LLP | 39 | 38 | 12/16/2009 | Darryl Becnel | A | Travel back to New Orleans from Boston | 6.50 | $ | 3,250.00 |
| Becnel LLP | 21 | 35 | 12/13/2009 | Salvadore Christina, Jr | A | Travel to Boston for Kaiser trial depo review | 6.50 | $ | 3,250.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Becnel LLP | 24 | 35 | 12/16/2009 | Salvadore Christina, Jr | A | Travel to New Orleans from Boston | 6.50 | $ | 3,250.00 |
| Dugan | 202 | 15 | 12/14/2009 | Douglas R. Plymale, Ph.D. | P | Travel — Houma - BTR-DFW-BOS for deposition designation project | 9.00 | $ | 4,500.00 |
| Dugan | 209 | 15 | 12/17/2009 | Douglas R. Plymale, Ph.D. | P | Travel — BOS-DFW-BTR - Houma 1 | 11.00 | $ | 5,500.00 |
| Dugan | 15 | 5 | 12/17/2009 | James R. Dugan, II | P | Travel — BOS-MSY | 5.00 | $ | 2,500.00 |
| Dugan | 117 | 11 | 2/21/2010 | James R. Dugan, II | P | Travel —MSY-BOS for trial | 5.00 | $ | 2,500.00 |
| Greene | 1825 | 139 | 3/25/2010 | IJR | P | Travel to court to assist in answering jury question re: study dates | 1.80 | $ | 765.00 |
| Greene | 1826 | 139 | 3/25/2010 | IJR | P | Travel to court to assist in answering questioning about damages | 1.10 | $ | 467.50 |
| Greene | 2046 | 156 | 7/6/2012 | IJR | P | Round trip to courthouse to retrieve RICO binders to ship to Kaiser's appellate counsel | 0.80 | $ | 340.00 |
| Greene | 1462 | 113 | 3/9/2010 | MT | P | Trip to Courthouse with deposition binders | 0.80 | $ | 420.00 |
| Greene | 1581 | 122 | 3/12/2010 | MT | P | Pick up deposition binders from Kinkos and deliver to Court | 0.40 | $ | 210.00 |
| Greene | 624 | 54 | 1/20/2010 | PG | NL | Travel from Boston to Oakland | 7.50 | $ | 2,437.50 |
| Greene | 632 | 55 | 1/21/2010 | PG | NL | Travel from hotel to Kaiser | 0.20 | $ | 65.00 |
| Greene | 635 | 55 | 1/21/2010 | PG | NL | Travel from Kaiser to hotel | 0.20 | $ | 65.00 |
| Greene | 641 | 55 | 1/22/2010 | PG | NL | Travel from San Francisco to Boston | 7.00 | $ | 2,275.00 |
| Greene | 646 | 55 | 1/22/2010 | PG | NL | Travel from hotel to Kaiser | 0.20 | $ | 65.00 |
| Greene | 732 | 61 | 2/1/2010 | PG | NL | Travel from Boston to Los Angeles | 8.00 | $ | 2,600.00 |
| Greene | 754 | 63 | 2/2/2010 | PG | NL | Travel from hotel to Kaiser | 0.50 | $ | 162.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Greene | 756 | 63 | 2/2/2010 | PG | NL | Travel from Los Angeles to Boston | 6.00 | $ | 1,950.00 |
| Greene | 1906 | 145 | 4/21/2010 | TMG | P | travel from Oakland to Boston | 5.50 | $ | 3,575.00 |
| Hagens | 434 | 43 | 4/6/2010 | TMS | P | Travel back to Boston; | 2.00 | $ | 1,200.00 |
| Hagens | 457 | 44 | 4/20/2010 | TMS | P | Travel to Oakland | 3.00 | $ | 1,800.00 |
| Lieff | 131 | 17 | 1/26/2010 | ALAMEDA, SCOTT | NL | Go to data center to install backup hard drive for Summation repository. | 2.00 | $ | 1,000.00 |
| **Totals** | | | | | | | **222.10** | **$** | **119,422.50** |

*A blended hourly rate of $500/hr was ued for all timekeepers:  paralegals, assoiates, counsel, to estimate dollars withdrawn per entry where Pfizer left its exhibit blank.