UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

REPORT AND RECOMMENDATION ON PLAINTIFF HARGETT'S
MOTION TO RECONSIDER

October 21, 2013

SOROKIN, C.M.J.

On May 29, 2013, Judge Saris adopted the undersigned's Report and Recommendations resulting in the dismissal of Plaintiff Janet Hargett's pro se Complaint, among others, as a result of her failure to file a required certification. See, Docket #s 4077, 4117.

On June 18, 2013, Judge Saris entered an Order of Dismissal. Docket #4128. On July 23, 2013, Hargett filed a Motion for Reconsideration, which was referred to the undersigned on September 3, 2013. Docket #s 4149, 4152. On September 4, 2013, the Court ordered the Defendants to respond to Hargett's motion within fourteen days. Docket # 4155. The deadline for the Defendants to respond to the motion has long since passed, yet they have filed no opposition.

Accordingly, I RECOMMEND that the Court ALLOW Plaintiff Hargett's Motion for Reconsideration as unopposed. Moreover, the seizure and medical treatment described by

1

[Handwritten annotations in left margin: "The report and recommendation is adopted and dismissal of Hargett's two reports and recommendations" and "11/8/13"]