UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,      :
        SALES PRACTICES AND       :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION  :
------------------------------------------------------------x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:         :   Magistrate Judge Leo T. Sorokin
:
McLendon v. Pfizer, et al. (No. 1:08-cv-12034)  :
------------------------------------------------------------x

**TEVA PHARMACEUTICALS USA, INC. and IVAX PHARMACEUTICALS, INC.'S
NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF DENISE MCLENDON**

Now Come Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Ivax Pharmaceuticals, Inc. ("Ivax") (collectively, the "Teva Defendants"), through counsel and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, state upon the record the apparent September 27, 2013 death of *pro se* plaintiff Denise McLendon.

In seeking to comply with its L.R. 7.1 meet and confer obligation for the service of a Motion to Dismiss pursuant to *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567, 2574 (2011), *reh'g denied*, 132 S. Ct. 55, and *Mutual Pharmaceutical Company v. Bartlett*, 133 S. Ct. 2466 (2013), the Teva Defendants discovered the apparent death of Denise McLendon, *pro se* plaintiff in the above-captioned action, through an obituary published on the website of the Standard-Examiner newspaper on September 30, 2013, available at http://www.standard.net/stories/2013/09/30/denise-mclendon, a copy of which is also attached hereto as Exhibit A.

Dated: November 14, 2013

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.,
IVAX PHARMACEUTICALS, INC.

By their attorneys,

/s/ Chad W. Higgins            .
Chad W. Higgins (BBO #668924)
Richard A. Oetheimer (BBO #377665)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
chiggins@goodwinprocter.com
roetheimer@goodwinprocter.com

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document, filed through the ECF system, will be electronically sent to those indicated on the Notice of Electronic Filing as registered participants, and hard copies will be sent to those indicated as non-registered participants, on November 14, 2013.

                 /s/  Chad W. Higgins            _