# EXHIBIT A

# Denise McLendon

standard.net /stories/2013/09/30/denise-mclendon

By **Contributed**, **Obituaries**

**Mon, 09/30/2013 - 5:10pm**

Our loving Daughter, Mother, Grandmother, Sister & Wife, Denise McLendon, of Harrisville, passed away September 27, 2013 from a sudden illness surrounded by her loving family.

Denise was born Decmeber 8, 1961 the youngest daughter of Elmer E. & Delores Gibson McLendon.

Denise attended St. Joseph grade school and Ogden High School. She married Kirk Alley and together they had two son's Jeramie Morris Alley and Brandon Edward Alley and later divorced. She then married Rudy Lane and together they had a daughter Sheenah

Lane Turnell; they later divorced. Densie then met the love of her life and soulmate Scooter (Scott) Hanson and together they were truly happy.

Denise was a true animal lover and also donated her time to helping the unfortunate with her volunteer work. She also enjoyed all the Harley rides she and Scooter would take on his bike; they loved the outdoors and the time she spent with Scooter.

Denise is survived by her soul mate Scooter (Scott) Hanson, two sons Jeramie & Brandon and daughter Sheenah; two granddaughters Ally Mae and Sammy; three step daughters Angela Hansen, Jen Hansen and Amber Norman. She is also survived by three sisters Carolyn McLendon (Robin) Thackeray, Marolyn McLendon-Thomas (Ted), Nancyann Daley; seven nieces and nephews, sixteen great nieces and nephews and six step grandchildren. They will all miss Aunt Nisey very much.

She was preceded in death by both her paternal and maternal Grandparents, Mother & Father, brother-in-law Kenneth Lavier Daley, stepson Justin Scott and nephew Jackson S. Thackeray.

Funeral services will be held Friday October 4, 2013 at 11 a.m. at Leavitt's Mortuary, 836 36th Street, Ogden Utah. A viewing will be held on Thursday, October 3, 2013 from 6 p.m. to 8 p.m. and from 9:45 a.m. to 10:45 a.m. on Friday, prior to services.

Interment will be at Leavitt's Aultorest Memorial Park.

An account has been setup at the America First Credit Union in Denise McLendon's name to help with the funeral expenses.

Please send online condolences to: www.leavittsmortuary.com

## More Stories from Deaths

## From Around the Web