UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br>    Plaintiffs,<br>v.<br>PFIZER INC. et al.,<br>    Defendants. | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**SUPPLEMENTAL DECLARATION OF MARK S. CHEFFO IN FURTHER OPPOSITION TO KAISER'S MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Mark S. Cheffo, declare and state as follow:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC ("Pfizer"). The exhibits discussed below were prepared by attorneys and paralegals at Quinn Emanuel acting under my supervision. Pfizer is separately providing to chambers and counsel a single Excel file containing electronic copies of the following exhibits, as well as a revised and updated copy of all exhibits to my prior declaration, including the Master Spreadsheet.

2. Attached as Exhibit R is Pfizer's Adjusted Fee Spreadsheet, which reflects all of the changes Pfizer proposes to the prior Master Spreadsheet based on the information provided with Kaiser's reply brief in support of its motion for attorneys' fees. The changes to each entry are indicated in red. In addition to the information provided in Pfizer's original fee entry spreadsheets, the Adjusted Fee Spreadsheet contains a "Change Narrative" column describing the reasons for the changes entered. Each of the changes proposed herein have been individually incorporated into the Master Spreadsheet in the new Excel file, as well as into each of the exhibits generated from the Master Spreadsheet.

3. Attached as Exhibit S is Pfizer's Adjusted Expense Spreadsheet, which reflects all of the changes Pfizer proposes to its original Expense Spreadsheet, based on the information provided with Kaiser's reply brief in support of its motion for attorneys' fees. This spreadsheet also identifies an overtime HVAC charge submitted by Hagens Berman that was inadvertently omitted from the other HVAC charges that Pfizer challenged in its opening brief. Each of the changes proposed herein have been individually incorporated into the Excel version of Exhibit Q, Pfizer's original Expense Spreadsheet.

4. Attached as Exhibit T is Pfizer's Charles Barrett Spreadsheet, which includes all time submitted as billed by attorney Charles Barrett in Kaiser's original fee petition.

5. Attached as Exhibit U is Pfizer's Kaiser Hours by Year Spreadsheet, which shows how many hours Kaiser submitted in this case for each year, as well as the midpoint date upon which half of all its submitted hours were billed.

Signed under the penalties of perjury this 25th day of November 2013.

Dated: November 25, 2013          /s/ Mark S. Cheffo
                                  Mark S. Cheffo

## CERTIFICATE OF SERVICE

I, Mark S. Cheffo, hereby certify that pursuant to CMO 3, I filed the foregoing document using the Court's ECF system, which provided notice to all counsel of record.

Dated:  November 25, 2013 /s/ Mark S. Cheffo
Mark S. Cheffo