Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~Barrett LG~~ | ~~13~~ | ~~7~~ | ~~12/1/2009~~ | ~~CB~~ | ~~A~~ | ~~TC with Don Barrett~~ | 0.00 | 0.00 | 0 | 0 | Conferencing, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| ~~Barrett LG~~ | ~~26~~ | ~~8~~ | ~~12/13/2009~~ | ~~CB~~ | ~~A~~ | ~~Travel to Boston for meeting at Greene LLP~~ | 0.00 | 0.00 | 0 | 0 | Travel, Non-Contemporaneous, Trial Work. | All time conceded as Travel by Kaiser / Charles Barrett double billed time withdrawn by Kaiser |
| ~~Barrett LG~~ | ~~29~~ | ~~8~~ | ~~12/14/2009~~ | ~~CB~~ | ~~A~~ | ~~Summarize depos and designate trial testimony~~ | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 31 | 9 | 12/15/2009 | DB | P | Travel to Fresno, CA for depositions(9.0); Review invoices for GMA, Rosenthal, Conti, Summary of invoices and payments. | 1.60 | 0.34 | 6625 | 119 | Travel, Client Relations, Fee Petition, Trial Work. | Deducted 9 hours of Travel conceded by Kaiser |
| ~~Barrett LG~~ | ~~32~~ | ~~9~~ | ~~12/15/2009~~ | ~~CB~~ | ~~A~~ | ~~Summarize depos and designate trial testimony~~ | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| ~~Barrett LG~~ | ~~36~~ | ~~9~~ | ~~12/16/2009~~ | ~~CB~~ | ~~A~~ | ~~Summarize depos and designate trial testimony ; Travel to Nashville, TN~~ | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| ~~Barrett LG~~ | ~~37~~ | ~~9~~ | ~~12/17/2009~~ | ~~CB~~ | ~~A~~ | ~~Summarize depos and designate trial testimony~~ | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| ~~Barrett LG~~ | ~~43~~ | ~~10~~ | ~~12/22/2009~~ | ~~CB~~ | ~~A~~ | ~~Summarize depos and designate trial testimony~~ | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| ~~Barrett LG~~ | ~~45~~ | ~~10~~ | ~~12/23/2009~~ | ~~CB~~ | ~~A~~ | ~~Summarize depos and designate trial testimony~~ | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 47 | 10 | 12/27/2009 | CB | A | Summarize depos and designate trial testimony | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 48 | 10 | 12/28/2009 | CB | A | Summarize depos and designate trial testimony | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 49 | 10 | 12/29/2009 | CB | A | Summarize depos and designate trial testimony | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 51 | 10 | 12/30/2009 | CB | A | Summarize depos and designate trial testimony | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 74 | 12 | 1/18/2010 | CB | A | Summarize depos and designate trial testimony | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 77 | 12 | 1/19/2010 | CB | A | Summarize depos and designate trial testimony | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 79 | 12 | 1/20/2010 | CB | A | Summarize depos and designate trial testimony | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 88 | 13 | 1/26/2010 | CB | A | Phone call with co-counsel | 0.00 | 0.00 | 0 | 0 | Conferencing, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 92 | 13 | 2/2/2010 | CB | A | Review defendant's deposition designations for objections | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 93 | 13 | 2/2/2010 | CB | A | Conference calls with co-counsel on objection project. | 0.00 | 0.00 | 0 | 0 | Conferencing, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 97 | 14 | 2/3/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 98 | 14 | 2/4/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 104 | 15 | 2/7/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 107 | 15 | 2/8/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 109 | 15 | 2/9/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 115 | 16 | 2/15/2010 | CB | A | Travel to Boston for meeting and confer regarding Kaiser trial list | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work | All time conceded as Travel by Kaiser / Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 117 | 16 | 2/16/2010 | CB | A | Attend meeting and confer with Pfizer; review exhibit list | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 119 | 16 | 2/17/2010 | CB | A | Attend meeting and confer with Pfizer; review exhibit list | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 121 | 16 | 2/18/2010 | CB | A | Review