## Changes in the Parties' Expenses Dispute

| Conceded as Undocumented Expenses from Hagens Berman | | |
|---|---|---|
| Total Claimed: | $61,683.91 | See Pl. Ex. X, Sobol. Decl. ¶ 19. |
| Total Undocumented: | $1,957.84 | Conceded as undocumented (See Pl. Ex. X ¶ 19). |

| Conceded as Not Reimburseable by Kaiser | | | | | |
|---|---|---|---|---|---|
| Firm Name | Amount | Description | Biller | Citation | |
| Barrett Law | $63.43 | Sea Grille Beverage | Don Barrett | J-51 | Conceded by Kaiser in the Barret LG Reply Decl. (*See* Ex. S, Barrett Decl. ¶ 11). |
| Barrett Law | $130.00 | Manicure | Don Barrett | J-51 | Conceded by Kaiser in the Barret LG Reply Decl. (See Ex. S, Barrett Decl. ¶ 11). |
| Barrett Law | $365.00 | Sightseeing Tour | Don Barrett | J-54 | Conceded by Kaiser in the Barret LG Reply Decl. (See Ex. S, Barrett Decl. ¶ 11). |
| Barrett Law | $31.68 | Roews Wharf Bar Beverage | Don Barrett | J-54 | Conceded by Kaiser in the Barret LG Reply Decl. (See Ex. S, Barrett Decl. ¶ 11). |
| Barrett Law | $108.32 | Roews Wharf Bar Beverage | Don Barrett | J-55 | Conceded by Kaiser in the Barret LG Reply Decl. (See Ex. S, Barrett Decl. ¶ 11). |
| Barrett Law | $13.64 | Movies | Don Barrett | J-55 | Conceded by Kaiser in the Barret LG Reply Decl. (See Ex. S, Barrett Decl. ¶ 11). |
| Barrett Law | $56.01 | Roews Wharf Bar Beverage | Don Barrett | J-59 | Conceded by Kaiser in the Barret LG Reply Decl. (See Ex. S, Barrett Decl. ¶ 11). |
| Barrett Law | $97.00 | Gift Shop Merchandise | Don Barrett | J-60 | Conceded by Kaiser in the Barret LG Reply Decl. (See Ex. S, Barrett Decl. ¶ 11). |

| Conceded by Pfizer as Not Requested for Reimburesement by Kaiser | | | | | |
|---|---|---|---|---|---|
| Firm Name | Amount | Description | Biller | Citation | |
| Kellogg Huber | $711.80 | First Class: Scott Attaway | Scott Attaway | B-160, 169 | Removed in light of additional documentation in the Kellogg Reply Decl. (See Ex. T, Attaway Decl. ¶ 7). |
| Kaplan Fox | $2,930.40 | Business Class | Linda Nussbaum | D-299 | Removed in light of additional explanation provided in the Kaplan Fox Reply Decl., Ex. V. |
| Kaplan Fox | $936.40 | First Class | Linda Nussbaum | D-299 | Removed in light of additional explanation provided in the Kaplan Fox Reply Decl., Ex. V. |
| Kaplan Fox | $948.40 | First Class | Linda Nussbaum | D-318 | Removed in light of additional explanation provided in the Kaplan Fox Reply Decl., Ex. V. |
| Kaplan Fox | $993.40 | First Class | Linda Nussbaum | D-319 | Removed in light of additional explanation provided in the Kaplan Fox Reply Decl., Ex. V. |
| Kaplan Fox | $903.40 | First Class | Linda Nussbaum | D-319 | Removed in light of additional explanation provided in the Kaplan Fox Reply Decl., Ex. V. |
| Kaplan Fox | $1,264.40 | Business Class | Linda Nussbaum | D-320 | Removed in light of additional explanation provided in the Kaplan Fox Reply Decl. (See Ex. V ¶ 12). |
| Barrett Law | $12.59 | TV | Charles Barrett | J-62 | Removed in light of additional documentation provided in the Barrett LG Reply Decl. (Compare Ex. S, Barrett Decl., at 64 with Ex. J, Barrett Decl., at 62). |
| Barrett Law | $16.79 | Movies | Charles Barrett | J-63 | Removed in light of additional documentation provided in the Barrett LG Reply Decl. (Compare Ex. S, Barrett Decl., at 64 with Ex. J, Barrett Decl., at 62). |
| Barrett Law | $14.69 | Movies | Charles Barrett | J-65 | Removed in light of additional documentation provided in the Barrett LG Reply Decl. (Compare Ex. S, Barrett Decl., at 64 with Ex. J, Barrett Decl., at 62). |

| Additional Expenses Challenged by Pfizer from Hagens Berman New Expense Submission | |
|---|---|
| Hagens Berman Grautitous Meal Expenses From Additional Documentation | |
| New Meal Expenses | $7,520.60 |
| 50% Requested Reduction | $3,760.30 |

**TRAVEL EXPENSES**

**1. Gratuitous Travel Expenses**

| Firm Name | Amount | Description | Biller | Citation | |
|---|---|---|---|---|---|
| Hagens Berman | $16.30 | In-room Entertainment | Tom Sobol | X-45 | Added from additional documentation provided by Hagens Berman. |
| Hagens Berman | $15.21 | In-room Entertainment | Tom Sobol | X-45 | Added from additional documentation provided by Hagens Berman. |
| TOTAL: | $31.51 | | | | |

**2. General Travel Expenses**

| Firm Name | Amount | Citation | |
|---|---|---|---|
| Hagens Berman | $7,551.69 | I-84-95, X-10-15 | Added $3533.80 from additional documentation provided by Hagens Berman. |
| TOTAL: | $7,551.69 | | |

**OVERHEAD EXPENSES**

| Firm Name | Amount | Description | Citation | |
|---|---|---|---|---|
| Hagens Berman | $688.89 | Supplies | I-84-95, X-12 | Added $181.16 from additional documentation provided by Hagens Berman. |
| Hagens Berman | $6,825.00 | HVAC Overtime | I-88, I-92 | Pfizer inadvertantly omitted $5,775 from original submission. |
| Hagens Berman | $2,700.26 | In-house duplication | X at ¶ 17 | Added from additional documentation provided by Hagens Berman. |
| TOTAL: | $10,214.15 | | | |