Exhibit T - Pfizer's Charles Barrett Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| Barrett LG | 13 | 7 | 12/1/2009 | CB | A | TC with Don Barrett | 0.10 | 38 |
| C. Barrett | 1 | 5 | 12/1/2009 | Charles Barrett | P | t/c with Don Barrett re: trial deposition designations | 0.10 | |
| Barrett LG | 26 | 8 | 12/13/2009 | CB | A | Travel to Boston for meeting at Greene LLP | 6.00 | 2250 |
| C. Barrett | 2 | 5 | 12/13/2009 | Charles Barrett | P | travel to Boston for meeting and training at Greene LLP re: trial deposition designations | 6.00 | |
| Barrett LG | 29 | 8 | 12/14/2009 | CB | A | Summarize depos and designate trial testimony | 8.00 | 3000 |
| C. Barrett | 3 | 5 | 12/14/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 8.00 | |
| Barrett LG | 32 | 9 | 12/15/2009 | CB | A | Summarize depos and designate trial testimony | 8.00 | 3000 |
| C. Barrett | 4 | 5 | 12/15/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 8.00 | |
| Barrett LG | 36 | 9 | 12/16/2009 | CB | A | Summarize depos and designate trial testimony ; Travel to Nashville, TN | 10.00 | 3750 |
| C. Barrett | 5 | 5 | 12/16/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 6.00 | |
| C. Barrett | 6 | 5 | 12/16/2009 | Charles Barrett | P | travel to Nashville, TN following deposition project in Boston, MA | 4.00 | |
| Barrett LG | 37 | 9 | 12/17/2009 | CB | A | Summarize depos and designate trial testimony | 1.50 | 563 |
| C. Barrett | 7 | 5 | 12/17/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 1.50 | |
| Barrett LG | 43 | 10 | 12/22/2009 | CB | A | Summarize depos and designate trial testimony | 3.00 | 1125 |
| C. Barrett | 8 | 5 | 12/22/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 3.00 | |
| Barrett LG | 45 | 10 | 12/23/2009 | CB | A | Summarize depos and designate trial testimony | 4.00 | 1500 |
| C. Barrett | 9 | 5 | 12/23/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 4.00 | |
| Barrett LG | 47 | 10 | 12/27/2009 | CB | A | Summarize depos and designate trial testimony | 2.50 | 938 |
| C. Barrett | 10 | 5 | 12/27/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 2.50 | |
| Barrett LG | 48 | 10 | 12/28/2009 | CB | A | Summarize depos and designate trial testimony | 5.00 | 1875 |

Exhibit T - Pfizer's Charles Barrett Spreadsheet

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| C. Barrett | 11 | 5 | 12/28/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 5.00 | |
| Barrett LG | 49 | 10 | 12/29/2009 | CB | A | Summarize depos and designate trial testimony | 5.00 | 1875 |
| C. Barrett | 12 | 5 | 12/29/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 5.00 | |
| Barrett LG | 51 | 10 | 12/30/2009 | CB | A | Summarize depos and designate trial testimony | 7.00 | 2625 |
| C. Barrett | 13 | 5 | 12/30/2009 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 7.00 | |
| Barrett LG | 74 | 12 | 1/18/2010 | CB | A | Summarize depos and designate trial testimony | 2.50 | 938 |
| C. Barrett | 14 | 5 | 1/18/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 2.50 | |
| Barrett LG | 77 | 12 | 1/19/2010 | CB | A | Summarize depos and designate trial testimony | 5.00 | 1875 |
| C. Barrett | 15 | 5 | 1/19/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum | 5.00 | |
| Barrett LG | 79 | 12 | 1/20/2010 | CB | A | Summarize depos and designate trial testimony | 4.00 | 1500 |
| C. Barrett | 16 | 5 | 1/20/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 4.00 | |
| Barrett LG | 88 | 13 | 1/26/2010 | CB | A | Phone call with co-counsel | 1.50 | 563 |
| C. Barrett | 17 | 5 | 1/26/2010 | Charles Barrett | P | conference call with co-counsel re: trial designation project | 1.50 | |
| Barrett LG | 92 | 13 | 2/2/2010 | CB | A | Review defendant's deposition designations for objections | 3.00 | 1125 |
