Exhibit U - Kaiser Hours by Year

| Year | Total Hours |
|---|---|
| 2004 | 47.65 |
| 2005 | 743.8 |
| 2006 | 512.3 |
| 2007 | 3691.15 |
| 2008 | 652.45 |
| 2009 | 3351.25 |
| 2010 | 12751.03 |
| 2011 | 1134 |
| 2012 | 1867.3 |
| 2013 | 1119.1 |
|  |  |
| Total: | 25870.03 |
| Midpoint:* | 2/27/2010 |

*Half of total hours were billed before and after this date.