UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS/BLUE SHIELD OF LOUISIANA; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; JAN FRANK WITYK; and GARY VARNAM, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>     Defendants. | Judge Patti B. Saris<br><br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE
CLASS PLAINTIFFS' REPLY TO PFIZER'S SURREPLY MEMORANDUM OF LAW
IN FURTHER OPPOSITION TO CLASS PLAINTIFFS' POST-MANDATE MOTION
FOR CLASS CERTIFICATION**

On November 12, 2013, the Defendants filed their Surreply Memorandum of Law in Further Opposition to Class Plaintiffs' Post-Mandate Motion for Class Certification (the "surreply"). The Class Plaintiffs now seek leave to file a brief, ten-page reply to the surreply, and state as follows:

1. The surreply made several points for the first time that could have been raised in the Defendants' principal opposition and that the Class Plaintiffs have not yet had a chance to address.

2. The surreply contains misrepresentations about positions taken by the Class Plaintiffs.

3. The surreply contains misrepresentations about the record and about the holdings of the First Circuit Court of Appeals that led that court to vacate this Court's previous denials of class certification.

4. After the surreply was filed, several issues highly similar to those raised by the Defendants were examined by Judge Young in <u>In re Nexium (Esomeprazole) Antitrust Litigation</u>, 2013 WL 6019287 (D. Mass. Nov. 14, 2013).

5. The Class Plaintiffs have made every effort to make their reply to the surreply as brief as possible.

6. The Class Plaintiffs believe that the memorandum for which they seek leave to file, attached as Exhibit A, would assist the Court with complex issues of law and fact, and with connecting the reasoning of Judge Young in <u>Nexium</u> to issues in contention in the underlying class certification motion.

WHEREFORE, for the reasons set forth above, the Class Plaintiffs should be given leave to file a reply to the Defendants' surreply.

Dated:  December 10, 2013    Respectfully Submitted,

By:

*/s/ Thomas M. Greene*
Thomas M. Greene, BBO # 210020
Greene LLP
One Liberty Square, 12th Floor
Boston, MA 02109
tgreene@greenellp.com

*/s/ Don Barrett*
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
dbarrett@barrettlawgroup.com

*/s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
  Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

                                      */s/ James Dugan*
                                      James Dugan
                                      The Dugan Law Firm
                                      One Canal Street
                                      365 Canal St., Suite 1000
                                      New Orleans, LA 70131
                                      jdugan@dugan-lawfirm.com

                                      */s/ Thomas M. Sobol*
                                      Thomas M. Sobol
                                      Kristen Johnson Parker
                                      Hagens Berman Sobol Shapiro LLP
                                      55 Cambridge Parkway, Suite 301
                                      Cambridge, MA  02142
                                      tom@hbsslaw.com

                                      *Members of the Class Plaintiffs'*
                                      *Steering Committee*

## CERTIFICATE OF SERVICE

     I, Thomas M. Greene, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 10, 2013.

Dated: December 10, 2013                    */s/ Thomas M. Greene*
                                                  Thomas M. Greene

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

     I, Thomas M. Greene, hereby certify that I have conferred with opposing counsel in good faith to attempt to narrow or resolve the issues which are the subject of this motion.

Dated: December 10, 2013                    */s/ Thomas M. Greene*
                                                  Thomas M. Greene