# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>AETNA, INC.,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>PFIZER, INC. and WARNER LAMBERT CO., LLC.<br>　　　　　　　　　　　　Defendants. | MDL DOCKET No. 1629<br><br>MASTER FILE No. 04-10981-PBS<br><br>THE HONORABLE PATTI B. SARIS |

## STIPULATION AND (PROPOSED) ORDER

Plaintiff Aetna, Inc. ("Plaintiff") and Defendants Pfizer, Inc. and Warner Lambert Co., LLC (collectively, "Defendants") state:

A. On July 2, 2013, the Court entered a briefing schedule for Plaintiff's Motion to Preclude Relitigation of Issues and Facts Determined by the *Kaiser* Triers of Fact at Trial. (Dkt. No. 4136.)

B. Pursuant to that schedule, Plaintiff filed its opening brief on September 13, 2013, and Pfizer filed its opposition on October 15, 2013. (Dkt. Nos. 4163, 4171.)

C. On October 31, 2013, the Court modified the briefing schedule to provide that Aetna's reply would be due on November 21, 2013, and Pfizer's surreply would be due on December 20, 2013. (Dkt. 4182.)

D. Pfizer requests an additional one-month extension of its surreply deadline, to and including January 20, 2014. Aetna does not oppose Pfizer's request.

**WHEREFORE, subject to the Court's approval, Plaintiff and Defendants hereby stipulate:**

Defendants' deadline to file a surreply brief in opposition to Aetna's motion is hereby extended to and including January 20, 2014.

Dated: December 13, 2013

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **LOWEY DANNENBERG COHEN & HART, P.C.** |
|---|---|
| By: /s/ Mark S. Cheffo<br>Mark S. Cheffo<br>51 Madison Avenue 22nd Floor<br>(212) 849-7000<br>Email: markcheffo@quinnemanuel.com<br><br>*Attorney for Defendants* | By: /s/ Richard W. Cohen<br>Richard W. Cohen<br>White Plains Plaza<br>One North Broadway, Suite 509<br>White Plains, NY 10601-2310<br>(914) 733-7221<br>Email: rcohen@lowey.com<br><br>*Attorney for Plaintiffs* |

SO ORDERED.

December ____, 2013

_____
HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Mark S. Cheffo, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on December 13, 2013.

Dated:  December 13, 2013               /s/ Mark S. Cheffo
                                        Mark S. Cheffo