

GREENE LLP

One Liberty Square, Suite 1200
Boston, Massachusetts 02109
(617) 261-0040

December 13, 2013

BY MAIL:

Honorable Patti B. Saris
Chief United States District Judge
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way — Suite 2500
Boston, MA 02210

    Re:   <u>Harden Mfg. Co., et al v. Pfizer, Inc., et al</u>, MDL Docket No. 1629

Dear Judge Saris:

   Please be advised that on December 9, 2013 the Supreme Court denied Pfizer's petition for a writ of certiorari in the above-referenced matter. On behalf of plaintiffs Harden Manufacturing Corporation, ASEA/AFSCME Local 52 Health Benefits Trust, and Louisiana Health Service Indemnity Company, d/b/a Blue Cross Blue Shield of Louisiana, I respectfully request that the Court schedule a status conference at its earliest convenience to address the pending motion for class certification.

                             Very truly yours,

                             Thomas M. Greene

TMG/cd
cc:   Mark Cheffo, counsel for Defendants
       Plaintiffs Steering Committee