**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7073**

WRITER'S INTERNET ADDRESS
**markcheffo@quinnemanuel.com**

December 13, 2013

<u>VIA ECF</u>

The Honorable Patti B. Saris
Chief United States District Judge
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

Re:   <u>Harden Manufacturing Corp. v. Pfizer Inc.</u>, MDL No. 1629, Master File # 04-10981-PBS

Dear Chief Judge Saris:

    I write on behalf of Defendants Pfizer Inc. and Warner-Lambert Co., LLC, and in response to Plaintiffs' letter (Doc. # 4199) requesting a status conference regarding the pending motion for class certification.

    Plaintiffs' request is premature. Although Plaintiffs' motion for class certification had been fully briefed for nearly a month, Plaintiffs just three days ago requested leave to file a second reply brief in support of their motion. (*See* Doc. # 4197.) Defendants intend to file an opposition to this request, and their deadline to do so is December 24, 2013. In addition, should the Court allow Plaintiffs to file their proposed second reply, Defendants will request leave to file a supplemental surreply brief in response.

    Accordingly, Defendants request that the Court not schedule a status conference until Defendants have had an opportunity to respond to Plaintiffs' motion for leave and, if necessary, to file a supplemental surreply brief.

Respectfully,

/s/ Mark S. Cheffo
Mark S. Cheffo

cc: All Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG