UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re:   NEURONTIN MARKETING, | : | |
| SALES PRACTICES AND | : | Master File No. 04-10981 |
| PRODUCTS LIABILITY LITIGATION | : | |
| ------------------------------------------------------------x | | Judge Patti B. Saris |
| | : | |
| THIS DOCUMENT RELATES TO: | : | Magistrate Judge Leo T. Sorokin |
| | : | |
| McLendon v. Pfizer, et al. (No. 1:08-cv-12034) | : | |
| ------------------------------------------------------------x | | |

**TEVA PHARMACEUTICALS USA, INC. and IVAX PHARMACEUTICALS, INC.'S SUPPLEMENT TO NOTICE OF SUGGESTION OF DEATH OF <u>PLAINTIFF DENISE MCLENDON</u>**

Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Ivax Pharmaceuticals, Inc. ("Ivax") (collectively, the "Teva Defendants"), submit this supplement to their Notice of Suggestion of Death of Plaintiff Denise McLendon filed November 14, 2013 (ECF No. 4192) (the "Notice").

The Teva Defendants state that they served the Notice upon Ms. McLendon's last known address, and that the mailing was returned to sender on or around December 3, 2013, with a notation on the front that "Denise Has Passed away" and a "DECEASED" stamp. A copy of the returned mailing is attached as Exhibit A.

Accordingly, the Teva Defendants respectfully request that the Court enter a deadline by which a party must move to substitute parties pursuant to Fed. R. Civ. P. 25, or otherwise face dismissal for lack of prosecution.

Dated: December 13, 2013

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.,
IVAX PHARMACEUTICALS, INC.

By their attorneys,

/s/ Chad W. Higgins                .
Chad W. Higgins (BBO #668924)
Richard A. Oetheimer (BBO #377665)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
chiggins@goodwinprocter.com
roetheimer@goodwinprocter.com

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document, filed through the ECF system, will be electronically sent to those indicated on the Notice of Electronic Filing as registered participants, and hard copies will be sent to those indicated as non-registered participants, on December 13, 2013.

/s/  Chad W. Higgins            _

LIBA/2454933.1