UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | Judge Patti B. Saris |

## ASSENTED-TO MOTION FOR
## ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Justin J. Wolosz, a member in good standing of the bar of this Court whose appearance in this action has been filed, respectfully moves for an order granting David S. Weinraub of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, leave to appear and practice on behalf of defendants. As set forth in the attached declaration, Mr. Weinraub is a member in good standing of the bar of each jurisdiction in which he has been admitted to practice, no disciplinary proceedings are pending against him, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Counsel for plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Mr. Weinraub be granted leave to appear and represent defendants in this matter.

Dated: January 10, 2014            /s/ Justin J. Wolosz
                                   Justin J. Wolosz (BBO # 643543)
                                   Ropes & Gray LLP
                                   800 Boylston Street
                                   Boston, MA 02199−3600
                                   Phone: (617) 951-7000
                                   Fax: (617) 951-7050
                                   justin.wolosz@ropesgray.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document has been served pursuant to Case Management Order No. 3.

                                       /s/ Justin J. Wolosz
                                       Justin J. Wolosz

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

    I hereby certify that counsel for the defendants has conferred with counsel for plaintiffs, and that plaintiffs do not oppose this motion.

Dated:  January 10, 2014                By: /s/ Justin J. Wolosz
                                                      Justin J. Wolosz (BBO # 643543)