**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>AETNA, INC. v. PFIZER INC. et al.,<br>04 CV 10958 (PBS) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Aetna, Inc. ("Aetna") and Pfizer Inc., Warner-Lambert Company, LLC, and Parke-Davis, a Division of Warner-Lambert Company (collectively, "Defendants") hereby stipulate and agree that this case be dismissed with prejudice, with each party bearing their respective costs, including attorneys' fees and other expenses of this litigation.   Aetna further stipulates and agrees that its pending Motion to Preclude Relitigation of Issues and Facts Determined by the Kaiser Triers of Fact at Trial (ECF Doc. No. 4162) is hereby withdrawn.

Dated:  January 10, 2014

Respectfully submitted,

LOWEY DANNENBERG COHEN
 & HART, P.C.

BY: /s/ Richard W. Cohen
     Richard W. Cohen
     Peter D. St. Phillip
     Gerald Lawrence
     Uriel Rabinovitz

One North Broadway
White Plains, NY 10601
(914) 997-0500
rcohen@lowey.com
*Attorneys for Aetna Inc.*

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000
Email:  markcheffo@quinnemanuel.com
*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I, Mark S. Cheffo, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on January 10, 2014.

Dated:  January 10, 2014                    /s/ Mark S. Cheffo
                                            Mark S. Cheffo