UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) |

MDL DOCKET NO. 1629
CIVIL ACTION NO. 04-10981

**MOTION FOR ENTRY OF CASE MANAGEMENT ORDER SUPERVISING SETTLEMENT DISCUSSION AND ESTABLISHING COMMON BENEFIT ACCOUNT**

The Class Plaintiffs Steering Committee respectfully moves for entry of an order supervising settlement discussion and establishing a common benefit account.  The grounds for this motion are set forth in the accompanying Memorandum of Law and Declaration of Michael Tabb.  A proposed order is attached hereto.

Dated: January 21, 2014

Respectfully submitted,

By:     /s/ Thomas Greene
        Thomas M. Greene, BBO # 210020
        Greene LLP
        One Liberty Square, 12th Floor
        Boston, MA 02109
        tgreene@greenellp.com

        Plaintiffs' Liaison Counsel

        /s/ Don Barrett
        Don Barrett
        Barrett Law Office
        404 Court Square North
        P.O. Box 987
        Lexington, MS 39095
        dbarrett@barrettlawgroup.com

*/s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
 Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

*/s/ James Dugan*
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

*/s/ Thomas M. Sobol*
Thomas M. Sobol
Kristen Johnson Parker
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
tom@hbsslaw.com

***Members of the Class Plaintiffs'
Steering Committee***

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas M. Greene, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 21, 2014.

Dated: January 21, 2014

*/s/ Thomas Greene*
Thomas M. Greene