# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| HARDEN MANUFACTURING CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER INC., et al.,<br><br>    Defendants. | |
| KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER INC., et al.,<br><br>    Defendants. | |

## PFIZER'S UNOPPOSED MOTION TO RESCHEDULE
## HEARINGS CURRENTLY SET FOR FEBRUARY 10, 2014

Defendants Pfizer Inc. and Warner-Lambert Company, LLC ("Pfizer") request that hearings currently set for February 10, 2014, be rescheduled to February 19 or 20, 2014.

As grounds for this request, Pfizer states as follows:

1. This Court recently scheduled hearings on February 10, 2014, regarding Harden's motion for class certification [4153] and Kaiser's motion for an award of attorneys' fees and costs [4165]. (*See* Electronic Order of 1/8/14 [4207].)[1]

---

[1] The Court also scheduled a February 10 hearing regarding Aetna's Motion to Preclude Relitigation of Issues and Facts Determined by the Kaiser Triers of Fact at Trial [4162]. However, the parties later stipulated to the withdrawal of Aetna's motion and dismissal of its claims. (*See* Stipulation of Dismissal [4209].)

2. I plan to argue one or both of these motions on behalf of Pfizer. However, that same day, I am also scheduled to argue a Second Circuit appeal in the case of *United States of America v. Pfizer, Inc.*, Case No. 12-5008-cv (2d. Cir.).

3. Accordingly, Pfizer respectfully requests that the February 10 hearings in this case be rescheduled to a date mutually convenient to the Court and the parties. Counsel for the Harden and Kaiser plaintiffs have advised that they are available on February 19 and 20, 2014, and they do not oppose Pfizer's request for an adjournment to one of those dates.

WHEREFORE, for the reasons set forth above, Pfizer requests that the hearings currently set for February 10, 2014, regarding Harden's motion for class certification [4153] and Kaiser's motion for an award of attorneys' fees and costs [4165] be rescheduled to February 19 or 20, 2014.

Dated: January 24, 2014

Respectfully submitted,

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000
Email:  markcheffo@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I, Mark S. Cheffo, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on January 24, 2014.

Dated: January 24, 2014

/s/ Mark S. Cheffo
Mark S. Cheffo