UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) | MDL DOCKET NO. 1629 MASTER CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) ) ) ) ) | HONORABLE PATTI B. SARIS, UNITED STATES DISTRICT JUDGE HONORABLE LEO T. SOROKIN, UNITED STATES MAGISTRATE JUDGE |

**MOTION TO UNSEAL MOTION OF KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITAL FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT AND ALL SUPPORTING FILINGS**

Pursuant to this Court's January 21, 2010, "Standing Procedural Order Re: Sealing Court Documents," Plaintiffs Assurant Health, Inc., Blue Cross and Blue Shield of Florida, Inc., Louisiana Health Service & Indemnity Company, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of Minnesota, CareFirst, Inc., Excellus Health Plan, Inc., Federated Mutual Insurance Company, Group Health of Oklahoma, Health Care Service Corporation, Mutual of Omaha Insurance Company, Trustmark Insurance Company, Wellchoice, Inc. and Wellchoice of New Jersey, Inc. (collectively, "Assurant Plaintiffs"), by counsel, respectfully move for an Order to unseal the Motion of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospital for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act, supporting Memorandum, and supporting Declaration of Linda P. Nussbaum, which documents were filed on September 16, 2013, at Docket Item Numbers 4165 to 4167.

WHEREFORE, Assurant Plaintiffs respectfully request that the Court unseal the documents at Docket Items Numbers 4165 to 4167.

Respectfully submitted,

Dated:  January 29, 2014        **BLANK ROME LLP**

/s/ W. Scott Simmer
W. Scott Simmer
Watergate 600 New Hampshire Avenue NW
Washington, DC  20037
Phone:  202.772.5967
Fax:      202.572.8412
Email:  simmer@blankrome.com

*Counsel for Plaintiffs Assurant Health, Inc., Blue Cross and Blue Shield of Florida, Inc., Louisiana Health Service & Indemnity Company, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of Minnesota, CareFirst, Inc., Excellus Health Plan, Inc., Federated Mutual Insurance Company, Group Health of Oklahoma, Health Care Service Corporation, Mutual of Omaha Insurance Company, Trustmark Insurance Company, Wellchoice, Inc. and Wellchoice of New Jersey, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 29, 2014, I filed the foregoing document via this Court's CM/ECF system, which caused notice of filing to be sent electronically to counsel of record for all ECF-registered parties, in accordance with Case Management Order No. 3 (Mar. 18, 2005).

                    */s/ W. Scott Simmer*