UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) | MDL DOCKET NO. 1629 MASTER CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) ) ) | [PROPOSED] ORDER |

AND NOW, this ___ day of _____, 2014, upon consideration of the request to unseal the Motion of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospital for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act, supporting Memorandum, and supporting Declaration of Linda P. Nussbaum, which motion and supporting documents were filed on September 16, 2013,

IT IS HEREBY ORDERED that the documents at Docket Item Numbers 4165 to 4167 are unsealed, and the Clerk of Court is hereby directed to render them publicly available.

_____
Honorable Patti B. Saris
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2014, I filed the foregoing document via this Court's CM/ECF system, which caused notice of filing to be sent electronically to counsel of record for all ECF-registered parties, in accordance with Case Management Order No. 3 (Mar. 18, 2005).

/s/ W. Scott Simmer