UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) | MDL DOCKET NO. 1629 MASTER CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS ) ) ) ) ) ) ) ) | HONORABLE PATTI B. SARIS, UNITED STATES DISTRICT JUDGE  HONORABLE LEO T. SOROKIN, UNITED STATES MAGISTRATE JUDGE |

**MOTION FOR TWO-WEEK EXTENSION OF DEADLINE TO OPPOSE MOTION FOR ENTRY OF CASE MANAGEMENT ORDER SUPERVISING SETTLEMENT DISCUSSION AND ESTABLISHING COMMON BENEFIT ACCOUNT**

Plaintiffs Assurant Health, Inc., Blue Cross and Blue Shield of Florida, Inc., Louisiana Health Service & Indemnity Company, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of Minnesota, CareFirst, Inc., Excellus Health Plan, Inc., Federated Mutual Insurance Company, Group Health of Oklahoma, Health Care Service Corporation, Mutual of Omaha Insurance Company, Trustmark Insurance Company, Wellchoice, Inc. and Wellchoice of New Jersey, Inc. (collectively, "Assurant Plaintiffs"), by counsel, respectfully move for an Order to extend the deadline by which they must oppose the Motion for Entry of a Case Management Order Supervising Settlement Discussions and Establishing Common Benefit Account [Docket Item Number 4211] from February 4, 2014, to February 18, 2014.  The grounds for this motion are set forth in the accompanying Memorandum.  A proposed order is attached hereto.

Respectfully submitted,

Dated:  January 31, 2014        **BLANK ROME LLP**

/s/ W. Scott Simmer
W. Scott Simmer
Watergate 600 New Hampshire Avenue NW
Washington, DC  20037
Phone:  202.772.5967
Fax:     202.572.8412
Email:  simmer@blankrome.com

*Counsel for Plaintiffs Assurant Health, Inc., Blue Cross and Blue Shield of Florida, Inc., Louisiana Health Service & Indemnity Company, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of Minnesota, CareFirst, Inc., Excellus Health Plan, Inc., Federated Mutual Insurance Company, Group Health of Oklahoma, Health Care Service Corporation, Mutual of Omaha Insurance Company, Trustmark Insurance Company, Wellchoice, Inc. and Wellchoice of New Jersey, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I filed the foregoing document via this Court's CM/ECF system, which caused notice of filing to be sent electronically to counsel of record for all ECF-registered parties, in accordance with Case Management Order No. 3 (Mar. 18, 2005).

/s/ W. Scott Simmer

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that I conferred with counsel in the PSC in a good faith attempt to narrow or resolve the issue presented by this motion but was unable to do so.

/s/ W. Scott Simmer