UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) | MDL DOCKET NO. 1629 MASTER CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | ) ) ) ) ) ) ) ) | HONORABLE PATTI B. SARIS, UNITED STATES DISTRICT JUDGE  HONORABLE LEO T. SOROKIN, UNITED STATES MAGISTRATE JUDGE |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of the Motion of Plaintiffs Assurant Health, Inc., Blue Cross and Blue Shield of Florida, Inc., Louisiana Health Service & Indemnity Company, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of Minnesota, CareFirst, Inc., Excellus Health Plan, Inc., Federated Mutual Insurance Company, Group Health of Oklahoma, Health Care Service Corporation, Mutual of Omaha Insurance Company, Trustmark Insurance Company, Wellchoice, Inc. and Wellchoice of New Jersey, Inc. (collectively, "Assurant Plaintiffs") for Two-Week Extension of Deadline to Oppose Motion for Entry of a Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account, and any opposition thereto,

IT IS HEREBY ORDERED that the Assurant Plaintiffs' opposition to the Motion for Entry of a Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account [D.I. 4211] must be filed on or before February 18, 2014.

_____
Honorable Patti B. Saris
United States District Judge