UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------ x
                                                                   )
IN RE NEURONTIN MARKETING AND SALES                                )
PRACTICES LITIGATION                                               )   MDL Docket No. 1629
                                                                   )
------------------------------------------------------------------ x
                                                                   )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                          )
ALL ACTIONS                                                        )   Honorable Patti B. Saris
------------------------------------------------------------------ x
```

**UNOPPOSED MOTION OF AETNA, INC. TO EXTEND THE TIME TO
FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR
ENTRY OF CASE MANAGEMENT ORDER SUPERVISING SETTLEMENT
DISCUSSION AND ESTABLISHING COMMON BENEFIT ACCOUNT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Aetna, Inc. ('Aetna") respectfully moves for a fourteen (14) day extension of time, until February 18, 2014, to file its opposition to Plaintiffs' Motion For Entry of Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account. In further support of this motion, Aetna states as follows:

1. On January 21, 2014, Plaintiffs' filed a Motion for Entry of Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account. Dkt. No. 4211.

2. Pursuant to Local Rule 7.1(b)(2), Aetna's opposition to the motion must be filed by February 4, 2014.

3. Movants consent to the extension of time.

4. A Proposed Order is attached.

WHEREFORE, Aetna respectfully requests the Court grant it an extension of time of fourteen (14) days, until February 18, 2014, to file its opposition to Plaintiffs' motion.

1

Dated:  February 2, 2014

                                              LOWEY DANNENBERG COHEN & HART, P.C.

                                              BY:    **/s/ Gerald Lawrence**
                                              Richard W. Cohen
                                              Gerald Lawrence
                                              Peter D. St. Phillip
                                              One North Broadway
                                              White Plains, NY  10601
                                              (914) 997-0500 – Telephone
                                              (914) 997-0035 – Facsimile

                                              *Attorneys for Aetna, Inc.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 2, 2014.

                                              /s/ Gerald Lawrence