UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------- x
                                                                       )
IN RE NEURONTIN MARKETING AND SALES                                    )
PRACTICES LITIGATION                                                   )   MDL Docket No. 1629
                                                                       )
---------------------------------------------------------------------- x
                                                                       )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                              )
ALL ACTIONS                                                            )   Honorable Patti B. Saris
---------------------------------------------------------------------- x

## [PROPOSED] ORDER

AND NOW, this _____ day of February, 2014, upon consideration of the Unopposed Motion of Aetna, Inc. to Extend the Time to File its Opposition to Plaintiffs' Motion for Entry of a Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account,

IT IS HEREBY ORDERED that Aetna, Inc.'s motion is GRANTED. Aetna, Inc.'s opposition to Plaintiffs' Motion for Entry of a Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account (Doc. No. 4211) shall be filed on or before February 18, 2014.

　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　 Honorable Patti B. Saris
　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge

4