**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | Chief Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |

**PFIZER'S MOTION FOR TWO-WEEK EXTENSION OF DEADLINE TO OPPOSE
MOTION FOR ENTRY OF CASE MANAGEMENT ORDER SUPERVISING
SETTLEMENT DISCUSSION AND ESTABLISHING COMMON BENEFIT ACCOUNT**

Defendants Pfizer Inc. and Warner-Lambert Company, LLC ("Pfizer") respectfully move for an Order to extend the deadline by which they must oppose the Motion for Entry of a Case Management Order Supervising Settlement Discussions and Establishing Common Benefit Account ("Motion for CMO") [4211] from February 4, 2014, to February 18, 2014.

As grounds for this request, Pfizer states as follows:

1.      On January 21, 2014, Plaintiffs' Liaison Counsel and Members of the Class Plaintiffs' Steering Committee filed their Motion for CMO.  Pursuant to this Court's Local Rule 7.1(b)(2), responses to that motion are due within fourteen days, i.e., on or before February 4, 2014.

2.      Plaintiffs in two different cases in this multi-district litigation both filed motions requesting a 14-day extension of their deadline to respond to the Motion for CMO.  (*See* Assurant Plaintiffs' Motion for Two-Week Extension of Deadline [4218]; Aetna's Assented-to Motion for Extension of Time [4220].)  On February 3, 2014, this Court granted the requested deadline extension.  (*See* Electronic Order of 2/3/2014 [4221].)

3.      In an abundance of caution, Pfizer requests an order confirming that the same 14-day extension also applies to Pfizer's deadline to respond to the Motion for CMO.  Pfizer submits that having all parties on the same briefing schedule would be more convenient for the Court and parties, and that no party would be prejudiced by such coordinated briefing.

WHEREFORE, for the reasons set forth above, Pfizer requests an extension to and including February 18, 2014, of its deadline to respond to the Motion for Entry of a Case Management Order Supervising Settlement Discussions and Establishing Common Benefit Account [4211].

Dated:  February 3, 2014                               Respectfully submitted,

                                                       QUINN EMANUEL URQUHART
                                                         & SULLIVAN, LLP

                                                       By: /s/ David Weinraub
                                                            David Weinraub

                                                       51 Madison Avenue, 22nd Floor
                                                       New York, NY  10010
                                                       (212) 849-7000
                                                       Email:  davidweinraub@quinnemanuel.com

                                                       *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on February 3, 2014.

Dated:  February 3, 2014                               /s/ David Weinraub

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I conferred with Plaintiffs' Liaison Counsel and Members of the Class Plaintiffs' Steering Committee in a good faith attempt to narrow or resolve the issue presented by this motion but was unable to do so.

Dated:  February 3, 2014                               /s/ David Weinraub