UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) | MDL DOCKET NO. 1629 MASTER CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS ) ) ) ) ) ) ) ) | HONORABLE PATTI B. SARIS, UNITED STATES DISTRICT JUDGE  HONORABLE LEO T. SOROKIN, UNITED STATES MAGISTRATE JUDGE |

## NOTICE OF APPEARANCE

Comes now Mary Ann Mullaney of the law firm Blank Rome LLP and hereby enters her appearance in the above captioned litigation on behalf of plaintiffs Assurant Health, Inc., Blue Cross and Blue Shield of Florida, Inc., Louisiana Health Service & Indemnity Company, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of Minnesota, CareFirst, Inc., Excellus Health Plan, Inc., Federated Mutual Insurance Company, Group Health of Oklahoma, Health Care Service Corporation, Mutual of Omaha Insurance Company, Trustmark Insurance Company, Wellchoice, Inc. and Wellchoice of New Jersey, Inc.

Respectfully submitted,

Dated:  February 6, 2014            **BLANK ROME LLP**

　　　　　　　　　　　　　　　　　　 /s/ Mary Ann Mullaney
　　　　　　　　　　　　　　　　　 Mary Ann Mullaney
　　　　　　　　　　　　　　　　　 PA Bar No. 60503, NJ Bar No. 023041990
　　　　　　　　　　　　　　　　　 Blank Rome LLP
　　　　　　　　　　　　　　　　　 One Logan Square
　　　　　　　　　　　　　　　　　 130 North 18 Street
　　　　　　　　　　　　　　　　　 Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　 Telephone: (215) 569-5598
　　　　　　　　　　　　　　　　　 Fax:  (215) 832-5598
　　　　　　　　　　　　　　　　　 Mullaney@BlankRome.com

129889.00601/22285892v.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2014, I filed the foregoing document via this Court's CM/ECF system, which caused notice of filing to be sent electronically to counsel of record for all ECF-registered parties, in accordance with Case Management Order No. 3 (Mar. 18, 2005).

/s/ W. Scott Simmer

129889.00601/22285892v.1