UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Dkt. No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**KAISER PLAINTIFFS' OPPOSITION TO ASSURANT PLAINTIFFS' MOTION TO UNSEAL KAISER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND ALL SUPPORTING FILINGS (ECF 4216)**

Kaiser opposes Assurant's motion to unseal in its totality Kaiser's motion for attorneys' fees and costs, and papers in support (ECF 4216), particularly Kaiser's individual confidential client bills and invoices, (ECF 4167 & 4166-1 through 4166-15), which are presently under seal, and which should remain so.[1] If these materials are made public, Kaiser would suffer significant prejudice. On the other hand, Kaiser takes no position on whether the billing and expense records of PSC class counsel,[2] associated for purposes of trial, should remain under seal.

---

[1] Kaiser's individual current or former counsel for which billing and expense records were submitted are: Grant & Eisenhofer PA; Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC; Cohen Milstein Sellers & Toll PLLC; Kaplan Fox & Kilsheimer LLP; Nussbaum LLP; Radice Law Firm, PC; and Shapiro Haber & Urmy LLP. (ECF 4167 & 4166-1 through 4166-15.)

[2] Associated PSC class counsel for which billing and expense records were submitted are Greene LLP, Hagens Berman Sobol Shapiro LLP, Barrett Law Group, P.A., Becnel Law Firm, LLC, Charles Barrett, P. C., Dugan Law Firm, Lieff, Cabraser, Heimann & Bernstein LLP, Lovelace Law Firm, P.A., and Thrash Law Firm, P.A. In addition, certain expense records of the PSC were submitted. (ECF 4166-16 through 4166-27.)

Since Assurant's motion is based solely on its need for PSC class counsel's billing records, to the extent that any records are made public, only those of PSC class counsel, (ECF 4166-16 through 4166-27), should be unsealed.

Assurant's asserted need is for access to PSC class counsel's billing records.  On January 21, 2014, PSC class counsel filed a Motion for Entry of Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account, (ECF 4211).  By their motion, PSC class counsel seeks to hold back 30% of any recovery by Assurant.  (ECF 4212 at 14.)  Kaiser did not make or join in the motion.  Assurant objects to PSC class counsel's motion, and states that it needs PSC class counsel's billing records in order to prepare an opposition their motion.  Assurant argues it needs access to Kaiser's motion papers because they document "work performed, and/or expenditures made, by the PSC."  (ECF 4217 at 3.)  Assurant contends that it "must have access to information concerning separate efforts by the PSC to be reimbursed and compensated for work it performed in this MDL."  (*Id*. at 5.)  Assurant does not argue that it needs access to work performed, and/or expenditures made, by Kaiser's individual counsel; nor could it.  Kaiser is an individual plaintiff.

Assurant's request to unseal is thus overbroad.  Kaiser's moving papers, which are presently under seal, reflect both the time and expense records of its individual counsel and associated PSC class counsel.  At most, Assurant's need is for the records of certain PSC members submitted with the application, which are: Greene LLP, Hagens Berman Sobol Shapiro LLP, Barrett Law Group, P.A., Becnel Law Firm, LLC, Charles Barrett, P. C., Dugan Law Firm, Lieff, Cabraser, Heimann & Bernstein LLP, Lovelace Law Firm, P.A., and Thrash Law Firm, P.A.  In addition, the PSC, as a group, submitted certain expense records.  (*See* ECF 4166-16 through 4166-27.)

Kaiser would suffer significant prejudice if its private attorney records of fees and expenses were to be made public for reasons solely related to a dispute between Assurant, on the one hand, and the PSC, on the other.  Kaiser is an individual plaintiff.  While certain class counsel were associated for purposes of the trial, Kaiser has retained its own individual counsel throughout this MDL, which it now has litigated through trial and appeal.

Kaiser's individual current or former counsel for which billing and expense records were submitted, and whose billing and expense records remain under seal are: Grant & Eisenhofer PA; Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC; Cohen Milstein Sellers & Toll PLLC; Kaplan Fox & Kilsheimer LLP; Nussbaum LLP; Radice Law Firm, PC; and Shapiro Haber & Urmy LLP.  (*See* ECF 4167 & 4166-1 through 4166-15.)  None of the records of these counsel should be made public, and they should remain under seal.

To facilitate the Court's consideration, the following two charts separately identify the billing and expense records by ECF Number and by Exhibit for: (1) Kaiser individual counsel, and (2) PSC class counsel.

The first chart lists Kaiser's individual counsel submissions.  The documents on this list should remain under seal.

The second chart lists associated class counsel submissions, for which Kaiser takes no position on unsealing.

