UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**STIPULATION OF ALL PARTIES TO EXTEND THE TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF CASE MANAGEMENT ORDER SUPERVISING SETTLEMENT DISCUSSION AND ESTABLISHING COMMON BENEFIT ACCOUNT UNTIL MARCH 31, 2014**

All interested parties, including class Plaintiffs, by and through the Class Plaintiffs' Steering Committee (the "PSC"), Plaintiff Aetna, Inc. ("Aetna"), Plaintiffs Assurant Health, Inc., Blue Cross and Blue Shield of Florida, Inc., Louisiana Health Service & Indemnity Company, Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan, Blue Cross Blue Shield of Minnesota, CareFirst, Inc., Excellus Health Plan, Inc., Federated Mutual Insurance Company, Group Health of Oklahoma, Health Care Service Corporation, Mutual of Omaha Insurance Company, Trustmark Insurance Company, Wellchoice, Inc. and Wellchoice of New Jersey, Inc. (collectively, the "Assurant Plaintiffs"), and Defendants Pfizer Inc. and Warner-Lambert Company, LLC ("Pfizer") hereby stipulate and respectfully move for an Order to extend the deadline by which parties must respond to the PSC's Motion for Entry of Case Management Order Supervising Settlement Discussions and Establishing Common Benefit Account (the "Motion for CMO") [Dkt. 4211] from February 18, 2014 until March 31, 2014.

As grounds for this request, the parties state as follows:

1. On January 21, 2014, the PSC filed their Motion for CMO.

2. Each of Aetna, the Assurant Plaintiffs and Pfizer moved separately requesting a 14-day extension of the deadline to response to the Motion for CMO until February 18, 2014. [Dkt 4218, 4220, 4222 respectively].

3. The Court granted each of those motions, setting a response date of February 18, 2014. [Dkt 4221, 4223].

4. The parties have since conferred and have agreed to stipulate to a further extension of the deadline to file responses to the Motion for CMO from February 18, 2014 to March 31, 2014 in order to give each party an opportunity to fully respond to the issues raised by the motion.

WHEREFORE, for the reasons set forth above, the parties request an extension to and including March 31, 2014, of the deadline to respond to the Motion for Entry of Case Management Order Supervising Settlement Discussions and Establishing Common Benefit Account.

Dated: February 13, 2014                                  Respectfully submitted,

**GREENE LLP**

By:   */s/ Thomas Greene*
      Thomas M. Greene, BBO # 210020
      One Liberty Square, 12th Floor
      Boston, MA 02109
      (617) 261-0400
      tgreene@greenellp.com

      *Plaintiffs' Liaison Counsel*

      */s/ Don Barrett*
      Don Barrett
      Barrett Law Office
      404 Court Square North
      P.O. Box 987
      Lexington, MS 39095
      dbarrett@barrettlawgroup.com

2

*/s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
  Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

*/s/ James Dugan*
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

*/s/ Thomas M. Sobol*
Thomas M. Sobol
Kristen Johnson Parker
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
tom@hbsslaw.com
kristenjp@hbsslaw.com

**Members of the Class Plaintiffs'
Steering Committee**

**LOWEY DANNENBERG COHEN & HART, P.C.**

By: */s/ Richard W. Cohen*
      Richard W. Cohen
      Gerald Lawrence
      Peter D. St. Phillip
      One North Broadway
      White Plains, NY 10601
      (914) 997-0500

      *Attorneys for Aetna, Inc.*

**BLANK ROME LLP**

By: */s/ W. Scott Simmer*
      W. Scott Simmer
      Watergate 600 New Hampshire Ave. N.W.
      Washington, D.C. 20037
      (202) 772-5967

      *Attorneys for the Assurant Plaintiffs*

**QUINN EMMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ David Weinraub*
      David Weinraub
      51 Madison Avenue, 22nd Floor
      New York, NY 10010
      (212) 849-7000

      *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

5

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 13, 2014.

                                        /s/ Thomas M. Greene