UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
IN RE NEURONTIN MARKETING,             ) MDL Docket No. 1629
SALES PRACTICES AND                    )
PRODUCTS LIABILITY LITIGATION          )
_____ ) Master File No. 04-10981
                                       )
THIS DOCUMENT RELATES TO:              )
ALL ACTIONS                            ) Judge Patti B. Saris
_____ )

## ASSENTED-TO MOTION FOR
## ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Justin J. Wolosz, a member in good standing of the bar of this Court whose appearance in this action has been filed, respectfully moves for an order granting the below-named counsel leave to appear and practice on behalf of defendants.

1. John H. Beisner of Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, NW, Washington, DC 20005;

2. Jessica D. Miller of Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, NW, Washington, DC, 20005; and

3. Geoffrey M. Wyatt of Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, NW, Washington, DC, 20005.

As set forth in the attached declarations, all are in good standing of the bar of each jurisdiction in which they have been admitted to practice, no disciplinary proceedings are pending against them, and they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Counsel for plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that John H. Beisner, Jessica D. Miller, and Geoffrey M. Wyatt be granted leave to appear and represent defendants in this matter.

Dated: February 20, 2014        /s/ Justin J. Wolosz
Justin J. Wolosz
BBO # 643543
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199−3600
Phone: (617) 951-7000
Fax: (617) 951-7050
justin.wolosz@ropesgray.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/ Justin J. Wolosz
Justin J. Wolosz

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that counsel for the defendants has conferred with counsel for plaintiffs, and that plaintiffs do not oppose this motion.

Dated: February 20, 2014        /s/ Justin J. Wolosz
Justin J. Wolosz

2