UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) MDL Docket No. 1629 ) ) ) Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) Judge Patti B. Saris ) |

### DECLARATION OF GEOFFREY M. WYATT

I, Geoffrey M. Wyatt, hereby declare as follows:

1. I am a counsel in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, NW, Washington, DC, 20005. My telephone number is 202-371-7008. My email address is Geoffrey.Wyatt@skadden.com.

2. I make this affidavit in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the District of Columbia. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of February, 2014.

_____
Geoffrey M. Wyatt