UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1629<br>CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT MOTION FOR CONTINUANCE OF HEARING SET FOR POST-MANDATE CLASS CERTIFICATION MOTION** |

The Class Plaintiffs Steering Committee and Defendants Pfizer Inc. and Warner-Lambert Company LLC jointly and respectfully move for a continuance of the class certification hearing currently scheduled Monday, February 24, 2014, to a date in early April or as soon thereafter as the court is available. As grounds for the continuance, the parties jointly state:

1. A mediation has been set and confirmed for March 25, 2014.
2. No party will claim conflict or other problem with any date set in April or thereafter as a new date for hearing of the Post-Mandate Class Certification Motion.

Dated: February 21, 2014

Respectfully submitted,

By: */s/ Thomas Greene*
Thomas M. Greene, BBO # 210020
Greene LLP
One Liberty Square, 12th Floor
Boston, MA 02109
tgreene@greenellp.com

Plaintiffs' Liaison Counsel

*/s/ Don Barrett*
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
dbarrett@barrettlawgroup.com

- 2 -

/s/ Daniel Becnel
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
  Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

/s/ James Dugan
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

/s/ Thomas M. Sobol
Thomas M. Sobol
Kristen Johnson Parker
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
tom@hbsslaw.com

***Members of the Class Plaintiffs'
Steering Committee***

*-and-*

- 3 -

      */s/ Mark S. Cheffo*
Mark S. Cheffo
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
markcheffo@quinnemanuel.com

***Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC***

## **CERTIFICATE OF SERVICE**

I, Thomas M. Greene, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 21, 2014.

Dated:  February 21, 2014              */s/ Thomas Greene*
                                       Thomas M. Greene