

Thomas M. Sobol
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com
**Direct (617) 482-3700**
tom@hbsslaw.com

February 28, 2014

**Via ECF**

Hon. Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02210

      Re:    *In re Neurontin Marketing, Sales Practices and Prods. Liab. Litig.*, MDL No. 1629; *Harden Manufacturing Corp. v. Pfizer, Inc.*, Master File No. 04-cv-10981-PBS

Dear Judge Saris:

      I write as liaison counsel for the proposed class of Third Party Payers to inform the Court that the class representatives, on behalf of themselves and their respective proposed classes and subclasses, formally withdraw (with prejudice) the Third Claim for Relief alleged in the class plaintiffs' Fourth Amended Complaint,[1] a claim for relief under the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 et seq.

      Class plaintiffs will file an amended complaint withdrawing this claim, if the Court so requests.

                          Very truly yours,

                          **/s/ Thomas M. Sobol**

                          Thomas M. Sobol
                          HAGENS BERMAN SOBOL SHAPIRO LLP

TMS:kjp
Cc:  all counsel (via ECF)

---

[1] Fourth Amended Class Action Complaint, *Harden Manufacturing Corp. v. Pfizer, Inc.*, 04-cv-10981, ECF No. 3373 (March 24, 2011).

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 28, 2014.

**/s/ Thomas M. Sobol**
Thomas M. Sobol