UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**STIPULATION OF ALL PARTIES TO EXTEND THE TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF CASE MANAGEMENT ORDER SUPERVISING SETTLEMENT DISCUSSION AND ESTABLISHING COMMON BENEFIT ACCOUNT UNTIL APRIL 23, 2014**

All interested parties, including Class Plaintiffs, by and through the Class Plaintiffs' Steering Committee (the "PSC"), Plaintiff Aetna, Inc. ("Aetna"), the Assurant Plaintiffs,[1] and Defendants Pfizer Inc. and Warner-Lambert Company, LLC ("Pfizer") hereby stipulate and respectfully move for an Order to extend the deadline by which parties must respond to the PSC's Motion for Entry of Case Management Order Supervising Settlement Discussions and

---

[1] Assurant Health, Inc., Blue Cross and Blue Shield of Florida, Inc. and its wholly-owned subsidiary Health Options, Inc., Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan and its wholly-owned subsidiary Blue Care Network, Inc., Blue Cross Blue Shield of Minnesota, a subsidiary of Aware Integrated, Inc., and its wholly-owned subsidiaries Comprehensive Care Services, Inc., First Plan of Minnesota, Atrium Health Plan, Inc., and HMO Minnesota, Group Health Services of Oklahoma, Inc., d/b/a Blue Cross Blue Shield of Oklahoma, and its wholly owned subsidiary Group Health Maintenance Organization, Inc., d/b/a BlueLincs HMO, CareFirst, Inc. and its wholly owned subsidiaries CareFirst of Maryland, Inc., Willse & Associates, Inc., CFS Health Group, Inc., Delmarva Health Plan, Inc., Free State Health Plan, Inc., Patuxent Medical Group, Inc., Group Hospitalization and Medical Services, Inc., Capital Care, Inc., and Capital Area Services, Inc., Blue Cross Blue Shield of Delaware, Inc., Excellus Health Plan, Inc. and its wholly owned subsidiary Excellus Benefit Services, Inc., Federated Mutual Insurance Company, Health Care Services Corporation, on behalf of itself and its Illinois, New Mexico and Texas Divisions, Mutual of Omaha Insurance Company, Trustmark Insurance Company, WellChoice, Inc. and its wholly owned subsidiary Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield and Empire Blue Cross, and its wholly owned subsidiaries Empire HealthChoice HMO, Inc., doing business in New York as Empire Blue Cross Blue Shield HMO and Empire Blue Cross HMO and doing business in New Jersey as WellChoice HMO of New Jersey, WellChoice Insurance of New Jersey, Inc., a wholly-owned subsidiary of Empire HealthChoice Assurance, Inc.

Establishing Common Benefit Account (the "Motion for CMO") [Dkt. 4211] from March 31, 2014 until April 23, 2014.

As grounds for this request, the parties state as follows:

1. On January 21, 2014, the PSC filed their Motion for CMO.

2. Each of Aetna, the Assurant Plaintiffs and Pfizer moved separately requesting a 14-day extension of the deadline for response to the Motion for CMO until February 18, 2014.  [Dkt 4218, 4220, 4222 respectively].

3. The Court granted each of those motions, setting a response date of February 18, 2014. [Dkt 4221, 4223].

4. The parties then conferred and stipulated to a further extension of the deadline to file responses to the Motion for CMO from February 18, 2014 to March 31, 2014. [Dkt. 4211].

5. The Court endorsed that stipulation. [Dkt 4229].

6. The parties have conferred further and need additional time to attempt to resolve the issues raised by the Motion for CMO and have further stipulated to an extension of the time to respond until April 23, 2014.

WHEREFORE, for the reasons set forth above, the parties request an extension to and including April 23, 2014, of the deadline to respond to the Motion for Entry of Case Management Order Supervising Settlement Discussions and Establishing Common Benefit Account.

Dated: March 28, 2014	Respectfully submitted,

**GREENE LLP**

By:	*/s/ Thomas Greene*
Thomas M. Greene, BBO # 210020
One Liberty Square, 12th Floor
Boston, MA 02109
(617) 261-0400
tgreene@greenellp.com

*Plaintiffs' Liaison Counsel*

*/s/ Don Barrett*
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
dbarrett@barrettlawgroup.com

*/s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

*/s/ James Dugan*
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

3

>*/s/ Thomas M. Sobol*
>Thomas M. Sobol
>Kristen Johnson Parker
>Hagens Berman Sobol Shapiro LLP
>55 Cambridge Parkway, Suite 301
>Cambridge, MA  02142
>tom@hbsslaw.com
>kristenjp@hbsslaw.com
>
>*Members of the Class Plaintiffs'*
>*Steering Committee*

**LOWEY DANNENBERG COHEN & HART, P.C.**

By:     */s/ Richard W. Cohen*
>Richard W. Cohen
>Gerald Lawrence
>Peter D. St. Phillip
>One North Broadway
>White Plains, NY 10601
>(914) 997-0500
>
>*Attorneys for Aetna, Inc.*

**BLANK ROME LLP**

By:     */s/ W. Scott Simmer*
>W. Scott Simmer
>Watergate 600 New Hampshire Ave. N.W.
>Washington, D.C. 20037
>(202) 772-5967
>
>*Attorneys for the Assurant Plaintiffs*

4

                                **QUINN EMMANUEL URQUHART & SULLIVAN, LLP**

By:    */s/ David Weinraub*
        David Weinraub
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        (212) 849-7000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 28, 2014.

                                    /s/ Thomas M. Sobol