# Exhibit A

**From:** Thomas Sobol <Tom@hbsslaw.com>
**Date:** April 7, 2014 at 4:44:51 PM EDT
**To:** Sheila Birnbaum <SheilaBirnbaum@quinnemanuel.com>, Katherine Armstrong <KatherineArmstrong@quinnemanuel.com>
**Cc:** Kristen Johnson <kristenj@hbsslaw.com>, Edward Notargiacomo <EdwardNotargiacomo@hbsslaw.com>, Tom Greene Esq. <tgreene@greenellp.com>
**Subject: Neurontin**

We agree to the additional three weeks for your response to the motion for issue preclusion.  Please prepare whatever you would like to file and run it by us thanks.


**Thomas Sobol** | Partner
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301 - Cambridge, MA  02142
Direct: (617) 475-1950
Tom@hbsslaw.com | www.hbsslaw.com | HBSS Blog

<image001.jpg>

Named to 2013 **Plaintiff's Hot List** by *The National Law Journal*

<image002.png>  <image003.png>

1