# Exhibit B

**From:** Thomas Sobol
**Sent:** Tuesday, April 08, 2014 9:49 AM
**To:** Sheila Birnbaum (SheilaBirnbaum@quinnemanuel.com); Katherine Armstrong (KatherineArmstrong@quinnemanuel.com); Mark Cheffo
**Cc:** Kristen Johnson; Edward Notargiacomo; 'Tom Greene Esq.'; Don Barrett (dbarrett@barrettlawgroup.com); Elizabeth Cabraser; James Dugan (jdugan@dugan-lawfirm.com); Daniel E. Becnel
**Subject:** RE: Neurontin
**Importance:** High

Sheila:

I apologize profusely for this, and this is my fault.

When discussing things with my co-counsel yesterday, it appears that I did not make clear that the extension was for an additional 3 weeks on top of the two weeks you already had.

Our group is constrained to not agree to the additional 3 weeks. We can agree to give an additional week on top of the two you have already for a total of three. Given that the motion we previousy and fully briefed, we think this should be adequate.

We recognize that if you think this is not acceptable you will move the court accordingly.

I apologize again.

Tom.

Thomas Sobol | **Hagens Berman Sobol Shapiro LLP |** Direct: (617) 475-1950

**From:** Thomas Sobol
**Sent:** Monday, April 07, 2014 4:45 PM
**To:** Sheila Birnbaum (SheilaBirnbaum@quinnemanuel.com); Katherine Armstrong (KatherineArmstrong@quinnemanuel.com)
**Cc:** Kristen Johnson; Edward Notargiacomo; Tom Greene Esq.
**Subject:** Neurontin

We agree to the additional three weeks for your response to the motion for issue preclusion. Please prepare whatever you would like to file and run it by us thanks.

1

**Thomas Sobol** | Partner
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301 - Cambridge, MA  02142
Direct: (617) 475-1950
Tom@hbsslaw.com | www.hbsslaw.com | HBSS Blog



Named to **2013 Plaintiff's Hot List** by *The National Law Journal*

