# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

In re:  NEURONTIN MARKETING,
          SALES PRACTICES AND
          PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

McLendon v. Pfizer, et al. (No. 1:08-cv-12034)

-----------------------------------------------------------x

:    MDL Docket No. 1629
:
:    Master File No. 04-10981
:
:    Judge Patti B. Saris
:
:    Magistrate Judge Leo T. Sorokin
:
:

## TEVA PHARMACEUTICALS USA, INC. and
## IVAX PHARMACEUTICALS, INC.'S MOTION TO DISMISS

Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Ivax Pharmaceuticals,

Inc.  ("Ivax") (collectively, the "Teva Defendants"), hereby move to dismiss Plaintiff's Second

Amended Complaint ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6).  For the reasons stated

in the accompanying Memorandum of Law, Plaintiff's claims are preempted in full by federal

law governing generic prescription drugs.

WHEREFORE, the Teva Defendants respectfully request dismissal of the Complaint.

Dated:  April 9, 2014

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.,
IVAX PHARMACEUTICALS, INC.

By their attorneys,

/s/ Chad W. Higgins
Chad W. Higgins (BBO #668924)
Richard A. Oetheimer (BBO #377665)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
chiggins@goodwinprocter.com
roetheimer@goodwinprocter.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

I hereby certify pursuant to District of Massachusetts Local Rule 7.1(A)(2) that counsel for Defendant attempted to confer with Plaintiff regarding the relief requested in this Motion, but that, upon information and belief, Plaintiff was deceased at the time counsel for Defendants attempted to confer.

I also hereby certify that the foregoing document, filed through the ECF system, will be electronically sent to those indicated on the Notice of Electronic Filing as registered participants, and hard copies will be sent to those indicated as non-registered participants, on April 9, 2014.

/s/  Chad W. Higgins

2