UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Kaiser Foundation Health Plan, Inc., et al. v. Pfizer, Inc., et al.* (1:04-cv-10739) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Kaiser Foundation Health Plan of Colorado, Kaiser Foundation Health Plan of Georgia, Inc., Kaiser Foundation Health Plan of The Mid-Atlantic States, Inc., Kaiser Foundation Health Plan of Northwest, and Kaiser Foundation Health Plan of Ohio, and Defendants Pfizer Inc. and Warner-Lambert Company LLC hereby stipulate and agree that this case be dismissed with prejudice.

Dated:  April 16, 2014                                              Respectfully submitted,

By: */s/ Mark S. Cheffo*
  Mark S. Cheffo *(pro hac vice)*
  Katherine Armstrong *(pro hac vice)*
  QUINN EMANUEL URUQHART &
  SULLIVAN LLP
  51 Madison Avenue, 22nd Floor
  New York, New York 10010
  Tel. 212-849-7000
  Fax. 212-849-7100
  markcheffo@quinnemanuel.com
  katherinearmstrong@quinnemanuel.com

  *Attorneys for Defendants* Pfizer Inc. and
  Warner-Lambert Company LLC

By: */s/ Linda P. Nussbaum* (with permission)
  Linda P. Nussbaum *(pro hac vice)*
  GRANT & EISENHOFER P.A.
  485 Lexington Avenue
  New York, NY 10017
  Tel. 646-722-8500
  Fax. 646-722-8501
  lnussbaum@gelaw.com

  *Attorney for Plaintiffs* Kaiser Foundation
  Health Plan, Inc., Kaiser Foundation
  Hospitals, Kaiser Foundation Health Plan
  Of Colorado, Kaiser Foundation Health
  Plan Of Georgia, Inc., Kaiser Foundation
  Health Plan Of The Mid-Atlantic States,
  Inc., Kaiser Foundation Health Plan Of
  Northwest, and Kaiser Foundation Health
  Plan Of Ohio

2

**CERTIFICATE OF SERVICE**

      I, Mark S. Cheffo, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on April 16, 2014.

Dated:  April 16, 2014
                                        /s/ Mark S. Cheffo
                                        Mark S. Cheffo