# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br><br>Mag. Judge Leo T. Sorokin |

## CLASS PLAINTIFFS' STIPULATION REGARDING
## MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee hereby stipulate, on behalf of class plaintiffs, that any entity potentially affected by the proposed case management order may have a thirty (30) day extension of time – until May 23, 2014 – to respond to Class Plaintiffs' Motion for Entry of Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account (ECF No. 4211).

Dated: April 23, 2014

Respectfully Submitted,

By:

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO No. 471770
Kristen Johnson Parker, BBO No. 667261
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel. (617) 482-3700
Fax (617) 482-3003
tom@hbsslaw.com

1

Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
dbarrett@barrettlawgroup.com


Thomas M. Greene
Green LLP
One Liberty Square, 12th Floor
Boston, MA 02109
tgreene@greenellp.com


Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

James Dugan
The Dugan Law Firm
One Canal Street
365 Canal Street, Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

2

## CERTIFICATE OF SERVICE

  I, Thomas M. Sobol, hereby certify that Class Plaintiffs' Stipulation Regarding Motion for Entry of Case Management Order was filed through the CM/ECF system, sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 23, 2014.

                /s/ Thomas M. Sobol