**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br><br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' STIPULATION REGARDING**
**MOTION FOR ENTRY OF CASE MANAGEMENT ORDER**

Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee hereby stipulate, on

behalf of class plaintiffs, that any entity potentially affected by the proposed case management

order may have a thirty (30) day extension of time – until May 23, 2014 – to respond to Class

Plaintiffs' Motion for Entry of Case Management Order Supervising Settlement Discussion and

Establishing Common Benefit Account (ECF No. 4211).

Dated:  April 23, 2014

Respectfully Submitted,

By:

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO No. 471770
Kristen Johnson Parker, BBO No. 667261
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel. (617) 482-3700
Fax (617) 482-3003
tom@hbsslaw.com

4/30/14

allowed

Patti B Saris

1