UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**JOINT MOTION TO RESCHEDULE MAY 16, 2014 STATUS CONFERENCE**

The parties to the above-referenced matter, including class Plaintiffs, by and through the Class Plaintiffs' Steering Committee (the "PSC") and Defendants Pfizer Inc. and Warner-Lambert Company, LLC ("Pfizer") respectfully move for an Order rescheduling the status conference currently set for Friday, May 16, 2014 until Friday, May 23, 2014 or a date thereafter that is convenient for the Court.

As grounds for this request, the parties state as follows:

At the status conference on April 16, 2014 the Court requested the parties update the Court regarding certain issues and file any related motions prior to the next scheduled status conference on May 16, 2014. After conferring extensively since, the Parties believe that they need additional time to confer on such submissions and that additional time will enable them to make a full and complete report to the Court.

If the Court desires, the parties are more than willing to give the Court an update at the scheduled May 16, 2014 status conference. However the parties believed that postponing the scheduled conference one week, until Friday May 23, 2014, would best preserve the Court's time and resources and result in a more productive conference.

{00017977 }

WHEREFORE, for the reasons set forth above, the parties request the Court reschedule the May 16, 2014 status conference to Friday May 23, 2014 or a date thereafter that is most convenient for the Court.

Dated: May 15, 2014                    Respectfully submitted,

**GREENE LLP**

By:    */s/ Thomas Greene*
       Thomas M. Greene, BBO # 210020
       One Liberty Square, 12th Floor
       Boston, MA 02109
       (617) 261-0400
       tgreene@greenellp.com

       *Plaintiffs' Liaison Counsel*

       */s/ Don Barrett*
       Don Barrett
       Barrett Law Office
       404 Court Square North
       P.O. Box 987
       Lexington, MS 39095
       dbarrett@barrettlawgroup.com

       */s/ Daniel Becnel*
       Daniel Becnel, Jr.
       Law Offices of Daniel Becnel, Jr.
       106 W. Seventh Street
       P.O. Drawer H
       Reserve, LA 70084
       dbecnel@becnellaw.com

       */s/ Elizabeth J. Cabraser*
       Elizabeth J. Cabraser
       Lieff Cabraser Heimann &
         Bernstein, LLP
       Embarcadero Center West
       275 Battery Street, 30th Floor
       San Francisco, CA 94111-3339
       ecabraser@lchb.com

        */s/ James Dugan*
        James Dugan
        The Dugan Law Firm
        One Canal Street
        365 Canal St., Suite 1000
        New Orleans, LA 70131
        jdugan@dugan-lawfirm.com

        */s/ Thomas M. Sobol*
        Thomas M. Sobol
        Kristen Johnson Parker
        Hagens Berman Sobol Shapiro LLP
        55 Cambridge Parkway, Suite 301
        Cambridge, MA  02142
        tom@hbsslaw.com
        kristenjp@hbsslaw.com

        *Members of the Class Plaintiffs' Steering Committee*

**QUINN EMMANUEL URQUHART & SULLIVAN, LLP**

By:   */s/ David Weinraub*
       David Weinraub
       51 Madison Avenue, 22nd Floor
       New York, NY 10010
       (212) 849-7000

       *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 15, 2014.

                        /s/ Thomas M. Greene