UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br><br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' STIPULATION REGARDING**
**MOTION FOR ENTRY OF CASE MANAGEMENT ORDER**

Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee hereby stipulate, on behalf of class plaintiffs, that any entity potentially affected by the proposed case management order may have a thirty (30) day extension of time – until June 23, 2014 – to respond to Class Plaintiffs' Motion for Entry of Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account (ECF No. 4211).

Dated:  May 23, 2014

Respectfully Submitted,

By:

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO No. 471770
Kristen Johnson Parker, BBO 667261
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel. (617) 482-3700
Fax (617) 482-3003
tom@hbsslaw.com

1

Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
dbarrett@barrettlawgroup.com


Thomas M. Greene
Green LLP
One Liberty Square, 12th Floor
Boston, MA 02109
tgreene@greenellp.com


Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

James Dugan
The Dugan Law Firm
One Canal Street
365 Canal Street, Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

## CERTIFICATE OF SERVICE

    I, Thomas M. Sobol, hereby certify that Class Plaintiffs' Stipulation Regarding Motion for Entry of Case Management Order was filed through the CM/ECF system, sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 23, 2014.

                                                                /s/ Thomas M. Sobol