UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION )<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL DOCKET NO. 1629<br>CIVIL ACTION NO. 04-10981<br><br>**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND OTHER RELIEF** |

Pursuant to Federal Rule of Civil Procedure 23, Class Plaintiffs respectfully move for entry of an order: (1) granting preliminary approval of the proposed class action settlement; (2) certifying the Class and Subclass (both defined in accompanying documents) for settlement purposes; (3) appointing Class Representatives and Subclass Representative for the Class and Subclass; (4) appointing Class Counsel and counsel for the Subclass; (5) appointing a Claims Administrator; (6) approving the proposed notice plan and form of notice; (7) scheduling a hearing for final approval of the settlement; and (8) temporarily barring Class Members, directly or representatively, from commencing or prosecuting any action or proceeding in any court or tribunal asserting any of the Released Claims (as defined in the Settlement) against the Released Parties (also defined in the Settlement) pending final determination of whether the Settlement should be approved.

The grounds for this motion are set forth in the accompanying Memorandum of Law and exhibits thereto, the accompanying Declaration of Daniel Coggeshall In Support of Proposed Settlement Notice Program, Form of Notice and Appointment of Notice Administrator and exhibits thereto, and any other written or oral submission the Court may require. A proposed order is attached hereto.

- 1 -

Dated: May 30, 2014						Respectfully Submitted,

          By:    <u>*/s/ Thomas M. Sobol*</u>
                  Thomas M. Sobol
                  Hagens Berman Sobol Shapiro LLP
                  One Main Street, 4th Floor
                  Cambridge, MA  02142
                  Boston, MA 02110

          By:    <u>*/s/ Thomas Greene*</u>
                  Thomas Greene
                  Greene LLP
                  One Liberty Square, Ste. 1200
                  Boston, MA 02109

          By:    <u>*/s/ Elizabeth J. Cabraser*</u>
                  Elizabeth J. Cabraser
                  Lieff Cabraser Heimann &
                      Bernstein, LLP
                  Embarcadero Center West
                  275 Battery Street, 30th Floor
                  San Francisco, CA 94111-3339

          By:    <u>*/s/ Don Barrett*</u>
                  Don Barrett
                  Barrett Law Office
                  404 Court Square North
                  P.O. Box 987
                  Lexington, MS 39095

          By:    <u>*/s/ Daniel Becnel*</u>
                  Daniel Becnel, Jr.
                  Law Offices of Daniel Becnel, Jr.
                  106 W. Seventh Street
                  P.O. Drawer H
                  Reserve, LA 70084

          By:    <u>*/s/ James Dugan*</u>
                  James Dugan
                  Dugan & Browne
                  650 Poydras St., Suite 2150
                  New Orleans, LA 70130

***Members of the Class Plaintiffs'
Steering Committee***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 30, 2014.

                                                */s/ Thomas Sobol*
                                                Thomas Sobol