## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                :
SALES PRACTICES AND                  :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION  :
------------------------------------------------------------x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:              :   Magistrate Judge Leo T. Sorokin
:
McLendon v. Pfizer, et al. (No. 1:08-cv-12034)   :
------------------------------------------------------------x

### TEVA PHARMACEUTICALS USA, INC. and IVAX PHARMACEUTICALS, INC.'S MOTION TO TREAT MOTION TO DISMISS AS UNOPPOSED OR OTHERWISE DISMISS FOR LACK OF PROSECUTION

Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Ivax Pharmaceuticals, Inc. ("Ivax") (collectively, the "Teva Defendants"), hereby move the Court to treat their Motion to Dismiss for Failure to State a Claim, filed April 9, 2014 (ECF No. 4246), as unopposed, or otherwise to dismiss this action for lack of prosecution. In support of this Motion, the Teva Defendants state as follows:

1.  On April 9, 2014, the Teva Defendants moved to dismiss Plaintiff Denise McLendon's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim. (ECF No. 4246.) The principal basis of the Motion to Dismiss is that all of Plaintiff's claims are preempted by federal law governing generic prescription drugs, as recognized by the United States Supreme Court in two recent decisions: *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567, 2574 (2011), *reh'g denied*, 132 S. Ct. 55, and *Mutual Pharmaceutical Company v. Bartlett*, 133 S. Ct. 2466 (2013).

2.  Plaintiff's opposition to the Motion to Dismiss was due no later than 14 days thereafter, or April 23, 2014. *See* Local Rule 7.1(b)(2).

3. As of the date of this Motion, no response to the Teva Defendants' Motion to Dismiss has been filed or served.

4. Based on information and belief, Plaintiff McLendon is deceased.  *See* Notices of Suggestion of Death filed November 14, 2013 and December 13, 2013.  (ECF Nos. 4192, 4203.)

5. To date, no party has moved for substitution of parties as to Plaintiff McLendon.

WHEREFORE, the Teva Defendants respectfully request the Court treat their Motion to Dismiss as unopposed, or otherwise dismiss for lack of prosecution.

Dated:  June 3, 2014

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.,
IVAX PHARMACEUTICALS, INC.

By their attorneys,

/s/ Chad W. Higgins
Chad W. Higgins (BBO #668924)
Richard A. Oetheimer (BBO #377665)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
chiggins@goodwinprocter.com
roetheimer@goodwinprocter.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

Upon information and belief, Plaintiff , who is *pro se*, is deceased.  There has been no substitution of party or successor counsel that has appeared.  Therefore, Defendant's counsel is unaware of any person with whom to confer regarding the relief sought in this Motion.

I also hereby certify that the foregoing document, filed through the ECF system, will be electronically sent to those indicated on the Notice of Electronic Filing as registered participants, and hard copies will be sent to those indicated as non-registered participants, on June 3, 2014.

/s/  Chad W. Higgins