UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' STIPULATION AND NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR ENTRY OF CASE MANAGEMENT ORDER ESTABLISHING COMMON BENEFIT ACCOUNT WITH RESPECT TO <u>PLAINTIFF BLUE CROSS BLUE SHIELD OF ALABAMA</u>**

Class Plaintiffs hereby withdraw their Motion for Entry of Case Management Order Supervising Settlement Discussion and Establishing Common Benefit Account (ECF No. 4211) in so far as that motion applied to former MDL plaintiff Blue Cross and Blue Shield of Alabama. Class Plaintiffs no longer seek to have a percentage of any recovery to Blue Cross and Blue Shield of Alabama held back for purposes of a common benefit assessment.

At this time, Class Plaintiffs' *do not* withdraw their motion as to any other third party payor ("TPP") with a case pending in this Neurontin MDL court, any unnamed class members within the proposed class definition set forth in the pending motion for class certification, or any other TPP or consumer with whom Defendant purports to settle a Neurontin sales and marketing claim.

Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee hereby stipulate, on behalf of Class Plaintiffs, that any entity potentially affected by the proposed case management

1

order may have until September 23, 2014 to respond to the motion.


Dated: July 10, 2014	Respectfully submitted,

By:
    */s/ Thomas M. Sobol*
    Thomas M. Sobol, BBO # 471770
    Kristen A. Johnson, BBO # 667261
    Hagens Berman Sobol Shapiro LLP
    55 Cambridge Parkway, Suite 301
    Cambridge, MA  02142
    tom@hbsslaw.com
    kristenj@hbsslaw.com

    */s/ Thomas Greene*
    Thomas M. Greene, BBO # 210020
    Greene LLP
    One Liberty Square, 12th Floor
    Boston, MA 02109
    tgreene@greenellp.com


    */s/ Don Barrett*
    Don Barrett
    Barrett Law Office
    404 Court Square North
    P.O. Box 987
    Lexington, MS 39095
    dbarrett@barrettlawgroup.com

    */s/ Daniel Becnel*
    Daniel Becnel, Jr.
    Law Offices of Daniel Becnel, Jr.
    106 W. Seventh Street
    P.O. Drawer H
    Reserve, LA 70084
    dbecnel@becnellaw.com

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

*/s/ James Dugan*
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

***Members of the Class Plaintiffs'
Steering Committee***

**CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that I caused a copy of the above Class Plaintiffs' Stipulation and Notice of Partial Withdrawal of Motion for Entry of Case Management Order Establishing Common Benefit Account with Respect to Plaintiff Blue Cross Blue Sheild of Alabama to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

.

Dated: July 10, 2014              */s/ Thomas M. Sobol*
                                  Thomas M. Sobol