# Exhibit A

**Off-Label Damages to Assurant Plaintiffs**

| Year | [1] Total Neurontin Spend $ | [2] Fraudulent Bipolar $ | [3] Fraudulent Migraine $ | [4] Fraudulent Neuropathic Pain $ | [5] Fraudulent Nociceptive Pain $ | [6] Fraudulent Doses >1800 mg/day $ | [7] Total Damages, Pre-Rebates $ | [8] Total Nominal Damages $ | [9] Total Damages with Prejudgment Interest | [10] Treble Damages $ | [11] Treble Damages Discounted to Kaiser Award $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995 | 3,673,228 | - | - | - | - | - | - | - | - | - | - |
| 1996 | 8,008,573 | - | - | - | - | - | - | - | - | - | - |
| 1997 | 15,459,704 | - | - | 970,456 | - | 315,765 | 1,286,220 | 1,251,492 | 2,877,010 | 3,754,477 | 2,502,190 |
| 1998 | 26,016,028 | 1,580,187 | - | 2,912,915 | - | 846,911 | 5,340,012 | 5,195,832 | 11,024,001 | 15,587,496 | 10,182,745 |
| 1999 | 50,094,447 | 8,911,955 | 218,980 | 7,833,582 | 3,258,211 | 1,260,974 | 21,483,703 | 20,903,643 | 41,065,996 | 62,710,928 | 34,205,445 |
| 2000 | 71,583,958 | 14,031,033 | 443,340 | 15,614,754 | 4,270,821 | 1,660,042 | 36,019,990 | 35,047,450 | 63,034,001 | 105,142,350 | 59,625,848 |
| 2001 | 93,916,584 | 14,019,721 | 739,277 | 25,981,712 | 8,093,964 | 1,880,383 | 50,715,057 | 49,345,750 | 83,013,719 | 148,037,250 | 80,390,813 |
| 2002 | 108,476,597 | 16,477,866 | 914,669 | 27,290,931 | 11,252,287 | 2,162,849 | 58,098,603 | 56,529,940 | 90,856,587 | 169,589,821 | 88,289,553 |
| 2003 | 119,219,563 | 16,694,103 | 982,677 | 28,768,960 | 13,433,517 | 2,377,819 | 62,257,076 | 60,576,135 | 93,507,252 | 181,728,405 | 92,076,322 |
| 2004 | 104,968,850 | 9,491,960 | 716,121 | 24,464,514 | 10,905,719 | 2,266,448 | 47,844,762 | 46,552,953 | 68,871,594 | 139,658,859 | 69,998,122 |
| Total | 601,417,532 | 81,206,826 | 4,015,063 | 133,837,824 | 51,214,519 | 12,771,191 | 283,045,422 | 275,403,196 | 454,250,160 | 826,209,588 | 437,271,038 |