# Exhibit B

**Antitrust Damages to Assurant Plaintiffs**

| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | But-For | But-For | | But-For | | | |
| | Qtr. | | TPP Net | | Price | Generic | But-For Generic | Generic | But-For | | Multiple |
| Quarter | Weight | Total Spend | Price | TRx | Index | Price | Efficiency Rate | Spend | Brand Spend | Damages | Damages* |
| 2000Q1 | 0.21 | 13,722,318 | 89.34 | 153,597 | | | | | | | |
| 2000Q2 | 0.24 | 15,509,541 | 89.5 | 173,291 | | | | | | | |
| 2000Q3 | 0.26 | 16,808,685 | 90.87 | 184,975 | 0.95 | 84.58 | 0.50 | 7,822,365 | 8,404,343 | 581,978 | 1,633,484 |
| 2000Q4 | 0.28 | 18,033,756 | 91.75 | 196,553 | 0.84 | 74.73 | 0.66 | 9,694,682 | 6,131,477 | 2,207,597 | 6,196,242 |
| 2001Q1 | 0.23 | 19,317,780 | 94.5 | 204,421 | 0.71 | 63.55 | 0.84 | 10,911,541 | 3,090,845 | 5,315,394 | 14,927,520 |
| 2001Q2 | 0.25 | 20,826,452 | 94.62 | 220,106 | 0.57 | 51.02 | 0.84 | 9,432,125 | 3,332,232 | 8,062,095 | 22,641,233 |
| 2001Q3 | 0.25 | 21,386,700 | 95.01 | 225,099 | 0.47 | 41.73 | 0.84 | 7,890,338 | 3,421,872 | 10,074,490 | 28,292,753 |
| 2001Q4 | 0.27 | 22,711,356 | 96.01 | 236,552 | 0.40 | 35.69 | 0.84 | 7,091,361 | 3,633,817 | 11,986,177 | 33,661,453 |
| 2002Q1 | 0.23 | 22,227,100 | 88.54 | 251,040 | 0.33 | 29.65 | 0.84 | 6,251,749 | 3,556,336 | 12,419,016 | 34,691,946 |
| 2002Q2 | 0.24 | 23,589,633 | 89.86 | 262,515 | 0.26 | 23.61 | 0.84 | 5,205,346 | 3,774,341 | 14,609,947 | 40,812,210 |
| 2002Q3 | 0.26 | 25,031,246 | 92.59 | 270,345 | 0.06 | 5.37 | 0.84 | 1,219,472 | 4,004,999 | 19,806,774 | 55,329,307 |
| 2002Q4 | 0.27 | 26,095,864 | 93.57 | 278,891 | 0.06 | 5.37 | 0.84 | 1,258,023 | 4,175,338 | 20,662,503 | 57,719,746 |
| 2003Q1 | 0.21 | 22,394,376 | 96.14 | 232,935 | 0.06 | 5.37 | 0.84 | 1,050,723 | 3,583,100 | 17,760,553 | 49,659,037 |
| 2003Q2 | 0.22 | 23,620,930 | 96.18 | 245,591 | 0.06 | 5.37 | 0.84 | 1,107,811 | 3,779,349 | 18,733,770 | 52,380,181 |
| 2003Q3 | 0.35 | 37,098,236 | 150.56 | 246,402 | 0.06 | 5.37 | 0.84 | 1,111,469 | 5,935,718 | 30,051,049 | 84,023,633 |
| 2003Q4 | 0.22 | 23,906,179 | 98.52 | 242,653 | 0.06 | 5.37 | 0.84 | 1,094,559 | 3,824,989 | 18,986,631 | 53,087,188 |
| 2004Q1 | 0.26 | 24,444,131 | 107.56 | 227,260 | 0.06 | 5.37 | 0.84 | 1,025,126 | 3,911,061 | 19,507,944 | 54,273,067 |
| 2004Q2 | 0.28 | 26,436,446 | 114.53 | 230,826 | 0.06 | 5.37 | 0.84 | 1,041,208 | 4,229,831 | 21,165,407 | 58,884,297 |
| 2004Q3 | 0.27 | 25,688,391 | 112.91 | 227,512 | 0.06 | 5.37 | 0.84 | 1,026,262 | 4,110,143 | 20,551,987 | 57,177,701 |
| Total | | | | | | | | | | 231,931,324 | 648,213,298 |

*Trebled where specified by state statute; includes prejudgment interest otherwise.

DAMAGES MODEL, 7/14/2014
Assurant Health, Inc. et al. v. Pfizer, Inc. et al.