# Exhibit C

**Antitrust Damages to Assurant Plaintiffs, Excluding Kaiser-Adjusted Damages**

| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | Qtr. Weight | Total Spend | Non-Fraudulent Spend | TPP Net Price | TRx | But-For Price Index | But-For Generic Price | But-For Generic Efficiency Rate | But-For Generic Spend | But-For Brand Spend | Damages | Multiple Damages* |
| 2000Q1 | 0.21 | 13,722,318 | 9,544,534 | 89.34 | 106,834 | | | | | | | |
| 2000Q2 | 0.24 | 15,509,541 | 10,787,634 | 89.5 | 120,532 | | | | | | | |
| 2000Q3 | 0.26 | 16,808,685 | 11,691,252 | 90.87 | 128,659 | 0.95 | 84.58 | 0.50 | 5,440,832 | 5,845,626 | 404,794 | 1,136,167 |
| 2000Q4 | 0.28 | 18,033,756 | 12,543,348 | 91.75 | 136,712 | 0.84 | 74.73 | 0.66 | 6,743,119 | 4,264,738 | 1,535,490 | 4,309,785 |
| 2001Q1 | 0.23 | 19,317,780 | 13,209,222 | 94.5 | 139,780 | 0.71 | 63.55 | 0.84 | 7,461,156 | 2,113,476 | 3,634,591 | 10,207,225 |
| 2001Q2 | 0.25 | 20,826,452 | 14,240,831 | 94.62 | 150,506 | 0.57 | 51.02 | 0.84 | 6,449,552 | 2,278,533 | 5,512,746 | 15,481,752 |
| 2001Q3 | 0.25 | 21,386,700 | 14,623,921 | 95.01 | 153,920 | 0.47 | 41.73 | 0.84 | 5,395,301 | 2,339,827 | 6,888,792 | 19,346,181 |
| 2001Q4 | 0.27 | 22,711,356 | 15,529,701 | 96.01 | 161,751 | 0.40 | 35.69 | 0.84 | 4,848,972 | 2,484,752 | 8,195,977 | 23,017,221 |
| 2002Q1 | 0.23 | 22,227,100 | 15,543,087 | 88.54 | 175,549 | 0.33 | 29.65 | 0.84 | 4,371,757 | 2,486,894 | 8,684,437 | 24,259,572 |
| 2002Q2 | 0.24 | 23,589,633 | 16,495,887 | 89.86 | 183,573 | 0.26 | 23.61 | 0.84 | 3,640,022 | 2,639,342 | 10,216,523 | 28,539,383 |
| 2002Q3 | 0.26 | 25,031,246 | 17,503,985 | 92.59 | 189,048 | 0.06 | 5.37 | 0.84 | 852,759 | 2,800,638 | 13,850,588 | 38,690,978 |
| 2002Q4 | 0.27 | 26,095,864 | 18,248,457 | 93.57 | 195,025 | 0.06 | 5.37 | 0.84 | 879,717 | 2,919,753 | 14,448,987 | 40,362,577 |
| 2003Q1 | 0.21 | 22,394,376 | 16,016,943 | 96.14 | 166,600 | 0.06 | 5.37 | 0.84 | 751,500 | 2,562,711 | 12,702,732 | 35,517,219 |
| 2003Q2 | 0.22 | 23,620,930 | 16,894,201 | 96.18 | 175,652 | 0.06 | 5.37 | 0.84 | 792,331 | 2,703,072 | 13,398,798 | 37,463,441 |
| 2003Q3 | 0.35 | 37,098,236 | 26,533,462 | 150.56 | 176,232 | 0.06 | 5.37 | 0.84 | 794,946 | 4,245,354 | 21,493,162 | 60,095,524 |
| 2003Q4 | 0.22 | 23,906,179 | 17,098,217 | 98.52 | 173,551 | 0.06 | 5.37 | 0.84 | 782,853 | 2,735,715 | 13,579,650 | 37,969,107 |
| 2004Q1 | 0.26 | 24,444,131 | 18,379,257 | 107.56 | 170,874 | 0.06 | 5.37 | 0.84 | 770,780 | 2,940,681 | 14,667,795 | 40,807,286 |
| 2004Q2 | 0.28 | 26,436,446 | 19,877,255 | 114.53 | 173,555 | 0.06 | 5.37 | 0.84 | 782,872 | 3,180,361 | 15,914,022 | 44,274,416 |
| 2004Q3 | 0.27 | 25,688,391 | 19,314,801 | 112.91 | 171,064 | 0.06 | 5.37 | 0.84 | 771,634 | 3,090,368 | 15,452,799 | 42,991,245 |
| Total | | | | | | | | | | | 180,581,883 | 504,469,080 |

*Trebled where specified by state statute; includes prejudgment interest otherwise.

DAMAGES MODEL, 7/14/2014
Assurant Health, Inc. et al. v. Pfizer, Inc. et al.