# Exhibit E

**From:** Mark D. Fischer [mailto:mdf@rawlingsandassociates.com]
**Sent:** Tuesday, April 15, 2014 11:31 AM
**To:** Simmer, W. Scott; Richard Cohen
**Cc:** Stephen Weiss; Thomas M. Sobol Esq.; Gerald Lawrence
**Subject:** RE: Neurontin

Scott,

I agree with all of Richard's statements below.

Mark Fischer
502-814-2139

---

**From:** Simmer, W. Scott [mailto:Simmer@blankrome.com]
**Sent:** Tuesday, April 15, 2014 7:20 AM
**To:** Richard Cohen
**Cc:** Stephen Weiss; Mark D. Fischer; Thomas M. Sobol Esq.; Gerald Lawrence
**Subject:** Re: Neurontin

Thank you, Richard.

Sent from my iPhone

On Apr 14, 2014, at 11:31 PM, "Richard Cohen" <RCohen@lowey.com> wrote:

Sent from my iPhone

Scott and Steve:

#1  Assurant Group plans that are plaintiffs in the Assurant lawsuit will have their purchase claims weighted at 1.8 x actual.  So if a plan's recognized Neurontin purchases are $10 mm, its claim will be treated for all purposes as $18 mm of recognized claims.  I agree with that.  If you represent other non- plaintiff TPPs, as my group does, their recognized claims will not be multiplied.   I agree with that.

I agree to #2.

# 3.  My firm, Jerry and I agree, but the same way we agreed with the class, we cannot commit our clients.  If any of our clients were to object (a remote possibility since we will advise them this was a fair settlement reached via arms length negotiation and represents a valuable benefit; and we will not represent an objector), you and the class would be relieved of obligations made to us, including the reduction to  1.8x and fees the class has agreed to pay us.   So while we cannot make a legally binding commitment for United or Anthem, etc., we commit to supporting this outcome which we negotiated, and which as a practical matter is intended to assure no client of ours will object or opt out.  We further commit not to attempt to negotiate it any lower.  1.8 is the final negotiated multiplier.

Scott and Steve, if any questions remain, call Mark and me.   Mark has read, approved and agreed to all of this, which he will confirm by email.

Sent from my iPhone

On Apr 14, 2014, at 5:47 PM, "Simmer, W. Scott" <Simmer@blankrome.com> wrote:

This is to confirm that Lowey/Rawlings and the Assurant Group have reached an agreement on a 1.8 multiplier instead of the 1.95 multiplier previously negotiated with the Class based on the following terms:

1.      That all parties have no objections as to the multiplier and $325m total settlement amount.

2.      This agreement has the express approval of Lowey/Rawlings, including specifically Richard Cohen, Gerald Lawrence, Mark Fischer and all of their respective clients.

3.      There are to be no Lowey/Rawlings or Assurant Group opt outs or objections and no further renegotiation of the Assurant multiplier amount.

Please reply to me via email confirming your agreement with these terms.

Scott


W. Scott  Simmer  | Blank Rome LLP

Watergate

600 New Hampshire Avenue NW | Washington, DC 20037

Phone:  202.772.5967 | Fax:  202.572.8412 | Email: Simmer@BlankRome.com <mailto:Simmer@BlankRome.com>

**********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**********************************************************************************************

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*