# Exhibit F

## A. TPPs Represented by Lowey Dannenberg Cohen & Hart, P.C. and Rawlings & Associates PLLC

1. Arkansas Blue Cross and Blue Shield
2. AvMed, Inc.
3. BC Life and Health Insurance Company (WellPoint)
4. Blue Cross and Blue Shield Association
5. Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., (WellPoint)
6. Blue Cross Blue Shield of Georgia Inc., (WellPoint)
7. Blue Cross Blue Shield of Hawaii (Hawaii Medical Service Association)
8. Blue Cross Blue Shield of Kansas City
9. Blue Cross Blue Shield of Mississippi
10. Blue Cross Blue Shield of Missouri (WellPoint)
11. Blue Cross Blue Shield of North Carolina
12. Blue Cross Blue Shield of Tennessee
13. Blue Cross Blue Shield of Vermont
14. Blue Cross Blue Shield of Wisconsin (WellPoint)
15. Blue Cross of California (WellPoint)
16. Blue Cross of Idaho Health Services, Inc.
17. Blue Cross of Northeastern Pennsylvania (Hospital Services Association of Northeastern Pennsylvania)
18. Blue Shield of California
19. Capital BlueCross
20. CIGNA
21. Coventry Health Care Inc.
22. Government Employee Health Association (GEHA)
23. Group Health Cooperative
24. Group Health Inc. (Emblem Health)
25. Golden Rule Insurance Company (United Healthcare, Inc.)
26. Great-West Life & Annuity Insurance Company (CIGNA)
27. Guardian Life Insurance Company
28. Health Net, Inc.
29. HealthNow New York
30. Health Partners, Inc.
31. Healthy Alliance Life Insurance Company (WellPoint)
32. Highmark, Inc.
33. HIP Health Plan of Greater New York (Emblem Health)
34. HMO Missouri Inc. (WellPoint)
35. Humana Inc.
36. Inova Health Care Services (Inova Health System Employee Health Benefits Plan)
37. KPS Health Plans
38. Mid-Atlantic Medical Services, LLC (United Healthcare, Inc.)
39. Medical Mutual of Ohio
40. Mountain State Blue Cross Blue Shield (Highmark Blue Cross Blue Shield of West Virginia)
41. MVP Health Plan
42. Noridian Blue Cross Blue Shield
43. Oxford Health Plans (United Healthcare)
44. PacifiCare Health Systems (United Healthcare)
45. Priority Health
46. RightChoice Insurance Company (WellPoint)
47. Tufts Health Plans
48. Unicare Health Plans (WellPoint)
49. Unicare Life and Health Insurance Company (WellPoint)

50. United Healthcare Services Inc.
51. Wisconsin Physicians Services Insurance Corp.