# Exhibit G

| Plaintiff | Causes of Action |
|---|---|
| Assurant Health Inc. | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>   – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>   – N.J. Stat. Ann. § 56:9-4<br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>   – N.J.S.A. § 56:8-1 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |
| Blue Cross and Blue Shield of Florida | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>   – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count IV – Unlawful Restraint of Trade under the Florida Antitrust Act<br>   – Fla. Stat. §§ 542.15 *et seq.*<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>   – N.J. Stat. Ann. § 56:9-4<br>• Count XV – Unlawful Monopolization under the Florida Antitrust Act<br>   – Fla. Stat. § 542.19<br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>   – N.J.S.A. § 56:8-1 *et seq.*<br>• Count XXIX – Unfair and Deceptive Trade Practices under the Florida Deceptive and Unfair Trade Practices Act<br>   – Fla. Stat. §§ 501.201 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |

| | |
|---|---|
| Blue Cross and Blue Shield of Louisiana | <ul><li>Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act</li><ul><li>– N.J. Stat. §§ 56:9-1 to 56:9-19</li></ul><li>Count VI – Unlawful Restraint of Trade under the Louisiana Antitrust Act</li><ul><li>– La. Rev. Stat. Ann. §§ 51:121 to 152</li></ul><li>Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act</li><ul><li>– N.J. Stat. Ann. § 56:9-4</li></ul><li>Count XVII – Unlawful Monopolization under the Louisiana Antitrust Act</li><ul><li>– La. Rev. Stat. Ann. §§ 51:137 *et seq.*</li></ul><li>Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act</li><ul><li>– N.J.S.A. § 56:8-1 *et seq.*</li></ul><li>Count XXXII – Unfair and Deceptive Trade Practices under the Louisiana Unfair Trade Practices and Consumer Protection Act</li><ul><li>– La. Rev. Stat. §§ 51:1401 *et seq.*</li></ul><li>Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law</li><li>Count XLV – Unjust Enrichment under state common law</li></ul> |
| Blue Cross and Blue Shield of Massachusetts | <ul><li>Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act</li><ul><li>– N.J. Stat. §§ 56:9-1 to 56:9-19</li></ul><li>Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act</li><ul><li>– N.J. Stat. Ann. § 56:9-4</li></ul><li>Count XVIII – Unlawful Monopolization under the Massachusetts Antitrust Act</li><ul><li>– Mass. Gen. Laws ch. 93A *et seq.*</li></ul><li>Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act</li><ul><li>– N.J.S.A. § 56:8-1 *et seq.*</li></ul><li>Count XXXIV – Unfair and Deceptive Trade Practices under the Massachusetts Consumer Protection Act</li></ul> |

| | |
|---|---|
| | – Mass. Gen. Laws ch. 93A § 2<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |
| Blue Cross and Blue Shield of Michigan | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>  – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count VII – Unlawful Restraint of Trade under the Michigan Antitrust Reform Act<br>  – Michigan Antitrust Reform Act. Mich. Comp. Laws §§ 445.771 to 445.778<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>  – N.J. Stat. Ann. § 56:9-4<br>• Count XIX – Unlawful Monopolization under the Michigan Antitrust Act<br>  – Mich. Comp. Laws §§ 445.771 *et seq.*<br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>  – N.J.S.A. § 56:8-1 *et seq.*<br>• Count XXXV – Unfair and Deceptive Trade Practices under the Michigan Consumer Protection Act<br>  – Mich. Comp. Laws §§ 445.901 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |
| Blue Cross and Blue Shield of Minnesota | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>  – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count VIII – Unlawful Restraint of Trade under the Minnesota Antitrust Act<br>  – Minn. Stat. §§ 325D.49 to 325D.66<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>  – N.J. Stat. Ann. § 56:9-4 |

