# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**NOTICE OF FILING REVISED PROPOSED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING**

In accordance with the Court's direction at the July 7, 2014 preliminary approval hearing, Class Plaintiffs hereby submit for the Court's review and consideration a revised proposed preliminary approval order, attached hereto as Exhibit A.  The attached proposed order has been populated with proposed dates, as set forth below:

| EVENT | PROPOSED DATE |
|---|---|
| Commencement of Notice to the Class | Within 14 days of entry of the preliminary approval order. |
| Filing of Materials in Support of Final Approval | September 15, 2014 |
| Filing of Motion for Attorney's Fees | September 15, 2014 |
| Filing of Request for Exclusion from the Class | September 30, 2014 |
| Filing of Objections to the Settlement | September 30, 2014 |
| All Claims Filed | October 15, 2014 |
| Final Approval Hearing | On or after October 17, 2014 |

The dates above and that are included in the attached Order are predicated on the entry of an order granting preliminary approval sometime in the week of July 21, 2014. This will provide for notice to the class in sufficient time prior to the dates for submission of objections, requests for exclusions or claims by putative class members.

Dated: July 16, 2014          Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol
Kristen Johnson Parker
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
tom@hbsslaw.com
kristenjp@hbsslaw.com

/s/ Thomas Greene
Thomas M. Greene, BBO # 210020
One Liberty Square, 12th Floor
Boston, MA 02109
(617) 261-0400
tgreene@greenellp.com

*Plaintiffs' Liaison Counsel*

/s/ Don Barrett
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
dbarrett@barrettlawgroup.com

/s/ Daniel Becnel
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
  Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

/s/ James Dugan
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

***Members of the Class Plaintiffs'
Steering Committee***

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 16, 2014.

/s/ Thomas M. Sobol
Thomas M. Sobol

4