*[Handwritten annotation in left margin: "The action will be dismissed by the parties unless parties submit more with certain by September 4, 2014 to submit more. 8/4/14"]*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                         :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,             :
        SALES PRACTICES AND              :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION    :
------------------------------------------------------------x    Judge Patti B. Saris
                                         :
THIS DOCUMENT RELATES TO:                :    Magistrate Judge Leo T. Sorokin
                                         :
McLendon v. Pfizer, et al. (No. 1:08-cv-12034)  :
------------------------------------------------------------x
```

## TEVA PHARMACEUTICALS USA, INC. and IVAX PHARMACEUTICALS, INC.'S MOTION TO TREAT MOTION TO DISMISS AS UNOPPOSED OR OTHERWISE DISMISS FOR LACK OF PROSECUTION

Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Ivax Pharmaceuticals, Inc. ("Ivax") (collectively, the "Teva Defendants"), hereby move the Court to treat their Motion to Dismiss for Failure to State a Claim, filed April 9, 2014 (ECF No. 4246), as unopposed, or otherwise to dismiss this action for lack of prosecution. In support of this Motion, the Teva Defendants state as follows:

1.      On April 9, 2014, the Teva Defendants moved to dismiss Plaintiff Denise McLendon's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim. (ECF No. 4246.) The principal basis of the Motion to Dismiss is that all of Plaintiff's claims are preempted by federal law governing generic prescription drugs, as recognized by the United States Supreme Court in two recent decisions: *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567, 2574 (2011), *reh'g denied*, 132 S. Ct. 55, and *Mutual Pharmaceutical Company v. Bartlett*, 133 S. Ct. 2466 (2013).

2.      Plaintiff's opposition to the Motion to Dismiss was due no later than 14 days thereafter, or April 23, 2014. *See* Local Rule 7.1(b)(2).