# Insurance Claims Consultants

Third Party Administrators
P.O. Box 8873
Wichita, Kansas 67208
1 (316) 683-0170 or 1 (845)-751-0023   (EIN 37-173922)
www.insuranceclaimsconsult.com

August 9, 2014

To: All attorneys representing the Class Action Lawsuit

Reference MDL Docket No. 1629

# Harden Manufacturing Corp. v Pfizer Inc. (In re Neurontin Marketing Products Liability and Sales Practices Litigation), No. 04-10981-PBS, MDL Docket No. 1629

Gentlemen/Court

ICC received a notice of a class action settlement which is pending to hold a hearing on October 22,

2014. The fact of this case stems from alleged violations since 1994 to present. ICC has issues on the condition on how TPA's and other entities are required to present claims. With that said, it is evident that the conditions are tailored to favor Blue Cross and Blue Shields since they do not have documents stemming back from 1994. As a compromise, the courts may approve an order :

> To be eligible to receive a payment if the Court approves the Settlement, you must fill out and submit a valid electronic Claim Form online at www.NeurontinSettlement.com by October 15, 2014. Read the instructions carefully. Fill out the form and include all the information the form requests.
> Class Members are required to provide the amount of branded Neurontin they purchased from January 1, 2003 to June 30, 2004. *The purchase amount during this "proxy period" is being Substituted for the amount of Neurontin purchased during the full class period because many TPPs may have difficulty accessing older claims data that may not be kept electronically or on Current electronic systems.* This "proxy period" will be used to determine the payments made to each Class Member as described in Question 10.

The fact that ICC does not have computer document for Neurontin from January 1 2003 to June 30, 2004 disqualifies ICC from presenting a claim pursuant to the court's pending approved order.

1

It is ICC's position that Blue Cross and Blue Shield can't product those documents and the January 1, 2003 to June 30, 2004 was negotiated to qualify Blue Cross and Blue Shield to avoid ongoing litigation yet, this disqualified our company and others. Based on the January 1, 2003 thru June 30, 2004 language, ICC does not agree with the propose order as ICC does not have electronic payments records of Neurontin on or before January 1, 2003 as our computers have been updated and that information was only kept by statutory requirements which have expired.

ICC therefore, request that you present to the court on October 22, 2014 that the amount of claims **less than $300,000.00 does not require electronic or paper documentation**, in that, *it does not meet the requirement of a class action lawsuit and only benefits a few and prejudice others based on the January 1 thru June 20 2004 requirements* . To make it a true Class Action, ICC request that you present to the court that money reimbursement **over $300,000.00 would require electronic and paper** documentation from January 1, 2003 to June 30, 2004 which would satisfy Blue Cross and Blue Shield since they too, do not have records from 1994-December 31, 2002.

A court ruling will satisfy all parties in the class action lawsuit and will not prejudice those who records are no longer available due to the length of time that this lawsuit has taken and on those that were unaware that the case gained class action status.

In addition, as long as a company can prove they have been in business since 1994 thru December 31, 2002 and was a TPP, Insurance company, TPA etc... They meet the requirements to submit a claim without presenting itemize documents as the statue have run out for companies to keep such records.

If you have any questions, I can be reached at 1 (316) 683-0170.

Respectfully,

Dan Martinez CEO

Insurance Claims Consultants (TPA)

Cc: to Member of Class Counsel


The Court has appointed the following attorneys to represent you and other Class

Members as "Class Counsel":

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Thomas M. Greene

GREENE LLP
One Liberty Square, 12th Floor
Boston, MA 02109

Don Barrett
BARRETT LAW OFFICE
404 Court Square North
PO Box 987
Lexington, MS 39095

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

James R. Dugan II
THE DUGAN LAW FIRM, LLC
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
Daniel Becnel, Jr.
LAW OFFICES OF DANIEL BECNEL, JR.
106 W. Seventh Street
PO Drawer H
Reserve, LA 70084

The Court has appointed the following attorney to represent members of Subclass A:
W. Scott Simmer
BLANK ROME LLP
Watergate 600 New Hampshire Ave. , NW.
Washington, DC 20037

In addition, the following law firms, which have represented TPP interests in numerous prescription drug class action cases, have worked with the above-listed law firms:
Richard W. Cohen
LOWEY DANNENBERG COHEN &
 HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601


Mark D. Fischer
RAWLINGS & ASSOCIATES, PLLC
One Eden Park
LaGrange, KY 40031
Clerk of Court
United States District Court
1 Courthouse Way

Boston, MA 02210

Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN SOBOL
SHAPIRO LLP
55 Cambridge Parkway,
Suite 301
Cambridge, MA 02142

Thomas M. Greene
GREENE LLP
One Liberty Square, 12th Floor
Boston, MA 02109

## Defense Counsel

David Weinraub
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010