UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 |
|  | ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF
## APPEARANCEOF MAGDA JIMENEZ TRAIN

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), the undersigned counsel

hereby withdraws the appearance of Magda Jimenez Train on behalf of Defendants Pfizer Inc.

and Warner-Lambert Company LLC (collectively "Pfizer") in the above-captioned matter.   Ms.

Jimenez Train should be removed from the E-filing list and should no longer be listed as counsel

for Pfizer.   Pfizer will continue to be represented by counsel of record.

Dated: August 22, 2014                     /s/ Justin J. Wolosz
                                           Justin J. Wolosz (BBO# 643543)
                                           Ropes & Gray LLP
                                           800 Boylston Street
                                           Boston, MA 02199−3600
                                           Phone: (617) 951-7000
                                           justin.wolosz@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order

No. 3 on August 22, 2014.

                                           /s/ Justin J. Wolosz
                                           Justin J. Wolosz

45334698_1