## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS/BLUE SHIELD OF LOUISIANA; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; JAN FRANK WITYK; and GARY VARNAM, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>     Defendants. | Judge Patti B. Saris<br><br>Mag. Judge Leo T. Sorokin |

### MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Harden Manufacturing Corporation; Louisiana Health Service Indemnity Company, d/b/a Blue Cross/Blue Shield Of Louisiana; ASEA/AFSCME Local 52 Health Benefits Trust pursuant to Fed. R. Civ. P. 23 request this Court to grant final approval of the proposed $325 million class action settlement which the Plaintiffs originally submitted to the Court on May 30, 2014, (Dkt. No. 4259) and which the Court gave its preliminary approval on July 25, 2014 (Dkt. No. 4277).

{00020100 }

In support for this motion the Plaintiffs file the following:

1. Memorandum of Law In Support of Motion for Final Approval of Proposed Class Action Settlement;

2. Declaration of Elizabeth Levine Re: Mailing and Publication of Notice to Class;

3. Declaration of Thomas M. Sobol in Support of Class Plaintiffs' Motion for Final Approval of Settlement;

4. Declaration of Thomas M. Greene in Support of Class Plaintiff Counsel's Motion for an Award of Attorney's Fees; and

5. Affidavit of Arthur R. Miller Concerning the Reasonableness of Counsel for the Class Plaintiffs' Request for an Award of Attorneys' Fees and Expenses.

Class Plaintiffs have previously submitted a [Proposed] Final Order and

Judgment Granting Final Approval of the Class Action Settlement Agreement and

Release, Approving Proposed Allocation of Settlement Funds, and Approving Class

Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and

Compensation for Class Representatives (Dkt. No. 4260-3).

Dated:  September 15, 2014                    Respectfully Submitted,

                              By:     */s/ Thomas M. Greene*
                                      Thomas M. Greene
                                      Greene LLP
                                      One Liberty Square, Ste. 1200
                                      Boston, MA 02109
                                      tgreene@greenellp.com


                              By:     */s/ Thomas M. Sobol*
                                      Thomas M. Sobol
                                      Hagens Berman Sobol Shapiro LLP
                                      One Main Street, 4th Floor
                                      Cambridge, MA  02142
                                      Boston, MA 02110

By:     /s/ Elizabeth J. Cabraser
        Elizabeth J. Cabraser
        Lieff Cabraser Heimann &
            Bernstein, LLP
        Embarcadero Center West
        275 Battery Street, 30th Floor
        San Francisco, CA 94111-3339

By:     /s/ Don Barrett
        Don Barrett
        Barrett Law Office
        404 Court Square North
        P.O. Box 987
        Lexington, MS 39095

By:     /s/ Daniel Becnel
        Daniel Becnel, Jr.
        Law Offices of Daniel Becnel, Jr.
        106 W. Seventh Street
        P.O. Drawer H
        Reserve, LA 70084

By:     /s/ James Dugan
        James R. Dugan, II
        The Dugan Law Firm
        365 Canal Street, Suite 1000
        New Orleans, LA 70131

*Members of the Class Plaintiffs'
Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on

September 15, 2014.

                /s/  Thomas M. Greene
                Thomas M. Greene