# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS/BLUE SHIELD OF LOUISIANA; and ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>    Defendants. | Judge Patti B. Saris<br><br>Mag. Judge Leo T. Sorokin |

## MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATION TO CLASS PLAINTIFFS

Harden Manufacturing Corporation; Louisiana Health Service Indemnity Company, d/b/a Blue Cross/Blue Shield Of Louisiana; ASEA/AFSCME Local 52 Health Benefits Trust (the "Plaintiffs"), pursuant to Fed. R. Civ. P. 23 request this Court, in the event it approves the proposed class action settlement, grant counsel for the class plaintiffs an award of 33.33% of the common fund of the settlement, $108,333,333, as an award of attorney's fees and reimbursement of their reasonable expenses in prosecuting

{00020101 }

this action.  They also request that compensation of $25,000 be paid to each the class plaintiffs who served as class representatives.

In support for this motion the Plaintiffs file the following:

1. Memorandum of Law In Support of Application for Attorneys' Fees, Reimbursement of Expenses, and Compensation to Named Plaintiffs;

2. Declaration of Thomas M. Sobol in Support of Class Plaintiffs' Motion for Final Approval of Settlement;

3. Declaration of Thomas M. Greene in Support of Class Plaintiff Counsel's Motion for an Award of Attorney's Fees; and

4. Affidavit of Arthur R. Miller Concerning the Reasonableness of Counsel for the Class Plaintiffs' Request for an Award of Attorneys' Fees and Expenses.

Class Plaintiffs have previously submitted a [Proposed] Final Order and Judgment Granting Final Approval of the Class Action Settlement Agreement and Release, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and Compensation for Class Representatives (Dkt. No. 4260-3).

Dated:  September 15, 2014               Respectfully Submitted,

                                         By:    /s/ Thomas M. Greene
                                                Thomas M. Greene
                                                Greene LLP
                                                One Liberty Square, Ste. 1200
                                                Boston, MA 02109
                                                tgreene@greenellp.com

{00020101 }                               2

        By:      */s/ Thomas M. Sobol*
                  Thomas M. Sobol
                  Hagens Berman Sobol Shapiro LLP
                  One Main Street, 4th Floor
                  Cambridge, MA  02142
                  Boston, MA 02110

        By:      */s/ Elizabeth J. Cabraser*
                  Elizabeth J. Cabraser
                  Lieff Cabraser Heimann &
                      Bernstein, LLP
                  Embarcadero Center West
                  275 Battery Street, 30th Floor
                  San Francisco, CA 94111-3339

        By:      */s/ Don Barrett*
                  Don Barrett
                  Barrett Law Office
                  404 Court Square North
                  P.O. Box 987
                  Lexington, MS 39095

        By:      */s/ Daniel Becnel*
                  Daniel Becnel, Jr.
                  Law Offices of Daniel Becnel, Jr.
                  106 W. Seventh Street
                  P.O. Drawer H
                  Reserve, LA 70084

        By:      */s/ James Dugan*
                  James R. Dugan, II
                  The Dugan Law Firm
                  365 Canal Street, Suite 1000
                  New Orleans, LA 70131

*Members of the Class Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served on September 15, 2014.

                                                                    */s/ Thomas M. Greene*
                                                                    Thomas M. Greene