UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>CLASS ACTION | Judge Patti B. Saris |

**Travelers Indemnity, et al. v. Pfizer, Inc., et al.**
District of Connecticut
C.A. No. 3:12-CV-01059 (VLB)

September 16, 2014

**NOTICE OF APPEARANCE**

Please enter my Appearance as attorney for the interested parties, TRAVELERS INDEMNITY COMPANY and its various property casualty affiliates and subsidiaries; TRAVELERS CASUALTY AND SURETY COMPANY and its various property casualty affiliates and subsidiaries; ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its various property casualty affiliates and subsidiaries; and STANDARD FIRE INSURANCE COMPANY and its various property casualty affiliates and subsidiaries, in the above-entitled case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

INTERESTED PARTIES:

**TRAVELERS INDEMNITY COMPANY** and its various property casualty affiliates and subsidiaries;
**TRAVELERS CASUALTY AND SURETY COMPANY** and its various property casualty affiliates and subsidiaries;
**ST. PAUL FIRE AND MARINE INSURANCE COMPANY** and its various property casualty affiliates and subsidiaries; and
**STANDARD FIRE INSURANCE COMPANY** and its various property casualty affiliates and subsidiaries

By   /s/ Gerald T. Giaimo
   Gerald T. Giaimo
   Fed. Bar #ct14885
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Phone:  860-522-6103
   Fax:  860-548-0006
   E-Mail:  giaimo@halloransage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 2 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on the 16th day of September, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Gerald T. Giaimo
Gerald T. Giaimo

3489839v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 3 -

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105