UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629  Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JUSTIN J. WOLOSZ

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby withdraws his appearance on behalf of Defendants Pfizer Inc. and Warner-Lambert Company LLC (collectively "Pfizer") in the above-captioned matter.  Mr. Wolosz should be removed from the e-filing list and should no longer be listed as counsel for Pfizer.  Pfizer will continue to be represented by counsel of record.

Respectfully submitted,

Dated:  October 1, 2014

/s/ Justin J. Wolosz
Justin J. Wolosz (BBO# 643543)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 951-7000
Justin.wolosz@ropesgray.com

45996560_1

## **CERTIFICATE OF SERVICE**

        I hereby certify that on October 1, 2014, I electronically filed the foregoing using the CM/ECF system and pursuant to Case Management Order No.3.

/s/ Justin J. Wolosz_____
Justin J. Wolosz

45996560_1