UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**CLASS PLAINTIFFS' SUPPLEMENTAL FILING IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION TO APPROVE ALTERNATIVE PROOF OF CLAIM BY SOLE OBJECTOR TO THE SETTLEMENT**

With the final approval hearing scheduled for October 22, 2014, Class Counsel hereby informs the Court of the reaction of class members to the settlement, and seeks approval of a claim from the sole objector to the settlement which would result in the withdrawal of the only objection to the settlement.

**A.      Notice was provided in accordance with the Court's preliminary approval order.**

In support of Class Plaintiffs' Motion for Final Approval of Settlement, Class Plaintiffs previously submitted the Declaration of Elizabeth Levine Regarding Mailing and Publication of Notice to the Class (the "September Declaration"), attesting to, among other things, the mailing of 42,893 notices to potential Class Members as of September 14, 2014. [Dkt. No. 4258, ¶ 8].

Since then, Rust responded to inquiries from class members seeking additional copies of the notice and followed up on a number of notices that were originally returned as undeliverable. *See* Supplemental Declaration of Jessica Jenkins of Rust Consulting Inc. dated October 17, 2014 attached as Exhibit 1 hereto ("October Declaration") ¶ 6.  Accordingly, as of October 17, 2014, Rust has mailed a total of 43,055 postcard notices to potential Class Members.  *Id.* ¶ 7.

**B.      Reaction of the Class to the settlement.**

The deadline to object to the settlement or request exclusion from the Class was September 30, 2014. The deadline for filing proofs of claim by members of the Class was October 15, 2014. Reaction of the Class to the settlement has been overwhelmingly positive.

**1.      One entity requested exclusion from the Class.**

Only one company requested exclusion from the class. A listing of the name, city, and state of the single request for exclusion is attached to the October Declaration at Exhibit A. The total Neurontin purchases claimed by the opt-out are $24,948.17.

**2.      One entity objected to the settlement.**

On or about August 9, 2014, Insurance Claims Consultants ("ICC") objected to the settlement. [Dkt. No. 4280].    A copy of ICC's objection is attached hereto as Exhibit 2. Class Counsel, along with counsel for the Coordinated Plaintiffs, has had multiple discussions with the CEO of ICC to clarify the nature of ICC's objection. A proposed resolution, addressed below, would, if approved by the Court, eliminate ICC's objection.

**3.      Preliminary report on claims submitted by the Class.**

There have been more than 700 claims filed by members of the Class, claiming more than $920,000,000 in purchases of Neurontin during the proxy period, January 1, 2003 to June 30, 2004. October Declaration ¶ 11. These figures are preliminary and subject to change until the claims administrator completes its review of the claims and data in support of claims.

**C.      Class Plaintiffs move the Court to approve the terms of a conditional settlement with the sole objector to the settlement.**

Class Plaintiffs move the Court to approve an alternative method for the sole objector to the settlement to file and substantiate ICC's proof of claim.  Dan Martinez, the CEO of ICC, has declared under penalties of perjury that ICC purchased and/or reimbursed more than $150,000 of Neurontin for its clients' health benefit plans, between January 1, 1997 – June 30 1998, which is within the class period, but prior to the January 1, 2003 – June 30, 2004 proxy period for filing proofs of claim.  *See* Declaration of Dan Martinez, CEO of Objector ICC attached as Exhibit 3 ("Martinez Decl.") ¶ 2.  All of ICC's purchases or reimbursements for Neurontin occurred prior to 1999.  ICC objected that the later proxy period would exclude it from participation in the settlement.

Class counsel has reached a conditional settlement with ICC, subject to the Court's approval, to allow ICC's claim as if it were for purchases during the proxy period, to accept the Declaration attached as Exhibit 3 as proof of ICC's purchases (no class member claiming less than $300,000 is required to provide proof of purchases under the currently approved plan of distribution), and to allow the claim to be filed *nunc pro tunc* to October 15, 2014, immediately following Court approval.  ICC further agreed to the disallowance of any portion of its claim that would result in a distribution to it of more than $10,000.  *Id*. ¶ 3.  If the Court approves this conditional settlement with ICC, ICC's objection to the settlement will be withdrawn. *Id.*

A proposed order approving alternative proof of claim by ICC is submitted herewith.

Dated: October 20, 2014                    Respectfully submitted,

                                      */s/ Thomas M. Sobol*
Thomas M. Sobol
Kristen A. Johnson
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
tom@hbsslaw.com
kristenj@hbsslaw.com

*Plaintiffs' Steering Committee*

*/s/ Thomas Greene*
Thomas M. Greene, BBO # 210020
One Liberty Square, 12th Floor
Boston, MA 02109
(617) 261-0400
tgreene@greenellp.com

*Plaintiffs' Liaison Counsel*

*/s/ Don Barrett*
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
dbarrett@barrettlawgroup.com

*/s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Lieff Cabraser Heimann &
  Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
ecabraser@lchb.com

*/s/ James Dugan*
James Dugan
The Dugan Law Firm
One Canal Street
365 Canal St., Suite 1000
New Orleans, LA 70131
jdugan@dugan-lawfirm.com

*Members of the Class Plaintiffs'
Steering Committee*

**CERTIFICATE OF SERVICE**

      I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 20, 2014

                                                */s/ Thomas M. Sobol*
                                                Thomas M. Sobol