**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Chief Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; JAN FRANK WITYK; and GARY VARNAM, on behalf of themselves and all others similarly situated, | Magistrate Judge Leo T. Sorokin |

          Plaintiffs,

v.

PFIZER INC. and WARNER-LAMBERT COMPANY,

          Defendants.

**SUPPLEMENTAL DECLARATION OF JESSICA JENKINS IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

          I, JESSICA JENKINS, declare and state as follows:

          1.       I am a Project Manager for Rust Consulting, Inc., ("Rust").  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

          2.       I submit this supplemental declaration to provide the Court with updated information regarding, among other things, the mailing of the Postcard Notice and the receipt of requests for exclusion, objections and electronic claim forms.

1

3.      Rust was appointed Claims Administrator, pursuant to ¶ 11 of the Order Granting Preliminary Approval of the Class Action Settlement Agreement and Release, Directing Notice to the Class, and Scheduling Fairness Hearing dated July 25, 2014.

4.      On September 15, 2014, the Declaration of Elizabeth Levine Regarding Mailing and Publication of Notice to the Class (the "September Declaration") was filed with the Court (Dkt. 4258), testifying to, among other things, the mailing of the Postcard Notice and the receipt of requests for exclusion, objections and electronic claim forms from the Class as of September 14, 2014.

<u>UPDATE ON MAILING OF THE POSTCARD NOTICE</u>

5.      As more fully stated in the September Declaration at ¶8, as of September 14, 2014, Rust had mailed a total of 42,893 Postcard Notices to potential Class Members.

6.      Since the September Declaration was executed, during the period from September 14, 2014 through October 17, 2014, inclusive, there have been zero (0) inquiries from potential Class Members requesting Postcard Notices to be mailed.  As of October 17, 2014, the United States Postal Service ("USPS") has returned a total of 4,810 Postcard Notices as undeliverable without forwarding addresses.  Since September 14, 2014, Rust was able to locate an additional 147 new addresses, through an information supplier to which Rust subscribes, and Postcard Notices were re-mailed to these potential Class Members at the updated addresses.  In addition, since September 14, 2014, the USPS has returned 15 additional Postcard Notices with forwarding addresses and they were re-mailed to the potential Class Members at the updated addresses.

7.      Therefore, as of October 17, 2014, we have mailed a total of 43,055 Postcard Notices to potential Class Members.

## RECEIPT OF EXCLUSION REQUESTS, OBJECTIONS AND CLAIM FORMS

8.      As stated in ¶12 of the September Declaration, pursuant to ¶12 of the Preliminary Approval Order, requests for exclusion from the Class were required to be mailed to the Claims Administrator and postmarked no later than September 30, 2014.  To date, Rust has received one (1) timely and valid request for exclusion from the Class.  Attached hereto as Exhibit A is a listing of the name, city, state and Rust's internal tracking number of the valid request for exclusion received to date.

9.      A copy of the one (1) request for exclusion and envelope was provided to Class Counsel.

10.     As stated in the September Declaration at ¶13, objections to the settlement were required to be filed and received on or before September 30, 2014.  As of October 17, 2014, Rust has not received any objections.  Class Counsel informed Rust that a single objection was mailed to them on or about August 9, 2014 and was also filed on the Court's docket.

11.     Pursuant to ¶16 a. of the Preliminary Approval Order, claims must have been electronically submitted by October 15, 2014.  As of October 17, 2014, Rust has received 709 electronic claim forms.  The total value of purchases of Neurontin claimed to date equals $920,869,166.60.  These figures are preliminary and subject to change until the claims administrator completes its review of the claims and data in support of claims.

12.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of October, 2014 in Minneapolis, Minnesota.

Jessica Jenkins

**EXHIBIT A**

| Rust Tracking Number | Name | City | State |
|---|---|---|---|
| 524941 | Health Care Plan of Womble Carlyle Sandridge & Rice, LLP | Winston-Salem | NC |