UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1629<br>CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## DECLARATION OF DAN MARTINEZ, CEO OF OBJECTOR, ICC

The undersigned, Dan Martinez, declares, under penalties of perjury, as follows.

1.    I have been the Chief Executive Officer of Insurance Claims Consultants ("ICC"), P.O. Box 8873, Wichita, Kansas, 67208, continuously since 1992.

2.    ICC paid to purchase and/or reimburse purchases of Neurontin for its clients' health benefit plan members during the class period, with all such purchases and/or reimbursements occurring prior to 1999.

3.    ICC's Neurontin purchases from January 1, 1997- June 30, 1998, were more than $150,000. Subject to the Court's approval of the claims administrator's acceptance of ICC's electronic claim for $150,000 (or if that would result in distribution to ICC of more than $10,000, the acceptance of the portion of ICC's claim that would result in distribution of $10,000, with ICC disclaiming the rest), pursuant to the same terms governing administration of class claims (other than the dates of the proxy period and acceptance of this declaration as proof of such purchases), ICC withdraws its objection to the class settlement (Dkt. No. 4280).

Dated:  October 15, 2014

Dan Martinez

{2644 / AFF / 00125339.DOCX v1}