UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; JAN FRANK WITYK; and GARY VARNAM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br><br>    Defendants. | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**SUPPLEMENTAL SUBMISSION CONCERNING CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND COMPENSATION FOR CLASS REPRESENTATIVES**

In keeping with the discussion with the Court at the fairness hearing in the above-referenced matter held on October 22, 2014 concerning final approval as well as the award of attorneys' fees, Class Plaintiffs hereby submit for the Court's consideration the following documents:

1. [Proposed] Final Order and Judgment Granting Final Approval of the Class Action Settlement Agreement and Release and Approving Proposed Allocation of Settlement Funds (Exhibit A);

2. [Proposed] Order Awarding Class Counsels' Application for Attorneys' Fees, Reimbursement of Litigation Expenses and Compensation for Class Representatives (Exhibit B); and

      3.   Expert Declaration of Brian T. Fitzpatrick (Exhibit C).

**A. Separate orders on final approval and attorney fees will allow the Court the ability to approve the Settlement while still considering the issue of fees.**

Class Plaintiffs have submitted separate proposed orders on the issue of final approval of the Settlement and the issue of the award of attorney fees.  In the October 22, 2014 fairness hearing the Court expressed the intention of approving the settlement but wished to further consider the issue of counsel's fee request.  A separate and timely order on approval of the settlement will allow any appeal period to begin running and will trigger the time period under which Defendants must fund the settlement – without waiting for the Court's decision on the fee request.  A timely order on final approval of the settlement will also expedite payments to the Class.

**B. Professor Fitzpatrick has examined whether the attorneys' fee request in this matter is supported by the existing data on fee awards in other class action cases.**

In the fairness hearing on October 22, 2014, the Court questioned Class Counsel concerning their request for a 33 1/3 % fee and how that request compared to awards in comparable "mega cases."  The Court relied heavily on an article by Professor Brian Fitzpatrick, *An Empirical Study of Class Action Settlements and Their Fee Awards*, 7 J. Empirical L. Stud. 811 (2010).  At the request of Class Counsel, Professor Fitzpatrick has examined all data available to him both during the time period of his original study as well as more recent data available through today, to compare awards made in comparable cases to this case.  His analysis includes consideration of case duration, level and quality of effort, and of percentage recovery generated for the class.[1]  His analysis is attached for the Court's consideration.

---

[1] Professor Fitzpatrick's analysis does not include "common benefit" cases in which a steering committee is awarded a percentage of the amount received by individual plaintiffs who are otherwise represented by other private counsel in mass tort and other multi-plaintiff cases.  As explained at the fairness hearing, such awards are not comparable to this case, being carve-outs from higher private contingency fee contracts that are reallocated to court-appointed counsel in non-class mass tort fee cases that do not award fees under Rule 23 procedures.

Dated:  October 27, 2014

Respectfully Submitted,

By: */s/ Thomas M. Sobol*  
    Thomas M. Sobol  
    Hagens Berman Sobol Shapiro LLP  
    One Main Street, 4th Floor  
    Cambridge, MA  02142  
    Boston, MA 02110

By: */s/ Thomas Greene*  
    Thomas Greene  
    Greene LLP  
    One Liberty Square, Ste. 1200  
    Boston, MA 02109

By: */s/ Elizabeth J. Cabraser*  
    Elizabeth J. Cabraser  
    Lieff Cabraser Heimann &  
      Bernstein, LLP  
    275 Battery Street, 29th Floor  
    San Francisco, CA 94111-3339

By: */s/ Don Barrett*  
    Don Barrett  
    Barrett Law Office  
    404 Court Square North  
    P.O. Box 987  
    Lexington, MS 39095

By: */s/ Daniel Becnel*  
    Daniel Becnel, Jr.  
    Law Offices of Daniel Becnel, Jr.  
    106 W. Seventh Street  
    P.O. Drawer H  
    Reserve, LA 70084

By: */s/ James Dugan*  
    James R. Dugan, II  
    The Dugan Law Firm  
    365 Canal Street, Suite 1000  
    New Orleans, LA 70131

***Members of the Class Plaintiffs'***  
***Steering Committee***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on October 27, 2014.

                                          */s/ Thomas Sobol*
                                          Thomas Sobol