# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Harden Manufacturing Corporation

    Plaintiff

CIVIL ACTION
NO. 1:04-cv-10981-PBS/MDL 1629

Neurontin Marketing Sales Practices and Products Liability Litigation

    V.

Pfizer, Inc. et.al.

    Defendants

## ORDER OF DISMISSAL

SARIS, D. J., Chief

In accordance with the Court's Order dated November 10, 2014 granting plaintiff's Motion for Attorneys' fees reimbursement of expenses, and compensation to class plaintiffs (Docket No. 4303), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

11/13/2014

/s/ C. Geraldino-Karasek

Date

Deputy Clerk