UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Hargett v. Pfizer Inc.*, No. 06-11023 (*Girard*) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR SUGGESTION OF REMAND**

Defendants Pfizer Inc. and Warner-Lambert Company LLC ("Pfizer") hereby respectfully move the Court to enter an order suggesting the remand by the United States Judicial Panel on Multi-district Litigation (JPML) pursuant to Panel Rule 10.1 of the claims of the above-captioned plaintiff Janet Hargett to the transferor court in the United States District Court for the Eastern District of Pennsylvania. Pfizer would show as follows:

1. Ms. Hargett's claims were originally part of the *Girard* Complaint, a sixty-two plaintiff action filed in the Eastern District of Pennsylvania and transferred to this Court by the JPML. Plaintiffs' counsel withdrew representation as to the majority of the plaintiffs in this action, and the Court ordered that all pro se Plaintiffs who desired to proceed with their claims file certifications of their intent to proceed. [Dkt. 4077, 4117] The court received certifications from other plaintiffs in this action, but not from Ms. Hargett. On June 18, 2013, the court accordingly dismissed the claims of all pro se plaintiffs in this action other than those that filed certifications, including Ms. Hargett's claims. [Dkt. 4128] On September 10, 2013, the JPML remanded the remaining claims in the *Girard* action to the Eastern District of Pennsylvania. [Dkt. 4156]

2. On July 23, 2013, Ms. Hargett filed a letter with the Court seeking reconsideration of the dismissal of her claims and explaining that she had not received certain correspondence that was

ordered by the Court to be sent to her by her prior counsel. [Dkt. 4149] Pfizer did not oppose this motion, and on October 21, 2013, Judge Sorokin recommended that it be granted [Dkt. 4178], which recommendation this Court adopted on November 12, 2013. [Dkt. 4190] At the time the Court reinstated Ms. Hargett's claims, the *Girard* action of which they were a part had already been remanded to the Eastern District of Pennsylvania.

3. There has been no activity with regard to Ms. Hargett's claims since this Court reinstated them on November 12, 2013.[1] Pfizer submits that, in light of the common discovery taken in this MDL, remand is appropriate with regard to Ms. Hargett's claims. Accordingly, Pfizer respectfully submits that this Court should enter an order suggesting the remand by the JPML of Ms. Hargett's clams to the Eastern District of Pennsylvania.

WHEREFORE, Pfizer respectfully requests that this Court enter an order suggesting the remand by the JPML of Ms. Hargett's claims to the Eastern District of Pennsylvania.

Dated:  November 25, 2014

Respectfully submitted,

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000
Email:  markcheffo@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

---

[1] Counsel for Pfizer recently contacted Ms. Hargett by phone to request her consent to this motion. Although Pfizer understood Ms. Hargett to be proceeding pro se, she stated on that call that she has retained new counsel in this action. In light of ethical rules prohibiting direct contact with represented persons, Pfizer requested that Ms. Hargett identify her new counsel, as no attorney has entered an appearance for her on the docket. Ms. Hargett refused to do so, and counsel for Pfizer accordingly provided contact information to be reached by Ms. Hargett's attorney. Since that time, counsel for Pfizer has not been contacted by any attorney purporting to represent Ms. Hargett.

## CERTIFICATE OF SERVICE

I, Mark S. Cheffo, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on November 25, 2014.  I further certify that I have sent a copy of the foregoing to Plaintiff pro se Janet Hargett at her address registered with the Court.

Dated:  November 25, 2013             /s/ Mark S. Cheffo
                                      Mark S. Cheffo