# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Hargett v. Pfizer Inc.*, No. 06-11023 (*Girard*) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' MOTION FOR SUGGESTION OF REMAND

Defendants Pfizer Inc. and Warner-Lambert Company LLC ("Pfizer") hereby respectfully move the Court to enter an order suggesting the remand by the United States Judicial Panel on Multi-district Litigation (JPML) pursuant to Panel Rule 10.1 of the claims of the above-captioned plaintiff Janet Hargett to the transferor court in the United States District Court for the Eastern District of Pennsylvania. Pfizer would show as follows:

1. Ms. Hargett's claims were originally part of the *Girard* Complaint, a sixty-two plaintiff action filed in the Eastern District of Pennsylvania and transferred to this Court by the JPML. Plaintiffs' counsel withdrew representation as to the majority of the plaintiffs in this action, and the Court ordered that all pro se Plaintiffs who desired to proceed with their claims file certifications of their intent to proceed. [Dkt. 4077, 4117] The court received certifications from other plaintiffs in this action, but not from Ms. Hargett. On June 18, 2013, the court accordingly dismissed the claims of all pro se plaintiffs in this action other than those that filed certifications, including Ms. Hargett's claims. [Dkt. 4128] On September 10, 2013, the JPML remanded the remaining claims in the *Girard* action to the Eastern District of Pennsylvania. [Dkt. 4156]

2. On July 23, 2013, Ms. Hargett filed a letter with the Court seeking reconsideration of the dismissal of her claims and explaining that she had not received certain correspondence that was