UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*John Lerch  04-12283* | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs John Lerch, and Defendants Pfizer Inc. and Warner-Lambert Company LLC, hereby stipulate and agree that this action be dismissed with prejudice. It is further stipulated and agreed that, upon the filing of this stipulation, Plaintiff John Lerch waives all rights of appeal. Each party will bear its own costs, expenses, and attorneys' fees as to the claims hereby dismissed.

Dated: 5/14/2014

By: */s/ Mark S. Cheffo*
Mark S. Cheffo *(pro hac vice)*
Katherine Armstrong *(pro hac vice)*
David Weinraub *(pro hac vice)*
QUINN EMANUEL URUQHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
davidweinraub@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

Respectfully submitted,

By: *Genevieve Zimmerman*
Genevieve M. Zimmerman
Zimmerman Reed, PLLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Tele. (612) 341-0400
Fax (612) 341-0844
Email: Genevieve.Zimmerman@zimmreed.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3 on December 12, 2014.

/s/ Mark Cheffo
Mark Cheffo
