UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Carter, et al., v. Pfizer, Inc., et al.*, 05-10250 | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Betty Carter, Martha McGee, and Maurine Featherstone (collectively "Plaintiffs"), and Defendants Pfizer Inc. and Warner-Lambert Company LLC, hereby stipulate and agree that this action be dismissed with prejudice. It is further stipulated and agreed that, upon the filing of this stipulation, Plaintiffs waive all rights of appeal. Each party will bear their own costs, expenses, and attorneys' fees as to the claims hereby dismissed.

Dated: October 20, 2014

Respectfully submitted,

By: */s/ Mark S. Cheffo*
Mark S. Cheffo *(pro hac vice)*
Katherine Armstrong *(pro hac vice)*
David Weinraub *(pro hac vice)*
QUINN EMANUEL URUQHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
davidweinraub@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

By: */s/ Matthew L. White*
Mark K. Gray
Matthew L. White
GRAY & WHITE
713 E. Market Street, Suite 200
Louisville, Kentucky 40202
Telephone (502) 805-1800
Facsimile (502) 618-4059
mgray@grayandwhitelaw.com
mwhite@grayandwhitelaw.com

*Attorneys for Plaintiffs Betty Carter, Martha McGee and Maurine Featherstone*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3 on December 12, 2014.

/s/ Mark Cheffo
Mark Cheffo