**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Donald Miller  v. Pfizer, Inc. et al* | Case No. 2:05-cv-02113<br><br>Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Donald Miller, and Defendants Pfizer Inc. and Warner-Lambert Company LLC, hereby stipulate and agree that this action be dismissed with prejudice.  It is further stipulated and agreed that, upon the filing of this stipulation, Plaintiff Donald Miller waives all rights of appeal.  Each party will bear its own costs, expenses, and attorneys' fees as to the claims hereby dismissed.

Dated: _____

Respectfully submitted,

By: */s/ Mark S. Cheffo*
Mark S. Cheffo *(pro hac vice)*
Katherine Armstrong *(pro hac vice)*
David Weinraub *(pro hac vice)*
QUINN EMANUEL URUQHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
davidweinraub@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and*
*Warner-Lambert Company LLC*

By:_____
B. J. Wade
Skouteris & Magee
50 N. Front Street
Suite 920
Memphis, TN 38103
Tel. 888-339-6032
Fax. 901-526-4640

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order

No. 3 on December 12, 2014

/s/ Mark Cheffo
Mark Cheffo