## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> *Deborah Mull 04-12277* | Chief Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Deborah Mull, and Defendants Pfizer Inc. and Warner-Lambert Company LLC, hereby stipulate and agree that this action be dismissed with prejudice.  It is further stipulated and agreed that, upon the filing of this stipulation, Plaintiff Deborah Mull waives all rights of appeal.  Each party will bear its own costs, expenses, and attorneys' fees as to the claims hereby dismissed.


Dated: _____

By: _/s/ Mark S. Cheffo_____
Mark S. Cheffo *(pro hac vice)*
Katherine Armstrong *(pro hac vice)*
David Weinraub *(pro hac vice)*
QUINN EMANUEL URUQHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
davidweinraub@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

Respectfully submitted,

By:_____
Joseph Bruno
Bruno & Bruno
855 Barrone Street
New Orleans, LA 70113
Tele. 504-525-1335
Fax 504-561-6775
Email: jbruno@brunolaw.com
*Attorneys for Plaintiff*


1

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order

No. 3 on December 12, 2014

/s/ Mark Cheffo
Mark Cheffo