UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Brenda Straddeck v. Pfizer, Inc. et al* | Case No. 4:04-cv-04106<br><br>Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brenda Straddeck, and Defendants Pfizer Inc. and Warner-Lambert Company LLC, hereby stipulate and agree that this action be dismissed with prejudice. It is further stipulated and agreed that, upon the filing of this stipulation, Plaintiff Brenda Straddeck waives all rights of appeal. Each party will bear its own costs, expenses, and attorneys' fees as to the claims hereby dismissed.

Dated: 4-30-14                                                Respectfully submitted,

By: */s/ Mark S. Cheffo*                                     By: Elizabeth V. Heller
Mark S. Cheffo *(pro hac vice)*                          Elizabeth V. Heller
Katherine Armstrong *(pro hac vice)*                 Goldenberg Heller Antognoli
David Weinraub *(pro hac vice)*                        & Rowland, P.C.
QUINN EMANUEL URUQHART &                      2227 South State Route 157
SULLIVAN LLP                                                   Edwardsville, IL 62025
51 Madison Avenue, 22nd Floor                        Tel. 618-656-5150
New York, New York 10010                              Fax. 618-656-6230
Tel. 212-849-7000
Fax. 212-849-7100                                             *Attorney for Plaintiff*
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
davidweinraub@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3 on December 12, 2014.

/s/ Mark Cheffo
Mark Cheffo

2