UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Patricia Ann White 04-12281* | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Patricia Ann White, and Defendants Pfizer Inc. and Warner-Lambert Company LLC, hereby stipulate and agree that this action be dismissed with prejudice. It is further stipulated and agreed that, upon the filing of this stipulation, Plaintiffs Patricia Ann White waive all rights of appeal. Each party will bear its own costs, expenses, and attorneys' fees as to the claims hereby dismissed.

Dated: _____

By: */s/ Mark S. Cheffo*
Mark S. Cheffo *(pro hac vice)*
Katherine Armstrong *(pro hac vice)*
David Weinraub *(pro hac vice)*
QUINN EMANUEL URUQHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
davidweinraub@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

Respectfully submitted,

By: _____
Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
Tele. 985-536-1186
Fax. 985-536-6445
dbecnel@becnellaw.com
*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been served pursuant to Case Management Order No. 3 on December 12, 2014.

                                               /s/ Mark Cheffo
                                               Mark Cheffo