Attention Chief SARIS

#0410981

FILED IN CLERKS OFFICE
2014 DEC 3 PM 1 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

page one (1)

I Request Denial of change of Remand OR change of Venue other word please keep in Mass.

Sincerely,
Grant Hackett

Judge Pattie Saris

Your Honor

I Request Denial of Change of Remand or Change of Venue

Defendant Counsel called at Home to Notify me of such (recieved packet Today) (These words) (Need Better) (Climate) Need To move case a Long. Please Excuse any missing Information No Firm Has Responded To My Requests For Assistance

Sincerely
Janet F Haggett

ATTention

For Her Honor
Patti Saris

Personal note:

Please; Change from your Court would cause undue Hardship-and- into unfriendly Territory

---

I wish one firm or something to pick up the mantel with me. I have Been on this case 13 years.

Thank you for your kind attetion

Sincerely,
Janet Hargett
12-02-2014

#04-10981
(page 4)

Personal Requests

Please Beg Your Indulgence, my Brief is the Best I can Do on my own Your Honor is it Possible To Provide List of Possible FIRM To assist me

Thank you

Janet Hargett

FILED IN CLERKS OFFICE 2014 DEC 3 PM C5 U.S. DISTRICT COURT DISTRICT OF MASS.