UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Harden Manufacturing Corp., et al. v. Pfizer, Inc., et al.* (1:04-cv-10981) | Chief Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS WITYK & VARNAM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jan Frank Wityk and Gary Varnam, and Defendants Pfizer Inc. and Warner-Lambert Company LLC, hereby stipulate and agree that this action be dismissed with prejudice as to Plaintiffs Wityk and Varnam.  It is further stipulated and agreed that, upon the filing of this stipulation, Plaintiffs Wityk and Varnam waive all rights of appeal including, without limitation, any appeal regarding the denial of their motion for class certification.  Each party will bear its own costs, expenses, and attorneys' fees as to the claims hereby dismissed.

Dated:  February 11, 2015

Respectfully submitted,

By: */s/ Mark S. Cheffo*
Mark S. Cheffo *(pro hac vice)*
Katherine Armstrong *(pro hac vice)*
David Weinraub *(pro hac vice)*
QUINN EMANUEL URUQHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. 212-849-7000
Fax. 212-849-7100
markcheffo@quinnemanuel.com
katherinearmstrong@quinnemanuel.com
davidweinraub@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

By: */s/ Thomas M. Greene*
Thomas M. Greene
GREENE LLP
One Liberty Square, 12th FBR
Boston, MA 02109
tgreene@greenellp.com


By: */s/ Don Barrett*
Don Barrett
BARRETT LAW OFFICE
404 Court Square North
PO Box 987
Lexington, MS 39095
dbarrett@barrettlawgroup.com

1

By: */s/ Elizabeth J. Cabreser*
Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Batter Street, 30th FBR
San Francisco, CA 94111-3339
ecabraser@lchb.com


By: */s/ Thomas M. Sobol*
Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
tom@hbsslaw.com


By: */s/ James R. Dugan II*
James R. Dugan II
THE DUGAN LAW FIRM, LLC
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
jdugan@dugan-lawfirm.com


By: */s/ Daniel Becnel, Jr.*
Daniel Becnel, Jr.
LAW OFFICES OF DANIEL BECNEL, JR.
106 W. Seventh Street
PO Drawer H
Reserve, LA 70084
dbecnel@becnellaw.com


*Attorneys for Plaintiffs Jan Frank Wityk and Gary Varnam*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3 on February 11, 2015

                                                                 /s/ David Weinraub  
                                                                 David Weinraub