AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
District of Massachusetts

In Re Neurontin Marketing & Sales Practices Litigation

Plaintiff
v.
Defendant

MDL No. 1629
Case No. Master C.A. No. 04-10981

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bernstein Liebhard LLP

Date: May 7, 2015

Andrew Good
*Attorney's signature*

Andrew Good  201240
*Printed name and bar number*

83 Atlantic Ave., Boston MA 02110
*Address*

ag@gscboston.com
*E-mail address*

617-523-5933
*Telephone number*

617 523 7554
*FAX number*