# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1629 <br><br> MASTER CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## MOTION TO REALLOCATE ATTORNEYS' FEES AND FOR DISCOVERY IN SUPPORT OF REALLOCATION

Bernstein Liebhard LLP respectfully moves the Court to reallocate attorney's fees and for discovery in support of this motion. In support of this motion and filed concurrently is 1) Memorandum of Law in Support of Motion to Reallocate Attorneys' Fees and For Discovery in Support of Reallocation; and 2) the Declaration of Sandy A. Liebhard in Support of Motion to Reallocate Attorneys' Fees and For Discovery in Support of Reallocation.

**Pursuant to Local Rule 7.1(2), Bernstein Liebhard LLP hereby certifies that it has conferred with counsel for the PSC and has attempted in good faith to resolve or narrow the iss**ues raised in this motion.

Respectfully submitted,

*/s/ Andrew Good*
Andrew Good
GOOD SCHNEIDER CORMIER
83 Atlantic Avenue
Boston, Massachusetts 02110
Tel: (617) 523-5933
Email: ag@gscboston.com

*Counsel for Bernstein Liebhard LLP*

DATED: May 7, 2015

## CERTIFICATE OF SERVICE

      I, Andrew Good, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on May 7, 2015. I further certify that I have sent a copy of the foregoing to Plaintiff pro se Janet Hargett at her address registered with the Court.

                                                                                         */s/ Andrew Good*

DATED: May 7, 2015