# EXHIBIT 2

**BERNSTEIN LIEBHARD LLP**
10 East 40th Street
New York, New York 10016
(212) 779-1414
fax: (212) 779-3218

www.bernlieb.com

Bernstein Liebhard LLP (the "Firm") was formed in 1993 as a boutique litigation practice to represent institutional and individual investors in shareholder class and derivative litigation and consumers in consumer fraud and antitrust litigation.

The Firm is the only firm in the country to be named by THE NATIONAL LAW JOURNAL to the "Plaintiffs' Hot List," recognizing the top plaintiffs' firms in the country, every year since the list was first published in 2003. This year marks the twelfth consecutive year that Bernstein Liebhard has been named to this prestigious list. In 2013, the Firm was also included in The National Law Journal's "Plaintiffs Hot List Hall of Fame."

In 2013, the Firm was listed for the seventh consecutive year in THE LEGAL 500, a guide to the best commercial law firms in the United States. THE LEGAL 500THE LEGAL 500 is an independent "guide to 'the best of the best' – the pre-eminent firms in the world's strongest and most competitive legal market." In addition, the Firm was listed in the 2012, 2013, and 2014 editions of BENCHMARK PLAINTIFF: THE DEFINITIVE GUIDE TO AMERICA'S LEADING PLAINTIFF FIRMS & ATTORNEYS ("BENCHMARK PLAINTIFF"). BENCHMARK PLAINTIFF focuses exclusively on plaintiff litigation, "highlighting firms and individuals responsible for bringing the cases that matter." The Firm has also received Martindale-Hubbell's highest ratings for legal ability (A) and ethical standards (V) and "Peer Review Rated 2012" by the American Association of Justice.

The Firm was also selected by the legal publication LAW360 for its list of the top six plaintiff-side securities firms in the nation. The Firm was recognized for its "leadership work" in connection with the

$586 million settlement in *In re Initial Public Offering Securities Litigation*, No. 21 MC 92 (S.D.N.Y.) and the $400 million settlement in *In re Marsh & McLennan Cos., Inc. Securities Litigation*, No. 04-CV-8144 (CM) (S.D.N.Y.). The Firm was also recognized by RiskMetrics Group, Inc. for three consecutive years in its annual Securities Class Action Services list as one of the top plaintiffs' securities class action firms in the country, as measured by annual settlement amounts.

## *Securities Litigation*

Since its inception in 1993, Bernstein Liebhard has represented individual and institutional investors in securities litigation, recovering over $3 billion for the classes we have represented. The Firm has successfully served as sole lead counsel and as co-lead counsel in some of the largest securities class action cases in the past decade.

As noted above, we are a nationally-recognized plaintiffs' law firm that has earned a reputation for litigating high-impact cases and has been named to THE NATIONAL LAW JOURNAL'S "Plaintiffs' Hot List," each year since the list was first published. We are the only firm specializing in securities litigation that has been named to this prestigious list for twelve years in a row.

The Firm has been appointed lead counsel or co-lead counsel in numerous class actions around the country and actively litigated scores of actions to successful conclusions. For example, the Firm, as lead, executive committee counsel, and co-counsel has successfully obtained many multi-million dollar recoveries of securities class actions litigations. These cases include, among others:

- *In re Initial Public Offering Securities Litigation*, No. 21 MC 92 (S.D.N.Y. 2009) (a coordinated litigation of over 300 securities class actions, in which a $586 million settlement was obtained after seven full-day mediation sessions);

- *In re Marsh & McLennan Cos., Inc. Securities Litigation*, No. 04-CV-8144 (CM) (S.D.N.Y. 2009) ($400 million settlement of an action brought against the world's largest insurance broker, arising from the company's improper practice of steering its clients to insurance companies that agreed to pay it billions of dollars in contingent commissions);

- *In re Beacon Associates Litigation*, No. 09 CIV 0777 (LBS) (AJP) (S.D.N.Y. 2013) ($219 million settlement on behalf of hedge funds that invested with Bernard L. Madoff, which resolved claims in the *In re Beacon Associates Litigation*, No. 09 CIV 0777 (LBS) (AJP) (S.D.N.Y.) and *In re J.P. Jeanneret Associates Inc.*, No. 09 CIV 3907 (CM) (AJP) (S.D.N.Y.) class actions, as well as several additional lawsuits in federal and New York State court

against the settling defendants, including suits brought by the United States Department of Labor and the New York Attorney General);

- *In re Royal Dutch/Shell Transport Securities Litigation*, No. 04-374 (JAP) (D.N.J. 2008) (the case, which arose from Royal Dutch/Shell's 2004 announcements that it had overstated its proved oil and gas reserves by a material amount – about *one-third* of its proved reserves, settled for a minimum cash value to the class of U.S. shareholders of $138.3 million, with a potential value of more than $180 million, in addition to a related European settlement of $350 million that the Firm was substantially responsible for obtaining);

- *In re Tremont Securities Law, State Law and Insurance Litigation*, No. 08-CV-11117 (S.D.N.Y. 2011) (settlement in excess of $100 million, in which the Firm represents investors who lost millions of dollars in hedge funds that invested with Bernard L. Madoff);

- *In re Cigna Corp. Securities Litigation*, No. 02CV8088 (E.D. Pa. 2007) ($93 million settlement obtained following four years of vigorous litigation);

- *In re Bankers Trust Securities Litigation*, No. 98-CV-08460 (S.D.N.Y. 2002) ($58 million; 100% recovery of loss);

- *In re Procter & Gamble Co. Securities Litigation*, No. 00-CV-00190 (S.D. Ohio 2001) ($49 million);

- *In re Bausch & Lomb, Inc. Securities Litigation*, No. 94-CV-06270 (W.D.N.Y. 1998) ($42 million);

- *In re BellSouth Corp. Securities Litigation*, No. 02-CV-2142 (N.D. Ga. 2007) ($35 million);

- *In re Beazer Homes U.S.A., Inc. Securities Litigation*, No. 07-CV-725-CC (N.D. Ga. 2009) ($30.5 million);

- *Di Giacomo v. Plains All American Pipeline, LP*, No. 99-CV-4137 (S.D. Tex. 2001) ($24.1 million);

- *In re Riscorp Inc. Securities Litigation*, No. 96-02374 (M.D. Fla. 1998) ($21 million);

- *In re Lumenis Securities Litigation*, No. 02-CV-1989 (S.D.N.Y. 2008) ($20.1 million);

- *In re TASER International Securities Litigation*, No. C05-0115 (D. Ariz. 2007) ($20 million);

- *In re Gilat Satellite Networks, Ltd. Securities Litigation*, No. 02-CV-1510 (E.D.N.Y. 2007) ($20 million); and

- *New Mexico Educational Retirement Board v. Clearlend Securities f/k/a Wachovia Global Securities Lending*, No. 11 CIV 00580 (FJM) (N.M. Dist.) ($5 million settlement of claims based on Wachovia's breaches of contractual and fiduciary duties under New Mexico law in connection with securities lending investments).

3

The Firm has also served as lead counsel in numerous corporate governance and corporate takeover litigations (both hostile and friendly) on behalf of stockholders of public corporations. The Firm has prosecuted actions challenging numerous highly publicized corporate transactions which violated fair process and fair price, and the applicability of the business judgment rule. These cases have resulted in multi-million dollar improvements in transaction terms and in strengthening the democratic rights of public shareholders:

- *In re Great Wolf Resorts, Inc. Shareholders Litigation*, No. C.A. 7328-VCS (Del. Ch. 2012) (the Firm obtained the elimination of stand-still provisions that allowed third parties to bid for Great Wolf Resorts, Inc. ("Great Wolf") – resulting in the emergence of a third-party bidder and approximately $94 million in additional merger consideration for Great Wolf's shareholders);

- *In re Atlas Energy, Inc. Shareholders Litigation*, No. C.A. 5990-VCL (Del. Ch. 2011) (the Firm obtained a settlement providing an additional $7.45 million in merger consideration for Atlas Energy shareholders);

- *In re Pride International, Inc. Shareholders Litigation*, No. C.A. 6201-VCS (Del. Ch. 2011) (after the completion of expedited discovery and prior to a preliminary injunction hearing, the Firm obtained a proposed settlement providing material modifications to a contested merger agreement and the dissemination of supplemental disclosures in connection with a proxy statement sent to Pride shareholders);

- *In re Mutual Funds Investment Litigation [Federated Sub-Track]*, No. 04-MD-15861 (CCB) (D. Md. 2010) (representing investors in Federated Investors Funds fluctuating mutual funds, the Firm obtained a total settlement of $3,381,500 in addition to significant corporate governance reforms. The benefits obtained by the Firm were in addition to $72 million that Federated Investors, Inc. ("Federated") paid pursuant to the settlement of regulatory investigations concerning Federated's alleged market-timing and late-trading activities. The Firm also obtained declaratory and injunctive relief to ensure that the alleged market-timing and late-trading activities would not be repeated);

- *In re Mutual Funds Investment Litigation [Bank of America/Nations Sub-Track]*, No. 04-MD-15862 (JFM) (D. Md. 2010) (representing investors in Nations Fund Mutual Funds (the "Nations Funds"), the Firm, with lead counsel, achieved settlements that resolved the class action and several related litigations arising from alleged market timing and late trading in various mutual funds in the Bank of America mutual fund family. The settlements established a jointly-recommended minimum allocation of at least $60 million to shareholders of the Nations Funds from a fund created as a result of Bank of America's settlement of regulatory investigations. In addition to the monetary allocation, the settlements provide for corporate governance changes concerning the detection and prevention of future market timing and late trading in the Nations Funds. The Firm and lead counsel also recovered an additional $2,100,000 from non-Bank of America defendants);

- *Kwait v. Berman*, No. 5306-CC (Del. Ch. 2010) (obtained significant amendments to a voting agreement agreed to by RiskMetrics Group, Inc.'s interested shareholders in connection with a proposed merger, as well as additional disclosures concerning the proposed merger);

4

- *In re UnitedGlobalCom Shareholders Litigation*, No. 1012-VCS (Del. Ch. 2008) (plaintiffs, former shareholders of UnitedGlobalCom ("UGC"), successfully achieved a $25 million settlement in a case alleging that a minority exchange transaction with UGC's majority shareholder did not meet the entire fairness standard);

- *In re Cablevision Systems Corp. Shareholders Litigation*, No. 05-009752 (N.Y. Sup. Ct. 2007) (plaintiffs successfully deterred a going-private transaction proposed by Cablevision's controlling shareholder at an inadequate price. The proposal was ultimately converted to a $2.5 billion special dividend payable ratably to all Cablevision shareholders. In connection with the settlement, Cablevision agreed to implement corporate governance reforms and other procedures to ensure that the special dividend was financially fair to Cablevision and its public shareholders);

- *In re Plains Resources, Inc. Shareholders Litigation*, No. 071-N (Del. Ch. 2004) (plaintiffs challenged the buyout of the public shares of Plains Resources by two of the company's senior executives and Vulcan Energy. Through the Firm's aggressive efforts as co-lead counsel, which included motions for expedited discovery and a preliminary injunction, the price paid for Plains Resources shares in connection with the buyout was increased twice, yielding an additional $67 million in merger consideration);

- *In re MONY Group Inc. Shareholder Litigation*, No. 20554 (Del. Ch. 2004) (Delaware Chancery Court issued a preliminary injunction enjoining the shareholder vote on the merger pending the issuance of curative disclosures by the MONY defendants; as part of the settlement, certain of MONY's executives forfeited approximately $7.4 million in change-of-control payments, funding an increase in the consideration received by MONY's shareholders in the merger);

- *In re Arco Chemical Co. Shareholders Litigation*, No. 16493-NC (Del. Sup. 2002) (the Firm's advocacy led the Delaware Supreme Court to require the company to broaden the rights of public shareholders in change-of-control transactions);

- *In re AXA Financial Shareholders Litigation*, No. 18268 (Del. Ch. 2002) ($500 million increased merger consideration);

- *In re Kroll-O'Gara Shareholders Litigation*, No. 99 CIV. 11387 (S.D.N.Y. and Ohio State Ct. 2002) (derivative case brought on behalf of Kroll-O'Gara to remedy internecine disputes among the company's senior management; the case settled with significant corporate governance changes, including an independent committee of directors to oversee change-of-control transactions and certain other internal management issues);

- *Shapiro v. Quickturn Design Systems, Inc.*, No. 16850-NC (Del. Ch. 2002) (the Firm successfully represented public stockholders in a trial in Delaware Chancery Court that invalidated a modified "deadhand" poison pill anti-takeover provision; following the affirmance of the trial verdict by the Delaware Supreme Court, the Firm secured the implementation of procedures designed to ensure a full and active auction maximizing shareholder value, paving the way for a takeover of Quickturn at a premium of approximately $51 million);

- *In re Ascent Entertainment Group Inc. Derivative Litigation*, No. 17201-NC (Del. Ch. 2000) (involving the proposed sale of the Colorado Avalanche and the Denver Nuggets, both owned at the time by Ascent, to Ascent's CEO and Chairman; by virtue of the Firm's representation, Ascent commenced a new auction for the sports teams, which resulted in a higher price

(approximately $40 million) to be paid for the teams; also, by virtue of the settlement, the parties agreed that the plaintiffs could appoint a director of their choosing to the Ascent board);

- *In re Foamex International Inc. Shareholders Litigation*, No. 16259-NC (Del. Ch. 2000) (the Firm's efforts culminated in the requirements that the company appoint two independent directors, that it constitute a nominating committee to search for and recommend new independent directors, and that any related-party transactions be reviewed and approved by a majority of disinterested directors);

- *In re Archer Daniels Midland Corp. Derivative Litigation*, No. 14403 (Del. Ch. 1997) (the Firm, as lead counsel, effected important corporate governance improvements, including the requirement that a majority of the board be comprised of outside directors; the creation of a nominating committee; the requirement that the audit committee oversee corporate compliance; and the requirement that the audit committee be composed of outside directors); and

- *In re Sears, Roebuck Derivative Litigation*, No. 88 CH 10009 (Ill. Ch. Ct.) (Senior Partner Stanley D. Bernstein pioneered the use of litigation to achieve corporate governance reform in the early 1990s, gaining the addition of outside directors to Sears' board, and expanding the role of outside directors on the company's nominating committee).

