## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL DOCKET NO. 1629<br>MASTER CIVIL ACTION NO. 04-10981<br><br>Honorable Patti B. Saris,<br>United States District Judge |

## ASSENTED-TO MOTION FOR LEAVE TO FILE
## MEMORANDUM IN EXCESS OF TWENTY PAGES

The Members of the Class Plaintiffs Steering Committee ("PSC") respectfully move for leave to file a twenty-four page memorandum that exceeds the page limitation of twenty pages set forth in Local Rule 7.1(b)(4). The PSC wishes to file the Memorandum in Opposition to Motion to Reallocate Attorneys' Fees, attached hereto as Exhibit 1. This memorandum of law responds to the contentions of Bernstein Liebhard LLP that the method by which the attorneys' fees and expenses awarded by this Court to class counsel was allocated in a manner that was not reasonable, fair or transparent. The PSC wishes to be as transparent as possible while responding to those contentions, and therefore request that the Court allow a modest extension of four pages for their memorandum, in addition to what is provided for in the Local Rules. Counsel for Bernstein Liebhard LLP has assented to this request.

WHEREFORE, the Members of the Class Plaintiffs Steering Committee respectfully request that the Court grant this motion for leave to file the attached memorandum in excess of twenty pages.

{00024631 }

Dated:  May 21, 2015                         Respectfully Submitted,

                              By:    */s/ Thomas Greene*
                                      Thomas Greene
                                      Greene LLP
                                      One Liberty Square, Ste. 1200
                                      Boston, MA 02109

                              By:    */s/ Thomas M. Sobol*
                                      Thomas M. Sobol
                                      Hagens Berman Sobol Shapiro LLP
                                      55 Cambridge Parkway, #301
                                      Cambridge, MA  02141

                              By:    */s/ Elizabeth J. Cabraser*
                                      Elizabeth J. Cabraser
                                      Lieff Cabraser Heimann &
                                          Bernstein, LLP
                                      275 Battery Street, 29th Floor
                                      San Francisco, CA 94111-3339

                              By:    */s/ Don Barrett*
                                      Don Barrett
                                      Barrett Law Office
                                      404 Court Square North
                                      P.O. Box 987
                                      Lexington, MS 39095

                              By:    */s/ Daniel Becnel*
                                      Daniel Becnel, Jr.
                                      Law Offices of Daniel Becnel, Jr.
                                      106 W. Seventh Street
                                      P.O. Drawer H
                                      Reserve, LA 70084

                              By:    */s/ James Dugan*
                                      James R. Dugan, II
                                      The Dugan Law Firm
                                      365 Canal Street, Suite 1000
                                      New Orleans, LA 70131

                              ***Members of the Class Plaintiffs'***
                              ***Steering Committee***

{00024631 }

**CERTIFICATE OF CONSULTATION**

I certify that counsel contacted opposing counsel and this motion has been assented to.

*/s/ Thomas Greene*
Thomas Greene

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served on May 21, 2015.

*/s/ Thomas Greene*
Thomas Greene

{00024631 }