UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL DOCKET NO. 1629<br>MASTER CIVIL ACTION NO. 04-10981<br><br>Honorable Patti B. Saris,<br>United States District Judge |

## DECLARATION OF DON BARRETT IN OPPOSITION TO MOTION TO REALLOCATE ATTORNEYS' FEES

I, Don Barrett, declare as follows:

1. I am a partner at the law firm of Barrett Law Group, P.A. This Court appointed me to the Plaintiffs Steering Committee ("PSC") on December 17, 2004 and I have served in that capacity continuously since that time. I submit this declaration concerning my communications with Ron Aranoff of Bernstein Liebhard LLP.

2. On May 27, 2014, counsel for the class requested of Ron Aranoff that Bernstein Liebhard LLP file a complete report of its attorney time and expenses, with backup documentation. On June 20, 2014, Bernstein Liebhard LLP provided that backup documentation with a claimed lodestar figure.

3. During June 2014, I spoke with Ron Aranoff on the phone twice about his firm's claimed lodestar. One of these conversations took place on or about the end of June 2014, when Mr. Aranoff called me to talk about his firm's fee and expense submission.

4. On that late June 2014 call, Mr. Aranoff asked me if the PSC had cut his firm's claimed lodestar. I replied that at that time no firm's lodestar had been cut, but that the PSC had concerns with Bernstein Liebhard LLP's claimed lodestar and that there was a real problem. I

{00024619 }

noted that it was not proportionate, and that it was way out of line with other submissions. I suggested to Mr. Aranoff that he and his firm should look carefully at the time they had submitted, with an eye toward dialing it back and revising its submission.

5.  At the time of the June 2014 call, it seemed to me that Mr. Aranoff understood that while the PSC had not yet made any cuts to time submitted by any firm, it was likely that Bernstein Liebhard LLP's claimed lodestar would be reduced, and that Bernstein Liebhard LLP had the opportunity to perform that reduction themselves.

6.  On or about mid November, 2014, I again spoke with Mr. Aranoff about his firm's lodestar and that it was an outlier, and again urged that he and his firm reconsider their application for fees.

BARRETT LAW GROUP, P.A.

*/s/ Don Barrett*
Don Barrett

Dated:  May 21, 2015

{00024619}