UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>CLASS ACTION | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**DECLARATION OF MICHAEL TABB IN OPPOSTION TO MOTION TO REALLOCATE ATTORNEYS' FEES**

I, Michael Tabb, having personal knowledge of the following, hereby state and declare as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts.  I am a partner in the law firm of Greene LLP, one of the law firms on the Plaintiffs Steering Committee for the Sales and Marketing Plaintiffs (the "PSC").  Prior to the formation of Greene LLP, I was also a partner at its predecessor firm, Greene & Hoffman.

2. Our firm participated in the PSC's efforts to allocate the fees and expenses awarded by the District Court to class counsel who participated in the Sales and Marketing litigation.  As part of this effort, we had access to billing records that were provided to the PSC in support of their fee and expense requests.  As a partner in Greene LLP I also have access to our firm's and Greene & Hoffman's billing records relating to those firms' participation in the Neurontin litigation.

1

3. Attached as Exhibit A to this declaration is a true and correct copy of billing records provided by Cohen & Malad related to the Neurontin litigation for April 29, 2005. I understand that Jeff Gibson, an attorney who was employed by Cohen & Malad, has the initials JSG.

4. Attached as Exhibit B to this declaration is a true and correct copy of billing records provided by Cohen & Malad related to the Neurontin litigation for May 14, 2007. I understand that Richard Shevitz, a partner at Cohen & Malad, has the initials RES.

5. Attached as Exhibit C to this declaration is a true and correct copy of billing records of Greene and Hoffman related to the Neurontin litigation for May 14, 2007 and June 7, 2007. Ilyas Rona, an associate of Greene & Hoffman in 2007, has the initials IJR. Thomas Greene, a partner of Greene & Hoffman, has the initials TMG.

6. Attached as Exhibit D to this declaration is a true and correct copy of billing records provided by Lieff Cabraser Heimann & Bernstein LLP related to the Neurontin litigation for June 7, 2007. Barry Himmelstein was a partner at that firm on that date.

Signed under the pains and penalties of perjury in Boston, Massachusetts on May 21, 2015.

/s/ *Michael Tabb*
Michael Tabb

## CERTIFICATE OF SERVICE

      I hereby certify that, on May 21, 2015, this document (filed through the ECF system) was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 21, 2015                    */s/ Michael Tabb*
                                                 Michael Tabb