# EXHIBIT A

# Transactions Listing

matter id = '2759-001' and date greater than 3-31-05 and date less than 5-1-05

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/28/2005 | IBL | 2759-001 / Neurontin<br>Neurontin - MDL<br>Conference with JG regarding subpoena; conference calls with KF and TG; conference call with JR et al | T | 4.00 | 450.00 | 1,800.00 |
| | | | Date: 4/28/2005 | 18.50 | | 5,425.00 |
| **Date: 4/29/2005** | | | | | | |
| 4/29/2005 | JSG | 2759-001 / Neurontin<br>Neurontin - MDL<br>Talk to co-counsel regardinf subpoena | T | 0.40 | 225.00 | 90.00 |
| 4/29/2005 | JSG | 2759-001 / Neurontin<br>Neurontin - MDL<br>Work on vendor subpoenas | T | 2.50 | 225.00 | 562.50 |
| 4/29/2005 | IBL | 2759-001 / Neurontin<br>Neurontin - MDL<br>Conference with ESP; email with KKF; review and study agreements | T | 3.30 | 450.00 | 1,485.00 |
| | | | Date: 4/29/2005 | 6.20 | | 2,137.50 |
| **Date: 4/30/2005** | | | | | | |
| 4/30/2005 | | 2759-001 / Neurontin<br>Neurontin - MDL<br>Long Distance Phone Charges (CA) | Long | 1.00 | 2.08 | 2.08 |
| | | | Date: 4/30/2005 | 1.00 | | 2.08 |
| | | | Grand Total | 286.95 | | 60,681.30 |