# EXHIBIT B

# Transactions Listing TOTAL FEES & COSTS

Matter id = "2759-001" and date is May 2007

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 5/8/2007 | JSG | 2759-001 / Neurontin<br>Review documents in Kalamazoo | T<br>05 | 9.50 | 225.00 | 2,137.50 |
| 5/9/2007 | JSG | 2759-001 / Neurontin<br>Review documents in Kalamzoo | T<br>05 | 5.80 | 225.00 | 1,305.00 |
| 5/9/2007 | JSG | 2759-001 / Neurontin<br>Drive back from kalamazoo | T<br>05 | 4.00 | 225.00 | 900.00 |
| 5/15/2007 | JSG | 2759-001 / Neurontin<br>Review documents from Medical Action Communication | T<br>05 | 9.00 | 225.00 | 2,025.00 |
| 5/18/2007 | JSG | 2759-001 / Neurontin<br>Begin review of documents to prepare for upcoming neurontin depositions | T<br>05 | 4.10 | 225.00 | 922.50 |
| 5/22/2007 | JSG | 2759-001 / Neurontin<br>Review documents produced by non-party sudler and hennessey | T<br>05 | 3.80 | 225.00 | 855.00 |
| | | | Task Code: 05 | 45.30 | | 10,192.50 |
| | | | Initials: JSG | 103.40 | | 23,265.00 |

**Initials: RES**

**Task Code: 03**

| Date | Prof | Matter / Narrative | Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 5/1/2007 | RES | 2759-001 / Neurontin<br>Telephone conference with Aranoff regarding Depositions; review draft Deposition Notice | T<br>03 | 0.50 | 400.00 | 200.00 |
| 5/2/2007 | RES | 2759-001 / Neurontin<br>Conference with Gibson regarding Depositions and emails regarding same; review draft Deposition Notice | T<br>03 | 0.80 | 400.00 | 320.00 |
| 5/3/2007 | RES | 2759-001 / Neurontin<br>Telephone conference with Aranoff and Ilyas regarding Deposition logistics | T<br>03 | 0.60 | 400.00 | 240.00 |
| 5/9/2007 | RES | 2759-001 / Neurontin<br>Emails and calls regarding Depositions scheduling | T<br>03 | 0.80 | 400.00 | 320.00 |
| 5/14/2007 | RES | 2759-001 / Neurontin<br>Emails and calls with co-counsel regarding scheduling Depositions | T<br>03 | 0.60 | 400.00 | 240.00 |
| 5/15/2007 | RES | 2759-001 / Neurontin<br>Emails and calls regarding Discovery | T<br>03 | 0.60 | 400.00 | 240.00 |
| 5/22/2007 | RES | 2759-001 / Neurontin<br>Emails regarding Deposition scheduling; conference with Jeff regarding 3rd party documents; legal research; conference with IBL regarding status | T<br>03 | 1.20 | 400.00 | 480.00 |