# EXHIBIT C

|  |  |  | Page: 6 |
|---|---|---|---|
| Neurontin Class Action |  |  | 06/11/2007 |
|  |  | Account No: | NeuroCA-01C |
|  |  | Statement No: | 327 |

| Date | Atty | Description | Hours |
|---|---|---|---|
|  | MT | Review and revise class submission on bi-polar | 4.50 |
|  | IJR | Reviewed documents relating to bipolar for purposes of preparing post-argument submission | 7.80 |
|  | TMG | Office conference with Ilyas Rona and Palko Goldman re: access to online Neurontin database | 0.50 |
|  | IJR | Office conference with Tom Greene and Palko Goldman re: access to online Neurontin database | 0.50 |
|  | IJR | Office conference with Tom Greene re: review of transcript and Judge Saris' request | 0.40 |
| 05/12/2007 | | | |
|  | TMG | Review Pfizer documents for submission to Judge Saris | 3.00 |
|  | IJR | Reviewed documents relating to bipolar for purposes of preparing post-argument submission re: class certification | 2.70 |
| 05/13/2007 | | | |
|  | TMG | Review Pfizer documents for submission to Judge Saris | 3.00 |
|  | MT | Draft and revise Neurontin bi-polar class submission | 3.20 |
|  | MT | Telephone conference with Tom Greene re bipolar submission | 0.50 |
|  | TMG | Telephone conference with Mike Tabb re bipolar submission | 0.50 |
|  | IJR | Reviewed documents relating to bipolar for purposes of preparing post-argument submission re: class certification | 3.80 |
| 05/14/2007 | | | |
|  | IJR | Telephone conference with Ron Aranoff re: deposition scheduling and preparation matters | 0.50 |
|  | TMG | Office conference with Ilyas Rona re: assigning culling attorneys searches for submission to Judge Saris | 0.70 |
|  | TMG | Office conference with Ilyas Rona and Palko Goldman re: accessing database for searches | 0.70 |
|  | TMG | Draft and revise email memo to Nashville culling attorneys to conduct searches for submission to Judge Saris | 0.60 |
|  | TMG | Outside conference with Mike Tabb re: documents evidencing uniform marketing message to submission to Judge Saris | 0.50 |
|  | TMG | Office conference with Tom Hoffman re:documents evidencing uniformity of marketing message re: bipolar | 0.40 |
|  | TMG | Office conference with Ilyas Rona re: deposition schedule | 0.30 |
|  | TMG | Review documents from the database for submission to Judge Saris | 6.00 |
|  | PAR | Office conference with Tom Greene and Ilyas Rona re: database searches | 0.70 |
|  | PAR | Telephone conference with Kirti Dugar and Sat Kriya Khalsa re: online Neurontin database access | 0.20 |
|  | PAR | Draft and revise e-mail to Donna Smalley re: accessing online Neurontin database | 0.10 |
|  | PAR | Telephone conference with Kirti Dugar re: online neurontin database | 0.20 |
|  | PAR | Update files/records - Update online Neurontin database | 0.70 |
|  | PAR | Update files/records - Provide technical support with online Neurontin database | 0.30 |
|  | TMG | Review Pfizer documents for submission to Judge Saris | 1.00 |
|  | TGH | Review bipolar docs | 8.00 |
|  | IJR | Review ECF: transcript from May 4, 2007 hearing before Jd. Saris is |  |

|  |  |  | Page: 7 |
|---|---|---|---|
| Neurontin Class Action |  |  | 06/11/2007 |
|  |  | Account No: | NeuroCA-01C |
|  |  | Statement No: | 327 |

