# EXHIBIT D

{00002701 }

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on 05/21/2014 10:21:10 AM  
Timekeeper: ALL  
From  
To  
Inception 4/30/2014

## 9082-0003 NEURONTIN - OFF LABEL MARKETING - MDL 1629

| Date | Timekeeper | Narrative | Hours | Task Code |
|---|---|---|---|---|
| 6/5/2007 | HIMMELSTEIN, BARRY | Emails re depositions. | 0.90 | |
| 6/5/2007 | KHALSA, SAT KRIYA | Troubleshoot database and discuss the issues. | 0.90 | |
| 6/5/2007 | SELTZ, DANIEL | Review documents; draft outline for Andrian Vega deposition. | 6.50 | |
| 6/6/2007 | DUGAR, KIRTI | Troubleshoot, monitor, test and fix problems relating to remote access repository and database. | 9.00 | |
| 6/6/2007 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene and Ron Aranoff re deposition scheduling and extension of discovery cut off and other discussions. | 0.50 | |
| 6/6/2007 | KHALSA, SAT KRIYA | Troubleshoot database. | 0.90 | |
| 6/6/2007 | SELTZ, DANIEL | Complete deposition outline for B. Himmelstein. | 3.00 | |
| 6/7/2007 | DUGAR, KIRTI | Troubleshoot, monitor, test and fix problems relating to remote access repository and database. | 9.00 | |
| 6/7/2007 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene, Ron Aranoff, James Rouhandeh, Debbie McGregor. | 0.50 | |
| 6/7/2007 | KHALSA, SAT KRIYA | Troubleshoot database and print documents for D. Seltz. | 5.30 | |
| 6/7/2007 | SELTZ, DANIEL | Review documents; update deposition outline. | 4.50 | |
| 6/8/2007 | DUGAR, KIRTI | Follow up on database issues; monitor performance; meeting with consultant. | 1.00 | |
| 6/8/2007 | SELTZ, DANIEL | Edit outline for deposition; review documents. | 6.50 | |
| 6/11/2007 | BEHRMANN, DAWN | Compile deposition exhibits and labels. | 6.00 | |
| 6/11/2007 | DUGAR, KIRTI | Test and troubleshoot database. | 7.00 | |
| 6/11/2007 | HIMMELSTEIN, BARRY | Prepare for Adrian Vega deposition; telephone conference with Tom Greene re hearing on motion to compel; research re same. | 4.00 | |
| 6/11/2007 | HIMMELSTEIN, BARRY | Telephone conference with Tom Greene re hearing before Magistrate Sorokin. | 0.60 | |
| 6/11/2007 | KHALSA, SAT KRIYA | Troubleshoot Concordance database, attend conference call regarding database problems. | 2.00 | |
| 6/11/2007 | SELTZ, DANIEL | Review co-counsel outline. | 0.10 | |
| 6/11/2007 | SELTZ, DANIEL | Talk to D. Behrmann re deposition preparation materials. | 0.20 | |
| 6/12/2007 | BEHRMANN, DAWN | Create exhibit labels and exhibits, meet with S. Hamilton to discuss project. | 1.50 | |
| 6/12/2007 | HAMILTON, SUZANNE | Deposition preparation: exhibits. | 0.50 | |
| 6/12/2007 | HAMILTON, SUZANNE | Deposition pre ration: exhibits. | 4.50 | |
| 6/12/2007 | HIMMELSTEIN, BARRY | Travel to New York for Adrian Vega deposition; prepare for same. | 12.00 | |