# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1629 |
| | MASTER CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## WITHDRAWAL OF MOTION TO REALLOCATE ATTORNEYS' FEES AND FOR DISCOVERY IN SUPPORT OF REALLOCATION

Pursuant to Magistrate Judge Judith G. Dein's August 21, 2015 Order (Dkt. 4353), and in accordance with the settlement agreed to by the parties, Bernstein Liebhard LLP hereby respectfully withdraws its motion to reallocate attorneys' fees and for discovery in support of reallocation dated May 7, 2015 (Dkt.4340).

Dated:  August 25, 2015

Respectfully submitted,

GOOD SCHNEIDER CORMIER

*/s/ Andrew Good*_____
Andrew Good
83 Atlantic Avenue
Boston, Massachusetts 02110
Tel: (617) 523-5933
Email: ag@gscboston.com

*Counsel for Bernstein Liebhard LLP*

<u>CERTIFICATE OF SERVICE</u>

I, Andrew Good, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on August 25, 2015. I further certify that I have sent a copy of the foregoing to Plaintiff pro se Janet Hargett at her address registered with the Court.

/s/ *Andrew Good*

DATED: August 25, 2015