# United States Court of Appeals
## For the First Circuit

No. 11-1516

CHARLOTTE JENKINS; OLLIE JOHNSON; INEZ FINSCHER; DIANN LEE; PATRICIA MCBEATH; BARBARA READUS; DARLENE STAMPLEY; SHIRLEY ANN WALTERS; JAMES JEFFCOAT; VELMA JOHNSON; BOBBIE MAGGETT; ALFORD DARBY; PAMELA SHIELDS; SEAN SELF

Plaintiffs - Appellants

MARY ASHFORD; MARIE A BARBER; TERESSER BASS; ELIZABETH BLAND; JOE BLAYLOCK; FRANCES BOUIE; JESSIE BROWN; MINNIE CAMPBELL; CLAIBORNE COLLIER, SR.; MEMYE CRESWILL; CORA L CRUMBLE; JIMMY DARLING; CAROLYN DAVIS; SERBOYA DELOTTA; ALTON DILLON; MARSHALL DILLON; SHIRLEY DRENNAN; CATHERINE DUVALL; ANNIE EDWARDS; CLARA M EPPS; GREGORY LINN EVERETT; MICHAEL FISHER; ANNIE GATEWOOD; MARIE GIVENS; KENNETH ANTHONY GREEN; CLAUDETTE GREER; TOMMY HARDY; BILLIE HARKINS; LULA MARIA HARPER LOTT; CLARENCE HARRIS; FREDDIE HARRIS; MELVIN HARRIS; DOYLE HARRISON; GLORIA HARRISON; GREGORY HASSLET; CHARLES HAYNES, JR.; MARK HEAD; RUFUS HENDON; CARL HENRY; SHAWAND HICKS; EVIA HOLMES; EVELYN HOLT; FRANK HOOVER; RUBY HOOVER; EMMA HOWARD; JOSEPHINE JACKSON; CASSANDRA JAMES; DEBRA ANN JOHNSON; DORIS JOHNSON; LENA JOHNSON; ROBERT JOHNSON; ROSE JONES; EDWARD JORDAN; JOHNNY KEYES; FALISHA KNIGHT; ELLAWEISE LACY; SHANETTA LACY; LILLIE BEATRICE LEGGETT EVANS; MICKEY LIVINGSTON; CHRIS LOGAN; SYLVIA LONGINO; JERRY LOWE; JANNIE LUCAS; FRANKLIN MCCONNELL; MARTHA MCINTEE-NELSON; HELEN MEEKS; LAPERIAL MELVIN; TOMMY MILLS; MATTIE MOORE; BRANDY MORGAN; HELEN MORGAN; LINDA MURRAY; WARREN NANCE; DEBRA NEAL; BETTIE A NEWSON; MARTHA NORMAN; TOMMIE ODUM; SHARON PEREZ; KATHY PHILLIPS; JACQUELYN POSEY; LARRY POTTS; DELORIES POWELL; JERRY PRICE; JANICE PRIMER; MARK ALLEN PRINCE; CYNTHIA QUIMBY; SALLIE RIPPY; WAYNE ROCHELLE; JIMMY SAYLES; VANESSA SCOTT; BRIDGETTE SHIELDS; SARAH SHIELDS; AARON SIMS; LASHONDA SKINNER; ANDREW SMITH; EUGENE SMITH; LOUISA SMITH; RONNIE SMITH; ROSA SMITH; RUBY SMITH; BENNIE SPENCER; JERRY STAGG; JOHN STATEN; CARL STEVERSON; GREGORY SUBER; DORIAN TAYLOR; ERESTIA THOMAS; MAGNOLIA THOMAS; MARTHA THOMAS; DOROTHY TOLLIVER; MORRIS TOWNSEND; DORIS TOY; MICHAEL TRIM; LARRY VAIL; JOANN WALLS; DELLA WASHINGTON; DEBORAH WATSON; JOYCE WATSON; WILLIAM WEBB; CAROLE WILLIAMS; DAISY WILLIAMS; ELOISE WILLIAMS; NOLAN WILLIAMS; O.C. WILLIAMS, SR.; SANDERS WILLIAMS, JR.; TAYLOR WILLIAMS; BOBBY WOODS; PAMELA ELLIS; MACATHERINE JEFFERSON; MARY LAWSON; SHERMAN MCDONALD, JR.; EDNEATHA WHITE; JIMMIE BARBEE; LILLIE CANNON; LINDA HARVESTON; DEBBIE SULLIVAN; EMMA CLARK; MARQUITTIA MCCOY; AVA MITCHELL

Plaintiffs

v.

PFIZER, INC.

Defendant - Appellee

## MANDATE

Entered: January 31, 2017

In accordance with the judgment of January 9, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Levi Boone III
Mark S. Cheffo
Alford Darby
Inez Finscher
James Jeffcoat
Charlotte Jenkins
Ollie Johnson
Velma Johnson
Diann Lee
Bobbie Maggett
Patricia McBeath
Theodore Populis
Barbara Readus
Sean Self
Pamela Shields
Darlene Stampley
Shirley Ann Walters