documents and prepare further objections to Pfizer's documents. | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 122 | 16 | 2/19/2010 | CB | A | Prepare for exhibit argument on Monday | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 126 | 17 | 2/21/2010 | CB | A | Trial Preparation | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 128 | 17 | 2/22/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 130 | 17 | 2/23/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 132 | 17 | 2/24/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 133 | 17 | 2/25/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 135 | 17 | 2/26/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 137 | 17 | 2/27/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 139 | 18 | 2/28/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 141 | 18 | 3/1/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 143 | 18 | 3/2/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 144 | 18 | 3/3/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 147 | 18 | 3/4/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 148 | 18 | 3/5/2010 | CB | A | Trial Work | 0.00 | 0.00 | 0 | 0 | Vague, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 152 | 19 | 3/8/2010 | CB | A | Review trial transcripts for upcoming brief. | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 155 | 19 | 3/9/2010 | CB | A | Review trial transcripts for upcoming brief. 1 | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 163 | 20 | 3/15/2010 | CB | A | Conference call with co-counsel | 0.00 | 0.00 | 0 | 0 | Conferencing, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 165 | 20 | 3/16/2010 | CB | A | Review transcript for final argument | 0.00 | 0.00 | 0 | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 175 | 21 | 3/25/2010 | DB | P | Fly back from Boston, MA to Memphis ; drive home | 0.00 | 0.00 | 4063 | 0 | Travel, Trial Work. | All time conceded as Travel by Kaiser |
| Barrett LG | 183 | 22 | 4/1/2010 | CB | A | Conference call with co-counsel | 0.00 | 0.00 | 0 | 0 | Conferencing, Non-Contemporaneous. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 184 | 22 | 4/2/2010 | CB | A | Conference call with co-counsel | 0.00 | 0.00 | 0 | 0 | Conferencing, Non-Contemporaneous. | Charles Barrett double billed time withdrawn by Kaiser |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrett LG | 187 | 22 | 4/5/2010 | DB | P | Travel to NYC to meet with Tom Greene, Tom Sobol, Linda Nussbaum, Charles Barrett, Kristen Parker re prejudgment interest and damages. Return home. | 0.00 | 0 | 8438 | 0 | Pre-judgment Interest, Travel, Conferencing. | All time conceded as Travel by Kaiser |
| Barrett LG | 188 | 22 | 4/5/2010 | CB | A | Travel to NYC for meeting with co counsel. | 0.00 | 0.00 | 0 | 0 | Travel, Conferencing, Non-Contemporaneous. | All time conceded as Travel by Kaiser / Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 189 | 22 | 4/6/2010 | CB | A | Research CA law pertaining to interest & UCL/draft memo of law | 0.00 | 0.00 | 0 | 0 | UCL, Non-Contemporaneous. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 190 | 22 | 4/7/2010 | CB | A | Research CA law pertaining to interest & UCL/draft memo of law | 0.00 | 0.00 | 0 | 0 | UCL, Non-Contemporaneous. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 192 | 22 | 4/8/2010 | CB | A | Research CA law pertaining to interest & UCL/draft memo of law | 0.00 | 0.00 | 0 | 0 | UCL, Pre-judgment Interest, Non-Contemporaneous. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 202 | 23 | 4/20/2010 | DB | P | Travel to California (9.0) to meet with Mitch Cohen re fees and expenses and interest.; meeting with Tom Greene, Tom Sobol re tomorrow's meeting with Mitch Cohen(3.5) | 2.50 | 0.93 | 7813 | 325 | Pre-judgment Interest, Travel, Fee Petition. | Deducted 9 hours of Travel conceded by Kaiser |