| Barrett LG | 93 | 13 | 2/2/2010 | CB | A | Conference calls with co-counsel on objection project. | 1.00 | 375 |
| C. Barrett | 18 | 5 | 2/2/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 3.00 | |
| C. Barrett | 19 | 5 | 2/2/2010 | Charles Barrett | P | conference calls with co-counsel on objection project; draft correspondence to cocounsel Alex Peet and David McMullan re: document review project | 1.00 | |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| Barrett LG | 97 | 14 | 2/3/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 2.00 | 750 |
| C. Barrett | 20 | 5 | 2/3/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections | 2.00 | |
| Barrett LG | 98 | 14 | 2/4/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 5.00 | 1875 |
| C. Barrett | 21 | 5 | 2/4/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections | 5.00 | |
| Barrett LG | 104 | 15 | 2/7/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 10.50 | 3938 |
| C. Barrett | 22 | 5 | 2/7/2010 | Charles Barrett | P | review and summarize depositions and designate trial testimony from those depositions; draft memorandum; exchange email with co-counsel | 3.50 | |
| C. Barrett | 23 | 5 | 2/7/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections | 7.00 | |
| Barrett LG | 107 | 15 | 2/8/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 8.00 | 3000 |
| C. Barrett | 24 | 5 | 2/8/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections | 8.00 | |
| Barrett LG | 109 | 15 | 2/9/2010 | CB | A | Review defenants' proposed trial exhibit list for objections | 7.00 | 2625 |
| C. Barrett | 25 | 5 | 2/9/2010 | Charles Barrett | P | review defendant's deposition designations for objections; draft memorandum to co-counsel re: these objections; t/c with co-counsel re: deposition designations | 7.00 | |
| Barrett LG | 115 | 16 | 2/15/2010 | CB | A | Travel to Boston for meeting and confer regarding Kaiser trial list | 8.00 | 3000 |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| C. Barrett | 26 | 6 | 2/15/2010 | Charles Barrett | P | travel to Boston, MA for "meet and confer" conference regarding Kaiser's trial exhibit list and Pfizer's trial exhibit list with defense counsel; attend meeting with Kaiser co-counsel re: next day's meet and confer conference with opposing Counsel | 8.00 | |
| Barrett LG | 117 | 16 | 2/16/2010 | CB | A | Attend meeting and confer with Pfizer; review exhibit list | 10.00 | 3750 |
| C. Barrett | 27 | 6 | 2/16/2010 | Charles Barrett | P | attend meet and confer with Pfizer; review and edit trial exhibit list; meeting with co-counsel re: meet and confer conference with opposing counsel | 10.00 | |
| Barrett LG | 119 | 16 | 2/17/2010 | CB | A | Attend meeting and confer with Pfizer; review exhibit list | 10.00 | 3750 |
| C. Barrett | 28 | 6 | 2/17/2010 | Charles Barrett | P | attend meet and confer with Pfizer; review and edit trial exhibit list; meeting with co-counsel re: meet and confer conference with opposing counsel | 7.00 | |
| C. Barrett | 29 | 6 | 2/17/2010 | Charles Barrett | P | travel from Boston, MA to Nashville, TN | 3.00 | |
| Barrett LG | 121 | 16 | 2/18/2010 | CB | A | Review documents and prepare further objections to Pfizer's documents. | 3.00 | 1125 |
| C. Barrett | 30 | 6 | 2/18/2010 | Charles Barrett | P | review documents and Pfizer's trial exhibit list and prepare further objections to Pfizer's documents and exhibits; t/c with Don Barrett re: meet and confer Obligations | 3.00 | |
| Barrett LG | 122 | 16 | 2/19/2010 | CB | A | Prepare for exhibit argument on Monday | 8.00 | 3000 |
| C. Barrett | 31 | 6 | 2/19/2010 | Charles Barrett | P | review documents and Pfizer's trial exhibit list and prepare further objections to Pfizer's documents and exhibits; t/c with Don Barrett re: meet and confer obligations; draft memorandum to co-counsel | 8.00 | |