## CHART 1

## DECLARATIONS OF KAISER'S INDIVIDUAL COUNSEL THAT SHOULD REMAIN UNDER SEAL

| Document | ECF No. | Exhibit |
|---|---|---|
| Declaration of Linda P. Nussbaum Concerning Fees of Grant & Eisenhofer P.A. | 4166-1 | A |
| Declaration of Scott K. Attaway of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. | 4166-2 | B |
| Declaration of Cohen Milstein Sellers & Toll PLLC in Support of Kaiser's Motion for Attorneys' Fees and Costs | 4166-3<br>4166-4<br>4166-5<br>4166-6<br>4166-7<br>4166-8 | C |
| Declaration of Richard J. Kilsheimer of Kaplan Fox & Kilsheimer LLP in Support of Kaiser's Motion for Attorneys' Fees and Costs | 4166-9<br>4166-10<br>4166-11<br>4166-12 | D |
| Declaration of John D. Radice in Support of Kaiser's Motion for Attorneys' Fees on behalf of Nussbaum LLP | 4166-13 | E |
| Declaration of John D. Radice in Support of Kaiser's Motion for Attorneys' Fees on behalf of Radice Law Firm, P.C. | 4166-14 | F |
| Affidavit of Thomas G. Shapiro on Behalf of Shapiro Haber & Urmy LLP in Support of Application for Award of Attorneys' Fees and Expenses | 4166-15 | G |
| Declaration of Linda P. Nussbaum in Support of Motion of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals for Attorneys' Fees and Costs Pursuant to the Racketeer Influenced and Corrupt Organizations Act | 4167 | |

# CHART 2

## DECLARATIONS OF PSC CLASS COUNSEL

| Document | ECF | Exhibit |
|---|---|---|
| Declaration of Thomas M. Greene on behalf of Greene LLP in Support of Kaiser's Motion for Attorneys' Fees and Costs (including records of Kaiser's fees and expenses) | 4166-16 | H |
| Declaration of Thomas M. Sobol on behalf of Hagens Berman Sobol Shapiro LLP in Support of Kaiser's Motion for Attorneys' Fees and Costs (including records of Kaiser's fees and expenses) | 4166-17<br>4166-18<br>4166-19 | I |
| Declaration of John W. Barrett in Support of Application for Attorneys' Fees and Expenses Filed on Behalf of Barrett Law Group, P.A. (including records of Kaiser's fees and expenses) | 4166-20 | J |
| Declaration of Daniel E. Becnel, Jr. on Behalf of The Becnel Law Firm, LLC (including records of Kaiser's fees and expenses) | 4166-21 | K |
| Affidavit of Charles Barrett on Behalf of Charles Barrett, P.C. (including records of Kaiser's fees and expenses) | 4166-22 | L |
| Declaration of James R. Dugan, II and the Dugan Law Firm in Support of Kaiser's Motion for Attorneys' Fees and Costs(including records of Kaiser's fees and expenses) | 4166-23 | M |
| Declaration of Elizabeth J. Cabraser on Behalf of Lieff, Cabraser, Heimann & Bernstein in Support of Plaintiff's Application for Attorneys' Fees and Reimbursement of Costs (including records of Kaiser's fees and expenses) | 4166-24 | N |
| Affidavit of Alex Peet on behalf of Lovelace Law Firm, P.A. (including records of Kaiser's fees and expenses) | 4166-25 | O |
| Declaration of Thomas P. Thrash on Behalf of Thrash Law Firm, P.A. in Support of Kaiser's Motion for Attorneys' Fees and Costs (including records of Kaiser's fees and expenses) | 4166-26 | P |
| Declaration of Thomas M. Sobol on Behalf of Class Plaintiffs' Steering Committee in Support of Kaiser's Motion for Attorneys' Fees and Costs (including records of Kaiser's fees and expenses) | 4166-27 | Q |

## CONCLUSION

For the foregoing reasons, Assurant's motion to unseal, (ECF 4216), should be denied.

Alternatively, only those declarations of PSC counsel members, as set forth in Chart 2 (ECF 4166-16 through 4166-27), should be unsealed.

Kaiser's individual counsel declarations, (ECF 4167 & 4166-1 through 4166-15), should remain under seal.

Dated: February 11, 2014

                                                                                  By:/s/ *Linda P. Nussbaum*
Linda P. Nussbaum *(pro hac vice)*
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel.  646-722-8500
Fax.  646-722-8501
lnussbaum@gelaw.com

*Attorney for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system on February 11, 2014. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: February 11, 2014

                                                By:/s/  *Linda P. Nussbaum*
                                                    Linda P. Nussbaum *(pro hac vice)*
                                                    GRANT & EISENHOFER P.A.
                                                    485 Lexington Avenue
                                                    New York, NY 10017
                                                    Tel.  646-722-8500
                                                    Fax.  646-722-8501
                                                    lnussbaum@gelaw.com

                                                    *Attorney for Plaintiffs Kaiser Foundation*
                                                    *Health Plan, Inc. and Kaiser Foundation*
                                                    *Hospitals*