| | |
|---|---|
| | • Count XX – Unlawful Monopolization under the Minnesota Antitrust Act<br><br>   – Minn. Stat. §§ 325D.52 *et seq.*<br><br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br><br>   – N.J.S.A. § 56:8-1 *et seq.*<br><br>• Count XXXVI – Unfair and Deceptive Trade Practices under the Minnesota Uniform Deceptive Trade Practices Act<br><br>   – Minn. Stat. §§ 325D.43 to 325D.48<br><br>• Count XXXVII – Unfair and Deceptive Trade Practices under the Minnesota Prevention of Consumer Fraud Act<br><br>   – Minn. Stat. §§ 325F.68 *et seq.*<br><br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br><br>• Count XLV – Unjust Enrichment under state common law |
| Blue Cross and Blue Shield of Oklahoma | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br><br>   – N.J. Stat. §§ 56:9-1 to 56:9-19<br><br>• Count XII – Unlawful Restraint of Trade under the Oklahoma Antitrust Reform Act<br><br>   – Okla. Stat. tit. 79 § 201<br><br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br><br>   – N.J. Stat. Ann. § 56:9-4<br><br>• Count XXIV – Unlawful Monopolization under the Oklahoma Antitrust Reform Act<br><br>   – Okla. Stat. tit. 79 § 203<br><br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br><br>   – N.J.S.A. § 56:8-1 *et seq.*<br><br>• Count XLII – Unfair and Deceptive Trade Practices under the Oklahoma Consumer Protection Act<br><br>   – Okla. Stat. tit. 15 §§ 751 *et seq.*<br><br>• Count XLIII – Unfair and Deceptive Trade Practices under the Oklahoma Deceptive Trade Practices Act |

| | |
|---|---|
| | &ndash;   Okla. Stat. tit. 78 §§ 52 *et seq.*<br><br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br><br>• Count XLV – Unjust Enrichment under state common law |
| CareFirst of Maryland, Inc. | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br><br>&ndash;   N.J. Stat. §§ 56:9-1 to 56:9-19<br><br>• Count II – Unlawful Restraint of Trade under the District of Columbia Antitrust Act<br><br>&ndash;   D.C. Code Ann. § 28–4501<br><br>• Count III – Unlawful Restraint of Trade under the District of Columbia Prescription Drug Price Information Law<br><br>&ndash;   D.C. Code Ann. § 48-804.02<br><br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br><br>&ndash;   N.J. Stat. Ann. § 56:9-4<br><br>• Count XIV – Unlawful Monopolization under the District of Columbia Antitrust Act<br><br>&ndash;   D.C. Code Ann. §§ 28-4503 *et seq.*<br><br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br><br>&ndash;   N.J.S.A. § 56:8-1 *et seq.*<br><br>• Count XXVI – Unfair and Deceptive Trade Practices under the Delaware Consumer Fraud Act<br><br>&ndash;   Del. Code tit. 6 § 2511 *et seq.*<br><br>• Count XXVII – Unfair and Deceptive Trade Practices under the Delaware Uniform Deceptive Trade Practices Act<br><br>&ndash;   Del. Code Ann. tit. 6 §§ 2531 *et seq.*<br><br>• Count XXVIII – Unfair and Deceptive Trade Practices under the District of Columbia Consumer Protection Procedures Act<br><br>&ndash;   D.C. Code § 28-3901 *et seq.*<br><br>• Count XXXIII – Unfair and Deceptive Trade Practices under the Maryland Consumer Protection Act<br><br>&ndash;   Md. Code Ann. Com. Law §§ 13-101 *et seq.* |

| | |
|---|---|
| | • Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br><br>• Count XLV – Unjust Enrichment under state common law |
| Excellus Health Plan, Inc. | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>   – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count XI – Unlawful Restraint of Trade under the New York Antitrust Act<br>   – N.Y. Gen. Bus. Law § 340<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>   – N.J. Stat. Ann. § 56:9-4<br>• Count XXIII – Unlawful Monopolization under the New York Antitrust Act<br>   – N.Y. Gen. Bus. Law § 340 *et seq.*<br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>   – N.J.S.A. § 56:8-1 *et seq.*<br>• Count XLI – Unfair and Deceptive Trade Practices under the New York Deceptive Acts and Practices Law<br>   – N.Y. Gen. Bus. Law § 349 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |
| Federated Mutual Insurance Company | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>   – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count VIII – Unlawful Restraint of Trade under the Minnesota Antitrust Act<br>   – Minn. Stat. §§ 325D.49 to 325D.66<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>   – N.J. Stat. Ann. § 56:9-4<br>• Count XX – Unlawful Monopolization under the Minnesota Antitrust Act |