## *Consumer Litigation*

Bernstein Liebhard has an active consumer practice. Most recently, the Firm won a verdict of $14.7 million for the clients and class we represent in *Artie's Auto Body, Inc. v. Hartford Fire Insurance Co.*, No. X08-CV-03-0196141S (CLD) (Conn. Super. Ct.), following a four-week jury trial. In addition to the $14.7 million jury verdict, in 2013 the Firm obtained a $20 million punitive damage award – the largest punitive damage award in the history of Connecticut's Unfair Trade Practices Act.

In addition, the Firm represented thousands of affected tenants of the Stuyvesant Town and Peter Cooper Village rental apartment complexes in Manhattan. The case centered on allegations that landlords of the rental complexes have, for many years, illegally charged market-rate rents for apartments that should have been rent stabilized under New York City's Rent Stabilization Law, thereby overcharging each affected tenant thousands of dollars per year. The core legal issue was whether landlords could permissibly deregulate and charge market-rate rents for certain "luxury" apartment units in these complexes in years in which the landlords were simultaneously receiving New York City tax abatements, known as "J-51" benefits. Prior to obtaining the $146.85 million dollar settlement, the Firm, as co-lead counsel, obtained a landmark ruling in favor of tenants from the New York Court of Appeals, the highest

6

appellate court in New York State. The Court of Appeals ruled that the New York statutory scheme prevented landlords of rent stabilized buildings from charging market-rate rents while receiving J-51 benefits for as long as they continue to receive those tax benefits. The Firm continued to aggressively litigate the case and brought nine other cases based on the this decision. The decision overturned state agency regulations that had been in effect for at least nine years. CRAIN'S NEW YORK BUSINESS described it as "a decision that will have colossal implications for tenants and landlords across the city."

The Firm also obtained favorable settlements in consumer fraud class actions for classes consisting of owners and lessees of certain Volvo automobiles ($30 million) and certain Saab automobiles ($4.25 million). The Firm has also achieved substantial consumer class action settlements against processors of apple juice, including Minute Maid®, Juicy Juice®, and Tropicana®, as well as against Doan's Backache Pills.

## *Antitrust Litigation*

The Firm's antitrust practice is also active and growing. Serving as one of the co-lead counsel in the *In re Processed Egg Products Antitrust Litigation*, No. 08-MD-2002 (E.D. Pa.), we have already obtained a partial settlements in excess of $50 million, on behalf of five defendants, in this multi-district antitrust case filed against sixteen trade groups and producers alleging an industry-wide, price-fixing conspiracy that raised the price of shell eggs and egg products in violation of the Sherman Antitrust Act.

This Firm is also serving on the court-appointed Plaintiffs' Executive Committee in the *In re Pool Products Distribution Market Antitrust Litigation*, an antitrust case commenced on behalf of a nationwide class of direct purchasers of pool products, filed against a pool products distributor and the three largest manufacturers of pool products in the United States. The plaintiffs assert claims against all defendants under Section 1 of the Sherman Act for conspiracy to restrain trade, and against the pool products distributor under Section 2 of the Sherman Act for attempted monopolization. Plaintiffs allege that, as a result of defendants' unlawful conduct, plaintiffs and members of the putative class paid artificially

inflated and supracompetitive prices for pool products. As part of the Plaintiffs' Executive Committee, the Firm secured a partial settlement against one of the defendants.

## *Commercial Litigation*

Bernstein Liebhard also has an active commercial litigation practice, where it represents businesses and other entities in high stakes, complex litigation. For example, the Firm acted as special litigation counsel to the Creditors Committee of Pandick Inc. (formerly the largest financial printer in the country) in connection with a complex fraudulent conveyance litigation and successfully recovered from Pandick's banks and directors over $14 million for Pandick's creditors.

The Firm also represented the Actrade Liquidation Trust (the "Trust"), the successor to Actrade Financial Technologies, Ltd., a former publicly-traded company on NASDAQ, and Actrade Capital ("Actrade") in two actions – the first (*Meer v. Aharoni*, No. 5141-CC (Del. Ch.)), asserting claims against Actrade's former Chairman of the Board of Directors related to his misappropriate from Actrade and his fraudulent inflation of Actrade's revenues in order to earn a profit on his options; the second (*Meer v. Deloitte & Touche LLP*, No. 11-cv-06994 (LAK) (S.D.N.Y.), asserting claims against Deloitte & Touche, LLP for auditing malpractice and negligence. The Firm achieved a $3,050,000 global settlement for both actions in February 2013.

## *The Supreme Court and Appellate Practice Group*

The Firm maintains a Supreme Court and Appellate Practice Group (the "Appellate Practice Group"), which is centered around Partners Christian Siebott and Felecia L. Stern, both of whom clerked for the United States Court of Appeals for the Second Circuit. The Appellate Practice Group also has extensive experience at the district court level; Mr. Siebott clerked for the United States District Court for the Southern District of New York and team member Associate Gabriel G. Galletti clerked for the United States District Court for the District of New Jersey. The Appellate Practice Group handles all the Firm's appeals and prepares *amicus curiae* briefs on a *pro bono* basis in important cases affecting the Firm's clients. The group consults with our litigation and trial teams from the earliest stages of every litigation

8

to ensure that our clients are well positioned to win not only at the trial level, but also in the event of an appeal by either side.

The securities cases in which the Appellate Practice Group has filed *amicus curiae* briefs include: *Stoneridge Investment Partners, LLC v. Scientific-Atlanta, Inc.*, No. 06-43 (U.S.) and *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, No. 06-484 (U.S.), both before the United States Supreme Court and *In re Dynex Capital Securities Litigation*, No. 06-CV-2902 (2d Cir.), before the United States Court of Appeals for the Second Circuit. These briefs were filed on behalf of eight states and five public pension funds in cases concerning critical issues of investor protection and securities litigation. These states and public pension funds collectively manage approximately $568 billion of pension funds, represent millions of pensioners, and have an acute interest in ensuring that investors' rights are protected.

The Firm also filed an *amicus curiae* brief in the United States Supreme Court on behalf of Professor Arthur R. Miller in *Exxon Shipping Co. v. Baker*, No. 07-219 (U.S.). The appeal, arising from the protracted litigation following the 1989 Exxon Valdez oil spill, addressed complex issues of procedural law, including the proper application of Federal Rule of Civil Procedure 50. The brief, prepared by the Firm at the request of and in collaboration with Professor Miller, identified certain procedural errors by the United States Court of Appeals for the Ninth Circuit that, if ratified by the United States Supreme Court, threatened to undermine the authority of federal district courts to manage their dockets in complex actions.

In October 2009, the Firm filed an *amicus curiae* brief in the United States Supreme Court on behalf of the AARP, a nonpartisan, non-profit organization of nearly forty million members that is dedicated to addressing the needs and interests of people age fifty and over, and the Detectives Endowment Association Annuity Fund in *Merck & Co. v. Reynolds*, No. 08-905 (U.S.), which was decided by the United States Supreme Court in April 2010. Ruling in favor of the plaintiffs, the Court resolved the standard to be applied by lower courts ruling on the definition of the deadline for filing a securities fraud lawsuit under federal law, adopting the view the Firm advocated for its clients: a plain reading of the statute of limitations – "two years after discovery of the facts constituting the violation" –

9

can only mean that the clock starts running when the plaintiff actually discovers facts sufficient to state a claim.

The Appellate Practice Group also filed an *amicus curiae* brief with the United States Supreme Court in support of the plaintiff's position in *Wyeth v. Levine*, No. 06-1249 (U.S.), which was decided by the United States Supreme Court in March 2009. The Court, ruling in favor of the plaintiff, decided that FDA regulations did not preempt consumer lawsuits for injuries caused by defective pharmaceutical drugs.

The Appellate Practice Group filed an *amicus curiae* brief with the United States Court of Appeals for the Second Circuit in *UFCW Local 1776 Participating Employers Health & Welfare Fund 28 v. Eli Lilly & Co.*, No. 09-0222-cv (2d Cir.), on behalf of the AARP and Prescription Access Litigation LLC, in support of plaintiffs-appellees. The *amici's* brief to the Second Circuit argued that deceptive pharmaceutical marketing can affect doctors' medical decisions, harming consumers and leading to high costs and decreased access to treatment. In addition, the group successfully briefed the issue of whether landlords could permissibly deregulate and charge market-rate rents for certain "luxury" apartment units in complexes in years in which the landlords were simultaneously receiving tax abatements from New York City, known as "J-51," before the New York State Court of Appeals in *Roberts v. Tishman Speyer Properties, L.P.*, No. 131 (N.Y.). The New York State Court of Appeals ruled that the New York statutory scheme prevents landlords of rent stabilized buildings from charging market-rate rents while receiving J-51 benefits for as long as they continue to receive those tax benefits. The decision is reported at *Tishman Speyer Properties, L.P.*, 13 N.Y.3d 270 (2009). The case recently settled for $146.85 million ($68.75 million cash).

## *Judicial Praise*

Courts have repeatedly praised the efforts of the Firm and its partners.

On November 17, 2009, after a successful six-week jury trial, the Honorable Alfred J. Jennings, Jr. of the Connecticut Superior Court (Stamford/Norwalk Division), complimented the Firm and all of the

lawyers who tried the case, stating: "I would also like to commend the lawyers in this case. Extremely thorough professional presentations were made under very trying circumstances . . . . They were all done to the highest quality of the legal profession, and the advocacy was always aggressive but within the bounds of good professional propriety . . . thank you for the excellent job that you did." *Artie's Auto Body, Inc. v. Hartford Fire Ins. Co.*, No. X08-CV-03-0196141S (CLD) (Conn. Super. Ct.), Trial Tr., Nov. 17, 2009 at 15.

On September 26, 2008, Judge Joel A. Pisano of the United States District Court for the District of New Jersey approved a settlement the Firm (as sole lead counsel) negotiated with Royal Dutch/Shell. The court stated: "[L]et me say one more thing. I compliment[] everybody in the way they've presented themselves here and I want you to know that I mean that sincerely . . . . I'm happy to say that the lawyers in this case have, again, conducted themselves in the highest professional manner. And I'm also pleased to say that this does not surprise me, having had the opportunity to preside over a lot of these class action litigations . . . . Particularly the attorneys in this case, Mr. Haber, Mr. Bernstein . . . . Thank you all." *In re Royal Dutch/Shell Transp. Sec. Litig.*, No. 04-374 (JAP) (D.N.J.), Tr. of Hr'g, Sept. 26, 2008 at 60-61.

On August 25, 2008, Judge Deborah A. Batts of the United States District Court for the Southern District of New York gave final approval to a \$20.1 million settlement with Lumenis Ltd. and certain individual defendants. In the course of that ruling, the court stated that "the quality of the representation to achieve what they have achieved speaks for itself. The quality was extremely high." *In re Lumenis Sec. Litig.*, No. 02-CV-1989 (S.D.N.Y.), Tr. of Hr'g, Aug. 25, 2008 at 6.

In a consumer action brought in federal court under the Florida Deceptive and Unfair Trade Practices Act, Magistrate Judge (now District Court Judge) Marcia Morales Howard wrote that the settlement achieved by the Firm "accomplish[ed] an exceptional result because of the nationwide benefit to all women diagnosed with [Polycystic Ovarian Syndrome] and the benefit to the medical community . . . . The result is also exceptional given the uphill battle Plaintiffs would have encountered in certifying a class and proving Defendants' knowledge that their product did not work for women with [Polycystic Ovarian Syndrome]." *Wagner v. Inverness Med. Innovations, Inc.*, No. 03-CV-404-J-20 (M.D. Fla.).

11

After oral argument on the motion to dismiss in a consumer case, Judge Stephen A. Bucaria of the Nassau County Supreme Court stated: "But I did want to thank . . . counsel for excellent, excellent oral argument. Certainly helped the Court significantly. And I want to thank you . . . for what is a sterling indication of what the bar can produce when you have qualified people before it." *Carlson v. Long Island Jewish Hosp.*, No. 020098/05 (N.Y. Sup. Ct.).

Vice Chancellor (now Delaware Supreme Court Chief Justice) Myron T. Steele, in approving a shareholder class action settlement about which the court stated, "I'm impressed with the innovative nature . . . of the benefit that's been provided," continued his remarks to Senior Partner Stanley D. Bernstein: "It's my turn to make a compliment in open court: that the plaintiff is represented by highly competent counsel, a counsel that demonstrates consistently to me an incredible work ethic in achieving the benefits that were achieved here." *In re Illinois Cent. Corp. S'holders Litig.*, No. 16184 (Del. Ch.), Tr. of Hr'g, Feb. 25, 1999 at 29-30.

Senior Judge Denise Cote of the United States District Court for the Southern District of New York, in approving a \$7.5 million settlement where the Firm served as sole lead counsel, found that: "Plaintiffs are represented by counsel who are skilled in federal securities and class action litigation . . . . Counsel have been diligent and well prepared. Jeffrey Haber, in particular, was especially helpful . . . . Plaintiffs' counsel has performed an important public service in this action and have done so efficiently and with integrity . . . . You have the thanks of this court." *In re Take Two Interactive Software, Inc. Sec. Litig.*, No. 01 CIV. 9919 (S.D.N.Y.), Tr. of Hr'g, Oct. 4, 2002 at 40, 44.