|  |  |  | Hours |
|---|---|---|---|
|  |  | available | 0.10 |
|  | MT | Office conference with Ilyas Rona, Tom Greene and Tom Hoffman re class submissions | 0.60 |
|  | MT | Review Documents and drafts for pain and bipolar submissions, Database searches | 3.60 |
|  | TMG | Office conference with Mike Tabb, Ilyas Rona and Tom Hoffman re: class submissions | 0.60 |
|  | IJR | Drafting summary of uniform fraudulent misrepresentations in the area of bipolar for purposes of post-argument submission | 3.70 |
|  | IJR | Reviewed documents relating to bipolar for purposes of preparing post-argument submission re: class certification | 3.90 |
|  | TGH | Office conference with Mike Tabb, Ilyas Rona, Tom Greene re: class submissions | 0.60 |
|  | IJR | Office conference with Mike Tabb, Tom Hoffman, Tom Greene re: class submissions | 0.60 |
|  | IJR | Office conference with Tom Greene re: assigning culling attorneys searches for submission for Judge Saris | 0.70 |
|  | IJR | Office conference with Tom Greene and Palko Goldman re: accessing database for searches | 0.70 |
|  | MT | Outside conference with Tom Greene re: documents evidencing uniform marketing message for submission to Judge Saris | 0.50 |
|  | TGH | Office conference with Tom Greene re: documents evidencing uniformity of marketing message re: bipolar | 0.40 |
|  | IJR | Office conference with Tom Greene re: deposition schedule | 0.30 |
| 05/15/2007 |  |  |  |
|  | TMG | Review Pfizer documents for submission to Judge Saris | 1.40 |
|  | IJR | Telephone conference with Julie Gunther re: her findings on Neurontin's effects on cell replication | 0.30 |
|  | TMG | Office conference with Palko Goldman re: database and subsequent call to Barry Himmelstein re: database | 1.00 |
|  | TMG | Telephone conference with Ron Aranoff re: database and deposition schedule | 0.50 |
|  | TMG | Review documents for submission for Judge Saris | 4.00 |
|  | TMG | Office conference with Ilyas Rona and Tom Hoffman re: draft submission for Judge Saris on bipolar | 2.00 |
|  | TMG | Office conference with Ilyas Rona re: bipolar submission | 1.00 |
|  | PAR | Legal research: clinical trial reconciliation (RB) | 1.00 |
|  | PAR | Office conference with Tom Greene re: database and subsequent call to Barry Himmelstein re: database | 0.50 |
|  | PAR | Telephone conference with PSC, coordinated plaintiffs re: database access | 0.40 |
|  | TGH | Review bipolar docs | 7.00 |
|  | IJR | Review ECF RE: Jd. Saris endorsement of Amended Stipulated Protective Order filed by IMS | 0.10 |
|  | MT | Office conference with Tom Greene and Ilyas Rona re progress on class submissions | 0.70 |
|  | MT | Draft and revise bipolar and neuropathic pain submissions for federal court; First Draft of introduction to pleading | 4.50 |
|  | MT | Draft and revise final versions of post argument submission | 0.70 |
|  | TMG | Office conference with Mike Tabb and Ilyas Rona re: progress on class |  |

Neurontin Class Action

Page: 3
07/13/2007
Account No:      NeuroCA-01C
Statement No:            330

| | | | Hours |
|---|---|---|---|
| IJR | Drafting email message to Ronald Aranoff re: arguments in support of deposing Tive for two additional days | | 0.20 |
| TMG | Telephone conference with Palko Goldman, Barry Himmelstein and Kirti Dugar re problems with Neurontin database | | 0.20 |

06/07/2007

| | | | |
|---|---|---|---|
| TMG | Telephone conference with Barry Himmelstein, Ron Aranoff, James Rouhandeh, Debbie McGregor | | 0.50 |
| TMG | Review documents in database for depositions | | 2.00 |
| TMG | Review potential exhibits for Avanish Mishra's deposition | | 1.00 |
| IJR | Preparation for deposition of Avanish Mishra and review of relevant documents | | 4.20 |
| PAR | Update files/records - Prepare and ship Neurontin database to Cohen and Malad | | 2.00 |
| PAR | Telephone conference with Mandrika Moonsammy of Kaplan Fox re: technical support for Neurontin database | | 0.30 |
| TMG | Plan and prepare for 6/12/07 Discovery Hearing | | 1.50 |
| IJR | Drafting examination outline for deposition of Avanish Mishra | | 3.80 |

06/08/2007

| | | | |
|---|---|---|---|
| IJR | Phone conference with Eric Pavlack and Jeff Gibson re: preparation for deposition of Susan Doft | | 0.80 |
| IJR | Phone conference with Irwin Levin re: suppressed studies to be discussed in Doft deposition | | 0.40 |
| IJR | Phone conference with Keith Altman re: supplemental production of documents and upcoming depositions | | 0.50 |
| IJR | Preparation for deposition of Avanish Mishra and review of relevant documents | | 4.40 |
| PAR | Update files/records - Prepare and ship hard drive of Neurontin images to Ronald Golser | | 2.00 |
| IJR | Drafting examination outline for deposition of Avanish Mishra | | 6.80 |
| IJR | Drafting email to Debbie MacGregor re: Dr. Bazil production problems | | 0.30 |

06/09/2007

| | | | |
|---|---|---|---|
| IJR | Preparation for deposition of Avanish Mishra and review of relevant documents | | 4.50 |
| IJR | Drafting and editing examination outline for deposition of Avanish Mishra | | 3.50 |
| IJR | Searching database for documents in preparation for deposition of Avanish Mishra | | 2.30 |

06/10/2007

| | | | |
|---|---|---|---|
| PAR | Update files/records - Intake of 06/07/07 production and updating of Neurontin database | | 2.00 |
| IJR | Editing and revising examination outline for deposition of Avanish Mishra | | 1.40 |
| IJR | Drafting email to Jeff Gibson in reply to request for exhibits to affidavit in support of reply in support of class certification | | 0.20 |

06/11/2007

| | | | |
|---|---|---|---|
| PAR | Telephone conference with Keith Altman re: 06/07/07 production | | 0.10 |
| PAR | Telephone conference with Kirti Dugar and Sat Kriya re: database problems | | 1.10 |