| Barrett LG | 205 | 23 | 4/22/2010 | DB | P | Travel from California to Jackson then to Lexington | 0.00 | 0.00 | 6063 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Barrett LG | 210 | 24 | 4/26/2010 | CB | A | Edit draft Conclusion of Law | 0.00 | 0.00 | 0 | 0 | UCL, Non-Contemporaneous. | Charles Barrett double billed time withdrawn by Kaiser |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~Barrett LG~~ | ~~213~~ | ~~24~~ | ~~4/29/2010~~ | ~~CB~~ | ~~A~~ | ~~Review and edit draft conclusions of law and findings of fact.~~ | 0.00 | 0.00 | 0 | 0 | UCL, Non-Contemporaneous. | Charles Barrett double billed time withdrawn by Kaiser |
| ~~Barrett LG~~ | ~~217~~ | ~~24~~ | ~~5/4/2010~~ | ~~CB~~ | ~~A~~ | ~~Conference call with co-counsel.~~ | 0.00 | 0.00 | 0 | 0 | UCL, Non-Contemporaneous. | Charles Barrett double billed time withdrawn by Kaiser |
| Barrett LG | 238 | 26 | 8/5/2010 | DB | P | Travel from Virginia to MA to meet with Tom Sobol; Return to Lexington, MS | 0.00 | 0 | 3875 | | Travel, Conferencing. | All time conceded as Travel by Kaiser |
| Barrett LG | 277 | 29 | 12/1/2010 | DB | P | Travel home from New York - Kaiser mediation | 0.00 | 0 | 3000 | 0 | Legitimate Work, Travel | All time conceded as Travel by Kaiser |
| Barrett LG | 309 | 31 | 9/19/2011 | DB | P | Travel to Boston for meetings to discuss experts, case strategy and settlement issues. | 0.00 | 0 | 6900 | 0 | Legitimate Work, Travel, Settlement and Mediation | All time conceded as Travel by Kaiser |
| Barrett LG | 312 | 31 | 9/21/2011 | DB | P | Travel from Boston from Jackson(Commercial) | 0.00 | 0.00 | 6750 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Becnel LLP | 1 | 31 | 12/8/2009 | Daniel E. Becnel, Jr. | P | Making travel arrangements for Darryl Becnel and Sal Christina to go to Boston to deposition review in preparation Of the Kaiser trial; discussions with Darryl Becnel and Sal Christinia in reference to the status of the case and arrangements For Boston | 0.00 | 0 | | 0 | Travel, Conferencing, Trial Work. | All time conceded as Travel by Kaiser |
| Becnel LLP | 3 | 31 | 12/12/2009 | Daniel E. Becnel, Jr. | P | Making hotel arrangements for Darryl Becnel and Sal Christina for trip to Boston | 0.00 | 0.00 | | 0 | Travel, Trial Work. | All time conceded as Travel by Kaiser |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Becnel LLP | 5 | 31 | 12/15/2009 | Daniel E. Becnel, Jr. | P | Review of additional information from Don Barrett for the Deposition of Vickie Travis; Trip to airport for flight to L.A. For the deposition; overnight in Dallas | 0.00 | 0.00 | | 0 | Travel, Trial Work. | All time conceded as Travel by Kaiser |
| Becnel LLP | 7 | 31 | 12/17/2009 | Daniel E. Becnel, Jr. | P | Deposition cancelled; return trip to Louisiana | 0.00 | 0.00 | | 0 | Travel, Trial Work. | All time conceded as Travel by Kaiser |
| Becnel LLP | 21 | 35 | 12/13/2009 | Salvadore Christina, Jr | A | Travel to Boston for Kaiser trial depo review | 0.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. | All time conceded as Travel by Kaiser |
| Becnel LLP | 24 | 35 | 12/16/2009 | Salvadore Christina, Jr | A | Travel to New Orleans from Boston | 0.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. | All time conceded as Travel by Kaiser |
| Becnel LLP | 36 | 38 | 12/13/2009 | Darryl Becnel | A | Travel to Boston with Sal Christina to do depo review and designations | 0.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. | All time conceded as Travel by Kaiser |
| Becnel LLP | 39 | 38 | 12/16/2009 | Darryl Becnel | A | Travel back to New Orleans from Boston | 0.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. | All time conceded as Travel by Kaiser |
| C. Barrett | 1 | 5 | 12/1/2009 | Charles Barrett | P | t/c with Don Barrett re: trial deposition designations | 0.10 | 0.00 | | 0 | Conferencing, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 2 | 5 | 12/13/2009 | Charles Barrett | P | travel to Boston for meeting and training at Greene LLP re: trial deposition designations | 6.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| C. Barrett | 3 | 5 | 12/14/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 8.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 4 | 5 | 12/15/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 8.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 5 | 5 | 12/16/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 6.