| Barrett LG | 126 | 17 | 2/21/2010 | CB | A | Trial Preparation | 16.00 | 6000 |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| C. Barrett | 32 | 6 | 2/21/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; t/c with Tom Greene re: deposition project | 16.00 | |
| Barrett LG | 128 | 17 | 2/22/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 33 | 6 | 2/22/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co- counsel; edit video depositions; t/c with Lieff, Cabraser personel; exchange email with opposing counsel; prepare edited transcripts containing objections for court review | 16.00 | |
| Barrett LG | 130 | 17 | 2/23/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 34 | 6 | 2/23/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel re: deposition designations; prepare edited transcripts for court review with objections. | 16.00 | |
| Barrett LG | 132 | 17 | 2/24/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 35 | 6 | 2/24/2010 | Charles Barrett | P | review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co-counsel; edit video depositions; exchange email with co-counsel; prepare edited transcripts for court review with objections; edit opposing counsel's designations | 16.00 | |
| Barrett LG | 133 | 17 | 2/25/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 36 | 6 | 2/25/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co-counsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review | 16.00 | |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| Barrett LG | 135 | 17 | 2/26/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 37 | 6 | 2/26/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; t/c with Don Barrett re: deposition project; exchange email with opposing counsel; draft edited transcripts for court review; edit opposing counsel's designations | 16.00 | |
| Barrett LG | 137 | 17 | 2/27/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 38 | 6 | 2/27/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co-counsel; edit video depositions; exchange email with opposing counsel and co-counsel; prepare edited transcripts for court review; review and object to opposing counsel's designations | 16.00 | |
| Barrett LG | 139 | 18 | 2/28/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 39 | 7 | 2/28/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review; review and make objections to opposing counsel's designations. | 16.00 | |
| Barrett LG | 141 | 18 | 3/1/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 40 | 7 | 3/1/2010 | Charles Barrett | P | review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to co-counsel; edit video depositions; prepare edited transcripts for court review | 16.00 | |
| Barrett LG | 143 | 18 | 3/2/2010 | CB | A | Trial Work | 16.00 | 6000 |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| C. Barrett | 41 | 7 | 3/2/2010 | Charles Barrett | P | Meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review | 16.00 | |
| Barrett LG | 144 | 18 | 3/3/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 42 | 7 | 3/3/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review | 16.00 | |
| Barrett LG | 147 | 18 | 3/4/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 43 | 7 | 3/4/2010 | Charles Barrett | P | meeting with co-counsel re: trial preparation; review deposition transcripts for editing and condensing into trial presentation format; draft memorandum to cocounsel; edit video depositions; exchange email with opposing counsel; prepare edited transcripts for court review; exchange email with co-counsel | 16.00 | |
| Barrett LG | 148 | 18 | 3/5/2010 | CB | A | Trial Work | 16.00 | 6000 |
| C. Barrett | 44 | 7 | 3/5/2010 | Charles Barrett | P | edit video depositions via deposition transcripts; review deposition transcripts for condensing; exchange email with opposing counsel; prepare edited transcripts for court review; tic with co-counsel; exchange email with co-counsel | 16.00 | |