| | |
|---|---|
| | &ndash;   Minn. Stat. §§ 325D.52 *et seq.*<br><br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>    &ndash;   N.J.S.A. § 56:8-1 *et seq.*<br><br>• Count XXXVI – Unfair and Deceptive Trade Practices under the Minnesota Uniform Deceptive Trade Practices Act<br>    &ndash;   Minn. Stat. §§ 325D.43 to 325D.48<br><br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br><br>• Count XLV – Unjust Enrichment under state common law |
| Health Care Service Corporation | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>    &ndash;   N.J. Stat. §§ 56:9-1 to 56:9-19<br><br>• Count V – Unlawful Restraint of Trade under the Illinois Antitrust Act<br>    &ndash;   740 Ill. Comp. Stat. 10/1 to 10/11<br><br>• Count X – Unlawful Restraint of Trade under the New Mexico Antitrust Act<br>    &ndash;   N.M. Stat. Ann. §§ 57-1-1 to 57-1-19<br><br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>    &ndash;   N.J. Stat. Ann. § 56:9-4<br><br>• Count XVI – Unlawful Monopolization under the Illinois Antitrust Act<br>    &ndash;   740 Ill. Comp. Stat. § 10/3(3)<br><br>• Count XXII – Unlawful Monopolization under the New Mexico Antitrust Act<br>    &ndash;   N.M. Stat. Ann. §§ 57-1-1 *et seq.*<br><br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>    &ndash;   N.J.S.A. § 56:8-1 *et seq.*<br><br>• Count XXX – Unfair and Deceptive Trade Practices under the Illinois Consumer Fraud and Deceptive Business Practices Act<br>    &ndash;   § 815 Ill. Comp. Stat. 505/1 *et seq.* |

| | |
|---|---|
| | • Count XXXI – Unfair and Deceptive Trade Practices under the Illinois Uniform Deceptive Trade Practices Act<br>    – § 815 Ill. Comp. Stat. 510/1 *et seq.*<br>• Count XL – Unfair and Deceptive Trade Practices under the New Mexico Unfair Practices Act<br>    – N.M. Stat. Ann. §§ 57-12-1 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |
| Mutual of Omaha Insurance Company | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>    – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count IX – Unlawful Restraint of Trade under the Nebraska Antitrust Laws<br>    – Neb. Rev. Stat. §§ 59-801 *et seq.*<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>    – N.J. Stat. Ann. § 56:9-4<br>• Count XXI – Unlawful Monopolization under the Nebraska Antitrust Act<br>    – Neb. Rev. Stat. § 59-802<br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>    – N.J.S.A. § 56:8-1 *et seq.*<br>• Count XXXVIII – Unfair and Deceptive Trade Practices under the Nebraska Uniform Deceptive Trade Practices Act<br>    – Neb. Rev. Stat. §§ 87-301 to 87-306<br>• Count XXXIX – Unfair Methods of Competition and Deceptive Practices under the Nebraska Consumer Protection Act<br>    – Neb. Rev. Stat. §§ 59-1601 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |
| Trustmark Insurance | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act |

| | |
|---|---|
| Company | – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count V – Unlawful Restraint of Trade under the Illinois Antitrust Act<br>  – 740 Ill. Comp. Stat. 10/1 to 10/11<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>  – N.J. Stat. Ann. § 56:9-4<br>• Count XVI – Unlawful Monopolization under the Illinois Antitrust Act<br>  – 740 Ill. Comp. Stat. § 10/3(3)<br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>  – N.J.S.A. § 56:8-1 *et seq.*<br>• Count XXX – Unfair and Deceptive Trade Practices under the Illinois Consumer Fraud and Deceptive Business Practices Act<br>  – § 815 Ill. Comp. Stat. 505/1 *et seq.*<br>• Count XXXI – Unfair and Deceptive Trade Practices under the Illinois Uniform Deceptive Trade Practices Act<br>  – § 815 Ill. Comp. Stat. 510/1 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |
| WellChoice, Inc. | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>  – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count XI – Unlawful Restraint of Trade under the New York Antitrust Act<br>  – N.Y. Gen. Bus. Law § 340<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>  – N.J. Stat. Ann. § 56:9-4<br>• Count XXIII – Unlawful Monopolization under the New York Antitrust Act<br>  – N.Y. Gen. Bus. Law § 340 *et seq.* |

| | |
|---|---|
| | • Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>  – N.J.S.A. § 56:8-1 *et seq.*<br>• Count XLI – Unfair and Deceptive Trade Practices under the New York Deceptive Acts and Practices Law<br>  – N.Y. Gen. Bus. Law § 349 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |
| WellChoice Insurance of New Jersey, Inc. | • Count I – Unlawful Restraint of Trade under the New Jersey Antitrust Act<br>  – N.J. Stat. §§ 56:9-1 to 56:9-19<br>• Count XIII – Unlawful Monopolization under the New Jersey Antitrust Act<br>  – N.J. Stat. Ann. § 56:9-4<br>• Count XXV – Unfair and Deceptive Trade Practices under the New Jersey Consumer Fraud Act<br>  – N.J.S.A. § 56:8-1 *et seq.*<br>• Count XLIV – Tortious Interference with Business Relationship or Prospective Economic Advantage under state common law<br>• Count XLV – Unjust Enrichment under state common law |