In approving a settlement on behalf of the purchasers of Tower Air, Inc. securities and describing the Firm's services for the class as sole lead counsel, Judge Reena Raggi of the United States District Court for the Eastern District of New York (now of the United States Court of Appeals for the Second Circuit) commented that: "The quality of the legal work throughout has been high and conscientious . . . ." *In re Tower Air, Inc. Sec. Litig.*, No. 94 CIV. 1347 (E.D.N.Y.), Tr. of Hr'g, Feb. 9, 1996 at 52.

Chief Judge Gene Carter (now Senior District Judge) of the United States District Court for the District of Maine, in commenting on two of the Firm's current partners at their respective law firms,

12

noted that "the performance of counsel . . . has been absolutely outstanding. It has been a pleasure to be involved with each of you in handling this case." *Nensel v. Peoples Heritage Fin. Group, Inc.*, No. 91-324-P-C (D. Me.), Tr. of Hr'g, Dec. 17, 1992 at 12.

Former Judge Wayne R. Andersen (retired) of the United States District Court for the Northern District of Illinois, in approving a proxy fraud settlement, commented to Senior Partner Stanley D. Bernstein: "Mr. Bernstein, it has actually been a pleasure getting to know and work with you on this . . . . [Y]ou make a really good presentation." *Hager v. Schawk, Inc.*, No. 95 C6974 (N.D. Ill.), Tr. of Hr'g, May 21, 1997 at 22.

Similarly, former Judge Robert J. Cindrich (retired) of the United States District Court for the Western District of Pennsylvania, in approving a securities fraud settlement, endorsed the findings that: "Counsel . . . have been professional and realistic in this matter . . . . The court has been impressed with the competence and candor of counsel . . . ." *DeCicco v. Am. Eagle Outfitters, Inc.*, No. 95-1937 (W.D. Pa.), Report and Recommendation of Magistrate Judge Kenneth Benson, Nov. 25, 1996 at 6 (adopted as opinion of court by Judge Cindrich, Dec. 12, 1996).

## *FIRM BIOGRAPHY*

### *Senior Partners*

*Stanley D. Bernstein* has been selected by LAWDRAGON as one of the "500 Leading Lawyers in America," one of the "500 Leading Litigators in America," one of the "500 Leading Plaintiffs' Lawyers in America," and one of the "100 Lawyers You Need to Know in Securities Litigation," and has been repeatedly named a Super Lawyer by SUPER LAWYERS magazine (2007 to 2009, 2012 and 2013) and recently named in the 2013 SUPER LAWYERS BUSINESS EDITION. Mr. Bernstein has also been named to the "Directorship 100," the list of "The Most Influential People in the Boardroom" as determined by The National Association of Corporate Directors and DIRECTORSHIP magazine, four years in a row (2009 - 2012). Mr. Bernstein was recommended in the 2011, 2012 and 2014 editions of THE LEGAL 500 and was recognized as a "local litigation star" for his securities work in the 2012, 2013, and 2014 editions of

BENCHMARK PLAINTIFF. Additionally, Mr. Bernstein was ranked in the 2012 CHAMBERS USA GUIDE for his work in the area of securities litigation.

For over thirty years, Mr. Bernstein has successfully represented plaintiffs in complex commercial litigation, securities fraud litigation, shareholder and derivative litigation, and antitrust litigation. He is a recognized leader in the securities and corporate governance bar and was featured as the cover story in DIRECTORSHIP magazine's February/March 2011 issue in an interview entitled "Investors v. Directors." Mr. Bernstein litigates against the most prominent defense firms in the country and has earned a reputation for being a tenacious negotiator who will try any case that does not settle on favorable terms. His experience and reputation for trying cases has enabled him to negotiate some of the largest securities fraud settlements in history, after many years of hard-fought litigation and trial preparation. For example, Mr. Bernstein is the Chair of the Plaintiffs' Executive Committee in *In re Initial Public Offering Securities Litigation*, No. 21 MC 92 (S.D.N.Y.), a coordinated litigation of over 300 securities class actions, in which a $586 million settlement was obtained after seven full-day mediation sessions. Mr. Bernstein was also instrumental in negotiating a $400 million settlement in *In re Marsh & McLennan Cos., Inc. Securities Litigation*, No. 04-CV-8144 (CM) (S.D.N.Y.) ($400 million recovery). In *In re Royal Dutch/Shell Transport Securities Litigation*, No. 04-374 (JAP) (D.N.J.), the settlement of the U.S. action he negotiated has a minimum cash value of $138.3 million and a contingent value of more than $180 million, in addition to a related European settlement of $350 million the Firm was substantially responsible for obtaining. Mr. Bernstein recovered $58 million (representing 100% of losses) in *In re Bankers Trust Securities Litigation*, No. 98 CIV. 8460 (S.D.N.Y.).

Mr. Bernstein also represented the Trustee of the Actrade Liquidation Trust in two lawsuits; the first, *Meer v. Aharoni*, No. 5141-CC (Del. Ch.), was an action against Actrade's former chairman for misappropriation of funds and fraud resulting in the ultimate collapse of Actrade; the second, *Meer v. Deloitte & Touche, LLP*, No. 11-cv-06994 (LAK) (S.D.N.Y.) (global settlement of $3,050,000), was a malpractice action against Actrade's accountant for failing to conduct proper audits.

Mr. Bernstein has also tried cases when the interests of the client were best served through trial. For example, he was lead trial counsel for stockholders in a trial in the Delaware Chancery Court that invalidated an anti-takeover device in *Shapiro v. Quickturn Design Systems, Inc.*, No. 16850-NC (Del. Ch.). Mr. Bernstein was also lead trial counsel in a seven-day bench trial in a *pro bono* case in which the Firm represented the Westchester Day School in litigation concerning a bitter zoning dispute. After obtaining a favorable verdict, Mr. Bernstein negotiated a $4.75 million settlement – the highest reported recovery under the applicable federal statute.

Mr. Bernstein has also been lead counsel in many of the leading securities cases enforcing and expanding the rights of shareholders, including in *In re Sears, Roebuck Derivative Litigation*, No. 88 CH 10009 (Ill. Ch. Ct.) (a pioneering case that improved corporate governance at the company) and *In re Archer Daniels Midlands Corp. Derivative Litigation*, No. 14403 (Del. Ch.) (corporate governance reforms and monetary benefit in excess of $8 million).

Mr. Bernstein is also active in the Firm's antitrust practice and is one of the co-lead counsel in *In re Processed Egg Products Antitrust Litigation*, No. 08-MD-2002 (E.D. Pa.), in which partial settlements have been reached with a number of the defendants, resulting in a recovery in excess of $50 million for the class to date.

Currently, Mr. Bernstein is representing the Republic of Iraq in *Republic of Iraq v. ABB AG*, No. 08-CV-5951 (S.D.N.Y.), a suit brought on behalf of the Republic of Iraq and the Iraqi people over the corruption of the United Nations' Oil-for-Food Programme (the "Programme"), which allowed the Hussein Regime to sell Iraqi oil to buy food, medicine, and other humanitarian aid for the Iraqi people. The corruption of the Programme has been described as the largest financial and political fraud in history. Mr. Bernstein is also managing an individual action brought by the Public Employees Retirement Association of New Mexico against, among others, Wells Fargo & Company, for breach of contract and breach of fiduciary duty related to a securities lending agreement and investments made in structured investment vehicles, or "SIVs." Mr. Bernstein successfully led a similar action on behalf of the New

15

Mexico Educational Retirement Board that resulted in a $5 million settlement, representing 52% of it's alleged damages.

Mr. Bernstein frequently addresses lawyers and business professionals concerning various aspects of plaintiffs' litigation and has given presentations at Practising Law Institute, the New York City Bar Association, and numerous forums for corporate directors. For example, in October 2013, Mr. Bernstein was a featured speaker at the American Conference Institute's 17th Forum on D&O Liability, where he led a discussion on "Mediation and Settlement Negotiations of D&O Claims: Attaining a Favorable Result for Your Client or Company." In June 2011, Mr. Bernstein was a featured speaker at the America Conference Institute's National Summit on the topic of "Future of Fiduciary Responsibility" and at the National Association of Corporate Directors' and DIRECTORSHIP'S Forum in June 2010. In May 2010, Mr. Bernstein was also a featured speaker at the Chartis Executive Liability 2010 D&O Market Trends Seminar Series and in June 2009, at the National Association of Corporate Directors' and DIRECTORSHIP'S Global Forum.

Mr. Bernstein graduated with honors from New York University School of Law in 1980, where he was a research editor of the JOURNAL OF INTERNATIONAL LAW AND POLITICS. He is admitted to the Bars of the States of New York and Florida and to practice before the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.

***Sandy A. Liebhard*** is a 1988 graduate of Brooklyn Law School and since that time has practiced all aspects of securities law. Mr. Liebhard was recommended in the 2014 edition of THE LEGAL 500 and was recognized as a "local litigation star" for his securities work in the 2012 and 2013 editions of BENCHMARK PLAINTIFF.

For more than twenty years, Mr. Liebhard has been successfully representing plaintiffs in complex litigations. For example, he served on the Plaintiffs' Executive Committee in *In re Initial Public Offering Securities Litigation*, No. 21 MC 92 (S.D.N.Y.) ($586 million recovery) and *In re Fannie Mae Securities Litigation*, No. 07-CV-1639 (D.D.C.) ($153 million recovery). He has been lead or co-lead

counsel in such major securities cases as: *In re AXA Financial Shareholders Litigation*, No. 18268 (Del. Ch.) ($500 million in increased merger consideration); *In re Lin Broadcasting Corp. Shareholders Litigation*, No. 90-CV-7787 (S.D.N.Y.) (recovering $64 million in increased merger consideration); *In re Tenneco Securities Litigation*, No. 91-CV-2010 (S.D. Tex.) ($50 million recovery); *In re Bausch & Lomb, Inc. Securities Litigation*, No. 92-CV-6270 (W.D.N.Y.) (achieving a $42 million recovery for defrauded shareholders); and *In re BellSouth Corp. Securities Litigation*, No. 02-CV-2142-WSD (N.D. Ga.) ($35 million recovery).

Mr. Liebhard is also active in the Firm's consumer practice. In November 2012, Mr. Liebhard, serving as co-lead counsel in *Roberts v. Tishman Speyer Properties, L.P.*, No. 100956/07 (Sup. Ct. N.Y.), secured a $146.85 million settlement ($68.75 million cash) (awaiting final approval) on behalf of the tenants of the Stuyvesant Town and Peter Cooper Village rental apartment complexes in Manhattan for rent overcharges stemming from the landlord having illegally charged market-rate rents for apartments that should have been rent stabilized under New York City's Rent Stabilization Law.

Mr. Liebhard devotes a substantial portion of his practice to advising the Firm's institutional clients as to the most effective strategies for recovering losses or maximizing shareholder value. He supervises a team that monitors and analyzes the investment portfolios of the Firm's institutional clients and objectively advises whether litigation on an individual or class-wide basis is in the clients' best interests.

Mr. Liebhard is admitted to the Bar of the State of New York and to practice before the United States District Courts for the Southern and Eastern Districts of New York.

### *Partners*

*Jeffrey M. Haber* received his B.S. from the State University of New York at Buffalo in 1985, graduating *magna cum laude*, with departmental honors, and as a Phi Beta Kappa. He received his J.D. in 1988 from Hofstra University School of Law, where he was a notes and comments editor for the INTERNATIONAL PROPERTY LAW JOURNAL. Mr. Haber is recognized as a leading lawyer in securities litigation by SUPER LAWYERS magazine editions of NEW YORK SUPER LAWYERS (2008 to 2010, and

2012 and 2013) and in the 2011 SUPER LAWYERS BUSINESS EDITION in the litigation practice area for his work in securities litigation. In addition, Mr. Haber was recommended in the 2011, 2012 and 2014 editions of THE LEGAL 500 and as a "local litigation star" in the 2013 edition of BENCHMARK PLAINTIFF.

Upon graduation from law school, Mr. Haber was associated with a Manhattan law Firm where he represented plaintiffs and defendants in a variety of complex securities, commodities, and shareholder litigations in state and federal courts across the country. In 1991, Mr. Haber became associated with, and later a member of, a New York plaintiffs' Firm, Harwood Feffer LLP, where he represented plaintiffs in complex securities and consumer fraud class actions, antitrust class actions, and shareholder rights litigations. In April 2000, Mr. Haber joined the Firm as a partner, concentrating his practice in complex class action litigation involving securities fraud and shareholder rights. In his career, Mr. Haber has been a member of multiple trial teams in civil cases and has conducted numerous securities arbitrations before the NASD and NYSE.

Mr. Haber concentrates on securities class action litigation, securities arbitration, commercial litigation, complex litigation, and is one of the Firm's partners leading the Firm's *qui tam*/whistleblower litigation practice. Mr. Haber is currently lead counsel in *In re Tremont Securities Law, State Law and Insurance Litigation*, No. 08-CV-11117 (S.D.N.Y.) (settlement in excess of $100 million), in which the Firm represents investors who lost millions of dollars in hedge funds that invested with Bernard L. Madoff, as well as *In re Beacon Associates Litigation*, No. 09 CIV 0777 (LBS) (AJP) (S.D.N.Y.), in which the Firm, as Investment Counsel, represents investors who lost millions of dollars in hedge funds that invested with Bernard L. Madoff (preliminary approval granted to a settlement of $219 million, which resolves claims in the *In re Beacon Associates Litigation*, No. 09 CIV 0777 (LBS) (AJP) (S.D.N.Y.) and *In re J.P. Jeanneret Associates Inc.*, No. 09 CIV 3907 (CM) (AJP) (S.D.N.Y.) class actions, as well as several additional lawsuits in federal and New York State court against the settling defendants, including suits brought by the United States Department of Labor and the New York Attorney General).