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 6 | 5 | 12/16/2009 | Charles Barrett | P | travel to Nashville, TN following deposition project in Boston, MA | 4.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 7 | 5 | 12/17/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 1.50 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 8 | 5 | 12/22/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 3.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| C. Barrett | 9 | 5 | 12/23/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 4.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 10 | 5 | 12/27/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 2.50 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 11 | 5 | 12/28/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 5.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 12 | 5 | 12/29/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 5.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 13 | 5 | 12/30/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 7.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 14 | 5 | 1/18/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 2.50 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Barrett | 15 | 5 | 1/19/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 5.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 16 | 5 | 1/20/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 4.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 17 | 5 | 1/26/2010 | Charles Barrett | P | conference call with co-counsel re: trial designation project | 1.50 | 0.00 | | 0 | Conferencing, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 18 | 5 | 2/2/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 3.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 19 | 5 | 2/2/2010 | Charles Barrett | P | conference calls with co-counsel on objection project; draft correspondence to cocounsel Alex Peet and David McMullan re: document review project | 1.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 20 | 5 | 2/3/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections | 2.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Barrett | 21 | 5 | 2/4/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections | 5.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 22 | 5 | 2/7/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 3.50 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 23 | 5 | 2/7/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections | 7.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 24 | 5 | 2/8/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections | 8.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 25 | 5 | 2/9/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections; t/c with co-counsel re: deposition designations | 7.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| C. Barrett | 26 | 6 | 2/15/2010 | Charles Barrett | P | travel to Boston, MA for "meet and confer" conference regarding Kaiser's trial exhibit list and Pfizer's trial exhibit list with defense counsel; attend meeting with Kaiser co-counsel re: next day's meet and confer conference with opposing Counsel | 8.00 | 0.00 | | 0 | Legitimate Work, Travel, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 27 | 6 | 2/16/2010 | Charles Barrett | P | attend meet and confer with Pfizer; review and edit trial exhibit list; meeting with co-counsel re: meet and confer conference with opposing counsel | 10.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 28 | 6 | 2/17/2010 | Charles Barrett | P | attend meet and confer with Pfizer; review and edit trial exhibit list; meeting with co-counsel re: meet and confer conference with opposing counsel | 7.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 29 | 6 | 2/17/2010 | Charles Barrett | P | travel from Boston, MA to Nashville, TN | 3.00 | 0.00 | | 0 | Travel, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| C. Barrett | 30 | 6 | 2/18/2010 | Charles Barrett | P | review documents and Pfizer's trial exhibit list and prepare further objections to Pfizer's documents and exhibits; t/c with Don Barrett re: meet and confer Obligations | 3.