| Barrett LG | 152 | 19 | 3/8/2010 | CB | A | Review trial transcripts for upcoming brief. | 6.00 | 2250 |
| C. Barrett | 45 | 7 | 3/8/2010 | Charles Barrett | P | review and analyze trial transcripts for upcoming brief | 6.00 | |
| Barrett LG | 155 | 19 | 3/9/2010 | CB | A | Review trial transcripts for upcoming brief. 1 | 12.00 | 4500 |
| C. Barrett | 46 | 7 | 3/9/2010 | Charles Barrett | P | review and analyze trial transcripts for upcoming brief | 12.00 | |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| Barrett LG | 163 | 20 | 3/15/2010 | CB | A | Conference call with co-counsel | 1.00 | 375 |
| C. Barrett | 47 | 7 | 3/15/2010 | Charles Barrett | P | conference call with co-counsel re: upcoming briefing and trial | 1.00 | |
| Barrett LG | 165 | 20 | 3/16/2010 | CB | A | Review transcripst for final argument | 6.00 | 2250 |
| C. Barrett | 48 | 7 | 3/16/2010 | Charles Barrett | P | review trial transcripts for preparation for final arguments by co-counsel | 6.00 | |
| Barrett LG | 183 | 22 | 4/1/2010 | CB | A | Conference call with co-counsel | 0.50 | 188 |
| C. Barrett | 49 | 7 | 4/1/2010 | Charles Barrett | P | conference call with co-counsel | 0.50 | |
| Barrett LG | 184 | 22 | 4/2/2010 | CB | A | Conference call with co-counsel | 0.50 | 188 |
| C. Barrett | 50 | 7 | 4/2/2010 | Charles Barrett | P | conference call with co-counsel | 0.50 | |
| Barrett LG | 188 | 22 | 4/5/2010 | CB | A | Travel to NYC for meeting with co-counsel. | 10.00 | 3750 |
| C. Barrett | 51 | 7 | 4/5/2010 | Charles Barrett | P | travel to NYC for meeting with co-counsel; attend meeting of lead trial counsel re: litigation strategy | 10.00 | |
| Barrett LG | 189 | 22 | 4/6/2010 | CB | A | Research CA law pertaining to interest & UCL/draft memo of law | 8.00 | 3000 |
| C. Barrett | 52 | 7 | 4/6/2010 | Charles Barrett | P | research CA law pertaining to interest & UCL; draft memorandum of law for cocounsel; exchange email with co-counsel re: memorandum of law | 8.00 | |
| Barrett LG | 190 | 22 | 4/7/2010 | CB | A | Research CA law pertaining to interest & UCL/draft memo of law | 8.00 | 3000 |
| C. Barrett | 53 | 7 | 4/7/2010 | Charles Barrett | P | research CA law pertaining to interest & UCL; draft memorandum of law for cocounsel; exchange email with co-counsel re: memorandum of law | 8.00 | |
| Barrett LG | 192 | 22 | 4/8/2010 | CB | A | Research CA law pertaining to interest & UCL/draft memo of law | 8.00 | 3000 |
| C. Barrett | 54 | 7 | 4/8/2010 | Charles Barrett | P | research CA law pertaining to interest & UCL; draft memorandum of law for cocounsel; exchange email with co-counsel re: memorandum of law | 8.00 | |
| Barrett LG | 210 | 24 | 4/26/2010 | CB | A | Edit draft Conclusion of Law | 0.50 | 188 |

| Firm | Entry Order | Page number | Date | Biller | Rate | Narrative | Hours | Claimed Dollars |
|---|---|---|---|---|---|---|---|---|
| C. Barrett | 55 | 7 | 4/26/2010 | Charles Barrett | P | research CA law pertaining to interest & UCL; draft memorandum of law for cocounsel; exchange email with co-counsel re: memorandum of law; edit draft Findings of Fact and Conclusions of Law | 0.50 | |
| Barrett LG | 213 | 24 | 4/29/2010 | CB | A | Review and edit draft conclusions of law and findings of fact. | 1.00 | 375 |
| C. Barrett | 56 | 7 | 4/29/2010 | Charles Barrett | P | review and edit draft conclusions of law and findings of fact | 1.00 | |
| Barrett LG | 217 | 24 | 5/4/2010 | CB | A | Conference call with co-counsel | 0.50 | 188 |
| C. Barrett | 57 | 7 | 5/4/2010 | Charles Barrett | P | conference call with co-counsel | 0.50 | |
| C. Barrett | 58 | 7 | 5/24/2010 | Charles Barrett | P | exchange email correspondence with co-counsel | 0.20 | |