18

Mr. Haber also represented the Trustee of the Actrade Liquidation Trust in two lawsuits; the first, *Meer v. Aharoni*, No. 5141-CC (Del. Ch.), was an action against Actrade's former chairman for misappropriation of funds and fraud resulting in the ultimate collapse of Actrade; the second, *Meer v. Deloitte & Touche, LLP*, No. 11-cv-06994 (LAK) (S.D.N.Y.), was a malpractice action against Actrade's accountant for failing to conduct proper audits. He was also the partner responsible for the day-to-day supervision of *In re Royal Dutch/Shell Transport Securities Litigation*, No. 04-374 (JAP) (D.N.J.).

Mr. Haber has been lead counsel, co-lead counsel, or a member of an executive committee in a number of notable and successful class actions, which collectively resulted in millions of dollars in settlements to the respective classes, including in: *In re KIT Digital Securities Litigation*, No. 12-CV-04199 (AT) (S.D.N.Y.) ($6 million recovery); *In re Marsh & McLennan Cos., Inc. Securities Litigation*, No. 04-CV-8144 (CM) (S.D.N.Y.) ($400 million recovery); *In re Royal Dutch/Shell Transport Securities Litigation*, No. 04-374 (JAP) (D.N.J.) (minimum cash value to the class of U.S. shareholders of $138.3 million, with a potential value of more than $180 million, in addition to a related European settlement of $350 million that the Firm was substantially responsible for obtaining); *In re Taxable Municipal Bonds Litigation*, No. 90 MD 0863 (E.D. La.) ($110 million); *In re Banc One Securities Litigation*, No. 00-CV-0019 (N.D. Ill.) ($45 million); *In re Beazer Homes U.S.A., Inc. Securities Litigation*, No. 07-CV- 725 CC (N.D. Ga.) ($30.5 million); *In re Lumenis Securities Litigation*, No. 02-CV-1989 (S.D.N.Y.) ($20.1 million); *In re Gilat Satellite Networks, Ltd. Securities Litigation*, No. 02-CV-1510 (E.D.N.Y.) ($20 million); *In re JDN Realty Corp. Securities Litigation*, No. 00-CV-10192 (N.D. Ga.) ($16.8 million); *In re Terayon Communication Systems, Inc. Securities Litigation*, No. C-00-1967 (N.D. Cal.) ($15 million); *In re Willbros Group. Inc. Securities Litigation*, No. 06-CV-1778 (S.D. Tex.) ($10.5 million); and *Cheney v. Cyberguard Corp.*, No. 98-CIV-6879 (S.D. Fla.) ($10 million).

Mr. Haber also has been lead counsel, co-lead counsel, or a member of an executive committee in a number of successful shareholder rights litigations, including: *In re The Times Mirror Co. Shareholders Litigation*, No. 94-CV-4632 (C.D. Cal.) (settlement benefit in excess of $20 million); *In re Home Shopping Network Inc. Derivative Litigation*, No. 87-248-CIV-T-13A (M.D. Fla.) (settlement benefit in

19

excess of $20 million); *Edge Partners L.P. v. Dockser*, No. 95-CV-1818 (D. Md.) (settlement benefit in excess of $11 million); and *In re Archer Daniels Midlands Corp. Derivative Litigation*, No. 14403 (Del. Ch.) (corporate governance reforms and monetary benefit in excess of $8 million).

Mr. Haber further served as lead counsel in a precedent-setting decision under the Investment Company Act of 1940 regarding the independence of directors serving on multiple boards of mutual funds operated by the same investment company.

Mr. Haber authored *Does the PSLRA's Notice Requirement Apply Solely to PSLRA Claims? Poptech v. Stewardship Investment Advisors – A Case of First Impression in the Second Circuit*, SECURITIES LITIGATION REPORT, Dec. 2010/Jan. 2011 and *Schleicher v. Wendt Impact: The Seventh Circuit Splits with the Fifth Circuit on Class Certification Requirements*, SECURITIES LITIGATION REPORT, Oct. 2010.

Mr. Haber is admitted to the Bar of the State of New York and to practice before the United States Courts of Appeals for the Second and Sixth Circuits, the United States District Courts for the Southern and Eastern Districts of New York, and the Western District of Pennsylvania. He is a member of the Securities Regulation Committee of the New York City Bar Association.

*U. Seth Ottensoser* graduated with high honors in 1992 from Queens College of the City University of New York, where he was elected to and became a member of Phi Beta Kappa. He received his J.D. in 1995 from the University of Southern California School of Law. Mr. Ottensoser was named a leading lawyer in securities litigation by SUPER LAWYERS magazine in the 2010, 2012 and 2013 editions of NEW YORK SUPER LAWYERS and in the 2011 SUPER LAWYERS BUSINESS EDITION in the litigation practice area for his work in securities litigation. He was also recommended in the 2011 and 2012 editions of THE LEGAL 500.

Mr. Ottensoser concentrates his practice in the areas of merger and acquisition litigation, securities class actions, and corporate litigation. Mr. Ottensoser represents labor unions, public pension funds, individual shareholders, and hedge funds. He has been involved in many successful class actions including: *In re Cablevision Systems Corp. Shareholders Litigation*, No. 05-9752 (N.Y. Sup. Ct.)

(successfully blocked a going-private transaction by a controlling shareholder leading to payment of a dividend to shareholders worth approximately $2.5 billion); *In re Marsh & McLennan Cos., Inc. Securities Litigation*, No. 04-CV-8144 (CM) (S.D.N.Y.) ($400 million recovery); *In re Aetna, Inc. Securities Litigation*, No. 01-CV-97 (S.D.N.Y.) ($82.5 million recovery); *In re Plains Resources, Inc. Shareholders Litigation*, No. 071-N (Del. Ch.) ($67 million in additional merger consideration for the public shareholders of Plains Resources); *In re Triton Energy Ltd. Securities Litigation*, No. 98-CV-0256 (E.D. Tex.) ($49.5 million recovery); *In re Ascent Entertainment Derivative Litigation*, No. 17201-NC (Del. Ch.) ($40 million derivative settlement relating to the sale of the Denver Nuggets and the Colorado Avalanche); *In re Waste Management Derivative Litigation*, No. C.A. 17313-NC (Del. Ch.) ($25 million recovery); *In re UnitedGlobalCom Shareholders Litigation*, No. 1012-N (Del. Ch.) ($25 million recovery in a going-private transaction); *In re Great Wolf Resorts, Inc. Shareholders Litigation*, No. Cons. C.A. 7328-VCN (Del. Ch.) (on the heels of their expedited discovery and preliminary injunction application, the Firm helped obtain tens of millions of dollars of extra consideration for Great Wolf shareholders, as well as eliminated "don't ask/don't waive" standstill agreements); *In re Kinko's Shareholder Litigation*, No. C.A. 15180-NC (Del. Ch.) ($8.5 million recovery for a class consisting of approximately 160 shareholders); *In re Atlas Energy, Inc. Shareholders Litigation*, No. 5990-VCL (Del. Ch.) (settlement providing an additional $7.45 million in merger consideration for Atlas Energy shareholders); and *In re MONY Group, Inc. Shareholder Litigation*, No. 20554 (Del. Ch.) (successfully enjoining a shareholder vote on a merger pending the issuance of curative disclosures. As part of the settlement, certain of MONY's executives forfeited approximately $7.4 million in change-of-control payments, funding an increase in the consideration received by MONY's shareholders).

Currently, Mr. Ottensoser is co-lead counsel in *In re Freeport-McMoran Copper & Gold, Inc. Derivative Litigation*, No. C.A. 8110-VCN (Del. Ch.) and lead counsel in *City of Austin Police Retirement System v. Kinross Gold Corp.*, No. 12-cv-01203 (PAE) (S.D.N.Y.).

Mr. Ottensoser won a two-day bench trial in 2009 in New York State Supreme Court on behalf of one of the Firm's clients, in a matter relating to architectural and engineering matters.

Mr. Ottensoser also lectures on the issues of civil procedure, federal practice, class actions, securities regulations, corporate finance, and corporate governance and has written extensively and been published on those matters. Mr. Ottensoser is also a frequent guest lecturer at Harvard Law School, lecturing most recently on the topic "Valuation of Securities: The Devil's in the Details." In 2010, Mr. Ottensoser lectured on the topic "*Global v. Golden* and *Maric v. Plato*: The Importance of Discounted Cash Flow Analyses in Delaware Litigation," and in 2009, on the topic "Merger Multiples in the Context of Delaware Litigation." He is a regular lecturer at the UCLA Anderson School of Management Directors' and Officers' Certification Program, where he has also been a keynote lunch speaker; he is also a regular guest lecturer in Professor Geoffrey Miller's course on class action practice at the New York University School of Law. In addition, Mr. Ottensoser is the co-author of, among others: *Developments in Private Securities Litigation Pleading Standards and Other Significant Case Law Developments*, PLI 33RD ANNUAL INSTITUTE ON SECURITIES REGULATION, Nov. 8-10, 2001; *Leveraged Buyouts – Issues From the Shareholder Plaintiffs' Perspective*, ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, LEVERAGED BUYOUTS AND OTHER PRIVATE EQUITY INVESTMENTS, STRUCTURING AND NEGOTIATING INVESTMENTS IN TODAY'S MARKET, Sept. 24, 2001; *Emerging Duties and Liabilities of Outside Directors to Ensure That Adequate Information and Control Systems Are in Place: Caremark and Good Faith Attempts*, PLI 29TH ANNUAL INSTITUTE ON SECURITIES REGULATION, Nov. 5-8, 1997, at 493-517; and *Current Issues Concerning the Directors' Duty of Loyalty: Cases Involving (A) Shareholder Ratification or (B) Allegations of Entrenchment*, 1995 ALI-ABA COURSE STUDY ON CURRENT ISSUES IN CORPORATE GOVERNANCE, Nov. 30-Dec. 1, 1995, *reprinted in* BANK AND CORPORATE GOVERNANCE LAW REPORTER, Volume 16, Number 3, May 1996, at 396.

Mr. Ottensoser is admitted to the Bar of the State of New York and to practice before the United States Courts of Appeals for the Second, Third, Eighth, and Ninth Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, the District of Colorado, and the Eastern District of Wisconsin. He has served as a member of the Special Committee on Mergers, Acquisitions

and Corporate Control Contests of the Association of the Bar of the City of New York (now known as the New York City Bar Association).

*Felecia L. Stern* graduated *cum laude* from the University of Pennsylvania Law School in 1992, where she served as a comments editor on the UNIVERSITY OF PENNSYLVANIA LAW REVIEW. She received her bachelor's degree in 1989 from Cornell University. Ms. Stern was recognized as a leading lawyer by SUPER LAWYERS magazine in the 2011-2013 editions of NEW YORK SUPER LAWYERS and was listed as one of *The Top Women Attorneys in the New York Metro Area*. She was recommended in THE LEGAL 500 in 2012.

Following law school, Ms. Stern served as a law clerk to the Honorable Francis X. Altimari of the United States Court of Appeals for the Second Circuit. She then spent ten years working at Simpson Thacher & Bartlett LLP, where she represented defendant corporations in complex commercial litigations, including many securities fraud class actions and shareholder rights litigations. She was also involved in a number of SEC and other governmental investigations.

Ms. Stern joined the Firm in 2002 and concentrates her practice in securities fraud actions, mass torts, and consumer protection. She also has significant appellate experience and has worked on important securities appeals, including in *In re Initial Public Offering Securities Litigation*, No. 21 MC 92 (S.D.N.Y.), one of the largest securities class actions in history, which settled for $586 million. She is a member of the Firm's Appellate Practice Group.

Since joining the Firm, Ms. Stern has been involved in several class actions that were successfully resolved on behalf of aggrieved investors and consumers. Ms. Stern was one of the partners in charge of the day-to-day management of *In re Marsh & McLennan Cos., Inc. Securities Litigation*, No. 04-CV-8144 (CM) (S.D.N.Y.), which settled for $400 million. Other successful securities actions Ms. Stern has handled include: *In re Deutsche Telekom A.G. Securities Litigation*, No. 00-CV-9475 (S.D.N.Y.) ($120 million) and *In re Abercrombie & Fitch Co. Securities Litigation*, No. M21-83

(S.D.N.Y.) ($6.05 million). She also successfully litigated a consumer class action that resulted in the re-labeling of a popular home medical testing device to properly reflect the product's limitations.

Ms. Stern is one of three partners heading the Firm's mass tort practice. Leveraging her experience in complex and class action litigation along with her experience in medical device litigation, she is working on a wide array of pharmaceutical and consumer injury cases. Currently, she is litigating cases involving defective DePuy ASR hip replacement devices, as well as cases concerning injuries stemming from the usage of the popular osteoporosis medication Fosamax and the implantation of transvaginal mesh.

Ms. Stern is admitted to the Bar of the State of New York and to practice before the United States District Courts for the Southern and Eastern Districts of New York.

*Ronald J. Aranoff* received his bachelor's degree in 1992 from Yeshiva University, graduating *cum laude*, and received his J.D. from the Benjamin N. Cardozo School of Law where he was a David Berg academic scholar.