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 31 | 6 | 2/19/2010 | Charles Barrett | P | review documents and Pfizer's trial exhibit list and prepare further objections to Pfizer's documents and exhibits; t/c with Don Barrett re: meet and confer obligations; draft memorandum to co-counsel | 8.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 32 | 6 | 2/21/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; t/c with Tom Greene re: deposition project | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Barrett | 33 | 6 | 2/22/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co- counsel; edit video depositions; t/c with Lieff, Cabraser personel; exchange email with opposing counsel; prepare edited transcripts containing objections for court review | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 34 | 6 | 2/23/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel re: deposition designations; prepare edited transcripts for court review with objections. | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Barrett | 35 | 6 | 2/24/2010 | Charles Barrett | P | review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co-counsel; edit video depositions; exchange email with co-counsel; prepare edited transcripts for court review with objections; edit opposing counsel's designations | 16.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 36 | 6 | 2/25/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co-counsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| C. Barrett | 37 | 6 | 2/26/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; t/c with Don Barrett re: deposition project; exchange email with opposing counsel; draft edited transcripts for court review; edit opposing counsel's designations | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 38 | 6 | 2/27/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co-counsel; edit video depositions; exchange email with opposing counsel and co- counsel; prepare edited transcripts for court review; review and object to opposing counsel's designations | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| C. Barrett | 39 | 7 | 2/28/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review; review and make objections to opposing counsel's designations. | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 40 | 7 | 3/1/2010 | Charles Barrett | P | review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co-counsel; edit video depositions; prepare edited transcripts for court review | 16.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 41 | 7 | 3/2/2010 | Charles Barrett | P | Meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| C. Barrett | 42 | 7 | 3/3/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 43 | 7 | 3/4/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review; exchange email with co-counsel | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 44 | 7 | 3/5/2010 | Charles Barrett | P | edit video depositions via deposition transcripts; review deposition transcripts for condensing; exchange email with opposing counsel; prepare edited transcripts for court review; tic with co-counsel; exchange email with co-counsel | 16.00 | 0.00 | | 0 | Legitimate Work, Conferencing, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| C. Barrett | 45 | 7 | 3/8/2010 | Charles Barrett | P | review and analyze trial transcripts for upcoming brief | 6.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 46 | 7 | 3/9/2010 | Charles Barrett | P | review and analyze trial transcripts for upcoming brief | 12.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 47 | 7 | 3/15/2010 | Charles Barrett | P | conference call with co-counsel re: upcoming briefing and trial | 1.00 | 0.00 | | 0 | Conferencing, Non-Contemporaneous, Trial Work. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 48 | 7 | 3/16/2010 | Charles Barrett | P | review trial transcripts for preparation for final arguments by co-counsel | 6.00 | 0.00 | | 0 | Legitimate Work, Non-Contemporaneous, Trial Work | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 49 | 7 | 4/1/2010 | Charles Barrett | P | conference call with co-counsel | 0.50 | 0.00 | | 0 | Conferencing, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 50 | 7 | 4/2/2010 | Charles Barrett | P | conference call with co-counsel | 0.50 | 0.00 | | 0 | Conferencing, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 51 | 7 | 4/5/2010 | Charles Barrett | P | travel to NYC for meeting with co-counsel; attend meeting of lead trial counsel re: litigation strategy | 10.00 | 0.00 | | 0 | Travel, Conferencing, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Barrett | 52 | 7 | 4/6/2010 | Charles Barrett | P | research CA law pertaining to interest & UCL; draft memorandum of law for cocounsel; exchange email with co-counsel re: memorandum of law | 8.00 | 0.00 | | 0 | UCL, Conferencing, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 53 | 7 | 4/7/2010 | Charles Barrett | P | research CA law pertaining to interest & UCL; draft memorandum of law for cocounsel; exchange email with co-counsel re: memorandum of law | 8.00 | 0.00 | | 0 | UCL, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 54 | 7 | 4/8/2010 | Charles Barrett | P | research CA law pertaining to interest & UCL; draft memorandum of law for cocounsel; exchange email with co-counsel re: memorandum of law | 8.00 | 0.00 | | 0 | UCL, Conferencing, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 55 | 7 | 4/26/2010 | Charles Barrett | P | research CA law pertaining to interest & UCL; draft memorandum of law for cocounsel; exchange email with co-counsel re: memorandum of law; edit draft Findings of Fact and Conclusions of Law | 0.50 | 0.00 | | 0 | UCL, Conferencing, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 56 | 7 | 4/29/2010 | Charles Barrett | P | review and edit draft conclusions of law and findings of fact | 1.00 | 0.00 | | 0 | UCL, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Barrett | 57 | 7 | 5/4/2010 | Charles Barrett | P | conference call with co-counsel | 0.50 | 0.00 | | 0 | UCL, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| C. Barrett | 58 | 7 | 5/24/2010 | Charles Barrett | P | exchange email correspondence with co-counsel | 0.20 | 0.00 | | 0 | Conferencing, Non-Contemporaneous. | Charles Barrett double billed time challenged by Pfizer as non-contemporaneous |
| Cohen | 9 | 7 | 1/21/2005 | Gibbons, Marlene | A | Revise Neurontin AC; Telephone call with JK and D. Seighman re: AC ter ms. | 1.75 | 1.16 | 744 | 290 | Legitimate Work, Conferencing. | Inconsistency corrected per Paragraph 4 in Cohen Milstein Declaration Kaiser Ex. U |
| Cohen | 13 | 7 | 1/25/2005 | Gibbons, Marlene | A | Review revisions to AC; Telephone call with J. Kaiser. | 1.25 | 0.83 | 531 | 207 | Legitimate Work, Conferencing. | Inconsistency corrected per Paragraph 4 in Cohen Milstein Declaration Kaiser Ex. U |
| Cohen | 57 | 8 | 2/6/2006 | Olson, Steig | A | Research brief for report and rec. | 4.00 | 1.59 | 1200 | 398 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 58 | 8 | 2/7/2006 | Olson, Steig | A | Draft brief re: objection | 4.50 | 1.79 | 1350 | 448 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| Cohen | 59 | 8 | 2/8/2006 | Olson, Steig | A | Draft section for objection | 2.50 | 0.99 | 750 | 249 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 60 | 8 | 2/9/2006 | Olson, Steig | A | Draft, edit opposition brief | 0.75 | 0.30 | 225 | 75 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 61 | 8 | 2/10/2006 | Olson, Steig | A | Revise, distribute draft of cognizable injury section | 1.50 | 0.60 | 450 | 149 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 62 | 8 | 2/13/2006 | Olson, Steig | A | Research, draft secton on 17200 | 9.00 | 3.58 | 2700 | 895 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 63 | 8 | 2/14/2006 | Olson, Steig | A | Research, draft 17200 Section for objection | 5.00 | 1.99 | 1500 | 497 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cohen | 64 | 8 | 2/15/2006 | Olson, Steig | A | Work on objection brief; research; draft; corrdinate; request for additional pages | 3.50 | 1.39 | 1050 | 348 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 67 | 8 | 2/21/2006 | Olson, Steig | A | Draft opposition to R&R; research; edit | 3.00 | 1.19 | 900 | 298 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 68 | 8 | 2/22/2006 | Olson, Steig | A | Edit, research objection brief | 2.00 | 0.80 | 600 | 199 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 162 | 10 | 2/6/2007 | Burns, Jason | PL | Assist co-counsel w/preparation of motion to compel brief per LPN | 5.75 | 4.57 | 1035 | 457 | Conferencing. Legitimate Work. | Mistake corrected per Paragraph 7 in Cohen Milstein Declaration Kaiser Ex. U |