Mr. Aranoff joined the Firm in 2002 and concentrates his practice on antitrust and consumer class action litigation. He is currently the co-chair of the Firm's antitrust practice.

In November 2012, Mr. Aranoff, serving as co-lead counsel in *Roberts v. Tishman Speyer Properties, L.P.*, No. 100956/07 (Sup. Ct. N.Y.), secured a $146.85 million settlement ($68.75 million cash) on behalf of the tenants of the Stuyvesant Town and Peter Cooper Village rental apartment complexes in Manhattan for rent overcharges stemming from the landlord having illegally charged market-rate rents for apartments that should have been rent stabilized under New York City's Rent Stabilization Law.

Mr. Aranoff, serving as co-lead counsel, also secured partial settlements in excess of $50 million (on behalf of five defendants) in *In re Processed Egg Products Antitrust Litigation*, No. 08-MD-2002 (E.D. Pa.). The case alleges a conspiracy among egg producers and trade groups to manipulate the supply of shell eggs and egg products and thereby affect the domestic prices.

24

In 2009, Mr. Aranoff won a $14.7 million jury verdict and in 2013 received a $20 million punitive damages award under the Connecticut Unfair Trade Practices Act ("CUTPA") for a class of Connecticut independent automobile repair shops against The Hartford Fire Insurance Company ("The Hartford"). The punitive damage award is the largest awarded by a judge in the history of CUTPA. The case was litigated for over six years in Connecticut Superior Court (Stamford-Norwalk Division), including a three-week jury selection process and a four-week jury trial. The verdict provided a recovery for a class of approximately 1,500 independent auto body shops whose labor rates for work performed on automobiles insured by The Hartford had been suppressed for years.

Currently, Mr. Aranoff is representing clients in a wide range of other matters, including, most recently, deceptive and anti-competitive conduct in the pool products industry (*In re Pool Products Distribution Market Antitrust Litigation*, No. 12-MD-2328 (E.D. La.)); polyurethane foam industry (*In re Polyurethane Foam Antitrust Litigation*, MDL No. 2196 (N.D. Ohio)); automotive industry (*A&R Body Specialty v. Progressive Casualty Insurance Co.*, No. 07-CV-0929 (D.D.C.)); food industry (*In re Fresh and Process Potatoes Antitrust Litigation*, No. 10-MD-2186 (D. Idaho); railroad industry (*In re Rail Freight Fuel Surcharge Antitrust Litigation*, No. 07-MC-0489 (D.D.C.)); and real estate industry (*Doerr v. London Terrace Gardens L.P.*, No. 603696/09) (N.Y. Sup. Ct.)).

Other representative matters have concerned requiring the manufacturer of an ovulation predictor kit to re-label its product so that it would accurately reflect the product's limitations (*Wagner v. Inverness Medical Innovations, Inc.*, No. 03-CV-404-J-20 (M.D. Fla.)) and requiring a prominent computer manufacturer to compensate consumers for a defective power adapter (*Gordon v. Apple Computer Inc.*, No. 06-CV-5358 (N.D. Cal.)).

Before joining the Firm, Mr. Aranoff served as an assistant district attorney in Kings County, Brooklyn, New York, where he tried numerous cases to verdict. Thereafter, he was associated with Slotnick, Shapiro & Crocker, LLP (now part of Buchanan Ingersoll & Rooney PC), where he represented corporate, institutional, and individual clients in civil, criminal, and administrative matters. For example, Mr. Aranoff was part of the defense team that defended an accused Colombian national of leading an

international money laundering scheme. He also defended a prominent adult home in a civil trial alleging administrative violations levied by the State of New York.

Mr. Aranoff is admitted to the Bar of the State of New York. He is also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Second, Third, and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

***Christian Siebott*** is a 1998 graduate of the City University of New York School of Law, where he was a Belle Zeller Scholar. He received his bachelor's degree in 1989 from Pennsylvania State University and, in 1993, a master's degree in public policy from Syracuse University. Mr. Siebott also served in the United States Air Force. Mr. Siebott was recommended in the 2014 edition of THE LEGAL 500.

Following law school, Mr. Siebott clerked in the United States Court of Appeals for the Second Circuit and the United States District Court for the Southern District of New York, and has served as an adjunct professor of law at the Benjamin N. Cardozo School of Law.

Before joining the Firm in 2006, Mr. Siebott was associated with a prominent Manhattan plaintiffs' class action Firm. He concentrates his practice in complex and class action litigation, including securities, antitrust, commercial, *qui tam*/whistleblower, civil Racketeer Influenced and Corrupt Organizations Act ("RICO"), and consumer protection litigation.

In November 2012, Mr. Siebott, serving as co-lead counsel in *Roberts v. Tishman Speyer Properties, L.P.*, No. 100956/07 (Sup. Ct. N.Y.), secured a $146.85 million settlement ($68.75 million cash) (awaiting final approval) on behalf of the tenants of the Stuyvesant Town and Peter Cooper Village rental apartment complexes in Manhattan for rent overcharges stemming from the landlord having illegally charged market-rate rents for apartments that should have been rent stabilized under New York City's Rent Stabilization Law.

He has worked on several noteworthy cases, including one of the largest securities class actions ever litigated, *In re Initial Public Offering Securities Litigation*, No. 21 MC 92 (S.D.N.Y.), which settled for \$586 million. He currently represents the Republic of Iraq in *Republic of Iraq v. ABB AG*, No. 08-CV-5951 (S.D.N.Y.), a litigation related to the Programme. In addition, he represents plaintiffs in: *State of Ohio ex rel. Joyce v. MERSCORP, Inc.*, No. 11-M-001087 (Geauga Co., C.P.), in which the Firm represents Geauga County, Ohio, in a class action brought on behalf of all Ohio counties; *Board of County Commissioners of the County of Cleveland, Oklahoma v. MERSCORP, Inc.*, No. CJ-2011-1727 (Cleveland Co. Dist. Ct.), in which the Firm represents Cleveland County, Oklahoma, in a class action brought on behalf of all Oklahoma counties. Each of these actions allege violations of state law arising from the failure of defendants, an electronic mortgage registration system and its members, to record intermediate mortgage assignments and pay county recording fees.

Mr. Siebott is also working on *35-41 Clarkson LLC v. New York City Housing Authority*, No. 11-cv-6770 (S.D.N.Y.), in which the Firm represents a class of landlords denied due process rights to address the New York City Housing Authority's failure to pay mandated rent increases and failure to reimburse rents owed retroactively pursuant to the United States Department of Housing and Urban Development's regulations; the action seeks both damages and equitable relief on behalf of the putative class.

Mr. Siebott heads the Firm's Appellate Practice Group. He has had significant appellate experience in federal courts of appeals and the United States Supreme Court, and authored and edited portions of the New York City Bar Association's APPEALS TO THE SECOND CIRCUIT. Mr. Siebott is committed to *pro bono* practice; he represents veterans in disability and pension benefit proceedings and has represented the families of uniformed rescuers before the 9/11 Victims Compensation Board.

Mr. Siebott is also a member of the editorial board of SECURITIES LITIGATION REPORT, a publication that analyzes the latest developments in private actions and government enforcement, focusing on, among other things, corporate governance, risk management, and professional responsibility. He also represented the plaintiffs' bar on a panel of class action practitioners in a continuing legal education program entitled, *Developments in Class Action Law 2010*, hosted by West LegalEdcenter®.

In addition, Mr. Siebott is frequently published on topics relating to complex litigation and securities matters, including the articles: *The Supreme Court Grapples with the Concerns of Pharmaceutical Companies & Their Investors at Oral Argument in Matrixx*, SECURITIES LITIGATION REPORT (with Associate Gabriel G. Galletti), Feb. 2011; *Matrixx: A Pro-Investor Salvo from the Roberts Court*, SECURITIES LITIGATION REPORT (with Associate Gabriel G. Galletti), May 2011; *Supreme Court Agrees to Hear Matrixx, Concerning Materiality & Adverse Events*, SECURITIES LITIGATION REPORT (with Associate Gabriel G. Galletti), July/Aug. 2010; *Jury Verdict Targets Banks' Over-Reliance on Credit Ratings*, FINDLAW, July 29, 2010; *Need for Attribution – Second Circuit Affirms that Plaintiffs Need to Show Reliance on Secondary Players' Own Statements*, SECURITIES LITIGATION REPORT, July 2010; and *The Impact of Iqbal on Securities Class Actions*, SECURITIES LITIGATION REPORT, Mar. 2010.

Mr. Siebott is admitted to the Bar of the State of New York and to practice before the United States Courts of Appeals for the Federal, Second, Third, Fourth, and Eleventh Circuits, and Veterans Claims, and the United States District Courts for the Southern and Eastern Districts of New York. He is active in the New York City Bar Association and the Federal Bar Council.

***Jeffrey S. Grand*** graduated from the Benjamin N. Cardozo School of Law in 2002, where he was the executive editor of the CARDOZO LAW REVIEW, a member of the Order of the Coif, and received the Felix Frankfurter Award. He received his B.F.A. from the New York School of Visual Arts in 1990. Mr. Grand was recognized as a *Rising Star* by SUPER LAWYERS magazine in the 2012 and named a leading lawyer in the 2013 editions of NEW YORK SUPER LAWYERS.

Mr. Grand joined the Firm in 2011 and his practice is focused on pharmaceutical and mass tort litigation. He was recently a member of the trial team that successfully tried the first case against defendants Ethicon, Inc. and Johnson & Johnson earlier this year in the *In re Gynecare* litigation. The jury found for the plaintiff, awarding more than $11 million in compensatory and punitive damages. (*Gross v. Gynecare Inc.*, No. Atl-L-6966-10 (N.J. Super. Ct.)).

Mr. Grand has extensive experience in pharmaceutical and mass tort litigation, having actively litigated high-profile cases involving prescription drugs including Vioxx, Fosamax, and Yaz. He has

28

supervised the day-to-day management of complex, multi-party mass tort litigation in state and federal courts and multidistrict litigation throughout the United States, and has served on discovery and administrative committees in these litigations. He has served as a member of the trial teams that obtained a $47.5 million verdict for Vioxx-related cardiovascular injury in *Humeston v. Merck & Co.*, No. L-2272-03 (N.J. Super. Ct.) in 2007 and several plaintiff victories in the *Chinese-Manufactured Drywall Products Liability Litigation*, No. 09-md-02047 (E.D. La.). He also has extensive experience in the area of electronic discovery, having served as a co-chair for electronic discovery in the *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Litigation*, No. 10-md-02179-CJB-SS (E.D. La.).

Prior to joining the Firm, Mr. Grand was a partner at a prominent plaintiffs' pharmaceutical and mass tort law firm. He is admitted to the Bar of the State of New York and to practice before the United States District Courts for the Southern and Eastern Districts of New York.

*Michael S. Bigin* received his bachelor's degrees in 1995 from the State University of New York at Oswego (B.A., History; B.S., Business Administration) and received his J.D. in 1999 from St. John's University School of Law, where he was a Law School Academic Scholarship recipient, member of the AMERICAN BANKRUPTCY INSTITUTE LAW REVIEW, and a member of the Moot Court Honor Society. Mr. Bigin was named a rising star by SUPER LAWYERS magazine in 2013 and was recommended by THE LEGAL 500 in 2013.

Before joining the Firm, Mr. Bigin was an associate at a Manhattan law firm where he represented plaintiffs in securities class actions, including: *In re Computer Associates Securities Litigation*, No. 02-CV-1226 (E.D.N.Y.) (settlement of 5.7 million shares, value estimated at $134 million) and *In re IKON Office Solutions, Inc. Securities Litigation*, No. 98-CV-4606 (E.D. Pa.) ($111 million recovery).

While at the Firm, Mr. Bigin has worked on numerous class actions that have resulted in substantial recoveries for investors, including: *In re Marsh & McLennan Cos., Inc. Securities Litigation*,

29

No. 04-CV-8144 (CM) (S.D.N.Y.) ($400 million recovery); *In re Royal Dutch/Shell Transport Securities Litigation*, No. 04-374 (JAP) (D.N.J.) (U.S. settlement with a minimum cash value of $138.3 million with a potential value of more than $180 million, in addition to a related European settlement of $350 million that the Firm was substantially responsible for obtaining); *In re Cigna Corp. Securities Litigation*, No. 02-CV-8088 (MMB) (E.D. Pa.) ($93 million recovery); *In re Gilat Satellite Networks, Ltd. Securities Litigation*, No. 02-CV-1510 (E.D.N.Y.) ($20 million); *In re Terayon Communication Systems, Inc. Securities Litigation*, No. C-00-1967 (N.D. Cal.) ($15 million); and *Szymborski v. Ormat Technologies, Inc.*, No. 10-CV-00132-ECR (D. Nev.) ($3.1 million settlement representing approximately 21.5% of damages, which is more than four times the average recovery for similar actions according to a study by experts at Cornerstone Research).

Currently, Mr. Bigin represents investors in class actions alleging violations of the securities laws. For example, Mr. Bigin is counsel to an investment fund in, *In re Lone Pine Resources, Inc.*, No. 12-CV-4839 (GBD) (S.D.N.Y.), in which plaintiffs allege that defendants issued a misleading registration statement and prospectus for Lone Pine's initial public offering by failing to disclose the effects of an oil pipeline's rupture on its business. In addition, he represents the City of Austin Police Retirement System in *City of Austin Police Retirement System v. Kinross Gold Corp.*, No. 12-CV-01203 (PAE) (S.D.N.Y.) in a securities fraud action alleging that executives of a mining company knowingly issued a false and misleading development schedule for its largest gold mine to inflate the company's share price. Mr. Bigin also represents investors on appeal in the Second Circuit in *Meyer v. Jinkosolar Holding Co. Inc.*, 13-0616-cv (2d. Cir.), which alleges Jinkosolar misled investors concerning the company's compliance with the People's Republic of China environmental regulations.