| Cohen | 224 | 12 | 1/5/2005 | Gibbons, Marlene | A | Telephone conference with co-counsel re: Amended Complaint; Telephone call and internal email pre-Kaiser call; Telephone conference with Mitch Cohen re: Kaiser allegations; Telephone conference with D. Seligman and J. Kaiser. | 2.75 | 1.46 | 1169 | 365 | Legitimate Work, Conferencing | Inconsistency corrected per Paragraph 4 in Cohen Milstein Declaration Kaiser Ex. U |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| Cohen | 347 | 14 | 2/14/2006 | Nussbaum, Linda | P | Work re: 17200 piece of draft | 0.75 | 0.30 | 480 | 104 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 355 | 14 | 4/22/2006 | Nussbaum, Linda | P | Read briefs and cases re: argument prep | 1.50 | 0.00 | 960 | 0 | Legitimate Work, UCL | Inconsistency corrected per Paragraph 5 in Cohen Milstein Declaration Kaiser Ex. U |
| Cohen | 393 | 15 | 10/5/2006 | Nussbaum, Linda | P | Attend to Kaiser discovery issues | 0.75 | 0.00 | 480 | 0.00 | Legitimate Work, Vague. | Inconsistency corrected per Paragraph 3 in Cohen Milstein Declaration Kaiser Ex. U |
| Cohen | 407 | 15 | 2/12/2007 | Nussbaum, Linda | P | Attend to Kaiser discovery issues | 1.00 | 0.00 | 650 | 0.00 | Vague, Non-Core. | Inconsistency corrected per Paragraph 3 in Cohen Milstein Declaration Kaiser Ex. U |
| Cohen | 408 | 15 | 2/13/2007 | Nussbaum, Linda | P | Attend to Kaiser discovery issues | 1.00 | 0.00 | 650 | 0.00 | Vague, Non-Core. | Inconsistency corrected per Paragraph 3 in Cohen Milstein Declaration Kaiser Ex. U |
| Cohen | 568 | 19 | 12/9/2005 | Kaiser , Justine | A | Kaiser discovery issues. | 1.75 | 0.00 | 516 | 0 | Vague, Non-Core. | Inconsistency corrected per Paragraph 3 in Cohen Milstein Declaration Kaiser Ex. U |
| Cohen | 588 | 19 | 2/6/2006 | Wangkeo Leung, Kanchana | A | Research cases for objection to R & R. Discussions with Steig Olson re: response (cognizable injury issue). | 7.00 | 3.71 | 1960 | 928 | Legitimate Work, UCL, Conferencing. | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Cohen | 590 | 19 | 2/8/2006 | Wangkeo Leung, Kanchana | A | Research for opposition to R & R | 3.00 | 1.19 | 840 | 298 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 591 | 19 | 2/9/2006 | Wangkeo Leung, Kanchana | A | Review record from criminal guilty plea; civil settlement; complaints; revise draft of opposition | 6.25 | 2.49 | 1750 | 622 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Cohen | 592 | 19 | 2/10/2006 | Wangkeo Leung, Kanchana | A | Organize research and sources used to draft opposition | 0.25 | 0.10 | 70 | 25 | Legitimate Work, UCL | Legitimate work added to the extent the objection involved some arguments regarding "cognizable injury," per paragraph 5 of Pfizer ex. U. |
| Dugan | 15 | 5 | 12/17/2009 | James R. Dugan, II | P | Travel — BOS-MSY | 0.00 | 0.00 | | 0 | Travel, Trial Work. | All time conceded as Travel by Kaiser |
| Dugan | 117 | 11 | 2/21/2010 | James R. Dugan, II | P | Travel —MSY-BOS for trial | 0.00 | 0.00 | | 0 | Travel, Trial Work. | All time conceded as Travel by Kaiser |
| Dugan | 202 | 15 | 12/14/2009 | Douglas R. Plymale, Ph.D. | P | Travel — Houma - BTR-DFW-BOS for deposition designation project | 0.00 | 0.00 | | 0 | Travel, Trial Work. | All time conceded as Travel by Kaiser |
| Dugan | 209 | 15 | 12/17/2009 | Douglas R. Plymale, Ph.D. | P | Travel — BOS-DFW-BTR - Houma 1 | 0.00 | 0.00 | | 0 | Travel, Trial Work. | All time conceded as Travel by Kaiser |
| Dugan | | Ex. Z 10 | 2/23/2010 | James R. Dugan, II | P | Travel – BOS – MSY from trial | 7.00 | 0.00 | | 0 | Travel. | Additional time entry added by Dugan in Reply declaration. |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|------|-------------|-------------|------|--------|------|-----------|-------|----------------|-----------------|------------------|-----------------|------------------|