Mr. Bigin is admitted to the Bars of the States of New York and Connecticut and to practice before the United States Courts of Appeals for the Second and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

***Stephanie M. Beige*** received her bachelor's degree in 1996 from Dowling College, graduating *cum laude*, and received her J.D. in 2000 from Touro College Jacob D. Fuchsberg Law Center, graduating

*summa cum laude*, where she was a member of the TOURO LAW REVIEW.  Ms. Beige was recommended in 2013 by THE LEGAL 500 for her work in securities litigation.

During her career, Ms. Beige has been involved in the successful prosecution of numerous class actions on behalf of aggrieved investors, including: *In re Marsh & McLennan Cos., Inc. Securities Litigation*, No. 04-CV-8144 (CM) (S.D.N.Y.) ($400 million recovery); *In re Cigna Corp. Securities Litigation*, No. 02-CV-8088 (MMB) (E.D. Pa.) ($93 million recovery); *In re Triton Energy Ltd. Securities Litigation*, No. 98-CV-0256 (DF) (E.D. Tex.) ($49.5 million recovery); *In re TASER International Securities Litigation*, No. C05-0115 (SRB) (D. Ariz.) ($20 million recovery); *Rush v. Footstar, Inc*., No. 02-CV-9130 (S.D.N.Y.) ($19.3 million recovery); *In re SeeBeyond Technologies Securities Litigation*, No. 02-CV-5330 (C.D. Cal.) ($13.1 million recovery); *In re Mutual Funds Investment Litigation*, No. 04-md-15861 (D. Md.) ($3.3 million cash settlement in addition to significant corporate governance reforms); and *Kwait v. Berman*, No. 5306-CC (Del. Ch.) (obtained significant amendments to a voting agreement agreed to by RiskMetrics Group, Inc.'s interested shareholders in connection with a proposed merger, as well as additional disclosures concerning the proposed merger).

Ms. Beige is currently working on several securities fraud class actions against numerous issuers for allegedly misleading investors, including *In re Tremont Securities Law, State Law and Insurance Litigation*, No. 08-CV-11117 (S.D.N.Y.) (a partial settlement in excess of $100 million approved), in which the Firm represents investors who lost millions of dollars in hedge funds that invested with Bernard L. Madoff.

In addition, Ms. Beige is currently managing individual action brought by the Public Employees Retirement Association of New Mexico against Wells Fargo & Company for breach of contract and breach of fiduciary duty related to a securities lending agreement and investments made in structured investment vehicles, or "SIVs."  Ms. Beige handled a similar action on behalf of the New Mexico Educational Retirement Board that resulted in a $5 million settlement, representing 52% of it's alleged damages.

Ms. Beige also practices merger and acquisition litigation, representing clients in *Kwait v. Berman*, No. 5306-CC (Del. Ch.) (obtaining significant amendments to a voting agreement agreed to by RiskMetrics Group, Inc.'s interested shareholders in connection with the proposed merger of RiskMetrics and MSCI Inc., as well as additional disclosures concerning the proposed merger).

Ms. Beige was co-author of *Recent Class Action Developments*, PLI CLASS ACTION LITIGATION: PROSECUTION & DEFENSE STRATEGIES 2004, July 29-30, 2004, at 31-58.

Before joining the Firm, Ms. Beige was associated with a prominent Manhattan plaintiffs' class action firm, where she represented plaintiffs in securities class actions and mass tort actions.

Ms. Beige is admitted to the Bar of the State of New York. She is also admitted to practice before the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern District of New York, the District of Colorado, and the Eastern District of Wisconsin.

### *Associates*

*Joseph R. Seidman, Jr.* received his bachelor's degree in 1994 from Queens College of the City University of New York and received his J.D. in 1997 from St. John's University School of Law.

Mr. Seidman has worked on numerous securities fraud cases from inception through settlement, including: *In re Beazer Homes U.S.A., Inc. Securities Litigation*, No. 07-CV-725 (CC) (N.D. Ga.) ($30.5 million); *In re Taser International Securities Litigation*, No. C05-0115 (D. Ariz.) ($20 million recovery); and *In re Willbros Group, Inc. Securities Litigation*, No. 06-CV-1778 (S.D. Tex.) ($10.5 million recovery). Mr. Seidman is currently working on several securities fraud class actions against numerous issuers of securities for allegedly misleading investors, including *In re Proshares Trust Securities Litigation*, No. 09-CV-7505 (S.D.N.Y.) and *In re KIT digital, Inc. Securities Litigation*, No. 12-CV-4199 (VM) (S.D.N.Y.).

Mr. Seidman is also part of the Firm's Securities Monitoring and Case Evaluation Team, where he investigates new matters and handles all aspects of lead plaintiff proceedings pursuant to the Private Securities Litigation Reform Act ("PSLRA").

Mr. Seidman has also worked on antitrust cases including *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (D.D.C.).

Mr. Seidman is admitted to the Bar of the State of New York. He is also admitted to practice before the United States Courts of Appeals for the Second and Sixth Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

***Tania T. Taveras*** joined the Firm in 2005. She received her B.A. *cum laude* from Hunter College of the City University of New York, where she majored in Political Science and minored in Economics. She received her J.D. from the Fordham University School of Law in 2004, where she served as an editor on the FORDHAM ENVIRONMENTAL LAW JOURNAL and as a legal intern in the Securities Arbitration Clinic.

Ms. Taveras's practice concentrates on complex commercial and class action litigation, involving a wide range of legal issues, including antitrust, consumer protection, landlord-tenant law, *qui tam*/whistleblower, and securities fraud.

Ms. Taveras is currently working on several antitrust cases including *In Re: Pool Products Distribution Market Antitrust Litigation*, No. 12-MD-2328 (E.D. La.); *In re Polyurethane Foam Antitrust Litigation*, No. 10-MD-02196 (N.D. Ohio); and *In re Processed Egg Products Antitrust Litigation*, No. 08-MD-2002 (E.D. Pa.) (partial settlements in excess of $50 million). Ms. Taveras is also representing New York City tenants on individual and class actions arising from the Court of Appeals' decision in *Roberts v. Tishman Speyer Properties, L.P.*, 13 N.Y.3d 270 (2009), challenging landlord deregulations of their rent-stabilized apartments while simultaneously receiving New York City's J-51 tax benefit. She was also a member of the team working on the *Roberts* case, which recently settled for $146.85 million settlement ($68.75 million cash) on behalf of the tenants of the Stuyvesant Town and Peter Cooper Village rental apartment complexes in Manhattan for rent overcharges stemming from the landlord having illegally charged market-rate rents for apartments that should have been rent stabilized under New York City's Rent Stabilization Law.

Ms. Taveras was a member of the trial team in the consumer fraud class action, *Artie's Auto Body Inc. v. Hartford Fire Insurance Co.*, No. 08-CV-03-019161415 (Conn. Super. Ct.), in which the Firm won a $14.7 million jury verdict, and the Court awarded the class $20 million in punitive damages. Ms. Taveras also has been actively involved in several securities fraud class actions including *In re Fannie Mae Securities Litigation*, No. 04-CV-1639 (D.D.C.) ($153 million recovery); and *In re Royal Dutch/Shell Transport Securities Litigation*, No. 04-374 (JAP) (D.N.J.) (U.S. settlement with a minimum cash value of $138.3 million and a contingent value of more than $180 million, in addition to a $350 million European settlement that the Firm was substantially responsible for obtaining).

Ms. Taveras is a volunteer attorney in the Kings County District Attorney's *Pro Bono* Appeals Program.

Ms. Taveras is admitted to the Bars of the States of New York and New Jersey, and also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

***Gabriel G. Galletti*** received his B.A. from Dartmouth College in 1998, graduating *cum laude*, and received his J.D. from the University of Virginia School of Law in 2004. At the University of Virginia, Mr. Galletti served as an articles editor for the VIRGINIA JOURNAL OF SPORTS & ENTERTAINMENT LAW and on the editorial board of the VIRGINIA JOURNAL OF INTERNATIONAL LAW.

Following law school, Mr. Galletti worked at Simpson Thacher & Bartlett LLP ("Simpson Thacher") in its New York and London offices, where he was active in the Firm's securities, antitrust, internal investigations, and *pro bono* practices. At Simpson Thacher's London office, Mr. Galletti conducted an internal investigation of a major airline in response to price-fixing inquires by the United States Department of Justice and the United Kingdom Office of Fair Trading.

Prior to joining Bernstein Liebhard, Mr. Galletti clerked for the Honorable Peter G. Sheridan, United States District Judge, in the United States District Court for the District of New Jersey.

Since joining the Firm in 2009, Mr. Galletti has concentrated his practice on complex and class action litigation with a focus on securities, antitrust, and landlord-tenant law. Representative matters include *In re Initial Public Offering Securities Litigation*, No. 21 MC 92 (S.D.N.Y.), which settled for

$586 million and the *Republic of Iraq v. ABB AG*, No. 08-CV-5951 (S.D.N.Y.), a litigation related to the Programme. Mr. Galletti also represents classes of direct purchasers in *In re Fresh and Process Potatoes Antitrust Litigation*, No. 10-MD-2186 (D. Idaho) and *In re Processed Egg Products Antitrust Litigation*, No. 08-MD-2002 (E.D. Pa.) (partial settlements in excess of $50 million).

Mr. Galletti is also a member of the Firm's Appellate Practice Group. Recently, he was responsible for the briefing and argument of two appeals before the New York State Appellate Division, First Department: *Doerr v. London Terrace Gardens, L.P.*, No. 603696/09 (N.Y. App. Div.) and *Borden v. 400 East 55th Street Associates, L.P.*, No. 650361/09 (N.Y. App. Div.). Additionally, Mr. Galletti was responsible for the appellate briefing concerning a dismissal of a Section 10(b) claim in the Ninth Circuit in the securities fraud action *Catoosa Fund L.P. v. Medivation, Inc.*, No. 12-15960 (9th Cir.).

Mr. Galletti is also part of the team that obtained a landmark ruling from New York's highest court on behalf of a class of tenants from New York City's largest residential apartment complex. The ruling overturned a state regulation and held that the plaintiffs' landlords were not permitted to deregulate rent stabilized apartments while simultaneously receiving certain New York City tax benefits. *Roberts v. Tishman Speyer Props., L.P.*, 13 N.Y.3d 270 (2009). The case recently settled for $146.85 million ($68.75 million cash), pending final approval. Mr. Galletti currently represents tenants in several related class actions brought after the seminal *Roberts* decision, such as *Doerr*, *Borden*, and *Rebibo v. Axton Owner LLC*, No. 105995/10 (N.Y. Sup. Ct.).

Mr. Galletti authored a series of articles exploring the United States Supreme Court's decision in the securities fraud action *Matrixx Initiatives, Inc. v. Siracusano*, 131 S. Ct. 1309 (2011): *Supreme Court Agrees to Hear Matrixx, Concerning Materiality & Adverse Events*, SECURITIES LITIGATION REPORT (with Partner Christian Siebott), July/Aug. 2010; *The Supreme Court Grapples with the Concerns of Pharmaceutical Companies & Their Investors at Oral Argument in Matrixx*, SECURITIES LITIGATION REPORT (with Partner Christian Siebott), Feb. 2011; and *Matrixx: A Pro-Investor Salvo from the Roberts Court*, SECURITIES LITIGATION REPORT (with Partner Christian Siebott), May 2011.

Mr. Galletti is admitted to the Bar of the State of New York and to practice before the United States District Courts for the Southern and Eastern Districts of New York.

*Dana Statsky Smith* received her bachelor's degree in 2002 from Binghamton University (B.A., Environmental Studies, with a concentration in Public Policy, Administration, and Law), graduating *cum laude*, and received her J.D. in 2005 from the Fordham University School of Law, where she was a member of the INTERNATIONAL LAW JOURNAL, and where she served as a legal intern in a non-profit legal clinic, the Lincoln Square Legal Services, Inc.

Ms. Smith is currently working on several antitrust and consumer class action litigation matters, including: *In re Processed Egg Products Antitrust Litigation*, No. 08-MD-2002 (E.D. Pa.) (partial settlements in excess of $50 million)); *In Re: Pool Products Distribution Market Antitrust Litigation*, No. 12-MD-2328 (E.D. La.); *In re Polyurethane Foam Antitrust Litigation*, No. 10-MD-02196 (N.D. Ohio); *A&R Body Specialty v. Progressive Casualty Insurance Co.*, No. 07-CV-0929 (D. Conn.).

In 2009, Ms. Smith was a member of a trial team winning a $14.7 million jury verdict under the Connecticut Unfair Trade Practices Act ("CUTPA") for a class of Connecticut independent automobile repair shops against The Hartford Fire Insurance Company ("The Hartford"). The case was litigated for over six years in Connecticut Superior Court (Stamford-Norwalk Division), including a three-week jury selection process and a four-week jury trial. The verdict provided a recovery for a class of approximately 1,500 independent auto body shops whose labor rates for work performed on automobiles insured by The Hartford had been suppressed for years. Four years later, in 2013, the Court issued a permanent injunction against The Hartford and also awarded the class $20 million in punitive damages. The punitive damage award is the largest awarded by a judge in the history of CUTPA.

Ms. Smith has also been involved in several securities fraud class actions that were successfully prosecuted on behalf of aggrieved investors, such as *In re Royal Dutch/Shell Transport Securities Litigation*, No. 04-374 (JAP) (D.N.J.) (minimum value to the class of U.S. shareholders of $138.3 million with a potential value of more than $180 million, in addition to a $350 million European settlement which the Firm substantially brought about).