| Greene | 624 | 54 | 1/20/2010 | PG | NL | Travel from Boston to Oakland | 0.00 | 0.00 | 2438 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 632 | 55 | 1/21/2010 | PG | NL | Travel from hotel to Kaiser | 0.00 | 0.00 | 65 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 635 | 55 | 1/21/2010 | PG | NL | Travel from Kaiser to hotel | 0.00 | 0.00 | 65 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 641 | 55 | 1/22/2010 | PG | NL | Travel from San Francisco to Boston | 0.00 | 0.00 | 2275 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 646 | 55 | 1/22/2010 | PG | NL | Travel from hotel to Kaiser | 0.00 | 0.00 | 65 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 732 | 61 | 2/1/2010 | PG | NL | Travel from Boston to Los Angeles | 0.00 | 0.00 | 2600 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 754 | 63 | 2/2/2010 | PG | NL | Travel from hotel to Kaiser | 0.00 | 0.00 | 163 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 756 | 63 | 2/2/2010 | PG | NL | Travel from Los Angeles to Boston | 0.00 | 0.00 | 1950 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 1462 | 113 | 3/9/2010 | MT | P | Trip to Courthouse with deposition binders | 0.00 | 0.00 | 420 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 1581 | 122 | 3/12/2010 | MT | P | Pick up deposition binders from Kinkos and deliver to Court | 0.00 | 0 | 210 | 0 | Travel, Non-Core. | All time conceded as Travel by Kaiser |
| Greene | 1825 | 139 | 3/25/2010 | IJR | P | Travel to court to assist in answering jury question re: study dates | 0.00 | 0 | 765 | 0 | Legitimate Work, Travel | All time conceded as Travel by Kaiser |
| Greene | 1826 | 139 | 3/25/2010 | IJR | P | Travel to court to assist in answering questioning about damages | 0.00 | 0 | 468 | 0 | Legitimate Work, Travel | All time conceded as Travel by Kaiser |
| Greene | 1906 | 145 | 4/21/2010 | TMG | P | travel from Oakland to Boston | 0.00 | 0.00 | 3575 | 0 | Travel. | All time conceded as Travel by Kaiser |
| Greene | 2046 | 156 | 7/6/2012 | IJR | P | Round trip to courthouse to retrieve RICO binders to ship to Kaiser's appellate counsel | 0.00 | 0.00 | 340 | 0 | Travel, Missing Exhibits. | All time conceded as Travel by Kaiser |

Exhibit R - Pfizer's Adjusted Fee Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Adjusted Hours | Claimed Dollars | Adjusted Dollars | Objection Codes | Change Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hagens | 434 | 43 | 4/6/2010 | TMS | P | Travel back to Boston; | 0.00 | 0.00 | 1200 | 0 | Travel, Non-Contemporaneous. | All time conceded as Travel by Kaiser |
| Hagens | 457 | 44 | 4/20/2010 | TMS | P | Travel to Oakland | 0.00 | 0.00 | 1800 | 0 | Travel, Non-Contemporaneous. | All time conceded as Travel by Kaiser |
| Lieff | 131 | 17 | 1/26/2010 | ALAMEDA, SCOTT | NL | Go to data center to install backup hard drive for Summation repository. | 0.00 | 0.00 | | 0 | Legitimate Work, Travel, Trial Work | All time conceded as Travel by Kaiser |
| Lieff | 221 | 20 | 2/23/2010 | MUKHERJI, RENEE | NL | [NO NARRATIVE IN BILLING SUBMISSION] Locate address and phone for Lloyd Knapp, for D. Seltz. | 0.50 | 0.00 | | 0 | Vague, Legitimate Work, Trial Work. | Scrivner's error by Pfizer |
| Lieff | | Ex.AA 26 | 9/5/2013 | MUKHERJI, RENEE | NL | Research legal billing rates in Boston area, for D. Seltz. | 0.60 | 0.00 | | 0.00 | Fee Petition. | Additional time entry added by Lieff in Reply declaration |
| Lieff | | Ex.AA 26 | 9/5/2013 | SELTZ, DANIEL | P | Emails re fee application; research re national rates. | 1.00 | 0.53 | | 186 | Fee Petition. | Additional time entry added by Lieff in Reply declaration |
| Lieff | | Ex.AA 26 | 9/6/2013 | SELTZ, DANIEL | P | Research for edits to fee brief. | 1.00 | 0.53 | | 186 | Fee Petition. | Additional time entry added by Lieff in Reply declaration |
| Lieff | | Ex.AA 26 | 9/8/2013 | SELTZ, DANIEL | P | Edits to fee brief. | 0.50 | 0.27 | | 93 | Fee Petition. | Additional time entry added by Lieff in Reply declaration |
| Lieff | | Ex.AA 26 | 9/9/2013 | SELTZ, DANIEL | P | Edits to fee brief | 0.50 | 0.27 | | 93 | Fee Petition. | Additional time entry added by Lieff in Reply declaration |