Ms. Smith is admitted to the Bars of the States of New York and New Jersey. She is also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

***James Marshall Weir*** received his bachelor's degree in 2002 from Duke University (B.A., Political Science) and received his J.D. in 2006 from the Georgetown University Law Center, where he was the associate symposium editor of the GEORGETOWN JOURNAL OF INTERNATIONAL LAW and a member of the Georgetown University Law Center Mock Trial Team.

Following law school, Mr. Weir was an associate at Clifford Chance LLP, where he worked on a variety of regulatory investigations and complex commercial litigation matters. Prior to becoming associated with the Firm, Mr. Weir served in the Executive Division of the New York Attorney General's Office, where he led a number of federal and state False Claims Act investigations and managed a portfolio of *qui tam* cases.

Mr. Weir's practice focuses on whistleblower representation and complex litigation. Mr. Weir has extensive experience representing whistleblowers in False Claims Act litigation and before the United States Securities and Exchange Commission ("SEC"). His work has included a wide range of actions involving Medicare/Medicaid fraud, contract fraud, and violations of the federal securities laws.

Mr. Weir also represents state pension funds in complex litigation. He currently represents the Public Employees Retirement Association of New Mexico in an individual action against Wells Fargo & Company for breach of contract and breach of fiduciary duty relating to securities lending agreements and investments made in structured investment vehicles, or "SIVs."

Mr. Weir co-authored *US Securities Litigation Remains a Threat for Non-US Issuers: SEC Awards Encourage Whistleblowers*, FINANCIER WORLDWIDE (with Partner Stanley D. Bernstein), April 2012, at 55-56 and *Plaintiffs' Perspective: The SEC's Final Rules for Whistleblowers Offer a Balanced Approach to an Important New Program*, SECURITIES LITIGATION REPORT, July/August 2011, at 11-14.

Mr. Weir is admitted to the Bar of the State of New York.

*__Laurence J. Hasson__* received his bachelor's degree in 2003 from Brandeis University (B.A., History and American Studies), graduating *magna cum laude* and with Phi Beta Kappa and Phi Alpha Theta honors, and received his J.D. in 2006 from the Benjamin N. Cardozo School of Law, where he was a Heyman Scholar, a board member of the award-winning Moot Court Honors Society, and competitively selected to participate in the Bet Tzedek Legal Services Clinic.

Mr. Hasson concentrates his practice on securities, commercial, and complex class action litigation, and he is also a member of the Firm's qui tam/whistleblower practice group. In 2013, Mr. Hasson was recommended by THE LEGAL 500 for his work in the securities litigation practice area.

Prior to becoming associated with the Firm in June 2012, Mr. Hasson was an associate at Bernstein Litowitz Berger & Grossmann LLP where was responsible for advising institutional investors worldwide on securities litigation and litigation strategy.

Mr. Hasson is currently representing investors in several securities fraud class actions, including *Cha v. Kinross Gold Corporation*, No. 12-CV-01203-PAE (S.D.N.Y.); shareholder derivative actions, including *In re Helix Energy Solutions Group, Inc.*, No. 2012-26160 (Harris County); and merger and acquisition-related actions, including *In re Freeport-McMoRan Copper & Gold, Inc. Derivative Litigation*, C.A. No. 8110-VCN (Del. Ch.). Mr. Hasson also represented the Houston Municipal Employees Pension System in the *In re KIT digital, Inc. Securities Litigation*, No. 12-CV-4199 (S.D.N.Y.), in which a recovery of over $6 million was obtained for investors.

Additionally, Mr. Hasson was competitively selected to join the Federal Bar Council's Inn of Court, through which he, along with a team led by a federal judge, develops and presents programming for continuing legal education. In January 2013, Mr. Hasson participated in a program entitled "First Amendment and National Security," at the Theodore Roosevelt United States Courthouse in Brooklyn, New York. In February 2014, Mr. Hasson participated in a program entitled "*United States v. New York Times*: The Pentagon Papers Case," at the Thurgood Marshall U.S. Courthouse in New York, New York – the very courtroom in which the landmark case took place.

Mr. Hasson is admitted to the Bar of the State of New York and to practice before the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.

*Craig Porges* received his bachelor's degree in 2006 from Tulane University (B.A., Philosophy) and received his J.D. in 2009 from Duke University School of Law, where he was Lead Editor of the *Duke Journal of Comparative & International Law* and the winner of the Best Lawyer Award in the Duke Law Spring Mock Trial Competition.

Mr. Porges concentrates his practice on securities and complex class action litigation. Mr. Porges is currently working on an individual action brought by the Public Employees Retirement Association of New Mexico against, among others, Wells Fargo & Co. for breach of contract and breach of fiduciary duty related to securities lending agreements and investments made in structured investment vehicles, of "SIVs."

Before joining the firm, Mr. Porges was associated with Berger & Montague, P.C. in Philadelphia, where he represented plaintiffs in complex consumer and securities actions.

Mr. Porges is admitted to the Bar of the State of Pennsylvania. His admittance to the New York Bar is pending.

*Michelle C. Zolnoski* received her bachelor's degree in 2006 from the University of Michigan, Ann Arbor (B.A., Political Science). She received her J.D. in 2010 from the Benjamin N. Cardozo School of Law, where she served as submissions editor of the CARDOZO INTERNATIONAL AND COMPARATIVE LAW JOURNAL, was president of the Cardozo International Law Society, completed the Heyman Center Program on Corporate Governance at Oxford University, and was part of Cardozo's International Commercial Arbitration team that argued at competitions in Vienna, Austria and Hong Kong. During law school, she also served as a legal intern for the Federal Trade Commission and a judicial intern for the Honorable Timothy C. Stanceu of the United States Court of International Trade.

Ms. Zolnoski concentrates her practice on complex commercial and class action litigation with a focus on antitrust, consumer fraud, and securities matters. Currently, Ms. Zolnoski is working on several

antitrust cases, including: *In re Fresh and Process Potatoes Antitrust Litigation*, No. 10-MD-2186 (D. Idaho); *In re Polyurethane Foam Antitrust Litigation*, No. 10-MD-2196 (N.D. Ohio); and *In re Pool Products Distribution Market Antitrust Litigation*, No. 12-MD-2328 (E.D. La.).

In addition, Ms. Zolnoski is currently working on securities fraud class actions against issuers for allegedly misleading investors, including *In re Tremont Securities Law, State Law and Insurance Litigation*, No. 08-CV-11117 (S.D.N.Y.) (a partial settlement in excess of $100 million approved), in which the Firm represents investors who lost millions of dollars in hedge funds that invested with Bernard L. Madoff.

Ms. Zolnoski has also represented the Actrade Liquidation Trust in two lawsuits that resulted in a global settlement. The first, *Meer v. Aharoni*, No. 5141-CC (Del. Ch.), was an action against Actrade's former chairman for misappropriation of funds and fraud resulting in the ultimate collapse of Actrade; the second, *Meer v. Deloitte & Touche, LLP*, No. 11-CV-06994 (S.D.N.Y.), was a malpractice action against Actrade's accountant for failing to conduct proper audits. The cases settled for $3,050,000.

Ms. Zolnoski is admitted to the Bars of the States of New York and New Jersey. She is also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

*Heather V. Lynch* received her bachelor's degree in 2007 from New York University (B.S., Communication Studies, with a concentration in Journalism), graduating *magna cum laude*. She received her J.D. in 2010 from St. John's University School of Law, where she served as articles editor of the JOURNAL OF CIVIL RIGHTS AND ECONOMIC DEVELOPMENT (formerly the ST. JOHN'S JOURNAL OF LEGAL COMMENTARY). Prior to joining the Firm, she served as a judicial intern for the Honorable Richard Buchter of the Queens County Supreme Court, Queens, New York.

Ms. Lynch concentrates her practice in complex and class action litigation, especially in the areas of securities fraud, consumer protection, antitrust, and *qui tam*/whistleblower litigation. She is currently working on a number of actions brought on behalf of New York City tenants arising from the Court of Appeals' decision in *Roberts v. Tishman Speyer Properties, L.P.*, 13 N.Y.3d 270 (2009) (recently settled

for $146.85 million ($68.75 million cash) pending final approval), including *Doerr v. London Terrace Gardens, L.P.*, No. 603696/09 (N.Y. Sup. Ct.), challenging their landlords' deregulation of their rent-stabilized apartments while simultaneously receiving New York City's J-51 tax benefits.

In addition, Ms. Lynch works on an individual action brought by the Public Employees Retirement Association of New Mexico against Wells Fargo & Co. for breach of contract and breach of fiduciary duty related to securities lending agreements and investments made in structured investment vehicles, or "SIVs."

Ms. Lynch is admitted to the Bar of the State of New York. She is also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

***Peter J. Harrington*** received his bachelor's degree in 2006 from Fordham University (B.A., Political Science), graduating *cum laude*. He received his J.D. in 2010 from St. John's University School of Law, where he served as executive notes and comments editor of the JOURNAL OF CIVIL RIGHTS AND ECONOMIC DEVELOPMENT (formerly the ST. JOHN'S JOURNAL OF LEGAL COMMENTARY). Mr. Harrington authored the article *Untying the Knot: Extending Intestacy Benefits to Non-Traditional Families by Severing the Link to Marriage*. 23 J. CIV. RTS. & ECON. DEV. 323 (2011). While in law school, Mr. Harrington was a legal intern in the Mayor of New York City, Michael R. Bloomberg's office and worked for the St. John's University School of Law Securities Arbitration Clinic, representing individual investors on a *pro bono* basis in securities arbitration claims involving misrepresentation, unsuitability, and unauthorized trading.

Mr. Harrington concentrates his practice on securities and complex class action litigation. He is currently working on *State of Ohio ex rel. Joyce v. MERSCORP, Inc.*, No. 11-M-001087 (Geauga Co., C.P.), in which the Firm represents Geauga County, Ohio, in a class action brought on behalf of all Ohio counties; *Board of County Commissioners of the County of Cleveland, Oklahoma v. MERSCORP, Inc.*, No. CJ-2011-1727 (Cleveland Co. Dist. Ct.), in which the Firm represents Cleveland County, Oklahoma, in a class action brought on behalf of all Oklahoma counties; . Each of these actions allege violations of

state law arising from the failure of defendants, an electronic mortgage registration system and its members, to record intermediate mortgage assignments and pay county recording fees.

In addition, Mr. Harrington works on an individual action brought by the Public Employees Retirement Association of New Mexico against Wells Fargo & Co. for breach of contract and breach of fiduciary duty related to securities lending agreements and investments made in structured investment vehicles, or "SIVs." Mr. Harrington also represents the City of Austin Police Retirement System in *City of Austin Police Retirement System v. Kinross Gold Corp.*, No. 12-CV-01203 (PAE) (S.D.N.Y.) in a securities fraud action alleging that executives of a mining company knowingly issued a false and misleading development schedule for its largest gold mine to inflate the company's share price

Mr. Harrington is admitted to the Bar of the State of New York.

*Jason S. Goldstein* received his bachelor's degree in 2006 from Syracuse University (B.S. Television, Radio, and Film), graduating *magna cum laude*. He received his J.D. in 2011 from the Benjamin N. Cardozo School of Law at Yeshiva University, where he served as a notes editor on the CARDOZO ARTS AND ENTERTAINMENT LAW JOURNAL. Mr. Goldstein authored the article *How New FTC Guidelines on Endorsement and Testimonials Will Affect Traditional and New Media.* 28 CARDOZO ARTS & ENT. L.J. 609 (2011).

Mr. Goldstein is active in the Firm's mass tort practice and works on a wide array of pharmaceutical and consumer injury cases. Currently, he is litigating cases involving defective DePuy ASR hip replacement devices, as well as cases involving DePuy Pinnacle, Biomet, Wright and Stryker hip replacement devices. Additionally, Mr. Goldstein is involved with cases concerning injuries stemming from the usage of the popular osteoporosis medication Fosamax as well as cases concerning injuries caused by cell phone radiation.

Mr. Goldstein is admitted to the Bars of the States of New York and New Jersey.

*Cory A. Greenbaum* received his bachelor's degree in 2009 from the University of Maryland, College Park (B.S., Finance) and was a member of the Business Honors Fellowship Program. He received his J.D. in 2012 from the Benjamin N. Cardozo School of Law, graduating *magna cum laude*,

where he was a member of the Cardozo Moot Court Honor Society and a Finalist in the Monroe E. Price International Media Law Competition in Oxford, England. Prior to joining the Firm, he served as a legal intern for the Office of the New York Attorney General in the Antitrust Bureau.

Mr. Greenbaum is currently working on several antitrust and consumer class action litigation matters, including: *In re Processed Egg Products Antitrust Litigation*, No. 08-MD-2002 (E.D. Pa.) (partial settlements in excess of $50 million); *In re Pool Products Distribution Market Antitrust Litigation*, No. 12-MD-2328 (E.D. La.); and *A&R Body Specialty v. Progressive Casualty Insurance Co.*, No. 07-CV-0929 (D. Conn.).

Mr. Greenbaum is admitted to the Bars of the States of New York and New Jersey, and also admitted to practice before the United States District Court for the Southern District of New York.

***Dae Y. Lee*** received his doctorate degree in 2009 from the Rutgers University, Ernest Mario School of Pharmacy (PharmD). He received his J.D. in 2012 from the Hofstra University School of Law.

Mr. Lee is active in the Firm's mass tort practice and works on a wide array of pharmaceutical, medical device, and, consumer injury cases. Mr. Lee's experience as a pharmacist gives him a unique advantage in representing consumers injured by dangerous drugs. Currently, he is litigating cases involving diabetes medications and the medication Fresenius Granuflo/Naturalyte dialysate, as well as cases involving defective DePuy Pinnacle, Biomet, and Wright hip replacement devices, and Transvaginal Mesh implants.

Prior to joining Bernstein Liebhard, Mr. Lee represented injured consumers in pharmaceutical litigation at a Manhattan law firm, where he was involved in case development and investigation, as well as all aspects of pre-trial litigation.

Mr. Lee is admitted to the Bars of the State of New York and New Jersey.

***Jessica Keller*** received her bachelor's degree in 2009 from Hofstra University (B.A., Political Science). She received her J.D. in 2012 from Hofstra University School of Law, where she served as a Judicial Intern for the Honorable Stephen Hackeling. In February 2012, she participated in the

43

Interscholastic Intellectual Property Transactional Law Meet and the Mock Trial Enrichment Program. Ms. Keller was the recipient of the Shirley & Hyman Goldstein Endowed Scholarship.

Ms. Keller is active in the Firm's mass tort practice and works on a wide array of pharmaceutical, medical device, and consumer injury cases. Currently, she is litigating cases involving defective Transvaginal Mesh implants and Mirena IUDs.

Prior to joining Bernstein Liebhard, Ms. Keller was an associate at Parker Waichman LLP, where she worked on large complex litigations, including multidistrict litigations and state mass tort litigations involving the defective medical device, the Mirena IUD, and the dangerous diabetes medication, Actos.

Ms. Keller is admitted to the Bar of the State of New York and to practice before the United States District Courts for the Southern, Eastern, Western, and Northern Districts of New York.

### *Investigator*

**_Loren Berger_** is a veteran investigator with extensive experience investigating financial fraud, securities violations, and other corporate wrongdoing. Before joining the Firm in 2003, she worked as a senior case manager for a national investigative firm based in Washington, District of Columbia, The Investigative Group International Inc. During her ten years at The Investigative Group, she directed some of that firm's most complex cases, including matters involving white-collar crime, antitrust violations, money laundering, and political opposition research on behalf of United States gubernatorial, senate, and presidential candidates. Ms. Berger has also worked as an investigative journalist for CBS 60 MINUTES, PBS FRONTLINE, and BUSINESSWEEK. She has a Bachelor of Journalism degree from the University of Missouri School of Journalism and is a Certified Fraud Examiner.

July 2014

# FORMER ATTORNEY BIOS

**_Robert J. Berg_** graduated from Amherst College *cum laude* with a B.A. degree in 1979, majoring in Economics and Psychology.  Mr. Berg received a J.D. degree in 1983 from the University of Chicago Law School, and he also received an M.B.A, degree from the University of Chicago Graduate School of Business in 1983.  Mr. Berg began his career as an attorney in 1983 at Skadden, Arps, Slate, Meagher & Flom, in New York, where he specialized in antitrust litigation, and continued his career at LeBoeuf, Lamb, Greene & MacRae.  Mr. Berg then joined Wolf Popper LLP, and Lite DePalma Greenberg & Rivas, where he represented plaintiffs in securities and consumer-fraud class actions.

In 1998 Mr. Berg joined Bernstein Liebhard LLP, where he concentrates his practice in complex class-action litigation involving shareholders' rights, securities fraud, consumer fraud, false advertising, and antitrust issues.  Mr. Berg presently is one of the liaison counsel in *In re Initial Public Offerings Securities Litigation*.  He was one of the lead attorneys representing plaintiffs in *Buxbaum, et al., v. Deutsche Bank AG*, which was settled for $58 million in May 2002, a few weeks before trial.  Mr. Berg is co-lead counsel for plaintiffs in *In re Deutsche Telekom AG Securities Litigation*, in which the court has recently approved a $120 million settlement, is a supervising attorney in *In re Marsh & McLennan Companies, Inc. Securities Litigation*, and is a member of Plaintiffs' Executive Committees in major antitrust class actions against Verizon, SBC, and BellSouth.  Mr. Berg and the Firm have also achieved large settlements in national consumer-fraud class actions, such as *Tuchman v. Volvo Cars of North America, Inc.* (more than $30 million) and *Barton v. Saab Cars of North America, Inc.* ($4.25 million),

**_Gregory M. Egleston_** received his bachelor's degree in 1992 from Fordham University (*magna cum laude*), his master's degree in 1994 from Columbia University, and received his J.D.

in 1997 from New York Law School. Mr. Egleston has worked on many high profile class actions such as:

- *Mayer v. Administrative Committee of Smurfit-Stone Container Corp. Retirement Plans* (N.D. 11.) ($7.75 million settlement);

- *In re YRC Worldwide Inc. ERISA Litig.*, (D. Kan.) ($6.5 million settlement);

- *In re Schering-Plough Corp. Enhance ERISA Litig.*, Civil Action No.: 08-CV-1432 (D.N.J.) ($12.25 million Settlement);

- *In re Popular Inc. ERISA Litig.*, Master File: 3:09-CV-01552-ADC (D. Puerto Rico) ($8.2 million Settlement);

- *In re General Growth Properties, Inc. ERISA Litig.*, Master File No.: 08-CV-6680 (N.D. Ill.) ($5.75 Million Settlement);

- *Morrison v. MoneyGram Int'l, Inc., et al.*, 08-CV-1121 (D. of Minn.) (Lead Counsel) ($4.5 Million Settlement);

- *In re Deutsche Telekom A.G. Sec. Litig.*, (S.D.N.Y.) ($120 million settlement);

- *In re Willbros Group, Inc. Sec. Litig.*, (S.D. Tex.) ($10.5 million settlement);

- *In re Lumenis Sec. Litig.*, (S.D.N.Y.) ($20.1 million settlement);

- *In re Royal Dutch/Shell Transport Sec. Litig.*, (D.N.J.) ($130 million settlement);

- *In re Marsh & McClennan Companies, Inc. Sec. Litig.*, (S.D.N.Y.) ($400 Million settlement); and

- *In re United Global Comm., Inc. Shareholder Litig.*, (Delaware Chancery Court) ($25 million recovery in going-private transactions).

Mr. Egleston is admitted to the Bars of the States of New York and Connecticut. He is also admitted to practice before the Bars of the federal district courts for the Southern and Eastern Districts of New York and the District of Connecticut.

**_Keith M. Fleischman_** received his J.D. degree from California Western School of Law in 1984. Upon graduation from law school, he became an Assistant District Attorney in the Rackets and Major Offense Bureau of the Bronx County District Attorney's Office, and a

Member of the Joint Bronx District Attorney's Office/United States Attorney's Office, Southern District of New York investigation into corruption by New York City Public Officials.  In 1988, he joined the United States Department of Justice as a Trial Attorney in the Fraud Section, and in 1990 he served in the United States Attorney's Office, District of Connecticut, as an Assistant United States Attorney.  Until joining the Firm in early 2003, he was a partner at and on the Management Committee of Milberg Weiss Bershad Hynes & Lerach.

In 1995 Mr. Fleischman was plaintiffs' Chief Trial Counsel in *Robbins v. Koger Properties, Inc.*, 116 F.3d 1441 (11th Cir. 1997), in which a federal jury found Deloitte & Touche liable for securities violations and awarded the class $81.3 million after a month-long trial.  Additionally, Mr. Fleischman successfully argued before the Second Circuit *Novak v. Kasaks*, 216 F.3d 300 (2d Cir. 2000), the precedent-setting decision regarding the pleading standard and the disclosure of confidential informants under the PSLRA.  Mr. Fleischman has also served as lead or co-lead counsel and on the executive committee for many notable and successful class litigations, including *America Online*, *Ann Taylor*, *Motorola*, *Aetna*, and *John Hancock*, which collectively resulted in hundreds of millions of dollars in settlements.  He is also the senior principal attorney involved in *In re Marsh & McLennan Companies, Inc. Securities Litigation*.  In addition, Mr. Fleischman co-chairs PLI's annual Class Action Litigation program, reportedly its highest attended program.

**_Francis P. Karam_** graduated from Holy Cross College in 1977 with an A.B. in the Classics, and in 1981 received his J.D. from Tulane University School of Law.  Upon graduation, he practiced Admiralty and Maritime law with a New York law firm, where he represented international insurance companies in commercial arbitrations and litigation in various federal courts.  From 1984 to 1990, Mr. Karam was an Assistant District Attorney in the Bronx, where

he served as a senior Trial Attorney in the Homicide Bureau. He entered private practice in 1990, specializing in trial and appellate work instate and federal courts. Before joining the Firm, Mr. Karam was a partner at Milberg Weiss Bershad Hynes & Lerach. Mr. Karam has tried scores of criminal and civil cases, including complex cases involving tax and commercial fraud. He has argued numerous appeals in the state and federal courts. Mr. Karam played a significant role in the factual investigation and successful opposition to the defendants' motions to dismiss in *In re Enron Securities Litigation*. He was co-lead counsel in *In re Thomas and Betts Securities Litigation*, where he achieved a $46.5 million settlement for the shareholder class. He is currently co-lead counsel in *In re Xerox Securities Litigation*. Mr. Karam is an active teacher and lecturer for the National Institute of Trial Lawyers, and has been a panelist at the ABA Business Law section seminar entitled "Corporate Accounting in the Wake of Enron."

**_Mel E. Lifshitz_** is a 1989 graduate of Brooklyn Law School. Mr. Lifshitz's practice focuses on securities and consumer class-action litigation. He achieved a $58 million settlement on behalf of shareholders in the *Bankers Trust Securities Litigation*; was co-lead counsel in *Riscorp Inc. Securities Litigation*, which resulted in a $21 million settlement on behalf of shareholders; and was co-lead counsel in the *In re Federated Department Stores Securities Litigation*; Chairman of the Executive Committee in *In re Abercrombie & Fitch Co. Securities Litigation*; co-lead counsel in *In re Xerox, Inc. Securities Litigation*; co-lead counsel in *In re Deutsche Telekom AG Securities Litigation*; co-lead counsel in *In re Cigna Corp. Securities Litigation*, as well as lead and co-lead counsel in many other large securities class actions. He was also the lead counsel in *Tuchman v. Volvo Cars of North America, Inc.*, a consumer class action that resulted in a settlement value of more than $30 million.

***Jeffrey D. Lerner*** received his bachelor's degree in 1998 from Franklin & Marshall College (B.A., History) and received his J.D. from the Temple University School of Law in 2003, where he was a member of the *Temple Law Review*. Mr. Lerner is the author of "Encouraging Litigation at the Expense of Our Children:  The Inapplicability of *Buckhannon Board & Care Home, Inc. v. West Virginia Department of Health & Human Resources* to the Individuals With Disabilities Education Act," published in the Summer 2003 Volume of the *Temple Law Review. 76 Temp. L.* Rev. 381 (2003).

Mr. Lerner has been involved in several securities fraud class actions that were successfully prosecuted on behalf of aggrieved investors, such as *In re Beacon Associates Litigation*, No. 09-CV-0777 (LBS) (AJP) (S.D.N.Y.) (preliminary approval granted to a settlement of $219 million, which resolves claims in the *In re Beacon Associates Litigation*, No. 09-CV-0777 (LBS) (AJP) (S.D.N.Y.) and *In re J. P. Jeanneret Associates Inc.*, No. 09-CV-3907 (CM) (AJP) (S.D.N.Y.) class actions, as well as several additional lawsuits in federal and New York State courts against the Settling Defendants, including suits brought by the United States Department of Labor and the New York Attorney General); *In re Tremont Securities Law, State Law and Insurance Litigation*, No. 08-CV-11117 (S.D.N.Y.) (settlement in excess of $100 million); *In re Bellsouth Corp. Securities Litigation*, No. 02-CV-2142 (N.D. Ga.) ($35 million); *In re TASER International Securities Litigation*, No. C05-0115 (D. Ariz.) ($20 million); and *In re NTL, Inc. Securities Litigation*, No. 02-CV-3013 (S.D.N.Y.) ($9 million).

Mr. Lerner is admitted to the Bars of the States of New Jersey and Pennsylvania. He is also admitted to practice before the United States District Court for the District of New Jersey.

Susan Collyer received her bachelor's degree in 1990 from the University of Massachusetts, graduating *cum laude* and as a member of the *psi chi* chapter, and received her J.D. in 1995 from the University of San Diego School of Law.

Ms. Collyer concentrates her practice on consumer fraud, insurance, antitrust and civil rights class actions. Prior to joining Bernstein Liebhard & Lifshitz, LLP, Ms. Collyer was associated with a prominent California law firm where she represented plaintiffs in numerous successful class action cases, including actions against large life insurance companies, such as Metropolitan Life Insurance Company and American General Life & Accident Company, seeking relief under the Federal Civil Rights Act for racial discrimination in the sale and administration of life insurance policies. These actions were settled for $145 million and $234 million, respectively. Ms. Collyer was also involved in settling numerous class actions brought by policyholders against life insurance companies, including Transamerica Life Insurance Company, General American Life Insurance Company, American General Life Insurance Company, Manufacturer's Lille, Metropolitan Life, US Life, Franklin Life, Equitable of Iowa and Principal Life, seeking redress for deceptive sales practices. Ms. Collyer also has experience litigating cases alleging discrimination in the underwriting, sale and administration of auto and homeowners insurance, as well as cases involving unlawful credit scoring and predatory lending practices.

Ms. Collyer is admitted to the Bar of the State of California. She is also admitted to practice before the bars of the federal district courts for the Southern, Eastern, Western, and Northern Districts of California. Ms. Collyer is also a member of American Trial Lawyers Association, American Bar Association, Association of Business Trial Lawyers and the Federal Bar Association.